## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>       Debtors | Chapter 11<br><br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>       Plaintiff,<br><br>       vs.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>       Defendants | Adv. Proc. No. |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

The Plaintiff, Stephen B. Darr, Chapter 11 Trustee for TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc., hereby moves, pursuant to Rule 7023 of the Federal Rules of Bankruptcy Procedure and Rule 23 of the Federal Rules of Civil Procedure, that

1.      The Court certify a Class of all  persons who reside in the United States, purchased at least one membership plan ("Plan") or voice over internet ("VoIP") package from one or more of the Debtors ("a Participant"), and satisfy one or both of the following criteria:

(i)      Are a "Net Winner," that is, a Participant who received more from the Debtors and from other persons in connection with the purchase of Plans or VoIP packages than such Participant paid to the Debtors or to other persons in connection with the purchase of Plans or VoIP packages, as determined based upon an aggregation of activity in all the User Accounts of a Participant (the "Related User Accounts");

(ii)     Are a Net Winner as defined in section (i) above who also was a Net Winner with respect to transactions occurring in the 90 days prior to the bankruptcy filings.

2.      The Court certify the Class under Fred. R. Civ. 23(a) and 23(b)(1) as adopted by Fed R. Bankr 7023 finding that no member of the Class be permitted to opt out of the Class and each member of the Class shall be bound by all orders or judgments of the Court in the Class Action proceeding.

3.      The  Court determine that the common claims, issues, defenses of the Class include by is not limited to: (i) what transfers should be included in the determination of a Net Winner; (ii) whether Net Winners should be determined by an aggregation of Related User Accounts; (iii) whether the Net Winner Payments are avoidable as fraudulent transfers because the Debtors had the actual intent to hinder, delay, or defraud creditors; (iv) whether the Net Winner Payments are avoidable as fraudulent transfers because the transfers were made for less than fair consideration while the Debtors were insolvent, undercapitalized, or unable to pay debts

2

as they became due; (v) whether the Net Preference Payments may be recovered as preferential transfers; (vi) whether the Court's finding that the Debtors engaged in a Ponzi and pyramid scheme may be applied, along with any applicable presumptions, in determining the Trustee's claims.

4.      The Court find that the defenses of the Named Defendants as the Punitive Class Representatives, are typical of the defenses of the Class.

5.      The Court find that the Named Defendants will adequately fairly and adequately represent the interest of the Class.

6.      The Court appoints Class counsel for the Class.

In support of his Motion the Trustee relies on his affidavit and memorandum of law submitted herewith.

Wherefore, Stephen B. Darr respectfully prays his motion be allowed and the Court enters the annexed order and for such other and further relief as the court deems appropriate.

STEPHEN B. DARR,
CHAPTER 11 TRUSTEE,
By his attorneys,

*/s/ Charles R. Bennett, Jr.*
Charles R. Bennett, Jr. (BBO 037380)
Andrew G. Lizotte (BBO #559609)
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA  02108
Telephone:  (617) 423-0400
Facsimile:  (617) 423-0498
Email: ALizotte@murphyking.com

January 15, 2016
701456