# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Darr v. Argueta et al        **Case Number:** 16-04006    (MSH)    **Ch:**

#4 Ex Parte Motion of Plaintiff for Scheduling Order on Motion for Class Certification (C. Bennett)

**COURT ACTION:**

_____ Show Cause Order        _____ Released            _____ Enforced
_____ Granted                 _____ Approved            _____ Moot
_____ Denied                  _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained               _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Granted. See separate order.

IT IS SO ORDERED:

*/s/ Melvin S. Hoffman*

_____  Dated: 01/21/2016
Melvin S. Hoffman
United States Bankruptcy Judge