UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

In Re: Darr v. Argueta et al                 Case Number: 16-04006        (MSH)        Ch:

#5 Ex Parte Motion of Plaintiff for Entry of Order Approving Form and Manner of Providing Notice of Class Action Complaint (C. Bennett)

**COURT ACTION:**

| | | |
|---|---|---|
| Show Cause Order | _____ Released | _____ Enforced |
| _____ Granted | _____ Approved | _____ Moot |
| _____ Denied | _____ Denied without prejudice | |

_____ Withdrawn in Open Court
_____ Sustained          _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Granted. See separate order.

IT IS SO ORDERED:

_____  Dated: 01/21/2016

Melvin S. Hoffman
United States Bankruptcy Judge