UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>Defendants | Adv. Proc. No. 16-4006 |

**ORDER ON EX PARTE MOTION FOR SCHEDULING ORDER ON PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION
(EXPEDITED CONSIDERATION REQUESTED)**

This matter having come before the Court on the motion ("Motion") by the plaintiff, Stephen B. Darr, Chapter 11 Trustee (the "Trustee") for TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc., for entry of a scheduling order in connection with the *Plaintiff's*

*Motion for Class Certification* (the "Certification Motion"), the Motion having been filed on an *ex parte* basis, and due cause appearing for the relief requested, it is hereby Ordered, Found, and Adjudged as follows:

1. Consideration of the Motion on an *ex parte* basis is appropriate because the Defendant class has not yet been formed, and the deadline for putative Defendant class representative to file a responsive pleading has not yet expired. Entry of the scheduling order at this time will provide adequate notice to putative Defendant class representatives of the time to raise any objection to class certification and for an opportunity to be heard.

2. Consideration of the Motion on an expedited basis is appropriate in the interests of economy. Approval of the Motion at this time will facilitate the coordination and consolidation of service of the Complaint, Certification Motion and related pleadings, and this order upon the named Defendants.

3. Based upon the foregoing, the Court has scheduled a hearing for **10:00 AM April 13**, 2016 to consider the Certification Motion. Responses to the Certification Motion shall be filed by **April 6**, 2016. Copies of any response should be served upon the following parties so as to be actually received by **April 6**, 2016: Charles R. Bennett, Jr., counsel to the Chapter 11 Trustee, Murphy & King, Prof. Corp., One Beacon Street, Boston, MA 02108; Richard King, U.S. Department of Justice, Office of the U.S. Trustee, 446 Main Street, 14th Floor, Worcester, MA 01608.

Dated: **Jan. 21**, 2016

701401

_____
Honorable Melvin S. Hoffman
Chief United States Bankruptcy Judge