UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>Defendants | Adv. Proc. No. 16-4006 |

**ORDER ON EX PARTE MOTION BY CHAPTER 11 TRUSTEE FOR ENTRY OF ORDER APPROVING FORM AND MANNER OF PROVIDING NOTICE
OF CLASS ACTION COMPLAINT**

This matter having come before the Court on the *ex parte* motion ("Motion") by the

plaintiff, Stephen B. Darr, Chapter 11 Trustee (the "Trustee") for TelexFree, LLC, TelexFree,

1

Inc., and TelexFree Financial, Inc., *for Entry of an Order Approving Form and Manner of Providing Notice of Class Action Complaint* (the "Notice Motion"), due cause appearing for the relief requested, it is hereby Ordered, Found, and Adjudged as follows:

1. The Notice Motion is approved.

2. The Court directs that notice of the class action Complaint be served upon named Defendants in accordance with Federal Rule of Bankruptcy Procedure 7004. Notice of the class action Complaint shall be served upon unnamed Defendants as follows:

   (i) by electronic mail (where such information can be ascertained from the Debtors' books and records); or

   (ii) by regular mail (where such information can be ascertained from the Debtors' books and records and where an electronic mail address is not available in the Debtors' books and records); and

   (iii) by posting on the website hosted by the Trustee's claims agent, Kurtzman Carson Consultants LLC.

3. Notice provided in accordance with the foregoing shall satisfy the notice requirements as provided in Federal Rule of Bankruptcy Procedure 7023.

Dated: Jan. 21, 2016

_____
Honorable Melvin S. Hoffman
Chief United States Bankruptcy Judge

701451