# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: <br> TELEXFREE, INC. *ET AL.* <br><br> Debtors | ) ) ) ) ) ) ) | Chapter 11 <br> Case No. 14-40987-MSH <br> 14-40988-MSH-14-40989-MSH <br> (Jointly administered)-MSH |
| WALDEMARA MARTIN *ET AL*, PUTATIVE CLAIMS REPRESENTATIVES AND THOSE SIMILARLY SITUATED <br><br> Plaintiffs <br><br> v. <br><br> TELEXFREE, INC. *ET AL.* <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) | Adversary Proceeding <br> No. 14-4044 |
| ANTHONY CELLUCI *ET AL*, PUTATIVE CLASS REPRESENTATIVES AND THOSE SIMILARLY SITUATED <br><br> Plaintiffs <br><br> v. <br><br> TELEXFREE, INC. *ET AL.* <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) | Adversary Proceeding <br> No. 14-4057 |
| PAULO EDWARDO FERRARI, PUTATIVE CLAIMS REPRESENTATIVES ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED *ET AL.* <br> Plaintiffs <br><br> v. | ) ) ) ) ) ) ) ) | Adversary Proceeding <br> No. 14-4080 |

1

| | | |
|---|---|---|
| TELEXFREE, INC. *ET AL.*<br><br>    Defendants | )<br>)<br>)<br>)<br>) | |
| STEPHEN DARR, CHAPTER 11 TRUSTEE OF THE ESTATES OF TELEXFREE, LLC TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>    Plaintiff<br><br>v.<br><br>RITA DOS SANTOS, INDIVIDUALLY AND AS PUTATIVE CLASS REPRESENTATIVE,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary Proceeding<br>No. 15-4055 |
| STEPHEN DARR, CHAPTER 11 TRUSTEE OF THE ESTATES OF TELEXFREE, LLC TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>    Plaintiff<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary Proceeding<br>No. 16-4006 |

2

| | | |
|---|---|---|
| DEFENDANT CLASS OF NET WINNERS , <br><br> Defendants | | |
| STEPHEN DARR, CHAPTER 11 TRUSTEE OF THE ESTATES OF TELEXFREE, LLC TELEXFREE, INC. and TELEXFREE FINANCIAL, INC., <br><br> Plaintiff <br><br> v. <br><br> PAOLA ZOLLO ALECCI, MARIA RICARDINA SOUSA DOS SANTOS DELGATO, FERNANDO DA SILVA GONZALEZ, YUNGHENG WU, YANMIN LIU, LIGIA MARIA FREITAS ANDRADE, SONIA MARIA NUNES VIVEIROS, YONG WU, ROBERTO ARAUJO, RUI GOUVEIA, DIANA LUCIA MENDEZ, FELIPE FERNANDES, BRUNO EGIDIO COELHO GOMES, FERNANDO SILVA, JIANXIN WANG, ELVIS JANER DE AZA, DUARTE NELIO DUAS DE OLIVEIRA, ADRIANO SILVA ALVES, GRACIA LUISA ANDRADE, LIQUING LIU, SANDRO DIOSDADO SESMA, YUEN TING CHENG, YI ZHAO, MICHAEL WILLIAMS, ELIANA CANDIDO NEVES, SERGIO SILVA, FABIO DE LIMA, WANWEN HUANG, RAFAEL A. DEMETRIO, MARCELO GONCALVES, JIE ZHANG, SUTHAKARAN RATNAM, AND A DEFENDANT CLASS OF NET WINNERS. <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Adversary Proceeding <br> No. 16-4007 |

**AMENDED STANDING ORDER AND NOTICE TO CREDITORS, PARTIES IN INTEREST AND ATTORNEYS REGARDING TELEPHONIC ATTENDANCE AT HEARINGS SCHEDULED FOR TELEXFREE, LLC 14-40987 AND ALL ASSOCIATED ADVERSARY PROCEEDINGS**

3

Creditors, parties in interest and attorneys for the foregoing may attend any hearing held in the above-captioned case or adversary proceeding[1] or any future filed adversary proceeding at the United States Bankruptcy Court for the District of Massachusetts, located at 595 Main Street, Worcester, MA and/or 5 Post Office Square, Boston, MA by telephone in a **LISTEN ONLY** mode by calling Regina Brooks, (617) 748-5337 by no later than one business day prior to said hearing to make a reservation for telephonic attendance and to receive instructions for attending the hearing by telephone.

Attorneys and pro se parties who wish to appear or participate at a hearing may attend (1) by videoconference at 595 Main Street, Worcester, MA if arrangements are made with the Court by calling Regina Brooks by no later than one business day prior to said hearing, or (2) in person at 5 Post Office Square, Boston, MA. Attorneys or pro se parties who are unable to participate in person or by videoconference may file a motion for telephonic appearance stating the reasons why a telephonic appearance should be permitted in accordance with Massachusetts Local Bankruptcy Rule 9074-1 in order to appear or participate. Motions to appear telephonically MUST be filed no later than one business day prior to said hearing.

**NON-ATTORNEYS ARE NOT PERMITTED TO BRING ELECTRONIC OR RECORDING DEVICES OF ANY KIND, INCLUDING CELL PHONES, TABLETS AND COMPUTERS, INTO THE COURTHOUSE IN WORCESTER OR THE COURTROOM IN BOSTON.  Please see the Electronic Devices Policy of the United States District Court for the District of Massachusetts available for viewing at www.mad.uscourts.gov.**

**ALL ATTENDEES AT A HEARING, INCLUDING THOSE IN LISTEN ONLY MODE, ARE SUBJECT TO STANDING ORDER 2015-10 ADOPTING MLBR 9037-1, PRIVACY REQUIREMENTS, RECORDING AND BROADCAST PROHIBITIONS.**

This amended standing order supersedes all prior standing orders and notices regarding attendance at any Telexfree hearing.

Dated: January 21, 2016

_____
Hon. Melvin S. Hoffman
United States Bankruptcy Judge

---

[1] Adversary proceeding nos. 14-4044, 14-4057 and 14-4080 are currently stayed by order of the Bankruptcy Court.

4