# Certificate of Notice

District/Off: 0101-4        User: meh                                   Date printed: 1/22/2016
Case: 16-04006              Form ID: pdf012      Total: 25

| | | | | | |
|---|---|---|---|---|---|
| dft | Aaron Ataide | 2900 W Porter Ave. | Visalia, CA 93291 | | |
| dft | Alexandro Rocha | 6 Nell Road | Revere, MA 02151 | | |
| dft | Ana R. Ramos | 65 Fremont Ave. Apt 2 | Chelsea, MA 02150 | | |
| dft | Ana Rosa Lopez | 5019 Redwin Brook Trail | Katy, TX 77449 | | |
| dft | Andres Bolivar Estevez | 9510 90th Ave. 2 | Woodhaven, NY 11421 | | |
| dft | Benjamin Argueta | 14 Illinois Avenue | Apt. 1 | Somerville, MA 02145 | |
| dft | Bilkish Sunesara | 1800 Austin Parkway | Sugar Land, TX 77479 | | |
| dft | Carlos C. DeJesus | 72 Fremont Ave. | Apt. 2 | Chelsea, MA 02150 | |
| dft | Defendant Class of Net Winners | | | | |
| dft | Euzebio Sudre Neto | 334 Chestnut Farm Way | Raynham, MA 02767 | | |
| dft | Frantz Balan | 51 Grover Street | Apt. 2 | Everett, MA 02149 | |
| dft | Gladys Alvarado | 177 Lincoln St. | #2 | Worcester, MA 01605 | |
| dft | Hugo Alvarado | 18 Catherine St. #1 | Worcester, MA 01605 | | |
| dft | Jose Lopez | 164 Exchange St. | 2nd Floor | Lawrence, MA 01841 | |
| dft | Jose Neto | 49 Rodney Street | Worcester, MA 01605 | | |
| dft | Julio C. Paz | 179 Water Street | Framingham, MA 01701 | | |
| dft | Laureano Arellano | 576N 800W | Provo, UT 84601 | | |
| dft | Linda Suzanne Hackett | 97 Bellevue Ave | Melrose, MA 02176 | | |
| dft | Marcelo DaSilva | 38 Lyme St. | #308 | Malden, MA 02148 | |
| dft | Marco Almeida | 420 Atlantice Ave | Long Branch, NJ 07740 | | |
| dft | Omar Quinonez | 3812 N. Oak Dr. | Apt. M62 | Tampa, FL 33611 | |
| dft | Rodrigo Montemor | 6 Boxford Street | Lawrence, MA 01843 | | |
| dft | Rosane Cruz | 22 Northampton Street | Worcester, MA 01605 | | |
| dft | Ruddy Abreau | 9 Longwood Drive | Methuen, MA 01844 | | |
| ust | Richard King | Office of US. Trustee | 446 Main Street | 14th Floor | Worcester, MA 01608 |