United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

## CERTIFICATE OF NOTICE

District/off: 0101-4     User: meh    Page 1 of 1    Date Rcvd: Jan 21, 2016
                 Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Jan 21 2016 23:15:39     Richard King,
        Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                                                                   TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft         Aaron Ataide
dft         Alexandro Rocha
dft         Ana R. Ramos
dft         Ana Rosa Lopez
dft         Andres Bolivar Estevez
dft         Benjamin Argueta
dft         Bilkish Sunesara
dft         Carlos C. DeJesus
dft         Defendant Class of Net Winners
dft         Euzebio Sudre Neto
dft         Frantz Balan
dft         Gladys Alvarado
dft         Hugo Alvarado
dft         Jose Lopez
dft         Jose Neto
dft         Julio C. Paz
dft         Laureano Arellano
dft         Linda Suzanne Hackett
dft         Marcelo DaSilva
dft         Marco Almeida
dft         Omar Quinonez
dft         Rodrigo Montemor
dft         Rosane Cruz
dft         Ruddy Abreau
                                                                                                                               TOTALS: 24, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2016                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2016 at the address(es) listed below:
          Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
            bankruptcy@murphyking.com;imccormack@murphyking.com
                                                                                                                                            TOTAL: 1

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Darr v. Argueta et al        **Case Number:** 16-04006    (MSH)    **Ch:**

```
#4 Ex Parte Motion of Plaintiff for Scheduling Order on Motion for Class Certification (C.
Bennett)
```

**COURT ACTION:**

_____ Show Cause Order        _____ Released              _____ Enforced
_____ Granted                _____ Approved              _____ Moot
_____ Denied                 _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained              _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

```
Hearing held. Granted. See separate order.
```

IT IS SO ORDERED:

*/s/ Melvin S. Hoffman*
_____  Dated: 01/21/2016
Melvin S. Hoffman
United States Bankruptcy Judge