United States Bankruptcy Court
District of Massachusetts

Darr,
      Plaintiff                           Adv. Proc. No. 16-04006-msh

Argueta,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-4      User: meh      Page 1 of 1      Date Rcvd: Jan 21, 2016
                        Form ID: pdf012      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Jan 21 2016 23:15:39     Richard King,
               Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                                                                                                                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft          Aaron Ataide
dft          Alexandro Rocha
dft          Ana R. Ramos
dft          Ana Rosa Lopez
dft          Andres Bolivar Estevez
dft          Benjamin Argueta
dft          Bilkish Sunesara
dft          Carlos C. DeJesus
dft          Defendant Class of Net Winners
dft          Euzebio Sudre Neto
dft          Frantz Balan
dft          Gladys Alvarado
dft          Hugo Alvarado
dft          Jose Lopez
dft          Jose Neto
dft          Julio C. Paz
dft          Laureano Arellano
dft          Linda Suzanne Hackett
dft          Marcelo DaSilva
dft          Marco Almeida
dft          Omar Quinonez
dft          Rodrigo Montemor
dft          Rosane Cruz
dft          Ruddy Abreau
                                                                                                                                                                                                                                                       TOTALS: 24, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2016                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2016 at the address(es) listed below:
          Charles R. Bennett, Jr.     on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
              bankruptcy@murphyking.com;imccormack@murphyking.com
                                                                                                                                                                                       TOTAL: 1

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Darr v. Argueta et al        **Case Number:** 16-04006    (MSH)    **Ch:**

#5 Ex Parte Motion of Plaintiff for Entry of Order Approving Form and Manner of Providing Notice of Class Action Complaint (C. Bennett)

**COURT ACTION:**

| | | |
|---|---|---|
| _____ Show Cause Order | _____ Released | _____ Enforced |
| _____ Granted | _____ Approved | _____ Moot |
| _____ Denied | _____ Denied without prejudice | |
| _____ Withdrawn in Open Court | | |
| _____ Sustained | _____ Overruled | |

_____ Continued to_____

_____ Proposed Order Submitted by_____

_____ Stipulation to be Submitted by_____

_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Granted. See separate order.

IT IS SO ORDERED:

_____ Dated: 01/21/2016

Melvin S. Hoffman
United States Bankruptcy Judge