United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff                                                          Adv. Proc. No. 16-04006-msh

Argueta,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-4      User: meh           Page 1 of 1           Date Rcvd: Jan 21, 2016
                      Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Jan 21 2016 23:15:39     Richard King,
         Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                                                             TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2016                                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2016 at the address(es) listed below:
          Charles R. Bennett, Jr.   on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com
                                                                                                                                                            TOTAL: 1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>Defendants | Adv. Proc. No. 16-4006 |

**ORDER ON EX PARTE MOTION FOR SCHEDULING ORDER ON PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION
(EXPEDITED CONSIDERATION REQUESTED)**

This matter having come before the Court on the motion ("Motion") by the plaintiff, Stephen B. Darr, Chapter 11 Trustee (the "Trustee") for TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc., for entry of a scheduling order in connection with the *Plaintiff's*

*Motion for Class Certification* (the "Certification Motion"), the Motion having been filed on an *ex parte* basis, and due cause appearing for the relief requested, it is hereby Ordered, Found, and Adjudged as follows:

1. Consideration of the Motion on an *ex parte* basis is appropriate because the Defendant class has not yet been formed, and the deadline for putative Defendant class representative to file a responsive pleading has not yet expired. Entry of the scheduling order at this time will provide adequate notice to putative Defendant class representatives of the time to raise any objection to class certification and for an opportunity to be heard.

2. Consideration of the Motion on an expedited basis is appropriate in the interests of economy. Approval of the Motion at this time will facilitate the coordination and consolidation of service of the Complaint, Certification Motion and related pleadings, and this order upon the named Defendants.

3. Based upon the foregoing, the Court has scheduled a hearing for __10:00 AM April 13__, 2016 to consider the Certification Motion. Responses to the Certification Motion shall be filed by __April 6__, 2016. Copies of any response should be served upon the following parties so as to be actually received by __April 6__, 2016: Charles R. Bennett, Jr., counsel to the Chapter 11 Trustee, Murphy & King, Prof. Corp., One Beacon Street, Boston, MA 02108; Richard King, U.S. Department of Justice, Office of the U.S. Trustee, 446 Main Street, 14th Floor, Worcester, MA 01608.

Dated: __Jan. 21__, 2016

_____
Honorable Melvin S. Hoffman
Chief United States Bankruptcy Judge

701401

2