United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

## CERTIFICATE OF NOTICE

District/off: 0101-4     User: meh     Page 1 of 1     Date Rcvd: Jan 21, 2016
                           Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Jan 21 2016 23:15:39      Richard King,
            Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                                               TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2016                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2016 at the address(es) listed below:
          Charles R. Bennett, Jr.   on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
            bankruptcy@murphyking.com;imccormack@murphyking.com
                                                                                                                                                                                      TOTAL: 1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>Defendants | Adv. Proc. No. 16-4006 |

**ORDER ON EX PARTE MOTION BY CHAPTER 11 TRUSTEE FOR ENTRY OF
ORDER APPROVING FORM AND MANNER OF PROVIDING NOTICE
OF CLASS ACTION COMPLAINT**

This matter having come before the Court on the *ex parte* motion ("Motion") by the

plaintiff, Stephen B. Darr, Chapter 11 Trustee (the "Trustee") for TelexFree, LLC, TelexFree,

1

Inc., and TelexFree Financial, Inc., *for Entry of an Order Approving Form and Manner of Providing Notice of Class Action Complaint* (the "Notice Motion"), due cause appearing for the relief requested, it is hereby Ordered, Found, and Adjudged as follows:

1. The Notice Motion is approved.

2. The Court directs that notice of the class action Complaint be served upon named Defendants in accordance with Federal Rule of Bankruptcy Procedure 7004. Notice of the class action Complaint shall be served upon unnamed Defendants as follows:

    (i) by electronic mail (where such information can be ascertained from the Debtors' books and records); or

    (ii) by regular mail (where such information can be ascertained from the Debtors' books and records and where an electronic mail address is not available in the Debtors' books and records); and

    (iii) by posting on the website hosted by the Trustee's claims agent, Kurtzman Carson Consultants LLC.

3. Notice provided in accordance with the foregoing shall satisfy the notice requirements as provided in Federal Rule of Bankruptcy Procedure 7023.

Dated: Jan. 21, 2016

_____
Honorable Melvin S. Hoffman
Chief United States Bankruptcy Judge

701451

2