UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                                                Case No. 14-40987 MSH
**Telexfree, LLC**                                         Chapter 11
                    Debtor

**Stephen B. Darr**                                   Adv. Pro. No. 16-04006 MSH

v.

Alexandro Rocha, et al.

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted to practice in the federal court bar of this district or otherwise authorized to practice in this court, and I hereby enter my appearance in this case as counsel pursuant to Massachusetts Local Bankruptcy Rule 9010 on behalf of:

Marco Almeida

Date: 02/11/2016

Attorney's signature
Robert W. Kovacs, Jr., 671497
Printed name and bar number

172 Shrewsbury Street
Worcester, MA 01604

Address

Robert@KovacsLawFirm.com
Email

508-926-8833 / 508-459-1723
Telephone number       Fax number