UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| In Re: <br>     Telexfree, LLC <br>     Debtor. <br><br><br>     Stephen B. Darr <br>         Plaintiff <br><br> v. <br><br>     Benhamin Argueta, et al. <br>         Defendants | Case No.    14-4098 MSH <br> Chapter    11 <br><br><br><br> AP Case No.  16-04006 MSH |

## MOTION OF DEFENDANT MARCO ALMEIDA TO DISMISS CASE FOR FAILING TO SERVE PROCESS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7004

**Now comes,** Defendant, Marco Almeida, (herein after referred to as "Defendant") individually and not as a class representative, through counsel, and requests that this matter be dismissed for failure to serve process. The Defendant states as follows:

1. Federal Rule of Bankruptcy Procedure sets forth the means by which process may be served.

2. Upon information and belief, the Plaintiff has attempted to serve the Summons and Complaint on the Defendant under Federal Rule of Bankruptcy Procedure Rule 7004 (b)(1) which provides:

> (b) Service by First Class Mail. Except as provided in subdivision (h), in addition to the methods of service authorized by Rule 4(e)–(j) F.R.Civ.P., service may be made within the United States by first class mail postage prepaid as follows:

> (1) Upon an individual other than an infant or incompetent, by mailing a copy of the summons and complaint to the individual's dwelling house or usual place of abode or to the place where the individual regularly conducts a business or profession.

3. The Defendant has not been served by first class mail a copy of the summons and complaint to his dwelling house, usual place of abode or to the place where he regularly conducts business or profession.

4. The Court issues a summon on January 15, 2016 directing the Plaintiff to serve the same within seven days. See Exhibit No. 1.

5. On or about January 21, 2016 this Court ordered Plaintiff to serve named Defendants under Federal Rule of Bankruptcy Procedure Rule 7004. See Exhibit No. 2.

6. A review Court's docket does not show any evidence of execution of the Summon by the Plaintiff.

7. As the Defendant is entitled to Service under Rule 7004 and as the Plaintiff has failed to serve the Defendant property under Rule 7004 the Defendant requests that this matter be dismissed as the Defendant.

**Wherefore,** Defendant Prays that this Honorable Court;

a. Allow and grant this Motion;

b. Dismiss this matter as to Defendant for lack of Service under Federal Bankruptcy Procedure Rule 7004; and

c. Order any other relief that is fair and equitable.

Dated: February 11, 2016

Respectfully Submitted by,

Marco Almeida,

                                              Through Counsel,

                                              /s/ Robert W. Kovacs, Jr.
Counsel for the Defendant Marco Almeida
MA BBO 671497
Kovacs Law, P.C.
172 Shrewsbury Street
Worcester, MA 01604
T: 508-926-8833
F: 508-459-1723
E: Robert@KovacsLawFirm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re: Telexfree, LLC, Debtor. | Case No. 14-4098 MSH<br>Chapter 11 |
| Stephen B. Darr, Plaintiff<br>v.<br>Benhamin Argueta, et al., Defendants | AP Case No. 16-04006 MSH |

### CERTIFICATE OF SERVICE

Upon information and belief, the above and the below were served electronically upon the following ECF participants:

- **Charles R. Bennett, Jr. for Stephen B. Darr**

Dated: February 11, 2016

Respectfully Submitted by,

/s/ Robert W. Kovacs, Jr.
Counsel for the Defendant Marco Almeida
MA BBO 671497
Kovacs Law, P.C.
172 Shrewsbury Street
Worcester, MA 01604
T: 508-926-8833
F: 508-459-1723
E: Robert@KovacsLawFirm.com

EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

---

| | | |
|---|---|---|
| In re | Telexfree, LLC | Related Bankruptcy Case: 14–40987 |
| | | Chapter 11 |
| | Debtor | Judge Melvin S. Hoffman |
| | | |
| | Stephen B. Darr | Adversary Proceeding: 16–04006 |
| | Plaintiff | |
| vs. | | |
| | Benjamin Argueta et al. | |
| | Defendant | |

---

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer within 35 days.

**ANSWER DUE: 2/16/16**

    Address of Clerk:
        U. S. Bankruptcy Court
        595 Main Street
        Worcester, MA 01608

**At the same time,** you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:
        Charles R. Bennett Jr.
        Murphy & King, Professional Corporation
        One Beacon Street
        Boston, MA 02108

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 1/15/16

                                                                                    James M. Lynch
                                                                                    Clerk, U.S. Bankruptcy Court

                                                                                    By the Court,



                                                                                   <u>Megan Hussey</u>
                                                                                    Deputy Clerk
                                                                                    (617) 748– 5334

Chapter 11
Adversary Proceeding: 16–04006
Judge Melvin S. Hoffman

## CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made :_____(date) by:

☐  Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐  Residence Service: By leaving the process with the following adult at:

☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐  Publication: The defendant was served as follows: [Describe briefly]

☐  State Law: The defendant was served pursuant to the laws of the State of_____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____                              _____
Date                                                                              Signature

```
_____
Print Name
_____
Business Address
_____
City            State           Zip
```

EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>Defendants | Adv. Proc. No. 16-4006 |

**ORDER ON EX PARTE MOTION BY CHAPTER 11 TRUSTEE FOR ENTRY OF
ORDER APPROVING FORM AND MANNER OF PROVIDING NOTICE
OF CLASS ACTION COMPLAINT**

This matter having come before the Court on the *ex parte* motion ("Motion") by the

plaintiff, Stephen B. Darr, Chapter 11 Trustee (the "Trustee") for TelexFree, LLC, TelexFree,

1

Inc., and TelexFree Financial, Inc., *for Entry of an Order Approving Form and Manner of Providing Notice of Class Action Complaint* (the "Notice Motion"), due cause appearing for the relief requested, it is hereby Ordered, Found, and Adjudged as follows:

1. The Notice Motion is approved.

2. The Court directs that notice of the class action Complaint be served upon named Defendants in accordance with Federal Rule of Bankruptcy Procedure 7004. Notice of the class action Complaint shall be served upon unnamed Defendants as follows:

   (i) by electronic mail (where such information can be ascertained from the Debtors' books and records); or

   (ii) by regular mail (where such information can be ascertained from the Debtors' books and records and where an electronic mail address is not available in the Debtors' books and records); and

   (iii) by posting on the website hosted by the Trustee's claims agent, Kurtzman Carson Consultants LLC.

3. Notice provided in accordance with the foregoing shall satisfy the notice requirements as provided in Federal Rule of Bankruptcy Procedure 7023.

Dated: Jan. 21, 2016

_____
Honorable Melvin S. Hoffman
Chief United States Bankruptcy Judge

701451

2