UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| In Re: Telexfree, LLC  Debtor. | Case No.  14-4098 MSH  Chapter  11 |
| Stephen B. Darr  Plaintiff | AP Case No.  16-04006 MSH |
| v. |  |
| Benhamin Argueta, et al.  Defendants |  |

## MOTION OF DEFENDANT MARCO ALMEIDA TO EXTEND DEADLINE TO FILE AN ANSWER TO COMPLAINT OR OTHER RESPONSIVE PLEADING

**Now comes,** Defendant, Marco Almeida, (herein after referred to as "Defendant") individually and not as a class representative, through counsel, and requests that the deadline to file an answer to the Complaint or other responsive pleading be extended to and including March 14, 2016. The Defendant states as follows:

1. The Defendant has not been served process in this matter and has filed a Motion to Dismiss on said grounds.

2. The Defendant only recently became aware of the Complaint. The Defendant retained counsel on the evening of February 11, 2016.

3. In order to give the Defendant and Counsel an opportunity to fully review the allegation made by the Plaintiff and to properly respond and answer the same the Defendant

requests that the deadline to file an answer to the Complaint or other responsive pleading be extended to and including March 14, 2016.

**Wherefore,** Defendant Prays that this Honorable Court;

a. Allow and grant this Motion;

b. Extend the deadline to file an answer to the Complaint or other responsive pleading be extended to and including March 14, 2016; and

c. Order any other relief that is fair and equitable.

Dated: February 11, 2016

Respectfully Submitted by,

Marco Almeida,

Through Counsel,

/s/ Robert W. Kovacs, Jr.
Counsel for the Defendant Marco Almeida
MA BBO 671497
Kovacs Law, P.C.
172 Shrewsbury Street
Worcester, MA 01604
T: 508-926-8833
F: 508-459-1723
E: Robert@KovacsLawFirm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |  |
|---|---|---|---|
| In Re: | ) | | |
| Telexfree, LLC | ) | Case No. | 14-4098 MSH |
| Debtor. | ) | Chapter | 11 |
| | ) | | |
| Stephen B. Darr | ) | | |
| Plaintiff | ) | AP Case No. | 16-04006 MSH |
| v. | ) | | |
| Benhamin Argueta, et al. | ) | | |
| Defendants | ) | | |

CERTIFICATE OF SERVICE

Upon information and belief, the above was served electronically upon the following ECF participants:

- **Charles R. Bennett, Jr. for Stephen B. Darr**

Dated: February 11, 2016

Respectfully Submitted by,

/s/ Robert W. Kovacs, Jr.
Counsel for the Defendant Marco Almeida
MA BBO 671497
Kovacs Law, P.C.
172 Shrewsbury Street
Worcester, MA 01604
T: 508-926-8833
F: 508-459-1723
E: Robert@KovacsLawFirm.com