UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:    Darr v. Argueta et al
Debtor,

Chapter: 0
Case No: 16–04006
Judge Melvin S. Hoffman

**ORDER
REGARDING DEFICIENT FILING**

Your recent filing of **#19 Notice of Appearance** on **FEBRUARY 11, 2016** with the Court was deficient and/or defective as noted below:

☐    Certificate of Service

☐    Verification of Matrix. (This local form may be downloaded at www.mab.uscourts.gov.)

☐    Verified Statement or an Unsworn Declaration regarding schedules as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746. Please file either **Official Form 106Dec** for individuals or **Official Form 202** for non–individuals as appropriate.

☐    Declaration Re: Electronic Filing **(Official Local Form 7)** as required by MEFR 7(a).

☐    Chapter 13 Agreement Between Debtor and Counsel **(Official Local Form 8)** as required by MLBR App. 1, Rule 13–2 (a)(8).

☐    Reaffirmation Agreement Cover Sheet, **(Official Form 427).**

☐    Motion for Relief from Stay – Real Estate Worksheet, **(Official Local Form 13)** pursuant to App. 1, Rule 13–16–1 of the MLBR.

☐    Disclosure of Compensation of Attorney for Debtor(s). **(Director Form 2030).**

☐    Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☐    Motion to Amend Plan.

☐    Motion to Approve Stipulation.

☐    Certificate of Conference pursuant to App. 1, Rule 13–3 of the MLBR.

☐    Notice of Amendment to Schedules.

☐    Motion to Amend Schedules.

☐    Amended Summary of Schedules, **(Official Form 106Sum** for individuals or **Official Form 206** for non–individuals) is required.

☐    Adversary Proceeding Cover Sheet, **(Director Form 1040)** is required.

☐    Proposed Notice to the Objection to Claim MLBR 3007–1(b)(Chapters 7 and 11).

☐     Proposed Notice to the Objection to Claim and Certificate of Service. See MLBR 3007–1(b) and Appendix 1, Rule 13–13(c).

☐     Missing required name, address, telephone number or BBO number. See MLBR Rule 9011–1.

☐     Missing email address of ECF registered electronic filer. See MLBR Appendix 8, Rule 8(a).

☐     Original Signature is required. "/s/printed name" is not permitted. Please re–file with a scanned original signature.

☑     Other **Refile document including a signature.**

You are hereby **ORDERED** to file the above required documents(s) on or before **FEBRUARY 19, 2016** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW. FAILURE TO COMPLY WILL RESULT IN FURTHER COURT ACTION INCLUDING BUT NOT LIMITED TO DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

| ○ United States Bankruptcy Court | ◉ United States Bankruptcy Court | ○ United States Bankruptcy Court |
|---|---|---|
| John W. McCormack Post Office and Court House 5 Post Office Square, Suite 1150 Boston, MA 02109–3945 | 211 Donohue Federal Building 595 Main Street Worcester, MA 01608–2076 | United States Courthouse 300 State Street, Suite 220 Springfield, MA 01105–2925 |

Date:2/12/16                                        By the Court,

                                                   <u>Megan Hussey</u>
                                                   Deputy Clerk
                                                   617–748–5334

                                                                    22 – 19