UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: __Telexfree, LLC__
Debtor

Case No. __14-40987 MSH__
Chapter __11__

__Stephen B. Darr__

Adv. Pro. No. __16-04006 MSH__

v.

__Alexandro Rocha, et al.__

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted to practice in the federal court bar of this district or otherwise authorized to practice in this court, and I hereby enter my appearance in this case as counsel pursuant to Massachusetts Local Bankruptcy Rule 9010 on behalf of:

__Marco Almeida__.

Date: __02/11/2016__

Attorney's signature

__Robert W. Kovacs, Jr., 671497__
Printed name and bar number

172 Shrewsbury Street
Worcester, MA 01604
Address

Robert@KovacsLawFirm.com
Email

508-926-8833 / 508-459-1723
Telephone number   Fax number