Chapter 11
Adversary Proceeding: 16-04006
Judge Melvin S. Hoffman

## CERTIFICATE OF SERVICE

I, __Rosane Cruz__ (name), certify that service of this summons and a copy of the complaint was made : __01/29/16__ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

__22 Northampton St. Worcester, MA 01605__

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

__2-6-16__
Date

__/s/ Rosane M. Cruz__
Signature

Print Name: __Rosane Cruz__
Business Address: __22 Northampton St.__
City: __Worcester__    State: __MA__    Zip: __01605__

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re    Telexfree, LLC | Related Bankruptcy Case: 14-40987 |
|          Debtor | Chapter 11 |
| | Judge Melvin S. Hoffman |
| Stephen B. Darr | Adversary Proceeding: 16-04006 |
|          Plaintiff | |
| vs. | |
| Benjamin Argueta et al. | |
|          Defendant | |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer within 35 days.

**ANSWER DUE: 2/16/16**

Address of Clerk:
U. S. Bankruptcy Court
595 Main Street
Worcester, MA 01608

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Charles R. Bennett Jr.
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA 02108

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 1/15/16

James M. Lynch
Clerk, U.S. Bankruptcy Court
By the Court,

Megan Hussey
Deputy Clerk
(617) 748- 5334

