**ROSANE CRUZ**

US BANKRUPTCY COURT

22 NORTHAMPTON ST. WORCESTER, MA 01605   FEB 12   AM 10 49

---

| | |
|---|---|
| In re    Telexfree, LLC | Related Bankruptcy case: 14-40987 |
| Debtor | Chapter 11 |
| Stephen B. Darr | Judge Melvin S. Hoffman |
| Plaintiff | |
| Vs. | Adversary Proceeding: 16-04006 |
| Rosanne Cruz et al. | |
| Defendant | |

---

## ANSWER

I, the undersigned, answer the complaint as follows:

1. Agree to appear to any court summons and understand the complaints stated against me
2. Deny the intentional involvement of fraudulent transfers or knowledge of the debtors intent to hinder, delay or defraud creditors as seen in paragraph 35 (iii) under **Defendant Class Allegations.** Prior to joining the company I was given substantial evidence including legal documents supporting the fact that the company was registered and legitimate. I had no knowledge of the Debtors involvement or planned Ponzi or pyramid scheme covered as a multi-media level marketing business as it was my first experience in marketing and sales.
3. Agree that the Net Winner Payments are avoidable as fraudulent transfers because I was unaware of less than fair transfers being made due to the debtors being insolvent, undercapitalized, or unable to pay debts as they became due as seen in paragraph 35 (iv) under **Defendant Class Allegations.**
4. Deny the intentional involvement in a Ponzi or pyramid scheme as seen in paragraph 35 (vi) under **Defendant Class Allegations.** Prior to joining the company I was given substantial evidence including legal documents supporting the fact that the company was registered and legitimate. I had no knowledge of the Debtors involvement or planned Ponzi or pyramid scheme covered as a multi-media level marketing business as it was my first experience in marketing and sales.
5. Deny receiving the given Net Winner Payment/Net Preference Payment amounts under paragraph 36 of **Defendant Class Allegations.** Much of the revenue from my time working with the company was reinvested into the company or frozen in my accounts prior to the bankruptcy filing, therefore, it is an over calculation of gains.
6. Deny being among the largest of the Net Winners as seen under paragraph 37 of **Defendant Class Allegations** because the numbers don't match with my accounts and assets.
7. Again, deny the intentional involvement or participation in the Debtor's Ponzi and pyramid scheme as mentioned in paragraph 39 of **Defendant Class Allegations.**

1

8. Deny the liability for repayment of the fraudulent transfers made by the Debtor's because I was unaware of any scheme, therefore, I believe the liability is in the hands of the Debtor's and not of the Class Representatives.

Dated: February 9, 2016

Rosane M. Cruz
22 Northampton St.
Worcester, MA 01605