United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

## CERTIFICATE OF NOTICE

District/off: 0101-4    User: wmcleod    Page 1 of 1    Date Rcvd: Feb 12, 2016
                      Form ID: approse    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2016.

```
dft         +Aaron Ataide,    2900 W Porter Ave.,    Visalia, CA 93291-6546
dft         +Alexandro Rocha,    6 Nell Road,    Revere, MA 02151-2106
dft          Ana R. Ramos,    65 Fremont Ave. Apt 2,    Chelsea, MA  02150
dft         +Ana Rosa Lopez,    5019 Redwin Brook Trail,    Katy, TX 77449-4582
dft         +Andres Bolivar Estevez,    9510 90th Ave. 2,    Woodhaven, NY 11421-2754
dft         +Benjamin Argueta,    14 Illinois Avenue,    Apt. 1,    Somerville, MA 02145-2208
dft         +Bilkish Sunesara,    1800 Austin Parkway,    Sugar Land, TX 77479-1251
dft         +Carlos C. DeJesus,    72 Fremont Ave.,    Apt. 2,    Chelsea, MA 02150-1033
dft         +Euzebio Sudre Neto,    334 Chestnut Farm Way,    Raynham, MA 02767-1584
dft         +Frantz Balan,    51 Grover Street,    Apt. 2,    Everett, MA 02149-4204
dft         +Gladys Alvarado,    177 Lincoln St.,    #2,    Worcester, MA 01605-3757
dft         +Hugo Alvarado,    18 Catherine St. #1,    Worcester, MA 01605-2771
dft         +Jose Lopez,    164 Exchange St.,    2nd Floor,    Lawrence, MA 01841-1022
dft         +Jose Neto,    49 Rodney Street,    Worcester, MA 01605-2859
dft         +Julio C. Paz,    179 Water Street,    Framingham, MA 01701-3409
dft         +Laureano Arellano,    576N 800W,    Provo, UT 84601-1406
dft         +Linda Suzanne Hackett,    97 Bellevue Ave,    Melrose, MA 02176-3215
dft         +Marcelo DaSilva,    38 Lyme St.,    #308,    Malden, MA 02148-4217
dft         +Omar Quinonez,    3812 N. Oak Dr.,    Apt. M62,    Tampa, FL 33611-6597
dft         +Rodrigo Montemor,    6 Boxford Street,    Lawrence, MA 01843-2304
dft         +Rosane Cruz,    22 Northampton Street,    Worcester, MA 01605-3462
dft         +Ruddy Abreau,    9 Longwood Drive,    Methuen, MA 01844-5015
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2016    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2016 at the address(es) listed below:
        Charles R. Bennett, Jr.   on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
          bankruptcy@murphyking.com;imccormack@murphyking.com
        Robert W Kovacs, Jr   on behalf of Defendant Marco  Almeida bknotices@rkovacslaw.com
                                                          TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

### PRO SE CLERK'S OFFICE:

### ASSISTANCE FOR PRO SE PARTIES

### IN ADVERSARY PROCEEDINGS

At least one party in this adversary proceeding does not have or no longer has an attorney representing them in the adversary proceeding. Unless and until that party obtains an attorney to represent them, they are considered "pro se". Parties who are pro se may obtain information about the bankruptcy process and the filing requirements from the Pro Se Clerk's Office. The Pro Se Clerk can answer some basic questions about the process and procedures in adversary proceedings.

The Pro Se Clerk can provide Information and guidance, but not legal advice. No one from the Clerk's office can provide legal advice. Should you need legal representation, referrals can be made to an appropriate service. In fact, you are encouraged to consult the Pro Se Clerk regarding a referral. If you meet certain financial criteria, you may be eligible to participate in the Court's Pro Bono Adversary Proceeding Program. Contact the Pro Se Clerk for more information.

### SCHEDULE AND TELEPHONE NUMBERS

### FOR THE PRO SE CLERK'S OFFICE:

○ **Boston Office:**
Monday, Thursday and Friday
United States Bankruptcy Court
John. W. McCormack Post
Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945
(617)748–5351

⊙ **Worcester Office:**
Tuesday
United States Bankruptcy Court
Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076
(508)770–8925

○ **Springfield Office:**
Wednesday
United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925
(413)785–6892

Also by email: prose@mab.uscourts.gov

Please be aware that the schedule of the Pro Se Clerk is subject to change without notice. To ensure that the Pro Se Clerk will be available in your division on the day you would like to meet, please call or email at least one day in advance. If you reach voice mail, please leave a message and your call will be returned. Please be sure to leave a telephone number and the case number.