*[Signature in left margin: Melvin S. Hoffman]*

*[Left margin stamp: 02/16/2016 Denied as unnecessary. Motion to dismiss is pending.]*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | | |
|    Telexfree, LLC | ) | Case No. | 14-4098 MSH |
|    Debtor. | ) | Chapter | 11 |
| | ) | | |
|    Stephen B. Darr | ) | | |
|       Plaintiff | ) | AP Case No. | 16-04006 MSH |
| v. | ) | | |
|    Benhamin Argueta, et al. | ) | | |
|       Defendants | ) | | |

## MOTION OF DEFENDANT MARCO ALMEIDA TO EXTEND DEADLINE TO FILE AN ANSWER TO COMPLAINT OR OTHER RESPONSIVE PLEADING

**Now comes,** Defendant, Marco Almeida, (herein after referred to as "Defendant") individually and not as a class representative, through counsel, and requests that the deadline to file an answer to the Complaint or other responsive pleading be extended to and including March 14, 2016. The Defendant states as follows:

1. The Defendant has not been served process in this matter and has filed a Motion to Dismiss on said grounds.

2. The Defendant only recently became aware of the Complaint. The Defendant retained counsel on the evening of February 11, 2016.

3. In order to give the Defendant and Counsel an opportunity to fully review the allegation made by the Plaintiff and to properly respond and answer the same the Defendant