| | |
|---|---|
| In re: | Chapter 11 Cases |
| TELEXFREE, LLC, | 14-40987-MSH |
| TELEXFREE, INC, AND | 14-40988-MSH |
| TELEXFREE FINANCIAL, INC., | 14-40989-MSH |
| Debtors, | Jointly Administered |

STEPHEN B. DARR AS HE IS THE
TRUSTEE OF THE CHAPTER 11
ESTATES OF EACH OF THE DEBTORS,

    Plaintiff,   Adversary Proceeding No.

ANA ROSA LOPEZ (Pro Se.)

    Defendant

## MOTION TO EXTEND TIME TO FILE ANSWER

1. I am in receipt of the Summons In An Adversary Proceeding dated January 15, 2016.

2. Answer or Motion due date is February 16, 2016.

3. I have been searching for an attorney that has expertise in this type of proceedings. The problem that I have encountered is the cost for such attorney.

4. It is respectfully requested that I be granted an additional 90 days, or whatever additional time the court is willing to grant, in order for me to come up with the funds in order to find and hire an attorney.

5. I vehemently deny the allegations but I am going to need the additional time, so that I can clear my name.

_/s/ Ana Rosa Lopez_
ANA ROSA LOPEZ
DEFENDANT

02-12-16
Date

## CERTIFICATE OF SERVICE

I Ana Rosa Lopez, certify that service of this motion was made: __February 12__, 2016 by:

Placing motion and certificate of service in Fedex overnight delivery, addressed to:

**Address of Clerk:**
**U.S. Bankruptcy Court**
**595 Main Street**
**Worcester, MA 01608**

**AND**

**Name and Address of Plaintiff's Attorney**
**Charles R. Bennett Jr.**
**Murphy & King, Professional Corporation**
**One Beacon Street**
**Boston, MA 02108**

Under penalty of perjury, I declare that the foregoing is true and correct.

02-12-16
Date

_Ana Rosa Lopez_
ANA ROSA LOPEZ

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re   Telexfree, LLC | Related Bankruptcy Case: 14-40987 |
| | Chapter 11 |
| Debtor | Judge Melvin S. Hoffman |
| Stephen B. Darr | Adversary Proceeding: 16-04006 |
| Plaintiff | |
| vs. | |
| Benjamin Argueta et al. | |
| Defendant | |

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer within 35 days.

**ANSWER DUE: 2/16/16**

Address of Clerk:

U. S. Bankruptcy Court
595 Main Street
Worcester, MA 01608

**At the same time**, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Charles R. Bennett Jr.
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA 02108

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 1/15/16

James M. Lynch
Clerk, U.S. Bankruptcy Court
By the Court,

Megan Hussey
Deputy Clerk
(617) 748-5334

