Chapter 11
Adversary Proceeding: 16-04006
Judge Melvin S. Hoffman

## CERTIFICATE OF SERVICE

I, **Andrew G. Lizotte, Esq.** _____ (name), certify that service of this summons and a copy of the complaint was made : **1/20/16** _____ (date) by:

☒ **Certified Mail, Return Receipt AND BY**
Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**See Attached List of Defendants**

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

2/16/16
Date

_____ Signature

**Andrew G. Lizotte, Esq.**
Print Name

**Murphy & King, P.C.**
**One Beacon Street**
Business Address

**Boston    MA     02108**
City    State    Zip

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re   Telexfree, LLC | Related Bankruptcy Case: 14-40987 |
| | Chapter 11 |
| Debtor | Judge Melvin S. Hoffman |
| Stephen B. Darr | Adversary Proceeding: 16-04006 |
| Plaintiff | |
| vs. | |
| Benjamin Argueta et al. | |
| Defendant | |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer within 35 days.

**ANSWER DUE: 2/16/16**

    Address of Clerk:
        U. S. Bankruptcy Court
        595 Main Street
        Worcester, MA 01608

**At the same time,** you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:
        Charles R. Bennett Jr.
        Murphy & King, Professional Corporation
        One Beacon Street
        Boston, MA 02108

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 1/15/16

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,



Megan Hussey
Deputy Clerk
(617) 748- 5334

TELEXFREE CERTIFIED MAIL/US MAIL ADDRESSES FOR SUMMONS/COMPLAINT:

| Defendant Name | Date Served Via US Mail/Cert Mail | Delivery Date-Cert Mail |
|---|---|---|
| Marco Almedia | 1/20/16 | 1/29/16 |
| Gladys Alvarado | 1/20/16 | 1/29/16 |
| Omar Quinonez | 1/20/16 | 1/25/16 |
| Carlos C. Dejesus | 1/20/16 | 1/27/16 |
| Laureano Arellano | 1/20/16 | 2/01/16 |
| Aaron Ataide | 1/20/16 | 1/23/16 |
| Julio C. Paz | 1/20/16 | 1/28/16 |
| Euzebio Sudre Neto | 1/20/16 | 1/23/16 |
| Alexandro Rocha | 1/20/16 | 1/22/16 |
| Benajmin Argueta | 1/20/16 | 1/25/16 |
| Ana R. Ramos | 1/20/16 | 1/23/16 |
| Jose Neto | 1/20/16 | |
| Hugo Alvardo | 1/20/16 | |
| Andres B. Estevez | 1/20/16 | |
| Rodrigo Montemor | 1/20/16 | |
| Ruddy Abreau | 1/20/16 | |
| Rosane Cruz | 1/20/16 | |
| Marcelo Dasilva | 1/20/16 | |
| Frantz Balan | 1/20/16 | |
| Ana Rosa Lopez | 1/20/16 | |
| Jose Lopez | 1/20/16 | |
| Bilkish Sunesara | 1/20/16 | CERTIFIED MAIL RETURNED RE: Insufficient Address |
| | 2/03/16 | RESENT US MAIL & CERTIFIED MAIL to New Address |
| Linda Suzanne Hackett | 1/20/16 | CERTIFIED MAIL RETURNED AS UNCLAIMED |

703597

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Marco Almeida
   420 Atlantic Ave.
   Long Branch, NJ 07740

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7013 2630 0001 5827 5239

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gladys Alvarado
   177 Lincoln St., #2
   Worcester, MA 01605

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☒ Addressee

B. Received by (Printed Name): Gladys Alvarado  C. Date of Delivery: 1·29

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7013 2630 0001 5827 5352

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Omar Quinonez
   3812 N. Oak Dr., Apt. M62
   Tampa, FL 33611

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery: 1-25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7013 2630 0001 5827 5284

PS Form 3811, February 2004  Domestic Return Receipt

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Carlos C. Dejesus
    72 Fremont Ave., Apt. 2
    Chelsea, MA  02150

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Melvin Quiros    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 1/27

D. Is delivery address different from item 1?  ☐ Yes  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7013 2630 0001 5827 5291

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Laureano Arellano
    576N 800W
    Provo, UT  84601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    FEB 0 [2016]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7013 2630 0001 5827 5253

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Return Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Aaron Ataide
    2900 W Porter Ave.
    Visalia, CA  92391

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Marlene Zuniga    ☑ Agent  ☐ Addressee

B. Received by (Printed Name): Marlene Zuniga    C. Date of Delivery: 1-23-16

D. Is delivery address different from item 1?  ☐ Yes  ☑ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7013 2630 0001 5827 5260

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Julio C. Paz
    179 Water Street
    Framingham, MA  01701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent   ☑ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   1/28/16
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7013 2630 0001 5827 5178

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Euzebio Sudre Neto
    334 Chestnut Farm Way
    Raynham, MA  02767

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent   ☑ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   EUZEBIO SUDRE NETO    1-23-16
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7013 2630 0001 5827 5185

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Alexandro Rocha
    6 Nell Road
    Revere, MA  02151

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Rocha    1/22/16
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7013 2630 0001 5827 5154

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Benjamin Argueta
14 Illinois Avenue, Apt. 1
Somerville, MA 02145

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7013 2630 0001 5827 5147

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ana R. Ramos
63 Fremont Ave., Apt. 2
Chelsea, MA 02150

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7013 2630 0001 5827 5208

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540