UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re ) | Chapter 11 Cases |
| ) | |
| ) | 14-40987-MSH |
| TELEXFREE, LLC ) | 14-40988-MSH |
| TELEXFREE, INC. ) | 14-40989-MSH |
| TELEXFREE FINANCIAL, INC. ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| STEPHEN B. DARR, ) | |
| CHAPTER 11 TRUSTEE OF ) | |
| EACH OF THE DEBTORS, ) | Adversary Proceeding |
| ) | No. 16-04006 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BENJAMIN ARGUETA, ALEXANDRO ) | |
| ROCHA, JOSE NETO, JULIO C. PAZ, ) | |
| EUZEBIO SUDRE NETO, HUGO ) | |
| ALVARADO, ANA R. RAMOS, LINDA ) | |
| SUZANNE HACKETT, RUDDY ) | |
| ABREAU, MARCO ALMEIDA, ) | |
| RODRIGO MONTEMOR, LAUREANO ) | |
| ARELLANO, AARON ATAIDE, ) | |
| ROSANE CRUZ, OMAR QUINONEZ, ) | |
| CARLOS C. DEJESUS, BILKISH ) | |
| SUNESARA, ANDRES BOLIVAR ) | |
| ESTEVEZ, JOSE LOPEZ, ANA ROSA ) | |
| LOPEZ, FRANTZ BALAN, MARCELO ) | |
| DASILVA, GLADYS ALVARADO, AND ) | |
| A CLASS OF NET WINNERS, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**DEFENDANT BENJAMIN ARGUETA'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE MOVE AS TO THE COMPLAINT**

*[UNOPPOSED]*

JS#542783v1

Defendant Benjamin Argueta hereby respectfully moves the Court, on an unopposed basis, to grant him an extension of the time within which he is to file an answer or otherwise move as to the *Complaint* [ECF No. 1].  In support of this motion, Benjamin Argueta respectfully states as follows:

1. Benjamin Argueta was named as a defendant in the *Complaint.*

2. The *Summons* [ECF No. 6] sets an answer deadline of February 16, 2016.

3. Benjamin Argueta has been and continues to be in discussions with counsel to the Trustee regarding the claims in this action, and expects to continue those discussions over the next several weeks.

4. As discussions are ongoing, Benjamin Argueta and the Trustee believe that filing any response to the *Complaint* at this time would be premature.

5. Accordingly, Benjamin Argueta respectfully requests that this Court extend, for a period of twenty (20) days, to and including March 7, 2016, the time within which he is to file an answer or otherwise move as to the *Complaint*.[1]

---

[1] This request is made without prejudice to any rights, claims or defenses that Benjamin Argueta has with respect to the *Complaint* or any matter relating thereto or alleged therein.

JS#542783v1

Date: February 16, 2016                    BENJAMIN ARGUETA,

                                           By his counsel,

                                           /s/ Timothy J. Durken[2]
                                           _____
                                           Bruce F. Smith (BBO No. 467900)
                                           Timothy J. Durken (BBO No. 666720)
                                           JAGER SMITH P.C.
                                           One Financial Center
                                           Boston, Massachusetts 02111
                                           telephone: (617) 951-0500
                                           facsimile: (617) 951-2414
                                           email: bsmith@jagersmith.com
                                                  tdurken@jagersmith.com

---

[2] Counsel enters this limited appearance solely with respect to filing this motion seeking an extension of the time to answer.

JS#542783v1

## MLBR 9013-1 CERTIFICATION

On February 16, 2016, counsel for Benjamin Argueta communicated by email and in person with Charles R. Bennett, Jr. of Murphy & King, P.C., counsel to the Trustee in this matter, who indicated that he did not oppose the within motion or the relief sought herein.

/s/ Timothy J. Durken
_____
Bruce F. Smith (BBO No. 467900)
Timothy J. Durken (BBO No. 666720)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
telephone:  (617) 951-0500
facsimile:  (617) 951-2414
email:  bsmith@jagersmith.com
       tdurken@jagersmith.com

JS#542783v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February, 2016, I caused true copies of the within motion to be served through the Court's CM/ECF system upon all registered electronic filers appearing in this case.

/s/ Timothy J. Durken
_____
Bruce F. Smith (BBO No. 467900)
Timothy J. Durken (BBO No. 666720)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
telephone:  (617) 951-0500
facsimile:  (617) 951-2414
email:  bsmith@jagersmith.com
          tdurken@jagersmith.com

JS#542783v1