# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>           Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>           Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>           Defendant(s). | Adversary Proceeding<br>No. 16-4006 |

**Response by Chapter 11 Trustee to Motion by Ana Rosa
<u>Lopez to Extend Time to File Answer</u>**

Stephen Darr, the duly appointed and acting trustee (the "Trustee") of the Chapter 11 bankruptcy estates of TelexFree, Inc., TelexFree, LLC and TelexFree Financial, Inc., respectfully files this response to the Motion to Extend Time to File Answer ("Motion to Extend") filed by Ana Rosa Lopez ("Ms. Lopez"), one of the named defendants in this action.

In the Motion to Extend, Ms. Lopez has requested a ninety (90) day answer extension. The Trustee has consented to several requests for a twenty (20) day extension of the response deadline through March 7, 2016, and the Trustee has no objection to a similar extension for Ms. Lopez. The Trustee submits that the 20 day extension should provide sufficient time for Ms. Lopez to file a responsive pleading and secure necessary assistance. The extension requested by the movant would create inordinate delay in the administration of the proceeding. The Trustee therefore requests that the Court grant the Motion to Extend in part, as set forth herein.

        STEPHEN DARR AS HE IS THE
        TRUSTEE OF THE CHAPTER 11
        ESTATES OF EACH OF THE
        TELEXFREE DEBTORS

        By his attorneys,

        /s/ Andrew G. Lizotte
        Charles R. Bennett, Jr. (BBO #037380)
        Andrew G. Lizotte (BBO #559609)
        Murphy & King, Professional Corporation
        One Beacon Street
        Boston, MA 02108
        (617) 423-0400
        CBennett@murphyking.com
        ALizotte@murphyking.com

Dated: February 17, 2016
703775

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>      Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>      Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>      Defendant(s). | Adversary Proceeding<br>No. 16-4006 |

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that on February 17, 2016, I caused to be served a copy of the Response by Chapter 11 Trustee to Motion by Ana Rosa Lopez to Extend Time to

File Answer via operation of this Court's CM/ECF System, by Electronic Mail, and by First Class Mail as indicated on the attached service list.

                                              /s/ Andrew G. Lizotte  
                                              Andrew G. Lizotte (BBO #559609)  
                                              Murphy & King, Professional Corporation  
                                              One Beacon Street  
                                              Boston, MA  02108  
                                              (617) 423-0400  
                                              (617)-423-0498  
                                              Email: alizotte@murphyking.com

DATED:  February 17, 2016  
706789

Telexfree Adversary Proceeding #16-4006 (Domestic)
Service List #703788

**ECF:**

- Charles R. Bennett    cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com
- Timothy J. Durken    tdurken@jagersmith.com, bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
- Robert W Kovacs    bknotices@rkovacslaw.com

**EMAIL:**

- Ana Rosa Lopez :

  anamonina_sanchez@hotmail.com
  moninasan1967@gmail.com
  hcguille@yahoo.com
  anamonina@hotmail.com
  eriksl1412@gmail.com

| | |
|---|---|
| Benjamin Argueta<br>14 Illinois Avenue, Apt. 1<br>Somerville, MA  02145 | Alexandro Rocha<br>6 Nell Road<br>Revere, MA  02151 |
| Jose Neto<br>49 Rodney Street<br>Worcester, MA  01605 | Julio C. Paz<br>179 Water Street<br>Framingham, MA  01701 |
| Euzebio Sudre Neto<br>334 Chestnut Farm Way<br>Raynham, MA  02767 | Hugo Alvarado<br>18 Catherine St., #1<br>Worcester, MA  01605 |
| Ana R. Ramos<br>63 Fremont Av., Apt. 2<br>Chelsea, MA  02150 | Linda Suzanne Hackett<br>97 Bellevue Ave.<br>Melrose, MA  02176 |
| Ruddy Abreau<br>9 Longwood Drive<br>Methuen, MA  01844 | Marco Almeida<br>420 Atlantic Ave.<br>Long Branch, NJ  07740 |
| Rodrigo Montemor<br>6 Boxford Street<br>Lawrence, MA  01843 | Laureano Arellano<br>576N 800W<br>Provo, UT  84601 |
| Aaron Ataide<br>2900 W. Porter Ave.<br>Visalia, CA  93291 | Rosane Cruz<br>22 Northampton Street<br>Worcester, MA  01605 |
| Omar Quinonez<br>3812 N. Oak Dr., Apt. M62<br>Tampa, FL  33611 | Carlos C. Dejesus<br>72 Fremont Ave., Apt. 2<br>Chelsea, MA  2150 |

Bilkish Sunesara
8211 Longvale Drive
Rosenberg, TX  77469

Andres Bolivar Estevez
9510 90th Ave. 2
Woodhaven, NY  11421

Jose Lopez
164 Exchange St., 2nd Floor
Lawrence, MA  01841

Ana Rosa Lopez
5019 Redwing Brook Trail
Katy, TX  77449

Frantz Balan
51 Grover Street, Apt. 2
Everett, MA  02149

Marcelo Dasilva
38 Lyme Street, #308
Malden, MA  02148

Gladys Alvarado
177 Lincoln St., #2
Worcester, MA  01605