U.S. Bankruptcy Court
595 Main Street
Worcester, MA 01608

US BANKRUPTCY COURT
2016 FEB 17 PM 12 24

Charles R. Bennett Jr.
Murphy & King, Professional Corporation
One Beacon St
Boston, MA 02108

Euzebio Sudre Neto
334 Chestnut Farm Way
Raynham, MA 02767

## Response to Summons in an Adversary Proceeding

In re: Bankruptcy Case 14-40987
Adversary Oriceedubg 16-04006

I, Euzebio Sudre Neto, of 334 Chestnut Farm Way, Raynham, MA 02767, do not admit to allegations of receiving a Net Winner Payment or Net Preference Payment. I did not receive the amount stated in allegation 36. I entered and worked with the business believing it was a bona fide business and legitimate. I recuse my name from Telexfree, LLC vs. Benjamin Argueta et all.

_____   02/16/16
Euzebio Sudre Neto                Date