# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC,<br><br>                          Debtors | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>                          Plaintiffs<br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO, MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>                          Defendant | Adversary Proceeding<br>No. 16-04006 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

Please take notice that Evans J. Carter, Esq., of the law firm of Evans J. Carter, P.C., does hereby s

hereby appear in this case as counsel for the defendant, Bilkish Sunesara, in the above-captioned case and requests, pursuant to the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in connection with the above-captioned case and all papers served or required to be served in connection with the above-captioned case be given and served upon the undersigned.

/s/ Evans J. Carter
Evans J. Carter, Esq. (BBO# 076560)
Evans J. Carter, P.C.
860 Worcester Road
P.O. Box 812
Framingham, MA 01701
(508) 875-1669
ejcatty1@verizon.net

DATED: February 18, 2016

## CERTIFICATE OF SERVICE

I, Evans J. Carter, Esq., hereby certify that I caused to be served on February 18, 2016 a true and correct copy of the within *Answer* to be served via the Court's CM/ECF system on all parties entitled to receive such notices and otherwise by first class mail, postage prepaid.

/s/    Evans J. Carter
Evans J. Carter