# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC,<br><br>      Debtors | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>      Plaintiffs<br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO, MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>      Defendant | Adversary Proceeding<br>No. 16-04006 |

## ANSWER AND JURY CLAIM OF THE DEFENDANT, BILKISH SUNESARA

NOW COMES the defendant, Bilkish Sunesara, and answers to the Adversary Proceeding Complaint as follows:

1. He admits the allegations contained in Paragraph No. 1 of the Adversary Complaint.

2. He has no knowledge of said allegations contained in Paragraph No. 2 and calls upon the plaintiff to prove the same.

3. He has no knowledge of said allegations contained in Paragraph No. 3 and calls upon the plaintiff to prove the same.

4. He has no knowledge of said allegations contained in Paragraph No. 4 and calls upon the plaintiff to prove the same.

5. He has no knowledge of said allegations contained in Paragraph No. 5 and calls upon the plaintiff to prove the same.

6. He has no knowledge of said allegations contained in Paragraph No. 6 and calls upon the plaintiff to prove the same.

7. He has no knowledge of said allegations contained in Paragraph No. 7 and calls upon the plaintiff to prove the same.

8. He has no knowledge of said allegations contained in Paragraph No. 8 and calls upon the plaintiff to prove the same.

9. He has no knowledge of said allegations contained in Paragraph No. 9 and calls upon the plaintiff to prove the same.

10. He has no knowledge of said allegations contained in Paragraph No. 10 and calls upon the plaintiff to prove the same.

11. He has no knowledge of said allegations contained in Paragraph No. 11 and calls upon the plaintiff to prove the same.

12. He has no knowledge of said allegations contained in Paragraph No. 12 and calls upon the plaintiff to prove the same.

13. He has no knowledge of said allegations contained in Paragraph No. 13 and calls upon the plaintiff to prove the same.

14. He has no knowledge of said allegations contained in Paragraph No. 14 and calls upon the plaintiff to prove the same.

15. He has no knowledge of said allegations contained in Paragraph No. 15 and calls upon the plaintiff to prove the same.

16. He has no knowledge of said allegations contained in Paragraph No. 16 and calls upon the plaintiff to prove the same.

17. He has no knowledge of said allegations contained in Paragraph No. 17 and calls upon the plaintiff to prove the same.

18. He denies the allegations contained in Paragraph 18.

19. He has no knowledge of said allegations contained in Paragraph No. 19 and calls upon the plaintiff to prove the same.

20. He has no knowledge of said allegations contained in Paragraph No. 20 and calls upon the plaintiff to prove the same.

21. He has no knowledge of said allegations contained in Paragraph No. 21 and calls upon the plaintiff to prove the same.

22. He has no knowledge of said allegations contained in Paragraph No. 22 and calls upon the plaintiff to prove the same.

23. He has no knowledge of said allegations contained in Paragraph No. 23 and calls upon the plaintiff to prove the same.

24. He has no knowledge of said allegations contained in Paragraph No. 24 and calls upon the plaintiff to prove the same.

25. He admits the allegations contained in Paragraph No. 25.

26. He admits the allegations contained in Paragraph No. 26.

27. He admits the allegations contained in Paragraph No. 27.

28. He admits the allegations contained in Paragraph No. 28.

29. He has no knowledge of said allegations contained in Paragraph No. 29 and calls upon the plaintiff to prove the same.

30. He has no knowledge of said allegations contained in Paragraph No. 30 and calls upon the plaintiff to prove the same.

31. He has no knowledge of said allegations contained in Paragraph No. 31 and calls upon the plaintiff to prove the same.

32. He has no knowledge of said allegations contained in Paragraph No. 32 and calls upon the plaintiff to prove the same.

33. He has no knowledge of said allegations contained in Paragraph No. 33 and calls upon the plaintiff to prove the same.

34. He has no knowledge of said allegations contained in Paragraph No. 34 and calls upon the plaintiff to prove the same.

35. He denies the allegations contained in Paragraph No. 35.

36. He denies the allegations contained in Paragraph No. 36 and further answering, says that he never received a Net Winner Payment of $633,692 or a Net Preference of $134,022 but, rather, in 2013, he received only a total of $27,539.24 as shown on the annexed IRS For 1099-Misc. prepared by TelexFree, LLC.

37. He denies the allegations contained in Paragraph No. 37.

38. He denies the allegations contained in Paragraph No. 38.

-4-

39. He denies the allegations contained in Paragraph No. 39.

40. He denies the allegations contained in Paragraph No. 40.

41. He denies the allegations contained in Paragraph No. 41.

42. He denies the allegations contained in Paragraph No. 42.

NOTE: The defendant cannot answer to Paragraphs 43-46 of the Complaint because page 9 of the complaint was not served on or provided to him so he must deny all allegations made in said paragraphs.

