## Form 1099-MISC — 2013 — Miscellaneous Income (Copy B For Recipient)

**PAYER'S name, street address, city, state, and ZIP code**
Telexfree LLC
4705 S. Durango Drive Suite 100 J51
Las Vegas, NV 89147
812-641-0477

**PAYER'S Federal Tax ID:** 46-0650853
**RECIPIENT'S Identification No.:** XXXXX7527

**RECIPIENT'S Name and Address**
Bilkish Sunesara
1800 Austin Parkway # 1411
Sugar Land, TX 77479

**Account Number:** 6037

OMB No. 1545-0115

| Box | Label | Amount |
|---|---|---|
| 1 | Rents | |
| 2 | Royalties | |
| 3 | Other Income | |
| 4 | Fed income tax withheld | |
| 5 | Fishing boat proceeds | |
| 6 | Med & health care pmts | |
| 7 | Nonemployee Compensation | $27539.29 |
| 8 | Pmts in lieu of Div or Int | |
| 9 | Payer made direct sales of $5000 or more of consumer products | |
| 10 | Crop insurance proceeds | |
| 11 | Foreign tax paid | |
| 12 | Foreign country or US pos | |
| 13 | Excess Golden Par Pmts | |
| 14 | Gross paid to an attorney | |
| 15a | Sec 409A deferrals | |
| 15b | Sec 409A income | |
| 16 | State tax withheld | |
| 17 | State/Payer's state no. | |
| 18 | State income | |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

(Keep for your records.)   Department of the Treasury - Internal Revenue Service

## Form 1099-MISC — 2013 — Miscellaneous Income (Copy 2 To be filed with recipient's state income tax return, when required.)

**PAYER'S name, street address, city, state, and ZIP code**
Telexfree LLC
4705 S. Durango Drive Suite 100 J51
Las Vegas, NV 89147
812-641-0477

**PAYER'S Federal Tax ID:** 46-0650853
**RECIPIENT'S Identification No.:** XXXXX7527

**RECIPIENT'S Name and Address**
Bilkish Sunesara
1800 Austin Parkway # 1411
Sugar Land, TX 77479

**Account Number:** 6037

Box 7 Nonemployee Compensation: $27539.29

Department of the Treasury - Internal Revenue Service

Telexfree LLC
4705 S. Durango Drive Suite 100 J51
Las Vegas, NV 89147

Important Tax Return Document Enclosed

### Instructions for Recipient

Amounts shown may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES. Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

Form 1099-MISC incorrect? If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

Box 7. Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

R25 Format(c)www.1099Express.com

Bilkish Sunesara
1800 Austin Parkway # 1411
Sugar Land, TX 77479