UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re | ) Chapter 11 Cases |
|  | ) |
| TELEXFREE, LLC | ) 14-40987-MSH |
| TELEXFREE, INC. | ) 14-40988-MSH |
| TELEXFREE FINANCIAL, INC. | ) 14-40989-MSH |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
| STEPHEN B. DARR, | ) |
| CHAPTER 11 TRUSTEE OF | ) |
| EACH OF THE DEBTORS, | ) Adversary Proceeding |
|  | ) No. 16-04006 |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A CLASS OF NET WINNERS, | ) |
|  | ) |
| Defendants. | ) |

02/18/2016 ALLOWED. [signature]

**DEFENDANT ANA R. RAMOS'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE MOVE AS TO THE COMPLAINT**

*[UNOPPOSED]*

JS#542787v1