In re:                                          Chapter 11 Cases

TELEXFREE, LLC,                                 14-40987-MSH
TELEXFREE, INC, AND                             14-40988-MSH
TELEXFREE FINANCIAL, INC.,                      14-40989-MSH

      Debtors,                              Jointly Administered

---

STEPHEN B. DARR AS HE IS THE
TRUSTEE OF THE CHAPTER 11
ESTATES OF EACH OF THE DEBTORS,

      Plaintiff,                           Adversary Proceeding
                                                No.

ANA ROSA LOPEZ (Pro Se.)

      Defendant

## MOTION TO EXTEND TIME TO FILE ANSWER

1. I am in receipt of the Summons In An Adversary Proceeding dated January 15, 2016.

2. Answer or Motion due date is February 16, 2016.

3. I have been searching for an attorney that has expertise in this type of proceedings. The problem that I have encountered is the cost for such attorney.

4. It is respectfully requested that I be granted an additional 90 days, or whatever additional time the court is willing to grant, in order for me to come up with the funds in order to find and hire an attorney.

5. I vehemently deny the allegations but I am going to need the additional time, so that I can clear my name.

_Ana Rosa Lopez_
ANA ROSA LOPEZ
DEFENDANT

02-12-16
Date

[Margin annotation, left side: "02/18/2016 THE DEADLINE IS EXTENDED FOR 30 DAYS FROM THE DATE THE ANSWER OR RESPONSE WAS DUE." with judge's signature]