UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC,<br>TELEXFREE FINANCIAL, INC<br><br>          Debtors.<br><br>———————————————————<br><br>STEPHEN B. DARR AS HE IS THE<br>TRUSTEE OF THE CHAPTER 11 ESTATES<br>OF EACH OF THE DEBTORS<br><br>          Plaintiff,<br><br>    v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>          Defendants. | Chapter 11<br><br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>(Jointly Administered)<br><br><br><br><br>Adversary Proceeding<br>No. 16-04006 |

## CERTIFICATE OF SERVICE

On February 5, 2016 at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic mail upon domestic unnamed defendants for whom electronic mail information is available. (Due to the voluminous and confidential nature of these lists, the Domestic Unnamed Defendants List Exhibit is not attached hereto and is on file with KCC):

- **Email Notice** [Attached hereto as Exhibit A]

- **Complaint filed by Plaintiff Stephen B. Darr, Trustee of the Chapter 11 Estates, vs. Defendants Benjamin Argueta, Alexandro Rocha, et al., and a Defendant Class of Net Winners** [Docket No. 1]

- **Plaintiff's Motion for Class Certification** [Docket No. 2]

- **Memorandum in Support of Plaintiff's Motion for Class Certification** [Docket No. 3]

On February 16, 2016 at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic mail upon all defendants for whom electronic mail information is available. (Due to the voluminous and confidential nature of these lists, the Defendants List Exhibit is not attached hereto and is on file with KCC):

- **Email Notice** [Attached hereto as Exhibit B]

- **Amended Standing Order and Notice to Creditors, Parties In Interest and Attorneys Regarding Telephonic Attendance at Hearings Scheduled for Telexfree, LLC 14-40987 and All Associated Adversary Proceedings** [Docket No. 49]

Dated: February 18, 2016

                                                    /s/ Jeffrey Miller
                                                    Jeffrey Miller
                                                    KCC
                                                    2335 Alaska Ave
                                                    El Segundo, CA 90245

# Exhibit A

ID #: [ID]
Email Address: [Email]

Please click on the links below to review the documents filed in the TelexFree bankruptcy cases. Your rights may be affected.

TelexFree, LLC, et al., jointly administered under Case No. 14-40987 (MSH); Adversary Proceeding No. 16-04006 (United States Bankruptcy Court, District of Massachusetts):

- Complaint filed by Plaintiff Stephen B. Darr, Trustee of the Chapter 11 Estates, vs. Defendants Benjamin Argueta, Alexandro Rocha, et al., and a Defendant Class of Net Winners

- Plaintiff's Motion for Class Certification

- Memorandum in Support of Plaintiff's Motion for Class Certification

**Complaint Introduction:**
Stephen Darr is the duly appointed and acting trustee (the "Trustee") of the Chapter 11 bankruptcy estates ("Estates") of TelexFree, Inc., TelexFree, LLC and TelexFree Financial, Inc. (collectively, the "Debtors"). As Trustee, Mr. Darr brings this adversary proceeding to recover property fraudulently transferred by the Debtors to the Defendants and members of the Defendant class within two (2) years of the bankruptcy filings and preferential transfers made to the Defendants and members of the Defendant class within ninety (90) days of the bankruptcy filings.

Please review carefully as your rights may be affected and consult legal advice. The Chapter 11 Trustee, the Bankruptcy Court and KCC are not permitted to give legal advice.

For the most updated information and documents relating to this case, please visit http://www.kccllc.net/TelexFree.

# Exhibit B

ID #: [ID]
Email Address: [Email]

Please click on the links below to review the documents filed in the TelexFree bankruptcy cases. Your rights may be affected.

TelexFree, LLC, et al., jointly administered under Case No. 14-40987 (MSH); Adversary Proceeding No. 16-04006 (United States Bankruptcy Court, District of Massachusetts):

- <u>Amended Standing Order and Notice to Creditors, Parties In Interest and Attorneys Regarding Telephonic Attendance at Hearings Scheduled for Telexfree, LLC 14-40987 and All Associated Adversary Proceedings</u>

For the most updated information and documents relating to this case, please visit http://www.kccllc.net/TelexFree. The Chapter 11 Trustee, the Bankruptcy Court and KCC are not permitted to give legal advice.