**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11 Cases** |
| **TELEXFREE, LLC,** | ) | **14-40987-MSH** |
| **TELEXFREE, INC. and** | ) | **14-40988-MSH** |
| **TELEXFREE FINANCIAL, INC.,** | ) | **14-40989-MSH** |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| **STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,** | ) | Adversary Proceeding No.: 16-04006 |
| Plaintiff, | ) | |
| v. | ) | |
| **BENJAMIN ARGUETA, ALEXANDRO ROCHA et als. and a DEFENDANT CLASS OF NET WINNERS,** | ) | |
| Defendants. | ) | |

**MOTION OF DEFENDANT, LINDA HACKETT, FOR LEAVE TO EXTEND
TIME TO ANSWER COMPLAINT TO MARCH 7, 2016**

*[UNOPPOSED]*

Now comes the Defendant, Linda Hackett ("Hackett"), who respectfully requests leave in order to extend the time to file her Answer to the Complaint in this Adversary Proceeding filed on January 15, 2016 through March 7, 2016.

As grounds therefore, Hackett states that she was out of the United State and only learned of the Complaint on or about February 4, 2016. At the time Hackett learned of the Complaint, the undersigned was outside the continental United States. Hackett will not return to the

Commonwealth until the beginning of March 2016.  The Trustee has stated that he has no opposition to the extension of time to file an Answer.  Hackett would also like further time in order to choose counsel to represent her as an alleged "net winner."

The undersigned only appears for the purposes of filing the within request for leave to extend time to Answer.  This request is made without prejudice to any rights, claims or defenses that Hackett has with respect to the Complaint or any matter relating thereto or alleged therein.

WHEREFORE, Linda Hackett respectfully requests leave in order to extend the time to file her Answer in this Adversary Proceeding through March 7, 2016.

          THE PLAINTIFF,

          LINDA HACKETT

          BY HER ATTORNEY,
          LIMITED APPEARANCE FOR
          PURPOSES OF THIS EXTENSION ONLY

          /s/ JORDAN L. SHAPIRO
          BBO# 454240
          SHAPIRO & HENDER
          jslawma@aol.com
          105 Salem Street
          Malden, MA 02148

Date: February 22, 2016          (781) 324-5200

## **MLBR-9013-1 CERTIFICATION**

      On February 16, 2016, counsel for Linda Hackett communicated by email with Charles J. Bennett, Jr. of Murphy &King, P.C., counsel to the Trustee in this matter, who indicated that he did not oppose the within motion or the relief sought herein.

                                                       THE PLAINTIFF,

                                                       Linda Hackett

                                                       BY HER ATTORNEY,
                                                       LIMITED APPEARANCE FOR
                                                       PURPOSES OF THIS EXTENSION ONLY

                                                       /s/ JORDAN L. SHAPIRO
                                                       BBO# 454240
                                                       SHAPIRO & HENDER
                                                       jslawma@aol.com
                                                       105 Salem Street
                                                       Malden, MA 02148
Date: February 22, 2016                        (781) 324-5200

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of February, 2016, I caused true copies of the within motion to be served through the Court's CM/ECF system upon all registered electronic filers appearing in this case.

      THE PLAINTIFF,

      Linda Hackett

      BY HER ATTORNEY,
      LIMITED APPEARANCE FOR
      PURPOSES OF THIS EXTENSION ONLY

      /s/ JORDAN L. SHAPIRO
      BBO# 454240
      SHAPIRO & HENDER
      jslawma@aol.com
      105 Salem Street
      Malden, MA 02148

Date: February 22, 2016      (781) 324-5200