UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS, CENTRAL DIVISION

US BANKRUPTCY COURT
2016 FEB 23 PM 1 20

In re:

Telexfree LLC

Debtor.

Case no.: 14-40987

Chapter 11

Judge Hoffman

STEPHEN B. DARR

Plaintiff,

-v-

ANDRES BOLIVAR ESTEVEZ

Defendant.

Adversary Proceeding No.
16-4006

## THIRD PARTY DEFENDANT, ANDRES B. ESTEVEZ
## MOTION TO EXTEND TIME
## TO RESPOND TO PLAINTIFF MOTION

The __Third party defendant__ in the above captioned matter respectfully moves this Honorable Court for an extension of time to __Respond to Plaintiff Motion__ up to and including __05/16/2016__.

As grounds in support, the Third party defendant respectfully represents:

That the court required defendants to file a respond by February 16th, 2016, but there was no suficient time for defendants to seek representation or get help from the PRO SE Clerck, since the notice was received after the facts on February 19th, 2016, therefore I respectfully ask the Clerk to present this Motin to extend time to the Honorable Judge Melvin S. Hoffman in order to allows us suficient time as He understand appropriate for us to seek and get legal representaion.

WHEREFORE, the  Third party defendant  respectfully requests that this motion be ALLOWED.

DATED:    02/23/2016

*[signature: Andres B. Estevez]*

ANDRES B. ESTEVEZ
_____, *Pro se*

Address: 9510 90TH AVENUE
WOODHAVEN NY 11421

Telephone Number:
347-433-9966

### CERTIFICATE OF SERVICE RE:
### Third Party Defendant Motion to Extend Time

I, ANDRES B. ESTEVEZ, hereby certify that on 05/16/2016 I mailed a true and completely copy of this motion to extend time via US Postal Service First Class Mail, with postage prepaid, addressed to the parties noted below my signature.

*[signature: Andres B. Estevez]*

ANDRES B. ESTEVEZ, Pro se

Address: 9510 90TH AVENUE
WOODHAVEN NY 11421

Telephone Number:
347-433-9966

SERVED TO:

US. BANKRUPCY COURT
595 MAIN STREET
WORCESTER, MA 01608


STEPHEN B. DARR
CC
CHARLES R. BENNETT JR.
MURPHY & KING, PROFESSIONAL CORPORATION
ONE BEACON STREET
BOSTON, MA 02108