**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **In re:** ) | | |
| ) | **Chapter 11 Cases** | |
|     **TELEXFREE, LLC,** ) | **14-40987-MSH** | |
|     **TELEXFREE, INC. and** ) | **14-40988-MSH** | |
|     **TELEXFREE FINANCIAL, INC.,** ) | **14-40989-MSH** | |
| ) | | |
|     **Debtors.** ) | **Jointly Administered** | |
| ) | | |
| **STEPHEN B. DARR AS HE IS THE** ) | | |
| **TRUSTEE OF THE CHAPTER 11 ESTATES** ) | | |
| **OF EACH OF THE DEBTORS,** ) | **Adversary Proceeding** | |
| ) | **No.: 16-04006** | |
|     **Plaintiff,** ) | | |
| ) | | |
| **v.** ) | | |
| ) | | |
| **BENJAMIN ARGUETA, ALEXANDRO** ) | | |
| **ROCHA et als. and a DEFENDANT** ) | | |
| **CLASS OF NET WINNERS,** ) | | |
| ) | | |
|     **Defendants.** ) | | |

02/23/2016 ALLOWED.

**MOTION OF DEFENDANT, LINDA HACKETT, FOR LEAVE TO EXTEND**
**TIME TO ANSWER COMPLAINT TO MARCH 7, 2016**

*[UNOPPOSED]*

Now comes the Defendant, Linda Hackett ("Hackett"), who respectfully requests leave in order to extend the time to file her Answer to the Complaint in this Adversary Proceeding filed on January 15, 2016 through March 7, 2016.

As grounds therefore, Hackett states that she was out of the United State and only learned of the Complaint on or about February 4, 2016. At the time Hackett learned of the Complaint, the undersigned was outside the continental United States. Hackett will not return to the