**Court's Certificate of Notice**

Linda Suzanne Hackett
97 Bellevue Avenue
Melrose, MA 02176