UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |  |
|---|---|---|---|
| In Re: | ) | | |
|     Telexfree, LLC | ) | Case No. | 14-4098 MSH |
|     Debtor. | ) | Chapter | 11 |
| | ) | | |
|     Stephen B. Darr | ) | | |
|         Plaintiff | ) | AP Case No. | 16-04006 MSH |
| v. | ) | | |
|     Benhamin Argueta, et al. | ) | | |
|         Defendants | ) | | |

CERTIFICATE OF SERVICE

I certify that I, served a copy of the:

- NOTICEOF NONEVIDENTIARY HEARING RE: (20) MOTION FILED BY DEFENDANT MARCO ALMEIDA TO DISMISS ADVERSARY PROCEEDING

**Manual Notice List**

By first class mail, postage prepaid, on the non CM/EFC participants on the list below:

**Ruddy Abreau**
9 Longwood Drive
Methuen, MA 01844

**Marco Almeida**
420 Atlantice Ave
Long Branch, NJ 07740

**Gladys Alvarado**
177 Lincoln St.

#2
Worcester, MA 01605

**Hugo Alvarado**
18 Catherine St. #1
Worcester, MA 01605

**Laureano Arellano**
576N 800W
Provo, UT 84601

**Benjamin Argueta**
14 Illinois Avenue
Apt. 1
Somerville, MA 02145

**Aaron Ataide**
2900 W Porter Ave.
Visalia, CA 93291

**Frantz Balan**
51 Grover Street
Apt. 2
Everett, MA 02149

**Rosane Cruz**
22 Northampton Street
Worcester, MA 01605

**Marcelo DaSilva**
38 Lyme St.
#308
Malden, MA 02148

**Stephen B. Darr**
C/O Charles R. Bennett, Jr.
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA 02108

**Andres Bolivar Estevez**
9510 90th Ave. 2
Woodhaven, NY 11421

**Linda Suzanne Hackett**
97 Bellevue Ave
Melrose, MA 02176

**Ana Rosa Lopez**
5019 Redwin Brook Trail
Katy, TX 77449

**Jose Lopez**
164 Exchange St.
2nd Floor
Lawrence, MA 01841

**Rodrigo Montemor**
6 Boxford Street
Lawrence, MA 01843

**Euzebio Sudre Neto**
334 Chestnut Farm Way
Raynham, MA 02767

**Jose Neto**
49 Rodney Street
Worcester, MA 01605

**Julio C. Paz**
179 Water Street
Framingham, MA 01701

**Omar Quinonez**
3812 N. Oak Dr.
Apt. M62
Tampa, FL 33611

**Ana R. Ramos**
65 Fremont Ave. Apt 2
Chelsea, MA 02150

**Alexandro Rocha**
6 Nell Road
Revere, MA 02151

**Bilkish Sunesara**
1800 Austin Parkway
Sugar Land, TX 77479

Dated: February 24, 2016

                                                          Respectfully Submitted by,

                                                          <u>/s/ Robert W. Kovacs, Jr.</u>
Counsel for the Defendant Marco Almeida
MA BBO 671497
Kovacs Law, P.C.
172 Shrewsbury Street
Worcester, MA 01604
T: 508-926-8833
F: 508-459-1723
E: [Robert@KovacsLawFirm.com](mailto:Robert@KovacsLawFirm.com)