UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>        Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>        Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>        Defendant(s). | Adversary Proceeding<br>No. 16-4006 |

**Response by Chapter 11 Trustee to Motion by Andres B. Estevez to
<u>Extend Time to File Answer</u>**

Stephen Darr, the duly appointed and acting trustee (the "Trustee") of the Chapter 11 bankruptcy estates of TelexFree, Inc., TelexFree, LLC and TelexFree Financial, Inc., respectfully files this response to the Motion to Extend Time to File Answer ("Motion to Extend") filed by Andres B. Estevez ("Estevez"), one of the named defendants in this action.[1]

In the Motion to Extend, Ms. Estevez has requested a ninety (90) day answer extension, to May 16, 2016. The Trustee has consented to several requests for a twenty (20) day extension of the response deadline, through March 7, 2016. Ana Lopez, another named defendant, previously requested an additional 90 days to file an answer (docket no. 34), and the Court granted a 30 day extension. The Trustee requests a similar extension be granted in this instance, through March 17, 2016.

> STEPHEN DARR AS HE IS THE
> TRUSTEE OF THE CHAPTER 11
> ESTATES OF EACH OF THE
> TELEXFREE DEBTORS
>
> By his attorneys,
>
> /s/ Andrew G. Lizotte
> Charles R. Bennett, Jr. (BBO #037380)
> Andrew G. Lizotte (BBO #559609)
> Murphy & King, Professional Corporation
> One Beacon Street
> Boston, MA  02108
> (617) 423-0400
> CBennett@murphyking.com
> ALizotte@murphyking.com

Dated: February 24, 2016
704177

---

[1] The Motion to Extend is docket no. 51 and is captioned as "Third Party Defendant, Andres. B. Estevez, Motion to Extend Time to Respond to Plaintiff Motion".

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>           Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>           Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>           Defendant(s). | Adversary Proceeding<br>No. 16-4006 |

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that on February 24, 2016, I caused to be served a copy of the Response by Chapter 11 Trustee to Motion by Andres B. Estevez to Extend Time to

File Answer via operation of this Court's CM/ECF System, by Electronic Mail, and by First Class Mail as indicated on the attached service list.

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400
(617)-423-0498
Email: alizotte@murphyking.com

DATED: February 24, 2016
704207

Telexfree Adversary Proceeding #16-4006 (Domestic)
Service List #703788

### ECF:

- Charles R. Bennett    cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com
- Evans J. Carter    ejcatty1@verizon.net
- Timothy J. Durken    tdurken@jagersmith.com, bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
- Robert W Kovacs    bknotices@rkovacslaw.com
- Andrew G. Lizotte    agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
- Jordan L. Shapiro    JSLAWMA@aol.com

### EMAIL:

- Andres B. Estevez :

| | |
|---|---|
| Andres Bolivar Estevez | dra.aragonesp@hotmail.com |
| Andres Bolivar Estevez | estevezandres@hotmail.com |
| Andres Bolivar Estevez | pestevezfdez@gmail.com |
| Andres Bolivar Estevez | erickurena88@gmail.com |
| Andres Bolivar Estevez | ingristorrez1@hotmail.com |
| Andres Bolivar Estevez | e.leofdez@gmail.com |
| Andres Bolivar Estevez | telexjaney@gmail.com |

Benjamin Argueta
14 Illinois Avenue, Apt. 1
Somerville, MA 02145

Jose Neto
49 Rodney Street
Worcester, MA 01605

Euzebio Sudre Neto
334 Chestnut Farm Way
Raynham, MA 02767

Ana R. Ramos
63 Fremont Av., Apt. 2
Chelsea, MA 02150

Ruddy Abreau
9 Longwood Drive
Methuen, MA 01844

Rodrigo Montemor
6 Boxford Street
Lawrence, MA 01843

Aaron Ataide
2900 W. Porter Ave.
Visalia, CA 93291

Omar Quinonez
3812 N. Oak Dr., Apt. M62
Tampa, FL 33611

Alexandro Rocha
6 Nell Road
Revere, MA 02151

Julio C. Paz
179 Water Street
Framingham, MA 01701

Hugo Alvarado
18 Catherine St., #1
Worcester, MA 01605

Linda Suzanne Hackett
97 Bellevue Ave.
Melrose, MA 02176

Marco Almeida
420 Atlantic Ave.
Long Branch, NJ 07740

Laureano Arellano
576N 800W
Provo, UT 84601

Rosane Cruz
22 Northampton Street
Worcester, MA 01605

Carlos C. Dejesus
72 Fremont Ave., Apt. 2
Chelsea, MA 2150

Bilkish Sunesara
8211 Longvale Drive
Rosenberg, TX  77469

Andres Bolivar Estevez
9510 90th Ave. 2
Woodhaven, NY  11421

Jose Lopez
164 Exchange St., 2nd Floor
Lawrence, MA  01841

Ana Rosa Lopez
5019 Redwing Brook Trail
Katy, TX  77449

Frantz Balan
51 Grover Street, Apt. 2
Everett, MA  02149

Marcelo Dasilva
38 Lyme Street, #308
Malden, MA  02148

Gladys Alvarado
177 Lincoln St., #2
Worcester, MA  01605