UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS, CENTRAL DIVISION

US BANKRUPTCY COURT
2016 FEB 23  PM 1 20

In re:

Telexfree LLC

Debtor.

Case no.: 14-40987

Chapter 11

Judge Hoffman

STEPHEN B. DARR

Plaintiff,

-v-

ANDRES BOLIVAR ESTEVEZ

Defendant.

Adversary Proceeding No.
16-4006

02/24/2016 The deadline is extended to March 18, 2016.

## THIRD PARTY DEFENDANT, ANDRES B. ESTEVEZ
## MOTION TO EXTEND TIME
## TO RESPOND TO PLAINTIFF MOTION

The __Third party defendant__ in the above captioned matter respectfully moves this Honorable Court for an extension of time to __Respond to Plaintiff Motion__ up to and including __05/16/2016__.

As grounds in support, the __Third party defendant__ respectfully represents:

That the court required defendants to file a respond by February 16th, 2016, but there was no sufficient time for defendants to seek representation or get help from the PRO SE Clerck, since the notice was received after the facts on February 19th, 2016, therefore I respectfully ask the Clerk to present this Motin to extend time to the Honorable Judge Melvin S. Hoffman in order to allows us sufficient time as He understand appropriate for us to seek and get legal representaion.