03/03/2016 ALLOWED. THE DEADLINE TO ANSWER OR OTHERWISE RESPOND IS EXTENDED TO MARCH 7, 2016.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re<br><br>TELEXFREE, LLC<br>TELEXFREE, INC.<br>TELEXFREE FINANCIAL, INC.<br><br>    Debtors.<br> | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR,<br>CHAPTER 11 TRUSTEE OF<br>EACH OF THE DEBTORS,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A CLASS OF NET WINNERS,<br><br>    Defendants. | Adversary Proceeding<br>No. 16-04006 |

**DEFENDANT CARLOS C. DEJESUS'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE MOVE AS TO THE COMPLAINT**

*[UNOPPOSED]*

JS#542788v1