### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>       Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE<br>TRUSTEE OF THE CHAPTER 11 ESTATES<br>OF EACH OF THE DEBTORS,<br><br>       Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO<br>ROCHA, JOSE NETO, JULIO C. PAZ,<br>EUZEBIO SUDRE NETO, HUGO<br>ALVARADO, ANA R. RAMOS, LINDA<br>SUZANNE HACKETT, RUDDY ABREAU,<br>MARCO ALMEIDA, RODRIGO<br>MONTEMOR, LAUREANO ARELLANO,<br>AARON ATAIDE, ROSANE CRUZ, OMAR<br>QUINONEZ, CARLOS C. DEJESUS,<br>BILKISH SUNESARA, ANDRES BOLIVAR<br>ESTEVEZ, JOSE LOPEZ, ANA ROSA<br>LOPEZ, FRANTZ BALAN, MARCELO<br>DASILVA, GLADYS ALVARADO, AND A<br>DEFENDANT CLASS OF NET WINNERS,<br><br>       Defendant(s). | Adversary Proceeding<br>No. 16-04006-MSH |

### PLAINTIFF'S OPPOSITION TO MOTION BY DEFENDANT
### MARCO ALMEIDA TO DISMISS

The Defendant Marco Almeida has moved to dismiss the Complaint for "failure to serve process." The Plaintiff, Stephen B. Darr, as he is Trustee (the "Trustee") of the Chapter 11 Estates of TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc. (collectively, "TelexFree"), opposes the Motion on the basis that service of process was made upon Mr. Almeida in accordance with Rule 7004 of the Rules of Bankruptcy Procedure on January 29, 2016.

In support of his position, the Trustee states as follows:

1.      Rule 7004 of the Rules of Bankruptcy Procedure provides for alternative methods of service of process, including service by first class mail. Service on Mr. Almeida was made by first class mail by mailing a copy of the Summons and the Complaint to Mr. Almeida on January 20, 2016, and by mailing a copy of the Summons and the Complaint to him by U.S. mail, return receipt requested. The certified mail was apparently signed for in late January, the Trustee believes on January 29, 2016.

2.      A copy of the Certificate of Service showing service on the various Defendants, including Mr. Almeida, is attached hereto as Exhibit A.

WHEREFORE, Stephen B. Darr, as Trustee of the Chapter 11 Estates of TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc., respectfully prays that the Motion by Mr. Almeida be denied.

2

STEPHEN B. DARR AS HE IS TRUSTEE
OF THE CHAPTER 11 ESTATES OF
TELEXFREE, LLC, TELEXFREE, INC.
AND TELEXFREE FINANCIAL, INC.
By his attorneys,


 /s/ Charles R. Bennett, Jr.
Charles R. Bennett, Jr. (BBO #037380)
Harold B. Murphy (BBO #326610)
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA  02108
(617) 423-0400
CBennett@murphyking.com
HMurphy@murphyking.com

Dated: March 3, 2016

703821

3

## CERTIFICATE OF SERVICE

I, Charles R. Bennett, Jr., certify that I served the foregoing Opposition to the Motion by Marco Almeida to Dismiss by causing a copy of same to be served by ECF and by e-mailing a copy to Mr. Almeida's counsel, being:

Robert W. Kovacs, Jr.
Kovacs Law, P.C.
172 Shrewsbury Street
Worcester, MA  01604
E-mail:  Robert@KovacsLawFirm.com


                                        /s/ Charles R. Bennett, Jr.
                                        Charles R. Bennett, Jr.

Dated: March 3, 2016

4

# EXHIBIT A

*CRB*

Chapter 11
Adversary Proceeding: 16-04006
Judge Melvin S. Hoffman

## CERTIFICATE OF SERVICE

I, **Andrew G. Lizotte, Esq.** (name), certify that service of this summons and a copy of the complaint was made : **1/20/16** (date) by:

**XX**    **Certified Mail, Return Receipt AND BY**
Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**See Attached List of Defendants**

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: [Describe briefly]

☐   State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_2/16/16_
Date

_[signature]_
Signature

**Andrew G. Lizotte, Esq.**
**Murphy & King, P.C.**
Print Name
**One Beacon Street**
Business Address
**Boston MA    02108**
City      State      Zip

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | Telexfree, LLC | Related Bankruptcy Case: 14–40987 |
| | | Chapter 11 |
| | Debtor | Judge Melvin S. Hoffman |
| | Stephen B. Darr | Adversary Proceeding: 16–04006 |
| | Plaintiff | |
| | vs. | |
| | Benjamin Argueta et al. | |
| | Defendant | |

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer within 35 days.

