**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11 Cases** |
|     **TELEXFREE, LLC,** | ) | **14-40987-MSH** |
|     **TELEXFREE, INC. and** | ) | **14-40988-MSH** |
|     **TELEXFREE FINANCIAL, INC.,** | ) | **14-40989-MSH** |
| | ) | |
|     **Debtors.** | ) | **Jointly Administered** |
| | ) | |
| **STEPHEN B. DARR AS HE IS THE** | ) | |
| **TRUSTEE OF THE CHAPTER 11 ESTATES** | ) | |
| **OF EACH OF THE DEBTORS,** | ) | **Adversary Proceeding** |
| | ) | **No.: 16-04006** |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BENJAMIN ARGUETA, ALEXANDRO** | ) | |
| **ROCHA et als. and a DEFENDANT** | ) | |
| **CLASS OF NET WINNERS,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

**MOTION OF DEFENDANT, LINDA HACKETT, FOR FURTHER**
**LEAVE TO EXTEND TIME TO ANSWER COMPLAINT TO MARCH 17, 2016**

*[UNOPPOSED]*

Now comes the Defendant, Linda Hackett ("Hackett"), who respectfully requests further leave in order to extend the time to file her Answer to the Complaint in this Adversary Proceeding which was filed on January 15, 2016 through March 17, 2016.

As grounds therefore, Hackett states that she was out of the United State and only learned of the Complaint on or about February 4, 2016. At the time Hackett learned of the Complaint, the undersigned was outside the continental United States. Hackett will not return to the

Commonwealth until the middle of March 2016.  The Trustee has stated that he has no opposition to the extension of time to file an Answer.  Hackett would also like further time in order to choose counsel to represent her as an alleged "net winner."

The undersigned only appears for the purposes of filing the within request for leave to extend time to Answer.  This request is made without prejudice to any rights, claims or defenses that Hackett has with respect to the Complaint or any matter relating thereto or alleged therein.

WHEREFORE, Linda Hackett respectfully requests further leave in order to extend the time to file her Answer in this Adversary Proceeding through March 17, 2016.

        THE PLAINTIFF,

        LINDA HACKETT

        BY HER ATTORNEY,
        LIMITED APPEARANCE FOR
        PURPOSES OF THIS EXTENSION ONLY

        /s/ JORDAN L. SHAPIRO
        BBO# 454240
        SHAPIRO & HENDER
        jslawma@aol.com
        105 Salem Street
        Malden, MA 02148
Date: March 4, 2016        (781) 324-5200

## **MLBR-9013-1 CERTIFICATION**

      On March 4, 2016, counsel for Linda Hackett communicated by email with Charles J. Bennett, Jr. of Murphy &King, P.C., counsel to the Trustee in this matter, who indicated that he did not oppose the within motion or the relief sought herein.

                      THE PLAINTIFF,

                      Linda Hackett

                      BY HER ATTORNEY,
                      LIMITED APPEARANCE FOR
                      PURPOSES OF THIS EXTENSION ONLY

                      /s/ JORDAN L. SHAPIRO
                      BBO# 454240
                      SHAPIRO & HENDER
                      jslawma@aol.com
                      105 Salem Street
                      Malden, MA 02148
Date: March 4, 2016          (781) 324-5200

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2016, I caused true copies of the within motion to be served through the Court's CM/ECF system upon all registered electronic filers appearing in this case.

THE PLAINTIFF,

Linda Hackett

BY HER ATTORNEY,
LIMITED APPEARANCE FOR
PURPOSES OF THIS EXTENSION ONLY

/s/ JORDAN L. SHAPIRO
BBO# 454240
SHAPIRO & HENDER
jslawma@aol.com
105 Salem Street
Malden, MA 02148
Date: March 4, 2016                                (781) 324-5200