**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11 Cases** |
|     TELEXFREE, LLC, | ) | 14-40987-MSH |
|     TELEXFREE, INC. and | ) | 14-40988-MSH |
|     TELEXFREE FINANCIAL, INC., | ) | 14-40989-MSH |
| | ) | |
|     Debtors. | ) | Jointly Administered |
| | ) | |
| STEPHEN B. DARR AS HE IS THE | ) | |
| TRUSTEE OF THE CHAPTER 11 ESTATES | ) | |
| OF EACH OF THE DEBTORS, | ) | Adversary Proceeding |
| | ) | No.: 16-04006 |
|     Plaintiff, | ) | |
| v. | ) | |
| BENJAMIN ARGUETA, ALEXANDRO | ) | |
| ROCHA et als. and a DEFENDANT | ) | |
| CLASS OF NET WINNERS, | ) | |
|     Defendants. | ) | |

**MOTION OF DEFENDANT, LINDA HACKETT, FOR FURTHER**
**LEAVE TO EXTEND TIME TO ANSWER COMPLAINT TO MARCH 17, 2016**

*[UNOPPOSED]*

Now comes the Defendant, Linda Hackett ("Hackett"), who respectfully requests further leave in order to extend the time to file her Answer to the Complaint in this Adversary Proceeding which was filed on January 15, 2016 through March 17, 2016.

As grounds therefore, Hackett states that she was out of the United State and only learned of the Complaint on or about February 4, 2016. At the time Hackett learned of the Complaint, the undersigned was outside the continental United States. Hackett will not return to the

03/07/2016 ALLOWED.