## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>　　　　Defendant(s). | Adversary Proceeding<br>No. 16-04006 |

### TRUSTEE'S MOTION FOR ENTRY OF DEFAULT

Stephen B. Darr, as he is the Trustee (the "Trustee") of the Chapter 11 estates of TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc. (collectively, the "Debtors"), moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, as incorporated herein by

Rule 7055 of the Rules of Bankruptcy Procedure, that the following Defendants be defaulted for failure to answer or otherwise defend this action:

    (a)   Omar Quinonez
    (b)   Aaron Ataide
    (c)   Julio C. Paz
    (d)   Alexandro Rocha
    (e)   Rodrigo Montemor
    (f)   Marcelo DaSilva
    (g)   Frantz Balan

In support of his motion, the Trustee states that each of the above-named Defendants was served with a copy of the Summons and the Complaint, and each has failed to defend. In further support, the Trustee relies on the Affidavit of Andrew G. Lizotte, Esquire, annexed hereto as <u>Exhibit A</u>.

WHEREFORE, the Stephen B. Darr, as he is the Trustee of the Chapter 11 Estates of TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc., respectfully prays that his Motion be allowed and that this Court enter an order defaulting Omar Quinonez, Aaron Ataide, Julio C. Paz, Alexandro Rocha, Rodrigo Montemor, Marcelo DaSilva, and Frantz Balan.

                                                STEPHEN B. DARR AS HE IS TRUSTEE
                                                OF THE CHAPTER 11 ESTATES OF
                                                TELEXFREE, LLC, TELEXFREE, INC.
                                                AND TELEXFREE FINANCIAL, INC.
                                                By his attorneys,

Dated: March 7, 2016                          /s/ Charles R. Bennett, Jr.
                                                Charles R. Bennett, Jr. (BBO #037380)
                                                Harold B. Murphy (BBO #326610
                                                Murphy & King, Professional Corporation
                                                One Beacon Street
                                                Boston, MA 02108
                                                (617) 423-0400
                                                CBennett@murphyking.com
                                                HMurphy@murphyking.com

704720