# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>          Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>          Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>          Defendant(s). | Adversary Proceeding<br>No. 16-04006 |

**AFFIDAVIT OF ANDREW LIZOTTE IN SUPPORT
OF TRUSTEE'S MOTION FOR ENTRY OF DEFAULT**

I, Andrew Lizotte, being duly sworn, depose and state that:

1. I am a member of the law firm of Murphy & King, which law firm is counsel to Stephen Darr, as he is the Chapter 11 Trustee (the "Trustee") of TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc. (the "Debtors"). I am making this affidavit based upon my personal knowledge except with respect to those statements made on information and belief, and as to those statements, I believe them to be true based upon the books and records of the Debtors.

2. On January 20, 2016, I caused a copy of the Summons and Complaint to be mailed, by first class mail and certified mail – return receipt requested, to the following individuals at the following addresses:

   (a) Omar Quinonez, 3812 N. Oak Dr., Apt. M62, Tampa, Florida 33611
   (b) Aaron Ataide, 2900 W Porter Ave., Visalia, California 93291
   (c) Julio C. Paz, 179 Water Street, Framingham, Massachusetts 01701
   (d) Alexandro Rocha, 6 Nell Road, Revere, Massachusetts 02151
   (e) Rodrigo Montemor, 6 Boxford Street, Lawrence, Massachusetts 01843
   (f) Marcelo DaSilva, 38 Lyme St., #308, Malden, Massachusetts 02148
   (g) Frantz Balan, 51 Grover Street, Apt. 2, Everett, Massachusetts 02149

3. The addresses were furnished to me by the professionals retained by the Trustee who gathered the information from the Debtors' books and records and took various steps to confirm the addresses. None of the mail which was sent to the above individuals by first class mail has been returned. Accordingly, I believe that each of the above-named individuals received a copy of the Summons and Complaint by the first class mailing.

4. Further, I have received return receipt cards for the certified mail from the following individuals:

   (a) Omar Quinonez
   (b) Aaron Ataide
   (c) Julio C. Paz
   (d) Alexandro Rocha

5. Further, to the best of my belief and knowledge, I do not believe that any of the above-named individuals are entitled to protection under the Soldiers and Sailors Civil Relief Act of 1940.

6. Attached hereto as Exhibit 1 is a Certificate of Service as to each of the above individuals.

*Signed under the pains and penalties of perjury this 4th day of March, 2016.*

_____
Andrew G. Lizotte

704724

Case 16-04006    Doc 62-1    Filed 03/07/16    Entered 03/07/16 12:31:24    Desc Exhibit
A - Affidavit    Page 5 of 11
Case 16-04006    Doc 35    Filed 02/16/16    Entered 02/16/16 13:56:15    Desc Main
Document    Page 1 of 1
Case 16-04006    Doc 6    Filed 01/15/16    Entered 01/15/16 15:05:36    Desc Summons in
an Adversary    Page 2 of 2

Chapter 11
Adversary Proceeding: 16-04006
Judge Melvin S. Hoffman

## CERTIFICATE OF SERVICE

I, **Andrew G. Lizotte, Esq.** (name), certify that service of this summons and a copy of the complaint was made : **1/20/16** (date) by:

**XX**   **Certified Mail, Return Receipt AND BY**
Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
**See Attached List of Defendants**

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

2/16/16
Date

Signature

**Andrew G. Lizotte, Esq.**
**Murphy & King, P.C.**
Print Name
**One Beacon Street**
Business Address
**Boston    MA    02108**
City      State      Zip

Case 16-04006 Doc 62-1 Filed 03/07/16 Entered 03/07/16 12:31:24 Desc Exhibit
A - Affidavit Page 6 of 11
Case 16-04006 Doc 35 Filed 02/16/16 Entered 02/16/16 13:56:15 Desc Main
Document Page 2 of 5
Case 16-04006 Doc 6 Filed 01/15/16 Entered 01/15/16 15:05:36 Desc Summons in
an Adversary Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re  Telexfree, LLC | Related Bankruptcy Case: 14-40987 |
| | Chapter 11 |
| Debtor | Judge Melvin S. Hoffman |
| Stephen B. Darr | Adversary Proceeding: 16-04006 |
| Plaintiff | |
| vs. | |
| Benjamin Argueta et al. | |
| Defendant | |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer within 35 days.

