# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　　Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>　　　　　Defendant(s). | Adversary Proceeding<br>No. 16-04006 |

## CERTIFICATE OF SERVICE

I, Charles R. Bennett, Jr., hereby certify that on March 7, 2016, I caused a copy of the *Trustee's Motion for Entry of Default* to be served by operation of the Court's CM/ECF system or by first-class mail upon the parties indicated on the annexed service list.

Dated: March 7, 2016

/s/ Charles R. Bennett, Jr.
Charles R. Bennett, Jr. (BBO #037380)
Harold B. Murphy (BBO #326610)
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400
CBennett@murphyking.com
HMurphy@murphyking.com

704879

Stephen B. Darr As He Is The Trustee Of The Chapter 11 Estates Of Each Of The Debtors v. Benjamin Argueta, Et Al.; Adversary Proceeding No. 16-04006

SERVICE LIST

### By ECF:

- Evans J. Carter    ejcatty1@verizon.net
- Timothy J. Durken    tdurken@jagersmith.com, bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
- Robert W Kovacs    bknotices@rkovacslaw.com
- Andrew G. Lizotte    agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
- Jordan L. Shapiro    JSLAWMA@aol.com

### By First-class Mail:

Ruddy Abreau
9 Longwood Drive
Methuen, MA 01844

Gladys Alvarado
177 Lincoln St.
#2
Worcester, MA 01605

Hugo Alvarado
18 Catherine St. #1
Worcester, MA 01605

Laureano Arellano
576N 800W
Provo, UT 84601

Aaron Ataide
2900 W Porter Ave.
Visalia, CA 93291

3

Frantz Balan
51 Grover Street
Apt. 2
Everett, MA 02149

Rosane Cruz
22 Northampton Street
Worcester, MA 01605

Marcelo DaSilva
38 Lyme St.
#308
Malden, MA 02148

Andres Bolivar Estevez
9510 90th Ave. 2
Woodhaven, NY 11421

Ana Rosa Lopez
5019 Redwin Brook Trail
Katy, TX 77449

Jose Lopez
164 Exchange St.
2nd Floor
Lawrence, MA 01841

Rodrigo Montemor
6 Boxford Street
Lawrence, MA 01843

Euzebio Sudre Neto
334 Chestnut Farm Way
Raynham, MA 02767

Jose Neto
49 Rodney Street
Worcester, MA 01605

Julio C. Paz
179 Water Street
Framingham, MA 01701

Omar Quinonez
3812 N. Oak Dr.
Apt. M62
Tampa, FL 33611

Alexandro Rocha
6 Nell Road
Revere, MA 02151