UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re | ) Chapter 11 Cases |
| | ) |
| | ) 14-40987-MSH |
| TELEXFREE, LLC | ) 14-40988-MSH |
| TELEXFREE, INC. | ) 14-40989-MSH |
| TELEXFREE FINANCIAL, INC. | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| STEPHEN B. DARR, | ) |
| CHAPTER 11 TRUSTEE OF | ) |
| EACH OF THE DEBTORS, | ) Adversary Proceeding |
| | ) No. 16-04006 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A CLASS OF NET WINNERS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT BENJAMIN ARGUETA'S SECOND MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE MOVE AS TO THE COMPLAINT**

*[UNOPPOSED]*

JS#544532v1

Defendant Benjamin Argueta hereby respectfully moves the Court, on an unopposed basis, to grant him an extension of the time within which he is to file an answer or otherwise move as to the *Complaint* [ECF No. 1].  In support of this motion, Benjamin Argueta respectfully states as follows:

1. Benjamin Argueta was named as a defendant in the *Complaint.*

2. The *Summons* [ECF No. 6] set an answer deadline of February 16, 2016.

3. On February 16, 2016, Benjamin Argueta filed a motion seeking an extension of time to answer or otherwise move as to the *Complaint* for a period of twenty (20) days to and including March 7, 2016.

4. Benjamin Argueta has been and continues to be in discussions with counsel to the Trustee regarding the claims in this action, and expects to continue those discussions over the next several weeks.

5. As discussions are ongoing, Benjamin Argueta and the Trustee believe that filing any response to the *Complaint* at this time would be premature.

6. Accordingly, Benjamin Argueta respectfully requests that this Court extend, for a period of twenty (20) days, to and including March 27, 2016, the time within which he is to file an answer or otherwise move as to the *Complaint*.[1]

---

[1] This request is made without prejudice to any rights, claims or defenses that Benjamin Argueta has with respect to the *Complaint* or any matter relating thereto or alleged therein.

JS#544532v1

Date: March 7, 2016 BENJAMIN ARGUETA,

By his counsel,

/s/ Timothy J. Durken[2]
_____
Bruce F. Smith (BBO No. 467900)
Timothy J. Durken (BBO No. 666720)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
telephone: (617) 951-0500
facsimile: (617) 951-2414
email: bsmith@jagersmith.com
         tdurken@jagersmith.com

---

[2] Counsel enters this limited appearance solely with respect to filing this motion seeking an extension of the time to answer.

## MLBR 9013-1 CERTIFICATION

On March 7, 2016, counsel for Benjamin Argueta communicated by email with Charles R. Bennett, Jr. of Murphy & King, P.C., counsel to the Trustee in this matter, who indicated that he did not oppose the within motion or the relief sought herein.

/s/ Timothy J. Durken
_____
Bruce F. Smith (BBO No. 467900)
Timothy J. Durken (BBO No. 666720)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
telephone: (617) 951-0500
facsimile: (617) 951-2414
email: bsmith@jagersmith.com
tdurken@jagersmith.com

JS#544532v1

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March, 2016, I caused true copies of the within motion to be served through the Court's CM/ECF system upon all registered electronic filers appearing in this case.

/s/ Timothy J. Durken
_____
Bruce F. Smith (BBO No. 467900)
Timothy J. Durken (BBO No. 666720)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
telephone: (617) 951-0500
facsimile: (617) 951-2414
email: bsmith@jagersmith.com
       tdurken@jagersmith.com