UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Cases |
|  | ) | |
|  | ) | 14-40987-MSH |
| TELEXFREE, LLC | ) | 14-40988-MSH |
| TELEXFREE, INC. | ) | 14-40989-MSH |
| TELEXFREE FINANCIAL, INC. | ) | |
|  | ) | Jointly Administered |
| Debtors. | ) | |
|  | ) | |
| STEPHEN B. DARR, | ) | |
| CHAPTER 11 TRUSTEE OF | ) | |
| EACH OF THE DEBTORS, | ) | Adversary Proceeding |
|  | ) | No. 16-04006 |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| BENJAMIN ARGUETA, ALEXANDRO | ) | |
| ROCHA, JOSE NETO, JULIO C. PAZ, | ) | |
| EUZEBIO SUDRE NETO, HUGO | ) | |
| ALVARADO, ANA R. RAMOS, LINDA | ) | |
| SUZANNE HACKETT, RUDDY | ) | |
| ABREAU, MARCO ALMEIDA, | ) | |
| RODRIGO MONTEMOR, LAUREANO | ) | |
| ARELLANO, AARON ATAIDE, | ) | |
| ROSANE CRUZ, OMAR QUINONEZ, | ) | |
| CARLOS C. DEJESUS, BILKISH | ) | |
| SUNESARA, ANDRES BOLIVAR | ) | |
| ESTEVEZ, JOSE LOPEZ, ANA ROSA | ) | |
| LOPEZ, FRANTZ BALAN, MARCELO | ) | |
| DASILVA, GLADYS ALVARADO, AND | ) | |
| A CLASS OF NET WINNERS, | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |
|  | ) | |

**DEFENDANT CARLOS C. DEJESUS'S SECOND MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE MOVE AS TO THE COMPLAINT**

*[UNOPPOSED]*

JS#544533v1

Defendant Carlos C. Dejesus hereby respectfully moves the Court, on an unopposed basis, to grant him an extension of the time within which he is to file an answer or otherwise move as to the *Complaint* [ECF No. 1].  In support of this motion, Carlos C. Dejesus respectfully states as follows:

1.      Carlos C. Dejesus was named as a defendant in the *Complaint.*

2.      The *Summons* [ECF No. 6] set an answer deadline of February 16, 2016.

3.      On February 16, 2016, Carlos C. Dejesus filed a motion seeking an extension of time to answer or otherwise move as to the *Complaint* for a period of twenty (20) days to and including March 7, 2016.

4.      Carlos C. Dejesus has been and continues to be in discussions with counsel to the Trustee regarding the claims in this action, and expects to continue those discussions over the next several weeks.

5.      As discussions are ongoing, Carlos C. Dejesus and the Trustee believe that filing any response to the *Complaint* at this time would be premature.

6.      Accordingly, Carlos C. Dejesus respectfully requests that this Court extend, for a period of twenty (20) days, to and including March 27, 2016, the time within which he is to file an answer or otherwise move as to the *Complaint*.[1]

---

[1]  This request is made without prejudice to any rights, claims or defenses that Carlos C. Dejesus has with respect to the *Complaint* or any matter relating thereto or alleged therein.

JS#544533v1

Date:  March 7, 2016                    CARLOS C. DEJESUS,

                                        By his counsel,

                                        /s/ Timothy J. Durken[2]

                                        _____
                                        Bruce F. Smith (BBO No. 467900)
                                        Timothy J. Durken (BBO No. 666720)
                                        JAGER SMITH P.C.
                                        One Financial Center
                                        Boston, Massachusetts 02111
                                        telephone:  (617) 951-0500
                                        facsimile:  (617) 951-2414
                                        email:  bsmith@jagersmith.com
                                                tdurken@jagersmith.com

---

[2] Counsel enters this limited appearance solely with respect to filing this motion seeking an extension of the time to answer.

JS#544533v1

## MLBR 9013-1 CERTIFICATION

On March 7, 2016, counsel for Carlos C. Dejesus communicated by email with Charles R.

Bennett, Jr. of Murphy & King, P.C., counsel to the Trustee in this matter, who indicated that he

did not oppose the within motion or the relief sought herein.

/s/ Timothy J. Durken

_____

Bruce F. Smith (BBO No. 467900)
Timothy J. Durken (BBO No. 666720)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
telephone:  (617) 951-0500
facsimile:  (617) 951-2414
email:  bsmith@jagersmith.com
        tdurken@jagersmith.com

JS#544533v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2016, I caused true copies of the within

motion to be served through the Court's CM/ECF system upon all registered electronic filers

appearing in this case.

/s/ Timothy J. Durken

_____

Bruce F. Smith (BBO No. 467900)
Timothy J. Durken (BBO No. 666720)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
telephone:  (617) 951-0500
facsimile:  (617) 951-2414
email:  bsmith@jagersmith.com
          tdurken@jagersmith.com