

03/08/2016 ALLOWED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re )<br>)<br>TELEXFREE, LLC )<br>TELEXFREE, INC. )<br>TELEXFREE FINANCIAL, INC. )<br>)<br>    Debtors. )<br>_____)<br>STEPHEN B. DARR, )<br>CHAPTER 11 TRUSTEE OF )<br>EACH OF THE DEBTORS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BENJAMIN ARGUETA, ALEXANDRO )<br>ROCHA, JOSE NETO, JULIO C. PAZ, )<br>EUZEBIO SUDRE NETO, HUGO )<br>ALVARADO, ANA R. RAMOS, LINDA )<br>SUZANNE HACKETT, RUDDY )<br>ABREAU, MARCO ALMEIDA, )<br>RODRIGO MONTEMOR, LAUREANO )<br>ARELLANO, AARON ATAIDE, )<br>ROSANE CRUZ, OMAR QUINONEZ, )<br>CARLOS C. DEJESUS, BILKISH )<br>SUNESARA, ANDRES BOLIVAR )<br>ESTEVEZ, JOSE LOPEZ, ANA ROSA )<br>LOPEZ, FRANTZ BALAN, MARCELO )<br>DASILVA, GLADYS ALVARADO, AND )<br>A CLASS OF NET WINNERS, )<br>)<br>    Defendants. )<br>)<br>_____) | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered<br><br><br><br><br>Adversary Proceeding<br>No. 16-04006 |

**DEFENDANT ANA R. RAMOS'S SECOND MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE MOVE AS TO THE COMPLAINT**

*[UNOPPOSED]*

JS#544534v1