# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: | |
| TELEX FREE, LLC. | CASE NO. 11-40987-MSH |
| TELEXFREE, INC., and | CASE NO. 11-40988-MSH |
| TELEXFREE FINANCIAL, INC. | CASE NO. 11-40989-MSH |
|     Debtors | CHAPTER 11 |
| | JOINTLY ADMINISTERED |
| STEPHEN B. DARR, AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS | |
|     Plaintiff | |
| | ADVERSARY PROCEEDING |
| v. | 16-04006-MSH |
| BENJAMIN ARGUETA, et al. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PLEADINGS

NOW COMES Wendy M. Mead, Esq., to enter her appearance as counsel to Hugo Alvarado. The Movant further requests service of pleadings pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and sections 102(1), 342 and 1109(b) of title of 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended). Said service shall be made to:

    Wendy M. Mead, Esq.
    Wendy M. Mead, PC
    11 Pleasant Street, Ste. 30
    Worcester, MA 01609
    T 508 751-0200
    F 508 751-0201

    /s/ *Wendy M. Mead*
    Wendy M. Mead, Esq.
    BBO # 635333
    Wendymeadpc@verizon.net
    Wendy M. Mead, PC
    11 Pleasant Street, Ste. 30
    Worcester, MA 01609
    T 508 751-0200
    F 508 751-0201

Dated: March 8, 2016

## CERTIFICATE OF SERVICE

I, Wendy M. Mead, hereby certify that, on March 8, 2016, and correct copy of the foregoing Notice of Appearance by first class mail, postage prepaid, upon each of the parties below, and on the attached list, not noted as having received electronic notice on the electronic filing receipt.

                                        /s/ *Wendy M. Mead*
                                        Wendy M. Mead

| | |
|---|---|
| Richard King<br>Office of the United States Trustee<br>446 Main Street<br>Worcester, MA  01608 | 179 Water Street<br>Framingham, MA  01605<br>Euzeio Sudre Neto<br>334 Chestnut Farm Way<br>Raynham, MA  02767 |
| Charles R. Bennett, Jr.<br>Murphy & King, PC<br>One Beacon Street<br>Boston, MA  02108 | Jordan Shapiro<br>Shapiro & Hender<br>105 Salem Street<br>Malden, MA  02148 |
| Stephen Darr<br>Huron Consulting<br>125 Summer Street<br>Boston, MA  02110 | Ruddy Abreau<br>9 Longwood Drive<br>Methuen, MA  01844 |
| Hugo Alvarado<br>18 Catherine Street, #1<br>Worcester, MA  01605 | Robert J. Kovacs<br>Kovacs Law, PC<br>172 Shrewsbury Street<br>Worcester, MA  01604 |
| Timothy J. Durken, Esq.<br>Jager Smith, PC<br>1 Financial Ctr<br>Boston, MA  02111 | Rodrigo Montemor<br>6 Boxford Street<br>Lawrence, MA  01843 |
| Alexandro Rocha<br>6 Nell Road<br>Revere, MA  02151 | Laureano Arellano<br>576N 800 W<br>Provo, UT  84601 |
| Jose Neto<br>49 Rodney Street<br>Worcester, MA  01605 | Aaron Ataide<br>2900 W Porter Ave<br>Visalia, CA  93291 |
| Julio C. Paz | Roseane Cruz |

22 Northampton Street
Worcester, MA  01605


Omar Quinonez
3812 N. Oak Drive
Apt M62
Tampa, FL  33611

Evans J. Carter
PO box 812
Framingham, MA  01701

Andres Bolivar Estevez
9510 90th Ave, 2
Woodhaven, NY  11421
Jose Lopez
164 Exchange Street, 2nd fl

Lawrence, MA  01841

Ana Rosa Lopez
5019 Redwin Brook Trail
Katy, TX  77449

Frantz Balan
51 Grover Street, apt 2.
Everett, MA  02149

Marcelo DaSilva
38 Lyme Street, #308
Malden, MA  02148

Gladys Alvarado
177 Lincoln Street, #2
Worcester, MA  01605