# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE:** | |
| **TELEX FREE, LLC.** | **CASE NO. 11-40987-MSH** |
| **TELEXFREE, INC., and** | **CASE NO. 11-40988-MSH** |
| **TELEXFREE FINANCIAL, INC.** | **CASE NO. 11-40989-MSH** |
| Debtors | **CHAPTER 11** |
| | |
| | **JOINTLY ADMINISTERED** |
| | |
| **STEPHEN B. DARR, AS HE IS THE** | |
| **TRUSTEE OF THE CHAPTER 11** | |
| **ESTATES OF EACH OF THE DEBTORS** | |
| Plaintiff | |
| | **ADVERSARY PROCEEDING** |
| v. | **16-04006-MSH** |
| | |
| **BENJAMIN ARGUETA, et al.** | |

## ANSWER OF GLADYS ALVARADO

NOW COMES Gladys Alvarado ("Alvarado") to respond to this Adversary Proceeding as follows:

1. Based upon information and belief, the Debtor admits the statements contained in Paragraph 1.

2. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 2.

3. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 3.

4. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 4.

5. The Defendant has no knowledge to admit or deny these statements, and

therefore denies the statements contained in Paragraph 5.

6. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 6.

7. Based upon information and belief, the Defendant admits the statements contained in Paragraph 7.

8. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 8.

9. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 9.

10. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 10.

11. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 11.

12. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 12.

13. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 13.

14. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 14.

15. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 15.

16. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 16.

17. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 17.

18. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 18.

19. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 19.

20. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 20.

21. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 21.

22. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 22.

23. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 23.

24. The Defendant admits the statements contained in Paragraph 24.

25. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 25.

26. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 26.

27. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 27.

28. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 28.

## JURISDICTION

29. Based upon information and belief, the Defendant admits the allegations contained in Paragraph 29.

30. Based upon information and belief, the Defendant admits the allegations contained in Paragraph 30.

31. Based upon information and belief, the Defendant admits the allegations contained in Paragraph 31.

## DEFENDANT CLASS ACTIONS

32. The Defendant denies the allegations contained in Paragraph 32.

33. The Defendant denies the allegations contained in Paragraph 33.

34. The Defendant denies the allegations contained in Paragraph 34.

35. The Defendant admits that there are several questions of law and fact regarding the supposed "Net Winner Class".

36. The Defendant denies the allegations contained in Paragraph 36 relating to the Debtor. The Debtor is without sufficient information to either admit or deny the remaining allegations contained in Paragraph 36.

37. The Defendant denies the allegations contained in Paragraph 37 relating to the Debtor. The Debtor is without sufficient information to either admit or deny the remaining allegations contained in Paragraph 37.

38. The Debtor is without sufficient information to either admit or deny the remaining allegations contained in Paragraph 38.

39. The Debtor denies the allegations contained in Paragraph 39.

40. The Debtor denies the allegations contained in Paragraph 40.

41. The Defendant denies the allegations contained in Paragraph 41.

42. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 42.

43. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 43.

44. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 44.

45. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 45.

46. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 46.

47. The Debtor responds that the document, the Order, speaks for itself. The Defendant denies the remaining allegations contained in Paragraph 47.

48. The Defendant denies the statements contained in Paragraph 48.

49. The Defendant states that some identifying information was provided to the Debtors, but denies that this is an accurate listing of information provided by this Defendant.

50. The Defendant admits the statements contained in Paragraph 50.

51. The Defendant admits that these forms of redemption were, at certain times, available to participants. However, the Defendant states that credits were often not applied in accordance with the statements contained in Paragraph 51, and therefore the Defendant denies these statements.

52. The Defendant denies the allegations contained in Paragraph 52.

53. The Defendant is without sufficient knowledge to admit the allegations contained in Paragraph 53, and therefore denies the same.

54. The Defendant is without sufficient knowledge to admit the allegations contained in Paragraph 54, and therefore denies the same.

55. The Defendant is without sufficient knowledge to admit the allegations contained in Paragraph 55, and therefore denies the same.

56. The Defendant denies the allegations contained in Paragraph 56.

## COUNT ONE

## DECLARATORY JUDGMENT FOR DETERMINATION

## OF NET WINNER

57. The Defendant repeats and realleges her answers contained in Paragraphs 1 through 56.

58. The Defendant denies the allegations contained in Paragraph 58.

59. The Defendant is without sufficient knowledge to admit the allegations contained in Paragraph 59, and therefore denies the same.

60. The Defendant denies the allegations contained in Paragraph 60.

## COUNT TWO

## FRAUDULENT TRANSFER – CONSTRUCTIVE –

## 11 U.S.C. §§584(a)(1)(B), 550 AND 551

61. The Defendant repeats and realleges her answers contained in Paragraphs 1 through 60.

62. The Defendant denies the allegations contained in Paragraph 62.

63. The Defendant denies the allegations contained in Paragraph 63.

64. The Defendant denies the allegations contained in Paragraph 64.

65. The Defendant is without sufficient knowledge to admit the allegations contained in Paragraph 65, and therefore denies the same.

