UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

Chapter 11
Case No.: 11-40987-MSH
Case No.: 11-40988-MSH
Case No.: 11-40989-MSH
JOINTLY ADMINISTERED

A.P. No.: 16-04006-MSH

TELEX FREE, LLC
TELEXFREE, INC. and
TELEXFREE FINANCIAL, INC.
    Debtors

STEPHEN B. DARR, AS HE IS
TRUSTEE OF THE CHAPTER
11 ESTATES OF EACH OF
THE DEBTORS
    Plaintiff

v.

BENJAMIN ARGUETA, et. al.
    Defendants

03/11/2016 ALLOWED.

ASSENTED TO MOTION OF RUDDY ABREU FOR EXTENSION
OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

    The Defendant, Ruddy Abreu, in the above-entitled action, respectfully moves for an order extending the time within which he is required to serve and file his answer to the Complaint, or other responsive pleading, for a period of eight (8) days, until March 17, 2016, and in support of this Motion says as follows: