UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

Chapter 11
Case No.: 11-40987-MSH
Case No.: 11-40988-MSH
Case No.: 11-40989-MSH
JOINTLY ADMINISTERED

A.P. No.: 16-04006-MSH

TELEX FREE, LLC
TELEXFREE, INC. and
TELEXFREE FINANCIAL,
INC.
                        Debtors

STEPHEN B. DARR, AS HE IS
TRUSTEE OF THE CHAPTER
11 ESTATES OF EACH OF
THE DEBTORS
                        Plaintiff

v.

BENJAMIN ARGUETA, et. al.

        Defendants

ASSENTED TO MOTION OF ANA ROSA LOPEZ FOR EXTENSION
OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

The Defendant, Ana Rosa Lopez, in the above-entitled action, respectfully moves
for an order extending the time within which she is required to serve and file her answer
to the Complaint, or other responsive pleading until March 17, 2016, and in support of
this Motion says as follows:

1.      The Defendant has met with undersigned counsel and is in the process of
        assembling and reviewing documentation pertaining to the allegations set
        forth in the Complaint.

2.      The undersigned respectfully requests a short extension of time to
        complete such review prior to filing an answer or other responsive
        pleading in this case.

3.      Counsel to the Trustee assents to the requested extension.

4.      The undersigned counsel intends that this pleading constitute a limited
        appearance which has been filed to seek additional time for counsel to
        evaluate this case together with the Defendant and to prevent the
        Defendant from being defaulted; the undersigned does not at this time
        appear generally in this case for the Defendant.

WHEREFORE, the Defendant Ana Rosa Lopez respectfully requests that this
Court enter an order extending the time within which she is required to serve and
file her answer to the Complaint, or other responsive pleading until March 17,
2016, or until such other date as the Court deems appropriate, and for such other
and further relief as the Court deems appropriate.

Dated: 3/11/2016

Respectfully Submitted,
Ana Rosa Lopez, Defendant
By his attorney,

/s/ Michael M. McArdle
_____
Michael M. McArdle, Esq.
McArdle Law & Associates, PLLC
280 Merrimack Suite 310
Lawrence, MA 01843
BBO#: 326580

ASSENTED TO:

/s/ Charles R. Bennett, Jr. *
Charles R. Bennett, Jr., Esq.
Murphy & King, P.C.
One Beacon Street
Boston, MA  02110
617-423-0400

*Signed electronically by Michael McArdle w/permission

## CERTIFICATE OF SERVICE

I, Michael M. McArdle,  hereby certify that on the below date I caused the within Motion to be served on the parties on the attached sheet by first-class mail, postage prepaid, unless some other manner of service is indicated, or unless such party is designated as an ECF recipient:

SEE ATTACHED SHEET


Date:   3/11/2016                           /s/ Michael M. McArdle

                                            _____

                                            Michael M. McArdle, Esq.

Richard King
Office of the United States Trustee
446 Main Street
Worcester, MA  01608

Charles R. Bennett, Jr.
Murphy & King, PC
One Beacon Street
Boston, MA  02108

Stephen Darr
Huron Consulting
125 Summer Street
Boston, MA ·02110

Hugo Alvarado
18 Catherine Street, #1
Worcester, MA  01605

Timothy J. Durken, Esq.
Jager Smith, PC
1 Financial Ctr
Boston, MA  02111

Alexandro Rocha
6 Nell Road
Revere, MA  02151

Jose Neto
49 Rodney Street
Worcester, MA  01605

Julio C. Paz
179 Water Street
Framingham, MA  01605

Euzeio Sudre Neto
334 Chestnut Farm Way
Raynham, MA  02767

Jordan Shapiro
Shapiro & Hender
105 Salem Street
Malden, MA  02148

Ruddy Abreau
9 Longwood Drive
Methuen, MA  01844

Robert J. Kovacs
Kovacs Law, PC
172 Shrewsbury Street
Worcester, MA  01604

Rodrigo Montemor
6 Boxford Street
Lawrence, MA  01843

Laureano Arellano
576N 800 W
Provo, UT  84601

Aaron Ataide
2900 W Porter Ave
Visalia, CA  93291

Roseane Cruz
22 Northampton Street
Worcester, MA  01605

Omar Quinonez
3812 N. Oak Drive
Apt M62
Tampa, FL  33611

Evans J. Carter
PO box 812
Framingham, MA  01701

Andres Bolivar Estevez
951o 90th Ave, 2
Woodhaven, NY  11421

Jose Lopez
164 Exchange Street, 2nd fl
Lawrence, MA  01841

Ana Rosa Lopez
5019 Redwin Brook Trail
Katy, TX  77449

Frantz Balan
51 Grover Street, apt 2.
Everett, MA  02149

Marcelo DaSilva
38 Lyme Street, #308
Malden, MA  02148

Gladys Alvarado
177 Lincoln Street, #2
Worcester, MA  01605

Wendy M. Mead
Wendy M. Mead, PC
11 Pleasant Street, Ste. 30
Worcester, MA 01609