UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

Chapter 11
Case No.: 11-40987-MSH
Case No.: 11-40988-MSH
Case No.: 11-40989-MSH
JOINTLY ADMINISTERED

A.P. No.: 16-04006-MSH

TELEX FREE, LLC
TELEXFREE, INC. and
TELEXFREE FINANCIAL, INC.
    Debtors

STEPHEN B. DARR, AS HE IS
TRUSTEE OF THE CHAPTER
11 ESTATES OF EACH OF
THE DEBTORS
    Plaintiff

v.

BENJAMIN ARGUETA, et. al.
    Defendants

03/17/2016 MOOT. SEE DOCKET #47.

ASSENTED TO MOTION OF ANA ROSA LOPEZ FOR EXTENSION
OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

The Defendant, Ana Rosa Lopez, in the above-entitled action, respectfully moves for an order extending the time within which she is required to serve and file her answer to the Complaint, or other responsive pleading until March 17, 2016, and in support of this Motion says as follows: