UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>               Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>               Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>               Defendant(s). | Adversary Proceeding<br>No. 16-04006 |

**TRUSTEE'S MOTION FOR ENTRY OF DEFAULT**

     Stephen B. Darr, as he is the Trustee (the "Trustee") of the Chapter 11 estates of

TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc. (collectively, the "Debtors"),

moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, as incorporated herein by

03/22/2016 A clerk's notice of default shall enter against the defendants Omar Quinonez, Aaron Ataide, Julio C. Paz, Alexandro Rocha, Rodrigo Montemor, Marcelo DaSilva and Frantz Balan. The plaintiff shall serve a copy of this order and the clerk's notice of default on each of the foregoing defendants and file a certificate of service.