**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re      Telexfree, LLC | Related Bankruptcy Case: 14–40987 |
| | Chapter 11 |
| Debtor | Judge Melvin S. Hoffman |
| | |
| Stephen B. Darr | Adversary Proceeding: 16–04006 |
| Plaintiff | |
| vs. | |
| Omar Quinonez, Aaron Ataide, Julio C. Paz, Alexandro Rocha, Rodrigo Montemore, Marcelo Dasilva and Frantz Balan | |
| Defendant | |

**NOTICE OF DEFAULT**

Pursuant to the provisions of MLBR 7055–1, it appearing that the defendant listed above has failed to plead or otherwise defend, it is **ORDERED** that the defendant be and hereby is defaulted.

Upon application by plaintiff for entry of a default judgment, together with the proposed judgment, this matter will be presented to the court for final action.

Date: 3/22/16

By the Court,

Megan Hussey
Deputy Clerk
617–748–5334