UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:
TELEX FREE, LLC.                    CASE NO. 11-40987-MSH
TELEXFREE, INC., and                CASE NO. 11-40988-MSH
TELEXFREE FINANCIAL, INC.           CASE NO. 11-40989-MSH
    Debtors                              CHAPTER 11

JOINTLY ADMINISTERED

STEPHEN B. DARR, AS HE IS THE
TRUSTEE OF THE CHAPTER 11
ESTATES OF EACH OF THE DEBTORS
    Plaintiff
                          ADVERSARY PROCEEDING
v.                                  16-04006-MSH

BENJAMIN ARGUETA, et al.

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF PLEADINGS

NOW COMES Wendy M. Mead, Esq., to enter her appearance as counsel to Benjamin Argueta. The Movant further requests service of pleadings pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and sections 102(1), 342 and 1109(b) of title of 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended). Said service shall be made to:

            Wendy M. Mead, Esq.
            Wendy M. Mead, PC
            11 Pleasant Street, Ste. 30
            Worcester, MA 01609
            T 508 751-0200
            F 508 751-0201

            /s/ *Wendy M. Mead*
            Wendy M. Mead, Esq.
            BBO # 635333
            Wendymeadpc@verizon.net
            Wendy M. Mead, PC
            11 Pleasant Street, Ste. 30
            Worcester, MA 01609
            T 508 751-0200
            F 508 751-0201

Dated: March 24, 2016

**CERTIFICATE OF SERVICE**

I, Wendy M. Mead, hereby certify that, on March 24, 2016, and correct copy of the foregoing Notice of Appearance by first class mail, postage prepaid, upon each of the parties below, and on the attached list, not noted as having received electronic notice on the electronic filing receipt.

/s/ *Wendy M. Mead*
Wendy M. Mead

Richard King
Office of the United States Trustee
446 Main Street
Worcester, MA  01608

Charles R. Bennett, Jr.
Murphy & King, PC
One Beacon Street
Boston, MA  02108

Stephen Darr
Huron Consulting
125 Summer Street
Boston, MA  02110

Hugo Alvarado
18 Catherine Street, #1
Worcester, MA  01605

Timothy J. Durken, Esq.
Jager Smith, PC
1 Financial Ctr
Boston, MA  02111

Alexandro Rocha
6 Nell Road
Revere, MA  02151

Jose Neto
49 Rodney Street
Worcester, MA  01605

Julio C. Paz

179 Water Street
Framingham, MA  01605

Euzeio Sudre Neto
334 Chestnut Farm Way
Raynham, MA  02767

Jordan Shapiro
Shapiro & Hender
105 Salem Street
Malden, MA  02148

Ruddy Abreau
9 Longwood Drive
Methuen, MA  01844

Robert J. Kovacs
Kovacs Law, PC
172 Shrewsbury Street
Worcester, MA  01604

Rodrigo Montemor
6 Boxford Street
Lawrence, MA  01843

Laureano Arellano
576N 800 W
Provo, UT  84601

Aaron Ataide
2900 W Porter Ave
Visalia, CA  93291

Roseane Cruz

22 Northampton Street
Worcester, MA  01605


Omar Quinonez
3812 N. Oak Drive
Apt M62
Tampa, FL  33611

Evans J. Carter
PO box 812
Framingham, MA  01701

Andres Bolivar Estevez
9510 90th Ave, 2
Woodhaven, NY  11421
Jose Lopez
164 Exchange Street, 2nd fl

Lawrence, MA  01841

Ana Rosa Lopez
5019 Redwin Brook Trail
Katy, TX  77449

Frantz Balan
51 Grover Street, apt 2.
Everett, MA  02149

Marcelo DaSilva
38 Lyme Street, #308
Malden, MA  02148

Gladys Alvarado
177 Lincoln Street, #2
Worcester, MA  01605