UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>          Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>          Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>          Defendant(s). | Adversary Proceeding<br>No. 16-04006 |

## CERTIFICATE OF SERVICE

I, Charles R. Bennett, Jr., hereby certify that on March 24, 2016, I caused a copy of the attached Order and Notice of Default to be served by operation of the Court's CM/ECF system or by first-class mail upon the parties indicated on the annexed service list.

Dated: March 24, 2016

/s/ Charles R. Bennett, Jr.
Charles R. Bennett, Jr. (BBO #037380)
Harold B. Murphy (BBO #326610
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400
CBennett@murphyking.com
HMurphy@murphyking.com

706118

**Stephen B. Darr As He Is The Trustee Of The Chapter 11 Estates Of Each Of The Debtors v. Benjamin Argueta, Et Al.; Adversary Proceeding No. 16-04006**

SERVICE LIST

(706123)

**By ECF:**

- Charles R. Bennett    cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com
- Evans J. Carter    ejcatty1@verizon.net
- Timothy J. Durken    tdurken@jagersmith.com, bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
- James P. Ehrhard    ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- Robert W Kovacs    bknotices@rkovacslaw.com
- Andrew G. Lizotte    agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
- Michael M. McArdle    mike@mikemcardlelaw.com
- Wendy M. Mead    wendymeadpc@verizon.net
- Jordan L. Shapiro    JSLAWMA@aol.com
- 

**By First-class Mail:**

James P. Erhard
250 Commercial Street
Suite 410
Worcester, MA 01608

Aaron Ataide
2900 W. Porter Ave.
Visalia, CA 93291

Alexandro Rocha
6 Nell Road
Revere, MA 02151

Omar Quinonez
3812 N. Oak Dr., Apt. M62
Tampa, FL 33611

Julio C. Paz
179 Water Street
Framingham, MA 01701

Rodrigo Montemor
6 Boxford Street
Lawrence, MA 01843

3

Marcelo DaSilva
38 Lyme Street, #308
Malden, MA  02148

Frantz Balan
51 Grover Street, Apt. 2
Everett, MA  02149