```
                         United States Bankruptcy Court
                            District of Massachusetts
Darr,
         Plaintiff                                       Adv. Proc. No. 16-04006-msh

Argueta,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0101-4         User: meh              Page 1 of 1              Date Rcvd: Mar 22, 2016
                             Form ID: pdf012        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2016.
  NO NOTICES MAILED.

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust              +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Mar 22 2016 23:07:32      Richard King,
                   Office of US. Trustee,    446 Main Street,    14th Floor,   Worcester, MA 01608-2361
                                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2016 at the address(es) listed below:
          Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
           bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
          Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
           bankruptcy@murphyking.com;imccormack@murphyking.com
          Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
          James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
           cote@ehrhardlaw.com
          Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
          Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mikemcardlelaw.com
          Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mikemcardlelaw.com
          Robert W Kovacs, Jr    on behalf of Defendant Marco  Almeida bknotices@rkovacslaw.com
          Timothy J. Durken    on behalf of Defendant Benjamin  Argueta tdurken@jagersmith.com,
           bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
          Timothy J. Durken    on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
           bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
          Timothy J. Durken    on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
           bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
          Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
                                                                                             TOTAL: 13

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>Defendant(s). | Adversary Proceeding<br>No. 16-04006 |

03/22/2016 A clerk's notice of default shall enter against the defendants Omar Quinonez, Aaron Ataide, Julio C. Paz, Alexandro Rocha, Rodrigo Montemor, Marcelo DaSilva and Frantz Balan. The plaintiff shall serve a copy of this order and the clerk's notice of default on each of the foregoing defendants and file a certificate of service.

### TRUSTEE'S MOTION FOR ENTRY OF DEFAULT

Stephen B. Darr, as he is the Trustee (the "Trustee") of the Chapter 11 estates of TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc. (collectively, the "Debtors"), moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, as incorporated herein by