UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　　Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>　　　　　Defendants | Adv. Proc. No. 16-04006 |

## CHAPTER 11 TRUSTEE'S MOTION TO RESCHEDULE HEARING ON CLASS CERTIFICATION

Stephen B. Darr (the "Trustee"), as he is Chapter 11 Trustee for TelexFree, Inc., TelexFree, LLC and TelexFree Financial, Inc. (collectively the "Debtors") respectfully requests that the Court reschedule the hearing currently scheduled for April 13, 2016 (the "Hearing") on the *Plaintiff's Motion for Class Certification* [docket no. 2] (the "Class Certification Motion") for approximately sixty (60) days, to a date convenient to the Court's calendar, on or about June 14, 2016. In support of this motion, the Trustee states as follows:

1. On January 15, 2016, the Trustee commenced this adversary proceeding by filing a class action complaint (the "Complaint") seeking, among other things, to recover certain transfers the Trustee asserts were fraudulent or preferential from the approximately 15,000 individuals who reside in the United States and who received more from their participation in the Debtors' Ponzi scheme than they paid.

2. Simultaneously with the Complaint, the Trustee filed the Class Certification Motion and a memorandum in support of the same.

3. While a number of named defendants have filed Answers, none are willing to serve as class representative.

4. On April 3, 2016, the Trustee filed a motion to amend the Complaint [docket no. 91] (the "Motion to Amend") seeking to add additional individual defendants as possible class representatives.

5. The Trustee seeks to amend the number of named defendants to expand the number of individuals who can potentially act as a class representative.

6. The Hearing is currently scheduled for April 13, 2016 at 10:30 am at the United States Bankruptcy Court for the District of Massachusetts, 12th Floor, 5 Post Office Square, Boston, MA 02109.

7. Given the pending Motion to Amend and the Trustee's proposed Amended Complaint, it would be premature to consider the Class Certification Motion. Accordingly, the Trustee respectfully requests that the Court enter an order rescheduling the Hearing to a date convenient to the Court's calendar, on or about June 14, 2016.

8. To avoid confusion, the Trustee seeks to reschedule the Hearing only as to the Class Certification Motion, and does not seek to continue any hearing on April 13, 2016 with respect to other matters pending in this adversary proceeding, the Debtors' bankruptcy cases, or any of the Trustee's other adversary proceedings related to the Debtors' bankruptcy cases.

9. The Trustee submits that good cause exists for the relief requested by this motion and no prejudice will result from the allowance of this motion to reschedule. The allowance of the motion will not delay the prosecution and resolution of the case nor prejudice any of the parties' rights.

**WHEREFORE**, the Debtor requests that this Court enter an order:

   a. Rescheduling the Hearing on the Class Certification Motion from April 13, 2016 for approximately sixty (60) days, to a date convenient to the Court's calendar, on or about June 14, 2016; and

   b. Granting such other relief as is just and proper.

Respectfully Submitted,

STEPHEN B. DARR AS TRUSTEE
OF THE CHAPTER 11 ESTATES OF
TELEXFREE, LLC, TELEXFREE, INC.
AND TELEXFREE FINANCIAL, INC.

By his attorneys,

/s/ Michael K. O'Neil
Charles R. Bennett, Jr. (BBO #037380)
Andrew G. Lizotte (BBO #559609)
Michael K. O'Neil (BBO #685025)
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400
Moneil@murphyking.com

Dated: April 6, 2016

706762