UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11 Cases** |
| TELEXFREE, LLC, | ) | 14-40987-MSH |
| TELEXFREE, INC. and | ) | 14-40988-MSH |
| TELEXFREE FINANCIAL, INC., | ) | 14-40989-MSH |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| STEPHEN B. DARR AS HE IS THE | ) | |
| TRUSTEE OF THE CHAPTER 11 ESTATES | ) | |
| OF EACH OF THE DEBTORS, | ) | Adversary Proceeding |
| | ) | No.: 16-04006 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN ARGUETA, ALEXANDRO | ) | |
| ROCHA et als. and a DEFENDANT | ) | |
| CLASS OF NET WINNERS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANT, LINDA SUZANNE HACKETT'S LIMITED
### OPPOSITION TO TRUSTEE'S MOTION TO AMEND COMPLAINT

Now comes the Defendant, Linda Suzanne Hackett, who files the following limited opposition to the Trustee's Motion to Amend Complaint under an Expedited Request and states as follows:

1. Defendant objects to the Motion to Amend, but the objection is limited in that there are no new allegations as to this Defendant who has already responded.

2. If the Motion to Amend is allowed, Defendant requests that the previously filed Answer should be deemed to be an Answer to this Amended Complaint, without this Defendant

being required to refile the same.

          Linda Hackett

          BY HER ATTORNEY,

          /s/ JORDAN L. SHAPIRO
          BBO# 454240
          SHAPIRO & HENDER
          jslawma@aol.com
          105 Salem Street
          Malden, MA 02148

Date: March 4, 2016          (781) 324-5200

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2016, I caused true copies of the within motion to be served through the Court's CM/ECF system upon all registered electronic filers appearing in this case.

THE PLAINTIFF,

Linda Hackett

BY HER ATTORNEY,

/s/ JORDAN L. SHAPIRO
BBO# 454240
SHAPIRO & HENDER
jslawma@aol.com
105 Salem Street
Malden, MA 02148
Date: March 4, 2016                         (781) 324-5200