## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>Defendant(s). | Adversary Proceeding<br>No. 16-04006 |

### CERTIFICATE OF SERVICE

I, Michael K. O'Neil, hereby certify that on April 8, 2016, I caused a copy of the attached *Notice of Nonevidentiary Hearing* to be served by operation of the Court's CM/ECF system or by first-class mail upon the parties indicated on the annexed service list.

Dated: April 8, 2016

/s/ Michael K. O'Neil
Michael K. O'Neil (BBO #685025)
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400
Moneil@murphyking.com

706916

**Stephen B. Darr As He Is The Trustee Of The Chapter 11 Estates Of Each Of The Debtors v. Benjamin Argueta, Et Al.; Adversary Proceeding No. 16-04006**
SERVICE LIST

### By ECF:

- Evans J. Carter    ejcatty1@verizon.net
- Timothy J. Durken    tdurken@jagersmith.com, bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
- James P. Ehrhard    ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- Robert W Kovacs    bknotices@rkovacslaw.com
- Andrew G. Lizotte    agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
- Michael M. McArdle    mike@mikemcardlelaw.com
- Wendy M. Mead    wendymeadpc@verizon.net
- Jordan L. Shapiro    JSLAWMA@aol.com

### By First-class Mail:

Benjamin Argueta
14 Illinois Avenue, Apt. 1
Somerville, MA  02145

Alexandro Rocha
6 Nell Road
Revere, MA  02151

Jose Neto
49 Rodney Street
Worcester, MA  01605

Julio C. Paz
179 Water Street
Framingham, MA  01701

Euzebio Sudre Neto
334 Chestnut Farm Way
Raynham, MA  02767

Hugo Alvarado
18 Catherine St., #1
Worcester, MA  01605

Ana R. Ramos
63 Fremont Av., Apt. 2
Chelsea, MA  02150

Linda Suzanne Hackett
97 Bellevue Ave.
Melrose, MA  02176

Ruddy Abreau
9 Longwood Drive
Methuen, MA 01844

Rodrigo Montemor
6 Boxford Street
Lawrence, MA 01843

Aaron Ataide
2900 W. Porter Ave.
Visalia, CA 93291

Omar Quinonez
3812 N. Oak Dr., Apt. M62
Tampa, FL 33611

Bilkish Sunesara
8211 Longvale Drive
Rosenberg, TX 77469

Jose Lopez
164 Exchange St., 2nd Floor
Lawrence, MA 01841

Frantz Balan
51 Grover Street, Apt. 2
Everett, MA 02149

Gladys Alvarado
177 Lincoln St., #2
Worcester, MA 01605

Marco Almeida
420 Atlantic Ave.
Long Branch, NJ 07740

Laureano Arellano
576N 800W
Provo, UT 84601

Rosane Cruz
22 Northampton Street
Worcester, MA 01605

Carlos C. Dejesus
72 Fremont Ave., Apt. 2
Chelsea, MA 2150

Andres Bolivar Estevez
9510 90th Ave. 2
Woodhaven, NY 11421

Ana Rosa Lopez
5019 Redwing Brook Trail
Katy, TX 77449

Marcelo Dasilva
38 Lyme Street, #308
Malden, MA 02148

James P. Erhard
250 Commercial Street
Suite 410
Worcester, MA 01608

Maria Teresa Milagres Neves
28 Brackett Rd.
Framingham MA 01702

Luiz Antonio da Silva
25 Willis St.
Framingham MA 01702

Eduardo N. Silva
10111 Newington Dr.
Orlando, FL 32836

Francisdalva Siqueira
9715 Arbor Oak Ct., Apt. 301
Boca Raton, FL 33428

Amilcar Lopez
94 Broadway
Somerville, MA 02145

Julio Silva
111 E. Washington St., Unit 2221
Orlando, FL 32801

Jose Carlos Maciel
18 Hayes St., Apt. 2
Framingham, MA 01702

Chai Hock Ng
170 Henry St.
New York, NY 10002

Marcos Lana
41 Beacon St.
Framingham MA 01701

Bruno Graziani
134 Highland St.
Marlborough, MA 01752

Michel Cristiano Santolin de Arruda
26 Beacon St., Apt. 12A
Burlington, MA 01803

Alexander N. Aurio
15 W. Prescott Ave.
Clovis, CA 93619

Renato Sacramento
5413 Vineland Road
Orlando, FL 32811

Davidson R. Teixeira
33 Vernal St. #1
Everett, MA 02149

Jesus Osuna
700 N Avery Ave.
Farmersville, CA 93223

Edilene Storck Navarro
55 Fox Rd., Unit 925
Waltham, MA 02451

Helio Barbosa
1630 Worcester Rd., Apt. 626C
Framingham, MA 01702

Gelalin-3377, LLC
53 Walk Hill St., Apt 2
Jamaica Plain, MA 02130

Soraya Ferreira
4068 Palo Verde Dr.
Boynton Beach, FL 33436

Edson F Souza
