United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

## CERTIFICATE OF NOTICE

District/off: 0101-4     User: meh     Page 1 of 1     Date Rcvd: Apr 06, 2016
                  Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Apr 06 2016 22:26:41      Richard King,
        Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                                                                                                                                                                                           TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2016                                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2016 at the address(es) listed below:
         Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
          bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
         Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
          bankruptcy@murphyking.com;imccormack@murphyking.com
         Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
         James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
          cote@ehrhardlaw.com
         Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
         Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mikemcardlelaw.com
         Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mikemcardlelaw.com
         Robert W Kovacs, Jr    on behalf of Defendant Marco  Almeida bknotices@rkovacslaw.com
         Timothy J. Durken    on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
          bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
         Timothy J. Durken    on behalf of Defendant Benjamin  Argueta tdurken@jagersmith.com,
          bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
         Timothy J. Durken    on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
          bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
         Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
                                                                                                                                                                                                                                                           TOTAL: 16

04/04/2016 The court will hold a hearing on the motion to amend on April 13, 2016, at 10:00 a.m. Objections to the motion are due by April 11, 2016. The trustee shall give notice of the hearing and objection deadline forthwith and file a certificate of service.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>Defendant(s). | Adversary Proceeding<br>No. 16-04006 |

## TRUSTEE'S MOTION TO AMEND
**[Expedited Determination Requested]**

Stephen B. Darr, as he is Trustee (the "Trustee") of the Chapter 11 Estates of TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc. (collectively, the "Debtors"), moves