United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff                                                          Adv. Proc. No. 16-04006-msh

Argueta,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: meh                  Page 1 of 1                Date Rcvd: Apr 07, 2016
                              Form ID: pdf012            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Apr 07 2016 22:40:50      Richard King,
                Office of US. Trustee,    446 Main Street,    14th Floor,   Worcester, MA 01608-2361
                                                                                                 TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2016                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2016 at the address(es) listed below:
          Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
           bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
          Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
           bankruptcy@murphyking.com;imccormack@murphyking.com
          Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
          James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
           cote@ehrhardlaw.com
          Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
          Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
           imccormack@murphyking.com
          Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mikemcardlelaw.com
          Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mikemcardlelaw.com
          Robert W Kovacs, Jr    on behalf of Defendant Marco  Almeida bknotices@rkovacslaw.com
          Timothy J. Durken    on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
           bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
          Timothy J. Durken    on behalf of Defendant Benjamin  Argueta tdurken@jagersmith.com,
           bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
          Timothy J. Durken    on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
           bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
          Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
                                                                                                TOTAL: 17

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>Defendants | Adv. Proc. No. 16-04006 |

**CHAPTER 11 TRUSTEE'S MOTION TO RESCHEDULE
HEARING ON CLASS CERTIFICATION**

04/07/2016 Granted; the Court will reschedule the hearing. The other matters scheduled for April 13, 2016 will go forward as scheduled.