United States Bankruptcy Court
District of Massachusetts

Darr,
     Plaintiff                                     Adv. Proc. No. 16-04006-msh

Argueta,
     Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-4       User: rmb            Page 1 of 1           Date Rcvd: Apr 08, 2016
                       Form ID: aphrg       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Apr 08 2016 23:07:36    Richard King,
        Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                  TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2016                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2016 at the address(es) listed below:
        Andrew G. Lizotte   on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
     bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
        Charles R. Bennett, Jr.   on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
     bankruptcy@murphyking.com;imccormack@murphyking.com
        Evans J. Carter   on behalf of Defendant Bilkish  Sunesara ejcattyl@verizon.net
        James P. Ehrhard   on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
     cote@ehrhardlaw.com
        Jordan L. Shapiro   on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
        Michael K. O'Neil   on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
     imccormack@murphyking.com
        Michael M. McArdle   on behalf of Defendant Ruddy  Abreau mike@mikemcardlelaw.com
        Michael M. McArdle   on behalf of Defendant Ana Rosa Lopez mike@mikemcardlelaw.com
        Robert W Kovacs, Jr   on behalf of Defendant Marco  Almeida bknotices@rkovacslaw.com
        Timothy J. Durken   on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
     bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Timothy J. Durken   on behalf of Defendant Benjamin  Argueta tdurken@jagersmith.com,
     bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Timothy J. Durken   on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
     bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Wendy M. Mead   on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
        Wendy M. Mead   on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
        Wendy M. Mead   on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
        Wendy M. Mead   on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
        Wendy M. Mead   on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
                                                       TOTAL: 17

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re    Telexfree, LLC | Related Bankruptcy Case: 14–40987 |
| | Chapter 11 |
| Debtor | Judge Melvin S. Hoffman |
| | |
| Stephen B. Darr, Chapter 11 Trustee | Adversary Proceeding: 16–04006 |
| Plaintiff | |
| vs. | |
| Benjamin Argueta, et al | |
| Defendant | |

### NOTICE OF RESCHEDULED NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **6/15/16 at 11:00 AM** before the Honorable Judge Melvin S. Hoffman, Courtroom 2, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109–3945 to consider the following:

[2] Motion filed by Plaintiff Stephen B. Darr for Class Certification

### OBJECTION/RESPONSE DEADLINE:

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013–1(f).

### THE MOVING PARTY IS RESPONSIBLE FOR:

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

### NOTICE TO ALL PARTIES SERVED:

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071–1.

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date:4/8/16

By the Court,

<u>Regina Brooks</u>
Deputy Clerk
617–748–5337

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.