UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
|     Telexfree, LLC ) | Case No.    14-4098 MSH |
|     Debtor. ) | Chapter    11 |
| ) | |
| ) | |
| ) | |
|     Stephen B. Darr ) | |
|         Plaintiff ) | AP Case No.  16-04006 MSH |
| ) | |
| v. ) | |
| ) | |
|     Benhamin Argueta, et al. ) | |
|         Defendants ) | |
| ) | |

<u>EMERGENCY MOTION TO CONTINUE HEARING RE:</u>

<u>[20] MOTION OF DEFENDANT MARCO ALMEIDA TO DISMISS CASE FOR FAILING
TO SERVICE PROCESS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7004</u>

**Now comes**, Robert W. Kovacs Jr., counsel for the Debtors and hereby moves the Court

to Continue the hearing now set for April 13, 2016 RE: [20] MOTION OF DEFENDANT

MARCO ALMEIDA TO DISMISS CASE FOR FAILING TO SERVICE PROCESS UNDER

FEDERAL RULE OF BANKRUPTCY PROCEDURE 7004. In support thereof, Counsel for the

Debtor states as follows:

1.  On February 11, 2016, Defendant Marco Almeida, filed [20] MOTION OF

    DEFENDANT MARCO ALMEIDA TO DISMISS CASE FOR FAILING TO SERVICE

    PROCESS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7004.

2.  Said motion was set for hearing on April 13, 2016.

3. Counsel for the Defendant intended to attended this hearing from Worcester via video conference. See docket no. 13.

4. Per the order counsel contacted the Court 1 business day to arrange the video conference.

5. Counsel was advised that video conference will not be available on April 13, 2013

6. Counsel has several conflicts on April 13, 2016 that prevent him from attending the hearing in person on April 13, 2016.

7. Counsel believes his client's position will be prejudiced if he is unable to attend in person or via video conference.

8. As such counsel requests that the hearing be rescheduled for 14 days or as soon thereafter as the Court may please.

**Wherefore,** counsel prays that this Court:

a. Continue the hearing for 14 days or as soon thereafter as the Court may please; and

b. Order any other relief that is fair and equitable.

Dated: April 12, 2016

Respectfully Submitted by,

/s/ Robert W. Kovacs, Jr.
Robert W. Kovacs, Jr.
Attorney for Debtor(s)
Bar No.: 671497
Law Office of Robert W. Kovacs, Jr.
172 Shrewsbury Street
Worcester, MA 01604
Telephone No.: (508) 926-8833
E-Mail: Robert@RKovacsLaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| In Re: ) | |
|     Telexfree, LLC ) | Case No.   14-4098 MSH |
|     Debtor. ) | Chapter   11 |
| ) | |
| ) | |
| ) | |
|     Stephen B. Darr ) | |
|       Plaintiff ) | AP Case No.  16-04006 MSH |
| ) | |
|     v. ) | |
| ) | |
|     Benhamin Argueta, et al. ) | |
|       Defendants ) | |

CERTIFICATE OF SERVICE

Upon information and belief, the above was served electronically upon the following ECF participants:

- Charles R. Bennett, Jr. for Stephen B. Darr

Dated:       April 12, 2016

Respectfully Submitted by,

/s/ Robert W. Kovacs, Jr.
Counsel for the Defendant Marco Almeida
MA BBO 671497
Kovacs Law, P.C.
172 Shrewsbury Street
Worcester, MA 01604
T: 508-926-8833
F: 508-459-1723
E: Robert@KovacsLawFirm.com
E-Mail: Robert@RKovacsLaw.com