UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |  |
|---|---|---|---|
| In Re: | ) | | |
|    Telexfree, LLC | ) | Case No. | 14-4098 MSH |
|    Debtor. | ) | Chapter | 11 |
| | ) | | |
|    Stephen B. Darr | ) | | |
|       Plaintiff | ) | AP Case No. | 16-04006 MSH |
| | ) | | |
| v. | ) | | |
| | ) | | |
|    Benhamin Argueta, et al. | ) | | |
|       Defendants | ) | | |

<u>EMERGENCY MOTION TO CONTINUE HEARING RE:</u>

<u>[20] MOTION OF DEFENDANT MARCO ALMEIDA TO DISMISS CASE FOR FAILING TO SERVICE PROCESS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7004</u>

**Now comes**, Robert W. Kovacs Jr., counsel for the Debtors and hereby moves the Court to Continue the hearing now set for April 13, 2016 RE: [20] MOTION OF DEFENDANT MARCO ALMEIDA TO DISMISS CASE FOR FAILING TO SERVICE PROCESS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7004. In support thereof, Counsel for the Debtor states as follows:

1. On February 11, 2016, Defendant Marco Almeida, filed [20] MOTION OF DEFENDANT MARCO ALMEIDA TO DISMISS CASE FOR FAILING TO SERVICE PROCESS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7004.

2. Said motion was set for hearing on April 13, 2016.


04/12/2016 Denied.