UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |  |
|---|---|---|---|
| In Re: | ) | | |
|     Telexfree, LLC | ) | Case No. | 14-4098 MSH |
|     Debtor. | ) | Chapter | 11 |
| | ) | | |
| Stephen B. Darr | ) | | |
|     Plaintiff | ) | AP Case No. | 16-04006 MSH |
| v. | ) | | |
| Benhamin Argueta, et al. | ) | | |
|     Defendants | ) | | |

### EMERGENCY MOTION TO APPEAR TELEPHONICALLY RE: [91] TRUSTEE'S MOTION TO AMEND

**Now comes**, Robert W. Kovacs Jr., counsel for the Defendant and hereby requests to appear at the hearing set for April 13, 2016 at 10:00 AM telephonically at the hearing RE: [91] TRUSTEE'S MOTION TO AMEND. In support thereof, Counsel for the Debtor states as follows:

1. Counsel for the Defendant intended to attended this hearing from Worcester via video conference. See docket no. 13.

2. Per the order counsel contacted the Court 1 business day to arrange the video conference.

3. Counsel was advised that video conference will not be available on April 13, 2013

4. Counsel has several conflicts on April 13, 2016 that prevent him from attending the hearing in person on April 13, 2016.

04/12/2016 Granted.