UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |  |
|---|---|---|---|
| In Re: ) |  |  |  |
|     Telexfree, LLC ) | Case No. | 14-4098 MSH |  |
|     Debtor. ) | Chapter | 11 |  |
| ) |  |  |  |
|     Stephen B. Darr ) |  |  |  |
|         Plaintiff ) | AP Case No. | 16-04006 MSH |  |
| ) |  |  |  |
|     v. ) |  |  |  |
| ) |  |  |  |
|     Benhamin Argueta, et al. ) |  |  |  |
|         Defendants ) |  |  |  |

EMERGENCY MOTION TO APPEAR TELEPHONICALLY RE:

[20] MOTION OF DEFENDANT MARCO ALMEIDA TO DISMISS CASE FOR FAILING TO SERVICE PROCESS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7004

**Now comes**, Robert W. Kovacs Jr., counsel for the Defendant and hereby requests to appear at the hearing set for April 13, 2016 at 10:00 AM telephonically at the hearing RE: [20] MOTION OF DEFENDANT MARCO ALMEIDA TO DISMISS CASE FOR FAILING TO SERVICE PROCESS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7004. In support thereof, Counsel for the Debtor states as follows:

1. Counsel for the Defendant intended to attended this hearing from Worcester via video conference. See docket no. 13.

2. Per the order counsel contacted the Court 1 business day to arrange the video conference.

3. Counsel was advised that video conference will not be available on April 13, 2013

4. Counsel has several conflicts on April 13, 2016 that prevent him from attending the hearing in person on April 13, 2016.

5. As such counsel requests to appear telephonically at the hearing.

6. **If a telephonic hearing is approved counsel may be reached at 508-981-6032.**

**Wherefore,** counsel prays that this Court allow counsel to appear telephonically at the hearing set for April 13, 2016 at 10:00 AM telephonically at the hearing RE: [20] MOTION OF DEFENDANT MARCO ALMEIDA TO DISMISS CASE FOR FAILING TO SERVICE PROCESS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7004 and order any other relief that is fair and equitable.

Dated: April 12, 2016

Respectfully Submitted by,

/s/ Robert W. Kovacs, Jr.
Robert W. Kovacs, Jr.
Attorney for Debtor(s)
Bar No.: 671497
Law Office of Robert W. Kovacs, Jr.
172 Shrewsbury Street
Worcester, MA 01604
Telephone No.: (508) 926-8833
E-Mail: Robert@RKovacsLaw.com

# UNITED STATES BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| In Re: ) | |
|     Telexfree, LLC ) | Case No.    14-4098 MSH |
|     Debtor. ) | Chapter    11 |
| ) | |
|     Stephen B. Darr ) | |
|         Plaintiff ) | AP Case No.    16-04006 MSH |
| ) | |
|     v. ) | |
| ) | |
|     Benhamin Argueta, et al. ) | |
|         Defendants ) | |

## CERTIFICATE OF SERVICE

Upon information and belief, the above was served electronically upon the following ECF participants:

- Charles R. Bennett, Jr. for Stephen B. Darr

Dated:       April 12, 2016

Respectfully Submitted by,

/s/ Robert W. Kovacs, Jr.
Counsel for the Defendant Marco Almeida
MA BBO 671497
Kovacs Law, P.C.
172 Shrewsbury Street
Worcester, MA 01604
T: 508-926-8833
F: 508-459-1723

E: Robert@KovacsLawFirm.com
E-Mail: Robert@RKovacsLaw.com