UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |  |
|---|---|---|---|
| In Re: | ) | | |
| Telexfree, LLC | ) | Case No. | 14-40987 MSH |
| Debtor. | ) | Chapter | 11 |
| | ) | | |
| Stephen B. Darr | ) | | |
| Plaintiff | ) | AP Case No. | 16-04006 MSH |
| v. | ) | | |
| Benhamin Argueta, et al. | ) | | |
| Defendants | ) | | |

CERTIFICATE OF SERVICE

I certify that I, served a copy of the:

- EMERGENCY MOTION TO CONTINUE HEARING RE: (20) MOTION OF DEFENDANT MARCO ALMEIDA TO DISMISS CASE FOR FAILING TO SERVICE PROCESS UNDER FEDERALRULE OF BANKRUPTCYPROCEDURE 7004
- EMERGENCY MOTION TO APPEAR TELEPHONICALLY RE: 91 TRUSTEES MOTION TO AMEND
- EMERGENCY MOTION TO APPEAR TELEPHONICALLY RE: 20 MOTION OF DEFANDANT MARCO ALMEIDA TO DISMISS CASE TO SERVICE PROCESS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7004

via the CM/ECF System of the United States Bankruptcy Court for the District of Massachusetts upon the

- Ruby Abrau represented by Michael M. McArdle
- Gladys Alvarado represented by Wendy M. Mead
- Hugo Alvarado represented by Wendy M. Mead
- Benjamin Argueta represented by Timothy J. Durken
- Wendy M. Mead

- Stephen B. Darr represented by Charles R. Bennett, Jr.
- Andrew G. Lizotte
- Michael K. O'Neil
- Carlos C. DeJesus represented by Timothy J. Durken and Wendy M. Mead
- Defendant Class of Net Winners
- Andres Bolivar Estevez represented by James P. Ehrhard
- Linda Suzanne Hackett represented by Jordan L. Shapiro
- Ana Rosa Lopez represented by Michael M. McArdle
- Ana R. Ramos represented by Timothy J. Durken and Wendy Mead
- Bilkish Sunesara represented by Evans Carter

Dated: April 12, 2016

Respectfully Submitted by,

/s/ Robert W. Kovacs, Jr.
Counsel for the Defendant Marco Almeida
MA BBO 671497
Kovacs Law, P.C.
172 Shrewsbury Street
Worcester, MA 01604
T: 508-926-8833
F: 508-459-1723
E: Robert@KovacsLawFirm.com