UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | | |
|    Telexfree, LLC | ) | Case No. | 14-4098 MSH |
|    Debtor. | ) | Chapter | 11 |
| | ) | | |
| Stephen B. Darr | ) | | |
|    Plaintiff | ) | AP Case No. | 16-04006 MSH |
| v. | ) | | |
| Benhamin Argueta, et al. | ) | | |
|    Defendants | ) | | |

EMERGENCY MOTION TO APPEAR TELEPHONICALLY RE:

[20] MOTION OF DEFENDANT MARCO ALMEIDA TO DISMISS CASE FOR FAILING TO SERVICE PROCESS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7004

**Now comes**, Robert W. Kovacs Jr., counsel for the Defendant and hereby requests to appear at the hearing set for April 13, 2016 at 10:00 AM telephonically at the hearing RE: [20] MOTION OF DEFENDANT MARCO ALMEIDA TO DISMISS CASE FOR FAILING TO SERVICE PROCESS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7004. In support thereof, Counsel for the Debtor states as follows:

1. Counsel for the Defendant intended to attended this hearing from Worcester via video conference. See docket no. 13.

2. Per the order counsel contacted the Court 1 business day to arrange the video conference.

3. Counsel was advised that video conference will not be available on April 13, 2013

04/12/2016 Granted.