UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

In Re: Darr v. Argueta et al    Case Number: 16-04006    (MSH)    Ch:

#20 Motion of Defendant Marco Almeida to Dismiss Adversary Proceeding (R. Kovacs)
#59 Opposition of Plaintiff (C. Bennett)

**COURT ACTION:**

| | | |
|---|---|---|
| Show Cause Order | _____ Released | _____ Enforced |
| _____ Granted | _____ Approved | _____ Moot |
| _____ Denied | _____ Denied without prejudice | |

_____ Withdrawn in Open Court
_____ Sustained         _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons set forth on the record, the motion to dismiss is hereby denied. The Defendant, Marco Almeida shall file his answer by April 27, 2016.

IT IS SO ORDERED:

_____ Dated: 04/13/2016

Melvin S. Hoffman
United States Bankruptcy Judge