# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Darr v. Argueta et al        **Case Number:** 16-04006      (MSH)      **Ch:**

#91 Expedited Motion of Plaintiff to Amend Complaint (C. Bennett)
#97 Limited Opposition of Defendant Linda Suzanne Hackett (J. Shapiro)

**COURT ACTION:**

\_\_\_\_\_ Show Cause Order         \_\_\_\_\_ Released              \_\_\_\_\_ Enforced
\_\_\_\_\_ Granted                  \_\_\_\_\_ Approved              \_\_\_\_\_ Moot
\_\_\_\_\_ Denied                   \_\_\_\_\_ Denied without prejudice
\_\_\_\_\_ Withdrawn in Open Court
\_\_\_\_\_ Sustained                \_\_\_\_\_ Overruled
\_\_\_\_\_ Continued to_____
\_\_\_\_\_ Proposed Order Submitted by_____
\_\_\_\_\_ Stipulation to be Submitted by_____
\_\_\_\_\_ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons set forth on the record, and in the absence of the objecting party, Linda Hackett's, appearance at the hearing, the motion is hereby granted.

IT IS SO ORDERED:

_/s/ Melvin S. Hoffman_    Dated: 04/13/2016

Melvin S. Hoffman
United States Bankruptcy Judge