United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

## CERTIFICATE OF NOTICE

District/off: 0101-4    User: meh    Page 1 of 1    Date Rcvd: Apr 12, 2016
    Form ID: pdf012    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2016.
dft    +Marco Almeida,    420 Atlantice Ave,    Long Branch, NJ 07740-6834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust    +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Apr 12 2016 23:11:11    Richard King,
    Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2016    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2016 at the address(es) listed below:
    Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
     bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
    Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
     bankruptcy@murphyking.com;imccormack@murphyking.com
    Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
    James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
     cote@ehrhardlaw.com
    Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
    Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
     imccormack@murphyking.com
    Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mikemcardlelaw.com
    Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mikemcardlelaw.com
    Robert W Kovacs, Jr    on behalf of Defendant Marco  Almeida bknotices@rkovacslaw.com
    Timothy J. Durken    on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
     bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
    Timothy J. Durken    on behalf of Defendant Benjamin  Argueta tdurken@jagersmith.com,
     bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
    Timothy J. Durken    on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
     bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
    Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
    Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
    Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
    Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
    Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
    TOTAL: 17

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| In Re:<br>    Telexfree, LLC<br>    Debtor. | Case No.    14-4098 MSH<br>Chapter    11 |
| Stephen B. Darr<br>    Plaintiff<br>v.<br>Benhamin Argueta, et al.<br>    Defendants | AP Case No.   16-04006 MSH |

04/12/2016 Granted

### EMERGENCY MOTION TO APPEAR TELEPHONICALLY RE: [91] TRUSTEE'S MOTION TO AMEND

**Now comes**, Robert W. Kovacs Jr., counsel for the Defendant and hereby requests to appear at the hearing set for April 13, 2016 at 10:00 AM telephonically at the hearing RE: [91] TRUSTEE'S MOTION TO AMEND. In support thereof, Counsel for the Debtor states as follows:

1. Counsel for the Defendant intended to attended this hearing from Worcester via video conference. See docket no. 13.

2. Per the order counsel contacted the Court 1 business day to arrange the video conference.

3. Counsel was advised that video conference will not be available on April 13, 2013

4. Counsel has several conflicts on April 13, 2016 that prevent him from attending the hearing in person on April 13, 2016.