United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

## CERTIFICATE OF NOTICE

District/off: 0101-4    User: cmartin    Page 1 of 1    Date Rcvd: Apr 12, 2016
                 Form ID: pdf012    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2016.
dft        +Marco Almeida,    420 Atlantice Ave,    Long Branch, NJ 07740-6834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Apr 12 2016 23:11:11      Richard King,
         Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                                                                 TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2016                                          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2016 at the address(es) listed below:
         Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
          bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
         Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
          bankruptcy@murphyking.com;imccormack@murphyking.com
         Evans J. Carter    on behalf of Defendant Bilkish   Sunesara ejcatty1@verizon.net
         James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
          cote@ehrhardlaw.com
         Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
         Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
          imccormack@murphyking.com
         Michael M. McArdle    on behalf of Defendant Ruddy   Abreau mike@mikemcardlelaw.com
         Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mikemcardlelaw.com
         Robert W Kovacs, Jr    on behalf of Defendant Marco   Almeida bknotices@rkovacslaw.com
         Timothy J. Durken    on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
          bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
         Timothy J. Durken    on behalf of Defendant Benjamin   Argueta tdurken@jagersmith.com,
          bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
         Timothy J. Durken    on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
          bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
         Wendy M. Mead    on behalf of Defendant Gladys   Alvarado wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Hugo   Alvarado wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Benjamin   Argueta wendymeadpc@verizon.net
                                                                                                                                  TOTAL: 17

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | | |
|     Telexfree, LLC | ) | Case No. | 14-4098 MSH |
|     Debtor. | ) | Chapter | 11 |
| | ) | | |
| Stephen B. Darr | ) | | |
|     Plaintiff | ) | AP Case No. | 16-04006 MSH |
| v. | ) | | |
| Benhamin Argueta, et al. | ) | | |
|     Defendants | ) | | |



04/12/2016 Granted

EMERGENCY MOTION TO APPEAR TELEPHONICALLY RE:

[20] MOTION OF DEFENDANT MARCO ALMEIDA TO DISMISS CASE FOR FAILING TO SERVICE PROCESS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7004

**Now comes**, Robert W. Kovacs Jr., counsel for the Defendant and hereby requests to appear at the hearing set for April 13, 2016 at 10:00 AM telephonically at the hearing RE: [20] MOTION OF DEFENDANT MARCO ALMEIDA TO DISMISS CASE FOR FAILING TO SERVICE PROCESS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7004. In support thereof, Counsel for the Debtor states as follows:

1. Counsel for the Defendant intended to attended this hearing from Worcester via video conference. See docket no. 13.

2. Per the order counsel contacted the Court 1 business day to arrange the video conference.

3. Counsel was advised that video conference will not be available on April 13, 2013