United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

## CERTIFICATE OF NOTICE

District/off: 0101-4    User: meh    Page 1 of 1    Date Rcvd: Apr 13, 2016
                 Form ID: pdf012    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2016.
dft       +Marco Almeida,    420 Atlantice Ave,    Long Branch, NJ 07740-6834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust       +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Apr 13 2016 23:02:22      Richard King,
        Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                                                       TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2016 at the address(es) listed below:
        Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
        bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
        Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
        bankruptcy@murphyking.com;imccormack@murphyking.com
        Evans J. Carter    on behalf of Defendant Bilkish Sunesara ejcatty1@verizon.net
        James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
        cote@ehrhardlaw.com
        Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
        Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
        imccormack@murphyking.com
        Michael M. McArdle    on behalf of Defendant Ruddy Abreau mike@mikemcardlelaw.com
        Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mikemcardlelaw.com
        Robert W Kovacs, Jr    on behalf of Defendant Marco Almeida bknotices@rkovacslaw.com
        Timothy J. Durken    on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
        bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Timothy J. Durken    on behalf of Defendant Benjamin Argueta tdurken@jagersmith.com,
        bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Timothy J. Durken    on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
        bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Wendy M. Mead    on behalf of Defendant Gladys Alvarado wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Hugo Alvarado wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Benjamin Argueta wendymeadpc@verizon.net
                                                                                                                        TOTAL: 17

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Darr v. Argueta et al       **Case Number:** 16-04006     (MSH)     **Ch:**

```
#20 Motion of Defendant Marco Almeida to Dismiss Adversary Proceeding (R. Kovacs)
#59 Opposition of Plaintiff (C. Bennett)
```

**COURT ACTION:**

| | | |
|---|---|---|
| _____ Show Cause Order | _____ Released | _____ Enforced |
| _____ Granted | _____ Approved | _____ Moot |
| _____ Denied | _____ Denied without prejudice | |
| _____ Withdrawn in Open Court | | |
| _____ Sustained | _____ Overruled | |

_____ Continued to_____

_____ Proposed Order Submitted by_____

_____ Stipulation to be Submitted by_____

_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

```
Hearing held. For the reasons set forth on the record, the motion to dismiss is hereby denied.
The Defendant, Marco Almeida shall file his answer by April 27, 2016.
```

IT IS SO ORDERED:

_____  Dated: 04/13/2016

Melvin S. Hoffman
United States Bankruptcy Judge