United States Bankruptcy Court
District of Massachusetts

Darr,
      Plaintiff
                                                Adv. Proc. No. 16-04006-msh
Argueta,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-4        User: meh           Page 1 of 2              Date Rcvd: Apr 13, 2016
                           Form ID: pdf012      Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2016.
dft          +Aaron Ataide,   2900 W Porter Ave.,   Visalia, CA 93291-6546
dft          +Alexandro Rocha,   6 Nell Road,   Revere, MA 02151-2106
dft           Ana R. Ramos,   65 Fremont Ave. Apt 2,   Chelsea, MA  02150
dft          +Ana Rosa Lopez,   5019 Redwin Brook Trail,   Katy, TX 77449-4582
dft          +Andres Bolivar Estevez,   9510 90th Ave. 2,   Woodhaven, NY 11421-2754
dft          +Benjamin Argueta,   14 Illinois Avenue,   Apt. 1,   Somerville, MA 02145-2208
dft          +Bilkish Sunesara,   1800 Austin Parkway,   Sugar Land, TX 77479-1251
dft          +Carlos C. DeJesus,   72 Fremont Ave.,   Apt. 2,   Chelsea, MA 02150-1033
dft          +Euzebio Sudre Neto,   334 Chestnut Farm Way,   Raynham, MA 02767-1584
dft          +Frantz Balan,   51 Grover Street,   Apt. 2,   Everett, MA 02149-4204
dft          +Gladys Alvarado,   177 Lincoln St.,   #2,   Worcester, MA 01605-3757
dft          +Hugo Alvarado,   18 Catherine St. #1,   Worcester, MA 01605-2771
dft          +Jose Lopez,   164 Exchange St.,   2nd Floor,   Lawrence, MA 01841-1022
dft          +Jose Neto,   49 Rodney Street,   Worcester, MA 01605-2859
dft          +Julio C. Paz,   179 Water Street,   Framingham, MA 01701-3409
dft          +Laureano Arellano,   576N 800W,   Provo, UT 84601-1406
dft          +Linda Suzanne Hackett,   97 Bellevue Ave,   Melrose, MA 02176-3215
dft          +Marcelo DaSilva,   38 Lyme St.,   #308,   Malden, MA 02148-4217
dft          +Marco Almeida,   420 Atlantice Ave,   Long Branch, NJ 07740-6834
dft          +Omar Quinonez,   3812 N. Oak Dr.,   Apt. M62,   Tampa, FL 33611-6597
dft          +Rodrigo Montemor,   6 Boxford Street,   Lawrence, MA 01843-2304
dft          +Rosane Cruz,   22 Northampton Street,   Worcester, MA 01605-3462
dft          +Ruddy Abreau,   9 Longwood Drive,   Methuen, MA 01844-5015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Apr 13 2016 23:02:22     Richard King,
               Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                   TOTAL: 1


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft               Defendant Class of Net Winners
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2016 at the address(es) listed below:
          Andrew G. Lizotte   on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
           bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
          Charles R. Bennett, Jr.   on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
           bankruptcy@murphyking.com;imccormack@murphyking.com
          Evans J. Carter   on behalf of Defendant Bilkish  Sunesara ejcattyl@verizon.net
          James P. Ehrhard   on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
           cote@ehrhardlaw.com
          Jordan L. Shapiro   on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
          Michael K. O'Neil   on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
           imccormack@murphyking.com
          Michael M. McArdle   on behalf of Defendant Ruddy  Abreau mike@mikemcardlelaw.com
          Michael M. McArdle   on behalf of Defendant Ana Rosa Lopez mike@mikemcardlelaw.com
          Robert W Kovacs, Jr   on behalf of Defendant Marco  Almeida bknotices@rkovacslaw.com
          Timothy J. Durken   on behalf of Defendant Benjamin  Argueta tdurken@jagersmith.com,
           bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
          Timothy J. Durken   on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
           bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com

District/off: 0101-4          User: meh               Page 2 of 2            Date Rcvd: Apr 13, 2016
                             Form ID: pdf012          Total Noticed: 24

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Timothy J. Durken    on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
           bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
          Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
                                                                               TOTAL: 17

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Darr v. Argueta et al                    **Case Number:**  16-04006        (MSH)          **Ch:**

#91 Expedited Motion of Plaintiff to Amend Complaint (C. Bennett)
#97 Limited Opposition of Defendant Linda Suzanne Hackett (J. Shapiro)

**COURT ACTION:**

| | | |
|---|---|---|
| _____ Show Cause Order | _____ Released | _____ Enforced |
| _____ Granted | _____ Approved | _____ Moot |
| _____ Denied | _____ Denied without prejudice | |
| _____ Withdrawn in Open Court | | |
| _____ Sustained | _____ Overruled | |

_____ Continued to_____

_____ Proposed Order Submitted by_____

_____ Stipulation to be Submitted by_____

_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons set forth on the record, and in the absence of the objecting
party, Linda Hackett's, appearance at the hearing, the motion is hereby granted.

IT IS SO ORDERED:

_____          Dated: 04/13/2016

Melvin S. Hoffman
United States Bankruptcy Judge