UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| In Re:<br>    Telexfree, LLC<br>    Debtor. | Case No.    14-4098 MSH<br>Chapter    11 |
| Stephen B. Darr<br>    Plaintiff<br>v.<br>Benhamin Argueta, et al.<br>    Defendants | AP Case No.    16-04006 MSH |

## ANSWER OF DEFENDANT MARCO ALMEDA TO AMENDED COMPLAINT

**Now comes,** Defendant, Marco Almeida, (herein after referred to as "Defendant") and hereby Answers the Amended Complaint as follows:

### Parties

1. Paragraph No. 1 of the Amended Complaint: Upon information and belief, admit.

2. Paragraph No. 2 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

3. Paragraph No. 3 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

4. Paragraph No. 4 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

5. Paragraph No. 5 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

6. Paragraph No. 6 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

7. Paragraph No. 7 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

8. Paragraph No. 8 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

9. Paragraph No. 9 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

10. Paragraph No. 10 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

11. Paragraph No. 11 of the Amended Complaint: Deny.

12. Paragraph No. 12 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

13. Paragraph No. 13 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

14. Paragraph No. 14 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

15. Paragraph No. 15 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

16. Paragraph No. 16 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

17. Paragraph No. 17 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

18. Paragraph No. 18 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

19. Paragraph No. 19 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

20. Paragraph No. 20 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

21. Paragraph No. 21 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

22. Paragraph No. 22 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

23. Paragraph No. 23 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24. Paragraph No. 24 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

    a. Paragraph No. 24-A of the Amended Complaint: Defendant is without sufficient information to admit or deny.

    b. Paragraph No. 24-B of the Amended Complaint: Defendant is without sufficient information to admit or deny.

    c. Paragraph No. 24-C of the Amended Complaint: Defendant is without sufficient information to admit or deny.

    d.  Paragraph No. 24-D of the Amended Complaint: Defendant is without sufficient information to admit or deny.

    e.  Paragraph No. 24-E of the Amended Complaint: Defendant is without sufficient information to admit or deny.

    f.  Paragraph No. 24-F of the Amended Complaint: Defendant is without sufficient information to admit or deny.

    g.  Paragraph No. 24-G of the Amended Complaint: Defendant is without sufficient information to admit or deny.

    h.  Paragraph No. 24-H of the Amended Complaint: Defendant is without sufficient information to admit or deny.

    i.  Paragraph No. 24-I of the Amended Complaint: Defendant is without sufficient information to admit or deny.

    j.  Paragraph No. 24-J of the Amended Complaint: Defendant is without sufficient information to admit or deny.

    k.  Paragraph No. 24-K of the Amended Complaint: Defendant is without sufficient information to admit or deny.

    l.  Paragraph No. 24-L of the Amended Complaint: Defendant is without sufficient information to admit or deny.

    m.  Paragraph No. 24-M of the Amended Complaint: Defendant is without sufficient information to admit or deny.

    n.  Paragraph No. 24-N of the Amended Complaint: Defendant is without sufficient information to admit or deny.

o.  Paragraph No. 24-O of the Amended Complaint: Defendant is without sufficient information to admit or deny.

p.  Paragraph No. 24-P of the Amended Complaint: Defendant is without sufficient information to admit or deny.

q.  Paragraph No. 24-Q of the Amended Complaint: Defendant is without sufficient information to admit or deny.

r.  Paragraph No. 24-R of the Amended Complaint: Defendant is without sufficient information to admit or deny.

s.  Paragraph No. 24-S of the Amended Complaint: Defendant is without sufficient information to admit or deny.

t.  Paragraph No. 24-T of the Amended Complaint: Defendant is without sufficient information to admit or deny.

u.  Paragraph No. 24-U of the Amended Complaint: Defendant is without sufficient information to admit or deny.

v.  Paragraph No. 24-V of the Amended Complaint: Defendant is without sufficient information to admit or deny.

w.  Paragraph No. 24-W of the Amended Complaint: Defendant is without sufficient information to admit or deny.

x.  Paragraph No. 24-X of the Amended Complaint: Defendant is without sufficient information to admit or deny.

y.  Paragraph No. 24-Y of the Amended Complaint: Upon information and belief, deny.

    z. Paragraph No. 24-Z of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-A (1).    Paragraph No. 24-A(1) of the Amended Complaint: Upon information and belief, deny.

