UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re: ) | |
|       Telexfree, LLC ) | Case No.     14-40987 MSH |
|       Debtor. ) | Chapter     11 |
| ) | |
| ) | |
| ) | |
|       Stephen B. Darr ) | |
|          Plaintiff ) | AP Case No.  16-04006 MSH |
| ) | |
|       v. ) | |
| ) | |
|       Benhamin Argueta, et al. ) | |
|          Defendants ) | |
| ) | |

CERTIFICATE OF SERVICE

I certify that I, served a copy of the:

- ANSWER OF DEFENDANT MARCO ALMEIDA TO AMENDED COMPLAINT

via the CM/ECF System of the United States Bankruptcy Court for the District of Massachusetts upon the

- Ruby Abrau represented by Michael M. McArdle
- Gladys Alvarado represented by Wendy M. Mead
- Hugo Alvarado represented by Wendy M. Mead
- Benjamin Argueta represented by Timothy J. Durken
- Wendy M. Mead
- Stephen B. Darr represented by Charles R. Bennett, Jr.
- Andrew G. Lizotte
- Michael K. O'Neil
- Carlos C. DeJesus represented by Timothy J. Durken and Wendy M. Mead
- Defendant Class of Net Winners
- Andres Bolivar Estevez represented by James P. Ehrhard
- Linda Suzanne Hackett represented by Jordan L. Shapiro

- Ana Rosa Lopez represented by Michael M. McArdle
- Ana R. Ramos represented by Timothy J. Durken and Wendy Mead
- Bilkish Sunesara represented by Evans Carter

**Manual Notice List**

By first class mail, postage prepaid, on the non CM/EFC participants on the list below:

