UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>        Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>        Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>       Defendant(s). | Adversary Proceeding<br>No. 16-04006 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, pursuant to the attached order of the United States Bankruptcy Court for the District of Massachusetts, a hearing on the *Trustee's Motion for Entry of Default [docket no. #62]* will be held on **Tuesday, May 17, 2016 at 11:00 a.m.** at the **United**

States Bankruptcy Court, John W. McCormack Post Office & Courthouse, 5 Post Office Square, Boston, Massachusetts.

                STEPHEN B. DARR,
                CHAPTER 11 TRUSTEE,

                By his counsel,

                */s/ Andrew G. Lizotte*
                Andrew G. Lizotte (BBO #559609)
                Murphy & King, Professional Corporation
                One Beacon Street
                Boston, Massachusetts 02108
                (617) 423-0400
                alizotte@murphyking.com

Dated: May 2, 2016
708330

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>    Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE<br>TRUSTEE OF THE CHAPTER 11 ESTATES<br>OF EACH OF THE DEBTORS,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>    Defendant(s). | Adversary Proceeding<br>No. 16-04006 |

04/28/2016 The court will hold a hearing on the motion for entry of default on May 17, 2016, at 11:00 AM. The trustee shall give notice of the hearing to the defendants against whom he seeks a default judgment by first class and registered mail and by email if the trustee has email addresses for those defendants.

## TRUSTEE'S MOTION FOR ENTRY OF DEFAULT

Stephen B. Darr, as he is the Trustee (the "Trustee") of the Chapter 11 estates of

TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc. (collectively, the "Debtors"),

moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, as incorporated herein by

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　　Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>　　　　　Defendant(s). | Adversary Proceeding<br>No. 16-04006 |

### CERTIFICATE OF SERVICE

　　I, Andrew G. Lizotte, hereby certify that on this date, I caused to be served a copy of the foregoing *Notice of Hearing* via operation of this Court's CM/ECF System, by first class mail,

postage prepaid, registered mail and by Electronic Mail as indicated on the attached service list.

                                                                                         */s/ Andrew G. Lizotte*  
                                                                                         Andrew G. Lizotte

Dated: May 2, 2016

**BY ECF:**

- Charles R. Bennett   cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com
- Evans J. Carter   ejcatty1@verizon.net
- Timothy J. Durken   tdurken@jagersmith.com, bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
- James P. Ehrhard   ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- Robert W Kovacs   bknotices@rkovacslaw.com
- Andrew G. Lizotte   agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
- Michael M. McArdle   mike@mikemcardlelaw.com
- Wendy M. Mead   wendymeadpc@verizon.net
- Michael K. O'Neil   moneil@murphyking.com, imccormack@murphyking.com
- Jordan L. Shapiro   JSLAWMA@aol.com

**By First Class Mail, Registered Mail and by Electronic Mail:**


Alexandro Rocha
6 Nell Road
Revere, MA  02151


Julio C. Paz
179 Water Street
Framingham, MA  01701


Aaron Ataide
2900 W. Porter Ave.
Visalia, CA  93291


Omar Quinonez
3812 N. Oak Dr., Apt. M62
Tampa, FL  33611

Frantz Balan
51 Grover Street, Apt. 2
Everett, MA  02149


Marcelo Dasilva
38 Lyme Street, #308
Malden, MA  02148


Rodrigo Montemor
6 Boxford Street
Lawrence, MA  01843

| | |
|---|---|
| Aaron Ataide | aaronataide07@hotmail.com |
| Aaron Ataide | 1234moremoney@gmail.com |
| Aaron Ataide | aaronataide@yahoo.com |
| Alexandro Rocha | sandrorio@comcast.net |
| Alexandro Rocha | clubbostonusa@gmail.com |
| Alexandro Rocha | sandrorio@live.com |
| Alexandro Rocha | rioauto@comcast.net |
| Alexandro Rocha | telexfreeboston@hotmail.com |
| Alexandro Rocha | ssouza6090@gmail.com |
| Frantz Balan | balan.f@gmail.com |
| Frantz Balan | frantzbalan@yahoo.com |
| Frantz Balan | JCBOSTON01@GMAIL.COM |
| Julio C. Paz | jcp68@msn.com |
| Julio C. Paz | pjulio601@gmail.com |
| Omar Quinonez | oq269@yahoo.com |
| Omar Quinonez | reytelexfree@yahoo.com |
| Rodrigo Montemor | rodmontemor@gmail.com |
| Rodrigo Montemor | rod@yahoo.com |
| Rodrigo Montemor | f@f.com |
| Marcelo Dasilva | mdasilva23@gmail.com |