**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC, TELEXFREE, INC.<br>AND TELEXFREE FINANCIAL, INC.<br><br>Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>14-40988-MSH-14-40989-MSH<br>(Jointly administered)-MSH |

### Order to Show Cause Why Order Regarding Filing of Non-English Language Pleadings and Documents Should Not Enter

Any party in interest may show cause in writing on or before May 31, 2016 why the attached order should not be entered.

The trustee shall cause a copy of this order, and the attachment, to be posted in English, Spanish, Portuguese and Chinese on the web site maintained by Kurtzman Carson Consultants LLC for this case.

Dated: May 10, 2016

By the Court,

Melvin S. Hoffman
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC, TELEXFREE, INC.<br>AND TELEXFREE FINANCIAL, INC.<br><br>Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>14-40988-MSH-14-40989-MSH<br>(Jointly administered)-MSH |

## Order Regarding Filing of Non-English Language Pleadings and Documents

All pleadings and documents not in the English language which are presented or filed in this case, or any associated adversary proceedings, must be accompanied by a certified translation into English prepared by an interpreter certified by the Administrative Office of the United States Courts.

Information regarding federal court interpreters is available at

http://www.uscourts.gov/services-forms/federal-court-interpreters

and at

http://www.mad.uscourts.gov/general/interpreters.htm.

The trustee shall cause a copy of this order to be posted in English, Spanish, Portuguese and Chinese on the web site maintained by Kurtzman Carson Consultants LLC for this case.

Dated:                                                            By the Court,

                                                                  _____
                                                                  Melvin S. Hoffman
                                                                  U.S. Bankruptcy Judge

1