United States Bankruptcy Court
District of Massachusetts

Darr,
       Plaintiff                                              Adv. Proc. No. 16-04006-msh

Argueta,
       Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-4        User: meh            Page 1 of 1          Date Rcvd: May 10, 2016
                            Form ID: pdf012      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov May 10 2016 23:51:42      Richard King,
                 Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2016 at the address(es) listed below:
              Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
               bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
              Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
               bankruptcy@murphyking.com;imccormack@murphyking.com
              Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
              James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
               cote@ehrhardlaw.com
              Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
              Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
               imccormack@murphyking.com
              Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mikemcardlelaw.com
              Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mikemcardlelaw.com
              Robert W Kovacs, Jr    on behalf of Defendant Marco  Almeida bknotices@rkovacslaw.com
              Timothy J. Durken    on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
               bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
              Timothy J. Durken    on behalf of Defendant Benjamin  Argueta tdurken@jagersmith.com,
               bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
              Timothy J. Durken    on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
               bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
              Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
                                                                                               TOTAL: 17

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC, TELEXFREE, INC.<br>AND TELEXFREE FINANCIAL, INC.<br><br>　　　　Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>14-40988-MSH-14-40989-MSH<br>(Jointly administered)-MSH |

### Order to Show Cause Why Order Regarding Filing of Non-English Language Pleadings and Documents Should Not Enter

Any party in interest may show cause in writing on or before May 31, 2016 why the attached order should not be entered.

The trustee shall cause a copy of this order, and the attachment, to be posted in English, Spanish, Portuguese and Chinese on the web site maintained by Kurtzman Carson Consultants LLC for this case.

Dated: May 10, 2016

By the Court,

Melvin S. Hoffman
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC, TELEXFREE, INC.<br>AND TELEXFREE FINANCIAL, INC.<br><br>　　　　　Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>14-40988-MSH-14-40989-MSH<br>(Jointly administered)-MSH |

## Order Regarding Filing of Non-English Language Pleadings and Documents

All pleadings and documents not in the English language which are presented or filed in this case, or any associated adversary proceedings, must be accompanied by a certified translation into English prepared by an interpreter certified by the Administrative Office of the United States Courts.

Information regarding federal court interpreters is available at

http://www.uscourts.gov/services-forms/federal-court-interpreters

and at

http://www.mad.uscourts.gov/general/interpreters.htm.

The trustee shall cause a copy of this order to be posted in English, Spanish, Portuguese and Chinese on the web site maintained by Kurtzman Carson Consultants LLC for this case.

Dated:　　　　　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　　　　　　Melvin S. Hoffman
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

1