**Court Certificate of Mailing**

<u>VIA US MAIL TO:</u>

**Dwayne Jones**
3324 Parsons Blvd., Apt 6P
Flushing, NY 11354


**Dwayne Jones**
6404 Julie Ann Drive
Hanover, MD 21076-2011