UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

In Re: Darr v. Argueta et al                Case Number: 16-04006    (MSH)    Ch:

#62 Motion of Plaintiff for Entry of Default (C. Bennett)

**COURT ACTION:**

_____ Show Cause Order         _____ Released              _____ Enforced
_____ Granted                  _____ Approved              _____ Moot
_____ Denied                   _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained                _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held and continued to June 1, 2016 at 10:00 A.M.

IT IS SO ORDERED:

_____ Dated: 05/17/2016
Melvin S. Hoffman
United States Bankruptcy Judge