UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | | |
| Telexfree, LLC | ) | Case No. | 14-4098 MSH |
| Debtor. | ) | Chapter | 11 |
| | ) | | |
| Stephen B. Darr | ) | | |
| Plaintiff | ) | AP Case No. | 16-04006 MSH |
| v. | ) | | |
| Benhamin Argueta, et al. | ) | | |
| Defendants | ) | | |

## MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL TO

**Now comes,** Robert W. Kovacs, Jr. counsel for Defendant, Marco Almeida, and moves the Court for leave to withdraw as counsel to Marco Almeida. As grounds therefore, Counsel avers as follows:

(1) Counsel and Defendant have communicated with one another and have determined that Robert Kovacs will no longer provide legal services to Defendant.

(2) Defendant has been informed and is in agreement with the withdrawal.

**Wherefore,** Debtor prays that this Honorable Court:

(a) Allow this Motion;

(b) Grant Leave of Court for Counsel to withdraw; and

(c) Order any other relief that is fair and equitable.

Dated: May 18, 2016

Respectfully Submitted by,

/s/ Robert W. Kovacs, Jr.
Counsel for the Debtor
BBO No. 671497
Law Office of Robert W. Kovacs, Jr.
172 Shrewsbury Street
Worcester, MA 01604
T: 508-926-8833
F: 508-459-1723
E: Robert@RKovacsLaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |  |
|---|---|---|---|
| In Re: | ) | | |
|     Telexfree, LLC | ) | Case No. | 14-4098 MSH |
|     Debtor. | ) | Chapter | 11 |
| | ) | | |
|     Stephen B. Darr | ) | | |
|         Plaintiff | ) | AP Case No. | 16-04006 MSH |
| | ) | | |
|     v. | ) | | |
| | ) | | |
|     Benhamin Argueta, et al. | ) | | |
|         Defendants | ) | | |

Certificate of Service

I hereby certify that the above upon information and belief the above was served via the Court's ECF system upon:

- Ruby Abrau represented by Michael M. McArdle
- Gladys Alvarado represented by Wendy M. Mead
- Hugo Alvarado represented by Wendy M. Mead
- Benjamin Argueta represented by Timothy J. Durken
- Wendy M. Mead
- Stephen B. Darr represented by Charles R. Bennett, Jr.
- Andrew G. Lizotte
- Michael K. O'Neil
- Carlos C. DeJesus represented by Timothy J. Durken and Wendy M. Mead
- Defendant Class of Net Winners
- Andres Bolivar Estevez represented by James P. Ehrhard
- Linda Suzanne Hackett represented by Jordan L. Shapiro
- Ana Rosa Lopez represented by Michael M. McArdle
- Ana R. Ramos represented by Timothy J. Durken and Wendy Mead
- Bilkish Sunesara represented by Evans Carter

I further certify that a copy was served upon the following via postage prepaid first class mail:

**Marco Almeida**
420 Atlantice Ave
Long Branch, NJ 07740

Dated: May 18, 2016

                                                            Respectfully Submitted by,

                                                            /s/ Robert W. Kovacs, Jr.