United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

# CERTIFICATE OF NOTICE

District/off: 0101-4    User: meh    Page 1 of 1    Date Rcvd: May 17, 2016
                   Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust       +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov May 17 2016 23:51:20     Richard King,
     Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                                                           TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2016                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2016 at the address(es) listed below:
        Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
         bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
        Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
         bankruptcy@murphyking.com;imccormack@murphyking.com
        Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
        Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@milliganrona.com,   gnc@milliganrona.com
        James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
         cote@ehrhardlaw.com
        Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
        Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
         imccormack@murphyking.com
        Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mikemcardlelaw.com
        Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mikemcardlelaw.com
        Robert W Kovacs, Jr    on behalf of Defendant Marco  Almeida bknotices@rkovacslaw.com
        Timothy J. Durken    on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
         bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Timothy J. Durken    on behalf of Defendant Benjamin  Argueta tdurken@jagersmith.com,
         bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Timothy J. Durken    on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
         bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
                                                                                                                   TOTAL: 18

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Darr v. Argueta et al          **Case Number:** 16-04006     (MSH)     **Ch:**

#62 Motion of Plaintiff for Entry of Default (C. Bennett)

**COURT ACTION:**

| Show Cause Order | _____ Released | _____ Enforced |

_____ Granted          _____ Approved          _____ Moot
_____ Denied           _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained         _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held and continued to June 1, 2016 at 10:00 A.M.

IT IS SO ORDERED:

*/s/ Melvin S. Hoffman*
_____  Dated: 05/17/2016
Melvin S. Hoffman
United States Bankruptcy Judge