UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

| | |
|---|---|
| TELEX FREE, LLC | CASE NO. 11-40987-MSH |
| TELEXFREE, INC., and | CASE NO. 11-40988-MSH |
| TELEXFREE FINANCIAL, INC. | CASE NO. 11-40989-MSH |
| Debtors | CHAPTER 11 |

JOINTLY ADMINISTERED

STEPHEN B. DARR, AS HE IS THE
TRUSTEE OF THE CHAPTER 11
ESTATES OF EACH OF THE DEBTORS
    Plaintiff

ADVERSARY PROCEEDING
16-04006-MSH

v.

BENJAMIN ARGUETA, et. al.

## ANSWER OF BRUNO GRAZIANI

NOW COMES Bruno Graziani ("Graziani") and responds to this Adversary Proceeding as follows:

1. Based upon information and belief, the Defendant admits the statements contained in Paragraph 1.

2. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 2.

3. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 3.

4. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 4.

1

Case 16-04006    Doc 136    Filed 05/24/16    Entered 05/24/16 09:36:26    Desc Main
                Document      Page 2 of 9

5. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 5.

6. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 6.

7. The Defendant admits the statements contained in Paragraph 7.

8. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 8.

9. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 9.

10. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 10.

11. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 11.

12. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 12.

13. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 13.

14. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 14.

15. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 15.

16. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 16.

17. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 17.

18. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 18.

19. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 19.

20. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 20.

21. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 21.

22. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 22.

23. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 23.

24. Other than the statements contained in Subparagraph 24(d), which the Defendant admits, the Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 24, including the Subparagraphs noted.

25. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 25.

26. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 26.

27. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 27.

28. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 28.

## JURISDICTION

29. Based upon information and belief, the Defendant admits the allegations contained in Paragraph 29.

30. Based upon information and belief, the Defendant admits the allegations contained in Paragraph 30.

31. Based upon information and belief, the Defendant admits the allegations contained in Paragraph 31.

## DEFENDANT CLASS ACTIONS

32. The Defendant denies the allegations contained in Paragraph 32.

33. The Defendant denies the allegations contained in Paragraph 33.

34. The Defendant denies the allegations contained in Paragraph 34.

35. The Defendant denies the existence of a so-called Net Winner Class and therefore denies the allegations contained in Paragraph 35.

36. The Defendant denies the allegations contained in Paragraph 36 relating specifically to him. The Defendant is without sufficient information to either admit or deny the remaining allegations contained in Paragraph 36.

37. The Defendant denies the allegations contained in Paragraph 37 relating specifically to him. The Defendant is without sufficient information to either admit or deny the remaining allegations contained in Paragraph 37.

38. The Defendant is without sufficient information to either admit or deny the remaining allegations contained in Paragraph 38.

39. The Defendant denies the allegations contained in Paragraph 39.

40. The Defendant denies the allegations contained in Paragraph 40.

41. The Defendant denies the allegations contained in Paragraph 41.

42. The Defendant is without sufficient knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 42.

43. The Defendant is without sufficient knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 43.

44. The Defendant is without sufficient knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 44.

45. The Defendant is without sufficient knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 45.

46. The Defendant is without sufficient knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 46.

47. The Defendant responds that the document, the Order, speaks for itself. The Defendant denies the remaining allegations contained in Paragraph 47.

48. The Defendant denies the allegations contained in Paragraph 48.

49. The Defendant states that some identifying information was provided to the Debtors, but denies that this is an accurate listing of information provided by this Defendant.

50. The Defendant admits that a participant could establish more than one user account but is without sufficient knowledge to admit or deny the other statements contained in Paragraph 50.

51. The Defendant admits that these forms of redemption were, at certain times, available to participants. However, the Defendant states that credits were often not applied in

accordance with the statements contained in Paragraph 51, and therefore the Defendant denies these statements.

52. The Defendant admits the allegations contained in Paragraph 52.

53. The Defendant is without sufficient knowledge to admit the allegations contained in Paragraph 53, and therefore denies the same.

54. The Defendant denies that a participant could monetize accumulated credits and therefore denies the allegations contained in Paragraph 54.

