UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BANKRUPTCY DIVISION

|  |  |  |
|---|---|---|
| In Re: ) | Chapter 11 |
| TELEX FREE, LLC ) | Case No. 11-40987-MSH |
|     Debtor ) | Jointly Administered |
| ----------------------------------------- |   |
| ) |   |
| In Re: ) | Chapter 11 |
| TELEX FREE, INC. ) | Case No. 11-40988-MSH |
|     Debtor ) |   |
| ----------------------------------------- |   |
| ) |   |
| In Re: ) | Chapter 11 |
| TELEX FREE FINANCIAL, INC. ) | Case No. 11-40989-MSH |
|     Debtor ) |   |
| ----------------------------------------- |   |
| ) |   |
| STEPHEN B. DARR, AS HE IS ) |   |
| TRUSTEE OF THE CHAPTER 11 ) |   |
| ESTATES OF EACH OF THE ) |   |
| DEBTORS ) |   |
|     Plaintiff ) |   |
| ) | Adversary Proceeding |
| v. ) | No. 16-04006-MSH |
| ) |   |
| BENJAMIN ARGUETA, et al. ) |   |
|     Defendants ) |   |
| ) |   |

ASSENTED TO MOTION OF JOSE M. FILHO
FOR EXTENSION OF DEADLINE TO ANSWER COMPLAINT
AND REQUEST FOR EXPEDITED CONSIDERATION

To the Honorable Melvin S. Hoffman, Bankruptcy Judge:

      The undersigned Counsel to Jose M. Filho, one of the Defendants in the above captioned adversary proceeding, hereby moves, with the assent of Counsel to the Plaintiff, for an extension of the deadline to file an Answer or other responsive pleading. Pursuant to a summons issued by

this Court, the Answer is due on May 26, 2016 and Counsel seeks an extension of the deadline to answer this Complaint until June 10, 2016.

Counsel to the Plaintiff has assented to this request.

Expedited consideration of this Motion is requested since unless extended the deadline to respond is May 26, 2016.

WHEREFORE, after expedited consideration, the Moving Party requests that this Court extend the deadline for him to file an Answer to the Complaint up to and including June 10, 2016.

             Jose M. Filho
             By his Counsel,

Dated:  May 25, 2016      /s/Gary W. Cruickshank, Esq.
             21 Custom House Street
             Suite 920
             Boston, MA 02110
             (617) 330-1960
             gwc@cruickshank-law.com
             (BBO107600)

Assent to the relief requested above:

Stephen B. Darr
By his Counsel,

/s/Charles R. Bennett, Jr., Esq.
Murphy & King
One Beacon Street
Boston MA 02108
(617) 423-0400
(BBO037380)

Dated: May 25, 2016

## CERTIFICATE OF SERVICE

      I, Gary W. Cruickshank, hereby certify that on May 25, 2016, I electronically filed with the Clerk of the Bankruptcy Court, the attached Motion and served same in the following manner upon the interested parties:

E-mail service:  via the Court's CM/ECF system which sent notification of such filing to the following:

- **Paula R.C. Bachtell**     paula.bachtell@usdoj.gov
- **John Fitzgerald**     USTPRegion01.BO.ECF@USDOJ.GOV
- **Charles R. Bennett, Jr.**     cbennett@murphyking.com

                                          /s/Gary W. Cruickshank, Esq.