05/25/2016 Allowed. The deadline for Jose M. Filho to answer or otherwise respond is extended to June 10, 2016.

*[signature: Melvin S. Hoffman]*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BANKRUPTCY DIVISION

| | | |
|---|---|---|
| In Re:<br>TELEX FREE, LLC<br>    Debtor | )<br>)<br>)<br>) | Chapter 11<br>Case No. 11-40987-MSH<br>Jointly Administered |
| In Re:<br>TELEX FREE, INC.<br>    Debtor | )<br>)<br>)<br>) | Chapter 11<br>Case No. 11-40988-MSH |
| In Re:<br>TELEX FREE FINANCIAL, INC.<br>    Debtor | )<br>)<br>)<br>) | Chapter 11<br>Case No. 11-40989-MSH |
| STEPHEN B. DARR, AS HE IS<br>TRUSTEE OF THE CHAPTER 11<br>ESTATES OF EACH OF THE<br>DEBTORS<br>    Plaintiff<br>v.<br>BENJAMIN ARGUETA, et al.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary Proceeding<br>No. 16-04006-MSH |

### ASSENTED TO MOTION OF JOSE M. FILHO
### FOR EXTENSION OF DEADLINE TO ANSWER COMPLAINT
### AND REQUEST FOR EXPEDITED CONSIDERATION

To the Honorable Melvin S. Hoffman, Bankruptcy Judge:

    The undersigned Counsel to Jose M. Filho, one of the Defendants in the above captioned adversary proceeding, hereby moves, with the assent of Counsel to the Plaintiff, for an extension of the deadline to file an Answer or other responsive pleading. Pursuant to a summons issued by

1