**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC. | 14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH |
| Debtors. | Jointly Administered |
| STEPHEN B. DARR AS HE IS THE<br>TRUSTEE OF THE CHAPTER 11<br>ESTATES OF EACH OF THE DEBTORS, | |
| Plaintiff, | |
| v. | |
| BENJAMIN ARGUETA, ALEXANDRO<br>ROCHA, JOSE NETO, JULIO C. PAZ,<br>EUZEBIO SUDRE NETO, HUGO<br>ALVARADO, ANA R. RAMOS, LINDA<br>SUZANNE HACKETT, RUDDY ABREAU,<br>MARCO ALMEIDA, RODRIGO<br>MONTEMOR, LAUREANO ARELLANO,<br>AARON ATAIDE, ROSANE CRUZ, OMAR<br>QUINONEZ, CARLOS C. DEJESUS,<br>BILKISH SUNESARA, ANDRES<br>BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA<br>ROSA LOPEZ, FRANTZ BALAN,<br>MARCELO DASILVA, GLADYS<br>ALVARADO, MARIA TERESA<br>MILAGRES NEVES, MARCOS LANA,<br>LUIZ ANTONIO DA SILVA, BRUNO<br>GRAZIANI, EDUARDO N. SILVA,<br>MICHEL CHRISTIANO SANTOLIN DE<br>ARRUSA, FRANCISDALVA SIQUEIRA,<br>ALEXANDER N. AURIO, AMILCAR<br>LOPEZ, RENATO SACRAMENTO, JULIO<br>SILVA, DAVIDSON R. REIXEIRA, JOSE<br>CARLOS MACIEL, JESUS OSUNA, CHAI<br>HOCK NG, EDILENE STORCK<br>NAVARRO, SORAYA FERREIRA, EDSON<br>F. SOUZA, VAMING SERVICES, JORGE | Adversary Proceeding<br>No. 16-04006 |

ANTONIO MEJIA SEQUEIRA, RODRIGO
CASTRO, DAVID REIS, ANA SANTOS,
WESLEY DIAS, TIMEX RESEARCH
CONSULTING, INC., CELSO ROBERTO
SILVA FILHO, TEAM GLOBAL
ADVERTISING LLC, LWC MARKETING,
INC., BARTOLO CASTLLO, GASPAR
JESUS, LUISA E. LOPEZ, MARCIO
SOUZA NERY, DEBORA C. BRASIL,
JOELITO SOUZA CALDAS JUNIOR,
UNITED GROUP USA, JEAN 2004,
ENTERPRISE CORP., RUDMAR GENTIL,
NEW GENERATION MED SUPPLY, INC.,
DANEUNG XIONG, CARLOS ALGARO,
LUSETTE BALAN, TECHNOVIA, INC.,
FAITH SLOAN, MARIZA S. MORINELLI,
NUBIA R. GLOULART, ROBERTO
NUNEZ, GILSON NASSAR, BINGJIAN
PAN, YUE CHEN, RODRIGO R. BREDA,
PAULO GIULIANO, DIOGENES DE
BESSA ROSADO, JOSE MIGUES GILHO,
LAN LAN JI, VENERANDO CONTRERAS,
JAP INTERNATIONAL NETWORK, LLC,
WALACE AUGUSTO DA SILVA, EZAU
SOARES FERREIRA, EDDIT ALBERTO
DUVERGE, GLOBAL MARKETING
STRATEGIES, CAROL VANTERPOOL,
DEVENDRA SHAH, PAT JACKSON,
SILVERIO REYES, FABIANA ACACIA
DA CRUZ DOS SANTOS, GERALD
AGNEW, DWYANE JONES, JOSEPH
PIETROPAOLO, JAMILSON MARCO
CONCEICAO, SONYA CROSBY, RANDY
CROSBY, WESLEY NASCIMENTO
ALVESBY, ANTONIO OLIVEIRA,
RONEIL BARRETO, MILAGROS
ADAMES, LM DAVAR, INC., PARROT
BAY HOMES, INC., EDGAR BORELLI,
RICHARDO FABIN, DANIEL CHAVEZ,
FAUSTINO TORRES, HELIO BARBOSA,
GELALIN-3377, LLC AND A
DEFENDANT CLASS OF NET
WINNERES,

    Defendant(s).

## TIMEX RESEARCH & CONSULTING, INC.'S
## ANSWER TO AMENDED COMPLAINT

Defendant Timex Research & Consulting, Inc. ("Defendant"), for its Answer to the

Amended Complaint of Plaintiff, answers as follows:

### Introduction

To the extent that the Introduction contains allegations to which Defendant is required to

respond, Defendant denies the allegations in the Introduction.

### Parties

1.     Defendant is without sufficient information to admit or deny the allegations of
this paragraph and therefore denies the same.

2.     Defendant is without sufficient information to admit or deny the allegations of
this paragraph and therefore denies the same.

3.     Defendant is without sufficient information to admit or deny the allegations of
this paragraph and therefore denies the same.

