## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TELEXFREE, LLC, | ) | |
| TELEXFREE,INC. and | ) | Chapter 11 Cases |
| TELEXFREE FINANCIAL, INC., | ) | |
| | ) | 14-40987-MSH |
| Debtors. | ) | 14-40988-MSH |
| | ) | 14-40989-MSH |
| STEPHEN B. DARR AS HE IS THE | ) | |
| TRUSTEE OF THE CHAPTER 1 1 ESTATES | ) | |
| OF EACH OF THE DEBTORS, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding |
| | ) | No 16-04006 |
| v. | ) | |
| | ) | |
| BENJAMIN ARGUETA, ALEXANDRO | ) | |
| ROCHA, JOSE NETO, JULIO C.PAZ, | ) | |
| EUZEBIO SUDRE NETO, HUGO | ) | |
| ALVARADO, ANA R. RAMOS, LINDA | ) | |
| SUZANNE HACKETT, RUDDY ABREAU, | ) | |
| MARCO ALMEIDA, RODRIGO | ) | |
| MONTEMOR, LATJREANO ARELLANO, | ) | |
| AARON ATAIDE, ROSANE CRUZ, OMAR | ) | |
| QUINONEZ, CARLOS C. DEJESUS, | ) | |
| BILKISH STINESARA, ANDRES BOLTVAR | ) | |
| ESTEVEZ, JOSE LOPEZ, ANA ROSA | ) | |
| LOPEZ, FRANTZ BALAN, MARCELO | ) | |
| DASILVA, GLADYS ALVARADO, MARIA | ) | |
| TERESA MILAGRES NEVES, MARCOS | ) | |
| LANA, LUIZ ANTONIO DA SILVA, BRLINO | ) | |
| GRAZIANI, EDUARDO N. SILVA, MICHEL | ) | |
| CHRISTIANO SANTOLIN DE ARRUDA, | ) | |
| FRANCISDALVA SIQUEIRA, ALEXANDER | ) | |
| N. AURIO, AMILCAR LOPEZ, RENATO | ) | |
| SACRAMENTO, JULIO SILVA, DAVIDSON | ) | |
| R. TEXEIRA, JOSE CARLOS MACIEL, | ) | |

JESUS OSLTNA, CIIAI HOCK NG, EDILENE )
STORCK NAVARRO, SORAYA FERREIRA, )
EDSON F. SOUZA, VAMING SERVICES, )
JORGE ANTONIO MEJIA SEQUEIRA, )
ANA SANTOS, WESLEY DIAS, TIMEX )
RESEARCH CONSULTING, fNC., CELSO )
ROBERTO SILVA FILHO, TEAM GLOBAL )
ADVERTISING LLC, LWC MARKETING, )
INC., BARTOLO CASTLLO, GASPAR )
JESUS, LUISA E.LOPEZ. MARCIO SOUZA )
NERY, DEBORA C. BRASIL, JOELITO )
SOUZA CALDAS ruNIOR, UNITED GROUP )
USA, JEAN 2004, ENTERPRISE CORP., )
RUDMAR GENTIL, NEW GENERATION )
MED SUPPLY,INC., DANEUNG XIONG, )
CARLOS ALFARO, LUSETTE BALAN, )
TECHNOVIA, INC., FAITH SLOAN, )
MARTZA S. MORINELLI, NUBIA R. )
GLOULART, ROBERTO NUNEZ, GILSON )
NASSAR, BINGJIAN PAN, YUE CHEN, )
RODRIGO R. BREDA, PAULO GIULIANO )
DIOGENES DE BESSA ROSADO, JOSE )
MIGTIEL FILHO, LAN LAN JI, )
VENERANDO CONTRERAS, JAP )
INTERNATIONAL NETWORK, LLC, )
WALACE AUGUSTO DA SILVA,EZAU )
SOARES FERREIRA, EDDIT ALBERTO )
DUVERGE, GLOBAL MARKETING )
STRATEGIES, CAROL VANTERPOOL, )
DEVENDRA SHAH, PAT JACKSON, )
SILVERIO REYES, FABIANA ACACIA DA )
CRUZ DOS SANTOS, GERALD AGNEW, )
DWAYNE JONES, JOSEPH PIETROPAOLO, )
JAMILSON MARCO CONCEICAO, SONYA )
CROSBY, RANDY CROSBY, WESLEY )
NASCIMENTO ALVESBY, ANTONIO )
OLIVEIRA, RONEIL BARRETO, ' )
MILAGROS ADAMES, LM DAVAR, INC., )
PARROT BAY HOMES, INC., EDGAR )
BORELLI, RICHARDO FABIN, DANIEL )
CHAYEZ, FAUSTINO TORRES, HELIO )
BARBOSA, GELALIN.3377, LLC AND A )
DEFENDANT CLASS OF NET WINNERS, )

2

Defendant(s)                                )
_____)

## ANSWER OF MILAGROS ADAMES
## TO AMENDED COMPLAINT

### PARTIES

1.      The Defendant, Milagros Adames, admits the allegations of paragraph one of the
Amended Complaint.

2-24-D(3).   Except for paragraph 24-V(2), which the Defendant admits is accurate, she is
without sufficient knowledge and information to admit or deny the identity and addresses of the
other named Defendants contained in paragraphs 2-24-D(3).

