## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) |
| TELEXFREE, LLC, | ) |
| TELEXFREE,INC. and | )   Chapter 11 Cases |
| TELEXFREE FINANCIAL, INC., | ) |
|  | ) |
|  | )   14-40987-MSH |
| Debtors. | )   14-40988-MSH |
|  | )   14-40989-MSH |
| STEPHEN B. DARR AS HE IS THE | ) |
| TRUSTEE OF THE CHAPTER 1 1 ESTATES | ) |
| OF EACH OF THE DEBTORS, | ) |
|  | ) |
| Plaintiff, | )   Adversary Proceeding |
|  | )   No 16-04006 |
| v. | ) |
|  | ) |
| BENJAMIN ARGUETA, ALEXANDRO | ) |
| ROCHA, JOSE NETO, JULIO C.PAZ, | ) |
| EUZEBIO SUDRE NETO, HUGO | ) |
| ALVARADO, ANA R. RAMOS, LINDA | ) |
| SUZANNE HACKETT, RUDDY ABREAU, | ) |
| MARCO ALMEIDA, RODRIGO | ) |
| MONTEMOR, LATJREANO ARELLANO, | ) |
| AARON ATAIDE, ROSANE CRUZ, OMAR | ) |
| QUINONEZ, CARLOS C. DEJESUS, | ) |
| BILKISH STINESARA, ANDRES BOLTVAR | ) |
| ESTEVEZ, JOSE LOPEZ, ANA ROSA | ) |
| LOPEZ, FRANTZ BALAN, MARCELO | ) |
| DASILVA, GLADYS ALVARADO, MARIA | ) |
| TERESA MILAGRES NEVES, MARCOS | ) |
| LANA, LUIZ ANTONIO DA SILVA, BRLINO | ) |
| GRAZIANI, EDUARDO N. SILVA, MICHEL | ) |
| CHRISTIANO SANTOLIN DE ARRUDA, | ) |
| FRANCISDALVA SIQUEIRA, ALEXANDER | ) |
| N. AURIO, AMILCAR LOPEZ, RENATO | ) |
| SACRAMENTO, JULIO SILVA, DAVIDSON | ) |
| R. TEXEIRA, JOSE CARLOS MACIEL, | ) |

1

JESUS OSLTNA, CIIAI HOCK NG, EDILENE )
STORCK NAVARRO, SORAYA FERREIRA, )
EDSON F. SOUZA, VAMING SERVICES, )
JORGE ANTONIO MEJIA SEQUEIRA, )
ANA SANTOS, WESLEY DIAS, TIMEX )
RESEARCH CONSULTING, fNC., CELSO )
ROBERTO SILVA FILHO, TEAM GLOBAL )
ADVERTISING LLC, LWC MARKETING, )
INC., BARTOLO CASTLLO, GASPAR )
JESUS, LUISA E.LOPEZ. MARCIO SOUZA )
NERY, DEBORA C. BRASIL, JOELITO )
SOUZA CALDAS ruNIOR, UNITED GROUP )
USA, JEAN 2004, ENTERPRISE CORP., )
RUDMAR GENTIL, NEW GENERATION )
MED SUPPLY,INC., DANEUNG XIONG, )
CARLOS ALFARO, LUSETTE BALAN, )
TECHNOVIA, INC., FAITH SLOAN, )
MARTZA S. MORINELLI, NUBIA R. )
GLOULART, ROBERTO NUNEZ, GILSON )
NASSAR, BINGJIAN PAN, YUE CHEN, )
RODRIGO R. BREDA, PAULO GIULIANO )
DIOGENES DE BESSA ROSADO, JOSE )
MIGTIEL FILHO, LAN LAN JI, )
VENERANDO CONTRERAS, JAP )
INTERNATIONAL NETWORK, LLC, )
WALACE AUGUSTO DA SILVA,EZAU )
SOARES FERREIRA, EDDIT ALBERTO )
DUVERGE, GLOBAL MARKETING )
STRATEGIES, CAROL VANTERPOOL, )
DEVENDRA SHAH, PAT JACKSON, )
SILVERIO REYES, FABIANA ACACIA DA )
CRUZ DOS SANTOS, GERALD AGNEW, )
DWAYNE JONES, JOSEPH PIETROPAOLO, )
JAMILSON MARCO CONCEICAO, SONYA )
CROSBY, RANDY CROSBY, WESLEY )
NASCIMENTO ALVESBY, ANTONIO )
OLIVEIRA, RONEIL BARRETO, ' )
MILAGROS ADAMES, LM DAVAR, INC., )
PARROT BAY HOMES, INC., EDGAR )
BORELLI, RICHARDO FABIN, DANIEL )
CHAYEZ, FAUSTINO TORRES, HELIO )
BARBOSA, GELALIN.3377, LLC AND A )
DEFENDANT CLASS OF NET WINNERS, )

Defendant(s)                    )
_____)

## JURY DEMAND OF MILAGROS ADAMES

The Defendant, Milagros Adames, hereby demands trial by jury on all issues.

MILAGROS ADAMES
By her attorney,


/s/ Elton Watkins III
Elton Watkins III, B.B.O. #51740
126A Pleasant Valley Street
Methuen, MA 01844
978-686-9823
watkinslaw@comcast.net

May 26, 2016

## CERTIFICATE OF SERVICE

I, Elton Watkins III, hereby certify that on the 26th   day of May, 2016 a true and correct

copy of the **JURY DEMAND OF MILAGROS ADAMES** was electronically filed with the

Court and mailed first class, postage prepaid, to all parties listed upon the attached Service List,

not deemed to have consented to electronic notice or service

/s/ Elton Watkins III

**SERVICE LIST**

None