UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>              Debtors.<br><br>STEPHEN B. DARR AS HE IS THE<br>TRUSTEE OF THE CHAPTER 11 ESTATES<br>OF EACH OF THE DEBTORS,<br><br>              Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO<br>ROCHA, JOSE NETO, JULIO C.PAZ,<br>EUZEBIO SUDRE NETO, HUGO<br>ALVARADO, ANA R. RAMOS, LINDA<br>SUZANNE HACKETT, RUDDY ABREAU,<br>MARCO ALMEIDA, RODRIGO<br>MONTEMOR, LATJREANO ARELLANO,<br>AARON ATAIDE, ROSANE CRUZ, OMAR<br>QUINONEZ, CARLOS C. DEJESUS,<br>BILKISH STINESARA, ANDRES BOLTVAR<br>ESTEVEZ, JOSE LOPEZ, ANA ROSA<br>LOPEZ, FRANTZ BALAN, MARCELO<br>DASILVA, GLADYS ALVARADO, MARIA<br>TERESA MILAGRES NEVES, MARCOS<br>LANA, LUIZ ANTONIO DA SILVA, BRLINO<br>GRAZIANI, EDUARDO N. SILVA, MICHEL<br>CHRISTIANO SANTOLIN DE ARRUDA,<br>FRANCISDALVA SIQUEIRA, ALEXANDER<br>N. AURIO, AMILCAR LOPEZ, RENATO<br>SACRAMENTO, JULIO SILVA, DAVIDSON<br>R. TEXEIRA, JOSE CARLOS MACIEL, | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br><br><br><br><br>Adversary Proceeding<br>No 16-04006 |

| | |
|---|---|
| JESUS OSLTNA, CIIAI HOCK NG, EDILENE | ) |
| STORCK NAVARRO, SORAYA FERREIRA, | ) |
| EDSON F. SOUZA, VAMING SERVICES, | ) |
| JORGE ANTONIO MEJIA SEQUEIRA, | ) |
| ANA SANTOS, WESLEY DIAS, TIMEX | ) |
| RESEARCH CONSULTING, fNC., CELSO | ) |
| ROBERTO SILVA FILHO, TEAM GLOBAL | ) |
| ADVERTISING LLC, LWC MARKETING, | ) |
| INC., BARTOLO CASTLLO, GASPAR | ) |
| JESUS, LUISA E.LOPEZ. MARCIO SOUZA | ) |
| NERY, DEBORA C. BRASIL, JOELITO | ) |
| SOUZA CALDAS ruNIOR, UNITED GROUP | ) |
| USA, JEAN 2004, ENTERPRISE CORP., | ) |
| RUDMAR GENTIL, NEW GENERATION | ) |
| MED SUPPLY,INC., DANEUNG XIONG, | ) |
| CARLOS ALFARO, LUSETTE BALAN, | ) |
| TECHNOVIA, INC., FAITH SLOAN, | ) |
| MARTZA S. MORINELLI, NUBIA R. | ) |
| GLOULART, ROBERTO NUNEZ, GILSON | ) |
| NASSAR, BINGJIAN PAN, YUE CHEN, | ) |
| RODRIGO R. BREDA, PAULO GIULIANO | ) |
| DIOGENES DE BESSA ROSADO, JOSE | ) |
| MIGTIEL FILHO, LAN LAN JI, | ) |
| VENERANDO CONTRERAS, JAP | ) |
| INTERNATIONAL NETWORK, LLC, | ) |
| WALACE AUGUSTO DA SILVA,EZAU | ) |
| SOARES FERREIRA, EDDIT ALBERTO | ) |
| DUVERGE, GLOBAL MARKETING | ) |
| STRATEGIES, CAROL VANTERPOOL, | ) |
| DEVENDRA SHAH, PAT JACKSON, | ) |
| SILVERIO REYES, FABIANA ACACIA DA | ) |
| CRUZ DOS SANTOS, GERALD AGNEW, | ) |
| DWAYNE JONES, JOSEPH PIETROPAOLO, | ) |
| JAMILSON MARCO CONCEICAO, SONYA | ) |
| CROSBY, RANDY CROSBY, WESLEY | ) |
| NASCIMENTO ALVESBY, ANTONIO | ) |
| OLIVEIRA, RONEIL BARRETO, ' | ) |
| MILAGROS ADAMES, LM DAVAR, INC., | ) |
| PARROT BAY HOMES, INC., EDGAR | ) |
| BORELLI, RICHARDO FABIN, DANIEL | ) |
| CHAYEZ, FAUSTINO TORRES, HELIO | ) |
| BARBOSA, GELALIN.3377, LLC AND A | ) |
| DEFENDANT CLASS OF NET WINNERS, | ) |

|  |  |
|---|---|
| Defendant(s) | ) |
|  | ) |

## JURY DEMAND OF RICARDO FABIN

The Defendant, Ricardo Fabin, hereby demands trial by jury on all issues.

                                    RICARDO FABIN
                                    By his attorney,

                                    /s/ Elton Watkins III
                                    Elton Watkins III, B.B.O. #51740
                                    126A Pleasant Valley Street
                                    Methuen, MA 01844
                                    978-686-9823
                                    watkinslaw@comcast.net

May 26, 2016

## CERTIFICATE OF SERVICE

I, Elton Watkins III, hereby certify that on the 26th   day of May, 2016 a true and correct copy of the **JURY DEMAND OF RICARDO FABIN** was electronically filed with the Court and mailed first class, postage prepaid, to all parties listed upon the attached Service List,  not deemed to have consented to electronic notice or service

/s/ Elton Watkins III

**SERVICE LIST**

None