UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ~~MARYLAND~~ MASSACHUSETTS
at ~~Baltimore~~

IN RE STEPHEN B. DARR

TRUSTEE CHAPTER 11

Case No. 14-40987-MSH
14-40988-MSH
14-40989-MSH

Plaintiff(s)

vs.

DWAYNE JONES

Defendant(s)

ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIMS

## I. ANSWER

Jurisdiction is established by 28 U.S.C. § 1334 and 28 U.S.C. § 157. Defendant(s) answer the complaint as follows:

1. Admit the statements contained in paragraphs numbers: _____

2. Deny the statements contained in paragraph numbers: Exhibit A/B Parties User Accounts Counts 1-6,

except the following, which Defendant(s) admit:

3. Lack knowledge and, therefore, deny the statements contained in paragraph numbers: _____

Defendant(s) deny everything in the complaint not admitted above.

## II. AFFIRMATIVE DEFENSES

Defendant(s) other defenses are:

1. Jurisdiction, Generic Information, Inaccurate Information, Deny Net Winner, Deny all Counts

2. Deny Definitions & Criteria of Net Winner, Deny Net Winner Payment & Preference Amount

3. Deny Accuracy of Account Name, Deny All paragraphs

### III. COUNTERCLAIMS

Plaintiff owes defendant(s) $_____ because:

Emotional Distress and anticipated Attorney & Court Costs

This is a __non-core__ claim. If non-core, the defendant(s) __do__ consent to entry of final order or judgment by the bankruptcy judge.

**WHEREFORE**, Defendant(s) request that this lawsuit be dismissed and that a judgment be entered against plaintiff for any counterclaims, costs, or attorney fees.

DATED this __2__ day of __May__, 2,016.

Dwayne Jones

_____, Defendant

Address: 6404 Julie Ann Dr

HANOVER, MD. 21076

Phone: 443-445-0169

Certificate of Service I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on (date May 4, 2016) .

Chapter 11 Cases:
14-40987-MSH
14-40988-MSH
14-40989-MSH

Clerk Office
US Bankruptcy Court
595 Main Street
Worcester MA. 01608

District of Massachusetts Office of the Clerk