UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Darr v. Argueta et al     **Case Number:** 16-04006    (MSH)    **Ch:**

#62 Motion of Plaintiff for Entry of Default (C. Bennett)
(I. Rona for F. Balan)

**COURT ACTION:**

| | | |
|---|---|---|
| Show Cause Order | _____ Released | _____ Enforced |
| _____ Granted | _____ Approved | _____ Moot |
| _____ Denied | _____ Denied without prejudice | |
| _____ Withdrawn in Open Court | | |
| _____ Sustained | _____ Overruled | |

_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held and continued to June 15, 2016, at 11:00 AM.

IT IS SO ORDERED:

_/s/ Melvin S. Hoffman_    Dated: 06/01/2016

Melvin S. Hoffman
United States Bankruptcy Judge