**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:<br><br>TELEXFREE, LLC, TELEXFREE, INC.<br>AND TELEXFREE FINANCIAL, INC.<br><br>        Debtors | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Case No. 14-40987-MSH<br>14-40988-MSH-14-40989-<br>MSH<br>(Jointly administered)-MSH |

## Order Regarding Filing of Non-English Language Pleadings and Documents

All pleadings and documents not in the English language which are presented or filed in this case, or any associated adversary proceedings, must be accompanied by a certified translation into English prepared by an interpreter certified by the Administrative Office of the United States Courts.

Information regarding federal court interpreters is available at

http://www.uscourts.gov/services-forms/federal-court-interpreters

and at

http://www.mad.uscourts.gov/general/interpreters.htm.

The trustee shall cause a copy of this order to be posted in English, Spanish, Portuguese and Chinese on the web site maintained by Kurtzman Carson Consultants LLC for this case.

Dated: June 1, 2016

By the Court,

Melvin S. Hoffman
U.S. Bankruptcy Judge

1