United States Bankruptcy Court
District of Massachusetts

Darr,
     Plaintiff

Argueta,
     Defendant

Adv. Proc. No. 16-04006-msh

# CERTIFICATE OF NOTICE

District/off: 0101-4      User: cmartin      Page 1 of 2      Date Rcvd: Jun 02, 2016
                           Form ID: ntcundel      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Jun 02 2016 23:18:10     Richard King,
        Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                                                                                                                                                            TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2016 at the address(es) listed below:
        Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
         bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
        Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
         bankruptcy@murphyking.com;imccormack@murphyking.com
        Elton   Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
        Elton   Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
        Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
        Gary W. Cruickshank    on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com
        Hilary  Schultz    on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
        Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@milliganrona.com,   gnc@milliganrona.com
        Ilyas J. Rona    on behalf of Defendant Julio  Silva ijr@milliganrona.com,   gnc@milliganrona.com
        James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
         cote@ehrhardlaw.com
        Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
        Matthew  Shayefar    on behalf of Defendant  Timex Research Consulting Inc.
         matt@bostonlawgroup.com
        Matthew  Shayefar    on behalf of Defendant  New Generation Med Supply Inc.
         matt@bostonlawgroup.com
        Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
         imccormack@murphyking.com
        Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mikemcardlelaw.com
        Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mikemcardlelaw.com
        Robert W Kovacs, Jr    on behalf of Defendant Marco  Almeida bknotices@rkovacslaw.com
        Timothy J. Durken    on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
         bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Timothy J. Durken    on behalf of Defendant Benjamin  Argueta tdurken@jagersmith.com,
         bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Timothy J. Durken    on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
         bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Valentin D. Gurvits    on behalf of Defendant  Timex Research Consulting Inc.
         vgurvits@bostonlawgroup.com
        Valentin D. Gurvits    on behalf of Defendant  New Generation Med Supply Inc.
         vgurvits@bostonlawgroup.com
        Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net

```
District/off: 0101-4          User: cmartin              Page 2 of 2              Date Rcvd: Jun 02, 2016
                              Form ID: ntcundel          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
                                                                                    TOTAL: 30
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Darr v. Argueta et al<br>Debtor, | Chapter: 0<br>Case No: 16−04006<br>Judge Melvin S. Hoffman |

## NOTICE OF UNDELIVERABLE MAIL TO THE DEBTOR/DEBTOR'S ATTORNEY

**NOTICE IS HEREBY GIVEN** that the enclosed document was returned to the Court and could not be mailed to the notice recipient(s) because the United States Postal Service (USPS) has determined that the address(es) in the case mailing matrix is/are undeliverable.

Dischargeability of a debt may be affected if a creditor fails to receive certain notices. Until the address is updated or corrected, the USPS will continue to designate the address as undeliverable, and no notice will be given. As the debtor or debtor's counsel, it is your responsibility pursuant to MLBR 2002−4 to maintain the accuracy of the master mailing matrix and any amendments to it.

This form may be used in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send a copy of the enclosed document to each recipient; 2) type or print legibly the address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to the Court.

**NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

**UNDELIVERABLE NAME AND ADDRESS: Dwayne Jones, 3324 Parsons Blvd., Apt. 6P, Flushing, NY 11354**

**THE UPDATED/CORRECTED ADDRESS IS:** _____

_____

Dated: _____   Signature: _____

○ United States Bankruptcy Court
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109−3945

● United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608−2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105−2925

Date:6/2/16

By the Court,

Cynthia Martin
Deputy Clerk
617−748−5332

152 − 128, 129