United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

# CERTIFICATE OF NOTICE

District/off: 0101-4   User: meh   Page 1 of 2   Date Rcvd: Jun 02, 2016
                       Form ID: pdf012   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Jun 02 2016 23:18:10      Richard King,
         Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                                                                                                        TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2016 at the address(es) listed below:
             Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
              bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
             Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
              bankruptcy@murphyking.com;imccormack@murphyking.com
             Elton  Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
             Elton  Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
             Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
             Gary W. Cruickshank    on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com
             Hilary  Schultz    on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
             Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@milliganrona.com,    gnc@milliganrona.com
             Ilyas J. Rona    on behalf of Defendant Julio  Silva ijr@milliganrona.com,    gnc@milliganrona.com
             James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
              cote@ehrhardlaw.com
             Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
             Matthew  Shayefar    on behalf of Defendant   Timex Research Consulting Inc.
              matt@bostonlawgroup.com
             Matthew  Shayefar    on behalf of Defendant   New Generation Med Supply Inc.
              matt@bostonlawgroup.com
             Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
              imccormack@murphyking.com
             Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mikemcardlelaw.com
             Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mikemcardlelaw.com
             Robert W Kovacs, Jr    on behalf of Defendant Marco  Almeida bknotices@rkovacslaw.com
             Timothy J. Durken    on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
              bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
             Timothy J. Durken    on behalf of Defendant Benjamin  Argueta tdurken@jagersmith.com,
              bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
             Timothy J. Durken    on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
              bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
             Valentin D. Gurvits    on behalf of Defendant   Timex Research Consulting Inc.
              vgurvits@bostonlawgroup.com
             Valentin D. Gurvits    on behalf of Defendant   New Generation Med Supply Inc.
              vgurvits@bostonlawgroup.com
             Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
             Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
             Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
             Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net
             Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net

```
District/off: 0101-4              User: meh                  Page 2 of 2                  Date Rcvd: Jun 02, 2016
                                  Form ID: pdf012            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Wendy M. Mead     on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
              Wendy M. Mead     on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
              Wendy M. Mead     on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
                                                                                              TOTAL: 30
```

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC, TELEXFREE, INC.<br>AND TELEXFREE FINANCIAL, INC.<br><br>Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>14-40988-MSH-14-40989-MSH<br>(Jointly administered)-MSH |

## Order Regarding Filing of Non-English Language Pleadings and Documents

All pleadings and documents not in the English language which are presented or filed in this case, or any associated adversary proceedings, must be accompanied by a certified translation into English prepared by an interpreter certified by the Administrative Office of the United States Courts.

Information regarding federal court interpreters is available at

http://www.uscourts.gov/services-forms/federal-court-interpreters

and at

http://www.mad.uscourts.gov/general/interpreters.htm.

The trustee shall cause a copy of this order to be posted in English, Spanish, Portuguese and Chinese on the web site maintained by Kurtzman Carson Consultants LLC for this case.

Dated: June 1, 2016

By the Court,

Melvin S. Hoffman
U.S. Bankruptcy Judge

1