

06/06/2016 ALLOWED. NO OBJECTIONS FILED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re:  Telexfree, LLC          Debtor. | Case No.  14-4098 MSH  Chapter  11 |
| Stephen B. Darr          Plaintiff  v.  Benhamin Argueta, et al.          Defendants | AP Case No.  16-04006 MSH |

## MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL TO

**Now comes,** Robert W. Kovacs, Jr. counsel for Defendant, Marco Almeida, and moves the Court for leave to withdraw as counsel to Marco Almeida. As grounds therefore, Counsel avers as follows:

(1) Counsel and Defendant have communicated with one another and have determined that Robert Kovacs will no longer provide legal services to Defendant.

(2) Defendant has been informed and is in agreement with the withdrawal.

**Wherefore,** Debtor prays that this Honorable Court:

(a) Allow this Motion;

(b) Grant Leave of Court for Counsel to withdraw; and

(c) Order any other relief that is fair and equitable.

Dated: May 18, 2016