Daniel Chavez
4149 S. Church Street
Visalia, California 93277

**PRO PER**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

In Re TELEXFREE, LLC

      STEPHEN B. DARR,

            Plaintiff,

    vs.

MARIA TERESA MILAGRES NEVES,
et al,

          Defendant(s).

No.   14-40987-MSH
       14-40988-MSH
       14-40989-MSH

**DEFENDANT DANIEL CHAVEZ'
VERIFIED ANSWER TO THE COMPLAINT**

    **As to the Complaint ("Amended Complaint") beginning on Page One (1) and ending on Page Thirty-One (31), Defendant, DANIEL CHAVEZ, (thereafter "Defendant") answers the Complaint as follows:**

**Defendant denies all allegations, generally;**

    1). Defendant in answering paragraph number 1 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 1 and therefore denies each and every allegation contained therein.

    2). Defendant in answering paragraph number 2 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 2 and therefore denies each and every allegation contained therein.

3). Defendant in answering paragraph number 3 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 3 and therefore denies each and every allegation contained therein.

4). Defendant in answering paragraph number 4 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 4 and therefore denies each and every allegation contained therein.

5). Defendant in answering paragraph number 5 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 5 and therefore denies each and every allegation contained therein.

6). Defendant in answering paragraph number 6 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 6 and therefore denies each and every allegation contained therein.

7). Defendant in answering paragraph number 7 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 7 and therefore denies each and every allegation contained therein.

8). Defendant in answering paragraph number 8 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 8 and therefore denies each and every allegation contained therein.

9). Defendant in answering paragraph number 9 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 9 and therefore denies each and every allegation contained therein.

10). Defendant in answering paragraph number 10 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 10 and therefore denies each and every allegation contained therein.

11). Defendant in answering paragraph number 11 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 11 and therefore denies each and every allegation contained therein.

12). Defendant in answering paragraph number 12 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 12 and therefore denies each and every allegation contained therein.

13). Defendant in answering paragraph number 13 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 13 and therefore denies each and every allegation contained therein.

14). Defendant in answering paragraph number 14 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 14 and therefore denies each and every allegation contained therein.

15). Defendant in answering paragraph number 15 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 15 and therefore denies each and every allegation contained therein.

16). Defendant in answering paragraph number 16 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 16 and therefore denies each and every allegation contained therein.

17). Defendant in answering paragraph number 17 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 17 and therefore denies each and every allegation contained therein.

18). Defendant in answering paragraph number 18 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 18 and therefore denies each and every allegation contained therein.

19). Defendant in answering paragraph number 19 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 19 and therefore denies each and every allegation contained therein.

20). Defendant in answering paragraph number 20 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 20 and therefore denies each and every allegation contained therein.

21). Defendant in answering paragraph number 21 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 21 and therefore denies each and every allegation contained therein.

22). Defendant in answering paragraph number 22 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 22 and therefore denies each and every allegation contained therein.

23). Defendant in answering paragraph number 23 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 23 and therefore denies each and every allegation contained therein.

24). Defendant in answering paragraph number 24 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24 and therefore denies each and every allegation contained therein.

24-A). Defendant in answering paragraph number 24-A of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-A and therefore denies each and every allegation contained therein. 24-B. Defendant in answering paragraph number 24-B of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-B and therefore denies each and every allegation contained therein.

24-C). Defendant in answering paragraph number 24-C of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-C and therefore denies each and every allegation contained therein.

24-D). Defendant in answering paragraph number 24-D of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-D and therefore denies each and every allegation contained therein.

24-E). Defendant in answering paragraph number 24-E of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-E and therefore denies each and every allegation contained therein.

24-F). Defendant in answering paragraph number 24-F of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-F and therefore denies each and every allegation contained therein.

24-G). Defendant in answering paragraph number 24-G of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-G and therefore denies each and every allegation contained therein.

24-H). Defendant in answering paragraph number 24-H of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-H and therefore denies each and every allegation contained therein.

24-I). Defendant in answering paragraph number 24-I of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-I and therefore denies each and every allegation contained therein.

24-J). Defendant in answering paragraph number 24-J of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-J and therefore denies each and every allegation contained therein.

24-K). Defendant in answering paragraph number 24-K of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-K and therefore denies each and every allegation contained therein.

24-L). Defendant in answering paragraph number 24-L of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-L and therefore denies each and every allegation contained therein.

