United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Adv. Proc. No. 16-04006-msh

Argueta,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: cmartin     Page 1 of 2     Date Rcvd: Jun 06, 2016
                       Form ID: pdf012     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2016.
dft          +Marco Almeida,    420 Atlantice Ave,    Long Branch, NJ 07740-6834
             +Robert W. Kovacs, Jr.,    Law Office of Robert W. Kovacs, Jr.,    172 Shrewsbury Street,
               Worcester, MA 01604-4636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Jun 06 2016 23:38:08     Richard King,
               Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2016 at the address(es) listed below:
          Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
          bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
          Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
          bankruptcy@murphyking.com;imccormack@murphyking.com
          Elton  Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
          Elton  Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
          Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
          Gary W. Cruickshank    on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com
          Hilary  Schultz    on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
          Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@milliganrona.com,    gnc@milliganrona.com
          Ilyas J. Rona    on behalf of Defendant Julio  Silva ijr@milliganrona.com,    gnc@milliganrona.com
          James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
          cote@ehrhardlaw.com
          Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
          Matthew  Shayefar    on behalf of Defendant  Timex Research Consulting Inc.
          matt@bostonlawgroup.com
          Matthew  Shayefar    on behalf of Defendant  New Generation Med Supply Inc.
          matt@bostonlawgroup.com
          Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
          imccormack@murphyking.com
          Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mikemcardlelaw.com
          Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mikemcardlelaw.com
          Robert W Kovacs, Jr    on behalf of Defendant Marco  Almeida bknotices@rkovacslaw.com
          Timothy J. Durken    on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
          bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
          Timothy J. Durken    on behalf of Defendant Benjamin  Argueta tdurken@jagersmith.com,
          bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
          Timothy J. Durken    on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
          bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
          Valentin D. Gurvits    on behalf of Defendant  Timex Research Consulting Inc.
          vgurvits@bostonlawgroup.com
          Valentin D. Gurvits    on behalf of Defendant  New Generation Med Supply Inc.
          vgurvits@bostonlawgroup.com
          Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net

```
District/off: 0101-4          User: cmartin              Page 2 of 2           Date Rcvd: Jun 06, 2016
                              Form ID: pdf012            Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
                                                                                       TOTAL: 30
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re:<br>    Telexfree, LLC<br>    Debtor. | Case No.   14-4098 MSH<br>Chapter   11 |
| Stephen B. Darr<br>    Plaintiff<br>v.<br>Benhamin Argueta, et al.<br>    Defendants | AP Case No.   16-04006 MSH |

06/06/2016 ALLOWED. NO OBJECTIONS FILED.

## MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL TO

**Now comes,** Robert W. Kovacs, Jr. counsel for Defendant, Marco Almeida, and moves the Court for leave to withdraw as counsel to Marco Almeida. As grounds therefore, Counsel avers as follows:

(1) Counsel and Defendant have communicated with one another and have determined that Robert Kovacs will no longer provide legal services to Defendant.

(2) Defendant has been informed and is in agreement with the withdrawal.

**Wherefore,** Debtor prays that this Honorable Court:

(a) Allow this Motion;

(b) Grant Leave of Court for Counsel to withdraw; and

(c) Order any other relief that is fair and equitable.

Dated: May 18, 2016