UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

| | |
|---|---|
| TELEX FREE, LLC | CASE NO. 11-40987-MSH |
| TELEXFREE, INC., and | CASE NO. 11-40988-MSH |
| TELEXFREE FINANCIAL, INC. | CASE NO. 11-40989-MSH |
| Debtors | CHAPTER 11 |

JOINTLY ADMINISTERED

STPEHEN B. DARR, AS HE IS THE
TRUSTEE OF THE CHAPTER 11
ESTATES OF EACH OF THE DEBTORS
    Plaintiff

ADVERSARY PROCEEDING
16-04006-MSH

v.

JOSE M. FILHO

## ANSWER OF JOSE M. FILHO TO AMENDED COMPLAINT

Jose M. Filho (the "Defendant") hereby responds to the amended Complaint filed by the plaintiff. The answer is due June 10, 2016.

1. Admit.

2. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 2

3. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 3.

4. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 4.

1

5. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 5.

6. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 6.

7. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 7.

8. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 8.

9. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 9.

10. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 10.

11. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 11.

12. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 12.

13. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 13.

14. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 14.

15. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 15.

16. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 16.

17. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 17.

18. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 18.

19. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 19.

20. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 20.

21. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 21.

22. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 22.

23. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 23.

24. The Defendant admits he resides at 27 Liberty Street, Gloucester Massachusetts.

25. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 25.

26. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 26.

27. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 27.

28. Admit

## JURISDICTION

29. The Defendant admits the allegations contained in Paragraph 29.

30. The Defendant admits the allegations contained in Paragraph 30.

31. The Defendant admits the allegations contained in Paragraph 31.

## DEFENDANT CLASS ACTIONS

32. The Defendant denies the allegations contained in Paragraph 32.

33. The Defendant denies the allegations contained in Paragraph 33.

34. The Defendant denies the allegations contained in Paragraph 34.

35. The Defendant denies the existence of a so-called Net Winner Class and therefore denies the allegations contained in Paragraph 35.

36. The Defendant denies the allegations contained in Paragraph 36 relating specifically to him. The Defendant is without sufficient information to either admit or deny the remaining allegations contained in Paragraph 36.

37. The Defendant denies the allegations contained in Paragraph 37 relating specifically to him. The Defendant is without sufficient information to either admit or deny the remaining allegations contained in Paragraph 37.

38. The Defendant is without sufficient information to either admit or deny the remaining allegations contained in Paragraph 38. Therefore, Paragraph 38 is denied.

39. The Defendant denies the allegations contained in Paragraph 39.

40. The Defendant denies the allegations contained in Paragraph 40.

41. The Defendant denies the allegations contained in Paragraph 41.

42. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 42.

43. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 43.

44. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 44.

45. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 45.

46. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 46.

47. The Defendant has no knowledge to admit or deny these statements, and therefore denies the statements contained in Paragraph 47.

48. The Defendant denies the user accounts allegation contained in Paragraph 48.

49. The Defendant states that some identifying information was provided to the Debtors, but denies that this is an accurate listing of information provided by the Defendant.

50. The Defendant admits that a participant could establish more than one user account but is without sufficient knowledge to admit or deny the other statements contained in Paragraph 50. Therefore, the allegations are denied.

51. The Defendant admits that these forms of redemption were, at certain times, available to participants. However, the Defendant states that credits were often not applied in accordance with the statements contained in Paragraph 51, and therefore the Defendant denies these statements.

52. The Defendant admits the types of transactions contained in Paragraph 52.

53. The Defendant is without sufficient knowledge to admit the allegations contained in Paragraph 53, and therefore denies the same.

54. The Defendant denies that a participant could monetize accumulated credits and therefore denies the allegations contained in Paragraph 54.

55. The Defendant is without sufficient knowledge to admit the allegations contained in Paragraph 55, and therefore denies the same.

56. The Defendant denies the allegations contained in Paragraph 56.

## COUNT ONE

## DECLARATORY JUDGMENT FOR DETERMINATION OF NET WINNER

57. The Defendant repeats and realleges his answers contained in Paragraph 1 through 56.

58. The Defendant denies that allegations contained in Paragraph 58.

59. The Defendant is without sufficient knowledge to admit the allegations contained in Paragraph 59, and therefore denies the same.

60. The Defendant denies the allegations contained in Paragraph 60.

## COUNT TWO

## FRADULENT TRANSFER-CONSTRUCTIVE-11 U.S.C. §§ 584(a)(1)(B), 550 and 551

61. The Defendant repeats and realleges his answers contained in Paragraphs 1 through 60 above.

62. The Defendant denies the allegations contained in Paragraph 62.

63. The Defendant denies the allegations contained in Paragraph 63.

64. The Defendant denies the allegations contained in Paragraph 64.

65. The Defendant is without sufficient knowledge to admit the allegations contained in Paragraph 65, and therefore denies the same.

66. The Defendant denies the allegations contained in Paragraph 66.

67. The Defendant denies the allegations contained in Paragraph 67 above.

## COUNT THREE

## FRADULENT TRANSFTER-ACTUAL-11 U.S.C. §§ 584(a)(1)(B), 550 and 551

68. The Defendant repeats and realleges his answers contained in Paragraphs 1 through 67.

69. The Defendant denies the allegations contained in Paragraph 69.

70. The Defendant denies the allegations contained in Paragraph 70.

71. The Defendant denies the allegations contained in Paragraph 71.

72. The Defendant denies the allegations contained in Paragraph 72.

73. The Defendant denies the allegations contained in Paragraph 73 above.

## COUNT FOUR

## PREFERENCES-11 U.S.C. §§ 547, 550 AND 551

74. The Defendant repeats and realleges his answers contained in Paragraphs 1 through 73.

75. The Defendant denies the allegations contained in Paragraph 75.

76. The Defendant denies the allegations contained in Paragraph 76.

77. The Defendant denies the allegations contained in Paragraph 77.

78. The Defendant denies the allegations contained in Paragraph 78 above.

## COUNT FIVE

## DECLARATORY JUDGEMENT

79. The Defendant repeats and realleges his answers contained in Paragraphs 1 through 78.

80. The Defendant denies the plaintiff is entitled to the relief sought in Paragraph 80.

81. See response to paragraph 80.

82. See response to paragraph 80.

83. See response to paragraph 80.

## COUNT SIX

## DISALLOWANCE OF CLAIMS PURSUANT TO 11 U.S.C § 502(d)

84. The Defendant repeats and realleges his answers contained in Paragraphs 1 through 83 above.

85. See response to paragraph 80.

86. See response to paragraph 80.

                        Jose M. Filho
                        By his counsel,

Dated: June 9, 2016                /s/Gary W. Cruickshank, Esq.
                                      21 Custom House Street
                                      Suite 920
                                      Boston, MA 02110
                                      (617) 330-1960
                                      gwc@cruickshank-law.com
                                      (BBO107600)

<u>CERTIFICATE OF SERVICE</u>

      I, Gary W. Cruickshank, hereby certify that on June 9, 2016, I electronically filed with the Clerk of the Bankruptcy Court, the attached Answer and served same in the following manner upon the interested parties:

E-mail service:  via the Court's CM/ECF system which sent notification of such filing to the following:

- **Paula R.C. Bachtell**     paula.bachtell@usdoj.gov
- **John Fitzgerald**     USTPRegion01.BO.ECF@USDOJ.GOV
- **Charles R. Bennett, Jr.**     cbennett@murphyking.com

                                                      /s/Gary W. Cruickshank, Esq.