UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| In Re: ) | | |
|    Telexfree, LLC ) | Related Case No. | 14-4097 MSH |
|        Debtors ) | Chapter 11 | |
| Stephen B. Darr ) | | |
|       Plaintiff ) | Adversary Proceeding 16-04006 | |
| v. ) | | |
| Maria Teresa Milagres Neves, et al. ) | | |

### ANSWER OF AMENDED COMPLAINT AND MOTION BY DEFENDANT JOSEPH PIETROPAOLO FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE MOVE AS TO THE COMPLAINT

Defendant Joseph Pietropaolo ("Defendant") hereby respectfully asks the Court to grant an extension of the time within which he is to file an answer or otherwise move as to the Complaint.

In support of this motion, Defendant respectfully states as follows:
1. Joseph Pietropaolo was named as a defendant in the Amended Complaint
2. The Summons sets an answer deadline of May 26, 2016. The time to answer was enlarged to June 10, 2016.
3. The attached email is written by Charles R. Bennet, attorney for the Trustee of this case.
4. Defendant is one of "the defendants who were just added.." as stated in the attached email.
5. The emails states "…we will extend the time to answer……not be less than to June 5"
6. Defendant engaged law offices of Milligan, Rona, Duran,& King (MRDK) to represent defendant as member of the proposed class. MRDK has been engaged in communication with Charles R. Bennet to establish a class as requested by Trustee Darr. The benefit of forming the class is to conserve the estate funds throughout litigation, thereby providing more for distribution to victims of Telexfree.
7. Defendant has entrusted both MRDK and Charles R. Bennet.
8. As of June 9, 2016 no additional extension of time to answer has been filed by either MRDK nor Charles R. Bennet, nor has the class been formed.
9. If a class representative of the Net Winners class is approved by the Court, Defendant wishes to retain his right to join such class.
9. Defendant generally denies all allegations in the complaint.
10. Defendant requests trial by jury.

MRDK nor Charles R. Bennet, nor has the class been formed.
- If a class representative of the Net Winners class is approved by the Court, Defendant wishes to retain his right to join such class.
9. Defendant generally denies all allegations in the complaint.
10. Defendant requests trial by jury.

- Defendant requests Court to again extend the time to answer for 21 days, to provide adequate time for MRDK and Charles R. Bennet to continue communication and establish class parameters, and in the absence of this, to give all defendants sufficient time to obtain legal counsel.

Dated: June 9, 2016

Respectfully Submitted By

Joseph Pietropaolo

### Certificate of Service

I hereby certify that on _____ I caused a true copy of the within answer and motion to be service by US Post office first class mail to: that a true copy of was mailed to:

Charles R. Bennet, Jr.
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA 02108

Joseph Pietropaolo

2