UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| In Re: ) | | |
|    Telexfree, LLC ) | Related Case No. | 14-4097 MSH |
|        Debtors ) | Chapter 11 | |
| _____ ) | | |
|    Stephen B. Darr ) | | |
|        Plaintiff ) | Adversary Proceeding 16-04006 | |
| v. ) | | |
|    Maria Teresa Milagres Neves, et al. ) | | |
| _____ ) | | |

## ANSWER OF AMENDED COMPLAINT AND MOTION BY DEFENDANT TEAM GLOBAL ADVERTISING, LLC FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE MOVE AS TO THE COMPLAINT

Defendant Team Global Advertising, LLC ("Defendant") hereby respectfully asks the Court to grant an extension of the time within which to file an answer or otherwise move as to the Complaint.

In support of this motion, Defendant respectfully states as follows:

1. Team Global Advertising, LLC was named as a defendant in the Amended Complaint
2. The Summons sets an answer deadline of May 26, 2016. The time to answer was enlarged to June 10, 2016.
3. Defendant engaged law offices of Milligan, Rona, Duran,& King (MRDK) to represent defendant as member of the proposed class.
4. MRDK has been engaged in communication with Charles R. Bennet, attorney of Trustee Darr, to establish a class as requested by Trustee Darr. The benefit of forming the class is to conserve the estate funds throughout litigation, thereby providing more for distribution to victims of Telexfree.
5. Defendant has entrusted both MRDK and Charles R. Bennet.
6. As of June 9, 2016 no additional extension of time to answer has been filed by either MRDK nor Charles R. Bennet, nor has the class been formed.
7. If a class is approved by the Court, Defendant wishes to retain his right to join such class.
9. Defendant generally denies all allegations in the complaint.
10. Defendant requests trial by jury.
11. Defendant requests Court to again extend the time to answer for 21 days, to provide adequate time for MRDK and Charles R.Bennet to continue communication and establish class parameters, and

in the absence of this, to give all defendants sufficient time to obtain legal counsel and file answer.

Dated: 6/9/2016

Respectfully Submitted By,

_____
Team Global Advertising. LLC ,
by manager Stuart Selvaggi

### Certificate of Service

I hereby certify that on 6/9/2016 caused a true copy of the within answer and motion to be service by US Post office first class mail to: that a true copy of was mailed to:

Charles R. Bennet, Jr.
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA 02108

_____
Team Global Advertising. LLC ,,
by manager Stuart Selvaggi