UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC., | Chapter 11 Cases<br><br>14–40987–MSH<br>14–40988–MSH<br>14–40989–MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, CHAPTER 11 TRUSTEE OF THE DEBTORS,<br><br>        Plaintiff,<br><br>  v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, MARIA TERESA MILAGRES NEVES, MARCOS LANA, LUIZ ANTONIO DA SILVA, BRUNO GRAZIANI, EDUARDO N. SILVA, MICHEL CHRISTIANO SANTOLIN DE ARRUDA, FRANCISDALVA SIQUEIRA, ALEXANDER N. AURIO, AMILCAR LOPEZ, RENATO SACRAMENTO, JULIO SILVA, DAVIDSON R. TEIXEIRA, JOSE CARLOS MACIEL, JESUS OSUNA, CHAI HOCK NG, EDILENE STORCK NAVARRO, SORAYA FERREIRA, EDSON F. SOUZA, VAMING SERVICES, JORGE ANTONIO MEJIA SEQUEIRA, RODRIGO CASTRO, DAVID REIS, ANA SANTOS, WESLEY DIAS, TIMEX RESEARCH CONSULTING, INC., CELSO ROBERTO SILVA FILHO, TEAM GLOBAL ADVERTISING LLC, LWC MARKETING, INC., BARTOLO CASTLLO, GASPAR JESUS, LUISA E. LOPEZ, MARCIO SOUZA NERY, DEBORA C. BRASIL, JOELITO SOUZA CALDAS JUNIOR, UNITED GROUP USA, JEAN 2004, | Adversary Proceeding<br>No. 16–04006 |

ENTERPRISE CORP., RUDMAR GENTIL, NEW GENERATION MED SUPPLY, INC., DANEUNG XIONG, CARLOS ALFARO, LUSETTE BALAN, TECHNOVIA, INC., FAITH SLOAN, MARIZA S. MORINELLI, NUBIA R. GLOULART, ROBERTO NUNEZ, GILSON NASSAR, BINGJIAN PAN, YUE CHEN, RODRIGO R. BREDA, PAULO GIULIANO DIOGENES DE BESSA ROSADO, JOSE MIGUEL FILHO, LAN LAN JI, VENERANDO CONTRERAS, JAP INTERNATIONAL NETWORK, LLC, WALACE AUGUSTO DA SILVA, EZAU SOARES FERREIRA, EDDIT ALBERTO DUVERGE, GLOBAL MARKETING STRATEGIES, CAROL VANTERPOOL, DEVENDRA SHAH, PAT JACKSON, SILVERIO REYES, FABIANA ACACIA DA CRUZ DOS SANTOS, GERALD AGNEW, DWAYNE JONES, JOSEPH PIETROPAOLO, JAMILSON MARCO CONCEICAO, SONYA CROSBY, RANDY CROSBY, WESLEY NASCIMENTO ALVESBY, ANTONIO OLIVEIRA, RONEIL BARRETO, MILAGROS ADAMES, LM DAVAR, INC., PARROT BAY HOMES, INC., EDGAR BORELLI, RICHARDO FABIN, DANIEL CHAVEZ, FAUSTINO TORRES, HELIO BARBOSA, GELALIN-3377, LLC AND A DEFENDANT CLASS OF NET WINNERS,

Defendants.

## ASSENTED-TO MOTION TO FURTHER ENLARGE TIME FOR RECENTLY-SERVED DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINT

Pursuant to Bank. R. 9006 (b)(1), Defendant Julio Silva hereby respectfully moves for a **two-week enlargement** of time for all recently-served defendants, as listed below, to respond to the Amended Complaint up to and including **June 24, 2016**. As grounds for the motion, Defendant Silva states the following:

1. On or about April 26, 2016, summonses were issued to Defendant Julio Silva and numerous other defendants.[1]

2. As referenced in the Trustee's Status Report Respecting Class Certification that was filed yesterday (Document No. 162), undersigned counsel and counsel for the Trustee are in discussions about class certification which may greatly streamline this litigation.

