Daniel Chavez
4149 S. Church Street
Visalia, California 93277

**In Pro Per**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN ARGUETA, et al<br><br>Defendant. | No.  14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>**NOTICE; DEFENDANT DANIEL CHAVEZ' OBJECTIONS TO TRUSTEE'S NET WINNER AND NET PREFERENCE PAYMENTS** |

**PLEASE TAKE NOTICE** that Defendant Daniel Chavez submits objections to Trustee's Net Winner and Net Preference Payments, in contest to page 28, paragraph 81(b), paragraph(s) 82 and 83 of the Trustee's Proposed Amended Complaint.

This notice is based on all records on file in this action and the documents, arguments and papers submitted within the accompanying motion.

**RESPECTFULLY SUBMITTED,**

_____        Jun-6-2016
DANIEL CHAVEZ                  DATE
**In Pro Per**

1

Daniel Chavez
4149 S. Church Street
Visalia, California 93277

**In Pro Per**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN ARGUETA, et al<br><br>Defendant. | No. 14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>**DEFENDANT DANIEL CHAVEZ' OBJECTIONS TO TRUSTEE'S NET WINNER AND NET PREFERENCE PAYMENTS** |

**I.
OBJECTIONS TO TRUSTEE'S NET WINNER
AND NET PREFERENSE PAYMENTS**

In the Proposed Amended Complaint set forth by the Trustee in these proceedings, the Trustee alleged that Defendant, DANIEL CHAVEZ (hereinafter "DANIEL CHAVEZ"), received Five-Hundred and Five-Thousand Dollars and Seventy-Nine cents ($505,079) in "Net Winner Payment[s]" and Two-Hundred, Eighteen Thousand Dollars, Two Hundred and Nineteen Cents ($218,289) in "Net Preference Payment[s]" (See Adversary Proceedings, Proposed Amended Complaint, Page 18).

Indeed, DANIEL CHAVEZ objects to these allegations on the grounds that he has never received any such "Payments" and

1

Daniel Chavez
4149 S. Church Street
Visalia, California 93277

**In Pro Per**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BENJAMIN ARGUETA, et al<br><br>　　　　　Defendant. | No.  14-40987-MSH<br>　　　14-40988-MSH<br>　　　14-40989-MSH<br><br>**NOTICE; DEFENDANT DANIEL CHAVEZ' OBJECTIONS TO TRUSTEE'S NET WINNER AND NET PREFERENCE PAYMENTS** |

**PLEASE TAKE NOTICE** that Defendant Daniel Chavez submits objections to Trustee's Net Winner and Net Preference Payments, in contest to page 28, paragraph 81(b), paragraph(s) 82 and 83 of the Trustee's Proposed Amended Complaint.

This notice is based on all records on file in this action and the documents, arguments and papers submitted within the accompanying motion.

**RESPECTFULLY SUBMITTED,**

_____          Jun-6-2016
DANIEL CHAVEZ                                              DATE
**In Pro Per**

1

therefore said claims against him are without merit.

DANIEL CHAVEZ, if anything at all, is a victim of the alleged Ponzi-Scheme, himself, which is the crux of the Trustee's prosecution. Conversely, DANIEL CHAVEZ contracted for labor to work for the TelexFree Corporation selling "Voice Over Internet" products, which DANIEL CHAVEZ himself purchased and therefore had no reason to believe the business' focus was in any manner, illegal.

Moreover, DANIEL CHAVEZ contracted for labor to work for the TelexFree Corporation for One (1) Year and was paid per contract for his labor, for laboring that one year, the sum total of Fifty-Five Thousand, Two Hundred, Eight Dollars and Sixteen Cents ($55,208.16) (See Attached 1099-MISC Form, Daniel Chavez, 2013). Hence, the Trustee's allegations, which claim that DANIEL CHAVEZ received over Seven-Hundred Thousand Dollars working for TelexFree is outstandingly-preposterous and therefore amounts to harassing, vexatious and opprobrious litigation whereby for even naming DANIEL CHAVEZ as a defendant, who himself is a victim of the TelexFree Corporation, is an arbitrary exercise of powers.

## II.
### STATEMENT OF BASIS OF DISAGREEMENT

DANIEL CHAVEZ contends that the Trustee's actions, with respect to him, are harassing, vexatious and amounts to opprobrious litigation which has created undue burdens for him and therefore said actions are inimical of the Due Process Clause as set forth in The United States and California Constitutions, and the Constitution of Massachusetts.

Indeed, the Trustee failed to take into account that DANIEL CHAVEZ is a victim of the TelexFree Corporation. As such, the Trustee should have investigated the facts and records prior to

2

making such wild accusations against DANIEL CHAVEZ, in which the Trustee claims that DANIEL CHAVEZ received over Seven Hundred Thousand dollars while contracting with the TelexFree Corporation. Hence, DANIEL CHAVEZ contends, alleges, and believes that the Trustee has implemented harassing, vexatious litigation against him that has proximately caused him undue financial burdens, such as having to defend himself against a "Trustee" that should have, instead, included DANIEL CHAVEZ in the "Victim" class of this litigation.

