United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

## CERTIFICATE OF NOTICE

District/off: 0101-4     User: meh     Page 1 of 2     Date Rcvd: Jun 20, 2016
                    Form ID: pdf012    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2016.
dft         +Global Marketing Strategies,    2460 E. Pole Rd.,    Everson, WA 98247-9746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Jun 20 2016 23:32:36     Richard King,
        Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                                                                                                                                                                                                             TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2016 at the address(es) listed below:
        Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
        bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
        Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
        bankruptcy@murphyking.com;imccormack@murphyking.com
        Elton   Watkins, III    on behalf of Defendant Milagros   Adames watkinslaw@comcast.net
        Elton   Watkins, III    on behalf of Defendant Ricardo   Fabin watkinslaw@comcast.net
        Evans J. Carter    on behalf of Defendant Bilkish   Sunesara ejcatty1@verizon.net
        Gary W. Cruickshank    on behalf of Defendant Jose Miguel   Filho gwc@cruickshank-law.com
        Hilary   Schultz    on behalf of Defendant Bruno   Graziani hschultz@engelschultz.com
        Ilyas J. Rona    on behalf of Defendant Frantz   Balan ijr@milliganrona.com,    gnc@milliganrona.com
        Ilyas J. Rona    on behalf of Defendant Julio   Silva ijr@milliganrona.com,    gnc@milliganrona.com
        James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
        cote@ehrhardlaw.com
        Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
        Matthew   Shayefar    on behalf of Defendant   Timex Research Consulting Inc.
        matt@bostonlawgroup.com
        Matthew   Shayefar    on behalf of Defendant   New Generation Med Supply Inc.
        matt@bostonlawgroup.com
        Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
        imccormack@murphyking.com
        Michael M. McArdle    on behalf of Defendant Ruddy   Abreau mike@mikemcardlelaw.com
        Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mikemcardlelaw.com
        Timothy J. Durken    on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
        bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Timothy J. Durken    on behalf of Defendant Benjamin   Argueta tdurken@jagersmith.com,
        bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Timothy J. Durken    on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
        bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Valentin D. Gurvits    on behalf of Defendant   Timex Research Consulting Inc.
        vgurvits@bostonlawgroup.com
        Valentin D. Gurvits    on behalf of Defendant   New Generation Med Supply Inc.
        vgurvits@bostonlawgroup.com
        Wendy M. Mead    on behalf of Defendant Gladys   Alvarado wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Lan Lan   Ji wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Hugo   Alvarado wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net

```
District/off: 0101-4          User: meh                 Page 2 of 2              Date Rcvd: Jun 20, 2016
                              Form ID: pdf012           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Roberto   Nunez wendymeadpc@verizon.net
                                                  TOTAL: 29

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In Re: )
    Telexfree, LLC ) Related Case No.     14-4097 MSH
        Debtors ) Chapter 11
_____)
Stephen B. Darr )
    Plaintiff ) Adversary Proceeding 16-04006
v. )
)
Maria Teresa Milagres Neves, et al.
_____)

## ANSWER OF AMENDED COMPLAINT AND MOTION BY DEFENDANT GLOBAL MARKETING STRATEGIES, LLC FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE MOVE AS TO THE COMPLAINT

Defendant Global Marketing Strategies LLC ("Defendant") hereby respectfully asks the Court to grant an extension of the time within which he is to file an answer or otherwise move as to the Complaint.

In support of this motion, Defendant respectfully states as follows:
1. Global Marketing Strategies LLC was named as a defendant in the Amended Complaint
2. The Summons sets an answer deadline of May 26, 2016. The time to answer was enlarged to June 10, 2016.
3. The attached email is written by Charles R. Bennet, attorney for the Trustee of this case.
4. Defendant is one of "the defendants who were just added.." as stated in the attached email.
5. The emails states "…we will extend the time to answer……not be less than to June 5"
6. Defendant engaged law offices of Milligan, Rona, Duran,& King (MRDK) to represent defendant as member of the proposed class. MRDK has been engaged in communication with Charles R. Bennet to establish a class as requested by Trustee Darr. The benefit of forming the class is to conserve the estate funds throughout litigation, thereby providing more for distribution to victims of Telexfree.
7. Defendant has entrusted both MRDK and Charles R. Bennet.
8. As of June 9, 2016 no additional extension of time to answer has been filed by either MRDK nor Charles R. Bennet, nor has the class been formed.
9. If a class representative of the Net Winners class is approved by the Court, Defendant wishes to retain his right to join such class.
9. Defendant generally denies all allegations in the complaint.
10. Defendant requests trial by jury.

06/20/2016 The pleading is hereby stricken as the defendant may only appear through counsel. See MLBR 9010-1(c).