US BANKRUPTCY COURT

2016 JUN 28  PM 3 52

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 11 Cases |
| TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC. | 14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH |
| Debtors. | Jointly Administered |
| STEPHEN B. DARR AS HE IS THE<br>TRUSTEE OF THE CHAPTER 11<br>ESTATES OF EACH OF THE DEBTORS, | |
| Plaintiff, | |
| v. | |
| BENJAMIN ARGUETA, ALEXANDRO<br>ROCHA, JOSE NETO, JULIO C. PAZ,<br>EUZEBIO SUDRE NETO, HUGO<br>ALVARADO, ANA R. RAMOS, LINDA<br>SUZANNE HACKETT, RUDDY ABREAU,<br>MARCO ALMEIDA, RODRIGO<br>MONTEMOR, LAUREANO ARELLANO,<br>AARON ATAIDE, ROSANE CRUZ, OMAR<br>QUINONEZ, CARLOS C. DEJESUS,<br>BILKISH SUNESARA, ANDRES<br>BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA<br>ROSA LOPEZ, FRANTZ BALAN,<br>MARCELO DASILVA, GLADYS<br>ALVARADO, MARIA TERESA<br>MILAGRES NEVES, MARCOS LANA,<br>LUIZ ANTONIO DA SILVA, BRUNO<br>GRAZIANI, EDUARDO N. SILVA,<br>MICHEL CHRISTIANO SANTOLIN DE<br>ARRUSA, FRANCISDALVA SIQUEIRA,<br>ALEXANDER N. AURIO, AMILCAR<br>LOPEZ, RENATO SACRAMENTO, JULIO<br>SILVA, DAVIDSON R. REIXEIRA, JOSE<br>CARLOS MACIEL, JESUS OSUNA, CHAI<br>HOCK NG, EDILENE STORCK<br>NAVARRO, SORAYA FERREIRA, EDSON<br>F. SOUZA, VAMING SERVICES, JORGE, | Adversary Proceeding<br>No. 16-04006 |

ANTONIO MEJIA SEQUEIRA, RODRIGO
CASTRO, DAVID REIS, ANA SANTOS,
WESLEY DIAS, TIMEX RESEARCH
CONSULTING, INC., CELSO ROBERTO
SILVA FILHO, TEAM GLOBAL
ADVERTISING LLC, LWC MARKETING,
INC., BARTOLO CASTLLO, GASPAR
JESUS, LUISA E. LOPEZ, MARCIO
SOUZA NERY, DEBORA C. BRASIL,
JOELITO SOUZA CALDAS JUNIOR,
UNITED GROUP USA, JEAN 2004,
ENTERPRISE CORP., RUDMAR GENTIL,
NEW GENERATION MED SUPPLY, INC.,
DANEUNG XIONG, CARLOS ALGARO,
LUSETTE BALAN, TECHNOVIA, INC.,
FAITH SLOAN, MARIZA S. MORINELLI,
NUBIA R. GLOULART, ROBERTO
NUNEZ, GILSON NASSAR, BINGJIAN
PAN, YUE CHEN, RODRIGO R. BREDA,
PAULO GIULIANO, DIOGENES DE
BESSA ROSADO, JOSE MIGUES GILHO,
LAN LAN JI, VENERANDO CONTRERAS,
JAP INTERNATIONAL NETWORK, LLC,
WALACE AUGUSTO DA SILVA, EZAU
SOARES FERREIRA, EDDIT ALBERTO
DUVERGE, GLOBAL MARKETING
STRATEGIES, CAROL VANTERPOOL,
DEVENDRA SHAH, PAT JACKSON,
SILVERIO REYES, FABIANA ACACIA
DA CRUZ DOS SANTOS, GERALD
AGNEW, DWYANE JONES, JOSEPH
PIETROPAOLO, JAMILSON MARCO
CONCEICAO, SONYA CROSBY, RANDY
CROSBY, WESLEY NASCIMENTO
ALVESBY, ANTONIO OLIVEIRA,
RONEIL BARRETO, MILAGROS
ADAMES, LM DAVAR, INC., PARROT
BAY HOMES, INC., EDGAR BORELLI,
RICHARDO FABIN, DANIEL CHAVEZ,
FAUSTINO TORRES, HELIO BARBOSA,
GELALIN-3377, LLC AND A
DEFENDANT CLASS OF NET
WINNERES,

Defendant(s).

## JORGE ANTONIO MEJIA SEQUERIA'S
## ANSWER TO AMENDED COMPLAINT

Defendant Jorge Antonio Mejia Sequeria (the "Defendant"), for his Answer to the
Amended Complaint of Stephen B. Darr, Chapter 11 Trustee (the "Plaintiff") , answers as follows:

### Introduction

To the extent that the Introduction contains allegations to which Defendant is required to
answer, Defendant denies the allegations in the Introduction.

