Case 16-04006    Doc 17-1    Filed 06/24/16    Entered 06/24/16 15:20:39    Desc Alias
Summons Main Document    Page 2 of 5

Chapter 11
Adversary Proceeding: 16-04006
Judge Melvin S. Hoffman

## CERTIFICATE OF SERVICE

I, __Andrew G. Lizotte, Esq.__ (name), certify that service of this summons and a copy of the complaint was made : __see attached__ (date) by:

**XX**  **Certified Mail and/or**
Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

   **see attached sheet**

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

7/13/16
Date

_____
Signature

Andrew G. Lizotte, Esq.

| Murphy & King, P.C. |
| Print Name |
| One Beacon Street |
| Business Address |
| Boston    MA    02108 |
| City       State      Zip |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re  Telexfree, LLC | Related Bankruptcy Case: 14-40987 |
| Debtor | Chapter 11 |
| | Judge Melvin S. Hoffman |
| Stephen B. Darr | Adversary Proceeding: 16-04006 |
| Plaintiff | |
| vs. | |
| Benjamin Argueta | |
| Defendant | |

## ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer within 35 days.

**ANSWER DUE: 7/25/2016**

Address of Clerk:

U. S. Bankruptcy Court
595 Main Street
Worcester, MA 01608

**At the same time,** you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Charles R. Bennett Jr.
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA 02108

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 6/27/16

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Megan Hussey
Deputy Clerk
(617) 748- 5334



**Delivered by U.S. Mail on June 27, 2016:**

Luiz Antonio da Silva
133 Concord Street
Framingham MA  01702

Chai Hock Ng, a/k/a Chai Ha Ng
13525 Roosevelt Ave., #2D
Flushing NY  11354

David Reis
25 MacArthur Street, Apt 1
Somerville MA  02145

Soraya Ferreira
6350 S. Elm Lane
Lake Worth, FL  33462

Ana Santos
181 2nd Ave., Apt 1
Long Branch, NJ  07740

David Reis
25 MacArthur Street, Apt 2
Somerville MA  02145

Bingjian Pan
75 E. 4th St., Apt 23
New York, NY  10003-0832

Ana Santos
74 Georgetown Road
Eastontown NJ  07724

Rodrigo R. Breda
6 Port Au Peck Ave
Long Branch NJ  07740-7668

Rudmar Gentil, a/k/a Rudmar DaSilva
423 Washington Ave., Apt. 7R
Chelsea MA  02150

Sonya Crosby
30 Club Court, #9
Alpharetta, GA  30005-7422

Venerando Contreras
6182 Bryce Canyon Ave
Las Vegas, NV  89156-5859

Antonio Oliveira
29141 US Highway, 19N Lot 5
Clearwater FL  33761

Randy Crosby
31 Club Court, #9
Alpharetta, GA  30005-7422

Louisa E. Lopez
5 Oak Street
Andover MA  01810

Louisa E. Lopez
110 Francis Street
Everett MA  02149

**Delivered via US Mail and by Certified Mail:**

Helio Barbosa　　　　　　　Delivered: 7/2/16　　　　Debora C. Brasil　　Delivered: 6/30/16
2B Brackett Road　　　　　　　　　　　　　　　　　802 Harbor Inn Dr.,
Framingham MA 01720　　　　　　　　　　　　　　Coral Springs, FL  33071-5614

Antonio Oliveira　　　　　　Delivered: 6/30/16
430 Broadway St., Unit #9
Lowell MA  01845

**Delivered via Electronic Mail on June 27, 2016:**

Renato Sacramento
albertoestaine@hotmail.com
nandinha01@hotmail.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Antonio Oliveira
29141 US Highway, 19N Lot 5
Clearwater FL  33761

6476-1

2. Article Number (Transfer from service label): 7015 3010 0001 2414 8717

PS Form 3811, February 2004      Domestic Return Receipt       102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X David [illegible]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Helio Barbosa
2B Brackett Road
Framingham MA 01720

6476-1

2. Article Number (Transfer from service label): 7015 3010 0001 2414 8571

PS Form 3811, July 2013      Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Helio M. Barbosa   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
3. Service Type
   ☒ Certified Mail®       ☐ Priority Mail Express™
   ☐ Registered            ☒ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee) ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Debora C. Brasil
802 Harbor Inn Dr.,
Coral Springs, FL  33071-5614

6476-1

2. Article Number (Transfer from service label): 7015 3010 0001 2414 8632

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Debora Brasil   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): D. BRASIL    C. Date of Delivery: 6/30/16
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes