# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 11 Cases |
| TELEXFREE, LLC, | 14-40987-MSH |
| TELEXFREE, INC. and | 14-40988-MSH |
| TELEXFREE FINANCIAL, INC., | 14-40989-MSH |
| Debtors. | Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS, | |
| Plaintiff, | |
| v. | |
| BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, MARIA TERESA MILAGRES NEVES, MARCOS LANA, LUIZ ANTONIO DA SILVA, BRUNO GRAZIANI, EDUARDO N. SILVA, MICHEL CHRISTIANO SANTOLIN DE ARRUDA, FRANCISDALVA SIQUEIRA, ALEXANDER N. AURIO, AMILCAR LOPEZ, RENATO SACRAMENTO, JULIO SILVA, DAVIDSON R. TEIXEIRA, JOSE CARLOS MACIEL, JESUS OSUNA, CHAI HOCK NG, EDILENE STORCK NAVARRO, SORAYA FERREIRA, EDSON F. SOUZA, VAMING SERVICES, JORGE ANTONIO MEJIA SEQUEIRA, RODRIGO CASTRO, DAVID REIS, | Adversary Proceeding No. 16-04006 |

| |
|---|
| ANA SANTOS, WESLEY DIAS, TIMEX RESEARCH CONSULTING, INC., CELSO ROBERTO SILVA FILHO, TEAM GLOBAL ADVERTISING LLC, LWC MARKETING, INC., BARTOLO CASTLLO, GASPAR JESUS, LUISA E. LOPEZ, MARCIO SOUZA NERY, DEBORA C. BRASIL, JOELITO SOUZA CALDAS JUNIOR, UNITED GROUP USA, JEAN 2004, ENTERPRISE CORP., RUDMAR GENTIL, NEW GENERATION MED SUPPLY, INC., DANEUNG XIONG, CARLOS ALFARO, LUSETTE BALAN, TECHNOVIA, INC., FAITH SLOAN, MARIZA S. MORINELLI, NUBIA R. GLOULART, ROBERTO NUNEZ, GILSON NASSAR, BINGJIAN PAN, YUE CHEN, RODRIGO R. BREDA, PAULO GIULIANO DIOGENES DE BESSA ROSADO, JOSE MIGUEL FILHO, LAN LAN JI, VENERANDO CONTRERAS, JAP INTERNATIONAL NETWORK, LLC, WALACE AUGUSTO DA SILVA, EZAU SOARES FERREIRA, EDDIT ALBERTO DUVERGE, GLOBAL MARKETING STRATEGIES, CAROL VANTERPOOL, DEVENDRA SHAH, PAT JACKSON, SILVERIO REYES, FABIANA ACACIA DA CRUZ DOS SANTOS, GERALD AGNEW, DWAYNE JONES, JOSEPH PIETROPAOLO, JAMILSON MARCO CONCEICAO, SONYA CROSBY, RANDY CROSBY, WESLEY NASCIMENTO ALVESBY, ANTONIO OLIVEIRA, RONEIL BARRETO, MILAGROS ADAMES, LM DAVAR, INC., PARROT BAY HOMES, INC., EDGAR BORELLI, RICHARDO FABIN, DANIEL CHAVEZ, FAUSTINO TORRES, HELIO BARBOSA, GELALIN-3377, LLC AND A DEFENDANT CLASS OF NET WINNERS, <br>                Defendant(s). |

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that the Court shall hold a rescheduled hearing on

**Wednesday, September 28, 2016 at 10:00 a.m.** at the **United States Bankruptcy Court, U.S.**

2

**Post Office & Courthouse, 5 Post Office Square, 12th Floor, Courtroom #2, Boston, Massachusetts 02109** before the Honorable Melvin S. Hoffman, Chief United States Bankruptcy Judge, with respect to the (i) *Motion for Class Certification [docket #2]; and (ii) Motion for Entry of Default [docket #62].*

|  |  |
|---|---|
|  | STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC., AND TELEXFREE FINANCIAL, INC. |
|  | By his counsel, |
|  |    /s/ Andrew Lizotte<br>Andrew G. Lizotte (BBO #559609)<br>MURPHY & KING, Professional Corporation<br>One Beacon Street<br>Boston, MA  02108-3107<br>Tel: (617) 423-0400<br>Fax: (617) 556-8985 |
| Dated:  July 25, 2016<br>712781 | Email: ALizotte@murphyking.com |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 11 Cases |
| TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC., | 14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH |
| Debtors. | Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS, | |
| Plaintiff, | |
| v. | |
| BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, MARIA TERESA MILAGRES NEVES, MARCOS LANA, LUIZ ANTONIO DA SILVA, BRUNO GRAZIANI, EDUARDO N. SILVA, MICHEL CHRISTIANO SANTOLIN DE ARRUDA, FRANCISDALVA SIQUEIRA, ALEXANDER N. AURIO, AMILCAR LOPEZ, RENATO SACRAMENTO, JULIO SILVA, DAVIDSON R. TEIXEIRA, JOSE CARLOS MACIEL, JESUS OSUNA, CHAI HOCK NG, EDILENE STORCK NAVARRO, SORAYA FERREIRA, EDSON F. SOUZA, VAMING SERVICES, JORGE ANTONIO MEJIA SEQUEIRA, RODRIGO CASTRO, DAVID REIS, | Adversary Proceeding<br>No. 16-04006 |

