UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

TELEX FREE, LLC
TELEXFREE, INC., and
TELEXFREE FINANCIAL, INC.

    Debtors

STPEHEN B. DARR, AS HE IS THE
TRUSTEE OF THE CHAPTER 11
ESTATES OF EACH OF THE DEBTORS

    Plaintiff,

v.

BENJAMIN ARGUETA, ET AL.

CASE NO. 11-40987-MSH
CASE NO. 11-40988-MSH
CASE NO. 11-40989-MSH

CHAPTER 11

JOINTLY ADMINISTERED

ADVERSARY PROCEEDING
16-04006-MSH

## ANSWER OF DEBORA C. BRASIL TO AMENDED COMPLAINT

Defendant, DEBORA C. BRASIL ("Brasil") hereby responds to the Amended Complaint filed by the Plaintiff and states:

1. Defendant Brasil admit the allegations contained in paragraphs 1, 24-G(1), 28, 29, 30, and 31.

2. Defendant Brasil has no knowledge to admit or deny the allegations contained in paragraphs 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24-A through Z, 24-A(1) through 24-F(1) and 24-H(1) through 24-Z(1), 24-A(2) through 24-Z(2), 24-A(3) through 24-D(3), 25, 26, 27, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 66, 67, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 80, 81, 82, 83, 84, 85, 86 and therefore denies the same.

3. The Defendant denies the allegations contained in paragraphs 32, 33, 34, 35.

4.  The Defendant denies the allegations contained in Paragraph 36 relating specifically to her. The Defendant is without sufficient information to either admit or deny the remaining allegations contained in paragraph 36.

5   The Defendant denies the allegations contained in Paragraph 37 relating specifically to her. The Defendant is without sufficient information to either admit or deny the remaining allegations contained in paragraph 37.

6.  Any allegations not otherwise specifically admitted, denied or controverted are hereby denied.

Dated: July 23, 2016.

By: /s/ Debora C. Brasil
Debora C. Brasil
Email: brasildebora22@gmail.com

## CERTIFICATE OF SERVICE

I, DEBORA C. BRASIL CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Bankruptcy Court, the attached Answer and served same in the following manner upon the interested parties:

- **Paula R.C. Bachtell** paula.bachtell@usdoj.gov
- ☐**John Fitzgerald** USTPRegion01.BO.ECF@USDOJ.GOV
- ☐**Charles R. Bennett, Jr.** cbennett@murphyking.com

Y:\ANSWER.DOCX