# Exhibit A.

**ILYAS J. RONA**

Ilyas J. Rona is a founding partner of the Milligan Rona Duran & King LLC. For well over a decade, Mr. Rona has successfully represented plaintiffs in various types of complex civil litigation.  Mr. Rona has helped his clients obtain hundreds of millions of dollars in favorable recoveries.

Mr. Rona has successfully litigated large commercial cases, such as fraud claims, consumer protection actions, attorney and accountant malpractice, insurance disputes, and bankruptcy litigation. Mr. Rona has also successfully litigated qui tam actions under the false claims act.  He has helped his clients and their families achieve significant compensation in cases for wrongful death or personal injury, including industrial/construction accidents, medical malpractice, and negligence cases. And he has helped his clients achieve fair compensation in employment cases involving wrongful termination and retaliation.

Successful representations include the following matters:

• Mr. Rona assisted a bankruptcy trustee in recovering $7.4 million from insurance companies that provided insurance to Molten Metal Technology's officers and directors.
• Mr. Rona also assisted Molten Metal Technology's bankruptcy trustee in recovering $9.6 million in settlement of claims that Lockheed Martin Corp. received an avoidable preference through a restructuring of its joint venture with MMT that was designed to avoid tax liability and remove the lone valuable asset before it entered receivership.

• Mr. Rona also assisted the bankruptcy trustee in recovering $3.5 million recovered to settle of claims that Molten Metal Technology's other corporate partner, CBS/Westinghouse, received a fraudulent transfer by coercively divesting its half interest in a nuclear waste treatment plant be selling it a grossly inflated price.

• Mr. Rona was a member of the trial team that obtained a $142 million verdict against Pfizer for fraudulent marketing of the drug Neurontin for various off-label uses.

• Mr. Rona assisted a construction worker in recovering $1.6 from the owner of a backhoe who negligently failed to ensure a safe work area, which caused the backhoe to strike the worker in back.

• Mr. Rona conducted the discovery in a non-intervened qui tam case against Pfizer relating to the off-label marketing of the drug Detrol.

• Mr. Rona assisted the family of an electrical sign installer in recovering $2.4 million in compensation from the Holyoke Mall's owner after the sign installer was electrocuted while replacing interior neon lighting at the mall that was susceptible to becoming energized.

**Bar Admissions**

U.S. Court of Appeals 1st Circuit, 2005
U.S. District Court District of Massachusetts, 2001
Massachusetts, 1999

**Education**

Northwestern University School of Law, Chicago, Illinois.
    J.D. – 1998
Brown University, Providence, Rhode Island
    A.B. (Magna Cum Laude) – 1995. Major: Political Science