# Exhibit B.

## LEONARD E. MILLIGAN III

Len Milligan is a founding partner of the Milligan Rona Duran & King LLC. His practice focuses on litigation in state and federal courts.

Every year since 2009, Mr. Milligan has been named a 'Rising Star' by the editors of New England Super Lawyers and Boston Magazine. In 2010, he was a scholarship recipient to the National Criminal Defense College, learning and working with ninety-six of the best lawyers from around the country on cutting edge trial issues. In 2011, Len was featured by Massachusetts Lawyers Weekly and the Massachusetts Bar Association's Excellence in the Law Awards as an "Up & Coming" Lawyer.

Mr. Milligan is a member of adjunct faculty at Northeastern University School of Law, where he teaches a clinical course in Criminal Advocacy. He also teaches courses in trial advocacy each fall at the Criminal Justice Institute at Harvard Law. Mr. Milligan also teaches Zealous Advocacy for MCLE and CPCS. Len has given expert legal commentary on Fox, ABC, NPR, and WEEI.

Mr. Milligan represents companies, large and small, in business litigation matters with serious consequences. His thorough work product and unique approach to dealing with opposing counsel often sets him apart from other litigators in the field. Many of the firms' largest business litigation clients were referred to us by former opposing counsel that, for one reason or another, needed to pass along a needy client to another attorney.

Len Milligan has extensive experience in serious felony criminal defense litigation and has represented hundreds of people in state and federal courts. He is certified by the Committee for Public Counsel Services (CPCS) to represent individuals in Superior and Appellate Courts in Massachusetts, and prides himself on his reputation among his peers as a dedicated and focused lawyer.

Mr. Milligan is a member of the Board of Directors for the not-for-profit USA Ski Cross, which fields the Ski Cross team representing the United States in World Cup and Olympic competition.

**Bar Admissions**

Massachusetts
U.S. District Court District of Massachusetts

**Education**

New England School of Law, Boston, Massachusetts
   J.D.

University of Vermont, Burlington, Vermont
   (Philosophy, Economics)

**Faculty Appointments**

Trial Advocacy, Harvard Law School
Criminal Advocacy and Clinic, Northeastern School of Law
MCLE/CPCS Zealous Advocacy

**Honors and Awards**

New England SuperLawyers Magazine–Rising Star, 2009 – 2015
Massachusetts Lawyers Weekly – Excellence in the Law, 2011
Scholarship recipient to the National Criminal Defense College

**Professional Associations and Memberships**

National Association of Criminal Defense Lawyers, Member, 2010
Massachusetts Association of Criminal Defense Lawyers, Member, 2007