# Exhibit C.

## MICHAEL J. DURAN

Mike Duran is a partner at Milligan Rona Duran & King LLC and manages the firm's Colorado Offices in Denver and Aspen.

Mr. Duran focuses on real estate development, land use, lending, foreclosure, venture capital, commercial litigation, and bankruptcy litigation. His clients include individuals, businesses, municipalities, and non-profits from Colorado's Front Range to the Western Slope of the Rocky Mountains.

Prior to joining Milligan Rona, Mr. Duran worked for Rider & Quesenberry, LLP, a law firm that served as the court appointed Receiver for Valley Mortgage, Inc. (In re: Valley Mortgage, Inc., No. 10-19101-SBB), a multi-million dollar real estate based Ponzi scheme. Mr. Duran has significant experience pursuing UFTA clawback claims in state courts, federal district courts, and bankruptcy courts.

**Bar Admissions**

Colorado
U.S. District Court District of Colorado

**Education**

University of Minnesota Law School, Minneapolis, Minnesota
    J.D.
Boston College, Chestnut Hill, Massachusetts
    B.A. Major: English / Philosophy

**Professional Associations and Memberships**

Colorado Bar Association
Pitkin County Bar Association