# Exhibit D.

**JIN-HO KING**

Jin-Ho King is a founding partner in Milligan Rona's Boston office. He concentrates his practice in appellate litigation, with a particular focus on criminal appeals and post-conviction matters. He has experience with all stages of the criminal process, having argued before the District and Municipal Courts, the Superior Court, the Appeals Court, and the Supreme Judicial Court, and he has obtained reversals in both state and federal appellate courts. He also litigates civil-forfeiture matters and has recovered hundreds of thousands of dollars from the government for his clients.

Mr. King also has specific experience representing litigants accused of financial wrongdoing, including defendants charged with fraud, larceny by a fiduciary, and embezzlement.

Prior to joining Milligan Rona Duran & King LLC, Mr. King was an associate at a small Boston-based litigation firm for several years. Mr. King has also worked as a summer associate at a large law firm in Boston, as a public defender intern with the Committee for Public Counsel Services, and as an English editor and translator for an international law firm in China and Taiwan.

Mr. King received his Bachelor of Arts from Cornell University and his Juris Doctor with Honors from the George Washington University Law School. In law school, he served as the editor-in-chief of the George Washington International Law Review. Mr. King speaks fluent Mandarin Chinese.

**Bar Admissions**

Massachusetts
New York
U.S. District Court for the District of Massachusetts
U.S. Court of Appeals for the First Circuit

**Education**

The George Washington University Law School, Washington, District of Columbia (Juris Doctor with Honors. Editor-in-Chief, *The George Washington International Law Review*)
Cornell University, Ithaca, New York
   (Bachelor of Arts; Major: English)

**Professional Associations and Memberships**

American Bar Association Young Lawyers Division
2016–2018 Liaison, Death Penalty Representation Project Special Committee
2016–2017 Co-Chair, Criminal Justice Committee
2015–2016 Senior Content Editor
Massachusetts Association of Criminal Defense Lawyers

**Languages**

English
Mandarin Chinese

**Recent Published Opinions**

*Commonwealth v. Firmin*, 89 Mass. App. Ct. 62, 46 N.E.3d 558 (2016)
*Bradley v. Sugarbaker*, 809 F.3d 8 (1st Cir. 2015)
*Commonwealth v. Cullity*, 470 Mass. 1022, 25 N.E.3d 313 (2015)
*Commonwealth v. Shea*, 467 Mass. 788, 7 N.E.3d 1028 (2014)