# Exhibit E.

**GREGORY N. CORBIN**

Greg Corbin is an associate with Milligan Rona Duran & King LLC, practicing in both civil litigation and real-estate transactions.

Mr. Corbin focuses on complex litigation, fraud cases, business litigation, bankruptcy litigation, employment, wage act, civil rights cases, wrongful death, and medical malpractice. Mr. Corbin's began working with Leonard Milligan in 2011 as an intern during his second year of law school at Boston University and participated in preparation for fraud trial. In 2013, Mr. Corbin began working as an associate for Len Milligan and participated in two federal trials.

Mr. Corbin has also developed a successful employment, wrongful termination, and wage act practice, managing and successfully prosecuting and defending employment cases. Mr. Corbin also works on residential and commercial real estate transactions, aiding clients in negotiations, project funding, and closings.

**Bar Admissions**

Massachusetts
Colorado
U.S. District Court District of Massachusetts

**Education**

Boston University School of Law, Boston, Massachusetts
Kansas State University, Manhattan, Kansas