UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Darr v. Argueta et al     **Case Number:** 16-04006     (MSH)     **Ch:**

#2 Motion of Plaintiff for Class Certification (C. Bennett)

**COURT ACTION:**

_____ Show Cause Order _____ Released _____ Enforced
_____ Granted _____ Approved _____ Moot
_____ Denied _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. If the trustee and proposed class counsel can agree on the terms of class representation, the trustee shall submit a proposed order to msh@mab.uscourts.gov. If not, the parties may request a further hearing.

IT IS SO ORDERED:

_/s/ Melvin S. Hoffman_     Dated: 09/28/2016

Melvin S. Hoffman
United States Bankruptcy Judge