# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Darr v. Argueta et al                    **Case Number:** 16-04006    (MSH)    **Ch:**

#62 Motion of Plaintiff for Entry of Default (C. Bennett)
(I. Rona for F. Balan)

**COURT ACTION:**

_____ Show Cause Order          _____ Released              _____ Enforced
_____ Granted                   _____ Approved              _____ Moot
_____ Denied                    _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained                 _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Continued generally pending resolution of the motion for class certification.

IT IS SO ORDERED:

_/s/ Melvin S. Hoffman_    Dated: 09/28/2016

Melvin S. Hoffman
United States Bankruptcy Judge