United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

## CERTIFICATE OF NOTICE

District/off: 0101-4      User: meh      Page 1 of 2      Date Rcvd: Sep 28, 2016
                           Form ID: pdf012      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Sep 28 2016 23:17:32     Richard King,
        Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                                                                                                                                                                               TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2016 at the address(es) listed below:
        Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
         bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
        Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
         bankruptcy@murphyking.com;imccormack@murphyking.com
        Elton  Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
        Elton  Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
        Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
        Gary W. Cruickshank    on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com
        Hilary  Schultz    on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
        Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@milliganrona.com,   gnc@milliganrona.com
        Ilyas J. Rona    on behalf of Defendant Julio  Silva ijr@milliganrona.com,   gnc@milliganrona.com
        James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
         cote@ehrhardlaw.com
        Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
        Matthew  Shayefar    on behalf of Defendant  Timex Research Consulting Inc.
         matt@bostonlawgroup.com
        Matthew  Shayefar    on behalf of Defendant  New Generation Med Supply Inc.
         matt@bostonlawgroup.com
        Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
         imccormack@murphyking.com
        Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mikemcardlelaw.com
        Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mikemcardlelaw.com
        Timothy J. Durken    on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
         bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Timothy J. Durken    on behalf of Defendant Benjamin  Argueta tdurken@jagersmith.com,
         bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Timothy J. Durken    on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
         bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
        Valentin D. Gurvits    on behalf of Defendant  Timex Research Consulting Inc.
         vgurvits@bostonlawgroup.com
        Valentin D. Gurvits    on behalf of Defendant  New Generation Med Supply Inc.
         vgurvits@bostonlawgroup.com
        Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net

```
District/off: 0101-4          User: meh               Page 2 of 2              Date Rcvd: Sep 28, 2016
                              Form ID: pdf012         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Wendy M. Mead  on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
    Wendy M. Mead  on behalf of Defendant Roberto   Nunez wendymeadpc@verizon.net
                                      TOTAL: 29

Case 16-04006   Doc 192   Filed 09/30/16   Entered 10/01/16 00:53:23   Desc Imaged
Certificate of Notice   Page 2 of 3

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

In Re: Darr v. Argueta et al        Case Number: 16-04006    (MSH)    Ch:

#2 Motion of Plaintiff for Class Certification (C. Bennett)

**COURT ACTION:**

  Show Cause Order         _____ Released              _____ Enforced
_____ Granted                 _____ Approved              _____ Moot
_____ Denied                  _____ Denied without prejudice
_____ Withdrawn in Open Court
_____ Sustained               _____ Overruled
_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. If the trustee and proposed class counsel can agree on the terms of class representation, the trustee shall submit a proposed order to msh@mab.uscourts.gov. If not, the parties may request a further hearing.

IT IS SO ORDERED:

*/s/ Melvin S. Hoffman*
_____   Dated: 09/28/2016
Melvin S. Hoffman
United States Bankruptcy Judge