**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 14-40987 |
| TELEXFREE LLC., et al.,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| STEPHEN B. DARR AS TRUSTEE OF THE ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC., | ) ) ) ) |
| | ) Adversary Proceeding No. 16-04006 |
| Plaintiffs, | ) |
| v. | ) |
| BENJAMIN ARGUETA ET AL., | ) |
| Defendants. | ) |

**PLAINTIFFS' INTERIM EXECTUIVE**
**COMMITTEE'S STATEMENT IN RESPONSE TO CLASS**
**CERTIFICATION ORDER AND APPROVAL OF CLASS COUNSEL**

The Plaintiffs' Interim Executive Committee (the "PIEC") appointed by the United States District Court in this District as the representative of the victims of the Debtors' Ponzi scheme by orders entered in the multi-district litigation proceedings captioned *In re TelexFree Securities Litigation*, MDL No. 14-02566 (D. Mass.) (the "MDL Proceedings"), hereby submits this statement (the "Statement") in response to the *Plaintiff's Motion for Class Certification* [Docket No. 2] (the

---

[1] The debtors (the "Debtors") in these cases (collectively, the "Chapter 11 Cases") are TelexFree, LLC, TelexFree, Inc., and TelexFree Financial.

2

"<u>Certification Motion</u>") and *Class Certification Order and Approval of Class Counsel* [Docket No. 194] (the "<u>Certification Order</u>"):

1. The issues implicated by the Certification Motion and Order are currently the subject of ongoing mediation (the "<u>Mediation</u>") between the PIEC and Stephen B. Darr, as Chapter 11 Trustee, in Adversary Proceeding No. 15-04055.

2. The Mediation is scheduled to continue on November 7, 2016.

3. Accordingly, the PIEC respectfully requests that final resolution of the Certification Motion await the results of the Mediation.

4. If the Court is not inclined to accept this request, the PIEC incorporates the arguments it previously raised in this Court in support of its position that the PIEC, and not the Chapter 11 Trustee, represents the Class.

[The remainder of this page is intentionally blank]

Dated: October 28, 2016
      Boston, Massachusetts

Respectfully submitted,

**BONSIGNORE, PLLC**

/s/ Robert J. Bonsignore
Robert B. Bonsignore
NH Bar 21241
3771 Meadowcrest Drive
Las Vegas, Nevada 89121
Telephone: 781-856-7650
rbonsignore@classactions.us
*Interim Lead Counsel*

**BROWN RUDNICK LLP**

/s/ William R. Baldiga
William R. Baldiga (BBO #542125)
Jill C. Wexler (BBO #691811)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
wbaldiga@brownrudnick.com
jwexler@brownrudnick.com

*For the Plaintiffs' Interim Executive Committee*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 28, 2016, the foregoing Statement was filed electronically, and therefore was sent by email to those receiving CM/ECF notices from the Court's electronic filing system. I further certify that I have caused to be sent by first class mail a copy to the following parties on this 28th day of October, 2016.

Charles R. Bennett, Jr., Esq.
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA 02108

Richard King, Asst. United States Trustee
Office of the United States Trustee
446 Main Street
14th Floor
Worcester, MA 01608

**BROWN RUDNICK LLP**

/s/ *William R. Baldiga*
William R. Baldiga (BBO #542125)
Jill C. Wexler (BBO #691811)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
wbaldiga@brownrudnick.com
jwexler@brownrudnick.com

*For the Plaintiffs' Interim Executive Committee*