United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Adv. Proc. No. 16-04006-msh

Argueta,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-4     User: meh     Page 1 of 2     Date Rcvd: Nov 22, 2016
                    Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Nov 23 2016 00:03:40     Richard King,
         Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2016 at the address(es) listed below:
         Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
          bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
         Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
          bankruptcy@murphyking.com;imccormack@murphyking.com
         Elton   Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
         Elton   Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
         Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
         Gary W. Cruickshank    on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com
         Hilary  Schultz    on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
         Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@milliganrona.com,   gnc@milliganrona.com
         Ilyas J. Rona    on behalf of Defendant Julio  Silva ijr@milliganrona.com,   gnc@milliganrona.com
         James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
          cote@ehrhardlaw.com
         Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
         Matthew  Shayefar    on behalf of Defendant  Timex Research Consulting Inc.
          matt@bostonlawgroup.com
         Matthew  Shayefar    on behalf of Defendant  New Generation Med Supply Inc.
          matt@bostonlawgroup.com
         Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
          dkonusevska@murphyking.com
         Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mcardlelaw.com,
          morgan@mcardlelaw.com
         Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
          morgan@mcardlelaw.com
         Timothy J. Durken    on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
          bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
         Timothy J. Durken    on behalf of Defendant Benjamin  Argueta tdurken@jagersmith.com,
          bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
         Timothy J. Durken    on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
          bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
         Valentin D. Gurvits    on behalf of Defendant  Timex Research Consulting Inc.
          vgurvits@bostonlawgroup.com
         Valentin D. Gurvits    on behalf of Defendant  New Generation Med Supply Inc.
          vgurvits@bostonlawgroup.com
         Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net

```
District/off: 0101-4           User: meh                  Page 2 of 2               Date Rcvd: Nov 22, 2016
                               Form ID: pdf012            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
                                                                                          TOTAL: 29
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| TELEXFREE, LLC, | 14-40987-MSH |
| TELEXFREE, INC. and | 14-40988-MSH |
| TELEXFREE FINANCIAL, INC., | 14-40989-MSH |
| Debtors. | Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS, | |
| Plaintiff, | |
| v. | |
| BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, MARIA TERESA MILAGRES NEVES, MARCOS LANA, LUIZ ANTONIO DA SILVA, BRUNO GRAZIANI, EDUARDO N. SILVA, MICHEL CHRISTIANO SANTOLIN DE ARRUDA, FRANCISDALVA SIQUEIRA, ALEXANDER N. AURIO, AMILCAR LOPEZ, RENATO SACRAMENTO, JULIO SILVA, DAVIDSON R. TEIXEIRA, JOSE CARLOS MACIEL, JESUS OSUNA, CHAI HOCK NG, EDILENE STORCK NAVARRO, SORAYA FERREIRA, EDSON F. SOUZA, VAMING SERVICES, JORGE ANTONIO MEJIA SEQUEIRA, RODRIGO CASTRO, DAVID REIS, | Adversary Proceeding No. 16-04006 |

11/22/2016 Granted; the hearings will be rescheduled by separate notice.