**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 14-40987 |
| TELEXFREE LLC., et al.,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| ) | |
| STEPHEN B. DARR AS TRUSTEE OF ) | |
| THE ESTATES OF TELEXFREE, LLC, ) | |
| TELEXFREE, INC. and TELEXFREE ) | |
| FINANCIAL, INC., ) | |
| ) | Adversary Proceeding No. 16-04006 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| BENJAMIN ARGUETA ET AL., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL OF PIEC'S STATEMENT IN REPSONSE TO**
**CLASS CERTIFICATION ORDER AND APPROVAL OF CLASS COUNSEL**

**PLEASE TAKE NOTICE** that on October 28, 2016, the Plaintiffs' Interim Executive Committee (the "PIEC") appointed by the United States District Court in this District as the representative of the victims of the Debtors' Ponzi scheme by orders entered in the multi-district litigation proceedings captioned *In re TelexFree Securities Litigation*, MDL No. 14-02566 (D. Mass.) (the "MDL Proceedings"), filed the *Statement in Response to Class Certification Order and Approval of Class Counsel* (the "Statement") [Docket No. 196], requesting that final resolution of the *Plaintiffs' Motion for Class Certification* [Docket No. 2] and *Class Certification Order* [Docket No. 194] await resolution of the ongoing mediation (the

"Mediation") between the PIEC and Stephen B. Darr, as Chapter 11 Trustee in Adv. Proc. 15-04055. On November 7, 2016, the parties and the mediator determined that the parties were at an impasse in the Mediation. In light of the parties' failure to reach an agreement in the Mediation, the PIEC hereby withdraws its Statement.

**PLEASE TAKE FURTHER NOTICE** that the PIEC's withdrawal of its Statement is without prejudice, and all of the PIEC's rights are expressly reserved.

Dated:  December 8, 2016
        Boston, Massachusetts

Respectfully submitted,

**BONSIGNORE, PLLC**

/s/ Robert J. Bonsignore
Robert J. Bonsignore
NH Bar 21241
3771 Meadowcrest Drive
Las Vegas, Nevada 89121
Telephone:  781-856-7650
rbonsignore@classactions.us
*Interim Lead Counsel*

**BROWN RUDNICK LLP**

/s/ William R. Baldiga
William R. Baldiga (BBO #542125)
Jill C. Wexler (BBO #691811)
One Financial Center
Boston, MA 02111
Telephone:  (617) 856-8200
Facsimile:   (617) 856-8201
wbaldiga@brownrudnick.com
jwexler@brownrudnick.com
*For the Plaintiffs' Interim Executive Committee*

---

[1]  The debtors (the "Debtors") in these cases (collectively, the "Chapter 11 Cases") are TelexFree, LLC, TelexFree, Inc., and TelexFree Financial.

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on December 8, 2016, the foregoing document was filed electronically, and therefore was sent by email to those receiving CM/ECF notices from the Court's electronic filing system. I further certify that I have caused to be sent by first class mail a copy to the following parties on this 8th day of December, 2016.

Charles R. Bennett, Jr., Esq.
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA 02108

Richard King, Asst. United States Trustee
Office of the United States Trustee
446 Main Street
14th Floor
Worcester, MA 01608

                                                  /s/ William R. Baldiga
                                                William R. Baldiga