

12/12/2016 Moot; the hearing scheduled for December 21, 2016 is hereby canceled.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case NO. 14-40987-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, et al.,<br><br>　　　　　Defendants. | Adversary Proceeding<br>No. 16-04006-MSH |

**TRUSTEE'S MOTION TO STRIKE PIEC'S RESPONSE TO CLASS**
**CERTIFICATION ORDER AND APPROVAL OF COUNSEL**

　　Stephen B. Darr, as Trustee (the "Trustee") of the Estates of TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc. (collectively, "TelexFree"), moves to strike the Response by the Plaintiff's Interim Executive Committee (the "PIEC") to Class Certification Order and Approval of Counsel on the basis that the PIEC lacks standing to object either to the Certification Order or the Appointment of Counsel. The PIEC does not represent any party in this action, nor does it represent any individual who is either named and/or potentially a member of the Defendant Class. Therefore, the PIEC has no standing, and its Response should be stricken.

　　In further support of his Motion, the Trustee states as follows: