United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

# CERTIFICATE OF NOTICE

District/off: 0101-4    User: meh    Page 1 of 2    Date Rcvd: Dec 12, 2016
Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Dec 12 2016 23:40:32      Richard King,
    Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                                                 TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2016 at the address(es) listed below:
    Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
     bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
    Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
     bankruptcy@murphyking.com;imccormack@murphyking.com
    Elton   Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
    Elton   Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
    Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
    Gary W. Cruickshank    on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com
    Hilary  Schultz    on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
    Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@milliganrona.com,   gnc@milliganrona.com
    Ilyas J. Rona    on behalf of Defendant Julio  Silva ijr@milliganrona.com,   gnc@milliganrona.com
    James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
     cote@ehrhardlaw.com
    Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
    Matthew  Shayefar    on behalf of Defendant  Timex Research Consulting Inc.
     matt@bostonlawgroup.com
    Matthew  Shayefar    on behalf of Defendant  New Generation Med Supply Inc.
     matt@bostonlawgroup.com
    Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
     dkonusevska@murphyking.com
    Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mcardlelaw.com,
     morgan@mcardlelaw.com
    Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
     morgan@mcardlelaw.com
    Timothy J. Durken    on behalf of Defendant Ana R. Ramos tdurken@jagersmith.com,
     bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
    Timothy J. Durken    on behalf of Defendant Benjamin  Argueta tdurken@jagersmith.com,
     bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
    Timothy J. Durken    on behalf of Defendant Carlos C. DeJesus tdurken@jagersmith.com,
     bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
    Valentin D. Gurvits    on behalf of Defendant  Timex Research Consulting Inc.
     vgurvits@bostonlawgroup.com
    Valentin D. Gurvits    on behalf of Defendant  New Generation Med Supply Inc.
     vgurvits@bostonlawgroup.com
    Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
    Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
    Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
    Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net

```
District/off: 0101-4          User: meh                 Page 2 of 2               Date Rcvd: Dec 12, 2016
                              Form ID: pdf012           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Wendy M. Mead   on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
         Wendy M. Mead   on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
         Wendy M. Mead   on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
         Wendy M. Mead   on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
                                                                     TOTAL: 29

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case NO. 14-40987-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, et al.,<br><br>　　　　　Defendants. | Adversary Proceeding<br>No. 16-04006-MSH |



12/12/2016 Moot; the hearing scheduled for December 21, 2016 is hereby canceled.

**TRUSTEE'S MOTION TO STRIKE PIEC'S RESPONSE TO CLASS
CERTIFICATION ORDER AND APPROVAL OF COUNSEL**

Stephen B. Darr, as Trustee (the "Trustee") of the Estates of TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc. (collectively, "TelexFree"), moves to strike the Response by the Plaintiff's Interim Executive Committee (the "PIEC") to Class Certification Order and Approval of Counsel on the basis that the PIEC lacks standing to object either to the Certification Order or the Appointment of Counsel. The PIEC does not represent any party in this action, nor does it represent any individual who is either named and/or potentially a member of the Defendant Class. Therefore, the PIEC has no standing, and its Response should be stricken.

In further support of his Motion, the Trustee states as follows: