UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

**In Re:** Darr v. Argueta et al  **Case Number:** 16-04006  (MSH)  **Ch:**

#62 Motion of Plaintiff for Entry of Default (C. Bennett)
(I. Rona for F. Balan)

**COURT ACTION:**

| | | |
|---|---|---|
| Show Cause Order | _____ Released | _____ Enforced |
| _____ Granted | _____ Approved | _____ Moot |
| _____ Denied | _____ Denied without prejudice | |
| _____ Withdrawn in Open Court | | |
| _____ Sustained | _____ Overruled | |

_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Motion withdrawn in open court.

IT IS SO ORDERED:

_____  Dated: 12/21/2016

Melvin S. Hoffman
United States Bankruptcy Judge