UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Cases |
|  | ) |  |
|  | ) | 14-40987-MSH |
| TELEXFREE, LLC | ) | 14-40988-MSH |
| TELEXFREE, INC. | ) | 14-40989-MSH |
| TELEXFREE FINANCIAL, INC. | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) |  |
| STEPHEN B. DARR, | ) |  |
| CHAPTER 11 TRUSTEE OF | ) |  |
| EACH OF THE DEBTORS, | ) | Adversary Proceeding |
|  | ) | No. 16-04006 |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| BENJAMIN ARGUETA, ALEXANDRO | ) |  |
| ROCHA, JOSE NETO, JULIO C. PAZ, | ) |  |
| EUZEBIO SUDRE NETO, HUGO | ) |  |
| ALVARADO, ANA R. RAMOS, LINDA | ) |  |
| SUZANNE HACKETT, RUDDY | ) |  |
| ABREAU, MARCO ALMEIDA, | ) |  |
| RODRIGO MONTEMOR, LAUREANO | ) |  |
| ARELLANO, AARON ATAIDE, | ) |  |
| ROSANE CRUZ, OMAR QUINONEZ, | ) |  |
| CARLOS C. DEJESUS, BILKISH | ) |  |
| SUNESARA, ANDRES BOLIVAR | ) |  |
| ESTEVEZ, JOSE LOPEZ, ANA ROSA | ) |  |
| LOPEZ, FRANTZ BALAN, MARCELO | ) |  |
| DASILVA, GLADYS ALVARADO, AND | ) |  |
| A CLASS OF NET WINNERS, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
|  | ) |  |

**NOTICE OF WITHDRAWAL OF COUNSEL**

JS#544532v1

Pursuant to Local Bankruptcy Rule 9010-3(a) Jager Smith P.C. and each and all of its attorneys ("Jager Smith") hereby withdraw their appearance as counsel for Ana Ramos a defendant in the above-captioned matter.[1]  The undersigned respectfully states that withdrawal without leave of the Court is permissible because: (1) Ana Ramos has retained successor counsel which has appeared in the case; (2) there are no motions pending before the Court; (3) no trial date has been set; and (4) no hearings or conferences are scheduled, and no reports, oral or written, are due.

Date:  December 21, 2016                    JAGER SMITH P.C.

                                            By its counsel,

                                            /s/ Timothy J. Durken
                                            _____
                                            Bruce F. Smith (BBO No. 467900)
                                            Timothy J. Durken (BBO No. 666720)
                                            JAGER SMITH P.C.
                                            One Financial Center
                                            Boston, Massachusetts 02111
                                            telephone:  (617) 951-0500
                                            facsimile:  (617) 951-2414
                                            email:  bsmith@jagersmith.com
                                                    tdurken@jagersmith.com

---

[1] Jager Smith has entered only limited appearances in this action solely with respect to filing motions seeking extensions of the time to answer and files this notice of withdrawal out of an abundance of caution.

JS#544532v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2016, I caused true copies of the within motion to be served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and upon Ana Ramos by first-class, prepaid U.S. Mail at the following address:

Ms. Ana R. Ramos
63 Fremont Ave., Apt. 2
Chelsea, Massachusetts 02150

/s/ Timothy J. Durken

_____
Bruce F. Smith (BBO No. 467900)
Timothy J. Durken (BBO No. 666720)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
telephone:  (617) 951-0500
facsimile:  (617) 951-2414
email:  bsmith@jagersmith.com
        tdurken@jagersmith.com

JS#544532v1