UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | Chapter 11 Cases |
| | ) | |
| TELEXFREE, LLC | ) | 14-40987-MSH |
| TELEXFREE, INC. | ) | 14-40988-MSH |
| TELEXFREE FINANCIAL, INC. | ) | 14-40989-MSH |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| STEPHEN B. DARR, | ) | |
| CHAPTER 11 TRUSTEE OF | ) | |
| EACH OF THE DEBTORS, | ) | Adversary Proceeding |
| | ) | No. 16-04006 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, AND A CLASS OF NET WINNERS, | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

JS#544532v1

Pursuant to Local Bankruptcy Rule 9010-3(a) Jager Smith P.C. and each and all of its attorneys ("Jager Smith") hereby withdraw their appearance as counsel for Carlos Dejesus a defendant in the above-captioned matter.[1]  The undersigned respectfully states that withdrawal without leave of the Court is permissible because: (1) Carlos Dejesus has retained successor counsel which has appeared in the case; (2) there are no motions pending before the Court; (3) no trial date has been set; and (4) no hearings or conferences are scheduled, and no reports, oral or written, are due.

Date:  December 21, 2016

JAGER SMITH P.C.

By its counsel,

/s/ Timothy J. Durken
_____
Bruce F. Smith (BBO No. 467900)
Timothy J. Durken (BBO No. 666720)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
telephone:  (617) 951-0500
facsimile:  (617) 951-2414
email:  bsmith@jagersmith.com
            tdurken@jagersmith.com

---

[1] Jager Smith has entered only limited appearances in this action solely with respect to filing motions seeking extensions of the time to answer and files this notice of withdrawal out of an abundance of caution.

JS#544532v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2016, I caused true copies of the within motion to be served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and upon Carlos Dejesus by first-class, prepaid U.S. Mail at the following address:

    Mr. Carlos C. Dejesus
    72 Fremont Ave., Apt. 2
    Chelsea, Massachusetts 02150

    /s/ Timothy J. Durken
    _____
    Bruce F. Smith (BBO No. 467900)
    Timothy J. Durken (BBO No. 666720)
    JAGER SMITH P.C.
    One Financial Center
    Boston, Massachusetts 02111
    telephone: (617) 951-0500
    facsimile: (617) 951-2414
    email: bsmith@jagersmith.com
           tdurken@jagersmith.com

JS#544532v1