United States Bankruptcy Court
District of Massachusetts

Darr,
      Plaintiff

Argueta,
      Defendant

Adv. Proc. No. 16-04006-msh

# CERTIFICATE OF NOTICE

District/off: 0101-4      User: admin      Page 1 of 3      Date Rcvd: Dec 26, 2016
                    Form ID: transcrp      Total Noticed: 106

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2016.

```
dft          +Aaron Ataide,    2900 W Porter Ave.,    Visalia, CA 93291-6546
dft          +Alexander N. Aurio,    15 W. Prescott Ave.,    Clovis, CA 93619-8743
dft          +Alexandro Rocha,    6 Nell Road,    Revere, MA 02151-2106
dft          +Amilcar Lopez,    94 Broadway Street,    Somerville, MA 02145-3233
dft           Ana R. Ramos,    65 Fremont Ave. Apt 2,    Chelsea, MA  02150
dft          +Ana Rosa Lopez,    5019 Redwin Brook Trail,    Katy, TX 77449-4582
dft          +Ana Santos,    120 Atlantic Ave,    Long Branch, NJ 07740-7778
dft          +Andres Bolivar Estevez,    9510 90th Ave. 2,    Woodhaven, NY 11421-2754
dft          +Antonio Oliveira,    5 Juniper St.,    North Billerica, MA 01862-3123
dft          +Bartolo Castllo,    23530 Canyon Lake Dr.,    Spring, TX 77373-7708
dft          +Benjamin Argueta,    14 Illinois Avenue,    Apt. 1,    Somerville, MA 02145-2208
dft          +Bilkish Sunesara,    1800 Austin Parkway,    Sugar Land, TX 77479-1251
dft          +Bingjian Pan,    13708 31st Rd.,    Flushing, NY 11354-2609
dft          +Bruno Graziani,    134 Highland Street,    Marlborough, MA 01752-4127
dft          +Carlos Alfaro,    20 Manor Place,    Huntington Station, NY 11746-1546
dft          +Carlos C. DeJesus,    72 Fremont Ave.,    Apt. 2,    Chelsea, MA 02150-1033
dft          +Carlos Vanterpool,    255 Hidden Springs Cir.,    Kissimmee, FL 34743-6122
dft          +Celso Roberto Silva Filho,    261 Whalepond Road,    Oakhurst, NJ 07755-1543
dft          +Chai Hock Ng,    170 Henry Street,    New York, NY 10002-6420
dft          +Daneng Xiong,    280 St. Augustine Dr.,    Chico, CA 95928-4345
dft          +Daniel Chavez,    4149 S. Church St.,    Visalia, CA 93277-9166
dft          +David Reis,    800 Governors Dr., Apt. 19,    Winthrop, MA 02152-3238
dft          +Davidson R. Teixeira,    33 Vernal Street, #1,    Everett, MA 02149-2311
dft          +Debora C. Brasil,    2220 NE 37th St.,    Lighthouse Point, FL 33064-3906
dft          +Devendra Shah,    5002 N. Oaks Blvd.,    North Brunswick, NJ 08902-2140
dft          +Dwayne Jones,    3324 Parsons Blvd., Apt 6P,    Flushing, NY 11354-3107
dft          +Eddie Alberto Duverge,    90 Prospect Ave.,    Revere, MA 02151-3815
dft          +Edgar Borelli,    291 Thompson St.,    Halifax, MA 02338-1652
dft          +Edilene Storck Navarro,    55 Fox Rd., Unit 925,    Waltham, MA 02451-0203
dft          +Edson F. Souza,    1003 Acton Ave.,    Lehigh Acres, FL 33971-7546
dft          +Eduardo N. Silva,    10111 Newington Drive,    Orlando, FL 32836-3742
dft          +Euzebio Sudre Neto,    334 Chestnut Farm Way,    Raynham, MA 02767-1584
dft          +Ezau Soares Ferreira,    27 High St., Apt 2,    East Weymouth, MA 02189-2936
dft          +Fabiana Acacia Da Cruz Dos Santos,    7983 NW 70th Ave,    Parkland, FL 33067-3972
dft          +Faith Sloan,    4809 Crystalline Pl., Apt 102,    Virginia Beach, VA 23462-4496
dft          +Faustino Torres,    5514 Minaret Ct.,    Orlando, FL 32821-8119
dft          +Francisdalva Siqueira,    9715 Arbor Oak Ct., Apt. 301,    Boca Raton, FL 33428-1771
dft          +Frantz Balan,    51 Grover Street,    Apt. 2,    Everett, MA 02149-4204
dft          +Gaspar Jesus,    235 Boston St., Apt 3,    Lynn, MA 01904-3101
dft          +Gelalin-3377 LLC,    53 Walk Hill St., Apt 2,    Jamaica Plain, MA 02130-4145
dft           Gerald Agnew,    6406 Julie Ann Dr.,    Hanover, MD  21076
dft          +Gilson Nassar,    3500 W. Hillsboro Blvd., Apt 201,    Coconut Creek, FL 33073-2112
dft          +Gladys Alvarado,    177 Lincoln St.,    #2,    Worcester, MA 01605-3757
dft          +Global Marketing Strategies,    2460 E. Pole Rd.,    Everson, WA 98247-9746
dft          +Helio Barbosa,    1630 Worcester Rd., Apt. 626C,    Framingham, MA 01702-4470
