UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  Darr v. Argueta et al
Debtor,

Chapter: 0
Case No: 16-04006
Judge Melvin S. Hoffman

## NOTICE OF UNDELIVERABLE MAIL TO THE DEBTOR/DEBTOR'S ATTORNEY

**NOTICE IS HEREBY GIVEN** that the enclosed document was returned to the Court and could not be mailed to the notice recipient(s) because the United States Postal Service (USPS) has determined that the address(es) in the case mailing matrix is/are undeliverable.

Dischargeability of a debt may be affected if a creditor fails to receive certain notices. Until the address is updated or corrected, the USPS will continue to designate the address as undeliverable, and no notice will be given. As the debtor or debtor's counsel, it is your responsibility pursuant to MLBR 2002-4(c) to maintain the accuracy of the master mailing matrix and any amendments to it.

This form may be used in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send a copy of the enclosed document to each recipient; 2) type or print legibly the address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to the Court.

**NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

**UNDELIVERABLE NAME AND ADDRESS:** Rodrigo Castro, 11922 Golden Lodge Lane, Houston, TX 77066-3274

**THE UPDATED/CORRECTED ADDRESS IS:** _3424 Woodbriar Drive, Houston, TX 77068_

Dated: _2/6/17_    Signature: _[signature]_

○ United States Bankruptcy Court
John W. McCormack Post
Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

● United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608-2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105-2925

Date: 1/13/17

By the Court,

Joanne Ryan
Deputy Clerk
508-770-8921

232 - 222