UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors.<br>STEPHEN B. DARR AS HE IS THE<br>TRUSTEE OF THE CHAPTER 11 ESTATES<br>OF EACH OF THE DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA AND A<br>DEFENDANT CLASS OF NET WINNERS, | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered<br><br><br><br><br><br><br><br><br><br>Adversary Proceeding<br>No. 16-04006 |

**RULE 26(f) CERTIFICATION AND DISCOVERY PLAN**

Pursuant to Fed. R. Civ. P. 26(f), Fed. R. Bankr. P. 7026, and M.L.B.R. 7016, Stephen Darr, as he is Trustee of the Chapter 11 Estates of TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. (the "Trustee"), and the Defendant Class (collectively, the "Defendant"), and in accordance with this Court's Order directing the parties to file a joint discovery report and proposed plan [Docket No. 229], hereby submit the following Rule 26(f) Certification and Discovery Plan.

1. **Initial Disclosures.**

The parties participated in an initial discovery conference and discussed the likely factual and legal issues to be adjudicated in this adversary proceeding. The parties are in general agreement that resolution of this proceeding should occur in two stages. The first stage will

address the Trustee's ability to establish his prima facie case for avoidance and recovery against the Defendant class of alleged net winners. The second stage would entail the computation of damages against individual Defendants. With respect to the first stage of the proceeding, primary issues involve investigation and testing of the Debtors' electronic records which contain data of Participant activity and the reasonableness of the methodology employed by the Trustee to determine net winners.

2. **Discovery.**

Discovery is anticipated to concern primarily the Debtors' "SIG" electronic records and the methodology employed by the Trustee to determine "Net Winners" and the amount of the net "winnings." The primary factual issue will be addressed by experts retained by the Trustee and the Defendants. The Parties have agreed to the schedule set forth below and expert reports. The parties have agreed to waive initial disclosures and instead to proceed with discovery on an informal basis. The Trustee has already provided the Defendants with a working copy of the Debtors' "SIG" electronic records as well as a detailed explanation of the processes employed by the Trustee's financial advisors in retrieving and sorting data from such records. The parties' counsel and expert witnesses have also met and conferred both in person and telephonically.

3. **Experts.**

a. Reports

The Defendants' expert report shall be provided on or before June 30, 2017. The Trustee's expert report shall be provided on or before July 30, 2017. The Parties will then confer as to the need for additional discovery.

    b. <u>Depositions of Experts</u>

After exchanging expert reports, the parties will confer as to the need for depositions of experts and a schedule for the completion of same.

**4. Dispositive Motions and Pre-Trial Procedure.**

After the SIG analysis has been completed and expert discovery completed, the parties propose to submit a Status Report on or before September 30, 2016 respecting the need for any additional discovery, dispositive motions, and pre-trial procedures.

**5. Certificate of Conference.**

The parties conducted their initial Rule 26(f) conference in-person and jointly prepared this Discovery Plan in accordance with the Pretrial Order of January 11, 2017.

**STEPHEN B. DARR AS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. AND TELEXFREE FINANCIAL, INC.**

By his counsel,

/s/ Andrew G. Lizotte
Charles R. Bennett, Jr. (BBO #037380)
Andrew G. Lizotte (BBO #559609)
Murphy & King Professional Corporation
One Beacon Street
Boston, Massachusetts 02108
(617) 423-0400
CBennett@murphyking.com
ALizotte@murphyking.com

BENJAMIN ARGUETA AND A
DEFENDANT CLASS OF NET WINNERS

By their class counsel,


 /s/ Ilyas J. Rona (by permission)
Ilyas J. Rona, Esq.
MILLIGAN RONA DURAN & KING LLC
50 Congress Street, Suite 600
Boston, Massachusetts 02109
(617) 395-9570

Dated: March 3, 2017
722112

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>      Debtors.<br>STEPHEN B. DARR AS HE IS THE<br>TRUSTEE OF THE CHAPTER 11 ESTATES<br>OF EACH OF THE DEBTORS,<br><br>      Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA AND A<br>DEFENDANT CLASS OF NET WINNERS, | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered<br><br><br><br><br><br><br><br>Adversary Proceeding<br>No. 16-04006 |

### CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that on March 3, 2017, I caused a copy of the *Rule 26(f) Certification and Discovery Plan* to be sent through the ECF system to the registered participants as identified on the Notice of Electronic Filing.

                 /s/ Andrew G. Lizotte
                 Andrew G. Lizotte (BBO #559609)
                 Murphy & King Professional Corporation
                 One Beacon Street
                 Boston, Massachusetts 02108
                 (617) 423-0400
                 ALizotte@murphyking.com

Dated: March 3, 2017
722972