03/06/2017 The parties shall file by March 13, 2017 a motion to amend the January 11, 2017 pretrial order consistent with the dates proposed in the discovery plan.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors.<br>STEPHEN B. DARR AS HE IS THE<br>TRUSTEE OF THE CHAPTER 11 ESTATES<br>OF EACH OF THE DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA AND A<br>DEFENDANT CLASS OF NET WINNERS, | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered<br><br><br><br><br><br><br><br><br><br><br>Adversary Proceeding<br>No. 16-04006 |

## RULE 26(f) CERTIFICATION AND DISCOVERY PLAN

Pursuant to Fed. R. Civ. P. 26(f), Fed. R. Bankr. P. 7026, and M.L.B.R. 7016, Stephen Darr, as he is Trustee of the Chapter 11 Estates of TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. (the "Trustee"), and the Defendant Class (collectively, the "Defendant"), and in accordance with this Court's Order directing the parties to file a joint discovery report and proposed plan [Docket No. 229], hereby submit the following Rule 26(f) Certification and Discovery Plan.

1. **Initial Disclosures.**

The parties participated in an initial discovery conference and discussed the likely factual and legal issues to be adjudicated in this adversary proceeding. The parties are in general agreement that resolution of this proceeding should occur in two stages. The first stage will