# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 11 Cases |
| TELEXFREE, LLC, | 14-40987-MSH |
| TELEXFREE, INC. and | 14-40988-MSH |
| TELEXFREE FINANCIAL, INC., | 14-40989-MSH |
| Debtors. | Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS, | |
| Plaintiff, | |
| v. | |
| BENJAMIN ARGUETA AND A DEFENDANT CLASS OF NET WINNERS, | Adversary Proceeding No. 16-04006 |

## JOINT MOTION TO AMEND PRETRIAL ORDER IN CONFORMANCE WITH RULE 26(f) CERTIFICATION AND DISCOVERY PLAN

Stephen Darr, as he is Trustee of the Chapter 11 Estates of TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. (the "Trustee"), and the Defendant Class (collectively, the "Defendant"), respectfully request that the Court enter an order amending the Pretrial Order entered on January 11, 2017. In support of the motion, the parties state as follows:

1.     On or about March 3, 2017, the parties filed their Rule 26(f) Certification and Discovery Plan (the "Plan"). The Plan includes a modification of the terms of the Pretrial Order entered on January 11, 2017.

2.     Pursuant to the order entered on March 6, 2017, the parties request that the Court amend the Pretrial Order consistent with the provisions of the Plan. Specifically, the parties request that the Court establish the following deadlines:

(i) The Defendants' expert report shall be provided on or before June 30, 2017. The Trustee's expert report shall be provided on or before July 30, 2017. The parties will then confer as to the need for additional discovery;

(ii) After exchanging expert reports, the parties will confer as to the need for depositions of experts and a schedule for the completion of same;

(iii) After the analysis of the Debtors' SIG records has been completed and expert discovery completed, the parties propose to submit a Status Report on or before September 30, 2016 respecting the need for any additional discovery, dispositive motions, and pre-trial procedures.

Wherefore the parties pray that the Court:

1. Amend the Pretrial Order as provided herein; and

2. Grant such other relief as is just and proper.

**STEPHEN B. DARR AS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. AND TELEXFREE FINANCIAL, INC.**

By his counsel,

 /s/ Andrew G. Lizotte
Charles R. Bennett, Jr. (BBO #037380)
Andrew G. Lizotte (BBO #559609)
Murphy & King Professional Corporation
One Beacon Street
Boston, Massachusetts 02108
(617) 423-0400
CBennett@murphyking.com
ALizotte@murphyking.com

BENJAMIN ARGUETA AND A
DEFENDANT CLASS OF NET WINNERS

By their class counsel,


 /s/ Ilyas J. Rona (by permission)
Ilyas J. Rona, Esq.
MILLIGAN RONA DURAN & KING LLC
50 Congress Street, Suite 600
Boston, Massachusetts 02109
(617) 395-9570

Dated: March 7, 2017
723083

3