# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 11 Cases |
| TELEXFREE, LLC, | 14-40987-MSH |
| TELEXFREE, INC. and | 14-40988-MSH |
| TELEXFREE FINANCIAL, INC., | 14-40989-MSH |
| Debtors. | Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS, | |
| Plaintiff, | |
| v. | |
| BENJAMIN ARGUETA AND A DEFENDANT CLASS OF NET WINNERS, | Adversary Proceeding No. 16-04006 |

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify I have this day caused to be served a copy of the Joint Motion to Amend Pretrial Order in Conformance with Rule 26(f) Certification and Discovery Plan to be served via this Court's CM/ECF system as indicated to the parties on the attached service list.

*/s/ Andrew G. Lizotte*
Andrew G. Lizotte (BBO# 559609)
Murphy & King, Prof. Corp.
One Beacon Street
Boston, MA 02108
(617) 423-0400
Email: ALizotte@murphyking.com

DATED: March 7, 2017
723118

**ECF:**

- Charles R. Bennett    cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com
- Evans J. Carter    ejcatty1@verizon.net
- Gary W. Cruickshank    gwc@cruickshank-law.com
- Timothy J. Durken    tdurken@jagersmith.com, bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com
- James P. Ehrhard    ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- Valentin D. Gurvits    vgurvits@bostonlawgroup.com
- Andrew G. Lizotte    agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
- Michael M. McArdle    mike@mcardlelaw.com, morgan@mcardlelaw.com
- Wendy M. Mead    wendymeadpc@verizon.net
- Michael K. O'Neil    moneil@murphyking.com, dkonusevska@murphyking.com
- Ilyas J. Rona    ijr@milliganrona.com, gnc@milliganrona.com
- Hilary Schultz    hschultz@engelschultz.com
- Jordan L. Shapiro    JSLAWMA@aol.com
- Matthew Shayefar    matt@bostonlawgroup.com
- Elton Watkins    watkinslaw@comcast.net