

Case 16-04006 Doc 254 Filed 03/08/17 Entered 03/08/17 11:06:56 Desc Main Document Page 1 of 1

03/07/2017 Allowed. The Pre-Trial Order is amended consistent with parties' agreement except the date by which to submit a Status Report is September 30, 2017, not September 30, 2016.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 11 Cases |
| TELEXFREE, LLC, | 14-40987-MSH |
| TELEXFREE, INC. and | 14-40988-MSH |
| TELEXFREE FINANCIAL, INC., | 14-40989-MSH |
| Debtors. | Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS, | |
| Plaintiff, | |
| v. | |
| BENJAMIN ARGUETA AND A DEFENDANT CLASS OF NET WINNERS, | Adversary Proceeding No. 16-04006 |

**JOINT MOTION TO AMEND PRETRIAL ORDER IN CONFORMANCE WITH RULE 26(f) CERTIFICATION AND DISCOVERY PLAN**

Stephen Darr, as he is Trustee of the Chapter 11 Estates of TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. (the "Trustee"), and the Defendant Class (collectively, the "Defendant"), respectfully request that the Court enter an order amending the Pretrial Order entered on January 11, 2017. In support of the motion, the parties state as follows:

1. On or about March 3, 2017, the parties filed their Rule 26(f) Certification and Discovery Plan (the "Plan"). The Plan includes a modification of the terms of the Pretrial Order entered on January 11, 2017.

2. Pursuant to the order entered on March 6, 2017, the parties request that the Court amend the Pretrial Order consistent with the provisions of the Plan. Specifically, the parties request that the Court establish the following deadlines: