United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: meh     Page 1 of 1     Date Rcvd: Mar 06, 2017
                         Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Mar 07 2017 00:15:11     Richard King,
               Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                                 TOTAL: 1

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2017                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2017 at the address(es) listed below:
      Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
       bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
      Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
       bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com
      Elton   Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
      Elton   Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
      Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
      Gary W. Cruickshank    on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com
      Hilary  Schultz    on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
      Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@milliganrona.com,  gnc@milliganrona.com
      Ilyas J. Rona    on behalf of Defendant Julio  Silva ijr@milliganrona.com,  gnc@milliganrona.com
      James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
       cote@ehrhardlaw.com
      Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
      Matthew  Shayefar    on behalf of Defendant  Timex Research Consulting Inc.
       matt@bostonlawgroup.com
      Matthew  Shayefar    on behalf of Defendant  New Generation Med Supply Inc.
       matt@bostonlawgroup.com
      Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
       dkonusevska@murphyking.com
      Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mcardlelaw.com,
       morgan@mcardlelaw.com
      Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
       morgan@mcardlelaw.com
      Valentin D. Gurvits    on behalf of Defendant  New Generation Med Supply Inc.
       vgurvits@bostonlawgroup.com
      Valentin D. Gurvits    on behalf of Defendant  Timex Research Consulting Inc.
       vgurvits@bostonlawgroup.com
      Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
                                                                    TOTAL: 26

03/06/2017 The parties shall file by March 13, 2017 a motion to amend the January 11, 2017 pretrial order consistent with the dates proposed in the discovery plan.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>              Debtors.<br>STEPHEN B. DARR AS HE IS THE<br>TRUSTEE OF THE CHAPTER 11 ESTATES<br>OF EACH OF THE DEBTORS,<br><br>              Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA AND A<br>DEFENDANT CLASS OF NET WINNERS, | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered<br><br><br><br><br><br><br><br><br>Adversary Proceeding<br>No. 16-04006 |

## RULE 26(f) CERTIFICATION AND DISCOVERY PLAN

Pursuant to Fed. R. Civ. P. 26(f), Fed. R. Bankr. P. 7026, and M.L.B.R. 7016, Stephen Darr, as he is Trustee of the Chapter 11 Estates of TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. (the "Trustee"), and the Defendant Class (collectively, the "Defendant"), and in accordance with this Court's Order directing the parties to file a joint discovery report and proposed plan [Docket No. 229], hereby submit the following Rule 26(f) Certification and Discovery Plan.

1. **Initial Disclosures.**

The parties participated in an initial discovery conference and discussed the likely factual and legal issues to be adjudicated in this adversary proceeding. The parties are in general agreement that resolution of this proceeding should occur in two stages. The first stage will