United States Bankruptcy Court
District of Massachusetts

Darr,
Plaintiff

Adv. Proc. No. 16-04006-msh

Argueta,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-4 User: meh Page 1 of 1 Date Rcvd: Mar 08, 2017
Form ID: pdf012 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.
NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Mar 08 2017 23:16:46 Richard King,
Office of US. Trustee, 446 Main Street, 14th Floor, Worcester, MA 01608-2361
TOTAL: 1

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:

Andrew G. Lizotte on behalf of Plaintiff Stephen B. Darr agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
Charles R. Bennett, Jr. on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com
Elton Watkins, III on behalf of Defendant Milagros Adames watkinslaw@comcast.net
Elton Watkins, III on behalf of Defendant Ricardo Fabin watkinslaw@comcast.net
Evans J. Carter on behalf of Defendant Bilkish Sunesara ejcatty1@verizon.net
Gary W. Cruickshank on behalf of Defendant Jose Miguel Filho gwc@cruickshank-law.com
Hilary Schultz on behalf of Defendant Bruno Graziani hschultz@engelschultz.com
Ilyas J. Rona on behalf of Defendant Frantz Balan ijr@milliganrona.com, gnc@milliganrona.com
Ilyas J. Rona on behalf of Defendant Julio Silva ijr@milliganrona.com, gnc@milliganrona.com
James P. Ehrhard on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
Jordan L. Shapiro on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
Matthew Shayefar on behalf of Defendant Timex Research Consulting Inc. matt@bostonlawgroup.com
Matthew Shayefar on behalf of Defendant New Generation Med Supply Inc. matt@bostonlawgroup.com
Michael K. O'Neil on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com, dkonusevska@murphyking.com
Michael M. McArdle on behalf of Defendant Ruddy Abreau mike@mcardlelaw.com, morgan@mcardlelaw.com
Michael M. McArdle on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com, morgan@mcardlelaw.com
Valentin D. Gurvits on behalf of Defendant New Generation Med Supply Inc. vgurvits@bostonlawgroup.com
Valentin D. Gurvits on behalf of Defendant Timex Research Consulting Inc. vgurvits@bostonlawgroup.com
Wendy M. Mead on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
Wendy M. Mead on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
Wendy M. Mead on behalf of Defendant Lan Lan Ji wendymeadpc@verizon.net
Wendy M. Mead on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
Wendy M. Mead on behalf of Defendant Hugo Alvarado wendymeadpc@verizon.net
Wendy M. Mead on behalf of Defendant Benjamin Argueta wendymeadpc@verizon.net
Wendy M. Mead on behalf of Defendant Roberto Nunez wendymeadpc@verizon.net
Wendy M. Mead on behalf of Defendant Gladys Alvarado wendymeadpc@verizon.net
TOTAL: 26



03/07/2017 Allowed. The Pre-Trial Order is amended consistent with parties' agreement except the date by which to submit a Status Report is September 30, 2017, not September 30, 2016.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors. | 14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA AND A DEFENDANT CLASS OF NET WINNERS, | Adversary Proceeding<br>No. 16-04006 |

**JOINT MOTION TO AMEND PRETRIAL ORDER IN CONFORMANCE WITH RULE 26(f) CERTIFICATION AND DISCOVERY PLAN**

Stephen Darr, as he is Trustee of the Chapter 11 Estates of TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. (the "Trustee"), and the Defendant Class (collectively, the "Defendant"), respectfully request that the Court enter an order amending the Pretrial Order entered on January 11, 2017. In support of the motion, the parties state as follows:

1. On or about March 3, 2017, the parties filed their Rule 26(f) Certification and Discovery Plan (the "Plan"). The Plan includes a modification of the terms of the Pretrial Order entered on January 11, 2017.

2. Pursuant to the order entered on March 6, 2017, the parties request that the Court amend the Pretrial Order consistent with the provisions of the Plan. Specifically, the parties request that the Court establish the following deadlines: