# Court Certificate of Mailing

**16-4006**

VIA U.S. MAIL TO:

Robert W Kovacs, Jr
Kovacs Law, P.C.
131 Lincoln Street
Worcester, MA 01605