# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>               Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>               Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ET AL., AND A DEFENDANT CLASS OF NET WINNERS,<br><br>               Defendants. | Adversary Proceeding<br>No. 16-04006 |

## NOTICE OF FILING OF BANKRUPTCY

      Stephen B. Darr, the Plaintiff herein, hereby advises the Court that on April 17, 2017,

Laureano Arellano, a Defendant herein, filed a petition for relief under Chapter 7 of Title 11 of

2

the United States Code, in the United States Bankruptcy Court for the District of Utah, Case No. 17-23195 RKM.

Stephen B. Darr, Chapter 11 Trustee,

By his counsel,

*/s/ Andrew G. Lizotte*
Andrew G. Lizotte (BBO# 559609)
Murphy & King, Prof. Corp.
One Beacon Street
Boston, MA 02108
(617) 423-0400
Email:  ALizotte@murphyking.com

DATED:  May 2, 2017
726302