# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>        Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ET AL., AND A DEFENDANT CLASS OF NET WINNERS,<br><br>        Defendants. | Adversary Proceeding<br>No. 16-04006 |

## **CERTIFICATE OF SERVICE**

    I, Andrew G. Lizotte, hereby certify that on May 2, 2017, I caused to be served a copy of the *Suggestion of Bankruptcy* via operation of this Court's CM/ECF System as indicated on the attached service list.

                                  /s/ Andrew G. Lizotte
                                  Andrew G. Lizotte (BBO #559609)
                                  Murphy & King, Professional Corporation
                                  One Beacon Street
                                  Boston, MA  02108
                                  (617) 423-0400
                                  (617)-423-0498
                                  Email: alizotte@murphyking.com

DATED:  May 2, 2017
726303

**BY ECF:**

- Charles R. Bennett    cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com
- Evans J. Carter    ejcatty1@verizon.net
- Gary W. Cruickshank    gwc@cruickshank-law.com
- James P. Ehrhard    ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- Valentin D. Gurvits    vgurvits@bostonlawgroup.com
- Andrew G. Lizotte    agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
- Michael M. McArdle    mike@mcardlelaw.com, morgan@mcardlelaw.com
- Wendy M. Mead    wendymeadpc@verizon.net
- Michael K. O'Neil    moneil@murphyking.com, dkonusevska@murphyking.com
- Ilyas J. Rona    ijr@milliganrona.com, gnc@milliganrona.com
- Hilary Schultz    hschultz@engelschultz.com
- Jordan L. Shapiro    JSLAWMA@aol.com
- Matthew Shayefar    matt@bostonlawgroup.com
- Elton Watkins    watkinslaw@comcast.net