**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| TELEXFREE, LLC, | ) | 14-40987-MSH |
| TELEXFREE, INC. and | ) | 14-40988-MSH |
| TELEXFREE FINANCIAL, INC., | ) | 14-40989-MSH |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| STEPHEN B. DARR AS HE IS TRUSTEE OF | ) | |
| THE CHAPTER 11 ESTATES OF | ) | |
| TELEXFREE, LLC | ) | Adversary Proceeding |
| TELEXFREE, INC. and | ) | No. 16-4032 |
| TELEXFREE FINANCIAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CARLOS WANZELER, ET AL, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| STEPHEN B. DARR AS HE IS TRUSTEE OF | ) | |
| THE CHAPTER 11 ESTATES OF | ) | |
| TELEXFREE, LLC | ) | Adversary Proceeding |
| TELEXFREE, INC. and | ) | No. 16-4006 |
| TELEXFREE FINANCIAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN ARGUETA, ET AL, | ) | |
| | ) | |
| Defendant(s). | ) | |

**RESPONSE OF THE PLAINTIFFS' INTERIM
EXECUTIVE COMMITTEE TO MOTION BY TRUSTEE
TO APPROVE STIPULATION OF SETTLEMENT BETWEEN
<u>CHAPTER 11 TRUSTEE AND SANDERLEY RODRIGUES</u>**

The Plaintiffs' Interim Executive Committee (the "PIEC"), appointed by the United States District Court for the District of Massachusetts as the representative of the victims of the Debtors' Ponzi scheme by orders entered in the multi-district litigation proceedings captioned *In re TelexFree Securities Litigation*, MDL No. 14-02566 (D. Mass.), submits this response (the "Response") to the *Motion by Trustee to Approve Stipulation of Settlement Between Chapter 11 Trustee and Sanderley Rodrigues* [Docket No. 45] (the "Motion"). In support of this Response, the PIEC respectfully states as follows:

1. Following the collapse of the TelexFree pyramid scheme in early 2014, victims of TelexFree commenced various actions against the perpetrators and certain co-conspirators and promoters of the scheme, including Sanderley Rodrigues de Vasconcelos ("Rodrigues"). The Court consolidated all of the many lawsuits by those victims for recoveries of their losses, reported to exceed $3 billion dollars, into the MDL Proceeding, *see Transfer Order* [MDL Docket No. 1], and appointed the PIEC as the victims' representative to pursue all such recovery actions for their benefit. *See MDL Case Management Order No. 3* [MDL Docket No. 79].

2. On April 30, 2015, the PIEC filed the Plaintiffs' Second Consolidated Amended Complaint (the "SCAC"), against, among others, the founders and principals, executive officers, top level promoters and associated individuals (hereinafter, "TelexFree's Executives")[1], including Rodrigues [MDL Docket No. 141]. The victims' claims maintained by the PIEC against TelexFree's Executives include, *inter alia*, aiding and abetting, unjust enrichment, negligent misrepresentation, and fraud. The MDL Proceedings, including actions under the

---

[1] TelexFree Executives named in the SCAC include James M. Merrill, Carlos N. Wanzeler, Carlos Roberto Costa, Steven M. Labriola, Joseph H. Craft, Ann Genet, Katia Wanzeler, Sanderley Rodrigues, Santiago de la Rosa, Randy Crosby, Scott Miller, Faith R. Sloan, and Daniil Shoyfer. On April 4, 2017, the PIEC filed the Motion to Partially Modify Stay on a Limited Basis and to Amend Complaints [MDL Docket No. 473]. The PIEC have proposed naming Ana Paula Oliveira and Andreia B. Moreira as TelexFree Executives in the Fourth Consolidated Amended Complaint.

2

SCAC, are currently subject to a stay (the "Stay") imposed by Judge Hillman's orders entered on March 2, 2016 and July 5, 2016. See Order Staying All Action Case [MDL Docket No. 414] and Electronic Order [MDL Docket No. 435, 4:16-cv-40018-TSH Docket No. 8].

