# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>               Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>               Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ET AL., AND A DEFENDANT CLASS OF NET WINNERS,<br><br>               Defendants. | <br><br><br><br><br>Adversary Proceeding<br>No. 16-04006 |

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that on May 12, 2017, I caused to be served a copy of the *(i) Stipulation Between Trustee and Defendant Class Respecting Filing of Class Proofs of Claim and (ii) Motion to Approve Stipulation Between Trustee and Defendant Class Respecting Filing of Class Proofs of Claim* via operation of this Court's CM/ECF System, by electronic mail and by First Class Mail, postage prepaid as indicated on the attached service list.

                                                /s/ Andrew G. Lizotte
                                                Andrew G. Lizotte (BBO #559609)
                                                Murphy & King, Professional Corporation
                                                One Beacon Street
                                                Boston, MA  02108
                                                (617) 423-0400
                                                (617)-423-0498
                                                Email: alizotte@murphyking.com

DATED:  May 12, 2017
726841

**BY ECF:**

- Charles R. Bennett  cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com
- Evans J. Carter  ejcatty1@verizon.net
- Gary W. Cruickshank  gwc@cruickshank-law.com
- James P. Ehrhard  ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- Valentin D. Gurvits  vgurvits@bostonlawgroup.com
- Andrew G. Lizotte  agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
- Michael M. McArdle  mike@mcardlelaw.com, morgan@mcardlelaw.com
- Wendy M. Mead  wendymeadpc@verizon.net
- Michael K. O'Neil  moneil@murphyking.com, dkonusevska@murphyking.com
- Ilyas J. Rona  ijr@milliganrona.com, gnc@milliganrona.com
- Hilary Schultz  hschultz@engelschultz.com
- Jordan L. Shapiro  JSLAWMA@aol.com
- Matthew Shayefar  matt@bostonlawgroup.com
- Elton Watkins  watkinslaw@comcast.net

- Kendra Berardi  kberardi@rc.com, mjewell@rc.com
- Deena R. Bernstein  bernsteind@sec.gov, #brodocket@sec.gov
- Roger Bertling  roger@bertlinglaw.com, rbertlin@law.harvard.edu
- Robert J. Bonsignore  rbonsignore@class-actions.us, jnewlon@class-actions.us
- C. Elizabeth Brady Murillo  emurillo@burnslev.com
- Alan L. Braunstein  abraunstein@riemerlaw.com, ahall@riemerlaw.com
- Douglas Brooks  dbrooks@libbyhoopes.com
- Orestes G. Brown  obrown@metaxasbrown.com
- Brian Casaceli  bcasaceli@mirickoconnell.com
- John Commisso  john.commisso@jacksonlewis.com, ann.macdonald@jacksonlewis.com
- Christopher M. Condon  cmc@murphyking.com, imccormack@murphyking.com
- Jonathan Crafts  jcrafts@dwyer-llc.com
- Edward Dangel  tdangel@dangeldwyer-llc.com
- Ronald A. Dardeno  rdardeno@dardeno.com
- Joseph P. Davis  davisjo@gtlaw.com, ponsettoj@gtlaw.com
- Christine E. Devine  cdevine@mirickoconnell.com, bankrupt@mirickoconnell.com
- Adam K. Doerr  adoerr@rbh.com, akelly@robinsonbradshaw.com,fbarringer@robinsonbradshaw.com
- Martin B. Dropkin  nmatza@hotmail.com, nastor@dropkinmatza.com;mdropkin@dropkinmatza.com
- Daniel Dullea  scott@goldberganddullea.com
- Timothy J. Durken  tdurken@jagersmith.com, bankruptcy@jagersmith.com;tdurken@ecf.inforuptcy.com

