2. Grant such other relief as is just and proper.

> STEPHEN B. DARR AS TRUSTEE
> OF THE CHAPTER 11 ESTATES OF
> TELEXFREE, LLC, TELEXFREE, INC.
> AND TELEXFREE FINANCIAL, INC.
>
> By his counsel,
>
>  /s/ Andrew G. Lizotte
> Charles R. Bennett, Jr. (BBO #037380)
> Andrew G. Lizotte (BBO #559609)
> Murphy & King Professional Corporation
> One Beacon Street
> Boston, Massachusetts  02108
> (617) 423-0400
> ALizotte@murphyking.com
>
>
> DEFENDANT CLASS
> REPRESENTATIVE FRANTZ BALAN
>
> By his counsel,
>
> /s/ Ilyas J. Rona
> Ilyas J. Rona, Esq. (BBO #642964)
> MILLIGAN RONA DURAN & KING LLC
> 50 Congress Street, Suite 600
> Boston, Massachusetts 02109
> (617) 395-9570
> ijr@mrdklaw.com

726766