UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: <br><br> TELEXFREE, LLC, <br> TELEXFREE, INC. and <br> TELEXFREE FINANCIAL, INC., <br><br> Debtors. | Chapter 11 Cases <br><br> 14-40987-MSH <br> 14-40988-MSH <br> 14-40989-MSH <br><br> Jointly Administered |
| STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC., <br><br> Plaintiff, <br> v. <br><br> CARLOS WANZELER, ET AL, <br> Defendant(s). | Adversary Proceeding <br> No.16-4032 |
| STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC., <br><br> Plaintiff, <br> v. <br><br> BENJAMIN ARGUETA, ET AL <br> Defendant(s). | Adversary Proceeding <br> No.16-4006 |

05/16/2017 Allowed.

**MOTION BY TRUSTEE TO APPROVE STIPULATION OF SETTLEMENT BETWEEN CHAPTER 11 TRUSTEE AND SANDERLEY RODRIGUES**

Stephen Darr, the duly appointed Chapter 11 Trustee (the "Trustee") of TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. ("TelexFree" or the "Debtors"), respectfully