United States Bankruptcy Court
District of Massachusetts

Darr,
      Plaintiff                                          Adv. Proc. No. 16-04006-msh

Argueta,
       Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: meh              Page 1 of 1           Date Rcvd: May 17, 2017
                              Form ID: pdf012        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov May 17 2017 22:46:04      Richard King,
                 Office of US. Trustee,    446 Main Street,   14th Floor,    Worcester, MA 01608-2361
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
              Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
               bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
              Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
               bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com
              Elton  Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
              Elton  Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
              Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
              Gary W. Cruickshank    on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com
              Hilary  Schultz    on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
              Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@milliganrona.com,  gnc@milliganrona.com
              Ilyas J. Rona    on behalf of Defendant Julio  Silva ijr@milliganrona.com,  gnc@milliganrona.com
              James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
               cote@ehrhardlaw.com
              Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
              Matthew  Shayefar    on behalf of Defendant  Timex Research Consulting Inc.
               matt@bostonlawgroup.com
              Matthew  Shayefar    on behalf of Defendant  New Generation Med Supply Inc.
               matt@bostonlawgroup.com
              Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
               dkonusevska@murphyking.com
              Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mcardlelaw.com,
               morgan@mcardlelaw.com
              Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
               morgan@mcardlelaw.com
              Valentin D. Gurvits    on behalf of Defendant  New Generation Med Supply Inc.
               vgurvits@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Defendant  Timex Research Consulting Inc.
               vgurvits@bostonlawgroup.com
              Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
                                                                                                TOTAL: 26

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>             Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>             Plaintiff,<br>v.<br><br>CARLOS WANZELER, ET AL,<br>             Defendant(s). | Adversary Proceeding<br>No.16-4032 |
| STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>             Plaintiff,<br>v.<br><br>BENJAMIN ARGUETA, ET AL<br>             Defendant(s). | Adversary Proceeding<br>No.16-4006 |

05/16/2017 Allowed.

## MOTION BY TRUSTEE TO APPROVE STIPULATION OF SETTLEMENT BETWEEN CHAPTER 11 TRUSTEE AND SANDERLEY RODRIGUES

Stephen Darr, the duly appointed Chapter 11 Trustee (the "Trustee") of TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. ("TelexFree" or the "Debtors"), respectfully