**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN ARGUETA, ET AL, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>Defendants | Adv. Proc. No. 16-04006 |

**MOTION TO APPROVE STIPULATION BETWEEN TRUSTEE AND DEFENDANT CLASS RESPECTING FILING OF CLASS PROOFS OF CLAIM**

Stephen Darr, the duly appointed Chapter 11 trustee (the "Trustee") of the bankruptcy estates of TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc. (collectively, the "Debtors" or "TelexFree") and Frantz Balan on his own behalf and as class representative on behalf of all similarly situated parties (the "Class Representative") respectfully request that the Court approve the attached stipulation ("Stipulation") respecting the filing of a class proof of claim by the Class Representative.

06/09/2017 Allowed. No objections filed.