United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

## CERTIFICATE OF NOTICE

District/off: 0101-4     User: meh     Page 1 of 1     Date Rcvd: Jun 09, 2017
                   Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Jun 09 2017 22:48:53     Richard King,
         Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                                                                                                                                      TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2017 at the address(es) listed below:
          Andrew G. Lizotte   on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
           bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
          Charles R. Bennett, Jr.   on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
           bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com
          Elton  Watkins, III   on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
          Elton  Watkins, III   on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
          Evans J. Carter   on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
          Gary W. Cruickshank   on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com
          Hilary  Schultz   on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
          Ilyas J. Rona   on behalf of Defendant Frantz  Balan ijr@milliganrona.com,   gnc@milliganrona.com
          Ilyas J. Rona   on behalf of Defendant Julio  Silva ijr@milliganrona.com,   gnc@milliganrona.com
          James P. Ehrhard   on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
           cote@ehrhardlaw.com
          Jordan L. Shapiro   on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
          Matthew  Shayefar   on behalf of Defendant   Timex Research Consulting Inc.
           matt@bostonlawgroup.com
          Matthew  Shayefar   on behalf of Defendant   New Generation Med Supply Inc.
           matt@bostonlawgroup.com
          Michael K. O'Neil   on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
           dkonusevska@murphyking.com
          Michael M. McArdle   on behalf of Defendant Ruddy  Abreau mike@mcardlelaw.com,
           morgan@mcardlelaw.com
          Michael M. McArdle   on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
           morgan@mcardlelaw.com
          Valentin D. Gurvits   on behalf of Defendant   New Generation Med Supply Inc.
           vgurvits@bostonlawgroup.com
          Valentin D. Gurvits   on behalf of Defendant   Timex Research Consulting Inc.
           vgurvits@bostonlawgroup.com
          Wendy M. Mead   on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
          Wendy M. Mead   on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
          Wendy M. Mead   on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net
          Wendy M. Mead   on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
          Wendy M. Mead   on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
          Wendy M. Mead   on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
          Wendy M. Mead   on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
          Wendy M. Mead   on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
                                                                                                                                                                     TOTAL: 26



06/09/2017 Allowed. No objections filed.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN ARGUETA, ET AL, AND A DEFENDANT CLASS OF NET WINNERS,<br><br>Defendants | Adv. Proc. No. 16-04006 |

### MOTION TO APPROVE STIPULATION BETWEEN TRUSTEE AND DEFENDANT CLASS RESPECTING FILING OF CLASS PROOFS OF CLAIM

Stephen Darr, the duly appointed Chapter 11 trustee (the "Trustee") of the bankruptcy estates of TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc. (collectively, the "Debtors" or "TelexFree") and Frantz Balan on his own behalf and as class representative on behalf of all similarly situated parties (the "Class Representative") respectfully request that the Court approve the attached stipulation ("Stipulation") respecting the filing of a class proof of claim by the Class Representative.