UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC., | Chapter 11 Cases<br><br>14–40987–MSH<br>14–40988–MSH<br>14–40989–MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, CHAPTER 11 TRUSTEE OF THE DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, MARIA TERESA MILAGRES NEVES, MARCOS LANA, LUIZ ANTONIO DA SILVA, BRUNO GRAZIANI, EDUARDO N. SILVA, MICHEL CHRISTIANO SANTOLIN DE ARRUDA, FRANCISDALVA SIQUEIRA, ALEXANDER N. AURIO, AMILCAR LOPEZ, RENATO SACRAMENTO, JULIO SILVA, DAVIDSON R. TEIXEIRA, JOSE CARLOS MACIEL, JESUS OSUNA, CHAI HOCK NG, EDILENE STORCK NAVARRO, SORAYA FERREIRA, EDSON F. SOUZA, VAMING SERVICES, JORGE ANTONIO MEJIA SEQUEIRA, RODRIGO CASTRO, DAVID REIS, ANA SANTOS, WESLEY DIAS, TIMEX RESEARCH CONSULTING, INC., CELSO ROBERTO SILVA FILHO, TEAM GLOBAL ADVERTISING LLC, LWC MARKETING, INC., BARTOLO CASTLLO, GASPAR JESUS, LUISA E. LOPEZ, MARCIO SOUZA NERY, DEBORA C. BRASIL, JOELITO SOUZA CALDAS JUNIOR, UNITED GROUP USA, JEAN 2004, ENTERPRISE | Adversary Proceeding<br>No. 16–04006 |

| |
|---|
| CORP., RUDMAR GENTIL, NEW GENERATION MED SUPPLY, INC., DANEUNG XIONG, CARLOS ALFARO, LUSETTE BALAN, TECHNOVIA, INC., FAITH SLOAN, MARIZA S. MORINELLI, NUBIA R. GLOULART, ROBERTO NUNEZ, GILSON NASSAR, BINGJIAN PAN, YUE CHEN, RODRIGO R. BREDA, PAULO GIULIANO DIOGENES DE BESSA ROSADO, JOSE MIGUEL FILHO, LAN LAN JI, VENERANDO CONTRERAS, JAP INTERNATIONAL NETWORK, LLC, WALACE AUGUSTO DA SILVA, EZAU SOARES FERREIRA, EDDIT ALBERTO DUVERGE, GLOBAL MARKETING STRATEGIES, CAROL VANTERPOOL, DEVENDRA SHAH, PAT JACKSON, SILVERIO REYES, FABIANA ACACIA DA CRUZ DOS SANTOS, GERALD AGNEW, DWAYNE JONES, JOSEPH PIETROPAOLO, JAMILSON MARCO CONCEICAO, SONYA CROSBY, RANDY CROSBY, WESLEY NASCIMENTO ALVESBY, ANTONIO OLIVEIRA, RONEIL BARRETO, MILAGROS ADAMES, LM DAVAR, INC., PARROT BAY HOMES, INC., EDGAR BORELLI, RICHARDO FABIN, DANIEL CHAVEZ, FAUSTINO TORRES, HELIO BARBOSA, GELALIN-3377, LLC AND A DEFENDANT CLASS OF NET WINNERS, <br><br>                     Defendants. |

**JOINT MOTION TO ENLARGE TIME FOR
PARTIES TO PROVIDE EXPERT REPORTS**

Pursuant to Bank. R. 9006 (b)(1), the Trustee and the class of Net Winner Class Defendants hereby respectfully move for an enlargement of time up to and including **August 30, 2017** for the class to provide its expert report and up to and including **September 29, 2017** for the Trustee to provide its expert report. As grounds for the motion, the parties jointly state the following:

1. On October 6, 2016 this Court certified the defendant "Net Winner Class." (Document No. 194).

2. Frantz Balan has been named the class representative for this class.

3. Milligan Rona Duran & King, LLC, as appointed class counsel for the class, has retained StoneTurn Group as its expert.

4. On March 7, 2017, the parties jointly moved to amend the schedule as follows:

- The Defendants' expert report shall be provided on or before June 30, 2017.

- Trustee's expert report shall be provided on or before July 30, 2017.

5. Due to the volume and complexity of the SIG data, it has taken longer than anticipated for the class and counsel to obtain the necessary data for a thorough review by StoneTurn Group.

6. StoneTurn Group anticipates needing to the end of July to finish their analysis.

7. Class counsel has conferred with Trustee's counsel in person, by phone, and by email, and counsel for the Trustee assents to the enlargement of time requested herein.

WHEREFORE, the Trustee and the class of Net Winner Class Defendants hereby respectfully move for an enlargement of time up to and including **August 30, 2017** for the class to provide its expert report and up to and including **September 29, 2017** for the Trustee to provide its expert report.

Respectfully submitted,

**STEPHEN B. DARR AS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. AND TELEXFREE FINANCIAL, INC.,**

By his counsel,

Dated: June 27, 2017

/s/ Andrew G. Lizotte
Charles R. Bennett, Jr. (BBO #037380)
Andrew G. Lizotte (BBO #559609)
Murphy & King Professional Corporation
One Beacon Street
Boston, Massachusetts  02108
(617) 423-0400
CBennett@murphyking.com
ALizotte@murphyking.com

**DEFENDANT FRANZT BALAN ON BEHALF OF THE NET WINNER CLASS,**

By his counsel,

Dated: June 27, 2017

/s/ Ilyas J. Rona
Ilyas J. Rona, Esq. (BBO# 642964)
MILLIGAN RONA DURAN & KING LLC
50 Congress Street, Suite 600
Boston, Massachusetts 02109
(617) 395-9570
ijr@mrdklaw.com

4

## **CERTIFICATE OF SERVICE**

I, Ilyas J. Rona, hereby certify that I have caused a copy of the **JOINT MOTION TO ENLARGE TIME FOR PARTIES TO PROVIDE EXPERT REPORTS** to be served on all registered electronic filers appearing in this case via the Court's CM/ECF system.

Dated: June 27, 2017                    /s/ Ilyas J. Rona
                                        Ilyas J. Rona, Esq.

5