United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

## CERTIFICATE OF NOTICE

District/off: 0101-4     User: meh     Page 1 of 1     Date Rcvd: Jun 28, 2017
                  Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Jun 28 2017 22:49:15     Richard King,
         Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                                                                                                                                                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2017 at the address(es) listed below:
         Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
          bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
         Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
          bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com
         Elton   Watkins, III    on behalf of Defendant Milagros   Adames watkinslaw@comcast.net
         Elton   Watkins, III    on behalf of Defendant Ricardo   Fabin watkinslaw@comcast.net
         Evans J. Carter    on behalf of Defendant Bilkish   Sunesara ejcatty1@verizon.net
         Gary W. Cruickshank    on behalf of Defendant Jose Miguel   Filho gwc@cruickshank-law.com
         Hilary   Schultz    on behalf of Defendant Bruno   Graziani hschultz@engelschultz.com
         Ilyas J. Rona    on behalf of Defendant Frantz   Balan ijr@milliganrona.com,    gnc@milliganrona.com
         Ilyas J. Rona    on behalf of Defendant Julio   Silva ijr@milliganrona.com,    gnc@milliganrona.com
         James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
          cote@ehrhardlaw.com
         Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
         Matthew   Shayefar    on behalf of Defendant   Timex Research Consulting Inc.
          matt@bostonlawgroup.com
         Matthew   Shayefar    on behalf of Defendant   New Generation Med Supply Inc.
          matt@bostonlawgroup.com
         Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
          dkonusevska@murphyking.com
         Michael M. McArdle    on behalf of Defendant Ruddy   Abreau mike@mcardlelaw.com,
          morgan@mcardlelaw.com
         Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
          morgan@mcardlelaw.com
         Valentin D. Gurvits    on behalf of Defendant   New Generation Med Supply Inc.
          vgurvits@bostonlawgroup.com
         Valentin D. Gurvits    on behalf of Defendant   Timex Research Consulting Inc.
          vgurvits@bostonlawgroup.com
         Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Lan Lan Ji wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Hugo   Alvarado wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Benjamin   Argueta wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Roberto   Nunez wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Gladys   Alvarado wendymeadpc@verizon.net
                                                                                                                                                                                                                                                                                                                                                                                                                     TOTAL: 26

06/28/2017 Allowed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC., | Chapter 11 Cases<br><br>14–40987–MSH<br>14–40988–MSH<br>14–40989–MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, CHAPTER 11 TRUSTEE OF THE DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, MARIA TERESA MILAGRES NEVES, MARCOS LANA, LUIZ ANTONIO DA SILVA, BRUNO GRAZIANI, EDUARDO N. SILVA, MICHEL CHRISTIANO SANTOLIN DE ARRUDA, FRANCISDALVA SIQUEIRA, ALEXANDER N. AURIO, AMILCAR LOPEZ, RENATO SACRAMENTO, JULIO SILVA, DAVIDSON R. TEIXEIRA, JOSE CARLOS MACIEL, JESUS OSUNA, CHAI HOCK NG, EDILENE STORCK NAVARRO, SORAYA FERREIRA, EDSON F. SOUZA, VAMING SERVICES, JORGE ANTONIO MEJIA SEQUEIRA, RODRIGO CASTRO, DAVID REIS, ANA SANTOS, WESLEY DIAS, TIMEX RESEARCH CONSULTING, INC., CELSO ROBERTO SILVA FILHO, TEAM GLOBAL ADVERTISING LLC, LWC MARKETING, INC., BARTOLO CASTLLO, GASPAR JESUS, LUISA E. LOPEZ, MARCIO SOUZA NERY, DEBORA C. BRASIL, JOELITO SOUZA CALDAS JUNIOR, UNITED GROUP USA, JEAN 2004, ENTERPRISE | Adversary Proceeding<br>No. 16–04006 |