UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Darr v. Argueta et al ,  Debtor | Chapter: 0  Case No: 16–04006  Judge Melvin S. Hoffman |

# NOTICE OF OBJECTION DEADLINE

[279] Motion filed by Plaintiff Stephen B. Darr to Approve Re: [278] Stipulation.

Steven Darr, Trustee
Murphy & King, PC
One Beacon Street
Boston, MA 02108

**YOU ARE RESPONSIBLE FOR THE FOLLOWING:**

1. Notifying the U.S. Trustee, all creditors, all parties in interest, indenture trustees (if any), and the trustee for this case (if any) that the deadline for filing an objection or response to the motion is **APRIL 16, 2018** at 4:30 P.M. See FRBP 2002 and MLBR 9013–1(d).

2. Notifying the U.S. Trustee, all creditors, all parties in interest, indenture trustees (if any) and the trustee for this case (if any) that a hearing will be scheduled only if objections are filed to the motion and that, if no objection or responses are filed, the motion will be allowed without a hearing.

3. Filing your certificate of service with respect to such notice within one week of the date of this notice.

**If you fail to file timely a certificate of service, the Court may deny your motion without a hearing.**

| | |
|---|---|
| Date: 3/21/2018 | By the Court, Judge Melvin S. Hoffman |
| | Toni Elam  Deputy Clerk |

I hereby certify that I mailed this notice to the movant. Andrew G. Lizotte, Esq.
c/o Murphy & King, PC
One Beacon Street
Boston, MA 02108

| | |
|---|---|
| Date of Mailing:3/21/2018 | By the Court, |
| | Toni Elam  Deputy Clerk |