# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 11 Cases |
| TELEXFREE, LLC, | 14-40987-MSH |
| TELEXFREE, INC. and | 14-40988-MSH |
| TELEXFREE FINANCIAL, INC., | 14-40989-MSH |
| Debtors. | Jointly Administered |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS, | |
| Plaintiff, | |
| v. | |
| BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, MARIA TERESA MILAGRES NEVES, MARCOS LANA, LUIZ ANTONIO DA SILVA, BRUNO GRAZIANI, EDUARDO N. SILVA, MICHEL CHRISTIANO SANTOLIN DE ARRUDA, FRANCISDALVA SIQUEIRA, ALEXANDER N. AURIO, AMILCAR LOPEZ, RENATO SACRAMENTO, JULIO SILVA, DAVIDSON R. TEIXEIRA, JOSE CARLOS MACIEL, JESUS OSUNA, CHAI HOCK NG, EDILENE STORCK NAVARRO, SORAYA FERREIRA, EDSON F. SOUZA, VAMING SERVICES, JORGE ANTONIO MEJIA SEQUEIRA, RODRIGO CASTRO, DAVID REIS, | Adversary Proceeding No. 16-04006 |

| |
|---|
| ANA SANTOS, WESLEY DIAS, TIMEX RESEARCH CONSULTING, INC., CELSO ROBERTO SILVA FILHO, TEAM GLOBAL ADVERTISING LLC, LWC MARKETING, INC., BARTOLO CASTLLO, GASPAR JESUS, LUISA E. LOPEZ, MARCIO SOUZA NERY, DEBORA C. BRASIL, JOELITO SOUZA CALDAS JUNIOR, UNITED GROUP USA, JEAN 2004, ENTERPRISE CORP., RUDMAR GENTIL, NEW GENERATION MED SUPPLY, INC., DANEUNG XIONG, CARLOS ALFARO, LUSETTE BALAN, TECHNOVIA, INC., FAITH SLOAN, MARIZA S. MORINELLI, NUBIA R. GLOULART, ROBERTO NUNEZ, GILSON NASSAR, BINGJIAN PAN, YUE CHEN, RODRIGO R. BREDA, PAULO GIULIANO DIOGENES DE BESSA ROSADO, JOSE MIGUEL FILHO, LAN LAN JI, VENERANDO CONTRERAS, JAP INTERNATIONAL NETWORK, LLC, WALACE AUGUSTO DA SILVA, EZAU SOARES FERREIRA, EDDIT ALBERTO DUVERGE, GLOBAL MARKETING STRATEGIES, CAROL VANTERPOOL, DEVENDRA SHAH, PAT JACKSON, SILVERIO REYES, FABIANA ACACIA DA CRUZ DOS SANTOS, GERALD AGNEW, DWAYNE JONES, JOSEPH PIETROPAOLO, JAMILSON MARCO CONCEICAO, SONYA CROSBY, RANDY CROSBY, WESLEY NASCIMENTO ALVESBY, ANTONIO OLIVEIRA, RONEIL BARRETO, MILAGROS ADAMES, LM DAVAR, INC., PARROT BAY HOMES, INC., EDGAR BORELLI, RICHARD FABIN, DANIEL CHAVEZ, FAUSTINO TORRES, HELIO BARBOSA, GELALIN-3377, LLC AND A DEFENDANT CLASS OF NET WINNERS, <br>                     Defendant(s). |

## CERTIFICATE OF SERVICE

    I, Andrew G. Lizotte, hereby certify that on March 22, 2018, I caused to be served a copy

of the *Notice of Objection Deadline* in reference to *Motion by Trustee to Approve Stipulation of*

2

*Settlement Between Chapter 11 Trustee and Randy Crosby and Sonya Crosby* via operation of this Court's CM/ECF System, by Electronic Mail, and by First Class Mail as indicated on the attached service list.

