

04/19/2018 Allowed. No objections filed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS TRUSTEE OF<br>THE CHAPTER 11 ESTATES OF<br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Plaintiff,<br>v.<br><br>BENJAMIN ARGUETA, ET AL<br>Defendant(s). | Adversary Proceeding<br>No.16-4006 |

## MOTION BY TRUSTEE TO APPROVE STIPULATION OF SETTLEMENT BETWEEN CHAPTER 11 TRUSTEE AND RANDY CROSBY AND SONYA CROSBY

Stephen Darr, the duly appointed Chapter 11 Trustee (the "Trustee") of TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. ("TelexFree" or the "Debtors"), respectfully requests that the Court approve the stipulation ("Stipulation") attached hereto by and between the Trustee and Randy Crosby ("R Crosby") and Sonya Crosby ("S Crosby" and, together with R Crosby, the "Crosbys"), pursuant to Federal Rule of Bankruptcy Procedure 9019. The Stipulation is anticipated to result in a recovery for the estates (the "Estates") of cash and other property having an estimated value of approximately $250,000 in settlement of claims against the Crosbys, who were higher level participants in the TelexFree scheme. In support of this