United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Adv. Proc. No. 16-04006-msh

Argueta,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-4     User: telam     Page 1 of 2     Date Rcvd: Apr 19, 2018
                       Form ID: pdf012     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2018.
dft           +Randy Crosby,    31 Club Court, #9,    Alpharetta, GA 30005
dft           +Sonya Crosby,    30 Club Court, #9,    Alpharetta, GA 30005-7422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Apr 19 2018 23:44:16     Richard King,
       Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                                                                                                                 TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2018 at the address(es) listed below:
          Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
      bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
          Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
      bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com
          Elton    Watkins, III    on behalf of Defendant Milagros    Adames watkinslaw@comcast.net
          Elton    Watkins, III    on behalf of Defendant Ricardo    Fabin watkinslaw@comcast.net
          Evans J. Carter    on behalf of Defendant Bilkish    Sunesara ejcatty1@verizon.net
          Gary W. Cruickshank    on behalf of Defendant Jose Miguel    Filho gwc@cruickshank-law.com
          Hilary    Schultz    on behalf of Defendant Bruno    Graziani hschultz@engelschultz.com
          Ilyas J. Rona    on behalf of Defendant Frantz    Balan ijr@mrdklaw.com,    gnc@mrdklaw.com,
      kae@mrdklaw.com
          Ilyas J. Rona    on behalf of Defendant Julio    Silva ijr@mrdklaw.com,    gnc@mrdklaw.com,
      kae@mrdklaw.com
          James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
      cote@ehrhardlaw.com
          Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
          Matthew    Shayefar    on behalf of Defendant    Timex Research Consulting Inc.
      matt@bostonlawgroup.com
          Matthew    Shayefar    on behalf of Defendant    New Generation Med Supply Inc.
      matt@bostonlawgroup.com
          Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
      dkonusevska@murphyking.com
          Michael M. McArdle    on behalf of Defendant Ruddy    Abreau mike@mcardlelaw.com,
      morgan@mcardlelaw.com
          Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
      morgan@mcardlelaw.com
          Valentin D. Gurvits    on behalf of Defendant    Timex Research Consulting Inc.
      vgurvits@bostonlawgroup.com
          Valentin D. Gurvits    on behalf of Defendant    New Generation Med Supply Inc.
      vgurvits@bostonlawgroup.com
          Wendy M. Mead    on behalf of Defendant Gladys    Alvarado wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Lan Lan    Ji wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Hugo    Alvarado wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Benjamin    Argueta wendymeadpc@verizon.net

```
District/off: 0101-4          User: telam              Page 2 of 2            Date Rcvd: Apr 19, 2018
                              Form ID: pdf012          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Wendy M. Mead    on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
                                                                                                                                                  TOTAL: 26

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS TRUSTEE OF<br>THE CHAPTER 11 ESTATES OF<br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Plaintiff,<br>v.<br><br>BENJAMIN ARGUETA, ET AL<br>Defendant(s). | Adversary Proceeding<br>No.16-4006 |

04/19/2018 Allowed. No objections filed.

### MOTION BY TRUSTEE TO APPROVE STIPULATION OF SETTLEMENT BETWEEN CHAPTER 11 TRUSTEE AND RANDY CROSBY AND SONYA CROSBY

Stephen Darr, the duly appointed Chapter 11 Trustee (the "Trustee") of TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. ("TelexFree" or the "Debtors"), respectfully requests that the Court approve the stipulation ("Stipulation") attached hereto by and between the Trustee and Randy Crosby ("R Crosby") and Sonya Crosby ("S Crosby" and, together with R Crosby, the "Crosbys"), pursuant to Federal Rule of Bankruptcy Procedure 9019. The Stipulation is anticipated to result in a recovery for the estates (the "Estates") of cash and other property having an estimated value of approximately $250,000 in settlement of claims against the Crosbys, who were higher level participants in the TelexFree scheme. In support of this