# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ET AL., AND A DEFENDANT CLASS OF NET WINNERS,<br><br>Defendants. | <br><br><br><br>Adversary Proceeding<br>No. 16-04006 |

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that on June 29, 2018, I caused to be served a copy of the *(i) Motion by Trustee to Approve Stipulation of Settlement Between Chapter 11 Trustee and Santiago De La Rosa and Madelyn Guerrero; and (ii) Stipulation of Settlement Between Chapter 11 Trustee and Santiago De La Rosa and Madelyn Guerrero* via operation of this

2

Court's CM/ECF System, by Electronic Mail and by First Class Mail, postage prepaid as indicated on the attached service list.

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA  02108
(617) 423-0400
(617)-423-0498
Email: alizotte@murphyking.com

DATED:  June 29, 2018
745309

Telexfree, LLC
Short Service List
#670980

**BY ECF:**

- William R. Baldiga    wbaldiga@brownrudnick.com
- Charles R. Bennett    cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com
- Kendra Berardi    kberardi@rc.com, mjewell@rc.com
- Deena R. Bernstein    bernsteind@sec.gov, #brodocket@sec.gov
- Roger Bertling    roger@bertlinglaw.com, rbertlin@law.harvard.edu
- Robert J. Bonsignore    rbonsignore@class-actions.us, jnewlon@class-actions.us
- C. Elizabeth Brady Murillo    emurillo@burnslev.com
- Alan L. Braunstein    abraunstein@riemerlaw.com, ahall@riemerlaw.com
- Andrea G. Brier    abrier@murphyking.com, asavoia@murphyking.com;andrea-brier-7162@ecf.pacerpro.com
- Douglas Brooks    dbrooks@libbyhoopes.com
- Orestes G. Brown    obrown@metaxasbrown.com
- Evans J. Carter    ejcatty1@verizon.net
- Brian Casaceli    bcasaceli@mirickoconnell.com
- John Commisso    john.commisso@jacksonlewis.com, ann.macdonald@jacksonlewis.com
- Christopher M. Condon    cmc@murphyking.com, imccormack@murphyking.com
- Jonathan Crafts    jcrafts@dwyer-llc.com
- Gary W. Cruickshank    gwc@cruickshank-law.com
- Edward Dangel    tdangel@dangeldwyer-llc.com
- Ronald A. Dardeno    rdardeno@dardeno.com
- Joseph P. Davis    davisjo@gtlaw.com, ponsettoj@gtlaw.com
- Christine E. Devine    cdevine@mirickoconnell.com, bankrupt@mirickoconnell.com
- Adam K. Doerr    adoerr@rbh.com, akelly@robinsonbradshaw.com,fbarringer@robinsonbradshaw.com
- Martin B. Dropkin    nmatza@hotmail.com, nastor@dropkinmatza.com;mdropkin@dropkinmatza.com
- Daniel Dullea    scott@goldberganddullea.com
- James P. Ehrhard    ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- John C. Elstad    jelstad@verrilldana.com
- Kate P. Foley    kfoley@mirickoconnell.com
- Robert W. Fuller    rfuller@rbh.com
- Andrew J. Gallo    andrew.gallo@bingham.com, brian.katz@morganlewis.com
- Stuart M. Glass    sglass@choate.com
- Valentin D. Gurvits    vgurvits@bostonlawgroup.com
- William J. Hanlon    whanlon@seyfarth.com, bosdocket@seyfarth.com
- Carol E Head    carol.head@morganlewis.com
- Lawrence P. Heffernan    lheffernan@rc.com, kberardi@rc.com

