# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 11 Cases |
| TELEXFREE, LLC, | 14-40987-MSH |
| TELEXFREE, INC. and | 14-40988-MSH |
| TELEXFREE FINANCIAL, INC., | 14-40989-MSH |
| Debtors. | Jointly Administered |
| | |
| STEPHEN B. DARR, Chapter 11 Trustee, | |
| Plaintiff, | |
| v. | Adversary Proceeding No. 16-04006 |
| BENJAMIN ARGUETA, ET AL., AND A DEFENDANT CLASS OF NET WINNERS, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that on July 3, 2018, I caused to be served a copy of the **Notice of Objection Deadline relating to** *(i) Motion by Trustee to Approve Stipulation of Settlement Between Chapter 11 Trustee and Santiago De La Rosa and Madelyn Guerrero* via operation of this Court's CM/ECF System, by Electronic Mail and by First Class Mail, postage

2

prepaid as indicated on the attached service list.

          /s/ Andrew G. Lizotte
          Andrew G. Lizotte (BBO #559609)
          Murphy & King, Professional Corporation
          One Beacon Street
          Boston, MA  02108
          (617) 423-0400
          (617)-423-0498
          Email: alizotte@murphyking.com

DATED:  July 3, 2018
745400

Telexfree, LLC
Short Service List
#670980

**BY ECF:**

- William R. Baldiga    wbaldiga@brownrudnick.com
- Charles R. Bennett    cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com
- Kendra Berardi    kberardi@rc.com, mjewell@rc.com
- Deena R. Bernstein    bernsteind@sec.gov, #brodocket@sec.gov
- Roger Bertling    roger@bertlinglaw.com, rbertlin@law.harvard.edu
- Robert J. Bonsignore    rbonsignore@class-actions.us, jnewlon@class-actions.us
- C. Elizabeth Brady Murillo    emurillo@burnslev.com
- Alan L. Braunstein    abraunstein@riemerlaw.com, ahall@riemerlaw.com
- Andrea G. Brier    abrier@murphyking.com, asavoia@murphyking.com;andrea-brier-7162@ecf.pacerpro.com
- Douglas Brooks    dbrooks@libbyhoopes.com
- Orestes G. Brown    obrown@metaxasbrown.com
- Evans J. Carter    ejcatty1@verizon.net
- Brian Casaceli    bcasaceli@mirickoconnell.com
- John Commisso    john.commisso@jacksonlewis.com, ann.macdonald@jacksonlewis.com
- Christopher M. Condon    cmc@murphyking.com, imccormack@murphyking.com
- Jonathan Crafts    jcrafts@dwyer-llc.com
- Gary W. Cruickshank    gwc@cruickshank-law.com
- Edward Dangel    tdangel@dangeldwyer-llc.com
- Ronald A. Dardeno    rdardeno@dardeno.com
- Joseph P. Davis    davisjo@gtlaw.com, ponsettoj@gtlaw.com
- Christine E. Devine    cdevine@mirickoconnell.com, bankrupt@mirickoconnell.com
- Adam K. Doerr    adoerr@rbh.com, akelly@robinsonbradshaw.com,fbarringer@robinsonbradshaw.com
- Martin B. Dropkin    nmatza@hotmail.com, nastor@dropkinmatza.com;mdropkin@dropkinmatza.com
- Daniel Dullea    scott@goldberganddullea.com
- James P. Ehrhard    ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- John C. Elstad    jelstad@verrilldana.com
- Kate P. Foley    kfoley@mirickoconnell.com
- Robert W. Fuller    rfuller@rbh.com
- Andrew J. Gallo    andrew.gallo@bingham.com, brian.katz@morganlewis.com
- Stuart M. Glass    sglass@choate.com
- Valentin D. Gurvits    vgurvits@bostonlawgroup.com
- William J. Hanlon    whanlon@seyfarth.com, bosdocket@seyfarth.com
- Carol E Head    carol.head@morganlewis.com
- Lawrence P. Heffernan    lheffernan@rc.com, kberardi@rc.com

