**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　　Debtors.<br><br>STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　　Plaintiff,<br>v.<br><br>BENJAMIN ARGUETA, ET AL<br>　　　　　Defendant(s). | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered<br><br><br><br>Adversary Proceeding<br>No.16-4006 |

07/31/2018 Allowed. No objections filed.

**MOTION BY TRUSTEE TO APPROVE STIPULATION OF SETTLEMENT BETWEEN CHAPTER 11 TRUSTEE AND SANTIAGO DE LA ROSA AND MADELYN GUERRERO**

Stephen Darr, the duly appointed Chapter 11 Trustee (the "Trustee") of TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. ("TelexFree" or the "Debtors"), respectfully requests that the Court approve the stipulation ("Stipulation") attached hereto by and between the Trustee and Santiago de la Rosa ("de la Rosa") and Madelyn Guerrero ("Guerrero" and, together with de la Rosa, the "Defendants"), pursuant to Federal Rule of Bankruptcy Procedure 9019. The Stipulation is anticipated to result in a recovery for the estates (the "Estates") having an estimated value of approximately $1,100,000 in settlement of claims against the Defendants, who were higher level participants in the TelexFree scheme. In support of this motion, the