# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 11 Cases |
| TELEXFREE, LLC, | 14-40987-MSH |
| TELEXFREE, INC. and | 14-40988-MSH |
| TELEXFREE FINANCIAL, INC., | 14-40989-MSH |
| Debtors. | Jointly Administered |
| STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC., | Adversary Proceeding No.16-4032 |
| Plaintiff, v. | |
| CARLOS WANZELER, ET AL, Defendant(s). | |
| STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC., | Adversary Proceeding No.16-4006 |
| Plaintiff, v. | |
| BENJAMIN ARGUETA, ET AL Defendant(s). | |

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that I have this day caused to be served a copy of the following document:

- ***Notice of Objection Deadline*** *regarding Motion by Trustee for Order to Approve Stipulation of Settlement Among United States of America, Chapter 11 Trustee and Fabio Wanzeler and Claudia Wanzeler*

via this Court's CM/ECF System, by electronic mail, and First Class Mail, postage prepaid as indicated to the service list below.

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
Murphy & King Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400
ALizotte@murphyking.com

DATED: November 6, 2018
750111

Telexfree, LLC
Short Service List
#670980

**BY ECF:**

- William R. Baldiga    wbaldiga@brownrudnick.com
- Charles R. Bennett    cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com
- Kendra Berardi    kberardi@rc.com, mjewell@rc.com
- Deena R. Bernstein    bernsteind@sec.gov, #brodocket@sec.gov
- Roger Bertling    roger@bertlinglaw.com, rbertlin@law.harvard.edu
- Robert J. Bonsignore    rbonsignore@class-actions.us, jnewlon@class-actions.us
- C. Elizabeth Brady Murillo    emurillo@burnslev.com
- Alan L. Braunstein    abraunstein@riemerlaw.com, ahall@riemerlaw.com
- Andrea G. Brier    abrier@murphyking.com, asavoia@murphyking.com;andrea-brier-7162@ecf.pacerpro.com
- Douglas Brooks    dbrooks@libbyhoopes.com
- Orestes G. Brown    obrown@metaxasbrown.com
- Evans J. Carter    ejcatty1@verizon.net
- Brian Casaceli    bcasaceli@mirickoconnell.com
- John Commisso    john.commisso@jacksonlewis.com, ann.macdonald@jacksonlewis.com
- Christopher M. Condon    cmc@murphyking.com, imccormack@murphyking.com
- Jonathan Crafts    jcrafts@dwyer-llc.com
- Gary W. Cruickshank    gwc@cruickshank-law.com
- Edward Dangel    tdangel@dangeldwyer-llc.com
- Ronald A. Dardeno    rdardeno@dardeno.com
- Joseph P. Davis    davisjo@gtlaw.com, ponsettoj@gtlaw.com
- Christine E. Devine    cdevine@mirickoconnell.com, bankrupt@mirickoconnell.com
- Adam K. Doerr    adoerr@rbh.com, akelly@robinsonbradshaw.com,fbarringer@robinsonbradshaw.com
- Martin B. Dropkin    nmatza@hotmail.com, nastor@dropkinmatza.com;mdropkin@dropkinmatza.com
- Daniel Dullea    scott@goldberganddullea.com
- James P. Ehrhard    ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- John C. Elstad    jelstad@verrilldana.com
- Kate P. Foley    kfoley@mirickoconnell.com
- Robert W. Fuller    rfuller@rbh.com
- Andrew J. Gallo    andrew.gallo@bingham.com, brian.katz@morganlewis.com
- Stuart M. Glass    sglass@choate.com
- Valentin D. Gurvits    vgurvits@bostonlawgroup.com
- William J. Hanlon    whanlon@seyfarth.com, bosdocket@seyfarth.com
- Carol E Head    carol.head@morganlewis.com

