UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Darr v. Argueta et al ,
         Debtor

Chapter: 0
Case No: 16–04006
Judge Melvin S. Hoffman

# NOTICE OF OBJECTION DEADLINE

[292] – Motion filed by Plaintiff Stephen B. Darr For Order to Approve Stipulation of Settlement Among United States of America, Chapter 11 Trustee, and Fabio Wanzeler and Claudia Wanzeler with certificate of service.

Andrew Lizotte
Murphy & King, PC
One Beacon St.
Boston, MA 02108

**YOU ARE RESPONSIBLE FOR THE FOLLOWING:**

1. Notifying the U.S. Trustee, all creditors, all parties in interest, indenture trustees (if any), and the trustee for this case (if any) that the deadline for filing an objection or response to the motion is **JANUARY 4, 2019** at 4:30 P.M. See FRBP 2002 and MLBR 9013–1(d).

2. Notifying the U.S. Trustee, all creditors, all parties in interest, indenture trustees (if any) and the trustee for this case (if any) that a hearing will be scheduled only if objections are filed to the motion and that, if no objection or responses are filed, the motion will be allowed without a hearing.

3. Filing your certificate of service with respect to such notice within one week of the date of this notice.

**If you fail to file timely a certificate of service, the Court may deny your motion without a hearing.**

Date: 12/11/2018                              By the Court, Judge Melvin S. Hoffman

                                              Toni Elam
                                              Deputy Clerk

---

I hereby certify that I mailed this notice to the movant. Andrew Lizotte
Murphy & King, PC
One Beacon St.
Boston, MA 02108

Date of Mailing:12/11/2018                    By the Court,

                                              Toni Elam
                                              Deputy Clerk