12/17/2018 Allowed. No objections filed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>Plaintiff,<br>v.<br><br>CARLOS WANZELER, ET AL,<br>Defendant(s). | Adversary Proceeding<br>No.16-4032 |
| STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>Plaintiff,<br>v.<br><br>BENJAMIN ARGUETA, ET AL<br>Defendant(s). | Adversary Proceeding<br>No.16-4006 |

MOTION BY TRUSTEE TO APPROVE STIPULATION OF SETTLEMENT AMONG
UNITED STATES OF AMERICA, CHAPTER 11 TRUSTEE
AND FABIO WANZELER AND CLAUDIA WANZELER

Stephen Darr, the duly appointed Chapter 11 Trustee (the "Chapter 11 Trustee") of

TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. ("TelexFree" or the "Debtors"),