United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Adv. Proc. No. 16-04006-msh

Argueta,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-4      User: telam           Page 1 of 2           Date Rcvd: Dec 17, 2018
                        Form ID: pdf012        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Dec 18 2018 01:29:19      Richard King,
        Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                                                                                     TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
         Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
          bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957
          cc@ecf.pacerpro.com
         Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
          bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com
          ;ecf-ca5a5ac33a04@ecf.pacerpro.com
         Elton   Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
         Elton   Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
         Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
         Gary W. Cruickshank    on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com
         Hilary  Schultz    on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
         Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@mrdklaw.com,   gnc@mrdklaw.com,
          kae@mrdklaw.com
         Ilyas J. Rona    on behalf of Defendant Julio  Silva ijr@mrdklaw.com,   gnc@mrdklaw.com,
          kae@mrdklaw.com
         James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
          cote@ehrhardlaw.com
         Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
         Matthew  Shayefar    on behalf of Defendant  Timex Research Consulting Inc.
          matt@bostonlawgroup.com
         Matthew  Shayefar    on behalf of Defendant  New Generation Med Supply Inc.
          matt@bostonlawgroup.com
         Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
          dkonusevska@murphyking.com;ecf-b51ce627ec66@ecf.pacerpro.com
         Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mcardlelaw.com,
          morgan@mcardlelaw.com
         Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
          morgan@mcardlelaw.com
         Valentin D. Gurvits    on behalf of Defendant  New Generation Med Supply Inc.
          vgurvits@bostonlawgroup.com
         Valentin D. Gurvits    on behalf of Defendant  Timex Research Consulting Inc.
          vgurvits@bostonlawgroup.com
         Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net

```
District/off: 0101-4          User: telam              Page 2 of 2              Date Rcvd: Dec 17, 2018
                              Form ID: pdf012          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Wendy M. Mead   on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
         Wendy M. Mead   on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
                                                                                                                                                          TOTAL: 26

Case 16-04006    Doc 296    Filed 12/19/18    Entered 12/20/18 00:53:21    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>                Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS TRUSTEE OF<br>THE CHAPTER 11 ESTATES OF<br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>                Plaintiff,<br>v.<br><br>CARLOS WANZELER, ET AL,<br>                Defendant(s). | Adversary Proceeding<br>No.16-4032 |
| STEPHEN B. DARR AS HE IS TRUSTEE OF<br>THE CHAPTER 11 ESTATES OF<br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>                Plaintiff,<br>v.<br><br>BENJAMIN ARGUETA, ET AL<br>                Defendant(s). | Adversary Proceeding<br>No.16-4006 |

12/17/2018 Allowed. No objections filed.

## MOTION BY TRUSTEE TO APPROVE STIPULATION OF SETTLEMENT AMONG UNITED STATES OF AMERICA, CHAPTER 11 TRUSTEE AND FABIO WANZELER AND CLAUDIA WANZELER

Stephen Darr, the duly appointed Chapter 11 Trustee (the "Chapter 11 Trustee") of

TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. ("TelexFree" or the "Debtors"),