Document      Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

COURT'S CERTIFICATE OF SERVICE

I, Regina M. Brooks, hereby certify that on February 11, 2019, I mailed a true and complete copy of the U.S. Bankruptcy Court's March 5, 2019 hearing notice on Motion filed by Interested Party Fabio Wanzeler and Notice of Objection to Trustee's Motion to Approve Stipulation of Settlement entered on January 31, 2019 by United States Postal Service first class mail to:

**Fabio Wanzeler**
**4506 San Mellina Drive**
**Coconut Creek, FL 33073**

**Fabio Wanzeler**
**5045 Wiles Road, Apt. 308**
**Coconut Creek, FL 33073**

**Fabio Wanzeler**
**5449 Wiles Road, Apt. 210**
**Coconut Creek, FL 33073**

**Fabio Wanzeler**
**10566 Cape Delabra Court**
**Boynton Beach, FL 33473**

February 11, 2019                                         /s/  Regina M. Brooks
                                                          Courtroom Deputy
                                                          617-748-5337