## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>            Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN DARR, AS HE IS THE TRUSTEE<br>OF THE CHAPTER 11 ESTATES OF EACH<br>OF THE DEBTORS,<br><br>            Plaintiff,<br><br>v.<br><br>CARLOS WANZELER, JAMES MERRILL,<br>CARLOS COSTA, PRISCILA FREITAS<br>COSTA, FABIO WANZELER, LYVIA MARA<br>CAMPISTA WANZELER, MARIA<br>EDUARDA WANZELER DE ALMEIDA E<br>SOUZA, DRUCILA WANZELER, MARISA<br>MACHADO WANZELER SALGADO,<br>RENATO ALVES, ANA COSTA, NATHANA<br>SANTOS REIS, FABIO FARIA, LELIO<br>CELSO RAMIRES FARIAS, SANDERLY<br>RODRIGUES, VAGNER ROZA, ROBERT<br>BOURGUIGNON, REGINA CELIA<br>MANHAES DA ROZA REGINA CELIA,<br>MICHAEL CALAZANS, FABIO DE ARRAZ<br>CRISPIM, SHEFFA MONTOYA, LUIS<br>FERREIRA, SANDRES LEVIS, FEBE<br>WANZELER DE ALMEIDA E SOUZA,<br>BRUNO RANGEL CARDOZO,<br>            Defendants. | Adversary Proceeding<br>No. 16-4032 |

STEPHEN B. DARR AS HE IS TRUSTEE OF
THE CHAPTER 11 ESTATES OF
TELEXFREE, LLC, TELEXFREE, INC. AND
TELEXFREE FINANCIAL, INC.,

                Plaintiff,

V.

BENJAMIN ARGUETA, ET AL.

                Defendants(s).

**Adversary Proceeding
No. 16-4006**

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that I have this day caused to be served a copy of the following document:

- *Motion by Trustee to Approve Settlement Agreement Among United States of America, Chapter 11 Trustee, Priscila Costa and Carlos Costa*

via this Court's CM/ECF System as indicated to the service list below.

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
Murphy & King Professional Corporation
One Beacon Street
Boston, MA  02108
 (617) 423-0400
ALizotte@murphyking.com

DATED:  February 13, 2019
754249

Telexfree Adversary Proceeding #16-4006 (Domestic)

Service List #703788

**ECF:**

- Charles R. Bennett    cbennett@murphyking.com,
  bankruptcy@murphyking.com;imccormack@murphyking.com
- Evans J. Carter    ejcatty1@verizon.net
- Gary W. Cruickshank    gwc@cruickshank-law.com
- James P. Ehrhard    ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- Valentin D. Gurvits    vgurvits@bostonlawgroup.com
- Andrew G. Lizotte    agl@murphyking.com,
  bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murp
  hyking.com
- Michael M. McArdle    mike@mcardlelaw.com, morgan@mcardlelaw.com
- Wendy M. Mead    wendymeadpc@verizon.net
- Michael K. O'Neil    moneil@murphyking.com, dkonusevska@murphyking.com
- Ilyas J. Rona    ijr@milliganrona.com, gnc@milliganrona.com
- Hilary Schultz    hschultz@engelschultz.com
- Jordan L. Shapiro    JSLAWMA@aol.com
- Matthew Shayefar    matt@bostonlawgroup.com
- Elton Watkins    watkinslaw@comcast.net