UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Darr v. Argueta et al ,
        Debtor

Chapter: 0
Case No: 16–04006
Judge Melvin S. Hoffman

# NOTICE OF OBJECTION DEADLINE

[302] – Motion filed by Plaintiff Stephen B. Darr to Approve [Re: [301] Settlement Agreement. (Lizotte, Andrew)

Andrew Lizotte
Murphy & king, PC
One Beacon St.
Boston, MA 02108

**YOU ARE RESPONSIBLE FOR THE FOLLOWING:**

1. Notifying the U.S. Trustee, all creditors, all parties in interest, indenture trustees (if any), and the trustee for this case (if any) that the deadline for filing an objection or response to the motion is **MARCH 15, 2019** at 4:30 P.M. See FRBP 2002 and MLBR 9013−1(d).

2. Notifying the U.S. Trustee, all creditors, all parties in interest, indenture trustees (if any) and the trustee for this case (if any) that a hearing will be scheduled only if objections are filed to the motion and that, if no objection or responses are filed, the motion will be allowed without a hearing.

3. Filing your certificate of service with respect to such notice within one week of the date of this notice.

**If you fail to file timely a certificate of service, the Court may deny your motion without a hearing.**

Date: 2/19/2019

By the Court, Judge Melvin S. Hoffman

Toni Elam
Deputy Clerk

---

I hereby certify that I mailed this notice to the movant. Andrew Lizotte, Esq.
Murphy & King, PC
One Beacon St.
Boston, MA 02108

Date of Mailing:2/19/2019

By the Court,

Toni Elam
Deputy Clerk