

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br> **TELEXFREE, LLC,** <br>    Debtor | Ch. 11 <br> 14-40987-MSH |
| **STEPHEN B. DARR,** <br>    Plaintiff, <br> *v.* <br> **BENJAMIN ARGUETA, et al.,** <br>    Defendants | Adversary Proceeding <br> 16-04006-MSH |

## Proceeding Memorandum

**MATTER:**
#297 Motion of Fabio Wanzeler and Notice of Objection to Trustee's Motion to Approve Stipulation of Settlement (Re: [292] Motion filed by Plaintiff Stephen B. Darr for Order to Approve Stipulation of Settlement Among United States of America, Chapter 11 Trustee, and Fabio Wanzeler and Claudia Wanzeler and [295] Order on Motion for Order/Authority) (Pro Se)
#299 Response of Chapter 11 Trustee (A. Lizotte)

**Decision set forth more fully as follows:**
Hearing held. For the reasons set forth on the record, the Motion to Approve Stipulation of Settlement is hereby removed from the public docket.

By the Court,

*[signature]*

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 3/5/2019