**COURT'S CERTIFICATE OF MAILING**

Fabio Wanzeler

4506 San Mellina Drive

Coconut Creek, FL 33073


Fabio Wanzeler

5045 Wiles Road, Apt. 308

Coconut Creek, FL 33073


Fabio Wanzeler

5449 Wiles Road, Apt 210

Coconut Creek, FL 33073


Fabio Wanzeler

10566 Cape Delabra Court

Boynton Beach, FL 33473