United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff                                            Adv. Proc. No. 16-04006-msh

Argueta,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-4       User: meh               Page 1 of 2             Date Rcvd: Mar 05, 2019
                          Form ID: pdf012       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Mar 06 2019 00:51:11      Richard King,
               Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                                                    TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
              Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
             bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957
             cc@ecf.pacerpro.com
              Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
             bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com
             ;ecf-ca5a5ac33a04@ecf.pacerpro.com
              Elton   Watkins, III    on behalf of Defendant Milagros   Adames watkinslaw@comcast.net
              Elton   Watkins, III    on behalf of Defendant Ricardo   Fabin watkinslaw@comcast.net
              Evans J. Carter    on behalf of Defendant Bilkish   Sunesara ejcatty1@verizon.net
              Gary W. Cruickshank    on behalf of Defendant Jose Miguel   Filho gwc@cruickshank-law.com
              Hilary   Schultz    on behalf of Defendant Bruno   Graziani hschultz@engelschultz.com
              Ilyas J. Rona    on behalf of Defendant Frantz   Balan ijr@mrdklaw.com,   gnc@mrdklaw.com,
             kae@mrdklaw.com
              Ilyas J. Rona    on behalf of Defendant Julio   Silva ijr@mrdklaw.com,   gnc@mrdklaw.com,
             kae@mrdklaw.com
              James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
             cote@ehrhardlaw.com
              Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
              Matthew   Shayefar    on behalf of Defendant   Timex Research Consulting Inc.
             matt@bostonlawgroup.com
              Matthew   Shayefar    on behalf of Defendant   New Generation Med Supply Inc.
             matt@bostonlawgroup.com
              Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,
             dkonusevska@murphyking.com;ecf-b51ce627ec66@ecf.pacerpro.com
              Michael M. McArdle    on behalf of Defendant Ruddy   Abreau mike@mcardlelaw.com,
             morgan@mcardlelaw.com
              Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
             morgan@mcardlelaw.com
              Valentin D. Gurvits    on behalf of Defendant   New Generation Med Supply Inc.
             vgurvits@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Defendant   Timex Research Consulting Inc.
             vgurvits@bostonlawgroup.com
              Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Lan Lan   Ji wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Hugo   Alvarado wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Benjamin   Argueta wendymeadpc@verizon.net

```
District/off: 0101-4          User: meh              Page 2 of 2            Date Rcvd: Mar 05, 2019
                              Form ID: pdf012        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Wendy M. Mead    on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
                                                                                                           TOTAL: 26

Case 16-04006    Doc 308    Filed 03/07/19    Entered 03/08/19 00:48:04    Desc Imaged
Certificate of Notice    Page 2 of 3



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> TELEXFREE, LLC, <br>   Debtor <br><br> STEPHEN B. DARR, <br>   Plaintiff, <br><br> *v.* <br><br> BENJAMIN ARGUETA, et al., <br>   Defendants | Ch. 11 <br> 14-40987-MSH <br><br> Adversary Proceeding <br> 16-04006-MSH |

## Proceeding Memorandum

**MATTER:**
#297 Motion of Fabio Wanzeler and Notice of Objection to Trustee's Motion to Approve Stipulation of Settlement (Re: [292] Motion filed by Plaintiff Stephen B. Darr for Order to Approve Stipulation of Settlement Among United States of America, Chapter 11 Trustee, and Fabio Wanzeler and Claudia Wanzeler and [295] Order on Motion for Order/Authority)  (Pro Se)
#299 Response of Chapter 11 Trustee (A. Lizotte)

**Decision set forth more fully as follows:**
Hearing held. For the reasons set forth on the record, the Motion to Approve Stipulation of Settlement is hereby removed from the public docket.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 3/5/2019