# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re:<br>Telexfree, LLC<br>　　　　　　　Debtor | ) ) ) ) ) ) ) | Chapter 11<br>Case No. 14-40987 -MSH |
| Stephen B. Darr<br>　　　　　　　Plaintiff<br>v.<br>Benjamin Argueta<br>　　　　　　　Defendant | ) ) ) ) ) ) ) ) ) ) | Adversary Proceeding<br>No. 16-04006 |

### ORDER

On or before April 1, 2019, the trustee shall serve this order and the motion to approve settlement at docket #302 on Carlos Costa. A hearing will be scheduled only if objections are filed to the motion, and if no objections or responses are filed, the motion may be allowed without a hearing. The deadline for Mr. Costa to file an objection or response to the motion is extended to April 18, 2019 at 4:30 P.M.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: March 25, 2019