UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>Telexfree, LLC<br><br>                Debtor | Chapter 11<br>Case No. 14-40987 -MSH |
| Stephen B. Darr<br>                Plaintiff<br>v.<br>Benjamin Argueta<br>                Defendant | Adversary Proceeding<br>No. 16-04006 |

ORDER

In light of the certificate of service filed on February 20, 2019 (docket # 83) in Adversary Proceeding 16-4032, order #309 is vacated.

By the Court,

*/s/ Melvin S. Hoffman*

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: March 25, 2019