03/25/2019 Allowed. No objections filed.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>Plaintiff,<br>v.<br><br>CARLOS WANZELER, ET AL,<br>Defendant(s). | Adversary Proceeding<br>No.16-4032 |
| STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>Plaintiff,<br>v.<br><br>BENJAMIN ARGUETA, ET AL<br>Defendant(s). | Adversary Proceeding<br>No.16-4006 |

**MOTION BY TRUSTEE TO APPROVE SETTLEMENT AGREEMENT AMONG UNITED STATES OF AMERICA, CHAPTER 11 TRUSTEE, <u>PRISCILA COSTA AND CARLOS COSTA</u>**

Stephen Darr, the duly appointed Chapter 11 Trustee (the "<u>Chapter 11 Trustee</u>") of

TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. ("<u>TelexFree</u>" or the "<u>Debtors</u>"),