United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

## CERTIFICATE OF NOTICE

District/off: 0101-4      User: telam      Page 1 of 2      Date Rcvd: Mar 25, 2019
                       Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Mar 26 2019 00:47:32      Richard King,
        Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                                                                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:
        Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
        bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com
        Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
        bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com
        Elton   Watkins, III    on behalf of Defendant Milagros   Adames watkinslaw@comcast.net
        Elton   Watkins, III    on behalf of Defendant Ricardo   Fabin watkinslaw@comcast.net
        Evans J. Carter    on behalf of Defendant Bilkish   Sunesara ejcatty1@verizon.net
        Gary W. Cruickshank    on behalf of Defendant Jose Miguel   Filho gwc@cruickshank-law.com,
        cruickshankgr87938@notify.bestcase.com
        Hilary   Schultz    on behalf of Defendant Bruno   Graziani hschultz@engelschultz.com
        Ilyas J. Rona    on behalf of Defendant Frantz   Balan ijr@mrdklaw.com,   gnc@mrdklaw.com,   kae@mrdklaw.com
        Ilyas J. Rona    on behalf of Defendant Julio   Silva ijr@mrdklaw.com,   gnc@mrdklaw.com,   kae@mrdklaw.com
        James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,   cote@ehrhardlaw.com
        Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
        Matthew   Shayefar    on behalf of Defendant   Timex Research Consulting Inc.   matt@bostonlawgroup.com
        Matthew   Shayefar    on behalf of Defendant   New Generation Med Supply Inc.   matt@bostonlawgroup.com
        Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com,   dkonusevska@murphyking.com;ecf-b51ce627ec66@ecf.pacerpro.com
        Michael M. McArdle    on behalf of Defendant Ruddy   Abreau mike@mcardlelaw.com,   morgan@mcardlelaw.com
        Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,   morgan@mcardlelaw.com
        Valentin D. Gurvits    on behalf of Defendant   New Generation Med Supply Inc.   vgurvits@bostonlawgroup.com
        Valentin D. Gurvits    on behalf of Defendant   Timex Research Consulting Inc.   vgurvits@bostonlawgroup.com
        Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Lan Lan   Ji wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Hugo   Alvarado wendymeadpc@verizon.net

```
District/off: 0101-4          User: telam                Page 2 of 2                  Date Rcvd: Mar 25, 2019
                              Form ID: pdf012            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
      Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Roberto   Nunez wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Gladys   Alvarado wendymeadpc@verizon.net
                                                                                                                 TOTAL: 26

Case 16-04006   Doc 312   Filed 03/27/19   Entered 03/28/19 00:54:02   Desc Imaged
Certificate of Notice   Page 2 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>Telexfree, LLC<br><br>               Debtor | Chapter 11<br>Case No. 14-40987 -MSH |
| Stephen B. Darr<br>               Plaintiff<br>v.<br>Benjamin Argueta<br>               Defendant | Adversary Proceeding<br>No. 16-04006 |

ORDER

On or before April 1, 2019, the trustee shall serve this order and the motion to approve settlement at docket #302 on Carlos Costa. A hearing will be scheduled only if objections are filed to the motion, and if no objections or responses are filed, the motion may be allowed without a hearing. The deadline for Mr. Costa to file an objection or response to the motion is extended to April 18, 2019 at 4:30 P.M.

By the Court,

_____
Melvin S. Hoffman
United States Bankruptcy Judge

Dated: March 25, 2019