United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: telam     Page 1 of 3     Date Rcvd: Mar 26, 2019
                   Form ID: pdf012     Total Noticed: 106

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.

```
dft          +Aaron Ataide,    2900 W Porter Ave.,    Visalia, CA 93291-6546
dft          +Alexander N. Aurio,    15 W. Prescott Ave.,    Clovis, CA 93619-8743
dft          +Alexandro Rocha,    6 Nell Road,    Revere, MA 02151-2106
dft          +Amilcar Lopez,    94 Broadway Street,    Somerville, MA 02145-3233
dft          +Ana R. Ramos,    63 Fremont Ave. Apt 2,    Chelsea, MA 02150-1024
dft          +Ana Rosa Lopez,    5019 Redwin Brook Trail,    Katy, TX 77449-4582
dft          +Ana Santos,    120 Atlantic Ave,    Long Branch, NJ 07740-7778
dft          +Andres Bolivar Estevez,    9510 90th Ave. 2,    Woodhaven, NY 11421-2754
dft          +Antonio Oliveira,    5 Juniper St.,    North Billerica, MA 01862-3123
dft          +Bartolo Castllo,    23530 Canyon Lake Dr.,    Spring, TX 77373-7708
dft          +Benjamin Argueta,    14 Illinois Avenue,    Apt. 1,    Somerville, MA 02145-2208
dft          +Bilkish Sunesara,    8211 Longvale Drive,    Rosenberg, TX 77469-5046
dft          +Bingjian Pan,    75 E. 4th Street, Apt. 23,    New York, NY 10003-0831
dft          +Bruno Graziani,    134 Highland Street,    Marlborough, MA 01752-4244
dft          +Carlos Alfaro,    20 Manor Place,    Huntington Station, NY 11746-1546
dft          +Carlos C. DeJesus,    72 Fremont Ave.,    Apt. 2,    Chelsea, MA 02150-1033
dft          +Carlos Vanterpool,    255 Hidden Springs Cir.,    Kissimmee, FL 34743-6122
dft          +Celso Roberto Silva Filho,    261 Whalepond Road,    Oakhurst, NJ 07755-1543
dft          +Chai Hock Ng,    13525 Roosevelt Ave,    #2D,    Flushing, NY 11354-5305
dft          +Daneng Xiong,    280 St. Augustine Dr.,    Chico, CA 95928-4345
dft          +Daniel Chavez,    4149 S. Church St.,    Visalia, CA 93277-9166
dft          +David Reis,    25 MacArthur St,    #2,    Somerville, MA 02145-3111
dft          +Davidson R. Teixeira,    33 Vernal Street, #1,    Everett, MA 02149-2311
dft          +Debora C. Brasil,    802 Harbor Inn Dr.,    Coral Springs, FL 33071-5614
dft          +Devendra Shah,    5002 N. Oaks Blvd.,    North Brunswick, NJ 08902-2140
dft          +Dwayne Jones,    3324 Parsons Blvd., Apt 6P,    Flushing, NY 11354-3107
dft          +Eddie Alberto Duverge,    90 Prospect Ave.,    Revere, MA 02151-3815
dft          +Edgar Borelli,    291 Thompson St.,    Halifax, MA 02338-1652
dft          +Edilene Storck Navarro,    55 Fox Rd., Unit 925,    Waltham, MA 02451-0203
dft          +Edson F. Souza,    1003 Acton Ave.,    Lehigh Acres, FL 33971-7546
dft          +Eduardo N. Silva,    10111 Newington Drive,    Orlando, FL 32836-3742
dft          +Euzebio Sudre Neto,    334 Chestnut Farm Way,    Raynham, MA 02767-1584
dft          +Ezau Soares Ferreira,    27 High St., Apt 2,    East Weymouth, MA 02189-2936
dft          +Fabiana Acacia Da Cruz Dos Santos,    7983 NW 70th Ave.,    Parkland, FL 33067-3972
dft          +Faith Sloan,    4809 Crystalline Pl., Apt 102,    Virginia Beach, VA 23462-4496
dft          +Faustino Torres,    5514 Minaret Ct.,    Orlando, FL 32821-8119
dft          +Francisdalva Siqueira,    9715 Arbor Oak Ct., Apt. 301,    Boca Raton, FL 33428-1771
dft          +Frantz Balan,    51 Grover Street,    Apt. 2,    Everett, MA 02149-4204
dft          +Gaspar Jesus,    235 Boston St., Apt 3,    Lynn, MA 01904-3101
dft          +Gelalin-3377 LLC,    53 Walk Hill St., Apt 2,    Jamaica Plain, MA 02130-4145
dft          +Gerald Agnew,    3324 Parsons Blvd,    Apt 6P,    Flushing, NY 11354-3107
dft          +Gilson Nassar,    3500 W. Hillsboro Blvd., Apt 201,    Coconut Creek, FL 33073-2112
dft          +Gladys Alvarado,    177 Lincoln St.,    #2,    Worcester, MA 01605-3757
dft          +Helio Barbosa,    2B Brackett Rd,    Framingham, MA 01702-8706
dft          +Hugo Alvarado,    18 Catherine St. #1,    Worcester, MA 01605-2771
dft          +Jamilson Marcos Conceicao,    5451 Ginger Cove Dr., Apt A,    Tampa, FL 33634-1726
dft          +Jap International Network LLC,    c/o Gilberto Araujo Filho,    3310 Quail Close,
               Pompano Beach, FL 33064-2021
dft          +Jean 2004 Enterprise Corp.,    1310 Partridge Close,    Pompano Beach, FL 33064-2022
