# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　　　Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. AND TELEXFREE FINANCIAL, INC.,<br><br>　　　　　　Plaintiff,<br>V.<br><br>BENJAMIN ARGUETA, ET AL.<br><br>　　　　　　Defendants(s). | Adversary Proceeding<br>No. 16-4006 |

## CERTIFICATE OF SERVICE

　　I, Andrew G. Lizotte, hereby certify that I have this day caused to be served a copy of the following document:

- *Motion by Trustee to Approve Stipulation of Settlement Between Chapter 11 Trustee and Faith Sloan*

via this Court's CM/ECF System, by electronic mail, and First Class Mail, postage prepaid as indicated to the service list attached below.

　　　　　　　　　　　　　　　　　　　　/s/ Andrew G. Lizotte
　　　　　　　　　　　　　　　　　　　　Andrew G. Lizotte (BBO #559609)
　　　　　　　　　　　　　　　　　　　　Murphy & King Professional Corporation
　　　　　　　　　　　　　　　　　　　　One Beacon Street
　　　　　　　　　　　　　　　　　　　　Boston, MA  02108
　　　　　　　　　　　　　　　　　　　　(617) 423-0400
　　　　　　　　　　　　　　　　　　　　ALizotte@murphyking.com

DATED:　　April 22, 2019
757032

| | |
|---|---|
| Benjamin Argueta<br>14 Illinois Avenue, Apt. 1<br>Somerville, MA  02145 | Alexandro Rocha<br>6 Nell Road<br>Revere, MA  02151 |
| Jose Neto<br>49 Rodney Street<br>Worcester, MA  01605 | Julio C. Paz<br>179 Water Street<br>Framingham, MA  01701 |
| Euzebio Sudre Neto<br>334 Chestnut Farm Way<br>Raynham, MA  02767 | Hugo Alvarado<br>18 Catherine St., #1<br>Worcester, MA  01605 |
| Ana R. Ramos<br>63 Fremont Av., Apt. 2<br>Chelsea, MA  02150 | Linda Suzanne Hackett<br>97 Bellevue Ave.<br>Melrose, MA  02176 |
| Ruddy Abreau<br>9 Longwood Drive<br>Methuen, MA  01844 | Marco Almeida<br>420 Atlantic Ave.<br>Long Branch, NJ  07740 |
| Rodrigo Montemor<br>6 Boxford Street<br>Lawrence, MA  01843 | Laureano Arellano<br>576N 800W<br>Provo, UT  84601 |
| Aaron Ataide<br>2900 W. Porter Ave.<br>Visalia, CA  93291 | Rosane Cruz<br>22 Northampton Street<br>Worcester, MA  01605 |
| Omar Quinonez<br>3812 N. Oak Dr., Apt. M62<br>Tampa, FL  33611 | Carlos C. Dejesus<br>72 Fremont Ave., Apt. 2<br>Chelsea, MA  2150 |
| Bilkish Sunesara<br>8211 Longvale Drive<br>Rosenberg, TX  77469 | Andres Bolivar Estevez<br>9510 90th Ave. 2<br>Woodhaven, NY  11421 |

