04/30/2019 Allowed. No objections filed.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>          Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>          Plaintiff,<br>v.<br><br>BENJAMIN ARGUETA, ET AL<br>          Defendant(s). | Adversary Proceeding<br>No.16-4006 |

**MOTION BY TRUSTEE TO APPROVE STIPULATION OF SETTLEMENT BETWEEN CHAPTER 11 TRUSTEE AND FAITH SLOAN**

Stephen Darr, the duly appointed Chapter 11 Trustee (the "Trustee") of TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. ("TelexFree" or the "Debtors"), respectfully requests that the Court approve the stipulation ("Stipulation") attached hereto by and between the Trustee and Faith Sloan ("Sloan"), pursuant to Federal Rule of Bankruptcy Procedure 9019. The Stipulation is anticipated to result in a minimum recovery for the estates (the "Estates") of approximately $31,000, with the potential for additional recoveries on account of a judgment in favor of the Securities and Exchange Commission ("SEC") against Sloan. In further support of this motion, the Trustee states as follows: