United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: telam     Page 1 of 2     Date Rcvd: Apr 30, 2019
                   Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov May 01 2019 00:40:49      Richard King,
        Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                                                                    TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:
      Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
      bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com
      Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
      bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com
      Elton Watkins, III    on behalf of Defendant Milagros Adames watkinslaw@comcast.net
      Elton Watkins, III    on behalf of Defendant Ricardo Fabin watkinslaw@comcast.net
      Evans J. Carter    on behalf of Defendant Bilkish Sunesara ejcatty1@verizon.net
      Gary W. Cruickshank    on behalf of Defendant Jose Miguel Filho gwc@cruickshank-law.com, cruickshankgr87938@notify.bestcase.com
      Hilary Schultz    on behalf of Defendant Bruno Graziani hschultz@engelschultz.com
      Ilyas J. Rona    on behalf of Defendant Frantz Balan ijr@mrdklaw.com, gnc@mrdklaw.com, kae@mrdklaw.com
      Ilyas J. Rona    on behalf of Defendant Julio Silva ijr@mrdklaw.com, gnc@mrdklaw.com, kae@mrdklaw.com
      James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
      Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
      Matthew Shayefar    on behalf of Defendant Timex Research Consulting Inc. matt@bostonlawgroup.com
      Matthew Shayefar    on behalf of Defendant New Generation Med Supply Inc. matt@bostonlawgroup.com
      Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr moneil@murphyking.com, dkonusevska@murphyking.com;ecf-b51ce627ec66@ecf.pacerpro.com
      Michael M. McArdle    on behalf of Defendant Ruddy Abreau mike@mcardlelaw.com, morgan@mcardlelaw.com
      Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com, morgan@mcardlelaw.com
      Valentin D. Gurvits    on behalf of Defendant New Generation Med Supply Inc. vgurvits@bostonlawgroup.com
      Valentin D. Gurvits    on behalf of Defendant Timex Research Consulting Inc. vgurvits@bostonlawgroup.com
      Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Lan Lan Ji wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Hugo Alvarado wendymeadpc@verizon.net

```
District/off: 0101-4           User: telam              Page 2 of 2               Date Rcvd: Apr 30, 2019
                               Form ID: pdf012          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Roberto   Nunez wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Gladys    Alvarado wendymeadpc@verizon.net
                                                                                                         TOTAL: 26

04/30/2019 Allowed. No objections filed.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>           Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>           Plaintiff,<br>v.<br><br>BENJAMIN ARGUETA, ET AL<br>           Defendant(s). | Adversary Proceeding<br>No.16-4006 |

**MOTION BY TRUSTEE TO APPROVE STIPULATION OF SETTLEMENT BETWEEN CHAPTER 11 TRUSTEE AND FAITH SLOAN**

Stephen Darr, the duly appointed Chapter 11 Trustee (the "Trustee") of TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. ("TelexFree" or the "Debtors"), respectfully requests that the Court approve the stipulation ("Stipulation") attached hereto by and between the Trustee and Faith Sloan ("Sloan"), pursuant to Federal Rule of Bankruptcy Procedure 9019. The Stipulation is anticipated to result in a minimum recovery for the estates (the "Estates") of approximately $31,000, with the potential for additional recoveries on account of a judgment in favor of the Securities and Exchange Commission ("SEC") against Sloan. In further support of this motion, the Trustee states as follows: