UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>        Debtors.<br>STEPHEN B. DARR AS HE IS THE<br>TRUSTEE OF THE CHAPTER 11 ESTATES<br>OF EACH OF THE DEBTORS,<br><br>        Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, MARIA TERESA MILAGRES NEVES, MARCOS LANA, LUIZ ANTONIO DA SILVA, BRUNO GRAZIANI, EDUARDO N. SILVA, MICHEL CHRISTIANO SANTOLIN DE ARRUDA, FRANCISDALVA SIQUEIRA, ALEXANDER N. AURIO, AMILCAR LOPEZ, RENATO SACRAMENTO, JULIO SILVA, DAVIDSON R. TEIXEIRA, JOSE CARLOS MACIEL, JESUS OSUNA, CHAI HOCK NG, EDILENE STORCK NAVARRO, SORAYA FERREIRA, EDSON F. SOUZA, VAMING SERVICES, JORGE ANTONIO MEJIA SEQUEIRA, RODRIGO CASTRO, DAVID REIS, | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered<br><br><br><br><br><br>Adversary Proceeding<br>No. 16-04006 |

1

767770

ANA SANTOS, WESLEY DIAS, TIMEX RESEARCH CONSULTING, INC., CELSO ROBERTO SILVA FILHO, TEAM GLOBAL ADVERTISING LLC, LWC MARKETING, INC., BARTOLO CASTLLO, GASPAR JESUS, LUISA E. LOPEZ, MARCIO SOUZA NERY, DEBORA C. BRASIL, JOELITO SOUZA CALDAS JUNIOR, UNITED GROUP USA, JEAN 2004, ENTERPRISE CORP., RUDMAR GENTIL, NEW GENERATION MED SUPPLY, INC., DANEUNG XIONG, CARLOS ALFARO, LUSETTE BALAN, TECHNOVIA, INC., FAITH SLOAN, MARIZA S. MORINELLI, NUBIA R. GLOULART, ROBERTO NUNEZ, GILSON NASSAR, BINGJIAN PAN, YUE CHEN, RODRIGO R. BREDA, PAULO GIULIANO DIOGENES DE BESSA ROSADO, JOSE MIGUEL FILHO, LAN LAN JI, VENERANDO CONTRERAS, JAP INTERNATIONAL NETWORK, LLC, WALACE AUGUSTO DA SILVA, EZAU SOARES FERREIRA, EDDIT ALBERTO DUVERGE, GLOBAL MARKETING STRATEGIES, CAROL VANTERPOOL, DEVENDRA SHAH, PAT JACKSON, SILVERIO REYES, FABIANA ACACIA DA CRUZ DOS SANTOS, GERALD AGNEW, DWAYNE JONES, JOSEPH PIETROPAOLO, JAMILSON MARCO CONCEICAO, SONYA CROSBY, RANDY CROSBY, WESLEY NASCIMENTO ALVESBY, ANTONIO OLIVEIRA, RONEIL BARRETO, MILAGROS ADAMES, LM DAVAR, INC., PARROT BAY HOMES, INC., EDGAR BORELLI, RICHARDO FABIN, DANIEL CHAVEZ, FAUSTINO TORRES, HELIO BARBOSA, GELALIN-3377, LLC AND A DEFENDANT CLASS OF NET WINNERS,
            Defendant(s).

**MOTION BY STEPHEN DARR AS TRUSTEE FOR PRELIMINARY
INJUNCTION AGAINST DANIIL SHOYFER**

767770

Stephen Darr, as he is the duly appointed and acting Trustee (the "Trustee") of the Chapter 11 Estates of TelexFree, Inc., TelexFree, LLC, and TelexFree Financial, Inc. (collectively, "Telexfree"), moves that this Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure as incorporated in these proceedings pursuant to Rule 7065 of the Rules of Bankruptcy Procedure, that this Court enter an preliminary injunction against Daniil Shoyfer substantially in the form annexed hereto as Exhibit A. The Trustee seeks this injunctive relief on the basis that Mr. Shoyfer is a member of the defendant class in the above-captioned class action and is a Net Winner in the amount of $370,588.30 and accrued and accruing interest and cost.

The Trustee seeks this injunctive relief in order to prohibit Mr. Shoyfer from transferring or encumbering or otherwise conveying assets which would otherwise be available to satisfy the judgment which the Trustee, for the reasons set forth in his Affidavit, is reasonably likely to obtain against Mr. Shoyfer.

In support of his request, the Trustee states as follows:

1. The Trustee asserts that Mr. Shoyfer is a Net Winner in the amount of $370,558.30, meaning that he received that amount in payments directly or indirectly from Telexfree in excess of the amount he paid to Telexfree ("Net Winnings"). The Court has determined that Net Winnings constitute fictitious profits from Telexfree's Ponzi scheme. As such, the Net Winnings are avoidable as Fraudulent Transfers pursuant to § 548 of the Bankruptcy Code.

2. Absent the injunction, the Trustee will suffer irreparable harm because Mr. Shoyfer will be in a position to transfer assets or otherwise insulate himself from the judgment.

3

767770

3. In balancing the harms, the balance weighs in favor of the Trustee in that the proposed form of Injunction has a provision which would allow Mr. Shoyfer to pay for ordinary and necessary living expenses.

4. The Trustee states in further support of his request for preliminary injunction that the injunction he seeks is a continuation of the Injunction which was entered against Mr. Shoyfer on February 12, 2016, by District Court Judge Hillman in the TelexFree Securities Litigation, MDL No. 4:14-md-2566-TSH, Document No. 405. A copy of which is annexed as Exhibit A.

5. Following the decision by the First Circuit in favor of the Trustee, Plaintiff in the TelexFree Securities Litigation has moved to file a Fifth Amended Complaint, which dismisses its claims against Mr. Shoyfer. As a result thereof, Mr. Shoyfer has moved to vacate the Preliminary Injunction.

WHEREFORE, for the reasons set forth herein and those stated in the Trustee's Affidavit and Memorandum of Law, Stephen Darr, as he is Trustee of the TelexFree Estates, respectfully moves that this Court enter a preliminary injunction against Daniil Shoyfer in the form annexed as Exhibit A.

STEPHEN B. DARR AS HE IS TRUSTEE
OF THE CHAPTER 11 ESTATES OF
TELEXFREE, LLC, TELEXFREE, INC.
AND TELEXFREE FINANCIAL, INC.

By his attorneys,

Dated: February 10, 2020

/s/ Charles R. Bennett, Jr.
Charles R. Bennett, Jr. (BBO #037380)
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400
cbennett@murphyking.com

4

767770

## CERTIFICATE OF SERVICE

I, Charles R. Bennett, Jr., hereby certify that on February 10, 2020, I caused a copy of the foregoing to be served on Daniil Shoyfer by email and by first class mail, postage prepaid, to:

Maksim Nemtsev, Esq.
20 Park Plaza, Suite 1000
Boston, Massachusetts 02116
Email: manemtsev@gmail.com

        /s/ Charles R. Bennett, Jr.
        Charles R. Bennett, Jr.

767770