UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　　　Debtors.<br>STEPHEN B. DARR AS HE IS THE<br>TRUSTEE OF THE CHAPTER 11 ESTATES<br>OF EACH OF THE DEBTORS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, ALEXANDRO ROCHA, JOSE NETO, JULIO C. PAZ, EUZEBIO SUDRE NETO, HUGO ALVARADO, ANA R. RAMOS, LINDA SUZANNE HACKETT, RUDDY ABREAU, MARCO ALMEIDA, RODRIGO MONTEMOR, LAUREANO ARELLANO, AARON ATAIDE, ROSANE CRUZ, OMAR QUINONEZ, CARLOS C. DEJESUS, BILKISH SUNESARA, ANDRES BOLIVAR ESTEVEZ, JOSE LOPEZ, ANA ROSA LOPEZ, FRANTZ BALAN, MARCELO DASILVA, GLADYS ALVARADO, MARIA TERESA MILAGRES NEVES, MARCOS LANA, LUIZ ANTONIO DA SILVA, BRUNO GRAZIANI, EDUARDO N. SILVA, MICHEL CHRISTIANO SANTOLIN DE ARRUDA, FRANCISDALVA SIQUEIRA, ALEXANDER N. AURIO, AMILCAR LOPEZ, RENATO SACRAMENTO, JULIO SILVA, DAVIDSON R. TEIXEIRA, JOSE CARLOS MACIEL, JESUS OSUNA, CHAI HOCK NG, EDILENE STORCK NAVARRO, SORAYA FERREIRA, EDSON F. SOUZA, VAMING SERVICES, JORGE ANTONIO MEJIA SEQUEIRA, RODRIGO CASTRO, DAVID REIS, | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered<br><br><br><br><br><br>Adversary Proceeding<br>No. 16-04006 |

ANA SANTOS, WESLEY DIAS, TIMEX RESEARCH CONSULTING, INC., CELSO ROBERTO SILVA FILHO, TEAM GLOBAL ADVERTISING LLC, LWC MARKETING, INC., BARTOLO CASTLLO, GASPAR JESUS, LUISA E. LOPEZ, MARCIO SOUZA NERY, DEBORA C. BRASIL, JOELITO SOUZA CALDAS JUNIOR, UNITED GROUP USA, JEAN 2004, ENTERPRISE CORP., RUDMAR GENTIL, NEW GENERATION MED SUPPLY, INC., DANEUNG XIONG, CARLOS ALFARO, LUSETTE BALAN, TECHNOVIA, INC., FAITH SLOAN, MARIZA S. MORINELLI, NUBIA R. GLOULART, ROBERTO NUNEZ, GILSON NASSAR, BINGJIAN PAN, YUE CHEN, RODRIGO R. BREDA, PAULO GIULIANO DIOGENES DE BESSA ROSADO, JOSE MIGUEL FILHO, LAN JI, VENERANDO CONTRERAS, JAP INTERNATIONAL NETWORK, LLC, WALACE AUGUSTO DA SILVA, EZAU SOARES FERREIRA, EDDIT ALBERTO DUVERGE, GLOBAL MARKETING STRATEGIES, CAROL VANTERPOOL, DEVENDRA SHAH, PAT JACKSON, SILVERIO REYES, FABIANA ACACIA DA CRUZ DOS SANTOS, GERALD AGNEW, DWAYNE JONES, JOSEPH PIETROPAOLO, JAMILSON MARCO CONCEICAO, SONYA CROSBY, RANDY CROSBY, WESLEY NASCIMENTO ALVESBY, ANTONIO OLIVEIRA, RONEIL BARRETO, MILAGROS ADAMES, LM DAVAR, INC., PARROT BAY HOMES, INC., EDGAR BORELLI, RICHARDO FABIN, DANIEL CHAVEZ, FAUSTINO TORRES, HELIO BARBOSA, GELALIN-3377, LLC AND A DEFENDANT CLASS OF NET WINNERS,

                Defendant(s).

## MOTION BY STEPHEN DARR AS TRUSTEE FOR ATTACHMENT OF REAL PROPERTY OF DANIIL SHOYFER

2

Stephen Darr, as he is the duly appointed and acting trustee (the "Trustee") of the Chapter 11 estates of TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc. (collectively, "Telexfree"), moves, pursuant to Federal Rule of Civil Procedure, Rule 64, as incorporated by Bankruptcy Rules of Procedure, Rule 7064, that this Court enter an order authorizing the Trustee to attach the real property standing in the name of Daniil Shoyfer of 123 Arbutus Avenue, Staten Island, New York located in New York and Florida in the amount of $450,000 in order to secure the judgment which the Trustee reasonably believes he will obtain against Daniil Shoyfer. The Trustee knows of no liability insurance that would be available to satisfy the judgment the Trustee reasonably anticipates obtaining.

In support of his Motion, the Trustee relies upon the following:

a. The Class Action Complaint filed in the above-captioned adversary proceeding; and

b. The Affidavit of the Trustee in Support of his Motion for Real Estate Attachment and Preliminary Injunction, which is incorporated by reference, annexed as Exhibit A.

c. Amended Preliminary Injunction: Deniil Shoyfer entered United States District Court, MDL No. 4:14-md-2566-TSH, Docket No. 405, annexed as Exhibit B.

WHEREFORE, the Trustee respectfully prays that his Motion be allowed and that this Court authorize the attachment of the real property of Daniil Shoyfer located in the State of New York and the State of Florida in the amount of $450,000.

        STEPHEN B. DARR AS HE IS TRUSTEE
OF THE CHAPTER 11 ESTATES OF
TELEXFREE, LLC, TELEXFREE, INC.
AND TELEXFREE FINANCIAL, INC.
By his attorneys,

/s/ Charles R. Bennett, Jr.
Charles R. Bennett, Jr. (BBO #037380)
Harold B. Murphy (BBO #326610)
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA  02108
(617) 423-0400
CBennett@murphyking.com
HMurphy@murphyking.com

Dated: February 10, 2020

# CERTIFICATE OF SERVICE

I, Charles R. Bennett, Jr., hereby certify that on February 10, 2020, I caused a copy of the foregoing to be served on Daniil Shoyfer by email and by first class mail, postage prepaid, to:

Maksim Nemtsev, Esq.
20 Park Plaza, Suite 1000
Boston, Massachusetts  02116
Email: manemtsev@gmail.com

        /s/ Charles R. Bennett, Jr.
        Charles R. Bennett, Jr.

702456