United States Bankruptcy Court
District of Massachusetts

Darr,
  Plaintiff                                                           Adv. Proc. No. 16-04006-msh

Argueta,
  Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-4         User: rmb              Page 1 of 2             Date Rcvd: Feb 11, 2020
                             Form ID: aphrg         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Feb 12 2020 00:59:18     Richard King,
                 Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
              Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
               bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957
               cc@ecf.pacerpro.com
              Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
               bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com
              Elton  Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
              Elton  Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
              Evans J. Carter     on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
              Gary W. Cruickshank     on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com,
               cruickshankgr87938@notify.bestcase.com
              Hilary  Schultz     on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
              Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@mrdklaw.com,   gnc@mrdklaw.com,
               kae@mrdklaw.com
              Ilyas J. Rona    on behalf of Defendant Julio  Silva ijr@mrdklaw.com,   gnc@mrdklaw.com,
               kae@mrdklaw.com
              James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
               cote@ehrhardlaw.com
              Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
              Matthew  Shayefar    on behalf of Defendant  Timex Research Consulting Inc.
               matt@bostonlawgroup.com
              Matthew  Shayefar    on behalf of Defendant  New Generation Med Supply Inc.
               matt@bostonlawgroup.com
              Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr mko@rathlaw.com
              Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mcardlelaw.com,
               morgan@mcardlelaw.com
              Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
               morgan@mcardlelaw.com
              Valentin D. Gurvits    on behalf of Defendant  New Generation Med Supply Inc.
               vgurvits@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Defendant  Timex Research Consulting Inc.
               vgurvits@bostonlawgroup.com
              Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
              Wendy M. Mead    on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net

```
District/off: 0101-4              User: rmb                    Page 2 of 2                  Date Rcvd: Feb 11, 2020
                                  Form ID: aphrg               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
        TOTAL: 26

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re    Telexfree, LLC | Related Bankruptcy Case: 14–40987 |
| | Chapter 11 |
| Debtor | Judge Melvin S. Hoffman |
| | |
| Stephen B. Darr, Chapter 11 Trustee | Adversary Proceeding: 16–04006 |
| Plaintiff | |
| vs. | |
| Benjamin Argueta, et al | |
| Defendant | |

## NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **2/25/20 at 11:30 AM** before the Honorable Judge Melvin S. Hoffman, Courtroom 2, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109–3945 to consider the following:

> [320] Motion filed by Plaintiff Stephen B. Darr for Preliminary Injunction Against Daniil Shoyfer

> [321] Motion filed by Plaintiff Stephen B. Darr for Attachment of Real Property of Daniil Shoyfer

**OBJECTION/RESPONSE DEADLINE: FEBRUARY 24, 2020 12:00 noon**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013–1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. <u>**Your rights may be affected.**</u> You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071–1.

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date:2/11/20                                                                                                By the Court,

                                                                                                <u>Regina Brooks</u>

Deputy Clerk
617–748–5337

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.