# Just2Trade
One Penn Plaza
16th Floor
New York, NY 10119
Member FINRA & SIPC

# PREMIER ACCOUNT STATEMENT

Period Ending -
November 30, 2019                    Page 1 of 5


DANIIL SHOYFER

## ASSET VALUE

| | |
|---|---:|
| Net Cash Equivalents | -$21,597.14 |
| Net Portfolio Assets held at Axos Clearing | $74,535.36 |
| Net Portfolio Assets not held at Axos Clearing | $0.00 |
| Total Net Portfolio Value as of November 30, 2019 | $52,938.22 |
| Total Net Portfolio Value end of October 2019 | $49,733.54 |

*(handwritten: NOW — circled around $52,938.22 and $49,733.54)*

## FROM YOUR INTRODUCING BROKER

**HOUSE ACCOUNT**

OFFICE SERVICING YOUR ACCOUNT
JUST2TRADE
ONE PENN PLAZA
16TH FLOOR
NEW YORK NY 10119

## PRIMARY INVESTMENT OBJECTIVE

Your Primary Investment Objective is Growth & Income

If you have any questions concerning your investment objective, or cost basis accounting method please contact your Introducing Broker

## ASSET ALLOCATION

Due to a negative value in one of your asset categories, or a zero net equity value, a pie chart cannot be shown for your account.

CLEARED THROUGH: Axos Clearing LLC • 1200 Landmark Center • Suite 800 • Omaha, NE 68102 • 402-384-6100 • www.axosclearing.com
Member FINRA & SIPC



17 State St
7th floor
New York, NY 10004
Member FINRA & SIPC

# PREMIER ACCOUNT STATEMENT

Period Ending -
August 31, 2015

Page 1 of 8

## ASSET VALUE

| | |
|---|---|
| Net Cash Equivalents | -$108,789.10 |
| Net Portfolio Assets held at COR | $298,053.87 |
| Net Portfolio Assets not held at COR | $0.00 |
| Total Net Portfolio Value as of August 31, 2015 | $189,264.77 |
| Total Net Portfolio Value end of July 2015 | $105,322.49 |

*Not able to sell $189K*

DANIIL SHOYFER

### FROM YOUR INTRODUCING BROKER



OFFICE SERVICING YOUR ACCOUNT
17 STATE ST
7TH FLOOR
NEW YORK, NY 10004

### PRIMARY INVESTMENT OBJECTIVE

Your Primary Investment Objective is Growth & Income

If you have any questions concerning your investment objective, or cost basis accounting method please contact your Introducing Broker

### ASSET ALLOCATION



Due to a negative value in one of your asset categories, or a zero net equity value, a pie chart cannot be shown for your account.

CLEARED THROUGH: COR Clearing LLC (COR) • 1200 Landmark Center • Suite 800 • Omaha, NE 68102 • 402-384-6109 • www.corclearing.com
Member FINRA & SIPC