# TD Bank

Customer Service
www.tdbank.com

**Mortgage Statement**
Statement Date: 12/16/19

Page 1 of 1

DANIIL SHOYFER
STATEN ISLAND, NY 10312-4524

1466

| Account Number | |
|---|---|
| Payment Due Date | 01/01/20 |
| **Amount Due** | **$3,911.00** |

*If payment is received after 01/16/20, a $56.99 late fee will be charged.*

### Account Information

| | |
|---|---|
| Outstanding Principal | $503,644.98 |
| Interest Rate | 4.313% |
| Prepayment Penalty | No |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,040.08 |
| Interest | $1,809.82 |
| Escrow (Taxes and/or Insurance) | $1,061.10 |
| Regular Monthly Payment | $3,911.00 |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $0.00 |
| Total Amount Due | $3,911.00 |

### Transaction Activity (11/09/19 to 12/16/19)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 12/16/19 | Mortgage Payment | | $3,911.00 |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $1,036.35 | $12,194.16 |
| Interest | $1,813.55 | $22,004.64 |
| Escrow (Taxes and/or Insurance) | $1,061.10 | $12,743.20 |
| Fees and Charges | $0.00 | $56.99 |
| Total | $3,911.00 | $46,998.99 |

See reverse side for important information.