

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* **TELEXFREE, LLC,** Debtor | Ch. 11 <br> 14-40987-MSH |
| **STEPHEN B. DARR,** Plaintiff, <br> *v.* <br> **BENJAMIN ARGUETA,** et al., Defendants | Adversary Proceeding <br> 16-04006-MSH |

## Proceeding Memorandum

**MATTER:**

#320 Motion of Plaintiff for Preliminary Injunction Against Daniil Shoyfer (C. Bennett)
#328 Opposition of Class-Defendant, Daniil Shoyfer (M. Nemtsev)

**Decision set forth more fully as follows:**

Hearing held. The parties reached a tentative resolution in open court. For the reasons set forth on the record, the motion was withdrawn in open court.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 2/25/2020