

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* TELEXFREE, LLC, Debtor | Ch. 11 <br> 14-40987-MSH |
| STEPHEN B. DARR, Plaintiff, <br> v. <br> BENJAMIN ARGUETA, et al., Defendants | Adversary Proceeding <br> 16-04006-MSH |

**Proceeding Memorandum**

**MATTER:**

#321 Motion of Plaintiff for Attachment of Real Property of Daniil Shoyfer (C. Bennett)
#328 Opposition of Class-Defendant, Daniil Shoyfer (M. Nemtsev)

**Decision set forth more fully as follows:**

Hearing held. A tentative settlement was reached in open court. The parties shall file an agreed order or request for further hearing by March 6, 2020.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 2/25/2020