United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Adv. Proc. No. 16-04006-msh

Argueta,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-4    User: telam    Page 1 of 2    Date Rcvd: Feb 25, 2020
                      Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Feb 26 2020 00:43:06      Richard King,
                 Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                                         TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2020 at the address(es) listed below:
      Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
     bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com
      Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
     bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com
      Elton   Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
      Elton   Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
      Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
      Gary W. Cruickshank    on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com,
     cruickshankgr87938@notify.bestcase.com
      Hilary  Schultz    on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
      Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@mrdklaw.com,   gnc@mrdklaw.com,
     kae@mrdklaw.com
      Ilyas J. Rona    on behalf of Defendant Julio  Silva ijr@mrdklaw.com,   gnc@mrdklaw.com,
     kae@mrdklaw.com
      James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
     cote@ehrhardlaw.com
      Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
      Maksim  Nemtsev    on behalf of Defendant Daniil  Shoyfer menemtsev@gmail.com
      Matthew  Shayefar    on behalf of Defendant   Timex Research Consulting Inc.
     matt@bostonlawgroup.com
      Matthew  Shayefar    on behalf of Defendant   New Generation Med Supply Inc.
     matt@bostonlawgroup.com
      Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr mko@rathlaw.com,   fam@rathlaw.com
      Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mcardlelaw.com,
     morgan@mcardlelaw.com
      Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
     morgan@mcardlelaw.com
      Valentin D. Gurvits    on behalf of Defendant   New Generation Med Supply Inc.
     vgurvits@bostonlawgroup.com
      Valentin D. Gurvits    on behalf of Defendant   Timex Research Consulting Inc.
     vgurvits@bostonlawgroup.com
      Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
      Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net

```
District/off: 0101-4           User: telam              Page 2 of 2              Date Rcvd: Feb 25, 2020
                               Form ID: pdf012          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Wendy M. Mead    on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
                                                                                                            TOTAL: 27



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> TELEXFREE, LLC, <br>     Debtor <br><br> STEPHEN B. DARR, <br>     Plaintiff, <br><br> *v.* <br><br> BENJAMIN ARGUETA, et al., <br>     Defendants | Ch. 11 <br> 14-40987-MSH <br><br> Adversary Proceeding <br> 16-04006-MSH |

**Proceeding Memorandum**

**MATTER:**

#320 Motion of Plaintiff for Preliminary Injunction Against Daniil Shoyfer (C. Bennett)
#328 Opposition of Class-Defendant, Daniil Shoyfer (M. Nemtsev)

**Decision set forth more fully as follows:**
Hearing held. The parties reached a tentative resolution in open court. For the reasons set forth on the record, the motion was withdrawn in open court.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 2/25/2020