United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: telam     Page 1 of 2     Date Rcvd: Feb 25, 2020
                          Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Feb 26 2020 00:43:06     Richard King,
        Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                                                                                                                                                         TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2020 at the address(es) listed below:
          Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
         bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com
          Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
         bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com
          Elton   Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
          Elton   Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
          Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
          Gary W. Cruickshank    on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com,
         cruickshankgr87938@notify.bestcase.com
          Hilary   Schultz    on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
          Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@mrdklaw.com,   gnc@mrdklaw.com,
         kae@mrdklaw.com
          Ilyas J. Rona    on behalf of Defendant Julio  Silva ijr@mrdklaw.com,   gnc@mrdklaw.com,
         kae@mrdklaw.com
          James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
         cote@ehrhardlaw.com
          Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
          Maksim   Nemtsev    on behalf of Defendant Daniil  Shoyfer menemtsev@gmail.com
          Matthew   Shayefar    on behalf of Defendant   Timex Research Consulting Inc.
         matt@bostonlawgroup.com
          Matthew   Shayefar    on behalf of Defendant   New Generation Med Supply Inc.
         matt@bostonlawgroup.com
          Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr mko@rathlaw.com,   fam@rathlaw.com
          Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mcardlelaw.com,
         morgan@mcardlelaw.com
          Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
         morgan@mcardlelaw.com
          Valentin D. Gurvits    on behalf of Defendant   New Generation Med Supply Inc.
         vgurvits@bostonlawgroup.com
          Valentin D. Gurvits    on behalf of Defendant   Timex Research Consulting Inc.
         vgurvits@bostonlawgroup.com
          Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net

```
District/off: 0101-4           User: telam              Page 2 of 2              Date Rcvd: Feb 25, 2020
                               Form ID: pdf012          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Wendy M. Mead   on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
        Wendy M. Mead   on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
        TOTAL: 27



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> TELEXFREE, LLC, <br>    Debtor <br><br> STEPHEN B. DARR, <br>    Plaintiff, <br><br> *v.* <br><br> BENJAMIN ARGUETA, et al., <br>    Defendants | Ch. 11 <br> 14-40987-MSH <br><br> Adversary Proceeding <br> 16-04006-MSH |

## Proceeding Memorandum

**MATTER:**

#321 Motion of Plaintiff for Attachment of Real Property of Daniil Shoyfer (C. Bennett)
#328 Opposition of Class-Defendant, Daniil Shoyfer (M. Nemtsev)

**Decision set forth more fully as follows:**
Hearing held. A tentative settlement was reached in open court. The parties shall file an agreed order or request for further hearing by March 6, 2020.

By the Court,

*/s/ Melvin S. Hoffman*

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 2/25/2020