# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>                Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS TRUSTEE OF<br>THE CHAPTER 11 ESTATES OF<br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>                Plaintiff,<br>v.<br><br>BENJAMIN ARGUETA, ET AL<br>                Defendant(s). | Adversary Proceeding<br>No.16-4006 |
| STEPHEN B. DARR AS HE IS THE<br>TRUSTEE OF THE CHAPTER 11 ESTATES<br>OF EACH OF THE DEBTORS,<br><br>                Plaintiff,<br>v.<br><br>DAVID E. HACKETT, LINDA HACKETT<br>AND<br>DARLA MAE MASSAD, TRUSTEE OF<br>D & L REALTY TRUST,<br><br>                Defendants. | Adversary Proceeding<br>No. 20-04012 |

## **CERTIFICATE OF SERVICE**

I, Andrew G. Lizotte, hereby certify that on March 13, 2020, I caused to be served a copy of the following document via operation of this Court's CM/ECF System as indicated to the attached service list:

- Motion by Chapter 11 Trustee, Pursuant to Fed. R. Bankr. P. 9019, to Approve Settlement Agreement Between the Trustee and David Hackett, Linda Hackett and Darla Mae Massad, as Trustee of D&L Realty Trust

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA  02108
Telephone:  (617) 423-0400
Facsimile:  (617) 423-0498
Email: ALizotte@murphyking.com

Dated:  March 13, 2020
772053

**BY ECF:**

- Charles R. Bennett    cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com
- Evans J. Carter    ejcatty1@verizon.net
- Gary W. Cruickshank    gwc@cruickshank-law.com, cruickshankgr87938@notify.bestcase.com
- James P. Ehrhard    ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- Valentin D. Gurvits    vgurvits@bostonlawgroup.com
- Andrew G. Lizotte    agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com
- Michael M. McArdle    mike@mcardlelaw.com, morgan@mcardlelaw.com
- Wendy M. Mead    wendymeadpc@verizon.net
- Maksim Nemtsev    menemtsev@gmail.com
- Michael K. O'Neil    mko@rathlaw.com, fam@rathlaw.com
- Ilyas J. Rona    ijr@mrdklaw.com, gnc@mrdklaw.com,kae@mrdklaw.com
- Hilary Schultz    hschultz@engelschultz.com
- Jordan L. Shapiro    JSLAWMA@aol.com
- Matthew Shayefar    matt@bostonlawgroup.com
- Elton Watkins    watkinslaw@comcast.net

Benjamin Argueta
14 Illinois Avenue, Apt. 1
Somerville, MA  02145

Alexandro Rocha
6 Nell Road
Revere, MA  02151

Jose Neto
49 Rodney Street
Worcester, MA  01605

Julio C. Paz
179 Water Street
Framingham, MA  01701

Euzebio Sudre Neto
334 Chestnut Farm Way
Raynham, MA  02767

Hugo Alvarado
18 Catherine St., #1
Worcester, MA  01605

Ana R. Ramos
63 Fremont Av., Apt. 2
Chelsea, MA  02150

Linda Suzanne Hackett
97 Bellevue Ave.
Melrose, MA  02176

Ruddy Abreau
9 Longwood Drive
Methuen, MA  01844

Marco Almeida
420 Atlantic Ave.
Long Branch, NJ  07740

Rodrigo Montemor
6 Boxford Street
Lawrence, MA  01843

Laureano Arellano
576N 800W
Provo, UT  84601

Aaron Ataide
2900 W. Porter Ave.
Visalia, CA  93291

Rosane Cruz
22 Northampton Street
Worcester, MA  01605

Omar Quinonez
3812 N. Oak Dr., Apt. M62
Tampa, FL  33611

Carlos C. Dejesus
72 Fremont Ave., Apt. 2
Chelsea, MA  2150

Bilkish Sunesara
8211 Longvale Drive
Rosenberg, TX  77469

Andres Bolivar Estevez
9510 90th Ave. 2
Woodhaven, NY  11421

| | |
|---|---|
| Jose Lopez<br>164 Exchange St., 2nd Floor<br>Lawrence, MA  01841 | Ana Rosa Lopez<br>5019 Redwing Brook Trail<br>Katy, TX  77449 |
| Frantz Balan<br>51 Grover Street, Apt. 2<br>Everett, MA  02149 | Marcelo Dasilva<br>38 Lyme Street, #308<br>Malden, MA  02148 |
| Gladys Alvarado<br>177 Lincoln St., #2<br>Worcester, MA  01605 | James P. Erhard<br>250 Commercial Street<br>Suite 410<br>Worcester, MA 01608 |

