UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---

In Re:   Telexfree, LLC ,
         Debtor

Chapter: 11
Case No: 14−40987, **A.P. #16−4006, A.P.#20−4012**
Judge Melvin S. Hoffman

---

### NOTICE OF OBJECTION DEADLINE

[3131] − Motion filed by Trustee Stephen Darr to Approve [Re: [3130] Settlement Agreement].

Andrew Lizotte
Murphy & King, PC
One Beacon Street
Boston, MA 02108

**YOU ARE RESPONSIBLE FOR THE FOLLOWING:**

1. Notifying the U.S. Trustee, all creditors, all parties in interest, indenture trustees (if any), and the trustee for this case (if any) that the deadline for filing an objection or response to the motion is **APRIL 10, 2020** at 4:30 P.M. See FRBP 2002 and MLBR 9013−1(d).

2. Notifying the U.S. Trustee, all creditors, all parties in interest, indenture trustees (if any) and the trustee for this case (if any) that a hearing will be scheduled <u>only if</u> objections are filed to the motion <u>and</u> that, if no objection or responses are filed, the motion may be allowed without a hearing.

3. Filing your certificate of service with respect to such notice within <u>one week</u> of the date of this notice.

**If you fail to file timely a certificate of service, the Court may deny your motion without a hearing.**

Date: 3/17/2020

By the Court, Judge Melvin S. Hoffman

<u>Toni Elam</u>
Deputy Clerk

---

I hereby certify that I mailed this notice to the movant. Andrew Lizotte, Esq.
Murphy & King, PC
One Beacon Street
Boston, MA 02108

Date of Mailing:3/17/2020

By the Court,

<u>Toni Elam</u>
Deputy Clerk