# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>        Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>        Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS<br>        Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>        Plaintiffs,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS<br>        Defendants. | Adversary Proceeding<br>No. 16-4007 |

## **CERTIFICATE OF SERVICE**

I, Andrew G. Lizotte, hereby certify that on March 17, 2020, I caused to be served a copy of the following document via operation of this Court's CM/ECF System as indicated to the attached service list:

- ***Joint Motion for Scheduling Order Determining the Admissibility and Presumptive Effect of the Trustee's Aggregation Methodology in Determining Net Winners***

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA  02108
Telephone:  (617) 423-0400
Facsimile:  (617) 423-0498
Email: ALizotte@murphyking.com

Dated:  March 17, 2020
772160

| | |
|---|---|
| Benjamin Argueta<br>14 Illinois Avenue, Apt. 1<br>Somerville, MA  02145 | Alexandro Rocha<br>6 Nell Road<br>Revere, MA  02151 |
| Jose Neto<br>49 Rodney Street<br>Worcester, MA  01605 | Julio C. Paz<br>179 Water Street<br>Framingham, MA  01701 |
| Euzebio Sudre Neto<br>334 Chestnut Farm Way<br>Raynham, MA  02767 | Hugo Alvarado<br>18 Catherine St., #1<br>Worcester, MA  01605 |
| Ana R. Ramos<br>63 Fremont Av., Apt. 2<br>Chelsea, MA  02150 | Linda Suzanne Hackett<br>97 Bellevue Ave.<br>Melrose, MA  02176 |
| Ruddy Abreau<br>9 Longwood Drive<br>Methuen, MA  01844 | Marco Almeida<br>420 Atlantic Ave.<br>Long Branch, NJ  07740 |
| Rodrigo Montemor<br>6 Boxford Street<br>Lawrence, MA  01843 | Laureano Arellano<br>576N 800W<br>Provo, UT  84601 |
| Aaron Ataide<br>2900 W. Porter Ave.<br>Visalia, CA  93291 | Rosane Cruz<br>22 Northampton Street<br>Worcester, MA  01605 |
| Omar Quinonez<br>3812 N. Oak Dr., Apt. M62<br>Tampa, FL  33611 | Carlos C. Dejesus<br>72 Fremont Ave., Apt. 2<br>Chelsea, MA  2150 |
| Bilkish Sunesara<br>8211 Longvale Drive<br>Rosenberg, TX  77469 | Andres Bolivar Estevez<br>9510 90th Ave. 2<br>Woodhaven, NY  11421 |

