# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 11 Cases |
| TELEXFREE, LLC, | 14-40987-MSH |
| TELEXFREE, INC. and | 14-40988-MSH |
| TELEXFREE FINANCIAL, INC., | 14-40989-MSH |
| Debtors. | Jointly Administered |
| | |
| STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC., | Adversary Proceeding No.16-4006 |
| Plaintiff, | |
| v. | |
| BENJAMIN ARGUETA, ET AL | |
| Defendant(s). | |
| | |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS, | |
| Plaintiff, | Adversary Proceeding No. 20-04012 |
| v. | |
| DAVID E. HACKETT, LINDA HACKETT AND DARLA MAE MASSAD, TRUSTEE OF D & L REALTY TRUST, | |
| Defendants. | |

Dated: 5/7/2020

Stipulation approved April 27, 2020, on motion in main case (Case No. 14-40987, ECF No. 3208).