United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: rmb     Page 1 of 2     Date Rcvd: May 07, 2020
                     Form ID: aphrg    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov May 08 2020 00:44:40     Richard King,
        Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                                                                    TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2020 at the address(es) listed below:
          Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
          bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com
          Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
          bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com
          Elton Watkins, III    on behalf of Defendant Milagros Adames watkinslaw@comcast.net
          Elton Watkins, III    on behalf of Defendant Ricardo Fabin watkinslaw@comcast.net
          Evans J. Carter    on behalf of Defendant Bilkish Sunesara ejcatty1@verizon.net
          Gary W. Cruickshank    on behalf of Defendant Jose Miguel Filho gwc@cruickshank-law.com,
          cruickshankgr87938@notify.bestcase.com
          Hilary Schultz    on behalf of Defendant Bruno Graziani hschultz@engelschultz.com
          Ilyas J. Rona    on behalf of Defendant Frantz Balan ijr@mrdklaw.com, gnc@mrdklaw.com,
          kae@mrdklaw.com
          Ilyas J. Rona    on behalf of Defendant Julio Silva ijr@mrdklaw.com, gnc@mrdklaw.com,
          kae@mrdklaw.com
          James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
          cote@ehrhardlaw.com
          Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
          Jordan L. Shapiro    on behalf of Intervenor-Defendant Rahima Boughalem JSLAWMA@aol.com
          Maksim Nemtsev    on behalf of Defendant Daniil Shoyfer menemtsev@gmail.com
          Matthew Shayefar    on behalf of Defendant Timex Research Consulting Inc.
          matt@bostonlawgroup.com
          Matthew Shayefar    on behalf of Defendant New Generation Med Supply Inc.
          matt@bostonlawgroup.com
          Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr mko@rathlaw.com, fam@rathlaw.com
          Michael M. McArdle    on behalf of Defendant Ruddy Abreau mike@mcardlelaw.com,
          morgan@mcardlelaw.com
          Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
          morgan@mcardlelaw.com
          Valentin D. Gurvits    on behalf of Defendant New Generation Med Supply Inc.
          vgurvits@bostonlawgroup.com
          Valentin D. Gurvits    on behalf of Defendant Timex Research Consulting Inc.
          vgurvits@bostonlawgroup.com
          Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Lan Lan Ji wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Hugo Alvarado wendymeadpc@verizon.net

```
District/off: 0101-4              User: rmb                Page 2 of 2                 Date Rcvd: May 07, 2020
                                  Form ID: aphrg           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
         Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
                                                                                                                    TOTAL: 28

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re  Telexfree, LLC | Related Bankruptcy Case: 14−40987 |
| | Chapter 11 |
| Debtor | Judge Melvin S. Hoffman |
| | |
| Stephen B. Darr, Chapter 11 Trustee | Adversary Proceeding: 16−04006 |
| Plaintiff | |
| vs. | |
| Benjamin Argueta, et al | |
| Defendant | |

## NOTICE OF TELEPHONIC NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **5/21/20 at 02:00 PM** before the Honorable Judge Melvin S. Hoffman, Courtroom 2, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109−3945 to consider the following:

[341] Motion filed by Intervenor−Defendant Rahima Boughalem to Intervene

*For reasons of public health and safety, all participants and anyone else wishing to attend the hearing must do so by telephone and not in person. To appear telephonically, attendees must, no later than two minutes prior to the scheduled time of hearing, dial 1.888.675.2535 and enter access code 3497831. To facilitate informal discussions similar to those that occur just prior to in−person hearings, the Court urges the parties to confer prior to the scheduled hearing

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013−1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. <u>**Your rights may be affected.**</u> You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071−1.

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date:5/7/20                                                                                                          By the Court,

<u>Regina Brooks</u>
Deputy Clerk
617−748−5337

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748−5314 or (866) 419−5695 (toll free) for a recorded message.