United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: telam     Page 1 of 2     Date Rcvd: May 08, 2020
                         Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov May 09 2020 00:39:29     Richard King,
          Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                                                                                                                                                                                                   TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2020 at the address(es) listed below:

          Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
           bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com
          Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
           bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com
          Elton  Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
          Elton  Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
          Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
          Gary W. Cruickshank    on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com,
           cruickshankgr87938@notify.bestcase.com
          Hilary  Schultz    on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
          Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@mrdklaw.com,  gnc@mrdklaw.com,
           kae@mrdklaw.com
          Ilyas J. Rona    on behalf of Defendant Julio  Silva ijr@mrdklaw.com,  gnc@mrdklaw.com,
           kae@mrdklaw.com
          James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
           cote@ehrhardlaw.com
          Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
          Jordan L. Shapiro    on behalf of Intervenor-Defendant Rahima  Boughalem JSLAWMA@aol.com
          Maksim  Nemtsev    on behalf of Defendant Daniil  Shoyfer menemtsev@gmail.com
          Matthew  Shayefar    on behalf of Defendant  Timex Research Consulting Inc.
           matt@bostonlawgroup.com
          Matthew  Shayefar    on behalf of Defendant  New Generation Med Supply Inc.
           matt@bostonlawgroup.com
          Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr mko@rathlaw.com,  fam@rathlaw.com
          Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mcardlelaw.com,
           morgan@mcardlelaw.com
          Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
           morgan@mcardlelaw.com
          Valentin D. Gurvits    on behalf of Defendant  New Generation Med Supply Inc.
           vgurvits@bostonlawgroup.com
          Valentin D. Gurvits    on behalf of Defendant  Timex Research Consulting Inc.
           vgurvits@bostonlawgroup.com
          Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net

```
District/off: 0101-4            User: telam                Page 2 of 2              Date Rcvd: May 08, 2020
                                Form ID: pdf012            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
          Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
                                                                                                                                    TOTAL: 28

Case 16-04006    Doc 346    Filed 05/10/20    Entered 05/11/20 00:28:29    Desc Imaged
Certificate of Notice    Page 2 of 3

Dated: 5/7/2020

Stipulation approved April 27, 2020, on motion in main case (Case No. 14-40987, ECF No. 3208).

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>        Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR AS HE IS TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>        Plaintiff,<br>v.<br><br>BENJAMIN ARGUETA, ET AL<br>        Defendant(s). | Adversary Proceeding<br>No.16-4006 |
| STEPHEN B. DARR AS HE IS THE TRUSTEE OF THE CHAPTER 11 ESTATES OF EACH OF THE DEBTORS,<br><br>        Plaintiff,<br>v.<br><br>DAVID E. HACKETT, LINDA HACKETT AND<br>DARLA MAE MASSAD, TRUSTEE OF<br>D & L REALTY TRUST,<br><br>        Defendants. | Adversary Proceeding<br>No. 20-04012 |