UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>TELEXFREE LLC<br>TELEXFREE INC.<br>TELEXFREE FINANCIAL INC.<br>        Debtors | CHAPTER 11 Cases<br>14-40987 MSH<br>14-40988 MSH<br>14-40989 MSH |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC<br>TELEXFREE, INC. And TELEXFREE<br>FINANCIAL Inc.<br>        Plaintiff<br><br>v.<br><br>FRANZ BALAN, REPRESENTATIVE OF<br>A CLASS OF DEFENDANT NET WINNERS<br>        Defendants | Adversary Proceeding<br>No. 16-4006<br><br>Adversary Proceeding<br>No. 16-4007 |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC<br>TELEXFREE, INC. And TELEXFREE<br>FINANCIAL Inc.<br>        Plaintiff<br><br>v.<br><br>MARCO PUZZARINI AND SANDRO PAULO<br>FREIAS, REPRESENTATIVE OF A CLASS<br>OF DEFENDANT NET WINNERS<br>        Defendants | |

1

## WAIVER OF MOTION FOR LEAVE TO INTERVENE

Now come the claimants referred to below and waive the Motion for leave to intervene, filed April 17, 2020 as Docket No. 341.

THE CLAIMANTS

Rahima Boughalem, Earley Barbosa, Sharon Reed, George Berube, Brandon Zagarella, Joseph Zagarella, Jr., Edward J. DiLorenzo, Maria Avila, Panagiotis Iatrou, Carolina Jimenez, Ali Hamadi, Hubert Lubin, Mohamed Bendahgane, Isabel Mercedes Torres, Carlos DeAlvarenga, Peter Said Rahhaoui, Marcio Costa, Saif Muhsen, Rachid Saleh, Manal Hamadi, Kyi Kyi Soe, Joseph Zagarella, Khaled Saleh, Rachid Moukhtari, Joseph Nasr, Aris Munoz, Samir Laqtib, Gloria Cepeda, Robert Jackier, Merilio Rojas, Hazem Wehbe, Theresa St. Peter, Flor Velasquez, Edmar Varela, Ruben Nieves, Carmelo Sanchez, Abdelhadi Almohamadi, Abdeltig Bellagat, Rafet Elananzeh, Mohammad Muhsen, Marouane Bouatman, Salma Cherkaoui, Anthony Helo, Salima Essofi, Radeymi Soto, Saad Katerji, Marjorie Legrand, and Paula De Moura

BY THEIR ATTORNEY,

/s/ Jordan L. Shapiro

———————————————
Jordan L. Shapiro
Shapiro & Hender
105 Salem Street, Malden, MA 02148
781 324 5200
BBO#454240
Email: jslawma@aol.com

DATED: May 20, 2020