

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* | |
| TELEXFREE, LLC, | Ch. 11 |
| Debtor | 14-40987-MSH |
| STEPHEN B. DARR, | Adversary Proceeding |
| Plaintiff, | 16-04006-MSH |
| *v.* | |
| BENJAMIN ARGUETA, et al., | |
| Defendants | |

### Proceeding Memorandum and Order

**MATTER:**
Telephonic Hearing: #341 Motion of Intervenor-Defendant Rahima Boughalem to Intervene (J. Shapiro)
#342 Opposition of Plaintiff (C. Bennett)
#347 Opposition of Domestic Class Representative Frantz Balan (I. Rona)

**Decision set forth more fully as follows:**
Telephonic hearing held.  Attorney Shapiro withdrew his motion to intervene.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 5/21/2020