United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: telam     Page 1 of 2     Date Rcvd: May 21, 2020
                     Form ID: pdf012   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov May 22 2020 00:42:24     Richard King,
      Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
                                                                                                                                     TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2020 at the address(es) listed below:
       Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
       bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com
       Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
       bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com
       Elton  Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
       Elton  Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
       Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
       Gary W. Cruickshank    on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com,
       cruickshankgr87938@notify.bestcase.com
       Hilary  Schultz    on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
       Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@mrdklaw.com, gnc@mrdklaw.com, kae@mrdklaw.com
       Ilyas J. Rona    on behalf of Defendant Julio  Silva ijr@mrdklaw.com, gnc@mrdklaw.com, kae@mrdklaw.com
       James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
       Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
       Jordan L. Shapiro    on behalf of Intervenor-Defendant Rahima  Boughalem JSLAWMA@aol.com
       Maksim  Nemtsev    on behalf of Defendant Daniil  Shoyfer menemtsev@gmail.com
       Matthew  Shayefar    on behalf of Defendant  Timex Research Consulting Inc. matt@bostonlawgroup.com
       Matthew  Shayefar    on behalf of Defendant  New Generation Med Supply Inc. matt@bostonlawgroup.com
       Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr mko@rathlaw.com, fam@rathlaw.com
       Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mcardlelaw.com, morgan@mcardlelaw.com
       Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com, morgan@mcardlelaw.com
       Valentin D. Gurvits    on behalf of Defendant  New Generation Med Supply Inc. vgurvits@bostonlawgroup.com
       Valentin D. Gurvits    on behalf of Defendant  Timex Research Consulting Inc. vgurvits@bostonlawgroup.com
       Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
       Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
       Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net
       Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
       Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net

```
District/off: 0101-4           User: telam              Page 2 of 2              Date Rcvd: May 21, 2020
                               Form ID: pdf012          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Wendy M. Mead   on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
        Wendy M. Mead   on behalf of Defendant Roberto   Nunez wendymeadpc@verizon.net
        Wendy M. Mead   on behalf of Defendant Gladys   Alvarado wendymeadpc@verizon.net
        TOTAL: 28



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* TELEXFREE, LLC, Debtor | Ch. 11 <br> 14-40987-MSH |
| STEPHEN B. DARR, Plaintiff, <br> v. <br> BENJAMIN ARGUETA, et al., Defendants | Adversary Proceeding <br> 16-04006-MSH |

**Proceeding Memorandum and Order**

**MATTER:**

Telephonic Hearing: #341 Motion of Intervenor-Defendant Rahima Boughalem to Intervene (J. Shapiro)
#342 Opposition of Plaintiff (C. Bennett)
#347 Opposition of Domestic Class Representative Frantz Balan (I. Rona)

**Decision set forth more fully as follows:**
Telephonic hearing held. Attorney Shapiro withdrew his motion to intervene.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 5/21/2020