

Dated: 6/4/2020

Allowed. The class action defendants' deadline to provide their expert report to the trustee is extended to July 15, 2020. Expert depositions shall be completed by August 31, 2020. The parties' deadline to file a status report is extended to September 4, 2020.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>    Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
|---|---|
| STEPHEN B. DARR, TRUSTEE OF THE ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>    Plaintiff,<br>v.<br><br>FRANTZ BALAN, A REPRESENTATIVE OF A CLASS OF DEFENDANT NET WINNERS,<br><br>    Defendants. | Adversary Proceeding No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE OF THE ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>    Plaintiffs,<br>v.<br><br>MARCO PUZZARINI AND SANDRO PAULO FREITAS, REPRESENTATIVES OF A CLASS OF DEFENDANT NET WINNERS,<br><br>    Defendants. | Adversary Proceeding No. 16-4007 |

**JOINT MOTION TO MODIFY SCHEDULING ORDER DETERMINING THE ADMISSIBILITY AND PRESUMPTIVE EFFECT OF THE TRUSTEE'S AGGREGATION METHODOLOGY IN DETERMINING NET WINNERS**