UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>**Reorganized Debtors**. | Chapter 11<br><br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>**Substantively Consolidated** |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC., and TELEXFREE<br>FINANCIAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, A<br>REPRESENTATIVE OF A CLASS OF<br>DEFENDANT NET WINNERS,<br><br>Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC., and TELEXFREE<br>FINANCIAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MARCO PUZZARINI, A<br>REPRESENTATIVE OF A CLASS OF<br>DEFENDANT NET WINNERS,<br><br>Defendants. | Adversary Proceeding<br>No. 16-4007 |

## **CERTIFICATE OF SERVICE**

I, Charles R. Bennett, Jr., hereby certify that on September 4, 2020, I caused a copy of the *Joint Status Report Regarding Experts* to be sent electronically through the Court's ECF System to the registered participants as identified on the Notice of Electronic Filing.

    */s/ Charles R. Bennett, Jr.*
Charles R. Bennett, Jr. (BBO #037380)
Murphy & King, Professional Corporation
One Beacon Street
Boston, Massachusetts  02108
Tel.:  (617) 423-0400
Fax:  (617) 423-0498
CBennett@murphyking.com

785106