**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 14-40987-MSH |
| TELEXFREE, LLC, et al. | ) | Case No. 14-40988-MSH |
| | ) | Case No. 14-40989-MSH |
| Reorganized Debtors | ) | Substantively Consolidated |
| | ) | |
| | ) | |
| STEPHEN B. DARR | ) | |
| | ) | |
| Plaintiff | ) | Adversary Proceeding |
| | ) | No. 16-04006-MSH |
| v. | ) | |
| | ) | |
| BENJAMIN ARGUETA et al. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |
| STEPHEN B. DARR | ) | |
| | ) | |
| Plaintiff | ) | Adversary Proceeding |
| | ) | No. 16-04007-MSH |
| v. | ) | |
| | ) | |
| PAOLA ZOLLO ALECCI et al. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**ORDER SCHEDULING CASE MANAGEMENT VIDEO CONFERENCE**

**RE: Joint Status Report Regarding Experts**

I.    **GENERAL PROVISIONS**

1.    **Case Management Conference.**   A case management conference shall be held by
video on **September 24, 2020, at 10:00 AM** (the "Hearing").

2.    **Hearing by Video.**   As a result of the dangers presented by the COVID-19 pandemic,
compelling circumstances exist that constitute good cause to require that all aspects of
the Hearing, including, if applicable, the presentation of evidence, proceed by video

transmission rather than in person.    *See* Fed. R. Civ. P. 43(a); Fed. R. Bankr. P. 9017. The Court finds that the procedures adopted herein will provide adequate and "appropriate safeguards," *see* Fed. R. Civ. P. 43(a), and ensure due process of law.

3. **The Video Platform.**    The Hearing shall take place remotely using Zoomgov.com videoconference technology ("Zoom").    Zoom is available without charge.    All parties who will participate in the Hearing must undertake appropriate setup and testing of Zoom.    Instructions for use of Zoom (the "Participant Guide for Video Hearings") and links to its tutorials can be found on the Court's website at http://www.mab.uscourts.gov/pdfdocuments/mab_participant_video_guide.pdf.

## II.    INFORMATION REGARDING HEARING PARTICIPANTS

1. **Limit on Participation by Video.**    Parties and counsel are encouraged to limit video participation to those who are necessary for the conduct of the Hearing.    If the number of individuals wishing to participate in the Hearing, in the Court's view, exceeds the number which would permit the efficient, stable, and reliable transmission of the Hearing by video, the Court may require that certain individuals participate in the Hearing only by telephone.    The Court will provide to each individual participating by telephone separate dial-in instructions, which may be used with any telephone equipment.    See Part III.3. below for information on General Public Access.

2. **Notice of Participation.**    Counsel and pro se parties (collectively "Participants") who will be actively participating in the Hearing **shall notify Courtroom Deputy Regina Brooks, at Regina_Brooks@mab.uscourts.gov, no later than 4:00 PM on September 17, 2020**.    The notification shall include the name and email address of each of the Participants as well as their respective roles in the Hearing.    The notification must include the telephone number at which the Participants may be reached during the Hearing and what type of device they will be using.    Prior to the Hearing, the Courtroom Deputy will send an email to each Participant providing the information to appear at the Hearing.    Those who receive the Hearing login information from the Court may not forward or otherwise share that invitation with any other persons except that counsel may share the login information with their client and members of their firm and staff as necessary.

## III.    ADDITIONAL PROVISIONS

1. **Courtroom Formalities.**    Although it will be conducted by video, the Hearing constitutes a court proceeding and all formalities of a court proceeding must be observed in all respects, including proper decorum and attire.    Unless otherwise ordered by the Court, the Participants must keep their video on at all times during the Hearing.

2. **Recesses.**    Upon request and in the Court's discretion, the Court may recess the Hearing.    A recess may be held privately in a Zoom breakout room or by telephone or other means.    The Participants will be responsible for coordinating any telephonic communications between themselves and their parties and witnesses.

3. **General Public Access.**   The Hearing is open to the public.   The public is invited to listen to the Hearing by telephone.   Any person wishing to listen to the Hearing by telephone must email Courtroom Deputy Regina Brooks, at Regina_Brooks@mab.uscourts.gov, no later than 9:00 AM on September 23, 2020. Otherwise, the Courtroom Deputy may not be able to respond and provide separate dial-in instructions.

4. **Recording Prohibited; Official Record.**   No person may record or capture images during the Hearing from any location by any means.   The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the Hearing.

Dated: September 11, 2020                                      By the Court,


_____
Melvin S. Hoffman
U.S. Bankruptcy Judge