United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

# CERTIFICATE OF NOTICE

District/off: 0101-4    User: telam    Page 1 of 2    Date Rcvd: Sep 11, 2020
                 Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Sep 12 2020 01:34:52     Richard King,
        Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                                                                 TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:
        Andrew G. Lizotte    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
       bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957
       cc@ecf.pacerpro.com
        Charles R. Bennett, Jr.    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
       bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com
        Elton   Watkins, III    on behalf of Defendant Milagros  Adames watkinslaw@comcast.net
        Elton   Watkins, III    on behalf of Defendant Ricardo  Fabin watkinslaw@comcast.net
        Evans J. Carter    on behalf of Defendant Bilkish  Sunesara ejcatty1@verizon.net
        Gary W. Cruickshank    on behalf of Defendant Jose Miguel  Filho gwc@cruickshank-law.com,
       cruickshankgr87938@notify.bestcase.com
        Hilary   Schultz    on behalf of Defendant Bruno  Graziani hschultz@engelschultz.com
        Ilyas J. Rona    on behalf of Defendant Frantz  Balan ijr@mrdklaw.com,   gnc@mrdklaw.com,
       kae@mrdklaw.com
        Ilyas J. Rona    on behalf of Defendant Julio  Silva ijr@mrdklaw.com,   gnc@mrdklaw.com,
       kae@mrdklaw.com
        James P. Ehrhard    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
       cote@ehrhardlaw.com
        Jordan L. Shapiro    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
        Jordan L. Shapiro    on behalf of Intervenor-Defendant Rahima  Boughalem JSLAWMA@aol.com
        Maksim   Nemtsev    on behalf of Defendant Daniil  Shoyfer menemtsev@gmail.com
        Matthew   Shayefar    on behalf of Defendant   Timex Research Consulting Inc.
       matt@bostonlawgroup.com
        Matthew   Shayefar    on behalf of Defendant   New Generation Med Supply Inc.
       matt@bostonlawgroup.com
        Michael K. O'Neil    on behalf of Plaintiff Stephen B. Darr mko@rathlaw.com,   fam@rathlaw.com
        Michael M. McArdle    on behalf of Defendant Ruddy  Abreau mike@mcardlelaw.com,
       morgan@mcardlelaw.com
        Michael M. McArdle    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
       morgan@mcardlelaw.com
        Valentin D. Gurvits    on behalf of Defendant   New Generation Med Supply Inc.
       vgurvits@bostonlawgroup.com
        Valentin D. Gurvits    on behalf of Defendant   Timex Research Consulting Inc.
       vgurvits@bostonlawgroup.com
        Wendy M. Mead    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Lan Lan  Ji wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Hugo  Alvarado wendymeadpc@verizon.net

```
District/off: 0101-4            User: telam                 Page 2 of 2              Date Rcvd: Sep 11, 2020
                                Form ID: pdf012             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Wendy M. Mead    on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Roberto   Nunez wendymeadpc@verizon.net
        Wendy M. Mead    on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net

                                                                                                                                                                                                                                   TOTAL: 28

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re:<br><br>TELEXFREE, LLC, et al.<br><br>      Reorganized Debtors | ) ) ) ) ) ) ) ) | Chapter 11<br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>Substantively Consolidated |
| STEPHEN B. DARR<br><br>      Plaintiff<br><br>v.<br><br>BENJAMIN ARGUETA et al.<br><br>      Defendants | ) ) ) ) ) ) ) ) ) ) ) ) | Adversary Proceeding<br>No. 16-04006-MSH |
| STEPHEN B. DARR<br><br>      Plaintiff<br><br>v.<br><br>PAOLA ZOLLO ALECCI et al.<br><br>      Defendants | ) ) ) ) ) ) ) ) ) ) ) ) | Adversary Proceeding<br>No. 16-04007-MSH |

**ORDER SCHEDULING CASE MANAGEMENT VIDEO CONFERENCE**

**RE: Joint Status Report Regarding Experts**

**I.**  **GENERAL PROVISIONS**

1. **Case Management Conference.**  A case management conference shall be held by video on **September 24, 2020, at 10:00 AM** (the "Hearing").

2. **Hearing by Video.**  As a result of the dangers presented by the COVID-19 pandemic, compelling circumstances exist that constitute good cause to require that all aspects of the Hearing, including, if applicable, the presentation of evidence, proceed by video

1

transmission rather than in person.  *See* Fed. R. Civ. P. 43(a); Fed. R. Bankr. P. 9017.  The Court finds that the procedures adopted herein will provide adequate and "appropriate safeguards," *see* Fed. R. Civ. P. 43(a), and ensure due process of law.

3. **The Video Platform.**   The Hearing shall take place remotely using Zoomgov.com videoconference technology ("Zoom").  Zoom is available without charge.  All parties who will participate in the Hearing must undertake appropriate setup and testing of Zoom.  Instructions for use of Zoom (the "Participant Guide for Video Hearings") and links to its tutorials can be found on the Court's website at http://www.mab.uscourts.gov/pdfdocuments/mab_participant_video_guide.pdf.

II. **INFORMATION REGARDING HEARING PARTICIPANTS**

1. **Limit on Participation by Video.**  Parties and counsel are encouraged to limit video participation to those who are necessary for the conduct of the Hearing.  If the number of individuals wishing to participate in the Hearing, in the Court's view, exceeds the number which would permit the efficient, stable, and reliable transmission of the Hearing by video, the Court may require that certain individuals participate in the Hearing only by telephone.  The Court will provide to each individual participating by telephone separate dial-in instructions, which may be used with any telephone equipment.  See Part III.3. below for information on General Public Access.

2. **Notice of Participation.**  Counsel and pro se parties (collectively "Participants") who will be actively participating in the Hearing **shall notify Courtroom Deputy Regina Brooks, at Regina_Brooks@mab.uscourts.gov, no later than 4:00 PM on September 17, 2020**.  The notification shall include the name and email address of each of the Participants as well as their respective roles in the Hearing.  The notification must include the telephone number at which the Participants may be reached during the Hearing and what type of device they will be using.  Prior to the Hearing, the Courtroom Deputy will send an email to each Participant providing the information to appear at the Hearing.  Those who receive the Hearing login information from the Court may not forward or otherwise share that invitation with any other persons except that counsel may share the login information with their client and members of their firm and staff as necessary.

III. **ADDITIONAL PROVISIONS**

1. **Courtroom Formalities.**  Although it will be conducted by video, the Hearing constitutes a court proceeding and all formalities of a court proceeding must be observed in all respects, including proper decorum and attire.  Unless otherwise ordered by the Court, the Participants must keep their video on at all times during the Hearing.

2. **Recesses.**   Upon request and in the Court's discretion, the Court may recess the Hearing.  A recess may be held privately in a Zoom breakout room or by telephone or other means.  The Participants will be responsible for coordinating any telephonic communications between themselves and their parties and witnesses.

3. **General Public Access.**  The Hearing is open to the public.  The public is invited to listen to the Hearing by telephone.  Any person wishing to listen to the Hearing by telephone must email Courtroom Deputy Regina Brooks, at Regina_Brooks@mab.uscourts.gov, no later than 9:00 AM on September 23, 2020.  Otherwise, the Courtroom Deputy may not be able to respond and provide separate dial-in instructions.

4. **Recording Prohibited; Official Record.**  No person may record or capture images during the Hearing from any location by any means.  The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the Hearing.

Dated: September 11, 2020

By the Court,

_____
Melvin S. Hoffman
U.S. Bankruptcy Judge