

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> TELEXFREE, LLC, *et al.,* <br>    Debtors <br><br> --- <br><br> STEPHEN B. DARR, <br>    Plaintiff, <br><br> *v.* <br><br> BENJAMIN ARGUETA, et al., <br>    Defendants | Ch. 11 <br> 14-40987-MSH <br><br> Jointly Administered <br><br><br> Adversary Proceeding <br> 16-04006-MSH |

### Proceeding Memorandum and Order

**MATTER:**

#1; Adversary case 16-04006.  Complaint by Stephen B. Darr against Benjamin Argueta, Alexandro Rocha, Jose Neto, Julio C. Paz, Euzebio Sudre Neto, Hugo Alvarado, Ana R. Ramos, Linda Suzanne Hackett, Ruddy Abreau, Marco Almeida, Rodrigo Montemor, Laureano Arellano, Aaron Ataide, Rosane Cruz, Omar Quinonez, Carlos C. DeJesus, Bilkish Sunesara, Andres Bolivar Estevez, Jose Lopez, Ana Rosa Lopez, Frantz Balan, Marcelo DaSilva, Gladys Alvarado, And a Defendant Class of Net Winners. Fee Amount $350. (Attachments: # 1 Adversary Proceeding Cover Sheet) Nature of Suit(12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)),(91 (Declaratory judgment))(Bennett, Charles)

### Decision set forth more fully as follows:

Video status conference held. A two day evidentiary hearing will be held on November 23, 2020, at 10:00 AM and November 24, 2020, at 10:00 AM.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 9/24/2020