United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Adv. Proc. No. 16-04006-msh

Argueta,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-4　　　　User: telam　　　　Page 1 of 2　　　　Date Rcvd: Sep 24, 2020
　　　　　　　　　　　　　　Form ID: pdf012　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust　　　　　　+E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Sep 25 2020 01:35:06　　Richard King,
　　　　　Office of US. Trustee,　446 Main Street,　14th Floor,　Worcester, MA 01608-2361
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2020 at the address(es) listed below:

    Andrew G. Lizotte　　on behalf of Plaintiff Stephen B. Darr agl@murphyking.com,
     bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com
    Charles R. Bennett, Jr.　on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com,
     bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com
    Elton Watkins, III　on behalf of Defendant Milagros Adames watkinslaw@comcast.net
    Elton Watkins, III　on behalf of Defendant Ricardo Fabin watkinslaw@comcast.net
    Evans J. Carter　on behalf of Defendant Bilkish Sunesara ejcatty1@verizon.net
    Gary W. Cruickshank　on behalf of Defendant Jose Miguel Filho gwc@cruickshank-law.com,
     cruickshankgr87938@notify.bestcase.com
    Hilary Schultz　on behalf of Defendant Bruno Graziani hschultz@engelschultz.com
    Ilyas J. Rona　on behalf of Defendant Frantz Balan ijr@mrdklaw.com, gnc@mrdklaw.com,
     kae@mrdklaw.com
    Ilyas J. Rona　on behalf of Defendant Julio Silva ijr@mrdklaw.com, gnc@mrdklaw.com,
     kae@mrdklaw.com
    James P. Ehrhard　on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com,
     cote@ehrhardlaw.com
    Jordan L. Shapiro　on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com
    Jordan L. Shapiro　on behalf of Intervenor-Defendant Rahima Boughalem JSLAWMA@aol.com
    Maksim Nemtsev　on behalf of Defendant Daniil Shoyfer menemtsev@gmail.com
    Matthew Shayefar　on behalf of Defendant Timex Research Consulting Inc.
     matt@bostonlawgroup.com
    Matthew Shayefar　on behalf of Defendant New Generation Med Supply Inc.
     matt@bostonlawgroup.com
    Michael K. O'Neil　on behalf of Plaintiff Stephen B. Darr mko@rathlaw.com, fam@rathlaw.com
    Michael M. McArdle　on behalf of Defendant Ruddy Abreau mike@mcardlelaw.com,
     morgan@mcardlelaw.com
    Michael M. McArdle　on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com,
     morgan@mcardlelaw.com
    Valentin D. Gurvits　on behalf of Defendant New Generation Med Supply Inc.
     vgurvits@bostonlawgroup.com
    Valentin D. Gurvits　on behalf of Defendant Timex Research Consulting Inc.
     vgurvits@bostonlawgroup.com
    Wendy M. Mead　on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net
    Wendy M. Mead　on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net
    Wendy M. Mead　on behalf of Defendant Lan Lan Ji wendymeadpc@verizon.net
    Wendy M. Mead　on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net
    Wendy M. Mead　on behalf of Defendant Hugo Alvarado wendymeadpc@verizon.net

```
District/off: 0101-4            User: telam              Page 2 of 2              Date Rcvd: Sep 24, 2020
                                Form ID: pdf012          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Wendy M. Mead   on behalf of Defendant Benjamin  Argueta wendymeadpc@verizon.net
         Wendy M. Mead   on behalf of Defendant Roberto  Nunez wendymeadpc@verizon.net
         Wendy M. Mead   on behalf of Defendant Gladys  Alvarado wendymeadpc@verizon.net
                                                                                                                                                       TOTAL: 28

Case 16-04006    Doc 359    Filed 09/26/20    Entered 09/27/20 00:31:50    Desc Imaged
Certificate of Notice    Page 2 of 4



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> **TELEXFREE, LLC,** *et al.,* <br>    Debtors <br><br> **STEPHEN B. DARR,** <br>    Plaintiff, <br><br> *v.* <br><br> **BENJAMIN ARGUETA,** et al., <br>    Defendants | Ch. 11 <br> 14-40987-MSH <br><br> Jointly Administered <br><br> Adversary Proceeding <br> 16-04006-MSH |

**Proceeding Memorandum and Order**

**MATTER:**
#1; Adversary case 16-04006. Complaint by Stephen B. Darr against Benjamin Argueta, Alexandro Rocha, Jose Neto, Julio C. Paz, Euzebio Sudre Neto, Hugo Alvarado, Ana R. Ramos, Linda Suzanne Hackett, Ruddy Abreau, Marco Almeida, Rodrigo Montemor, Laureano Arellano, Aaron Ataide, Rosane Cruz, Omar Quinonez, Carlos C. DeJesus, Bilkish Sunesara, Andres Bolivar Estevez, Jose Lopez, Ana Rosa Lopez, Frantz Balan, Marcelo DaSilva, Gladys Alvarado, And a Defendant Class of Net Winners. Fee Amount $350. (Attachments: # 1 Adversary Proceeding Cover Sheet) Nature of Suit(12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)),(91 (Declaratory judgment))(Bennett, Charles)

**Decision set forth more fully as follows:**
Video status conference held. A two day evidentiary hearing will be held on November 23, 2020, at 10:00 AM and November 24, 2020, at 10:00 AM.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 9/24/2020