# Aggregation Methodology – Illustrative Example

| User Account | Name | Log-In | Street Address | Cell Phone | Home Phone | Email Address | Password (Hash) |
|---|---|---|---|---|---|---|---|
| 1 | James Sample | jsample1 | 100 Main St. | 1617551212 | 1212555777 | jsample@gmail.com | 5f4dcc3b5aa765d61d8327deb882cf99 |
| 2 | James Sample | jsample2 | 100 Main Street | 1-617-555-1212 | 212-555-777 | jsample@gmail.com | 5f4dcc3b5aa765d61d8327deb882cf99 |
| 3 | Jim Sample | jsample3 | 100 Main St. | 6175551212 | 1212555777 | jsample@yahoo.com | 5f4dcc3b5aa765d61d8327deb882cf99 |
| 4 | James J. Sample | sample1 | 100 Main Street #10 | 16175551212 | 1212555777 | jsample@gmail.com | 6cb75f652a9b52798eb6cf2201057c73 |
| 5 | JamesSample | sample2 | 10 Main St. | 5551212 | 1212555777 | jsample@gmail | 6cb75f652a9b52798eb6cf2201057c73 |
| 6 | James  Sample | sample3 | 100 Main St. | 16175551212 | 1212555777 | jsample@yahoo.com | 6cb75f652a9b52798eb6cf2201057c73 |
| 7 | James Sample | jsample4 | 100 Main St. | 1617551212 | 1212555777 | jsample@gmail.com | 5f4dcc3b5aa765d61d8327deb882cf99 |
| 8 | James Sample | jsample5 | 100 Main Street | 1-617-555-1212 | 212-555-777 | jsample@gmail.com | 5f4dcc3b5aa765d61d8327deb882cf99 |
| 9 | Jim Sample | jsample6 | 100 Main St. | 6175551212 | 1212555777 | jsample@yahoo.com | 5f4dcc3b5aa765d61d8327deb882cf99 |
| 10 | James J. Sample | redsox11 | 100 Main Street #10 | 16175551212 | 1212555777 | jsample@gmail.com | 6cb75f652a9b52798eb6cf2201057c73 |
| 11 | JamesSample | sample5 | 10 Main St. | 5551212 | 1212555777 | jsample@gmail | 6cb75f652a9b52798eb6cf2201057c73 |
| 12 | James  Sample | sample6 | 100 Main St. | 16175551212 | 1212555777 | jsample@yahoo.com | 6cb75f652a9b52798eb6cf2201057c73 |
| 13 | James J. Sample | redsox15 | 100 Main Street #10 | 16175551212 | 1212555777 | jsample@hotmail.com | 819b0643d6b89dc9b579fdfc9094f28e |
| 14 | JamesSample | sample5 | 10 Main St. | 5551212 | 1212555777 | jsample@hotmail.com | 819b0643d6b89dc9b579fdfc9094f28e |
| 15 | James  Sample | sample6 | 100 Main St. | 16175551212 | 1212555777 | jsample@hotmail.com | 819b0643d6b89dc9b579fdfc9094f28e |

- **For illustration purposes, the above chart above represents 15 User Accounts which would be aggregated together using the Aggregation Methodology.  The following slides demonstrate how the Aggregation Methodology associates each User Account together.**

- **The data includes name variations, multiple email addresses and formatting differences**

© 2020 Huron Consulting Group Inc. and affiliates.

