# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>      Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>      Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS<br>      Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>      Plaintiffs,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS<br>      Defendants. | Adversary Proceeding<br>No. 16-4007 |

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that on November 18, 2020, I caused to be served by this Court's CM/ECF System, a copy of the *Trustee's Memorandum in Support of the Admissibility of Timothy Martin's Expert Opinion* to:

- Ilyas J. Rona    ijr@mrdklaw.com, gnc@mrdklaw.com,kae@mrdklaw.com

        */s/ Andrew G. Lizotte*
        Andrew G. Lizotte (BBO #559609)
        Murphy & King, Professional Corporation
        One Beacon Street
        Boston, MA  02108
        Telephone: (617) 423-0400
        Facsimile: (617) 423-0498
        Email: ALizotte@murphyking.com

Dated:  November 18, 2020
788614