UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors. | Chapter 11 Cases<br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN DARR, CHAPTER 11<br>TRUSTEE OF THE ESTATES OF EACH<br>OF THE DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, *et al.*, and a<br>CLASS OF DOMESTIC NET WINNERS,<br><br>Defendants. | Adv. Proceeding No.: 16-04006 |
| STEPHEN DARR, CHAPTER 11<br>TRUSTEE OF THE ESTATES OF EACH<br>OF THE DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>PAOLA ZOLLO ALECCI, *et al.*, and a<br>CLASS OF INTERNATIONAL NET<br>WINNERS,<br><br>Defendants. | Adv. Proceeding No.: 16-04007 |

**CERTIFICATE OF SERVICE OF SUPPLEMENTAL ORDER REGARDING
EVIDENTIARY HEARING BY VIDEO (ECF 363) BY COUNSEL FOR
DOMESTIC AND INTERNATIONAL CLASS REPRESENTATIVES**

Relative to Adversary Proceeding No. 16-04006 ("the Domestic Case") and Adversary Proceeding No. 16-04007 ("the International Case"), I, Ilyas J. Rona, hereby certify that on November 18, 2020, I served this Court's Supplemental Order Regarding Evidentiary Hearing By Video (ECF 363 in the Domestic Case; ECF 515 in the International Case) on Frantz Balan as Class Representative in the Domestic Case, on Marco Puzzarini and Sandro Paulo Freitas as Class Representatives in the International Case, and on the Class Representatives' Expert Joshua Dennis of StoneTurn Group LLP by email as follows:

| | |
|---|---|
| Frantz Balan: | balan.f@gmail.com |
| Marco Puzzarini: | marco.puzzarini@gmail.com |
| Sandro Paulo Freitas: | sandrofisioclinic@gmail.com |
| Joshua Dennis: | jdennis@stoneturn.com |

Dated: November 22, 2020

/s/ *Ilyas J. Rona*
Ilyas J. Rona, Esq. (BBO# 642964)
MILLIGAN RONA DURAN & KING, LLC
50 Congress Street, Suite 600
Boston, Massachusetts 02109
(617) 395-9570
ijr@mrdklaw.com

*On Behalf of the Domestic and International Class Representatives*