

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* **TELEXFREE, LLC,** *et al.,*  Debtors | Ch. 11<br>14-40987-MSH<br>Jointly Administered |
| **STEPHEN B. DARR,**  Plaintiff,<br>*v.*<br>**BENJAMIN ARGUETA,** et al.,  Defendants | Adversary Proceeding<br>16-04006-MSH |

## Proceeding Memorandum and Order

**MATTER:**

Video Evidentiary Hearing: Determining the Admissibility and Presumptive Effect of the Aggregation Methodology in Determining Net Winners (C. Bennett for Plaintiff) (I. Ronas for Defendants)

**Decision set forth more fully as follows:**

Evidentiary hearing held on November 23 and 24, 2020, and concluded. Before the evidentiary hearing commenced, the plaintiff filed a Memorandum in Support of the Admissibility of Timothy Martin's Expert Opinion. After the filing of the evidentiary hearing's official transcript, the defendants shall have two weeks to file a memorandum, addressing the admissibility of the proposed expert opinion and matters related thereto as presented during the evidentiary hearing. The plaintiff may file a further memorandum within two weeks thereafter. The Court will then take this matter under advisement.

Dated: 11/25/2020

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge