

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>TELEXFREE, LLC, et al.,<br>Debtors | Ch. 11<br>14-40987-MSH<br>Jointly Administered |
| STEPHEN B. DARR,<br>Plaintiff,<br>v.<br>BENJAMIN ARGUETA, et al.,<br>Defendants | Adversary Proceeding<br>16-04006-MSH |

## Proceeding Memorandum and Order

**MATTER:**

Video Evidentiary Hearing: Determining the Admissibility and Presumptive Effect of the Aggregation Methodology in Determining Net Winners (C. Bennett for Plaintiff) (I. Ronas for Defendants)

---

**Decision set forth more fully as follows:**

Evidentiary hearing held on November 23 and 24, 2020, and concluded. Before the evidentiary hearing commenced, the plaintiff filed a Memorandum in Support of the Admissibility of Timothy Martin's Expert Opinion. After the filing of the evidentiary hearing's official transcript, the defendants shall have two weeks to file a memorandum, addressing the admissibility of the proposed expert opinion and matters related thereto as presented during the evidentiary hearing. The plaintiff may file a further memorandum within two weeks thereafter. The Court will then take this matter under advisement.

Dated: 11/25/2020

By the Court,

*[signature]*

Melvin S. Hoffman
United States Bankruptcy Judge

*[Handwritten note:]*
NEW ADRESS
EDGAR BORELLI
280 ADAMS St
ABINGTON- MA
02351-1802

45479 Holiday Drive
Sterling, VA 20166-9411

038599 38599 1 MB 0.436 02338 9 7 9203-1-39185

Edgar Borelli
291 Thompson St.
Halifax, MA 02338-1652

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL 1. Find an updated address and send the attached document to that address. 2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |
|---|---|
| EDGAR BORELLI 280, ADAMS St ABINGTON- MA 02351-1802  " NEW ADRESS " | |

038599    43109038637015