UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>    Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, TRUSTEE OF THE ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>    Plaintiff,<br>v.<br><br>FRANTZ BALAN, A REPRESENTATIVE OF A CLASS OF DEFENDANT NET WINNERS,<br><br>    Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE OF THE ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>    Plaintiffs,<br>v.<br><br>MARCO PUZZARINI AND SANDRO PAULO FREITAS, REPRESENTATIVES OF A CLASS OF DEFENDANT NET WINNERS,<br><br>    Defendants. | Adversary Proceeding<br>No. 16-4007 |

**ASSENTED-TO MOTION FOR <u>TWO-WEEK ENLARGEMENT OF TIME</u> TO COMPLY WITH THIS COURT'S POST-*DAUBERT*-HEARING SCHEDULING ORDER**

Dated: 1/19/2021

Allowed. The defendants' deadline to file a memorandum in accordance with the Court's November 25, 2020 Order is hereby extended to February 2, 2021, and the plaintiff's deadline to file a further memorandum in accordance with that order is hereby extended to February 16, 2021.