

Dated: 2/11/2021

Allowed. The plaintiff's deadline to file a further memorandum in accordance with the Court's November 25, 2020 Order and in response to the defendants' February 2, 2021 motion to exclude testimony is hereby extended to February 23, 2021.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br>Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br>Defendants. | Adversary Proceeding<br>No. 16-4007 |

**ASSENTED TO MOTION BY TRUSTEE TO EXTEND TIME TO RESPOND TO
DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF TIMOTHY MARTIN**

Stephen B. Darr as he is the Liquidating Trustee (the "Trustee") of the Reorganized

Debtors TelexFree, LLC, TelexFree, Inc. and TelexFree Financial, Inc. (collectively,

"TelexFree" or the "Debtors") respectfully requests that the Court grant a one-week extension of

time in which the Trustee may submit his reply to the Class Action Representatives' Motion to