# Plaintiff's Identification No. 16

HURON | 14

# Step 1: Name Key, Email Key

| User Account | Step 1<br>name_key, email_key |
|---|---|
| 1 | JamesSamplejsample@gmail.co ✓ |
| 2 | JamesSamplejsample@gmail.co ✓ |
| 3 | JimSamplejsample@yahoo.com |
| 4 | JamesJSamplejsample@gmail.com |
| 5 | **Excluded** |
| 6 | JamesSamplejsample@yahoo.com |
| 7 | JamesSamplejsample@gmail.co ✓ |
| 8 | JamesSamplejsample@gmail.co ✓ |
| 9 | JimSamplejsample@yahoo.com |
| 10 | JamesJSamplejsample@gmail.com |
| 11 | **Excluded** |
| 12 | JamesSamplejsample@yahoo.com |
| 13 | JamesJSamplejsample@hotmail.com |
| 14 | JamesSamplejsample@hotmail.com |
| 15 | JamesSamplejsample@hotmail.com |

- **The User Accounts were first grouped by a combination of the name key and email key associated with the User Accounts.**

  - User Accounts 1, 2, 7 and 8 aggregated in Step 1 represented by the red checkmark.

  - For the purpose of this presentation:

    o Green highlights indicate User Accounts which match at a particular Step and will be part of the example aggregation.

      ▪ Please note that additional User Accounts may also aggregate with each other in each step but are not highlighted for the purpose of this example.

    o Red checkmarks also indicate the step at which a User Account was aggregated with other User Accounts.

© 2020 Huron Consulting Group Inc. and affiliates.

# Plaintiff's Identification No. 17

HURON | 15

# Step 2: Name Key, Cel Key

| User Account | Step 1 name_key, email_key | Step 2 name_key, cel_key |
|---|---|---|
| 1 | JamesSamplejsample@gmail.com ✓ | JamesSample16175512 12 |
| 2 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551 212 |
| 3 | JimSamplejsample@yahoo.com | JimSample6175551212 |
| 4 | JamesJSamplejsample@gmail.com | JamesJSample16175551 212 |
| 5 | **Excluded** | JamesSample5551212 |
| 6 | JamesSamplejsample@yahoo.com | JamesSample16175 212 ✓ |
| 7 | JamesSamplejsample@gmail.com ✓ | JamesSample16175512 12 |
| 8 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551 212 |
| 9 | JimSamplejsample@yahoo.com | JimSample6175551212 |
| 10 | JamesJSamplejsample@gmail.com | JamesJSample16175551 212 |
| 11 | **Excluded** | JamesSample5551212 |
| 12 | JamesSamplejsample@yahoo.com | JamesSample16175 212 ✓ |
| 13 | JamesJSamplejsample@hotmail.com | JamesJSample16175551 212 |
| 14 | JamesSamplejsample@hotmail.com | JamesSample5551212 |
| 15 | JamesSamplejsample@hotmail.com | JamesSample16175 212 ✓ |

- **The User Accounts were then independently grouped by the combined name key and cel key**

  - In Step 2, User Accounts 2,6,8,12 and 15 have the same combination of name key and cel key.

  - For a new User Account to join the aggregation, the User Account group identified above must overlap with two or more previously aggregated User Accounts.

  - Because three previously unaggregated User Accounts (6,12&15) overlap with two previously aggregated User Accounts (2&8), 6,12&15 join the aggregation (indicated by the red checkmarks).

  - All User Accounts highlighted in green are now part of the aggregation.

© 2020 Huron Consulting Group Inc. and affiliates.

