

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> TELEXFREE, LLC, *et al.,* <br>    Debtors <br><br> STEPHEN B. DARR, <br>    Plaintiff, <br><br> *v.* <br><br> ANA ROSA LOPEZ, et al., <br>    Defendants | Ch. 11 <br> 14-40987-MSH <br><br> Jointly Administered <br><br> Adversary Proceeding <br> 16-04006-MSH |

**Order**

The Court having conducted an evidentiary hearing, the plaintiff having filed a pre-hearing Memorandum in Support of the Admissibility of Timothy Martin's Expert Opinion, the defendants having filed a Motion to Exclude Testimony of Timothy Martin as Inadmissible, and the plaintiff having filed a response in opposition to the defendant's motion, the matters related to the admissibility of the proposed expert opinion are now taken under advisement.

Dated: 2/24/2021

By the Court,

*[signature]*

Melvin S. Hoffman
United States Bankruptcy Judge