**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC, et al.<br><br>Reorganized Debtors<br><br>STEPHEN B. DARR<br><br>Plaintiff<br><br>v.<br><br>BENJAMIN ARGUETA et al.<br><br>Defendants | Chapter 11<br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>Substantively Consolidated<br><br><br><br>Adversary Proceeding<br>No. 16-04006-MSH |

**ORDER ON CLASS DEFENDANTS' MOTION TO EXCLUDE**
**EXPERT WITNESS TESTIMONY OF TIMOTHY MARTIN**

In accordance with the memorandum of decision issued today, the class defendants' motion to exclude the expert witness testimony of Timothy Martin (ECF No. 377) is granted.

Dated: June 22, 2021

By the Court,

Melvin S. Hoffman
U.S. Bankruptcy Judge

1