United States Bankruptcy Court

District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-msh

# CERTIFICATE OF NOTICE

District/off: 0101-4      User: telam      Page 1 of 2
Date Rcvd: Jun 22, 2021      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion01.WO.ECF@usdoj.gov | Jun 22 2021 21:59:21 | Richard King, Office of US. Trustee, 446 Main Street, 14th Floor, Worcester, MA 01608-2361 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew G. Lizotte | on behalf of Plaintiff Stephen B. Darr agl@murphyking.com bankruptcy@murphyking.com;tlombardi@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com |
| Charles R. Bennett, Jr. | on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com |
| Elton Watkins, III | on behalf of Defendant Milagros Adames watkinslaw@comcast.net |
| Elton Watkins, III | on behalf of Defendant Ricardo Fabin watkinslaw@comcast.net |

Case 16-04006    Doc 387    Filed 06/24/21    Entered 06/25/21 00:31:01    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0101-4 | User: telam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 22, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| Evans J. Carter | on behalf of Defendant Bilkish Sunesara ejcatty1@verizon.net |
| Gary W. Cruickshank | on behalf of Defendant Jose Miguel Filho gwc@cruickshank-law.com cruickshankgr87938@notify.bestcase.com |
| Hilary Schultz | on behalf of Defendant Bruno Graziani hschultz@engelschultz.com |
| Ilyas J. Rona | on behalf of Defendant Frantz Balan ijr@mrdklaw.com gnc@mrdklaw.com,kae@mrdklaw.com |
| Ilyas J. Rona | on behalf of Defendant Julio Silva ijr@mrdklaw.com gnc@mrdklaw.com,kae@mrdklaw.com |
| James P. Ehrhard | on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com cote@ehrhardlaw.com |
| Jordan L. Shapiro | on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com |
| Jordan L. Shapiro | on behalf of Intervenor-Defendant Rahima Boughalem JSLAWMA@aol.com |
| Maksim Nemtsev | on behalf of Defendant Daniil Shoyfer menemtsev@gmail.com |
| Matthew Shayefar | on behalf of Defendant Timex Research Consulting Inc. matt@bostonlawgroup.com |
| Matthew Shayefar | on behalf of Defendant New Generation Med Supply Inc. matt@bostonlawgroup.com |
| Michael K. O'Neil | on behalf of Plaintiff Stephen B. Darr mko@rathlaw.com fam@rathlaw.com |
| Michael M. McArdle | on behalf of Defendant Ruddy Abreau mike@mcardlelaw.com morgan@mcardlelaw.com |
| Michael M. McArdle | on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com morgan@mcardlelaw.com |
| Valentin D. Gurvits | on behalf of Defendant New Generation Med Supply Inc. vgurvits@bostonlawgroup.com |
| Valentin D. Gurvits | on behalf of Defendant Timex Research Consulting Inc. vgurvits@bostonlawgroup.com |
| Wendy M. Mead | on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net |
| Wendy M. Mead | on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net |
| Wendy M. Mead | on behalf of Defendant Lan Lan Ji wendymeadpc@verizon.net |
| Wendy M. Mead | on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net |
| Wendy M. Mead | on behalf of Defendant Hugo Alvarado wendymeadpc@verizon.net |
| Wendy M. Mead | on behalf of Defendant Benjamin Argueta wendymeadpc@verizon.net |
| Wendy M. Mead | on behalf of Defendant Roberto Nunez wendymeadpc@verizon.net |
| Wendy M. Mead | on behalf of Defendant Gladys Alvarado wendymeadpc@verizon.net |

TOTAL: 28

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC, et al.<br><br>      Reorganized Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>Substantively Consolidated |
| STEPHEN B. DARR<br><br>      Plaintiff<br><br>v.<br><br>BENJAMIN ARGUETA et al.<br><br>      Defendants | Adversary Proceeding<br>No. 16-04006-MSH |

**ORDER ON CLASS DEFENDANTS' MOTION TO EXCLUDE
EXPERT WITNESS TESTIMONY OF TIMOTHY MARTIN**

In accordance with the memorandum of decision issued today, the class defendants' motion to exclude the expert witness testimony of Timothy Martin (ECF No. 377) is granted.

Dated: June 22, 2021

By the Court,

*/s/ Melvin S. Hoffman*

Melvin S. Hoffman
U.S. Bankruptcy Judge

1