UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-FJB<br>14-40988-FJB<br>14-40989-FJB<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>    Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br>    Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>    Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br>    Defendants. | Adversary Proceeding<br>No. 16-4007 |

**[PROPOSED] SCHEDULING ORDER RESPECTING SUPPLEMENTATION OF EXPERT REPORTS**

This matter comes before the Court upon the Liquidating Trustee's Motion requesting that the Court enter a Scheduling Order providing for the supplementation of expert reports.

NOW THEREFORE, the Court enters the following Order:

(1) The Trustee shall provide the supplemental expert report to the Defendants within sixty (60) days from the entry of this Order;

(2) If they deem necessary, the Defendants shall provide the Trustee with any rebuttal expert report within ninety (90) days after receipt of the Trustee's supplemental expert report.

(3) If the Trustee deems necessary, the Trustee shall provide a rebuttal report to the Defendants within twenty (20) days of receiving the Defendants' rebuttal report.

(4) To the extent that the Parties propose to exchange any data or paper discovery relative to the expert reports, such discovery shall be exchanged within sixty (60) days after the Trustee provides the supplemental expert report.

(5) To the extent that the Parties propose to engage in expert depositions, all such expert depositions shall be concluded within twenty (20) days from receipt of the Trustee's rebuttal report or the Trustee's statement that he does not intend to submit a rebuttal report.

(6) The Parties shall file a status report with the Court within twenty (20) days of completing expert depositions or sooner, which shall advise the Court as to the status of the matter.

Dated at Boston within said District this _____ day of _____, 2021.

 

_____
Frank J. Bailey
United States Bankruptcy Judge