UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 14-40987-FJB<br>Case No. 14-40988-FJB<br>Case No. 14-40989-FJB<br><br>Substantively Consolidated |

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that on this day I caused to be served a copy of the following document via operation of this Court's CM/ECF System:

- *Motion by Liquidating Trustee to Schedule Case Management Conference Respecting Supplementation of Expert Reports*

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA  02108
Telephone:  (617) 423-0400
Facsimile:  (617) 423-0498
Email: ALizotte@murphyking.com

Dated:  September 7, 2021
801199

Telexfree, LLC
Service List

**BY ECF:**

- William R. Baldiga    wbaldiga@brownrudnick.com
- Charles R. Bennett    cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com
- Kendra Berardi    kberardi@rc.com, mjewell@rc.com
- Deena R. Bernstein    bernsteind@sec.gov, #brodocket@sec.gov
- Roger Joseph Bertling    roger@bertlinglaw.com, rbertlin@law.harvard.edu
- Robert J. Bonsignore    rbonsignore@class-actions.us
- C. Elizabeth Brady Murillo    emurillo@burnslev.com
- Alan L. Braunstein    abraunstein@riemerlaw.com, ahall@riemerlaw.com;ndailey@riemerlaw.com
- Douglas Brooks    dbrooks@libbyhoopes.com
- Orestes G. Brown    obrown@metaxasbrown.com
- Evans J. Carter    ejcatty1@verizon.net
- Brian Casaceli    bcasaceli@mirickoconnell.com
- John J. Commisso    john@johncommisso.com
- Christopher M. Condon    cmc@murphyking.com, imccormack@murphyking.com;ecf-06e49f159ba0@ecf.pacerpro.com
- Jonathan Crafts    jcrafts@dwyer-llc.com
- Gary W. Cruickshank    gwc@cruickshank-law.com, cruickshankgr87938@notify.bestcase.com
- Kathleen R. Cruickshank    kcruickshank@murphyking.com, bankruptcy@murphyking.com;rguarino@murphyking.com;ecf-f3829d9f3bd3@ecf.pacerpro.com
- Ronald A. Dardeno    rdardeno@dardeno.com
- Joseph P. Davis    davisjo@gtlaw.com
- Adam K. Doerr    adoerr@rbh.com, akelly@robinsonbradshaw.com,fbarringer@robinsonbradshaw.com
- Martin B. Dropkin    nmatza@hotmail.com, mdropkin@dropkinmatza.com;nastor@dropkinmatza.com
- James P. Ehrhard    ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- Kate P. Foley    kfoley@mirickoconnell.com
- Robert W. Fuller    rfuller@rbh.com
- Andrew J. Gallo    andrew.gallo@bingham.com
- Stuart M. Glass    sglass@choate.com
- Matthew A. Gold    courts@argopartners.net
- Valentin D. Gurvits    vgurvits@bostonlawgroup.com
- William J. Hanlon    whanlon@seyfarth.com, bosdocket@seyfarth.com
- Lawrence P. Heffernan    lheffernan@rc.com, kberardi@rc.com

- Nellie E Hestin    nhestin@mcguirewoods.com, mkrizan@mcguirewoods.com;aauld@mcguirewoods.com
- Jonathan Horne    jhorne@murthalaw.com, lmulvehill@murthalaw.com
- Franklin C. Huntington    huntingtonf@sec.gov
- Walter W. Jabs    Lawofficeswalterjabs@gmail.com
- Vernon C. Jolley    jolleylaw@comcast.net
- Paul V. Kelly    paul.kelly@jacksonlewis.com
- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
- Richard T. King    richard.t.king@usdoj.gov
- Andrew G. Lizotte    agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com
- Danielle Andrews Long    dlong@rc.com
- Shawn Lu    slu@murphyking.com, dmeyer@murphyking.com;ecf-8b8439714ea0@ecf.pacerpro.com
- Michael M. McArdle    mike@mcardlelaw.com, morgan@mcardlelaw.com
- S. Elaine McChesney    Elaine.mcchesney@bingham.com
- Wendy M. Mead    wendymeadpc@verizon.net
- Francis C. Morrissey    fcm@mwzllp.com
- Edward J. Murphy    edward.j.murphy@usdoj.gov, northern.taxcivil@usdoj.gov
- Harold B. Murphy    bankruptcy@murphyking.com, dkonusevska@murphyking.com
- Maksim Nemtsev    menemtsev@gmail.com
- Michael K. O'Neil    mko@rathlaw.com
- Robert Osol    rosol@melia-osol.com, vbelanger@melia-osol.com,cpleau@melia-osol.com
- F. Anthony Paganelli    tony@paganelligroup.com
- Carmenelisa Perez-Kudzma    carmenelisa@pklolaw.com, evan@pklolaw.com
- James Radke    jradke@murthalaw.com, lmulvehill@murthalaw.com
- David P Reiner II    dpr@reinerslaw.com, eservice@reinerslaw.com
- Ian D. Roffman    iroffman@nutter.com, epleadings@nutter.com;cfeldman@nutter.com;kcannizzaro@nutter.com
- Ilyas J. Rona    ijr@mrdklaw.com, gnc@mrdklaw.com,kae@mrdklaw.com
- Mark C. Rossi    bostonian.ecf@gmail.com, esher.rossiecf2@gmail.com;r44913@notify.bestcase.com
- Paul S. Samson    psamson@riemerlaw.com, ahall@riemerlaw.com
- Kenneth I. Schacter    kenneth.schacter@bingham.com
- Hilary Schultz    hschultz@engelschultz.com
- Ari M. Selman    ari.selman@bingham.com
- Jordan L. Shapiro    JSLAWMA@aol.com
- Matthew Shayefar    matt@bostonlawgroup.com
- Monica Snyder    msnyder@murthalaw.com, jbabula@murthalaw.com
- Lisa D. Tingue    lisa.d.tingue@usdoj.gov
- Joseph Toomey    jtoomey@nutter.com
- Thomas S. Vangel    tvangel@murthalaw.com
- Sarah W. Walsh    sarah.walsh@jacksonlewis.com
- Elton Watkins    watkinslaw@comcast.net

- Jason C. Weida    Jason.weida@usdoj.gov