**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | Telexfree, LLC | Related Bankruptcy Case: 14–40987 |
| | | Chapter 11 |
| | Debtor | Judge Frank J. Bailey |
| | Stephen B. Darr | Adversary Proceeding: 16–04006 |
| | Plaintiff | |
| vs. | | |
| | Benjamin Argueta, et al | |
| | Defendant | |

### NOTICE OF CASE MANAGEMENT CONFERENCE

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **9/30/21 at 09:30 AM** before the Honorable Judge Frank J. Bailey, Courtroom 1, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109–3945 to consider the following:

TELEPHONIC CASE MANAGEMENT CONFERENCE

[1] Complaint by Stephen B. Darr against Benjamin Argueta, Alexandro Rocha, Jose Neto, Julio C. Paz, Euzebio Sudre Neto, Hugo Alvarado, Ana R. Ramos, Linda Suzanne Hackett, Ruddy Abreau, Marco Almeida, Rodrigo Montemor, Laureano Arellano, Aaron Ataide, Rosane Cruz, Omar Quinonez, Carlos C. DeJesus, Bilkish Sunesara, Andres Bolivar Estevez, Jose Lopez, Ana Rosa Lopez, Frantz Balan, Marcelo DaSilva, Gladys Alvarado, And a Defendant Class of Net Winners. Fee Amount $350. (Attachments: # 1 Adversary Proceeding Cover Sheet) Nature of Suit(12 (Recovery of money/property – 547 preference)),(13 (Recovery of money/property – 548 fraudulent transfer)),(91 (Declaratory judgment)).

BECAUSE OF THE CONCERNS ABOUT COVID–19, ALL PARTICIPANTS, INCLUDING ATTORNEYS, THE DEBTOR(S), WITNESSES, AFFIANTS, AND OTHER ATTENDEES SHALL APPEAR BY TELEPHONE AND MAY NOT APPEAR IN PERSON. TO APPEAR TELEPHONICALLY, ATTENDEES SHALL, AT THE APPOINTED TIME OF HEARING, DIAL (877) 336–1839 AND ENTER ACCESS CODE 7925100.

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013–1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney,

    you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071–1.

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date:9/10/21                                                                                                  By the Court,

                                                                                                <u>Mary Murray</u>
                                                                                                Deputy Clerk
                                                                                                617–748–5350

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.