United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-fjb

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-4 | User: mem | Page 1 of 2 |
| Date Rcvd: Sep 10, 2021 | Form ID: aphrg | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion01.WO.ECF@usdoj.gov | Sep 10 2021 21:43:58 | Richard King, Office of US. Trustee, 446 Main Street, 14th Floor, Worcester, MA 01608-2361 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 12, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew G. Lizotte | on behalf of Plaintiff Stephen B. Darr agl@murphyking.com bankruptcy@murphyking.com;tlombardi@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com |
| Charles R. Bennett, Jr. | on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com |
| Elton Watkins, III | on behalf of Defendant Milagros Adames watkinslaw@comcast.net |
| Elton Watkins, III | |

| | | |
|---|---|---|
| District/off: 0101-4 | User: mem | Page 2 of 2 |
| Date Rcvd: Sep 10, 2021 | Form ID: aphrg | Total Noticed: 1 |

|  |  |
|---|---|
| | on behalf of Defendant Ricardo Fabin watkinslaw@comcast.net |
| Evans J. Carter | |
| | on behalf of Defendant Bilkish Sunesara ejcatty1@verizon.net |
| Gary W. Cruickshank | |
| | on behalf of Defendant Jose Miguel Filho gwc@cruickshank-law.com  cruickshankgr87938@notify.bestcase.com |
| Hilary Schultz | |
| | on behalf of Defendant Bruno Graziani hschultz@engelschultz.com |
| Ilyas J. Rona | |
| | on behalf of Defendant Frantz Balan ijr@mrdklaw.com  gnc@mrdklaw.com,kae@mrdklaw.com |
| Ilyas J. Rona | |
| | on behalf of Defendant Julio Silva ijr@mrdklaw.com  gnc@mrdklaw.com,kae@mrdklaw.com |
| James P. Ehrhard | |
| | on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com  cote@ehrhardlaw.com |
| Jordan L. Shapiro | |
| | on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com |
| Jordan L. Shapiro | |
| | on behalf of Intervenor-Defendant Rahima Boughalem JSLAWMA@aol.com |
| Maksim Nemtsev | |
| | on behalf of Defendant Daniil Shoyfer menemtsev@gmail.com |
| Matthew Shayefar | |
| | on behalf of Defendant Timex Research Consulting Inc. matt@bostonlawgroup.com |
| Matthew Shayefar | |
| | on behalf of Defendant New Generation Med Supply Inc. matt@bostonlawgroup.com |
| Michael K. O'Neil | |
| | on behalf of Plaintiff Stephen B. Darr mko@rathlaw.com  fam@rathlaw.com |
| Michael M. McArdle | |
| | on behalf of Defendant Ruddy Abreau mike@mcardlelaw.com  morgan@mcardlelaw.com |
| Michael M. McArdle | |
| | on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com  morgan@mcardlelaw.com |
| Valentin D. Gurvits | |
| | on behalf of Defendant New Generation Med Supply Inc. vgurvits@bostonlawgroup.com |
| Valentin D. Gurvits | |
| | on behalf of Defendant Timex Research Consulting Inc. vgurvits@bostonlawgroup.com |
| Wendy M. Mead | |
| | on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Lan Lan Ji wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Hugo Alvarado wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Benjamin Argueta wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Roberto Nunez wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Gladys Alvarado wendymeadpc@verizon.net |

TOTAL: 28

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re    Telexfree, LLC | Related Bankruptcy Case: 14−40987 |
| | Chapter 11 |
| Debtor | Judge Frank J. Bailey |
| | |
| Stephen B. Darr | Adversary Proceeding: 16−04006 |
| Plaintiff | |
| vs. | |
| Benjamin Argueta, et al | |
| Defendant | |

### NOTICE OF CASE MANAGEMENT CONFERENCE

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **9/30/21 at 09:30 AM** before the Honorable Judge Frank J. Bailey, Courtroom 1, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109−3945 to consider the following:

TELEPHONIC CASE MANAGEMENT CONFERENCE

[1] Complaint by Stephen B. Darr against Benjamin Argueta, Alexandro Rocha, Jose Neto, Julio C. Paz, Euzebio Sudre Neto, Hugo Alvarado, Ana R. Ramos, Linda Suzanne Hackett, Ruddy Abreau, Marco Almeida, Rodrigo Montemor, Laureano Arellano, Aaron Ataide, Rosane Cruz, Omar Quinonez, Carlos C. DeJesus, Bilkish Sunesara, Andres Bolivar Estevez, Jose Lopez, Ana Rosa Lopez, Frantz Balan, Marcelo DaSilva, Gladys Alvarado, And a Defendant Class of Net Winners. Fee Amount $350. (Attachments: # 1 Adversary Proceeding Cover Sheet) Nature of Suit(12 (Recovery of money/property − 547 preference)),(13 (Recovery of money/property − 548 fraudulent transfer)),(91 (Declaratory judgment)).

BECAUSE OF THE CONCERNS ABOUT COVID−19, ALL PARTICIPANTS, INCLUDING ATTORNEYS, THE DEBTOR(S), WITNESSES, AFFIANTS, AND OTHER ATTENDEES SHALL APPEAR BY TELEPHONE AND MAY NOT APPEAR IN PERSON. TO APPEAR TELEPHONICALLY, ATTENDEES SHALL, AT THE APPOINTED TIME OF HEARING, DIAL (877) 336−1839 AND ENTER ACCESS CODE 7925100.

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013−1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **<u>Your rights may be affected.</u>** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney,

   you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071–1.

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date:9/10/21                                                                                          By the Court,

                                                                                                      <u>Mary Murray</u>
                                                                                                      Deputy Clerk
                                                                                                      617−748−5350

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748−5314 or (866) 419−5695 (toll free) for a recorded message.