

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br> TELEXFREE, LLC, *et al.*, <br>    Debtors <br><br> STEPHEN B. DARR, <br>    Plaintiff, <br><br> *v.* <br><br> ANA ROSA LOPEZ, et al., <br>    Defendants | Ch. 11 <br> 14-40987-FJB <br><br> Jointly Administered <br><br> Adversary Proceeding <br> 16-04006-FJB |

**Order**

**MATTER:**

Telephonic Case Management Conference:
#1 Complaint by Stephen B. Darr against Benjamin Argueta, Alexandro Rocha, Jose Neto, Julio C. Paz, Euzebio Sudre Neto, Hugo Alvarado, Ana R. Ramos, Linda Suzanne Hackett, Ruddy Abreau, Marco Almeida, Rodrigo Montemor, Laureano Arellano, Aaron Ataide, Rosane Cruz, Omar Quinonez, Carlos C. DeJesus, Bilkish Sunesara, Andres Bolivar Estevez, Jose Lopez, Ana Rosa Lopez, Frantz Balan, Marcelo DaSilva, Gladys Alvarado, And a Defendant Class of Net Winners.

By Wednesday, September 29, 2021 at 12:00 noon, the Plaintiff shall submit a proposed agenda for the Case Management Conference scheduled for Thursday, September 30, 2021. And by Thursday, September 30, 2021 at 9:00 a.m., the Defendants shall file any proposed supplement to the Plaintiff's proposed agenda.

Dated: 9/27/2021

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge