# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>        Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-FJB<br>14-40988-FJB<br>14-40989-FJB<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>        Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br>        Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>        Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br>        Defendants. | Adversary Proceeding<br>No. 16-4007 |

## PROPOSED AGENDA WITH REGARD TO
## MOTION BY LIQUIDATING TRUSTEE TO SCHEDULE CASE MANAGEMENT
## CONFERENCE RESPECTING SUPPLEMENTATION OF EXPERT REPORTS

To the Honorable Frank J. Bailey, United States Bankruptcy Judge:

Stephen B. Darr, formerly the Chapter 11 Trustee and now the Liquidating Trustee (the "Trustee") of the Reorganized Debtors TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc. (collectively, the "Debtors" or "TelexFree"), respectfully submits this proposed

agenda for the Case Management Conference to be held on September 30, 2021 with regard to the *Motion by Liquidating Trustee to Schedule Case Management Conference Respecting Supplementation of Expert Reports* (the "Motion"), in accordance with the order of the Court dated September 27, 2021.

### Background

The issue of liability of net winners was established by the entry of the order approving the Trustee's Ponzi motion. By Order dated November 25, 2015, as amended on December 21, 2015, the Court found as the law of the case that the Debtors had engaged in a Ponzi and pyramid scheme. As such, the Ponzi Presumption is applicable – TelexFree was presumed to be insolvent on the relevant dates and any net winnings were presumptively fraudulent transfers. The sole remaining issue in the adversary proceeding is the calculation of damages as to the Ponzi scheme's net winners.

Pursuant to the Motion, the Trustee requests that the Court enter a Scheduling Order to, *inter alia*, set dates for the supplementation of expert reports to address the issues raised by the Court (Hoffman, J.) in the *Memorandum of Decision* ("Decision") *on Class Defendants' Motion to Exclude Expert Witness Testimony of Timothy Martin* ("Exclusion Motion"). A copy of the Proposed Scheduling Order is appended to the Motion.

### Agenda

At the Case Management Conference, the Trustee requests that a Scheduling Order enter directing the parties as follows:

(i) The Trustee shall deliver his supplemental expert report to the Defendants within sixty (60) days of entry of the Scheduling Order;

(ii) The Defendants shall deliver any reply expert report within ninety (90) days of receipt of the Trustee's supplemental expert report;

2

Case 16-04006    Doc 397    Filed 09/29/21    Entered 09/29/21 09:01:26    Desc Main
Document      Page 3 of 3

(iii) If the Trustee deems necessary, he shall deliver a rebuttal expert report within twenty (20) days after receipt of the Defendant's reply report;

(iv) The parties shall complete all expert depositions within twenty (20) days from Defendants' receipt of the Trustee's rebuttal report or the Trustee's statement that he does not intend to submit a rebuttal report;

(v) The parties shall jointly file a status report with the Court within twenty (20) days of completion of expert depositions.

Because there are more than 90,000 net winners based upon the Trustee's current computations, the establishment of an accepted methodology for computing net winner/net loser status as to each Participant will advance the adversary proceeding in the most expeditious manner and will conserve the resources of the Court and the parties.

STEPHEN B. DARR,
LIQUIDATING TRUSTEE,
By his attorneys,

*/s/ Andrew G. Lizotte*
Charles R. Bennett, Jr. (BBO #037380)
Andrew G. Lizotte (BBO #559609)
Murphy & King, Professional Corporation
28 State Street, Suite 3101
Boston, MA 02109
Telephone: (617) 423-0400
Facsimile: (617) 423-0498
Email: ALizotte@murphyking.com

Dated: September 29, 2021
801971