

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> TELEXFREE, LLC, *et al.,* <br>　Debtors <br><br> STEPHEN B. DARR, <br> 　Plaintiff, <br><br> v. <br><br> ANA ROSA LOPEZ, et al., <br> 　Defendants | Ch. 11 <br> 14-40987-FJB <br><br> Jointly Administered <br><br> Adversary Proceeding <br> 16-04006-FJB |

**Proceeding Memorandum and Order**

**MATTER:**

Telephonic Case Management Conference:
#1 Complaint by Stephen B. Darr against Benjamin Argueta, Alexandro Rocha, Jose Neto, Julio C. Paz, Euzebio Sudre Neto, Hugo Alvarado, Ana R. Ramos, Linda Suzanne Hackett, Ruddy Abreau, Marco Almeida, Rodrigo Montemor, Laureano Arellano, Aaron Ataide, Rosane Cruz, Omar Quinonez, Carlos C. DeJesus, Bilkish Sunesara, Andres Bolivar Estevez, Jose Lopez, Ana Rosa Lopez, Frantz Balan, Marcelo DaSilva, Gladys Alvarado, And a Defendant Class of Net Winners. (Bennett, Charles)

**Decision set forth more fully as follows:**

Telephonic Case Management Conference held on 9/30/2021. The Court shall treat [#389] Motion filed by Liquidating Trustee Stephen B. Darr to Schedule Case Management Conference Respecting Supplementation of Expert Reports as a Motion by Liquidating Trustee Stephen B. Darr to File Supplemental Expert Designation and Report (the "Motion"). The Motion shall be heard on November 23, 2021, at 11:30 A.M. in person in Courtroom #1, 12th Floor, 5 Post Office Square, Boston, MA 02109. The Defendants are directed to file any opposition to the Motion by 4:30 P.M. on November 1, 2021 by 4:30 P.M. and the Plaintiff's reply, if any, shall be filed on or before November 16, 2021, by 4:30 P.M.

Dated: 9/30/2021

By the Court,

Frank J. Bailey
United States Bankruptcy Judge