United States Bankruptcy Court

District of Massachusetts

Darr,

    Plaintiff

                                                                           Adv. Proc. No. 16-04006-fjb

Argueta,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0101-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 01, 2021 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion01.WO.ECF@usdoj.gov | Oct 01 2021 22:35:04 | Richard King, Office of US. Trustee, 446 Main Street, 14th Floor, Worcester, MA 01608-2361 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew G. Lizotte | on behalf of Plaintiff Stephen B. Darr agl@murphyking.com bankruptcy@murphyking.com;tlombardi@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com |
| Charles R. Bennett, Jr. | on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com |
| Elton Watkins, III | on behalf of Defendant Milagros Adames watkinslaw@comcast.net |
| Elton Watkins, III | |

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 01, 2021 | Form ID: pdf012 | Total Noticed: 1 |

on behalf of Defendant Ricardo Fabin watkinslaw@comcast.net

Evans J. Carter

on behalf of Defendant Bilkish Sunesara ejcatty1@verizon.net

Gary W. Cruickshank

on behalf of Defendant Jose Miguel Filho gwc@cruickshank-law.com  cruickshankgr87938@notify.bestcase.com

Hilary Schultz

on behalf of Defendant Bruno Graziani hschultz@engelschultz.com

Ilyas J. Rona

on behalf of Defendant Frantz Balan ijr@mrdklaw.com  gnc@mrdklaw.com,kae@mrdklaw.com

Ilyas J. Rona

on behalf of Defendant Julio Silva ijr@mrdklaw.com  gnc@mrdklaw.com,kae@mrdklaw.com

James P. Ehrhard

on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com  cote@ehrhardlaw.com

Jordan L. Shapiro

on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com

Jordan L. Shapiro

on behalf of Intervenor-Defendant Rahima Boughalem JSLAWMA@aol.com

Maksim Nemtsev

on behalf of Defendant Daniil Shoyfer menemtsev@gmail.com

Matthew Shayefar

on behalf of Defendant Timex Research Consulting Inc. matt@bostonlawgroup.com

Matthew Shayefar

on behalf of Defendant New Generation Med Supply Inc. matt@bostonlawgroup.com

Michael K. O'Neil

on behalf of Plaintiff Stephen B. Darr mko@rathlaw.com  fam@rathlaw.com

Michael M. McArdle

on behalf of Defendant Ruddy Abreau mike@mcardlelaw.com  morgan@mcardlelaw.com

Michael M. McArdle

on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com  morgan@mcardlelaw.com

Valentin D. Gurvits

on behalf of Defendant New Generation Med Supply Inc. vgurvits@bostonlawgroup.com

Valentin D. Gurvits

on behalf of Defendant Timex Research Consulting Inc. vgurvits@bostonlawgroup.com

Wendy M. Mead

on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net

Wendy M. Mead

on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net

Wendy M. Mead

on behalf of Defendant Lan Lan Ji wendymeadpc@verizon.net

Wendy M. Mead

on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net

Wendy M. Mead

on behalf of Defendant Hugo Alvarado wendymeadpc@verizon.net

Wendy M. Mead

on behalf of Defendant Benjamin Argueta wendymeadpc@verizon.net

Wendy M. Mead

on behalf of Defendant Roberto Nunez wendymeadpc@verizon.net

Wendy M. Mead

on behalf of Defendant Gladys Alvarado wendymeadpc@verizon.net

TOTAL: 28



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

TELEXFREE, LLC, *et al.,*
    Debtors

STEPHEN B. DARR,
    Plaintiff,

*v.*

ANA ROSA LOPEZ, et al.,
    Defendants

Ch. 11
14-40987-FJB

Jointly Administered

Adversary Proceeding
16-04006-FJB

### Proceeding Memorandum and Order

**MATTER:**
Telephonic Case Management Conference:
#1 Complaint by Stephen B. Darr against Benjamin Argueta, Alexandro Rocha, Jose Neto, Julio C. Paz, Euzebio Sudre Neto, Hugo Alvarado, Ana R. Ramos, Linda Suzanne Hackett, Ruddy Abreau, Marco Almeida, Rodrigo Montemor, Laureano Arellano, Aaron Ataide, Rosane Cruz, Omar Quinonez, Carlos C. DeJesus, Bilkish Sunesara, Andres Bolivar Estevez, Jose Lopez, Ana Rosa Lopez, Frantz Balan, Marcelo DaSilva, Gladys Alvarado, And a Defendant Class of Net Winners.  (Bennett, Charles)

**Decision set forth more fully as follows:**
Telephonic Case Management Conference held on 9/30/2021.  The Court shall treat [#389] Motion filed by Liquidating Trustee Stephen B. Darr to Schedule Case Management Conference Respecting Supplementation of Expert Reports as a Motion by Liquidating Trustee Stephen B. Darr to File Supplemental Expert Designation and Report (the "Motion").  The Motion shall be heard on November 23, 2021, at 11:30 A.M. in person in Courtroom #1, 12th Floor, 5 Post Office Square, Boston, MA 02109. The Defendants are directed to file any opposition to the Motion by 4:30 P.M. on November 1, 2021 by 4:30 P.M. and the Plaintiff's reply, if any, shall be filed on or before November 16, 2021, by 4:30 P.M.

Dated: 9/30/2021

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge