# Exhibit A.



Ilyas Rona <ijr@mrdklaw.com>

## Experts

**Ilyas Rona** <ijr@mrdklaw.com>  Tue, Aug 29, 2017 at 4:24 PM
To: "Charles R. Bennett" <cbennett@murphyking.com>, "Andrew G. Lizotte" <ALizotte@murphyking.com>
Cc: Michael Duran <mjd@mrdklaw.com>

Charles and Andrew,

StoneTurn is pretty close to being ready to disclose its findings but we were wondering if we could get a little more time (2-3 weeks).

The extra time might also allow us to discuss procedural questions that have arisen on our side about the format or manner in which the disclosures should take place. The order refers to a "report," but a formal Rule 26 report will take considerable more time and add additional cost, which I am hoping to avoid.

Could we have a call tomorrow or Thursday to discuss timing and format of our expert disclosures? Recognizing that what is good for the goose is good for the gander, whatever seems appropriate would obviously apply to Huron as well.

One suggestion is for the reports to be more informal, perhaps in a powerpoint similar to the one Huron prepared in the Merrill case.  Another idea is for StoneTurn to present its findings to Huron in person before formal disclosure, to give both sides the opportunity to give constructive feedback before formal reports are exchanged. Huron could do the same afterwards.

I welcome any thoughts you may have in this regard. Let me know when you are available to talk.

Regards,

Ilyas J. Rona, Esq.
**MILLIGAN RONA DURAN & KING** LLC
50 Congress Street, Suite 600
Boston, Massachusetts 02109
Main: (617) 395-9570 | Direct: (617) 395-9573

mrdklaw.com

Confidentiality Notice: This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient we apologize for any inconvenience and ask that you inform me of the error by reply email or phone call, and delete all copies of the message and any attachments. Thank you.