# Exhibit B.



Ilyas Rona <ijr@mrdklaw.com>

---

## TelexFree Experts

---

**Ilyas Rona** <ijr@mrdklaw.com>  Thu, Aug 31, 2017 at 1:32 PM
To: "Andrew G. Lizotte" <ALizotte@murphyking.com>, "Charles R. Bennett" <cbennett@murphyking.com>
Cc: Michael Duran <mjd@mrdklaw.com>

Charles and Andrew,

I appreciate you both speaking with us yesterday. We discussed deferring the issue of formal Rule 26 expert reports in favor of a more informal, in-person presentation to see if we can determine the areas where StoneTurn and Huron agree and whether additional analysis will be needed.  Based on the outcome, we will then discuss exact timing and scope of the Rule 26 reports.  Ultimately, I believe we will need to put something in front of the judge, but for now it will be sufficient if you could confirm that your understanding of the above is in accord, or feel free to make any necessary corrections of qualifications.

In any event, and per our conversation, I spoke to StoneTurn and they could make a presentation on September 12 or 13. They think 2 hours should be sufficient but depending on how the meeting goes, maybe we want to block out 3 hours so that there is time for Q&A. We have the fee hearing on the 13th, so perhaps the 12th is better but the afternoon of the 13th would certainly be an option.

Please confirm your understanding that this is how we are proceeding and then let me know about the 12th or the afternoon of the 13th.

Best regards,

Ilyas J. Rona, Esq.
**MILLIGAN RONA DURAN & KING** LLC
50 Congress Street, Suite 600
Boston, Massachusetts 02109
Main: (617) 395-9570 | Direct: (617) 395-9573



mrdklaw.com

Confidentiality Notice: This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient we apologize for any inconvenience and ask that you inform me of the error by reply email or phone call, and delete all copies of the message and any attachments. Thank you.