# Exhibit C.



Ilyas Rona <ijr@mrdklaw.com>

## RE: TelexFree Experts

**Andrew G. Lizotte** <ALizotte@murphyking.com>  Tue, Sep 5, 2017 at 7:13 AM
To: Ilyas Rona <ijr@mrdklaw.com>, Stephen Darr <sdarr@huronconsultinggroup.com>
Cc: "Charles R. Bennett" <CBennett@murphyking.com>, Michael Duran <mjd@mrdklaw.com>, Timothy Martin <tmartin@huronconsultinggroup.com>, Joshua Dennis <jdennis@stoneturn.com>, Patrick Ryan <pryan@stoneturn.com>

Hearing no other objection to the timing, let's schedule this for 1:00 on September 15 at Murphy & King.

Please send me a list of attendees for security.  Thank you.

### Andrew Lizotte

**Tel** 617-423-0400

**Fax** 617-556-8985

**Email**    ALizotte@murphyking.com



One Beacon Street, 21st Floor, Boston, MA  02108

T:(617) 423-0400  F: (617) 423-0498

www.murphyking.com

**From:** Ilyas Rona [mailto:ijr@mrdklaw.com]
**Sent:** Friday, September 1, 2017 2:18 PM
**To:** Stephen Darr <sdarr@huronconsultinggroup.com>
**Cc:** Andrew G. Lizotte <ALizotte@murphyking.com>; Charles R. Bennett <CBennett@murphyking.com>; Michael Duran <mjd@mrdklaw.com>; Timothy Martin <tmartin@huronconsultinggroup.com>; Joshua Dennis <jdennis@stoneturn.com>; Patrick Ryan <pryan@stoneturn.com>
**Subject:** Re: TelexFree Experts

Thanks, Stephen. Does that work for everyone at Huron and Murphy & King? Assuming it does, let's book it for 1 pm as Patrick is coming up from NYC. Also, I think StoneTurn could host but we are also willing to go to Murphy & King if that is most convenient for everyone.

Please let me know and have a good weekend!

Ilyas J. Rona, Esq.

**MILLIGAN RONA DURAN & KING** LLC

50 Congress Street, Suite 600

Boston, Massachusetts 02109

Main: (617) 395-9570 | Direct: (617) 395-9573

mrdklaw.com

Confidentiality Notice: This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient we apologize for any inconvenience and ask that you inform me of the error by reply email or phone call, and delete all copies of the message and any attachments. Thank you.

On Fri, Sep 1, 2017 at 10:32 AM, Stephen Darr <sdarr@huronconsultinggroup.com> wrote:

> 15th is fine.
>
> Sent from my iPhone
>
> On Sep 1, 2017, at 8:33 AM, Ilyas J. Rona <ijr@mrdklaw.com> wrote:
>
>> Andrew,
>>
>> Stoneturn has a conflict on the 14th. How about the 15th? If that doesn't work, could each side offer a slate of dates for the following two weeks.
>>
>> Regards,
>>
>> Ilyas J. Rona
>>
>> On Aug 31, 2017, at 4:10 PM, Andrew G. Lizotte <ALizotte@murphyking.com> wrote:
>>
>>> Ilyas, this protocol is fine for now.  Steve Darr is unavailable 9/12 or 9/13 but can make 9/14.
>>>
>>> Please advise.  Thanks.
>>>
>>> **Andrew Lizotte**
>>>
>>> **Tel** 617-423-0400
>>>
>>> **Fax** 617-556-8985
>>>
>>> **Email**   ALizotte@murphyking.com
>>>
>>> 
>>>
>>> One Beacon Street, 21st Floor, Boston, MA  02108

T:(617) 423-0400  F: (617) 423-0498

www.murphyking.com

**From:** Ilyas Rona [mailto:ijr@mrdklaw.com]
**Sent:** Thursday, August 31, 2017 1:33 PM
**To:** Andrew G. Lizotte <ALizotte@murphyking.com>; Charles R. Bennett <CBennett@murphyking.com>
**Cc:** Michael Duran <mjd@mrdklaw.com>
**Subject:** TelexFree Experts

Charles and Andrew,

I appreciate you both speaking with us yesterday. We discussed deferring the issue of formal Rule 26 expert reports in favor of a more informal, in-person presentation to see if we can determine the areas where StoneTurn and Huron agree and whether additional analysis will be needed. Based on the outcome, we will then discuss exact timing and scope of the Rule 26 reports. Ultimately, I believe we will need to put something in front of the judge, but for now it will be sufficient if you could confirm that your understanding of the above is in accord, or feel free to make any necessary corrections of qualifications.

In any event, and per our conversation, I spoke to StoneTurn and they could make a presentation on September 12 or 13. They think 2 hours should be sufficient but depending on how the meeting goes, maybe we want to block out 3 hours so that there is time for Q&A. We have the fee hearing on the 13th, so perhaps the 12th is better but the afternoon of the 13th would certainly be an option.

Please confirm your understanding that this is how we are proceeding and then let me know about the 12th or the afternoon of the 13th.

Best regards,

Ilyas J. Rona, Esq.

**MILLIGAN RONA DURAN & KING** LLC

50 Congress Street, Suite 600

Boston, Massachusetts 02109

Main: (617) 395-9570 | Direct: (617) 395-9573

<image002.jpg>

mrdklaw.com

Confidentiality Notice: This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient we apologize for any inconvenience and ask that you inform me of the error by reply email or phone call, and delete all copies of the message and any attachments. Thank you.

\---------------------------

> This e-mail message and any attachments are confidential and may be privileged. If you are not the intended recipient please notify Murphy & King, P.C. immediately -- by replying to this message or by sending a message to postmaster@murphyking.com -- and destroy all copies of this message and any attachments. Thank you. For more information about Murphy & King, P.C., please visit us at http://www.murphyking.com Pursuant to IRS Circular 230, please be advised that, to the extent this communication (and any attachments) contains any tax advice, it is not intended to be, and cannot be used, for purposes of avoiding penalties under the Internal Revenue Code.
>
> \---------------------------

DISCLAIMER:

The information transmitted in this e-mail message and attachments, if any, may be attorney-client information, including privileged and confidential matter, and is intended only for the use of the individual or entity named above. Distribution to, or review by, unauthorized persons is strictly prohibited. All personal messages express views solely of the sender, which are not to be attributed to any organization. If you have received this transmission in error, immediately notify the sender and permanently delete this transmission including attachments.

\---------------------------

This e-mail message and any attachments are confidential and may be privileged. If you are not the intended recipient please notify Murphy & King, P.C. immediately -- by replying to this message or by sending a message to postmaster@murphyking.com -- and destroy all copies of this message and any attachments. Thank you. For more information about Murphy & King, P.C., please visit us at http://www.murphyking.com Pursuant to IRS Circular 230, please be advised that, to the extent this communication (and any attachments) contains any tax advice, it is not intended to be, and cannot be used, for purposes of avoiding penalties under the Internal Revenue Code.

\---------------------------