# Exhibit E.



Ilyas Rona <ijr@mrdklaw.com>

## Stoneturn

**Andrew G. Lizotte** <ALizotte@murphyking.com>  Fri, Sep 29, 2017 at 4:15 PM
To: Ilyas Rona <ijr@mrdklaw.com>
Cc: "Charles R. Bennett" <CBennett@murphyking.com>, Timothy Martin <tmartin@huronconsultinggroup.com>

Ilyas, my recollection is that Stoneturn was going to make their net winner analysis electronically available for review by Huron so that the experts can then compare findings.  Can you provide a time estimate for this?  We understand that the same principles would apply as to the materials earlier provided by Huron, i.e., that they would not be used for cross examination, rebuttal or otherwise but are produced to facilitate clarification of the issues.

Please let us know.  Thanks.

### Andrew Lizotte

**Tel** 617-423-0400

**Fax** 617-556-8985

**Email**    ALizotte@murphyking.com



One Beacon Street, 21st Floor, Boston, MA  02108

T:(617) 423-0400  F: (617) 423-0498

www.murphyking.com

---------------------------
This e-mail message and any attachments are confidential and may be privileged. If you are not the intended recipient please notify Murphy & King, P.C. immediately -- by replying to this message or by sending a message to postmaster@murphyking.com -- and destroy all copies of this message and any attachments. Thank you. For more information about Murphy & King, P.C., please visit us at
http://www.murphyking.com

---------------------------