# Exhibit F.



Ilyas Rona <ijr@mrdklaw.com>

## Re: Stoneturn

**Ilyas Rona** <ijr@mrdklaw.com>                                                                Thu, Oct 5, 2017 at 11:58 AM
To: "Andrew G. Lizotte" <ALizotte@murphyking.com>
Cc: "Charles R. Bennett" <CBennett@murphyking.com>, Timothy Martin <tmartin@huronconsultinggroup.com>, Michael Duran <mjd@mrdklaw.com>

Charlie and Andrew:

We are willing to provide the electronic files that Stoneturn presented. We will determine the best way to get the files to you. We are in agreement that these informal transfers should not be used for cross examination at this stage. Of course, I think at some point materials will have to be made available that can be use for cross examination, but we can address this down the road.

Also, I would like to follow up on a matter that we raised earlier, which is Stoneturn's desire to get a fee application in. As I understand it, we are permitted to utilize $87.5K in estate fund for experts in the domestic case and $60K in the international. Given that it is proving to be difficult to apportion the work that Stoneturn has done thus far between the two adversary proceedings, we would like to know if the Trustee has any objection to Stoneturn seeking compensation for its work in a pro rata allocation (i.e. 59% domestic/41% international). Under this approach, Stoneturn's application, which I believe is in the neighborhood of roughly $120K, would break down to $71K in the domestic case and $48K in the international. We would be interested in hearing the Trustee's position on this approach as soon as possible.

A final note: we'll make sure to have Stoneturn file its next fee application at the same time we file ours, to reduce the cost and burden on the Trustee.  We apologize for the separate applications this time around.

Regards,

Ilyas J. Rona, Esq.
**MILLIGAN RONA DURAN & KING** LLC
50 Congress Street, Suite 600
Boston, Massachusetts 02109
Main: (617) 395-9570 | Direct: (617) 395-9573

mrdklaw.com

Confidentiality Notice: This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient we apologize for any inconvenience and ask that you inform me of the error by reply email or phone call, and delete all copies of the message and any attachments. Thank you.

On Fri, Sep 29, 2017 at 4:15 PM, Andrew G. Lizotte <ALizotte@murphyking.com> wrote:

> Ilyas, my recollection is that Stoneturn was going to make their net winner analysis electronically available for review by Huron so that the experts can then compare findings.  Can you provide a time estimate for this?  We understand that the same principles would apply as to the materials earlier provided by Huron, i.e., that they would not be used for cross examination, rebuttal or otherwise but are produced to facilitate clarification of the issues.
>
> Please let us know.  Thanks.
>
> ## Andrew Lizotte
>
> **Tel** 617-423-0400
>
> **Fax** 617-556-8985

**Email**   ALizotte@murphyking.com

**MK | Murphy&King** Professional Corporation Counsellors at Law

One Beacon Street, 21st Floor, Boston, MA  02108

T:(617) 423-0400  F: (617) 423-0498

www.murphyking.com

---------------------------
This e-mail message and any attachments are confidential and may be privileged. If you are not the intended recipient please notify Murphy & King, P.C. immediately -- by replying to this message or by sending a message to postmaster@murphyking.com -- and destroy all copies of this message and any attachments. Thank you. For more information about Murphy & King, P.C., please visit us at http://www.murphyking.com

---------------------------