# Exhibit G.



Ilyas Rona <ijr@mrdklaw.com>

## TelexFree

**Ilyas Rona** <ijr@mrdklaw.com>  Fri, Oct 20, 2017 at 4:44 PM
To: "Andrew G. Lizotte" <ALizotte@murphyking.com>, "Charles R. Bennett" <cbennett@murphyking.com>
Cc: Michael Duran <mjd@mrdklaw.com>

Charles and Andrew,

I am following up on the expert issues previously discussed. First, per our prior discussions, we are making available the three preliminary work files Stoneturn has identified. These can be securely downloaded from the link below. These files include: (i) Case Study Net Equity and Transfer Detail_9-15-17.xlsx; (ii) Top Winner-Loser Acct Aggregation_9-15-17.xlsx; and (iii) Summary of Net Equity Testing_9-15-17.docx.

As previously agreed, these files are preliminary work product intended for settlement discussion purposes only. These files are not intended, nor should they be construed, as any opinion or suggestion as to a corrected/accurate methodology of determining net equity for TelexFree participants.

*Files can be securely downloaded here:*  https://stoneturn.sharefile.com/d-sbe5b8849c0d46838

If you have any questions or problems with the downloads, please let me know.

Also, have you had a chance to discuss our proposal to simplify Stoneturn's impending fee application by simply having them allocate the work proportionally across the two matters, without having to go through the laborious task of assigning each time entry to each matter? This is my understanding of how Huron does it, and so long as they aggregate amounts sought do not exceed the aggregate amounts approved by the court, we don't see a problem. However, we would obviously like to hear from the Trustee before we submit.

Regards,

Ilyas J. Rona, Esq.
**MILLIGAN RONA DURAN & KING** LLC
50 Congress Street, Suite 600
Boston, Massachusetts 02109
Main: (617) 395-9570 | Direct: (617) 395-9573



mrdklaw.com

Confidentiality Notice: This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient we apologize for any inconvenience and ask that you inform me of the error by reply email or phone call, and delete all copies of the message and any attachments. Thank you.