# Exhibit H.



# TELEXFREE
# ANALYSIS OF DAMAGES

March 9, 2017

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.

# TELEXFREE
# ANALYSIS OF DAMAGES

**1** | Executive Summary

**2** | Losses and Geographical Distribution of Victims

**3** | Methodology

**4** | Net Loss Calculation

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.

**HURON**

2



**1**

# EXECUTIVE SUMMARY

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.

**3**

**⌐l HURON**

# EXECUTIVE SUMMARY

+ TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc. (together "<u>TelexFree</u>") filed for bankruptcy protection in the United States on April 13, 2014.  On June 6, 2014 Stephen Darr was appointed as Chapter 11 trustee (the "<u>TelexFree Trustee</u>") to the TelexFree estates.

+ Ympactus Comercial Ltda. ("<u>Ympactus</u>" and together with TelexFree, "<u>TelexFree Combined</u>") operated primarily in Brazil and was shut down by Brazilian authorities in June 2013.

+ The TelexFree Trustee's responsibilities do not extend to Ympactus.   For this reason, non-TelexFree related information included in this presentation has not been subject to the same level of analysis as information related to TelexFree.

**4**   © 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



# EXECUTIVE SUMMARY

+ There are approximately 2.1 million individuals who participated in TelexFree Combined ("<u>Participants</u>").[1]  Of these,1,887,000 "invested" more money in TelexFree Combined than was received ("<u>Victims</u>").  These Victims experienced losses totaling approximately $3.45 billion.

| Entity | Number of Victims[2] | Amount of Losses | Average Loss |
|---|---|---|---|
| TelexFree | 954,284 | $  1,727,034,384 | $  1,810 |
| Plus: Ympactus | 958,990 | 1,724,996,638 | 1,799 |
| TelexFree Combined | 1,886,631 | $  3,452,031,022 | $  1,830 |

+ TelexFree alone had approximately 954,000 Victims who lost approximately $1.7 billion.
  - 170,000 Victims are located in the United States.

  - 41,000 Victims are located in Massachusetts.

1: Number of Participants excludes those who did not have a promoter package or more than one VoIP package.

2: Total does not sum as 26,643 Victims had User Accounts belonging to both TelexFree and Ympactus.  For the purpose of this analysis the number of Victims and losses associated with TelexFree and Ympactus are included with their respective entities.

3: TelexFree's systems did not have validation features to ensure that country codes/abbreviations, (e.g., US for Unites States, CO for Colombia, IT for Italy, etc…) entered by Participants were real country codes or that the country codes were consistent with the city and state entered.

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



# EXECUTIVE SUMMARY

+ Victims of TelexFree Combined lost an average of $1,830.  These losses are stratified below.

| Net Losses | | Number of Victims | Amount of Losses | Percent of Losers | | Average Loss Experienced |
| --- | --- | --- | --- | --- | --- | --- |
| Greater Than or Equal to | Less than | | | Discrete | Cumulative | |
| $          - | $        100 | 147,370 | $      11,958,795 | 7.81% | 7.81% | $          81 |
| 100 | 500 | 447,720 | 137,398,200 | 23.73% | 31.54% | 307 |
| 500 | 1,000 | 171,015 | 130,403,060 | 9.06% | 40.61% | 763 |
| 1,000 | 5,000 | 1,003,063 | 1,818,484,032 | 53.17% | 93.77% | 1,813 |
| 5,000 | 10,000 | 69,890 | 480,618,403 | 3.70% | 97.48% | 6,877 |
| 10,000 | 25,000 | 41,416 | 597,958,861 | 2.20% | 99.67% | 14,438 |
| 25,000 | 50,000 | 4,842 | 160,264,795 | 0.26% | 99.93% | 33,099 |
| 50,000 | 100,000 | 1,054 | 69,376,125 | 0.06% | 99.99% | 65,822 |
| 100,000 | 250,000 | 230 | 31,498,450 | 0.01% | 100.00% | 136,950 |
| 250,000 | 500,000 | 23 | 8,085,755 | 0.00% | 100.00% | 351,555 |
| 500,000 | 1,000,000 | 7 | 4,973,819 | 0.00% | 100.00% | 710,546 |
| 1,000,000 | 10,000,000 | 1 | 1,010,727 | 0.00% | 100.00% | 1,010,727 |
| | | 1,886,631 | $ 3,452,031,022 | 100.00% | | |

+ The ten most common loss amounts suffered by Victims account for approximately 50% of the number of Victims, and 28% of the overall losses.

