# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-FJB<br>14-40988-FJB<br>14-40989-FJB<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>    Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE<br>OF A CLASS OF DEFENDANT NET<br>WINNERS,<br>    Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>    Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO<br>PAULO FREITAS, REPRESENTATIVES<br>OF A CLASS OF DEFENDANT NET<br>WINNERS,<br>    Defendants. | Adversary Proceeding<br>No. 16-4007 |

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that on November 16, 2021, a copy of the *Reply By Liquidating Trustee In Support Of His Motion To Schedule Case Management Conference*

1

*Respecting Supplementation Of Expert Report* was served by operation of the Court's ECF system upon the registered participants as identified on the Notice of Electronic Filing.

                                                     */s/ Andrew G. Lizotte*
Andrew G. Lizotte (BBO #559609)
MURPHY & KING, P.C.
28 State Street, Suite 3101
Boston, MA  02109
Tel: (617) 423-0400
alizotte@murphyking.com

Dated: November 16, 2021

803950

2