

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> TELEXFREE, LLC, *et al.,* <br>    Debtors <br><br> STEPHEN B. DARR, <br>    Plaintiff, <br><br> *v.* <br><br> ANA ROSA LOPEZ, et al., <br>    Defendants | Ch. 11 <br> 14-40987-FJB <br><br> Jointly Administered <br><br><br> Adversary Proceeding <br> 16-04006-FJB |

**Proceeding Memorandum and Order**

**MATTER:**

#389 Motion by Liquidating Trustee Stephen B. Darr to File Supplemental Expert Designation and Report. (Bennett, Charles)
#402 Opposition filed by Defendant Frantz Balan (Rona, Ilyas)
#403 Reply filed by Plaintiff Stephen B. Darr Re: 402 Opposition (Lizotte, Andrew)

Defendant's Objection due by 11/1/2021 and Plaintiff's Reply due 11/16/2021

**Decision set forth more fully as follows:**
Hearing held on 11/23/2021. The motion is hereby taken under advisement.

Dated: 11/23/2021

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge