United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-fjb

# CERTIFICATE OF NOTICE

District/off: 0101-4      User: admin      Page 1 of 2
Date Rcvd: Nov 24, 2021      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion01.WO.ECF@usdoj.gov | Nov 24 2021 21:48:48 | Richard King, Office of US. Trustee, 446 Main Street, 14th Floor, Worcester, MA 01608-2361 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

**Name**      **Email Address**

Andrew G. Lizotte
     on behalf of Plaintiff Stephen B. Darr agl@murphyking.com
     bankruptcy@murphyking.com;tlombardi@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com

Charles R. Bennett, Jr.
     on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com
     bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com

Elton Watkins, III
     on behalf of Defendant Milagros Adames watkinslaw@comcast.net

Elton Watkins, III

Case 16-04006   Doc 406   Filed 11/26/21   Entered 11/27/21 00:21:25   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0101-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Ricardo Fabin watkinslaw@comcast.net |
| Evans J. Carter | |
| | on behalf of Defendant Bilkish Sunesara ejcatty1@verizon.net |
| Gary W. Cruickshank | |
| | on behalf of Defendant Jose Miguel Filho gwc@cruickshank-law.com  cruickshankgr87938@notify.bestcase.com |
| Hilary Schultz | |
| | on behalf of Defendant Bruno Graziani hschultz@engelschultz.com |
| Ilyas J. Rona | |
| | on behalf of Defendant Frantz Balan ijr@mrdklaw.com  gnc@mrdklaw.com,kae@mrdklaw.com |
| Ilyas J. Rona | |
| | on behalf of Defendant Julio Silva ijr@mrdklaw.com  gnc@mrdklaw.com,kae@mrdklaw.com |
| James P. Ehrhard | |
| | on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com  cote@ehrhardlaw.com |
| Jordan L. Shapiro | |
| | on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com |
| Jordan L. Shapiro | |
| | on behalf of Intervenor-Defendant Rahima Boughalem JSLAWMA@aol.com |
| Maksim Nemtsev | |
| | on behalf of Defendant Daniil Shoyfer menemtsev@gmail.com |
| Matthew Shayefar | |
| | on behalf of Defendant Timex Research Consulting Inc. matt@bostonlawgroup.com |
| Matthew Shayefar | |
| | on behalf of Defendant New Generation Med Supply Inc. matt@bostonlawgroup.com |
| Michael K. O'Neil | |
| | on behalf of Plaintiff Stephen B. Darr mko@rathlaw.com  fam@rathlaw.com |
| Michael M. McArdle | |
| | on behalf of Defendant Ruddy Abreau mike@mcardlelaw.com  morgan@mcardlelaw.com |
| Michael M. McArdle | |
| | on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com  morgan@mcardlelaw.com |
| Valentin D. Gurvits | |
| | on behalf of Defendant New Generation Med Supply Inc. vgurvits@bostonlawgroup.com |
| Valentin D. Gurvits | |
| | on behalf of Defendant Timex Research Consulting Inc. vgurvits@bostonlawgroup.com |
| Wendy M. Mead | |
| | on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Lan Lan Ji wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Hugo Alvarado wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Benjamin Argueta wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Roberto Nunez wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Gladys Alvarado wendymeadpc@verizon.net |

TOTAL: 28



## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  TELEXFREE, LLC, *et al.*,  Debtors | Ch. 11  14-40987-FJB  Jointly Administered |
| STEPHEN B. DARR,  Plaintiff,  *v.*  ANA ROSA LOPEZ, et al.,  Defendants | Adversary Proceeding  16-04006-FJB |

**Proceeding Memorandum and Order**

**MATTER:**

#389 Motion by Liquidating Trustee Stephen B. Darr to File Supplemental Expert Designation and Report. (Bennett, Charles)
#402 Opposition  filed by Defendant Frantz Balan  (Rona, Ilyas)
#403 Reply   filed by Plaintiff Stephen B. Darr Re: 402 Opposition    (Lizotte, Andrew)

Defendant's Objection due by 11/1/2021 and Plaintiff's Reply due 11/16/2021

**Decision set forth more fully as follows:**
Hearing held on 11/23/2021. The motion is hereby taken under advisement.

Dated: 11/23/2021

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge