# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>Reorganized Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>Substantively Consolidated |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>FRANTZ BALAN, ET AL<br><br>Defendants | Adv. Proc. No. 16-04006 |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>MARCO PUZZARINI AND SANDRO PAULO FREITAS, ET AL.,<br><br>Defendants | Adv. Proc. No. 16-04007 |

**MOTION BY TRUSTEE TO APPROVE STIPULATION BETWEEN TRUSTEE AND DEFENDANT CLASS REPRESENTATIVES RESPECTING AMENDED FEE ARRANGEMENT FOR DEFENDANTS**

Stephen Darr, the Liquidating Trustee under the confirmed liquidating plan of reorganization, and formerly the Chapter 11 trustee (the "Trustee") of the substantively

consolidated bankruptcy estates of TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc. (collectively, the "Debtors" or "TelexFree"), respectfully requests that the Court approve the attached stipulation ("Stipulation") by and among the Trustee and Frantz Balan on his own behalf and as class representative on behalf of all similarly situated parties in Adversary Proceeding No. 16-4006 (the "Domestic Action") and Marco Puzzarini and Sandro Paulo Freitas on their own behalf and as class representatives on behalf of all similarly situated parties in Adversary Proceeding No. 16-4007 (the "Foreign Action" and, together with the Domestic Action, the "Class Actions"). Balan, Puzzarini, and Freitas shall be referred to collectively as the "Class Representatives", and the Trustee and the Class Representatives are referred to collectively as the "Parties". In support of this motion, the Trustee states as follows:

1. On April 13, 2014 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code ("Bankruptcy Code") with the United States Bankruptcy Court for the District of Nevada.

2. On the Petition Date, the Debtors filed a motion for joint administration of the cases, with TelexFree, LLC designated as the lead case. By order dated April 24, 2014, the motion for joint administration was approved.

3. On or about June 6, 2014, Stephen Darr was appointed Chapter 11 Trustee.

4. On or about January 15, 2016, the Trustee commenced these adversary proceedings by filing class action complaints (the "Complaints"). On or about October 16, 2016, the Court entered an order in the Domestic Action certifying a defendant class, appointing Frantz Balan as Class Representative, and appointing Milligan Rona Duran & King, LLC ("MRDK") as class counsel. On or about August 3, 2017, the Court entered an order in the Foreign Action certifying a defendant class, appointing Marco Puzzarini and Sandro Paulo Freitas as Class

Representatives, and appointing MRDK as class counsel. The Class Representatives subsequently retained StoneTurn Group ("StoneTurn") as financial advisors to the defendant classes.

5. On June 22, 2021, the Court entered a decision excluding the Trustee's expert report prepared and submitted by Timothy Martin of Huron Consulting Group.

6. On or about September 7, 2021, the Trustee filed the *Motion by Liquidating Trustee to Schedule a Case Management Conference Respecting Supplementation of Expert Reports* (the "Expert Motion").

7. On November 1, 2021, the defendant classes filed the Domestic & International Class Representatives' Opposition to the Trustee's Request to Appoint New Expert Witness (the "Opposition").

8. On November 16, 2021, the Trustee filed a Reply to the Opposition.

9. On December 1, 2021, the Court entered orders [docket no. 407 in the Domestic Action and docket no. 557 in the Foreign Action] allowing the Expert Motion conditioned upon the submission on or before January 4, 2022 of an amended fee arrangement for the professionals retained by the Class Representatives.

10. The Trustee and the Class Representatives have reached an agreement on the terms of funding by TelexFree of the defense costs associated with the Class Actions, as set forth in the Stipulation.

11. The Trustee has sufficient assets to comply with the terms of the Stipulation.

12. The Trustee requests that the Stipulation be approved so that the Parties may proceed with the next step in the administration of the Class Actions – the submission of an

agreed scheduling order, or separate competing proposed scheduling orders, on or before February 4, 2021, as required by the Order of the Court dated December 1, 2021.

13. Good cause exists for the requested relief.

Wherefore, the Trustee prays that the Court:

1. Approve the Stipulation; and

2. Grant such other relief as is just and proper.

>STEPHEN B. DARR AS TRUSTEE
>OF THE CHAPTER 11 ESTATES OF
>TELEXFREE, LLC, TELEXFREE, INC.
>AND TELEXFREE FINANCIAL, INC.
>By his counsel,
>
>/s/ Andrew G. Lizotte
>Charles R. Bennett, Jr. (BBO #037380)
>Andrew G. Lizotte (BBO #559609)
>Murphy & King Professional Corporation
>One Beacon Street
>Boston, Massachusetts 02108
>(617) 423-0400
>ALizotte@murphyking.com

Date: January 4, 2022

805241