# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>Reorganized Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>Substantively Consolidated |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>FRANTZ BALAN, ET AL<br><br>Defendants | Adv. Proc. No. 16-04006 |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>MARCO PUZZARINI AND SANDRO PAULO FREITAS, ET AL.,<br><br>Defendants | Adv. Proc. No. 16-04007 |

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that on January 4, 2022, copies of the following documents were served by operation of the Court's ECF system upon the registered participants as identified on the Notice of Electronic Filing:

- *Stipulation Between Trustee And Defendant Class Representatives Respecting Amended Fee Arrangement For Defendants*; and

- *Motion By Trustee To Approve Stipulation Between Trustee And Defendant Class Representatives Respecting Amended Fee Arrangement For Defendants.*

    /s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
Murphy & King Professional Corporation
One Beacon Street
Boston, Massachusetts 02108
(617) 423-0400
ALizotte@murphyking.com

Date: January 4, 2022

805301