

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> TELEXFREE, LLC, *et al.,* <br>   Debtors <br><br> --- <br><br> STEPHEN B. DARR, <br>   Plaintiff, <br><br> *v.* <br><br> ANA ROSA LOPEZ, et al., <br>   Defendants | Ch. 11 <br> 14-40987-FJB <br><br> Jointly Administered <br><br><br> Adversary Proceeding <br> 16-04006-FJB |

### Order

**MATTER:**

#410 Motion filed by Plaintiff Stephen B. Darr to Approve [Re: 409 Stipulation].

This motion seeks approval of a stipulation for payment from the estate of administrative expenses of the estate and for future services and related administrative expenses. It is therefore appropriately filed in the main case, with notice to appropriate parties therein. The Court will take no action on this copy filed in the adversary proceeding.

Dated: 1/5/2022

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge