UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-FJB<br>14-40988-FJB<br>14-40989-FJB<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br>Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br>Defendants. | Adversary Proceeding<br>No. 16-4007 |

**MOTION BY LIQUIDATING TRUSTEE TO APPROVE SCHEDULING ORDER
RESPECTING SUPPLEMENTATION OF EXPERT REPORTS
AND RELATED MATTERS, AND REQUEST FOR HEARING**

Stephen Darr, the liquidating trustee under the confirmed liquidating plan of reorganization (the "Trustee") of TelexFree LLC, TelexFree, Inc., and TelexFree Financial, Inc. ("TelexFree" or the "Debtors"), respectfully submits the attached proposed Scheduling Order in accordance with the order dated December 1, 2021.

1. On December 1, 2021, the Court entered an order approving the *Motion by Liquidating Trustee to Schedule Case Management Conference Respecting Supplementation of Expert Report* ("Order"). The Order was conditioned upon (a) the parties negotiating and filing by January 4, 2022 an amended fee arrangement for the Defendants; and (b) the parties filing by February 4, 2022 either an agreed proposed scheduling order or separate competing proposed scheduling orders.

2. On January 4, 2022, the parties filed a stipulation respecting fees for professionals retained by the class action defendants. The motion to approve that stipulation has been scheduled for hearing on February 15, 2022 at 11:00.

3. The Trustee and the Defendants have conferred respecting the terms of a scheduling order. The parties have been unable to agree on the form of order, with the principal issue being the amount of time requested by the Defendants to conduct discovery and to submit a rebuttal expert report.

4. In accordance with the terms of the Order, the Trustee therefore submits his proposed scheduling order, attached hereto as Exhibit "A", and requests that this motion be heard on February 15, 2022, contemporaneous with the hearing on the amended fee arrangement.

Wherefore, the Trustee prays that the Court:

1. Schedule a hearing for February 15, 2022 on the motion and, thereafter, approve the proposed scheduling order attached hereto; and

2. Grant such other relief as is just and proper.

STEPHEN B. DARR AS TRUSTEE
OF THE CHAPTER 11 ESTATES OF
TELEXFREE, LLC, TELEXFREE, INC.
AND TELEXFREE FINANCIAL, INC.
By his counsel,

/s/ Andrew G. Lizotte
Charles R. Bennett, Jr. (BBO #037380)
Andrew G. Lizotte (BBO #559609)
Murphy & King Professional Corporation
28 State Street, Suite 3101
Boston, Massachusetts 02109
(617) 423-0400
ALizotte@murphyking.com

Date: February 4, 2022

806413