# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>    Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-FJB<br>14-40988-FJB<br>14-40989-FJB<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>    Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br>    Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>    Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br>    Defendants. | Adversary Proceeding<br>No. 16-4007 |

**[PROPOSED] SCHEDULING ORDER RESPECTING SUPPLEMENTATION OF
EXPERT REPORTS AND RELATED MATTERS**

This matter comes before the Court on the motion by Stephen Darr, the liquidating trustee under the confirmed liquidating plan of reorganization (the "Trustee") of TelexFree LLC, TelexFree, Inc., and TelexFree Financial, Inc. ("TelexFree" or the "Debtors") for entry of a Scheduling Order providing for the supplementation of expert reports and related matters, all

parties in interest having been notified and due cause appearing therefor, it is hereby Ordered as follows:

To expedite a resolution of the remaining issues and preserve the resources of the Parties, the remaining issues in the Class Actions shall be conducted in two phases, proceeding first on the issues relating to the admissibility of a supplemental expert report (Phase I) and, second, to the extent necessary, to resolve any remaining issues (Phase II).[1]

    A.    **Phase I of Adversary Proceeding 16-4006 and 16-4007 (collectively, the "Class Actions"):**

        a.  The Trustee shall serve his supplemental expert report ("Borelian Report") on the representatives of the classes of defendants consisting of Net Winners ("Class Representatives" and, together with the Trustee, the "Parties") on or before March 31, 2022.

        b.  The Class Representatives shall complete discovery with respect to the Borelian Report on or before May 31, 2022;

        c.  If they deem necessary, the Class Representatives shall provide the Trustee with any rebuttal expert report ("Rebuttal Report") on or before June 30, 2022

        d.  The Trustee shall complete discovery with respect to the Rebuttal Report on or before July 31, 2022;

        e.  If the Trustee deems necessary, the Trustee shall provide a reply expert report ("Reply Report") to the Rebuttal Report on or before August 15, 2022;

---

[1] The scope of Phase I and Phase II shall be as set forth in the *Stipulation between Trustee and Defendant Class Representatives Respecting Amended Fee Arrangement for Defendants* filed on January 4, 2022.

2

f. The Parties shall complete all other discovery relating to Phase I by September 30, 2022;

g. Any motions to exclude the Borelian Report ("Daubert Motion") and any related dispositive motions shall be filed by October 31, 2022;

h. If a Daubert Motion or related dispositive motion is filed, the Court will enter a separate scheduling order;

i. After the Court issues its rulings with respect to Phase I, the Court shall determine the necessity of Phase II.

j. If no Daubert Motion or dispositive motions are filed, and if the cases have not otherwise been resolved or disposed of, the Parties will proceed to Phase II.

B. **Phase II, if required**

a. Within twenty (20) days of the conclusion of Phase I, the Parties shall submit a joint scheduling order, or competing scheduling orders in the event an order cannot be agreed to, which shall address issues remaining to be litigated, designate additional discovery required, and establish a scheduling for the filing of dispositive motions.

Dated at Boston within said District this _____ day of _____, 2022.

_____
Honorable Frank J. Bailey
United States Bankruptcy Judge

806344