UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>    Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-FJB<br>14-40988-FJB<br>14-40989-FJB<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>    Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br>    Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>    Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br>    Defendants. | Adversary Proceeding<br>No. 16-4007 |

**CERTIFICATE OF SERVICE**

    I, Andrew G. Lizotte, hereby certify that on February 4, 2022, copies of the following documents were served by operation of the Court's ECF system upon the registered participants as identified on the Notice of Electronic Filing:

- *Motion By Liquidating Trustee To Approve Scheduling Order Respecting Supplementation Of Expert Reports And Related Matters, And Request For Hearing*; and

1

- Exhibit A – *[Proposed] Scheduling Order Respecting Supplementation Of Expert Reports And Related Matters.*

        /s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
Murphy & King Professional Corporation
28 State Street, Suite 3101
Boston, Massachusetts 02109
(617) 423-0400
ALizotte@murphyking.com

Date: February 4, 2022

806421