UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>      Reorganized Debtors. | Chapter 11 Cases<br><br>14–40987–FJB<br>14–40988–FJB<br>14–40989–FJB<br><br>Jointly Administered |
| STEPHEN B. DARR, TRUSTEE OF THE ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>      Plaintiff,<br>v.<br><br>FRANTZ BALAN, A REPRESENTATIVE OF A CLASS OF DEFENDANT NET WINNERS,<br><br>      Defendants. | Adversary Proceeding<br>No. 16–4006–FJB |
| STEPHEN B. DARR AS TRUSTEE OF THE ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>      Plaintiffs,<br>v.<br><br>MARCO PUZZARINI AND SANDRO PAULO FREITAS, REPRESENTATIVES OF A CLASS OF DEFENDANT NET WINNERS,<br><br>      Defendants. | Adversary Proceeding<br>No. 16–4007–FJB |

**DEFENDANTS' LIMITED OPPOSITION TO
TRUSTEE'S MOTION TO APPROVE SCHEDULING ORDER
RESPECTING SUPPLEMENTATION OF
EXPERT REPORTS AND RELATED MATTERS**

To the Honorable Frank J. Bailey, United States Bankruptcy Judge:

Frantz Balan, Marco Puzzarini, and Sandro Paulo Freitas, as class representatives of the Domestic and Foreign Classes of Net Winners ("**Defendants**"), hereby respectfully oppose the Trustee's motion (Doc. No. 414 in Adv. Pr. 16-4006-FJB & Doc. No. 564 in Adv. Pr. 16-4007-FJB) to allow the Trustee's proposed scheduling order for the reasons stated herein. And for those same reasons, the Defendants further request that their proposed scheduling order, attached hereto as Exhibit A, be issued by the Court.

The Trustee's proposed timeline is manifestly unfair and prejudicial to the Defendants. The Defendants will undoubtedly need *more than two months* to evaluate and conduct discovery on the Trustee's supplemental expert report, which was originally promised in January and now will likely not be served until March. Similarly, Defendants' expert will need considerably more than three months to prepare a rebuttal report. Defendants base their position on an understanding that the Borelian report will be *more* scientific and *more* rigorous than the Huron report, not less. Thus it would be prejudicial to afford the Defendants substantially less time to respond to and address the anticipated expert issues on the timetable proposed by the Trustee.

The Trustee has had since June 22, 2021 to locate a new expert and prepare a supplemental report based on an entirely new methodology. Under the Trustee's proposed schedule, the Trustee will have had *nine months* to put the finishing touches on this supplemental report. Defendants have not objected to the length of time that the Trustee believes in his judgment is necessary to prepare the supplemental expert report—rather it is the Trustee that is essentially objecting to the fair allocation of time

2

for the Defendants to respond. Accordingly, the Defendants respectfully suggest that the schedule they hereby propose is reasonable, proportionate, and necessary to avoid any undue prejudice, based on the judgment and experience of undersigned counsel.

WHEREFORE, Frantz Balan, Marco Puzzarini, and Sandro Paulo Freitas, as representatives of the Domestic and Foreign Classes of Net Winners, respectfully request that the Court:

1. Schedule a hearing for February 15, 2022, on the Trustee's motion;

2. Approve the Defendants' proposed scheduling order attached hereto; and

3. Grant such other relief that is just and proper.

> FRANTZ BALAN,
> CLASS REPRESENTATIVE FOR
> DOMESTIC CLASS ACTION,
>
> MARCO PUZZARINI AND SANDRO
> PAULO FREITAS,
> CLASS REPRESENTATIVES
> FOR FOREIGN CLASS ACTION,
>
> By their counsel,

Dated: February 4, 2022

/s/ Ilyas J. Rona
Ilyas J. Rona (BBO #642964)
Michael J. Duran (BBO # 569234)
MILLIGAN RONA DURAN & KING LLC
50 Congress Street, Suite 600
Boston, MA 02109
Tel:  (617) 395-9570
Fax:  (855) 395-5525
ijr@mrdklaw.com
mjd@mrdklaw.com

## **CERTIFICATE OF SERVICE**

I, Ilyas J. Rona, hereby certify that I have caused a copy of the Defendants' **Defendants' Limited Opposition to Trustee's Motion to Approve Scheduling Order Respecting Supplementation of Expert Reports and Related Matters** to be served on counsel for the Trustee and all registered electronic filers appearing in this case using the Court's CM/ECF system.

Dated: February 4, 2022             /s/ *Ilyas J. Rona*
                                    Ilyas J. Rona, Esq.