# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-FJB<br>14-40988-FJB<br>14-40989-FJB<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>　　　　Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br>　　　　Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>　　　　Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br>　　　　Defendants. | Adversary Proceeding<br>No. 16-4007 |

**[DEFENDANTS' PROPOSED] SCHEDULING ORDER RESPECTING
SUPPLEMENTATION OF EXPERT REPORTS AND RELATED MATTERS**

This matter comes before the Court on competing proposed scheduling orders submitted by, on one hand, Stephen Darr, the liquidating trustee under the confirmed liquidating plan of reorganization (the "Trustee") of TelexFree LLC, TelexFree, Inc., and

TelexFree Financial, Inc. ("TelexFree" or the "Debtors") and, on the other hand, the representatives of the classes of defendants consisting of Net Winners ("Class Representatives") for entry of a Scheduling Order providing for the supplementation of expert reports and related matters pursuant to the Court's Order of December 1, 2021 (Doc. No. 407 in Adv. Pro. 16-4006 and Doc. No. 557 in Adv. Pro. 16-4007).

To expedite a resolution of the remaining issues and preserve resources of the Parties, the Trustee and Class Representatives previously stipulated (Doc. No. 409 in Adv. Pro. 16-4006 and Doc. No. 559 in Adv. Pro. 16-4007) to have remaining class issues in the Class Actions be conducted in two phases, proceeding first on the issues relating to the admissibility of a supplemental expert report (Phase I) and, second, to the extent necessary to resolve any remaining issues (Phase II).

Now, with all parties in interest having been notified and due cause appearing therefor, it is hereby Ordered as follows:

**A.  With respect to "Phase I" of Adversary Proceeding 16-4006 and 16-4007 (collectively, the "Adversary Proceedings"):**

   a. The Trustee shall serve his supplemental expert report on the Class Representatives on or before **March 31, 2022**.

   b. The Parties shall complete all "Phase I" fact discovery by **December 5, 2022**.

   c. The Class Representatives shall complete any discovery of Trustee's expert, Borelian, by **December 5, 2022**.

   d. The Class Representatives shall provide the Trustee with any rebuttal expert report on or before **March 3, 2023**.

2

    e. The Trustee shall complete any discovery of the Class Representatives' expert, StoneTurn, by **April 3, 2023**.

    f. The Trustee shall provide any reply expert report ("Reply Report") to the Class Representatives' Rebuttal Report on or before **April 21, 2023**.

    g. Any motions to exclude the supplemental expert report of Borelian ("Daubert Motion"), and any related dispositive motions, shall be filed by **June 23, 2023**.

    h. If a Daubert Motion or related dispositive motion is filed, the Court will enter a separate scheduling order setting the date for the submission of a pretrial memorandum and establishing a trial date.

    i. After the Court issues its rulings with respect to Phase I, the Court shall determine the necessity of Phase II.

    j. If no Daubert Motion or dispositive motions are filed, and if the cases have not otherwise been resolved or disposed of, the Parties will proceed to Phase II.

**B. With respect to "Phase II," if required**

    a. Within twenty-eight (28) days of the conclusion of Phase I, the Parties shall submit a joint scheduling order, or competing scheduling orders in the event an order cannot be agreed to, which shall address issues remaining to be litigated, designate additional discovery required, and establish a scheduling for the filing of dispositive motions.

Dated at Boston within said District this _____ day of February 2022.

_____
Honorable Frank J. Bailey
United States Bankruptcy Judge