

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  TELEXFREE, LLC, *et al.,*  Debtors | Ch. 11  14-40987-FJB  Jointly Administered |
| STEPHEN B. DARR,  Plaintiff,  *v.*  ANA ROSA LOPEZ, et al.,  Defendants | Adversary Proceeding  16-04006-FJB |

**Proceeding Memorandum and Order**

**MATTER:**

Telephonic Hearing:
#414 Motion filed by Plaintiff Stephen B. Darr to Approve Scheduling Order respecting Supplementation of Expert Reports and Related Matters (Lizotte, Andrew)
#415 Limited Opposition filed By Frantz Balan (Rona, Ilyas)

**Decision set forth more fully as follows:**

Telephonic Hearing held. The parties reported that they have agreed on the critical dates in a proposed scheduling order and are therefore directed to submit an agreed proposed scheduling order by 4:30 P.M. on 2/17/2022.

Dated: 2/15/2022

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge