UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>      Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-FJB<br>14-40988-FJB<br>14-40989-FJB<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>      Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br>      Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>      Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br>      Defendants. | Adversary Proceeding<br>No. 16-4007 |

### NOTICE OF FILING JOINT PROPOSED SCHEDULING ORDER RESPECTING SUPPLEMENTATION OF EXPERT REPORTS AND RELATED MATTERS

PLEASE TAKE NOTICE that Stephen Darr, the Liquidating Trustee of TelexFree LLC, TelexFree Inc., and TelexFree Financial, Inc., hereby submits the proposed *Joint Scheduling Order Respecting Supplementation of Expert Reports and Related Matters*

(attached as Exhibit "A") in accordance with the Order of the Court dated February 15, 2022.

        STEPHEN DARR,
        Liquidating Trustee,
        By his counsel:

        /s/ Andrew G. Lizotte
        Andrew G. Lizotte (BBO #559609)
        MURPHY & KING, Professional Corporation
        28 State Street, Suite 3101
        Boston, MA  02109
        Telephone:  617-423-0400
        alizotte@murphyking.com

Dated: February 16, 2022

806863