UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>  Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>  Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS<br>  Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>  Plaintiffs,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS<br>  Defendants. | Adversary Proceeding<br>No. 16-4007 |

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that on this day, I caused to be served by this Court's CM/ECF System, a copy of the *Assented to Motion by Liquidating Trustee to Approve Amended Scheduling Order Respecting Supplementation of Expert Reports and Related Matters, and Request for Hearing*.

- **Charles R. Bennett** cbennett@murphyking.com, bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com
- **Evans J. Carter** ejcatty1@verizon.net
- **Gary W. Cruickshank** gwc@cruickshank-law.com, cruickshankgr87938@notify.bestcase.com
- **James P. Ehrhard** ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com
- **Valentin D. Gurvits** vgurvits@bostonlawgroup.com
- **Andrew G. Lizotte** agl@murphyking.com, bankruptcy@murphyking.com;tlombardi@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com;imccormack@murphyking.com
- **Michael M. McArdle** mike@mcardlelaw.com, morgan@mcardlelaw.com
- **Wendy M. Mead** wendymeadpc@verizon.net
- **Maksim Nemtsev** menemtsev@gmail.com
- **Michael K. O'Neil** mko@rathlaw.com, fam@rathlaw.com
- **Ilyas J. Rona** ijr@mrdklaw.com, gnc@mrdklaw.com,kae@mrdklaw.com
- **Hilary Schultz** hschultz@engelschultz.com
- **Jordan L. Shapiro** JSLAWMA@aol.com
- **Matthew Shayefar** matt@bostonlawgroup.com
- **Elton Watkins** watkinslaw@comcast.net

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
Murphy & King, Professional Corporation
28 State Street, Suite 3101
Boston, MA 02109
Telephone: (617) 423-0400
Facsimile: (617) 423-0498
Email: ALizotte@murphyking.com

Dated: March 24, 2022
808257