# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>                Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br><br>                Plaintiff,<br>   v.<br><br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br><br>                Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br><br>                Plaintiff,<br>   v.<br><br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br><br>                Defendants. | Adversary Proceeding<br>No. 16-4007 |

**JOINT MOTION TO EXTEND "PHASE I" DEADLINES
TO COMPLETE DISCOVERY AND EXPERT REPORT**

Stephen B. Darr, the Trustee (the "Trustee") of the Chapter 11 Estates of TelexFree,

LLC, TelexFree, Inc. and TelexFree Financial, Inc. (collectively, "Telexfree"), along with

Class Representatives Frantz Balan, Marco Puzzarini, and Sandro Paulo Freitas (the "Class Representatives"), on behalf of classes of alleged "net winner" Defendants in *Darr v. Argueta*, Adv. Pro. 16–4006 (the "Domestic Case") and *Darr v. Alecci*, Adv. Pro. 16–4007 (the "International Case"), jointly move to extend the "Phase I" deadlines for expert discovery and expert reports by 45 additional days in this matter, to allow for the completion of the Class Representatives' Expert Rebuttal Report and to accommodate ongoing discovery related to the admissibility of the Trustee's Expert Report. In support thereof, the Trustee and Class Representatives jointly state as follows:

1. On December 1, 2021, the Court entered an order approving the Motion by Liquidating Trustee to Schedule Case Management Conference Respecting Supplementation of Expert Report. (*Domestic Case* ECF No. 407; *International Case* ECF No. 557.) That order was conditioned upon certain cooperation by the parties and required that (a) the parties negotiate and file an amended fee arrangement for the Defendants; and that (b) the parties file either an agreed-to proposed scheduling order or separate competing proposed scheduling orders.

2. On January 4, 2022, the parties filed a stipulation respecting fees for professionals retained by the class action defendants. (*Main Case* ECF No. 3707.) On January 11, 2022, the Court approved the form and scope of the stipulation. (*Main Case* ECF No. 3710.) In the stipulation, the Parties conceptually agreed to conduct remaining class proceedings in two phases: "Phase I" and "Phase II."

3. On March 24, 2022, the Court set the remaining "Phase I" deadlines as follows:

- The Parties shall complete all "Phase I" fact discovery by **February 28, 2023**.

2

- The Class Representatives shall complete any discovery of Trustee's expert, Borelian, by **February 28, 2023**.

- The Class Representatives shall provide the Trustee with any rebuttal expert report on or before **February 28, 2023**.

- The Trustee shall complete any discovery of the Class Representatives' expert, StoneTurn, by **March 31, 2023**.

- The Trustee shall provide any reply expert report ("Reply Report") to the Class Representatives' Rebuttal Report on or before **March 31, 2023**.

- Any motions to exclude the supplemental expert report of Borelian ("Daubert Motion"), and any related dispositive motions, shall be filed by **April 30, 2023**.

(*Domestic Case* ECF No. 425; *International Case* ECF No. 575.)

4. The parties have been diligently conducting discovery and preparing their expert opinions. The volume of discovery and certain scheduling delays have necessitated extending the existing deadlines by 45 days in order to allow for the orderly completion of fact discovery, expert discovery, and expert reports.

5. Accordingly, the Trustee and the Class Representatives now jointly request an additional 45 days to complete their expert discovery and to complete their rebuttal report, and that all other deadlines set forth in Paragraph 2 above be extended by 52 days,[1] as reflected in proposed amended scheduling order is attached hereto as Exhibit A.

WHEREFORE, the Trustee and Class Representatives jointly request that this Court:

---

[1] In additional to the 45-day extension jointly agreed to above, the Trustee has requested an additional week for his deadlines to complete expert discovery and to prepare his Reply Report to accommodate April school vacation week. Class Representatives agree to the addition of a week to the deadlines referenced.

3

1. approve the proposed amended scheduling order attached hereto; and

2. Grant such other relief as is just and proper.

STEPHEN B. DARR, THE TRUSTEE OF THE CHAPTER 11 ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. AND TELEXFREE FINANCIAL, INC.,

By his counsel,

Dated: February 24, 2023

/s/ Charles R. Bennett
Charles R. Bennett, Jr. (BBO #037380)
Andrew G. Lizotte (BBO #559609)
MURPHY & KING,
Professional Corporation
One Beacon Street
Boston, MA 02108
Tel: (617) 423-0400
Fax: (717) 423-0498
cbennett@murphyking.com
alizotte@murphyking.com

|  |  |
|---|---|
|  | FRANTZ BALAN,<br>CLASS REPRESENTATIVE FOR<br>DOMESTIC CLASS ACTION,<br><br>MARCO PUZZARINI AND SANDRO<br>PAULO FREITAS,<br>CLASS REPRESENTATIVES<br>FOR INTERNATIONAL CLASS ACTION,<br><br>By their counsel, |
| Dated: February 24, 2023 | /s/ Ilyas J. Rona<br>Ilyas J. Rona (BBO #642964)<br>Michael J. Duran (BBO # 569234)<br>MILLIGAN RONA DURAN & KING LLC<br>28 State Street, Suite 802<br>Boston, MA 02109<br>Tel:  (617) 395-9570<br>Fax:  (855) 395-5525<br>ijr@mrdklaw.com<br>mjd@mrdklaw.com |

## CERTIFICATE OF SERVICE

I, Ilyas J. Rona, hereby certify that I have caused a copy of the **Joint Motion to Extend "Phase I" Deadlines to Complete Discovery and Expert Report** to be served on counsel for the Trustee by email as follows and all registered electronic filers appearing in this case via the Court's CM/ECF system:

Charles R. Bennett, Jr.
MURPHY & KING P.C.
28 State Street, Suite 3101
Boston, MA 02109
cbennett@murphyking.com

Dated: February 24, 2023 /s/ Ilyas J. Rona
Ilyas J. Rona, Esq.

5