# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　　Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br><br>　　　　　Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br><br>　　　　　Defendants. | Adversary Proceeding<br>No. 16-4007 |

**[JOINTLY PROPOSED] ORDER REGARDING
REMAINING "PHASE I" SCHEDULE**

This matter comes before the Court on a Joint Motion to Extend "Phase I"

Deadlines to Complete Discovery and Expert Report, which seeks to extend by 45 days

the deadlines previously set in the Amended Scheduling Order dated March 24, 2022 (ECF No. 425 in Adv. Pro. 16-4006 and ECF No. 575 in Adv. Pro. 16-4007) ("<u>Amended Scheduling Order</u>") with respect to "Phase I" of Adversary Proceedings 16-4006 and 16-4007 (the "<u>Adversary Proceedings</u>"), as defined in the Amended Scheduling Order.

Now, upon joint motion of the parties in these Adversary Proceedings, it is hereby Ordered that the Amended Scheduling Order is amended as follows:

**A.    With respect to "Phase I" of the Adversary Proceedings:**

  a. The Parties shall complete all "Phase I" fact discovery by **April 14, 2023**.

  b. The Class Representatives shall complete any discovery of Trustee's expert, Borelian, by **April 14, 2023**.

  c. The Class Representatives shall provide the Trustee with any rebuttal expert report on or before **April 14, 2023**.

  d. The Trustee shall complete any discovery of the Class Representatives' expert, StoneTurn, by **May 22, 2023**.

  e. The Trustee shall provide any reply expert report ("Reply Report") to the Class Representatives' Rebuttal Report on or before **May 22, 2023**.

  f. Any motions to exclude the supplemental expert report of Borelian ("Daubert Motion"), and any related dispositive motions, shall be filed by **June 22, 2023**.

    g. If a *Daubert* Motion or related dispositive motion is filed, the Court will enter a separate scheduling order setting the date for the submission of a pretrial memorandum and establishing a trial date, if applicable.

    h. After the Court issues its rulings with respect to Phase I, the Court shall determine the necessity of Phase II.

    i. If no Daubert Motion or dispositive motions are filed, and if the cases have not otherwise been resolved or disposed of, the Parties will proceed to Phase II.

**B. With respect to "Phase II," if required**

    a. Within twenty-four (24) days of the conclusion of Phase I, the Parties shall submit a joint scheduling order, or competing scheduling orders in the event an order cannot be agreed to, which shall address issues remaining to be litigated, designate additional discovery required, and establish a schedule for the filing of dispositive motions.

Dated at Boston within said District this _____ day of _____ 2023.

 

_____
Honorable Elizabeth D. Katz
United States Bankruptcy Judge

3