United States Bankruptcy Court

District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-edk

# CERTIFICATE OF NOTICE

District/off: 0101-4      User: admin      Page 1 of 2
Date Rcvd: Feb 28, 2023      Form ID: pdf012      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Frantz Balan, 51 Grover Street, Apt. 2, Everett, MA 02149-4204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion01.WO.ECF@usdoj.gov | Feb 28 2023 22:33:25 | Richard King, Office of US. Trustee, 446 Main Street, 14th Floor, Worcester, MA 01608-2361 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew G. Lizotte | on behalf of Plaintiff Stephen B. Darr agl@murphyking.com bankruptcy@murphyking.com;tlombardi@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com;imccormack@murphyking.com |
| Charles R. Bennett, Jr. | on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com |

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 28, 2023 | Form ID: pdf012 | Total Noticed: 2 |

Elton Watkins, III
    on behalf of Defendant Milagros Adames watkinslaw@comcast.net

Elton Watkins, III
    on behalf of Defendant Ricardo Fabin watkinslaw@comcast.net

Evans J. Carter
    on behalf of Defendant Bilkish Sunesara ejcatty1@verizon.net

Gary W. Cruickshank
    on behalf of Defendant Jose Miguel Filho gwc@cruickshank-law.com cruickshankgr87938@notify.bestcase.com

Hilary Schultz
    on behalf of Defendant Bruno Graziani hschultz@engelschultz.com

Ilyas J. Rona
    on behalf of Defendant Frantz Balan ijr@mrdklaw.com gnc@mrdklaw.com,kae@mrdklaw.com

Ilyas J. Rona
    on behalf of Defendant Julio Silva ijr@mrdklaw.com gnc@mrdklaw.com,kae@mrdklaw.com

James P. Ehrhard
    on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com cote@ehrhardlaw.com

Jordan L. Shapiro
    on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com

Jordan L. Shapiro
    on behalf of Intervenor-Defendant Rahima Boughalem JSLAWMA@aol.com

Maksim Nemtsev
    on behalf of Defendant Daniil Shoyfer menemtsev@gmail.com

Matthew Shayefar
    on behalf of Defendant Timex Research Consulting Inc. matt@bostonlawgroup.com

Matthew Shayefar
    on behalf of Defendant New Generation Med Supply Inc. matt@bostonlawgroup.com

Michael K. O'Neil
    on behalf of Plaintiff Stephen B. Darr mko@rathlaw.com fam@rathlaw.com

Michael M. McArdle
    on behalf of Defendant Ruddy Abreau mike@mcardlelaw.com morgan@mcardlelaw.com

Michael M. McArdle
    on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com morgan@mcardlelaw.com

Valentin D. Gurvits
    on behalf of Defendant Timex Research Consulting Inc. vgurvits@bostonlawgroup.com

Valentin D. Gurvits
    on behalf of Defendant New Generation Med Supply Inc. vgurvits@bostonlawgroup.com

Wendy M. Mead
    on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net

Wendy M. Mead
    on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net

Wendy M. Mead
    on behalf of Defendant Lan Lan Ji wendymeadpc@verizon.net

Wendy M. Mead
    on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net

Wendy M. Mead
    on behalf of Defendant Hugo Alvarado wendymeadpc@verizon.net

Wendy M. Mead
    on behalf of Defendant Benjamin Argueta wendymeadpc@verizon.net

Wendy M. Mead
    on behalf of Defendant Roberto Nunez wendymeadpc@verizon.net

Wendy M. Mead
    on behalf of Defendant Gladys Alvarado wendymeadpc@verizon.net

TOTAL: 28

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>               Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br><br>               Plaintiff,<br>   v.<br><br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br><br>               Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br><br>               Plaintiff,<br>   v.<br><br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br><br>               Defendants. | Adversary Proceeding<br>No. 16-4007 |

**ORDER REGARDING REMAINING "PHASE I" SCHEDULE**

This matter comes before the Court on a Joint Motion to Extend "Phase I"

Deadlines to Complete Discovery and Expert Report, which seeks to extend by 45 days

the deadlines previously set in the Amended Scheduling Order dated March 24, 2022 (ECF No. 425 in Adv. Pro. 16-4006 and ECF No. 575 in Adv. Pro. 16-4007) ("Amended Scheduling Order") with respect to "Phase I" of Adversary Proceedings 16-4006 and 16-4007 (the "Adversary Proceedings"), as defined in the Amended Scheduling Order.

Now, upon joint motion of the parties in these Adversary Proceedings, it is hereby Ordered that the Amended Scheduling Order is amended as follows:

**A.     With respect to "Phase I" of the Adversary Proceedings:**

   a. The Parties shall complete all "Phase I" fact discovery by **April 14, 2023**.

   b. The Class Representatives shall complete any discovery of Trustee's expert, Borelian, by **April 14, 2023**.

   c. The Class Representatives shall provide the Trustee with any rebuttal expert report on or before **April 14, 2023**.

   d. The Trustee shall complete any discovery of the Class Representatives' expert, StoneTurn, by **May 22, 2023**.

   e. The Trustee shall provide any reply expert report ("Reply Report") to the Class Representatives' Rebuttal Report on or before **May 22, 2023**.

   f. Any motions to exclude the supplemental expert report of Borelian ("Daubert Motion"), and any related dispositive motions, shall be filed by **June 22, 2023**.

2

g. If a *Daubert* Motion or related dispositive motion is filed, the Court will enter a separate scheduling order setting the date for the submission of a pretrial memorandum and establishing a trial date, if applicable.

h. After the Court issues its rulings with respect to Phase I, the Court shall determine the necessity of Phase II.

i. If no Daubert Motion or dispositive motions are filed, and if the cases have not otherwise been resolved or disposed of, the Parties will proceed to Phase II.

B. **With respect to "Phase II," if required**

a. Within twenty-four (24) days of the conclusion of Phase I, the Parties shall submit a joint scheduling order, or competing scheduling orders in the event an order cannot be agreed to, which shall address issues remaining to be litigated, designate additional discovery required, and establish a schedule for the filing of dispositive motions.

Dated:  2/28/2023

*[signature]*

Honorable Elizabeth D. Katz
United States Bankruptcy Judge

3