# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>                Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br><br>                Plaintiff,<br>v.<br><br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br><br>                Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br><br>                Plaintiff,<br>v.<br><br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br><br>                Defendants. | Adversary Proceeding<br>No. 16-4007<br><br>**Request for<br>Expedited Determination** |

**MOTION BY DEFENDANT CLASSES FOR A 30-DAY ENLARGEMENT OF TIME TO FILE *DAUBERT* AND RELATED DISPOSITIVE MOTIONS, AND REQUEST FOR EXPEDITED DETERMINATION**

*[Left margin, handwritten/stamped:]* 6/15/2023 GRANTED. THE TRUSTEE'S OBJECTION IS OVERRULED. THE DEADLINE IS EXTENDED TO JULY 21, 2023. /s/ Elizabeth D. Katz