UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>        Reorganized Debtors. | Chapter 11 Cases<br>14–40987–EDK<br>14–40988–EDK<br>14–40989–EDK<br><br>Jointly Administered |
| STEPHEN DARR, CHAPTER 11 TRUSTEE OF THE ESTATES OF EACH OF THE DEBTORS,<br><br>        Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, *et al.*, and a CLASS OF DOMESTIC NET WINNERS,<br><br>        Defendants. | Adv. Pro. No.: 16–04006–EDK |
| STEPHEN DARR, CHAPTER 11 TRUSTEE OF THE ESTATES OF EACH OF THE DEBTORS,<br><br>        Plaintiff,<br><br>v.<br><br>PAOLA ZOLLO ALECCI, *et al.*, and a CLASS OF INTERNATIONAL NET WINNERS,<br><br>       Defendants. | Adv. Pro. No.: 16–04007–EDK |

**AFFIDAVIT OF ILYAS J. RONA**

I, Ilyas J. Rona, do hereby depose and state:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and admitted to the United States District Court for the District of Massachusetts.

2. I have been practicing law for over 20 years.

3. I am a partner at the law firm Milligan Rona Duran & King LLC. My firm and I represent the Domestic Class Representative Frantz Balan and International Class Representatives Marco Puzzarini and Sandro Paulo Freitas (the "Class Defendants") in this action.

4. The following is true and accurate to the best of my knowledge, and if called upon to do so I could testify competently about the facts set forth in this affidavit.

5. On or about April 29, 2022, Dr. Cameron E. Freer submitted his Expert Report in this action. A true and accurate copy of the Expert Report is attached as Exhibit A.

6. On or about April 14, 2023, Joshua W. Dennis submitted his Supplemental Rebuttal Expert Report in this action. A true and accurate copy of the Supplemental Rebuttal Expert Report is attached as Exhibit B. The exhibits to the Supplemental Rebuttal Expert Report are too voluminous to submit via ECF. Class Defendants will submit these exhibits to the Courtroom Deputy electronically.

7. On or about May 22, 2023, Dr. Cameron E. Freer submitted his Reply Report in this action. A true and accurate copy of the Reply Report is attached as Exhibit C.

8. On or about April 4, 2023, the Class Defendants took the deposition of Dr. Cameron E. Freer. A true and accurate copy of the deposition transcript is attached as Exhibit D.

9. On or about July 30, 2020, Domestic Class Representative Frantz Balan executed the Affidavit of Frantz Balan. A true and accurate copy of the Affidavit of Frantz Balan is attached as Exhibit E.

10. On or about July 29, 2020, Lusette Balan executed the Affidavit of Lusette Balan. A true and accurate copy of the Affidavit of Lusette Balan is attached as Exhibit F.

11. On or about April 24, 2023, Rule 702 of the Federal Rules of Evidence was amended. The amendment will go into effect on December 1, 2023. A true and accurate copy of the Amendment to Rule 702 of the Federal Rules of Evidence is attached as Exhibit G.

12. On or about January 4, 2022, the Trustee and the Defendant Class Representatives entered into a Stipulation Respecting the Amended Fee Arrangement for Defendants. A true and accurate copy of the Stipulation is attached as Exhibit H.

13. On or about November 2 and 3, 2021, counsel for the Trustee and Dr. Cameron E. Freer exchanged emails regarding various matters, including the Net

Equity Calculation by Huron Consulting Group. A true and accurate copy of the email exchange is attached as Exhibit I.

14. On or about September 20, 2018, Ted Enamorado published the article Active Learning for Probabilistic Record Linkage. A true and accurate copy of the article is attached as Exhibit J.

15. On or about February 6, 2014, Louis A. Morales filed a Certificate of Organization for Telex Services LLC with the Massachusetts Secretary of State's Office. A true and accurate copy of the Certificate of Organization is attached as Exhibit K.

16. On or about April 6, 2012, Issue Number 402 of El Planeta was published, which included an advertisement for Lopesa Services. A true and accurate copy of the advertisement is attached as Exhibit L.

17. Counsel for the Class Defendants pulled account data from the TelexFree database representing all accounts belonging to Rosmery Torrico. A true and accurate copy of the Chart is attached as Exhibit M.

18. On or about September 26, 2016, Rosmery Torrico submitted a claim through the Trustee's electronic Proof of Claim ("ePOC") process. A true and accurate copy of the Claim is attached as Exhibit N.

19. On or about January 19, 2023, the Class Defendants took the deposition of Rosmery Torrico. A true and accurate copy of the deposition transcript is attached as Exhibit O.

20. Counsel for the Class Defendants pulled account data from the TelexFree database representing all accounts belonging to Ella Maria Reid. A true and accurate copy of the Chart is attached as <u>Exhibit P</u>.

21. On or about August 29, 2016, Ella Maria Reid submitted a claim through the Trustee's electronic Proof of Claim ("ePOC") process. A true and accurate copy of the Claim is attached as <u>Exhibit Q</u>.

22. On or about February 22, 2023, the Class Defendants took the deposition of Ella Maria Reid. A true and accurate copy of the deposition transcript is attached as <u>Exhibit R</u>.

23. Counsel for the Class Defendants pulled account data from the TelexFree database representing accounts belonging to Amilcar Lopez. A true and accurate copy of the Chart is attached as <u>Exhibit S</u>.

24. Counsel for the Class Defendants pulled account data from the TelexFree database representing accounts belonging to Benjamin Argueta. A true and accurate copy of the Chart is attached as <u>Exhibit T</u>.

25. In reviewing Dr. Freer's aggregation output files, Counsel for the Class Defendants has identified clusters with the following names:

- Tom Cruise
- Lady Gaga
- Bilbo Baggings [sic]
- Frodo Baggins
- Kobe Bryant
- Barack Obama
- James Bonds
- Neymar Jr
- Johnny Depp
- Arnold Schwarzenegger
- Tom Hanks
- Matt Damon

- Donald Trump
- Shakira
- Minnie Mouse
- Jackie Chan
- Britney Spears
- Barry Bonds
- Jimmy Buffet
- Harry Potter
- Adolf Hitler
- Shaggy
- Peter Rabbit
- Santa Claus
- Princess Rosario
- Marshall Mathers
- Joe Biden
- Mitt Romney
- Sarah Palin
- Thomas Jefferson
- Brad Pitt
- Mark Wahlberg
- Cameron Diaz
- Morgan Freeman
- Albert Einstein
- Leonardo Dicaprio
- Ricky Martin
- Tiger Woods
- Jesus Christ
- Robert Downey
- Harrison Ford
- Clint Eastwood
- Emma Watson
- Hugh Jackman
- Hillary Clinton
- Lionel Messi
- Cristiano Ronaldo

26.    Counsel for the Class Defendants has also identified clusters of alleged net winners with the following names in Dr. Freer's aggregation output:

- Bill Gates (20041817)
- George Washington (8835920)
- Mickey Mouse (4522154)

Signed under the pains and penalties of perjury, this 21st day of July 2023.

/s/ Ilyas J. Rona
Ilyas J. Rona

## CERTIFICATE OF SERVICE

I, Ilyas J. Rona, hereby certify that I have caused a copy of the Affidavit of Ilyas J. Rona to be served on counsel for the Trustee and all registered electronic filers appearing in this case using the Court's CM/ECF system.

Dated: July 21, 2023　　　　　　　　　　　　/s/ Ilyas J. Rona
　　　　　　　　　　　　　　　　　　　　　Ilyas J. Rona, Esq.