# Exhibit A.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| TELEXFREE, LLC, | |
| TELEXFREE, INC. and | 14-40987-MSH |
| TELEXFREE FINANCIAL, INC., | 14-40988-MSH |
| | 14-40989-MSH |
| Debtors. | |
| | Jointly Administered |

| | |
|---|---|
| STEPHEN B. DARR, TRUSTEE | |
| OF THE ESTATES OF TELEXFREE, LLC, | |
| TELEXFREE, INC. and TELEXFREE | Adversary Proceeding |
| FINANCIAL, INC., | No. 16-4006 |
| Plaintiff, | |
| v. | |
| BENJAMIN ARGUETA, A | |
| REPRESENTATIVE OF A CLASS OF | |
| DEFENDANT NET WINNERS | |
| Defendants. | |

| | |
|---|---|
| STEPHEN B. DARR AS TRUSTEE | |
| OF THE ESTATES OF TELEXFREE, LLC, | |
| TELEXFREE, INC. and TELEXFREE | |
| FINANCIAL, INC., | |
| Plaintiffs, | |
| v. | Adversary Proceeding |
| MARCO PUZZARINI, A REPRESENTATIVE | No. 16-4007 |
| OF A CLASS OF DEFENDANT NET | |
| WINNERS | |
| Defendants. | |

**EXPERT REPORT OF DR. CAMERON E. FREER**

Respectfully submitted this 29th day of April 2022

_____

Cameron E. Freer, Ph.D.

# TABLE OF CONTENTS

I.    Overview ................................................................................................................ 1

  A.    Introduction ....................................................................................................... 1

  B.    Scope of Engagement ........................................................................................ 2

  C.    Qualifications .................................................................................................... 3

  D.    Fees and Invoices .............................................................................................. 4

  E.    Materials Considered ......................................................................................... 4

  F.    Qualifying Language ......................................................................................... 4

  G.    Summary of My Opinion ................................................................................... 5

II.    Introduction to Record Linkage ............................................................................. 5

  A.    Assessing Pairwise Matches .............................................................................. 7

    1.    Data Quality Assessment and Field Selection ............................................. 7

    2.    Data Cleaning .............................................................................................. 8

    3.    Fuzzy Matching ......................................................................................... 10

    4.    Pairwise Match Assessment in Deterministic Record Linkage ................... 11

    5.    Pairwise Match Assessment in Probabilistic Record Linkage .................... 12

    6.    Pairwise Match Assessment in Hybrid Record Linkage ............................. 18

  B.    Converting Pairwise Match Assessments into Clusters .................................... 19

    1.    Fixed Thresholding and Transitive Closure ............................................... 19

    2.    Dynamic Clustering ................................................................................... 21

III.    The Telexfree DataSet ......................................................................................... 22

  A.    Data Source ..................................................................................................... 22

  B.    Data Fields ...................................................................................................... 23

    1.    Special Role of the Name Field in the TelexFree Dataset .......................... 24

    2.    High Quality .............................................................................................. 26

    3.    Intermediate Quality .................................................................................. 29

    4.    Low Quality ............................................................................................... 31

IV.    Aggregation Method ............................................................................................ 37

  A.    Hybrid Approach ............................................................................................. 37

  B.    String Nearness Measures ................................................................................ 38

  C.    Software and Computing Infrastructure Utilized ............................................. 40

  D.    Steps in the Aggregation Methodology ............................................................ 43

    1.    Step 1:  Selecting and Transforming the Fields ......................................... 44

2.    Step 2:  Cleaning the Fields ....................................................................... 45

3.    Step 3:  Deterministic Step ........................................................................ 48

4.    Step 4:  Blocking ........................................................................................ 50

5.    Step 5:  Rubric Application to Calculate Gammas ...................................... 56

6.    Step 6:  Calculate Match Probabilities ....................................................... 62

7.    Step 7:  Compute Clusterings for Several Fixed Thresholds ...................... 62

8.    Step 8:  Dynamic Clustering Process ......................................................... 63

9.    Step 9.  Convert the Clustering of Account Groupings into a Clustering of User
Accounts .......................................................................................................... 72

10.    Step 10. Tabulate Total Net Equity for Each Cluster ................................ 72

V.    Results ................................................................................................................. 73

VI.    Discussion of Example Cluster ........................................................................... 75

VII.    Conclusion .......................................................................................................... 78

**EXHIBITS**

| Exhibit Number | Description |
|----------------|-------------|
| 1 | Curriculum Vitae of Cameron E. Freer |
| 2 | Materials Considered |
| 3 | Cluster 132785 Example |
| 4 | Gamma Cutoff Selection Example |
| 5 | Summary of TelexFree User Accounts and Participants by Tier |
| 6 | Aggregation Output, provided natively as *aggregation_output.csv* |
| 7 | Summary of the Aggregation Output, provided natively as *aggregation_summary.csv* |

I.        **OVERVIEW**

A.        **Introduction**

1.        Based upon my discussions with counsel to Stephen Darr, the Trustee of TelexFree, and Huron Consulting Group, LLC ("Huron"), the Trustee's financial advisors, I understand the following general background facts:

2.        TelexFree was a Ponzi and pyramid scheme that purportedly sold Voice over Internet Protocol (VoIP) phone plans and operated from 2012 to 2014. Scheme participants ("Participants") were encouraged to create multiple accounts ("User Accounts") to increase their involvement in the scheme. Some Participants created one User Account; others created thousands.

3.        An organization known as Ympactus operated a related scheme in Brazil, using the same business model and also maintaining its records in the TelexFree database.  In total, there are 17,016,780 User Accounts in the TelexFree database.  The Trustee determined that of that 17,016,780 User Accounts, 10,987,617 are attributable to TelexFree, 4,006,422 are attributable to Ympactus, and 138 are a "hybrid". The remaining 2,022,603 User Accounts are those for which no invoice was ever paid.

4.        The TelexFree database treats each of the approximately 17 million User Accounts as a standalone record that does not internally link to other User Accounts, even when such User Accounts were opened by the same Participant.  While many Participants created multiple User Accounts, some Participants at times entered information that was inconsistent across their various User Accounts.  For example, two User Accounts opened by the same Participant may have different email addresses.

5.      Because of the pyramid nature of TelexFree's scheme, Participants often recruited friends and relatives into the scheme.  My understanding of the TelexFree scheme is that, in the course of User Account creation, it was common practice for recruits to use their own name while using the contact information (email address, phone number, street address, and other fields) of their recruiters, or for family members to share the same contact information, or for a business and an individual to share the same contact information.

6.      When the TelexFree scheme collapsed, some Participants received more money than they had paid into the scheme ("Net Winners"), whereas the majority of Participants had contributed more into the scheme than they were paid out ("Net Losers").[1]  As previously mentioned, many Participants maintained multiple User Accounts.  In order to determine the Net Winners and Net Losers, the Trustee needed to establish a mechanism to aggregate the User Accounts attributable to each Participant.

B.      **Scope of Engagement**

7.      Borelian Corporation ("Borelian") has been engaged by Stephen Darr, the Trustee of TelexFree, to develop and implement an aggregation methodology for grouping the User Accounts associated with each Participant. Specifically, Borelian was engaged to: (1)  develop an aggregation methodology that creates one "cluster" of User Accounts for each Participant such that each User Account appears in precisely one cluster; and (2) provide the set of clusters that results from implementing this methodology on the 10,987,617 User Accounts attributable to TelexFree.

8.      My scope of engagement also includes participating in depositions or other court proceedings as necessary.

---

[1] For purposes of this report, I consider the small number of Participants with zero net gains to be Net Losers.

C.    **Qualifications**

9.    I am a Principal at Borelian, a data analytics firm with a specific expertise in analyzing, cleaning, and aggregating large commercial data sets. I am also a Research Scientist at Massachusetts Institute of Technology's Probabilistic Computing Project.  As part of my work at MIT, I have published a number of papers in the fields of probabilistic inference[2], statistical testing[3], and clustering in graphs[4]. I received a Ph.D. in Mathematics from Harvard University. My CV is attached as Exhibit 1.

10.    I have published 28 mathematics, statistics, and computer science research papers; all of these publications, including all publications in the last 10 years, are listed in Exhibit 1.  I have been an invited speaker at many international conferences, and have given several dozen invited lectures (see Exhibit 1, pp. 4-7).  I have been granted a U.S. Patent (Id. at p. 4), and my research has been featured in the Wall Street Journal, Forbes, the BBC, Wired, The Atlantic, and Fast Company (Id. at p. 11).

11.    In addition to my academic research, I have extensive work experience working with complex datasets.  I served as Chief Scientist of the real estate data analytics firm Remine, Inc., where I evaluated, cleaned, and merged large datasets of consumer and property records (which came from different vendors and had no canonical unique identifiers), built statistical models based on this data, and helped build their data science team and design their data architecture.  I have also worked on data analysis of financial datasets. In total, I have over ten

---

[2]  N. Ackerman, C. Freer, and D. Roy. On the computability of conditional probability, *Journal of the ACM* 66, no. 3, 23:1–23:40, 2019.

[3]  F. Saad, N. Ackerman, C. Freer, and V. Mansinghka. A family of exact goodness-of-fit tests for high-dimensional discrete distributions, *Proceedings of the 22nd International Conference on Artificial Intelligence and Statistics*, PMLR 89, 1640–1649, 2019.

[4]  D. Cai, N. Ackerman, and C. Freer. Priors on exchangeable directed graphs, *Electronic Journal of Statistics,* 10, no. 2, 3490–3515, 2016.

years of experience with extraction, cleaning, manipulation, and analysis of complex structured data.

12.     I have not provided expert testimony in any legal proceeding in the four years prior to the date of this report.

### D.     **Fees and Invoices**

13.     Borelian is compensated for my time and the time of Borelian professionals expended on this matter under my direction at the rate of $300 per hour.  My hourly rate is $300 per hour.  Compensation to Borelian is not contingent upon the outcome of the related litigation or the opinions I express as a result of my review and analysis.

### E.     **Materials Considered**

14.     I reviewed data and documents from a variety of sources during my work and in the course of generating this report.  A complete listing of documents that I considered is presented in Exhibit 2.

### F.     **Qualifying Language**

15.     The opinions presented in this report are based on Borelian's analyses, as carried out under my direction and control, and my experience in analyzing complex datasets over the course of my career. The opinions expressed in this report are subject to change based on additional information that I may receive after the date of this report, and I reserve the right to update my report upon learning of and reviewing additional information that may impact the findings or opinions stated herein.  Further, I reserve the right to prepare additional exhibits, charts, graphs, tables, demonstratives, and diagrams to summarize or support the opinions and analyses set forth in this report.  Finally, I reserve the right to address those conclusions and opinions raised by the Defendants' Expert which are not addressed herein

G.     **Summary of My Opinion**

16.     Based on the work described below, my aggregation methodology has determined that the 10,987,617 User Accounts attributable to TelexFree belong to 1,566,383 different Participants, with a mean size of 7.01 User Accounts per Participant.  Of the 1,566,383 Participants, 1,484,702 are Net Losers and 81,681 are Net Winners.  The Net Winners have a total net gain of $1,555,981,482.42, with an average net gain of $19,049.49 per Net Winner.  The Net Losers have a total net loss of $1,782,171,730.09, with an average net loss of $1,200.36 per Net Loser.

17.     As set forth in detail below, I aggregated the User Accounts and tabulated the Total Net Equity for each Participant using a 10-step aggregation methodology that I developed in accordance with standard techniques for data linkage and based on the specific properties of the TelexFree dataset.

II.     **INTRODUCTION TO RECORD LINKAGE**

18.     Record linkage is the process of matching records in a dataset based on the similarity of the contents of the records.[5] This is typically done by first assessing the similarity of each pair of records to determine the extent to which the pair of records should be linked.[6] This step is then followed by a step that converts the pairwise match assessments into clusters.

19.     There are deterministic, probabilistic, and hybrid approaches to assessing pairwise matches, which I describe in Section II.A below.  For any of these approaches, it is crucial to

---

[5] "Record linkage is the process of matching records from several databases that refer to the same entities. When applied on a single database, this process is known as deduplication."  Christen, P. (2011). A survey of indexing techniques for scalable record linkage and deduplication. IEEE Transactions on Knowledge and Data Engineering, 24(9), 1537-1555.

[6] "Traditionally, the de-duplication problem has been solved by making an independent match decision for each candidate pair of records. A similarity score is calculated for each pair…"  Parag Singla and Pedro Domingos, Multi-Relational Record Linkage. *KDD-2004 Workshop on MultiRelational Data Mining*, pp. 31-48.

assess the quality of the data in each field, to select fields to be used for linkage based on data quality, to clean the data, and to consider whether to employ fuzzy matching.

20.     To convert the pairwise matches into clusters, one can use fixed thresholding and transitive closure, or a dynamic clustering approach, as I describe in Section II.B below.

21.     Consider the following example in Table 1, which contains public records from Durham County, North Carolina[7], and which I will discuss throughout this section to illustrate the key concepts of Record Linkage.

Table 1:   Example of public NCSBE records retrieved from **http://www.ncsbe.gov** for the county of Durham in North Carolina and corresponding to unique voter registration numbers. Some fields have been omitted for brevity, including ZIP code, phone number and voter registration number.  Street addresses have been permuted with other individuals as to preserve some anonymity.

|   | Name | Street Address | Age | Sex | Race | Birth | Party |
|---|------|----------------|-----|-----|------|-------|-------|
| 1 | Domineck Q. AAshad Jr | 914 Monmouth Ave #3 | 26 | M | B | – | LIB |
| 2 | Domineck Q. AAshad Sr | 1408 Auburndale Dr | 55 | M | B | NY | DEM |
| 3 | Xiomara A. Martinez | 1715 Cole Mill Rd | 31 | F | O | HL | REP |
| 4 | Xiomara A. Martinez | 2923 Forrestal Dr | 31 | F | O | HL | – |
| 5 | Virginia, L. Mullinix | 749 Ninth St #480 | 101 | F | W | PA | REP |
| 6 | Jacqueline D. Fuller | 141 Bagby LN | 54 | – | – | – | DEM |
| 7 | Jacqueline Fuller | 905 Cook Rd | 56 | F | B | NC | DEM |

From an initial inspection, it appears that rows 1 and 2, despite having fairly similar names, likely refer to different people (perhaps father and son). Rows 3 and 4 likely refer to the same person (who possibly moved). Rows 6 and 7 might refer the same person, though it is less clear. No other pairs appear to refer to the same person.

---

[7] Table 1 of Olivier Binette and Rebecca C. Steorts, (Almost) All of Entity Resolution, arXiv:2008.04443, 2022, augmented by the row numbers 1-7.

A.      **Assessing Pairwise Matches**

1.      **Data Quality Assessment and Field Selection**

22.      The goal of data quality assessment is to identify fields that are of sufficiently high quality for reliably assessing pairwise matches.  The dimensions relevant to data quality include completeness (how often the field values are present vs. missing), consistency (how consistent the values used for matching are), accessibility (inclusion of different kinds of non-overlapping fields such as name, address, phone, email, etc.), and believability (how credible or plausible the actual values are).[8]

23.      Completeness can be quantified in terms of the frequency of missing data in each row. For example, in Table 1, rows 2, 3, 5, and 7 have data present in every field, while rows 1 and 4 are missing data in a single field and row 6 is missing data in three fields. Completeness can also be quantified in terms of the frequency of missing data in each field. For example, the fields Name, Street Address, and Age are present for all records, while each of the fields Sex, Race, Birth, and Party have missing data for 1 or 2 out of 7 records.

24.      The consistency of the data in the example varies by field. For example, Age is somewhat consistent among pairs of records that appear to match (as Age is the same for rows 3 and 4, but is not the same for rows 6 and 7). Sex, Race, and Birth are more consistent, since they agree exactly for rows 3 and 4 (and the data is missing for row 6, making it harder to compare to row 7). Party is similarly consistent, as rows 6 and 7 agree (while the data is missing for row 4, making it harder to compare to row 3). The consistency of the Street Address field is less clear (e.g., it could be that rows 6 and 7 refer to the same person who moved between addresses, but there is no direct evidence for this).

---

[8] Section 3.1 of P. Christen, *Data Matching*, Data-Centric Systems and Applications, Springer-Verlag, 2012.

25.     The data in the example is moderately accessible, due to the presence of multiple non-overlapping types of data in the fields Name, Street Address, Age, and Birth. The fields Sex, Race, and Party do provide additional kinds of data, but their usefulness is limited by the relatively small number of possible values for each field (e.g., "M" vs. "F" for Sex). The accessibility would be increased if other kinds of data were included, such as email address or phone number.

26.     The data appears believable. One possible exception is the presence of "101" as the Age in row 5; this value is suspicious though not decisively an error (as the age is technically possible).

27.     Having assessed the data quality, one then selects which fields to use for linkage. In the case of this example in Table 1, on the basis of the above analysis, all 7 fields seem of high enough quality to use. For a small dataset, as in this example, this assessment can be done visually, but for a large dataset (such as the TelexFree dataset), analogous semi-automated techniques are necessary (such as counting non-empty field values, looking at random samples of rows, etc.).

### 2.     Data Cleaning

28.     Data cleaning involves slightly modifying field values of the dataset to improve their linkage power. By appropriately cleaning the dataset, the quality of potential matches can be improved without losing much information. Studies have shown that by cleaning datasets, substantially better linkage results can be achieved.[9]

---

[9] "There is evidence that improvements in the quality of the underlying data lead to improvements in the quality of the linkage process. For example, early studies of probabilistic linkage in health research demonstrated that greater amounts of personal identifying data greatly improved the accuracy of linkage results …   In the absence of strongly identifying personal information, data cleaning has been recognised as one of the key ways to improve the quality of linkage" (p. 2 of Sean M Randall, Anna M Ferrante, James H Boyd, and James B Semmens. The effect of data cleaning on record linkage quality. *BMC Medical Informatics and Decision Making* 2013, 13:64.)

29.     One common cleaning technique is to replace multiple consecutive spaces with a single space. For example, "Alice      Adams" would be cleaned to "Alice Adams". This technique is useful, because people do often enter data containing extraneous spaces, but these extra spaces are seldom informative, and can be removed without losing much, if any, information. By removing the extra spaces, more potential matches can be considered.

30.     Another common cleaning technique is to convert a field value entirely to lowercase characters (leaving alone the non-alphabetical characters). For example, "Alice Adams" would be cleaned to "alice adams". This technique is useful, because people are often inconsistent about the capitalization pattern that they use, but such capitalization patterns are seldom informative for linkage. By regularizing the format to all-lowercase, more potential matches can be considered without losing much information.

31.     As an example, consider Table 1 augmented by the following new row:

| Jacqueline D.   Fuller | 141 Bagby Ln | 54 | - | - | - | DEM |
|---|---|---|---|---|---|---|

This new row is the same as row 6 except that the Name value of the new row has extra spaces in it (between "D." and "Fuller"), and the Street Address has different capitalization in the two rows ("Ln" in the new row vs. "LN" in row 6). If the cleaning technique used involves replacing multiple consecutive spaces with a single space, then the Name field would exactly agree between row 6 and the new row (as the cleaned value of both would be "Jacqueline D. Fuller"). If the cleaning technique used involves making all characters lowercase, then the Street Address field would exactly agree between row 6 and the new row (as the cleaned value of both would be "141 bagby ln").

### 3.      Fuzzy Matching

32.      Fuzzy matching is a technique often used in assessing how likely it is that field

values agree.  Fuzzy matching involves computing a measure of nearness between two values,

typically with 100 indicating exact agreement and 0 indicating total disagreement. Fuzzy

matching is useful in record linkage because it allows for the consideration of pairs of values that

are merely similar, rather than identical.[10]

33.      For example "Alice Adams" and "Alice Addams" differ in just one character, a

difference which might have been caused by a typo.  Most nearness measures would return a

score for this pair of values that is high, but still below 100.

34.      There are a number of nearness measures in the literature, each with its own

strengths. For the purpose of illustration, I will use the *ratio* nearness measure, which is one of

the three nearness measures used in the aggregation model.  (See Section IV.B for additional

information about the *ratio* nearness measure.)

35.      Without fuzzy matching, values in a dataset may have to be cleaned more

thoroughly – and even then, many potential matches might be missed. With fuzzy matching, the

entire linkage process is more forgiving of formatting errors (e.g., typos) which allows for more

of the value of the original data to be preserved.

36.      Consider the example in Table 1.  The values for the field Name in row 6 and row

7 are "Jacqueline D. Fuller" and "Jacqueline Fuller", respectively.  These values are highly

similar, but they are not identical – the *ratio* nearness measure of this pair is 92.  In contrast, the

*ratio* nearness measure of "Xiomara A. Martinez" and "Virginia, L. Mullinix" (Name values in

---

[10] "Rather than comparing attribute values between two records using only an exact comparison function (that
returns a binary 'same' or 'different' value), it is vital for data matching to employ comparison functions that return
some indication of how similar two attribute values are." Section 5.1 of P. Christen, *Data Matching*, Data-Centric
Systems and Applications, Springer-Verlag, 2012.

rows 4 and 5) is 45, which is consistent with how dissimilar these Name values are. A record

linkage approach that can take the degree of similarity into account is better than one that

requires exact agreement, as the latter would miss a potential match between row 6 and row 7.

**4.    Pairwise Match Assessment in Deterministic Record Linkage**

37.    Deterministic record linkage involves assessing whether a given pair of records

matches on the basis of whether a particular set of fields (or, say, some minimum number of

fields) exactly agree on the cleaned values for that pair.[11]

38.    A deterministic approach is often appropriate when the dataset is of uniformly

high quality in a standardized format, or when there is an accurate, ubiquitous field that serves as

a unique identifier (such as Social Security Number).

39.    For example, a rule for a deterministic approach to the example in Table 1 could

be "match any two records that agree exactly on Name, Street Address, and Sex, treating a field

with a missing value as not agreeing with any value in that field". Such a rule would not lead to

any pairs of records being matched.

40.    As another example, again consider the dataset in Table 1, and suppose the

deterministic rule is "match any two records that exactly agree in at least five of the seven fields,

treating a field with a missing value as not agreeing with any value in that field".  In that case,

rows 1 and 2 would not match (since they agree only on Sex and Race), rows 3 and 4 would

match (since even though they disagree on Street Address and Party, they agree on the remaining

five fields), and rows 6 and 7 would not match (since they agree only on Party).

---

[11]  Dusetzina SB, Tyree S, Meyer AM, Meyer A, Green L, and Carpenter WR. Linking Data for Health Services
Research: A Framework and Instructional Guide. *US Agency for Healthcare Research and Quality*, Rockville, MD,
2014.

### 5.    Pairwise Match Assessment in Probabilistic Record Linkage

41.    Probabilistic record linkage involves assessing how closely pairs of records match based on how well the fields in the records agree.  Unlike deterministic record linkage, this closeness is not all-or-nothing, but rather a value between 0 and 1 (or between 0% and 100%).

42.    Although probabilistic record linkage methods can be computationally more complex to implement than deterministic methods, they can perform well even when the dataset involves substantial variation in field values (such as name variants, typos, multiple email addresses or phone numbers, etc.).[12]

43.    Probabilistic record linkage involves the use of a "scoring rubric" that defines how much weight to give each field.

44.    As an example, consider the following simple rubric:

> Agreement on each field is worth the following amount: Name = 30%, Street Address = 20%, Age = 10%, Sex = 10%, Race = 10%, Birth = 10%, Party = 10%. For the fields Name and Street Address, consider values that have a ratio nearness of 80 or more to be in agreement, while other fields require exact agreement; treat a field with a missing value as not agreeing with any value in that field.[13]

45.    Applying this rubric to the dataset from Table 1, we have the following agreement scores: Rows 1 and 2 (which agree on Name, Sex, and Race) have an agreement score of 30% + 10% + 10% = 50%. Rows 3 and 4 (which agree on Name, Age, Sex, Race, Birth) have an agreement score of 30% + 10% + 10% + 10% + 10% = 70%. Rows 6 and 7 (which agree on Name and Party) have an agreement score of 30% + 10% = 40%.

46.    This pairwise match assessment step does not itself specify how an agreement score translates into a match or non-match.  One possible rule for translating agreement scores

---

[12] Ong TC, Duca LM, Kahn MG, and Crume TL. A hybrid approach to record linkage using a combination of deterministic and probabilistic methodology. *J Am Med Inform Assoc.* 2020;27(4):505-513.

[13] Note that the maximum possible agreement score is 100%.

into matches is the following: "an agreement score above 70% is a match". Continuing the

example above, this rule would deem rows 3 and 4 to be a pairwise match, while neither rows 1

and 2 nor rows 6 and 7 would be deemed pairwise matches.  I describe in more detail how an

agreement score translates into a match or non-match in Section II.B, "Converting Pairwise

Match Assessments into Clusters".

47.     While a manually-constructed scoring rubric like this one is illustrative, such

rubrics are not a standard approach in modern probabilistic record linkage.  Instead, a variant of

the Fellegi-Sunter model is typically used to construct the scoring rubric systematically from the

dataset.

### i.    Fellegi-Sunter Model

48.     The Fellegi-Sunter model of probabilistic record linkage[14] was described in a

seminal 1969 paper by its two authors.[15]  Even today, the Fellegi-Sunter model underlies most of

the standard approaches to probabilistic record linkage.[16]

49.     The Fellegi-Sunter model describes a way to track agreement on multiple fields

simultaneously and turn that information into an overall match probability for each pair of

records under consideration.

50.     A particular extension of the Fellegi-Sunter model, Fellegi-Sunter with

Expectation Maximization ("FS-EM"), has become a standard method for performing

probabilistic record linkage.  Expectation Maximization is a ubiquitous algorithm for iteratively

---

[14] Fellegi, I. P. and Sunter, A. B. A theory for record linkage. *Journal of the American Statistical Associatio*n, 64(328), 1183-1210 (1969).

[15] There are over 3000 citations of the original Fellegi-Sunter paper.

[16] "... the most commonly used probabilistic model of record linkage (Fellegi and Sunter 1969)." (Enamorado, T., Fifield, B., and Imai, K. (2019). Using a probabilistic model to assist merging of large-scale administrative records. *American Political Science Review*, 113(2), 353-371.)

estimating parameters of a statistical model.[17]  In 1988, William Winkler of the US Bureau of the

Census described how to combine Expectation Maximization with the Fellegi-Sunter model to

more robustly determine the scoring rubric directly from the dataset.[18]  This combined approach

was then used to perform record linkage on the 1990 US Census[19], and continues to be a standard

approach.

51.     As noted in Section II.A.5, the Fellegi-Sunter model provides a scoring rubric for

transforming patterns of agreement on the fields into agreement scores – one which is informed

by the dataset itself.

52.     The form of the scoring rubric under Fellegi-Sunter is a set of so-called *m*-

probabilities and *u*-probabilities, which characterize, for each field, the frequency of agreement

patterns for pairs of records that match, and that do not match, respectively. For example, if pairs

that match have agreement on a given field 75% of the time, while pairs that do not match have

agreement on that field only 20% of the time, the *m*-probabilities for that field are (0.25, 0.75)

and the *u*-probabilities for that field are (0.8, 0.2).[20]

53.     The input to the Fellegi-Sunter model is typically specified via the pattern of

agreement on the various fields for each pair of records under consideration, and is called a

"comparison vector". For example, if a pair of records agrees on the first and third field and

---

[17] "The Expectation-Maximization (EM) algorithm finds maximum likelihood parameter estimates in problems
where some variables were unobserved. Special cases of the algorithm date back several decades, and its use has
grown even more since its generality and widespread applicability were discussed by Dempster, Laird, and Rubin
(1977)." (Radford M. Neal and Geoffrey E. Hinton. A view of the EM algorithm that justifies incremental, sparse,
and other variants. *Learning in Graphical Models.* Springer, 1998. 355-368.)

[18] Winkler, W. E. Using the EM Algorithm for Weight Computation in the Fellegi-Sunter Model of Record
Linkage, American Statistical Association, *Proceedings of the Section on Survey Research Methods,* 667-671
(1988).

[19] William E. Winkler and Yves Thibaudeau. *An application of the Fellegi-Sunter model of record linkage to the
1990 US decennial census.* US Bureau of the Census, 1991.

[20] This example uses the convention of representing the two possible levels of agreement as (non-agreement,
agreement).

disagrees on the second field (and there are only three fields), the comparison vector for the pair will be (1, 0, 1).

54.     The individual terms in a comparison vector are often referred to as "gamma" values. For example, if there are two fields, Name and Age, the comparison vector can be written as (gamma_Name, gamma_Age), where gamma_Name and gamma_Age are the respective gamma values for the pair.

55.     The output of the Fellegi-Sunter model is the agreement score for each pair of records under consideration, typically formulated as a "match probability". For example, if the Fellegi-Sunter model determines that agreement on just the first and third fields is especially indicative of a match, then a pair of records with comparison vector (1, 0, 1) might have match probability that is relatively high (i.e., close to 100%).

### ii.     *Partial Degrees of Agreement*

56.     In the discussion above, a comparison vector indicates which fields a given pair of records agrees on and which fields it disagrees on. Agreement need not mean exact agreement (e.g., it could mean a *ratio* value above 80), but still this formulation involves just two possibilities (agreement vs. disagreement).

57.     However, it is often possible to distinguish partial degrees of agreement (e.g., via the nearness value itself, which might be any number between 0 and 100). These partial degrees of agreement can also be incorporated into the comparison vector.

58.     When incorporating partial degrees of agreement into the comparison vector, the *m*-probabilities and *u*-probabilities must then specify the frequency of each partial degree of agreement among pairs or records that match and pairs of records that do not match, respectively.

59.     These partial degrees of agreement are typically discretized into a small number

of different levels (or "bins") of agreement. Consider the following example with 3 levels (0, 1,

and 2) of agreement for a given field. Level 0 represents substantial disagreement (pair ratio <

80), level 1 represents partial agreement (80 <= pair ratio < 100), and level 2 represents exact

agreement (pair ratio = 100), where "pair ratio" is the *ratio* nearness measure of the pair's values

on that field. For every pair, its gamma value for this field takes one of the three values 0, 1, or 2.

60.     In this example, the *m*-probabilities and *u*-probabilities would each be specified as

triples rather than pairs. Suppose that pairs that match have exact agreement on that field 60% of

the time, partial agreement 30% of the time, and substantial disagreement 10% of the time, while

pairs that do not match have exact agreement on that field 25% of the time, partial agreement

25% of the time, and substantial disagreement 50% of the time. Then the *m*-probabilities for that

field are (0.1, 0.3, 0.6) and the *u*-probabilities for that field are (0.25, 0.25, 0.5).[21]

61.     Missing values can also be represented naturally using multiple levels of

agreement. Typically a gamma value of -1 represents that one or both values of the given field

are missing for that pair. This gamma value is treated like any other gamma value in the Fellegi-

Sunter machinery, and pairs with this value are assigned partial credit accordingly. This is

important, since it allows for datasets that have frequently missing values to receive an

appropriate amount of partial credit depending on how that pattern of missingness interacts with

the rest of the dataset.

62.     For example, consider the records in rows 5, 6, and 7 of Table 1. The Birth field is

"PA" for row 5, missing for row 6, and "NC" for row 7. Rows 5 and 7 definitely disagree on

Birth value and would likely be assigned gamma value 0. On the other hand, rows 6 and 7 would

---

[21] This example uses the convention of representing the three levels of agreement in the order (0, 1, 2).

be assigned gamma value -1 because one of the values is missing. The intuition here is that missing values are not definite disagreements, and should perhaps get some partial credit, depending on the details of the dataset.

### iii.    Blocking

63.     In the descriptions above of probabilistic record linkage, I have spoken of how such an approach assesses matches for a set of pairs of records under consideration. In the case of fairly small datasets, this set of pairs might well consist of all pairs of records. For example, in Table 1, there are 7 x (7 - 1) / 2 = 21 pairs of records (ignoring the order and pairs consisting of the same record twice).

64.     However, when the dataset is large, it may be computationally unreasonable to run the FS-EM algorithm on the set of all pairs directly. For example, in the TelexFree dataset, which has approximately 11 million User Accounts, there would be approximately 60 *trillion* pairs to consider. In such a circumstance, it is often advantageous to use a technique known as "blocking" to reduce the number of pairs under consideration to a much smaller number.