47. He admits the allegations contained in Paragraph No. 47.

48. He denies the allegations contained in Paragraph No. 48.

49. He denies the allegations contained in Paragraph No. 49.

50. He denies the allegations contained in Paragraph No. 50.

51. He denies the allegations contained in Paragraph No. 51.

52. He denies the allegations contained in Paragraph No. 52.

53. He denies the allegations contained in Paragraph No. 53 (i) – (v).

54. He denies the allegations contained in Paragraph No. 54.

55. He denies the allegations contained in Paragraph No. 55 (i) – (v).

56. He denies the allegations contained in Paragraph No. 56.

57. No further answer is required.

58. He denies the allegations contained in Paragraph No. 58.

59. He denies the allegations contained in Paragraph No. 59.

60. He denies the allegations contained in Paragraph No. 60.

61. No further answer is required.

62. He denies the allegations contained in Paragraph No. 62.

63. He denies the allegations contained in Paragraph No. 63.

64. He denies the allegations contained in Paragraph No. 64.

65. He denies the allegations contained in Paragraph No. 65.

66. He denies the allegations contained in Paragraph No. 66.

67. He denies the allegations contained in Paragraph No. 67.

68. No further answer is required.

69. He denies the allegations contained in Paragraph No. 69.

70. He denies the allegations contained in Paragraph No. 70.

71. He denies the allegations contained in Paragraph No. 71.

72. He denies the allegations contained in Paragraph No. 72.

73. He denies the allegations contained in Paragraph No. 73.

74. No further answer is required.

75. He denies the allegations contained in Paragraph No. 75.

76. He denies the allegations contained in Paragraph No. 76.

77. He denies the allegations contained in Paragraph No. 77.

78. He denies the allegations contained in Paragraph No. 79.

79. No further answer is required.

80. He denies the allegations contained in Paragraph No. 80.

81. He denies the allegations contained in Paragraph No. 81.

82. He denies the allegations contained in Paragraph No. 82.

83. He denies the allegations contained in Paragraph No. 83.

84. No further answer is required.

85. He denies the allegations contained in Paragraph No. 85.

86. He denies the allegations contained in Paragraph No. 86.

## AFFIRMATIVE DEEENSES

### FIRST DEFENSE

Each of the six counts fail to state a claim upon which relieve can be granted.

### SECOND DEFENSE

The complaint in this action was filed on January 15, 2016 but the payments made to the defendant were all in calendar year 2013 (see annexed IRS Form 1099-Misc.). Therefore, the alleged fraudulent transfer was made more than two (2) years prior to the filing of the complaint and more than 90 days from the bankruptcy filing so the statute of limitations bar this complaint.

### THIRD DEFENSE

The declaratory judgment counts require that there be an actual controversy and there is none in this case.

### FOURTH DEFENSE

Counts 2 and 3 are for fraudulent transfers but none have occurred and even if there was one, *Arguendo*, it was not made within two (2) years of the filing of the petition and the complaint and, therefore, such counts must be dismissed.

### FIFTH DEFENSE

Count 4 for preference did not take place within the 90 days or even one year as required by law so the Trustee may not avoid any transfers to the defendant.

### SIXTH DEFENSE

Count 6 for disallowance of claims has been filed prematurely as the defendant has yet to file a proof of claim.

## SEVENTH DEFENSE

The defendant had no *mens rea* or specific intent to violate any law when he participated in TelexFree, LLC and he felt it was a legitimate marketing company.

## EIGHTH DEFENSE

The people behind the TelexFree business are responsible or any financial losses and not the defendant.

## NINTH DEFENSE

The plaintiff should be estopped by the actions of TelexFree.

## TENTH DEFENSE

The defendant has been excused from any preference.

## ELEVENTH DEFENSE

A fraud was committed against the defendant by TelexFree and he has no duty or obligation or debt to the plaintiff.

## TWELTH DEFENSE

The payments received by the defendant from TelexFree were owed and were earned and were not a preference.

## THIRTEENTH DEFENSE

The plaintiff comes to court with unclean hands.

## FOURTEENTH DEFENSE

The defendant was not a promoter or salesperson or employee or officer of TelexFree.

## FIFTEENTH DEFENSE

This action is not a bankruptcy core proceeding and both the jurisdiction or venue are improper as the trustee must bring his complaint in the U.S. District Court and not the Bankruptcy

Court. Also, the defendant did no business in Massachusetts.

### SIXTEENTH DEFENSE

The Class Action Fairness Act of 2005 requires that the complaint in this action be consolidated with the TelexFree Securities Litigation, MDC No. 4:14-MD-02566-TSH in the U.S. District Court of Massachusetts as the claims are the same and also, that MDC predates the trustee's complaint in this case, and the damages against the defendant are less than the required minimum claim amount.

**THE DEFENDANT CLAIMS A TRIAL BY JURY AS TO EACH COUNT OF THE COMPLAINT.**

Respectfully submitted,

BILKISH SUNESARA, Defendant
By their Attorney

/s/ Evans J. Carter
Evans J. Carter, Esq. (BBO# 076560)
Evans J. Carter, P.C.
860 Worcester Road
P.O. Box 812
Framingham, MA 01701
(508) 875-1669
ejcatty1@verizon.net

DATED: February 18, 2016

### CERTIFICATE OF SERVICE

I, Evans J. Carter, Esq., hereby certify that I caused to be served on February 18, 2016 a true and correct copy of the within *Answer* to be served via the Court's CM/ECF system on all parties entitled to receive such notices and otherwise by first class mail, postage prepaid.

/s/ Evans J. Carter
Evans J. Carter