**ANSWER DUE: 2/16/16**

Address of Clerk:
U. S. Bankruptcy Court
595 Main Street
Worcester, MA 01608

**At the same time,** you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Charles R. Bennett Jr.
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA 02108

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date:1/15/16

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Megan Hussey
Deputy Clerk
(617) 748– 5334



TELEXFREE CERTIFIED MAIL/US MAIL ADDRESSES FOR SUMMONS/COMPLAINT:

| Defendant Name | Date Served Via US Mail/Cert Mail | Delivery Date-Cert Mail | |
|---|---|---|---|
| Marco Almedia | 1/20/16 | 1/29/16 | |
| Gladys Alvarado | 1/20/16 | 1/29/16 | |
| Omar Quinonez | 1/20/16 | 1/25/16 | |
| Carlos C. Dejesus | 1/20/16 | 1/27/16 | |
| Laureano Arellano | 1/20/16 | 2/01/16 | |
| Aaron Ataide | 1/20/16 | 1/23/16 | |
| Julio C. Paz | 1/20/16 | 1/28/16 | |
| Euzebio Sudre Neto | 1/20/16 | 1/23/16 | |
| Alexandro Rocha | 1/20/16 | 1/22/16 | |
| Benajimin Argueta | 1/20/16 | 1/25/16 | |
| Ana R. Ramos | 1/20/16 | 1/23/16 | |
| Jose Neto | 1/20/16 | | |
| Hugo Alvardo | 1/20/16 | | |
| Andres B. Estevez | 1/20/16 | | |
| Rodrigo Montemor | 1/20/16 | | |
| Ruddy Abreau | 1/20/16 | | |
| Rosane Cruz | 1/20/16 | | |
| Marcelo Dasilva | 1/20/16 | | |
| Frantz Balan | 1/20/16 | | |
| Ana Rosa Lopez | 1/20/16 | | |
| Jose Lopez | 1/20/16 | | |
| Bilkish Sunesara | 1/20/16 | | CERTIFIED MAIL RETURNED RE: Insufficient Address |
| | 2/03/16 | | RESENT US MAIL & CERTIFIED MAIL to New Address |
| Linda Suzanne Hackett | 1/20/16 | | CERTIFIED MAIL RETURNED AS UNCLAIMED |

703597

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marco Almeida
420 Atlantic Ave.
Long Branch, NJ 07740

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)        7013 2630 0001 5827 5239

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gladys Alvarado
177 Lincoln St., #2
Worcester, MA 01605

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Gladys Alvarado

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)        7013 2630 0001 5827 5352

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Omar Quinonez
3812 N. Oak Dr., Apt. M62
Tampa, FL 33611

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
1-25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)        7013 2630 0001 5827 5284

PS Form 3811, February 2004        Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carlos C. Dejesus
72 Fremont Ave., Apt. 2
Chelsea, MA 02150

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Melvin Quiroz   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery 1/27

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7013 2630 0001 5827 5291

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Laureano Arellano
576N 800W
Provo, UT 84601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Alfredo P   FEB 0   2016   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7013 2630 0001 5827 5253

'S Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Aaron Ataide
2900 W Porter Ave.
Visalia, CA 92391

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Marlene Zuniga   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Marlene Zuniga   1-23-16

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☑ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7013 2630 0001 5827 5260

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Julio C. Paz
179 Water Street
Framingham, MA 01701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☑ Addressee
B. Received by ( Printed Name)   C. Date of Delivery
D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7013 2630 0001 5827 5178

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Euzebio Sudre Neto
334 Chestnut Farm Way
Raynham, MA 02767

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
EUZEBIN SUDRE NETO   1-23-16
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7013 2630 0001 5827 5185

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alexandro Rocha
6 Nell Road
Revere, MA 02151

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Rocha   1/28/16
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7013 2630 0001 5827 5154

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

Benjamin Argueta
14 Illinois Avenue, Apt. 1
Somerville, MA  02145

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7013 2630 0001 5827 5147

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

Ana R. Ramos
63 Fremont Ave., Apt. 2
Chelsea, MA  02150

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7013 2630 0001 5827 5208

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540