**ANSWER DUE: 2/16/16**

    Address of Clerk:
        U. S. Bankruptcy Court
        595 Main Street
        Worcester, MA 01608

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:
        Charles R. Bennett Jr.
        Murphy & King, Professional Corporation
        One Beacon Street
        Boston, MA 02108

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 1/15/16



James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

<u>Megan Hussey</u>
Deputy Clerk
(617) 748-5334

TELEXFREE CERTIFIED MAIL/US MAIL ADDRESSES FOR SUMMONS/COMPLAINT:

| Defendant Name | Date Served Via US Mail/Cert Mail | Delivery Date-Cert Mail |
|---|---|---|
| Marco Almedia | 1/20/16 | 1/29/16 |
| Gladys Alvarado | 1/20/16 | 1/29/16 |
| Omar Quinonez | 1/20/16 | 1/25/16 |
| Carlos C. Dejesus | 1/20/16 | 1/27/16 |
| Laureano Arellano | 1/20/16 | 2/01/16 |
| Aaron Ataide | 1/20/16 | 1/23/16 |
| Julio C. Paz | 1/20/16 | 1/28/16 |
| Euzebio Sudre Neto | 1/20/16 | 1/23/16 |
| Alexandro Rocha | 1/20/16 | 1/22/16 |
| Benajmin Argueta | 1/20/16 | 1/25/16 |
| Ana R. Ramos | 1/20/16 | 1/23/16 |
| Jose Neto | 1/20/16 | |
| Hugo Alvardo | 1/20/16 | |
| Andres B. Estevez | 1/20/16 | |
| Rodrigo Montemor | 1/20/16 | |
| Ruddy Abreau | 1/20/16 | |
| Rosane Cruz | 1/20/16 | |
| Marcelo Dasilva | 1/20/16 | |
| Frantz Balan | 1/20/16 | |
| Ana Rosa Lopez | 1/20/16 | |
| Jose Lopez | 1/20/16 | |
| Bilkish Sunesara | 1/20/16 | CERTIFIED MAIL RETURNED RE: Insufficient Address |
| | 2/03/16 | RESENT US MAIL & CERTIFIED MAIL to New Address |
| Linda Suzanne Hackett | 1/20/16 | CERTIFIED MAIL RETURNED AS UNCLAIMED |

703597

**Receipt 1:**
- Article Addressed to: Marco Almeida, 420 Atlantic Ave., Long Branch, NJ 07740
- Article Number: 7013 2630 0001 5827 5239

**Receipt 2:**
- Article Addressed to: Gladys Alvarado, 177 Lincoln St., #2, Worcester, MA 01605
- Received by: Gladys Alvarado
- Date of Delivery: 1-27
- Article Number: 7013 2630 0001 5827 5352

**Receipt 3:**
- Article Addressed to: Omar Quinonez, 3812 N. Oak Dr., Apt. M62, Tampa, FL 33611
- Date of Delivery: 1-25
- Article Number: 7013 2630 0001 5827 5284

**Receipt 1:**
Article Addressed to:
Carlos C. Dejesus
72 Fremont Ave., Apt. 2
Chelsea, MA 02150

Article Number: 7013 2630 0001 5827 5291
Date of Delivery: 1/27
PS Form 3811, February 2004 — Domestic Return Receipt

**Receipt 2:**
Article Addressed to:
Laureano Arellano
576N 800W
Provo, UT 84601

Article Number: 7013 2630 0001 5827 5253
Date of Delivery: FEB 0[?] 2016
PS Form 3811, February 2004 — Domestic Return Receipt

**Receipt 3:**
Article Addressed to:
Aaron Ataide
2900 W Porter Ave.
Visalia, CA 92391

Received by: Marlene Zuniga
Date of Delivery: 1-23-16
Article Number: 7013 2630 0001 5827 5260
PS Form 3811, February 2004 — Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Julio C. Paz
179 Water Street
Framingham, MA 01701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent    ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  1/28/16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7013 2630 0001 5827 5178

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Euzebio Sudre Neto
334 Chestnut Farm Way
Raynham, MA 02767

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Euzebio Sudre [signature]    ☐ Agent    ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery
EUZEBIO SUDRE NETO            1-23-16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7013 2630 0001 5827 5185

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alexandro Rocha
6 Neil Road
Revere, MA 02151

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Rocha                           1/28/16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7013 2630 0001 5827 5154

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Benjamin Argueta
14 Illinois Avenue, Apt. 1
Somerville, MA 02145

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7013 2630 0001 5827 5147

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ana R. Ramos
63 Fremont Ave., Apt. 2
Chelsea, MA 02150

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7013 2630 0001 5827 5208

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540