66. The Defendant denies the allegations contained in Paragraph 66.

67. The Defendant denies the allegations contained in Paragraph 67.

## COUNT THREE

## FRAUDULENT TRANSFER – ACTUAL –

## 11 U.S.C. §§ 548 (a)(1)(A), 550 AND 551

68. The Defendant repeats and realleges her answers contained I Paragraph s 1 through 67.

69. The Defendant denies the allegations contained in Paragraph 69.

70. The Defendant denies the allegations contained in Paragraph 70.

71. The Defendant denies the allegations contained in Paragraph 71.

72. The Defendant denies the allegations contained in Paragraph 72.

73. The Defendant denies the allegations contained in Paragraph 73.

## COUNT FOUR

## PREFERENCES – 11 U.S.C. §§ 547, 550 AND 551

74. The Defendant repeats and realleges her answers contained Paragraphs 1 through 73.

75. The Defendant denies the allegations contained in Paragraph 75.

76. The Defendant denies the allegations contained in Paragraph 76.

77. The Defendant denies the allegations contained in Paragraph 77.

78. The Defendant denies the allegations contained in Paragraph 78.

## COUNT FIVE

## DECLARATORY JUDGMENT

79. The Defendant repeats and reallages her answers contained in Paragraphs 1 through 78.

80. The Defendant states that the statements contained in Paragraph 80 constitute a legal conclusion, and therefore cannot be admitted or denied.

81. The Defendant states that the statements contained in Paragraph 81 constitute a legal conclusion, and therefore cannot be admitted or denied.

82. The Defendant states that the statements contained in Paragraph 82 constitute a legal conclusion, and therefore cannot be admitted or denied.

83. The Defendant states that the statements contained in Paragraph 83 constitute a legal conclusion, and therefore cannot be admitted or denied.

## COUNT SIX

## DISALLOWANCE OF CLAIMS

## PURSUANT TO 11 U.S.C. § 502(d)

84. The Defendant repeats and realleges her answers contained in Paragraphs 1 through 83.

85. The Defendant states that the statements contained in Paragraph 85 constitute a legal conclusion, and therefore cannot be admitted or denied.

86. The Defendant states that the statements contained in Paragraph 86 constitute a legal conclusion, and therefore cannot be admitted or denied.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

The Defendant acted in good faith at all times related to the allegations contained in the Complaint.

## THIRD AFFIRMATIVE DEFENSE

Any damage alleged to have been suffered was done by third parties not within the control of the Defendant.

## FOURTH AFFIRMATIVE DEFENSE

The Plaintiff seeks unjust enrichment in the relief sought within the Complaint.

        Respectfully Submitted,
        Gladys Alvarado,
        By her attorney,

        /s/ *Wendy M. Mead*
        Wendy M. Mead, Esq.
        BBO # 635333
        Wendymeadpc@verizon.net
        Wendy M. Mead, PC
        11 Pleasant Street, Ste. 30
        Worcester, MA 01609
        T 508 751-0200
        F 508 751-0201

Dated: March 8, 2016

**CERTIFICATE OF SERVICE**

I, Wendy M. Mead, hereby certify that, on March 8, 2016 and correct copy of the foregoing Answer was served, prepaid, upon each of the parties listed below and on the attached sheet not noted as having received electronic notice on the electronic filing receipt.

/s/ *Wendy M. Mead*
Wendy M. Mead

Richard King
Office of the United States Trustee
446 Main Street
Worcester, MA  01608

Charles R. Bennett, Jr.
Murphy & King, PC
One Beacon Street
Boston, MA  02108

Stephen Darr
Huron Consulting
125 Summer Street
Boston, MA  02110

Hugo Alvarado
18 Catherine Street, #1
Worcester, MA  01605

Timothy J. Durken, Esq.
Jager Smith, PC
1 Financial Ctr
Boston, MA  02111

Alexandro Rocha
6 Nell Road
Revere, MA  02151

Jose Neto
49 Rodney Street
Worcester, MA  01605

Julio C. Paz
179 Water Street
Framingham, MA  01605

Euzeio Sudre Neto
334 Chestnut Farm Way
Raynham, MA  02767

Jordan Shapiro
Shapiro & Hender
105 Salem Street
Malden, MA  02148

Ruddy Abreau
9 Longwood Drive
Methuen, MA  01844

Robert J. Kovacs
Kovacs Law, PC
172 Shrewsbury Street
Worcester, MA  01604

Rodrigo Montemor
6 Boxford Street
Lawrence, MA  01843

Laureano Arellano
576N 800 W
Provo, UT  84601

Aaron Ataide
2900 W Porter Ave
Visalia, CA  93291

Roseane Cruz
22 Northampton Street
Worcester, MA  01605

Omar Quinonez
3812 N. Oak Drive
Apt M62
Tampa, FL  33611

Evans J. Carter
PO box 812
Framingham, MA  01701

Andres Bolivar Estevez
9510 90th Ave, 2
Woodhaven, NY  11421

Jose Lopez
164 Exchange Street, 2nd fl
Lawrence, MA  01841

Ana Rosa Lopez
5019 Redwin Brook Trail
Katy, TX  77449

Frantz Balan
51 Grover Street, apt 2.
Everett, MA  02149

Marcelo DaSilva
38 Lyme Street, #308
Malden, MA  02148

Gladys Alvarado
177 Lincoln Street, #2
Worcester, MA  01605