1003 Acton Ave.
Lehigh Acres, FL 33971

Vaming Services
8228 Bedford Cove Way
Sacramento, CA 95828

Jorge Antonio Mejia Sequeira
3055 Jasmine Valley Dr.
Canyon Country, CA 91387

Rodrigo Castro
11922 Golden Lodge Lane
Houston, TX 77066

David Reis
800 Governors Dr., Apt. 19
Winthrop, MA 02152

Ana Santos
120 Atlantic Ave.
Long Branch, NJ 07740

Wesley Dias
21103 Via Eden
Boca Raton, FL 33433

Timex Research Consulting Inc.
10724 71st Rd., Apt. 14C
Forest Hills, NY 11375

Celso Roberto Silva Filho
261 Whalepond Rd.
Oakhurst, NJ 07105

Team Global Adverting LLC.
13506 Paddington Circ.
Austin, TX 78729

LWC Marketing, Inc.
57 Freeman Lane
Buena Park, CA 90621

Bartolo Castllo
23530 Canyon Lake Dr.
Spring, TX 77373

Gaspar Jesus
235 Boston St., Apt 3
Lynn, MA 01904

Luisa E. Lopez
168 Thorndike St. #1
Cambridge, MA 02141

Debora C. Brasil
2220 NE 37th St.
Lighthouse Point, FL 33064

United Group USA
5620 Bay Side Dr.
Orlando, FL 32819

Rudmar Gentil
425 Washington Ave., Apt. 3
Chelsea, MA 02150

Daneng Xiong
280 St. Augustine Dr.
Chico, CA 95928

Lusette Balan
5648 Lowell St.
Peabody, MA 01960

Faith Sloan
4809 Crystalline Pl., Apt. 102
Virginia Beach, VA 23462

Nubia R Goulart
246 Winthrop St.
Framingham, MA 01702

Marcio Souza Nery
260 Potter St.
New Bedford, MA 02740

Joelito Souza Caldas Junior
9751 Majorca Pl.
Boca Raton, FL 33434

Jean 2004 Enterprise Corp.
1310 Partridge Close
Pompano Beach, FL 33064

New Generation Med Supply Inc.
1037 51st ST., Apt. D7
Brooklyn, NY 11219

Carlos Alfaro
20 Manor Place
Huntington Station, NY 11746

Technovia Inc.
533 Cambridge St., Unit 310
Allston, MA 02134

Mariza S Morinelli
131 S. Federal Hwy., Apt. 527
Boca Raton, FL 33432

Roberto Nunez
16 Fairfield St.
Worcester, MA 01602

Gilson Nassar
3500 W. Hillsboro Blvd., Apt. 201
Coconut Creek, FL 33073

Yue Chen
1935 Potrero Grande Dr., Apt. 209
Monterey Park, CA 91755

Paulo Giuliano Diogenes de Bessa Rosado
420 Atlantic Ave.
Long Branch, NJ 07740

Lan Lan Ji
1535 83rd St. #2
Brooklyn, NY 11228

Jap International Network LLC
16490 Gateway Bridge Dr.
Delray Beach, FL 33446

Ezau Soares Ferreira
27 High St., Apt. 2
East Weymouth, MA 02189

Global Marketing Strategies
2460 E. Pole Rd.
Everson, WA 98247

Devendra Shah
5002 N. Oaks Blvd.
North Brunswick, NJ 08902

Bingjian Pan
13708 31st Rd.
Flushing, NY 11354

Rodrigo R Breda
14202 Grand Pre Rd., Apt. 303
Silver Spring, MD 20906

Jose Miguel Filho
27 Liberty St.
Gloucester, MA 01930

Venerando Contreras
4650 Carey Ave. TRLR 121
Las Vegas, NV 89115

Walace Augusto Da Silva
57 Greenwood St.
Marlborough, MA 01752

Eddie Alberto Duverge
90 Prospect Ave.
Revere, MA 02151

Carlos Vanterpool
255 Hidden Springs Cir.
Kissimmee, FL 34743

Pat Jackson
12314 E. 55th Terr.
Kansas City, MO 64133

Silverio Reyes
70 W. Walnut Park, Apt. 2
Roxbury, MA 02119

Dwayne Jones
6406 Julie Ann Dr.
Hanover, MD 21076

Joseph Pietropaolo
2300 Casey Cove
Cedar Park, TX 78613

Sonya Crosby
800 Sweetbrier Dr.
Alpharetta, GA 30004

Wesley Nascimento Alves
37 Lawrence St.
Everett, MA 02149

Ronei Barreto
14 Branchport Ave.
Long Branch, NY 07740

LM Davar Inc.
6350 S. Elm Ln.
Lake Worth, FL 33462

Edgar Borelli
291 Thompson St.
Halifax, MA 02338

Fabiana Acacia Da Cruz Dos Santos
7983 NW 70th Ave.
Parkland, FL 33067

Gerald Agnew
3324 Parsons Blvd., Apt. 6P
Flushing, NY 11354

Jamilson Marcos Conceicao
5451 Ginger Cove Dr., Apt. A
Tampa, FL 33634

Randy Crosby
800 Sweetbrier Dr.
Alpharetta, GA 30004

Antonio Oliveira
5 Juniper St.
North Billerica, MA 01862

Milagros Adames
71 Swan St.
Methuen, MA 01844

Parrot Bay Homes, Inc.
6851 Cypress Cove Cir.
Jupiter, FL 33458

Ricardo Fabin
60 Stevens Ave.
Lawrence, MA 01843

Daniel Chavez
4149 S. Church St.
Visalia, CA 93277