24-B (1).    Paragraph No. 24-B (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-C (1).    Paragraph No. 24-C (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-D (1).    Paragraph No. 24-D (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-E (1).    Paragraph No. 24-E (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-F (1).    Paragraph No. 24-F (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-G (1).    Paragraph No. 24-G (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-H (1).    Paragraph No. 24-H (1) of the Amended Complaint: Upon information and belief, deny.

24-I (1).    Paragraph No. 24-I (1) of the Amended Complaint: Upon information and belief, deny.

24-J (1).    Paragraph No. 24-J (1) of the Amended Complaint: Upon information and belief, deny.

24-K (1).   Paragraph No. 24-K (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-L (1).   Paragraph No. 24-L (1) of the Amended Complaint: Upon information and belief, deny.

24-M (1).   Paragraph No. 24-M (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-N (1).   Paragraph No. 24-N (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-O (1).   Paragraph No. 24-O (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-P (1).   Paragraph No. 24-P (1) of the Amended Complaint: Upon information and belief, deny.

24-Q (1).   Paragraph No. 24- Q (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-R (1).   Paragraph No. 24-R (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-S (1).   Paragraph No. 24-S (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-T (1).   Paragraph No. 24-T (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-U (1).   Paragraph No. 24-U (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-V (1).   Paragraph No. 24-V (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-W (1).   Paragraph No. 24-W (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-X (1).   Paragraph No. 24-X (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-Y (1).   Paragraph No. 24-Y (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-Z (1).   Paragraph No. 24-Z (1) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-A (2).   Paragraph No. 24-A (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-B (2).   Paragraph No. 24-B (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-C (2).   Paragraph No. 24-C (2) of the Amended Complaint: Upon information and belief, deny.

24-D (2).   Paragraph No. 24-D (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-E (2).   Paragraph No. 24-E (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-F (2).   Paragraph No. 24-F (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-G (2).   Paragraph No. 24-G (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-H (2).   Paragraph No. 24-H (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-I (2).   Paragraph No. 24-I (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-J (2).   Paragraph No. 24-J (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-K (2).   Paragraph No. 24-K (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-L (2).   Paragraph No. 24-L (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-M (2).   Paragraph No. 24-M (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-N (2).   Paragraph No. 24-N (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-O (2).   Paragraph No. 24-O (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-P (2).   Paragraph No. 24-P (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-Q (2).   Paragraph No. 24-Q (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-R (2).     Paragraph No. 24-R (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-S (2).     Paragraph No. 24-S (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-T (2).     Paragraph No. 24-T (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-U (2).     Paragraph No. 24-U (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-V (2).     Paragraph No. 24-V (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-W (2).     Paragraph No. 24-W (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-X (2).     Paragraph No. 24-W (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-Y (2).     Paragraph No. 24-Y (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-Z (2).     Paragraph No. 24-Z (2) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-A (3).     Paragraph No. 24-A (3) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-B (3).     Paragraph No. 24-B (3) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-C (3).    Paragraph No. 24-C (3) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

24-D (3).    Paragraph No. 24-D (3) of the Amended Complaint: Defendant is without sufficient information to admit or deny.

25. Paragraph No. 25 of the Amended Complaint: Upon information and belief, admit.

26. Paragraph No. 26 of the Amended Complaint: Upon information and belief, admit.

27. Paragraph No. 27 of the Amended Complaint: Upon information and belief, admit.

28. Paragraph No. 28 of the Amended Complaint: Upon information and belief, admit.

### Jurisdiction

29. Paragraph No. 29 of the Amended Complaint: No response required.

30. Paragraph No. 30 of the Amended Complaint: Upon information and belief, admit.

31. Paragraph No. 31 of the Amended Complaint: Upon information and belief, admit.

### Defendant Class Allegation

32. Paragraph No. 32 of the Amended Complaint: No response required.

33. Paragraph No. 33 of the Amended Complaint: No response required.

34. Paragraph No. 34 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

35. Paragraph No. 35 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

36. Paragraph No. 36 of the Amended Complaint: Defendant is without sufficient information to admit or deny to all named parties except for himself. Defendant denies that Defendant received a preference payment.