**Ruddy Abreau**
9 Longwood Drive
Methuen, MA 01844

**Fabiana Acacia Da Cruz Dos Santos**
7983 NW 70th Ave
Parkland, FL 33067

**Milagros Adames**
71 Swan St.
Methuen, MA 01844

**Gerald Agnew**
6406 Julie Ann Dr.
Hanover, MD 21076

**Carlos Alfaro**
20 Manor Place
Huntington Station, NY 11746

**Lusette Balan**
5648 Lowell Street
Peabody, MA 01960

**Helio Barbosa**
1630 Worcester Rd., Apt. 626C
Framingham, MA 01702

**Ronei Barreto**
14 Branchport Ave
Long Branch, NY 07740

**Edgar Borelli**
291 Thompson St.
Halifax, MA 02338

**Debora C. Brasil**
2220 NE 37th St.
Lighthouse Point, FL 33064

**Rodrigo R. Breda**
14202 Grand Pre Rd., Apt. 303
Silver Spring, MD 20906

**Joelito Souza Caldas Junior**
9751 Majorca Pl.
Boca Raton, FL 33434

**Bartolo Castllo**
23530 Canyon Lake Dr.
Spring, TX 77373

**Rodrigo Castro**
11922 Golden Lodge Lane
Houston, TX 77066

**Daniel Chavez**
4149 S. Church St.
Visalia, CA 93277

**Yue Chen**
1935 Ptrero Grande Drive, Apt 209
Monterey Park, CA 91755

**Jamilson Marcos Conceicao**
5451 Ginger Cove Dr., Apt A
Tampa, FL 33634

**Venerando Contreras**
4650 Carey Ave. TRLR 121
Las Vegas, NV 89115

**Randy Crosby**
800 Sweetbrier Dr.
Alpharetta, GA 30004

**Sonya Crosby**
800 Sweetbrier Dr.
Alpharetta, GA 30004

**Luiz Antonio Da Silva**
25 Willis Street
Framingham, MA 01702

**Walace Augusto Da Silva**
57 Greenwood St.
Marlborough, MA 01752

**Wesley Dias**
21103 Via Eden
Boca Raton, FL 33433

**Paulo Giuliano Diogenes de Bessa Rosado**
420 Atlantic Ave
Long Branch, NJ 07740

**Eddie Alberto Duverge**
90 Prospect Ave.
Revere, MA 02151

**Ricardo Fabin**
60 Stevens Ave
Lawrence, MA 01843

**Soraya Ferreira**
4068 Palo Verde Dr.
Boynton Beach, FL 33436

**Jose Miguel Filho**
27 Liberty St.
Gloucester, MA 01930

**Gelalin-3377 LLC**
53 Walk Hill St., Apt 2
Jamaica Plain, MA 02130

**Rudmar Gentil**
425 Washington Ave., Apt. 3
Chelsea, MA 02150

**Global Marketing Strategies**
2460 E. Pole Rd.
Everson, WA 98247

**Nubia R. Goulart**
246 Winthrop St.
Framingham, MA 01702

**Bruno Graziani**
134 Highland Street
Marlborough, MA 01752

**Pat Jackson**
12314 E. 55th Terr.
Kansas City, MO 64133

**Jap International Network LLC**
16490 Gateway Bridge Dr.
Delray Beach, FL 33446

**Jean 2004 Enterprise Corp.**
1310 Partridge Close
Pompano Beach, FL 33064

**Gaspar Jesus**
235 Boston St., Apt 3
Lynn, MA 01904

**Lan Lan Ji**
1535 83rd St., #2
Brooklyn, NY 11228

**Dwayne Jones**
3324 Parsons Blvd., Apt 6P
Flushing, NY 11354

**LM Davar Inc.**
6350 S. Elm Ln.
Lake Worth, FL 33462

**LWC Marketing, Inc.**
57 Freeman Lane
Buena Park, CA 90621

**Marcos Lana**
41 Beacon Street
Framingham, MA 01701

**Amilcar Lopez**
94 Broadway Street
Somerville, MA 02145

**Luisa E. Lopez**
168 Thorndike St., #1
Cambridge, MA 02141

**Jose Carlos Maciel**
18 Hayes St., Apt 2
Framingham, MA 01702

**Jorge Antonio Mejia Sequeira**
3055 Jasmine Valley Dr.
Canyon Country, CA 91387

**Maria Teresa Milagres Neves**
28 Brackett Road
Framingham, MA 01702

**Mariza S. Morinelli**
131 S. Federal Hwy., Apt. 527
Boca Raton, FL 33432

**Wesley Nascimento Alvesby**
37 Lawrence St.
Everett, MA 02149

**Gilson Nassar**
3500 W. Hillsboro Blvd., Apt 201
Coconut Creek, FL 33073

**New Generation Med Supply Inc.**
1037 51st St., Apt. D7
Brooklyn, NY 11219

**Chai Hock Ng**
170 Henry Street
New York, NY 10002

**Roberto Nunez**
16 Fairfield St.
Worcester, MA 01602

**Antonio Oliveira**
5 Juniper St.