55. The Defendant is without sufficient knowledge to admit the allegations contained in Paragraph 55, and therefore denies the same.

56. The Defendant denies the allegations contained in Paragraph 56.

## COUNT ONE

### DECLARATORY JUDGMENT FOR DETERMINATION OF NET WINNER

57. The Defendant repeats and realleges his answers contained in Paragraphs 1 through 56.

58. The Defendant denies the allegations contained in Paragraph 58.

59. The Defendant is without sufficient knowledge to admit the allegations contained in Paragraph 59, and therefore denies the same.

60. The Defendant denies the allegations contained in Paragraph 60.

## COUNT TWO

### FRAUDULENT TRANSFER – CONSTRUCTIVE - 11 U.S.C. §§ 584(a)(1)(B), 550 and 551

61. The Defendant repeats and realleges his answers contained in Paragraphs 1 through 60.

62. The Defendant denies the allegations contained in Paragraph 62.

63. The Defendant denies the allegations contained in Paragraph 63.

64. The Defendant denies the allegations contained in Paragraph 64.

65. The Defendant is without sufficient knowledge to admit the allegations contained in Paragraph 65, and therefore denies the same.

66. The Defendant denies the allegations contained in Paragraph 66.

67. The Defendant denies the allegations contained in Paragraph 67.

## COUNT THREE

## FRAUDULENT TRANSFER – ACTUAL - 11 U.S.C. §§ 584(a)(1)(B), 550 and 551

68. The Defendant repeats and realleges his answers contained in Paragraphs 1 through 67.

69. The Defendant denies the allegations contained in Paragraph 69.

70. The Defendant denies the allegations contained in Paragraph 70.

71. The Defendant denies the allegations contained in Paragraph 71.

72. The Defendant denies the allegations contained in Paragraph 72.

73. The Defendant denies the allegations contained in Paragraph 73.

## COUNT FOUR

## PREFERENCES – 11 U.S.C. §§ 547, 550 AND 551

74. The Defendant repeats and realleges his answers contained in Paragraphs 1 through 73.

75. The Defendant denies the allegations contained in Paragraph 75.

76. The Defendant denies the allegations contained in Paragraph 76.

77. The Defendant denies the allegations contained in Paragraph 77.

78. The Defendant denies the allegations contained in Paragraph 78.

## COUNT FIVE

## DECLARATORY JUDGMENT

79. The Defendant repeats and realleges his answers contained in Paragraphs 1 through 78.

80. The Defendant states that the statements contained in Paragraph 80 constitute a legal conclusion, and therefore cannot be admitted or denied.

81. The Defendant states that the statements contained in Paragraph 81 constitute a legal conclusion, and therefore cannot be admitted or denied.

82. The Defendant states that the statements contained in Paragraph 82 constitute a legal conclusion, and therefore cannot be admitted or denied.

83. The Defendant states that the statements contained in Paragraph 83 constitute a legal conclusion, and therefore cannot be admitted or denied.

## COUNT SIX

## DISALLOWANCE OF CLAIMS PURSUANT TO 11 U.S.C. § 502(d)

84. The Defendant repeats and realleges his answers contained in Paragraphs 1 through 83.

85. The Defendant states that the statements contained in Paragraph 85 constitute a legal conclusion, and therefore cannot be admitted or denied.

86. The Defendant states that the statements contained in Paragraph 86 constitute a legal conclusion, and therefore cannot be admitted or denied.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

The Defendant acted in good faith at all times related to the allegations contained in the Complaint.

**THIRD AFFIRMATIVE DEFENSE**

Any damage alleged to have been suffered was done by third parties not within the control of the Defendant.

**FOURTH AFFIRMATIVE DEFENSE**

The Plaintiff seeks unjust enrichment in the relief sought within the Complaint.

                                        Respectfully Submitted,
                                        DEFENDANT, BRUNO GRAZIANI,
                                        By his attorneys,

DATE: May 24, 2016                /s/ Hilary S. Schultz
                                        Mark D. Engel, Esquire (BBO # 154440)
                                        Hilary S. Schultz, Esquire (BBO # 447640)
                                        Engel & Schultz, LLP
                                        One Federal Street; Suite 2120
                                        Boston, MA 02110
                                        617- 951-9980