4.     Defendant is without sufficient information to admit or deny the allegations of
this paragraph and therefore denies the same.

5.     Defendant is without sufficient information to admit or deny the allegations of
this paragraph and therefore denies the same.

6.     Defendant is without sufficient information to admit or deny the allegations of
this paragraph and therefore denies the same.

7.     Defendant is without sufficient information to admit or deny the allegations of
this paragraph and therefore denies the same.

8.     Defendant is without sufficient information to admit or deny the allegations of
this paragraph and therefore denies the same.

9.      Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

10.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

11.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

12.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

13.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

14.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

15.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

16.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

17.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

18.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

19.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

20.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

21.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

22.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

23.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-A.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-B.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-C.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-D.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-E.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-F.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-G.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-H.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-I.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-J.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-K.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-L.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-M.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-N.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-O.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-P.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-Q.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-R.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-S.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-T.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-U.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-V.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-W.  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-X.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-Y.   Defendant denies the allegations of this paragraph.  In answering further, Defendant states that Defendant is corporation named "Timex Research & Consulting, Inc." incorporated in the State of New York.

24-Z.   Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-A(1).       Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-B(1).       Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

7

24-C(1).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-D(1).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-E(1).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-F(1).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-G(1).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-H(1).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-I(1).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-J(1).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-K(1).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-L(1).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-M(1).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-N(1).       Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-O(1).       Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-P(1).       Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-Q(1).       Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-R(1).       Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-S(1).       Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-T(1).       Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-U(1).       Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-V(1).       Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-W(1).       Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-X(1).       Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-Y(1).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-Z(1).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-A(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-B(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-C(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-D(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-E(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-F(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-G(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-H(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-I(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-J(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-K(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-L(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-M(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-N(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-O(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-P(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-Q(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-R(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-S(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-T(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-U(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-V(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-W(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-X(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-Y(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-Z(2).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-A(3).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-B(3).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-C(3).        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

25.        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

26.        Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

27.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

28.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

**Jurisdiction**

29.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph.

30.      This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a pleading is deemed necessary, Defendant denies the allegations of this paragraph.

31.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a pleading is deemed necessary, Defendant denies the allegations of this paragraph.

**Defendant Class Allegations**

32.     This paragraph contains no allegations and therefore no responsive pleading is necessary.  This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph.  In answering further, Defendant states that a defendant class should not be permitted.

33.     This paragraph contains no allegations and therefore no responsive pleading is necessary.  This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies

the allegations of this paragraph.  In answering further, Defendant states that a defendant class should not be permitted.

34.     This paragraph contains no allegations and therefore no responsive pleading is necessary.  This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph.  In answering further, Defendant states that a defendant class should not be permitted.

35.     This paragraph contains no allegations and therefore no responsive pleading is necessary.  This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph.  In answering further, Defendant states that a defendant class should not be permitted.

36.     Defendant denies the allegations of this paragraph as they may relate to it. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.  In answering further, Defendant explicitly denies that it received payments in the amount alleged.

37.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

38.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies

14

the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

39.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

40.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

41.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

## Statement of Facts

42.     Defendant denies the allegations of this paragraph as they may relate to it and in answering further states that it had no knowledge at the relevant times that Debtors allegedly engaged in any illegal activities.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

43.     Defendant denies the allegations of this paragraph as they may relate to it and in answering further states that it had no knowledge at the relevant times that Debtors allegedly engaged in any illegal activities.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

44.     Defendant denies the allegations of this paragraph as they may relate to it and in answering further states that it had no knowledge at the relevant times that Debtors allegedly engaged in any illegal activities.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

45.     Defendant denies the allegations of this paragraph as they may relate to it and in answering further states that it had no knowledge at the relevant times that Debtors allegedly engaged in any illegal activities.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

46.     Defendant denies the allegations of this paragraph as they may relate to it and in answering further states that it had no knowledge at the relevant times that Debtors allegedly engaged in any illegal activities.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

47.     Defendant denies the allegations of this paragraph as they may relate to it and in answering further states that it had no knowledge at the relevant times that Debtors allegedly engaged in any illegal activities.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

## User Accounts

48.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

49.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

50.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

51.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

## Types of Transactions

52.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

53.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

54.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

55.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

56.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

## Count One

### Declaratory Judgment for Determination of Net Winner

57.     Defendant restates and repeats its responses to the allegations contained in paragraphs 1 through 56 above and by reference incorporates them herein.

58.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

59.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

60.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

### Count Two

### Fraudulent Transfer – Constructive – 11 U.S.C. §§ 548(a)(1)(B), 550 and 551

61.     Defendant restates and repeats its responses to the allegations contained in paragraphs 1 through 60 above and by reference incorporates them herein.

62.     Defendant denies the allegations of this paragraph as they may relate to it. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

63.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

64.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient

information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

65.    This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

66.    This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

67.    This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

## Count Three

### Fraudulent Transfer – Actual – 11 U.S.C. §§ 548(a)(1)(A), 550, and 551

68.    Defendant restates and repeats its responses to the allegations contained in paragraphs 1 through 67 above and by reference incorporates them herein.