25.      The Defendant admits the allegations contained in paragraph 25 of the Amended
Complaint.

26.      The Defendant admits the allegations contained in paragraph 26 of the Amended
Complaint.

27.      The Defendant admits the allegations contained in paragraph 27 of the Amended
Complaint.

28.      The Defendant admits the allegations contained in paragraph 28 of the Amended
Complaint.

### JURISDICTION

29.      No response required.

30.      No response required.

31.      No response required.

32.    No response required.

## DEFENDANT CLASS ALLEGATIONS

33.     No response required.

34.    The Defendant is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 34 and thereby denies the same.

35.    The Defendant is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 35 and thereby denies the same.

36.    The Defendant is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 36 and thereby denies the same as to the payments made to other Defendants.  The Defendant denies that she received the monies as listed.

37.    The Defendant is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 37 and thereby denies the same.

38.    The Defendant is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 38 and thereby denies the same.

39.    The Defendant is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 39 and thereby denies the same.

40.    The Defendant is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 40 and thereby denies the same.

41.    The Defendant is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 41 and thereby denies the same.

## STATEMENT OF FACTS

42.    The Defendant is without sufficient knowledge and information to admit or deny

4

the allegations contained in paragraph 42 and thereby denies the same.

43.     The Defendant is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 43 and thereby denies the same.

44.     The Defendant is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 44 and thereby denies the same.

45.     The Defendant is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 45 and thereby denies the same.

46.     The Defendant is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 46 and thereby denies the same.

47.     The Defendant admits the allegations contained in paragraph 47 of the Amended Complaint.

## USER ACCOUNTS

48.     The Defendant admits the allegations contained in paragraph 48 of the Amended Complaint.

49.     The Defendant admits the allegations contained in paragraph 49 of the Amended Complaint.

50.     The Defendant admits the allegations contained in paragraph 50 of the Amended Complaint.

51.     The Defendant admits the allegations contained in paragraph 51 of the Amended Complaint.

## TYPES OF TRANSACTIONS

52.     The Defendant admits the allegations contained in paragraph 52 of the Amended

Complaint.

53 (I)-(v)    The Defendant admits the allegations contained in paragraph 53 (I)-(v) of the Amended Complaint.

54.    The Defendant admits the allegations contained in paragraph 54 of the Amended Complaint.

55 (I) -(v).    The Defendant admits the allegations contained in paragraph 55 (I)-(v) of the Amended Complaint.

56.    The Defendant admits the allegations contained in paragraph 56 of the Amended Complaint.

## COUNT ONE
## DECLARATORY JUDGMENT FOR DETERMINATION OF NET WINNER

57.    No response required.

58.    The Defendant admits the allegations contained in paragraph 58 of the Amended Complaint.

59.    The Defendant admits the allegations contained in paragraph 59 of the Amended Complaint.

60.    The Defendant admits the allegations contained in paragraph 60 of the Amended Complaint.

## COUNT TWO
## FRAUDULENT TRANSFER-CONSTRUCTIVE

61.    No response required.

62.    The Defendant admits the allegations contained in paragraph 62 of the Amended Complaint.

63.     The Defendant denies the allegations contained in paragraph 63 of the Amended

Complaint.

64.     The Defendant denies the allegations contained in paragraph 64 of the Amended

Complaint.

65.     The Defendant is without sufficient knowledge and information to admit or deny

the allegations contained in paragraph 65 and thereby denies the same.

66.     The Defendant denies the allegations contained in paragraph 64 of the Amended

Complaint.

67.     The Defendant denies the allegations contained in paragraph 67 of the Amended

Complaint.

## COUNT THREE
### FRAUDULENT TRANSFER- ACTUAL

68.     No response required.

69.     The Defendant admits the allegations contained in paragraph 69 of the Amended

Complaint.

70.     The Defendant admits the allegations contained in paragraph 70 of the Amended

Complaint.

71.     The Defendant denies the allegations contained in paragraph 71 of the Amended

Complaint.

72.     The Defendant denies the allegations contained in paragraph 72 of the Amended

Complaint.

73.     The Defendant denies the allegations contained in paragraph 73 of the Amended

Complaint.

## COUNT FOUR
### PREFERENCES

74.     No response required.

75.     The Defendant is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 75 and thereby denies the same.

76.     The Defendant is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 76 and thereby denies the same.

77.     The Defendant denies the allegations contained in paragraph 77 of the Amended Complaint.

78.     The Defendant denies the allegations contained in paragraph 78 of the Amended Complaint.

## COUNT FIVE
### DECLARATORY JUDGMENT

79.     No response required.

80.     No response required.

81.     No response required.

82.     No response required.

83.     No response required.

## COUNT SIX
### DISALLOWANCE EOF CLAIMS

84.     No response required.

85.     No response required.

86.     No response required.

WHEREFORE, the Defendant Milagros Adames demands that the Amended Complaint

be dismissed with prejudice.

                              MILAGROS ADAMES
                              By her attorney,


                              /s/ Elton Watkins III
                              Elton Watkins III, B.B.O. #51740
                              126A Pleasant Valley Street
                              Methuen, MA 01844
                              978-686-9823
                              watkinslaw@comcast.net

May 26, 2016

9

## CERTIFICATE OF SERVICE

I, Elton Watkins III, hereby certify that on the 26th   day of May, 2016 a true and correct

copy of the **ANSWER OF MILAGROS ADAMES TO AMENDED COMPLAINT** was

electronically filed with the Court and mailed first class, postage prepaid, to all parties listed

upon the attached Service List,  not deemed to have consented to electronic notice or service

/s/ Elton Watkins III_____

10

## SERVICE LIST

None