24-M). Defendant in answering paragraph number 24-M of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-M and therefore denies each and every allegation contained therein.

24-N). Defendant in answering paragraph number 24-N of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-N and therefore denies each and every allegation contained therein.

1

24-O). Defendant in answering paragraph number 24-O of
2   Plaintiff's Complaint does not have sufficient information to
admit or deny the allegations contained in paragraph 24-O and
3   therefore denies each and every allegation contained therein.

4

24-P). Defendant in answering paragraph number 24-P of
Plaintiff's Complaint does not have sufficient information to
5   admit or deny the allegations contained in paragraph 24-P and
therefore denies each and every allegation contained therein.

6

7

24-Q). Defendant in answering paragraph number 24-Q of
Plaintiff's Complaint does not have sufficient information to
8   admit or deny the allegations contained in paragraph 24-Q and
therefore denies each and every allegation contained therein.

9

10   24-R). Defendant in answering paragraph number 24-R of
Plaintiff's Complaint does not have sufficient information to
11   admit or deny the allegations contained in paragraph 24-R and
therefore denies each and every allegation contained therein.

12

13   24-S). Defendant in answering paragraph number 24-S of
Plaintiff's Complaint does not have sufficient information to
14   admit or deny the allegations contained in paragraph 24-S and
therefore denies each and every allegation contained therein.

15

16   24-T). Defendant in answering paragraph number 24-T of
Plaintiff's Complaint does not have sufficient information to
17   admit or deny the allegations contained in paragraph 24-T and
therefore denies each and every allegation contained therein.

18

24-U). Defendant in answering paragraph number 24-U of
19   Plaintiff's Complaint does not have sufficient information to
admit or deny the allegations contained in paragraph 24-U and
20   therefore denies each and every allegation contained therein.

21   24-V). Defendant in answering paragraph number 24-V of
Plaintiff's Complaint does not have sufficient information to
22   admit or deny the allegations contained in paragraph 24-V and
therefore denies each and every allegation contained therein.

23

24   24-W). Defendant in answering paragraph number 24-W of
Plaintiff's Complaint does not have sufficient information to
25   admit or deny the allegations contained in paragraph 24-W and
therefore denies each and every allegation contained therein.

26

27

28

24-X). Defendant in answering paragraph number 24-X of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-X and therefore denies each and every allegation contained therein.

24-Y). Defendant in answering paragraph number 24-Y of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-Y and therefore denies each and every allegation contained therein.

24-Z). Defendant in answering paragraph number 24-Z of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-Z and therefore denies each and every allegation contained therein.

24-A(1). Defendant in answering paragraph number 24-A(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-A(1) and therefore denies each and every allegation contained therein.

24-B(1). Defendant in answering paragraph number 24-B(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-B(1) and therefore denies each and every allegation contained therein.

24-C(1). Defendant in answering paragraph number 24-C(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-C(1) and therefore denies each and every allegation contained therein.

24-D(1). Defendant in answering paragraph number 24-D(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-D(1) and therefore denies each and every allegation contained therein.

24-E(1). Defendant in answering paragraph number 24-E(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-E(1) and therefore denies each and every allegation contained therein.

24-F(1). Defendant in answering paragraph number 24-F(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-F(1) and therefore denies each and every allegation contained therein.

24-G(1). Defendant in answering paragraph number 24-G(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-G(1) and therefore denies each and every allegation contained therein.

24-H(1). Defendant in answering paragraph number 24-H(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-H(1) and therefore denies each and every allegation contained therein.

24-I(1). Defendant in answering paragraph number 24-I(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-I(1) and therefore denies each and every allegation contained therein.

24-J(1). Defendant in answering paragraph number 24-J(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-J(1) and therefore denies each and every allegation contained therein.

24-K(1). Defendant in answering paragraph number 24-K(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-K(1) and therefore denies each and every allegation contained therein.

24-M(1). Defendant in answering paragraph number 24-M(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-M(1) and therefore denies each and every allegation contained therein.

24-N(1). Defendant in answering paragraph number 24-N(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-N(1) and therefore denies each and every allegation contained therein.

24-O(1). Defendant in answering paragraph number 24-O(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-O(1) and therefore denies each and every allegation contained therein.

24-P(1). Defendant in answering paragraph number 24-P(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-P(1) and therefore denies each and every allegation contained therein.