3. During this period of discussions, it makes sense and will conserve resources if the recently-served defendants have an extension for responding to the Amended Complaint.

4. Undersigned counsel has conferred with Trustee's counsel, who assents to this motion.

---

[1] Maria Teresa Milagres Neves, Marcos Lana, Luiz Antonio Da Silva, Bruno Graziani, Eduardo N. Silva, Michel Christiano Santolin De Arruda, Francisdalva Siqueira, Alexander N. Aurio, Amilcar Lopez, Renato Sacramento, Davidson R. Teixeira, Jose Carlos Maciel, Jesus Osuna, Chai Hock Ng, Edilene Storck Navarro, Soraya Ferreira, Edson F. Souza, Vaming Services, Jorge Antonio Mejia Sequeira, Rodrigo Castro, David Reis, Ana Santos, Wesley Dias, Timex Research Consulting, Inc., Celso Roberto Silva Filho, Team Global Advertising LLC, LWC Marketing, Inc., Bartolo Castllo, Gaspar Jesus, Luisa E. Lopez, Marcio Souza Nery, Debora C. Brasil, Joelito Souza Caldas Junior, United Group Usa, Jean 2004, Enterprise Corp., Rudmar Gentil, New Generation Med Supply, Inc., Daneung Xiong, Carlos Alfaro, Lusette Balan, Technovia, Inc., Faith Sloan, Mariza S. Morinelli, Nubia R. Gloulart, Roberto Nunez, Gilson Nassar, Bingjian Pan, Yue Chen, Rodrigo R. Breda, Paulo Giuliano Diogenes De Bessa Rosado, Jose Miguel Filho, Lan Lan Ji, Venerando Contreras, Jap International Network, LLC, Walace Augusto Da Silva, Ezau Soares Ferreira, Eddit Alberto Duverge, Global Marketing Strategies, Carol Vanterpool, Devendra Shah, Pat Jackson, Silverio Reyes, Fabiana Acacia Da Cruz Dos Santos, Gerald Agnew, Dwayne Jones, Joseph Pietropaolo, Jamilson Marco Conceicao, Sonya Crosby, Randy Crosby, Wesley Nascimento Alvesby, Antonio Oliveira, Roneil Barreto, Milagros Adames, Lm Davar, Inc., Parrot Bay Homes, Inc., Edgar Borelli, Richardo Fabin, Daniel Chavez, Faustino Torres, Helio Barbosa, and Gelalin-3377, LLC.

WHEREFORE, Defendant Julio Silva respectfully requests that the deadline for recently-served defendants identified below to serve responsive pleadings be enlarged up to and including June 24, 2016.

          Respectfully submitted,

          DEFENDANT JULIO SILVA,

          By his counsel,

Dated: June 10, 2016          /s/ *Ilyas J. Rona*
          Ilyas J. Rona, Esq. (BBO# 642964)
          Gregory N. Corbin, Esq. (BBO# 687957)
          MILLIGAN RONA DURAN & KING LLC
          50 Congress Street, Suite 600
          Boston, Massachusetts 02109
          Tel: (617) 395-9570
          ijr@mrdklaw.com
          gnc@mrdklaw.com

## MLBR 9013-1 CERTIFICATION

On June 10, 2016, undersigned counsel for Julio Silva communicated by email with Andrew G. Lizotte of Murphy & King, P.C., counsel to the Trustee in this matter, who indicated assent to the above motion.

Dated: June 10, 2016          /s/ *Ilyas J. Rona*
          Ilyas J. Rona, Esq.

## CERTIFICATE OF SERVICE

I, Ilyas J. Rona, hereby certify that I have caused a copy of the Assented-to Motion to Further Enlarge Time for Recently-Served Defendants to Respond to the Amended Complaint to be served on counsel for the Trustee and all registered electronic filers appearing in this case via the Court's CM/ECF system.

Dated: June 10, 2016  /s/ Ilyas J. Rona
Ilyas J. Rona, Esq.