In addition, DANIEL CHAVEZ urges the Court to sanction the Trustee, if after the filing of these objections he fails to move to dismiss DANIEL CHAVEZ as a defendant: whereas, the appended 1099-MISC form is proof that DANIEL CHAVEZ received no such "Net Winner or Preference" payments. Indeed, for DANIEL CHAVEZ to be maintained in this subject-matter as a defendant would surely be an "arbitrary exercise of government against a private citizen" of the United States of America, imposing a fundamental miscarriage of justice upon DANIEL CHAVEZ whereas DANIEL CHAVEZ honestly believed that his labors were lawful and that he was earning an honest wage. (See e.g., Budd v. People of State of New York, 143 U.S. 517 (1892) ("Men are endowed by their Creator with certain unalienable rights, 'life, liberty, and the pursuit of happiness;' and to 'secure,' not grant or create, these rights, governments are instituted that property [or income] which a man has honestly acquired he retains full control of..."). Thus, because DANIEL CHAVEZ believed he was engaged in lawful business, earning an honest wage, and had no intent to commit any crime, he should not be held liable for actions which he had no prior knowledge to be illegal.

Moreover, "among these unalienable rights...is the right of men to pursue their happiness, by which is meant, the right...to engage in lawful business or vocation, in any manner not

3

inconsistent with the equal rights of others, which may increase their prosperity or develop their faculties, so as to give them their highest enjoyment...It has been well said that 'the property which every man has is his own labor, as it is the original foundation of all other property,...is the most sacred and inviolable..." *U.S. v. Bevans*, 16 U.S. 336 (1818)

Indeed, DANIEL CHAVEZ believed in the rights which were afforded him through the bed-rock principles established by the Constitution, and its associated enactments, embedded within it through United States Supreme Court, Landmark decisions. DANIEL CHAVEZ is not a criminal, and has labored *honestly* all the days of his life. As such, he believed he was working by contract doing an honest job, for honest pay, and therefore contends that he should not be faulted or blamed for the alleged criminal or unethical acts of others.

DANIEL CHAVEZ worked for the Corporation, independently contracted, engaging in honest labor selling "Voice Over Internet" products. Thus, the law as set forth above supports his release from all claims alleged by the Trustee, and immediate dismissal of him as a defendant within this action.

### III.
### CONCLUSION

For the foregoing reasons, DANIEL CHAVEZ submits his objections to Trustee's Net Winner and Net Preference Payments.

**RESPECTFULLY SUBMITTED,**

_Daniel Chavez_                                    Jun-6-2016
DANIEL CHAVEZ                                      DATE

**In Pro Per**

4

**VERIFICATION**

I, DANIEL CHAVEZ, have read the above DEFENDANT DANIEL CHAVEZ' OBJECTIONS TO TRUSTEE'S NET WINNER AND NET PREFERENCE PAYMENTS and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true.

Executed on June 6, 2016, at Visalia, California 93277, in the County of Tulare, California.

I, DANIEL CHAVEZ, certify under penalty of perjury that the foregone is true and correct.

_____ *Daniel Chavez* _____
**DANIEL CHAVEZ**
**Signature**

5

| PAYER'S name, street address, city, state, and ZIP code<br>Telexfree LLC<br>4705 S. Durango Drive Suite 100 J51<br>Las Vegas, NV 89147 | 1 Rents | OMB No. 1545-0115<br>2013<br>1099-MISC | **Miscellaneous Income** |
|---|---|---|---|
| | 2 Royalties | | |
| | 3 Other Income | 4 Fed income tax withheld | **Copy B For Recipient** |
| PAYER'S Federal Tax ID<br>46-0650853 | RECIPIENT'S identification No.<br>XXXXX8857 | 5 Fishing boat proceeds | 6 Med & health care pmts | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S Name and Address<br><br>Daniel Chavez<br>4149 S Church st<br>Visalia, CA 93277 | 7 Nonemployee Compensation<br>$ 55208.16 | 8 Pmts in lieu of Div or Int | |
| | 9 Payer made direct sales of $5000 or more of consumer products | 10 Crop insurance proceeds | |
| | 11 Foreign tax paid | 12 Foreign country or US pos | |
| | 13 Excess Golden Par Pmts | 14 Gross paid to an attorney | |
| Account Number<br>350 | 15a Sec 409A deferrals | 15b Sec 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |

Form **1099-MISC**            (Keep for your records.)            Department of the Treasury - Internal Revenue Service

---

| PAYER'S name, street address, city, state, and ZIP code<br>Telexfree LLC<br>4705 S. Durango Drive Suite 100 J51<br>Las Vegas, NV 89147 | 1 Rents | OMB No. 1545-0115<br>2013<br>1099-MISC | **Miscellaneous Income** |
|---|---|---|---|
| | 2 Royalties | | |
| | 3 Other Income | 4 Fed income tax withheld | **Copy 2 To be filed with recipient's state income tax return, when required.** |
| PAYER'S Federal Tax ID<br>46-0650853 | RECIPIENT'S identification No.<br>XXXXX8857 | 5 Fishing boat proceeds | 6 Med & health care pmts | |
| RECIPIENT'S Name and Address<br><br>Daniel Chavez<br>4149 S Church st<br>Visalia, CA 93277 | 7 Nonemployee Compensation<br>$ 55208.16 | 8 Pmts in lieu of Div or Int | |
| | 9 Payer made direct sales of $5000 or more of consumer products | 10 Crop insurance proceeds | |
| | 11 Foreign tax paid | 12 Foreign country or US pos | |
| | 13 Excess Golden Par Pmts | 14 Gross paid to an attorney | |
| Account Number<br>350 | 15a Sec 409A deferrals | 15b Sec 409A income | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |

Form **1099-MISC**            Department of the Treasury - Internal Revenue Service

### Instructions for Recipient

Amounts shown may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES. Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

Form 1099-MISC incorrect? If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

Box 7. Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

Pri Format(c)www.1099Express.com

---

Telexfree LLC
4705 S. Durango Drive Suite 100 J51
Las Vegas, NV 89147

[ Important Tax Return Document Enclosed ]

Daniel Chavez
4149 S Church st
Visalia, CA 93277