### Parties

1.      Defendant is without sufficient information to admit or deny the allegations of this
paragraph and therefore denies same.

2.      Defendant is without sufficient information to admit or deny the allegations of this
paragraph and therefore denies same.

3.      Defendant is without sufficient information to admit or deny the allegations of this
paragraph and therefore denies same.

4.      Defendant is without sufficient information to admit or deny the allegations of this
paragraph and therefore denies same.

5.      Defendant is without sufficient information to admit or deny the allegations of this
paragraph and therefore denies same.

6.      Defendant is without sufficient information to admit or deny the allegations of this
paragraph and therefore denies same.

7.      Defendant is without sufficient information to admit or deny the allegations of this
paragraph and therefore denies same.

8.      Defendant is without sufficient information to admit or deny the allegations of this
paragraph and therefore denies same.

9.      Defendant is without sufficient information to admit or deny the allegations of this
paragraph and therefore denies same.

10.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

11.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

12.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

13.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

14.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

15.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

16.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

17.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

18.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

19.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

20.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

21.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

22.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

23.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-A.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies the same.

24-B.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-C.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-D.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-E.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-F.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-G.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-H.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-I.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-J.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-K.    Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-L.  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-M.  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-N.  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-O.  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-P.  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-Q.  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-R.  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-S.  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-T.  Defendant admits that Jorge Antonio Mejia Sequeria is an individual but is without sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies same.

24-U.  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-V.  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-W.  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-X.  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-Y.  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-Z.  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-A(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-B(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-C(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-D(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-E(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-F(1).  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-G(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-H(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-I(1).  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-J(1).  Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-K(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-L(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-M(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-N(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-O(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-P(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-Q(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-R(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-S(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-T(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-U(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-V(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-W(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-X(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-Y(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-Z(1). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-A(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-B(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-C(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-D(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-E(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-F(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-G(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-H(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-I(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-J(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-K(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-L(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-M(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-N(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-O(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-P(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-Q(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-R(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-S(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-T(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-U(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-V(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-W(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-X(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-Y(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-Z(2). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-A(3). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-B(3). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

24-C(3). Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

25.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

26.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

27.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

28.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

## Jurisdiction

29.     This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary.

30.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.

31.     This paragraph contains a conclusion of law to which no responsive pleading is necessary.

## Defendant Class Allegations

32.     This paragraph contains no allegations and therefore no responsive pleading is necessary. This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph.

33.     This paragraph contains no allegations and therefore no responsive pleading is necessary. This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph.

34.     This paragraph contains no allegations and therefore no responsive pleading is necessary. This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph.

35.     This paragraph contains no allegations and therefore no responsive pleading is necessary. This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph.

36.     Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

37.     This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

38.     This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

39.     This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

40.     This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

41.     This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

## Statement of Facts

42.     Defendant denies the allegations of this paragraph as they may relate to him and in answering further states that he had no knowledge at the relevant times that the Debtors allegedly engaged in any illegal activities. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

43.     Defendant denies the allegations of this paragraph as they may relate to him and in answering further states that he had no knowledge at the relevant times that Debtors allegedly engaged in any illegal activities. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

44.     Defendant denies the allegations of this paragraph as they may relate to him and in answering further states that he had no knowledge at the relevant times that Debtors allegedly engaged in any illegal activities. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

45.     Defendant denies the allegations of this paragraph as they may relate to him and in answering further states that he had no knowledge at the relevant times that Debtors allegedly engaged in any illegal activities. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

46.     Defendant denies the allegations of this paragraph as they may relate to him and in answering further states that he had no knowledge at the relevant times that Debtors allegedly engaged in any illegal activities. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

47.     Defendant denies the allegations of this paragraph as they may relate to him and in answering further states that he had no knowledge at the relevant times that Debtors allegedly engaged in any illegal activities. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

**User Accounts**

48.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

49.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

50.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

51.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

**Types of Transactions**

52.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

53.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

54.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

55.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

56.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

## Count One

### Declaratory Judgment for Determination of Net Winner

57.     Defendant restates and repeats his responses to the allegations contained in paragraphs 1 through 56 above and by reference incorporates them herein.

58.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

59.     Defendant is without sufficient information to admit or deny the allegations of this paragraph and therefore denies same.

60.     This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

## Count Two

### Fraudulent Transfer – Constructive – 11 U.S.C. §§ 548(a)(1)(B), 550 and 551

61.     Defendant restates and repeats his responses to the allegations contained in paragraphs 1 through 60 above and by reference incorporates them herein.