4

| |
|---|
| ANA SANTOS, WESLEY DIAS, TIMEX RESEARCH CONSULTING, INC., CELSO ROBERTO SILVA FILHO, TEAM GLOBAL ADVERTISING LLC, LWC MARKETING, INC., BARTOLO CASTLLO, GASPAR JESUS, LUISA E. LOPEZ, MARCIO SOUZA NERY, DEBORA C. BRASIL, JOELITO SOUZA CALDAS JUNIOR, UNITED GROUP USA, JEAN 2004, ENTERPRISE CORP., RUDMAR GENTIL, NEW GENERATION MED SUPPLY, INC., DANEUNG XIONG, CARLOS ALFARO, LUSETTE BALAN, TECHNOVIA, INC., FAITH SLOAN, MARIZA S. MORINELLI, NUBIA R. GLOULART, ROBERTO NUNEZ, GILSON NASSAR, BINGJIAN PAN, YUE CHEN, RODRIGO R. BREDA, PAULO GIULIANO DIOGENES DE BESSA ROSADO, JOSE MIGUEL FILHO, LAN LAN JI, VENERANDO CONTRERAS, JAP INTERNATIONAL NETWORK, LLC, WALACE AUGUSTO DA SILVA, EZAU SOARES FERREIRA, EDDIT ALBERTO DUVERGE, GLOBAL MARKETING STRATEGIES, CAROL VANTERPOOL, DEVENDRA SHAH, PAT JACKSON, SILVERIO REYES, FABIANA ACACIA DA CRUZ DOS SANTOS, GERALD AGNEW, DWAYNE JONES, JOSEPH PIETROPAOLO, JAMILSON MARCO CONCEICAO, SONYA CROSBY, RANDY CROSBY, WESLEY NASCIMENTO ALVESBY, ANTONIO OLIVEIRA, RONEIL BARRETO, MILAGROS ADAMES, LM DAVAR, INC., PARROT BAY HOMES, INC., EDGAR BORELLI, RICHARDO FABIN, DANIEL CHAVEZ, FAUSTINO TORRES, HELIO BARBOSA, GELALIN-3377, LLC AND A DEFENDANT CLASS OF NET WINNERS, Defendant(s). |

**CERTIFICATE OF SERVICE**

5

I, Andrew G. Lizotte, hereby certify that I have this day, served a copy of the *Notice of Rescheduled Hearing* via operation of this Court's CM/ECF System, By Electronic Mail, and/or by First Class Mail, postage prepaid to the attached service list.

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA  02108
Telephone:  (617) 423-0400
Facsimile:  (617) 423-0498
Email: ALizotte@murphyking.com

Dated:   July 25, 2016
712781

Benjamin Argueta
14 Illinois Avenue, Apt. 1
Somerville, MA  02145

Alexandro Rocha
6 Nell Road
Revere, MA  02151

Jose Neto
49 Rodney Street
Worcester, MA  01605

Julio C. Paz
179 Water Street
Framingham, MA  01701

Euzebio Sudre Neto
334 Chestnut Farm Way
Raynham, MA  02767

Hugo Alvarado
18 Catherine St., #1
Worcester, MA  01605

Ana R. Ramos
63 Fremont Av., Apt. 2
Chelsea, MA  02150

Linda Suzanne Hackett
97 Bellevue Ave.
Melrose, MA  02176

Ruddy Abreau
9 Longwood Drive
Methuen, MA  01844

Marco Almeida
420 Atlantic Ave.
Long Branch, NJ  07740

Rodrigo Montemor
6 Boxford Street
Lawrence, MA  01843

Laureano Arellano
576N 800W
Provo, UT  84601

Aaron Ataide
2900 W. Porter Ave.
Visalia, CA  93291

Rosane Cruz
22 Northampton Street
Worcester, MA  01605

Omar Quinonez
3812 N. Oak Dr., Apt. M62
Tampa, FL  33611

Carlos C. Dejesus
72 Fremont Ave., Apt. 2
Chelsea, MA  2150

Bilkish Sunesara
8211 Longvale Drive
Rosenberg, TX 77469

Andres Bolivar Estevez
9510 90th Ave. 2
Woodhaven, NY 11421

Jose Lopez
164 Exchange St., 2nd Floor
Lawrence, MA 01841

Ana Rosa Lopez
5019 Redwing Brook Trail
Katy, TX 77449

Frantz Balan
51 Grover Street, Apt. 2
Everett, MA 02149

Marcelo Dasilva
38 Lyme Street, #308
Malden, MA 02148

Gladys Alvarado
177 Lincoln St., #2
Worcester, MA 01605

James P. Erhard
250 Commercial Street
Suite 410
Worcester, MA 01608

NEW DEFENDANTS:

Maria Teresa Milagres Neves
28 Brackett Rd.
Framingham MA 01702

Marcos Lana
41 Beacon St.
Framingham MA 01701

Luiz Antonio da Silva
25 Willis St.
Framingham MA 01702

Bruno Graziani
134 Highland St.
Marlborough, MA 01752

Eduardo N. Silva
10111 Newington Dr.
Orlando, FL 32836

Michel Cristiano Santolin de Arruda
26 Beacon St., Apt. 12A
Burlington, MA 01803

Francisdalva Siqueira
9715 Arbor Oak Ct., Apt. 301
Boca Raton, FL 33428

Alexander N. Aurio
15 W. Prescott Ave.
Clovis, CA 93619

8

Amilcar Lopez
94 Broadway
Somerville, MA 02145

Davidson R. Teixeira
33 Vernal St. #1
Everett, MA 02149

Julio Silva
111 E. Washington St., Unit 2221
Orlando, FL 32801

Jesus Osuna
700 N Avery Ave.
Farmersville, CA 93223

Jose Carlos Maciel
18 Hayes St., Apt. 2
Framingham, MA 01702

Edilene Storck Navarro
55 Fox Rd., Unit 925
Waltham, MA 02451

Vaming Services
8228 Bedford Cove Way
Sacramento, CA 95828

Gelalin-3377, LLC
53 Walk Hill St., Apt 2
Jamaica Plain, MA 02130

Rodrigo Castro
11922 Golden Lodge Lane
Houston, TX 77066

Edson F Souza
1003 Acton Ave.
Lehigh Acres, FL 33971

Ana Santos
120 Atlantic Ave.
Long Branch, NJ 07740

Jorge Antonio Mejia Sequeira
3055 Jasmine Valley Dr.
Canyon Country, CA 91387

Timex Research Consulting Inc.
10724 71st Rd., Apt. 14C
Forest Hills, NY 11375

Wesley Dias
21103 Via Eden
Boca Raton, FL 33433

Team Global Adverting LLC.
13506 Paddington Circ.
Austin, TX 78729

Celso Roberto Silva Filho
261 Whalepond Rd.
Oakhurst, NJ 07105

Bartolo Castllo
23530 Canyon Lake Dr.
Spring, TX 77373

LWC Marketing, Inc.
57 Freeman Lane
Buena Park, CA 90621

Luisa E. Lopez
168 Thorndike St. #1
Cambridge, MA 02141

Gaspar Jesus
235 Boston St., Apt 3
Lynn, MA 01904

United Group USA
5620 Bay Side Dr.
Orlando, FL 32819

Marcio Souza Nery
260 Potter St.
New Bedford, MA 02740

Daneng Xiong
280 St. Augustine Dr.
Chico, CA 95928

Joelito Souza Caldas Junior
9751 Majorca Pl.
Boca Raton, FL 33434

Lusette Balan
5648 Lowell St.
Peabody, MA 01960

Jean 2004 Enterprise Corp.
1310 Partridge Close
Pompano Beach, FL 33064

Faith Sloan
4809 Crystalline Pl., Apt. 102
Virginia Beach, VA 23462

New Generation Med Supply Inc.
1037 51st ST., Apt. D7
Brooklyn, NY 11219

Nubia R Goulart
246 Winthrop St.
Framingham, MA 01702

Carlos Alfaro
20 Manor Place
Huntington Station, NY 11746

Gilson Nassar
3500 W. Hillsboro Blvd., Apt. 201
Coconut Creek, FL 33073

Technovia Inc.
533 Cambridge St., Unit 310
Allston, MA 02134

Yue Chen
1935 Potrero Grande Dr., Apt. 209
Monterey Park, CA 91755

Mariza S Morinelli
131 S. Federal Hwy., Apt. 527
Boca Raton, FL 33432

Paulo Giuliano Diogenes de Bessa Rosado
420 Atlantic Ave.
Long Branch, NJ 07740

Roberto Nunez
16 Fairfield St.
Worcester, MA 01602

Lan Lan Ji
1535 83rd St. #2
Brooklyn, NY 11228

Jose Miguel Filho
27 Liberty St.
Gloucester, MA 01930

Jap International Network LLC
16490 Gateway Bridge Dr.
Delray Beach, FL 33446

Walace Augusto Da Silva
57 Greenwood St.
Marlborough, MA 01752

Ezau Soares Ferreira
27 High St., Apt. 2
East Weymouth, MA 02189

Eddie Alberto Duverge
90 Prospect Ave.
Revere, MA 02151

Global Marketing Strategies
2460 E. Pole Rd.
Everson, WA 98247