dft          +Hugo Alvarado,    18 Catherine St. #1,    Worcester, MA 01605-2771
dft          +Jamilson Marcos Conceicao,    5451 Ginger Cove Dr., Apt A,    Tampa, FL 33634-1726
dft          +Jap International Network LLC,    16490 Gateway Bridge Dr.,    Delray Beach, FL 33446-9667
dft          +Jean 2004 Enterprise Corp.,    1310 Partridge Close,    Pompano Beach, FL 33064-2022
dft          +Jesus Osuna,    700 N Avery Ave,    Farmersville, CA 93223-1267
dft          +Joelito Souza Caldas Junior,    9751 Majorca Pl.,    Boca Raton, FL 33434-3713
dft           Jorge Antonio Mejia Sequeira,    3055 Jasmine Valley Dr.,    Canyon Country, CA  91387
dft          +Jose Carlos Maciel,    18 Hayes St., Apt 2,    Framingham, MA 01702-6935
dft          +Jose Lopez,    164 Exchange St.,    2nd Floor,    Lawrence, MA 01841-1022
dft          +Jose Miguel Filho,    27 Liberty St.,    Gloucester, MA 01930-2825
dft          +Jose Neto,    49 Rodney Street,    Worcester, MA 01605-2859
dft          +Joseph Pietropaolo,    2300 Casey Cove,    Cedar Park, TX 78613-5918
dft          +Julio C. Paz,    179 Water Street,    Framingham, MA 01701-3409
dft          +Julio Silva,    111 E. Washington St., Unit 2221,    Orlando, FL 32801-2380
dft          +LM Davar Inc.,    6350 S. Elm Ln.,    Lake Worth, FL 33462-2002
dft          +LWC Marketing, Inc.,    57 Freeman Lane,    Buena Park, CA 90621-5003
dft          +Lan Lan Ji,    1535 83rd St., #2,    Brooklyn, NY 11228-3129
dft          +Laureano Arellano,    576N 800W,    Provo, UT 84601-1406
dft          +Linda Suzanne Hackett,    97 Bellevue Ave.,    Melrose, MA 02176-3215
dft          +Luisa E. Lopez,    168 Thorndike St., #1,    Cambridge, MA 02141-1533
dft          +Luiz Antonio Da Silva,    25 Willis Street,    Framingham, MA 01702-8132
dft           Lusette Balan,    5648 Lowell Street,    Peabody, MA  01960
dft          +Marcelo DaSilva,    38 Lyme St.,    #308,    Malden, MA 02148-4217
dft          +Marcio Souza Nery,    260 Potter St.,    New Bedford, MA 02740-4602
dft          +Marco Almeida,    420 Atlantice Ave,    Long Branch, NJ 07740-6834
dft          +Marcos Lana,    41 Beacon Street,    Framingham, MA 01701-4900
dft           Maria Teresa Milagres Neves,    28 Brackett Road,    Framingham, MA  01702
```

```
District/off: 0101-4          User: admin              Page 2 of 3                  Date Rcvd: Dec 26, 2016
                              Form ID: transcrp        Total Noticed: 106

dft            +Mariza S. Morinelli,    131 S. Federal Hwy., Apt. 527,    Boca Raton, FL 33432-4955
dft            +Michel Cristiano Santolin de Arruda,    26 Beacon Street, Apt 12A,    Burlington, MA 01803-3812
dft            +Milagros Adames,    71 Swan St.,    Methuen, MA 01844-5020
dft            +New Generation Med Supply Inc.,    1037 51st St., Apt. D7,    Brooklyn, NY 11219-3322
dft            +Nubia R. Goulart,    246 Winthrop St.,    Framingham, MA 01702-8530
dft            +Omar Quinonez,    3812 N. Oak Dr.,    Apt. M62,    Tampa, FL 33611-6597
dft            +Parrot Bay Homes, Inc.,    6851 Cypress Cove Cir.,    Jupiter, FL 33458-3791
dft            +Pat Jackson,    12314 E. 55th Terr.,    Kansas City, MO 64133-3189
dft            +Paulo Giuliano Diogenes de Bessa Rosado,    420 Atlantic Ave,    Long Branch, NJ 07740-6834
dft            +Randy Crosby,    800 Sweetbrier Dr.,    Alpharetta, GA 30004-4381
dft            +Renato Sacramento,    5413 Vineland Road,    Orlando, FL 32811-7607
dft            +Ricardo Fabin,    60 Stevens Ave,    Lawrence, MA 01843-3324
dft            +Roberto Nunez,    16 Fairfield St.,    Worcester, MA 01602-3410
dft            +Rodrigo Castro,    11922 Golden Lodge Lane,    Houston, TX 77066-3274
dft            +Rodrigo Montemor,    6 Boxford Street,    Lawrence, MA 01843-2304
dft            +Rodrigo R. Breda,    14202 Grand Pre Rd., Apt. 303,    Silver Spring, MD 20906-2883
dft            +Ronei Barreto,    14 Branchport Ave,    Long Branch, NY 07740-5909
dft            +Rosane Cruz,    22 Northampton Street,    Worcester, MA 01605-3462
dft            +Ruddy Abreau,    9 Longwood Drive,    Methuen, MA 01844-5015