3. On April 25, 2017, the Trustee filed his Motion to approve the stipulation of settlement (the "Stipulation") between the Trustee and Rodrigues. The Motion states that the Trustee and the Securities and Exchange Commission (the "SEC") have reached an agreement to resolve their respective claims against Rodrigues. The Stipulation provides that Rodrigues will transfer and/or release any interest in substantially all of his known assets to the Trustee. Upon this Court's approval of the Stipulation, the SEC intends to present a proposed judgment to the District Court for entry, which will provide for the transfer of assets seized by the SEC to the Trustee to be distributed through the bankruptcy estate.

4. The Trustee's own causes of action against Rodrigues are necessarily limited by principles including in pari delicto, leaving many of the most significant causes of action against him to the victims themselves, here acting by the PIEC. The PIEC appreciates, accordingly, that the Motion and Stipulation do not interfere with the PIEC's ongoing claims and litigation against TelexFree's Executives, including Rodrigues, which claims include those to recover monies paid directly by victims to Rodrigues (so-called Direct Victim Payments).

5. Further, by the Trustee's own estimates, there are approximately one million victims of the TelexFree scheme who would be considered "net losers" (that is, those who paid to TelexFree and/or its promoters more than they received back in any form, directly or indirectly). The PIEC is informed that only about 132,000, or less than 15% percent, of these net loser victims have chosen to participate in the bankruptcy process by filing proofs of claim in the bankruptcy by the March 15, 2017 deadline set by the Chapter 11 Trustee. (As the Court knows,

the PIEC does not dispute the Trustee's computation of victim claim amounts, based on well-established case law developed in other Ponzi scheme cases.).

6.      Given that TelexFree and its co-conspirators preyed especially on immigrant communities, and many and even most of the victims with valid "net loser" claims do not speak English well or at all, and given today's political climate and from information available to the public, the bankruptcy case has (at least to date) generated enormous administrative fees but resulted in little recoveries available for anything else, it is perhaps not a complete surprise that most true victims with valid claims against Rodrigues and other wrong-doers have chosen to not file claims in the bankruptcy cases, for reasons known best to those victims.  The PIEC remains committed to work towards the greatest possible recovery for all victims holding valid "net loser" claims in the MDL, regardless of the reasons why so many of the holders of valid claims have chosen to not participate in the chapter 11 cases.  For that reason, including especially to best protect the interests of the vast majority of true victims who will see no recovery in the chapter 11 cases, the PIEC believes that justice is best served if every settlement by the Trustee or SEC with TelexFree's aiders and abettors include a duty to cooperate with the PIEC's on-going efforts to ensure some meaningful recovery for the majority of victims who will see nothing at all from the settlement here.

4

Dated: May 9, 2017
       Boston, Massachusetts

**BROWN RUDNICK LLP**

*/s/ William R. Baldiga*
William R. Baldiga, Esq. (BBO #542125)
Kellie W. Fisher, Esq. (BBO #693590)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: wbaldiga@brownrudnick.com


Robert J. Bonsignore, Esq.
(NH Bar #21241)
BONSIGNORE TRIAL LAWYERS, PLLC
2513 Morocco Avenue
North Las Vegas, NV 89031
Telephone:  781-856-7650
Email:  rbonsignore@classactions.us

Ronald A. Dardeno, Esq.
(BBO No. 548278)
Alexander D. Wall, Esq.
(BBO No. 688881)
Law Offices of Frank N. Dardeno
424 Broadway
Somerville, MA  02145
Telephone:  617-666-2600
Email: rdardeno@dardeno.com

Evans J. Carter, Esq.
(MA Bar No. 076560)
Evans J. Carter, P.C.
860 Worcester Road, 2nd Floor
P.O. Box 812
Framingham, MA  01701
Telephone:  508-875-1669
Email:  ejcatty1@verizon.net