- John C. Elstad    jelstad@verrilldana.com
- Kate P. Foley    kfoley@mirickoconnell.com
- Robert W. Fuller    rfuller@rbh.com
- Andrew J. Gallo    andrew.gallo@bingham.com, brian.katz@morganlewis.com
- Stuart M. Glass    sglass@choate.com
- William J. Hanlon    whanlon@seyfarth.com, bosdocket@seyfarth.com
- Carol E Head    carol.head@morganlewis.com
- Lawrence P. Heffernan    lheffernan@rc.com, kberardi@rc.com
- Nellie E Hestin    nhestin@mcguirewoods.com, mkrizan@mcguirewoods.com;aauld@mcguirewoods.com;kdevyver@mcguirewoods.com
- Jonathan Horne    jhorne@murthalaw.com
- Franklin C. Huntington    huntingtonf@sec.gov
- Vernon C. Jolley    jolleylaw@comcast.net
- Paul V. Kelly    paul.kelly@jacksonlewis.com
- Nicholas R. Kennedy    nkennedy@mcguirewoods.com, bsieg@mcguirewoods.com;khosmer@mcguirewoods.com
- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
- Richard T. King    richard.t.king@usdoj.gov
- Danielle Andrews Long    dlong@rc.com, jsantiago@rc.com
- S. Elaine McChesney    Elaine.mcchesney@bingham.com
- Michael K. O'Neil    moneil@murphyking.com, dkonusevska@murphyking.com
- F. Anthony Paganelli    tony@paganelligroup.com
- Carmenelisa Perez-Kudzma    carmenelisa@pklolaw.com, evan@pklolaw.com
- James Radke    jradke@murthalaw.com, lmulvehill@murthalaw.com
- David P Reiner II    dpr@reinerslaw.com, eservice@reinerslaw.com
- Ian D. Roffman    iroffman@nutter.com, epleadings@nutter.com;cfeldman@nutter.com;kcannizzaro@nutter.com
- Mark C. Rossi    bostonian.ecf@gmail.com, Esher.RossiECF2@gmail.com
- Paul S. Samson    psamson@riemerlaw.com, ahall@riemerlaw.com
- Kenneth I. Schacter    kenneth.schacter@bingham.com
- Ari M. Selman    ari.selman@bingham.com
- Monica Snyder    msnyder@murthalaw.com, jbabula@murthalaw.com
- Lisa D. Tingue    lisa.d.tingue@usdoj.gov
- Joseph Toomey    jtoomey@nutter.com
- Thomas S. Vangel    tvangel@murthalaw.com
- Sarah W. Walsh    sarah.walsh@jacksonlewis.com
- Jason C. Weida    jweida@jonesday.com


**By Electronic Mail:  Top 30**

| | |
|---|---|
| Joselia Sangali | jozelia_miriam@hotmail.com |
| Leonardo Francisco | leocaul@hotmail.com |
| DL1, Inc. | davidbeeba@gmail.com |
| Renato Alves | renato.alves.88@hotmail.com |
| Benjamin Argueta | benjamin_Gauchao@yahoo.com |

3

| | |
|---|---|
| Marco Almeida | marcobrum53@hotmail.com |
| JMC, Inc. | marcosclubflorida@gmail.com |
| Edwin H.M Lima | aldemar.neto@ac.gov.br |
| David Martinez | dmj500@charter.net |
| Paola Zollo Alecci | paolazollo3@gmail.com |
| Robert Bourguignon | flavioarraz@gmail.com |
| Carla Peres | carlagperes@outlook.com |
| Pedro Taveras | ptc59@hotmail.com |
| Nathana Santos Reis | nathanasreis@gmail.com |
| Jose Anominondas | wjempreendimentos@icloud.com |
| Vagner Roza | vagnerflamengo2009@hotmail.com |
| Norberto Rey | reytrucking@yahoo.com |
| Jose Carlos Maciel | jcmkkgb@hotmail.com |
| Bruno Graziani | graziani8926@gmail.com |
| Renato Ribeiro | renatousa05@gmail.com |
| Marcelino Salazar Bacilio | marcelino@sb@outlook.com |
| Edison O.J. Aleman | oswaldojuradoaleman@gmail.com |
| Roman Mishuk | mishuknew@gmail.com |
| Rosa M.C. Souto | telexfree.r@hotmail.com |
| Du Painting | edpnegocios@hotmail.com |
| Graca Luisa Andrade | projectosfx@gmail.com |
| Paulo Francisco da Silva | avpaulo_207@hotmail.com |
| Leone da Silva Santos | araujommn@gmail.com |
| | |
| David Fine, Esq. | dfine@kslaw.com |
| Craig Dunlap, Esq. | cdunlap@fclaw.com, tnealon@fclaw.com |
| Opt3 Solutions, Inc. | infor@opt3.com |

**BY ELECTRONIC MAIL:  APPEARANCES**

Ihuoma Igboanugo (for Maduako C. Ferguson, Sr. et al)
The Crescent Law Practice
P.O. Box 41333
Raleigh, NC 27692
919-389-6963
thecrescentlaw@gmail.com

Timothy S. Cory (for Ismail Karatekin) and (for Leonardo Barros Pereira)
Durham Jones & Pinegar
10785 W. Twain Ave., Ste 200
Las Vegas, NV 89135
(702) 870-6060
(702) 870-6090 (fax)
tcory@djplaw.com

Jonathan Horne (for Opt3 Solutions, Inc.)
Jager Smith P.C.
One Financial Center 4th Fl.
Boston, MA 02111
617.951.0500
jhorne@jagersmith.com

Douglas Brooks (for Propay, Inc.)
LibbyHoopes
399 Boylston Street
Boston, MA 02116
617-338-9300
dbrooks@libbyhoopes.com

William Baldiga, Esq. (for Plaintiffs' Interim Executive Committee)
Jill C. Wexler
Brown Rudnick
One Financial Center
Boston MA  02111
wbaldiga@brownrudnick.com
jwexler@brownrudnick.com