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA  02108
(617) 423-0400
(617)-423-0498
Email: alizotte@murphyking.com

DATED:  March 22, 2018
740911

**BY ECF:**

- William R. Baldiga    wbaldiga@brownrudnick.com
- Charles R. Bennett    cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com
- Kendra Berardi    kberardi@rc.com, mjewell@rc.com
- Deena R. Bernstein    bernsteind@sec.gov, #brodocket@sec.gov
- Roger Bertling    roger@bertlinglaw.com, rbertlin@law.harvard.edu
- Robert J. Bonsignore    rbonsignore@class-actions.us, jnewlon@class-actions.us
- C. Elizabeth Brady Murillo    emurillo@burnslev.com
- Alan L. Braunstein    abraunstein@riemerlaw.com, ahall@riemerlaw.com
- Andrea G. Brier    abrier@murphyking.com, asavoia@murphyking.com;andrea-brier-7162@ecf.pacerpro.com
- Douglas Brooks    dbrooks@libbyhoopes.com
- Orestes G. Brown    obrown@metaxasbrown.com
- Evans J. Carter    ejcatty1@verizon.net
- Brian Casaceli    bcasaceli@mirickoconnell.com
- John Commisso    john.commisso@jacksonlewis.com, ann.macdonald@jacksonlewis.com
- Christopher M. Condon    cmc@murphyking.com, imccormack@murphyking.com
- Jonathan Crafts    jcrafts@dwyer-llc.com
- Gary W. Cruickshank    gwc@cruickshank-law.com
- Edward Dangel    tdangel@dangeldwyer-llc.com
- Ronald A. Dardeno    rdardeno@dardeno.com
- Joseph P. Davis    davisjo@gtlaw.com, ponsettoj@gtlaw.com
- Christine E. Devine    cdevine@mirickoconnell.com, bankrupt@mirickoconnell.com
- Adam K. Doerr    adoerr@rbh.com, akelly@robinsonbradshaw.com,fbarringer@robinsonbradshaw.com
- Martin B. Dropkin    nmatza@hotmail.com, nastor@dropkinmatza.com;mdropkin@dropkinmatza.com
- Daniel Dullea    scott@goldberganddullea.com
- James P. Ehrhard    ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- John C. Elstad    jelstad@verrilldana.com
- Kate P. Foley    kfoley@mirickoconnell.com
- Robert W. Fuller    rfuller@rbh.com
- Andrew J. Gallo    andrew.gallo@bingham.com, brian.katz@morganlewis.com
- Stuart M. Glass    sglass@choate.com
- Valentin D. Gurvits    vgurvits@bostonlawgroup.com
- William J. Hanlon    whanlon@seyfarth.com, bosdocket@seyfarth.com
- Carol E Head    carol.head@morganlewis.com
- Lawrence P. Heffernan    lheffernan@rc.com, kberardi@rc.com
- Nellie E Hestin    nhestin@mcguirewoods.com, mkrizan@mcguirewoods.com;aauld@mcguirewoods.com;kdevyver@mcguirewoods.com

4

- Jonathan Horne     jhorne@murthalaw.com, lmulvehill@murthalaw.com
- Franklin C. Huntington     huntingtonf@sec.gov
- Walter W. Jabs     Lawofficeswalterjabs@gmail.com
- Vernon C. Jolley     jolleylaw@comcast.net
- Paul V. Kelly     paul.kelly@jacksonlewis.com
- Nicholas R. Kennedy     nkennedy@mcguirewoods.com, bsieg@mcguirewoods.com;khosmer@mcguirewoods.com
- Richard King     USTPRegion01.WO.ECF@USDOJ.GOV
- Richard T. King     richard.t.king@usdoj.gov
- Andrew G. Lizotte     agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
- Michael Lobie     Michael.p.Lobie@usdoj.gov, Northern.Taxcivil@usdoj.gov
- Danielle Andrews Long     dlong@rc.com, jsantiago@rc.com
- Michael M. McArdle     mike@mcardlelaw.com, morgan@mcardlelaw.com
- S. Elaine McChesney     Elaine.mcchesney@bingham.com
- Wendy M. Mead     wendymeadpc@verizon.net
- Carl L. Moore     carl.l.moore@usdoj.gov, northern.taxcivil@usdoj.gov
- Francis C. Morrissey     fcm@mwzllp.com
- Harold B. Murphy     bankruptcy@murphyking.com, dkonusevska@murphyking.com
- Michael K. O'Neil     moneil@murphyking.com, dkonusevska@murphyking.com
- F. Anthony Paganelli     tony@paganelligroup.com
- Carmenelisa Perez-Kudzma     carmenelisa@pklolaw.com, evan@pklolaw.com
- James Radke     jradke@murthalaw.com, lmulvehill@murthalaw.com
- David P Reiner II     dpr@reinerslaw.com, eservice@reinerslaw.com
- Ian D. Roffman     iroffman@nutter.com, epleadings@nutter.com;cfeldman@nutter.com;kcannizzaro@nutter.com
- Ilyas J. Rona     ijr@mrdklaw.com, gnc@mrdklaw.com,kae@mrdklaw.com
- Mark C. Rossi     bostonian.ecf@gmail.com, esher.rossiecf2@gmail.com;r44913@notify.bestcase.com
- Paul S. Samson     psamson@riemerlaw.com, ahall@riemerlaw.com
- Kenneth I. Schacter     kenneth.schacter@bingham.com
- Hilary Schultz     hschultz@engelschultz.com
- Ari M. Selman     ari.selman@bingham.com
- Jordan L. Shapiro     JSLAWMA@aol.com
- Matthew Shayefar     matt@bostonlawgroup.com
- Monica Snyder     msnyder@murthalaw.com, jbabula@murthalaw.com
- Lisa D. Tingue     lisa.d.tingue@usdoj.gov
- Joseph Toomey     jtoomey@nutter.com
- Thomas S. Vangel     tvangel@murthalaw.com
- Sarah W. Walsh     sarah.walsh@jacksonlewis.com
- Elton Watkins     watkinslaw@comcast.net
- Jason C. Weida     Jason.weida@usdoj.gov