- Nellie E Hestin    nhestin@mcguirewoods.com, mkrizan@mcguirewoods.com;aauld@mcguirewoods.com;kdevyver@mcguirewoods.com
- Jonathan Horne    jhorne@murthalaw.com, lmulvehill@murthalaw.com
- Franklin C. Huntington    huntingtonf@sec.gov
- Walter W. Jabs    Lawofficeswalterjabs@gmail.com
- Vernon C. Jolley    jolleylaw@comcast.net
- Paul V. Kelly    paul.kelly@jacksonlewis.com
- Nicholas R. Kennedy    nkennedy@mcguirewoods.com, bsieg@mcguirewoods.com;khosmer@mcguirewoods.com
- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
- Richard T. King    richard.t.king@usdoj.gov
- Andrew G. Lizotte    agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
- Michael Lobie    Michael.p.Lobie@usdoj.gov, Northern.Taxcivil@usdoj.gov
- Danielle Andrews Long    dlong@rc.com, jsantiago@rc.com
- Michael M. McArdle    mike@mcardlelaw.com, morgan@mcardlelaw.com
- S. Elaine McChesney    Elaine.mcchesney@bingham.com
- Wendy M. Mead    wendymeadpc@verizon.net
- Carl L. Moore    carl.l.moore@usdoj.gov, northern.taxcivil@usdoj.gov
- Francis C. Morrissey    fcm@mwzllp.com
- Harold B. Murphy    bankruptcy@murphyking.com, dkonusevska@murphyking.com
- Michael K. O'Neil    moneil@murphyking.com, dkonusevska@murphyking.com
- F. Anthony Paganelli    tony@paganelligroup.com
- Carmenelisa Perez-Kudzma    carmenelisa@pklolaw.com, evan@pklolaw.com
- James Radke    jradke@murthalaw.com, lmulvehill@murthalaw.com
- David P Reiner II    dpr@reinerslaw.com, eservice@reinerslaw.com
- Ian D. Roffman    iroffman@nutter.com, epleadings@nutter.com;cfeldman@nutter.com;kcannizzaro@nutter.com
- Ilyas J. Rona    ijr@mrdklaw.com, gnc@mrdklaw.com,kae@mrdklaw.com
- Mark C. Rossi    bostonian.ecf@gmail.com, esher.rossiecf2@gmail.com;r44913@notify.bestcase.com
- Paul S. Samson    psamson@riemerlaw.com, ahall@riemerlaw.com
- Kenneth I. Schacter    kenneth.schacter@bingham.com
- Hilary Schultz    hschultz@engelschultz.com
- Ari M. Selman    ari.selman@bingham.com
- Jordan L. Shapiro    JSLAWMA@aol.com
- Matthew Shayefar    matt@bostonlawgroup.com
- Monica Snyder    msnyder@murthalaw.com, jbabula@murthalaw.com
- Lisa D. Tingue    lisa.d.tingue@usdoj.gov
- Joseph Toomey    jtoomey@nutter.com
- Thomas S. Vangel    tvangel@murthalaw.com
- Sarah W. Walsh    sarah.walsh@jacksonlewis.com
- Elton Watkins    watkinslaw@comcast.net
- Jason C. Weida    Jason.weida@usdoj.gov