- Nellie E Hestin    nhestin@mcguirewoods.com, mkrizan@mcguirewoods.com;aauld@mcguirewoods.com;kdevyver@mcguirewoods.com
- Jonathan Horne    jhorne@murthalaw.com, lmulvehill@murthalaw.com
- Franklin C. Huntington    huntingtonf@sec.gov
- Walter W. Jabs    Lawofficeswalterjabs@gmail.com
- Vernon C. Jolley    jolleylaw@comcast.net
- Paul V. Kelly    paul.kelly@jacksonlewis.com
- Nicholas R. Kennedy    nkennedy@mcguirewoods.com, bsieg@mcguirewoods.com;khosmer@mcguirewoods.com
- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
- Richard T. King    richard.t.king@usdoj.gov
- Andrew G. Lizotte    agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
- Michael Lobie    Michael.p.Lobie@usdoj.gov, Northern.Taxcivil@usdoj.gov
- Danielle Andrews Long    dlong@rc.com, jsantiago@rc.com
- Michael M. McArdle    mike@mcardlelaw.com, morgan@mcardlelaw.com
- S. Elaine McChesney    Elaine.mcchesney@bingham.com
- Wendy M. Mead    wendymeadpc@verizon.net
- Carl L. Moore    carl.l.moore@usdoj.gov, northern.taxcivil@usdoj.gov
- Francis C. Morrissey    fcm@mwzllp.com
- Harold B. Murphy    bankruptcy@murphyking.com, dkonusevska@murphyking.com
- Michael K. O'Neil    moneil@murphyking.com, dkonusevska@murphyking.com
- F. Anthony Paganelli    tony@paganelligroup.com
- Carmenelisa Perez-Kudzma    carmenelisa@pklolaw.com, evan@pklolaw.com
- James Radke    jradke@murthalaw.com, lmulvehill@murthalaw.com
- David P Reiner II    dpr@reinerslaw.com, eservice@reinerslaw.com
- Ian D. Roffman    iroffman@nutter.com, epleadings@nutter.com;cfeldman@nutter.com;kcannizzaro@nutter.com
- Ilyas J. Rona    ijr@mrdklaw.com, gnc@mrdklaw.com,kae@mrdklaw.com
- Mark C. Rossi    bostonian.ecf@gmail.com, esher.rossiecf2@gmail.com;r44913@notify.bestcase.com
- Paul S. Samson    psamson@riemerlaw.com, ahall@riemerlaw.com
- Kenneth I. Schacter    kenneth.schacter@bingham.com
- Hilary Schultz    hschultz@engelschultz.com
- Ari M. Selman    ari.selman@bingham.com
- Jordan L. Shapiro    JSLAWMA@aol.com
- Matthew Shayefar    matt@bostonlawgroup.com
- Monica Snyder    msnyder@murthalaw.com, jbabula@murthalaw.com
- Lisa D. Tingue    lisa.d.tingue@usdoj.gov
- Joseph Toomey    jtoomey@nutter.com
- Thomas S. Vangel    tvangel@murthalaw.com
- Sarah W. Walsh    sarah.walsh@jacksonlewis.com
- Elton Watkins    watkinslaw@comcast.net
- Jason C. Weida    Jason.weida@usdoj.gov