- Lawrence P. Heffernan    lheffernan@rc.com, kberardi@rc.com
- Nellie E Hestin    nhestin@mcguirewoods.com, mkrizan@mcguirewoods.com;aauld@mcguirewoods.com;kdevyver@mcguirewoods.com
- Jonathan Horne    jhorne@murthalaw.com, lmulvehill@murthalaw.com
- Franklin C. Huntington    huntingtonf@sec.gov
- Walter W. Jabs    Lawofficeswalterjabs@gmail.com
- Vernon C. Jolley    jolleylaw@comcast.net
- Paul V. Kelly    paul.kelly@jacksonlewis.com
- Nicholas R. Kennedy    nkennedy@mcguirewoods.com, bsieg@mcguirewoods.com;khosmer@mcguirewoods.com
- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
- Richard T. King    richard.t.king@usdoj.gov
- Andrew G. Lizotte    agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
- Michael Lobie    Michael.p.Lobie@usdoj.gov, Northern.Taxcivil@usdoj.gov
- Danielle Andrews Long    dlong@rc.com, jsantiago@rc.com
- Michael M. McArdle    mike@mcardlelaw.com, morgan@mcardlelaw.com
- S. Elaine McChesney    Elaine.mcchesney@bingham.com
- Wendy M. Mead    wendymeadpc@verizon.net
- Carl L. Moore    carl.l.moore@usdoj.gov, northern.taxcivil@usdoj.gov
- Francis C. Morrissey    fcm@mwzllp.com
- Harold B. Murphy    bankruptcy@murphyking.com, dkonusevska@murphyking.com
- Michael K. O'Neil    moneil@murphyking.com, dkonusevska@murphyking.com
- F. Anthony Paganelli    tony@paganelligroup.com
- Carmenelisa Perez-Kudzma    carmenelisa@pklolaw.com, evan@pklolaw.com
- James Radke    jradke@murthalaw.com, lmulvehill@murthalaw.com
- David P Reiner II    dpr@reinerslaw.com, eservice@reinerslaw.com
- Ian D. Roffman    iroffman@nutter.com, epleadings@nutter.com;cfeldman@nutter.com;kcannizzaro@nutter.com
- Ilyas J. Rona    ijr@mrdklaw.com, gnc@mrdklaw.com,kae@mrdklaw.com
- Mark C. Rossi    bostonian.ecf@gmail.com, esher.rossiecf2@gmail.com;r44913@notify.bestcase.com
- Paul S. Samson    psamson@riemerlaw.com, ahall@riemerlaw.com
- Kenneth I. Schacter    kenneth.schacter@bingham.com
- Hilary Schultz    hschultz@engelschultz.com
- Ari M. Selman    ari.selman@bingham.com
- Jordan L. Shapiro    JSLAWMA@aol.com
- Matthew Shayefar    matt@bostonlawgroup.com
- Monica Snyder    msnyder@murthalaw.com, jbabula@murthalaw.com
- Lisa D. Tingue    lisa.d.tingue@usdoj.gov
- Joseph Toomey    jtoomey@nutter.com
- Thomas S. Vangel    tvangel@murthalaw.com

- Sarah W. Walsh     sarah.walsh@jacksonlewis.com
- Elton Watkins     watkinslaw@comcast.net
- Jason C. Weida     Jason.weida@usdoj.gov