dft          +Jesus Osuna,    700 N Avery Ave,    Farmersville, CA 93223-1267
dft          +Joelito Souza Caldas Junior,    9751 Majorca Pl.,    Boca Raton, FL 33434-3713
dft           Jorge Antonio Mejia Sequeira,    3055 Jasmine Valley Dr.,    Canyon Country, CA  91387
dft          +Jose Carlos Maciel,    18 Hayes St., Apt 2,    Framingham, MA 01702-6935
dft          +Jose Lopez,    164 Exchange St.,    2nd Floor,    Lawrence, MA 01841-1022
dft          +Jose Miguel Filho,    27 Liberty St.,    Gloucester, MA 01930-2896
dft          +Jose Neto,    49 Rodney Street,    Worcester, MA 01605-2859
dft          +Joseph Pietropaolo,    224 Sarahs Lane,    Liberty Hill, TX 78642-4036
dft          +Julio C. Paz,    179 Water Street,    Framingham, MA 01701-3409
dft          +Julio Silva,    111 E. Washington St., Unit 2221,    Orlando, FL 32801-2380
dft          +LM Davar Inc.,    6350 S. Elm Ln.,    Lake Worth, FL 33462-2002
dft          +LWC Marketing, Inc.,    57 Freeman Lane,    Buena Park, CA 90621-5003
dft          +Lan Lan Ji,    1535 83rd St., #2,    Brooklyn, NY 11228-3129
dft          +Laureano Arellano,    576N 800W,    Provo, UT 84601-1406
dft          +Linda Suzanne Hackett,    97 Bellevue Ave,    Melrose, MA 02176-3215
dft          +Luisa E. Lopez,    168 Thorndike St., #1,    Cambridge, MA 02141-1533
dft          +Luiz Antonio Da Silva,    133 Concord St,    Framingham, MA 01702-8305
dft           Lusette Balan,    5648 Lowell Street,    Peabody, MA  01960
dft          +Marcelo DaSilva,    38 Lyme St.,    #308,    Malden, MA 02148-4217
dft          +Marcio Souza Nery,    260 Potter St.,    New Bedford, MA 02740-4602
dft          +Marco Almeida,    420 Atlantice Ave,    Long Branch, NJ 07740-6834
dft          +Marcos Lana,    41 Beacon Street,    Framingham, MA 01701-4900
dft          +Maria Teresa Milagres Neves,    2B Brackett Road,    Framingham, MA 01702-8706
```

```
District/off: 0101-4              User: telam                  Page 2 of 3                   Date Rcvd: Mar 26, 2019
                                  Form ID: pdf012              Total Noticed: 106

dft            +Mariza S. Morinelli,    131 S. Federal Hwy., Apt. 527,    Boca Raton, FL 33432-4955
dft            +Michel Cristiano Santolin de Arruda,    26 Beacon Street, Apt 12A,    Burlington, MA 01803-3812
dft            +Milagros Adames,    71 Swan St.,    Methuen, MA 01844-5020
dft            +New Generation Med Supply Inc.,    1037 51st St., Apt. D7,    Brooklyn, NY 11219-3322
dft            +Nubia R. Goulart,    246 Winthrop St.,    Framingham, MA 01702-8530
dft            +Omar Quinonez,    3812 N. Oak Dr.,    Apt. M62,    Tampa, FL 33611-6597
dft            +Parrot Bay Homes, Inc.,    6851 Cypress Cove Cir.,    Jupiter, FL 33458-3791
dft            +Pat Jackson,    12314 E. 55th Terr.,    Kansas City, MO 64133-3189
dft            +Paulo Giuliano Diogenes de Bessa Rosado,    420 Atlantic Ave.,    Long Branch, NJ 07740-6834
dft            +Randy Crosby,    31 Club Court, #9,    Alpharetta, GA 30005
dft            +Renato Sacramento,    5413 Vineland Road,    Orlando, FL 32811-7607
dft            +Ricardo Fabin,    60 Stevens Ave,    Lawrence, MA 01843-3324
dft            +Roberto Nunez,    16 Fairfield St.,    Worcester, MA 01602-3410
dft             Rodrigo Castro,    3424 Woodbriar Drive,    Houston, TX   77068
dft            +Rodrigo Montemor,    6 Boxford Street,    Lawrence, MA 01843-2304
dft            +Rodrigo R. Breda,    14202 Grand Pre Rd., Apt. 303,    Silver Spring, MD 20906-2883
dft            +Ronei Barreto,    14 Branchport Ave,    Long Branch, NY 07740-5909
dft            +Rosane Cruz,    22 Northampton Street,    Worcester, MA 01605-3462
dft            +Ruddy Abreau,    9 Longwood Drive,    Methuen, MA 01844-5015
dft            +Rudmar Gentil,    425 Washington Ave., Apt. 3,    Chelsea, MA 02150-3650
dft            +Silverio Reyes,    70 W. Walnut Park, Apt 2,    Roxbury, MA 02119-1035
dft            +Sonya Crosby,    30 Club Court, #9,    Alpharetta, GA 30005-7422
dft            +Soraya Ferreira,    6350 S. Elm Lane,    Lake Worth, FL 33462-2002
dft            +Team Global Adverting LLC.,    13506 Paddington Circ.,    Austin, TX 78729-1930
dft            +Technovia Inc.,    533 Cambridge St., Unit 310,    Allston, MA 02134-2581
dft            +Timex Research Consulting Inc.,    10724 71st Rd., Apt 14C,    Forest Hills, NY 11375-4794
dft            +United Group USA,    5620 Bay Side Dr.,    Orlando, FL 32819-4045