Jose Lopez
164 Exchange St., 2nd Floor
Lawrence, MA  01841

Ana Rosa Lopez
5019 Redwing Brook Trail
Katy, TX  77449

Frantz Balan
51 Grover Street, Apt. 2
Everett, MA  02149

Marcelo Dasilva
38 Lyme Street, #308
Malden, MA  02148

Gladys Alvarado
177 Lincoln St., #2
Worcester, MA  01605

James P. Erhard
250 Commercial Street
Suite 410
Worcester, MA 01608

**

Maria Teresa Milagres Neves
2B Brackett Rd.
Framingham MA 01702

Marcos Lana
41 Beacon St.
Framingham MA 01701

Luiz Antonio da Silva
25 Willis St.
Framingham MA 01702

Bruno Graziani
134 Highland St.
Marlborough, MA 01752

Eduardo N. Silva
10111 Newington Dr.
Orlando, FL 32836

Michel Cristiano Santolin de Arruda
26 Beacon St., Apt. 12A
Burlington, MA 01803

Francisdalva Siqueira
9715 Arbor Oak Ct., Apt. 301
Boca Raton, FL 33428

Alexander N. Aurio
15 W. Prescott Ave.
Clovis, CA 93619

Amilcar Lopez
94 Broadway
Somerville, MA 02145

Davidson R. Teixeira
33 Vernal St. #1
Everett, MA 02149

Julio Silva
111 E. Washington St., Unit 2221
Orlando, FL 32801

Jesus Osuna
700 N Avery Ave.
Farmersville, CA 93223

Jose Carlos Maciel
18 Hayes St., Apt. 2
Framingham, MA 01702

Edilene Storck Navarro
55 Fox Rd., Unit 925
Waltham, MA 02451

Vaming Services
8228 Bedford Cove Way
Sacramento, CA 95828

Gelalin-3377, LLC
53 Walk Hill St., Apt 2
Jamaica Plain, MA 02130

Rodrigo Castro
11922 Golden Lodge Lane
Houston, TX 77066

Edson F Souza
1003 Acton Ave.
Lehigh Acres, FL 33971

Jorge Antonio Mejia Sequeira
3055 Jasmine Valley Dr.
Canyon Country, CA 91387

Timex Research Consulting Inc.
10724 71st Rd., Apt. 14C
Forest Hills, NY 11375

Wesley Dias
21103 Via Eden
Boca Raton, FL 33433

Team Global Adverting LLC.
13506 Paddington Circ.
Austin, TX 78729

Celso Roberto Silva Filho
261 Whalepond Rd.
Oakhurst, NJ 07105

Bartolo Castllo
23530 Canyon Lake Dr.
Spring, TX 77373

LWC Marketing, Inc.
57 Freeman Lane
Buena Park, CA 90621

Luisa E. Lopez
168 Thorndike St. #1
Cambridge, MA 02141

Gaspar Jesus
235 Boston St., Apt 3
Lynn, MA 01904

| | |
|---|---|
| United Group USA<br>5620 Bay Side Dr.<br>Orlando, FL 32819 | Marcio Souza Nery<br>260 Potter St.<br>New Bedford, MA 02740 |
| Daneng Xiong<br>280 St. Augustine Dr.<br>Chico, CA 95928 | Joelito Souza Caldas Junior<br>9751 Majorca Pl.<br>Boca Raton, FL 33434 |
| Lusette Balan<br>5648 Lowell St.<br>Peabody, MA 01960 | Jean 2004 Enterprise Corp.<br>1310 Partridge Close<br>Pompano Beach, FL 33064 |
| Faith Sloan<br>4809 Crystalline Pl., Apt. 102<br>Virginia Beach, VA 23462 | New Generation Med Supply Inc.<br>1037 51st ST., Apt. D7<br>Brooklyn, NY 11219 |
| Nubia R Goulart<br>40 Grant Street<br>PO Box 1107<br>Framingham, MA 01702 | Carlos Alfaro<br>20 Manor Place<br>Huntington Station, NY 11746 |
| Gilson Nassar<br>3500 W. Hillsboro Blvd., Apt. 201<br>Coconut Creek, FL 33073 | Technovia Inc.<br>533 Cambridge St., Unit 310<br>Allston, MA 02134 |
| Yue Chen<br>1935 Potrero Grande Dr., Apt. 209<br>Monterey Park, CA 91755 | Mariza S Morinelli<br>131 S. Federal Hwy., Apt. 527<br>Boca Raton, FL 33432 |
| Paulo Giuliano Diogenes de Bessa Rosado<br>420 Atlantic Ave.<br>Long Branch, NJ 07740 | Roberto Nunez<br>16 Fairfield St.<br>Worcester, MA 01602 |
| Lan Lan Ji<br>1535 83rd St. #2<br>Brooklyn, NY 11228 | Jose Miguel Filho<br>27 Liberty St.<br>Gloucester, MA 01930 |