\*\*

| | |
|---|---|
| Maria Teresa Milagres Neves<br>2B Brackett Rd.<br>Framingham MA 01702 | Marcos Lana<br>41 Beacon St.<br>Framingham MA 01701 |
| Luiz Antonio da Silva<br>25 Willis St.<br>Framingham MA 01702 | Bruno Graziani<br>134 Highland St.<br>Marlborough, MA 01752 |
| Eduardo N. Silva<br>10111 Newington Dr.<br>Orlando, FL 32836 | Michel Cristiano Santolin de Arruda<br>26 Beacon St., Apt. 12A<br>Burlington, MA 01803 |
| Francisdalva Siqueira<br>9715 Arbor Oak Ct., Apt. 301<br>Boca Raton, FL 33428 | Alexander N. Aurio<br>15 W. Prescott Ave.<br>Clovis, CA 93619 |
| Amilcar Lopez<br>94 Broadway<br>Somerville, MA 02145 | Davidson R. Teixeira<br>33 Vernal St. #1<br>Everett, MA 02149 |

Julio Silva
111 E. Washington St., Unit 2221
Orlando, FL 32801

Jesus Osuna
700 N Avery Ave.
Farmersville, CA 93223

Jose Carlos Maciel
18 Hayes St., Apt. 2
Framingham, MA 01702

Edilene Storck Navarro
55 Fox Rd., Unit 925
Waltham, MA 02451

Vaming Services
8228 Bedford Cove Way
Sacramento, CA 95828

Gelalin-3377, LLC
53 Walk Hill St., Apt 2
Jamaica Plain, MA 02130

Rodrigo Castro
11922 Golden Lodge Lane
Houston, TX 77066

Edson F Souza
1003 Acton Ave.
Lehigh Acres, FL 33971

Jorge Antonio Mejia Sequeira
3055 Jasmine Valley Dr.
Canyon Country, CA 91387

Timex Research Consulting Inc.
10724 71st Rd., Apt. 14C
Forest Hills, NY 11375

Wesley Dias
21103 Via Eden
Boca Raton, FL 33433

Team Global Adverting LLC.
13506 Paddington Circ.
Austin, TX 78729

Celso Roberto Silva Filho
261 Whalepond Rd.
Oakhurst, NJ 07105

Bartolo Castllo
23530 Canyon Lake Dr.
Spring, TX 77373

LWC Marketing, Inc.
57 Freeman Lane
Buena Park, CA 90621

Luisa E. Lopez
168 Thorndike St. #1
Cambridge, MA 02141

Gaspar Jesus
235 Boston St., Apt 3
Lynn, MA 01904

United Group USA
5620 Bay Side Dr.
Orlando, FL 32819

Marcio Souza Nery
260 Potter St.
New Bedford, MA 02740

Daneng Xiong
280 St. Augustine Dr.
Chico, CA 95928

Joelito Souza Caldas Junior
9751 Majorca Pl.
Boca Raton, FL 33434

Lusette Balan
5648 Lowell St.
Peabody, MA 01960

Jean 2004 Enterprise Corp.
1310 Partridge Close
Pompano Beach, FL 33064

Faith Sloan
4809 Crystalline Pl., Apt. 102
Virginia Beach, VA 23462

New Generation Med Supply Inc.
1037 51st ST., Apt. D7
Brooklyn, NY 11219

Nubia R Goulart
40 Grant Street
PO Box 1107
Framingham, MA 01702

Carlos Alfaro
20 Manor Place
Huntington Station, NY 11746

Gilson Nassar
3500 W. Hillsboro Blvd., Apt. 201
Coconut Creek, FL 33073

Technovia Inc.
533 Cambridge St., Unit 310
Allston, MA 02134

Yue Chen
1935 Potrero Grande Dr., Apt. 209
Monterey Park, CA 91755

Mariza S Morinelli
131 S. Federal Hwy., Apt. 527
Boca Raton, FL 33432

Paulo Giuliano Diogenes de Bessa Rosado
420 Atlantic Ave.
Long Branch, NJ 07740

Roberto Nunez
16 Fairfield St.
Worcester, MA 01602

Lan Lan Ji
1535 83rd St. #2
Brooklyn, NY 11228

Jose Miguel Filho
27 Liberty St.