Certificate of Service Page 4 of 10

Jose Lopez
164 Exchange St., 2nd Floor
Lawrence, MA 01841

Ana Rosa Lopez
5019 Redwing Brook Trail
Katy, TX 77449

Frantz Balan
51 Grover Street, Apt. 2
Everett, MA 02149

Marcelo Dasilva
38 Lyme Street, #308
Malden, MA 02148

Gladys Alvarado
177 Lincoln St., #2
Worcester, MA 01605

James P. Erhard
250 Commercial Street
Suite 410
Worcester, MA 01608

\*\*

Maria Teresa Milagres Neves
2B Brackett Rd.
Framingham MA 01702

Marcos Lana
41 Beacon St.
Framingham MA 01701

Luiz Antonio da Silva
25 Willis St.
Framingham MA 01702

Bruno Graziani
134 Highland St.
Marlborough, MA 01752

Eduardo N. Silva
10111 Newington Dr.
Orlando, FL 32836

Michel Cristiano Santolin de Arruda
26 Beacon St., Apt. 12A
Burlington, MA 01803

Francisdalva Siqueira
9715 Arbor Oak Ct., Apt. 301
Boca Raton, FL 33428

Alexander N. Aurio
15 W. Prescott Ave.
Clovis, CA 93619

Amilcar Lopez
94 Broadway
Somerville, MA 02145

Davidson R. Teixeira
33 Vernal St. #1
Everett, MA 02149

| | |
|---|---|
| Julio Silva<br>111 E. Washington St., Unit 2221<br>Orlando, FL 32801 | Jesus Osuna<br>700 N Avery Ave.<br>Farmersville, CA 93223 |
| Jose Carlos Maciel<br>18 Hayes St., Apt. 2<br>Framingham, MA 01702 | Edilene Storck Navarro<br>55 Fox Rd., Unit 925<br>Waltham, MA 02451 |
| Vaming Services<br>8228 Bedford Cove Way<br>Sacramento, CA 95828 | Gelalin-3377, LLC<br>53 Walk Hill St., Apt 2<br>Jamaica Plain, MA 02130 |
| Rodrigo Castro<br>11922 Golden Lodge Lane<br>Houston, TX 77066 | Edson F Souza<br>1003 Acton Ave.<br>Lehigh Acres, FL 33971 |
| | Jorge Antonio Mejia Sequeira<br>3055 Jasmine Valley Dr.<br>Canyon Country, CA 91387 |
| Timex Research Consulting Inc.<br>10724 71st Rd., Apt. 14C<br>Forest Hills, NY 11375 | Wesley Dias<br>21103 Via Eden<br>Boca Raton, FL 33433 |
| Team Global Adverting LLC.<br>13506 Paddington Circ.<br>Austin, TX 78729 | Celso Roberto Silva Filho<br>261 Whalepond Rd.<br>Oakhurst, NJ 07105 |
| Bartolo Castllo<br>23530 Canyon Lake Dr.<br>Spring, TX 77373 | LWC Marketing, Inc.<br>57 Freeman Lane<br>Buena Park, CA 90621 |
| Luisa E. Lopez<br>168 Thorndike St. #1<br>Cambridge, MA 02141 | Gaspar Jesus<br>235 Boston St., Apt 3<br>Lynn, MA 01904 |