# Aggregation Methodology – Illustrative Example

| User Account | Name | Log-In | Street Address | Cell Phone | Home Phone | Email Address | Password (Hash) |
|---|---|---|---|---|---|---|---|
| 1 | JamesSample | jsample1 | 100MainSt | 1617551212 | 1212555777 | jsample@gmail.com | 5f4dcc3b5aa765d61d8327deb882cf99 |
| 2 | JamesSample | jsample2 | 100MainStreet | 16175551212 | 212555777 | jsample@gmail.com | 5f4dcc3b5aa765d61d8327deb882cf99 |
| 3 | JimSample | jsample3 | 100MainSt | 6175551212 | 1212555777 | jsample@yahoo.com | 5f4dcc3b5aa765d61d8327deb882cf99 |
| 4 | JamesJSample | sample1 | 100MainStreet | 16175551212 | 1212555777 | jsample@gmail.com | 6cb75f652a9b52798eb6cf2201057c73 |
| 5 | JamesSample | sample2 | 10MainSt | 5551212 | 1212555777 | [NO KEY b/c of Bad eMail] | 6cb75f652a9b52798eb6cf2201057c73 |
| 6 | JamesSample | sample3 | 100MainSt | 16175551212 | 1212555777 | jsample@yahoo.com | 6cb75f652a9b52798eb6cf2201057c73 |
| 7 | JamesSample | jsample4 | 100MainSt | 1617551212 | 1212555777 | jsample@gmail.com | 5f4dcc3b5aa765d61d8327deb882cf99 |
| 8 | JamesSample | jsample5 | 100MainStreet | 16175551212 | 212555777 | jsample@gmail.com | 5f4dcc3b5aa765d61d8327deb882cf99 |
| 9 | JimSample | jsample6 | 100MainSt | 6175551212 | 1212555777 | jsample@yahoo.com | 5f4dcc3b5aa765d61d8327deb882cf99 |
| 10 | JamesJSample | redsox11 | 100MainStreet | 16175551212 | 1212555777 | jsample@gmail.com | 6cb75f652a9b52798eb6cf2201057c73 |
| 11 | JamesSample | sample5 | 10MainSt | 5551212 | 1212555777 | [NO KEY b/c of Bad eMail] | 6cb75f652a9b52798eb6cf2201057c73 |
| 12 | JamesSample | sample6 | 100MainSt | 16175551212 | 1212555777 | jsample@yahoo.com | 6cb75f652a9b52798eb6cf2201057c73 |
| 13 | JamesJSample | redsox15 | 100MainStreet | 16175551212 | 1212555777 | jsample@hotmail.com | 819b0643d6b89dc9b579fdfc9094f28e |
| 14 | JamesSample | sample5 | 10MainSt | 5551212 | 1212555777 | jsample@hotmail.com | 819b0643d6b89dc9b579fdfc9094f28e |
| 15 | JamesSample | sample6 | 100MainSt | 16175551212 | 1212555777 | jsample@hotmail.com | 819b0643d6b89dc9b579fdfc9094f28e |

- **Data normalization was performed to compare the accounts**
- **Spaces, punctuation and other extraneous characters were removed**
- **Data that could not be relied upon for aggregation was excluded**
  - Improperly formatted email addresses in records 5 and 11 were excluded.
  - Data that did not meet minimum character length requirements were also excluded (not shown).

© 2020 Huron Consulting Group Inc. and affiliates.

# Aggregation Steps

| Aggregation Procedure | Linking Keys Used |
|---|---|
| 1 | Name Key, Email Key |
| 2 | Name Key, Cel Key |
| 3 | Name Key, Fone Key |
| 4 | Name Key, Part Phone Key |
| 5 | Name Key, Login Key, End Key |
| 6 | Part Name Key, Email Key, Part Phone Key |
| 7 | Part Name Key, Part Phone Key, Login Key, End Key |
| 8 | Part Name Key, Email Key, Login Key, End Key |
| 9 | Part Name Key, Login Key, Hash Key |
| 10 | Part Name Key2, Email Key, Part Phone Key |
| 11 | Part Name Key2, Part Phone Key, Login Key, End Key |
| 12 | Part Name Key2, Email Key, Login Key, End Key |
| 13 | Part Name Key2, Login Key, Hash Key |

© 2020 Huron Consulting Group Inc. and affiliates.