# Plaintiff's Identification No. 18

# Step 3: Name Key, Fone Key

| User Account | Step 1<br>name_key, email_key | Step 2<br>name_key, cel_key | Step 3<br>name_key, fone_key |
|---|---|---|---|
| 1 | JamesSamplejsample@mail.com ✓ | JamesSample1617551212 | JamesSample1212555777 |
| 2 | JamesSamplejsample@mail.com ✓ | JamesSample16175551212 | JamesSample2125555777 |
| 3 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 |
| 4 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 |
| 5 | **Excluded** | JamesSample5551212 | JamesSample1215777 ✓ |
| 6 | JamesSamplejsample@yahoo.com | JamesSample16175✓212 | JamesSample1212555777 |
| 7 | JamesSamplejsample@mail.com ✓ | JamesSample1617551212 | JamesSample1212555777 |
| 8 | JamesSamplejsample@mail.com ✓ | JamesSample1617555 1212 | JamesSample2125555777 |
| 9 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 |
| 10 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 |
| 11 | **Excluded** | JamesSample5551212 | JamesSample1215777 ✓ |
| 12 | JamesSamplejsample@yahoo.com | JamesSample16175✓212 | JamesSample1212555777 |
| 13 | JamesJSamplejsample@hotmail.com | JamesJSample16175551212 | JamesJSample1212555777 |
| 14 | JamesSamplejsample@hotmail.com | JamesSample5551212 | JamesSample1215777 ✓ |
| 15 | JamesSamplejsample@hotmail.com | JamesSample16175✓212 | JamesSample1212555777 |

- **The User Accounts were then independently grouped by the combined name key and fone key**
  - As the process continues through Step 3, User Accounts 5, 11 and 14 join the aggregation as represented by the red checkmarks.

© 2020 Huron Consulting Group Inc. and affiliates.

# Plaintiff's Identification No. 19

# Steps 4 and 5:

| User Account | Step 1<br>name_key,<br>email_key | Step 2<br>name_key,<br>cel_key | Step 3<br>name_key,<br>fone_key | Step 4<br>name_key,<br>part_phone_key | Step 5<br>name_key,<br>login_key,<br>end_key, |
|---|---|---|---|---|---|
| 1 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551212 | JamesSample12125555777 ✓ | JamesSample5121255777 | JamesSamplejsa100Ma |
| 2 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551212 | JamesSample2125555777 | JamesSample5121255777 | JamesSamplejsa100Ma |
| 3 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample5121255777 | JimSamplejsa100Ma |
| 4 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma |
| 5 | **Excluded** | JamesSample5551212 | JamesSample12555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai |
| 6 | JamesSamplejsample@yahoo.com | JamesSample15551212 ✓ | JamesSample12125555777 | JamesSample5121255777 | JamesSamplesam100Ma |
| 7 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551212 | JamesSample12125555777 | JamesSample5121255777 | JamesSamplejsa100Ma |
| 8 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551212 | JamesSample2125555777 | JamesSample5121255777 | JamesSamplejsa100Ma |
| 9 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample5121255777 | JimSamplejsa100Ma |
| 10 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma |
| 11 | **Excluded** | JamesSample5551212 | JamesSample12555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai |
| 12 | JamesSamplejsample@yahoo.com | JamesSample15551212 ✓ | JamesSample12125555777 | JamesSample5121255777 | JamesSamplesam100Ma |
| 13 | JamesJSamplejsample@hotmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma |
| 14 | JamesSamplejsample@hotmail.com | JamesSample5551212 | JamesSample12555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai |
| 15 | JamesSamplejsample@hotmail.com | JamesSample15551212 ✓ | JamesSample12125555777 | JamesSample5121255777 | JamesSamplesam100Ma |

- **No User Accounts were added to the aggregation in Step 4 or Step 5.**
- Because neither step resulted in groupings which overlapped with two previously aggregated User Accounts, no additional User Accounts joined the aggregation.

HURON | 17

© 2020 Huron Consulting Group Inc. and affiliates.