+ Approximately 461,000 Victims lost $1,425 (the cost of a single ADCentral Family package).

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



# 2

## LOSSES AND GEOGRAPHICAL DISTRIBUTION OF VICTIMS





© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.

**HURON**

# NET LOSSES

+ There are approximately 2.1 million Participants of TelexFree Combined (excluding Participants who did not have a promoter package or more than one VoIP package.)
  - Of the 2.1 million Participants, approximately 1,887,000 suffered a net loss (using the Net Equity calculation described in Section 4) and are thus considered Victims.

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



Case 4:14-cr-40028-TSH   Document 332   Filed 03/16/17   Page 9 of 35

# UNITED STATES VICTIMS – MAP

+ The map below shows the concentration of Victims of TelexFree Combined throughout the United States. 97.4% of Victims who provided United States addresses were exclusively with TelexFree (as opposed to Ympactus).



19 - 99 Victims
100 - 499 Victims
500 - 999 Victims
1,000 - 2,499 Victims
2,500 - 9,999 Victims
10,000 - 24,999 Victims
25,000 - 41,050 Victims

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.

HURON

# UNITED STATES VICTIMS – LOSS SUMMARY

+ The chart below shows the total losses associated with the approximately 170,000 Victims of TelexFree Combined who reside in the United States.

| Transaction Type | Dollar Amount |
|---|---|
| *Cash Paid by United States Victims* | |
| Direct Payment | $ 46,527,419 |
| Triangular Payment | 519,152,606 |
| Purchase of Credits | 6,789,474 |
| Total Paid by United States Victims | $ 572,469,499 |
| *Cash Received by United States Victims* | |
| Direct Receipt | $ (18,833,377) |
| Triangular Receipt | (166,173,783) |
| Chargebacks | (1,955,289) |
| Total Received by United States Victims | $ (186,962,448) |
| **Total Losses by United States Victims** | **$ 385,507,051** |

+ The average loss United States Victims experienced as a result of their involvement in TelexFree Combined was approximately $2,275.

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



# UNITED STATES VICTIMS – LOCATION

+ Victims of TelexFree Combined are located in all 50 states and the District of Colombia.

+ The highest concentration of Victims of TelexFree Combined is in Massachusetts, where TelexFree had its headquarters, but significant numbers of Victims can be found in all regions of the United States.

| State | Number of Victims | State | Number of Victims | State | Number of Victims | State | Number of Victims |
|---|---|---|---|---|---|---|---|
| Massachusetts | 41,050 | North Carolina | 1,541 | Wisconsin | 691 | Delaware | 318 |
| Florida | 20,605 | Pennsylvania | 1,483 | South Carolina | 612 | Louisiana | 318 |
| California | 19,415 | Utah | 1,444 | Missouri | 580 | Ohio | 308 |
| New York | 12,803 | Rhode Island | 1,265 | Iowa | 564 | Maine | 301 |
| Texas | 6,288 | Kansas | 1,234 | Montana | 542 | Washington D.C.[1] | 219 |
| Alabama | 4,658 | Wyoming | 1,026 | Michigan | 527 | Oregon | 166 |
| New Jersey | 4,159 | Nevada | 1,011 | New Hampshire | 502 | New Mexico | 136 |
| Connecticut | 3,380 | Colorado | 908 | Tennessee | 490 | Kentucky | 94 |
| Maryland | 3,353 | Virginia | 877 | Oklahoma | 485 | Vermont | 49 |
| Georgia | 2,553 | Minnesota | 833 | Hawaii[1] | 467 | South Dakota | 26 |
| Arizona | 1,727 | Washington | 750 | Arkansas | 425 | North Dakota | 20 |
| Illinois | 1,633 | Indiana | 723 | Idaho | 406 | West Virginia | 19 |
| Alaska[1] | 1,576 | Nebraska | 700 | Mississippi | 319 | 606 Others | 23,975 |
| | | | | | | | 169,554 |

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.

1: Not included in map on Slide 9.