65.     The output of the blocking step is a "blocking set", which contains those pairs of records that will remain under consideration in subsequent steps.

66.     The restriction to a smaller subset of pairs is justified only if every pair that is excluded from the blocking set[22] would have been very unlikely to match, had it been considered. For example, if a pair exactly agrees on every field, it is important to keep it under consideration (by including it in the blocking set), because it is likely to have very high match probability. On the other hand, if a pair substantially disagrees on every single field, then it is

---

[22] "Record pairs are discarded unless they agree on the blocking key." (J.S. Murray, "Probabilistic Record Linkage and Deduplication after Indexing, Blocking, and Filtering". Journal of Privacy and Confidentiality (2015–2016) 7:1, pp. 3–24.)

likely to have very low match probability, and it is permissible to exclude such a pair from consideration (by excluding it from the blocking set).

67. The blocking step can involve one or more rules, any of which suffice for entry into the blocking set. For example, suppose the blocking rules are:

- pair ratio on the Name field > 80

- pair ratio on the Street Address > 80

Under these blocking rules, the blocking set for Table 1 would consist of (row 1, row 2), (row 3, row 4), and (row 6, row 7). All of these are due to the Name rule, and none due to the Street Address rule. As a result, after blocking there are merely 3 pairs (rather than all 21 pairs) for further consideration by the FS-EM algorithm.

68. In this example, each of the two blocking rules involved just a single field. A blocking rule may involve more than one field.[23] For example, a blocking rule might state: "pair ratio on the Name field > 80 and the pair's values of Age exactly agree".

69. Importantly, the presence of a pair of records in the blocking set does *not* signal that the pair is necessarily likely to be a match; rather, it simply means that the pair meets the minimum requirement to be further considered.

**6. Pairwise Match Assessment in Hybrid Record Linkage**

70. Probabilistic record linkage is computationally complex, and benefits substantially from a smaller input dataset. When dealing with large datasets, it may be advantageous to use a hybrid record linkage approach – specifically, performing a deterministic record linkage step followed by a probabilistic record linkage step. The deterministic record linkage step would match those pairs of records that are unquestionably the same (effectively

---

[23] "Blocking keys may be constructed by conjunctions of multiple keys (e.g., agreement on last initial and postal code)." (J.S. Murray, 2016)

establishing a 100% agreement score), while leaving a smaller set of pairs for the probabilistic record linkage to consider.

71.     A hybrid approach can be quite helpful computationally, as it can substantially reduce the number of pairs that need to be considered by the subsequent probabilistic machinery. A hybrid record linkage approach is standard, and can often lead to better matching results than either deterministic or probabilistic record linkage techniques on their own.[24]

72.     Consider the example dataset in Table 1 with the following new row added:

| Jacqueline Fuller | 905 Cook Rd | 56 | F | B | NC | DEM |
|---|---|---|---|---|---|---|

Observe that the new row exactly agrees on every field with row 7. If the rule for the deterministic step (as part of a hybrid approach) is "match any two records that exactly agree in all fields, treating a field with a missing value as not agreeing with any value in that field", then row 7 will be matched with the new row (but no other pairs of rows), and so the subsequent probabilistic step need only consider 7 (groupings of) rows, rather than all 8 rows. Later, once clusters have been formed on this reduced dataset, these clusters can be expanded into the corresponding clusters on the full dataset.

### B.     Converting Pairwise Match Assessments into Clusters

#### 1.     Fixed Thresholding and Transitive Closure

73.     After the pairwise match assessment is complete, the remaining task is to convert the agreement scores (e.g., match probabilities in the case of FS-EM) into a clustering (a set of

---

[24] Ong TC, Duca LM, Kahn MG, and Crume TL. A hybrid approach to record linkage using a combination of deterministic and probabilistic methodology. *J Am Med Inform Assoc.* 2020;27(4):505-513. See also Kabudula, C.W., Clark, B.D., Gómez-Olivé, F.X., Tollman, S., Menken, J. and Reniers, G. The promise of record linkage for assessing the uptake of health services in resource constrained settings: a pilot study from South Africa. *BMC Med Res Methodol* 2014; 14, 71.

clusters). This is typically achieved via two steps: fixed thresholding, followed by transitive closure.[25]

74.      Fixed thresholding consists of linking all pairs whose agreement score exceeds a particular fixed threshold.

75.      Transitive closure is a standard technique for creating clusters (from a set of linked pairs of records) such that every record is in exactly one cluster. The transitive closure of a set of linked pairs is formed by repeating the following process until no additional links need to be added: if record A is linked to record B, and record B is linked to record C, then a link is added between record A and record C (regardless of the agreement score between records A and C).

76.      Any particular fixed threshold involves a tradeoff between two competing tensions: overclustering (when clusters include many pairs with low agreement scores) and underclustering (when clusters fail to include many pairs with high agreement scores).

77.      As an example, consider Table 1 with the following new row added:

| Jacqueline D. Fuller | 141 Bagby LN | 54 | F | B | - | DEM |
|---|---|---|---|---|---|---|

Suppose the deterministic rule being used is "match any two records that agree in at least four of the seven fields, where agreement in the Name or Street Address fields requires a *ratio* of at least 80%, and where other fields must agree exactly, treating a field with a missing value as not agreeing with any value in that field". This rule does not match rows 6 and 7 directly, though it does match row 6 to the new row and row 7 to the new row. Taking the transitive closure of

---

[25] "[T]he pairs whose similarity score is above some pre-determined threshold are merged. This is followed by taking a transitive closure over matching pairs." (Parag Singla and Pedro Domingos, Multi-Relational Record Linkage. KDD-2004 Workshop on MultiRelational Data Mining, pp. 31-48.)

these matches means that rows 6 and 7 do end up matched, by virtue of the linkages provided via
the new row.

### 2. Dynamic Clustering

78.     Some datasets exhibit heterogeneity in the sense that some portions of the dataset
are "tightly bound" with little variation (e.g., only minor typos) and very high agreement scores
among their pairs, while other portions are "loosely bound" with more substantial variation (e.g.,
name variants, multiple addresses, small age differences, change in party affiliation) and lower
agreement scores among their pairs.

79.     For heterogeneous datasets, it is often the case that performing fixed thresholding
and transitive closure, for any single choice of fixed threshold, is suboptimal, as any such choice
will lead to substantially overclustering one portion of the dataset while simultaneously
substantially underclustering another portion.

80.     The idea of dynamic clustering (also known as heterogeneous clustering) is to
better navigate this tradeoff between overclustering and underclustering by choosing higher
thresholds in the tightly bound portion of the dataset while choosing lower thresholds in the
loosely bound portion of the dataset.

81.     As an example, consider again the dataset in Table 1.  If one chooses a high fixed
threshold (i.e., being highly selective about which pairs of rows to group together), then rows 3
and 4 will likely be linked into a cluster (because they are so similar), but rows 6 and 7 will
likely not be linked into a cluster (because they are substantially less similar).  If one instead
chooses a low fixed threshold (i.e. being less selective about which pairs of rows to group
together), then rows 3 and 4 will still likely be linked together, and now also rows 6 and 7 will
likely be. However, in that low fixed-threshold situation, there is also a risk that rows 1 and 2
will be linked together as well (even though they probably should not be).  Neither the high nor

the low threshold is ideal; it would be better if one could choose a high threshold for rows 3 and 4 (linking them into a cluster), a lower threshold for rows 6 and 7 (linking them into a cluster), and a high enough threshold for rows 1 and 2 so that these rows are not linked into a cluster. This is the essence of the dynamic clustering approach.

## III.    THE TELEXFREE DATASET

### A.    Data Source

82.    Borelian was provided with four tables that I understand are the full and complete exports for the original TelexFree database.  These tables are: *representante* (the "Account Table"), *fatura* (the "Invoice Table"), *transferencia* (the "Transfer Table"), and *bonus* (the "Bonus Table").  (The names of the tables, as well as of the fields in these tables, appear to be in Portuguese.)

83.    For purposes of input into the aggregation methodology that is the focus of this report, only information from the Account Table was used.  The Invoice Table, Transfer Table, and Bonus Table all contain information about transfers between various Participants or between TelexFree and Participants, rather than information about the Participants themselves, and these tables are not used in the aggregation methodology.  My understanding is that Huron used the information in these three tables to calculate Net Equity for each User Account.

84.    The Account Table includes 17,016,780 User Account records and 44 fields. Based on information provided to Borelian from Huron in the form of a *rep_id_summary* table (the "Summary Table")[26], I filtered (via the *entity* field) the User Account records considered for aggregation down to the 10,987,617 User Accounts attributable to TelexFree and associated with at least one paid invoice.  The Summary Table also contains (in the *net_equity* field) the Net

---

[26]  The Account Table, Invoice Table, Transfer Table, Bonus Table, and Summary Table were sent by Huron to Borelian as MySQL table dumps.

Equity for each User Account as calculated by Huron, which I used in Step 10 to tabulate net equity after clustering (see Section IV.D.10 below).

B.   **Data Fields**

85.   The Account Table (representante table) includes 44 fields, whose contents I now describe.  The 44 fields are:  *rep_id, rep_login, rep_id_direto, rep_id_pai, lado, rep_id_disk, ord_id_disk, rep_data_cad, rep_datanasc, rep_sexo, rep_nome, rep_pwd, rep_pwd_secondary, rep_razao_social, rep_cnpj, rep_cpf, rep_rg, rep_ssn, rep_email, rep_end, rep_comp, rep_numero, rep_bairro, rep_cidade, cod_rep_cidade, rep_cep, rep_uf, cod_rep_uf, rep_pais, cod_rep_pais, rep_fone, rep_cel, rep_obs, token, token_secondary, chargeback, blocked, transaction, rep_ticket_id, unsubs_mark, unsubs_trans, valida_email, rep_primeiro_nome, rep_sobrenome*. I relied on both the "Reference" tab of spreadsheet "10ksample.xlsx", provided by Huron to Borelian, and my own subsequent analysis in order to ascertain the meaning of these fields.

86.   Most database tables contain a unique identifier field that lets a user of the database identify a particular row.  In the Account Table, this role is played by the *rep_id* field.  Accordingly, it contains unique values and is never null or empty.  The aggregation methodology uses it to uniquely identify User Accounts but it is not itself considered for linkage determinations.

87.   I next describe each of the other 43 fields, and discuss the quality of each.  Of those 43 fields, 11 fields are of sufficient quality to warrant inclusion in the aggregation methodology.  These fields are:  *rep_nome, rep_email, rep_cel, rep_fone, rep_end, rep_numero, rep_cep, rep_login, rep_pwd_secondary, rep_cpf,* and *rep_datanasc*.

88.     There are several relevant dimensions to data quality (completeness, consistency, accessibility, and believability), as I have discussed in Section II.A.1. The completeness of the TelexFree dataset varies by field, but is high for the 8 high-quality fields described below in Sections III.B.1 and III.B.2 (namely, *rep_nome*, *rep_email*, *rep_cel*, *rep_fone*, *rep_end*, *rep_numero*, *rep_cep*, and *rep_login*). Consistency is also generally high for these 8 fields, albeit with occasional variation.  The dataset has high accessibility, due to the presence of many different kinds of non-overlapping fields, representing name, email, address, phone number, etc. The dataset is also generally rather believable, despite a small portion of exceptions (due to garbage like "11111" or values like "Mickey Mouse"). For a visual illustration of the general quality of the dataset, see the cluster shown in Exhibit 3.

### 1.     Special Role of the Name Field in the TelexFree Dataset

89.     In a typical user-account dataset, email addresses and phone numbers are unique to an individual.  However, this is often not the case in the TelexFree dataset.  As described in Paragraph 5, a major source of complexity with the TelexFree dataset is the prevalence of User Accounts that contain different names, but the same email address, phone number, address, etc.[27]

90.     As a result, the name field (*rep_nome*) in the TelexFree dataset gains a special meaning that it might not have in another dataset.  In particular, it is the *only true differentiator* of Participants – if User Accounts A and B match in all other fields (email address, cell phone number, etc.) but A's name field is quite different from B's name field (say, "Alice Adams" and

---

[27] For multiple examples of distinct Participants (with different names) having the same contact information as each other in several fields, see the following Exhibits of the July 31, 2020 *Rebuttal Expert Report of Joshua W. Dennis*: Exhibits 9.1 and 9.5 (individual and business), Exhibits 9.2 and 9.3 (same email or address), Exhibit 9.4 (different businesses with the same address and email), Exhibits 9.6 and 9.11 (same last name and phone, but different first names), Exhibit 10 (same email, address, and last name, but verified by affidavits to be spouses – see July 29, 2020 affidavits of Frantz Balan and Lusette Balan).

"Bob Baker"), then these User Accounts should be treated as belonging to different Participants and should not be aggregated.

91.    Only when the names in the TelexFree dataset are near enough (in the sense of string nearness; see Section II.A.3), say "Alice Adams" and "Alice Addams", and there are other markers of agreement (such as a matching email address, cell phone number, etc.), should these two User Accounts be treated as belonging to the same Participant and should be aggregated.[28] Accordingly, in the aggregation methodology, we require that any two User Accounts under consideration for possible linkage have at least fairly similar name (see Section IV.D.4).

92.    It is worth noting that while it may turn out that a name is made up (such as "Mickey Mouse"), this itself is not a critical issue for data aggregation.  The relevant issue for aggregation is whether the values in the field support the matches, not whether or not the values in the field reflect the true name.  Even when a Participant uses a pseudonym that is totally unrelated to their real name, it is possible to successfully aggregate their User Accounts if (a) they use the pseudonym consistently, and (b) not too many other Participants use that same pseudonym without including different information in other fields.  In the best case scenario, the true identity of the Participant can, at a later time, be ascertained from the other indicia; in the worst case scenario, the Participant will never be identified, but their records do not contaminate the rest of the aggregation.

93.    Indeed, the name field (*rep_nome*) in the TelexFree dataset is of very high quality (despite variations in case, punctuation, spaces, and other typical issues that data cleaning and fuzzy matching can account for).  First, the name field is only empty in 0.002% of User

---

[28] What counts as "near enough" is a parameter of the model, and needs to be appropriately balanced: too restrictive (such as requiring exact name matching), and one misses some potential linkages; too expansive, and one risks incorrectly aggregating the User Accounts of different Participants into a single cluster.

Accounts and is never null.  Second, nearly all of the name values contain strings consisting

entirely of alphabetical characters or the symbols commonly found in names (period, comma,

hyphen, space, or apostrophe) – as opposed to numbers or other symbols – which is an indication

that the value is a legitimate name.  Specifically, 97% of the name field values are both five

characters or longer and contain only the characters described above.  Furthermore, a manual

review reveals that in a random sample of 300 name field values meeting this criterion, 98% look

like a name.  Here are the first 10 values taken from that random sample:

```
jack zheng
alcebiades de souza neto souza
olger hancco condori
JESUS PEREZ
jose correia da silva
Francisca Orlanda de Lima Ferreira
long fang zhang
lizardo juarez apaza
Gustavo Maroso Gessi
alex malo
```

94.     Based on these facts, I estimate that in at least 95% of the User Accounts, the

value of the *rep_nome* field appears to be a name.  Furthermore, *rep_nome* values in the

remaining User Accounts are sufficiently diverse in value (i.e., no one value predominates, nor

does a small set of values) that they are unlikely to substantially contaminate the rest of the

matches – and even less so after cleaning (see Section IV.D.2).  As a result, I use *rep_nome* in

the aggregation methodology.

## 2.      High Quality

95.     I understand that the field *rep_email* is meant to contain the email address of the

User Account.  Indeed, the field values appear to be email addresses. First, the email field is only

empty in 0.84% of User Accounts and is never null.  Second, 98.2% of User Accounts contain

*rep_email* values that passed a validation test for determining valid email addresses: after light cleaning (e.g., removing spaces), I tested the values against the standard format for email addresses as defined in an Internet specification concerning email address, RFC 2822.[29]  Third, 71.9% of User Accounts had an email address (after light cleaning) at the domain "gmail.com" or "hotmail.com", which is also indicative of these *rep_email* values being e-mail addresses. The values of *rep_email* were found to be the same for many pairs of User Accounts with similar or identical name (*rep_nome*) values, which is indicative of high linkage value for these two fields. As a result, I use *rep_email* in the aggregation methodology.

96.     I understand that the fields *rep_cel* and *rep_fone* are meant to contain the "mobile phone" number and "telephone" number, respectively.  Indeed, these fields appear to contain phone numbers.  First, *rep_cel* and *rep_fone* are null or empty for only 0.001% and 0.03% of User Accounts, respectively.  Second, the values in these fields correspond to what would be expected in a phone number field.  Specifically, they nearly always contain numeric data or characters typically associated with phone numbers (space, left and right parentheses, hyphen/dash, and plus). Third, in 95.5% and 95.6% of User Accounts, respectively, *rep_cel* and *rep_fone* values match the validation criterion of being 6 digits or more of numeric or these special characters. Furthermore, the values of *rep_cel* and/or *rep_fone* were found to be the same for many pairs of User Accounts with similar or identical name (*rep_nome*) values, which is indicative of high linkage value for these two fields.  As a result, I use *rep_cel* and *rep_fone* in the aggregation methodology.

97.     It is my understanding that the fields *rep_end*, *rep_numero*, and *rep_cep* are meant to contain various address components. Indeed, *rep_end* appears to contain a street name

---

[29]  RFCs are specifications for Internet services, and RFCs 2821 and 2822 concern email addresses.  For RFC 2822 specifically, see "RFC 2822", retrieved from https://datatracker.ietf.org/doc/html/rfc2822

(sometimes including a house number as well), *rep_numero* appears to contain a house number, and *rep_cep* appears to contain a postal code (CEP stands for "Código de Endereçamento Postal" in Brazil, and is analogous to ZIP Code in the United States)[30]. The fields *rep_end*, *rep_numero*, and *rep_cep* are null or empty in only 0.005%, 22%, and 0.001% of User Accounts, respectively. Manual inspection of representative samples of these three fields confirms that they contain what would be expected of the respective address components (when present). These fields, taken together, provide the core of the address, and appear to have substantial linkage value, and so I use *rep_end, rep_numero*, and *rep_cep* in the aggregation methodology.[31]

98.    I understand that the field *rep_login* contains the login name chosen by the user. This field is never null or empty and contains unique values. While this is the only user-entered (as opposed to system-generated, like *rep_id*) field that the TelexFree system required to be unique (as is typical of login names), it appears that many Participants who created multiple User Accounts nevertheless attempted to choose *rep_login* values that were similar across their User Accounts (e.g., "ttmilagres", "ttmilagres3", and "ttmilagres6" all appear as *rep_login* for accounts with *rep_nome* "Maria Teresa Milagres Neves"; see page 1 of Exhibit 3). This similarity in value gives the *rep_login* field substantial linkage value despite the fact that the values are literally different for every record. As a result, I use *rep_login* in the aggregation methodology, subject to a truncation transformation described below in Section IV.D.1.

---

[30] "Código de Endereçamento Postal", retrieved from
https://en.wikipedia.org/wiki/C%C3%B3digo_de_Endere%C3%A7amento_Postal
[31] The high linkage value of these components is supported by the fact that at least in the United States, credit card processors verify card transactions by using house number and postal code (the analogues of *rep_numero* and *rep_cep*). See "Address verification service", retrieved from
https://en.wikipedia.org/wiki/Address_verification_service

### 3.   Intermediate Quality

99.   I understand that the field *rep_pwd_secondary* contains a transformation of the

user's password (specifically, its md5sum hash) that allows a database to store the password

more securely than storing the actual password itself.  This is further supported by the fact that

md5sum hashes are always 32-character hexadecimal strings, and so are the values of the

*rep_pwd_secondary* field (after mild cleaning).  md5sum is a one-way function, which means

that it is easy to compute but hard to reverse.  For example, if the user's password is "123456",

the md5sum function converts that password to "e10adc3949ba59abbe56e057f20f883e".  It is

easy to convert a password into its md5sum hash, but it is computationally difficult in general to

figure out the password from a particular md5sum hash.  Two User Accounts having identical

passwords will have identical md5sum hashes.  However, two User Accounts having similar but

not identical passwords will have very different md5sum hashes.  For example, the md5sum hash

of "123457" is "f1887d3f9e6ee7a32fe5e76f4ab80d63".  As a result, comparisons on the value of

the *rep_pwd_secondary* field can only identify passwords that are identical.

100.   The *rep_pwd_secondary* field is null for 76.95% of User Accounts. However,

when present, this field is nevertheless useful, because (1) most of the values are not particularly

frequent, (2) the data requires essentially no cleaning when present, and (3) it does appear that

there are many instances where multiple User Accounts that have identical or similar name

values (*rep_nome*) also have the same password.  In other words, it looks like at least some

Participants re-used the exact same password for multiple different User Accounts.  While it is

possible for different parties to choose the same password, this happens relatively infrequently.

In total, this field has high linkage value when present, and so I use *rep_pwd_secondary* in the

aggregation methodology.

101.    I understand that the field *rep_cpf* is meant to contain a national ID value

analogous to a social security number ("CPF" stands for Cadastro de Pessoas Físicas, Portuguese

for "Natural Persons Register").[32] On the face of it, *rep_cpf* would therefore seem to represent

information that could, on its own, uniquely identify an individual.  However, upon close

examination of its values, *rep_cpf* appears to be of merely intermediate quality.

102.    The field *rep_cpf*  is null or empty for just 0.001% of User Accounts, and is

therefore ubiquitous in this dataset.  Manual inspection of representative samples of this field

confirms that its values are generally consistent with being a national ID value.  Furthermore, a

number of User Accounts that appear to be connected to the same Participant do often share the

same value of *rep_cpf*.  However, even though national identifiers have the potential to be

unique to a Participant, the contents of the *rep_cpf* field do not actually appear to be unique to a

Participant.  For many sets of records having identical or near-identical values of *rep_nome* (e.g.,

*rep_cpf* values of "4447862314", "0129019033", "128559241", and "14582308", among others,

all appear in User Accounts with *rep_nome* value "Maria Neves"), the value for *rep_cpf* is not

consistent.  Nor is it the case that a given *rep_cpf* value occurs only for records having similar

*rep_nome* values (e.g., *rep_cpf* value "1111212222" appears in User Accounts with *rep_nome*

values of "ting bu", "yuanhua liu", and "hao zhang", among others).  It therefore does not meet

the standard for a unique identifier, that of being both ubiquitous and unique (to a Participant).

Nevertheless, because of the linkage value that it adds, I include *rep_cpf* in the aggregation

methodology.

103.    I understand that the field *rep_datanasc* is meant to contain the date of birth

("data de nascimento" is Portuguese for "date of birth"). The *rep_datanasc* field is null for

---

[32] "CPF number", retrieved from https://en.wikipedia.org/wiki/CPF_number

78.2% of User Accounts.  However, when present, this field is nevertheless useful, because (1) most of the values are not particularly frequent (though, naturally, some Participants in a dataset of this size will share birth dates), (2) the data is always a proper date and requires no cleaning when present, and (3) it does appear that there are many instances where multiple User Accounts that have identical or similar name (*rep_nome*) values also have the same *rep_datanasc* value. I therefore include *rep_datanasc* in the aggregation methodology.

### 4.    Low Quality

104.    The remaining fields in the TelexFree dataset were assessed and determined to have low quality at best.  Most of these fields are of low quality because they (1) contain information not related to Participants' identity, (2) contain information whose linkage value is substantially subsumed by higher quality fields, or (3) are mostly empty.  However, I will first describe the fields that did not fall neatly into one of these three categories.

105.    The field *rep_data_cad*, which I understand to mean "date account created," is never null or empty, and always contains a date in 2012, 2013, or 2014.  It provides little linkage value because it typically stands in a many-to-many relationship with the Participants, meaning that many Participants apparently created accounts on a number of different dates, and on most days, many accounts from apparently different Participants were created.  As a result, *rep_data_cad* is not included in the aggregation methodology.

106.    The field *valida_email*, which I understand is meant to contain information about the "validation [of] the email address," is never null or empty, and it always contains the value "0," "1," or "2".  Examination of the *valida_email* values in conjunction with *rep_email* values reveals that any of the three possible values occurs in conjunction with many valid-looking values of *rep_email*.  Furthermore, all three possible values often occur with the same address (e.g., "telexfreeben@gmail.com" is the value of *rep_email* for 253 accounts in which

31

*valida_email* is "0," for 960 accounts in which *valida_email* is "1," and for 735 accounts in which *valida_email* is "2"). Hence, *valida_email* does not describe a property of the email address itself, and is therefore not used in the aggregation methodology.

107.    The fields *rep_primeiro_nome* and *rep_sobrenome*, which I understand represent some notion of "first name" and "last name", are empty for 0.009% and 0.97% of User Accounts, respectively, and are never null. Examination of their contents in detail, in tandem with the *rep_id* value, reveals that there were at least 3 distinct regimes for how these two fields relate to *rep_nome*. In the first regime, *rep_primeiro_nome* and *rep_sobrenome* contain the first and last tokens of *rep_nome*. (A token is a sequence of non-space characters separated by a space; in "Quick brown fox", the tokens are "Quick", "brown", and "fox".) In the second regime, *rep_primeiro_nome* and *rep_sobrenome* were mostly empty. In the third regime, *rep_primeiro_nome* contained the first token of *rep_nome* and *rep_sobrenome* contained the remaining tokens. To avoid these inconsistencies, I extracted the first and last token directly from the *rep_nome* field when using it as part of the evaluating matches between names; for more details, see Sections IV.D.4 and IV.D.5. Therefore, *rep_primeiro_nome* and *rep_sobrenome* are effectively redundant and are not used in the aggregation methodology.

108.    When two fields contain data that is highly correlated, it is common practice in probabilistic record linkage to combine their information into a single variable.[33] In the case where fields are highly correlated and the contents of one field is largely subsumed by that of the other field (as typically occurs with fields describing smaller vs. larger geographic regions such as ZIP Code vs. state), the combined variable would provide little additional linkage value over the more specific of the two fields. As a result, the aggregation methodology includes the more

---

[33]    Supplement S4.1 of Enamorado, T., Fifield, B., and Imai, K. (2019). Using a probabilistic model to assist merging of large-scale administrative records. *American Political Science Review*, 113(2), 353-371.

specific field *rep_cep* but not the fields *rep_bairro, rep_cidade, rep_uf,* or *rep_pais.* The linkage
value of the following fields are substantially subsumed by that of the higher quality fields that I
do include:

- The field *rep_bairro*, which I understand is meant to contain the user's address
  component consisting of the district or neighborhood within a city, is null or
  empty for 37.44% of User Accounts.  The value of this field often appears to be
  such a district or neighborhood (e.g., "centro" or "pudong"), although it
  sometimes appears to instead be a city name itself (e.g., "Funchal" or "Lisboa") or
  occasionally a larger region (e.g., "Madeira") or garbage (e.g., "," or "..").  The
  information *rep_barrio* provides towards potential linkage is substantially
  subsumed by the *rep_cep* (ZIP Code analogue) field, which is of high quality.  As
  a result, *rep_barrio* is not included in the aggregation methodology.

- The field *rep_cidade*, which I understand is meant to contain the city component
  of the user's address, is never null or empty.  The values in this field appear to
  predominantly include a city name (e.g., "Phnom Penh", "framingham"), but
  there are occasional garbage values (e.g., "." or "1").  The information it provides
  towards potential linkage is substantially subsumed by the *rep_cep* (ZIP Code
  analogue) field, which is of high quality and more specific.  As a result,
  *rep_cidade* is not included in the aggregation methodology.

- The field *rep_uf*, which I understand is meant to contain the state component of
  the user's address, is null for 2.00% of User Accounts.  It appears to
  predominantly be a short alphabetical string (e.g., "MA", "LIM") or short
  numerical string (e.g., "30", "11").  The information it provides towards potential

linkage is substantially subsumed by the *rep_cep* (ZIP Code analogue) field, which is of high quality and much more specific. As a result, *rep_uf* is not included in the aggregation methodology.

- The field *rep_pais*, which I understand is meant to contain a 2-letter code for the country component of the user's address, is never null or empty. It provides little linkage value because of the small number of typical values (e.g., over 55% of User Accounts have one of the top 5 codes), and also because the information it provides is substantially subsumed by other address components such as *rep_cep* (ZIP Code analogue) that are used. As a result, *rep_pais* is not included in the aggregation methodology.

- The field *transaction* is null on 0.11% of User Accounts, and agrees in its value with the field rep_login on 99.85% of User Account records. As such, its linkage value is almost entirely subsumed by that of *rep_login* (which is used for linkage). As a result, *transaction* is not included in the aggregation methodology.

109.   The following fields contain information not related to a Participant's identity and do not provide much, if any, linkage value:

- The field *rep_id_pai* is null for 81.56% of User Accounts. The field *rep_id_direto* is always non-null. I understand that the meaning of these fields is related to a User Account's "placement in [the] pyramid", rather than any information about the Participant. Therefore *rep_id_pai* and *rep_id_direto* are not included in the aggregation methodology.

- The field *rep_lado* is null or empty for 81.57% of User Accounts. I understand that the meaning of this field is related to a User Account's "placement on [the]

left side or right side of [the] pyramid", rather than any information about the Participant.  Therefore, *rep_lado* is not included in the aggregation methodology.

- The fields *ord_id_disk* and *rep_id_disk* are each null for 6.35% of User Accounts. I understand that the meaning of these fields contains a "phone plan related" datum of the account (that is to say, related to the VoIP product TelexFree sold), rather than any information about the Participant. Therefore, *ord_id_disk* and *rep_id_disk* are not included in the aggregation methodology.

- The field *rep_pwd* is never null or empty, is always 32 characters, and appears to be a hexadecimal hash (e.g., as produced by md5sum). I understand that the meaning of this field is "system generated password".  As such, *rep_pwd* does not seem to provide information about the Participant. Therefore, *rep_pwd* is not included in the aggregation methodology.

110.    Finally, the following fields in the dataset are mostly zero, empty, or null for each record and do not provide much, if any, linkage value:

- The field *rep_comp* is null in 97.33% of User Accounts.  In the remaining 2.67% of records, it appears to contain an address component of some sort, although the nature of the address component varies across the data, e.g., apartment number ("Ste 56"), city name ("beijing"), street name ("calle principal"), neighborhood ("barrio el carmen 6155"), or garbage ("..."). Due to a high presence of null values, and the inconsistent meaning of values, this field is not included in the aggregation methodology.

- The field *rep_ticket_id* is empty on 97.90% of User Accounts. Additionally, I understand that it is one of several "Administrative fields", and this field is therefore not included in the aggregation methodology.

- The field *token* is null or empty for 99.378% of User Accounts, and this field is therefore not included in the aggregation methodology.

- The field *rep_obs* is null or empty for 99.900% of User Accounts, and this field is therefore not included in the aggregation methodology.

- The field *token_secondary* is null or empty for 99.944% of User Accounts, and this field is therefore not included in the aggregation methodology.

- The field *chargeback* has value "0" on 99.954% of User Accounts, and this field is therefore not included in the aggregation methodology.

- The field *blocked* has value "0" on 99.991% of User Accounts, and this field is therefore not included in the aggregation methodology.

- The field *unsubs_trans* has value "0" on 99.997% of User Accounts, and this field is therefore not included in the aggregation methodology.

- The field *unsubs_mark* has value "0" on 99.997% of User Accounts, and this field is therefore not included in the aggregation methodology.

- The field *rep_cnpj* is null or empty for 99.998% of User Accounts, and this field is therefore not included in the aggregation methodology.

- The field *rep_rg* is null or empty for 99.999% of User Accounts, and this field is therefore not included in the aggregation methodology.

- The field *rep_razao_social* is null or empty for 99.999% of User Accounts, and this field is therefore not included in the aggregation methodology.

- The field *rep_sexo* is null for 99.999% of User Accounts, and this field is therefore not included in the aggregation methodology.

- The field *rep_ssn* consists entirely of null or empty values, and this field is therefore not included in the aggregation methodology.

- The fields *cod_rep_cidade, cod_rep_uf*, and *cod_rep_pais* consist entirely of null values, and are therefore not included in the aggregation methodology.