37. Paragraph No. 37 of the Amended Complaint: Upon information and belief, deny.

38. Paragraph No. 38 of the Amended Complaint: Upon information and belief, deny.

39. Paragraph No. 39 of the Amended Complaint: Upon information and belief, deny.

40. Paragraph No. 40 of the Amended Complaint: Upon information and belief, deny.

41. Paragraph No. 41 of the Amended Complaint: Upon information and belief, deny.

## Statement of Facts

42. Paragraph No. 42 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

43. Paragraph No. 43 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

44. Paragraph No. 44 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

45. Paragraph No. 45 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

46. Paragraph No. 46 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

47. Paragraph No. 47 of the Amended Complaint: Upon information and belief, admit.

<u>User Accounts</u>

48. Paragraph No. 48 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

49. Paragraph No. 49 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

50. Paragraph No. 50 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

51. Paragraph No. 51 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

<u>Types of Transactions</u>

52. Paragraph No. 52 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

53. Paragraph No. 53 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

54. Paragraph No. 54 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

55. Paragraph No. 55 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

56. Paragraph No. 56 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

### Count One

57. Paragraph No. 57 of the Amended Complaint: The Defendant repeats the answers in paragraphs 1 through 57.

58. Paragraph No. 58 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

59. Paragraph No. 59 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

60. Paragraph No. 60 of the Amended Complaint: Deny.

### Count Two

61. Paragraph No. 61 of the Amended Complaint: The Defendant repeats the answers in paragraphs 1 through 60.

62. Paragraph No. 62 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

63. Paragraph No. 63 of the Amended Complaint: Deny.

64. Paragraph No. 64 of the Amended Complaint: Deny.

65. Paragraph No. 65 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

66. Paragraph No. 66 of the Amended Complaint: Deny.

67. Paragraph No. 67 of the Amended Complaint: Deny.

### Count Three

68. Paragraph No. 61 of the Amended Complaint: The Defendant repeats the answers in paragraphs 1 through 67.

69. Paragraph No. 69 of the Amended Complaint: Deny.

70. Paragraph No. 70 of the Amended Complaint: Deny.

71. Paragraph No. 71 of the Amended Complaint: Deny.

72. Paragraph No. 72 of the Amended Complaint: Deny.

73. Paragraph No. 73 of the Amended Complaint: Deny.

## Count Four

74. Paragraph No. 74 of the Amended Complaint: The Defendant repeats the answers in paragraphs 1 through 73.

75. Paragraph No. 75 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

76. Paragraph No. 76 of the Amended Complaint: Defendant is without sufficient information to admit or deny.

77. Paragraph No. 77 of the Amended Complaint: No response required.

78. Paragraph No. 78 of the Amended Complaint: Deny.

## Count Five

79. Paragraph No. 79 of the Amended Complaint: The Defendant repeats the answers in paragraphs 1 through 78.

80. Paragraph No. 80 of the Amended Complaint: Deny.

81. Paragraph No. 81 of the Amended Complaint: Deny.

82. Paragraph No. 82 of the Amended Complaint: Deny.

83. Paragraph No. 83 of the Amended Complaint: No response required.

## Count Six

84. Paragraph No. 84 of the Amended Complaint: The Defendant repeats the answers in paragraphs 1 through 83.

85. Paragraph No. 85 of the Amended Complaint: Deny.

86. Paragraph No. 86 of the Amended Complaint: Deny.

### AFFIRMATIVE DEFENSE NO. 1

Failure to state a claim for which relief can be granted.

### AFFIRMATIVE DEFENSE NO. 2

Laches: The delay in filing for the complaint is prejudicial the Defendant and unreasonable.

### AFFIRMATIVE DEFENSE NO. 3

Statute of Limitation: The claims alleged are barred by time.

### AFFIRMATIVE DEFENSE NO. 4

Lack of controversy

**AFFIRMATIVE DEFENSE NO. 5**

Estoppel. The Plaintiff should be estopped from bringing this action.

**AFFIRMATIVE DEFENSE NO. 6**

Lack of intent: Defendant lacks the necessary intent and mens rea.

**JURY DEMAND:**

The Defendant hereby demands a trial by jury.

**Wherefore,** Defendant Prays that this Honorable Court;

a. Deny all counts of the Complaint;

b. Find in favor of the Defendant; and

c. Order any other relief that is fair and equitable.

Dated: April 27, 2016

Respectfully Submitted by,

Marco Almeida,

Through Counsel,

/s/ Robert W. Kovacs, Jr.
Counsel for the Defendant Marco Almeida
MA BBO 671497
Kovacs Law, P.C.
172 Shrewsbury Street
Worcester, MA 01604
T: 508-926-8833
F: 508-459-1723
E: Robert@KovacsLawFirm.com