North Billerica, MA 01862

**Jesus Osuna**
700 N Avery Ave
Farmersville, CA 93223

**Bingjian Pan**
13708 31st Rd.
Flushing, NY 11354

**Parrot Bay Homes, Inc.**
6851 Cypress Cove Cir.
Jupiter, FL 33458

**Joseph Pietropaolo**
2300 Casey Cove
Cedar Park, TX 78613

**David Reis**
800 Governors Dr., Apt. 19
Winthrop, MA 02152

**Silverio Reyes**
70 W. Walnut Park, Apt 2
Roxbury, MA 02119

**Renato Sacramento**
5413 Vineland Road
Orlando, FL 32811

**Michel Cristiano Santolin de Arruda**
26 Beacon Street, Apt 12A
Burlington, MA 01803

**Ana Santos**
120 Atlantic Ave
Long Branch, NJ 07740

**Devendra Shah**
5002 N. Oaks Blvd.
North Brunswick, NJ 08902

**Eduardo N. Silva**
10111 Newington Drive
Orlando, FL 32836

**Julio Silva**
111 E. Washington St., Unit 2221
Orlando, FL 32801

**Celso Roberto Silva Filho**
261 Whalepond Road
Oakhurst, NJ 07105

**Francisdalva Siqueira**
9715 Arbor Oak Ct., Apt. 301
Boca Raton, FL 33428

**Faith Sloan**
4809 Crystalline Pl., Apt 102
Virginia Beach, VA 23462

**Ezau Soares Ferreira**
27 High St., Apt 2
East Weymouth, MA 02189

**Edson F. Souza**
1003 Acton Ave.
Lehigh Acres, FL 33971

**Marcio Souza Nery**
260 Potter St.
New Bedford, MA 02740

**Edilene Storck Navarro**
55 Fox Rd., Unit 925
Waltham, MA 02451

**Team Global Adverting LLC.**
13506 Paddington Circ.
Austin, TX 78729

**Technovia Inc.**
533 Cambridge St., Unit 310
Allston, MA 02134

**Davidson R. Teixeira**
33 Vernal Street, #1
Everett, MA 02149

**Timex Research Consulting Inc.**
10724 71st Rd., Apt 14C
Forest Hills, NY 11375

**Faustino Torres**
5514 Minaret Ct.
Orlando, FL 32821

**United Group USA**
5620 Bay Side Dr.
Orlando, FL 32819

**Vaming Services**
8228 Bedford Cove Way
Sacramento, CA 95828

**Carlos Vanterpool**
255 Hidden Springs Cir.
Kissimmee, FL 34743

**Daneng Xiong**
280 St. Augustine Dr.
Chico, CA 95928

**Marco Almeida**
420 Atlantice Ave
Long Branch, NJ 07740

**Gladys Alvarado**
177 Lincoln St.
#2
Worcester, MA 01605

**Hugo Alvarado**
18 Catherine St. #1
Worcester, MA 01605

**Laureano Arellano**
576N 800W
Provo, UT 84601

Benjamin Argueta
14 Illinois Avenue
Apt. 1
Somerville, MA 02145

**Aaron Ataide**
2900 W Porter Ave.
Visalia, CA 93291

**Frantz Balan**
51 Grover Street
Apt. 2
Everett, MA 02149

**Rosane Cruz**
22 Northampton Street
Worcester, MA 01605

**Marcelo DaSilva**
38 Lyme St.
#308
Malden, MA 02148

**Stephen B. Darr**
C/O Charles R. Bennett, Jr.
Murphy & King, Professional Corporation
One Beacon Street

Boston, MA 02108

**Andres Bolivar Estevez**
9510 90th Ave. 2
Woodhaven, NY 11421

**Linda Suzanne Hackett**
97 Bellevue Ave
Melrose, MA 02176

**Ana Rosa Lopez**
5019 Redwin Brook Trail
Katy, TX 77449

**Jose Lopez**
164 Exchange St.
2nd Floor
Lawrence, MA 01841

**Rodrigo Montemor**
6 Boxford Street
Lawrence, MA 01843

**Euzebio Sudre Neto**
334 Chestnut Farm Way
Raynham, MA 02767

**Jose Neto**
49 Rodney Street
Worcester, MA 01605

**Julio C. Paz**
179 Water Street
Framingham, MA 01701

**Omar Quinonez**
3812 N. Oak Dr.
Apt. M62
Tampa, FL 33611

**Ana R. Ramos**
65 Fremont Ave. Apt 2
Chelsea, MA 02150

**Alexandro Rocha**
6 Nell Road
Revere, MA 02151

**Bilkish Sunesara**
1800 Austin Parkway
Sugar Land, TX 77479

Dated: April 29, 2016

Respectfully Submitted by,

/s/ Robert W. Kovacs, Jr.
Counsel for the Defendant Marco Almeida
MA BBO 671497
Kovacs Law, P.C.
172 Shrewsbury Street
Worcester, MA 01604
T: 508-926-8833
F: 508-459-1723
E: Robert@KovacsLawFirm.com