69.    Defendant denies the allegations of this paragraph as they may relate to it. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

70.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

71.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

72.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

73.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

## Count Four

### Preferences – 11 U.S.C. §§ 547, 550 and 551

74.     Defendant restates and repeats its responses to the allegations contained in paragraphs 1 through 73 above and by reference incorporates them herein.

75.     Defendant denies the allegations of this paragraph as they may relate to it. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

76.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

77.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

78.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

## Count Five

### Declaratory Judgment

79.     Defendant restates and repeats its responses to the allegations contained in paragraphs 1 through 78 above and by reference incorporates them herein.

80.     This paragraph does not contain any allegations and therefore no responsive pleading is necessary.  This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

81.     This paragraph does not contain any allegations and therefore no responsive pleading is necessary.  This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

82.     This paragraph does not contain any allegations and therefore no responsive pleading is necessary.  This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

83.     This paragraph does not contain any allegations and therefore no responsive pleading is necessary.  This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

### Count Six

### Disallowance of Claims Pursuant to 11 U.S.C. § 502(d)

84.     Defendant restates and repeats its responses to the allegations contained in paragraphs 1 through 83 above and by reference incorporates them herein.

85.     This paragraph does not contain any allegations and therefore no responsive pleading is necessary.  This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

86.     This paragraph does not contain any allegations and therefore no responsive pleading is necessary.  This paragraph contains a conclusion of law to which no responsive pleading is necessary.  However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it.  Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

## General Denial

Each and every allegation of the Amended Complaint not specifically admitted is hereby denied.

## Affirmative Defenses

1.      The Plaintiff and Debtors are not entitled to the certification of a class.

2.      The Amended Complaint fails to state a claim upon which relief can be granted.

3.      The Amended Complaint is barred, in whole or in part, because any damages to Plaintiff and Debtors was not the proximate result of Defendant's actions or omissions.

4.      The Amended Complaint is barred, in whole or in part, because Plaintiff and Debtors have suffered no compensable injury.

5.      Plaintiff and Debtors cannot recover damages from Defendant to the extent that damages alleged by Plaintiff and Debtors are speculative or uncertain.

6.      Plaintiff and Debtors cannot recover damages from Defendant to the extent that Plaintiff and Debtors failed to mitigate their alleged damages.

7.      The Amended Complaint must be dismissed, in whole or in part, because the Court does not have personal jurisdiction over Defendant.

8.      The Amended Complaint must be dismissed, in whole or in part, because Defendant has not been unjustly enriched.

9.      The Amended Complaint must be dismissed, in whole or in part, because Defendant did not knowingly join with any other defendant to effectuate any improper or illegal purpose.

10.     The Amended Complaint must be dismissed, in whole or in part, because Defendant did not have the necessary intent as alleged.

11.     To the extent that Plaintiff has stated a claim, which Defendant denies, Plaintiff and Debtor's remedies are limited to the extent there is sought an overlapping or duplicative recovery pursuant to the various claims against Defendant for any alleged single wrong.

The Amended Complaint, in whole or in part, is barred by such other and further affirmative defenses as set forth in the Federal Rules of Civil Procedure and/or the Federal Rules of Bankruptcy Procedure as may be deemed applicable to this case by further discovery and disclosure.

### Reservation of Rights

Defendant has not knowingly or intentionally waived any applicable affirmative defenses and reserves the right to assert and rely on such other applicable affirmative defenses as may become available or apparent during discovery proceedings.  Defendant further reserves the right to amend its answer and/or affirmative defenses accordingly and/or to remove affirmative defenses that it determines are not applicable during the course of discovery.  Defendant further reserves the right to seek attorney's fees and costs under any applicable law or statute.

### DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES

### Requested Relief on Amended Complaint

WHEREAS, Defendant prays for the following relief on the Amended Complaint:

1.     That the Court deny that this action be maintained as a class action;

2.     That Plaintiff and Debtors take nothing by way of the Amended Complaint, that the Amended Complaint be dismissed with prejudice and that judgment be rendered in favor of Defendant;

3.     That Defendant be awarded its costs, including reasonable attorney's fees incurred herein, in accordance with applicable law or statute; and

4.      For such other and further relief as the Court deems just and proper.


                                          Respectfully submitted,
                                          Timex Research & Consulting, Inc.
                                          By its attorneys,

                                          /s/ Matthew Shayefar
                                          Matthew Shayefar, Esq. (BBO 685927)
                                          Valentin D. Gurvits, Esq. (BBO 643572)
                                          BOSTON LAW GROUP, PC
                                          825 Beacon Street, Suite 20
                                          Newton Centre, Massachusetts 02459
                                          Telephone: 617-928-1804
                                          Facsimile: 617-928-1802
                                          matt@bostonlawgroup.com
                                          vgurvits@bostonlawgroup.com

Dated:  May 26, 2016


### Certificate of Service

I hereby certify that this document, filed through the ECF system on May 26, 2016, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          /s/ Matthew Shayefar, Esq.