24-Q(1). Defendant in answering paragraph number 24-Q(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-Q(1) and therefore denies each and every allegation contained therein.

24-R(1). Defendant in answering paragraph number 24-R(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-R(1) and therefore denies each and every allegation contained therein.

24-S(1). Defendant in answering paragraph number 24-S(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-S(1) and therefore denies each and every allegation contained therein.

24-T(1). Defendant in answering paragraph number 24-T(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-T(1) and therefore denies each and every allegation contained therein.

24-U(1). Defendant in answering paragraph number 24-U(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-U(1) and therefore denies each and every allegation contained therein.

24-V(1). Defendant in answering paragraph number 24-V(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-V(1) and therefore denies each and every allegation contained therein.

24-W(1). Defendant in answering paragraph number 24-W(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-W(1) and therefore denies each and every allegation contained therein.

24-X(1). Defendant in answering paragraph number 24-X(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-X(1) and therefore denies each and every allegation contained therein.

24-Y(1). Defendant in answering paragraph number 24-X(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-X(1) and therefore denies each and every allegation contained therein.

24-Y(1). Defendant in answering paragraph number 24-Y(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-Y(1) and therefore denies each and every allegation contained therein.

24-Z(1). Defendant in answering paragraph number 24-Z(1) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-Z(1) and therefore denies each and every allegation contained therein.

24-A(2). Defendant in answering paragraph number 24-A(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-A(2) and therefore denies each and every allegation contained therein.

24-B(2). Defendant in answering paragraph number 24-B(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-B(2) and therefore denies each and every allegation contained therein.

24-C(2). Defendant in answering paragraph number 24-C(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-C(2) and therefore denies each and every allegation contained therein.

24-D(2). Defendant in answering paragraph number 24-D(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-D(2) and therefore denies each and every allegation contained therein.

24-E(2). Defendant in answering paragraph number 24-E(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-E(2) and therefore denies each and every allegation contained therein.

24-F(2). Defendant in answering paragraph number 24-F(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-F(2) and therefore denies each and every allegation contained therein.

24-G(2). Defendant in answering paragraph number 24-G(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-G(2) and therefore denies each and every allegation contained therein.

-H(2). Defendant in answering paragraph number 24-H(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-H(2) and therefore denies each and every allegation contained therein.

24-I(2). Defendant in answering paragraph number 24-I(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-I(2) and therefore denies each and every allegation contained therein.

24-J(2). Defendant in answering paragraph number 24-J(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-J(2) and therefore denies each and every allegation contained therein.

24-K(2). Defendant in answering paragraph number 24-K(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-K(2) and therefore denies each and every allegation contained therein.

24-L(2). Defendant in answering paragraph number 24-L(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-L(2) and therefore denies each and every allegation contained therein.

24-M(2). Defendant in answering paragraph number 24-M(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-M(2) and therefore denies each and every allegation contained therein.

24-N(2). Defendant in answering paragraph number 24-N(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-N(2) and therefore denies each and every allegation contained therein.

24-O(2). Defendant in answering paragraph number 24-O(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-O(2) and therefore denies each and every allegation contained therein.

24-P(2). Defendant in answering paragraph number 24-P(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-P(2) and therefore denies each and every allegation contained therein.

24-Q(2). Defendant in answering paragraph number 24-Q(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-Q(2) and therefore denies each and every allegation contained therein.

24-R(2). Defendant in answering paragraph number 24-R(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-R(2) and therefore denies each and every allegation contained therein.

24-S(2). Defendant in answering paragraph number 24-S(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-S(2) and therefore denies each and every allegation contained therein.

24-T(2). Defendant in answering paragraph number 24-T(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-T(2) and therefore denies each and every allegation contained therein.

24-U(2). Defendant in answering paragraph number 24-U(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-U(2) and therefore denies each and every allegation contained therein.

24-V(2). Defendant in answering paragraph number 24-V(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-V(2) and therefore denies each and every allegation contained therein.

24-W(2). Defendant in answering paragraph number 24-W(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-W(2) and therefore denies each and every allegation contained therein.

24-X(2). Defendant in answering paragraph number 24-X(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-X(2) and therefore denies each and every allegation contained therein.

24-Y(2). Defendant in answering paragraph number 24-Y(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-Y(2) and therefore denies each and every allegation contained therein.