62.    Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

63.    This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

64.    This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

65.    This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

66.    This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

67.    This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

## Count Three

**Fraudulent Transfer – Actual – 11 U.S.C. §§ 548(a)(1)(A), 550, and 551**

68.    Defendant restates and repeats his responses to the allegations contained in paragraphs 1 through 67 above and by reference incorporates them herein.

69.    Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

70.    This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

71.    This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

72.    This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to it. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies the same.

73.    This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

**Count Four**

**Preferences – 11 U.S.C. §§ 547, 550 and 551**

74.    Defendant restates and repeats his responses to the allegations contained in paragraphs 1 through 73 above and by reference incorporates them herein.

75.     Defendant denies the allegations of this paragraph as they may relate to it. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

76.     This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

77.     This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

78.     This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

## Count Five

## Declaratory Judgment

79.     Defendant restates and repeats his responses to the allegations contained in paragraphs 1 through 78 above and by reference incorporates them herein.

80.     This paragraph does not contain any allegations and therefore no responsive pleading is necessary. This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

81.     This paragraph does not contain any allegations and therefore no responsive pleading is necessary. This paragraph contains a conclusion of law to which no responsive pleading

is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

82.    This paragraph does not contain any allegations and therefore no responsive pleading is necessary. This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

83.    This paragraph does not contain any allegations and therefore no responsive pleading is necessary. This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

## Count Six

### Disallowance of Claims Pursuant to 11 U.S.C. § 502(d)

84.    Defendant restates and repeats his responses to the allegations contained in paragraphs 1 through 83 above and by reference incorporates them herein.

85.    This paragraph does not contain any allegations and therefore no responsive pleading is necessary. This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

86.    This paragraph does not contain any allegations and therefore no responsive pleading is necessary. This paragraph contains a conclusion of law to which no responsive pleading is necessary. However, to the extent a responsive pleading is deemed necessary, Defendant denies

the allegations of this paragraph as they may relate to him. Defendant is without sufficient information to admit or deny the remaining allegations of this paragraph and therefore denies same.

### General Denial

Each and every allegation of the Amended Complaint not specifically admitted is hereby denied.

### Affirmative Defenses

### FIRST AFFIRMATIVE DEFENSE

1.     The Plaintiff is not entitled to the certification of a class.

### SECOND AFFIRMATIVE DEFENSE

2.     The Amended Complaint fails to state a claim upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

3.     The Amended Complaint is barred, in whole or in part, because any damages to Plaintiff and / or Debtors were not the proximate result of Defendant's actions or omissions.

### FOUTH AFFIRMATIVE DEFENSE

4.     The Amended Complaint is barred, in whole or in part, because Plaintiff and / or Debtors have suffered no compensable injury.

### FIFTH AFFIRMATIVE DEFENSE

5.     Plaintiff cannot recover damages from Defendant to the extent that damages alleged by Plaintiff are speculative or uncertain.

### SIXTH AFFIRMATIVE DEFENSE

6.     Plaintiff cannot recover damages from Defendant to the extent that Plaintiff and or Debtors failed to mitigate their alleged damages.

## SEVENTH AFFIRMATIVE DEFENSE

7.      The Amended Complaint must be dismissed, in whole or in part, because the Court does not have personal jurisdiction over Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

8.      The Amended Complaint must be dismissed, in whole or in part, because Defendant has not been unjustly enriched.

## NINTH AFFIRMATIVE DEFENSE

9.      The Amended Complaint must be dismissed, in whole or in part, because Defendant did not knowingly join with any other defendant to effectuate any improper or illegal purpose.

## TENTH AFFIRMATIVE DEFENSE

10.      The Amended Complaint must be dismissed, in whole or in part, because Defendant did not have the necessary intent as alleged.

## ELEVEN AFFIRMATIVE DEFENSE

11.      To the extent that Plaintiff has stated a claim, which Defendant denies, Plaintiff's remedies are limited to the extent there is sought an overlapping or duplicative recovery pursuant to the various claims against Defendant for any alleged single wrong.

## TWELTH AFFIRMATIVE DEFENSE

12.      To the extent that Defendant received a Net Preference Payment, which Defendant denies, Defendant gave "new value" to and for the benefit of the Debtor(s) contemporaneously with any such transfer as set forth in Sections 547(c)(1) of the Bankruptcy Code.

## THIRTEENTH AFFIRMATIVE DEFENSE

13.      To the extent that Defendant received a Net Preference Payment, which Defendant denies, Defendant gave "new value" to and for the benefit of the Debtors and such new value (a) was not secured by an otherwise unavoidable security interest and (b) on account of which the

Debtor(s) did not make an otherwise unavoidable transfer to or for the benefit of Defendant as set forth in Sections 547(c)(4) of the Bankruptcy Code.