Carlos Vanterpool
255 Hidden Springs Cir.
Kissimmee, FL 34743

Devendra Shah
5002 N. Oaks Blvd.
North Brunswick, NJ 08902

Pat Jackson
12314 E. 55th Terr.
Kansas City, MO 64133

Silverio Reyes
70 W. Walnut Park, Apt. 2
Roxbury, MA 02119

Fabiana Acacia Da Cruz Dos Santos
7983 NW 70th Ave.
Parkland, FL 33067

Dwayne Jones
6406 Julie Ann Dr.
Hanover, MD 21076

Gerald Agnew
3324 Parsons Blvd., Apt. 6P
Flushing, NY 11354

Joseph Pietropaolo
224 Sarahs Lane
Liberty Hill, TX  78642

Jamilson Marcos Conceicao
5451 Ginger Cove Dr., Apt. A
Tampa, FL 33634

Wesley Nascimento Alves
37 Lawrence St.
Everett, MA 02149

Milagros Adames
71 Swan St.
Methuen, MA 01844

11

Ronei Barreto
14 Branchport Ave.
Long Branch, NY 07740

Parrot Bay Homes, Inc.
6851 Cypress Cove Cir.
Jupiter, FL 33458

LM Davar Inc.
6350 S. Elm Ln.
Lake Worth, FL 33462

Ricardo Fabin
60 Stevens Ave.
Lawrence, MA 01843

Edgar Borelli
291 Thompson St.
Halifax, MA 02338

Faustino Torres
5514 Minaret Ct.
Orlando, FL 32821

Daniel Chavez
4149 S. Church St.
Visalia, CA 93277

....

Luiz Antonio da Silva
133 Concord Street
Framingham MA  01702

Chai Hock Ng, a/k/a Chai Ha Ng
13525 Roosevelt Ave., #2D
Flushing NY 11354

Soraya Ferreira
6350 S. Elm Lane
Lake Worth, FL  33462

Helio Barbosa
2B Brackett Road
Framingham MA 01720

David Reis
25 MacArthur Street, Apt 2
Somerville MA  02145

David Reis
25 MacArthur Street, Apt 1
Somerville MA  02145

Ana Santos
181 2nd Ave., Apt 1
Long Branch, NJ  07740

Rudmar Gentil, a/k/a Rudmar DaSilva
423 Washington Ave., Apt. 7R
Chelsea MA  02150

Debora C. Brasil
802 Harbor Inn Dr.,
Coral Springs, FL  33071-5614

Venerando Contreras
6182 Bryce Canyon Ave
Las Vegas, NV 89156-5859

Bingjian Pan
75 E. 4th St., Apt 23
New York, NY  10003-0832

Randy Crosby
31 Club Court, #9
Alpharetta, GA  30005-7422

Rodrigo R. Breda
6 Port Au Peck Ave
Long Branch NJ  07740-7668

Antonio Oliveira
430 Broadway St., Unit #9
Lowell MA  01845

Sonya Crosby
30 Club Court, #9
Alpharetta, GA  30005-7422

Louisa E. Lopez
110 Francis Street
Everett MA  02149

Antonio Oliveira
29141 US Highway, 19N Lot 5
Clearwater FL  33761

Louisa E. Lopez
5 Oak Street
Andover MA  01810

BY ECF:

- Charles R. Bennett     cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com
- Evans J. Carter     ejcatty1@verizon.net
- Gary W. Cruickshank     gwc@cruickshank-law.com

- Timothy J. Durken    tdurken@jagersmith.com, bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
- James P. Ehrhard    ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- Valentin D. Gurvits    vgurvits@bostonlawgroup.com
- Andrew G. Lizotte    agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
- Michael M. McArdle    mike@mikemcardlelaw.com
- Wendy M. Mead    wendymeadpc@verizon.net
- Michael K. O'Neil    moneil@murphyking.com, imccormack@murphyking.com
- Ilyas J. Rona    ijr@milliganrona.com, gnc@milliganrona.com
- Hilary Schultz    hschultz@engelschultz.com
- Jordan L. Shapiro    JSLAWMA@aol.com
- Matthew Shayefar    matt@bostonlawgroup.com
- Elton Watkins    watkinslaw@comcast.net

BY ELECTRONIC MAIL:

Renato Sacramento
albertoestaine@hotmail.com
nandinha01@hotmail.com