dft            +Rudmar Gentil,    425 Washington Ave., Apt. 3,    Chelsea, MA 02150-3650
dft            +Silverio Reyes,    70 W. Walnut Park, Apt 2,    Roxbury, MA 02119-1035
dft            +Sonya Crosby,    800 Sweetbrier Dr.,    Alpharetta, GA 30004-4381
dft            +Soraya Ferreira,    4068 Palo Verde Dr.,    Boynton Beach, FL 33436-3011
dft            +Team Global Adverting LLC.,    13506 Paddington Circ.,    Austin, TX 78729-1930
dft            +Technovia Inc.,    533 Cambridge St., Unit 310,    Allston, MA 02134-2581
dft            +Timex Research Consulting Inc.,    10724 71st Rd., Apt 14C,    Forest Hills, NY 11375-4794
dft            +United Group USA,    5620 Bay Side Dr.,    Orlando, FL 32819-4045
dft            +Vaming Services,    8228 Bedford Cove Way,    Sacramento, CA 95828-6164
dft            +Venerando Contreras,    4650 Carey Ave. TRLR 121,    Las Vegas, NV 89115-4419
dft            +Walace Augusto Da Silva,    57 Greenwood St.,    Marlborough, MA 01752-3220
dft            +Wesley Dias,    21103 Via Eden,    Boca Raton, FL 33433-2209
dft            +Wesley Nascimento Alvesby,    37 Lawrence St.,    Everett, MA 02149-5073
dft            +Yue Chen,    1935 Ptrero Grande Drive, Apt 209,    Monterey Park, CA 91755-7425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Dec 26 2016 21:09:18      Richard King,
                 Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
dft            +E-mail/Text: roylentz@zeninternet.com Dec 26 2016 21:09:32      Global Marketing Strategies,
                 2460 E. Pole Rd.,    Everson, WA 98247-9746
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft              Defendant Class of Net Winners
intp             Plaintiffs' Interim Executive Committee
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2016 at the address(es) listed below:
              Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
               bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
              Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
               bankruptcy@murphyking.com;imccormack@murphyking.com
              Elton  Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
              Elton  Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
              Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
              Gary W. Cruickshank    on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com
              Hilary  Schultz    on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
              Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@milliganrona.com,  gnc@milliganrona.com
```

```
District/off: 0101-4          User: admin              Page 3 of 3                  Date Rcvd: Dec 26, 2016
                              Form ID: transcrp        Total Noticed: 106
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Ilyas J. Rona     on behalf of Defendant Julio  Silva ijr@milliganrona.com,   gnc@milliganrona.com
          James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
           cote@ehrhardlaw.com
          Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
          Matthew  Shayefar    on behalf of Defendant   New Generation Med Supply Inc.
           matt@bostonlawgroup.com
          Matthew  Shayefar    on behalf of Defendant   Timex Research Consulting Inc.
           matt@bostonlawgroup.com
          Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
           dkonusevska@murphyking.com
          Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mcardlelaw.com,
           morgan@mcardlelaw.com
          Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
           morgan@mcardlelaw.com
          Valentin D. Gurvits    on behalf of Defendant   Timex Research Consulting Inc.
           vgurvits@bostonlawgroup.com
          Valentin D. Gurvits    on behalf of Defendant   New Generation Med Supply Inc.
           vgurvits@bostonlawgroup.com
          Wendy M. Mead    on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
                                                                                             TOTAL: 26
```