Document    Page 6 of 9

D. Michael Noonan, Esq.
(MA Bar No. 558247)
(NH Bar No. 8214)
(VT Bar No. 4050)
(ME Bar No. 7240)
Christine M. Craig, Esq.
(MA Bar No. 631211)
(NH Bar No. 12842)
(ME Bar No. 8954)
Shaheen and Gordon
140 Washington Street
P.O. Box 977
Dover, NH  03821
Telephone:  603-871-4144
Email: mnoonan@shaheengordon.com
Email: ccraig@shaheengordon.com
Email: cmhart@shaheengordon.com

R. Alexander Saveri, Esq.
(CA Bar No. 173102)
Cadio Zirpoli, Esq.
(CA Bar No. 179108)
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA  94111
Telephone:  415-217-6810
Email:  rick@saveri.com
Email:  cadio@saveri.com
Email:  carl@saveri.com

Ronald P. Passatempo, Esq.
(MA Bar No. 632508)
Ronald P. Passatempo Law Offices
200 Broadway
Lynnfield, MA  01940
Telephone: 781-596-3100
Email: passatempolaw@comcast.net

William Coulthard, Esq.
(NV Bar No. 3927)
Michael Gayan, Esq.
(NV Bar No. 11135)
Kemp, Jones & Coulthard, LLP
Wells Fargo Tower
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV  89169
Telephone:  702-385-6000
Email:  w.coulthard@kempjones.com

D. Scott Dulea, Esq.
(MA Bar No. 670416)
Goldberg & Dullea
5 Briscoe Street
Beverly, MA  01915
Telephone:  978-922-4025
Email:  scott@goldberganddulles.com

Jan R. Schlichtmann, Esq.
(MA Bar No. 445900)
Jan R. Schlichtmann, Attorney at Law, PC
P.O. Box 233
Prides Crossing, MA  01965
Telephone:  978-927-1037
Email:  jan@schlichtmannlaw.com

Randall Renick, Esq.
Hadsell Stormer Richardson & Renick, LLP
128 N. Fair Oaks Avenue, Suite 204
Pasadena, CA  91103
Telephone:  626-381-9261
Email:  rrr@hadsellstormer.com

Adriana Contartese, Esq.
(FL Bar No. 89634)
Law Offices of Adriana Contartese
OCN Document Prep Suite 926
19W Flagler Street
Miami, FL  33130
Telephone: 617-268-3557
Email: adriana911@juno.com

Ihuoma Igboanugo, Esq.
(NC Bar No. 46618)
The Crescent Law Practice
183 Wind Chime Court, Suite 100
Raleigh, NC  27615
Telephone: 919-341-9707
Email: ihuoma2007@yahoo.com

Mark A. Tate, Esq.
(GA Bar No. 698820)
Tate Law Group, LLC
2 East Bryan Street, Suite 600
P.O. Box 9060
Savannah, GA  31412
Telephone:  912-234-3030
Email: marktate@tatelawgroup.com

Stephen M. Smith, Esq.
(NY Bar No. 277784)
(VA Bar No. 14362)
(NY Bar No. 277784)
(DC Bar No. 230995)
Brain Injury Law Center
2100 Kecoughtan Road
Hampton, VA  23661
Telephone:  877-840-3431
Email:  ssmith@braininjurylawcenter.com

Lisa Sleboda, Esq.
(PA No. 71580)
Ernesto Ganaden, Esq.
(HI Bar No. 8948)
Bonsignore Trial Lawyers, PLLC
23 Forest Street
Medford, Mass. 02155
Telephone:  781-856-7650
Email:  lsleboda@class-actions.us

*For the Plaintiffs' Interim Executive Committee*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on May 9, 2017, the foregoing document was filed electronically, and therefore was sent by email to those receiving CM/ECF notices from the Court's electronic filing system. I further certify that I have caused to be sent by first class mail a copy to the following parties on this 9th day of May, 2017.

Charles R. Bennett, Jr., Esq.
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA 02108

Richard King, Asst. United States Trustee
Office of the United States Trustee
446 Main Street
14th Floor
Worcester, MA 01608

                                            /s/ William R. Baldiga
                                            William R. Baldiga, Esq.