D. Michael Noonan, Esq. (for Plaintiffs' Interim Executive Committee)
Shaheen & Gordon PA
140 Washington Street
Dover NH  03821
mnoonan@shaheengordon.com

R. Alexander Saveri, Esq. (for Plaintiffs' Interim Executive Committee)
Saveri & Saveri, Inc.
706 Sansome St.
San Francisco CA  94111
rick@saveri.com

William L. Coulthard, Esq. (for Plaintiffs' Interim Executive Committee)
Kemp Jones & Coulthard, LLP
Wells Fargo Tower
3800 Howard Hughes Parkway
17th Floor
Las Vegas NV  89169
w.coulthard@kempjones.com

Neil Gallagher
USAMA
Neil.Gallagher@usdoj.gov

BY FIRST CLASS MAIL:

Maria J. Diconza, Esq., Nancy A. Mitchell, Esq.
 & Matthew Hinker, Esq.
Greenberg Traurig, Llp
Metlife Building
200 Park Ave
New York, NY 10166

Thomas H. Fell, Esq., Gregory Garman, Esq.
Gordon Silver
3960 Howard Hughes Pky, 9th Flr
Las Vegas, NV 89169

Evan J. Gershbein & Drake D. Foster
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Teresa M. Pilatowicz, Esq., Mark M. Weisenmiller, Esq.
Gordon Silver, Ltd.
3960 Howard Hughes Pkwy, 9th Flr
Las Vegas, NV 89169

Roger W Wenthe
United States Attorney
333 Las Vegas Blvd So, #5000
Las Vegas, Nv 89101

Internal Revenue Service
Special Procedures Function
STOP 2080, P.O. Box 9112
25 New Sudbury St., JFK Federal Bldg.
Boston MA  02203

Securities and Exchange Commission
100 F Street, N.E.
Washington DC  20549

Commonwealth of Mass/DOR
Bankruptcy Unit, P.O. Box 9564
100 Cambridge Street, 7th floor
Boston MA  02114-9564

Stephen Darr
Huron Consulting Services, LLC
100 High Street, 23rd Floor
Boston MA  02110

Richard F. Holley, Esq.
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Sandra W. Lavigna
U. S. Securities And Exchange Comm.
5670 Wilshire Blvd, 11th Flr
Los Angeles, CA 90036

David L. Neale, Esq.
Levene, Neale, Bender, Yoo & Brill Llp
10250 Constellation Blvd., Suite 1700
Los Angeles, Ca 90067

Securities and Exchange Commission
Boston District Office
33 Arch Street, 23rd Floor
Boston MA  02110

William D. Weinreb
Acting United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston MA  02210

Commonwealth of Massachusetts
Division of Unemployment Assistance
Executive Office of Labor & Workplace Develop.
19 Staniford St., Hurley Bldg.
Boston MA  02114

Jeff Sessions
Attorney General of The United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington DC  2053-0001

7

Office of the Attorney General
Commonwealth of MA
Consumer Protection Division
One Ashburton Place, 19th Floor
Boston MA  02108

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114-9564

Daniel M. Feigenbaum, Esq.
Deputy General Counsel
Alvarez & Marshal Holdings, LLC
600 Madison Avenue
New York, NY  10022

William H. Runge, III
Alvarez & Marshal North America, LLC
Monarch Tower,
 3424 Peachtree Road, NE, #1500
Atlanta GA  30326

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia PA  19104

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA  19101-7346

Stuart MacMillan
Chairman and Managing Partner
Impact This Day, Inc.
2555 Enterprise Road
Clearwater FL  33763

Internal Revenue Service
500 N. Capital St., NW
Washington DC  20221

The Sheffield Group
2239 N. Hayden Road
Suite 103
Scottsdale AZ  85257

Massachusetts Securities Division
William Neelon, Esq.
Enforcement Section
One Ashburton Place, Room 1701
Boston MA  02108

Legal Services Center
Roger Berling
122 Boylston Street
Jamaica Plain, MA  02130

Lee A Armstrong, Esq.
222 E. 41st Street
New York, NY 10017

Rodman, Rodman & Sandman
Richard Sandman
442 main Street, Suite 300
Malden MA  02148

Lane Powell
601 S.W. Second Avenue
Suite 2100
Portland OR  97204

Babener & Associates
121 SW Morrison, Suite 1020
Portland OR  97204

Telecom Logic, LLC
818 SW 3rd Avenue
Suite 137
Portland OR  97204

Richard W. Waak
11300 East Shore Drive
Delton MI  49046

Cotton Driggs Walch Holley Woloson & Thompson
Richard Holley Ogonna Atamoh
400 S. 4th Street, 3rd floor
Las Vegas, NV  89101