**BY FIRST CLASS MAIL:**

Sarah Kelly, Esq.
Nutter McClennen and Fish
155 Seaport Blvd.
Boston MA 02110

**By Electronic Mail: Top 30**

| | |
|---|---|
| Joselia Sangali | jozelia_miriam@hotmail.com |
| Leonardo Francisco | leocaul@hotmail.com |
| DL1, Inc. | davidbeeba@gmail.com |
| Renato Alves | renato.alves.88@hotmail.com |
| Benjamin Argueta | benjamin_Gauchao@yahoo.com |
| Marco Almeida | marcobrum53@hotmail.com |
| JMC, Inc. | marcosclubflorida@gmail.com |
| Edwin H.M Lima | aldemar.neto@ac.gov.br |
| David Martinez | dmj500@charter.net |
| Paola Zollo Alecci | paolazollo3@gmail.com |
| Robert Bourguignon | flavioarraz@gmail.com |
| Carla Peres | carlagperes@outlook.com |
| Pedro Taveras | ptc59@hotmail.com |
| Nathana Santos Reis | nathanasreis@gmail.com |
| Jose Anominondas | wjempreendimentos@icloud.com |
| Vagner Roza | vagnerflamengo2009@hotmail.com |
| Norberto Rey | reytrucking@yahoo.com |
| Jose Carlos Maciel | jcmkkgb@hotmail.com |
| Bruno Graziani | graziani8926@gmail.com |
| Renato Ribeiro | renatousa05@gmail.com |
| Marcelino Salazar Bacilio | marcelino@sb@outlook.com |
| Edison O.J. Aleman | oswaldojuradoaleman@gmail.com |
| Roman Mishuk | mishuknew@gmail.com |
| Rosa M.C. Souto | telexfree.r@hotmail.com |
| Du Painting | edpnegocios@hotmail.com |
| Graca Luisa Andrade | projectosfx@gmail.com |
| Paulo Francisco da Silva | avpaulo_207@hotmail.com |
| Leone da Silva Santos | araujommn@gmail.com |
| | |
| David Fine, Esq. | dfine@kslaw.com |
| Craig Dunlap, Esq. | cdunlap@fclaw.com, tnealon@fclaw.com |
| Opt3 Solutions, Inc. | infor@opt3.com |

6

**BY ELECTRONIC MAIL:  APPEARANCES**

Ihuoma Igboanugo (for Maduako C. Ferguson, Sr. et al)
The Crescent Law Practice
P.O. Box 41333
Raleigh, NC 27692
919-389-6963
thecrescentlaw@gmail.com

Timothy S. Cory (for Ismail Karatekin) and (for Leonardo Barros Pereira)
Durham Jones & Pinegar
10785 W. Twain Ave., Ste 200
Las Vegas, NV 89135
(702) 870-6060
(702) 870-6090 (fax)
tcory@djplaw.com

D. Michael Noonan, Esq. (for Plaintiffs' Interim Executive Committee)
Shaheen & Gordon PA
140 Washington Street
Dover NH  03821
mnoonan@shaheengordon.com

R. Alexander Saveri, Esq. (for Plaintiffs' Interim Executive Committee)
Saveri & Saveri, Inc.
706 Sansome St.
San Francisco CA  94111
rick@saveri.com

William L. Coulthard, Esq. (for Plaintiffs' Interim Executive Committee)
Kemp Jones & Coulthard, LLP
Wells Fargo Tower
3800 Howard Hughes Parkway
17th Floor
Las Vegas NV  89169
w.coulthard@kempjones.com