**By Electronic Mail:** **Top 30**

| | |
|---|---|
| Joselia Sangali | jozelia_miriam@hotmail.com |
| Leonardo Francisco | leocaul@hotmail.com |
| DL1, Inc. | davidbeeba@gmail.com |
| Renato Alves | renato.alves.88@hotmail.com |
| Benjamin Argueta | benjamin_Gauchao@yahoo.com |
| Marco Almeida | marcobrum53@hotmail.com |
| JMC, Inc. | marcosclubflorida@gmail.com |
| Edwin H.M Lima | aldemar.neto@ac.gov.br |
| David Martinez | dmj500@charter.net |
| Paola Zollo Alecci | paolazollo3@gmail.com |
| Robert Bourguignon | flavioarraz@gmail.com |
| Carla Peres | carlagperes@outlook.com |
| Pedro Taveras | ptc59@hotmail.com |
| Nathana Santos Reis | nathanasreis@gmail.com |
| Jose Anominondas | wjempreendimentos@icloud.com |
| Vagner Roza | vagnerflamengo2009@hotmail.com |
| Norberto Rey | reytrucking@yahoo.com |
| Jose Carlos Maciel | jcmkkgb@hotmail.com |
| Bruno Graziani | graziani8926@gmail.com |
| Renato Ribeiro | renatousa05@gmail.com |
| Marcelino Salazar Bacilio | marcelino@sb@outlook.com |
| Edison O.J. Aleman | oswaldojuradoaleman@gmail.com |
| Roman Mishuk | mishuknew@gmail.com |
| Rosa M.C. Souto | telexfree.r@hotmail.com |
| Du Painting | edpnegocios@hotmail.com |
| Graca Luisa Andrade | projectosfx@gmail.com |
| Paulo Francisco da Silva | avpaulo_207@hotmail.com |
| Leone da Silva Santos | araujommn@gmail.com |
| | |
| David Fine, Esq. | dfine@kslaw.com |
| Craig Dunlap, Esq. | cdunlap@fclaw.com, tnealon@fclaw.com |
| Opt3 Solutions, Inc. | infor@opt3.com |

5

**BY ELECTRONIC MAIL:** **APPEARANCES**

Ihuoma Igboanugo (for Maduako C. Ferguson, Sr. et al)
The Crescent Law Practice
P.O. Box 41333
Raleigh, NC 27692
919-389-6963
thecrescentlaw@gmail.com

Timothy S. Cory (for Ismail Karatekin) and (for Leonardo Barros Pereira)
Durham Jones & Pinegar
10785 W. Twain Ave., Ste 200
Las Vegas, NV 89135
(702) 870-6060
(702) 870-6090 (fax)
tcory@djplaw.com

D. Michael Noonan, Esq. (for Plaintiffs' Interim Executive Committee)
Shaheen & Gordon PA
140 Washington Street
Dover NH 03821
mnoonan@shaheengordon.com

R. Alexander Saveri, Esq. (for Plaintiffs' Interim Executive Committee)
Saveri & Saveri, Inc.
706 Sansome St.
San Francisco CA 94111
rick@saveri.com

William L. Coulthard, Esq. (for Plaintiffs' Interim Executive Committee)
Kemp Jones & Coulthard, LLP
Wells Fargo Tower
3800 Howard Hughes Parkway
17th Floor
Las Vegas NV 89169
w.coulthard@kempjones.com

Neil Gallagher
USAMA
Neil.Gallagher@usdoj.gov

Joshua Dennis, Esq.
StoneTurn Group, LLP
75 State Street, Suite 902
Boston MA 02109
jdennis@stoneturn.com

7

BY FIRST CLASS MAIL: **APPEARANCES**

Stephen Darr
Huron Consulting Services, LLC
100 High Street, 23rd Floor
Boston MA  02110

Maria J. Diconza, Esq., Nancy A. Mitchell, Esq.
 & Matthew Hinker, Esq.
Greenberg Traurig, Llp
Metlife Building
200 Park Ave
New York, NY 10166

Richard F. Holley, Esq.
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Thomas H. Fell, Esq., Gregory Garman, Esq.
Gordon Silver
410 S. Rampart Blvd., Suite 420
Las Vegas NV  89145-5749

Sandra W. Lavigna
U. S. Securities And Exchange Comm.
5670 Wilshire Blvd, 11th Flr
Los Angeles, CA 90036

Evan J. Gershbein & Drake D. Foster
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

David L. Neale, Esq.
Levene, Neale, Bender, Yoo & Brill Llp
10250 Constellation Blvd., Suite 1700
Los Angeles, Ca 90067

Porter Gordon Silver Communications
410 S. Rampart Blvd. Suite 420
Las Vegas, NV  89145-5749

Securities and Exchange Commission
Boston District Office
33 Arch Street, 23rd Floor
Boston MA  02110

Roger W Wenthe
United States Attorney
333 Las Vegas Blvd So, #5000
Las Vegas, Nv 89101

Andrew Lelling
United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston MA  02210