4

**By Electronic Mail:** <u>Top 30</u>

| | |
|---|---|
| Joselia Sangali | jozelia_miriam@hotmail.com |
| Leonardo Francisco | leocaul@hotmail.com |
| DL1, Inc. | davidbeeba@gmail.com |
| Renato Alves | renato.alves.88@hotmail.com |
| Benjamin Argueta | benjamin_Gauchao@yahoo.com |
| Marco Almeida | marcobrum53@hotmail.com |
| JMC, Inc. | marcosclubflorida@gmail.com |
| Edwin H.M Lima | aldemar.neto@ac.gov.br |
| David Martinez | dmj500@charter.net |
| Paola Zollo Alecci | paolazollo3@gmail.com |
| Robert Bourguignon | flavioarraz@gmail.com |
| Carla Peres | carlagperes@outlook.com |
| Pedro Taveras | ptc59@hotmail.com |
| Nathana Santos Reis | nathanasreis@gmail.com |
| Jose Anominondas | wjempreendimentos@icloud.com |
| Vagner Roza | vagnerflamengo2009@hotmail.com |
| Norberto Rey | reytrucking@yahoo.com |
| Jose Carlos Maciel | jcmkkgb@hotmail.com |
| Bruno Graziani | graziani8926@gmail.com |
| Renato Ribeiro | renatousa05@gmail.com |
| Marcelino Salazar Bacilio | marcelino@sb@outlook.com |
| Edison O.J. Aleman | oswaldojuradoaleman@gmail.com |
| Roman Mishuk | mishuknew@gmail.com |
| Rosa M.C. Souto | telexfree.r@hotmail.com |
| Du Painting | edpnegocios@hotmail.com |
| Graca Luisa Andrade | projectosfx@gmail.com |
| Paulo Francisco da Silva | avpaulo_207@hotmail.com |
| Leone da Silva Santos | araujommn@gmail.com |
| | |
| David Fine, Esq. | dfine@kslaw.com |
| Craig Dunlap, Esq. | cdunlap@fclaw.com, tnealon@fclaw.com |
| Opt3 Solutions, Inc. | infor@opt3.com |

5

**BY ELECTRONIC MAIL:  APPEARANCES**

Ihuoma Igboanugo (for Maduako C. Ferguson, Sr. et al)
The Crescent Law Practice
P.O. Box 41333
Raleigh, NC 27692
919-389-6963
thecrescentlaw@gmail.com

Timothy S. Cory (for Ismail Karatekin) and (for Leonardo Barros Pereira)
Durham Jones & Pinegar
10785 W. Twain Ave., Ste 200
Las Vegas, NV 89135
(702) 870-6060
(702) 870-6090 (fax)
tcory@djplaw.com

D. Michael Noonan, Esq. (for Plaintiffs' Interim Executive Committee)
Shaheen & Gordon PA
140 Washington Street
Dover NH  03821
mnoonan@shaheengordon.com

R. Alexander Saveri, Esq. (for Plaintiffs' Interim Executive Committee)
Saveri & Saveri, Inc.
706 Sansome St.
San Francisco CA  94111
rick@saveri.com

William L. Coulthard, Esq. (for Plaintiffs' Interim Executive Committee)
Kemp Jones & Coulthard, LLP
Wells Fargo Tower
3800 Howard Hughes Parkway
17th Floor
Las Vegas NV  89169
w.coulthard@kempjones.com

Neil Gallagher
USAMA
Neil.Gallagher@usdoj.gov

Joshua Dennis, Esq.
StoneTurn Group, LLP
75 State Street, Suite 902
Boston MA  02109
jdennis@stoneturn.com

BY FIRST CLASS MAIL: **APPEARANCES**

Stephen Darr
Huron Consulting Services, LLC
100 High Street, 23rd Floor
Boston MA  02110

Maria J. Diconza, Esq., Nancy A. Mitchell, Esq.
 & Matthew Hinker, Esq.
Greenberg Traurig, Llp
Metlife Building
200 Park Ave
New York, NY 10166

Richard F. Holley, Esq.
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Thomas H. Fell, Esq., Gregory Garman, Esq.
Gordon Silver
410 S. Rampart Blvd., Suite 420
Las Vegas NV  89145-5749

Sandra W. Lavigna
U. S. Securities And Exchange Comm.
5670 Wilshire Blvd, 11th Flr
Los Angeles, CA 90036

Evan J. Gershbein & Drake D. Foster
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

David L. Neale, Esq.
Levene, Neale, Bender, Yoo & Brill Llp
10250 Constellation Blvd., Suite 1700
Los Angeles, Ca 90067

Porter Gordon Silver Communications
410 S. Rampart Blvd. Suite 420
Las Vegas, NV  89145-5749

Securities and Exchange Commission
Boston District Office
33 Arch Street, 23rd Floor
Boston MA  02110

Roger W Wenthe
United States Attorney
333 Las Vegas Blvd So, #5000
Las Vegas, Nv 89101

Andrew Lelling
United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston MA  02210

Internal Revenue Service
Special Procedures Function
STOP 2080, P.O. Box 9112
25 New Sudbury St., JFK Federal Bldg.
Boston MA  02203