**By Electronic Mail:  Top 30**

| | |
|---|---|
| Joselia Sangali | jozelia_miriam@hotmail.com |
| Leonardo Francisco | leocaul@hotmail.com |
| DL1, Inc. | davidbeeba@gmail.com |
| Renato Alves | renato.alves.88@hotmail.com |
| Benjamin Argueta | benjamin_Gauchao@yahoo.com |
| Marco Almeida | marcobrum53@hotmail.com |
| JMC, Inc. | marcosclubflorida@gmail.com |
| Edwin H.M Lima | aldemar.neto@ac.gov.br |
| David Martinez | dmj500@charter.net |
| Paola Zollo Alecci | paolazollo3@gmail.com |
| Robert Bourguignon | flavioarraz@gmail.com |
| Carla Peres | carlagperes@outlook.com |
| Pedro Taveras | ptc59@hotmail.com |
| Nathana Santos Reis | nathanasreis@gmail.com |
| Jose Anominondas | wjempreendimentos@icloud.com |
| Vagner Roza | vagnerflamengo2009@hotmail.com |
| Norberto Rey | reytrucking@yahoo.com |
| Jose Carlos Maciel | jcmkkgb@hotmail.com |
| Bruno Graziani | graziani8926@gmail.com |
| Renato Ribeiro | renatousa05@gmail.com |
| Marcelino Salazar Bacilio | marcelino@sb@outlook.com |
| Edison O.J. Aleman | oswaldojuradoaleman@gmail.com |
| Roman Mishuk | mishuknew@gmail.com |
| Rosa M.C. Souto | telexfree.r@hotmail.com |
| Du Painting | edpnegocios@hotmail.com |
| Graca Luisa Andrade | projectosfx@gmail.com |
| Paulo Francisco da Silva | avpaulo_207@hotmail.com |
| Leone da Silva Santos | araujommn@gmail.com |
| | |
| David Fine, Esq. | dfine@kslaw.com |
| Craig Dunlap, Esq. | cdunlap@fclaw.com, tnealon@fclaw.com |
| Opt3 Solutions, Inc. | infor@opt3.com |
| | |
| Mary Murrane, Esq. | mary.murrane@usdoj.gov |

**BY ELECTRONIC MAIL:   APPEARANCES**

Ihuoma Igboanugo (for Maduako C. Ferguson, Sr. et al)
The Crescent Law Practice
P.O. Box 41333
Raleigh, NC 27692
919-389-6963
thecrescentlaw@gmail.com

Timothy S. Cory (for Ismail Karatekin) and (for Leonardo Barros Pereira)
Durham Jones & Pinegar
10785 W. Twain Ave., Ste 200
Las Vegas, NV 89135
(702) 870-6060
(702) 870-6090 (fax)
tcory@djplaw.com

D. Michael Noonan, Esq. (for Plaintiffs' Interim Executive Committee)
Shaheen & Gordon PA
140 Washington Street
Dover NH  03821
mnoonan@shaheengordon.com

R. Alexander Saveri, Esq. (for Plaintiffs' Interim Executive Committee)
Saveri & Saveri, Inc.
706 Sansome St.
San Francisco CA  94111
rick@saveri.com

William L. Coulthard, Esq. (for Plaintiffs' Interim Executive Committee)
Kemp Jones & Coulthard, LLP
Wells Fargo Tower
3800 Howard Hughes Parkway
17th Floor
Las Vegas NV  89169
w.coulthard@kempjones.com

Neil Gallagher
USAMA
Neil.Gallagher@usdoj.gov

Joshua Dennis, Esq.
StoneTurn Group, LLP
75 State Street, Suite 902
Boston MA  02109
jdennis@stoneturn.com

BY FIRST CLASS MAIL:  **APPEARANCES**

Maria J. Diconza, Esq., Nancy A. Mitchell, Esq.
 & Matthew Hinker, Esq.
Greenberg Traurig, Llp
Metlife Building
200 Park Ave
New York, NY 10166

Thomas H. Fell, Esq., Gregory Garman, Esq.
Gordon Silver
410 S. Rampart Blvd., Suite 420
Las Vegas NV  89145-5749

Evan J. Gershbein & Drake D. Foster
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Porter Gordon Silver Communications
410 S. Rampart Blvd. Suite 420
Las Vegas, NV  89145-5749

Roger W Wenthe
United States Attorney
333 Las Vegas Blvd So, #5000
Las Vegas, Nv 89101

Internal Revenue Service
Special Procedures Function
STOP 2080, P.O. Box 9112
25 New Sudbury St., JFK Federal Bldg.
Boston MA  02203

Securities and Exchange Commission
100 F Street, N.E.
Washington DC  20549

Stephen Darr
Huron Consulting Services, LLC
100 High Street, 23rd Floor
Boston MA  02110