dft            +Vaming Services,    8228 Bedford Cove Way,    Sacramento, CA 95828-6164
dft            +Venerando Contreras,    6182 Bryce Canyon Ave,    Las Vegas, NV 89156-5859
dft            +Walace Augusto Da Silva,    57 Greenwood St.,    Marlborough, MA 01752-3290
dft            +Wesley Dias,    21103 Via Eden,    Boca Raton, FL 33433-2209
dft            +Wesley Nascimento Alvesby,    37 Lawrence St.,    Everett, MA 02149-5073
dft            +Yue Chen,    1935 Ptrero Grande Drive, Apt 209,    Monterey Park, CA 91755-7425
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Mar 27 2019 00:39:42      Richard King,
                 Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
dft            +E-mail/Text: roylentz@zeninternet.com Mar 27 2019 00:40:01      Global Marketing Strategies,
                 2460 E. Pole Rd.,    Everson, WA 98247-9746
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft             Defendant Class of Net Winners
intp            Fabio Wanzeler
intp            Plaintiffs' Interim Executive Committee
                                                                                              TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
              Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
               bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957
               cc@ecf.pacerpro.com
              Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
               bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com
               ;ecf-ca5a5ac33a04@ecf.pacerpro.com
              Elton  Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
              Elton  Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
              Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
```

```
District/off: 0101-4          User: telam              Page 3 of 3              Date Rcvd: Mar 26, 2019
                              Form ID: pdf012          Total Noticed: 106
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Gary W. Cruickshank    on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com, cruickshankgr87938@notify.bestcase.com
         Hilary  Schultz    on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
         Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@mrdklaw.com, gnc@mrdklaw.com, kae@mrdklaw.com
         Ilyas J. Rona    on behalf of Defendant Julio  Silva ijr@mrdklaw.com, gnc@mrdklaw.com, kae@mrdklaw.com
         James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
         Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
         Matthew  Shayefar    on behalf of Defendant   New Generation Med Supply Inc. matt@bostonlawgroup.com
         Matthew  Shayefar    on behalf of Defendant   Timex Research Consulting Inc. matt@bostonlawgroup.com
         Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com, dkonusevska@murphyking.com;ecf-b51ce627ec66@ecf.pacerpro.com
         Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mcardlelaw.com, morgan@mcardlelaw.com
         Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com, morgan@mcardlelaw.com
         Valentin D. Gurvits    on behalf of Defendant   Timex Research Consulting Inc. vgurvits@bostonlawgroup.com
         Valentin D. Gurvits    on behalf of Defendant   New Generation Med Supply Inc. vgurvits@bostonlawgroup.com
         Wendy M. Mead    on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net

         TOTAL: 26



03/25/2019 Allowed. No objections filed.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>          Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS TRUSTEE OF<br>THE CHAPTER 11 ESTATES OF<br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>          Plaintiff,<br>v.<br><br>CARLOS WANZELER, ET AL,<br>          Defendant(s). | Adversary Proceeding<br>No.16-4032 |
| STEPHEN B. DARR AS HE IS TRUSTEE OF<br>THE CHAPTER 11 ESTATES OF<br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>          Plaintiff,<br>v.<br><br>BENJAMIN ARGUETA, ET AL<br>         Defendant(s). | Adversary Proceeding<br>No.16-4006 |

**MOTION BY TRUSTEE TO APPROVE SETTLEMENT AGREEMENT AMONG
UNITED STATES OF AMERICA, CHAPTER 11 TRUSTEE,
PRISCILA COSTA AND CARLOS COSTA**

Stephen Darr, the duly appointed Chapter 11 Trustee (the "Chapter 11 Trustee") of

TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. ("TelexFree" or the "Debtors"),