Jap International Network LLC
16490 Gateway Bridge Dr.
Delray Beach, FL 33446

Walace Augusto Da Silva
57 Greenwood St.
Marlborough, MA 01752

Ezau Soares Ferreira
27 High St., Apt. 2
East Weymouth, MA 02189

Eddie Alberto Duverge
90 Prospect Ave.
Revere, MA 02151

Global Marketing Strategies
2460 E. Pole Rd.
Everson, WA 98247

Carlos Vanterpool
255 Hidden Springs Cir.
Kissimmee, FL 34743

Devendra Shah
5002 N. Oaks Blvd.
North Brunswick, NJ 08902

Pat Jackson
12314 E. 55th Terr.
Kansas City, MO 64133

Silverio Reyes
70 W. Walnut Park, Apt. 2
Roxbury, MA 02119

Fabiana Acacia Da Cruz Dos Santos
7983 NW 70th Ave.
Parkland, FL 33067

Dwayne Jones
6406 Julie Ann Dr.
Hanover, MD 21076

Gerald Agnew
3324 Parsons Blvd., Apt. 6P
Flushing, NY 11354

Joseph Pietropaolo
224 Sarahs Lane
Liberty Hill, TX  78642

Jamilson Marcos Conceicao
5451 Ginger Cove Dr., Apt. A
Tampa, FL 33634

Wesley Nascimento Alves
37 Lawrence St.
Everett, MA 02149

Milagros Adames
71 Swan St.
Methuen, MA 01844

Ronei Barreto
14 Branchport Ave.
Long Branch, NY 07740

Parrot Bay Homes, Inc.
6851 Cypress Cove Cir.
Jupiter, FL 33458

LM Davar Inc.
6350 S. Elm Ln.
Lake Worth, FL 33462

Ricardo Fabin
60 Stevens Ave.
Lawrence, MA 01843

Edgar Borelli
291 Thompson St.
Halifax, MA 02338

Faustino Torres
5514 Minaret Ct.
Orlando, FL 32821

Daniel Chavez
4149 S. Church St.
Visalia, CA 93277

....

Luiz Antonio da Silva
133 Concord Street
Framingham MA  01702

Chai Hock Ng, a/k/a Chai Ha Ng
13525 Roosevelt Ave., #2D
Flushing NY 11354

Soraya Ferreira
6350 S. Elm Lane
Lake Worth, FL  33462

Helio Barbosa
2B Brackett Road
Framingham MA 01720

David Reis
25 MacArthur Street, Apt 2
Somerville MA  02145

David Reis
25 MacArthur Street, Apt 1
Somerville MA  02145

Rudmar Gentil, a/k/a Rudmar DaSilva
423 Washington Ave., Apt. 7R
Chelsea MA  02150

Debora C. Brasil
802 Harbor Inn Dr.,
Coral Springs, FL  33071-5614

Venerando Contreras
6182 Bryce Canyon Ave
Las Vegas, NV 89156-5859

Bingjian Pan
75 E. 4th St., Apt 23
New York, NY  10003-0832

Randy Crosby
31 Club Court, #9
Alpharetta, GA  30005-7422

Rodrigo R. Breda
6 Port Au Peck Ave
Long Branch NJ  07740-7668

Antonio Oliveira
430 Broadway St., Unit #9
Lowell MA  01845

Sonya Crosby
30 Club Court, #9
Alpharetta, GA  30005-7422

Louisa E. Lopez
110 Francis Street
Everett MA  02149

Antonio Oliveira
29141 US Highway, 19N Lot 5
Clearwater FL  33761

Louisa E. Lopez
5 Oak Street
Andover MA  01810

**BY ECF:**

- Charles R. Bennett    cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com
- Evans J. Carter    ejcatty1@verizon.net
- Gary W. Cruickshank    gwc@cruickshank-law.com, cruickshankgr87938@notify.bestcase.com
- James P. Ehrhard    ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- Valentin D. Gurvits    vgurvits@bostonlawgroup.com
- Andrew G. Lizotte    agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com
- Michael M. McArdle    mike@mcardlelaw.com, morgan@mcardlelaw.com
- Wendy M. Mead    wendymeadpc@verizon.net
- Michael K. O'Neil    moneil@murphyking.com, dkonusevska@murphyking.com;ecf-b51ce627ec66@ecf.pacerpro.com
- Ilyas J. Rona    ijr@mrdklaw.com, gnc@mrdklaw.com,kae@mrdklaw.com
- Hilary Schultz    hschultz@engelschultz.com
- Jordan L. Shapiro    JSLAWMA@aol.com
- Matthew Shayefar    matt@bostonlawgroup.com
- Elton Watkins    watkinslaw@comcast.net

**BY ELECTRONIC MAIL:**

Renato Sacramento
albertoestaine@hotmail.com
nandinha01@hotmail.com

William Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Email: wbaldiga@brownrudnick.com

C. Peter R. Gossels, Esq.
84 State Street
11th Floor
Boston MA 02109-2299
Email: pgossels@socialaw.com

Deena Bernstein, Esq.
Securities Exchange Commission
33 Arch Street
Boston, MA 02110
Email: bernsteinD@sec.gov