Gloucester, MA 01930

Jap International Network LLC
16490 Gateway Bridge Dr.
Delray Beach, FL 33446

Walace Augusto Da Silva
57 Greenwood St.
Marlborough, MA 01752

Ezau Soares Ferreira
27 High St., Apt. 2
East Weymouth, MA 02189

Eddie Alberto Duverge
90 Prospect Ave.
Revere, MA 02151

Global Marketing Strategies
2460 E. Pole Rd.
Everson, WA 98247

Carlos Vanterpool
255 Hidden Springs Cir.
Kissimmee, FL 34743

Devendra Shah
5002 N. Oaks Blvd.
North Brunswick, NJ 08902

Pat Jackson
12314 E. 55th Terr.
Kansas City, MO 64133

Silverio Reyes
70 W. Walnut Park, Apt. 2
Roxbury, MA 02119

Fabiana Acacia Da Cruz Dos Santos
7983 NW 70th Ave.
Parkland, FL 33067

Dwayne Jones
6406 Julie Ann Dr.
Hanover, MD 21076

Gerald Agnew
3324 Parsons Blvd., Apt. 6P
Flushing, NY 11354

Joseph Pietropaolo
224 Sarahs Lane
Liberty Hill, TX 78642

Jamilson Marcos Conceicao
5451 Ginger Cove Dr., Apt. A
Tampa, FL 33634

Wesley Nascimento Alves
37 Lawrence St.
Everett, MA 02149

Milagros Adames
71 Swan St.
Methuen, MA 01844

Ronei Barreto
14 Branchport Ave.
Long Branch, NY 07740

Parrot Bay Homes, Inc.
6851 Cypress Cove Cir.
Jupiter, FL 33458

LM Davar Inc.
6350 S. Elm Ln.
Lake Worth, FL 33462

Ricardo Fabin
60 Stevens Ave.
Lawrence, MA 01843

Edgar Borelli
291 Thompson St.
Halifax, MA 02338

Faustino Torres
5514 Minaret Ct.
Orlando, FL 32821

Daniel Chavez
4149 S. Church St.
Visalia, CA 93277

....

Luiz Antonio da Silva
133 Concord Street
Framingham MA 01702

Chai Hock Ng, a/k/a Chai Ha Ng
13525 Roosevelt Ave., #2D
Flushing NY 11354

Soraya Ferreira
6350 S. Elm Lane
Lake Worth, FL 33462

Helio Barbosa
2B Brackett Road
Framingham MA 01720

David Reis
25 MacArthur Street, Apt 2
Somerville MA 02145

David Reis
25 MacArthur Street, Apt 1
Somerville MA 02145

Rudmar Gentil, a/k/a Rudmar DaSilva
423 Washington Ave., Apt. 7R
Chelsea MA 02150

Debora C. Brasil
802 Harbor Inn Dr.,
Coral Springs, FL  33071-5614

Bingjian Pan
75 E. 4th St., Apt 23
New York, NY  10003-0832

Rodrigo R. Breda
6 Port Au Peck Ave
Long Branch NJ  07740-7668

Sonya Crosby
30 Club Court, #9
Alpharetta, GA  30005-7422

Antonio Oliveira
29141 US Highway, 19N Lot 5
Clearwater FL  33761

Louisa E. Lopez
5 Oak Street
Andover MA  01810

Venerando Contreras
6182 Bryce Canyon Ave
Las Vegas, NV 89156-5859

Randy Crosby
31 Club Court, #9
Alpharetta, GA  30005-7422

Antonio Oliveira
430 Broadway St., Unit #9
Lowell MA  01845

Louisa E. Lopez
110 Francis Street
Everett MA  02149

**BY ELECTRONIC MAIL:**

Renato Sacramento
albertoestaine@hotmail.com
nandinha01@hotmail.com

William Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Email: wbaldiga@brownrudnick.com

C. Peter R. Gossels, Esq.
84 State Street
11th Floor
Boston MA  02109-2299
Email:  pgossels@socialaw.com

Deena Bernstein, Esq.
Securities Exchange Commission
33 Arch Street
Boston, MA  02110
Email:  bernsteinD@sec.gov