United Group USA
5620 Bay Side Dr.
Orlando, FL 32819

Marcio Souza Nery
260 Potter St.
New Bedford, MA 02740

Daneng Xiong
280 St. Augustine Dr.
Chico, CA 95928

Joelito Souza Caldas Junior
9751 Majorca Pl.
Boca Raton, FL 33434

Lusette Balan
5648 Lowell St.
Peabody, MA 01960

Jean 2004 Enterprise Corp.
1310 Partridge Close
Pompano Beach, FL 33064

Faith Sloan
4809 Crystalline Pl., Apt. 102
Virginia Beach, VA 23462

New Generation Med Supply Inc.
1037 51st ST., Apt. D7
Brooklyn, NY 11219

Nubia R Goulart
40 Grant Street
PO Box 1107
Framingham, MA 01702

Carlos Alfaro
20 Manor Place
Huntington Station, NY 11746

Gilson Nassar
3500 W. Hillsboro Blvd., Apt. 201
Coconut Creek, FL 33073

Technovia Inc.
533 Cambridge St., Unit 310
Allston, MA 02134

Yue Chen
1935 Potrero Grande Dr., Apt. 209
Monterey Park, CA 91755

Mariza S Morinelli
131 S. Federal Hwy., Apt. 527
Boca Raton, FL 33432

Paulo Giuliano Diogenes de Bessa Rosado
420 Atlantic Ave.
Long Branch, NJ 07740

Roberto Nunez
16 Fairfield St.
Worcester, MA 01602

Lan Lan Ji
1535 83rd St. #2
Brooklyn, NY 11228

Jose Miguel Filho
27 Liberty St.
Gloucester, MA 01930

Jap International Network LLC
16490 Gateway Bridge Dr.
Delray Beach, FL 33446

Walace Augusto Da Silva
57 Greenwood St.
Marlborough, MA 01752

Ezau Soares Ferreira
27 High St., Apt. 2
East Weymouth, MA 02189

Eddie Alberto Duverge
90 Prospect Ave.
Revere, MA 02151

Global Marketing Strategies
2460 E. Pole Rd.
Everson, WA 98247

Carlos Vanterpool
255 Hidden Springs Cir.
Kissimmee, FL 34743

Devendra Shah
5002 N. Oaks Blvd.
North Brunswick, NJ 08902

Pat Jackson
12314 E. 55th Terr.
Kansas City, MO 64133

Silverio Reyes
70 W. Walnut Park, Apt. 2
Roxbury, MA 02119

Fabiana Acacia Da Cruz Dos Santos
7983 NW 70th Ave.
Parkland, FL 33067

Dwayne Jones
6406 Julie Ann Dr.
Hanover, MD 21076

Gerald Agnew
3324 Parsons Blvd., Apt. 6P
Flushing, NY 11354

Joseph Pietropaolo
224 Sarahs Lane
Liberty Hill, TX  78642

Jamilson Marcos Conceicao
5451 Ginger Cove Dr., Apt. A
Tampa, FL 33634

Wesley Nascimento Alves
37 Lawrence St.
Everett, MA 02149

Milagros Adames
71 Swan St.
Methuen, MA 01844

Ronei Barreto
14 Branchport Ave.
Long Branch, NY 07740

Parrot Bay Homes, Inc.
6851 Cypress Cove Cir.
Jupiter, FL 33458

LM Davar Inc.
6350 S. Elm Ln.
Lake Worth, FL 33462

Ricardo Fabin
60 Stevens Ave.
Lawrence, MA 01843

Edgar Borelli
291 Thompson St.
Halifax, MA 02338

Faustino Torres
5514 Minaret Ct.
Orlando, FL 32821

Daniel Chavez
4149 S. Church St.
Visalia, CA 93277

....

Luiz Antonio da Silva
133 Concord Street
Framingham MA 01702

Chai Hock Ng, a/k/a Chai Ha Ng
13525 Roosevelt Ave., #2D
Flushing NY 11354

Soraya Ferreira
6350 S. Elm Lane
Lake Worth, FL 33462

Helio Barbosa
2B Brackett Road
Framingham MA 01720

David Reis
25 MacArthur Street, Apt 2
Somerville MA 02145

David Reis
25 MacArthur Street, Apt 1
Somerville MA 02145

Rudmar Gentil, a/k/a Rudmar DaSilva
423 Washington Ave., Apt. 7R
Chelsea MA 02150

| | |
|---|---|
| Debora C. Brasil<br>802 Harbor Inn Dr.,<br>Coral Springs, FL  33071-5614 | Venerando Contreras<br>6182 Bryce Canyon Ave<br>Las Vegas, NV 89156-5859 |
| Bingjian Pan<br>75 E. 4th St., Apt 23<br>New York, NY  10003-0832 | Randy Crosby<br>31 Club Court, #9<br>Alpharetta, GA  30005-7422 |
| Rodrigo R. Breda<br>6 Port Au Peck Ave<br>Long Branch NJ  07740-7668 | Antonio Oliveira<br>430 Broadway St., Unit #9<br>Lowell MA  01845 |
| Sonya Crosby<br>30 Club Court, #9<br>Alpharetta, GA  30005-7422 | Louisa E. Lopez<br>110 Francis Street<br>Everett MA  02149 |
| Antonio Oliveira<br>29141 US Highway, 19N Lot 5<br>Clearwater FL  33761 | |
| Louisa E. Lopez<br>5 Oak Street<br>Andover MA  01810 | |

BY ECF:

- Charles R. Bennett    cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com;amaciver@murphyking.com;dmeyer@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com
- Evans J. Carter    ejcatty1@verizon.net
- Gary W. Cruickshank    gwc@cruickshank-law.com, cruickshankgr87938@notify.bestcase.com
- James P. Ehrhard    ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- Valentin D. Gurvits    vgurvits@bostonlawgroup.com

- Andrew G. Lizotte    agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com
- Michael M. McArdle    mike@mcardlelaw.com, morgan@mcardlelaw.com
- Wendy M. Mead    wendymeadpc@verizon.net
- Michael K. O'Neil    moneil@murphyking.com, dkonusevska@murphyking.com;ecf-b51ce627ec66@ecf.pacerpro.com
- Ilyas J. Rona    ijr@mrdklaw.com, gnc@mrdklaw.com,kae@mrdklaw.com
- Hilary Schultz    hschultz@engelschultz.com
- Jordan L. Shapiro    JSLAWMA@aol.com
- Matthew Shayefar    matt@bostonlawgroup.com
- Elton Watkins    watkinslaw@comcast.net

BY ELECTRONIC MAIL:

Renato Sacramento
albertoestaine@hotmail.com
nandinha01@hotmail.com

William Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Email: wbaldiga@brownrudnick.com

Deena Bernstein, Esq.
Securities Exchange Commission
33 Arch Street
Boston, MA 02110
Email: bernsteinD@sec.gov