# Step 1: Name Key, Email Key

| User Account | Step 1 name_key, email_key |
|---|---|
| 1 | JamesSamplejsample@gmail.co ✓ |
| 2 | JamesSamplejsample@gmail.co ✓ |
| 3 | JimSamplejsample@yahoo.com |
| 4 | JamesJSamplejsample@gmail.com |
| 5 | **Excluded** |
| 6 | JamesSamplejsample@yahoo.com |
| 7 | JamesSamplejsample@gmail.co ✓ |
| 8 | JamesSamplejsample@gmail.co ✓ |
| 9 | JimSamplejsample@yahoo.com |
| 10 | JamesJSamplejsample@gmail.com |
| 11 | **Excluded** |
| 12 | JamesSamplejsample@yahoo.com |
| 13 | JamesJSamplejsample@hotmail.com |
| 14 | JamesSamplejsample@hotmail.com |
| 15 | JamesSamplejsample@hotmail.com |

- **The User Accounts were first grouped by a combination of the name key and email key associated with the User Accounts.**

  - User Accounts 1,2,7 and 8 aggregated in Step 1 represented by the red checkmark.

  - For the purpose of this presentation:

    o Green highlights indicate User Accounts which match at a particular Step and will be part of the example aggregation.

      ▪ Please note that additional User Accounts may also aggregate with each other in each step but are not highlighted for the purpose of this example.

    o Red checkmarks also indicate the step at which a User Account was aggregated with other User Accounts.

© 2020 Huron Consulting Group Inc. and affiliates.

# Step 2: Name Key, Cel Key

| User Account | Step 1 name_key, email_key | Step 2 name_key, cel_key |
|---|---|---|
| 1 | JamesSamplejsample@gmail.com ✓ | JamesSample16175512 12 |
| 2 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551 212 |
| 3 | JimSamplejsample@yahoo.com | JimSample6175551212 |
| 4 | JamesJSamplejsample@gmail.com | JamesJSample16175551 212 |
| 5 | **Excluded** | JamesSample5551212 |
| 6 | JamesSamplejsample@yahoo.com | JamesSample16175 212 ✓ |
| 7 | JamesSamplejsample@gmail.com ✓ | JamesSample16175512 12 |
| 8 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551 212 |
| 9 | JimSamplejsample@yahoo.com | JimSample6175551212 |
| 10 | JamesJSamplejsample@gmail.com | JamesJSample16175551 212 |
| 11 | **Excluded** | JamesSample5551212 |
| 12 | JamesSamplejsample@yahoo.com | JamesSample16175 212 ✓ |
| 13 | JamesJSamplejsample@hotmail.com | JamesJSample16175551 212 |
| 14 | JamesSamplejsample@hotmail.com | JamesSample5551212 |
| 15 | JamesSamplejsample@hotmail.com | JamesSample16175 212 ✓ |

- **The User Accounts were then independently grouped by the combined name key and cel key**

  - In Step 2, User Accounts 2,6,8,12 and 15 have the same combination of name key and cel key.

  - For a new User Account to join the aggregation, the User Account group identified above must overlap with two or more previously aggregated User Accounts.

  - Because three previously unaggregated User Accounts (6,12&15) overlap with two previously aggregated User Accounts (2&8), 6,12&15 join the aggregation (indicated by the red checkmarks).

  - All User Accounts highlighted in green are now part of the aggregation.

© 2020 Huron Consulting Group Inc. and affiliates.

# Step 3: Name Key, Fone Key

| User Account | Step 1 name_key, email_key | Step 2 name_key, cel_key | Step 3 name_key, fone_key |
|---|---|---|---|
| 1 | JamesSamplejsample@mail.com ✓ | JamesSample1617551212 | JamesSample1212555777 |
| 2 | JamesSamplejsample@mail.com ✓ | JamesSample16175551212 | JamesSample2125 55777 |
| 3 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 |
| 4 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample121255 5777 |
| 5 | **Excluded** | JamesSample5551212 | JamesSample1212 5777 ✓ |
| 6 | JamesSamplejsample@yahoo.com | JamesSample16175 1212 ✓ | JamesSample1212555777 |
| 7 | JamesSamplejsample@mail.com ✓ | JamesSample1617551212 | JamesSample1212555777 |
| 8 | JamesSamplejsample@mail.com ✓ | JamesSample16175551212 | JamesSample2125 55777 |
| 9 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 |
| 10 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample121255 5777 |
| 11 | **Excluded** | JamesSample5551212 | JamesSample1212 5777 ✓ |
| 12 | JamesSamplejsample@yahoo.com | JamesSample16175 1212 ✓ | JamesSample1212555777 |
| 13 | JamesJSamplejsample@hotmail.com | JamesJSample16175551212 | JamesJSample121255 5777 |
| 14 | JamesSamplejsample@hotmail.com | JamesSample5551212 | JamesSample1212 5777 ✓ |
| 15 | JamesSamplejsample@hotmail.com | JamesSample16175 1212 ✓ | JamesSample1212555777 |