# Plaintiff's Identification No. 20

# Step 6: Part Name Key, Email Key, Part Phone Key

| User Account | Step 1<br>name_key,<br>email_key | Step 2<br>name_key,<br>cel_key | Step 3<br>name_key,<br>fone_key | Step 4<br>name_key,<br>part_phone_key | Step 5<br>name_key,<br>login_key,<br>end_key, | Step 6<br>part_name_key,<br>email_key,<br>part_phone_key |
|---|---|---|---|---|---|---|
| 1 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551212 | JamesSample1212555777 | JamesSample51212555777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 |
| 2 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551212 | JamesSample212555777 | JamesSample51212555777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 |
| 3 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample51212555777 | JimSamplejsa100Ma | JimSjsample@yahoo.com5121255777 |
| 4 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample51212555777 | JamesJSamplesam100Ma | Jamejsample@g.com5121255777 ✓ |
| 5 | Excluded | JamesSample5551212 | JamesSamp12555777 ✓ | JamesSample51212555777 | JamesSamplesam10Mai | Excluded |
| 6 | JamesSamplejsample@yahoo.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample51212555777 | JamesSamplesam100Ma | Jamejsample@yahoo.com5121255777 |
| 7 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551212 | JamesSample1212555777 | JamesSample51212555777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 |
| 8 | JamesSamplejsample@gmail.com ✓ | JamesSample16175551212 | JamesSample212555777 | JamesSample51212555777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 |
| 9 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample51212555777 | JimSamplejsa100Ma | JimSjsample@yahoo.com5121255777 |
| 10 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample51212555777 | JamesJSamplesam100Ma | Jamejsample@g.com5121255777 ✓ |
| 11 | Excluded | JamesSample5551212 | JamesSamp12555777 ✓ | JamesSample51212555777 | JamesSamplesam10Mai | Excluded |
| 12 | JamesSamplejsample@yahoo.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample51212555777 | JamesSamplesam100Ma | Jamejsample@yahoo.com5121255777 |
| 13 | JamesJSamplejsample@hotmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample51212555777 | JamesJSamplesam100Ma | Jamejsample@hail.com5121255777 ✓ |
| 14 | JamesSamplejsample@hotmail.com | JamesSample5551212 | JamesSamp12555777 ✓ | JamesSample51212555777 | JamesSamplesam10Mai | Jamejsample@hotmail.com5121255777 |
| 15 | JamesSamplejsample@hotmail.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample51212555777 | JamesSamplesam100Ma | Jamejsample@hotmail.com5121255777 |

- **Three User Accounts were added to the aggregation in Step 6**

- User Accounts 4, 10 and 13 were added to the aggregation in Step 6 as represented by the red checkmarks.

  - User Accounts 4 and 10 joined the aggregation because they grouped with User Accounts 1, 2, 7 and 8 which were part of a prior aggregation.

  - User Account 13 joined the aggregation because it grouped with User Accounts 14 and 15, which were also part of a prior step aggregation.

HURON | 18
© 2020 Huron Consulting Group Inc. and affiliates.

# Plaintiff's Identification No. 21

# Steps 7, 8 and 9:

| User Account | Step 1 name_key, email_key | Step 2 name_key, cel_key | Step 3 name_key, fone_key | Step 4 name_key, part_phone_key | Step 5 name_key, login_key, end_key, | Step 6 part_name_key, email_key, part_phone_key | Step 7 part_name_key, part_phone_key, login_key, end_key | Step 8 part_name_key, email_key, login_key, end_key | Step 9 part_name_key, login_key, hash_key |
|---|---|---|---|---|---|---|---|---|---|
| 1 | JamesSamjsample@gmail.com ✓ | JamesSample1617551212 | JamesSample1212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 2 | JamesSamjsample@gmail.com ✓ | JamesSample1617551212 | JamesSample1212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 3 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample5121255777 | JimSamplejsa100Ma | JimSjsample@yahoo.com512125 5777 | JimS5121255777jsa100Ma | JimSjsample@yahoo.comjsa100Ma | JimSjsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 4 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsample@gmail.com5121255777 ✓ | Jame5121255777sam100Ma | Jamejsample@gmail.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 |
| 5 | **Excluded** | JamesSample5551212 | JamesSae1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | **Excluded** | Jame5121255777sam10Mai | **Excluded** | Jamesam6cb75f652a9b52798eb6cf2201057c73 |
| 6 | JamesSamplejsample@yahoo.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@yahoo.com5121255777 | Jame5121255777sam100Ma | Jamejsample@yahoo.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 |
| 7 | JamesSamjsample@gmail.com ✓ | JamesSample1617551212 | JamesSample1212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 8 | JamesSamjsample@gmail.com ✓ | JamesSample1617551212 | JamesSample1212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 9 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample5121255777 | JimSamplejsa100Ma | JimSjsample@yahoo.com51212 55777 | JimS5121255777jsa100Ma | JimSjsample@yahoo.comjsa100Ma | JimSjsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 10 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsamp gmail.com5121255777 ✓ | Jame5121255777red100Ma | Jamejsample@gmail.comred100Ma | Jamered6cb75f652a9b52798eb6cf2201057c73 |
| 11 | **Excluded** | JamesSample5551212 | JamesSae1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | **Excluded** | Jame5121255777sam10Mai | **Excluded** | Jamesam6cb75f652a9b52798eb6cf2201057c73 |
| 12 | JamesSamplejsample@yahoo.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@yahoo.com5121255777 | Jame5121255777sam100Ma | Jamejsample@yahoo.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 |
| 13 | JamesJSamplejsample@hotmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsamp hotmail.com5121255777 ✓ | Jame5121255777red100Ma | Jamejsample@hotmail.comred100Ma | Jamered819b0643d6b89dc9b579fdfc9094f28e |
| 14 | JamesSamplejsample@hotmail.com | JamesSample5551212 | JamesSae1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | Jamejsample@hotmail.com5121255777 | Jame5121255777sam10Mai | Jamejsample@hotmail.comsam10Mai | Jamesam819b0643d6b89dc9b579fdfc9094f28e |
| 15 | JamesSamplejsample@hotmail.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@hotmail.com5121255777 | Jame5121255777sam100Ma | Jamejsample@hotmail.comsam100Ma | Jamesam819b0643d6b89dc9b579fdfc9094f28e |