# UNITED STATES VICTIMS – STRATIFICATION

+ While the average Victim of TelexFree Combined in the United States lost $2,274, the range of losses experienced varied widely.

| Net Losses | | Number of Victims | Amount of Losses | Percent of Losers | | Average Loss Experienced |
|---|---|---|---|---|---|---|
| Greater Than or Equal to | Less than | | | Discrete | Cumulative | |
| $ - | $ 100 | 26,470 | $ 2,299,840 | 15.61% | 15.61% | $ 87 |
| 100 | 500 | 51,441 | 15,254,115 | 30.34% | 45.95% | 297 |
| 500 | 1,000 | 11,825 | 9,214,101 | 6.97% | 52.92% | 779 |
| 1,000 | 5,000 | 62,689 | 129,218,704 | 36.97% | 89.90% | 2,061 |
| 5,000 | 10,000 | 9,498 | 66,331,755 | 5.60% | 95.50% | 6,984 |
| 10,000 | 25,000 | 6,181 | 90,976,257 | 3.65% | 99.14% | 14,719 |
| 25,000 | 50,000 | 1,071 | 35,580,723 | 0.63% | 99.78% | 33,222 |
| 50,000 | 100,000 | 297 | 19,583,364 | 0.18% | 99.95% | 65,937 |
| 100,000 | 250,000 | 69 | 10,115,637 | 0.04% | 99.99% | 146,603 |
| 250,000 | 500,000 | 7 | 2,535,532 | 0.00% | 100.00% | 362,219 |
| 500,000 | 1,000,000 | 5 | 3,386,296 | 0.00% | 100.00% | 677,259 |
| 1,000,000 | 10,000,000 | 1 | 1,010,727 | 0.00% | 100.00% | 1,010,727 |
| | | 169,554 | $ 385,507,051 | 100.00% | | |

+ The 17,128 Victims who lost at least $5,000 accounted for nearly 60% of total losses while comprising approximately 10% of United States Victims.

12  © 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



Case 4:14-cr-40028-TSH    Document 332    Filed 09/16/17    Page 13 of 35

# MASSACHUSETTS VICTIMS – LOSS SUMMARY

+ The chart below shows the total losses associated with the approximately 41,000 Victims of TelexFree Combined who reside in Massachusetts.

| Transaction Type | Dollar Amount |
|---|---|
| *Cash Paid by Massachusetts Victims* | |
| Direct Payment | $ 4,649,131 |
| Triangular Payment | 164,683,564 |
| Purchase of Credits | 3,277,568 |
| Total Paid by Massachusetts Victims | $ 172,610,263 |
| *Cash Received by Massachusetts Victims* | |
| Direct Receipt | $ (4,367,250) |
| Triangular Receipt | (47,417,619) |
| Chargebacks | (167,470) |
| Total Received by Massachusetts Victims | $ (51,952,339) |
| **Total Losses by Massachusetts Victims** | **$ 120,657,924** |

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



# MASSACHUSETTS VICTIMS – LOCATION

+ In Massachusetts, the Victims of TelexFree Combined are largely concentrated in cities and towns with large immigrant populations.

+ Most areas of the state have Victims who became involved with TelexFree Combined.

| City / Municipality | Number of Victims | City / Municipality | Number of Victims | City / Municipality | Number of Victims | City / Municipality | Number of Victims |
|---|---|---|---|---|---|---|---|
| Framingham | 2,902 | Milford | 542 | Quincy | 222 | Stoughton | 160 |
| Lawrence | 1,995 | Dorchester | 536 | Roslindale | 213 | Saugus | 159 |
| Everett | 1,605 | Marlborough | 527 | Hyannis | 209 | Fall River | 152 |
| Worcester | 1,425 | Medford | 454 | Ashland | 206 | Salem | 145 |
| Lowell | 1,203 | Jamaica Plain | 408 | Brighton | 205 | Raynham | 140 |
| Revere | 1,140 | Methuen | 407 | Hudson | 190 | Newton | 137 |
| Somerville | 1,062 | Woburn | 373 | Rockland | 185 | Edgartown | 131 |
| Malden | 975 | Weymouth | 341 | Norwood | 185 | Allston | 127 |
| Boston | 923 | Waltham | 335 | Taunton | 177 | Watertown | 125 |
| Chelsea | 676 | Hyde Park | 325 | Mattapan | 175 | Vineyard Haven | 119 |
| Lynn | 657 | Peabody | 302 | New Bedford | 173 | Haverhill | 118 |
| East Boston | 653 | Marlboro | 301 | Leominster | 173 | Melrose | 114 |
| Brockton | 544 | Randolph | 235 | Abington | 171 | 2,870 Others | 16,093 |
| | | | | | | | 41,050 |

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.