## IV.   AGGREGATION METHOD

### A.   Hybrid Approach

111.    The aggregation methodology developed by Borelian, under my direction, is mainly probabilistic in its approach because it is necessary to have a probabilistic step in the aggregation methodology to account for near-misses in data field matching, to assign partial credit for various fields based on these near-misses, and to account for all of this information when forming clusters.[34]  However, a deterministic step that precedes the probabilistic step is helpful for several reasons.  First, there is a huge number of pairs of User Account records in the TelexFree dataset that match exactly (after cleaning) on all 8 of the highest quality fields; those pairs can be declared a match without resorting to any further probabilistic analysis.[35]  In fact, the dataset is of sufficiently high quality that these exact matches alone constitute a substantial portion of the eventual output.  Second, reducing the size of the input is useful for effective implementation of a probabilistic method:  adding the deterministic step reduces the number of

---

[34] "Whereas deterministic linkage is most suitable when unique identifiers are available and the quality of the data are high, probabilistic linkage yields better results when unique identifiers are lacking or in situations where there is variation in reporting or transcription of personal identifiers…" (Kabudula, C.W., Clark, B.D., Gómez-Olivé, F.X., Tollman, S., Menken, J. and Reniers, G. The promise of record linkage for assessing the uptake of health services in resource constrained settings: a pilot study from South Africa. *BMC Med Res Methodol* 2014; 14, 71.)

[35] "Typical Assumptions Made … If two records/mentions are identical, then they are true matches" (L. Getoor and A. Machanavajjhala, Entity Resolution: Tutorial, *Advances in Social Network Analysis and Mining*, 2012.

records from approximately 11 million User Accounts to approximately 4 million groups of User

Accounts, which results in a large reduction in the number of pairs under consideration for

probabilistic analysis. Therefore, the aggregation methodology consists of a hybrid approach, in

which a deterministic step is followed by a probabilistic step.  Such a combination is a standard

approach, often leading to better matching results.[36]

### B.    **String Nearness Measures**

112.    String nearness match ("fuzzy matching") plays an important role in probabilistic

record linkage.[37]  There is a wide range of techniques for string nearness matching.  Two Python

packages that implement a number of these techniques are FuzzyWuzzy and RapidFuzz.[38]

(Python is a programming language commonly used in data analysis; many packages exist on top

of Python to extend its functionality into specific domains.)  I used RapidFuzz to perform string

nearness matching between cleaned values of the fields I used in the aggregation methodology

(*rep_nome, rep_email*, etc.).

113.    Specifically, for blocking in Step 4 and in the rubric application in Step 5, I use

three different string nearness methods from RapidFuzz — *ratio*, *WRatio*, and *jwsim* — each

with its own strengths.[39]  All three functions are used with the *default_process* processor and

produce values between 0 (non-match) and 100 (perfect match).

---

[36] Ong TC, Duca LM, Kahn MG, and Crume TL. A hybrid approach to record linkage using a combination of deterministic and probabilistic methodology. *J Am Med Inform Assoc.* 2020;27(4):505-513. See also Kabudula et al. (2014) above.

[37] Scott L DuVall, Richard A Kerber, and Alun Thomas. Extending the Fellegi-Sunter probabilistic record linkage method for approximate field comparators, *J Biomed Inform.* 2010; 43(1):24-30.

[38] FuzzyWuzzy is a Python package developed and maintained by SeatGeek, the largest event ticket search engine (see  https://chairnerd.seatgeek.com/fuzzywuzzy-fuzzy-string-matching-in-python/ for more details). RapidFuzz is another popular Python package that implements FuzzyWuzzy's algorithms in native C++ for faster performance (see https://github.com/maxbachmann/RapidFuzz for more details).

[39] "Such comparison functions need to be tailored to the type of data that are being compared." Section 5.1 of P. Christen, *Data Matching*, Data-Centric Systems and Applications, Springer-Verlag, 2012.

- *ratio* is a standard string nearness measure that is part of the *difflib* Python package; *difflib* itself is a built-in Python library, which speaks to its ubiquity. *ratio* is used by both RapidFuzz and FuzzyWuzzy.  The *ratio* nearness measure involves "find[ing] the longest contiguous matching subsequence that contains no "junk" elements; these "junk" elements are ones that are uninteresting in some sense, such as blank lines or whitespace … This does not yield minimal edit sequences, but does tend to yield matches that "look right" to people."[40]  *ratio* is good at avoiding typos, treats various parts of the string the same (unlike *jwsim*), and is good at grouping together edits that occur in a similar part of the string.  As a result, I use it for nearness matching in the cleaned versions of *rep_nome*, *rep_email*, *rep_cel*, *rep_fone*, *rep_cep*, *rep_numero*, *rep_login,* and *rep_cpf* fields, as well as the derived quantities of "first and last token of name" and "the part of the email address before the @ sign" that are defined using *firstLast* and *beforeAt* functions in Step 5 of the aggregation methodology.

- *WRatio* is an "attempt to weight (the name stands for 'Weighted Ratio') results from different algorithms to calculate the 'best' score".[41]  It uses *ratio* as well as variants of *ratio* that are good at finding whole tokens in any order.  (Again, a token is a sequence of non-space characters separated by a space; in "Quick brown fox", the tokens are "Quick", "brown", and "fox".)  As a result, I use it for nearness matching on the cleaned version of the *rep_nome* field, which has multiple names in various orders, sometimes with typos (e.g., "maria teresa

---

[40] https://docs.python.org/3/library/difflib.html
[41] https://stackoverflow.com/questions/31806695/when-to-use-which-fuzz-function-to-compare-2-strings

milagres neves", "maria teresa neves", "marai teresa neves", maria milagres", and

"maria t m neves" may all refer to the same name).

- *jwsim* is an implementation of the Jaro-Winkler similarity measure that is a staple

  of probabilistic record linkage.[42]  Jaro-Winkler similarity gives a higher score to

  strings that match in the earlier part of the string (unlike other measures that do

  not consider the location of the edits).  As a result, I use it on the cleaned version

  of the *rep_end* field, which contains addresses whose endings often vary more

  than their beginnings (e.g.,  "13 Maple St. Apt 17", "13 Maple", and "13 Maple

  Street" may all refer to the same address).

C.     **Software and Computing Infrastructure Utilized**

114.     Many software tools have been created that implement the algorithms, methods,

and processes necessary for the probabilistic record linkage that I have described above. Of

these, I make key use of Splink, a Python package for probabilistic record linkage that is

maintained and published by the UK Ministry of Justice and peer-reviewed by the UK Office for

National Statistics[43].  The Splink package implements the Fellegi-Sunter model (described above

in Section II.A.5.i) of probabilistic record linkage, including the EM algorithm (also described

above in II.A.5.i) to estimate parameters of the model (collectively, "FS-EM").

115.     Most FS-EM implementations are not up to the task of handling very large

datasets (like the TelexFree dataset):  "although there exists a well-known statistics literature on

probabilistic record linkage … the current open-source implementation does not scale to large

data sets commonly used in today's social science research."[44]  The fastLink package for R

---

[42]  Winkler, W. E. String Comparator Metrics and Enhanced Decision Rules in the Fellegi-Sunter Model of Record Linkage. *Proceedings of the Section on Survey Research.* American Statistical Association, pp. 354–359, 1990.

[43]  https://github.com/moj-analytical-services/splink

[44]  Enamorado, T., Fifield, B., and Imai, K. (2019). Using a probabilistic model to assist merging of large-scale

(another programming language) solves this problem by providing "a fast and scalable implementation of the canonical probabilistic record linkage model originally proposed by Fellegi and Sunter"[45] and adding parallelization. The Splink package implements the same statistical model as fastLink, but in Python: "The [Splink] package closely follows the approach described in fastLink. In particular it implements the same mathematical model and likelihood functions described in the fastLink paper … with a comprehensive suite of tests to ensure correctness of the implementation".[46]

116.    The science behind Splink and fastLink has been extensively tested and peer-reviewed. The statistical model is described in a paper authored by researchers from Harvard and Princeton and published in a peer-reviewed journal[47]; that paper has been cited over 100 times in just the past 3 years. The continued existence and active public maintenance, by a number of contributors, of the Splink and fastLink packages speaks to the standards controlling their operation and to the wide acceptance in the scientific community of the underlying science.

---

administrative records. *American Political Science Review*, 113(2), 353-371.

[45] Id.

[46] UK Office of National Statistics. (2021).  Splink: MoJ's open source library for probabilistic record linkage at scale. Retrieved from https://www.gov.uk/government/publications/joined-up-data-in-government-the-future-of-data-linking-methods/splink-mojs-open-source-library-for-probabilistic-record-linkage-at-scale

[47]  Enamorado, T., Fifield, B., and Imai, K. (2019). Using a probabilistic model to assist merging of large-scale administrative records. *American Political Science Review*, 113(2), 353-371.

Additionally, fastLink is commonly used in academic record linkage[48] [49] and Splink is used at scale in the UK Ministry of Justice.[50]

117.    I also use the Pandas[51] package for Python, a ubiquitous data analysis framework[52] that is convenient for transforming and cleaning selected fields, performing deterministic record linkage, assisting in performing the blocking step, computing gamma values for the comparison vector, and in the dynamic clustering step.  I use Pandas in combination with Splink to perform the probabilistic record linkage step and fixed-threshold clustering.

118.    I used string nearness measures provided by the RapidFuzz package, as described in Section IV.B.  These are used in the blocking step and in computing gamma values for the comparison vector.

119.    I used a massively parallel cloud computing infrastructure (on Microsoft Azure) with hundreds of CPU cores and terabytes of RAM to perform the steps of the aggregation methodology.

---

[48] "To shed light on this debate, we apply a probabilistic record linkage model, implemented via the open-source software package fastLink, to merge two major election studies—the American National Election Studies and the Cooperative Congressional Election Survey—with a national voter file of over 180 million records." (T. Enamorado and K. Imai. Validating Self-Reported Turnout by Linking Public Opinion Surveys with Administrative Records. *Public Opinion Quarterly*, Volume 83, Issue 4, Winter 2019, pp. 723–748.

[49] "The highly computationally efficient open-source probabilistic record linkage package fastLink (v. 0.5.1) (7) was adapted to utilize the name-matching classifiers described here during record linkage. The package follows an extended Fellegi-Sunter framework (24) for probabilistic record linkage."  (P. A. Collender et al. Machine-learning classifiers for logographic name matching in public health applications: approaches for incorporating phonetic, visual, and keystroke similarity in large-scale probabilistic record linkage. *arXiv:2001.01895*, 2020.)

[50] Tom Jackson, Caris Greyson, Ian Rickard and Andromachi Tseloni. Data First: Criminal Courts Linked Data. An exploratory analysis of returning defendants and the potential of linked criminal courts data from 2011 to 2019 in England and Wales. Ministry of Justice Analytical Series, UK Ministry of Justice, 2022.

[51] https://pandas.pydata.org/

[52] Wes McKinney, *Python for Data Analysis*, 2nd Edition, 2017.

D.    **Steps in the Aggregation Methodology**

120.    The aggregation methodology consists of 10 steps. The following flowchart illustrates the movement of data through the aggregation methodology, from inputs to output.



### 1.    Step 1:  Selecting and Transforming the Fields

121.    Based on the analysis of data field quality in Section III.B above, I selected the following fields in the *representante* table (Account Table) to use in the aggregation methodology: *rep_nome* (name), *rep_email* (email), *rep_cel* (cell phone), *rep_fone* (phone), *rep_end* (street name), *rep_numero* (house number), *rep_cep* (ZIP code analogue), *rep_pwd_secondary* (hashed password), *rep_cpf* (SSN analogue), *rep_datanasc* (date of birth), and a truncated version of *rep_login* (login name), as I now describe.

122.    The *rep_login* field is of high quality, as described in Section III.B.2.  However, the values of the *rep_login* field are unique to each User Account by design, as every User Account needed to have a different login.  However, using the field without transforming its values would render the deterministic step moot, as no User Account agrees exactly with any other on the *rep_login* field.  I address this issue by using a truncated version of the *rep_login* values.  (Truncation here means using the first N characters or the last N characters, for an appropriate choice of number N.)  A truncated version of the *rep_login* field provides high linkage value: an examination of the values of the *rep_login* field in conjunction with *rep_nome* suggests that many Participants used a variation on the same login pattern across multiple accounts.  Specifically, it appears that Participants often used a fixed alphabetical prefix followed by a numeric number suffix (e.g., "ttmilagres3", "ttmilagres6", "ttmilagres9").  In many cases, these numeric suffixes were even sequential (e.g., "callandsave2", "callandsave3", "callandsave4").  In other cases, an incrementing numeric prefix preceded the alphabetical suffix (e.g., "1000despiste", "1001despiste", "1002despiste"), but this was less common.

123.    A natural transformation for the *rep_login* field was to truncate it to preserve the pattern Participants tended to follow, that of using the same alphabetical pattern followed by a different number for each of their various login names.  By using truncated values, in the case of

a Participant using an alphabetical prefix scheme for *rep_login*, many of their account records will match exactly (and others by fuzzy matching techniques).  For the less common case of a numerical prefix with an alphabetical suffix, this truncation scheme may lead to fewer exact matches (post-truncation), but even then, the truncated *rep_login* values may be matched by fuzzy matching techniques.

124.    Based on examination of the average length of the alphabetical and numeric components of *rep_login* values and a manual review of a representative sample of the field's values, a prefix length of 4 was determined to be the optimal choice for truncation.  Therefore, the first four characters of *rep_login* values for each User Account are used in the aggregation methodology.

125.    In addition to these 11 fields, the field *rep_id* is used to identify each User Account record (as described above in Section III.B), but it is not itself used for any linkage determinations.

## 2.    Step 2:  Cleaning the Fields

126.    Once the fields were selected for use in the aggregation methodology, I applied standard cleaning techniques to the values of each field.  The field *rep_nome* was transformed to ***clean_rep_nome***, the field *rep_email* to ***clean_rep_email***, etc.  As previously described, the goal of data cleaning is to ensure that the data in each selected field across all records is consistent and uniform so as to maximize the linkage value between the values of the fields. The data cleaning techniques used for each field varied, but were generally designed to apply industry-accepted transformations[53], such as transforming to lowercase and eliminating spaces and

---

[53] Randall, S.M., Ferrante, A.M., Boyd, J.H., and Semmens J.B. The effect of data cleaning on record linkage quality. *BMC Med Inform Decis Mak* 13, 64 (2013).

garbage characters, while retaining the informational content of the field to the maximum extent possible.

127.    For all 11 selected fields, I first performed a basic cleaning step: leading and trailing spaces were removed, all characters were converted to their lowercase equivalent, and multiple consecutive internal spaces within the field were converted to a single space. Depending on the field, additional cleaning steps were also performed as described below. Finally, strings for which this process resulted in an empty string were replaced with null.

128.    For *rep_nome* (name), the additional cleaning steps consist of: (a) replacing, by the empty string, any values of length 1; (b) replacing, by the empty string, any values of length 3 where the second character is a space and the first and third characters are standard Latin alphabetical (a-z) or digit (0-9) characters. For example, "a a" or "1 1" are both replaced by the empty string.  This pattern occurs in just 1.37% of the User Accounts, but replacing it with the empty string avoids a substantial increase in blocking size.

129.    For *rep_email* (email), all spaces were removed. (Participants sometimes entered values for *rep_email* that appear to be valid email addresses except for extra spaces.)

130.    For *rep_cel* (cell phone) and *rep_fone* (phone), all non-digit (0-9) characters were removed, and then the value was truncated to the last 7 characters (e.g., "+1 (202) 867-5309" would be cleaned to "8675309").  The non-digit characters were removed because phone numbers are numeric in nature. Only the last 7 digits[54] were used in order to make it easier for phone numbers to agree (whether or not they include full country code or area code). For

---

[54] The parameter of 7 digits was chosen because it is a reasonable lower bound on global phone number length. Specifically, North American phone numbers are typically 10 digits long or 7 if the area code is not specified (see "North American Numbering Plan", retrieved from
https://en.wikipedia.org/wiki/North_American_Numbering_Plan), and Brazilian phone numbers are typically 10 or 11 digits long, or 8 or 9 without area code (see "Telephone numbers in Brazil", retrieved from https://en.wikipedia.org/wiki/Telephone_numbers_in_Brazil).

example, "2028675309" and "8675309" are very likely to refer to the same phone number, even as there is a small possibility of multiple phone numbers being collapsed to the same one by this cleaning step.

131.    The values of *rep_end* (street name), *rep_numero* (house number), *rep_cep* (ZIP code analogue) were not cleaned beyond the basic cleaning step described above.

132.    The truncated values of *rep_login* (login name), were not cleaned beyond the basic cleaning step.

133.    The values of *rep_pwd_secondary* (hashed password) were not further cleaned, because they contain the automatically-generated output of a hash function[55].

134.    The values of *rep_cpf* (SSN analogue) were further cleaned by removing all characters other than the standard Latin alphabetical (a-z) and digit (0-9) characters, followed by another round of the basic cleaning step (to collapse multiple internal spaces).[56] While this may remove some structure (e.g., hyphens or spaces between components of the SSN analogue), this was outweighed by the additional linkages generated as a result of this cleaning.

135.    The values of *rep_datanasc* (date of birth) were not cleaned beyond the basic cleaning step described above, because these values already follow a standardized format for date (e.g., "1985-08-21") when present.

---

[55] For 19 of the 10,987,617 values of *rep_pwd_secondary*, there was a "-T" suffix after the md5sum hash, making the value 34 characters long.  It is possible that these values were manually modified by a database administrator to disable the login of those users.  In any case, these were the only records for which the value of *rep_pwd_secondary* did not follow the standard 32-character hexadecimal md5sum hash convention.  As part of the cleaning, I removed the "-T" suffix in these 19 cases.

[56] This is consistent with standard schemes for national ID numbers, which tend to use Latin and digit characters, even in countries where non-Latin alphabets are in common use (see "National identification number", retrieved from https://en.wikipedia.org/wiki/National_identification_number).

### 3. Step 3: Deterministic Step

136. The aggregation methodology performs a deterministic step by aggregating User Accounts into account groupings. In order for User Accounts to be placed into the same account grouping, exact agreement is required on these 8 fields: *clean_rep_nome, clean_rep_email, clean_rep_cel, clean_rep_fone, clean_rep_end, clean_rep_numero, clean_rep_cep,* and *clean_rep_login.* The (non-null) values of the remaining 3 fields, *clean_rep_pwd_secondary, clean_rep_cpf*, and *clean_rep_datanasc*, are combined into sets of values in the account grouping.

137. For example, consider a dataset containing the following two User Accounts:

| Field | User Account 1 | User Account 2 |
|---|---|---|
| clean_rep_nome | maria teresa neves | maria teresa neves |
| clean_rep_email | ttmilagres@gmail.com | ttmilagres@gmail.com |
| clean_rep_cel | 9043810 | 9043810 |
| clean_rep_fone | 9043810 | 9043810 |
| clean_rep_end | 2b brackett rd | 2b brackett rd |
| clean_rep_numero | 2b | 2b |
| clean_rep_cep | 01702 | 01703 |
| clean_rep_login | call | call |
| clean_rep_pwd_secondary | c99fb769d8bcee32879 36bf71335976e | c99fb769d8bcee328793 6bf71335976e |
| clean_rep_cpf | 950890438 | 012901903 |
| clean_rep_datanasc | 1953-10-15 | 1953-10-15 |

In the deterministic step, they will become the following account grouping:

| Field | Account Grouping 1 |
|---|---|
| clean_rep_nome | maria teresa neves |
| clean_rep_email | ttmilagres@gmail.com |

| clean_rep_cel | 9043810 |
|---|---|
| clean_rep_fone | 9043810 |
| clean_rep_end | 2b brackett rd |
| clean_rep_numero | 2b |
| clean_rep_cep | 01702 |
| clean_rep_login | call |
| clean_rep_pwd_secondary_set | [c99fb769d8bcee3287936bf713 35976e] |
| clean_rep_cpf_set | [950890438, 012901903] |
| clean_rep_datanasc_set | [1953-10-15] |

138.    On the other hand, a pair of User Accounts that differ on any of the first 8 cleaned fields are placed in different account groupings.

139.    When considering agreement on the first 8 cleaned fields for a pair of User Accounts, a pair of values for a given field is deemed to exactly agree when they have the same non-null value. If either value is null, the User Accounts are deemed to disagree on that field.

140.    This deterministic step has minimal effect on the output of the aggregation methodology, because any User Accounts that are part of the same account grouping were already extremely likely to be matched during the probabilistic step.  However, the deterministic step is extremely useful in practice, as it makes it computationally reasonable to perform probabilistic linkage methods on a dataset as large as the TelexFree dataset.

141.    Each account grouping is assigned a new unique id, called *ag_rep_id*, to keep track of the newly grouped User Accounts.  The *ag_rep_id* value is defined to be the lowest *rep_id* value occurring among its User Accounts.

142.    The deterministic step results in 4,367,728 account groupings.  Each account grouping is a grouping of one or more User Accounts. For analysis purposes, each account

grouping is treated as equivalent to a separate record in the blocking and probabilistic linkage

steps.  (Account groupings will be expanded back into their constituent User Accounts in Step

9.)

143.     In addition to forming the set of account groupings as described above, I also

generate a lookup table mapping each User Account (identified by the *rep_id* field) to its account

grouping (identified by the *ag_rep_id* field). This lookup table will be used in Step 9 (when these

account groupings will be "ungrouped" back into User Accounts).

### 4.     Step 4:  Blocking

144.     As previously described (in Section II.A.5.iii), when a dataset is large, it may be

computationally unreasonable to run the FS-EM algorithm on the set of all pairs of records

directly. This is the case in the TelexFree dataset: because it has approximately 4 million account

groupings, there are approximately 10 *trillion* pairs of account groupings. Due to this large

number, it is advantageous to use a technique known as "blocking" to reduce the number of pairs

of account groupings under consideration to a much smaller number.

145.     The restriction to a smaller subset of pairs is justified only if every pair that is

excluded would have been very unlikely to match, had it been considered. In other words, if a

pair is at all likely to match, it is important to keep it under consideration. On the other hand, the

presence of a pair of account groupings in the blocking set does not signal that the pair is

necessarily likely to be a match; rather, it simply means that the pair meets the minimum

requirement to be further considered.

146.     The blocking step[57] involves specifying a blocking scheme (described in detail

below), which is the criterion that each pair of account groupings must pass in order to remain in

---

[57]  I use the word "blocking" to refer to this entire step; some literature would describe this step as technically
involving a combination of blocking and "indexing by disjunctions". In fact, "[t]he terminology is not standardized

the blocking set.  Once the blocking step is complete, the blocking set is passed along to the next step in the aggregation methodology.

147.    Since any pair not in the blocking set will (implicitly) be assigned a match probability 0, blocking should generally be inclusive, balanced by the need to avoid generating a computationally unreasonably large blocking set.  The size of a blocking set is the size of the union of its components, so if any single component results in an unreasonably large set, then the entire blocking set will be too large.

148.    Because of the special role that the name field plays in the TelexFree dataset (see Section III.B.1 above), it is important that no pairs of account groupings that substantially disagree on the name end up matched together. I use blocking as a mechanism to accomplish this goal, by ensuring that the blocking set contains only pairs of account groupings with substantial agreement on name. In this way, only such pairs (i.e. those with substantial agreement on name) are even considered for potential linkage.

149.    The way I accomplish this is for every blocking rule to be conjunctively joined with a rule ensuring name agreement, as I will describe. On the other hand, there is no need to have a blocking rule that involves only the name field.  If two account groupings agree only on name, and substantially disagree on all other fields, then the aggregation procedure is likely to deem them a non-match.  As a result, I do not have a blocking rule that contains only the name field.

---

in the literature." (footnote 1 on p. 4 of J.S. Murray, 2016, "Probabilistic Record Linkage and Deduplication after Indexing, Blocking, and Filtering". Journal of Privacy and Confidentiality (2015–2016) 7:1, pp. 3–24.)

150.    I choose all 11 cleaned fields from the previous step of the aggregation methodology to be used in the blocking scheme, with the exception of *clean_rep_nome* (for reasons just described), and *clean_rep_numero*.[58]

151.    A very natural blocking scheme is the disjunction of one rule for each of the fields chosen to be part of the blocking scheme, where this rule captures all pairs of records that are sufficiently near on the given field. For the TelexFree dataset, the first such rule is:

- *ratio*(accountGrouping1.*clean_rep_email*, accountGrouping2.*clean_rep_email*) >= 75

for a pair consisting of (accountGrouping1, accountGrouping2), where *ratio* is the nearness measure described in Section IV.B.

152.    There are additional rules of the same form, for each of the other fields that are part of the blocking scheme:

- *ratio*(accountGrouping1.*clean_rep_cel*, accountGrouping2.*clean_rep_cel*) >= 75
- *ratio*(accountGrouping1.*clean_rep_fone*, accountGrouping2.*clean_rep_fone*) >= 75
- *jwsim*(accountGrouping1.*clean_rep_end*, accountGrouping2.*clean_rep_end*) >= 75
- *ratio*(accountGrouping1.*clean_rep_cep*, accountGrouping2.*clean_rep_cep*) >= 75
- *ratio*(accountGrouping1.*clean_rep_login*, accountGrouping2.*clean_rep_login*) >= 75
- accountGrouping1.*clean_rep_pwd_secondary_set* has nonempty intersection with accountGrouping2.*clean_rep_pwd_secondary_set*
- *ratio*(*clean_rep_cpf1*, *clean_rep_cpf2*) >=88

---

[58] The field *clean_rep_numero* is not included in the blocking scheme because (1) the *clean_rep_numero* field has many values with high frequency (e.g., "1", "2", etc.) that make the blocking too large if the field were used along with *clean_rep_nome* but no third field, and (2) a pair that matched on only *clean_rep_nome* and *clean_rep_numero* would be of sufficiently poor quality that it need not be included in the blocking set, whereas a pair matching on *clean_rep_nome, clean_rep_numero,* and any third field would already be included in the blocking set.

for some *clean_rep_cpf1* in *accountGrouping1.clean_rep_pwd_secondary_set*

and some *clean_rep_cpf2* in *accountGrouping2.clean_rep_pwd_secondary_set*

- accountGrouping1.*clean_rep_datanasc_set* has nonempty intersection with accountGrouping2.*clean_rep_datanasc_set*

where *ratio* and *jwsim* are the nearness measures described in Section IV.B.

153.    Each of these blocking rules is conjunctively joined with the following rule ensuring name agreement:

*WRatio*(accountGrouping1.*clean_rep_nome*,
        accountGrouping2.*clean_rep_nome*) >= 85.5
   AND

   (*ratio*(accountGrouping1.*clean_rep_nome*,
   accountGrouping2.*clean_rep_nome*) >= 70

   OR

   *ratio*(*firstLast*(accountGrouping1.*clean_rep_nome*),
   *firstLast*(accountGrouping2.*clean_rep_nome*)) >= 80)

where *WRatio* and *ratio* are the nearness measures described in Section IV.B and where *firstLast* is a function that returns the first and last token of a string. (For mononyms, the entire string is returned.)  For example:

- *firstLast*("Maria Teresa Milagres Neves") = "Maria Neves"

- *firstLast*("Maria Milagres Neves") = "Maria Neves"

- *firstLast*("Maria Neves") = "Maria Neves"

154.    This name rule captures the various ways that a pair of names can substantially agree. In particular, the *WRatio* clause allows for tokens in the name to be dropped or added so long as there is substantial agreement on the rest. The *firstLast* clause allows for tokens to be

dropped or added in the middle of the name so long as the first and last tokens agree. For
example,

- *WRatio*("Maria Teresa Milagres Neves", "Teresa Milagres Neves") = 95

- *ratio*(*firstLast*("Maria Teresa Milagres Neves"), *firstLast*("Maria Neves")) = 100

155.   The choice of string nearness measure for each of the fields above is made for the
reasons described in Section IV.B.

156.   All of these numerical cutoffs (e.g., 75 for *clean_rep_email*) were chosen
carefully. In order to select these cutoffs, I examined random slices of pairs of account groupings
from the dataset, stratified by the value of the relevant nearness measure for that field. For each
cutoff, one must balance between (a) potentially excluding pairs that are worth considering in the
probabilistic record linkage process and (b) potentially letting in so many pairs that the task
becomes computationally unreasonable. I chose cutoffs that erred on the side of inclusion in the
blocking set, thereby giving as many pairs as possible the opportunity to participate in the
probabilistic record linkage process. This choice is justified because these cutoffs are effectively
insensitive in the downward direction, so long as the blocking set size remains computationally
reasonable; for example, a *clean_rep_end* cutoff of 70 instead of 75 has little effect on the results
– the probabilistic record linkage process would simply be considering a few more pairs, the
overwhelming majority of which would be deemed non-matches in the end.

157.   This blocking scheme, if applied to all 4,367,728 account groupings output from
the deterministic step, would result in approximately 2 billion pairs of account groupings in the
blocking set.  While not necessarily infeasible to generate, this would be quite difficult to handle
in the remaining steps.  Furthermore, this large number is overwhelmingly caused by an easily
identified set of accounts, which I now describe.

158.    There are 62,725 User Accounts that include a *rep_nome* value of "John Williams". They all have *rep_email* (email) with a "mailinator.com" domain, and all have *rep_end* (street name) of the form "534 Warry Lane" with differing numbers in the place of "534". Furthermore, they are the only accounts with the latter two properties (email address ending in "mailinator.com" and street name ending in "Warry Lane") at all, and by a semi-manual inspection of records having a fuzzy match on name, it is clear that no other User Account is remotely similar enough to any of these 62,725 User Accounts to be matched with any of them according to the rest of the aggregation methodology. This is more than enough information to justify manually combining these 62,725 User Accounts into a single cluster that contains no other accounts.

159.    It is worth noting that because these records differ from each other on the *full* email address and house address, they were not grouped together in the deterministic step (in fact, each of these User Accounts formed an account grouping with just a single User Account). If the account groupings with name "John Williams" were not excluded from blocking, every pair of records with both name values "John Williams", which make up a large portion of the total potential 2 billion pairs output from the blocking scheme, would make it into the blocking set. Hence, for computational reasons, the pairs attributable to John Williams are excluded from the blocking step and subsequent aggregation steps and are all assigned to be in the same cluster as each other (with no other User Accounts) at Step 9 after the final clustering is computed.

160.    After excluding the John Williams pairs, the output of the blocking step is a blocking set consisting of 117,563,883 pairs of account groupings.

### 5.  Step 5:  Rubric Application to Calculate Gammas

161.  This step considers every pair of account groupings in the blocking set, and assigns each such pair a comparison vector, containing "gamma" values for the cleaned fields.[59]

162.  The gamma value of -1 is reserved for cases where data is missing in at least one account grouping of the pair; I do not describe this case explicitly in the discussion or code below.

163.  Typically, larger values of gamma denote more agreement between a pair and 0 denotes the least agreement between a pair. In general, the gamma value indicates the degree of agreement, discretized (see Paragraph 59) to a small number of values representing, for example, "substantial disagreement", "substantial agreement", or "exact agreement".  In most cases, the gamma value is determined by applying cutoffs to the result of an appropriate string nearness measure.  I now describe the way the gamma value is generated for each field.

164.  The gamma values for the *clean_rep_nome* (cleaned name) comparisons are grouped into six categories.  Specifically[60]:

> *gamma_clean_rep_nome*:
> - 5 **if** (*nome_ratio* == 100)
> - 4 **if** (*nome_ratio* >= 95) **or** (*firstLast_ratio* == 100)
> - 3 **if** (*nome_ratio* >= 88) **or** (*firstLast_ratio* >= 95)
> - 2 **if** (*nome_ratio* >= 80) **or** (*firstLast_ratio* >= 88)
> - 1 **if** (*nome_ratio* >= 70) **or** (*firstLast_ratio* >= 80)
> - 0 otherwise

where

- *firstLast* returns just the first and last token (excluding all middle names), as described above

- *nome_ratio* = *ratio*(accountGrouping1.*clean_rep_nome,*

---

[59] The fields *clean_rep_cel* and *clean_rep_fone* are combined into a single gamma field, as described below.