24-Z(2). Defendant in answering paragraph number 24-Z(2) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-Z(2) and therefore denies each and every allegation contained therein.

24-A(3). Defendant in answering paragraph number 24-A(3) of Plaintiff's Complaint admits to each and every allegation contained herein.

24-B(3). Defendant in answering paragraph number 24-B(3) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-B(3) and therefore denies each and every allegation contained therein.

24-C(3). Defendant in answering paragraph number 24-C(3) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-C(3) and therefore denies each and every allegation contained therein.

24-D(3). Defendant in answering paragraph number 24-D(3) of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 24-D(3) and therefore denies each and every allegation contained therein.

25). Defendant in answering paragraph number 25 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 25 and therefore denies each and every allegation contained therein.

26). Defendant in answering paragraph number 26 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 26 and therefore denies each and every allegation contained therein.

27). Defendant in answering paragraph number 27 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 27 and therefore denies each and every allegation contained therein.

28). Defendant in answering paragraph number 28 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 28 and therefore denies each and every allegation contained therein.

29). Defendant in answering paragraph number 29 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 29 and therefore denies each and every allegation contained therein.

30). Defendant in answering paragraph number 30 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 30 and therefore denies each and every allegation contained therein.

31). Defendant in answering paragraph number 31 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 31 and therefore denies each and every allegation contained therein.

32). Defendant in answering paragraph number 32 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 32 and therefore denies each and every allegation contained therein.

33). Defendant in answering paragraph number 33 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 33 and therefore denies each and every allegation contained therein.

34). Defendant in answering paragraph number 34 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 34 and therefore denies each and every allegation contained therein.

35). Defendant in answering paragraph number 35 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 35 and therefore denies each and every allegation contained therein.

36). Defendant in answering paragraph number 36 of Plaintiff's Complaint denies that he received such funds and does not have sufficient information to admit or deny the allegations contained in paragraph 36 with respect to other parties and therefore denies each and every allegation contained therein.

37). Defendant in answering paragraph number 37 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 37 and therefore denies each and every allegation contained therein.

38). Defendant in answering paragraph number 38 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 38 and therefore denies each and every allegation contained therein.

39). Defendant in answering paragraph number 39 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 39 and therefore denies each and every allegation contained therein.

40). Defendant in answering paragraph number 40 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 40 and therefore denies each and every allegation contained therein.

41). Defendant in answering paragraph number 41 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 41 and therefore denies each and every allegation contained therein.

42). Defendant in answering paragraph number 43 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 43 and therefore denies each and every allegation contained therein.

43). Defendant in answering paragraph number 43 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 43 and therefore denies each and every allegation contained therein.

44). Defendant in answering paragraph number 44 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 44 and therefore denies each and every allegation contained therein.

45). Defendant in answering paragraph number 45 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 45 and therefore denies each and every allegation contained therein.

46). Defendant in answering paragraph number 46 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 46 and therefore denies each and every allegation contained therein.

47). Defendant in answering paragraph number 47 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 47 and therefore denies each and every allegation contained therein.

48). Defendant in answering paragraph number 48 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 48 and therefore denies each and every allegation contained therein.

49). Defendant in answering paragraph number 49 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 49 and therefore denies each and every allegation contained therein.

50). Defendant in answering paragraph number 50 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 50 and therefore denies each and every allegation contained therein.

51). Defendant in answering paragraph number 51 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 51 and therefore denies each and every allegation contained therein.

52). Defendant in answering paragraph number 52 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 52 and therefore denies each and every allegation contained therein.

53). Defendant in answering paragraph number 53 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 53 and therefore denies each and every allegation contained therein.

54). Defendant in answering paragraph number 54 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 54 and therefore denies each and every allegation contained therein.

55). Defendant in answering paragraph number 55 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 55 and therefore denies each and every allegation contained therein.

56). Defendant in answering paragraph number 56 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 56 and therefore denies each and every allegation contained therein.

57). Defendant in answering paragraph number 57 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 57 and therefore denies each and every allegation contained therein.

58). Defendant in answering paragraph number 58 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 58 and therefore denies each and every allegation contained therein.

59). Defendant in answering paragraph number 59 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 59 and therefore denies each and every allegation contained therein.

60). Defendant in answering paragraph number 60 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 60 and therefore denies each and every allegation contained therein.