### FOURTEENTH AFFIRMATIVE DEFENSE

14.    To the extent that Defendant received a Net Preference Payment, which Defendant denies, such transfer was made in the "ordinary course of business" as set forth in Section 547(c)(2) because such transfers were (a) in payment of a debt incurred by the Debtors in the ordinary course of the business or financial affairs of the Debtor(s) and Defendant; (b) made in the ordinary course of business or financial affairs of the Debtor(s) and Defendant; and (c) according to ordinary business terms.

### FIFTEENTH AFFIRMATIVE DEFENSE

15.    To the extent any portion of the transfers to Defendant alleged in the Amended Complaint is deemed a transfer of an interest in the Debtor(s)' property, any such transfer is or may be exempt from recovery, either in whole or in part, based on rights of setoff and/or recoupment.

### SIXTEENTH AFFIRMATIVE DEFENSE

16.    The transfers alleged in the Amended Complaint were not transfers of an interest in the Debtor(s)' property because the funds representing such transfers were third-party funds earmarked for payment to Defendant; accordingly, Plaintiff may not recover such transfers from Defendant.

### SEVENTEENTH AFFIRMATIVE DEFENSE

17.    Defendant is not (a) an initial transferee in receiving the transfers reflected in the Amended Complaint or the entity for whose benefit such transfer was made, or (b) an immediate or mediate transferee of such initial transferee, accordingly, the Plaintiff may not recover the transfers reflected in the Amended Complaint from Defendant.

### EIGHTEENTH AFFIRMATIVE DEFENSE

18.    The Amended Complaint violates Rules 8(a)(2) and 9(b) of the Federal Rules of Civil *Procedure, Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009), and *Bell Atlantic Corp. v. Twombly*,

550 U.S. 544 (2007) by, inter alia, (a) failing to describe each specific transfer and its recipients, (b) pleading numerous background allegations and purported legal standards that are not required for the assertion of the alleged claims, and (c) pleading numerous factual allegations about which Defendant could not possibly have knowledge.

## NINETEENTH AFFIRMATIVE DEFENSE

19.     The Amended Complaint is barred, in whole or in part, because the Trustee has failed to plead all of the elements of fraudulent transfer under sections 548(a)(1)(A), 548 (a)(1)(B) and 544 of the Bankruptcy Code and applicable state law with sufficient particularity and factual support.

## TWENTIETH AFFIRMATIVE DEFENSE

20.     Each claim for recovery of a fraudulent transfer is subject to setoff or equitable adjustment because the Defendant received such transfer in good faith, without knowledge of the alleged fraud, and in payment of an antecedent debt, in whole or in part, on account of obligations owed by Debtors.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

21.     The claims are barred, in whole or in part, because the Debtor(s) was not insolvent at the time the transfers were allegedly received by Defendant and the Debtor(s) did not become insolvent as a result of such transfers.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

22.     The claims are barred, in whole or in part, by the doctrine of *in pari delicto*, unclean hands or other related equitable defenses.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

23.     The claims are under section 548(a)(1)(A) are barred because Defendant is the parties that Debtor(s) sought to hinder, delay and defraud.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

24.     The Amended Complaint, in whole or in part, is barred by such other and further affirmative defenses as set forth in the Federal Rules of Civil Procedure and/or the Federal Rules

of Bankruptcy Procedure as may be deemed applicable to this case by further discovery and disclosure.

## Reservation of Rights

Defendant has not knowingly or intentionally waived any applicable affirmative defenses and reserves the right to assert and rely on such other applicable affirmative defenses as may become available or apparent during discovery proceedings. Defendant further reserves the right to amend his answer and/or affirmative defenses accordingly and/or to remove affirmative defenses that it determines are not applicable during the course of discovery. Defendant further reserves the right to seek attorney's fees and costs under any applicable law or statute.

## DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES

### Requested Relief on Amended Complaint

WHEREFORE, Defendant prays for the following relief on the Amended Complaint:

1.     That the Court deny that this action be maintained as a class action;

2.     That Plaintiff and Debtors take nothing by way of the Amended Complaint, that the Amended Complaint be dismissed with prejudice and that judgment be rendered in favor of Defendant;

3.     That Defendant be awarded his costs, including reasonable attorney's fees incurred herein, in accordance with applicable law or statute; and

4.     For such other and further relief as the Court deems just and proper.

Respectfully submitted,

Jorge Antonio Mejia Sequeria, Defendant *Pro Per*