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Darr v. Argueta et al<br>Debtor, | Chapter: 0<br>Case No: 16–04006<br>Judge Melvin S. Hoffman |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION, REDACTION AND RELEASE

**Notice is hereby given** that an official transcript has been filed in the above referenced case. The following deadlines for restriction, redaction and release of the transcript apply:

1. The parties have twenty−one (21) calendar days from the date of filing of the transcript to file a *Request for Redaction* with the court and a Certificate of Service stating that the request was served on the other parties to the case and on the transcriber. **Please contact the court's Electronic Court Recorder Operator for the name and address of the transcriber**.

   The attorney or pro se party filing a *Request for Redaction* must attach a list of information to be redacted with the request. The information should be identified by type of identifier (e.g., minor's name, birth date, etc) with page and line number where the information appears in the transcript. Redaction requires that only the last four(4) digits of an individual's social security number or the last four(4) digits of a financial account number be shown; only a minor's initials, not his/her name, should be shown; and for birth dates only the year of birth should be shown. Specificity will reduce errors. **Please note: The Request for Redaction is a public document – do not include the actual identifiers in the Request or the attached list.**

2. If a *Request for Redaction* is filed, the redacted transcript is due 31 calendar days from the date of filing of the transcript.

3. If no *Request for Redaction* is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 90 calendar days from the date of filing of the transcript unless extended by court order.

   To review the transcript for redaction purposes, you may view the transcript at no cost from any public terminal in the Clerk's office. The document may not be printed from these terminals until the 90 day restriction period has elapsed. You may also purchase a copy of the transcript from the transcriber at the rate established by the Judicial Conference.

   ECF Users who purchase the transcript may also be given remote access to the transcript through the Court's ECF system. Subsequent to the purchase, the transcriber will contact the Court so that the ECF Users' access may be activated. **Please note: Remote access is not the same as purchasing the transcript. Remote access is not free; PACER charges will apply. The 30 page cap does NOT apply to transcripts. The full per page price will be charged to the ECF Users' PACER statement.**

| | |
|---|---|
| Date:12/26/16 | By the Court,<br><br><br>James M. Lynch<br>Clerk, U.S. Bankruptcy Court |