8

PayPal Worldwide Operations
12312 Port Grace Blvd
La Vista Nebraska 68128

Lee M Pollack
Law Firm of Jones Day
222 E. 41st Street
New York, NY 10017

International Payout Systems Inc.
2500 E. Hallandale Beach Blvd.
Suite 800
Hallandale Beach FL 33009

Telexfree
Stuart MacMillan
225 Cedar Hill St., Suite 200
Marlborough MA 01752

Argus Payments Inc.
220 Humboldt Court
Sunnyvale CA 94089

Gerald P. Nehra
1710 Beach Street
Muskegon MI 49441-1008

Allied Wallet
1 Northcumberland Avenue
Trafalgar Square
LONDON, WC2N 5BW
UNITED KINGDOM

PayPal Corporate Headquarters
2211 North First Street
San Jose, CA 95131

Garvey Schubert Barer
100 Wall Street
20th fl
New York, NY 10005-3708

Global Payroll Gateway, Inc.
18662 MacArthur Blvd.
Suite 200
Irvine CA 92612

Lane Powell Prof. Corporation
301 West Northern Lights Blvd.
Suite 301
Anchorage AK 99503

ProPay Inc.
3400 N. Ashton Blvd.
Suite 200
Lehi, UT 84043

Andrea L. Marconi, Esq.
Fennemore Craig, P.C.
23921 E. Camelback Road
Phoenix, AZ 85016

Allied Wallet
9000 W. Sunset Blvd, #820
West Hollywood CA 90069

David Meadows, Esq. & Phyllis B. Sumner, Esq.
King & Spauling, LLP
1180 Peachtree Street
Atlanta GA 30309-3521

Garvey Schubert Barer
Bank of America Financial Center
121 SW Morrison Street, 11th floor
Portland OR 97204-3141

Ronald P. Passatempo, Esq.
Law Offices of Ronald P. Passatempo
200 Broadway, Suite 102
Lynnfield MA 01940

Garvey Schubert Barer
Flour Mill Building
1000 Potomac Street, NW, 5th Floor
Washin gton DC 20007-3501

Edward F. Manzi, Jr.
Fidelity CoOperative bank
675 Main Street
Fitchburg, MA  01420

Lane Powell Prof. Corporation
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle WA  98111

TD Bank
185 Franklin Street
Boston MA  02110

Opt3 Solutions, Inc.
15642 Sand Canyon Avenue, #52255
Irvine CA  92619-2255

J.P. Morgan Chase, N.A.
c/o CT Corporation System
155 Federal Street, Suite 700
Boston, MA  02110

Elizabeth Mueller, Esq., D. Scott Carlton, Esq.
 & Thomas Zaccaro, Esq.
Law Firm of Paul Hastings, LLP
515 S. Flower Street
Los Angeles, CA  90071

Digital Federal Credit Union
853 Donald Lynch Blvd.
Marlborough MA  01752

Ciao Telecomm, Inc.
8390 LBJ Freeway
Dallas, TX  75243

Santander Bank
75 State Street
Boston MA  02109

Impact This Day Inc.
c/o Debra L. Squier
506 Roxbury Drive
Safety Harbor, FL 34695

Bertin C. Emmons, Esq.
Sovereign Bank
75 State Street, 4th floor
Boston MA  02109

Robert M. Goldstein, Esq.
20 Park Plaza
Suite 2000
Boston MA  02116

Michael S. Held, Esq. & Lawrence Waks, Esq.
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas TX  75201-2725

Bank of America, N.A.
100 Federal Street
Boston MA  02110

Joseph R. Middleton, Esq.
KPMG, LLP
60 South Street
Boston MA  02111

Citizens Bank
28 State Street
Boston MA  02109

Timothy Martin
Huron Consulting Services LLC
100 High Street, 23rd Floor
Boston MA  02110

Oriental Bank
Old San Juan Branch
204 Tetuan Street
San Juan, PR  00901

Miranda L. Hughes, Esq.
Brown, Winick, Graves, Gross,
 Baskerville, & Schoenebaum P.L.C.
666 Grand Avenue, Suite 2000 Ruan Center
Des Moines, IA  50309

 Mary Murrane, Esq.
 United States Attorney
 U.S. Courthouse, Suite 9200
 One Courthouse Way
 Boston MA  02210

Wells Fargo Bank, N.A.
c/o Corporation Service Co.
84 State Street
Boston MA  02109

Nicholas R. Kennedy, Esq.
McGuireWoods, LLP
One James Center
901 East Cary St.
Richmond, VA  23219

Juanita F. Garza
KPMG LLP
811 Main Street
Houston TX  77002

 Andrew Lelling, Esq.
 United States Attorney
 U.S. Courthouse, Suite 9200
 One Courthouse Way
 Boston MA  02210

Romualdo Gonzalez, Esq.
228 St. Charles Avenue, Suite 1230
New Orleans, LA  70130

11