Neil Gallagher
USAMA
Neil.Gallagher@usdoj.gov

Joshua Dennis, Esq.
StoneTurn Group, LLP
75 State Street, Suite 902
Boston MA  02109
jdennis@stoneturn.com

BY FIRST CLASS MAIL: **APPEARANCES**

Maria J. Diconza, Esq., Nancy A. Mitchell, Esq.
 & Matthew Hinker, Esq.
Greenberg Traurig, Llp
Metlife Building
200 Park Ave
New York, NY 10166

Stephen Darr
Huron Consulting Services, LLC
100 High Street, 23rd Floor
Boston MA  02110

Thomas H. Fell, Esq., Gregory Garman, Esq.
Gordon Silver
410 S. Rampart Blvd., Suite 420
Las Vegas NV  89145-5749

Richard F. Holley, Esq.
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Evan J. Gershbein & Drake D. Foster
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Sandra W. Lavigna
U. S. Securities And Exchange Comm.
5670 Wilshire Blvd, 11th Flr
Los Angeles, CA 90036

Porter Gordon Silver Communications
410 S. Rampart Blvd. Suite 420
Las Vegas, NV  89145-5749

David L. Neale, Esq.
Levene, Neale, Bender, Yoo & Brill Llp
10250 Constellation Blvd., Suite 1700
Los Angeles, Ca 90067

Roger W Wenthe
United States Attorney
333 Las Vegas Blvd So, #5000
Las Vegas, Nv 89101

Securities and Exchange Commission
Boston District Office
33 Arch Street, 23rd Floor
Boston MA  02110

Internal Revenue Service
Special Procedures Function
STOP 2080, P.O. Box 9112
25 New Sudbury St., JFK Federal Bldg.
Boston MA  02203

Andrew Lelling
United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston MA  02210

Securities and Exchange Commission
100 F Street, N.E.
Washington DC  20549

Commonwealth of Massachusetts
Division of Unemployment Assistance
Executive Office of Labor & Workplace Develop.
19 Staniford St., Hurley Bldg.
Boston MA  02114

Commonwealth of Mass/DOR
Bankruptcy Unit, P.O. Box 9564
100 Cambridge Street, 7th floor
Boston MA  02114-9564

Jeff Sessions
Attorney General of The United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington DC  2053-0001

8

Office of the Attorney General
Commonwealth of MA
Consumer Protection Division
One Ashburton Place, 19th Floor
Boston MA  02108

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114-9564

William H. Runge, III
Alvarez & Marshal North America, LLC
Monarch Tower,
 3424 Peachtree Road, NE, #1500
Atlanta GA  30326

Daniel M. Feigenbaum, Esq.
Deputy General Counsel
Alvarez & Marshal Holdings, LLC
600 Madison Avenue
New York, NY  10022

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA  19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia PA  19104

Internal Revenue Service
500 N. Capital St., NW
Washington DC  20221

Stuart MacMillan
Chairman and Managing Partner
Impact This Day, Inc.
2555 Enterprise Road
Clearwater FL  33763

Massachusetts Securities Division
William Neelon, Esq.
Enforcement Section
One Ashburton Place, Room 1701
Boston MA  02108

The Sheffield Group
2239 N. Hayden Road
Suite 103
Scottsdale AZ  85257

Lee A Armstrong, Esq.
222 E. 41st Street
New York, NY 10017

Legal Services Center
Roger Berling
122 Boylston Street
Jamaica Plain, MA  02130

Lane Powell
601 S.W. Second Avenue
Suite 2100
Portland OR  97204

Rodman, Rodman & Sandman
Richard Sandman
442 main Street, Suite 300
Malden MA  02148

Telecom Logic, LLC
818 SW 3rd Avenue
Suite 137
Portland OR  97204

Babener & Associates
121 SW Morrison, Suite 1020
Portland OR  97204

Cotton Driggs Walch Holley Woloson & Thompson
Richard Holley Ogonna Atamoh
400 S. 4th Street, 3rd floor
Las Vegas, NV  89101

Richard W. Waak
11300 East Shore Drive
Delton MI  49046

Lee M Pollack
Law Firm of Jones Day
222 E. 41st Street
New York, NY 10017

PayPal Worldwide Operations
12312 Port Grace Blvd
La Vista Nebraska  68128

Telexfree
Stuart MacMillan
225 Cedar Hill St., Suite 200
Marlborough MA  01752

International Payout Systems Inc.
2500 E. Hallandale Beach Blvd.
Suite 800
Hallandale Beach FL  33009