Internal Revenue Service
Special Procedures Function
STOP 2080, P.O. Box 9112
25 New Sudbury St., JFK Federal Bldg.
Boston MA  02203

Commonwealth of Massachusetts
Division of Unemployment Assistance
Executive Office of Labor & Workplace Develop.
19 Staniford St., Hurley Bldg.
Boston MA  02114

Securities and Exchange Commission
100 F Street, N.E.
Washington DC  20549

Jeff Sessions
Attorney General of The United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington DC  2053-0001

8

Commonwealth of Mass/DOR
Bankruptcy Unit, P.O. Box 9564
100 Cambridge Street, 7th floor
Boston MA  02114-9564

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114-9564

Office of the Attorney General
Commonwealth of MA
Consumer Protection Division
One Ashburton Place, 19th Floor
Boston MA  02108

William H. Runge, III
Alvarez & Marshal North America, LLC
Monarch Tower,
 3424 Peachtree Road, NE, #1500
Atlanta GA  30326

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA  19101-7346

Daniel M. Feigenbaum, Esq.
Deputy General Counsel
Alvarez & Marshal Holdings, LLC
600 Madison Avenue
New York, NY  10022

Internal Revenue Service
500 N. Capital St., NW
Washington DC  20221

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia PA  19104

Massachusetts Securities Division
William Neelon, Esq.
Enforcement Section
One Ashburton Place, Room 1701
Boston MA  02108

Stuart MacMillan
Chairman and Managing Partner
Impact This Day, Inc.
2555 Enterprise Road
Clearwater FL  33763

Lee A Armstrong, Esq.
222 E. 41st Street
New York, NY 10017

The Sheffield Group
2239 N. Hayden Road
Suite 103
Scottsdale AZ  85257

Lane Powell
601 S.W. Second Avenue
Suite 2100
Portland OR  97204

Legal Services Center
Roger Berling
122 Boylston Street
Jamaica Plain, MA  02130

Telecom Logic, LLC
818 SW 3rd Avenue
Suite 137
Portland OR  97204

Rodman, Rodman & Sandman
Richard Sandman
442 main Street, Suite 300
Malden MA  02148

Cotton Driggs Walch Holley Woloson & Thompson
Richard Holley Ogonna Atamoh
400 S. 4th Street, 3rd floor
Las Vegas, NV  89101

9

Babener & Associates
121 SW Morrison, Suite 1020
Portland OR  97204

Lee M Pollack
Law Firm of Jones Day
222 E. 41st Street
New York, NY 10017

Richard W. Waak
11300 East Shore Drive
Delton MI  49046

Telexfree
Stuart MacMillan
225 Cedar Hill St., Suite 200
Marlborough MA  01752

PayPal Worldwide Operations
12312 Port Grace Blvd
La Vista Nebraska  68128

Gerald P. Nehra
1710 Beach Street
Muskegon MI  49441-1008

International Payout Systems Inc.
2500 E. Hallandale Beach Blvd.
Suite 800
Hallandale Beach FL  33009

PayPal Corporate Headquarters
2211 North First Street
San Jose, CA  95131

Argus Payments Inc.
220 Humboldt Court
Sunnyvale CA  94089

Global Payroll Gateway, Inc.
2901 W. Coast Highway
Suite 200
Newport Beach CA  92663-4045

Allied Wallet
1 Northcumberland Avenue
Trafalgar Square
LONDON, WC2N 5BW
UNITED KINGDOM

ProPay Inc.
3400 N. Ashton Blvd.
Suite 200
Lehi, UT  84043

Garvey Schubert Barer
100 Wall Street
20th fl
New York, NY  10005-3708

Allied Wallet
9000 W. Sunset Blvd, #820
West Hollywood CA  90069

Lane Powell Prof. Corporation
301 West Northern Lights Blvd.
Suite 301
Anchorage AK  99503

Garvey Schubert Barer
Bank of America Financial Center
121 SW Morrison Street, 11th floor
Portland OR  97204-3141