Commonwealth of Massachusetts
Division of Unemployment Assistance
Executive Office of Labor & Workplace Develop.
19 Staniford St., Hurley Bldg.
Boston MA  02114

Securities and Exchange Commission
100 F Street, N.E.
Washington DC  20549

Jeff Sessions
Attorney General of The United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington DC  2053-0001

7

| | |
|---|---|
| Commonwealth of Mass/DOR<br>Bankruptcy Unit, P.O. Box 9564<br>100 Cambridge Street, 7th floor<br>Boston MA  02114-9564 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114-9564 |
| Office of the Attorney General<br>Commonwealth of MA<br>Consumer Protection Division<br>One Ashburton Place, 19th Floor<br>Boston MA  02108 | William H. Runge, III<br>Alvarez & Marshal North America, LLC<br>Monarch Tower,<br> 3424 Peachtree Road, NE, #1500<br>Atlanta GA  30326 |
| | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA  19101-7346 |
| Daniel M. Feigenbaum, Esq.<br>Deputy General Counsel<br>Alvarez & Marshal Holdings, LLC<br>600 Madison Avenue<br>New York, NY  10022 | Internal Revenue Service<br>500 N. Capital St., NW<br>Washington DC  20221 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA  19104 | Massachusetts Securities Division<br>William Neelon, Esq.<br>Enforcement Section<br>One Ashburton Place, Room 1701<br>Boston MA  02108 |
| Stuart MacMillan<br>Chairman and Managing Partner<br>Impact This Day, Inc.<br>2555 Enterprise Road<br>Clearwater FL   33763 | Lee A Armstrong, Esq.<br>222 E. 41st Street<br>New York, NY 10017 |
| The Sheffield Group<br>2239 N. Hayden Road<br>Suite 103<br>Scottsdale AZ  85257 | Lane Powell<br>601 S.W. Second Avenue<br>Suite 2100<br>Portland OR  97204 |
| Legal Services Center<br>Roger Berling<br>122 Boylston Street<br>Jamaica Plain, MA  02130 | Telecom Logic, LLC<br>818 SW 3rd Avenue<br>Suite 137<br>Portland OR  97204 |
| Rodman, Rodman & Sandman<br>Richard Sandman<br>442 main Street, Suite 300<br>Malden MA  02148 | Cotton Driggs Walch Holley Woloson & Thompson<br>Richard Holley Ogonna Atamoh<br>400 S. 4th Street, 3rd floor<br>Las Vegas, NV  89101 |

Babener & Associates
121 SW Morrison, Suite 1020
Portland OR  97204

Lee M Pollack
Law Firm of Jones Day
222 E. 41st Street
New York, NY 10017

Richard W. Waak
11300 East Shore Drive
Delton MI  49046

Telexfree
Stuart MacMillan
225 Cedar Hill St., Suite 200
Marlborough MA  01752

PayPal Worldwide Operations
12312 Port Grace Blvd
La Vista Nebraska  68128

Gerald P. Nehra
1710 Beach Street
Muskegon MI  49441-1008

International Payout Systems Inc.
2500 E. Hallandale Beach Blvd.
Suite 800
Hallandale Beach FL  33009

PayPal Corporate Headquarters
2211 North First Street
San Jose, CA  95131

Argus Payments Inc.
220 Humboldt Court
Sunnyvale CA  94089

Global Payroll Gateway, Inc.
2901 W. Coast Highway
Suite 200
Newport Beach CA  92663-4045

Allied Wallet
1 Northcumberland Avenue
Trafalgar Square
LONDON, WC2N 5BW
UNITED KINGDOM

ProPay Inc.
3400 N. Ashton Blvd.
Suite 200
Lehi, UT  84043

Garvey Schubert Barer
100 Wall Street
20th fl
New York, NY  10005-3708

Allied Wallet
9000 W. Sunset Blvd, #820
West Hollywood CA  90069

Lane Powell Prof. Corporation
301 West Northern Lights Blvd.
Suite 301
Anchorage AK  99503