Richard F. Holley, Esq.
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Sandra W. Lavigna
U. S. Securities And Exchange Comm.
5670 Wilshire Blvd, 11th Flr
Los Angeles, CA 90036

David L. Neale, Esq.
Levene, Neale, Bender, Yoo & Brill Llp
10250 Constellation Blvd., Suite 1700
Los Angeles, Ca 90067

Securities and Exchange Commission
Boston District Office
33 Arch Street, 23rd Floor
Boston MA  02110

Andrew Lelling
United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston MA  02210

Commonwealth of Massachusetts
Division of Unemployment Assistance
Executive Office of Labor & Workplace Develop.
19 Staniford St., Hurley Bldg.
Boston MA  02114

| | |
|---|---|
| Commonwealth of Mass/DOR<br>Bankruptcy Unit, P.O. Box 9564<br>100 Cambridge Street, 7th floor<br>Boston MA 02114-9564 | Jeff Sessions<br>Attorney General of The United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington DC 2053-0001 |
| Office of the Attorney General<br>Commonwealth of MA<br>Consumer Protection Division<br>One Ashburton Place, 19th Floor<br>Boston MA 02108 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114-9564 |
| Daniel M. Feigenbaum, Esq.<br>Deputy General Counsel<br>Alvarez & Marshal Holdings, LLC<br>600 Madison Avenue<br>New York, NY 10022 | William H. Runge, III<br>Alvarez & Marshal North America, LLC<br>Monarch Tower,<br>3424 Peachtree Road, NE, #1500<br>Atlanta GA 30326 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Stuart MacMillan<br>Chairman and Managing Partner<br>Impact This Day, Inc.<br>2555 Enterprise Road<br>Clearwater FL 33763 | Internal Revenue Service<br>500 N. Capital St., NW<br>Washington DC 20221 |
| The Sheffield Group<br>2239 N. Hayden Road<br>Suite 103<br>Scottsdale AZ 85257 | Massachusetts Securities Division<br>William Neelon, Esq.<br>Enforcement Section<br>One Ashburton Place, Room 1701<br>Boston MA 02108 |
| Legal Services Center<br>Roger Berling<br>122 Boylston Street<br>Jamaica Plain, MA 02130 | Lee A Armstrong, Esq.<br>222 E. 41st Street<br>New York, NY 10017 |
| Rodman, Rodman & Sandman<br>Richard Sandman<br>442 main Street, Suite 300<br>Malden MA 02148 | Lane Powell<br>601 S.W. Second Avenue<br>Suite 2100<br>Portland OR 97204 |
| Babener & Associates<br>121 SW Morrison, Suite 1020<br>Portland OR 97204 | Telecom Logic, LLC<br>818 SW 3rd Avenue<br>Suite 137<br>Portland OR 97204 |

Richard W. Waak
11300 East Shore Drive
Delton MI  49046

Cotton Driggs Walch Holley Woloson & Thompson
Richard Holley Ogonna Atamoh
400 S. 4th Street, 3rd floor
Las Vegas, NV  89101

PayPal Worldwide Operations
12312 Port Grace Blvd
La Vista Nebraska  68128

Lee M Pollack
Law Firm of Jones Day
222 E. 41st Street
New York, NY  10017

International Payout Systems Inc.
2500 E. Hallandale Beach Blvd.
Suite 800
Hallandale Beach FL  33009

Telexfree
Stuart MacMillan
225 Cedar Hill St., Suite 200
Marlborough MA  01752

Argus Payments Inc.
220 Humboldt Court
Sunnyvale CA  94089

Gerald P. Nehra
1710 Beach Street
Muskegon MI  49441-1008

Allied Wallet
1 Northcumberland Avenue
Trafalgar Square
LONDON, WC2N 5BW
UNITED KINGDOM

PayPal Corporate Headquarters
2211 North First Street
San Jose, CA  95131

Garvey Schubert Barer
100 Wall Street
20th fl
New York, NY  10005-3708

Global Payroll Gateway, Inc.
2901 W. Coast Highway
Suite 200
Newport Beach CA  92663-4045