- **The User Accounts were then independently grouped by the combined name key and fone key**
  - As the process continues through Step 3, User Accounts 5, 11 and 14 join the aggregation as represented by the red checkmarks.

© 2020 Huron Consulting Group Inc. and affiliates.

# Steps 4 and 5:

| User Account | Step 1<br>name_key,<br>email_key | Step 2<br>name_key,<br>cel_key | Step 3<br>name_key,<br>fone_key | Step 4<br>name_key,<br>part_phone_key | Step 5<br>name_key,<br>login_key,<br>end_key, |
|---|---|---|---|---|---|
| 1 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551212 | JamesSample12125555777 ✓ | JamesSample5121255777 | JamesSamplejsa100Ma |
| 2 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551212 | JamesSample2125555777 | JamesSample5121255777 | JamesSamplejsa100Ma |
| 3 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample512155777 | JimSamplejsa100Ma |
| 4 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma |
| 5 | Excluded | JamesSample5551212 | JamesSample12125555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai |
| 6 | JamesSamplejsample@yahoo.com | JamesSample15551212 ✓ | JamesSample12125555777 | JamesSample5121255777 | JamesSamplesam100Ma |
| 7 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551212 | JamesSample12125555777 | JamesSample5121255777 | JamesSamplejsa100Ma |
| 8 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551212 | JamesSample2125555777 | JamesSample5121255777 | JamesSamplejsa100Ma |
| 9 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample512155777 | JimSamplejsa100Ma |
| 10 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma |
| 11 | Excluded | JamesSample5551212 | JamesSample12125555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai |
| 12 | JamesSamplejsample@yahoo.com | JamesSample15551212 ✓ | JamesSample12125555777 | JamesSample5121255777 | JamesSamplesam100Ma |
| 13 | JamesJSamplejsample@hotmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma |
| 14 | JamesSamplejsample@hotmail.com | JamesSample5551212 | JamesSample12125555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai |
| 15 | JamesSamplejsample@hotmail.com | JamesSample15551212 ✓ | JamesSample12125555777 | JamesSample5121255777 | JamesSamplesam100Ma |

- **No User Accounts were added to the aggregation in Step 4 or Step 5.**
- Because neither step resulted in groupings which overlapped with two previously aggregated User Accounts, no additional User Accounts joined the aggregation.

© 2020 Huron Consulting Group Inc. and affiliates.