- **No User Accounts were added to the aggregation in Steps 7, 8 or 9.**

- Because no step resulted in groupings which overlapped with two previously aggregated User Accounts, no additional User Accounts joined the aggregation.

HURON | 19

© 2020 Huron Consulting Group Inc. and affiliates.

# Plaintiff's Identification No. 22

# Step 10: Part Name Key2, Email Key, Part Phone Key

| | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| User Account | name_key, email_key | name_key, cel_key | name_key, fone_key | name_key, part_phone_key | name_key, login_key, end_key, | part_name_key, email_key, part_phone_key | part_name_key, part_phone_key, login_key, end_key | part_name_key, email_key, login_key, end_key | part_name_key, login_key, hash_key | part_name_key2, email_key, part_phone_key |
| 1 | JamesSamjsample@gmail.com ✓ | JamesSample16175551212 | JamesSample1212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@gmail.com5121255777 |
| 2 | JamesSamjsample@gmail.com ✓ | JamesSample16175551212 | JamesSample212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@gmail.com5121255777 |
| 3 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample512125557777 | JimSamplejsa100Ma | JimSjsample@yahoo.com51212555777 | JimS5121255777jsa100Ma | JimSjsample@yahoo.comjsa100Ma | JimSjsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@yahoo.com5121255777 ✓ |
| 4 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsample@gmail.com5121255777 ✓ | Jame5121255777sam100Ma | Jamejsample@gmail.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 | Jamplejsample@gmail.com5121255777 |
| 5 | Excluded | JamesSample5551212 | JamesSae1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | Excluded | Jame5121255777sam10Mai | Excluded | Jamesam6cb75f652a9b52798eb6cf2201057c73 | Excluded |
| 6 | JamesSamplejsample@yahoo.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@yahoo.com5121255777 | Jame5121255777sam100Ma | Jamejsample@yahoo.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 | Jamplejsample@yahoo.com5121255777 |
| 7 | JamesSamjsample@gmail.com ✓ | JamesSample16175551212 | JamesSample1212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@gmail.com5121255777 |
| 8 | JamesSamjsample@gmail.com ✓ | JamesSample16175551212 | JamesSample212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@gmail.com5121255777 |
| 9 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample512125557777 | JimSamplejsa100Ma | JimSjsample@yahoo.com51212555777 | JimS5121255777jsa100Ma | JimSjsample@yahoo.comjsa100Ma | JimSjsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@yahoo.com5121255777 ✓ |
| 10 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsample@gmail.com5121255777 ✓ | Jame5121255777red100Ma | Jamejsample@gmail.comred100Ma | Jamered6cb75f652a9b52798eb6cf2201057c73 | Jamplejsample@gmail.com5121255777 |
| 11 | Excluded | JamesSample5551212 | JamesSae1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | Excluded | Jame5121255777sam10Mai | Excluded | Jamesam6cb75f652a9b52798eb6cf2201057c73 | Excluded |
| 12 | JamesSamplejsample@yahoo.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@yahoo.com5121255777 | Jame5121255777sam100Ma | Jamejsample@yahoo.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 | Jamplejsample@yahoo.com5121255777 |
| 13 | JamesJSamplejsample@hotmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsample@hotmail.com5121255777 ✓ | Jame5121255777red100Ma | Jamejsample@hotmail.comred100Ma | Jamered819b0643d6b89dc9b579fdfc9094f28e | Jamplejsample@hotmail.com5121255777 |
| 14 | JamesSamplejsample@hotmail.com | JamesSample5551212 | JamesSae1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | Jamejsample@hotmail.com5121255777 | Jame5121255777sam10Mai | Jamejsample@hotmail.comsam10Mai | Jamesam819b0643d6b89dc9b579fdfc9094f28e | Jamplejsample@hotmail.com5121255777 |
| 15 | JamesSamplejsample@hotmail.com | JamesSam6175551212 ✓ | JamesSample1212555777 | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@hotmail.com5121255777 | Jame5121255777sam100Ma | Jamejsample@hotmail.comsam100Ma | Jamesam819b0643d6b89dc9b579fdfc9094f28e | Jamplejsample@hotmail.com5121255777 |