HURON

# MASSACHUSETTS VICTIMS – STRATIFICATION

+ Victims of TelexFree Combined in Massachusetts experienced higher average losses (approx. $2,940) than Victims in other parts of the United States or the world.

| Net Losses | | Number of Victims | Amount of Losses | Percent of Losers | | Average Loss Experienced |
|---|---|---|---|---|---|---|
| Greater Than or Equal to | Less than | | | Discrete | Cumulative | |
| $          - | $          100 | 6,026 | $          552,342 | 14.68% | 14.68% | $          92 |
| 100 | 500 | 10,926 | 3,144,983 | 26.62% | 41.30% | 288 |
| 500 | 1,000 | 2,448 | 1,928,399 | 5.96% | 47.26% | 788 |
| 1,000 | 5,000 | 16,044 | 33,970,585 | 39.08% | 86.34% | 2,117 |
| 5,000 | 10,000 | 2,963 | 20,789,577 | 7.22% | 93.56% | 7,016 |
| 10,000 | 25,000 | 2,060 | 30,625,062 | 5.02% | 98.58% | 14,867 |
| 25,000 | 50,000 | 418 | 13,984,723 | 1.02% | 99.60% | 33,456 |
| 50,000 | 100,000 | 127 | 8,409,833 | 0.31% | 99.91% | 66,219 |
| 100,000 | 250,000 | 35 | 5,121,874 | 0.09% | 99.99% | 146,339 |
| 250,000 | 500,000 | 1 | 438,338 | 0.00% | 100.00% | 438,338 |
| 500,000 | 1,000,000 | 1 | 681,483 | 0.00% | 100.00% | 681,483 |
| 1,000,000 | 10,000,000 | 1 | 1,010,727 | 0.00% | 100.00% | 1,010,727 |
| | | 41,050 | $          120,657,924 | 100.00% | | |

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



Case 4:14-cr-40028-TSH   Document 332   Filed 09/16/17   Page 16 of 35

# WORLDWIDE VICTIMS – MAP

+ The map below shows the concentration of Victims of TelexFree Combined around the world. Outside of Brazil, 99% of Victims were exclusively with TelexFree (as opposed to Ympactus).



| Color | Legend |
|---|---|
| | 0 Victims |
| | 1 - 100 Victims |
| | 101 - 1,000 Victims |
| | 1,001 - 5,000 Victims |
| | 5,001 - 10,000 Victims |
| | 10,001 - 25,000 Victims |
| | 25,001 - 75,000 Victims |
| | 75,000 - 169,553 Victims |
| | 169,554 Victims |
| | 949,720 Victims |

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



Case 4:14-cr-40026-TSH Document 332 Entered 09/16/17 Page 17 of 35

# WORLDWIDE VICTIMS – LOSS SUMMARY

+ The chart below shows the total losses associated with the approximately 1,887,000 Victims of TelexFree Combined worldwide.

| Transaction Type | Dollar Amount |
|---|---|
| *Cash Paid by Worldwide Victims* | |
| Direct Payment | $ 1,245,772,170 |
| Triangular Payment | 3,343,541,351 |
| Purchase of Credits | 13,475,540 |
| Total Paid by International Victims | $ 4,602,789,061 |
| *Cash Received by Worldwide Victims* | |
| Direct Receipt | $ (330,635,033) |
| Triangular Receipt | (815,712,125) |
| Chargebacks | (4,410,880) |
| Total Received by Worldwide Victims | $ (1,150,758,039) |
| **Total Losses by Worldwide Victims** | **$ 3,452,031,022** |

+ The average loss Victims experienced as a result of their involvement in TelexFree Combined was approximately $1,830.

17    © 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



# WORLDWIDE VICTIMS – LOCATION

+ Victims of TelexFree Combined registered with 248 country codes in every region of the world.