[60] Each gamma value is given by the first line whose condition matches.

accountGrouping2.*clean_rep_nome*)

- *firstLast_ratio = ratio*(*firstLast*(accountGrouping1.*clean_rep_nome*),

    *firstLast*(accountGrouping2.*clean_rep_nome*))

165.    The gamma values for the *clean_rep_email* (cleaned email) comparisons are grouped into four categories.  Specifically:

> *gamma_clean_rep_email*:
> - 3 **if** *email_ratio* == 100
> - 2 **if** (*email_ratio* >= 92)
> - 1 **if** (*email_beforeAt_ratio* >= 90)
> - 0 otherwise

where

- *beforeAt* returns the portion of the string before the first @ character

- *email_ratio = ratio*(accountGrouping1.*clean_rep_email,*

    accountGrouping2.*clean_rep_email*)

- *email_beforeAt_ratio = ratio*(*beforeAt*(accountGrouping1.*clean_rep_email*),

    *beforeAt*(accountGrouping2.*clean_rep_email*))

166.    The *clean_rep_cel* (cleaned cell phone) and *clean_rep_fone* (cleaned phone) comparisons get one combined gamma value grouped into four categories.  It is standard to combine closely related fields into a single gamma value, as with *clean_rep_cel* and *clean_rep_fone*, so as to not "double-count" the weight of fields whose values are very often the same.  It is also standard to involve quantities derived from the strings, such as minimum length restrictions in phone number, to improve the ability to detect intermediate degrees of agreement. The gamma value for *clean_rep_cel* and *clean_rep_fone* is determined by:

> *gamma_clean_rep_cel_or_fone*:
> - 3 **if** (*cel_ratio* == 100) or (*fone_ratio* == 100)
> - 2 **if** (*cel_ratio* >= 92) and (*cel_bothLongerThan6*)
> - 2 **if** (*fone_ratio* >= 92) and (*fone_bothLongerThan6*)

- 1 **if** (*cel_ratio* >= 83) and (*cel_bothLongerThan6*)
- 1 **if** (*fone_ratio* >= 83) and (*fone_bothLongerThan6*)
- 0 otherwise

where

- *len* returns the length of a string

- *cel_ratio = ratio*(accountGrouping1.*clean_rep_cel,*

    accountGrouping2.*clean_rep_cel*)

- *cel_bothLongerThan6* = true if

    *len*(accountGrouping1.*clean_rep_cel*) >= 6 AND

    *len*(accountGrouping2.*clean_rep_cel*) >= 6

- *fone_ratio = ratio*(accountGrouping1.*clean_rep_fone,*

    accountGrouping2.*clean_rep_fone*)

- *fone_bothLongerThan6* = true if

    *len*(accountGrouping1.*clean_rep_fone*) >= 6 AND

    *len*(accountGrouping2.*clean_rep_fone*) >= 6.

167.    The gamma values for the *clean_rep_end* (cleaned street name) comparisons are grouped into four categories.  Specifically:

    *gamma_clean_rep_end*:
    - 3 **if** *end_jwsim* == 100
    - 2 **if** *end_jwsim* >= 92
    - 1 **if** *end_jwsim* >= 75
    - 0 otherwise

where

- *end_jwsim = jwsim*(accountGrouping1.*clean_rep_end,*

    accountGrouping2.*clean_rep_end*)

168.    The gamma values for the *clean_rep_numero* (cleaned house number)

comparisons are grouped into four categories.  Specifically:

> *gamma_clean_rep_numero*:
> - 3 **if** *numero_ratio* == 100
> - 2 **if** numero_ratio >= 82
> - 1 **if** numero_ratio >= 75
> - 0 otherwise

where

- *numero_ratio = ratio*(accountGrouping1.*clean_rep_numero,*

accountGrouping2.*clean_rep_numero*)

169.    The gamma values for the *clean_rep_cep* (cleaned ZIP code analogue)

comparisons are grouped into four categories.  Specifically:

> *gamma_clean_rep_cep*:
> - 3 **if** *cep_ratio* == 100
> - 2 **if** *cep_ratio* >= 82 **else**
> - 1 **if** *cep_ratio* >= 75
> - 0 otherwise

where

- *cep_ratio = ratio*(accountGrouping1.*clean_rep_cep,*

accountGrouping2.*clean_rep_cep*)

170.    The gamma values for the *clean_rep_login* (cleaned login name) comparisons are

grouped into three categories.  Specifically:

> *gamma_clean_rep_login*:
> - 2 **if** *login_ratio* == 100
> - 1 **if** *login_ratio* >= 75
> - 0 otherwise

where

- *login_ratio = ratio*(accountGrouping1.*clean_rep_login,*

accountGrouping2.*clean_rep_login*)

171.    The gamma values for the *clean_rep_pwd_secondary_set* (set of cleaned hashed passwords) comparison are binary. Specifically,

> *gamma_clean_rep_pwd_secondary_set*:
> - 1 **if** accountGrouping1.*clean_rep_pwd_secondary_set* has a nonempty intersection with accountGrouping2.*clean_rep_pwd_secondary_set*
> - 0 otherwise

Set intersection leads to a binary outcome, which is appropriate for *clean_rep_pwd_secondary_set* because string nearness of two password hashes does not indicate nearness of the corresponding passwords themselves.

172.    The gamma values for the *clean_rep_cpf_set* (set of cleaned SSN analogues) comparisons are grouped into three categories. Specifically:

> *gamma_clean_rep_cpf_set*:
> - 2 **if** *max_cpf_ratio* == 100
> - 1 **if** *max_cpf_ratio* >= 88
> - 0 otherwise

where

- *max_cpf_ratio* is the largest value achieved by *ratio*(*clean_rep_cpf1*, *clean_rep_cpf2*)
- *clean_rep_cpf1* ranges over all values in accountGrouping1.*clean_rep_cpf_set*
- *clean_rep_cpf2* ranges over all values in accountGrouping2.*clean_rep_cpf_set*

173.    The gamma values for the *clean_rep_datanasc_set* (set of cleaned dates of birth) comparison are binary. Specifically,

> *gamma_clean_rep_datasanc_set*:
> - 1 **if** accountGrouping1.*clean_rep_datanasc_set* has a nonempty intersection with accountGrouping2.*clean_rep_datanasc_set*
> - 0 otherwise

Set intersection again leads to a binary outcome, which is appropriate for *clean_rep_datanasc_set* because string nearness of two dates is not very helpful for determining linkage due to collisions in the nearby values for this field.

174. The choice of string nearness measure for each of the fields above is made for the reasons described in Section IV.B.

175. As an illustration of how the gamma cutoff values were selected, we now describe part of the process for the *rep_end* (street name) field.[61] Exhibit 4 shows 100 randomly-selected pairs from the blocking set for which *end_jwsim* is at least 50 and less than 100. Those pairs of account groupings for which *end_jwsim* is below 50 all clearly disagree on the *clean_rep_end* field, and so should be assigned *gamma_clean_rep_end* value 0. On the other hand, those pairs with *end_jwsim* equal to 100 are exact matches (after cleaning); all such pairs (and only such pairs) should be assigned *gamma_clean_rep_end* value 3 (the highest value). The randomly-selected pairs with intermediate values are used to determine the boundary between *gamma_clean_rep_end* values 0 and 1 and between values 1 and 2. Observe that the extent of agreement among those pairs with *end_jwsim* 92 and higher is generally quite high, even if not perfect. Those pairs with *end_jwsim* below 92 generally have less good agreement, but still are of some value above 75. For example, row 27 largely agrees (mostly differing in punctuation), while row 29 is dubious (having the same city name, but with none of the rest agreeing). Very few, if any, pairs with *end_jwsim* below 75 have much agreement. I performed a similar analysis on a larger subset of blocking to determine the cutoffs of 75, 92, and 100 that appear in the definition of *gamma_clean_rep_end* above.[62]  Cutoffs for the other fields were selected similarly.

---

[61] "The selection of a distance function and a proper threshold is … a knowledge intensive activity that demands experimental evaluation." (p. 15 of Hernández, M.A. and Stolfo, S.J. Real-world Data is Dirty: Data Cleansing and The Merge/Purge Problem. *Data Mining and Knowledge Discovery* 2, 9–37 (1998).)

[62] Of course, there is some freedom in the choice of these cutoffs, and other choices of numbers that are fairly similar to these could also potentially be justified: "small changes to some thresholds defining equality over two fields … are expected to have little impact on the contents of the formed clusters." (Id. at p. 31).  I have verified that the overall probabilistic record linkage process is not especially sensitive to the details of this choice, so long as the decisions are made reasonably.

176. The output of this step is the set of comparison vectors, one vector for each pair in the blocking set.

### 6. Step 6: Calculate Match Probabilities

177. Next, the set of comparison vectors for those pairs of account groupings in the blocking set are used to determine match probabilities in accordance with the Fellegi-Sunter model of probabilistic linkage. I accomplished this task by running the Splink probabilistic record linkage package (see Section IV.C) on this set of comparison vectors. Splink uses the EM algorithm to automatically calculate the $m$-probabilities and $u$-probabilities for the fields in the comparison vector, and then assigns a match probability to each pair of account groupings in the blocking set. I used Splink's default settings for the maximum number of EM iterations (25) and the EM convergence tolerance (0.0001).

178. Typically, the input to Splink would also contain the specification on how to carry out the blocking step (step 4) and the rubric-calculation step (step 5). I performed these steps outside of Splink (as described in steps 4 and 5) using the massively-parallel cloud infrastructure previously described, and the results were fed into Splink at the appropriate entry point.

179. The output of this step is an assignment of the match probability to each of the 117,563,883 pairs of account groupings in the blocking set.

### 7. Step 7: Compute Clusterings for Several Fixed Thresholds

180. I next use Splink to compute clusterings of account groupings for various fixed thresholds on the match probability; these clusterings will be the input to Step 8 (dynamic clustering step). These fixed thresholds are the match probabilities occurring at percentiles [0.006 … 0.009, 0.01 … 0.09, 0.1 … 0.9, 1 ... 99, 99.1 … 99.9, 99.91 … 99.99, 99.991 … 99.999, 100] within the blocking set, for a total of 149 fixed-threshold values. These thresholds were chosen to provide broad coverage of coarse to fine clusterings, especially at the extremes.

181.    For any given fixed threshold, the goal is to create a clustering such that each

account grouping is in exactly one cluster of the clustering. This clustering is formed by taking

the transitive closure of the set of all account grouping pairs whose match probability is at least

the given threshold.[63]

182.    This collection of 149 clustering threshold percentiles represents the range of

(quantized) trade-off decisions for how tightly or how loosely to generate the clusters from the

blocking set of account grouping pairs with their respective match probabilities.  For example,

with threshold percentile 95, only the most closely-related pairs (as measured by match

probability) will become part of the same cluster, and there will be a large number of clusters and

a small average cluster size.  With threshold percentile 5, on the other hand, even very distantly-

related pairs (as measured by match probability) will become part of the same cluster, and there

will be a smaller number of clusters and a higher average cluster size.

183.    The 149 clusterings of account groupings are the output of this step.

### 8.    Step 8:  Dynamic Clustering Process

184.    Now that there are 149 fixed-threshold clusterings, in principle one could simply

select a particular fixed-threshold clustering from among them as the clustering output. The

clustering literature describes standard techniques for selecting a fixed threshold based on

balancing two competing tensions[64]: (1) records that do not belong in the same cluster should not

be joined (i.e., one should avoid "overclustering") and (2) records that do belong in the same

cluster should be joined in the same cluster (i.e., one should avoid "underclustering").  A high

---

[63] Equivalently, this clustering is the finest partition consistent with adding linkages between all account grouping pairs whose match probability is at least the given threshold.

[64] Zhu and coauthors describe the need to balance false positives with false negatives (Y. Zhu, Y. Matsuyama, Y. Ohashi, and S. Setoguchi. When to conduct probabilistic linkage vs. deterministic linkage? A simulation study. *Journal of Biomedical Informatics* 56 (2015): 80-86.)

fixed threshold will tend to undercluster, while a low fixed threshold will tend to overcluster. However, even choosing an optimal fixed-threshold clustering with respect to these tensions is not the best choice in this circumstance, as I now explain.

185.    The TelexFree dataset presents an additional challenge due to the presence of heterogeneity: some Participants entered their information very consistently across many accounts, while other Participants, for a variety of reasons, entered information that differed more widely (e.g., name variants, typos, multiple email addresses or phone numbers, etc.).  As a result, any fixed threshold will deal appropriately with at most one of these two situations (and often neither) – both high and low fixed thresholds will typically simultaneously overcluster some clusters while underclustering others.

186.    It is possible to better navigate the tradeoff between overclustering and underclustering by choosing higher thresholds in a portion of the dataset where there is a "tightly bound" collection of account groupings having high match probability with each other and low match probability with every other account grouping, while choosing lower thresholds in a portion of the dataset where there is a more "loosely bound" collection of account groupings having moderately high match probability with each other but still much lower match probability with every other account grouping in the dataset.

187.    Such a "dynamic clustering" technique (also known as heterogeneous clustering[65]), where higher thresholds are selected for some parts of the dataset, and lower thresholds are selected for other parts, is more appropriate than using a single fixed threshold for

---

[65] Heterogeneous clustering involves selecting a different threshold for different regions of a graphs so as to achieve clusters that balance overclustering and underclustering. (See Section 4.2.2 of Charpentier, Bertrand. *Multi-scale clustering in graphs using modularity.* Master's thesis, KTH, 2019.)

a dataset like the TelexFree dataset. I therefore chose a dynamic clustering technique in the aggregation methodology.

188.     This task of selecting clustering thresholds dynamically across the dataset is accomplished in the aggregation methodology by (1) defining measures of overclustering and underclustering for a given cluster, and calculating the overclustering measure for every cluster in each of the 149 fixed-threshold clusterings computed in the last step, (2) using this data to compute a dynamic clustering of the dataset for each of 41 values of a "dynamic clustering parameter", where the overclustering calculations and dynamic clustering parameter guide the selection of a fixed threshold for each account grouping, and (3) choosing the dynamic clustering from among these 41 dynamic clusterings that optimally balances the degree of overclustering and underclustering.

### i.        *Overclustering and Underclustering Measures*

189.     The clustering step of probabilistic record linkage, once match probabilities are assigned, can also be framed in terms of graph theory. Namely, the set of match probabilities determines a weighted graph[66], and in the graph clustering literature it is a standard technique to turn a weighted graph into clusters by taking the connected components of the subgraph consisting of those edges whose weight is above the given threshold[67]; this is equivalent to fixed-threshold clustering (and indeed Splink uses the standard graph package GraphFrame to compute fixed-threshold clusterings).

---

[66] The set of match probabilities determines an undirected weighted graph whose vertices (nodes) are records. (In the case of this aggregation methodology, the records are account groupings.) Each edge (connection) between a pair of vertices has weight equal to the match probability of the pair (and weight 0, or non-edge, if the pair is not in the blocking set).

[67] "Weight thresholding removes all edges with weight lower than a threshold value." (X Yan, LGS Jeub, A Flammini, F Radicchi, and S Fortunato. Weight thresholding on complex networks. *Physical Review E* 98.4 (2018): 042304.)

190.    Determining a clustering within such a weighted graph (or "network") is sometimes framed in terms of "community detection"; here, the nodes are the account groupings, the weighted edges represent match probabilities between account groupings, and the communities one aims to find are the clusters consisting of those account groupings belonging to a single Participant.

191.    Often the communities are determined by optimizing some scoring function, of which there are many possible options:

> The idea is that given a community scoring function, one can then find sets of nodes with high score and consider these sets as communities. All scoring functions build on the intuition that communities are sets of nodes with many connections between the members and few connections from the members to the rest of the network. There are many possible ways to mathematically formalize this intuition … The experiment demonstrates that even though many different structural definitions of communities have been proposed, these definitions are heavily correlated.[68]

192.    As previously noted, in record linkage there is a tension between overclustering (the extent to which a cluster includes more records than is justified) and underclustering (the extent to which a cluster includes fewer records than is justified).  In any automated technique, it is typically impossible to achieve both perfectly, but one can often obtain high quality results by balancing the two.[69] Towards achieving such a balance, I first define notions of overclustering and underclustering that are appropriate for the TelexFree dataset.

193.    One standard way to measure overclustering in an unweighted graph is by computing the fraction of pairs of nodes within a cluster that occur within the graph. Within the community detection literature, this is closely related to the concept of "density", as well as other

---

[68]  Yang, J. and Leskovec, J.. Defining and evaluating network communities based on ground-truth. *Knowledge and Information Systems*, *42*(1): 2015, 181-213.

[69]  Y. Zhu, Y. Matsuyama, Y. Ohashi, and S. Setoguchi. When to conduct probabilistic linkage vs. deterministic linkage? A simulation study. *Journal of Biomedical Informatics* 56 (2015): 80-86.

notions of "internal connectivity".[70]  A standard way to convert a weighted graph (with weights

between 0 and 1) into an unweighted graph is to restrict to those edges having weight above 0.5;

in the case of this aggregation methodology, this amounts to selecting those pairs of account

groupings deemed by the Fellegi-Sunter model to have match probability greater than 0.5, which

is a reasonable default for building a binary classifier (a function that turns a probability into an

edge or non-edge, in this case).[71]

194.    Accordingly, the aggregation methodology uses a notion of overclustering defined

in terms of internal connectivity of this unweighted graph. Namely, define the *overclustering*

*measure* of a given account grouping (with respect to a proposed clustering) to be the fraction of

account groupings within its cluster with which it has a match probability above 0.5.  In other

words, it is the number of account groupings in its cluster with which it has a match probability

over 0.5, divided by the total number of account groupings in its cluster.  The average

overclustering measure of a cluster (e.g., the fixed-threshold cluster of an account grouping for

some particular fixed threshold) is then defined to be the average of the overclustering measures

of each account grouping in the cluster.  Finally, the overclustering measure of an entire

proposed clustering (e.g., a candidate clustering for the dynamic clustering process) is defined to

be the average overclustering measure of each account grouping's cluster, averaged across all

account groupings.  In this way, if the overclustering measure of a given clustering is close to 1,

this indicates that the clusters do not contain many pairs of account groupings having low match

---

[70] "Density builds on intuition that good communities are well connected... It measures the fraction of the edges
(out of all possible edges) that appear between the nodes in [the node set]." (Yang and Lescovec, 2015)

[71] "Most classifiers assign a probability for class membership to the instance to be classified. The default is to
assume that a probability greater than or equal to 0.5 is for one class and below 0.5 for the other in binary
classification." Section 3.3.4 of Uday Kamath and John Liu. *Explainable Artificial Intelligence: An Introduction to
Interpretable Machine Learning*. Springer, 2021.

probability, while if the overclustering measure is close to 0, this indicates that the clusters contain many pairs of account groupings having low match probability.

195.     One standard way to measure underclustering is by computing the fraction of pairs of nodes going between the cluster and its complement that occur within the graph. Within the community detection literature, this is closely related to the concepts of "separability" and "expansion", as well as other notions of "external connectivity".[72] As before, in the case of a weighted graph with weights representing probabilities, this can be computed in terms of the unweighted graph given by the restriction to edges with weight above 0.5.

196.     Accordingly, the aggregation methodology uses a notion of underclustering defined in terms of external connectivity of this unweighted graph. Namely, define the *underclustering measure* of a given account grouping (with respect to a given clustering) to be the fraction of all account groupings with which it has a match probability above 0.5 that are already within its cluster.  In other words, it is the number of account groupings in its cluster with which it has a match probability over 0.5, divided by the total number of account groupings in the dataset with which it has a match probability over 0.5.  The underclustering measure of an entire proposed clustering (e.g., a candidate clustering for the dynamic clustering process) is then defined to be this quantity averaged across all account groupings.  In this way, if the underclustering measure of a given clustering is close to 1, this indicates that its set of clusters already contains most of the pairs of account groupings having high match probability, while if the underclustering measure is close to 0, this indicates that there are many pairs of account groupings having high match probability which failed to both be included in any cluster.

---

[72]  "Separability captures the intuition that good communities are well-separated from the rest of the network … meaning that they have relatively few edges pointing from [the node set] to the rest of the network. Separability measures the ratio between the internal and the external number of edges of [the node set]." (Yang and Leskovec)

### ii.    *Computing Dynamic Clusterings for a Set of Dynamic Clustering Parameters*

197.    As previously described, for every fixed threshold, each account grouping is assigned a cluster.  As the threshold decreases, each such cluster assignment grows larger (because it is the transitive closure of a set consisting of all pairs from the higher threshold, along with possible additional pairs).  Because of how the fixed-threshold clusterings are defined, clusters grow larger by joining with one or more other clusters from a higher threshold, a process known as "agglomeration".[73]  The goal of dynamic clustering is to select a different fixed threshold for each account grouping in such a way that (a) the choices are compatible across the entire dataset (i.e., if a particular account grouping chooses a given fixed threshold, then so must every other account grouping in the cluster resulting from that threshold), so that these choices collectively determine a clustering of the entire dataset, and (b) the measures of overclustering and underclustering for this clustering are balanced with each other.

198.    This is achieved in the aggregation methodology by choosing, for each account grouping, the fixed-threshold clustering with the smallest threshold that is still consistent with the resulting cluster having average overclustering measure above a set parameter[74].  This parameter, representing the minimum required overclustering average, is referred to as the *dynamic clustering parameter*.  This technique achieves condition (a) because the choice is based on a quantity that is averaged across the account grouping's cluster, ensuring that the choices are compatible across the entire dataset. This technique will achieve condition (b) upon optimizing the choice of dynamic clustering parameter, the procedure for which I now describe.

---

[73]  See Section 5.4 of Sneath, P.H.A. and Sokal, R.R.. *Numerical Taxonomy: the Principles and Practice of Numerical Classification.* Freeman, New York (1973).

[74]  Recall that an overclustering measure closer to 1 indicates that the clusters do not contain many pairs with low match probability.

199.    For each of 41 choices of dynamic clustering parameter (0.10, 0.12, 0.14, …, 0.88, 0.90)[75], I computed the dynamic clustering for that parameter.

### iii.    Choosing the Optimal Dynamic Clustering

200.    To choose the optimal dynamic clustering, I compared the overclustering and underclustering measures for each of the clusterings that result from these 41 dynamic clustering parameter values, in order to determine the clustering that achieves the best balance.

201.    The first plot below shows the overclustering measure vs. the underclustering measure achieved for the 41 values of the dynamic clustering parameter (i.e., the minimum required overclustering average): 0.10, 0.12, 0.14, …, 0.88, 0.90.  While the degree of underclustering is typically higher in absolute terms than the degree of overclustering, it is still important to make sure both are balanced.[76]  I have therefore plotted the overclustering and underclustering averages with respective y-axes chosen so that their values have the same dynamic range.



---

[75] This range extends low and high enough to yield dynamic clusterings to provide a wide range of tradeoffs between overclustering and underclustering, and also has a small enough increment to provide fine-grained resolution that will help me select among these choices.

[76] Y. Zhu, Y. Matsuyama, Y. Ohashi, and S. Setoguchi. When to conduct probabilistic linkage vs. deterministic linkage? A simulation study. *Journal of Biomedical Informatics* 56 (2015): 80-86.

202.    Next, the second plot shows the sum of these two measures for overclustering and underclustering (i.e., the quantities that were shown independently in the first plot), where underclustering is scaled linearly to achieve the same dynamic range as overclustering. Again, the dynamic clustering parameter (i.e., the minimum required overclustering average) ranges from 0.10 to 0.90. The sum of overclustering and underclustering measures achieves a maximum for dynamic clustering parameter 0.60. This setting achieves an optimal tradeoff between overclustering and underclustering, and is therefore the value chosen for the aggregation methodology.  This is also consistent with the first plot, which illustrates that for parameter values below 0.60, a small improvement in underclustering measure is exchanged for a larger drop in overclustering measure, while for parameter values above 0.60, a small improvement in overclustering measure is exchanged for a larger drop in underclustering measure.



203.    The selected dynamic clustering (with dynamic clustering parameter 0.60) exhibits a better tradeoff between overclustering and underclustering than that of the dynamic clusterings for other dynamic clustering parameter choices.  Furthermore, the selected dynamic clustering is much better than any choice of fixed-threshold clustering.

204.     The resulting dynamic clustering of the 4,367,728 account groupings is the output
of Step 8.

### 9.     Step 9.  Convert the Clustering of Account Groupings into a Clustering of User Accounts

205.     The last step in determining the final clustering is to "ungroup" the account
groupings back into User Accounts.  In the deterministic step (Step 3), the 10,987,617 User
Accounts were grouped into 4,367,728 account groupings. I accomplish the ungrouping in this
step by joining the clustering output from the previous step (Step 8) with the lookup table
mapping each User Account (identified by the *rep_id* field) to its account grouping (identified by
the *ag_rep_id* field).  (As previously mentioned, the lookup table was generated in Step 3, the
deterministic step.)

206.     The output of this join is the final clustering on all User Accounts other than the
62,725 User Accounts with *rep_nome* "John Williams".  I then reassign all of the "John
Williams" User Accounts to be in a single cluster of their own, as was previously determined in
Step 4.

207.     This step results in 1,566,383 clusters of User Accounts with a mean size of 7.01
User Accounts per cluster.  For a summary of this clustering, see Section V and Exhibit 5.

### 10.     Step 10. Tabulate Total Net Equity for Each Cluster

208.     Each User Account has been assigned its Net Equity by Huron, as described
above in Section III.A. The Total Net Equity of each cluster is defined to be the sum of the Net
Equity values of each of its User Accounts. I tabulate this quantity for each cluster. For a
summary of Net Winners and Net Losers, stratified into tiers by Total Net Equity, see Exhibit 5.

72

## V.      RESULTS

209.     Based on the work described above, my aggregation methodology has determined that the 10,987,617 User Accounts attributable to TelexFree belong to 1,566,383 different Participants, with a mean size of 7.01 User Accounts per Participant.  Of the 1,566,383 Participants, 1,484,702 are Net Losers and 81,681 are Net Winners.  The Net Winners have a total net gain of $1,555,981,482.42, with an average net gain of $19,049.49 per Net Winner.  The Net Losers have a total net loss of $1,782,171,730.09, with an average net loss of $1,200.36 per Net Loser. For more details and stratification by tier of gains or losses, see Exhibit 5.

210.     The results are attached in two exhibits, Exhibit 6 and Exhibit 7; both files are in the CSV (comma-separated values) format. Exhibit 6 contains the main output of the aggregation methodology: there is one row per User Account (identified by *rep_id*), along with a Cluster ID indicating the cluster to which that row is assigned. For illustration purposes, the 11 fields used in the aggregation methodology, as well as *net_equity,* have been included for each row.

211.     Exhibit 7 contains a summary of the output: there is one row per cluster (identified by the Cluster ID), along with a tabulated sum of *net_equity* values for all of the User Accounts in that cluster.

212.     I also calculated error rates for the aggregation methodology. In evaluating the error rate of record linkage, one typically considers two types of error[77], "false positives" ("<u>FP</u>") and "false negatives" ("<u>FN</u>"). In the context of our aggregation setting, a false positive, also known as a "Type I error", occurs when a pair of User Accounts that do not actually belong to the same Participant are nevertheless placed in the same cluster by the aggregation methodology.

---

[77] D. Resnick and J. Asher. Measurement of Type I and Type II Record Linkage Error. *Proceedings of the American Statistical Association*, Government Statistics Section; Arlington, VA, USA: American Statistical Association; 2019. pp. 293–311.

A false negative, or "Type II error", occurs when a pair of User Accounts that do actually belong to the same Participant are placed in different clusters by the aggregation methodology. The "false discovery rate" ("FDR") and "false negative rate" ("FNR"), respectively, are standard ways of assessing these two types of errors in clustering problems, and these two error rates contribute respectively to the statistical measures of quality known as *precision* and *recall*. A survey of record linkage methodologies explains: "There are two types of errors that can be generated in record linkage, FN and FP, which respectively contribute to sensitivity (or recall) and PPV (or precision). Ideally both types of errors need to be minimized but there is always a trade-off. The harmonic mean of sensitivity and PPV, or f-measure, finds the best compromise between them … The f-measure attains a high value only if both sensitivity and PPV are high."[78] This final quantity, f-measure (also known as "$F_1$" or "accuracy"), is a standard statistical measure between 0.0 and 1.0, with larger values indicating a higher quality result.  A accuracy of at least 0.90 has been considered "very good" by a review of record linkage software quality[79].

213.    The information about pairwise match probabilities that is contained in a probabilistic record linkage model can be used to estimate these quantities. The authors of the fastLink package note this ("One advantage of probabilistic models over deterministic methods is that we can estimate the false discovery rate (FDR) and the false negative rate (FNR)")[80] and provide equations for estimating the two error rates, FDR and FNR.[81]  Using the appropriate analogue of those equations to our setting, I estimate an FDR of 0.0198 and an FNR of 0.00377.

---

[78] Y. Zhu, Y. Matsuyama, Y. Ohashi, and S. Setoguchi. When to conduct probabilistic linkage vs. deterministic linkage? A simulation study. *Journal of Biomedical Informatics* 56 (2015): 80-86.

[79] A. Ferrante and J. Boyd. A transparent and transportable methodology for evaluating Data Linkage software. *Journal of Biomedical Informatics* 45, no. 1 (2012): 165-172.

[80] T. Enamorado, B. Fifield, and K. Imai. Using a Probabilistic Model to Assist Merging of Large-Scale Administrative Records. *American Political Science Review*, 113(2) (2019): 353-371.

[81] Id. at equations (5) and (6)

These quantities imply a precision of 0.980, a recall of 0.996, and an accuracy of 0.988, indicating that the results of my aggregation methodology substantially exceeds the "very good" criterion.

## VI.      DISCUSSION OF EXAMPLE CLUSTER

214.     To illustrate several aspects of the aggregation methodology, I now discuss an example cluster. Exhibit 3 shows the contents of the cluster that has the greatest Total Net Equity (the cluster with Cluster ID 132785).

215.     The Cluster ID, Total Net Equity, and Total Number of User Accounts for this cluster are displayed on the top left.

216.     This cluster contains 471 User Accounts, each of which is displayed on its own row. For each User Account, the *rep_id* field is displayed along with *ag_rep_id* (the ID number of the account grouping that the User Account is contained in), the 11 fields used in the aggregation process (*rep_nome, rep_email, rep_cel, rep_fone, rep_end, rep_numero, rep_cep, rep_login, rep_pwd_secondary, rep_cpf, rep_datanasc*), and *net_equity* (as provided by Huron; see Section III.A). The rows are sorted by *net_equity*.

217.     Looking at the contents of any given column, one can get some sense of both the similarity and the diversity of values for that field. For example, *rep_nome* is often "Maria Teresa Milagres Neves" or "Maria Neves", but many variations (involving punctuation, capitalization, spacing, abbreviations, typos, etc.) appear: "Maria Teresa m Neves", "Maria T Neves", "maria neves", "Mar ives", "Maria T. M. Neves", "maria Teresa Milagres", "Mara ves", "Marai Teresa Neves", "Mara Tes Nev", etc. Similarly, in the fields *rep_email*, *rep_cel,* and *rep_fone*, a small number of values predominate, but there is some variation. Observe that the

value of *rep_numero* sometimes matches the street number from *rep_end* ("2B"), sometimes

matches the unit/apartment number from *rep_end* ("626"), and other times is null/empty.

218.    In Step 1, the values of *rep_login* are transformed by truncating to the first 4

characters. For this set of records, this results in multiple instances of the prefixes "ttmi", "call",

"galo", etc.

219.    The cleaned values of the fields that result from Step 2 sometimes exactly agree

even when the original (uncleaned) versions do not. For example, the *rep_nome* values "Maria

Neves" and "maria neves" are both cleaned to the (lowercase) *clean_rep_nome* value "maria

neves". When field values consist entirely of garbage characters (e.g., "." in *rep_numero*), they

are cleaned to the empty string and then replaced by null, which means that they will count as

missing data when assigning degrees of agreement in Step 5 (rather than, e.g., counting "." as

agreeing perfectly with other instances of ".").

220.    In Step 3, the 471 User Accounts are collapsed into 129 account groupings based

on grouping together those User Accounts having exact agreement on the cleaned versions of the

8 fields *rep_nome, rep_email, rep_cel, rep_fone, rep_end, rep_numero, rep_cep,* and *rep_login*.

The account grouping is indicated by the field *ag_rep_id* (which is defined to be the least *rep_id*

among User Accounts in that account grouping). These account groupings range in size from 1

User Account to 71 User Accounts.