61). Defendant in answering paragraph number 61 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 61 and therefore denies each and every allegation contained therein.

62). Defendant in answering paragraph number 62 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 62 and therefore denies each and every allegation contained therein.

63). Defendant in answering paragraph number 63 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 63 and therefore denies each and every allegation contained therein.

64). Defendant in answering paragraph number 64 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 64 and therefore denies each and every allegation contained therein.

65). Defendant in answering paragraph number 65 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 65 and therefore denies each and every allegation contained therein.

66). Defendant in answering paragraph number 66 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 66 and therefore denies each and every allegation contained therein.

67). Defendant in answering paragraph number 67 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 67 and therefore denies each and every allegation contained therein.

68). Defendant in answering paragraph number 68 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 68 and therefore denies each and every allegation contained therein.

69). Defendant in answering paragraph number 69 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 69 and therefore denies each and every allegation contained therein.

70). Defendant in answering paragraph number 70 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 70 and therefore denies each and every allegation contained therein.

71). Defendant in answering paragraph number 71 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 71 and therefore denies each and every allegation contained therein.

72). Defendant in answering paragraph number 72 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 72 and therefore denies each and every allegation contained therein.

73). Defendant in answering paragraph number 73 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 73 and therefore denies each and every allegation contained therein.

74). Defendant in answering paragraph number 74 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 74 and therefore denies each and every allegation contained therein.

75). Defendant in answering paragraph number 75 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 75 and therefore denies each and every allegation contained therein.

76). Defendant in answering paragraph number 76 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 76 and therefore denies each and every allegation contained therein.

77). Defendant in answering paragraph number 77 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 77 and therefore denies each and every allegation contained therein.

78). Defendant in answering paragraph number 78 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 78 and therefore denies each and every allegation contained therein.

79). Defendant in answering paragraph number 79 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 79 and therefore denies each and every allegation contained therein.

80). Defendant in answering paragraph number 80 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 80 and therefore denies each and every allegation contained therein.

81). Defendant in answering paragraph number 81 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 81 and therefore denies each and every allegation contained therein.

82). Defendant in answering paragraph number 82 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 82 and therefore denies each and every allegation contained therein.

83). Defendant in answering paragraph number 83 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 83 and therefore denies each and every allegation contained therein.

84). Defendant in answering paragraph number 84 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 84 and therefore denies each and every allegation contained therein.

85). Defendant in answering paragraph number 85 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 85 and therefore denies each and every allegation contained therein.

86). Defendant in answering paragraph number 86 of Plaintiff's Complaint does not have sufficient information to admit or deny the allegations contained in paragraph 86 and therefore denies each and every allegation contained therein.

1). Defendant in answering paragraph number 1 on Page 30 of Plaintiff's Complaint denies that Plaintiff is entitled to any relief requested herein and respectfully demands that Plaintiff take nothing.

2). Defendant in answering paragraph number 2 on Page 30 of Plaintiff's Complaint denies that Plaintiff is entitled to any relief requested herein and respectfully demands that Plaintiff take nothing.

3). Defendant in answering paragraph number 3 on Page 30 of Plaintiff's Complaint denies that Plaintiff is entitled to any relief requested herein and respectfully demands that Plaintiff take nothing.

4). Defendant in answering paragraph number 4 on Page 30 of Plaintiff's Complaint denies that Plaintiff is entitled to any relief requested herein and respectfully demands that Plaintiff take nothing.

5). Defendant in answering paragraph number 5 on Page 31 of Plaintiff's Complaint denies that Plaintiff is entitled to any relief requested herein and respectfully demands that Plaintiff take nothing.

6). Defendant in answering paragraph number 6 on Page 31 of Plaintiff's Complaint denies that Plaintiff is entitled to any relief requested herein and respectfully demands that Plaintiff take nothing.

7). Defendant in answering paragraph number 7 on Page 31 of Plaintiff's Complaint denies that Plaintiff is entitled to any relief requested herein and respectfully demands that Plaintiff take nothing.

### VERIFICATION

I, DANIEL CHAVEZ, have read the above ANSWER and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true.

Executed on May 26, 2016, at Visalia, California 93277, in the County of Tulare, California.

I, DANIEL CHAVEZ, certify under penalty of perjury that the foregone is true and correct.

_____
DANIEL CHAVEZ