Gerald P. Nehra
1710 Beach Street
Muskegon MI  49441-1008

Argus Payments Inc.
220 Humboldt Court
Sunnyvale CA  94089

PayPal Corporate Headquarters
2211 North First Street
San Jose, CA  95131

Allied Wallet
1 Northcumberland Avenue
Trafalgar Square
LONDON, WC2N 5BW
UNITED KINGDOM

Global Payroll Gateway, Inc.
18662 MacArthur Blvd.
Suite 200
Irvine CA  92612

Garvey Schubert Barer
100 Wall Street
20th fl
New York, NY  10005-3708

ProPay Inc.
3400 N. Ashton Blvd.
Suite 200
Lehi, UT  84043

Lane Powell Prof. Corporation
301 West Northern Lights Blvd.
Suite 301
Anchorage AK  99503

Allied Wallet
9000 W. Sunset Blvd, #820
West Hollywood CA  90069

Andrea L. Marconi, Esq.
Fennemore Craig, P.C.
23921 E. Camelback Road
Phoenix, AZ 85016

Garvey Schubert Barer
Bank of America Financial Center
121 SW Morrison Street, 11th floor
Portland OR  97204-3141

David Meadows, Esq. & Phyllis B. Sumner, Esq.
King & Spauling, LLP
1180 Peachtree Street
Atlanta GA  30309-3521

Garvey Schubert Barer
Flour Mill Building
1000 Potomac Street, NW, 5th Floor
Washington DC  20007-3501

Ronald P. Passatempo, Esq.
Law Offices of Ronald P. Passatempo
200 Broadway, Suite 102
Lynnfield MA  01940

Edward F. Manzi, Jr.
Fidelity CoOperative bank
675 Main Street
Fitchburg, MA  01420

TD Bank
185 Franklin Street
Boston MA  02110

J.P. Morgan Chase, N.A.
c/o CT Corporation System
155 Federal Street, Suite 700
Boston, MA  02110

Digital Federal Credit Union
853 Donald Lynch Blvd.
Marlborough MA  01752

Santander Bank
75 State Street
Boston MA  02109

Bertin C. Emmons, Esq.
Sovereign Bank
75 State Street, 4th floor
Boston MA  02109

Michael S. Held, Esq. & Lawrence Waks, Esq.
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas TX  75201-2725

Joseph R. Middleton, Esq.
KPMG, LLP
60 South Street
Boston MA  02111

Lane Powell Prof. Corporation
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle WA  98111

Opt3 Solutions, Inc.
15642 Sand Canyon Avenue, #52255
Irvine CA  92619-2255

Elizabeth Mueller, Esq., D. Scott Carlton, Esq.
 & Thomas Zaccaro, Esq.
Law Firm of Paul Hastings, LLP
515 S. Flower Street
Los Angeles, CA  90071

Ciao Telecomm, Inc.
8390 LBJ Freeway
Dallas, TX  75243

Impact This Day Inc.
c/o Debra L. Squier
506 Roxbury Drive
Safety Harbor, FL 34695

Robert M. Goldstein, Esq.
20 Park Plaza
Suite 2000
Boston MA  02116

Bank of America, N.A.
100 Federal Street
Boston MA  02110

Citizens Bank
28 State Street
Boston MA  02109

Oriental Bank
Old San Juan Branch
204 Tetuan Street
San Juan, PR  00901

11

Timothy Martin
Huron Consulting Services LLC
100 High Street, 23rd Floor
Boston MA  02110

Miranda L. Hughes, Esq.
Brown, Winick, Graves, Gross,
 Baskerville, & Schoenebaum P.L.C.
666 Grand Avenue, Suite 2000 Ruan Center
Des Moines, IA  50309

Mary Murrane, Esq.
United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston MA  02210

Wells Fargo Bank, N.A.
c/o Corporation Service Co.
84 State Street
Boston MA  02109

Nicholas R. Kennedy, Esq.
McGuireWoods, LLP
One James Center
901 East Cary St.
Richmond, VA  23219

Juanita F. Garza
KPMG LLP
811 Main Street
Houston TX  77002

Chelsey Woods
c/o Aegis Management Company
2 Jungle Hut Road, Suite 2
Palm Coast, FL  32137

Romualdo Gonzalez, Esq.
228 St. Charles Avenue, Suite 1230
New Orleans, LA  70130