Andrea L. Marconi, Esq.
Fennemore Craig, P.C.
23921 E. Camelback Road
Phoenix, AZ 85016

Garvey Schubert Barer
Flour Mill Building
1000 Potomac Street, NW, 5th Floor
Washin gton DC  20007-3501

David Meadows, Esq. & Phyllis B. Sumner, Esq.
King & Spauling, LLP
1180 Peachtree Street
Atlanta GA  30309-3521

Ronald P. Passatempo, Esq.
Law Offices of Ronald P. Passatempo
200 Broadway, Suite 102
Lynnfield MA  01940

Edward F. Manzi, Jr.
Fidelity CoOperative bank
675 Main Street
Fitchburg, MA  01420

TD Bank
185 Franklin Street
Boston MA  02110

J.P. Morgan Chase, N.A.
c/o CT Corporation System
155 Federal Street, Suite 700
Boston, MA  02110

Digital Federal Credit Union
853 Donald Lynch Blvd.
Marlborough MA  01752

Santander Bank
75 State Street
Boston MA  02109

Bertin C. Emmons, Esq.
Sovereign Bank
75 State Street, 4th floor
Boston MA  02109

Michael S. Held, Esq. & Lawrence Waks, Esq.
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas TX  75201-2725

Lane Powell Prof. Corporation
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle WA  98111

Opt3 Solutions, Inc.
15642 Sand Canyon Avenue, #52255
Irvine CA  92619-2255

Elizabeth Mueller, Esq., D. Scott Carlton, Esq.
 & Thomas Zaccaro, Esq.
Law Firm of Paul Hastings, LLP
515 S. Flower Street
Los Angeles, CA  90071

Ciao Telecomm, Inc.
8390 LBJ Freeway
Dallas, TX  75243

Impact This Day Inc.
c/o Debra L. Squier
506 Roxbury Drive
Safety Harbor, FL 34695

Robert M. Goldstein, Esq.
20 Park Plaza
Suite 2000
Boston MA  02116

Bank of America, N.A.
100 Federal Street
Boston MA  02110

Citizens Bank
28 State Street
Boston MA  02109

Oriental Bank
Old San Juan Branch
204 Tetuan Street
San Juan, PR  00901

| | |
|---|---|
| Joseph R. Middleton, Esq.<br>KPMG, LLP<br>60 South Street<br>Boston MA 02111 | Wells Fargo Bank, N.A.<br>c/o Corporation Service Co.<br>84 State Street<br>Boston MA 02109 |
| Timothy Martin<br>Huron Consulting Services LLC<br>100 High Street, 23rd Floor<br>Boston MA 02110 | Nicholas R. Kennedy, Esq.<br>McGuireWoods, LLP<br>One James Center<br>901 East Cary St.<br>Richmond, VA 23219 |
| Miranda L. Hughes, Esq.<br>Brown, Winick, Graves, Gross,<br>Baskerville, & Schoenebaum P.L.C.<br>666 Grand Avenue, Suite 2000 Ruan Center<br>Des Moines, IA 50309 | Juanita F. Garza<br>KPMG LLP<br>811 Main Street<br>Houston TX 77002 |
| Mary Murrane, Esq.<br>United States Attorney<br>U.S. Courthouse, Suite 9200<br>One Courthouse Way<br>Boston MA 02210 | Chelsey Woods<br>c/o Aegis Management Company<br>2 Jungle Hut Road, Suite 2<br>Palm Coast, FL 32137 |
| Sarah Kelly, Esq.<br>Nutter McClennan & Fish<br>155 Seaport Blvd.<br>Boston MA 02110 | Romualdo Gonzalez, Esq.<br>228 St. Charles Avenue, Suite 1230<br>New Orleans, LA 70130 |
| Stephen G. Huggard, Esq.<br>Locke Lord LLP<br>111 Hungtington Avenue<br>Boston MA 02199 | |