Garvey Schubert Barer
Bank of America Financial Center
121 SW Morrison Street, 11th floor
Portland OR  97204-3141

Andrea L. Marconi, Esq.
Fennemore Craig, P.C.
23921 E. Camelback Road
Phoenix, AZ 85016

Garvey Schubert Barer
Flour Mill Building
1000 Potomac Street, NW, 5th Floor
Washin gton DC  20007-3501

| | |
|---|---|
| David Meadows, Esq. & Phyllis B. Sumner, Esq.<br>King & Spauling, LLP<br>1180 Peachtree Street<br>Atlanta GA  30309-3521 | Lane Powell Prof. Corporation<br>1420 Fifth Avenue, Suite 4200<br>PO Box 91302<br>Seattle WA  98111 |
| Ronald P. Passatempo, Esq.<br>Law Offices of  Ronald P. Passatempo<br>200 Broadway, Suite 102<br>Lynnfield MA  01940 | Opt3 Solutions, Inc.<br>15642 Sand Canyon Avenue, #52255<br>Irvine CA  92619-2255 |
| Edward F. Manzi, Jr.<br>Fidelity CoOperative bank<br>675 Main Street<br>Fitchburg, MA  01420 | Elizabeth Mueller, Esq., D. Scott Carlton, Esq.<br> & Thomas Zaccaro, Esq.<br>Law Firm of Paul Hastings, LLP<br>515 S. Flower Street<br>Los Angeles, CA  90071 |
| TD Bank<br>185 Franklin Street<br>Boston MA  02110 | Ciao Telecomm, Inc.<br>8390 LBJ Freeway<br>Dallas, TX  75243 |
| J.P. Morgan Chase, N.A.<br>c/o CT Corporation System<br>155 Federal Street, Suite 700<br>Boston, MA  02110 | Impact This Day Inc.<br>c/o Debra L. Squier<br>506 Roxbury Drive<br>Safety Harbor, FL 34695 |
| Digital Federal Credit Union<br>853 Donald Lynch Blvd.<br>Marlborough MA  01752 | Robert M. Goldstein, Esq.<br>20 Park Plaza<br>Suite 2000<br>Boston MA  02116 |
| Santander Bank<br>75 State Street<br>Boston MA  02109 | Bank of America, N.A.<br>100 Federal Street<br>Boston MA  02110 |
| Bertin C. Emmons, Esq.<br>Sovereign Bank<br>75 State Street, 4th floor<br>Boston MA  02109 | Citizens Bank<br>28 State Street<br>Boston MA  02109 |
| Michael S. Held, Esq. & Lawrence Waks, Esq.<br>Jackson Walker LLP<br>2323 Ross Avenue, Suite 600<br>Dallas TX  75201-2725 | Oriental Bank<br>Old San Juan Branch<br>204 Tetuan Street<br>San Juan, PR  00901 |

Joseph R. Middleton, Esq.
KPMG, LLP
60 South Street
Boston MA  02111

Timothy Martin
Huron Consulting Services LLC
100 High Street, 23rd Floor
Boston MA  02110

Miranda L. Hughes, Esq.
Brown, Winick, Graves, Gross,
Baskerville, & Schoenebaum P.L.C.
666 Grand Avenue, Suite 2000 Ruan Center
Des Moines, IA  50309

Mary Murrane, Esq.
United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston MA  02210

Sarah Kelly, Esq.
Nutter McClennan & Fish
155 Seaport Blvd.
Boston MA  02110

Stephen G. Huggard, Esq.
Locke Lord LLP
111 Hungtington Avenue
Boston MA  02199

Wells Fargo Bank, N.A.
c/o Corporation Service Co.
84 State Street
Boston MA  02109

Nicholas R. Kennedy, Esq.
McGuireWoods, LLP
One James Center
901 East Cary St.
Richmond, VA  23219

Juanita F. Garza
KPMG LLP
811 Main Street
Houston TX  77002

Chelsey Woods
c/o Aegis Management Company
2 Jungle Hut Road, Suite 2
Palm Coast, FL  32137

Romualdo Gonzalez, Esq.
228 St. Charles Avenue, Suite 1230
New Orleans, LA  70130