Lane Powell Prof. Corporation
301 West Northern Lights Blvd.
Suite 301
Anchorage AK  99503

ProPay Inc.
3400 N. Ashton Blvd.
Suite 200
Lehi, UT  84043

Andrea L. Marconi, Esq.
Fennemore Craig, P.C.
23921 E. Camelback Road
Phoenix, AZ 85016

Allied Wallet
9000 W. Sunset Blvd, #820
West Hollywood CA  90069

David Meadows, Esq. & Phyllis B. Sumner, Esq.
King & Spauling, LLP
1180 Peachtree Street
Atlanta GA  30309-3521

Garvey Schubert Barer
Bank of America Financial Center
121 SW Morrison Street, 11th floor
Portland OR  97204-3141

Ronald P. Passatempo, Esq.
Law Offices of Ronald P. Passatempo
200 Broadway, Suite 102
Lynnfield MA 01940

Edward F. Manzi, Jr.
Fidelity CoOperative bank
675 Main Street
Fitchburg, MA 01420

TD Bank
185 Franklin Street
Boston MA 02110

J.P. Morgan Chase, N.A.
c/o CT Corporation System
155 Federal Street, Suite 700
Boston, MA 02110

Digital Federal Credit Union
853 Donald Lynch Blvd.
Marlborough MA 01752

Santander Bank
75 State Street
Boston MA 02109

Bertin C. Emmons, Esq.
Sovereign Bank
75 State Street, 4th floor
Boston MA 02109

Michael S. Held, Esq. & Lawrence Waks, Esq.
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas TX 75201-2725

Joseph R. Middleton, Esq.
KPMG, LLP
60 South Street
Boston MA 02111

Garvey Schubert Barer
Flour Mill Building
1000 Potomac Street, NW, 5th Floor
Washin gton DC 20007-3501

Lane Powell Prof. Corporation
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle WA 98111

Opt3 Solutions, Inc.
15642 Sand Canyon Avenue, #52255
Irvine CA 92619-2255

Elizabeth Mueller, Esq., D. Scott Carlton, Esq.
 & Thomas Zaccaro, Esq.
Law Firm of Paul Hastings, LLP
515 S. Flower Street
Los Angeles, CA 90071

Ciao Telecomm, Inc.
8390 LBJ Freeway
Dallas, TX 75243

Impact This Day Inc.
c/o Debra L. Squier
506 Roxbury Drive
Safety Harbor, FL 34695

Robert M. Goldstein, Esq.
20 Park Plaza
Suite 2000
Boston MA 02116

Bank of America, N.A.
100 Federal Street
Boston MA 02110

Citizens Bank
28 State Street
Boston MA 02109

Timothy Martin
Huron Consulting Services LLC
100 High Street, 23rd Floor
Boston MA  02110

Miranda L. Hughes, Esq.
Brown, Winick, Graves, Gross,
 Baskerville, & Schoenebaum P.L.C.
666 Grand Avenue, Suite 2000 Ruan Center
Des Moines, IA  50309

Mary Murrane, Esq.
United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston MA  02210

Sarah Kelly, Esq.
Nutter McClennan & Fish
155 Seaport Blvd.
Boston MA  02110

Geoffrey G. Nathan, Esq.
Nathan Law Office
132 Boylston Street, 5th Floor
Boston MA  02116

Oriental Bank
Old San Juan Branch
204 Tetuan Street
San Juan, PR  00901

Wells Fargo Bank, N.A.
c/o Corporation Service Co.
84 State Street
Boston MA  02109

Nicholas R. Kennedy, Esq.
McGuireWoods, LLP
One James Center
901 East Cary St.
Richmond, VA  23219

Juanita F. Garza
KPMG LLP
811 Main Street
Houston TX  77002

Chelsey Woods
c/o Aegis Management Company
2 Jungle Hut Road, Suite 2
Palm Coast, FL  32137

Romualdo Gonzalez, Esq.
228 St. Charles Avenue, Suite 1230
New Orleans, LA  70130