# Step 6: Part Name Key, Email Key, Part Phone Key

| User Account | Step 1<br>name_key,<br>email_key | Step 2<br>name_key,<br>cel_key | Step 3<br>name_key,<br>fone_key | Step 4<br>name_key,<br>part_phone_key | Step 5<br>name_key,<br>login_key,<br>end_key, | Step 6<br>part_name_key,<br>email_key,<br>part_phone_key |
|---|---|---|---|---|---|---|
| 1 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551212 | JamesSample1212555777 | JamesSample51212555777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 |
| 2 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551212 ✓ | JamesSample212555777 | JamesSample51212555777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 |
| 3 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample5121255777 | JimSamplejsa100Ma | JimSjsample@yahoo.com5121255777 |
| 4 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample51212555777 | JamesJSamplesam100Ma | Jamejsample@g.com5121255777 ✓ |
| 5 | **Excluded** | JamesSample5551212 | JamesSamp12555777 ✓ | JamesSample51212555777 | JamesSamplesam10Mai | **Excluded** |
| 6 | JamesSamplejsample@yahoo.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample51212555777 | JamesSamplesam100Ma | Jamejsample@yahoo.com5121255777 |
| 7 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551212 | JamesSample1212555777 | JamesSample51212555777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 |
| 8 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551212 | JamesSample212555777 | JamesSample51212555777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 |
| 9 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample5121255777 | JimSamplejsa100Ma | JimSjsample@yahoo.com5121255777 |
| 10 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample51212555777 | JamesJSamplesam100Ma | Jamejsample@g.com5121255777 ✓ |
| 11 | **Excluded** | JamesSample5551212 | JamesSamp12555777 ✓ | JamesSample51212555777 | JamesSamplesam10Mai | **Excluded** |
| 12 | JamesSamplejsample@yahoo.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample51212555777 | JamesSamplesam100Ma | Jamejsample@yahoo.com5121255777 |
| 13 | JamesJSamplejsample@hotmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample51212555777 | JamesJSamplesam100Ma | Jamejsample@hail.com5121255777 ✓ |
| 14 | JamesSamplejsample@hotmail.com | JamesSample5551212 | JamesSamp12555777 ✓ | JamesSample51212555777 | JamesSamplesam10Mai | Jamejsample@hotmail.com5121255777 |
| 15 | JamesSamplejsample@hotmail.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample51212555777 | JamesSamplesam100Ma | Jamejsample@hotmail.com5121255777 |

- **Three User Accounts were added to the aggregation in Step 6**
- User Accounts 4, 10 and 13 were added to the aggregation in Step 6 as represented by the red checkmarks.
  - User Accounts 4 and 10 joined the aggregation because they grouped with User Accounts 1, 2, 7 and 8 which were part of a prior aggregation.
  - User Account 13 joined the aggregation because it grouped with User Accounts 14 and 15, which were also part of a prior step aggregation.

© 2020 Huron Consulting Group Inc. and affiliates.

# Steps 7, 8 and 9:

| User Account | Step 1 name_key, email_key | Step 2 name_key, cel_key | Step 3 name_key, fone_key | Step 4 name_key, part_phone_key | Step 5 name_key, login_key, end_key, | Step 6 part_name_key, email_key, part_phone_key | Step 7 part_name_key, part_phone_key, login_key, end_key | Step 8 part_name_key, email_key, login_key, end_key | Step 9 part_name_key, login_key, hash_key |
|---|---|---|---|---|---|---|---|---|---|
| 1 | JamesSam jsample@gmail.com ✓ | JamesSample1 617551212 | JamesSample1212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 2 | JamesSam jsample@gmail.com ✓ | JamesSample16175551212 | JamesSample212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 3 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample512125 5777 | JimSamplejsa100Ma | JimSjsample@yahoo.com512125 5777 | JimS5121255777jsa100Ma | JimSjsample@yahoo.comjsa100Ma | JimSjsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 4 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsample@gmail.com5121255777 ✓ | Jame5121255777sam100Ma | Jamejsample@gmail.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 |
| 5 | Excluded | JamesSample5551212 | JamesSae1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | Excluded | Jame5121255777sam10Mai | Excluded | Jamesam6cb75f652a9b52798eb6cf2201057c73 |
| 6 | JamesSamplejsample@yahoo.com | JamesSam 6175551212 ✓ | JamesSample1212555777 | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@yahoo.com5121255777 | Jame5121255777sam100Ma | Jamejsample@yahoo.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 |
| 7 | JamesSam jsample@gmail.com ✓ | JamesSample1617551212 | JamesSample1212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 8 | JamesSam jsample@gmail.com ✓ | JamesSample16175551212 | JamesSample212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 9 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample512125 5777 | JimSamplejsa100Ma | JimSjsample@yahoo.com512125 5777 | JimS5121255777jsa100Ma | JimSjsample@yahoo.comjsa100Ma | JimSjsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 10 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsample@gmail.com5121255777 ✓ | Jame5121255777red100Ma | Jamejsample@gmail.comred100Ma | Jamered6cb75f652a9b52798eb6cf2201057c73 |
| 11 | Excluded | JamesSample5551212 | JamesSae1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | Excluded | Jame5121255777sam10Mai | Excluded | Jamesam6cb75f652a9b52798eb6cf2201057c73 |
| 12 | JamesSamplejsample@yahoo.com | JamesSam 6175551212 ✓ | JamesSample1212555777 | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@yahoo.com5121255777 | Jame5121255777sam100Ma | Jamejsample@yahoo.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 |
| 13 | JamesJSamplejsample@hotmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsample@hotmail.com5121255777 ✓ | Jame5121255777red100Ma | Jamejsample@hotmail.comred100Ma | Jamered819b0643d6b89dc9b579fdfc9094f28e |
| 14 | JamesSamplejsample@hotmail.com | JamesSample5551212 | JamesSae1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | Jamejsample@hotmail.com5121255777 | Jame5121255777sam10Mai | Jamejsample@hotmail.comsam10Mai | Jamesam819b0643d6b89dc9b579fdfc9094f28e |
| 15 | JamesSamplejsample@hotmail.com | JamesSam 6175551212 ✓ | JamesSample1212555777 | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@hotmail.com5121255777 | Jame5121255777sam100Ma | Jamejsample@hotmail.comsam100Ma | Jamesam819b0643d6b89dc9b579fdfc9094f28e |