- **Two User Accounts were added to the aggregation in Step 10.**
  - User Accounts 3 and 9 join the aggregation
- **Steps 11 through 13 are similar to Steps 7 through 9, except that they use Part Name Key 2 rather than Part Name Key in combining fields of data.**
  - No additional aggregations result from Steps 11 through 13 and the aggregation is now complete.

HURON | 20
© 2020 Huron Consulting Group Inc. and affiliates.

# Plaintiff's Identification No. 23

# Complete Aggregation

| User Account | Step 1 name_key, email_key | Step 2 name_key, cel_key | Step 3 name_key, fone_key | Step 4 name_key, part_phone_key | Step 5 name_key, login_key, end_key, | Step 6 part_name_key, email_key, part_phone_key | Step 7 part_name_key, part_phone_key, login_key, end_key | Step 8 part_name_key, email_key, login_key, end_key | Step 9 part_name_key, login_key, hash_key | Step 10 part_name_key2, email_key, part_phone_key | Step 11 part_name_key2, part_phone_key, login_key, end_key | Step 12 part_name_key2, email_key, login_key, end_key | Step 13 part_name_key2, login_key, hash_key |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | JamesSamjsample@gmail.com ✓ | JamesSample16175551212 | JamesSample1212555777 ✓ | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@gmail.com5121255777 | Jample5121255777jsa100Ma | Jamplejsample@gmail.comjsa100Ma | Jamplejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 2 | JamesSamjsample@gmail.com ✓ | JamesSample16175551212 ✓ | JamesSample212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 ✓ | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@gmail.com5121255777 | Jample5121255777jsa100Ma | Jamplejsample@gmail.comjsa100Ma | Jamplejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 3 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample512125577 | JimSamplejsa100Ma | JimSjsample@yahoo.com512125577 | JimS5121255777jsa100Ma | JimSjsample@yahoo.comjsa100Ma | JimSjsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@yahoo.com5121255777 ✓ | Jample5121255777jsa100Ma | Jamplejsample@yahoo.comjsa100Ma | Jamplejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 4 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsample@gmail.com5121255777 ✓ | Jame5121255777sam100Ma | Jamejsample@gmail.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 | Jamplejsample@gmail.com5121255777 | Jample5121255777sam100Ma | Jamplejsample@gmail.comsam100Ma | Jamplesam6cb75f652a9b52798eb6cf2201057c73 |
| 5 | **Excluded** | JamesSample5551212 | JamesSample1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | **Excluded** | Jame5121255777sam10Mai | **Excluded** | Jamesam6cb75f652a9b52798eb6cf2201057c73 | **Excluded** | Jample5121255777sam10Mai | **Excluded** | Jamplesam6cb75f652a9b52798eb6cf2201057c73 |
| 6 | JamesSamplejsample@yahoo.com | JamesSam6175551212 ✓ | JamesSample1212555777 ✓ | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@yahoo.com5121255777 | Jame5121255777sam100Ma | Jamejsample@yahoo.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 | Jamplejsample@yahoo.com5121255777 ✓ | Jample5121255777sam100Ma | Jamplejsample@yahoo.comsam100Ma | Jamplesam6cb75f652a9b52798eb6cf2201057c73 |