+ While the largest concentration of Victims of TelexFree Combined are in Brazil and the United States, there are significant numbers of Victims throughout Asia, Europe, and Africa.

| Country | Number of Victims | Country | Number of Victims | Country | Number of Victims | Country | Number of Victims |
|---|---|---|---|---|---|---|---|
| Brazil | 949,720 | Cambodia | 15,079 | Belarus | 3,965 | India | 1,753 |
| United States | 169,554 | Paraguay | 14,450 | Malaysia | 3,911 | Guatemala | 1,712 |
| China | 98,133 | Mexico | 11,545 | Puerto Rico[1] | 3,739 | South Africa | 1,653 |
| Peru | 78,889 | Bolivia | 10,830 | Canada | 3,653 | Haiti | 1,574 |
| Portugal | 75,502 | Ukraine | 10,460 | Venezuela | 3,279 | Netherlands | 1,094 |
| Dominican Republic | 73,990 | Nigeria | 8,644 | Taiwan | 3,270 | Moldova | 997 |
| Colombia | 59,878 | United Kingdom | 7,356 | Afghanistan | 2,951 | Thailand | 983 |
| Ecuador | 56,413 | El Salvador | 7,285 | Tanzania | 2,911 | Costa Rica | 905 |
| Spain | 37,908 | Indonesia | 7,056 | Rwanda | 2,563 | France | 881 |
| Uruguay | 34,804 | Japan | 5,656 | Kenya | 2,341 | Romania | 716 |
| Italy | 29,019 | Honduras | 5,631 | Argentina | 2,278 | Germany | 706 |
| Russia | 26,745 | Chile | 4,650 | Hong Kong[1] | 2,232 | Switzerland | 659 |
| Uganda | 17,253 | Kazakhstan | 4,314 | Ghana | 1,885 | 197 Others | 13,256 |
| | | | | | | | 1,886,631 |

18    © 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.

1:  Not included in map on Slide 16.



# ELECTRONIC PROOF OF CLAIM PROCESS

+ The TelexFree Trustee developed an online claim form to assists Victims of TelexFree in filing proofs of claim in the TelexFree bankruptcy (the "ePOC"). The ePOC became active on May 27, 2016, and the deadline to file claims is March 15, 2017.

+ The ePOC utilizes data obtained from TelexFree's electronic books and records to determine the User Accounts associated with Victims and to calculate the amount of the Victims' claims.

+ As of February 28, 2017, approximately 117,000 Victims have filed claims. These claims, which have not yet been reviewed, total approximately $950 million.
  - Approximately 85% of Victims filing claims have agreed with the TelexFree Trustee's Net Equity Calculation.
  - Claims have been filed by Victims from over 100 countries.
  - The country from which the most claims have been filed is the Dominican Republic, followed by the United States

**19**   © 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.

1: Excludes potential duplicate and/or erroneous claims based on preliminary analysis.



**3**

# METHODOLOGY

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



Case 4:14-cr-40026-TSH   Document 332   Filed 09/16/17   Page 21 of 35

# OVERVIEW OF DATABASE STRUCTURE

+ TelexFree Combined maintained information for each account using a MySQL database. The database was referred to as "SIG" which is an acronym for the Portuguese phrase "Sistema de Informação de Gestão" which translates as Management Information System.
  - The servers storing SIG were among the records seized by federal authorities shortly after TelexFree filed for bankruptcy.

+ Beginning in August 2014, Homeland Security Investigations ("HSI") provided the TelexFree Trustee with forensic copies of the seized servers. Through an intensive forensic investigation, the TelexFree Trustee was eventually able to:
  - Locate the key database server containing the bulk of TelexFree Combined's operational and participant activity;
  - Determine the proper configuration of TelexFree Combined's servers, so that the servers could interface with one another;
  - Convert the data obtained from TelexFree Combined's servers into "virtual servers" under the control of the TelexFree Trustee and his advisors;
  - Determine the other essential computers and servers needed to obtain necessary information respecting TelexFree Combined's operations and Participant activity; and
  - Develop an understanding of TelexFree Combined's database structure, including data fields and process flow.

+ A brief overview of the most relevant data tables in SIG are described on the following slides.

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



# OVERVIEW OF DATABASE STRUCTURE

+ SIG contains more than 100 tables containing billions of records.