221.    Blocking (Step 4) is not directly illustrated by this cluster output, but it must be

the case that for each row in the table, there is some other row in the table that appears together

with it in the blocking set (via their respective account groupings).

222.    For each pair of records in the blocking set, the comparison vector (indicating

degrees of agreement on each field) was computed in Step 5. This too is not directly illustrated

by the cluster output, though one can see this indirectly by visually comparing the field values.

For example, rows 1 and 2 have exact agreement on *rep_nome* ("Maria Teresa Milagres Neves"),

*rep_email* ("ttmilagres@gmail.com"), *rep_cel* ("5089043810"), *rep_fone* ("5089043810"),

*rep_cep* ("01702"), and *rep_pwd_secondary* ("c99fb769d8bcee3287936bf71335976e"), but

partial or no agreement on the other fields. Therefore the associated pair of account groupings

was assigned the highest level of agreement for the gamma values corresponding to these fields.

223.    In Step 6, the comparison vector is used to compute a match probability for each

pair of account groupings. Again, this is not directly illustrated by the cluster output, but it is

straightforward to infer, on the basis of the patterns of cleaned field agreement, that certain pairs

of rows are likely in an account grouping pair that is assigned high match probability because

they agree exactly in many fields, while other pairs of rows are likely in an account grouping pair

that is assigned lower match probability because they agree only partially or not at all on several

fields. For example, the match probability between rows 1 and 2 is likely to be quite high.

224.    In the fixed-threshold clusterings computed in Step 7, pairs with high match

probability are clustered together for many different options of fixed threshold (both high and

low thresholds), while pairs with low match probability are clustered together only for low fixed

thresholds (if any). (The clustering resulting from a low fixed threshold is coarse, with a smaller

number of bigger clusters, while the clustering resulting from a high fixed threshold is fine, with

a larger number of smaller clusters.)

225.    The dynamic clustering process (Step 8) determines an optimal tradeoff between

overclustering and underclustering, and uses that information to compute the final clustering of

account groupings. Although the resulting cluster in the exhibit may not be perfectly accurate

(and indeed, no method will achieve perfect accuracy on any real-world dataset), by achieving a

balance between overclustering and underclustering, this cluster appears to exhibit an error rate well within what would be expected from the estimates computed in Section V, making it high quality and suitable for the goals of the aggregation methodology.

226.    In Step 9, these 129 account groupings are expanded back into the corresponding set of 471 User Accounts that are shown in the cluster output. The Cluster ID of the cluster is defined to be the least value of *rep_id* occurring for a User Account in the cluster.

227.    Finally, in Step 10, the Total Net Equity for the cluster is tabulated by summing the Net Equity for each of these 471 User Accounts. Observe that the gains are highly concentrated in the first 2 User Accounts (rows 1 and 2), and that only 10 of 471 User Accounts (rows 1-10) have net gains. This pattern is fairly typical among the Net Winners having large gains.

## VII.    CONCLUSION

228.    Based on the methodology above, and for the reasons stated, I believe that the results in the output files, Exhibit 6 and Exhibit 7, provide a reasonable and reliable assignment of User Accounts to Participants.

# EXHIBIT 1

# Cameron E. Freer

955 Massachusetts Ave. #256
Cambridge, MA 02139-3233
USA

*email:* `freer@mit.edu`
*www:* `https://cfreer.org/`
*phone:* +1-716-713-8228

EXPERIENCE
(ACADEMIA)

**Massachusetts Institute of Technology**

*Research Scientist,* Department of Brain and Cognitive Sciences.    2019 – Present
Research scientist in the Probabilistic Computing Project.

*Postdoctoral Associate,* Department of Brain and Cognitive Sciences.    2013 – 2015
Research postdoc. Postdoctoral mentors: Joshua B. Tenenbaum and Vikash K. Mansinghka

*Postdoctoral Fellow,* Computer Science and Artificial Intelligence Laboratory.    2011 – 2013
Research postdoc. Postdoctoral mentors: Joshua B. Tenenbaum and Leslie P. Kaelbling

*Instructor in Pure Mathematics,* Department of Mathematics.    2008 – 2010
Research and teaching postdoc. Postdoctoral mentors: Hartley Rogers, Jr. and Michael Sipser

**University of Hawaiʻi at Mānoa**

*Junior Researcher,* Department of Mathematics.    2010 – 2011
Research and teaching postdoc. Postdoctoral mentor: Bjørn Kjos-Hanssen

EXPERIENCE
(INDUSTRY)

**Borelian Corporation**

*Founder and Chief Scientist.*    2016 – Present
Scientific consulting. Contractor to Gamalon (2016–2017), Remine (2016–2018),
University of Toronto (2017–2018), MIT (2018–2019), Boston University (2020).
Other projects include an algorithmic trading platform (building the live trading system,
designing strategies, and aggregating and cleaning financial data from multiple sources).

**Remine**

*Chief Scientist.*    2017 – 2018
Real estate data analytics firm. I built their initial machine learning models, and helped design
their data architecture and build their data science team. This involved testing performance
of several databases, and aggregating large datasets based on fuzzy matches.

**Gamalon Labs**

*Research Scientist.*    2013 – 2016
DARPA contractor, Probabilistic Programming for Advancing Machine Learning.
I researched theoretical and applied aspects of probabilistic programming languages.

**Analog Devices**

*Lyric Labs Visiting Fellow.*    2013 – 2014

**Hibernia Atlantic**

*Advisory Board Member.*    2011 – 2012

EDUCATION

**Harvard University**

Ph.D. in Mathematics, 2008. Dissertation: *Models with high Scott rank.*
Advisor: Gerald E. Sacks

**University of Chicago**

S.B. in Mathematics with Honors, 2003.

RESEARCH INTERESTS

Interactions of randomness and computation, including the foundations of probabilistic computing, efficient samplers and testing methods for probabilistic inference, and the mathematics of random structures.

PUBLICATIONS

Note: several of my publications use alphabetical author lists, as is the convention in mathematics and theoretical computer science. These have been indicated by a ⋆.

⋆ N. L. Ackerman, C. E. Freer, and R. Patel, *On computable aspects of algebraic and definable closure,* Journal of Logic and Computation, 31, no. 1, 2–19, 2021.

F. A. Saad, C. E. Freer, M. C. Rinard, and V. K. Mansinghka, *The Fast Loaded Dice Roller: A near-optimal exact sampler for discrete probability distributions,* Proceedings of the 23rd International Conference on Artificial Intelligence and Statistics (AISTATS 2020), Proceedings of Machine Learning Research (PMLR) 108, 1036–1046, 2020.

⋆ N. L. Ackerman, C. E. Freer, and R. S. Lubarsky, *An introduction to feedback Turing computability,* Journal of Logic and Computation 30, no. 1, 27–60, 2020.

F. A. Saad, C. E. Freer, M. C. Rinard, and V. K. Mansinghka, *Optimal approximate sampling from discrete probability distributions,* Proceedings of the ACM on Programming Languages 4, POPL, 36:1–36:31, 2020.

⋆ N. L. Ackerman, C. E. Freer, and R. Patel, *Computability of algebraic and definable closure,* Proceedings of the Symposium on Logical Foundations of Computer Science (LFCS 2020), LNCS Vol. 11972, 1–11, 2020.

⋆ N. L. Ackerman, J. Avigad, C. E. Freer, D. M. Roy, and J. M. Rute, *Algorithmic barriers to representing conditional independence,* Proceedings of the 34th Annual ACM/IEEE Symposium on Logic in Computer Science (LICS 2019), 2019.

⋆ N. L. Ackerman, C. E. Freer, and D. M. Roy, *On the computability of conditional probability,* Journal of the ACM 66, no. 3, 23:1–23:40, 2019.

⋆ N. L. Ackerman, C. E. Freer, and R. S. Lubarsky, *Feedback computability on Cantor space,* Selected Papers of Logic in Computer Science (LICS) 2015 and 2016, Logical Methods in Computer Science, 15, no. 2, 7:1–7:18, 2019.

F. A. Saad, C. E. Freer, N. L. Ackerman, and V. K. Mansinghka, *A family of exact goodness-of-fit tests for high-dimensional discrete distributions,* Proceedings of the 22nd International Conference on Artificial Intelligence and Statistics (AISTATS 2019), Proceedings of Machine Learning Research (PMLR) 89, 1640–1649, 2019.

*Cameron E. Freer* 3

PUBLICATIONS
(CONT'D)

⋆ N. L. Ackerman, C. E. Freer, and R. Patel, *The entropy function of an invariant measure*, Proceedings of the 14th and 15th Asian Logic Conferences, World Scientific, 3–34, 2019.

S. Staton, D. Stein, H. Yang, N. L. Ackerman, C. E. Freer, and D. M. Roy, *The Beta-Bernoulli process and algebraic effects,* Proceedings of the 45th International Colloquium on Automata, Languages, and Programming (ICALP 2018), 141:1-141:15, 2018.

⋆ N. L. Ackerman, C. E. Freer, and D. M. Roy, *On computability and disintegration,* Mathematical Structures in Computer Science 27, no. 8, 1287–1314, 2017.

⋆ N. L. Ackerman and C. E. Freer, *Graph Turing machines,* Logic, Language, Information, and Computation, Proceedings of WoLLIC 2017, LNCS Vol. 10388, Springer, 1–13, 2017.

⋆ N. L. Ackerman, C. E. Freer, A. Kwiatkowska, and R. Patel, *A classification of orbits admitting a unique invariant measure,* Annals of Pure and Applied Logic 168, no. 1, 19–36, 2017.

D. Cai, N. L. Ackerman, and C. E. Freer, *Priors on exchangeable directed graphs,* Electronic Journal of Statistics 10, no. 2, 3490–3515, 2016.

⋆ N. L. Ackerman, C. E. Freer, and R. Patel, *Invariant measures concentrated on countable structures,* Forum of Mathematics Sigma 4, e17, 59 pp., 2016.

⋆ N. L. Ackerman, J. Nešetřil, C. E. Freer, and R. Patel, *Invariant measures via inverse limits of finite structures,* European Journal of Combinatorics 52, 248–289, 2016.

⋆ N. L. Ackerman, C. E. Freer, and R. S. Lubarsky, *Feedback Turing computability, and Turing computability as feedback,* Proceedings of the 30th Annual ACM/IEEE Symposium on Logic in Computer Science (LICS 2015), 523–534, 2015.

⋆ C. E. Freer, B. Kjos-Hanssen, A. Nies, and F. Stephan, *Algorithmic aspects of Lipschitz functions,* Computability 3, 45–61, 2014.

⋆ C. E. Freer, D. M. Roy, J. B. Tenenbaum, *Towards common-sense reasoning via conditional simulation: legacies of Turing in Artificial Intelligence,* in Turing's Legacy: Developments from Turing's Ideas in Logic, ed. Rod Downey, ASL Lecture Notes in Logic, Cambridge University Press, 2014.

⋆ C. E. Freer and B. Kjos-Hanssen, *Randomness extraction and asymptotic Hamming distance,* Selected Papers of the 9th International Conference on Computability and Complexity in Analysis (CCA 2012), Logical Methods in Computer Science, 2013.

A. D. Wissner-Gross and C. E. Freer, *Causal entropic forces,* Physical Review Letters 110, 168702, 2013.

⋆ N. L. Ackerman and C. E. Freer, *A notion of a computational step for Partial Combinatory Algebras,* Proceedings of the 10th Annual Conference on Theory and Applications of Models of Computation (TAMC 2013), LNCS Vol. 7876, Springer, 133–143, 2013.

⋆ C. E. Freer and D. M. Roy, *Computable de Finetti measures,* Annals of Pure and Applied Logic 163, no. 5, 530–546, 2012.

*Cameron E. Freer* 4

| | |
|---|---|
| PUBLICATIONS (CONT'D) | ⋆ N. L. Ackerman, C. E. Freer, and D. M. Roy, *Noncomputable conditional distributions,* Proceedings of the 26th Annual IEEE Symposium on Logic in Computer Science (LICS 2011), 107–116, 2011. |

A. D. Wissner-Gross and C. E. Freer, *Relativistic statistical arbitrage,* Physical Review E 82, 056104, 2010.

⋆ C. E. Freer and D. M. Roy, *Posterior distributions are computable from predictive distributions,* Proceedings of the 13th International Conference on Artificial Intelligence and Statistics (AISTATS 2010), Journal of Machine Learning Research W&CP 9, 2010.

⋆ C. E. Freer and D. M. Roy, *Computable exchangeable sequences have computable de Finetti measures,* in K. Ambos-Spies, B. Löwe, and W. Merkle (eds.): Mathematical Theory and Computational Practice, Proc. of the 5th Conf. on Computability in Europe (CiE 2009), LNCS Vol. 5635, Springer, 218–231, 2009.

DISSERTATION    C. E. Freer, *Models with high Scott rank,* Ph.D. Dissertation, Harvard University, 2008.

PREPRINTS    S. Spanbauer, C. E. Freer, and V. K. Mansinghka, *Deep involutive generative models for neural MCMC,* arXiv:2006.15167.

⋆ N. L. Ackerman, J. Avigad, C. E. Freer, D. M. Roy, and J. M. Rute, *On the computability of graphons,* arXiv:1801.10387.

⋆ N. L. Ackerman, C. E. Freer, and R. Patel, *Stable regularity for relational structures,* arXiv:1712.09305.

⋆ N. L. Ackerman, C. E. Freer, A. Kruckman, and R. Patel, *Properly ergodic structures,* arXiv:1710.09336.

⋆ N. L. Ackerman, C. E. Freer, and R. Patel, *Countable infinitary theories admitting an invariant measure,* arXiv:1710.06128.

⋆ N. L. Ackerman and C. E. Freer, *On the computability of graph Turing machines,* arXiv:1703.09406.

D. Cai, N. L. Ackerman, and C. E. Freer, *An iterative step-function estimator for graphons,* arXiv:1412.2129.

PATENTS    C. E. Freer and A. D. Wissner-Gross, *System and method for relativistic statistical securities trading,* U.S. Patent 8,635,133 (2014).

INVITED TALKS
· *Representation theorems for exchangeable structures: a computability-theoretic perspective.* Joint Mathematics Meetings, Denver. ASL invited address, January 17, 2020.
· *Computability of algebraic and definable closure.* Logical Foundations of Computer Science (LFCS 2020), Deerfield Beach, FL. Invited to give talk based on refereed conference proceedings, January 6, 2020.
· *Step algebras.* NII Shonan meeting on higher-order complexity and its applications, Shonan Village Center, Japan. Invited workshop talk, October 10, 2019.
· *Computable representations of exchangeable data.* Computability in Europe (CiE 2019), Special Session on Probabilistic Programming and Higher-Order Computation, Durham University, Durham, UK. Invited special session talk, July 15, 2019.

INVITED TALKS
(CONT'D)

· *Computability of the Aldous–Hoover theorem,* Workshop on higher-order probabilistic computation, Bellairs Research Institute, Barbados. Invited workshop talk, March 18, 2019.

· *Model theory of invariant probabilistic constructions.* Logic Colloquium, UC Berkeley, September 8, 2017.

· *Some remarks on Category, Measure, and Invariance.* All Kinds of Mathematics Remind Me of You: Conference to celebrate the 70th Anniversary of Peter J. Cameron, Faculdade de Ciências da Universidade de Lisboa, Lisbon, Portugal. Invited conference talk, July 24, 2017.

· *Graph Turing machines.* Workshop on Logic, Language, Information and Computation (WoLLIC), London, UK. Invited to give talk based on refereed conference proceedings, July 19, 2017.

· *On the computability of graph Turing machines.* AMS Central Sectional Meeting, Special Session on Computability and Inductive Definability over Structures, Indiana University, Bloomington, Indiana. Invited special session talk, April 2, 2017.

· *Priors on propositions: towards probabilistic programming for theorem proving,* 2nd Conference on Artificial Intelligence and Theorem Proving (AITP 2017), Obergurgl, Austria. Invited conference talk, March 29, 2017.

· *Unique ergodicity and measures invariant under permutations of* ℕ, Workshop: Algorithmic Randomness Interacts with Analysis and Ergodic Theory, Banff International Research Station, Oaxaca, Mexico. Invited workshop talk, December 6, 2016.

· *Three Problems in Computable Probability Theory*, Workshop on Uncertainty in Computation, Simons Institute for the Theory of Computing, Berkeley, CA. Invited workshop talk, October 4, 2016.

· *Invariant measures via finite structures.* Workshop on Model Theory of Finite and Pseudofinite Structures, University of Leeds, Leeds, UK. Invited workshop talk, July 29, 2016.

· *Exchangeable constructions of countable structures.* Workshop on Bayesian Methods for Networks, Isaac Newton Institute, Cambridge, UK. Invited workshop talk, July 25, 2016.

· *Symmetric probabilistic constructions of countable structures.* 5th CSLI Workshop on Logic, Rationality, & Intelligent Interaction, Stanford University, Palo Alto. Invited workshop talk, May 29, 2016.

· *Exchangeable constructions of countable structures.* Workshop on Networks, Random Graphs, and Statistics, Columbia University, New York. Invited workshop talk, May 5, 2016.

· *Feedback Turing Computability, and Turing Computability as Feedback.* AMS Central Sectional Meeting, Special Session on Computability Theory and Applications, Loyola University, Chicago, Illinois. Invited special session talk, October 3, 2015.

· *The Weihrauch degrees of conditional distributions.* Workshop on Measuring the Complexity of Computational Content: Weihrauch Reducibility and Reverse Analysis, Schloss Dagstuhl, Germany. Invited workshop talk, September 25, 2015.

· *Exchangeable constructions via model theory.* Workshop on Logic and Random Graphs, Lorentz Center, Leiden. Invited workshop talk, August 31, 2015.

· *Ergodic Invariant Measures as Probabilistic Structures, Lecture 2: Connections with graphons.* LMS–EPSRC Durham Symposium on Permutation Groups and Transformation Semigroups, Durham, UK. Invited to give 3-lecture series with coauthors, July 23, 2015.

· *The topology of universal graphons.* Conference on Computability and Complexity in Analysis (CCA 2015), Meiji University, Tokyo. Invited to give talk based on conference proceedings, July 13, 2015.

· *Feedback Turing computability, and Turing computability as feedback.* Logic in Computer Science (LICS), Kyoto. Coauthor invited to give talk based on refereed conference proceedings, July 9, 2015.

INVITED TALKS
(CONT'D)

· *Computability and complexity of conditioning and conditional independence.* Workshop on Logic and Computational Complexity (LCC15), Kyoto. Invited workshop talk, July 4, 2015.

· *Priors on exchangeable directed graphs.* 10th Conference on Bayesian Nonparametrics (BNP10), Raleigh, NC. Coauthor invited to give talk based on refereed conference proceedings, June 25, 2015.

· *Two "Vaught's Conjectures" for measures invariant under the logic action.* Second Workshop on Vaught's Conjecture, Berkeley. Invited workshop talk, June 3, 2015.

· *Computability of conditioning: approximate inference and conditional independence.* Workshop on Challenges and Trends in Probabilistic Programming, Schloss Dagstuhl, Germany. Invited workshop talk, April 29, 2015.

· *Infinitary model theory in the study of graphons.* AMS–ASL Joint Mathematics Meetings, Special Session on Beyond First-Order Model Theory, San Antonio. Invited special session talk, January 10, 2015.

· *Invariant measures concentrated on the Henson graph.* NII Shonan meeting on Algorithmic Randomness and Complexity, Shonan Village Center, Japan. Invited workshop talk, September 12, 2014.

· *On computability and disintegration.* Conference on Computability and Complexity in Analysis (CCA 2014), Technische Universität Darmstadt, Germany. Invited to give talk based on conference proceedings, July 22, 2014.

· *Computable invariant measures and algorithmically random structures.* Conference on Computability Theory and Foundations of Mathematics, Tokyo Institute of Technology, Japan. Invited conference talk, February 18, 2014

· *Unique invariant measures, with an application to algorithmically random structures.* Mini-conference on Analysis, Randomness, and Applications, University of South Africa, Pretoria. Invited conference talk, February 10, 2014.

· *Random symmetric constructions via inverse limits of finite structures.* AMS–ASL Joint Mathematics Meetings, Special Session on Logic and Probability, Baltimore. Invited special session talk, January 15, 2014.

· *A notion of a computational step for Partial Combinatory Algebras.* Conference on Theory and Applications of Models of Computation (TAMC 2013), University of Hong Kong. Invited to give talk based on refereed conference proceedings, May 21, 2013.

· *When is a graph random?* Workshop on Computability, Complexity, and Randomness, Schloss Dagstuhl, Germany. Invited workshop talk, January 9, 2012.

· *Aspects of randomness in analysis, graph theory, and probability theory.* Asian Logic Conference, Special Session on Algorithmic Randomness, Victoria University of Wellington, NZ. Invited special session talk, December 15, 2011.

· *Effective aspects of Lipschitz functions and variation.* Analysis and Randomness, Auckland. Invited workshop talk, December 12–13, 2011.

· *Invariant measures concentrated on countable structures.* AIM Workshop on Graph and Hypergraph limits, American Institute of Mathematics, Palo Alto. Invited workshop talk, August 16, 2011.

· *Invariant measures on countable structures.* KGRC Mini-workshop, Kurt Gödel Research Center, Vienna. Invited workshop talk, July 12, 2011.

· *The unreasonable effectiveness of statistical artificial intelligence.* Foundational Questions in the Mathematical Sciences, International Academy Traunkirchen, Austria. Invited workshop talk, July 9, 2011.

· *#P-complete conditional distributions.* Logic and Computational Complexity, Toronto. Invited workshop talk, June 25, 2011.

INVITED TALKS (CONT'D)

· *Noncomputable conditional distributions.* Logic in Computer Science (LICS), Toronto. Coauthor invited to give talk based on refereed conference proceedings, June 21, 2011.
· *Relativistic statistical arbitrage.* North American Financial Information Summit, New York City. Invited talk, May 24, 2011.
· *Invariant measures on countable models.* AMS–ASL Joint Mathematics Meetings, Special Session on Logic and Analysis, New Orleans. Invited special session talk, January 7, 2011.
· *The computability of exchangeable sequences.* Invited talk, MIT, February 10, 2010.
· *Mechanising mathematics.* Interactive Theorem Proving workshop, Cambridge, UK. Invited workshop talk, August 24, 2009.
· *Computable probability theory.* PROMYS 20th Year Celebration, Boston, MA. Invited conference talk, July 26, 2009.
· *Computable exchangeable sequences have computable de Finetti measures.* Computability in Europe (CiE 2009), Heidelberg, Germany. Invited to give talk based on refereed conference proceedings; joint work presented by D. M. Roy, July 20, 2009.
· *Computable de Finetti measures.* Mid-Atlantic Mathematical Logic Seminar, MAMLS @ Harvard: A meeting on the intersections of logic and mathematics, Cambridge, MA. Invited conference talk, May 9, 2009.
· *Models with high Scott rank.* AMS Eastern Sectional Meeting, Special Session on Computability Theory and Effective Algebra, Wesleyan University, Middletown, CT. Invited special session talk, October 11, 2008.

SEMINAR TALKS

· *Exchangeable constructions of countable structures.* Logic, Games, and Graphs Seminar, Pennsylvania State University, November 6, 2019.
· *Computability of exchangeable sequences, arrays, and graphs.* Logic Seminar, Harvard University, March 11, 2019.
· *Computability of exchangeable sequences, arrays, and graphs.* Logic Workshop, City University of New York, February 22, 2019.
· *Feedback computability.* Logic Seminar, Harvard University, October 17, 2017.
· *Symmetric random constructions in model theory.* Model Theory Seminar, City University of New York, April 4, 2014.
· *Symmetric random constructions in model theory.* Model Theory Seminar, UC Berkeley, October 23, 2013.
· *A model-theoretic approach to characterizing randomness notions.* Buenos Aires Semester in Computability, Complexity, and Randomness, March 13, 2013.
· *Model-theoretic methods in continuum limits of countable structures.* Connecticut Logic Seminar, Wesleyan University, April 30, 2012.
· *Model-theoretic constructions of limit structures.* Algorithms, Combinatorics, and Optimization Seminar, Carnegie Mellon University, March 29, 2012.
· *Invariant measure concentrated on countable structures.* Mathematical Logic Seminar, Carnegie Mellon University, March 27, 2012.
· *Computability and probabilistic symmetries.* Semester on Semantics and Syntax: A Legacy of Alan Turing, Isaac Newton Institute, Cambridge, UK, February 21, 2012.
· *Invariant measures on countable models.* Logic Workshop, Harvard University, October 27, 2010.
· *Invariant measures on countable models.* Logic Workshop, City University of New York, October 22, 2010.
· *Noncomputability of conditional probability.* Probability Seminar, MIT, March 1, 2010.

*Cameron E. Freer*                                                                                           8

**SEMINAR TALKS
(CONT'D)**

· *Computable probability theory and de Finetti's theorem.* Logic Seminar, University of Chicago,
May 18, 2009.

· *Computable exchangeable sequences have computable de Finetti measures.* Logic and Computation
Seminar, University of Pennsylvania, April 13, 2009.

· *Models with high Scott rank.* Logic Seminar, University of Notre Dame, November 29, 2007.

**CONTRIBUTED TALKS**

· *On the computability of graphons.* Association for Symbolic Logic, North American Annual
Meeting, New York. May 21, 2019.

· *A classification of structures admitting a unique invariant measure.* Workshop on Homomorphisms
and Graph Limits III, Hraniční Zámeček, Hlohovec, Czech Republic. March 25, 2015.

· *Computable invariant measures and algorithmically random structures.* International Congress
of Mathematicians, Seoul, August 14, 2014.

· *Computable invariant measures and algorithmically random structures.* Association for Symbolic
Logic, North American Annual Meeting, Boulder. May 21, 2014.

· *Topological aspects of dense graph limits.* Arbeitsgemeinschaft: Limits of Structures, Mathematisches Forschungsinstitut Oberwolfach, Germany, April 4, 2013.

· *Computability and Conditional Probability.* Conference on Computability Theory and Foundations of Mathematics, Tokyo Institute of Technology, Japan, February 20, 2013.

· *Model-theoretic constructions of limit structures.* Workshop on Graph Homomorphisms, Limits,
and Structures II, Hraniční Zámeček, Hlohovec, Czech Republic. January 24, 2012.

· *Invariant measures concentrated on countable structures.* Workshop on Homogeneous Structures,
Leeds. July 21, 2011.

· *Effective aspects of Lipschitz functions.* Association for Symbolic Logic, North American Annual
Meeting, Berkeley. March 24, 2011.

· *The computability of conditional probability distributions.* AMS–ASL Joint Mathematics Meetings,
San Francisco. January 15, 2010.

· *The complexity of computable conditional probability.* Computability in Europe (CiE 2009),
Heidelberg, Germany. July 20, 2009.

· *Computable exchangeable sequences have computable de Finetti measures.* Association for Symbolic Logic, North American Annual Meeting, Notre Dame. May 20, 2009.

**WORKSHOPS**

**Computability and Complexity**

· *Algorithmic Randomness,* American Institute of Mathematics. Invited workshop participant,
August 10–14, 2020, online.

· *Higher-order complexity and its applications,* NII Shonan Meeting. Invited speaker, October
7–10, 2019, Shonan Village Center, Japan.

· *Algorithmic Randomness Interacts with Analysis and Ergodic Theory,* Banff International Research
Station for Mathematical Innovation and Discovery. Invited workshop participant, December
4–9, 2016, Oaxaca, Mexico.

· *Measuring the Complexity of Computational Content: Weihrauch Reducibility and Reverse Analysis,*
Schloss Dagstuhl. Invited workshop participant, September 20–25, 2015, Dagstuhl, Germany.

· *Logic and Computational Complexity (LCC15).* Invited speaker, July 4–5, 2015, Kyoto.

· *Algorithmic Randomness and Complexity,* NII Shonan Meeting. Invited speaker, September 8–12,
2014, Shonan Village Center, Japan.

WORKSHOPS (CONT'D)

**Computability and Complexity (cont'd)**

· *Logic, Probability, and Reflection IV,* MIRI. Workshop participant, September 7–13, 2013, Berkeley.

· *Computable Stability Theory,* American Institute of Mathematics. Workshop participant, August 12–19, 2013, Palo Alto.

· *Towards Efficient Homomorphic Encryption,* IdeaLab 2013, Institute for Computational and Experimental Research in Mathematics (ICERM). Workshop participant, July 15–19, 2013, Providence, RI.

· *Computability, Complexity, and Randomness,* Universidad de Buenos Aires. Invited special semester participant, March 12–18, 2013, Buenos Aires, Argentina.

· *Semantics and Syntax: A Legacy of Alan Turing,* Isaac Newton Institute. Special semester participant, February 5–26, 2012, Cambridge, UK.

· *Computability, Complexity, and Randomness,* Schloss Dagstuhl. Invited speaker and workshop participant, January 8–13, 2012, Dagstuhl, Germany.

· *Analysis and Randomness,* University of Auckland. Invited speaker, December 12–13, 2011, Auckland.

· *Reverse Mathematics Workshop,* University of Chicago. Workshop participant, September 16–18, 2011, Chicago.

· *Foundational Questions in the Mathematical Sciences,* International Academy Traunkirchen. Invited speaker, July 9-11, 2011, Traunkirchen, Austria.

· *Logic and Computational Complexity (LCC 2011)* at Logic in Computer Science (LICS 2011). Invited speaker, June 25, 2011, Toronto.

**Bayesian Statistics, Machine Learning, and Probabilistic Programming**

· *Higher-order probabilistic computation*, Bellairs Research Institute. Invited workshop participant, March 17–21, 2019, Barbados.

· *All of Bayesian Nonparametrics (BNP@NeurIPS)* at NeurIPS 2018. *Goodness-of-fit tests for high-dimensional discrete distributions with application to convergence diagnostics in Bayesian nonparametric inference,* poster, presented by coauthor F. A. Saad, December 7, 2018, Montreal, Canada.

· *Symposium on Advances in Approximate Bayesian Inference (AABI)* colocated with NeurIPS 2018. *Goodness-of-fit tests for high-dimensional discrete distributions with application to convergence diagnostics in approximate Bayesian inference,* poster, December 2, 2018, Montreal, Canada.

· *Probabilistic Programming Semantics* at Principles of Programming Languages (POPL 2017). Cochair and workshop participant. *On computable representations of exchangeable data,* poster, and *Exchangeable Random Processes and Data Abstraction,* workshop paper, presented by coauthor S. Staton, January 17, 2017, Paris, France.

· *Uncertainty in Computation*, Simons Institute for the Theory of Computing. Invited workshop participant, October 4–7, 2016, Berkeley, CA.

· *Bayesian Methods for Networks,* Isaac Newton Institute. Invited speaker and workshop participant, July 25–27, 2016, Cambridge, UK.

· *Networks, Random Graphs, and Statistics,* Columbia University. Invited speaker and workshop participant, May 4–6, 2016, New York.

· *Probabilistic Programming Semantics* at Principles of Programming Languages (POPL 2016). Program Committee member and workshop participant. *Exchangeable random primitives,* workshop paper, presented by coauthor D. M. Roy, January 23, 2016, St. Petersburg, FL.

*Cameron E. Freer*                                                                                                              10

WORKSHOPS
(CONT'D)

**Bayesian Statistics, Machine Learning, and Probabilistic Programming (cont'd)**

· *Bayesian Nonparametrics: The Next Generation* at Neural Information Processing Systems (NIPS 2015), *Priors on exchangeable directed graphs,* workshop paper, presented by coauthor D. Cai, December 12, 2015, Montreal, Canada.

· *Challenges and Trends in Probabilistic Programming,* Schloss Dagstuhl. Invited workshop participant, April 26–30, 2015, Dagstuhl, Germany.

· *Information and Entropy,* NIMBioS. Invited workshop participant, April 8–10, 2015, Knoxville, TN.

· *Probabilistic Programming* at Neural Information Processing Systems (NIPS 2013), *A tour through the theoretical foundations of probabilistic programming,* presented by coauthor D. M. Roy, December 7, 2012, South Lake Tahoe, NV.

· *Monte Carlo Methods for Modern Applications* at Neural Information Processing Systems (NIPS 2010), *When are probabilistic programs computationally tractable?,* presented by coauthor V. K. Mansinghka, December 10, 2010, Whistler, Canada.