- **No User Accounts were added to the aggregation in Steps 7, 8 or 9.**

- Because no step resulted in groupings which overlapped with two previously aggregated User Accounts, no additional User Accounts joined the aggregation.

© 2020 Huron Consulting Group Inc. and affiliates.

# Step 10: Part Name Key2, Email Key, Part Phone Key

| User Account | Step 1 name_key, email_key | Step 2 name_key, cel_key | Step 3 name_key, fone_key | Step 4 name_key, part_phone_key | Step 5 name_key, login_key, end_key | Step 6 part_name_key, email_key, part_phone_key | Step 7 part_name_key, part_phone_key, login_key, end_key | Step 8 part_name_key, email_key, login_key, end_key | Step 9 part_name_key, login_key, hash_key | Step 10 part_name_key2, email_key, part_phone_key |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | JamesSamjsample@gmail.com ✓ | JamesSample16175551212 | JamesSample1212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@gmail.com5121255777 |
| 2 | JamesSamjsample@gmail.com ✓ | JamesSample16175551212 | JamesSample212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@gmail.com5121255777 |
| 3 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample5121255777 | JimSamplejsa100Ma | JimSjsample@yahoo.com5121255777 | JimS5121255777jsa100Ma | JimSjsample@yahoo.comjsa100Ma | JimSjsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@yahoo.com5121255777 ✓ |
| 4 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsample@gmail.com5121255777 ✓ | Jame5121255777sam100Ma | Jamejsample@gmail.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 | Jamplejsample@gmail.com5121255777 |
| 5 | **Excluded** | JamesSample5551212 | JamesSae1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | **Excluded** | Jame5121255777sam10Mai | **Excluded** | Jamesam6cb75f652a9b52798eb6cf2201057c73 | **Excluded** |
| 6 | JamesSamplejsample@yahoo.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@yahoo.com5121255777 | Jame5121255777sam100Ma | Jamejsample@yahoo.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 | Jamplejsample@yahoo.com5121255777 |
| 7 | JamesSamjsample@gmail.com ✓ | JamesSample16175551212 | JamesSample1212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@gmail.com5121255777 |
| 8 | JamesSamjsample@gmail.com ✓ | JamesSample16175551212 | JamesSample212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@gmail.com5121255777 |
| 9 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample5121255777 | JimSamplejsa100Ma | JimSjsample@yahoo.com5121255777 | JimS5121255777jsa100Ma | JimSjsample@yahoo.comjsa100Ma | JimSjsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@yahoo.com5121255777 ✓ |
| 10 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsample@gmail.com5121255777 ✓ | Jame5121255777red100Ma | Jamejsample@gmail.comred100Ma | Jamered6cb75f652a9b52798eb6cf2201057c73 | Jamplejsample@gmail.com5121255777 |
| 11 | **Excluded** | JamesSample5551212 | JamesSae1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | **Excluded** | Jame5121255777sam10Mai | **Excluded** | Jamesam6cb75f652a9b52798eb6cf2201057c73 | **Excluded** |
| 12 | JamesSamplejsample@yahoo.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@yahoo.com5121255777 | Jame5121255777sam100Ma | Jamejsample@yahoo.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 | Jamplejsample@yahoo.com5121255777 |
| 13 | JamesJSamplejsample@hotmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsample@hotmail.com5121255777 ✓ | Jame5121255777red100Ma | Jamejsample@hotmail.comred100Ma | Jamered819b0643d6b89dc9b579fdfc9094f28e | Jamplejsample@hotmail.com5121255777 |
| 14 | JamesSamplejsample@hotmail.com | JamesSample5551212 | JamesSae1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | Jamejsample@hotmail.com5121255777 | Jame5121255777sam10Mai | Jamejsample@hotmail.comsam10Mai | Jamesam819b0643d6b89dc9b579fdfc9094f28e | Jamplejsample@hotmail.com5121255777 |
| 15 | JamesSamplejsample@hotmail.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@hotmail.com5121255777 | Jame5121255777sam100Ma | Jamejsample@hotmail.comsam100Ma | Jamesam819b0643d6b89dc9b579fdfc9094f28e | Jamplejsample@hotmail.com5121255777 |