| 7 | JamesSamjsample@gmail.com ✓ | JamesSample16175551212 | JamesSample1212555777 ✓ | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 ✓ | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@gmail.com5121255777 | Jample5121255777jsa100Ma | Jamplejsample@gmail.comjsa100Ma | Jamplejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 8 | JamesSamjsample@gmail.com ✓ | JamesSample16175551212 | JamesSample212555777 | JamesSample5121255777 | JamesSamplejsa100Ma | Jamejsample@gmail.com5121255777 | Jame5121255777jsa100Ma | Jamejsample@gmail.comjsa100Ma | Jamejsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@gmail.com5121255777 | Jample5121255777jsa100Ma | Jamplejsample@gmail.comjsa100Ma | Jamplejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 9 | JimSamplejsample@yahoo.com | JimSample6175551212 | JimSample1212555777 | JimSample512125577 | JimSamplejsa100Ma | JimSjsample@yahoo.com512125577 | JimS5121255777jsa100Ma | JimSjsample@yahoo.comjsa100Ma | JimSjsa5f4dcc3b5aa765d61d8327deb882cf99 | Jamplejsample@yahoo.com5121255777 ✓ | Jample5121255777jsa100Ma | Jamplejsample@yahoo.comjsa100Ma | Jamplejsa5f4dcc3b5aa765d61d8327deb882cf99 |
| 10 | JamesJSamplejsample@gmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsample@gmail.com5121255777 ✓ | Jame5121255777red100Ma | Jamejsample@gmail.comred100Ma | Jamered6cb75f652a9b52798eb6cf2201057c73 | Jamplejsample@gmail.com5121255777 | Jample5121255777red100Ma | Jamplejsample@gmail.comred100Ma | Jamplered6cb75f652a9b52798eb6cf2201057c73 |
| 11 | **Excluded** | JamesSample5551212 | JamesSample1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | **Excluded** | Jame5121255777sam10Mai | **Excluded** | Jamesam6cb75f652a9b52798eb6cf2201057c73 | **Excluded** | Jample5121255777sam10Mai | **Excluded** | Jamplesam6cb75f652a9b52798eb6cf2201057c73 |
| 12 | JamesSamplejsample@yahoo.com | JamesSam6175551212 ✓ | JamesSample1212555777 ✓ | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@yahoo.com5121255777 | Jame5121255777sam100Ma | Jamejsample@yahoo.comsam100Ma | Jamesam6cb75f652a9b52798eb6cf2201057c73 | Jamplejsample@yahoo.com5121255777 ✓ | Jample5121255777sam100Ma | Jamplejsample@yahoo.comsam100Ma | Jamplesam6cb75f652a9b52798eb6cf2201057c73 |
| 13 | JamesJSamplejsample@hotmail.com | JamesJSample16175551212 | JamesJSample1212555777 | JamesJSample5121255777 | JamesJSamplesam100Ma | Jamejsample@hotmail.com5121255777 ✓ | Jame5121255777red100Ma | Jamejsample@hotmail.comred100Ma | Jamered819b0643d6b89dc9b579fdfc9094f28e | Jamplejsample@hotmail.com5121255777 | Jample5121255777red100Ma | Jamplejsample@hotmail.comred100Ma | Jamplered819b0643d6b89dc9b579fdfc9094f28e |
| 14 | JamesSamplejsample@hotmail.com | JamesSample5551212 | JamesSample1212555777 ✓ | JamesSample5121255777 | JamesSamplesam10Mai | Jamejsample@hotmail.com5121255777 | Jame5121255777sam10Mai | Jamejsample@hotmail.comsam10Mai | Jamesam819b0643d6b89dc9b579fdfc9094f28e | Jamplejsample@hotmail.com5121255777 | Jample5121255777sam10Mai | Jamplejsample@hotmail.comsam10Mai | Jamplesam819b0643d6b89dc9b579fdfc9094f28e |
| 15 | JamesSamplejsample@hotmail.com | JamesSam6175551212 ✓ | JamesSample1212555777 ✓ | JamesSample5121255777 | JamesSamplesam100Ma | Jamejsample@hotmail.com5121255777 ✓ | Jame5121255777sam100Ma | Jamejsample@hotmail.comsam100Ma | Jamesam819b0643d6b89dc9b579fdfc9094f28e | Jamplejsample@hotmail.com5121255777 | Jample5121255777sam100Ma | Jamplejsample@hotmail.comsam100Ma | Jamplesam819b0643d6b89dc9b579fdfc9094f28e |

© 2020 Huron Consulting Group Inc. and affiliates.