+ Four of these tables contain the information most relevant to the claims process:
   - Representante ("Account Table"): Contains a unique record for each User Account registered with TelexFree Combined.

   - Fatura ("Invoice Table"): Contains a unique record for each Invoice generated by TelexFree Combined.

   - Transferencia ("Transfer Table"): Contains information about each transfer of Credits within TelexFree Combined's system, including withdrawals of funds.

   - Bonus ("Bonus Table"): Contains information about each accretion of TelexFree Combined Credits into a Participant's User Account.

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



# ACCOUNT TABLE

+ The Account Table contains a unique record for each of the 17,016,780 User Accounts registered with TelexFree Combined.

+ The Account Table contains 44 fields of data about each Participant, the majority of which were entered by the Participants when they registered their user account with TelexFree Combined.

Fields in Account Table

| rep_id | rep_login | rep_id_direto | rep_id_pai |
|---|---|---|---|
| lado | rep_id_disk | ord_id_disk | rep_data_cad |
| rep_datanasc | rep_sexo | rep_nome | rep_pwd |
| rep_pwd_secondary | rep_razao_social | rep_cnpj | rep_cpf |
| rep_rg | rep_ssn | rep_email | rep_end |
| rep_comp | rep_numero | rep_bairro | rep_cidade |
| cod_rep_cidade | rep_cep | rep_uf | cod_rep_uf |
| rep_pais | cod_rep_pais | rep_fone | rep_cel |
| rep_obs | token | token_secondary | chargeback |
| blocked | transaction | rep_ticket_id | unsubs_mark |
| unsubs_trans | valida_email | rep_primeiro_nome | rep_sobrenome |

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



# ACCOUNT TABLE

+ The TelexFree Trustee used the following Account Table fields in his analysis of Participant activity.

| Field Name | Description of Data Contained in Field |
|---|---|
| rep_id | A unique 11 digit number, automatically assigned by the database to each newly created account.  This is the primary key field that links participants to their transactions in other data tables. |
| rep_login | A unique name created by the participant, up to 19 characters in length. |
| rep_email | Email address of participant. |
| rep_nome | Name of participant. |
| rep_pais | A two digit country code selected by the participant, with limited or no validation by TelexFree Combined. |
| rep_end | Address of participant. |
| rep_cpf | A CPF is an eleven digit number, and is the equivalent of a Social Security Number in Brazil. However, the TelexFree Combined database allows for up to 20 characters of any kind in this field with limited to no validation. |

+ TelexFree Combined did not validate data (e.g., phone numbers, addresses, names, etc.…) and many Participants included incomplete and/or intentionally incorrect information when registering their User Accounts.

24  © 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



Case 4:14-cr-40026-TSH Document 332 Entered 09/16/17 Page 25 of 35 Exhibit

# INVOICE TABLE

+ The Invoice Table contains a unique record for each Invoice generated.

+ The table includes 20 separate fields for each User Account, as shown in the table below:

### Fields in Invoice Table

| cod_fatura | rep_id | dat_geracao | dat_vencimento |
|---|---|---|---|
| dat_pagamento | valor | cambio | status |
| referencia | cod_referencia | moeda | quantidade |
| ano_adesao | paypal | mercadopago | propay |
| descricao | obs | transaction | bloqued |

- The highlighted fields above are described in more detail below.

| Field Name | Description of Data Contained in Field |
|---|---|
| rep_id | Unique ID associated with the account paying invoice. |
| valor | Dollar amount of invoice. |
| moeda | Currency in which invoice is denominated. Always either "R" or "D". |
| status | 0 = unpaid, 1 = paid. |
| dat_geracao | Date invoice was generated. |
| dat_pagamento | Date invoice was paid (if applicable). |

- Moeda is Portuguese for "currency." For each Invoice, this field includes a "D" or an "R" which the TelexFree Trustee believes to be a reference to "Dollar" or "Real."

25   © 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



Case 4:14-cr-40028-TSH Document 332 Filed 09/16/17 Page 26 of 35

# INVOICE TABLE - TELEXFREE VS. YMPACTUS

+ The Invoice Table distinguishes between Invoices paid in US Dollars and Invoices converted to US Dollars from Brazilian Reais.

+ The Real/Dollar distinction can be used to segregate Ympactus Participants from TelexFree Participants.