· *Nonparametric Bayes Workshop* at Neural Information Processing Systems (NIPS 2009), *Predictive computable iff posterior computable*, workshop paper, presented by coauthor D. M. Roy, December 12, 2009, Whistler, Canada.

· *Learning Workshop,* Computational and Biological Learning Society. *Probabilistic programs, computability, and de Finetti measures,* workshop paper, presented by coauthor D. M. Roy, April 13–16, 2009, Clearwater, FL.

**Combinatorics and Model Theory**

· *Structure and Dynamics of Polish Groups,* École Polytechnique Fédérale de Lausanne (EPFL). *Entropy of Invariant Measures,* presented by coauthor N. L. Ackerman, March 19, 2018, Lausanne, Switzerland.

· *Model Theory and Combinatorics,* Institut Henri Poincaré. Invited workshop participant, January 29–February 2, 2018, Paris, France.

· *Model Theory of Finite and Pseudofinite Structures,* University of Leeds. Invited speaker and workshop participant, July 27–29, 2016, Leeds, UK.

· *Logic, Rationality, & Intelligent Interaction,* Center for the Study of Language and Information, Stanford University. Invited speaker and workshop participant, May 28–29, 2016, Palo Alto, CA.

· *Homogeneous Structures,* Banff International Research Station for Mathematical Innovation and Discovery. Invited workshop participant, November 8–13, 2015, Banff, Canada.

· *Logic and Random Graphs,* Lorentz Center. Invited speaker and workshop participant, August 31 – September 4, 2015, Leiden, The Netherlands.

· *LMS–EPSRC Durham Symposium on Permutation Groups and Transformation Semigroups,* Durham University. Invited speaker and workshop participant, July 20 – 30, 2015. Durham, UK.

· *Second Workshop on Vaught's Conjecture,* UC Berkeley. Invited workshop participant, June 1–5, 2015. Berkeley, CA.

· *Homomorphisms and Graph Limits III,* Hraniční Zámeček. Invited workshop participant, March 22–27, 2015. Hlohovec, Czech Republic.

· *Workshop on Homogeneous Structures,* Trimester Program on Universality and Homogeneity, Hausdorff Research Institute for Mathematics, University of Bonn. Invited workshop and trimester program participant, October 27 – November 2, 2013, Bonn, Germany.

· *Arbeitsgemeinschaft: Limits of Structures,* Mathematisches Forschungsinstitut Oberwolfach. Workshop participant, March 31 – April 5, 2013, Oberwolfach, Germany.

WORKSHOPS
(CONT'D)

**Combinatorics and Model Theory (cont'd)**

· *Graph Homomorphisms, Limits, and Structures II,* Hraniční Zámeček. Invited workshop participant, January 23–27, 2012. Hlohovec, Czech Republic.

· *Graph and Hypergraph limits,* American Institute of Mathematics. Invited workshop participant, August 15–19, 2011, Palo Alto.

· *Workshop on Homogeneous Structures,* University of Leeds. Workshop participant, July 19–22, 2011, Leeds, UK.

· *KGRC Mini-workshop,* Kurt Gödel Research Center. Invited speaker, July 12–13, 2011, Vienna.

· *Model Theory of Fields,* Mathematics Research Community, American Mathematics Society. Invited workshop participant, June 19–25, 2010, Snowbird, UT.

**Interactive Theorem Proving and Formalized Mathematics**

· *Artificial Intelligence in Theorem Proving,* CNRS Centre Paul-Langevin. Program Committee member and workshop participant, March 25–30, 2018, Aussois, France.

· *Computer-aided mathematical proof,* Isaac Newton Institute. Invited workshop participant, July 10–14, 2017, Cambridge, UK

· *Artificial Intelligence in Theorem Proving,* University of Innsbruck. Invited speaker, March 26–30, 2017, Obergurgl, Austria.

· *Artificial Intelligence in Theorem Proving,* University of Innsbruck. Workshop participant, April 3–7, 2016, Obergurgl, Austria.

· *Interactive Theorem Proving Workshop,* Computer Laboratory, University of Cambridge. Invited speaker, August 24–25, 2009, Cambridge, UK.

· *Isabelle Theorem Prover Developer's Workshop,* Technische Universität München (TUM). Invited workshop participant, August 13–15, 2009, Munich.

SELECTED PRESS
COVERAGE

**Posterior distributions are computable from predictive distributions, 2010**

· MIT News

**Relativistic statistical arbitrage, 2010**

· Wall Street Journal, IEEE Spectrum, Wired, New Scientist, BBC, The Atlantic, Fast Company

**Causal entropic forces, 2013**

· BBC, APS Physics Magazine, PhysOrg, Forbes, Quanta Magazine

**The Fast Loaded Dice Roller, 2020**

· Quanta Magazine, MIT News

TEACHING

**University of Hawaiʻi at Mānoa**

· *Math 243: Calculus III* (undergraduate course). Instructor, Spring 2011.

· *Math 649B: Logic* (graduate reading course on computational complexity). Co-instructor, Fall 2010.

· *Math 307: Linear Algebra and Differential Equations* (undergraduate course). Instructor, Fall 2010.

| | |
|---|---|
| <small>Teaching<br>(cont'd)</small> | **Massachusetts Institute of Technology**<br><br>· *6.885: Probabilistic Programming and Artificial Intelligence* (graduate course). Helped define problem sets and student projects; designed and delivered guest lectures, Spring 2020.<br>· *6.885: Probabilistic Programming and Artificial Intelligence* (graduate course). Helped define problem sets and student projects; designed and delivered guest lectures, Spring 2019.<br>· *18.515: Mathematical Logic* (graduate course). Instructor, Spring 2010.<br>· *18.03: Differential Equations* (undergraduate course). Recitation Instructor and Course Administrator, Fall 2009.<br>· *18.575: Model Theory* (graduate course). Instructor, Spring 2009.<br>· *18.03: Differential Equations* (undergraduate course). Recitation Instructor, Fall 2008. |

**Harvard University**

· *QR 28: The Magic of Numbers* (undergraduate course). Head Teaching Fellow, Fall 2007.
· *Math 144: Model Theory and Algebra* (undergraduate course). Teaching Fellow, Spring 2007.
· *QR 28: The Magic of Numbers* (undergraduate course). Teaching Fellow, Fall 2006.
· *Math 141: Intro. to Mathematical Logic* (undergraduate course). Teaching Fellow, Fall 2006.
· *Math 143: Set Theory* (undergraduate course). Teaching Fellow, Spring 2006.
· *Math 141: Intro. to Mathematical Logic* (undergraduate course). Teaching Fellow, Fall 2005.
· *Math 137: Algebraic Geometry* (undergraduate course). Teaching Fellow, Spring 2005.
· *Math 144: Model Theory and Algebra* (undergraduate course). Teaching Fellow, Spring 2005.
· *Math 141: Intro. to Mathematical Logic* (undergraduate course). Teaching Fellow, Fall 2003.

**Program in Mathematics for Young Scientists (PROMYS)**

· *Undecidability and Hilbert's 10th Problem* (advanced seminar for high school students). Co-instructor, Summer 2020.

| | |
|---|---|
| <small>Mentoring</small> | **Doctoral**<br><br>Boston University<br>· *Improved necessary and sufficient conditions for the existence of a subtle cardinal*, Peter Barendse, Ph.D. in Mathematics. Dissertation committee member, 2010. |

**Master's**

Massachusetts Institute of Technology
· *Performance engineering in C and Julia for discrete distributions in probabilistic programming*, Anis Ehsani, M.Eng. student, Fall 2020 – Spring 2021.
African Institute for Mathematical Sciences (AIMS) Senegal
· *Logical methods in combinatorics*, Jean-Marc Mavugo, Master in Mathematical Sciences. External examiner, 2020.

**Undergraduate**

Massachusetts Institute of Technology
· *Evaluating inference quality for generative models using multivariate simulation based calibration*, Sharan Yalburgi, visiting student, Summer 2020 – Spring 2021.

| | |
|---|---|
| **MENTORING**<br>**(CONT'D)** | **Undergraduate (cont'd)** |

University of Hawai'i at Mānoa
· *Computability and the Lovász Local Lemma,* Travis Hee Wai. NSF-funded undergraduate research mentor, Fall 2010. Hee Wai was selected as the Hawai'i Council of Engineering Societies' 2011 Student Engineer of the Year.

Undergraduate Research Opportunities Program (UROP), Massachusetts Institute of Technology

· *Combinatorial games and random structures,* Tamvana Makuluni. Undergraduate research mentor, Summer 2009.
· *Combinatorial games, linear orders, and logic,* Manuel Rivera. Undergraduate research mentor, Fall 2008 and IAP 2009.

Summer Program in Undergraduate Research (SPUR), Massachusetts Institute of Technology
· *A q-analogue of the Narayana numbers and a combinatorial interpretation,* Guilherme Issao Fujiwara. Research Experience for Undergraduates (REU) project mentor, 2005.
· *Some combinatorial results on subset sums of $\mathbb{Z}/n\mathbb{Z}$,* Kyungmin Kim. Research Experience for Undergraduates (REU) project mentor, 2005.

Freshman advising, Massachusetts Institute of Technology
· Advised 4 undergraduate math majors, Fall 2009.

**High School**

Research Science Institute (RSI)
· *Descriptive complexity of random bit strings,* Benjamin Dozier. High school mathematics research project mentor, 2007. Project led to Dozier being selected as a Finalist (top 40 nationwide) in the Intel Science Talent Search.
· *Cake-cutting with locally negative preference functions,* Winston Luo. High school mathematics research project mentor, 2007.

Program in Mathematics for Young Scientists (PROMYS)
· Co-instructor, *Undecidability and Hilbert's 10th Problem*, Advanced seminar for high school students, 2020.
· High school research project designer, 2008, 2011, and 2020.
· High school mathematics research project mentor, 2004–2007.
· Counselor, 2000–2003.

| | |
|---|---|
| **PROFESSIONAL**<br>**ACTIVITIES** | **Board of Trustees** |

· Trustee, *PROMYS Foundation,* a 501(c)(3) organization with the goal of supporting the PROMYS Program at Boston University, 2011 – Present. (Secretary, 2011–2019.)

**Steering Committee**

· Steering Committee member, *Workshop on Languages for Inference (LAFI)*, formerly known as the Workshop on Probabilistic Programming Semantics (PPS), 2018–Present.

**Program Committee Chair**

· Program Committee co-chair, *Workshop on Probabilistic Programming Semantics (PPS 2018),* colocated with POPL, Los Angeles, January 9, 2018.
· Program Committee co-chair, *Workshop on Probabilistic Programming Semantics (PPS 2017),* colocated with POPL, Paris, France, January 17, 2017.

*Cameron E. Freer*                                                                                                       14

<table>
<tr><td>PROFESSIONAL<br>ACTIVITIES<br>(CONT'D)</td><td>

**Senior Program Committee / Area Chair**

· Area Chair, *Artificial Intelligence and Statistics (AISTATS 2021),* online, April 13–15, 2021.

· Area Chair, *Artificial Intelligence and Statistics (AISTATS 2020),* online, August 26–28, 2020.

· Senior Program Committee member, *Uncertainty in Artificial Intelligence (UAI 2019),* Tel Aviv, Israel, July 22–25, 2019.

**Program Committee**

· Program Committee member, *Conference on Artificial Intelligence and Theorem Proving (AITP 2018),* Aussois, France, March 25–30, 2018.

· Program Committee member, *AAAI Conference on Artificial Intelligence (AAAI-17),* San Francisco, CA, February 4–9, 2017.

· Program Committee member, *Workshop on Practical Bayesian Nonparametrics (BNP @ NIPS),* Barcelona, Spain, December 9, 2016.

· Program Committee member, *Mathematical Foundations of Programming Semantics XXXII (MFPS 2016),* Pittsburgh, PA, May 23–26, 2016.

· Program Committee member, *Workshop on Probabilistic Programming Semantics (PPS 2016),* colocated with POPL, St. Petersburg, FL., January 23, 2016.

· Program Committee member, *Conference on Computability and Complexity in Analysis (CCA 2013)*, Nancy, France, July 8–10, 2013.

**Organizer**

· Co-organizer, *Special Session on Logic and Graph Limits*, Association for Symbolic Logic, North American Annual Meeting, University of California, Irvine, March 27, 2020 (cancelled).

· Co-organizer, Harvard–MIT Logic Seminar, 2012–2013.

· Co-organizer, *Special Session on Computability and Complexity*, American Mathematical Society Sectional Meeting, University of Hawai'i at Mānoa, March 3–4, 2012.

· Co-organizer, MIT Logic Seminar, 2008–2010.

· Local Committee, *MAMLS @ Harvard: A meeting on the intersections of logic and mathematics*, May 9–10, 2009.

</td></tr>
<tr><td>REFEREEING AND<br>REVIEWING</td><td>

**Journal refereeing**

· Annals of Pure and Applied Logic

· Combinatorica

· Computability – The Journal of the Association CiE

· European Journal of Combinatorics

· Information Processing Letters

· Journal of Machine Learning Research

· Journal of Mathematical Logic

· Journal of Symbolic Logic

· Logical Methods in Computer Science

· Memoirs of the AMS

· SIAM Journal on Discrete Mathematics

</td></tr>
</table>

REFEREEING AND
REVIEWING
(CONT'D)

**Book refereeing**

· A K Peters
· MIT Press
· O'Reilly

**Conference reviewing**

· Artificial Intelligence and Theorem Proving (AITP)
· Association for the Advancement of Artificial Intelligence (AAAI)
· Computability and Complexity in Analysis (CCA)
· Computability in Europe (CiE)
· Foundations of Computer Science (FOCS)
· International Conference on Machine Learning (ICML)
· Mathematical Foundations of Computer Science (MFCS)
· Mathematical Foundations of Programming Semantics (MFPS)
· Probabilistic Programming (PROBPROG)

**Workshop reviewing**

· Bayesian Nonparametrics (BNP@NeurIPS)
· Probabilistic Programming Semantics (PPS)

# **<u>EXHIBIT 2</u>**

# MATERIALS CONSIDERED

| Description |
| --- |
| Account Table (*representante*) provided by Huron |
| Invoice Table (*fatura*) provided by Huron |
| Transfer Table (*transferencia*) provided by Huron |
| Bonus Table (*bonus*) provided by Huron |
| Darr v. Dos Santos (In re TelexFree, LLC), 941 F.3d 576, 579 (1st Cir. 2019) |
| Memorandum of Decision on Class Defendants' Motion to Exclude Expert Witness Testimony of Timothy Martin, dated June 1, 2021 |
| TelexFree Analysis of Damages, dated March 16, 2017 |
| N. Ackerman, C. Freer, and D. Roy. On the computability of conditional probability, Journal of the ACM 66, no. 3, 23:1–23:40, 2019. |
| F. Saad, N. Ackerman, C. Freer, and V. Mansinghka. A family of exact goodness-of-fit tests for high-dimensional discrete distributions, Proceedings of the 22nd International Conference on Artificial Intelligence and Statistics, PMLR 89, 1640–1649, 2019. |
| D. Cai, N. Ackerman, and C. Freer. Priors on exchangeable directed graphs, Electronic Journal of Statistics, 10, no. 2, 3490–3515, 2016. |
| Rebuttal Expert Report of Joshua W. Dennis, dated July 31, 2020 |
| Affidavit of Frantz Balan, dated July 29, 2020 |
| Affidavit of Lusette Balan, dated July 29, 2020 |
| Expert Report of Timothy J. Martin, dated April 13, 2018 |
| Reply Expert Report of Timothy J. Martin, dated September 11, 2020 |
| Trustee's Memorandum in Support of the Admissibility of Timothy Martin's Expert Opinion, dated November 18, 2020 |
| Communication with Jean-Louis Sorondo of Huron |
| Summary Table (*rep_id_summary*) provided by Huron |
| Memorandum of Decision on Class Defendants' Motion to Exclude Expert Witness Testimony of Timothy Martin, dated June 22, 2021 |
| Field Description Table (*10ksample.xlsx*) provided by Huron |
| Kabudula, C.W., Clark, B.D., Gómez-Olivé, F.X., Tollman, S., Menken, J. and Reniers, G. The promise of record linkage for assessing the uptake of health services in resource constrained settings: a pilot study from South Africa. BMC Med Res Methodol 14, 71 (2014) |
| "RFC 2822" (https://datatracker.ietf.org/doc/html/rfc2822) |
| "Address Verification Service" Wikipedia Page (https://en.wikipedia.org/wiki/Address_verification_service) |
| L. Getoor and A. Machanavajjhala, Entity Resolution: Tutorial, Advances in Social Network Analysis and Mining, 2012 |
| Scott L DuVall, Richard A Kerber, Alun Thomas "Extending the Fellegi-Sunter probabilistic record linkage method for approximate field comparators", *J Biomed Inform*. 2010; 43(1):24-30. |

| Description |
| --- |
| "FuzzyWuzzy: Fuzzy String Matching in Python" (https://chairnerd.seatgeek.com/fuzzywuzzy-fuzzy-string-matching-in-python/) |
| RapidFuzz Library (https://github.com/maxbachmann/RapidFuzz) |
| Pattern Matching: The Gestalt Approach (https://www.drdobbs.com/database/pattern-matching-the-gestalt-approach/184407970?pgno=5) |
| "difflib" (https://docs.python.org/3/library/difflib.html) |
| "When to use which fuzz function to compare two strings" (https://stackoverflow.com/questions/31806695/when-to-use-which-fuzz-function-to-compare-2-strings) |
| Winkler, W. E.: String Comparator Metrics and Enhanced Decision Rules in the Fellegi-Sunter Model of Record Linkage. In: Proceedings of the Section on Survey Research. American Statistical Association, pp. 354–359, 1990. |
| Splink Python package (https://github.com/moj-analytical-services/splink) |
| Enamorado, T., Fifield, B., and Imai, K. (2019). Using a probabilistic model to assist merging of large-scale administrative records. American Political Science Review, 113(2), 353-371. |
| Apache Spark Engine (https://spark.apache.org/) |
| Fellegi, I. P. and Sunter, A. B. (1969). A theory for record linkage. Journal of the American Statistical Association, 64(328), 1183-1210. |
| Winkler, W. E. Using the EM Algorithm for Weight Computation in the Fellegi-Sunter Model of Record Linkage, American Statistical Association, Proceedings of the Section on Survey Research Methods, 667-671 (1988). |
| T. Enamorado and K. Imai. Validating Self-Reported Turnout by Linking Public Opinion Surveys with Administrative Records. Public Opinion Quarterly, Volume 83, Issue 4, Winter 2019. |
| Philip A. Collender, Zhiyue Tom Hu, Charles Li, Qu Cheng, Xintong Li, Yue You, Song Liang, Changhong Yang, and Justin V. Remais. Machine-learning classifiers for logographic name matching in public health applications: approaches for incorporating phonetic, visual, and keystroke similarity in large-scale probabilistic record linkage. arXiv:2001.01895, 2020. |
| Tom Jackson, Caris Greyson, Ian Rickard and Andromachi Tseloni. Data First: Criminal Courts Linked Data. An exploratory analysis of returning defendants and the potential of linked criminal courts data from 2011 to 2019 in England and Wales. Ministry of Justice Analytical Series, UK Ministry of Justice, 2022. |
| Pandas Python library (https://pandas.pydata.org/) |
| Wes McKinney. *Python for Data Analysis*, 2nd Edition, 2017. |
| Randall, S.M., Ferrante, A.M., Boyd, J.H., Semmens J.B. The effect of data cleaning on record linkage quality. BMC Med Inform Decis Mak 13, 64 (2013) |
| "North American Numbering Plan" (https://en.wikipedia.org/wiki/North_American_Numbering_Plan) |
| "Telephone numbers in Brazil" (https://en.wikipedia.org/wiki/Telephone_numbers_in_Brazil) |

| Description |
| --- |
| Dusetzina SB, Tyree S, Meyer AM, Meyer A, Green L, and Carpenter WR. Linking Data for Health Services Research: A Framework and Instructional Guide. US Agency for Healthcare Research and Quality, Rockville, MD, 2014. |
| J. S. Murray, "Probabilistic Record Linkage and Deduplication after Indexing, Blocking, and Filtering". Journal of Privacy and Confidentiality (2015–2016) |
| "m and u probabilities" (https://observablehq.com/@robinl/m-and-u-probabilities) |
| Y. Zhu, Y. Matsuyama, Y. Ohashi, and S. Setoguchi. When to conduct probabilistic linkage vs. deterministic linkage? A simulation study. Journal of Biomedical Informatics 56 (2015): 80-86). |
| Yang, J. and Leskovec, J.. Defining and evaluating network communities based on ground-truth. Knowledge and Information Systems, 42(1): 2015, 181-213. |
| D. Resnick and J. Asher. Measurement of Type I and Type II Record Linkage Error. Proceedings of the American Statistical Association, Government Statistics Section; Arlington, VA, USA: American Statistical Association; 2019. pp. 293–311. |
| A. Ferrante and J. Boyd. A transparent and transportable methodology for evaluating Data Linkage software. Journal of Biomedical Informatics 45, no. 1 (2012): 165-172. |
| Y. Y. Yao. Information-theoretic measures for knowledge discovery and data mining. In Entropy Measures, Maximum Entropy Principle and Emerging Applications, pages 115–136. Karmeshu (ed.), Springer, 2003. |
| S. Emmons, S. Kobourov, M. Gallant, and K. Börner. Analysis of network clustering algorithms and cluster quality metrics at scale. PloS One, 11(7): (2016). |
| *AggValidatioStep1_13_A.docx* provided by Huron |
| *updated testing script jls.sql* provided by Huron |
| *01052016 aggregation.sql* provided by Huron |
| *Aggregation Validation.docx* provided by Huron |
| Christen, P. (2011). A survey of indexing techniques for scalable record linkage and deduplication. IEEE Transactions on Knowledge and Data Engineering, 24(9), 1537-1555 |
| Parag Singla and Pedro Domingos, Multi-Relational Record Linkage. KDD-2004 Workshop on MultiRelational Data Mining, pp. 31-48 |
| Olivier Binette and Rebecca C. Steorts, (Almost) All of Entity Resolution, arXiv:2008.04443, 2022 |
| P. Christen, *Data Matching*, Data-Centric Systems and Applications, Springer-Verlag, 2012. |
| Ong TC, Duca LM, Kahn MG, and Crume TL. A hybrid approach to record linkage using a combination of deterministic and probabilistic methodology. J Am Med Inform Assoc. 2020;27(4):505-513 |
| Radford M. Neal and Geoffrey E. Hinton. A view of the EM algorithm that justifies incremental, sparse, and other variants. Learning in Graphical Models. Springer, 1998. 355-368 |
| William E. Winkler and Yves Thibaudeau. An application of the Fellegi-Sunter model of record linkage to the 1990 US decennial census. US Bureau of the Census, 1991 |

| Description |
| --- |
| "Código de Endereçamento Postal" (https://en.wikipedia.org/wiki/C%C3%B3digo_de_Endere%C3%A7amento_Postal) |
| UK Office of National Statistics. (2021).  Splink: MoJ's open source library for probabilistic record linkage at scale. (https://www.gov.uk/government/publications/joined-up-data-in-government-the-future-of-data-linking-methods/splink-mojs-open-source-library-for-probabilistic-record-linkage-at-scale) |
| "National identification number" (https://en.wikipedia.org/wiki/National_identification_number) |
| Hernández, M.A. and Stolfo, S.J. Real-world Data is Dirty: Data Cleansing and The Merge/Purge Problem. Data Mining and Knowledge Discovery 2, 9–37 (1998) |
| Charpentier, Bertrand. Multi-scale clustering in graphs using modularity. Master's thesis, KTH, 2019 |
| X Yan, LGS Jeub, A Flammini, F Radicchi, and S Fortunato. Weight thresholding on complex networks. Physical Review E 98.4 (2018): 042304 |
| Uday Kamath and John Liu. *Explainable Artificial Intelligence: An Introduction to Interpretable Machine Learning*. Springer, 2021 |
| Sneath, P.H.A and Sokal, R.R.. *Numerical Taxonomy: the Principles and Practice of Numerical Classification*. Freeman, New York (1973) |
| "CPF number" (https://en.wikipedia.org/wiki/CPF_number) |

# **EXHIBIT 3**

Cluster 132785

| Cluster ID | Total Net Equity | Total Number of User Accounts |
|---|---|---|
| 132785 | $4,087,745.19 | 471 |

| | rep_id | ag_rep_id | rep_nome | rep_email | rep_cel | rep_fone | rep_end | rep_numero | rep_cep | rep_login | rep_pwd_secondary | rep_cpf | rep_datanasc | net_equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 132785 | 132785 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 1630 Worcester rd # 626 C | 1630 | 01702 | ttmilagres | c99fb769d8bcee3287936bf71335976e | 5089043810 | | $ 2,580,340.17 |
| 2 | 4471758 | 4471758 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | 2b | 01702 | ttstars | c99fb769d8bcee3287936bf71335976e | 5089043801 | 1953-10-15 | $ 1,581,837.02 |
| 3 | 11244377 | 11244377 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | 2B | 01702 | lilimax | ba168c2e6d5fa0cc0b72e48454335a67 | 0129019033 | 1953-10-15 | $ 237,712.10 |
| 4 | 10526539 | 10526539 | Maria Neves | zieffj@yahoo.com | 5089043810 | 5089043810 | 2B Brackett Rd | . | | ttmilagres01 | fd7b8fce445cb01fb358a4ac2b5cb4ab | 972354253 | 1953-10-15 | $ 85,842.00 |
| 5 | 11277987 | 11277987 | Maria Teresa m Neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd | | 01702 | ttnews1 | 51990a482be6a725cff5cdb88c070750 | 5089041038 | 1953-10-15 | $ 27,174.80 |
| 6 | 162734 | 162734 | Maria T Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 1630 Worcester rd # 626 | 626 | 01702 | ttmilagres3 | e36b0cc8105b559ded106ffb5008533a | 5089043810 | | $ 24,531.00 |
| 7 | 206326 | 190471 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | ttmilagres9 | c99fb769d8bcee3287936bf71335976e | 38160838620 | | $ 11,589.00 |
| 8 | 235817 | 235817 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd | 2B | 01702 | callandsave | c99fb769d8bcee3287936bf71335976e | 5089043810 | | $ 6,894.80 |
| 9 | 190471 | 190471 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd | 2B | 01702 | ttmilagres6 | c99fb769d8bcee3287936bf71335976e | 5089043810 | | $ 1,574.60 |
| 10 | 196685 | 196685 | maria neves | mmariashousecleaning@gmail.com | 8572367654 | 8572367654 | 998 pleasant st | 998 | 01701 | prosperity | 6b3784d2708615ed49a1ae177fb7ad757 | 017924521 | | $ 399.20 |
| 11 | 8658454 | 8503060 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | callandsave11 | c99fb769d8bcee3287936bf71335976e | 950890432 | 1953-10-15 | $ 0.00 |
| 12 | 18694481 | 18693825 | Mar ives | ttmilagres@gmail.com | 5557862314 | 5557862314 | f | | 01702 | loriloriocl4 | | 5557862314S | | $ (49.90) |
| 13 | 11303053 | 11303053 | Maria Neves M. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett rd | . | | lilimax3cl | | 935268456 | | $ (49.90) |
| 14 | 3470118 | 3470118 | Maria Neves M Neves | ttmilagres@gmail.com | | 5089043810 | 2 B Brackett rd | | 01702 | ttclient2 | | . | | $ (49.90) |
| 15 | 18044647 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | | bh14qu | | galonews153c | | 4447862314 | | $ (49.90) |
| 16 | 8670314 | 8670314 | Maria T. M. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | . | | 01702 | call3cl | | 950890432 | | $ (49.90) |
| 17 | 17951851 | 17951851 | Maria Neves | anaevangelista2000@hotmail.com | 7743860576 | 7743860576 | Beaver st | 126 a | 01702 | 1mmdaniel2009 | | Ya048297 | | $ (49.90) |
| 18 | 13405463 | 13405463 | Maria Neves | ttmilagres@gmail.com | | | | | 01702 | ttmilagres04cl | | 5089043810 | | $ (49.90) |
| 19 | 17953997 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | bh14qu | | galonews142cl | | 4447862314 | | $ (49.90) |
| 20 | 17952007 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | bh14qu | | galonews142c | | 4447862314 | | $ (49.90) |
| 21 | 17953397 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | bh14qu | | galonews141c | | 4447862314 | | $ (49.90) |
| 22 | 17969729 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | bh14qu | | galonews148c | | 4447862314 | | $ (49.90) |
| 23 | 18693999 | 18693825 | Mar ives | ttmilagres@gmail.com | 5557862314 | 5557862314 | f | | 01702 | loriloriocl2 | | 5557862314 | | $ (49.90) |
| 24 | 17969509 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | | bh14qu | | galonews147c | | 4447862314 | | $ (49.90) |
| 25 | 27599942 | 27599942 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02b brackett rd | 2 | 01702 | vgjoy3u3ukn1o76 | | 407917161866863 | | $ (49.90) |
| 26 | 27599740 | 27599740 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02b brackett rd | 2 | 01702 | 0nx63zyha8c31at | | 05137447648l342 | | $ (49.90) |
| 27 | 27599736 | 27599736 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02b brackett rd | 2 | 01702 | hrq0asgjnb15bb0 | | 769534994626182 | | $ (49.90) |
| 28 | 27599878 | 27599878 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02b brackett rd | 2 | 01702 | cck5ixsvf21pi6a | | 748917819278767 | | $ (49.90) |
| 29 | 27599816 | 27599816 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02b brackett rd | 2 | 01702 | xiacthp3gphh6bc | | 060542984872297 | | $ (49.90) |
| 30 | 18040213 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | bh14qu | | galonews144c | | 4447862314 | | $ (49.90) |
| 31 | 18049149 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | | bh14qu | | galonews154c | | 4447862314 | | $ (49.90) |
| 32 | 27599818 | 27599818 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02b brackett rd | 2 | 01702 | 0zmv2yqstrc70jy | | 554603571210057 | | $ (49.90) |
| 33 | 27599914 | 27599914 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02b brackett rd | 2 | 01702 | ydwgwf18xw06rvr | | 658185559740974 | | $ (49.90) |
| 34 | 16637951 | 16621363 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | | | | | 01702 | galonews18voip | | | | $ (49.90) |
| 35 | 27600072 | 27600072 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02b brackett rd | 2 | 01702 | dw11xgg71rpqmx7 | | 700005647656451 | | $ (49.90) |
| 36 | 16735401 | 16735401 | Maria Neves | ttmilagres@gmail.com | | | . | | 01702 | galonews96cl | | 99999999999 | | $ (49.90) |
| 37 | 27600056 | 27600056 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02b brackett rd | 2 | 01702 | p24ocotezu66bxw | | 934095726224705 | | $ (49.90) |
| 38 | 27600042 | 27600042 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02b brackett rd | 2 | 01702 | 86296agwmj8gc5h | | 037385210030137 | | $ (49.90) |
| 39 | 27599980 | 27599980 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02b brackett rd | 2 | 01702 | lvz0l7gshybujsf | | 138131723852869 | | $ (49.90) |
| 40 | 27599962 | 27599962 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02b brackett rd | 2 | 01702 | sspnmk8a50h69os | | 229588926084043 | | $ (49.90) |
| 41 | 27599944 | 27599944 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02b brackett rd | 2 | 01702 | 3gmcej4hcj6570i | ecf7dba3645ffe49b7b30edbcb0dec32 | 397590931692931 | | $ (49.90) |
| 42 | 18066859 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | bh14qu | | galonews169c | | 4447862314 | | $ (49.90) |
| 43 | 16640697 | 16621363 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | galonews56voip | | . | | $ (49.90) |