- **Two User Accounts were added to the aggregation in Step 10.**
  - User Accounts 3 and 9 join the aggregation

- **Steps 11 through 13 are similar to Steps 7 through 9, except that they use Part Name Key 2 rather than Part Name Key in combining fields of data.**
  - No additional aggregations result from Steps 11 through 13 and the aggregation is now complete.

© 2020 Huron Consulting Group Inc. and affiliates.

# Complete Aggregation

| User Account | Step 1 name_key, email_key | Step 2 name_key, cel_key | Step 3 name_key, fone_key | Step 4 name_key, part_phone_key | Step 5 name_key, login_key, end_key | Step 6 part_name_key, email_key, part_phone_key | Step 7 part_name_key, part_phone_key, login_key, end_key | Step 8 part_name_key, email_key, login_key, end_key | Step 9 part_name_key, login_key, hash_key | Step 10 part_name_key2, email_key, part_phone_key | Step 11 part_name_key2, part_phone_key, login_key, end_key | Step 12 part_name_key2, email_key, login_key, end_key | Step 13 part_name_key2, login_key, hash_key |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | JamesSamjsample@gmail.com ✓ | JamesSample16175551212 | JamesSample1212555777 ✓ | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.com100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@gmail.com5121255777 | Jample5121255777jsa100Ma | Jamplejsample@gmail.comjsa100Ma | Jamplejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 2 | JamesSamjsample@gmail.com ✓ | JamesSample16175551212 | JamesSample212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.com100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@gmail.com5121255777 | Jample5121255777jsa100Ma | Jamplejsample@gmail.comjsa100Ma | Jamplejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 3 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample512125577 | JimSamplejsa100Ma | JimSjsample@yahoo.com512125577 | JimS5121255777jsa100Ma | JimSjsample@yahoo.com100Ma | JimSjsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@yhoo.com5121255777 ✓ | Jample5121255777jsa100Ma | Jamplejsample@yahoo.comjsa100Ma | Jamplejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 4 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsamp gmail.com5121255777 ✓ | Jame5121255777sam100Ma | Jamejsample@gmail.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 | Jamplejsample@gmail.com5121255777 | Jample5121255777sam100Ma | Jamplejsample@gmail.comsam100Ma | Jamplesam6cb75f652a9b52798eb6cf2201057c73 |
| 5 | **Excluded** | JamesSample5551212 | JamesSae1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | **Excluded** | Jame5121255777sam10Mai | **Excluded** | Jamesam6cb75f652a9b52798eb6cf2201057c73 | **Excluded** | Jample5121255777sam10Mai | **Excluded** | Jamplesam6cb75f652a9b52798eb6cf2201057c73 |
| 6 | JamesSamplejsample@yahoo.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@yahoo.com5121255777 | Jame5121255777sam100Ma | Jamejsample@yahoo.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 | Jamplejsample@yahoo.com5121255777 ✓ | Jample5121255777sam100Ma | Jamplejsample@yahoo.comsam100Ma | Jamplesam6cb75f652a9b52798eb6cf2201057c73 |