+ The Invoice Table contains a "cambio" or "exchange rate" field. For 99.7% of the Transactions (99.7%) where the currency field is "D", the cambio field is populated with 0.
  - For 99.8% of the Transactions where the currency field is "R", the cambio field is populated with a range of values from 1.98 to 2.37.
  - Historical USD to Real exchange rates confirms the currencies traded in these ranges during the time period Ympactus and TelexFree were in operation.
    • All transactions in TelexFree Combined's database were denominated in Dollars. It was therefore necessary that accurate exchange rate data be recorded to convert Dollar-denominated invoice prices into Reais.

+ Nearly all User Accounts identified as Ympactus User Accounts are from Brazil.

+ A small number of User Accounts (138) paid invoices both in Dollars and Reais.

+ The next two slides discuss two methods of testing that the moeda field offers a valid method of segregating TelexFree from Ympactus.

26 © 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



# DOLLAR- AND REAL-DENOMINATED INVOICES

+ Real-denominated activity, which had grown rapidly since the end of 2012, ceased entirely after Ympactus was shut down in June 2013.
  - The simultaneous shutdown of Ympactus and halt in Real-denominated invoices provides strong evidence that the moeda field is a reasonable TelexFree / Ympactus distinction.



## Paid Invoices by Month, by Currency Denomination

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



# LOCATION OF TELEXFREE/YMPACTUS USERS

+ Using the Dollar / Real distinction to segregate User Accounts reveals that nearly all Ympactus User Accounts were registered by Brazilians.

| Country | Number of User Accounts[1] | | |
|---|---|---|---|
| | TelexFree | Ympactus | Hybrid |
| Brazil | 115 | 4,005,739 | 23 |
| United States | 2,592,833 | 347 | 38 |
| China | 1,175,567 | - | - |
| Peru | 879,990 | 3 | 1 |
| Portugal | 842,665 | 267 | 41 |
| Ecuador | 616,956 | - | - |
| Colombia | 575,961 | 3 | - |
| Spain | 509,560 | 10 | 4 |
| Dominican Republic | 506,809 | - | - |
| Uruguay | 477,944 | 1 | - |
| Others | 2,809,217 | 52 | 31 |
| **Total** | **10,987,617** | **4,006,422** | **138** |
| | | | |
| *Memo: % Brazilian* | *0.001%* | *99.983%* | *16.667%* |
| *Memo: % Non-Brazilian* | *99.999%* | *0.017%* | *83.333%* |

[1] Excludes User Accounts that did not engage in any economic activity with TelexFree Combined.

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



# TRANSFER TABLE

+ The Transfer Table contains information about transfers of Credits between User Accounts.
  - The table includes 12 separate fields for each Participant, as shown in the table below:

### Fields in Transfer Table

| cod_transferencia | rep_id | dat_solicita | dat_pagamento |
|---|---|---|---|
| descricao | cambio | valor | tipo |
| status | cpf | obs | transaction |

+ The highlighted fields above are described in more detail below.

| Field Name | Description of Data Contained in Field |
|---|---|
| rep_id | Unique ID of the account making the transfer. |
| tipo | Type field. There are ten different transfer types, including requests to withdraw funds, payments of invoices with credits, and transfers of credits between accounts. The remaining types relate to chargebacks and other adjustments. |
| descricao | Invoice number of paid invoices and other relevant detail. |
| obs | Reason/explanation for transfer. Appears to be either system generated or manually entered by TelexFree Combined staff. |
| dat_solicita | Date transfer request was made. |
| dat_pagamento | Date transfer was made. Applies to requests for redemption of credits and includes a comment. |
| valor | Amount of transfer. |
| cpf | Brazilian Identification number of participant. |

**29** © 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



# BONUS TABLE

+ The Bonus Table contains 9 separate fields for each User Account, as shown in the table below:

### Fields in Bonus Table

| cod_bonus | rep_id_gerou | rep_id_recebeu |
|-----------|--------------|----------------|
| cod_fatura | data | tipo |
| valor | descricao | transaction |