Cluster 132785

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | 27599808 | 27599808 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02b brackett rd | 2 | 01702 | nqyi059r853r6lf | | 336176974339834 | $ | (49.90) |
| 45 | 16625101 | 16621363 | Maria Teresa Milages Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | galonews11voip | | | $ | (49.90) |
| 46 | 16633881 | 16628681 | Maria Teresa Milages Neves | ttmilagres@gmail.com | | 5089043810 | 2 B brackett rd | | 01702 | galonews41voip | | | $ | (49.90) |
| 47 | 16783083 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews105cl | | 0129019034 | $ | (49.90) |
| 48 | 16773575 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews07cl | | 5089043810 | $ | (49.90) |
| 49 | 16780762 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews13cl | | 0129019034 | $ | (49.90) |
| 50 | 16773901 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews89cl | | 0129019034 | $ | (49.90) |
| 51 | 16776559 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews15cl | | 0129019034 | $ | (49.90) |
| 52 | 16780373 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews112cl | | 0129019034 | $ | (49.90) |
| 53 | 16732883 | 16732883 | Maria milagres | ttmilagres@gmail.com | | 5089043810 | | | | galonews08cl | | 9999999999 | $ | (49.90) |
| 54 | 10741927 | 10715815 | Teresa neves | teresasmilagres@hotmail.com | 5089043810 | 5089043810 | | | | ttcliente13 | | 947147632 | $ | (49.90) |
| 55 | 10741803 | 10715815 | Teresa neves | teresasmilagres@hotmail.com | 5089043810 | 5089043810 | | | | ttcliente12 | | 947147632 | $ | (49.90) |
| 56 | 10526503 | 10526503 | maria Teresa Milagres | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | | ttcliente9 | | 972354253 | $ | (49.90) |
| 57 | 11501403 | 11501403 | maria lares | m.adame43@yahoo.com | 9132599771 | 9132599771 | 2101 w fuller ave | 2101 | 76133 | mary999 | | 999999999 | $ | (49.90) |
| 58 | 16337571 | 16337571 | maria neves | mmariashousecleaning@gmail.com | 8572367654 | 8572367654 | 155 pleasant st | 155 | 01752 | prosperityvoip | | 1327658 | $ | (49.90) |
| 59 | 17966355 | 17962023 | maria neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 268 a windaham rd | 268 | bh14qu | galonews183c | | 4447862314 | $ | (49.90) |
| 60 | 17237597 | 13405463 | maria neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | 01702 | ttmilagres00cl | | 0129019033 | $ | (49.90) |
| 61 | 16631955 | 16621363 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | galonews38voip | | | $ | (49.90) |
| 62 | 16644253 | 16621363 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | galonews63voip | | | $ | (49.90) |
| 63 | 16622511 | 16621363 | Maria Teresa Milages Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | galonews6voip | | | $ | (49.90) |
| 64 | 16629235 | 16621363 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | galonews30voip | | | $ | (49.90) |
| 65 | 16646383 | 16621363 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | galonews71voip | | | $ | (49.90) |
| 66 | 16634173 | 16621363 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | | 5089043810 | | ..... | 01702 | galonews47voip | | | $ | (49.90) |
| 67 | 16631271 | 16621363 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | galonews37voip | | | $ | (49.90) |
| 68 | 16626347 | 16621363 | Maria Teresa Milages Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | galonews21voip | | | $ | (49.90) |
| 69 | 16641989 | 16621363 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | galonews59voip | | | $ | (49.90) |
| 70 | 16640355 | 16621363 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | galonews55voip | | | $ | (49.90) |
| 71 | 16626785 | 16621363 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | galonews22voip | | | $ | (49.90) |
| 72 | 16621363 | 16621363 | Maria Teresa Milages Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | galonews7 | | | $ | (49.90) |
| 73 | 16639051 | 16621363 | Maria Teresa Milages Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | galonews14voip | | | $ | (49.90) |
| 74 | 16628681 | 16628681 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | | 5089043810 | 2 B brackett rd | | 01702 | galonews25voip | | | $ | (49.90) |
| 75 | 16630149 | 16621363 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | galonews12voip | | | $ | (49.90) |
| 76 | 16642523 | 16621363 | Maria Teresa Milages Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | galonews6voip | | | $ | (49.90) |
| 77 | 16644521 | 16644521 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | 01702 | galonews68voip | | 0129019033 | $ | (49.90) |
| 78 | 16646637 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | | 01702 | galonews76voip | | 0129019033 | $ | (49.90) |
| 79 | 27599762 | 27599762 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02b brackett rd | 2 | 01702 | 8lrjcvemfzsmpo7 | | 510454580106036 | $ | (49.90) |
| 80 | 15376207 | 15376207 | rita lares | calderonr27@yahoo.com | 8178455929 | 8176924229 | 4409 merida st | 4409 | 76133 | 1piruleto | | 999999999 | $ | (49.90) |
| 81 | 19161311 | 19159783 | Mara ves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | 01702 | ttstars0cl7 | | 4554465658 | $ | (49.90) |
| 82 | 19160801 | 19159783 | Mara ves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | 01702 | ttstars0cl6 | | 4554465658 | $ | (49.90) |
| 83 | 19160197 | 19159783 | Mara ves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | 01702 | ttstars0cl3 | | 4554465665887 | $ | (49.90) |
| 84 | 18990527 | 18990383 | Mara ives | ttmilagres@gmail.com | 7787862314 | 4447862314 | 2 bhgh rd | | 01702 | conectingcl3 | | 4447777676 7 | $ | (49.90) |
| 85 | 18990647 | 18990383 | Mara ives | ttmilagres@gmail.com | 7787862314 | 4447862314 | 2 bhgh rd | | 01702 | conectingcl | | 4447777676 8 | $ | (49.90) |
| 86 | 19161765 | 19159783 | Mara ves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | 01702 | ttstars0cl10 | | 455446565 | $ | (49.90) |
| 87 | 19159783 | 19159783 | Mara ves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | 01702 | ttstars0cl1 | | 4554465665887 | $ | (49.90) |
| 88 | 16620383 | 16620383 | Maria Neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | hbmaltaro@gmail.com | | | galonews4client | | 999999999 | $ | (49.90) |
| 89 | 19161623 | 19159783 | Mara ves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | 01702 | ttstars0cl9 | | 455446565 | $ | (49.90) |
| 90 | 18990959 | 18990383 | Mara ives | ttmilagres@gmail.com | 7787862314 | 4447862314 | 2 bhgh rd | | 01702 | conectingcl5 | | 4447777676 8 | $ | (49.90) |
| 91 | 18990811 | 18990383 | Mara ives | ttmilagres@gmail.com | 7787862314 | 4447862314 | 2 bhgh rd | | 01702 | conectingcl4 | | 4447777676 8 | $ | (49.90) |
| 92 | 19159877 | 19159783 | Mara ves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | 01702 | ttstars0cl2 | | 4554465665887 | $ | (49.90) |

| # | ID1 | ID2 | Name | Email | Phone1 | Phone2 | Address | Sub | Code | Username | Hash | Number | Date | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 | 18990383 | 18990383 | Mara ives | ttmilagres@gmail.com | 7787862314 | 4447862314 | 2 bhgh rd | | 01702 | conectingcl2 | | | 44477776767 | | $ | (49.90) |
| 94 | 19161461 | 19159783 | Mara ves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | 01702 | ttstars0cl8 | | | 4554465658 | | $ | (49.90) |
| 95 | 16438329 | 14057783 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | 01702 | thth7cliente | | | 50890438101 | | $ | (49.90) |
| 96 | 18052713 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews184c | | | 4447862314 | | $ | (49.90) |
| 97 | 19160613 | 19159783 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | 01702 | ttstars0cl5 | | | 4554465658 | | $ | (49.90) |
| 98 | 18694363 | 18693825 | Mar ives | ttmilagres@gmail.com | 5557862314 | 5557862314 | f | | 01702 | loriloricl3 | | | 55578623144 | | $ | (49.90) |
| 99 | 19160413 | 19159783 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | 01702 | ttstars0cl4 | | | 4554465658 | | $ | (49.90) |
| 100 | 18069637 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews170c | | | 4447862314 | | $ | (49.90) |
| 101 | 18990151 | 18990151 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 2 bhgh rd | | 01702 | conectingcl1 | | | 44477776767 | | $ | (49.90) |
| 102 | 18693825 | 18693825 | Mar ives | ttmilagres@gmail.com | 5557862314 | 5557862314 | f | | 01702 | loriloricl1 | | | 55578623144 | | $ | (49.90) |
| 103 | 10798821 | 10798821 | Maria Teresa Milagres Neves | sully24@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | 2b | 01702 | ttstarss | 2f11def4b449903f0c287715ddbe17fb | 5089043888 | 1953-10-15 | $ | (50.00) |
| 104 | 10528279 | 10528279 | Maria T. M. Neves | andradesrv@hotmail.com | 5089043810 | 5089043810 | | | | ttstars1 | 54cffaca3d18b37e7b3732525efa0b62 | 933147852 | 1953-10-15 | $ | (50.00) |
| 105 | 11149467 | 11149467 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b brackett Rd, | 2 | 01702 | simplemoney | c99fb769d8bcee3287936bf71335976e | 952718048 | 1953-10-15 | $ | (50.00) |
| 106 | 14618193 | 14618193 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | | 01702 | ttmilagres06 | e489d262dc4bcf401a017219dcfaf958 | 0129019033 | 1953-10-15 | $ | (50.00) |
| 107 | 14787301 | 14786381 | Maria Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | lilimax23voip | | | | | $ | (99.80) |
| 108 | 14004009 | 14004009 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | 01702 | thth62cl | | 0129019033 | | $ | (99.80) |
| 109 | 14792677 | 14786381 | Maria Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | lilimax35voip | | | | | $ | (99.80) |
| 110 | 14791361 | 14786381 | Maria Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | lilimax34voip | | | | | $ | (99.80) |
| 111 | 10495711 | 10495711 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | | ttstarsclient | | 978523658 | | $ | (99.80) |
| 112 | 14057783 | 14057783 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | 01702 | thth16cl | | 0129019033 | | $ | (99.80) |
| 113 | 14789721 | 14786381 | Maria Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | lilimax28voip | | | | | $ | (99.80) |
| 114 | 12467711 | 10495711 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | | ttstarscl4 | | 50890438100 | | $ | (99.80) |
| 115 | 296483 | 296413 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brakett rd | 2 | 01702 | ttcliente2 | | 5089043810 | | $ | (99.80) |
| 116 | 2261362 | 2261362 | Maria Teresa Neves | teresamilagres@hotmail.com | 5089043810 | 5089043810 | 2B Brackett Rd | 2B | 01702 | ttnevescliente | | 5089043810 | | $ | (99.80) |
| 117 | 2060788 | 2060788 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2 | 01702 | ttcliente3 | | 5089043810 | | $ | (99.80) |
| 118 | 18679463 | 18679463 | Maria Teresa Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 02b bracketrd | | 01702 | ttmilgres0cl1 | | 4447862314 | | $ | (99.80) |
| 119 | 14008259 | 14007419 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b brackett Rd | 2 | 01702 | thth7cl | | 9999999999 | | $ | (99.80) |
| 120 | 14574063 | 14574063 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | | | callandsave6cl | | 0129019033 | | $ | (99.80) |
| 121 | 11599805 | 11599805 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | | skysun4cliente | | 9999999999 | | $ | (99.80) |
| 122 | 14786381 | 14786381 | Maria Neves | ttmilagres@gmail.com | | 5089043810 | | | 01702 | lilimax16voip | | | | | $ | (99.80) |
| 123 | 11766001 | 11766001 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 b Brackett rd | 2 | 01702 | ttstarscl03 | | 50890438100 | | $ | (99.80) |
| 124 | 18679979 | 18679827 | Mara Tes Nev | ttmilagres@gmail.com | 4447862314 | 4447862314 | 02b bracketrd | | 01702 | ttmilgres0cl3 | | 4447862314 | | $ | (99.80) |
| 125 | 18679827 | 18679827 | Mara Tes Nev | ttmilagres@gmail.com | 4447862314 | 4447862314 | 02b bracketrd | | 01702 | ttmilgres0cl2 | | 4447862314 | | $ | (99.80) |
| 126 | 14788601 | 14788601 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | 01702 | lilimax6voip | | | | $ | (99.80) |
| 127 | 17237291 | 13405463 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | 01702 | ttmilgres0cl | | 0129019033 | | $ | (99.80) |
| 128 | 4473096 | 4473096 | Maria Teresa M Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | | 01702 | ttstarscliente | | 5089043810 | | $ | (149.70) |
| 129 | 4426442 | 4425960 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | | ttclientes5 | | 5089043810 | | $ | (149.70) |
| 130 | 10434967 | 10434967 | Maria T. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | | callandsavecl | | 975842365 | | $ | (149.70) |
| 131 | 4425960 | 4425960 | Maria T. M. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | | ttclientes2 | | 5089043810 | | $ | (149.70) |
| 132 | 13029217 | 12913029 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett rd | 2 | 01702 | ttmilagres02cl | | 50890438100 | | $ | (199.60) |
| 133 | 10715741 | 10715285 | Teresa neves | teresamilagres@hotmail.com | 5089043810 | 5089043810 | | | | ttstarscl3 | | 952265326 | | $ | (199.60) |
| 134 | 2523888 | 2523888 | Maria Teresa M. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | ttcliente4 | | 5089043810 | | $ | (199.60) |
| 135 | 11247261 | 11247261 | Maria Teresa M Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | 01702 | lilimaxcl | | 952365487 | | $ | (299.40) |
| 136 | 18629015 | 18629015 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett rd | 2 | 01702 | ttstars0 | c99fb769d8bcee3287936bf71335976e | 50890438100 | 1956-09-16 | $ | (339.60) |
| 137 | 29035450 | 28988768 | Maria milagres | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | | conecting3 | c99fb769d8bcee3287936bf71335976e | 5082451954 | 1965-12-15 | $ | (339.60) |
| 138 | 28988768 | 28988768 | Maria milagres | ttmilagres@gmail.com | 5089043810 | 5089043810 | | | | conecting2 | c99fb769d8bcee3287936bf71335976e | 5089023918 | 1065-12-15 | $ | (339.60) |
| 139 | 280593 | 280593 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brakett rd | 2 | 01702 | callcliente | | 5089043810 | | $ | (349.30) |
| 140 | 10715815 | 10715815 | Teresa neves | teresamilagres@hotmail.com | 5089043810 | 5089043810 | | | | ttcliente10 | | 988900317 | | $ | (349.30) |
| 141 | 10741745 | 10715815 | Teresa neves | teresamilagres@hotmail.com | 5089043810 | 5089043810 | | | | ttcliente11 | | 947147632 | | $ | (349.30) |

| # | ID1 | ID2 | Name | Email | Phone1 | Phone2 | Address | Unit | Zip | Username | Hash | | Number | Date | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 | 296413 | 296413 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brakett rd | 2 | 01702 | ttcliente1 | | | 5089043811 | | $ | (349.30) |
| 143 | 10678285 | 10678285 | Teresa m. Neves | teresamilagres@hotmail.com | 5089043810 | 5089043810 | . | . | | ttstarscl | | | 95086523125 | | $ | (399.20) |
| 144 | 10715285 | 10715285 | Teresa neves | teresamilagres@hotmail.com | 5089043810 | 5089043810 | . | . | | ttstarscl1 | | | 952365425 | | $ | (399.20) |
| 145 | 10715653 | 10715285 | Teresa neves | teresamilagres@hotmail.com | 5089043810 | 5089043810 | . | . | | ttstarscl2 | | | 945825628 | | $ | (399.20) |
| 146 | 10450919 | 10450919 | Maria T. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | . | | ttcliente8 | | | 975142365 | | $ | (399.20) |
| 147 | 10347917 | 10347917 | Maria T. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | . | 01702 | ttcliente5 | | | 321901309 | | $ | (399.20) |
| 148 | 10450569 | 10450569 | Maria T. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | ttmilagres@gmail.com | . | | ttcliente7 | | | 978523643 | | $ | (449.10) |
| 149 | 10337975 | 10337975 | Maria T. M. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | | . | 01702 | ttcliente6 | | | 950890432 | | $ | (449.10) |
| 150 | 132790 | 132790 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 1630 Worcester rd # 626 C | 1630 | 36570 | ttmilagres1 | c99fb769d8bcee3287936bf71335976e | | 5089043810 | | $ | (677.20) |
| 151 | 12913483 | 12913029 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | 2 | 01702 | ttmilagres02 | c99fb769d8bcee3287936bf71335976e | | 5089438100 | 1953-10-15 | $ | (1,086.00) |
| 152 | 8594574 | 8503060 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | callandsave3 | c99fb769d8bcee3287936bf71335976e | | 950890438 | 1953-10-15 | $ | (1,225.40) |
| 153 | 8503060 | 8503060 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | callandsave2 | c99fb769d8bcee3287936bf71335976e | | 012901903 | 1953-10-15 | $ | (1,225.40) |
| 154 | 190135 | 190135 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd | 00000 | 01702 | ttmilagres5 | c99fb769d8bcee3287936bf71335976e | | 5089043810 | | $ | (1,275.20) |
| 155 | 8649192 | 8503060 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | callandsave4 | c99fb769d8bcee3287936bf71335976e | | 950890437 | 1953-10-15 | $ | (1,275.30) |
| 156 | 198875 | 190471 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | ttmilagres7 | c99fb769d8bcee3287936bf71335976e | | 5089043810 | | $ | (1,295.20) |
| 157 | 198981 | 190471 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | ttmilagres8 | c99fb769d8bcee3287936bf71335976e | | 5089043810 | | $ | (1,305.30) |
| 158 | 133361 | 133361 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 1630 Worcester rd # 626 C | 626 | 01702 | ttmilagres2 | c99fb769d8bcee3287936bf71335976e | | 5089043810 | | $ | (1,325.10) |
| 159 | 8651026 | 8503060 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | callandsave5 | c99fb769d8bcee3287936bf71335976e | | 950890461 | 1953-10-15 | $ | (1,325.20) |
| 160 | 1902924 | 1902924 | Maria Neves | mmariashousecleaning@gmail.com | 8572367654 | 8572367654 | 155 Pleasent st # B9 | B9 | 01752 | prosperity2 | d310469b4398208a9737689a4ffc204a | 57872414954 | | | $ | (1,375.00) |
| 161 | 181393 | 181393 | MariaTeresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd | 0000 | 01702 | ttmilagres4 | c99fb769d8bcee3287936bf71335976e | | 5089043810 | | $ | (1,375.00) |
| 162 | 8653610 | 8503060 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd | 2B | 01702 | callandsave6 | c99fb769d8bcee3287936bf71335976e | | 950890432 | 1953-10-15 | $ | (1,375.10) |
| 163 | 11246147 | 11245137 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | lilimax9 | ba168c2e6d5fa0cc0b72c48454335a67 | | 0129019033 | 1953-10-15 | $ | (1,375.10) |
| 164 | 13997415 | 13997415 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | 2 | 01702 | thth | cfd12d74bca9357022eb7d8367bcab26 | | 0129019033 | 1953-10-15 | $ | (1,375.10) |
| 165 | 16640849 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews66 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 166 | 16642597 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews73 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 167 | 18069855 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews175 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 4447862314 | | $ | (1,425.00) |
| 168 | 16627303 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews30 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 169 | 18053979 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews196 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 170 | 16640913 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews67 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 171 | 14787889 | 14787633 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd. | 2 | 01702 | lilimax27 | ba168c2e6d5fa0cc0b72c48454335a67 | | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 172 | 14790219 | 14787633 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd. | 2 | 01702 | lilimax33 | ba168c2e6d5fa0cc0b72c48454335a67 | | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 173 | 16644599 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews79 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 174 | 14787633 | 14787633 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd. | 2 | 01702 | lilimax25 | ba168c2e6d5fa0cc0b72c48454335a67 | | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 175 | 16642681 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews74 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 176 | 16644435 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews78 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 177 | 16640991 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews68 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 178 | 16642753 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews75 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 179 | 16224593 | 16224593 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B brackett rd | | 01702 | thth29 | cfd12d74bca9357022eb7d8367bcab26 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 180 | 16645827 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews80 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 181 | 16626439 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews23 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 182 | 16630641 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews38 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 183 | 16630403 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews36 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 184 | 16630273 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews35 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 185 | 16629427 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews34 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 186 | 16629357 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews33 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 187 | 16646021 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews64 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 188 | 16642847 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews76 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 189 | 16638957 | 16621755 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews57 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 190 | 16639135 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews57 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | | 0129019033 | 1953-10-15 | $ | (1,425.00) |

Cluster 132785

| 191 | 16639317 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews59 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 192 | 16639225 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews58 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 193 | 16641755 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews49 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 194 | 16640555 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews63 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 195 | 16640493 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | .. | 01702 | galonews62 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 196 | 16640425 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews61 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 197 | 16639397 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews60 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 198 | 16638775 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews55 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 199 | 16638679 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews54 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 200 | 16630567 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews37 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 201 | 16631457 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews39 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 202 | 18053585 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews193 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 203 | 16531555 | 17946195 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | | 01702 | galonews40 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 204 | 18049761 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews163 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 205 | 18070019 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews176 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 4447862314 | | $ | (1,425.00) |
| 206 | 18070913 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews180 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 4447862314 | | $ | (1,425.00) |
| 207 | 16626509 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews24 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 208 | 16621589 | 16621589 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B brackett rd | | 01702 | galonews07 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 209 | 16625989 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews22 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 210 | 14005762 | 13997415 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | 2 | 01702 | thth9 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 211 | 16625875 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews21 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 212 | 16634831 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews52 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 213 | 16634433 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews51 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 214 | 16634311 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews50 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 215 | 16640765 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews65 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 216 | 16632323 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews46 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 217 | 16632151 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews44 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 218 | 16633081 | 16621589 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B brackett rd | . | 01702 | galonews43 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 219 | 16631769 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews42 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 220 | 16631679 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews41 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 221 | 16642367 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews72 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 222 | 14793097 | 14787633 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd. | 2 | 01702 | lilimax41 | ba168c2e6d5fa0cc0b72c48454335a67 | 0129019000 | 1953-10-15 | $ | (1,425.00) |
| 223 | 14791613 | 14787633 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd. | 2 | 01702 | lilimax37 | ba168c2e6d5fa0cc0b72c48454335a67 | 0129019000 | 1953-10-15 | $ | (1,425.00) |
| 224 | 16646549 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews82 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 225 | 16782407 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews108 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 226 | 16782041 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews107 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 227 | 16919369 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews128 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 228 | 16778925 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews115 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 229 | 16776937 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews113 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 230 | 16782593 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews110 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 231 | 16781959 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews106 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 232 | 16780961 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews105 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 233 | 8657066 | 8503060 | Maria Neves | ttmilagres@gmail.com | 95089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | callandsave8 | c99fb769d8bcee3287936bf7135976e | 950890432 | 1953-10-15 | $ | (1,425.00) |
| 234 | 16919563 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews131 | 8f1aed01410875d49cb2e6f6c48db787 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 235 | 16919493 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews130 | 8f1aed01410875d49cb2e6f6c48db787 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 236 | 16919423 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews129 | 8f1aed01410875d49cb2e6f6c48db787 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 237 | 16774669 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews125 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 238 | 16774267 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews120 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 239 | 16776853 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews112 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |

Cluster 132785

| # | ID1 | ID2 | Name | Email | Num1 | Num2 | Address | Num3 | Code | User | Hash | Hash2 | Date | Amount |
|---|-----|-----|------|-------|------|------|---------|------|------|------|------|-------|------|--------|
| 240 | 16782511 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews109 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ (1,425.00) |
| 241 | 16919151 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews127 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ (1,425.00) |
| 242 | 16782635 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews111 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ (1,425.00) |
| 243 | 17967281 | 17962023 | maria neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 268 a windaham rd | 268 | bh14qu | galonews185 | 81dc9bdb52d04dc20036dbd8313ed055 | 4447862314 | 1953-10-15 | $ (1,425.00) |
| 244 | 17968095 | 17962023 | maria neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 268 a windaham rd | 268 | bh14qu | galonews186 | 81dc9bdb52d04dc20036dbd8313ed055 | 4447862314 | 1953-10-15 | $ (1,425.00) |
| 245 | 17969093 | 17962023 | maria neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 268 a windaham rd | 268 | bh14qu | galonews188 | 81dc9bdb52d04dc20036dbd8313ed055 | 4447862314 | 1953-10-15 | $ (1,425.00) |
| 246 | 17968609 | 17962023 | maria neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 268 a windaham rd | 268 | bh14qu | galonews187 | 81dc9bdb52d04dc20036dbd8313ed055 | 4447862314 | 1953-10-15 | $ (1,425.00) |
| 247 | 17969533 | 17962023 | maria neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 268 a windaham rd | 268 | bh14qu | galonews189 | 81dc9bdb52d04dc20036dbd8313ed055 | 4447862314 | 1953-10-15 | $ (1,425.00) |
| 248 | 17962023 | 17962023 | maria neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 268 a windaham rd | 268 | bh14qu | galonews183 | 81dc9bdb52d04dc20036dbd8313ed055 | 4447862314 | 1953-10-15 | $ (1,425.00) |
| 249 | 11245307 | 11245307 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2 | 01702 | lilimax4 | ba168c2e6d5fa0cc0b72c48454335a67 | 0129019033 | 1953-10-15 | $ (1,425.00) |
| 250 | 17969923 | 17962023 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 268 a windaham rd | 268 | bh14qu | galonews190 | 81dc9bdb52d04dc20036dbd8313ed055 | 4447862314 | 1953-10-15 | $ (1,425.00) |
| 251 | 16774561 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews123 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ (1,425.00) |
| 252 | 17965087 | 17962023 | maria neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 268 a windaham rd | 268 | bh14qu | galonews182 | 81dc9bdb52d04dc20036dbd8313ed055 | 4447862314 | 1953-10-15 | $ (1,425.00) |
| 253 | 4467402 | 4467402 | Maria Teresa Milagres neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | 2b | 01702 | ttnews | c99fb769d8bece3287936bf71335976e | 5089043800 | 1953-10-15 | $ (1,425.00) |
| 254 | 16632537 | 16632537 | Maria Teresa` Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews47 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ (1,425.00) |
| 255 | 11599085 | 11599085 | Maria Teresa m Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | 2 | 01702 | ttnews26 | 88bfc20129245733083b323adf88845a | 5089041038 | 1953-10-15 | $ (1,425.00) |
| 256 | 16619321 | 16619097 | Maria Teresa m Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b brackett rd, | 2 | 01702 | galonews6 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ (1,425.00) |
| 257 | 16619097 | 16619097 | Maria Teresa m Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b brackett rd, | 2 | 01702 | galonews5 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ (1,425.00) |
| 258 | 16774625 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews124 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ (1,425.00) |
| 259 | 16779121 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews117 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ (1,425.00) |
| 260 | 16779195 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews118 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ (1,425.00) |
| 261 | 16626707 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews26 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ (1,425.00) |
| 262 | 16642203 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews71 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ (1,425.00) |
| 263 | 8657580 | 8503060 | Maria Teresa Neves | callandsave@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | callandsave9 | c99fb769d8bece3287936bf71335976e | 950890432 | 1953-10-15 | $ (1,425.00) |
| 264 | 12913029 | 12913029 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett rd | 2 | 01702 | ttmilagre | c99fb769d8bece3287936bf71335976e | 50890438100 | 1953-10-15 | $ (1,425.00) |
| 265 | 11244775 | 11244775 | Maria Teresa Milagres neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett rd | . | 01702 | lilimax1 | ba168c2e6d5fa0cc0b72c48454335a67 | 0129019033 | 1953-10-15 | $ (1,425.00) |
| 266 | 16622845 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews15 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ (1,425.00) |
| 267 | 16626593 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews25 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ (1,425.00) |
| 268 | 16628873 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews32 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ (1,425.00) |
| 269 | 16919619 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews132 | 8f1aed01410875d49cb2e6f6c48db787 | 0129019034 | 1953-10-15 | $ (1,425.00) |
| 270 | 16646463 | 16621755 | Maria Teresa Milagres neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews81 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ (1,425.00) |
| 271 | 16647067 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews83 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ (1,425.00) |
| 272 | 16646723 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews84 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ (1,425.00) |
| 273 | 18070767 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews179 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | | $ (1,425.00) |
| 274 | 16642069 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews69 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ (1,425.00) |
| 275 | 16642125 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews70 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ (1,425.00) |
| 276 | 8656054 | 8503060 | Maria Teresa Neves | callandsave@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | callandsave7 | c99fb769d8bece3287936bf71335976e | 950890432 | 1953-10-15 | $ (1,425.00) |
| 277 | 16779081 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews116 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ (1,425.00) |
| 278 | 16779243 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews119 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ (1,425.00) |
| 279 | 12972683 | 12913029 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | 2 | 01702 | ttmilagres03 | c99fb769d8bece3287936bf71335976e | 50890438100 | 1953-10-15 | $ (1,425.00) |
| 280 | 16774465 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews122 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ (1,425.00) |
| 281 | 16780933 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews104 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ (1,425.00) |
| 282 | 16778859 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews114 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ (1,425.00) |
| 283 | 16774345 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews121 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ (1,425.00) |
| 284 | 12972911 | 12972911 | Maria Teresa Neves | ttmilagres@gmail.com | 50890438100 | 5089043810 | 2 B Brackett rd | 2 | 01702 | ttmilagres04 | c99fb769d8bece3287936bf71335976e | 50890438100 | 1953-10-15 | $ (1,425.00) |
| 285 | 16919105 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews126 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ (1,425.00) |
| 286 | 16920413 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews139 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ (1,425.00) |
| 287 | 8658008 | 8503060 | Maria Teresa Neves | callandsave@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | callandsave10 | c99fb769d8bece3287936bf71335976e | 950890432 | 1953-10-15 | $ (1,425.00) |
| 288 | 16920343 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews138 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ (1,425.00) |

Cluster 132785

| 289 | 16920287 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews137 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 290 | 16920249 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews136 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 291 | 16920191 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews135 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 292 | 16920141 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews134 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 293 | 16919873 | 16773575 | Maria Teresa Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 02 b Brackett Rd | | 01702 | galonews133 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 294 | 16621755 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews08 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 295 | 11458817 | 11458613 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | . | 01702 | ttnews19 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 296 | 16644345 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews77 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 297 | 16622023 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | ..... | 01702 | galonews10 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 298 | 17951611 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews142 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 299 | 14007419 | 14007419 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | 2 | 01702 | thth15 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 300 | 14006589 | 14006539 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | . | 01702 | thth14 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 301 | 17955709 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews143 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-13 | $ | (1,425.00) |
| 302 | 18042489 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews154 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 303 | 17956685 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews144 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-13 | $ | (1,425.00) |
| 304 | 18051837 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews184 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 305 | 17963637 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews146 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 306 | 17963863 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews147 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 307 | 17967931 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews148 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 308 | 18041747 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews149 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 309 | 14056517 | 14006539 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | . | 01702 | thth20 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 310 | 14056323 | 14006539 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | . | 01702 | thth17 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 311 | 18053875 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews195 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 312 | 18070545 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews178 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | | $ | (1,425.00) |
| 313 | 16708453 | 16708453 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | . | 01702 | galonews88 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 314 | 14787753 | 14787633 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd. | 2 | 01702 | lilimax26 | ba168c2e6d5fa0cc0b72c48454335a67 | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 315 | 18067585 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews174 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 316 | 18067483 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews173 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 317 | 17946195 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews141 | 81dc9bdb52d04dc20036dbd8313ed055 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 318 | 18042023 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews151 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 319 | 18045529 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews159 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 320 | 14006037 | 13997415 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | 2 | 01702 | thth11 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 321 | 13833805 | 13833805 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Bracket Rd | 2B | 01702 | telexusaworld1 | bb50b2a078929bd053d47b7103fa4f91 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 322 | 14003525 | 13997415 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | 2 | 01702 | thth8 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 323 | 14056541 | 14006539 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | . | 01702 | thth21 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 324 | 16225057 | 16224593 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B brackett rd | | 01702 | thth34 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 325 | 14006539 | 14006539 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | . | 01702 | thth13 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 326 | 14786847 | 14786847 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2 B | 01702 | lilimax23 | ba168c2e6d5fa0cc0b72c48454335a67 | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 327 | 14056475 | 14006539 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | . | 01702 | thth19 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 328 | 16225129 | 16224593 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B brackett rd | | 01702 | thth35 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 329 | 14056719 | 14006539 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | . | 01702 | thth24 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 330 | 18044849 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews155 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 331 | 14056827 | 14006539 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | . | 01702 | thth27 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 332 | 14056683 | 14006539 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | . | 01702 | thth23 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 333 | 14056937 | 14006539 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | . | 01702 | thth28 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 334 | 14056599 | 14006539 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | . | 01702 | thth22 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 335 | 16225021 | 16224593 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B brackett rd | | 01702 | thth33 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 336 | 14006247 | 13997415 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | 2 | 01702 | thth12 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 337 | 18062923 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bl14qu | galonews165 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |

Cluster 132785

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 338 | 14007511 | 14007419 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | 2 | 01702 | thth16 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 339 | 18067375 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews172 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 340 | 18067073 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews171 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 341 | 18065865 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews170 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 342 | 18042375 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews153 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 343 | 14790893 | 14789917 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2 | 01702 | lilimax34 | ba168c2e6d5fa0cc0b72c48454335a67 | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 344 | 18045005 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews156 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 345 | 18045111 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews157 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 346 | 18049887 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews164 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 347 | 18049635 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews162 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 348 | 18049463 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews161 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 349 | 14790053 | 14789917 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2 | 01702 | lilimax32 | ba168c2e6d5fa0cc0b72c48454335a67 | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 350 | 18045631 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews160 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 351 | 18045279 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews158 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 352 | 16732631 | 16708453 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | . | 01702 | galonews96 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 353 | 14789975 | 14787633 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd. | 2 | 01702 | lilimax31 | ba168c2e6d5fa0cc0b72c48454335a67 | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 354 | 14789917 | 14789917 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2 | 01702 | lilimax30 | ba168c2e6d5fa0cc0b72c48454335a67 | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 355 | 16732683 | 16708453 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | . | 01702 | galonews97 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 356 | 14789165 | 14787633 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd. | 2 | 01702 | lilimax29 | ba168c2e6d5fa0cc0b72c48454335a67 | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 357 | 14789003 | 14789003 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd. | 2 B | 01702 | lilimax28 | ba168c2e6d5fa0cc0b72c48454335a67 | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 358 | 14791763 | 14787633 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd. | 2 | 01702 | lilimax39 | ba168c2e6d5fa0cc0b72c48454335a67 | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 359 | 16224641 | 16224593 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B brackett rd | | 01702 | thth30 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 360 | 18064021 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews167 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 361 | 14790991 | 14787633 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd. | 2 | 01702 | lilimax35 | ba168c2e6d5fa0cc0b72c48454335a67 | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 362 | 16708565 | 16708453 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | . | 01702 | galonews89 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 363 | 18064249 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews169 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 364 | 14793319 | 14787633 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd. | 2 | 01702 | lilimax43 | ba168c2e6d5fa0cc0b72c48454335a67 | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 365 | 18064147 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews168 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 366 | 18053331 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews192 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 367 | 18051957 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews181 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 368 | 18041863 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews150 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 369 | 18042185 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews152 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 370 | 18063861 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews166 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 371 | 16734193 | 16708453 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | . | 01702 | galonews98 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 372 | 14005989 | 13997415 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | 2 | 01702 | thth10 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 373 | 18061061 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews0191 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 374 | 16734953 | 16708453 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | . | 01702 | galonews101 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 375 | 16225177 | 16224593 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B brackett rd | | 01702 | thth36 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 376 | 14792977 | 14789917 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2 | 01702 | lilimax40 | ba168c2e6d5fa0cc0b72c48454335a67 | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 377 | 14791705 | 14789917 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2 | 01702 | lilimax38 | ba168c2e6d5fa0cc0b72c48454335a67 | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 378 | 16734277 | 16708453 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | . | 01702 | galonews99 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 379 | 14791539 | 14787633 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd. | 2 | 01702 | lilimax36 | ba168c2e6d5fa0cc0b72c48454335a67 | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 380 | 16734349 | 16708453 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | . | 01702 | galonews100 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 381 | 16734471 | 16708453 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | . | 01702 | galonews102 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 382 | 16734537 | 16708453 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | . | 01702 | galonews103 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 383 | 13998753 | 13997415 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | 2 | 01702 | thth6 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 384 | 14003262 | 13997415 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | 2 | 01702 | thth7 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 385 | 13998693 | 13997415 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | 2 | 01702 | thth5 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 386 | 11245531 | 11245531 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 50890438105 | 5089043810 | 2B Brackett rd | 2B | 01702 | lilimax6 | ba168c2e6d5fa0cc0b72c48454335a67 | 0129019033 | 1953-10-15 | $ | (1,425.00) |

| # | ID1 | ID2 | Name | Email | Num1 | Num2 | Address | | Code | User | Hash | Num3 | Date | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 387 | 11458835 | 11458613 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | | 01702 | ttnews20 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 388 | 11458871 | 11458613 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | . | 01702 | ttnews21 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 389 | 11458917 | 11458613 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | | 01702 | ttnews22 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 390 | 11458933 | 11458613 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | | 01702 | ttnews23 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 391 | 11458953 | 11458613 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | | 01702 | ttnews24 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 392 | 11459027 | 11458613 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | | 01702 | ttnews25 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 393 | 18070263 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews177 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | | $ | (1,425.00) |
| 394 | 11245415 | 11245137 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | lilimax5 | ba168c2e6d5fa0cc0b72c48454335a67 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 395 | 11866855 | 11866855 | Maria Teresa Milagres Neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | ttnews31 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 396 | 11246255 | 11245137 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | lilimax10 | ba168c2e6d5fa0cc0b72c48454335a67 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 397 | 2239822 | 2239822 | Maria Teresa Milagres Neves | teresamilagres@hotmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2 | 01702 | ttneves | c25a4a343798d77ac374ce05e6e3649b | 5089043811 | 1953-10-15 | $ | (1,425.00) |
| 398 | 18053751 | 17946195 | Maria Neves | ttmilagres@gmail.com | 4447862314 | 4447862314 | 268 windham rd | | bh14qu | galonews194 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 4447862314 | 1953-10-15 | $ | (1,425.00) |
| 399 | 16224667 | 16224593 | Maria Teresa Milagres Neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | 2 B brackett rd | | 01702 | thth31 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 400 | 11867071 | 11866855 | Maria Teresa Milagres Neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | ttnews33 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 401 | 14793225 | 14787633 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd. | 2 | 01702 | lilimax42 | ba168c2e6d5fa0cc0b72c48454335a67 | 0129019000 | 1953-10-15 | $ | (1,425.00) |
| 402 | 15143621 | 15143621 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | 2 | 01702 | ttmilagres07 | 9e4c97a7933a162ccc44b7beb298ace6 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 403 | 11867017 | 11866855 | Maria Teresa Milagres Neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | ttnews32 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 404 | 8502674 | 235817 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | callandsave1 | 1139841c9dede68a9d851bfbc512a4bd | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 405 | 11458767 | 11458613 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | . | 01702 | ttnews18 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 406 | 11458747 | 11458613 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | | 01702 | ttnews17 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 407 | 13998527 | 13997415 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | 2 | 01702 | thth4 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 408 | 16622975 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | | 01702 | galonews16 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 409 | 16623059 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | | 01702 | galonews17 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 410 | 16622131 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | | 01702 | galonews11 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 411 | 16622269 | 16621589 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B brackett rd | | 01702 | galonews12 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 412 | 16622641 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | | 01702 | galonews13 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 413 | 16626895 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | | 01702 | galonews27 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 414 | 16627189 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | | 01702 | galonews29 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 415 | 16627073 | 16621589 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B brackett rd | | 01702 | galonews28 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 416 | 16622737 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | | 01702 | galonews14 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 417 | 16623149 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | | 01702 | galonews18 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 418 | 16224699 | 16224593 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B brackett rd | | 01702 | thth32 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 419 | 16628755 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews31 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 420 | 16625215 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | | 01702 | galonews19 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 421 | 16625357 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | | 01702 | galonews20 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 422 | 16621887 | 16621755 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett Rd | . | 01702 | galonews09 | 2ce4b2e3cfcc473a6ed2d70b01c4d7e9 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 423 | 11245659 | 11245137 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | lilimax7 | ba168c2e6d5fa0cc0b72c48454335a67 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 424 | 11245137 | 11245137 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | lilimax3 | ba168c2e6d5fa0cc0b72c48454335a67 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 425 | 11245995 | 11245137 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | lilimax8 | ba168c2e6d5fa0cc0b72c48454335a67 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 426 | 17949747 | 17949747 | Maria Neves | Anaevangelista2000@hotmail.com | 7743860576 | 7743860576 | Beaver st | 126 a | 01702 | rmdaniel2009 | 4733cdf81f59de9589616b89e5c8a1c1 | Ya048297 | 1977-02-14 | $ | (1,425.00) |
| 427 | 11867267 | 11866855 | Maria Teresa Milagres Neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | ttnews35 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 428 | 11867141 | 11866855 | Maria Teresa Milagres Neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | ttnews34 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 429 | 11458143 | 11458613 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett rd | | 01702 | ttnews16 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 430 | 11599497 | 11599389 | Maria T M Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | 2 | 01702 | ttnews28 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 431 | 17235927 | 17235927 | Maria T Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd | 2 | 01702 | ttmilagres00 | c99fb769d8bcee3287936bf71335976e | 0129019033 | 1953-10-23 | $ | (1,425.00) |
| 432 | 11278205 | 11278205 | Maria T M neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | 2b brackett rd | | 01702 | ttnews3 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 433 | 11278539 | 11278539 | Maria T M Neves | hbmaltaro@gmail.com | 5088085532 | 5088085532 | 2b Brackett Rd | | 01702 | ttnews6 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 434 | 11278563 | 11278205 | Maria T M Neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | | 01702 | ttnews7 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 435 | 11599565 | 11599565 | Maria T M Neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | 2 | 01702 | ttnews29 | 95cae36133785b81a4dd0f51b40d1b7b | 5089041038 | 1953-10-15 | $ | (1,425.00) |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 436 | 11926571 | 11925697 | Maria T M Neves | teresamilagres@hotmail.com | 5089043810 | 5089043810 | 2b Brackett rd | . | 01702 | lilimax15 | ba168c2e6d5fa0cc0b72c48454335a67 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 437 | 11278247 | 11278247 | Maria T M Neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | . | 01702 | ttnews4 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 438 | 11925697 | 11925697 | Maria T M Neves | teresamilagres@hotmail.com | 5089043810 | 5089043810 | 2b Brackett rd | . | 01702 | lilimax14 | ba168c2e6d5fa0cc0b72c48454335a67 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 439 | 11278609 | 11278205 | Maria T M Neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | 2b brackett rd | . | 01702 | ttnews9 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 440 | 11278037 | 11278037 | Maria T. M Neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | . | 01702 | ttnews2 | a2eb80602619556122a76e94219759f | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 441 | 11599389 | 11599389 | Maria T M Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | 2 | 01702 | ttnews27 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 442 | 11278587 | 11278205 | Maria T M Neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | . | 01702 | ttnews8 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 443 | 11599763 | 11599389 | Maria T M Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | 2 | 01702 | ttnews30 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 444 | 11278655 | 11278205 | Maria T M Neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | . | 01702 | ttnews10 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 445 | 11278295 | 11278205 | Maria T M Neves | hbmaltaro@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | . | 01702 | ttnews5 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 446 | 13998145 | 13997415 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | 2 | 01702 | thth1 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 447 | 13998187 | 13997415 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | 2 | 01702 | thth2 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 448 | 13998239 | 13997415 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | 2 | 01702 | thth3 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 449 | 14786759 | 14786759 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 b Brackett Rd | 2 B | 01702 | lilimax22 | ba168c2e6d5fa0cc0b72c48454335a67 | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 450 | 14056797 | 14006539 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd. | . | 01702 | thth26 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 451 | 14787529 | 14787529 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd. | 2b | 01702 | lilimax24 | ba168c2e6d5fa0cc0b72c48454335a67 | 012901900 | 1953-10-15 | $ | (1,425.00) |
| 452 | 14056761 | 14006539 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | . | 01702 | thth25 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 453 | 16638275 | 16638275 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2B Brackett Rd. | . | 01702 | galonews53 | 2ce4b2e3efcc473a6ed2d70b01c4d7e9 | 0129019034 | 1953-10-15 | $ | (1,425.00) |
| 454 | 11308793 | 11308607 | Maria Teresa M. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett rd | 2 | 01702 | ttnews12 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 455 | 12472939 | 12472939 | Maria Teresa M. Neves | telexfreeindependent@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | 2 | 01702 | lilimax18 | ba168c2e6d5fa0cc0b72c48454335a67 | 994525361 | 1953-10-15 | $ | (1,425.00) |
| 456 | 12473507 | 12472939 | Maria Teresa M. Neves | telexfreeindependent@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | 2 | 01702 | lilimax19 | ba168c2e6d5fa0cc0b72c48454335a67 | 994525361 | 1953-10-15 | $ | (1,425.00) |
| 457 | 12419111 | 12419111 | Maria Teresa M. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett rd | 2 | 01702 | lilimax16 | ba168c2e6d5fa0cc0b72c48454335a67 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 458 | 11308863 | 11308607 | Maria Teresa M. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett rd | 2 | 01702 | ttnews13 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 459 | 11309101 | 11308607 | Maria Teresa M. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett rd | 2 | 01702 | ttnews15 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 460 | 12473729 | 12472939 | Maria Teresa M. Neves | telexfreeindependent@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | 2 | 01702 | lilimax20 | ba168c2e6d5fa0cc0b72c48454335a67 | 994525361 | 1953-10-15 | $ | (1,425.00) |
| 461 | 11308607 | 11308607 | Maria Teresa M. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett rd | 2 | 01702 | ttnews11 | cfd12d74bca9357022eb7d8367bcab26 | 950890410 | 1953-10-15 | $ | (1,425.00) |
| 462 | 12419299 | 12419111 | Maria Teresa M. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett rd | 2 | 01702 | lilimax17 | ba168c2e6d5fa0cc0b72c48454335a67 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 463 | 11308937 | 11308607 | Maria Teresa M. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett rd | 2 | 01702 | ttnews14 | cfd12d74bca9357022eb7d8367bcab26 | 5089041038 | 1953-10-15 | $ | (1,425.00) |
| 464 | 11301795 | 11301631 | Maria Teresa M. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett | 2 B | 01702 | lilimax12 | ba168c2e6d5fa0cc0b72c48454335a67 | 935268456 | 1953-10-15 | $ | (1,425.00) |
| 465 | 11301855 | 11301855 | Maria Teresa M. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | 2 B | 01702 | lilimax13 | ba168c2e6d5fa0cc0b72c48454335a67 | 935268456 | 1953-10-15 | $ | (1,425.00) |
| 466 | 12473919 | 12472939 | Maria Teresa M. Neves | telexfreeindependent@gmail.com | 5089043810 | 5089043810 | 2 B Brackett Rd | 2 | 01702 | lilimax21 | ba168c2e6d5fa0cc0b72c48454335a67 | 994525361 | 1953-10-15 | $ | (1,425.00) |
| 467 | 14056375 | 14006539 | Maria Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 B Brakett Rd | . | 01702 | thth18 | cfd12d74bca9357022eb7d8367bcab26 | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 468 | 11301631 | 11301631 | Maria Teresa M. Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett | 2 B | 01702 | lilimax11 | ba168c2e6d5fa0cc0b72c48454335a67 | 935268456 | 1953-10-15 | $ | (1,425.00) |
| 469 | 17235929 | 17235929 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2b Brackett rd | . | 01702 | ttmilagres0 | c99fb769d8bcee3287936bf71335976e | 0129019033 | 1953-10-15 | $ | (1,425.00) |
| 470 | 11244877 | 11244775 | Maria Teresa Milagres Neves | ttmilagres@gmail.com | 5089043810 | 5089043810 | 2 b brackett rd | . | 01702 | lilimax2 | ba168c2e6d5fa0cc0b72c48454335a67 | 0129019033 | 1953-10-15 | $ | (1,495.00) |
| 471 | 2240074 | 2240074 | Maria Teresa Milagres Neves | teresamilagres@hotmail.com | 5089043810 | 5089043810 | 2B Brackett rd | 2B | 01702 | ttneves1 | c99fb769d8bcee3287936bf71335976e | 5089043811 | 1953-10-15 | $ | (1,495.00) |

# **<u>EXHIBIT 4</u>**

| # | clean_rep_end_l | clean_rep_end_r | end_jwsim |
|---|---|---|---|
| 1 | 137a winthrop st apt11a | 137a winthrop st apt 11a | 99.17 |
| 2 | calle juan buendía 758 urb. patazca | calle juan buendía 758 urb. patazca | 98.86 |
| 3 | 3 swans pond ave | 3 swains pond ave | 98.82 |
| 4 | barrio de la cruz 20 3d | barrio de la cruz20 3d | 98.22 |
| 5 | shenyagn | shenyang | 97.50 |
| 6 | 454 meridian st apt #2 | 454 meridian st #2 | 96.36 |
| 7 | 803 sw morrison st ste b2 | 803 sw morrison st 2b | 95.85 |
| 8 | jr. los nogales 230 | jr. los nogales | 95.79 |
| 9 | 87 - 48 de 114 street, 2do piso - richmond hill | 87 - 48 de 114 street 2 piso - richmond hill | 94.63 |
| 10 | flat270 norwood road | flat 270 norwood road | 94.05 |
| 11 | 78 neil st | 78 neil | 94.00 |
| 12 | calle 21 sur 22-63 | clle 21 sur # 22 63 | 93.41 |
| 13 | arzovispo xelmirez | alzobispo xelmirez | 93.33 |
| 14 | pasaje ibiza, 2265 | pasaje ibiza | 93.33 |
| 15 | rua x3 | rua x4 | 93.33 |
| 16 | 6532 46th st | 6532 6th street | 93.00 |
| 17 | caminho velho da igreja | caminho velho da igreja n°16 garachico | 92.11 |
| 18 | 149w selden st | 149 w selden st | 91.78 |
| 19 | #29h | 29 | 91.11 |
| 20 | av sampaio | av. sampaio, n 668 | 89.63 |
| 21 | rm 803,8/f,wah oi hse,wah kwai est,aberdeen,h.k. | rm 803, wah oi house, wah kwai est, | 89.32 |
| 22 | 14812 sw 17 sreet | 14812 s.w 171 terrace | 89.06 |
| 23 | r. 1 | r. a | 88.33 |
| 24 | r. 1 | r. a | 88.33 |
| 25 | rua da longueira,51 moradia assomada park | rua da longueira | 87.80 |
| 26 | chican y yangana | chican | 87.50 |
| 27 | av. aviacion 415 - 2do. piso 2204 | av.aviación 415 2do.piso 2204 | 87.33 |
| 28 | caminho | caminho da achada 107 | 86.67 |
| 29 | nangangqu xuefuli68hao 701shi | nangang | 84.83 |
| 30 | roundtree blvd | 36 roundtree blvd | 84.59 |
| 31 | rua anadia | r anadia | 82.75 |
| 32 | av chone entrada pita km 34 | avenida chone km 34 | 80.82 |
| 33 | 1209 | 127 | 77.78 |
| 34 | av. manco capac | jr. manco inca | 76.03 |
| 35 | an hui | rang hu lu qu | 73.93 |
| 36 | calle 104 # 25a -11 | 10 calle 18 av b local 101 | 71.50 |
| 37 | mz 64 lte 04 cte16 | ciudad nueva mz 64 lt 05 cte 16 | 71.33 |
| 38 | nangang | heilongjiang | 71.03 |
| 39 | calle c no 12 vista el valle | calle d | 69.05 |
| 40 | estrada dr joao abel freitas | estrada francisco alvares nobrega , edificio park , lote 6 bloco 1 fraçao e | 68.83 |
| 41 | henan | nangang | 67.62 |
| 42 | cra 70 n 80-26 | cll 20c 76 07 apto 301 | 65.63 |
| 43 | calle 32 no 4m 33 | calle san francisco de asis | 65.45 |
| 44 | rua dr° alfredo ferreira júnior n.° 34 | rua da escola | 65.13 |
| 45 | 44 cypress st apt 2 | spruce street | 64.79 |
| 46 | changchun | wuhan | 64.44 |
| 47 | diagonal 18n 25ai 08 | carrera 89 c 68 a 105 | 63.07 |
| 48 | la brida | cll 50b sur # 89a 51 | 62.50 |
| 49 | cr 41-c # 11-35 | cll 132 a no 89-51 bloque 6 casa 14 | 62.19 |
| 50 | nangang | guangxi | 61.90 |
| 51 | daoliqu shanghailu6hao 407shi | zhan lan guan xi lu 907 hao | 61.43 |
| 52 | mario avila | manzana92 | 60.27 |

| 53 | beijing | shenyang | 60.12 |
| 54 | angangn | ranghulu | 60.12 |
| 55 | rua antonio gomes filho | rua beirute | 59.93 |
| 56 | changchun | shenyang | 59.35 |
| 57 | shenyang | changchun | 59.35 |
| 58 | changchun | shenyang | 59.35 |
| 59 | rua nova esperança | caminho das courelas 40 a | 59.28 |
| 60 | dongcheng | neimeng | 58.86 |
| 61 | changchun | guangxi | 58.73 |
| 62 | ps caravely | los rosales | 58.59 |
| 63 | santiago 2 | angel aguirre | 57.61 |
| 64 | changchun | shen | 57.41 |
| 65 | shen | changchun | 57.41 |
| 66 | kouqian | huludaoshilianshanquhaiyuehuayuan | 56.85 |
| 67 | caminho do terãşo | vivien st | 55.99 |
| 68 | rua santo antonio | calle 1ra no.973 chicago apto. 4 piso 1 edificio f & j | 55.94 |
| 69 | 75 n martin st | sandralopes@hotmail.co.uk | 55.65 |
| 70 | carrera 71 b bis numero 12-30 | col primavera | 55.64 |
| 71 | calle guayaquil | las palmas | 55.56 |
| 72 | 123 | 213 | 55.56 |
| 73 | rua ponta da cruz | rua josã© galvã£o n3 3dto. | 55.52 |
| 74 | hutai | shenyang | 55.00 |
| 75 | calle 52a no. 31 - 101 apto 201 | kr 2 a sur n 18 35 | 54.57 |
| 76 | desiderio arias | jose audilo santana | 54.31 |
| 77 | 38 arlington | 192 garden st | 54.27 |
| 78 | matadera 9 v noord aruba | casa 1 | 54.17 |
| 79 | 8848 beacon lakes dr | el rubio san jose de las matas | 54.06 |
| 80 | huioho | vhgvhgv | 53.97 |
| 81 | 3215 villa strada way | rua: jose almeida macedo | 53.95 |
| 82 | sichuan chengdou | beijing | 53.87 |
| 83 | av 5 de agosto mz a1 lt 2 | 4375 york blvd apt#108 | 53.63 |
| 84 | av 04 de julho | rua das hortencias | 53.44 |
| 85 | rua dr pita n67 | calle libertador, edif zozzoro | 53.33 |
| 86 | kilometro 8 acaray, av. san blas y colombia | jr. leoncio prado 163 | 53.22 |
| 87 | chorerras | jr. francisco pizarro | 53.12 |
| 88 | 1234 | 125 lakeview lane apt 2 | 52.90 |
| 89 | rua do serrado edif santa teresa ac1 | av: goiania | 52.48 |
| 90 | nangang | beijing | 52.38 |
| 91 | huadian | beijing | 52.38 |
| 92 | divonzir luciano | rua santana | 52.23 |
| 93 | #42,street289,beong kok ii commune, toul kork district | #155, prey chisak village | 52.06 |
| 94 | av. central | manion st | 51.94 |
| 95 | rua antãⁿio assunã§ã£o | av duque de avila n23 | 51.58 |
| 96 | pedro vicente maldonado y simón bolivar | cra 86 d # 51 -18 sur | 51.10 |
| 97 | beijing | guanganjie61hao34-2-201 | 51.06 |
| 98 | gabriela mistral | carrera 122 n 12-33 | 50.80 |
| 99 | beijing | guangzhou | 50.26 |
| 100 | changchun | beijing | 50.26 |

# **EXHIBIT 5**

Summary of TelexFree User Accounts and Participants by Tier

| Participant Type | Tier: Net Equity of Participant (in abs $) | User Accounts | Avg. User Accounts per Cluster | Avg. Net Equity per User Account | Participant Clusters | Participant % | Avg. Net Equity per Participant | Total Equity | Total Equity % | Cumulative Total Equity % |
|---|---|---|---|---|---|---|---|---|---|---|
| All | a. 0-100 | 796,250 | 1 | n/a | 691,906 | 44.2% | n/a | $ (37,385,020) | n/a | n/a |
| All | b. 100-1,000 | 1,770,661 | 5 | n/a | 343,128 | 21.9% | n/a | $ (133,974,754) | n/a | n/a |
| All | c. 1,000-5,000 | 3,431,226 | 8 | n/a | 432,725 | 27.6% | n/a | $ (755,795,467) | n/a | n/a |
| All | d. 5,000-10,000 | 1,615,100 | 31 | n/a | 52,733 | 3.4% | n/a | $ (223,489,952) | n/a | n/a |
| All | e. 10,000-25,000 | 1,714,439 | 55 | n/a | 31,153 | 2.0% | n/a | $ (148,591,541) | n/a | n/a |
| All | f. 25,000-50,000 | 662,789 | 85 | n/a | 7,784 | 0.5% | n/a | $ 74,482,784 | n/a | n/a |
| All | g. 50,000-100,000 | 417,684 | 114 | n/a | 3,660 | 0.2% | n/a | $ 158,163,187 | n/a | n/a |
| All | h. 100,000-250,000 | 327,596 | 148 | n/a | 2,210 | 0.1% | n/a | $ 289,167,091 | n/a | n/a |
| All | i. 250,000-1,000,000 | 162,467 | 162 | n/a | 1,004 | 0.1% | n/a | $ 428,560,678 | n/a | n/a |
| All | j. 1,000,000-2,000,000 | 18,057 | 287 | n/a | 63 | 0.0% | n/a | $ 83,708,816 | n/a | n/a |
| All | k. 2,000,000-5,000,000 | 71,348 | 4,197 | n/a | 17 | 0.0% | n/a | $ 38,963,930 | n/a | n/a |
| All | l. 5,000,000+ | - | - | n/a | 0 | 0.0% | n/a | $ - | n/a | n/a |
| | **Total All** | **10,987,617** | **7** | n/a | **1,566,383** | **100.0%** | n/a | $ **(226,190,248)** | n/a | n/a |

| Participant Type | Tier: Net Losses of Participant (in $) | User Accounts | Avg. User Accounts per Cluster | Avg. Net Equity per User Account | Participant Clusters | Participant % | Avg. Net Equity per Participant | Total Equity | Total Equity % | Cumulative Total Equity % |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Loser | a. 0-100 | 771,466 | 1 | $ (49) | 685,517 | 46.2% | $ (55) | $ (37,672,375) | 2.1% | 2.1% |
| Net Loser | b. 100-1,000 | 1,639,567 | 5 | $ (87) | 324,580 | 21.9% | $ (439) | $ (142,363,031) | 8.0% | 10.1% |
| Net Loser | c. 1,000-5,000 | 3,109,900 | 8 | $ (264) | 406,715 | 27.4% | $ (2,019) | $ (821,020,850) | 46.1% | 56.2% |
| Net Loser | d. 5,000-10,000 | 1,395,861 | 33 | $ (210) | 42,850 | 2.9% | $ (6,856) | $ (293,769,015) | 16.5% | 72.7% |
| Net Loser | e. 10,000-25,000 | 1,365,292 | 64 | $ (224) | 21,205 | 1.4% | $ (14,436) | $ (306,105,826) | 17.2% | 89.8% |
| Net Loser | f. 25,000-50,000 | 404,201 | 138 | $ (240) | 2,725 | 0.2% | $ (33,153) | $ (96,937,959) | 5.4% | 95.3% |
| Net Loser | g. 50,000-100,000 | 221,933 | 311 | $ (215) | 714 | 0.0% | $ (66,717) | $ (47,635,924) | 2.7% | 97.9% |
| Net Loser | h. 100,000-250,000 | 134,652 | 769 | $ (180) | 175 | 0.0% | $ (138,226) | $ (24,189,464) | 1.4% | 99.3% |
| Net Loser | i. 250,000-1,000,000 | 44,110 | 2,206 | $ (189) | 20 | 0.0% | $ (416,451) | $ (8,329,019) | 0.5% | 99.8% |
| Net Loser | j. 1,000,000-2,000,000 | 1,248 | 1,248 | $ (816) | 1 | 0.0% | $ (1,018,291) | $ (1,018,291) | 0.1% | 99.8% |
| Net Loser | k. 2,000,000-5,000,000 | 62,725 | 62,725 | $ (50) | 1 | 0.0% | $ (3,129,978) | $ (3,129,978) | 0.2% | 100.0% |
| Net Loser | l. 5,000,000+ | - | - | $ - | 0 | 0.0% | $ - | $ - | 0.0% | 100.0% |
| | **Total Net Losers** | **9,150,955** | **6** | $ **(195)** | **1,484,702** | **100.0%** | $ **(1,200)** | **(1,782,171,730)** | **100.0%** | **100.0%** |

| Participant Type | Tier: Net Gains of Participant (in $) | User Accounts | Avg. User Accounts per Cluster | Avg. Net Equity per User Account | Participant Clusters | Participant % | Avg. Net Equity per Participant | Total Equity | Total Equity % | Cumulative Total Equity % |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Winner | a. 0-100 | 24,784 | 4 | $ 12 | 6,389 | 7.8% | $ 45 | $ 287,355 | 0.0% | 0.0% |
| Net Winner | b. 100-1,000 | 131,094 | 7 | $ 64 | 18,548 | 22.7% | $ 452 | $ 8,388,276 | 0.5% | 0.6% |
| Net Winner | c. 1,000-5,000 | 321,326 | 12 | $ 203 | 26,010 | 31.8% | $ 2,508 | $ 65,225,383 | 4.2% | 4.7% |
| Net Winner | d. 5,000-10,000 | 219,239 | 22 | $ 321 | 9,883 | 12.1% | $ 7,111 | $ 70,279,063 | 4.5% | 9.3% |
| Net Winner | e. 10,000-25,000 | 349,147 | 35 | $ 451 | 9,948 | 12.2% | $ 15,834 | $ 157,514,285 | 10.1% | 19.4% |
| Net Winner | f. 25,000-50,000 | 258,588 | 53 | $ 663 | 4,860 | 5.9% | $ 35,272 | $ 171,420,743 | 11.0% | 30.4% |
| Net Winner | g. 50,000-100,000 | 195,751 | 66 | $ 1,051 | 2,946 | 3.6% | $ 69,857 | $ 205,799,111 | 13.2% | 43.6% |
| Net Winner | h. 100,000-250,000 | 192,944 | 95 | $ 1,624 | 2,035 | 2.5% | $ 153,984 | $ 313,356,555 | 20.1% | 63.8% |
| Net Winner | i. 250,000-1,000,000 | 118,357 | 120 | $ 3,691 | 984 | 1.2% | $ 443,994 | $ 436,889,697 | 28.1% | 91.8% |
| Net Winner | j. 1,000,000-2,000,000 | 16,809 | 271 | $ 5,041 | 62 | 0.1% | $ 1,366,566 | $ 84,737,107 | 5.4% | 97.3% |
| Net Winner | k. 2,000,000-5,000,000 | 8,623 | 539 | $ 4,882 | 16 | 0.0% | $ 2,630,869 | $ 42,093,908 | 2.7% | 100.0% |
| Net Winner | l. 5,000,000+ | - | - | $ - | 0 | 0.0% | $ - | $ - | 0.0% | 100.0% |
| | **Total Net Winners** | **1,836,662** | **22** | $ **847** | **81,681** | **100.0%** | $ **19,049** | $ **1,555,981,482** | **100.0%** | **100.0%** |

# **<u>EXHIBIT 6</u>**

**Provided natively as *aggregation_output.csv***

# **<u>EXHIBIT 7</u>**

Provided natively as *aggregation_summary.csv*