| 7 | JamesSamjsample@gmail.com ✓ | JamesSample16175551212 | JamesSample1212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.com100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@gmail.com5121255777 | Jample5121255777jsa100Ma | Jamplejsample@gmail.comjsa100Ma | Jamplejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 8 | JamesSamjsample@gmail.com ✓ | JamesSample16175551212 | JamesSample212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.com100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@gmail.com5121255777 | Jample5121255777jsa100Ma | Jamplejsample@gmail.comjsa100Ma | Jamplejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 9 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample512125577 | JimSamplejsa100Ma | JimSjsample@yahoo.com512125577 | JimS5121255777jsa100Ma | JimSjsample@yahoo.com100Ma | JimSjsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@yhoo.com5121255777 ✓ | Jample5121255777jsa100Ma | Jamplejsample@yahoo.comjsa100Ma | Jamplejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 10 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsamp gmail.com5121255777 ✓ | Jame5121255777red100Ma | Jamejsample@gmail.comred100Ma | Jamered6cb75f652a9b52798eb6cf2201057c73 | Jamplejsample@gmail.com5121255777 | Jample5121255777red100Ma | Jamplejsample@gmail.comred100Ma | Jamplered6cb75f652a9b52798eb6cf2201057c73 |
| 11 | **Excluded** | JamesSample5551212 | JamesSae1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | **Excluded** | Jame5121255777sam10Mai | **Excluded** | Jamesam6cb75f652a9b52798eb6cf2201057c73 | **Excluded** | Jample5121255777sam10Mai | **Excluded** | Jamplesam6cb75f652a9b52798eb6cf2201057c73 |
| 12 | JamesSamplejsample@yahoo.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@yahoo.com5121255777 | Jame5121255777sam100Ma | Jamejsample@yahoo.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 | Jamplejsample@yahoo.com5121255777 ✓ | Jample5121255777sam100Ma | Jamplejsample@yahoo.comsam100Ma | Jamplesam6cb75f652a9b52798eb6cf2201057c73 |
| 13 | JamesJSamplejsample@hotmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsamp hotmail.com5121255777 ✓ | Jame5121255777red100Ma | Jamejsample@hotmail.comred100Ma | Jamered819b0643d6b89dc9b579fdfc9094f28e | Jamplejsample@hotmail.com5121255777 | Jample5121255777red100Ma | Jamplejsample@hotmail.comred100Ma | Jamplered819b0643d6b89dc9b579fdfc9094f28e |
| 14 | JamesSamplejsample@hotmail.com | JamesSample5551212 | JamesSae1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | Jamejsample@hotmail.com5121255777 | Jame5121255777sam10Mai | Jamejsample@hotmail.comsam10Mai | Jamesam819b0643d6b89dc9b579fdfc9094f28e | Jamplejsample@hotmail.com5121255777 | Jample5121255777sam10Mai | Jamplejsample@hotmail.comsam10Mai | Jamplesam819b0643d6b89dc9b579fdfc9094f28e |
| 15 | JamesSamplejsample@hotmail.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@hotmail.com5121255777 | Jame5121255777sam100Ma | Jamejsample@hotmail.comsam100Ma | Jamesam819b0643d6b89dc9b579fdfc9094f28e | Jamplejsample@hotmail.com5121255777 | Jample5121255777sam100Ma | Jamplejsample@hotmail.comsam100Ma | Jamplesam819b0643d6b89dc9b579fdfc9094f28e |

© 2020 Huron Consulting Group Inc. and affiliates.