+ The highlighted fields above are described in more detail below

| Field Name | Description of Data Contained in Field |
|------------|----------------------------------------|
| rep_id_recebeu | Unique ID of account earning the credits. |
| rep_id_gerou | Unique ID of account whose action (registering, buying a phone plan, etc.) caused credits to be earned. |
| tipo | Type field. There are six different types: a) Earned Bonus; b) Incoming credits from another account; c) Manual Credits; d) Sale of phone plan; e) Cancellation; f) Test |
| data | Date credits were earned. |
| valor | Amount of credits earned. |
| descricao | Description. Appears to be system generated. |

30    © 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



# AGGREGATION OF USER ACCOUNTS

+ Because no data field exists within SIG to identify User Accounts belonging to the same individual, and because the TelexFree Trustee's investigation made him aware that it was common for Participants to have more than one User Account, it was necessary to formulate a process to aggregate User Accounts in order to identify the total gains or losses associated with each Participant.

+ The TelexFree Trustee developed a 13-step automated aggregation process. The process groups User Accounts based on commonalities between names, email addresses, phone numbers, and other data entered by Participants into SIG.

+ Approximately 15 million TelexFree Combined User Accounts exist in SIG with one or more paid invoice.
  - The TelexFree Trustee identified 3.3 million Participant aggregations from these 15 million User Accounts.
    • Excluding aggregations that purchased only a single VoIP package (potential customers), there are approximately 2.1 million aggregations that likely represent individual Participants.
      - As was discussed in previous sections, of these 2.1 million aggregations, approximately 1.9 million are net losers.

**31** © 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



**4**

# NET LOSS CALCULATION

32   © 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



Case 4:14-cr-40026-TSH Document 332 Entered 09/16/17 Page 33 of 35

# TRANSACTION TYPES

+ Using the SIG tables described in the previous section, along with data from TelexFree's payment processors, the TelexFree Trustee identified six transaction types:

1. Direct Payments to TelexFree Combined

2. Direct Receipts from TelexFree Combined

3. Triangular Payments to TelexFree Combined

4. Triangular Receipts from TelexFree Combined

5. Purchases of Credit from TelexFree Combined

6. Chargebacks

33    © 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



# DIRECT TRANSACTIONS

**Direct Payment to TelexFree Combined**
+ Description: Participant made payments to TelexFree Combined, primarily for the payment of an invoice.
- Direct Payments increase Participants' losses.

**Direct Receipt from TelexFree Combined**
+ Description: Participant received payment from TelexFree Combined, primarily for the redemption of TelexFree Combined credits.
- Direct Receipts decrease Participants' losses.

**Purchases of Credits from TelexFree Combined**
+ Description: Participant made a payment to TelexFree Combined to purchase credits.
- Purchases of Credits increase Participants' losses.
  • In certain instances the TelexFree Trustee was unable to locate banking evidence to support large purchases of credits identified in SIG. In these instances the purchase of credit was not included in the net loss calculation for the respective Participant.

**Chargebacks**
+ Description: Participant requested and received a refund from their credit card processor for payments made to TelexFree Combined.
- Chargebacks decrease Participants' losses.

© 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.



# TRIANGULAR TRANSACTIONS

+ Participants in TelexFree Combined built up credit balances through placing advertisements and recruiting other Participants. Participants could request the redemption of these credits for cash (Direct Receipt). Participants could also use their credits to satisfy TelexFree Combined invoices. The TelexFree Trustee's investigation identified that it was common for Participants to use their accumulated credits to satisfy another Participant's invoice in exchange for a cash payment from that Participant.

+ Typical Triangular Transaction: Participant A satisfies Participant B's invoice through the use of Participant A's accumulated credits. Participant B makes a cash payment to Participant A in the amount of the invoice.

**Triangular Payment to TelexFree Combined**
+ Description: Participant receives an invoice from TelexFree Combined. Participant makes a payment to another Participant in exchange for that other Participant using his accumulated credits to satisfy the invoice (Participant B in the above example).
  - Triangular Payments increase the losses of the Participant making the payment.

**Triangular Receipt from TelexFree Combined**
+ Description: Participant receives a payment from another Participant in exchange for the Participant using his accumulated credits to satisfy the other Participant's invoice (Participant A in the above example).
  - Triangular Receipts decrease the losses of the participant receiving the payment.

 © 2017 HURON CONSULTING GROUP INC. AND AFFILIATES. ALL RIGHTS RESERVED.

