# Exhibit C.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>Plaintiff,<br>v.<br>BENJAMIN ARGUETA, A REPRESENTATIVE<br>OF A CLASS OF DEFENDANT NET<br>WINNERS<br>Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>Plaintiffs,<br>v.<br>MARCO PUZZARINI, A REPRESENTATIVE<br>OF A CLASS OF DEFENDANT NET<br>WINNERS<br>Defendants. | Adversary Proceeding<br>No. 16-4007 |

## REPLY REPORT OF DR. CAMERON E. FREER

Respectfully submitted this 22nd day of May 2023

_____
Cameron E. Freer, Ph.D.

# TABLE OF CONTENTS

**I. Introduction**................................................................................................ **1**

**II. Mr. Dennis lacks the requisite training and experience to meaningfully comment on the Freer Aggregation Methodology**.................................................. **1**

    A. Mr. Dennis lacks the requisite statistical training and experience............................1

    B. Mr. Dennis has never been engaged to perform a Fellegi-Sunter probabilistic record linkage analysis.......................................................................... 6

    C. Mr. Dennis did not analyze or offer an opinion on the majority of the Freer Aggregation Methodology or its analysis.................................................... 8

        i. Mr. Dennis barely reviewed my code.............................................. 8

        ii. Mr. Dennis formed no opinion on what sample size would be adequate to estimate input data quality....................................................................9

        iii. Mr. Dennis performed no affirmative analysis to determine what he thought the appropriate approach was for any aspect of my methodology..................... 9

        iv. Mr. Dennis did not perform or offer any quantifiable error analysis or opinion................................................................................................11

**III. Mr. Dennis' lack of experience leads to many misunderstandings**...................... **13**

    A. Mr. Dennis misunderstands the role of name in the Freer Aggregation Methodology............................................................................................13

    B. Mr. Dennis misunderstands what constitutes sufficient data quality......................22

    C. Mr. Dennis misunderstands whether ground truth data is required to assess accuracy of the aggregation methodology.....................................................27

    D. Mr. Dennis misrepresents the academic literature...................................................28

        i. Mr. Dennis misunderstands Christen regarding transitive closure................28

        ii. Mr. Dennis misunderstands Christen regarding data quality....................... 29

    E. Mr. Dennis' statistical inexpertise leads to invalid criticisms of the Freer Report. 32

        i. Mr. Dennis unreasonably attacks an example cluster illustrating high output quality..............................................................................................32

        ii. Mr. Dennis misunderstands statistical significance and sample size...........33

    F. Mr. Dennis misunderstands transitive closure........................................................36

    G. Mr. Dennis is mistaken about the required output of the aggregation task............38

**IV. Mr. Dennis' examples are cherry-picked and do not impeach the Freer Aggregation Methodology**....................................................................... **41**

**V. The Freer aggregation methodology is agnostic to the choice of net equity formula**.................................................................................................**43**

**VI. Conclusion**..............................................................................................**44**

# EXHIBITS

| Exhibit Number | Description |
| --- | --- |
| 1 | Materials Considered |
| 2.1 | All 12 fields from *representante* used in the Freer Aggregation Methodology, for 400 randomly-selected records chosen with fixed random seed |
| 2.2 | Values of the *rep_id* field from *representante* for these 400 records |
| 2.3 | Values of the *rep_nome* field from *representante* for these 400 records |
| 2.4 | Values of the *rep_email* field from *representante* for these 400 records |
| 2.5 | Values of the *rep_cel* field from *representante* for these 400 records |
| 2.6 | Values of the *rep_fone* field from *representante* for these 400 records |
| 2.7 | Values of the *rep_end* field from *representante* for these 400 records |
| 2.8 | Values of the *rep_numero* field from *representante* for these 400 records |
| 2.9 | Values of the *rep_cep* field from *representante* for these 400 records |
| 2.10 | Values of the *rep_login* field from *representante* for these 400 records |
| 2.11 | Values of the *rep_pwd_secondary* field from *representante* for these 400 records |
| 2.12 | Values of the *rep_cpf* field from *representante* for these 400 records |
| 2.13 | Values of the *rep_datanasc* field from *representante* for these 400 records |
| 3 | Values of the *rep_nome* field from the 300 randomly-selected User Accounts analyzed in the Freer Report |

## I. Introduction

1. I prepared an Expert Report (the "<u>Freer Report</u>") issued on April 29, 2022. The Freer Report contains my initial opinions, describes my qualifications, and includes my CV (as Exhibit 1 of the Freer Report).

2. I have prepared this Reply Report (this "<u>Reply</u>") in response to the Supplemental Rebuttal Expert Report of Joshua M. Dennis (the "<u>Dennis Rebuttal</u>") issued on April 14, 2023 and the transcript of the deposition taken of Mr. Dennis on May 9, 2023 ("<u>Dennis Tr.</u>").

3. I relied upon data and documents from a variety of sources during my work and in the course of generating this report. A complete listing of materials that I considered is presented in Exhibit 1 of this Reply, in conjunction with Exhibit 2 of the Freer Report. Note that I will refer to the aggregation methodology described in the Freer Report as the "<u>Freer Aggregation Methodology</u>", by which I mean the same thing as the "<u>Freer Aggregation Process</u>" or the "<u>Borelian Aggregation Methodology</u>".

## II. Mr. Dennis lacks the requisite training and experience to meaningfully comment on the Freer Aggregation Methodology.

### A. Mr. Dennis lacks the requisite statistical training and experience.

4. Mr. Dennis has limited to no experience with many of the statistical concepts and tools that I utilized in the Freer Aggregation Methodology. Mr. Dennis has a BS in Business from Skidmore College. Mr. Dennis' business coursework "involved multiple accounting courses, economics courses, finance courses, marketing courses. Things of that nature."[1]

---

[1] Dennis Tr., 33:17-34:3.

He minored in computer science, of which the only course dedicated to the manipulation of data that he remembers was a course teaching Microsoft Access.[2]  Mr. Dennis does remember taking one semester-long statistics course.[3]  Subsequent to graduating, Mr. Dennis took a continuing education course learning SQL that "spanned a couple weeks", but remembers no other formal continuing education related to data science.[4]

5.    Mr. Dennis' actual probabilistic computing engagements appear to be limited to some form of fuzzy matching.[5] Even so, Mr. Dennis appears to have little comprehension of basic concepts in the field of entity resolution, or in the closely related and overlapping fields of record linkage and data matching.

6.    Probabilistic record linkage is a method used to link data that refer to the same entities, such as individuals or businesses. It is called "probabilistic" because it involves the computation of the probability that each pair of records refers to the same entity.[6] It often incorporates rules and scoring systems that take into account a variety of data fields (such as name, email address, phone number, etc.) to generate the probability of a match.

7.    Fuzzy matching, on the other hand, is a technique used to measure similarity between strings. This is quite different from estimating the probability that two complete records are a match.

8.    Even when discussing fuzzy matching, Mr. Dennis demonstrates a lack of knowledge. He describes Jaccard similarity, Levenshtein distance, and TF-IDF as methods of fuzzy

---

[2] Dennis Tr., 34:16-35:17.
[3] Dennis Tr., 35:20-36:13.
[4] Dennis Tr., 36:14-38:12.
[5] Dennis Tr., 59:19-60:18, 62:7-23.
[6] When I say "entity" in this Reply, I am not referring to the concept of legal entity.  Rather, I am referring to the concept of "entity" as it appears in the entity resolution, record linkage, and data matching literature: an *entity* is a distinct object (such as individual, organization, or location) that can be represented in multiple, potentially different ways across the data. The purpose of entity resolution is to identify when these different representations refer to the same object.

matching, but this is incorrect.  TF-IDF (Term Frequency-Inverse Document Frequency)

is not a fuzzy matching technique like Jaccard similarity or Levenshtein distance. TF-IDF

is a statistical measure used to evaluate how important a word is to a document in a

collection or corpus. This mistake is especially strange given that Mr. Dennis claims to

have used TF-IDF before:[7]

Q.    You've used TF-IDF?
A.    Correct.

Q.    "TF-IDF" stands for what?
A.    I'd have to go back and look. I don't recall.

Q.    Is it a -- is it a fuzzy matching model?
A.    It is, yes.

9.  Mr. Dennis has little understanding of the notion of connected components,[8] an important

concept in graph theory.[9] This notion is closely related to transitive closure,[10] a key aspect

of the Freer Aggregation Methodology.

10. Mr. Dennis could not recall any specific engagements that involved transitive closure,

and when he tried, Mr. Dennis again showed a lack of understanding.  Transitive closure

is not "putting things in one cluster and only one cluster" – that is called partitioning or

creating a partition (which I discuss later on this Reply) – unlike what Mr. Dennis

states:[11]

Q.    Have any of your prior engagements involved transitive closure?

---

[7] Dennis Tr., 63:9-16.

[8] Dennis Tr., 90:15-91:5.

[9] Graph theory is a branch of mathematics germane to record linkage, and especially to the dynamic clustering approach of the Freer Aggregation Methodology.

[10] In simple terms, a connected component is a set of vertices that are all connected to each other by a path, but not to other vertices outside of the component. Transitive closure of the edges in a graph forms its connected components, thereby identifying all pairs of vertices that are reachable from each other, regardless of the specific path taken.

[11] Dennis Tr., 76:21-77:24; see also 122:14-123:22.

A.    I'm trying to -- I apologize -- I'm trying to think.  There have certainly been engagements that have required things to be bucketed and only input in one and only one bucket.

Q.    Okay.  When you're describing putting things in one bucket, did you use transitive closure in those instances, or was that just bucketizing individual bits of information?
A.    My understanding is – with Dr. Freer is that transitive closure was putting something in one cluster and only one cluster.

Q.    Right.  But using a transitive process to do so; correct?  If A equals B, B equals C, then A equals C?  Well, broadly speaking.
A.    I'd have to go back and think.  It's possible.

Q.    Okay.  Well, can you think?
A.    It's certainly possible.  I can't think of anything sitting here today.  I'll continue to think on it and let you know.

Q. Okay. Please do.

11. Mr. Dennis is not familiar with Cochran's Formula, used by statisticians to calculate an ideal sample size given a desired level of precision, desired confidence level, and the estimated proportion of the attribute present in the population.[12]  Moreover, Mr. Dennis was unable to even generally explain the correlation between sample size and population size:[13]

Q.    Well, generally speaking, does the required sample size grow in some linear fashion as relates to the overall data size -- dataset?
A.    Not linearly, no.

Q.    Well, how does it grow?
A.    Well, I don't recall the math behind it.

Q.    Is it logarithmic?  Is it sublinear? Do you have any recollection?
A.    I don't recall them.

12. Mr. Dennis does not have an understanding of what f-measure is (beyond what is described in my report), even though it is a basic statistical metric to measure accuracy in

---

[12] Dennis Tr., 80:9-11.
[13] Dennis Tr., 83:8-18.

binary classifications.[14]  Even more concerning is that Mr. Dennis testified that he could

not calculate how often one would expect to see false positives in an aggregation

methodology with a precision of 0.980, a recall of 0.996, and an f-measure of 0.988

without referring back to my report.[15]  (A precision of 0.980 straightforwardly implies a

false discovery rate of $1 - 0.980 = 0.02$, which means that 2% of the matches asserted by

the methodology are false positives.)  This may be because Mr. Dennis has never made

such a calculation before:[16]

Q:  Have you ever calculated false positives off of precision, recall, and F-measure?

A. No, I have not.

13. In fact, Mr. Dennis cannot recall any experience with calculating the statistical notions of

precision and recall:[17]

Q.  … I'm asking if you have any experience whatsoever calculating precision and recall
as it relates to error rate?
A.  Generally not.

14. Just as Mr. Dennis appears to have limited experience with commonly used data science

statistical concepts, Mr. Dennis appears to have limited experience with commonly used

data science tools.  For example, Mr. Dennis claims only a "base knowledge" of Python

(often the preferred programming language used in complex structured and unstructured

data exploration).[18] Python is a very common tool of choice for data scientists because it

includes a broad range of libraries used in data manipulation, including Pandas, which is

specifically designed for large data set analysis.

---

[14] Dennis Tr., 90:11-14.
[15] Dennis Tr., 161:24-163:19.
[16] Dennis Tr., 163:22-164:1.
[17] Dennis Tr., 88:7-89:6.
[18] Dennis Tr., 45:11-14.

15. Mr. Dennis also claims to be only partially conversant with the Pandas Python package, having used Pandas libraries "a handful" of times.[19]  In contrast, I have used Pandas every day that I was designing and implementing the Freer Aggregation Methodology, as well as for many years for a variety of projects involving large datasets.  Pandas is an appropriate tool for working with a large dataset of nearly 11 million records.[20]  I would expect any experienced data scientist to be fully conversant in using Python and its Pandas library for data analysis (or their equivalents in other languages).

16. Mr. Dennis did not use Splink, a well-known and peer-reviewed Python package for probabilistic record linkage, either before or *during* the TelexFree case.[21] This admission is surprising, as the Splink package is at the heart of the Freer Aggregation Methodology, and performs the key function of computing match probabilities between pairs of User Accounts.

**B. Mr. Dennis has never been engaged to perform a Fellegi-Sunter probabilistic record linkage analysis.**

17. Critically, even though the Fellegi-Sunter model underlies most of the standard approaches to probabilistic record linkage, the TelexFree engagement is the first time Mr. Dennis has been exposed to the Fellegi-Sunter model.[22]  Mr. Dennis testified that he has never used the Fellegi-Sunter data aggregation method.[23]  Nor has he studied the

---

[19] Dennis Tr., 45:24-46:12.
[20] In fact, Mr. Dennis' confusion about "numerous duplicate records" (footnote 25 of Dennis Rebuttal at 8) in the output of the Freer Aggregation Methodology is likely due to his use of tools that do not correctly parse the large CSV files that were included as Exhibits 6 and 7 of the Freer Report. Part of the codebase that I delivered to Mr. Dennis includes code that properly reads those CSV files, but it appears that Mr. Dennis did not make use of that code.
[21] Dennis Tr., 46:20-22.
[22] Dennis Tr., 57:19-58:3
[23] Dennis Tr., 62:24-63:3.

mathematics of how, in FS-EM, the relative weights of agreement across various fields are determined, an important concept for understanding and evaluating any probabilistic data aggregation methodology.[24]

18. What is even more problematic is that Mr. Dennis admits that he did not perform such an aggregation task *during* this project either, since he did not even execute the full sequence of code that I provided to him so that he could replicate my work. In fact, Mr. Dennis admits that of the code he examined (let alone executed), he primarily looked at only the cleaning and blocking sections.[25]

19. This highlights Mr. Dennis' inexperience with probabilistic record linkage because, as described in my initial report, the Fellegi-Sunter model, and specifically Fellegi-Sunter with Expectation Maximization (FS-EM), has become a standard method for performing probabilistic record linkage.

20. Mr. Dennis introduces a quote out of context[26] to cast aspersions on the Freer Aggregation Methodology, specifically to falsely imply that a gold standard is required for evaluation of FS-EM. It is not required, as I explain below in Section III.C of this Reply. Despite his insinuation, Mr. Dennis is not sure whether he has even *thought* about whether FS-EM requires a gold standard.[27]

21. Given Mr. Dennis' lack of affirmative analysis and inexperience with probabilistic record linkage in general, and with FS-EM in particular, he cannot offer a meaningful critique of my FS-EM aggregation methodology.  Instead, as described in more detail below in Section IV of this Reply, he resorts to cherry-picking data that is not statistically

---

[24] Dennis Tr., 64:21-65:8.
[25] Dennis Tr., 26:3-8.
[26] ¶111 of Dennis Rebuttal at 36.
[27] Dennis Tr., 128:6-12

significant, so as to purportedly identify "potential" flaws – flaws that, if present, would be well within the stated error rates for the Freer Aggregation Methodology. If Mr. Dennis had a better understanding of probabilistic record linkage, he would have presented statistical evidence, rather than attempting to attack the Freer Aggregation Methodology with a small number of examples, presumably selected at his own discretion.

**C. Mr. Dennis did not analyze or offer an opinion on the majority of the Freer Aggregation Methodology or its analysis.**

22. In addition to lacking the appropriate training and experience to meaningfully critique the Freer Aggregation Methodology, Mr. Dennis did not even attempt to review or offer an opinion on my methodology in any meaningful way, other than to incorrectly claim that his cherry-picked examples of potential overclustering and underclustering invalidate my entire analysis, a topic that I address more fully below in Section IV of this Reply.

*i. Mr. Dennis barely reviewed my code.*

23. As an example of insufficient review, Mr. Dennis did not review my code for running the 10-step Freer Aggregation Methodology in full.[28]  In fact, he primarily ran code only for two out of those ten steps, the blocking and cleaning steps.[29]  And of blocking code, he reviewed only "a portion of it".[30]  Since Mr. Dennis did not run through the code of the Freer Aggregation Methodology, he could not have possibly recreated the aggregation output.

---

[28] Dennis Tr., 20:18-22.
[29] Dennis Tr., 26:3-8; 31:18-32:12.
[30] Dennis Tr., 23:8-17; 74:8-11.

24. In light of Mr. Dennis' statements, I estimate the percentage of the overall code reviewed by Mr. Dennis to be less than 10% percent of the codebase.  Of the portions he did review, Mr. Dennis admits that my code operates in the manner intended.[31]

### ii. Mr. Dennis formed no opinion on what sample size would be adequate to estimate input data quality.

25. Mr. Dennis did not form a specific opinion on the degree to which the 300 name field values manually reviewed by me constituted an adequate sample size for verifying the quality of the name field.[32]  In particular, Mr. Dennis did not determine how many records more than 300 he thinks I should have reviewed.[33]

26. It appears that Mr. Dennis did not realize that such a determination was a reasonable thing for a statistically literate expert to do: Mr. Dennis stated that he did not do an independent determination of the appropriate sample size for any purpose in this engagement because he was not asked to.[34]  I discuss this issue of sample size in detail below in Section III.E.ii of this Reply.

### iii. Mr. Dennis performed no affirmative analysis to determine what he thought the appropriate approach was for any aspect of my methodology.

27. Mr. Dennis testified that he was not asked to determine any affirmative analysis in this case.[35]  Mr. Dennis testified having formed no opinion on the right or wrong approach is for each of the following aspects of my method:

---

[31] Dennis Tr., 25:18-26:2.
[32] Dennis Tr., 81:19-82:16.
[33] Dennis Tr., 82:17-20.
[34] Dennis Tr., 79:10-80:8.
[35] Dennis Tr., 97:17-98:5, 161:18-19, 198:9-10.

- He did not form an opinion one way or another about whether the analysis in the *rep_id_summary* table was accurate or reliable for purposes of distinguishing the TelexFree accounts from the Ympactus accounts and the hybrid accounts.[36]

- He did not form an opinion on what field cleaning process would have been appropriate for me to perform.[37]

- He did not determine how he thinks blocking should have been done.[38]

- He did not form an opinion or look into whether the weights in the FS-EM model were correctly determined.[39]

- He did not form an opinion on whether transitive closure was a "required step" in the aggregation process, because it was not something he was asked to do.[40]

- He did not perform any analysis to determine what percentage of the clusters in the aggregation output of the Freer Aggregation Methodology he thinks are error-free, because he was not asked to.[41]

28. Mr. Dennis takes the last example to the extreme by not even having an opinion on whether User Accounts which, in his own report, he insinuates are problematically clustered, are actually appropriately clustered or not.  For example, he testified that he did not form any opinion on whether accounts in cluster 132785 (the "Maria Neves" cluster) were in fact over-aggregations,[42] despite referring to them in his Rebuttal as "potential

---

[36] Dennis Tr., 157:8-19.
[37] Dennis Tr., 72:22-73:4.
[38] Dennis Tr., 197:16-198:12.
[39] Dennis Tr., 66:23-67:8.
[40] Dennis Tr., 91:19-92:16.
[41] Dennis Tr., 134:23-135:10.
[42] Dennis Tr., 94:18-96:22.

issues".[43] He also did not do any analytical work to specifically arrive at a number of over-aggregations that in his opinion appear in this cluster,[44] despite discussing this cluster at length in his Rebuttal.[45]

29. Similarly, Mr. Dennis testified that he has no opinion on whether the "Shal Group" cluster 12650741 and "Dolarex" cluster 10992563, compared in his Rebuttal in paragraph 159 and Exhibit 9.4, should have been aggregated into one cluster or not.[46] This is despite specifically referring to this example as an "under-aggregation" in his Rebuttal.[47]

30. Mr. Dennis also did not form an opinion on whether the "DL1 INC" cluster 11849449, and "Linda Hackett" cluster 707775, compared in his Rebuttal in Exhibit 9.5, should be aggregated into one cluster or not,[48] despite again insinuating in his Rebuttal that it "appears to be under-aggregation".[49]

31. Because Mr. Dennis did not opine on what an appropriate approach would be for many aspects of the Freer Aggregation Methodology, it is difficult to see how he can meaningfully critique these aspects of the methodology.

### iv. Mr. Dennis did not perform or offer any quantifiable error analysis or opinion.

32. Mr. Dennis' refusal to offer any opinion on what he thinks is appropriate permeates his entire error analysis. Specifically, Mr. Dennis did not perform or offer any quantifiable error analysis or opinion,[50] nor was he asked to do so.[51] As a result, he did not opine on

---

[43] ¶142 of Dennis Rebuttal at 47.
[44] Dennis Tr., 94:18-96:22
[45] ¶¶141-146 of Dennis Rebuttal at 47-48.
[46] Dennis Tr., 180:2-18, 185:13-22.
[47] ¶159 Dennis Rebuttal at 51.
[48] Dennis Tr., 190:5-191:11
[49] ¶161 of Dennis Rebuttal at 51.
[50] Dennis Tr., 98:6-15.
[51] Dennis Tr., 100:4-19.

or attempt to calculate what an appropriate error rate would be in this case.[52]  For example, he testified that:

- He has not formed an opinion on whether a zero overclustering or underclustering error rate is required for a cluster to be acceptable.[53]

- He has not formed an opinion on what error rate would make a clustering methodology acceptable.[54]

- He has not endeavored to determine the number of missed links one would have to examine to validate or invalidate the Freer Aggregation Methodology.[55]

- He did not attempt to calculate the actual rate of overclustering in any cluster of the output of the Freer Aggregation Methodology.[56]

- He did not attempt to calculate the actual rate of underclustering in any cluster of the output of the Freer Aggregation Methodology.[57]

33. As I have illustrated, Mr. Dennis frequently fails to offer an opinion on key aspects of the Freer Aggregation Methodology. Even so, Mr. Dennis often incorrectly insinuates problems with the methodology, due to his misunderstanding. I explore his troublesome approach more fully in the rest of this Reply.

---

[52] Dennis Tr., 89:19-90:10.
[53] Dennis Tr., 159:24-160:5.
[54] Dennis Tr., 160:19-161:19.
[55] Dennis Tr., 167:7-19.
[56] Dennis Tr., 96:23-97:16, 114:20-115:8.
[57] Dennis Tr., 99:2-5, 114:20-115:8.

### III. Mr. Dennis' lack of experience leads to many misunderstandings.

#### A. Mr. Dennis misunderstands the role of name in the Freer Aggregation Methodology.

34. The aggregation task in the TelexFree case is to form clusters of User Accounts based on which *person* they refer to. Mr Dennis seems not to understand this basic point. As a result, Mr. Dennis makes incorrect assertions about the Freer Aggregation Methodology,[58] and he incorrectly alleges instances of underclustering.[59]  (Note that when I say "person" in this Reply, I mean to include both natural persons and non-natural persons, such as corporations.)

35. Sometimes two distinct persons will share an identifier such as address, phone number, or email address. (This can happen for two natural persons,[60] or a natural person and corporation,[61] or two different corporations.[62]) Even when two distinct persons share such identifiers, they remain separate persons, and the aggregation task is to place the corresponding User Accounts into different clusters. Mr. Dennis does not seem to understand this, and accordingly makes incorrect judgments about which clusters in the output of the Freer Aggregation Methodology constitute false negatives.

---

[58] ¶¶74-88, 108-124, 137, 157-164 of Dennis Rebuttal at 24-29, 35-42, 46, 50-52.

[59] ¶¶156-161 of Dennis Rebuttal at 50-51.

[60] For example, married couples very often share a street address, and sometimes share a phone number (especially landline) or even email address. The same can be true of family members, or unrelated people who share housing.

[61] A natural person and a corporation are not the same legal entity, even if the natural person owns the corporation, and even if the two entities share a mailing address, phone number or email address.

[62] Two different corporations are not the same legal entity, even if they are owned by the same persons, and even if they share a mailing address, phone number, or email address. For example, the U.S. Bankruptcy Court, District of Massachusetts has noted "In Massachusetts, corporations and their shareholders, or different corporations with common shareholders, are generally deemed distinct legal entities." (In re Plantation Realty Trust, 232 B.R. 279, 282 (Bankr. D. Mass. 1999).)

36. For example, Mr. Dennis asserts that Exhibit 9.4 of the Dennis Rebuttal is an instance of "under-aggregation".[63] It is not. The name fields in the respective clusters (some capitalization of "Shal Group LLC" and some variant of "Dolarex LLC") clearly refer to different persons.

37. Mr. Dennis makes numerous such mistakes. As another example, consider Exhibit 9.5 of the Dennis Rebuttal, which Mr. Dennis also insinuates is an instance of "under-aggregation".[64] Again the name fields in the respective clusters (some capitalization of "DL1 INC" and some variant of "Linda S. Hackett") clearly refer to different persons.

38. These are not mere oversights — Mr. Dennis incorrectly classifies these pairs of clusters as instances of "under-aggregation" because he misunderstands the aggregation task itself.

39. The record linkage literature is clear that the nature of an aggregation task, and specifically the choice of fields from the input data set, depends on what kind of object each cluster is meant to identify.[65] Mr. Dennis does not seem to understand this point.

40. In the TelexFree task, each cluster of User Accounts corresponds to a *person*, namely the Participant that is identified by the descriptions in the User Accounts of that cluster.[66] The

---

[63] ¶159 of Dennis Rebuttal at 51.

[64] ¶161 of Dennis Rebuttal at 51.

[65] For example, a widely-cited paper on entity resolution states, "How to match and combine records is also application specific. For instance, the functions used by that company to match customers are different from those used by others to match say products or DNA sequences." (O. Benjelloun, H. Garcia-Molina, D. Menestrina, Q. Su, S. E. Whang, and J. Widom. Swoosh: a generic approach to entity resolution. *The VLDB Journal,* 18, 255-276, 2009.)

Another paper on large-scale entity resolution states, "ER often requires extensive exploration and understanding of the data to formulate the matching algorithms. In both unstructured and semi-structured data scenarios, one needs to know which attributes are present and how frequently populated, which of these 'identify' an entity or are relevant for matching". (K. Qian, L. Popa, and P. Sen. Active learning for large-scale entity resolution. In *Proceedings of the 2017 ACM on Conference on Information and Knowledge Management*, pp. 1379-1388, 2017.)

[66] For more details, see Section III.G of this Reply below.

record linkage literature is clear that *personal identifiers*[67] are the fields that are relevant

for identifying persons. Chief among these personal identifiers is name:[68]

> Names and other personal details play a crucial role in daily life because people are using them to identify individuals, ranging from family and friends, to work colleagues, and all the way to politicians and celebrities. For organisations both in the private and public sectors, names are often a primary source of identification of the individuals they are in contact with.
> Personal names are a major component of the information used in many data matching or deduplication processes to identify records that refer to the same individuals.

41. Indeed, the fact that names are used to identify persons is so commonplace that people

often use names in this way without explicitly noticing that they are doing so. Despite

protesting the use of the name field in the Freer Aggregation Methodology, Mr. Dennis

uses names in exactly this way himself on many occasions, including when referring to

Maria Neves[69] and Nael Lopes[70].

42. It is because of the nature of the TelexFree aggregation task and its dataset, in light of

standard record linkage principles, that I justifiably chose the 11 personal identifier

---

[67] "The identifying data collected about individuals generally include their names and addresses, dates of birth, social security or drivers license numbers, telephone numbers, and email addresses." (P. Christen, *Data Matching*, Data-Centric Systems and Applications, Springer-Verlag, 2012 at 42.)

[68] Christen, 2012 at 42.

[69] Exhibit 3 of the Freer Report includes all of the User Accounts of the cluster of the Freer Aggregation Methodology having Cluster ID 132785. It is labeled simply as "Cluster 132785". Nevertheless, Mr. Dennis refers to the same set of records in Exhibit 16 of the Dennis Rebuttal as "Maria Neves User Account Detail". This is entirely natural to do. Where did he get the idea that this cluster corresponds to Maria Neves? Almost certainly from the field *rep_nome*, which, in this cluster, usually contains some variation of the name "Maria Neves".

[70] Mr. Dennis refers to "Nael Lopes" as a "Participant" on the basis of one record in Cluster 119427 (¶124 of Dennis Rebuttal at 41.). Looking at the table of values he provides (¶123 of Dennis Rebuttal at 41), whose last line contains a single record with *rep_nome* "nael lopes", it is clear that he is inferring who the Participant is via the contents of the name field. (In fact, the *rep_email* value for this User Account is "saminha_nunes@yahoo.com", but note that Mr. Dennis does not refer to the Participant as "Saminha Nunes".) Again, this illustrates how it is entirely reasonable and standard to use names to identify persons.

fields[71] used in the Freer Aggregation Methodology, with name in particular having a special role.

43. In contrast, consider the following example: suppose one was aggregating records of real estate property deeds, where each record denotes a sale, and the desired clustering contains one cluster of deeds per property. In that case, the most important fields would be those that identify the location of the property, such as address, GIS coordinates, or Legal Description. Note that in such records, there might be one or more fields referring to a person's name (e.g., the property owner), but such fields would *not* have a special role in this context, because the goal is for each cluster to correspond to a property (by agreeing on *where* it is), not to a person (by agreeing on *who* it is).

44. Indeed, as Chief Scientist of Remine (2017-2018) I needed to (i) perform data matching among large databases of consumer records, with a goal of one cluster of consumer records per US adult, and also (ii) perform data matching among large databases of deeds for residential properties, with a goal of one cluster of deeds per property. These two tasks had very different requirements, even though some field names were roughly in common between the two kinds of data (e.g., both had some notion of name, and some notion of address). It would have been inappropriate to use the techniques from the consumer matching problem on the deed dataset, and vice-versa.

45. Analogously, in the TelexFree aggregation task, although there are several fields containing address components, it would be inappropriate to cluster together User Accounts merely because they describe the same address, precisely because the goal is to

---

[71] The particular fields that I chose for inclusion in the Freer Aggregation Methodology consist of the name field (*rep_nome*) along with 10 other personal identifier fields. These were selected on the basis of their relevance to the task of personal identification, as well as on the data quality of their contents, as I describe in the Freer Report at 23-31.

have one cluster per person, not one cluster per location. Similarly, it would be inappropriate to cluster merely on the basis of email addresses, phone numbers, or other potential identifiers that can be shared between distinct persons.

46. The fact that distinct persons sometimes share personal identifiers other than name (such as address, phone number, etc.) is well-understood in the data matching literature.[72] The standard solution is to *disambiguate* by name, i.e., to use the name field to distinguish among records that share an address or other identifiers but not a name.[73] Mr. Dennis does not seem aware of this fact.

47. I accomplish this disambiguation in the Freer Aggregation Methodology in the course of the blocking step.[74] This is a standard and reasonable way to accomplish the disambiguation[75] — which it is crucial that the methodology perform via some mechanism.

48. Even as the name field plays a special role in disambiguation, all 11 fields I selected play an important role in the Freer Aggregation Methodology, and the FS-EM technique analyzes the contents of *all* of these fields in determining the relative weights of these

---

[72] Winkler has developed data matching techniques for decades at the U.S. Bureau of the Census, pioneering the use of Fellegi–Sunter with Expectation Maximization (FS-EM). In a widely-cited survey of matching and record linkage, Winkler refers several times to "nonmatches such as husband-wife or brother-sister pairs that agree on address information". (W. E. Winkler, Matching and Record Linkage. In *Business Survey Methods* (ed. Cox, Binder, Chinnappa, Christiansen, Colledge, and Kot). Wiley Series in Probability and Statistics, Chapter 20, pp. 355-384, 1995.)

[73] Winkler notes that "results that are closer to the truth" insofar as the method "divides the set of pairs that agree on address into those agreeing on name and demographic information and those that disagree." (Winkler, 1995.)

[74] A mathematically equivalent result could be obtained by appropriately setting pairwise scores following Step 6, but this would be more computationally intensive, as I explain in the Freer Report at 50-54.

[75] For example, Winkler describes a circumstance where performing blocking based on name is warranted in order to distinguish individuals, explaining that "Name information generally provides more distinguishing power than receipts, sales, or address information." (Winkler, 1995.)
(*Distinguishing power* is a notion in probabilistic record linkage, which Winkler defines as follows: "A procedure, or matching variable, has more distinguishing power if it is better able to delineate matches and nonmatches than another." (Winkler, 1995.))

fields.  As such, the Freer Aggregation Methodology is not based primarily on any single field.

49. Therefore, name is not a "starting point",[76] nor are User Accounts "aggregated primarily"[77] by the name field, as Mr. Dennis falsely alleges by insinuating that the Freer Aggregation Methodology takes the same approach as the very different Martin Report — even going so far as to gratuitously quote from the June 2021 Court Memorandum for over a page about the Martin Report, not the Freer Report[78]. Rather, name is used to disambiguate, as is appropriate for an aggregation methodology that identifies persons, and no single field is the primary basis of the aggregation.

50. Mr. Dennis cites 3 paragraphs (Paragraphs 5, 89, and 90)[79] of the Freer Report in his grandiose but incorrect claim that a particular "understanding" of mine is of "paramount importance" and "foundational to the entirety of the Freer Aggregation Process", that I failed to provide any meaningful support demonstrating why such an understanding is grounded in fact, and that this failure renders my "Aggregation Process … unreliable for determining Net Equity." These claims are all false.

51. Mr. Dennis, in his confusion about name, repeatedly misinterprets the "understanding" in Paragraph 5 of the Freer Report.[80] It is neither "of paramount importance"[81] nor "foundational to the entirety of the Freer Aggregation Process",[82] as he falsely alleges, nor is the "understanding" itself false, as he claims.

---

[76] ¶76 of Dennis Rebuttal at 25.
[77] ¶70, 79, 97 of Dennis Rebuttal at 25, 26, 31.
[78] ¶79 of Dennis Rebuttal at 26-27.
[79] ¶70, 83 of Dennis Rebuttal at 21, 27-28.
[80] ¶¶70, 79-80, 131 of Dennis Rebuttal at 21-23, 26-27, 44.
[81] ¶74 of Dennis Rebuttal at 24.
[82] ¶¶74-75 of Dennis Rebuttal at 24.

52. Furthermore, Mr. Dennis incorrectly insinuates that Paragraph 90 of the Freer Report (describing the special role of name) depends on the "understanding" in Paragraph 5. It does not. The relevant issue in Paragraph 90 is the "major source of complexity with the TelexFree dataset" as is described in Paragraph 89 and fully documented in footnote 27. It merely uses Paragraph 5 as motivation (as it is where this complexity was earlier described).

53. To wit, Mr. Dennis criticizes the following Paragraph 5 of the Freer Report:[83]

> Because of the pyramid nature of TelexFree's scheme, Participants often recruited friends and relatives into the scheme. My understanding of the TelexFree scheme is that, in the course of User Account creation, it was common practice for recruits to use their own name while using the contact information (email address, phone number, street address, and other fields) of their recruiters, or for family members to share the same contact information, or for a business and an individual to share the same contact information.

54. Mr. Dennis states that "The Freer Aggregation Process is predicated on"[84] this "understanding". This is false. In fact, as I explain in Paragraph 89 of the Freer Report[85] (which Mr. Dennis also quotes), the pyramid nature of the scheme (referred to in Paragraph 5 of the Freer Report) is part of what makes the data aggregation task complex. As I note there, in some datasets, when aggregating by persons, there is not much need to disambiguate based on name because persons who are unconnected with each other are unlikely to share identifiers in the dataset. With TelexFree, this is not the case – due to its pyramid nature, one *does* need to disambiguate based on name. This fact is true independent of the "understanding" in Paragraph 5 of the Freer Report.

---

[83] Freer Report at 2.
[84] ¶70 of Dennis Rebuttal at 21.
[85] Freer Report at 24.

55. The "understanding" in Paragraph 5 of the Freer Report did not inform my choice of methodology, other than to suggest that it was important to consider disambiguating (which must, in turn, happen via the name field for the reasons above). Even if the "understanding" were not in fact true or justified, disambiguating based on name is still standard and appropriate in sufficiently complex datasets.

56. Mr. Dennis incorrectly states, "However, this understanding is entirely unsupported and counter to real-world case facts."[86]  Even though this "understanding" did not inform my choice of methodology, it does happen to be true. The pyramid nature of the scheme is well-documented.[87] The fact that Participants often recruited friends and relatives into the scheme is also well documented.[88] All three "common practices" described in the "understanding" are also true and documented:

    a.  As far back as 2015, the Trustee documented that "some Participants entered the scheme using the Email Address of another Participant"[89].

    b.  Family members do commonly share contact information such as phone number and address.[90]

    c.  Businesses and individuals do sometimes share the same contact information.[91]

57. Paragraph 89 of the Freer Report[92] states "As described in Paragraph 5, a major source of complexity with the TelexFree dataset is the prevalence of User Accounts that contain

---

[86] ¶70 of Dennis Rebuttal at 21.
[87] "Each of the Debtors in these jointly administered cases operated a Ponzi and pyramid scheme. This ruling is the law of the case in each of the jointly administered cases." (Amended Order on Motion by Chapter 11 Trustee for Entry of Order Finding That Debtors Engaged in Ponzi and Pyramid Scheme and Related Relief, December 21, 2015 at 2.)
[88] P. J. Owen, "TelexFree, other scams target local immigrants", *Telegram & Gazette*, Worcester, MA. June 30, 2014.
[89] ¶46 Affidavit of Stephen B. Darr in Support of Motion by Chapter 11 Trustee for Entry of Order Finding That Debtors Engaged in Ponzi and Pyramid Scheme and Related Relief, October 7, 2015 at 11-12.
[90] See, for example, Exhibit 9.11 of the Initial Dennis Rebuttal of July 31, 2020.
[91] See, for example, Exhibit 9.5 of the Dennis Rebuttal.
[92] Freer Report at 24.

different names, but the same email address, phone number, address, etc." This is

immediately followed by a footnote:[93]

> For multiple examples of distinct Participants (with different names) having the same
> contact information as each other in several fields, see the following Exhibits of the July
> 31, 2020 Rebuttal Expert Report of Joshua W. Dennis: Exhibits 9.1 and 9.5 (individual
> and business), Exhibits 9.2 and 9.3 (same email or address), Exhibit 9.4 (different
> businesses with the same address and email), Exhibits 9.6 and 9.11 (same last name and
> phone, but different first names), Exhibit 10 (same email, address, and last name, but
> verified by affidavits to be spouses – see July 29, 2020 affidavits of Frantz Balan and
> Lusette Balan).

58. Although this "major source of complexity" was first described in Paragraph 5, the

conclusion that Paragraph 89 draws is true independently,[94] and does not rely on

Paragraph 5 for its conclusion.

59. In summary, I did not rely on this "understanding" in designing or implementing the

methodology. Rather, my design and implementation of the methodology are based upon

the contents of the data, established data science principles, and the nature of the task. In

particular, Mr. Dennis' assertion that this "understanding," was "of paramount

importance"[95] is false, as is his claim that "[i]t is foundational to the entirety of the Freer

Aggregation Process".[96] Mr. Dennis' conclusion is also false: "Thus, if Dr. Freer's

---

[93] Freer Report at 24, footnote 27.
[94] The "understanding" in Paragraph 5 of the Freer report describes 3 circumstances (which did occur, as I
analyzed above in this Reply). Each of these 3 circumstances leads to "User Accounts that contain
different names, but the same email address, phone number, address, etc.", as I explain in Paragraph 89 of
the Freer Report, quoted above. In the quoted footnote, I provided detailed evidence for the existence of
such User Accounts in the TelexFree dataset (in fact, all taken from examples that Mr. Dennis earlier
provided in his previous rebuttal report dated July 31, 2020). I do believe that this constitutes "a major
source of complexity with the TelexFree dataset", and for this reason, one needs to consider methods for
disambiguation. Furthermore, the existence of such User Accounts described in that footnote and leading to
this complexity, is true independent of the "understanding" in Paragraph 5 of the Freer Report.
[95] ¶74 of Dennis Rebuttal at 24.
[96] ¶74 of Dennis Rebuttal at 24.

21

assumption regarding the Name Field is found to be inaccurate, it would render the entirety of his analysis unreliable."[97]

### B. Mr. Dennis misunderstands what constitutes sufficient data quality.

60. Mr. Dennis misunderstands what constitutes sufficient data quality. He quotes from Christen to insinuate that the TelexFree dataset constitutes "garbage-in",[98] which is far from the truth, and which demonstrates that Mr. Dennis misunderstands what the record linkage literature is talking about with respect to data quality.

61. The TelexFree dataset is of more than sufficient quality to warrant performing an aggregation methodology, as I analyzed in detail in the Freer Report.[99] The dataset is overwhelmingly not "garbage-in" on the whole.[100]

62. Mr. Dennis then uses his mistaken understanding of data quality and his misapprehension of the Christen quote to further insinuate that the aggregation output is "garbage-out".[101] This, too, is nonsense. The output is of high quality, as I demonstrated in the Freer Report.[102]

63. Mr. Dennis also asserts that the minimal validation performed by the TelexFree website at the time of data input implies that the data is "garbage-in".[103] Yet examining the actual data (as I have done) reveals that it is not "garbage-in". Mr Dennis' statements suggest that he has not done *any* statistical evaluation of the data quality.

---

[97] ¶75 of Dennis Rebuttal at 24.
[98] ¶112 of Dennis Rebuttal at 37.
[99] Section III.B of Freer Report at 23-37.
[100] The Freer Report occasionally mentions "garbage" such as "..", "11111", or ",", in the context of certain field values. These represent a very small portion of the total User Accounts, as I have quantified (¶128 and elsewhere in the Freer Report).
[101] ¶112 of Dennis Rebuttal at 37.
[102] Freer Report 73-78.
[103] ¶112 of Dennis Rebuttal at 36-37.

64. Mr. Dennis appears especially concerned,[104] and unreasonably so, about the idea that names were entered into an Internet website in a minimally validated way. This is neither a problem nor unusual. In general, data entered into Internet websites for consumer products is only minimally validated. Full validation of user input to consumer websites is not common, in part because it causes commercial friction (reducing user engagement or purchases). To the extent that validation does happen on data, it is most often applied to structured data fields such as email address or date of birth, which have a standardized format. Street addresses can sometimes be validated using GIS databases, but that can be more difficult for databases of global consumers.

65. Names, on the other hand, are most often validated through single-sign-on providers, such as "Google Sign-In" or "Facebook Login". Such services were substantially less common in 2012-2014, and in any case, users find validation of names in this way to be "invasive".[105] Therefore it is neither surprising nor worrisome that the TelexFree dataset was only minimally validated.

66. As a result, it is perfectly reasonable for an aggregation methodology to make use of minimally validated data in the TelexFree case. Of course, regardless of the level of validation, the data quality still has to be sufficient, as I have determined it to be.

67. I justified the data as being of high quality in the Freer Report already, but as a further illustration, I will now walk through a statistically valid subsample to show exactly how much Mr. Dennis misunderstands the quality of the TelexFree dataset when he speaks of "garbage-in". For the 12 fields I have selected from the *representante* data table for the

---

[104] ¶¶95-96 of Dennis Rebuttal at 31.
[105] L. Bauer, C. Bravo-Lillo, E. Fragkaki, and W. Melicher. A comparison of users' perceptions of and willingness to use Google, Facebook, and Google+ single-sign-on functionality. In *Proceedings of the 2013 ACM Workshop on Digital Identity Management*, pp. 25-36. 2013.

Freer Aggregation Methodology, I illustrate their quality and describe their general properties.

68. Exhibits 2.1 through 2.13 show randomly-sampled values of the 12 fields included from *representante*. Exhibit 2.1 shows all 12 fields for 400 randomly-selected records (chosen with fixed random seed, as described below in Section III.E of this Reply), which provides a sense of how the values in the various columns generally cohere with one another. For example, portions of the name in *rep_nome* often appear as part of the email address in *rep_email*, and the two phone numbers (*rep_cel* and *rep_fone*) usually have a similar format to each other (e.g., are of similar length and share initial digits). Also observe that the three address components (*rep_end, rep_numero,* and *rep_cep*) typically appear believable in combination (e.g., the number in *rep_numero* is sometimes part of *rep_end*).

69. Exhibit 2.2 shows the 400 values occurring in Exhibit 2.1 for the first of these fields, *rep_id*, sorted numerically. They are randomly distributed within the range of *rep_id* values that occur in *representante*.

70. Exhibit 2.3 shows the 400 values that occur in Exhibit 2.1 for the field *rep_nome*, sorted alphabetically. They are generally of high quality, and are quite similar in character to those values shown in Exhibit 3 (see Section III.E.ii of this Reply below).

71.  Exhibit 2.4 shows the 400 values that occur in Exhibit 2.1 for the field *rep_email*, sorted alphabetically using the characters in reverse order, so as to draw out the patterns in domain names. (Empty values are represented with a gray box.) Note that 85.5% have a domain name among the top four values: "gmail.com" (48.25%), "hotmail.com" (26.5%), "yahoo.com" (6.75%), "163.com" (4%). In fact, 98.5% of the 400 values are in the

24

standard format for email addresses as defined in an Internet specification concerning email address, RFC 2822,[106] using the same email validation test that I ran in the Freer Report.[107]

72. Exhibit 2.5 shows the 400 values that occur in Exhibit 2.1 for the field *rep_cel*, sorted alphabetically. Observe that it very often appears to be plausibly a phone number (e.g., contains numerical digits 0 through 9, and is of an appropriate length).

73. Exhibit 2.6 shows the 400 values that occur in Exhibit 2.1 for the field *rep_fone*, sorted alphabetically. Observe that it, too, very often appears to be plausibly a phone number.

74. Exhibit 2.7 shows the 400 values that occur in Exhibit 2.1 for the field *rep_end*, sorted alphabetically. Observe that it very often appears to be plausibly a street name (sometimes including a house number as well).

75. Exhibit 2.8 shows the 400 values that occur in Exhibit 2.1 for the field *rep_numero*, sorted alphabetically. (Empty values are represented with a gray box.) Observe that it often appears to be plausibly a street number; in some cases, the number is already included in that User Account's *rep_end* value and does not appear again here (see Exhibit 2.1).

76. Exhibit 2.9 shows the 400 values that occur in Exhibit 2.1 for the field *rep_cep*, sorted alphabetically. Observe that it, too, very often appears to be plausibly a postal code (such as ZIP Code within the US).

77. Exhibit 2.10 shows the 400 values that occur in Exhibit 2.1 for the field *rep_login*, sorted alphabetically. Its values appear consistent with being a user-selected login name.

---

[106]RFCs are specifications for Internet services, and RFCs 2821 and 2822 concern email addresses. For RFC 2822 specifically, see "RFC 2822", retrieved from https://datatracker.ietf.org/doc/html/rfc2822
[107] Freer Report at 26-27.

78. Exhibit 2.11 shows the 400 values that occur in Exhibit 2.1 for the field *rep_pwd_secondary*, sorted alphabetically. It is null for 75% of these User Accounts, it takes the value "f1fb1ea9a408b1f321062e86ec4bae3e" twice, and it is distinct for the remaining 24.5% of values, consistent with being the md5sum hash of a user-supplied password (when non-null).

79. Exhibit 2.12 shows the 400 values that occur in Exhibit 2.1 for the field *rep_cpf*, sorted alphabetically. It is always non-null, and often appears to plausibly be a national ID value (analogous to Social Security Number in the US). However, as I analyzed in the Freer Report,[108] it turns out that the contents of *rep_cpf* often vary widely within a collection of User Accounts that largely agree on other field values, though this is not apparent from these 400 values.

80. Exhibit 2.13 shows the 400 sorted values that occur in Exhibit 2.1 for the field *rep_datanasc*, sorted chronologically. It is null for 77% of these User Accounts, and otherwise takes distinct values. All but one of these values is in the range between "1947-10-26" and "1996-10-04" (which all seem highly plausible as birthdates), and one is "2013-01-28" (which seems implausible given the timing of the TelexFree scheme).

81. Note that (with the exception of *rep_cel* and *rep_fone* contents looking very similar to each other, and fairly similar to the contents of *rep_cpf*), one could easily infer how to label the contents of each of these fields among the 12. In other words, even without the field names at the top of each page, it is clear that Exhibit 2.3 contains names, and that Exhibit 2.4 contains email addresses, etc.

82. This illustrates that the input data is consistent with its labeled field name, and is of sufficient quality for use in the Freer Aggregation Methodology.

---

[108] Freer Report at 30.

**C. Mr. Dennis misunderstands whether ground truth data is required to assess accuracy of the aggregation methodology.**

83. Mr. Dennis is confused about the potential need for ground truth data in the Freer Aggregation Methodology.[109] Such data is not required for either running the methodology or for evaluating its output.

84. Some machine learning algorithms fall under the category of "supervised learning", and require a dataset that is labeled with "ground truth" for both training the model and for evaluating the accuracy of the trained model. Other machine learning algorithms perform "unsupervised learning", and do not rely on labeled data for either training or assessment. Unsupervised learning algorithms identify patterns and structure within the input data itself during training.[110]

85. Unsupervised learning techniques are crucial in record linkage, as Linacre (author of the Splink software package) explains: "Manual labelling of comparisons is error prone and costly so isn't a great option."[111]

86. The standard method in the field of probabilistic record linkage, the Fellegi-Sunter model with Expectation Maximization (FS-EM), is an unsupervised learning technique that accomplishes high-quality record linkage from a dataset that is unlabeled, such as the TelexFree dataset.[112]

87. The technique behind the Splink Python package, which implements FS-EM for large datasets, has itself been extensively tested using gold standard data, and has found to be

---

[109] ¶111 of Dennis Rebuttal at 36.
[110] C. M. Bishop, *Pattern Recognition and Machine Learning,* Springer, 2006.
[111] R. Linacre, *The Intuition Behind the Use of Expectation Maximisation to Train Record Linkage Models,* October 14, 2022. Retrieved from https://www.robinlinacre.com/em_intuition/
[112] Referring to "[h]ow unsupervised learning is used to estimate model parameters in Splink", Linacre notes that "[t]he Expectation Maximisation (EM) algorithm provides a solution" to "the problem of training a record linkage model" without labeled data. (Linacre, 2022.)

quite accurate and with well-calibrated error rates.[113] As a result, Splink is a reliable probabilistic record linkage package for use in the unsupervised learning setting of TelexFree data.

**D. Mr. Dennis misrepresents the academic literature.**

88. It is unclear whether Mr. Dennis is being intentionally misleading, or simply misunderstands the content (due to his inexpertise), but Mr. Dennis systematically misrepresents the academic literature. Accordingly, one should be cautious in reading his evaluations of academic literature.

*i. Mr. Dennis misunderstands Christen regarding transitive closure.*

89. The way Mr. Dennis quotes Christen about transitive closure demonstrates a lack of understanding of Christen's point, and shows that Mr. Dennis misunderstands the reason that the Freer Aggregation Methodology uses dynamic clustering.

90. In Paragraph 126 of the Dennis Rebuttal, Mr. Dennis says "On this point, Section 6.8 of the Christen Text addresses issues managing transitive closure of clusters stating:"[114] and then quotes Christen:[115]

The transitivity of matches can also lead to **problems** in that 'chains' of records, where individual pairs are classified as matches, are formed. The records at the two ends of the chain can, however, be quite different from each other, and they would not be considered to correspond to a match. [bold emphasis added]

---

[113] T. Enamorado, B. Fifield, and K. Imai. Using a probabilistic model to assist merging of large-scale administrative records. *American Political Science Review*, 113(2), 353-371, 2019.
[114] ¶126 of Dennis Rebuttal at 42.
[115] Section 6.8 of Christen, 2012.

91. Mr. Dennis incorrectly sees the circumstance of chaining as an "issue"[116] with the Freer

Aggregation Methodology, rather than as an unavoidable and standard circumstance that

*any* aggregation methodology must address. Rather, Christen's text and Mr. Dennis'

quote of my deposition[117] are saying that in developing an aggregation methodology, one

must carefully address this circumstance, *not* that the aggregation methodology is

inherently problematic because of this inevitably-arising circumstance.

92. Indeed, in a more recent text (of which Mr. Dennis is seemingly unaware), Christen

himself proposes a way of addressing this challenge:[118]

> One challenge with both traditional probabilistic data linkage and modern supervised
> pairwise classification techniques is that they can lead to inconsistent results due to
> nontransitivity (Christen, 2012). If we have classified record pair (R1, R2) as a match and
> (R1, R3) as a match, then the pair (R2, R3) should also be a match. However, when the
> pairs are looked at separately, the third pair might have been classified as a non-match –
> or even not compared at all if blocking was used. **This issue can be overcome by
> considering data linkage classification as a clustering problem** (Hassanzadeh, Chiang,
> Lee, & Miller, 2009) where the aim is to group all records that refer to the same entity
> into one cluster. [bold emphasis added]

93. I do precisely as Christen suggests, and overcome this "issue" by the use of dynamic

clustering (which views the data linkage task as a clustering problem) in Step 8 of the

Freer Aggregation Methodology.[119]

### ii. Mr. Dennis misunderstands Christen regarding data quality.

94. Mr. Dennis shows a lack of understanding of data accuracy, and demonstrates such by

misleadingly quoting from Christen.

---

[116] ¶125 of Dennis Rebuttal at 42.
[117] ¶127 of Dennis Rebuttal at 42.
[118] P. Christen. Data linkage: The big picture. *Harvard Data Science Review*, 1(2), 2019.
[119] Freer Report at 63-72.

95. Christen writes:[120]

> Arguably the most important data quality dimensions for data matching and dedu-plication are *accuracy* and *consistency*, **because a large portion of efforts in the indexing, comparisons and classification steps (that will be covered in Chaps. 4–6) deal with inaccurate and inconsistent data. If data would be of perfect quality, then data matching could be accomplished through straightforward database join operations and no sophisticated indexing techniques or approximate comparison functions would be needed. As long as data are of imperfect quality, however, techniques are needed that can deal with inaccurate and inconsistent data while still achieving high matching quality.** [bold emphasis added]

96. Mr. Dennis quotes the first clause of this quote in Paragraph 94 of the Dennis Rebuttal.[121]

He conveniently omits the rest of the sentence and the rest of the paragraph, and

completely misses the point. Christen explains that *because* data is not perfectly accurate,

researchers in data matching have developed methods for dealing with imperfectly

accurate data. As Christen explains, the data matching task is easy and sophisticated

techniques are unnecessary when the data is perfectly accurate. The subject of data

matching and its associated academic literature exist precisely *because* data is seldom

perfectly accurate.[122]

97. These "techniques … that can deal with inaccurate and inconsistent data while still

achieving high matching quality" are in fact the subject of Christen's book. The rest of

the book following this introduction describes precisely the techniques that I use in the

Freer Aggregation Methodology to achieve "high matching quality" in the face of

"imperfect quality" input data. These techniques described by Christen begin with field

selection and data cleaning, followed by blocking, field and record comparison using

---

[120] Christen, 2012 at 40.
[121] Dennis Rebuttal at 30.
[122] Note that Mr. Dennis does not even say what would constitute such reliability and accuracy.  He specifically testified that he does not have an opinion of what is a sufficient quantum of proof to verify that data in this case was reliable and accurate.  (Dennis Tr., 173:21-175:11.)

string nearness measures for fuzzy matching, Fellegi-Sunter with Expectation

Maximization to form clusters based on these comparisons, and assessment of error rates.

The Freer Aggregation Methodology performs precisely those steps that Christen

recommends in the continuation of the quote that Mr. Dennis omitted, so as to obtain

"high matching quality".

98. Mr. Dennis might not understand this, but the presence of errors and variations in field

values such as names and addresses is to be expected, and record linkage can often still

be successfully performed. For example, Christen et al. write, "Furthermore, since the

identification of the same entity is most often based on imperfect data, the linkage has to

consider variations and errors in quasi-identifiers[123] such as names and addresses."[124] The

same authors go on to say that "When data are manually entered (typed), then

typographical errors are not uncommon, especially in name and address values"[125]. The

task of record linkage is precisely to merge records in the face of input data errors:

"Record linkage tries to link databases containing error-prone indirect quasi-identifying

identifiers… This generally requires error-tolerant comparison functions, also known as

approximate matching functions".[126] In fact, this is often possible for messy data; the

book describes a number of approaches that "can achieve high linkage quality even for

databases that contain records with errors and variations in quasi-identifying attribute

values."[127]

99. By following the steps that Christen describes, it is possible to obtain high quality data

matching, even when the input dataset is imperfect, as many real-world datasets are. The

---

[123] Christen refers to descriptions in records as "quasi-identifiers".
[124] P. Christen, T. Ranbaduge, and R. Schnell. *Linking sensitive data: Methods and techniques for practical privacy-preserving information sharing.* Springer, 2020 at 25.
[125] Christen, Ranbaduge, and Schnell., 2020 at 60.
[126] Christen, Ranbaduge, and Schnell, 2020 at 9.
[127] Christen, Ranbaduge, and Schnell, 2020 at 260.

Freer Aggregation Methodology follows these steps, and accordingly obtains a high quality aggregation output.

**E. Mr. Dennis' statistical inexpertise leads to invalid criticisms of the Freer Report.**

100.    Several of Mr. Dennis' critiques of the Freer Report are flawed due to his poor understanding of statistical analysis and sample size, as I now illustrate in two instances.

*i. Mr. Dennis unreasonably attacks an example cluster illustrating high output quality.*

101.    Referring to Exhibit 3 of the Freer Report, Mr. Dennis writes, "Dr. Freer provides no discussion regarding if or how this single Cluster, presumably selected at his own discretion, is representative of the entire dataset."[128] To claim that it was chosen at my "discretion" is unreasonable; as I stated, I selected it because it is the "cluster that has the greatest Total Net Equity",[129] as Mr. Dennis conveniently omits.

102.    Mr. Dennis misunderstands the statistical relevance of such an example. I stated that it is an "example cluster", chosen "[t]o illustrate several aspects of the aggregation methodology[130], rather than "representative of the entire dataset" as Mr. Dennis claims.

103.    Furthermore, this cluster does in fact illustrate the high quality of the output. For example, consider its false discovery rate (FDR). In Exhibit 16 of the Dennis Rebuttal, Mr. Dennis has manually grouped its 471 User Accounts into three sections. The first section has two User Accounts (those with *rep_id* 11501403 and 15376207); the *rep_nome* values are "maria lares" and "rita lares" respectively, and are plausibly false

---

[128] ¶100 of Dennis Rebuttal at 32.
[129] ¶214 of the Freer Report at 75.
[130] ¶214 of the Freer Report at 75.

positives for this cluster. The second section has three User Accounts (those with *rep_id*

196685, 1902924, and 16337571); the *rep_nome* values are "maria neves","Maria

Neves", and "maria neves" respectively, but the *rep_email* values differs from those in

the rest of the cluster, and these records are potential false positives for the cluster. Mr.

Dennis' grouping of these User Accounts indicates as much. Even assuming that all five

of the User Accounts in the first two sections were false positives, the FDR for the

records in this cluster would be approximately 1.1%, consistent with the 1.98% overall

FDR that I estimate in the Freer Report.[131]

### ii. Mr. Dennis misunderstands statistical significance and sample size.

104.    Mr. Dennis also does not appear to understand the concept of statistical significance

in relation to sample size. He incorrectly insinuates that a sample size of 300 out of

millions of user accounts was too small to draw a valid conclusion about the quality of

the name field.[132] In particular, Mr. Dennis' focus on the percentage of records used in the

estimate (0.0028%) rather than the number (300) is misleading and reveals his lack of

understanding of statistical principles.[133]

105.    In the Freer Report, I describe my methodology for estimating the quality of the name

field:[134]

Indeed, the name field (*rep_nome*) in the TelexFree dataset is of very high quality
(despite variations in case, punctuation, spaces, and other typical issues that data cleaning
and fuzzy matching can account for). First, the name field is only empty in 0.002% of
User Accounts and is never null. Second, nearly all of the name values contain strings
consisting entirely of alphabetical characters or the symbols commonly found in names

---

[131] ¶213 of Freer Report at 74.

[132] "Dr. Freer performed a manual review of just 300 Name Field values from this remaining population, or
0.0028% of remaining User Accounts with Name Field values that are both five characters or longer and
contain only the characters commonly found in names." (¶104 of Dennis Rebuttal at 34.)

[133] For example, Mr. Dennis is unfamiliar with Cochran's Formula, a standard statistical formula for determining
how to choose sample size. (Dennis Tr., 80:9-83:18)

[134] Freer Report at 25-26.

(period, comma, hyphen, space, or apostrophe) – as opposed to numbers or other symbols – which is an indication that the value is a legitimate name. Specifically, 97% of the name field values are both five characters or longer and contain only the characters described above. Furthermore, a manual review reveals that in a random sample of 300 name field values meeting this criterion, 98% look like a name. Here are the first 10 values taken from that random sample: …

106.    Exhibit 3 shows the 300 values of *rep_nome* on the basis of which I estimated that "98% look like a name". Note that the first 10 values are the same as in the Freer Report. I set a *random seed* in a specific way that makes the methodology reproducible, and demonstrably *not* cherry-picked.[135]

107.    Note that while these values shown are all within the subset of 97% for which the "name field values are both five characters or longer and contain only the characters described above", I manually looked at this subset only so as to quickly obtain a valid lower bound. In fact, the total portion of *rep_nome* values that "look like a name" is somewhat higher than my lower bound, because some values in the unreviewed 3% also contribute to overall name field quality.[136]

108.    Mr. Dennis incorrectly asserts that "Dr. Freer estimates that in 95% of the User Accounts, the value of the *rep_nome* field appears to be a name."[137] In fact, I state, "I estimate that in **at least** 95% of the User Accounts, the value of the *rep_nome* field appears to be a name."[138] [bold emphasis added] This is because, as noted above, I did not manually review 3% of the records. As a result, Mr. Dennis is also incorrect when he alleges that "by Dr. Freer's own admission, there are **over** 500,000 User Accounts that <u>do</u>

---

[135] I randomly sampled 100 values with each of the random seeds 101, 102, and 103 using the *sample* method of pandas after first subselecting the 10,606,222 records of the 10,987,617 User Accounts that were both five characters or longer and contain only alphabetical characters, period, comma, hyphen, space, or apostrophe. Setting a random seed to 101, then iterating through values 102, 103, etc., is a standard technique to get representative samples in a way that is reproducible and demonstrably not cherry-picked.

[136] For example, this 3% includes many valid Chinese names of 4 or fewer characters, or business names containing a number.

[137] ¶105 of Dennis Rebuttal at 34.

[138] ¶94 of Freer Report at 26.

not appear to contain a name in the Name Field."[139] [bold emphasis added] Mr. Dennis is making a basic mathematical error; the correct conclusion to be drawn from my statements is an *upper* bound, not a lower bound, on the number of "User Accounts that do not appear to contain a name in the Name Field".

109.    At the time of writing the Freer Report, I noted that 7 values of *rep_nome* (from the subsample of size 300) appear likely to be something other than actual names, while the remaining 293 are plausibly names (albeit with occasional typos, abbreviations, and unusual capitalization). These 7 values are: "sd lkjhgf", "xxxxxxxxxxxx xxxxxxxxxxx", "aaaaa aaaaa", "LARRY KING LIVE", "VOIP VOIP", "svgb wang", "lightning carrier". This was the basis of my estimate that "98% look like a name".

110.    These 300 field values provide a meaningful estimate of how often field values of *rep_nome* appear to be a name, contrary to Mr. Dennis' insinuation that 300 records is insufficiently small to draw a conclusion. The sample size that is needed to draw a statistically significant conclusion typically grows much more slowly than linearly in the population size. For example, using the Sample size calculator[140] of Qualtrics, a large firm that enables millions of surveys annually, the Ideal Sample Size on a population of size 11,000 to obtain a 5% Margin of Error with 90% Confidence Level is 265, while on a population size of 11,000,000 (1000 times larger), the Ideal Sample Size is still just 271 (less than 300). For this reason, it is misleading for Mr. Dennis to refer to the percentage of records ("0.0028%") used in the estimate, rather than the number ("300"), and statistically illiterate for Mr. Dennis to suggest that 300 is far too small of a sample size on which to base any conclusion.

---

[139] ¶105 of Dennis Rebuttal at 34.
[140] Qualtrics, "Sample size calculator", April 12, 2023. Retrieved from https://www.qualtrics.com/blog/calculating-sample-size/

111.     With only a modestly larger sample size, the confidence could be increased even

further, and the margin of error made even smaller. For example, a sample size of 1067

yields 3% Margin of Error with 95% Confidence Level on a population size of

11,000,000. Using the same methodology as for the 300 samples and the same initial

random seed, I have reproducibly obtained 1067 samples of *rep_nome* meeting the above

criteria, and found 21 of these records to be likely something other than names.  As a

result, I estimate that out of "the name field values [that] are both five characters or

longer and contain only the characters described above", approximately 98.03% "look

like a name", consistent with my earlier 98% estimate, and now with even higher

confidence and lower margin of error. This is hardly surprising, as 300 was already

sufficient for a statistically significant conclusion, and further illustrates how Mr. Dennis'

criticism of that sample size of 300 was unfounded.


**F. Mr. Dennis misunderstands transitive closure.**

112.     Mr. Dennis misunderstands the concept of transitive closure.[141] As a result, several of

Mr. Dennis' attacks in the Dennis Rebuttal[142] are unfounded.

113.     In an aggregation task, a set of records is partitioned into clusters, with one cluster per

entity that is identified by the descriptions contained in these records.[143] (In the case of

TelexFree, each record is a User Account, and a cluster of User Accounts identifies its

Participant.) The definition of such a *partition* of the set of records is that it is mutually

---

[141] Dennis Tr., 77:4-23.

[142] ¶¶125, 126, 128, and 131 of Dennis Rebuttal at 42-44.

[143] "By definition, an ER [entity resolution] process partitions a set of references into disjoint subsets (sometimes called clusters), where all the records in that subset are judged by the process to refer to the same entity." (J. Talburt, *Entity Resolution and Information Quality*. Elsevier, 2011 at 84-85.)

exclusive and collectively exhaustive ("MECE"): it is a collection of non-overlapping, non-empty clusters of records whose union is equal to the original set of records.[144]

114.    Partitions satisfy a key property: they are transitively closed, in the sense that if records A and B are in the same cluster as each other, and records B and C are in the same cluster as each other, then A and C must be in the same cluster as each other. This basic mathematical result is well-known in the entity resolution literature, and it follows from the fact that every record appears in one and only one cluster of a partition.[145]

115.    In particular, the output of *any* aggregation task will be transitively closed, regardless of the technique that is used. Mr. Dennis does not seem to understand this, and he unfairly disparages the Freer Aggregation Methodology on account of his failure to understand:[146]

> Q.    Okay. And do you have any opinion as to whether transitive closure was something that was a required step in this process that Dr. Freer engaged in? … in other words, if you don't do transitive closure, is there another way to skin the cat? …
> A.    I think it depends.
>
> Q.    Depends on what?
> A.    Depends on the approach taken.

116.    The fact that every partition is transitively closed means that some false positives and false negatives will be unavoidable in any aggregation task. To simplify Mr. Dennis' example,[147] consider three records A, B, C, where A and B largely agree in their descriptions, B and C largely agree in their descriptions, and A and C substantially disagree in their descriptions. One might ask for a clustering in which A and B occur in

---

[144] "A partition of a set S is simply a collection of nonempty subsets of S … that do not overlap … yet is large enough to cover all of S" (Talburt, 2011 at 82.)

[145] Theorem 3.4 of Talburt, 2011 states that every partition is transitively closed in the sense that the set of pairs of records that occur in the same cluster as each other is a relation that satisfies the transitive closure property (see Definition 3.1). (Talburt, 2011 at 81-83.)

[146] Dennis Tr., 91:19-92:6.

[147] ¶125 of Dennis Rebuttal at 42.

the same cluster, B and C occur in the same cluster, and A and C do not appear in the same cluster. However, this is impossible to achieve by *any* technique. Every partition of the records will result in either (i) A and B being in different clusters (potentially a false negative), or (ii) B and C being in different clusters (potentially a false negative), or (iii) A and C being in the same cluster (potentially a false positive). This fundamental tension is inherent to aggregation itself, and not to any particular chosen technique. Mr. Dennis misunderstands this basic point, and unreasonably blames the Freer Aggregation Methodology for this "issue".[148]

117.    Indeed, this tension explains why any reasonable aggregation methodology will tend to have some false positives and some false negatives, a related point on which Mr. Dennis appears confused.[149] Mr. Dennis seems to think that finding a small number of false positives or a small number of false negatives exhibits a failure of a methodology, rather than understanding that this is inevitable in any aggregation methodology.

**G. Mr. Dennis is mistaken about the required output of the aggregation task.**

118.    Mr. Dennis is wrong about the required output of the aggregation task.[150]  As a result, Mr. Dennis incorrectly claims that I have "Failed to Deliver the Full Scope" of my "Engagement".[151]  The required output in the TelexFree case is a set of clusters of User Accounts such that each cluster identifies a Participant.  This is the output of the Freer Aggregation Methodology.

119.    More concretely, the required output is a set of clusters of User Accounts, where each cluster belongs to a single Participant and every Participant has exactly one cluster. Mr.

---

[148] ¶125 of Dennis Rebuttal at 42.
[149] ¶125 of Dennis Rebuttal at 42 and Dennis Tr., 124:19-126:12.
[150] ¶¶70, 163-165 of Dennis Rebuttal 22-23 and 52-53.
[151] Dennis Rebuttal at 52.

Dennis seems to misconstrue this process in his Rebuttal,[152] believing that the Freer Aggregation Methodology is a "purely mathematical exercise"[153] that does not achieve the intended task. However, the Freer Aggregation Methodology does indeed produce the required output, as described in the Freer Report and as I now outline:

a.  A Participant, as per the Court's definition, is a person.[154]

b.  A person is identified through various *descriptions*,[155] such as their name (including any aliases), addresses, phone numbers, email addresses, and other personal identifiers.[156] For example, a Participant might be identified as follows, from the descriptions in its cluster:  "The Participant is a person called Maria Neves or Maria T Neves, living at one or more of these 3 addresses, and with one or more of these 4 phone numbers…"

c.  Each User Account has descriptions that identify a Participant, including name, address, phone numbers, and email address.[157]

d.  The aggregation methodology creates *clusters* of User Accounts that identify Participants using the descriptions contained in these User Accounts. Specifically, starting with the set of User Accounts, it generates a set of clusters such that (i)

---

[152] ¶¶70, 163-165 of Dennis Rebuttal at 22-23 and 52-53.

[153] ¶¶70, 163 of Dennis Rebuttal at 22 and 52.

[154] Memorandum in Support of Proposed Supplemental Order Respecting Motion by Chapter 11 Trustee for Entry of Order Finding that Debtors Engaged in Ponzi and Pyramid Scheme and Related Relief, January 19, 2016 at 3.

[155] "One of the most critical tasks for improving data quality and increasing the reliability of data analytics is Entity Resolution (ER), which aims to identify different descriptions that refer to the same real-world entity." (V. Christophides, V. Efthymiou, T. Palpanas, G. Papadakis, and K. Stefanidis. An overview of end-to-end entity resolution for big data. *ACM Computing Surveys* (CSUR) 53, no. 6: 1-42. 2020.)

[156] "The identifying data collected about individuals generally include their names and addresses, dates of birth, social security or drivers license numbers, telephone numbers, and email addresses." (Christen, 2012 at 42.)

[157] "ER aims to identify different descriptions that refer to the same real-world entity appearing either within or across data sources, when unique entity identifiers are not available. Typically, ER aims to match structured descriptions (i.e., records) stored in the same (a.k.a., deduplication), or two different (a.k.a., record linkage) relational tables." In this terminology, the task for the TelexFree case is one of deduplication. (Christophides et al., 2020.)

each User Accounts is in one and only one cluster and (ii) each cluster contains those and only those User Accounts that, through the set of their descriptions, identify a Participant.[158]

120.    Note that having multiple descriptions is helpful towards contacting the Participant, as it provides a broader range of ways to reach them.

121.    Also, note that there is no predetermined list of Participants, nor is their total number known in advance.[159] The number or list of Participants are not required as input to the aggregation methodology.[160] Instead, these details emerge from the aggregation methodology itself. Since there is no predetermined list of Participants to which User Accounts or clusters can be assigned, the only way that an aggregation methodology "assigns" User Accounts to a Participant is via the way that descriptions contained in the User Accounts of a given cluster identify a Participant.

122.    The way I have described the task of the aggregation methodology is standard in the entity resolution ("ER") literature:[161]

[A]n external view of identity is one in which some number of attribute values for an identity have been collected, but it is not certain if it is a complete collection of values or even if all the values are correct. … In an external view, the collection of attribute values that have been linked together by the system comprises its view of the identity of the entity. In other words, an ER system based on an external view builds its knowledge about entity identities piece by piece. The external view of identity more closely

---

[158] In the standard approach to entity resolution with a single dataset as input, "matching entities are typically grouped within disjoint clusters such that any two entities in a cluster should match with each other and no entity should match with entities of other clusters." (A. Saeedi, M. Nentwig, E. Peukert, and E. Rahm. Scalable matching and clustering of entities with FAMER. *Complex Systems Informatics and Modeling Quarterly* 16: 61-83, 2018.)

[159] This circumstance is common in record linkage: "clustering algorithms must be *unconstrained* algorithms, that is, the algorithms do not require as input the number of clusters or other domain specific parameters. For this framework, they … should be able to produce a large (and unknown) number of clusters." (O. Hassanzadeh, F. Chiang, H. C. Lee, and R. J. Miller. Framework for evaluating clustering algorithms in duplicate detection. *Proceedings of VLDB '09*: 1282-1293, 2009.)

[160] "[T]he core characteristic of clustering algorithms is that they produce a set of disjoint entity clusters without requiring as input the number of clusters or any labeled dataset for training". (Christophides et al., 2020.)

[161] Talburt, 2011 at 31-32.

resembles the experience of a business or government agency using ER tools in an effort to link their records into a single view of a customer or agency client.

123.    In summary, I have created a set of clusters of User Accounts, each of which identifies a Participant. This is the required output for an aggregation methodology in the TelexFree case.

## IV. Mr. Dennis' examples are cherry-picked and do not impeach the Freer Aggregation Methodology.

124.    In the course of his Rebuttal, Mr. Dennis provides a small number of examples of false positives and false negatives that he incorrectly thinks impeach the methodology.[162] They are not statistically significant or representative, but are merely anecdotal. Mr. Dennis appears to have specifically searched for false positive and false negative examples, an approach colloquially known as "cherry picking":[163]

> Q.    And the tables that were generated by your office, did you include and attach all of the tables that you generated in the course of your investigation or just selective ones?
> A.    Selected ones.
>
> Q.    All right.

125.    It is unsurprising that he found such examples, because they will exist in any large aggregation output. In fact, my stated error rates imply that there are many more such examples, and nevertheless the aggregation methodology is reliable and the results are of high quality.

126.    In contrast, Mr. Dennis does not understand how error rates work, and confuses anecdotal evidence for statistical evidence:[164]

---

[162] ¶¶115-119, 128-129, 133-134, 138-139, 149-162 of Dennis Rebuttal at 37-39, 42-46, 48-52.
[163] Dennis Tr., 18:12-17.
[164] Dennis Tr., 98:16-99:1.

Q.     I'm really just asking you did you perform any error rate calculation overall for which you considered to be overclusters in Dr. Freer's clustering?

A.     I certainly provided plenty of examples of instances that appear to be overclustering or instances where his clusterings don't comport with the stated goals.

127.    It is difficult to even imagine an expert in record linkage who has no experience

calculating precision and recall, which are fundamental measurements of Type I and Type

II errors. Yet Mr. Dennis admits that he has no such experience:[165]

Q.     And while that's happening, did you do any work -- well, are you familiar with the terms "precision" and "recall" in statistical work -- in statistical analysis?

A.    To some degree.

Q.    When you say "to some degree," what do you mean?

A.    I certainly read Dr. Freer's report and how he described those terms.

Q.    Other than reading Dr. Freer's report and how he described those terms, do you have independent experience calculating precision and recall?

A.    That's not something I've been asked to do.

Q.    I mean generally speaking.

A.     There are specific definitions, and they're, again, not something I typically focus on or I've been asked to focus on.

Q.     I'm not asking whether you typically focus on.  I'm asking if you have any experience whatsoever calculating precision and recall as it relates to error rate?

A.    Generally not.

128.    Mr. Dennis appears unaware that a nonzero error rate is both appropriate and

inevitable. As a result of this inexperience, Mr. Dennis menacingly states that even a

single false positive or single false negative potentially dooms an aggregation

methodology:[166]

Q.    Okay. Let me give you a hypothetical. In a given aggregation methodology, in your opinion, would a single missed link, either overaggregation or underaggregation, would that invalidate the methodology?

A.    Potentially.

---

[165] Dennis Tr., 88:7-89:14.
[166] Dennis Tr., 164:2-8.

129.    This may explain why Mr. Dennis does not seem to think that error rates are

important. Mr. Dennis does not comment on or evaluate my error rate calculations:[167]

> Q.    Well, let's take it from the abstract to the concrete. In this case, did you calculate error rate, what would be an appropriate error rate for the output of Dr. Freer's cluster methodology?
> A.    I didn't opine as to what an appropriate error rate would be in this case, no.
>
> Q.    Whether you opined or not, did you attempt to calculate what would be an appropriate error rate?
> A.    No, I did not.

130.    Mr. Dennis does not do his own calculations of overall error rates:[168]

> Q.    Okay. And as a result of the quantification exercise, did you attempt to calculate any overaggregation or underaggregation error rates? …
> A.    Not in this case.

131.    Throughout the Dennis Rebuttal, Mr. Dennis doesn't even express his own examples

or points in terms of error rates.[169]

132.    In summary, Mr. Dennis' anecdotal evidence should be disregarded from a statistical

perspective, and certainly does not render the methodology unreliable, as he falsely

claims.[170]


**V. The Freer aggregation methodology is agnostic to the choice of net equity formula.**

133.    The Court has previously approved the formula for Net Equity per User Account.[171] I

have no reason to believe that Mr. Martin incorrectly implemented that formula, nor does

Mr. Dennis make such a claim.

---

[167] Dennis Tr., 89:19-90:7.
[168] Dennis Tr., 115:2-7.
[169] ¶¶115-119, 128-129, 133-134, 138-139, 149-162 of Dennis Rebuttal at 37-39, 42-46, 48-52.
[170] ¶70 of Dennis Rebuttal at 21-22.
[171] Supplemental Order Respecting Motion by Chapter 11 Trustee for Entry of Order Finding That Debtors Engaged in Ponzi and Pyramid Scheme and Related Relief, January 26, 2016, at 2-3.

134.    Steps 1-9 of the Freer Aggregation Methodology do not use Net Equity as an input. These steps are the portion of the Freer Aggregation Methodology that determine clusters of User Accounts.[172] In Step 10, I tabulate the Total Net Equity for each cluster by summing up the Net Equity values for each User Account in that cluster. This is the only step that makes use of Net Equity in the Freer Aggregation Methodology, and the clusters of User Accounts are determined prior to this step.

135.    Mr. Dennis confirms these facts:[173]

Q.    Okay. So with respect to steps one through nine, none of those steps relied upon Huron's net equity calculation; correct? …
A.    There are -- I don't believe so. I don't believe so. I believe the net equity calculation was brought on or attached at the end.

136.    Even if, for whatever reason, the Court chooses to approve a different Net Equity formula per User Account than the one it previously approved, such an action will have no impact on the reliability of the Freer Aggregation Methodology.  The only change required would be to re-tabulate Total Net Equity for each cluster as a sum of the new Net Equity values for each User Account.

137.    In light of these facts, Mr. Dennis' arguments about Net Equity[174] are moot to the reliability of the clusters produced by the Freer Aggregation Methodology.


**VI. Conclusion**

138.    Mr. Dennis is mistaken when he concludes that the Freer Aggregation Methodology is unreliable.  Through the Freer Report, this Reply, and the implementation of the Freer

---

[172] Mr. Dennis acknowledges that "The ninth step in the Freer Aggregation Process was to determine the final clusters" (¶61 of Dennis Rebuttal at 18).
[173] Dennis Tr., 156:21-157:4.
[174] ¶¶35 and 36 of the Dennis Rebuttal at 10-11.

Aggregation Methodology, I have shown that the Freer Aggregation Methodology is both appropriate to the task and reliable.

139.    The Freer Aggregation Methodology is based on scientifically valid reasoning that was properly applied to the facts at issue. The science is encapsulated in several fields of mathematics and computer science, including entity resolution, data matching, and probabilistic record linkage as well as graph theory, statistics, and large-scale data analysis. My academic background and work experience, as described in the Freer Report, show me to be more than qualified in these fields.

140.    The aggregation technique used in the Freer Aggregation Methodology, namely probabilistic record linkage using Fellegi-Sunter with Expectation Maximization (FS-EM), can be and has been tested extensively in the last two decades. FS-EM is a standard technique for probabilistic record linkage, has been peer-reviewed and published, and there are standards controlling its use, as described by Winkler,[175] [176] Christen,[177] Enamorado et al.,[178] and others.  For more details, see Section II.A.5.i of the Freer Report.[179]  The use of FS-EM is appropriate in the TelexFree case.

141.    Splink, the Python library for probabilistic record linkage used in my analysis, is an implementation of FS-EM that is designed to work on very large datasets, such as the 10,987,617 TelexFree User Accounts at hand. Splink is maintained and published by the UK Ministry of Justice and peer-reviewed by the UK Office for National Statistics.[180] The science behind the Splink package is also peer-reviewed and published, and the

---

[175] W. E. Winkler, Using the EM Algorithm for Weight Computation in the Fellegi-Sunter Model of Record Linkage, American Statistical Association, *Proceedings of the Section on Survey Research Methods,* 667-671,1988.
[176] Winkler, 1995.
[177] Christen, 2012.
[178] Enamorado, Fifield, and Imai, 2019.
[179] Freer Report at 13.
[180] "Splink: Data linkage at scale", GitHub. Retrieved from https://github.com/moj-analytical-services/splink

technique has an established error rate.[181] The continued existence and active public maintenance, by a number of contributors, of the Splink package speaks to the standards controlling its operation and to the wide acceptance in the scientific community of the underlying science.  Splink is widely used, with over 5 million downloads as of 2023.[182] For more details, see Section IV.C of the Freer Report.[183]

142.     The error rate for an aggregation performed using Splink can be estimated from the data set via formulae described in academic literature[184], in order to determine how frequent false positives and false negatives are.  Using these formulae, I have estimated the error rates for the Freer Aggregation Methodology (false discovery rate of 1.98% and false negative rate of 0.377%).[185] These quantities imply a precision of 0.980, a recall of 0.996, and an f-measure (which synthesizes both precision and recall, hence accounting for both false positives and false negatives) of 0.988.  This f-measure quantity is considered "very good" by a survey of data linkage techniques.[186]

143.     As is expected of any aggregation methodology, there are some false positives and some false negatives in the output of the Freer Aggregation Methodology, but the prevalence of these false positives and false negatives appears to be consistent with the estimated error rates.

144.     The input dataset is sufficiently reliable to be used in the Freer Aggregation Methodology. In particular, the name field (*rep_nome*) is of high quality, and my use of the name field in blocking and in pairwise matching is both appropriate and justified.

---

[181] Enamorado, Fifield, and Imai, 2019.
[182] R. Linacre, *Splink and the Open Source Dividend*, March 9, 2023. Retrieved from https://www.robinlinacre.com/open_source_dividend/
[183] Freer Report at 40.
[184] T. Enamorado, B. Fifield, and K. Imai, 2019.
[185] Freer Report at 74.
[186] A. Ferrante and J. Boyd. A transparent and transportable methodology for evaluating Data Linkage software. *Journal of Biomedical Informatics* 45, no. 1: 165-172, 2012.

145.    The output clusters are of high quality, and the descriptions in each cluster identify its

Participant.

146.    The Freer Aggregation Methodology only makes use of Net Equity after these

clusters are formed.  It uses the Court-approved Net Equity formula to tabulate Total Net

Equity for each cluster according to the Court-approved tabulation method, thereby

determining the Net Winners and Net Losers.

# **EXHIBIT 1**

# Exhibit 1

| MATERIALS CONSIDERED |
| --- |
| **Description** |
| Supplemental Rebuttal Expert Report of Joshua M. Dennis, April 14, 2023 |
| Deposition of Joshua W. Dennis, May 9, 2023 |
| Affidavit of Stephen B. Darr in Support of Motion by Chapter 11 Trustee for Entry of Order Finding That Debtors Engaged in Ponzi and Pyramid Scheme and Related Relief, October 7, 2015 |
| Amended Order on Motion by Chapter 11 Trustee for Entry of Order Finding That Debtors Engaged in Ponzi and Pyramid Scheme and Related Relief, December 21, 2015 |
| Memorandum in Support of Proposed Supplemental Order Respecting Motion by Chapter 11 Trustee for Entry of Order Finding that Debtors Engaged in Ponzi and Pyramid Scheme and Related Relief, January 19, 2016 |
| Supplemental Order Respecting Motion by Chapter 11 Trustee for Entry of Order Finding That Debtors Engaged in Ponzi and Pyramid Scheme and Related Relief, January 26, 2016 |
| In re: Plantation Realty Trust 232 B.R. 279,282 (Bankr. D. Mass. 1999) |
| L. Bauer, C. Bravo-Lillo, E. Fragkaki, and W. Melicher. A comparison of users' perceptions of and willingness to use Google, Facebook, and Google+ single-sign-on functionality. In *Proceedings of the 2013 ACM Workshop on Digital Identity Management*, pp. 25-36. 2013 |
| O. Benjelloun, H. Garcia-Molina, D. Menestrina, Q. Su, S. E. Whang, and J. Widom. Swoosh: a generic approach to entity resolution. *The VLDB Journal*, 18, 255-276, 2009. |
| C. M. Bishop, *Pattern Recognition and Machine Learning*, Springer, 2006. |
| P. Christen. Data linkage: The big picture. *Harvard Data Science Review*, 1(2), 2019. |
| P. Christen, T. Ranbaduge, and R. Schnell. *Linking sensitive data: Methods and techniques for practical privacy-preserving information sharing.* Springer, 2020 |
| P. Christen, *Data Matching,* Data-Centric Systems and Applications, Springer-Verlag, 2012. |
| V. Christophides, V. Efthymiou, T. Palpanas, G. Papadakis, and K. Stefanidis. An overview of end-to-end entity resolution for big data. *ACM Computing Surveys* (CSUR) 53, no. 6: 1-42. 2020. |
| T. Enamorado, B. Fifield, and K. Imai. Using a probabilistic model to assist merging of large-scale administrative records. *American Political Science Review*, 113(2), 353-371, 2019. |
| A. Ferrante and J. Boyd. A transparent and transportable methodology for evaluating Data Linkage software. *Journal of Biomedical Informatics* 45, no. 1: 165-172, 2012. |

O. Hassanzadeh, F. Chiang, H. C. Lee, and R. J. Miller. Framework for evaluating clustering algorithms in duplicate detection. *Proceedings of VLDB '09*: 1282-1293, 2009.

R. Linacre, *The Intuition Behind the Use of Expectation Maximisation to Train Record Linkage Models*, October 14, 2022. Retrieved from https://www.robinlinacre.com/em_intuition/

R. Linacre, *Splink and the Open Source Dividend*, March 9, 2023. Retrieved from https://www.robinlinacre.com/open_source_dividend/

P. J. Owen, "TelexFree, other scams target local immigrants", *Telegram & Gazette*, Worcester, MA. June 30, 2014.

K. Qian, L. Popa, and P. Sen. Active learning for large-scale entity resolution. In *Proceedings of the 2017 ACM on Conference on Information and Knowledge Management*, pp. 1379-1388, 2017.

A. Saeedi, M. Nentwig, E. Peukert, and E. Rahm. Scalable matching and clustering of entities with FAMER. *Complex Systems Informatics and Modeling Quarterly* 16: 61-83, 2018.

J. Talburt, *Entity Resolution and Information Quality*. Elsevier, 2011.

W. E. Winkler, Using the EM Algorithm for Weight Computation in the Fellegi-Sunter Model of Record Linkage, American Statistical Association, *Proceedings of the Section on Survey Research Methods,* 667-671,1988

W. E. Winkler, Matching and Record Linkage. In *Business Survey Methods* (ed. Cox, Binder, Chinnappa, Christiansen, College, and Kot). Wiley Series in Probability and Statistics, Chapter 20, pp. 355-384, 1995.

"RFC 2822", retrieved from https://datatracker.ietf.org/doc/html/rfc2822

Qualtrics, "Sample size calculator", April 12, 2023. Retrieved from https://www.qualtrics.com/blog/calculating-sample-size/

# **EXHIBIT 2**

# Exhibit 2.1

All 12 fields from *representante* used in the Freer Aggregation Methodology, for 400 randomly-selected records chosen with fixed random seed.

| rep_id | rep_nome | rep_email | rep_cel | rep_fone | rep_end | rep_numero | rep_cep | rep_login | rep_pwd_secondary | rep_cpf | rep_datanasc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19409231 | ping chu | lh197109222022@163.com | 15046380954 | 15046380954 | shiyan | 1 | 157400 | jaq168e | | 912171122 | None |
| 22067481 | riev samann | rievsamann@gmail.com | 070215889 | 070215889 | pouk chas | 291 | 855 | samann0001 | | 180285421 | None |
| 29283692 | Thais Medeiros Silva | | 689958478 | 689958478 | Rua Jo | 1485 | 6800000 | foS3420618c702a | | 5342061Bc6bf7 | None |
| 12840111 | Aida luz Millan mendez | finanzas@fem-ingenieria.com.co | 3175005899 | 3018703 | Cll 12b 32A 86 | 32a86 | 760041 | 3183365469 | | 66820869 | None |
| 19201259 | SAYON RATANA | sophannarithhorn@gmail.com | 12349973 | 12349973 | #35E, St.378 | 345 | 855 | successbiz42a7 | | 000036 | None |
| 32653674 | petra luna | bishopjma73@yahoo.com | 9565298110 | 9565298110 | 12345 main | | 78572 | rexal29 | | 999999999 | None |
| 32766744 | xue bai | bxue2737@gmail.com | 15279989002 | 85434321 | chunxi road,chengdu | 100# | 610000 | bx27373 | | 902193456 | None |
| 14987623 | Ali H Omar | aomar0049@gmail.com | 6146320875 | 6146320875 | 12312 parkwood dr #110 | 12312 | 55337 | shaareey1 | 575ea7987311a647196c8669b1c57b70 | 868771277 | 1970-10-05 |
| 13693377 | Braulio Enrique Gavarrete Panchame | zileonela@gmail.com | 50499957388 | 50499957388 | Col. Santa Monica segunda calle bloque 2 casa 37 | 37 | 504 | gionela11 | 45e1cc9e358bb3f36f7cbe74e5fc0eec | 196608855 | 1966-11-10 |
| 11244297 | RAUL MARCAS VALDEZ | misionsietevnt@gmail.com | 944635541 | 944635541 | MZ B LT10 AA HH NUEVA JUVENTUD | 12 | 511 | dorcasmar | 611de0b10a10b9fae5f3a9bdabeb04fb | 42878214 | 1982-04-14 |
| 31054766 | Jose Sousa | duarte69sousa@gmail.com | 0351962969869 | 0351962969869 | Travessa da Paragem. Moradia D | 12 | 9125-194 | 17jdnstl | | 9938194 | None |
| 12006479 | beliza alcca quispe | beliza_love_30@hotmail.com | 231488 | 231488 | irb. ttio la florida | 1-7 | 84 | bebelonita32 | | 45895335 | None |
| 28240802 | marcelo bruno matheo calumbi | marcel21964@hotmail.com | 557182094025 | 557182094025 | avenida curralinho | 03 | 41705155 | marcelotelexba2 | fb5f2f27be2de104ac2b192f3e874dda | 0846821915 | 1980-09-04 |
| 33501542 | guoqi han | tfgyl679@163.com | 13604507219 | 13604507219 | bayan | | 151800 | hgq404 | | 110251474 | None |
| 15648265 | cristian escobar | gustavoescobar6@gmail.com | 6172067515 | 6172067515 | 1 | 1 | 1 | ianalejandros2 | | 6172067515 | None |
| 31190562 | sebastian jimenez | sebasjim_lds@hotmail.com | 4169939547 | 905 8214181 | 1285 Garcia street | | 55828-868 | sebasjim18 | | 545989550 | None |
| 22759639 | freddy vivar | ricardo_vivar_camavi@hotmail.com | 59399879632 | 59399879632 | cooperativa el recreo | 656 | 070650 | rikyddd44 | | 0703.624411 | None |
| 17784207 | Renald Paul | renaldpaul@hotmail.com | 5148935434 | 5148935434 | 6985, boul. des Laurentides, Laval,QC | 6985 | H7H3A1 | successca11l01 | | 000000000 | None |
| 15009737 | Ramon De Leon | ramondeleonc@gmail.com | 18095445555 | 18095445555 | manz 21 | 59 | 22000 | ridic7f | | 007040766123 | None |
| 11602575 | JAVIER MAXIMO LEIVA CIRIACO | javiermaximolc@gmail.com | 968665387 | 968665387 | Psje. Talara Pueblo Joven el Porvenir | | 15169 | javierml7voip1 | | 40094677 | None |
| 14851591 | Wendson Santos Fonseca | edimaxnetwork@gmail.com | 17991853555 | 1733431478 | RUA JOÃO MATEUS DE MORAES | 231 | 14702114 | wendsonfonseca1 | d1fb1ea9a408b1f32186ze86ec4bae3e | 04866632702 | 1985-05-18 |
| 11002661 | Lara Glane da Silva | laragianes@hotmail.com | 1281015840 | 1288394867 | R: Mariana | 292 | 12233220 | cl121araglane | 087febe46d5519ef1874c36eacd46f2e | 350168180 | None |
| 21495295 | Francisco Almazan | pacohuichol@hotmail.com | 6641612812 | 6646806455 | Meseta | 1342 | 22240 | wichol4tres | | 650202 | None |
| 24866050 | RADDYAWATI CHAN | chanshanazara@gmail.com | 60195944575 | 60341019493 | DESA VIEW TOWER | 2254 | 53100 | richbeauty3c | | 6842831 | None |
| 28930870 | Victoriano Mazariego | mauricioalarconmartinez@gmail.com | 72007700 | 72007700 | Tercera av Norte y Novena Calle Poniente Varrio El | | 00000 | 2i9xwxqejjbf910 | | 174570343520741 | None |
| 14471807 | william amaral machado | williamamaral.stgo@gmail.com | 5599444546 | 5597232254 | Rua Augusto Haller | 1000 | 98804710 | williamamaraluy | 8e1ee624dc8676881fdc12cb002d8708 | 4104085487 | 1991-03-29 |
| 25908762 | cesar machiavello | nbruzzone31@gmail.com | 099761661 | 47333767 | larraÑaga | 215 | 50000 | milces62 | | 25786724 | None |
| 32009236 | Renato Marins | renatopenedo@gmail.com | 9782103090 | 9782103090 | Po Box 3232 | | 01930 | 8q5tnw4on8yon83 | | 07841829325118 | None |
| 11613041 | fabrizio | fabriziobonardi79@gmail.com | 00393454638036 | 00393454638036 | via rosa luxemburg 13 | 00393 | 21040 | fabrizio79 | 749c6b091e2d50b185c593c1c679634e | 011079 | 1979-10-01 |
| 30520312 | gutierre santana | gutcris2004@hotmail.com | 9783330861 | 9783330861 | 5 elm dr | 5 | 01749 | gucal18 | | 927773425 | None |
| 6909814 | ALBERTO GUILLEN TELLO | aguillentello@gmail.com | 6622569250 | 6622803192 | CAMPECHE 270 | 270 | 83190 | guillentello3 | | 046812262234 | None |
| 10895323 | Filipa Andreia Rocha | fapgrocha@gmail.com | 00351965550681 | 00351965550681 | Caminho Velho da Palmeira | 72 | 9300-304 | staceciliaa | b802b8d91fd69363661f43ae17fca18f | 223799866 | 1985-12-22 |
| 18050007 | Estefania Tapia | moniquelombeida@gmail.com | 59322437118 | 59322437118 | francisco chira y j paredes | 115 | 170127 | roxysteff15 | 4919433b44e074dceda655cf5788a76e | 1716601487.. | 1990-08-12 |
| 19286159 | cristhiam chamorro | skio.12@hotmail.com | 3208411664 | 3208411664 | cll 9 20-25 | 25 | 00000 | pan20 | | 182923726 | None |
| 34050578 | Nor Rahiniza Abdul Ghani | rahiniza.tlxfree@gmail.com | 01112455783 | 01112455783 | C-21-1-12, Pangsapuri Sri Abadi | 01112 | 11900 | rahiniza10 | | 025378 | None |
| 14580551 | Alexis Cabral Morel | alexandrareiscrrn@hotmail.com | 0973852882 | 0973852882 | km30 | 0000 | 0000 | alexandrareis1 | 149815eb972b3c370dee3b89d645ae14 | 6695954 | 1993-02-09 |
| 12741791 | vitor goncalves | fontainhai1@gmail.com | 00351926102236 | 00351926102236 | estrada da camacha | 217 | 9060-010 | omeufuturoc1 | | 920182236 | None |
| 14665365 | Sebastiana Ururi Pumahuanca | adolfonober@gmail.com | 946621498 | 946621498 | jr las palmeras | | 051 | sebasp3 | | 01529707r | None |
| 28414936 | lkj jhg | e.k0025@gmail.com | 8099109686 | 8099109686 | kjh | | kjb | 80991096867 | | 00100100109 | None |
| 14092857 | Henrique Urias Santos | uriashenrique@gmail.com | 558100612647 | 558199612647 | Dona Marina dechamps | 62 | 54340095 | urias2015 | 734c08b5fb7ebb2b95b7e0e82d452d837 | 265320 | 1961-07-15 |
| 23229189 | cristian mamani coaquira | kennedymamanic@gmail.com | 952917617 | 952823647 | agrupacion ciudad nueva Mz 19 Lt 06 | a-3 | 23000 | 2503sa7 | | 7164626848 | None |
| 26588988 | Andrés Saavedra | andrex1963@gmail.com | 66182910 | 66182910 | Plaza Arturo Piera | 7 | 46018 | gpsiter1126 | | 05144123 | None |
| 22825309 | gaspar condori cruz | wcmgaspar@gmail.com | 954729758 | 954729758 | av. antisuyo | c-11 | 084 | joaquinvoip22 | | 44809491 | None |
| 10481737 | Marcio de Oliveira Gomes | marciogomesoline@uol.com.br | 556699542801 | 556699542801 | Main ST | 320 | 02740 | mgomesgroupc1 | | 9214416120 | None |
| 31485092 | meiying gao | gaomeiying1969@gmail.com | 15960133009 | 15960133009 | zhangzhou | | 363000 | gmq042 | 04973d1800f7c29d2b5daccdb01f31a7 | 9051505242 | 1969-05-15 |
| 22779907 | longshen chen | 3589447775@qq.com | 8613589447775 | 8613589447775 | huangheroad | 5 | 515000 | njmy001009 | | 111117971 | None |
| 15269983 | adriana menegati | jozineiusa2012@gmail.com | 2672352798 | 2672352798 | 6237 crafton st | 6237 | 19149 | neydrica7 | 2ff287f725a4e9d9d7c04b7a819c8f29 | 9347611525 | 1974-11-02 |
| 22442207 | da liu | lx5187@163.com | 15577088245 | 15577088245 | gui tang | | 53499 | 1x51125 | | 205013145 | None |
| 22172165 | maria villegas | maricita_app@hotmail.com | 0051959369858 | 0051316201 | moo.bustamante | j-2 | 051 | 23majolivi01 | | 41485859 | None |
| 24603072 | Andy Asian | myaperu@hotmail.com | 981461007 | 981461007 | Av. Camino Real Nº 476 | | 001 | myaperu3voip8 | | 32956639 | None |
| 17420867 | lourdes zambrano marcillo | lourdesosita@outlook.com | 593984999360 | s/n | condor han | 205 | 0000 | 1982pao | | 130796802-2 | None |
| 28806740 | soeun savry | soeunsavry7@gmail.com | 85516957695 | 85516957695 | phnom penh | | 855 | lucky4phone5 | | 66668767B | None |
| 24990458 | jefferson herrera | mnghgh@hotmail.com | 6446466656 | 6446466656 | gjgjkgkgg | 15465 | jghgjhj | alexpaqu3 | | 6464646 | None |
| 25827594 | carlos santos | cerqueirafree@gmail.com | 966380983 | 966380983 | rua airo | 21 | 4730 | cartania710 | | 248137809 | None |
| 15948487 | Enrique Portillo | enriquet444@hotmail.com | +34627046884 | Ybaiez | Trias de Bes | 73/77 | 08440 | kikebcn | 2f4e613b3796bb305942e81621f1f088 | 38508639s | 1965-02-09 |
| 15622367 | denisson carvalho fontes | denissonnet@gmail.com | 557999665426 | 557999665426 | capitol ave | 1603 | 82001 | dcf | 03435e70b2d275b16191f12f3b41df2f | 463596867 | 1986-04-24 |
| 23128273 | gilberto guayamis galoc | guayamisg@gmail.com | 942845624 | 942845624 | jr huallaga 434 | | 001 | guaytas4 | | 40342540-? | None |
| 13274413 | Newton cruz | newton.cruz7@gmail.com | 8134439434 | 8134439434 | rua do triunfo | | 52120-090 | newtonusa772 | 42aa6053bc606f9645d3832265e9f548 | 5469537 | None |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29027608 | César Magno Abreu Castro | autoferraztelexfree@gmail.com | 00351912121505 | 00351912121505 | urbanização vista alegre | | 9125-902 | autof38 | | 222106696 | None |
| 30602924 | William Silva | wcsjunior@yahoo.com | 5108606309 | 5108606309 | 104 villa drive | | 94806 | newmoneywill17 | 800e365301349f2b62fc5bcbf6ac2b39 | 616232152 | 1982-06-19 |
| 19566151 | Gentil Fernandes da Silva | isaiasleite2010@hotmail.com | 5594928175557 | 5594928175557 | Av. Duque de Caxias | 226 | 68520000 | gfs09 | | 115338.. | None |
| 13310573 | Christian Baca Silva | nancysilhua@gmail.com | 995795449 | 3863123 | conjunto residencial campoy block 1 515 | 515 | LIMA 36 | christian8943 | 1106ef9ecd422a4e62912c68ac8d2dfd | 45745843 | 1989-02-02 |
| 8990114 | Julia Keko Aki | akijuh@gmail.com | 09064631070 | 09064631070 | Kunimoto2254-2 | 2254- | 4370012 | akijuh13c4 | | 04179333805 | None |
| 27968580 | Ho Lai Fong | poloamon@gmail.com | 85226714333 | 85265996128 | Flat E,11/F King Win Fty. Bldg., | 00852 | 000000 | mags0003 | ade7c1dc60940ab28708a9d241f17889 | K5688450 | 1969-08-29 |
| 30347198 | Salomé Chagas | salomechagas16@gmail.com | 351261937300 | 351261937300 | Rua do Juncal | 16 | 2520-042 | xagas7109 | | 116585803 | None |
| 15424181 | Francia Feliz | francia_1303@hotmail.com | 8294326954 | 8095964381 | Av. españa edif 23 | 23 | 809 | franciaclienta | | 22300760950 | None |
| 16362967 | Eduardo Ferreira Junior | ebpmultnivel@gmail.com | 5584-886727297 | 5584-2010610S | Av. dos Caiapós | 2025 | 66835 | compostela20 | 802d8c9b92946f3e6b368312cd1383e1 | 4186269 | 1975-05-30 |
| 17655023 | abc abc | a092514765S@gmail.com | 1111111111 | 1111111111 | 222222222222222222222222222222 | | 70000 | hkt0001 | | 1111111111 | None |
| 12839407 | ADAUTO GOMES PINHEIRO NETO | adautopinheiro@hotmail.it | 351913958066 | 351913958066 | RUA DA ESPERANÇA | 2 | 2500155 | walfigueiredo | | 259177741 | None |
| 17150481 | Erik Damian Munoz Monserrate | mercedesrocio@hotmail.es | 593994734538 | 59323741018 | Carlota Jaramillo | 13 | EC230101 | taguaexitoso02 | 3d863b367aa379f71c7afc0c9cdca41d | 1721377313 | 1996-01-26 |
| 18285155 | Carlos Rodrigo Jacome Ponce | carlos.jacome_@hotmail.com | 0984619495 | 3310256 | Antonio Sanchez s/n y Francisco Ecija | S/N | 170137 | cjacome1 | 2355567112edea1e02589e9a734126fb | 1712706017 | 1979-04-25 |
| 15244391 | CARLOS E. GOMES | cecgomes20@comcast.net | 9548512332 | 9548512332 | 2912 NW 67TH COURT | | 33309 | cecgomes05000 | | 593568253 | None |
| 15804223 | Betzabe Laureano Lazaro | jehova@hive@gmail.com | 51968084164 | 51968084164 | Av. Universitaria Km | 5 | 0062 | betty567voip1 | | 208947994 | None |
| 22593609 | Jose Aparecido de Andrade | joseaparecidodeandrade4@gmail.com | 556596038070 | 556596038070 | Rua Marcelo Terceros Banzer | 2 | 304 | javitorias8c16 | | 062774 | None |
| 15058255 | hassan abdi karim | shaafici1@gmail.com | 441212706722 | 441212706722 | 26 stirling Road | 26 | b169bg | shafici14 | 8ce87b8ec346ff4c80635f667d1592ae | 82400997 | 1974-08-24 |
| 26719794 | Natalina Aliprandi | nataliaaliprandi@hotmail.com | 393206565660 | 393206565660 | via Degli Stretti | 07 | 31100 | raffa1209 | | C885491 | None |
| 24596252 | Nélio Ferreira | nelioferreiranegocios@gmail.com | 914264638 | 914264638 | Rua Barreira Vermelha nº2A | | 2510 | bvp059 | | 211902888 | None |
| 1837442 | danimari llc | soporte@myonecallxpress.com | 7043607312 | 7043607312 | 1918 coliseum drive | 1918 | 23666 | c17043607312 | | 7043607312 | None |
| 18715363 | Paula Prak | paulaprak@gmail.com | 3016930631 | 3016930631 | 1818 Granby Way | | 21702 | Luckyspirits01 | b918cc34caecf0777981414c38908144 | 352168906 | 1981-02-28 |
| 24762910 | yolanda landaverde | osorioleslie123@gmail.com | 6179554744 | 6179554744 | 133 irvin st | | 02149 | abregos7s | | 6179554744 | None |
| 26175142 | oupalavanh bouaphet | oupalavanh@gmail.com | 0781093781 | 0781093781 | 2° REP CAMP RAFFALLI CCL | | 20260 | bouaphet | 9551f54626799ab0f93c314eaadaa1c0 | 0713799817 | 1983-02-04 |
| 12486309 | keqing qin | 13666303168@163.com | 18660377988 | 18660377988 | weihai | | 264200 | qkq598 | | 102140045 | None |
| 31188226 | Vinicius Wetter voip | viniciuswetter@hotmail.com | 46874654845 | 54546545645 | joseverissimo | 16 | 35053340 | lucypoc4398036 | | 10000000031326364 | None |
| 18542715 | carlos perez | carlos_perez79@hotmail.com | 573214570978 | 5718824435 | cra 4 este 30 21 | S/N | 0000 | 8006607713 | | 80066378 | None |
| 18623951 | julio cesar | julio.cesar.prado.jcp@gmail.com | 86344407 | 86344407 | rua senador pinheiro ramos | 786 | 54753110 | julioccc5 | | 61064160 | None |
| 29554222 | sandy aguirre | sandyta1823@yahoo.com | 6174130243 | 6174130243 | 9 walden | | 02151 | 3santato1 | | 6174130243 | None |
| 25618846 | ds fd | zxy13581932995@126.com | 13891278831 | 12548453486 | shanxi | | 719000 | fdbs | | 910245684 | None |
| 31051852 | Segundo Gregorio Celi Guerrero | jessyesrefany_1997@hotmail.com | 593999613417 | 593990367147 | via a la loma | xxxx | 070650 | comandante0016 | | 0702584299 | None |
| 19582027 | guohua chen | cgh130121@126.com | 13081029083 | 13081029083 | beijing | | 100000 | cgh114a | 381ee61c5844233b757c8dbff6ba975d | 805060427 | 1968-05-06 |
| 19042495 | hgcvuygjhop vjhbiuhojp | sinlimitesavanza@gmail.com | 987564 | 786543 | fdtyfug | 6978S | 78965 | ag928 | | 789655 | None |
| 22425649 | wreew sfasd | rert@163.com | ewrewtre | truryt | truyuyt | gkjhj | tuyuuy | bafrm222c2 | | erewtt | None |
| 20635873 | Armando V. Sousa | armandotelex@gmail.com | 5088603665 | 5088603665 | 66 Harrington Farms | | 01545 | avsc9 | | ,,,,,,,, | None |
| 24824544 | Eduard Pfau | agatazxc289@gmail.com | +77015261730 | +77015261730 | Stepnoy4 | 12 | 100000 | drandpoo15 | 78c4318cd55383826920 7ece540b900f | 032784954 | 1976-07-19 |
| 19176359 | Abel Ernesto Chacon Chacon | drfranciscog196@gmail.com | 593998812240 | 59322699199 | Av. Tnte Hugo Ortiz y Moro Moro | S/N | 170105 | aech09 | | 14 00307086 | None |
| 20976333 | humberto vladimiro suarez rios | hsuarezrios@yahoo.com | 974219466 | 974219466 | cuatro torres | 407 | 084 | milingo3 | | 23944639 | None |
| 17440663 | Pavel Danilin | pashadan86@gmail.com | +79170638522 | +79170638522 | 40-letia Pobedy,8 | 339 | 432072 | pasha358 | a08e91f1a15579e233ce4854ed66efe2 | 7305433748 | 1986-07-13 |
| 23586116 | Evaldo cunha | evaldoatlanta@gmail.com | 6788552995 | 6788552995 | 2313 cajun dr | | 30066 | feraatlanta46c | | ,,,,,,,,,,,,,,,,, | None |
| 15515561 | van prom | promchiro@aol.com | 2096145465 | 2096145465 | 1031 Mchenry ave | | 95350 | 168peterc1 | | 586342889 | None |
| 28514922 | Mario David Montiel Lopez | lopemar@hotmail.com | 983428883 | 61571428 | calle acosta #u | 37 | 7000 | lopernr052 | | 2507423 | None |
| 30224954 | shijie da | 1356308733@qq.com | 8613563087333 | 8613563087333 | liqiond kuansahn | 18 | 250023 | lbf1623013 | | 111118368 | None |
| 23996308 | Mapril Pena | maprilpena@gmail.com | 961265353 | 961265353 | estrada nacional 360 | 71 | 2500-609 | vopiu103 | | 149389841001 | None |
| 33605882 | Jose Teixeira | hessotelexfree@gmail.com | 447876558572 | 447876558572 | Bond Streeet | 63 | 10 | ynwcu4tfwllrr5i | | 801932264033059 | None |
| 25713568 | cesar augusto rodrigues aguero | carodrigues123@gmail.com | 34722317313 | 34981634675 | a barreira | 17 | 15172 | 1topcc1 | | 49676927d | None |
| 10849613 | Percy Choquehuanca Mendoza | percy.1972@hotmail.com | 951409268 | 326127 | Jr. Roberto Barriga | 772 | 051 | percychm | 680f53fc72a58404c6e6256c48bf753a | 01299781 | 1972-01-15 |
| 16774341 | Egidio Fulberti | squadratelex@gmail.com | 3343158136 | 3343158136 | Via Strada Ciosa | 41 | 18100 | fulbert147 | 3e106f801582b714ab41d5fa18e00b87 | 1658172 | 1947-10-26 |
| 33812486 | Helena Mantese | bambola66@gmail.com | 4156374504 | 4156374504 | 540 D ST Apt 9 | | 94901 | 14he7v3 | | 608947387 | None |
| 18527109 | Eduardo Alves | eduardo_alves4@hotmail.com | 42323871932 | 2712389132 | Rua Guarani | 200 | 29052303 | gruporedevix | a3eda7c758497f437c166ab6f5689830 | 23289561 | 1987-12-06 |
| 32755544 | diego mavalo | diegomavalo@hotmail.com | 459898477896 | 459846229385 | Juana de Oriol | 656 | 40000 | mavalo10 | | 43962281 | None |
| 23437753 | Ala Khamiankova | a.belikov.staff@gmail.com | +375257843934 | +375257843934 | Lavrinovicha | 1-22 | 247351 | freenight2c11 | | 2098101 | None |
| 30467382 | angel suazo | angelexousia@hotmail.com | 33395926 | 31920172 | RES EL DORAL | CASA | 504 | mybless81voip6 | | 190805471 | None |
| 28381230 | Isabel Freitas | isabel.freitas@apo.pt | 961863303 | 961863303 | Caminho dos Saltos | 1-B | 9050-219 | lebaz13p6 | | 015198669 RM | None |
| 27794690 | Guilherme Costa | telexfree.moneynet@hotmail.com | 19783023434 | 19783023434 | 07 home st | 07 | 01749 | solac | c54f739fe53a1f36ae7c15b21e6bda85 | 499759476 | 1992-02-22 |
| 30912060 | mingzhong wang | yangzhiwen86@163.com | 13083626044 | 13083626044 | henanluoyang | | 471000 | kpqg555 | | 19351228 | None |
| 11173547 | monaco giovanni | pino.varratta@libero.it | 3454911746 | 3454911746 | via lequile | 178/c | 73100 | pinovar | 71d6c631e36a3432a5899bb09c51d52a | 060162 | 1962-01-06 |
| 23507474 | gui long yang | colin92060@gmail.com | 15811916535 | 15811916535 | gaungdong | | 516000 | ygl666a8 | | 610274315b | None |
| 32798142 | zhi zou | 13487591499@qq.com | 8613487591499 | 8613487591499 | beisan road | 3 | 610081 | zouzhi004 | | 111121810 | None |
| 12029215 | janser rodriguez | janserrodriguez@gmail.com | 8097107067 | 8097107067 | carretera mella 102 | 102 | 23000 | janserrodriguez | | 02800558341 | None |
| 16370859 | vanesa zhagui | luis.suculanda@yahoo.com | 6313352714 | 6313352714 | jarison | 2 | 11937 | vanesas05 | | 6313352714 | None |
| 31632038 | Ana Luis | sofia_luis5@hotmail.com | 965135327 | 965135327 | Loural | 0 | 9240-216 | asgluis35 | | 240057309 | None |
| 14462651 | Genner Bolivar Puello | gennerbolivar@gmail.com | 593994536919 | 593994536919 | Avenida 17 de julio # 8-65 | 8-65 | 00000 | teixascomecca | | 1719647511 | None |
| 15890279 | carlina meza | hucajoca@hotmail.com | 3125192104 | 3125192104 | callé6 No 4AE 20 | 4AE 2 | 54001 | celexcameca | | 27748285 | None |
| 27588896 | Manuel Alves | mmalves.telexfree@gmail.com | 00351912301188 | 00351224670384 | Rua do Barreiro | 43 | 4485777 | maalvolp2 | | 198821115 | None |
| 22549637 | Angelica dasilva | brazilian.angel21@hotmail.com | 7324060098 | 7324060098 | westside av. | 653 | 08861 | a331c11 | | 7324060098 | None |
| 13024661 | eris mejia mejia | jrjr0320@hotmail.com | 19788769629 | 19788769629 | 14 bruce st | 14 | 01841 | eris1234 | | 19788769629 | None |
| 18874971 | shou dong wang | ccl15367418087@gmail.com | 13311883817 | 13311883817 | shenlanlu | 23 | 510000 | wsd1681 | 838ef0e61e11ca0469110b10d157ca81 | 302084351 | 1973-02-08 |
| 27858064 | UGT ghj un GF tgjf | jossandra1993@hotmail.com | VB CF y DG u d | GN g UF DCC gg | fdhfzfgigjuggf | VB g | 23000 | 1234vi1 | | DG g u sjkghfg | None |

| ID | Name | Email | Phone1 | Phone2 | Address | No | Zip | Username | Hash | Number | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30736220 | fabio bomfim | fabioguimaraesbomfim@hotmail.com | 968708635 | 968708635 | rua 1 de maio | 11 | 2625-622 | fgb3voip7 | | 277302382 | None |
| 12998949 | Jorge Velasco | alfredo_vlsc@yahoo.com | 5593334957 | 5593334957 | 586 W Stacie Avenue | | 93257 | elpalomo | 2ad5495bb5022419d894270f829b5125 | 611651686 | None |
| 29198424 | Antonio Beitum Beitum | claudiocluif4@hotmail.com | 554399352030 | 554399378003 | Wood Dale Rd | 468 N | 60191 | niko1955eua8 | | 810208255 | None |
| 26020118 | yi luo | royal001@163.com | 13761279502 | 13761279502 | shang hai | 2 | 200940 | ly5009 | | 950148399 | None |
| 30169436 | mengqing ma | taochen75@gmail.com | 8058869666 | 8058869666 | 2459 jacaranda dr | 2459 | 93036 | honey09a | | 194857088 | None |
| 25409672 | jesus alfonso aguirre hernandez | japroservi@hotmail.com | 9931679450 | 9931679450 | av. revolucion | 633 | 86150 | jaah84 | | AUHJ731202 | None |
| 22553765 | abraham laura pacco | franklin_444_5@hotmail.com | 973505754 | 973505754 | Jr. jose antonio encinas | S/N | 051 | abraham1001 | | 01483302 | None |
| 27253936 | Luis Luna | alizabelpg@hotmail.com | 8498629761 | 8498629761 | Calle 10 | | 10100 | 8497012235f | | 00111776019 | None |
| 16885985 | Cosme Rodrigues | cosmemh@icloud.com | 15089332888 | 15089332888 | 13 Burkeley St | | 02914 | cosmemh30 | 4c91dd5327d6d386756601326lac73ab | 938703891 | 1976-10-12 |
| 13390271 | Rene Silva de Oliveira | 1988renesilva@gmail.com | 8487482872 | 8487482872 | Rua Dom Antônio de Almeida Lustosa | 132 | 59073110 | renenatal5 | 3ebcf2ea126331c42b12da5abb3da6b0 | 2639991 | 1988-02-17 |
| 17760751 | Otilio Prado | suporteplanobbc@gmail.com | 553199844030 | 553199844030 | . | | | bhinvest114 | | MG3516428 | None |
| 12309161 | ana paula | nina.bbom@yahoo.com.br | 5519982686928 | 5519982686928 | calle del maestro c cero cora | s/n | 7800 | larapy5 | | 3254781455 | None |
| 22878987 | salustia perez | salusperez@hotmail.com | 2274822368 | 2274822368 | calle miguel negrete | sn | 74180 | os8 | | PEE5570914 | None |
| 25579732 | Ricardo Kazuhiro Ikematsu | r.ikematsu@gmail.com | 08054318685 | 08054318685 | yorikido | 1376- | 3700535 | rikke7voip5 | | 420002193500 | None |
| 28043426 | jesus condori gutierrez | maxacagu@gmail.com | 986866244 | 986866244 | micaela bastidas | 111 | 051 | maxavoip45 | | 41706687 | None |
| 32366660 | GEOVANNY PELAEZ | geo.-9@hotmail.com | 34676362107 | 34676362107 | COSTA DE SOL | 3 | 28033 | ffonos8 | | 1717378713 | None |
| 22325361 | Ageu Divino Borges | vencedorusa@gmail.com | 6599883386 | 6599883386 | Rua 405 Qda 124 | 34 | 70088611 | borges07voip8 | | 13 222648 | None |
| 26462494 | rekiya salama | sofiefashion@gmail.com | 08032092699 | 08032092699 | Suit 3, Mammy, Lungi Barracks | 3 | 234574 | hajiya | | AD004235 | None |
| 20302025 | ernestina tavarez | maryagrawahb@hotmail.com | 8293923776 | 8097368776 | Gurabo Calle 20 | 68 | 51000 | entavarez9 | | 03101479158 | None |
| 28082806 | claudia chaves | duarte.jose93@gmail.com | 15084105696 | 15084730554 | 14 shadowbrook lane | 47 | | 017571144 | 1h0rb1ymfonddfx | 540723621330822 | None |
| 12230337 | Kadi Ka | wbeyanca@gmail.com | 45667 | 45677 | 56799 | 00100 | 00254 | kash1 | | 45667 | None |
| 33835388 | adalia Buendia | michael_1803@hotmail.com | 00593988161297 | 00593988161297 | coop. santa Eufracia Mz. D , Solar 1 | | 090610 | adaco31 | | 00540232302 | None |
| 17133111 | Robert Rodricks | robertrodricks@gmail.com | 3013177872 | 3013177872 | 3356,Old Line Avenue | | 20724 | robert7878a | 00c66aaf5f2c3f49946f15c1ad2ea0d3 | 220436017b | 1954-06-19 |
| 19446541 | Benedicto Carreño Castro | benecartage@hotmail.com | 0573173757607 | 0575133574 | Carrera 47 # 55-30 | 47 | 0000 | benedi99 | | 1 128446459 | None |
| 10924917 | blessing adat umo | eganndem@yahoo.com | 08033691565 | 08033691565 | wilbahi estate | 56 | 23489 | greenleadafrik6 | | 134 | None |
| 28622356 | Ionel Iacob | elenatirnovanu@gmail.com | 3334357995 | 3334357995 | via pinelli | 6 | 10100 | gyanni | 263bce650e68ab4e23f2826376b09fa5 | 0308197600 | 1976-12-01 |
| 23939388 | bruno silva | brunogleal@globo.com | 5516981711961 | 551636302223 | antonio josé moreira | 125 | 14055320 | burusac1 | | 49305083.8 | None |
| 16650765 | Mohammad Muhsen | miagee76@gmail.com | 0119627971997051 | 0119627971970514 | alhekma st | . | | saifs2 | e489562a6c8de9769278c6cee58c47e3 | 9781014440 | 1978-08-24 |
| 8233698 | graziana | grrrace@yahoo.com | 3331398595 | 3331398595 | via bartali | 1 | 58100 | diegof114 | | 17091975 | None |
| 13318459 | Ruben diaz | rdb94@hotmail.com | 7025040232 | 7025040232 | pobox 570372 | 123 | 89157 | cubalibre38 | | 12312456 | None |
| 28683680 | Angeles Alvarez | lauralopezalvarez@gmail.com | 691684848 | 691684848 | C/ Sant Jaume | 8 | 08980 | alvarez53c2 | | 33819355V | None |
| 23050097 | lucinda maria de paula neta | lu_depaula1@hotmail.com | 78191874 | 78191874 | calle san nicolas | 22 | 15 | lubolfone7 | | 13556606 | None |
| 31382076 | eduardo alvarez morales | azakatsuki1515@gmail.com | 519990802254 | 519990802254 | Jr Jose de San Martin 150 | | 01 | cel2voip08 | | 47575997 | None |
| 31809602 | wellington de jesus pereira | alexandrausa2013@gmail.com | 7543675913 | 7543675913 | 3550 blve dr#103 | | 33064 | 07wjp303 | | 974707883 | None |
| 12326283 | Maria Lorena Castillo Aveiga | doctornico71@hotmail.com | 59322504150 | 593999831134 | Carvajal 195 y la Gasca | bloq | 170143 | lorecast | 5e8667a439c68f5145dd2fcbecf02209 | 1310014509 | 1980-07-22 |
| 29145636 | juan carlos buitrago | juank1875@gmail.com | 3208431196 | 3208431196 | cll 20 6 53 | 0 | 057 | eece8 | | 7314388 | None |
| 24326730 | cece cece | idultelexfree@gmail.com | 081355203254 | 081355203254 | tarakan | 11 | 4121 | cece007 | | 5541 | None |
| 17617649 | marino belen | tintasbm@yahoo.com | 8096133626 | 8096133626 | Manzana 25 No.5 el eden | 5 | 11201 | marinobelen | ca6949e70eabe8adbc8632697f6b988f | 00114849235 | 1980-12-18 |
| 28510658 | gilma amaya | jcedillor@gmail.com | 99072736 | 99072736 | sps | 1 | 504 | gamaya827 | | 13021982 | None |
| 15997647 | Alexis Rekerako | alexisbwana@gmail.com | 250788590092 | 250788590092 | Kigali | | 250 | iranzi6 | c0bb9bbaf56198988ba3a662ff7450d3 | 0788590092 | 1975-01-01 |
| 14615005 | enia valentin | epvalenin@gmail.com | 17173302810 | 17173302810 | 585 foal court | 185 | 17682 | valeusa100 | 3f1ab41efddee120ba34f197705d1a01 | 017849471 | 1975-07-10 |
| 24754476 | Grace Semugenze | gnkalubo@gmail.com | 0772436082 | 0772436082 | P.O. Box 21940 Kampala | 256 | 25641 | graceofchrist3e | | 3548863 | None |
| 14186869 | wendy pichardo | wlpmnv@yahoo.com | 6177784040 | 6177784040 | odonnell lane | 6 | 02026 | wlp09 | 56eb2fed43898c5f44ea1a37ea00725lb | 086660977 | 1976-06-23 |
| 25681294 | licinio1 amaral1 | licinioamaral@gmail.com | 9991310303 | 2732440203 | Rua x1 | 1231 | 02411310 | teamarraza13103 | | 41021310303 | None |
| 32799100 | jing guo | gg921j@163.com | 18511060629 | 18511060629 | shijiazhuang | | 050000 | rry022a2 | | 734767842 | None |
| 23746160 | ZENON QUISPE CHOQUEVILCA | zenon.telexfree66@gmail.com | 979232336 | 979232336 | CUSCO - CANCHIS - SAN PEDRO | S/N | 084 | 06zenon | | 24695361 | None |
| 17205639 | Jose Hernandez | joguiro@yahoo.com | (829)639 4590 | (809)472-0404 | Av. Sarasota 20 | 20 | 11207 | joguiro | 5a01f0597ac4bdf35c24846734ee9a76 | 00107960890 | 1967-09-09 |
| 13283601 | D11 Inc | davidbeeba@gmail.com | 8573122571 | 7816200168 | 97 bellevue avenue | . | 02176 | 1dh43 | 1849c91d7b856fa80fb45b4130d6fd3b | 461876556 | 2013-01-28 |
| 21375225 | jose antonio callapiña condori | jositan12@gmail.com | 989649964 | 984264269 | jositan12@gmail.com | 572 | 084 | vace1 | | 23980330 | None |
| 21603193 | rundong zhao | 12345@qq.com | 1310000 | 1310000 | tiedong | 1231 | 114000 | egs010 | | 111132248 | None |
| 30478712 | jose rodrigues | duartesousa79@gmail.com | 351967043776 | 351967043776 | Estrada do Pedregal | 1 | 9350-033 | 2sousafn101 | | 11970978 | None |
| 17364803 | erica mayo | Ericamazo1021@gmail.com | 7813001513 | . | 878 broadway | | 02150 | valexa09 | 5f14615696649541a025d3d0f8e0447f | 925.71.6333 | 1973-10-23 |
| 32159622 | aylaiheang07 aylaiheang07 | yemren@live.com | 8559294123 | 8559294123 | battambang | 5 | 855 | heang567418 | | 99989898989898 | None |
| 3422538 | aubri salvador | telexfree@telexfree.com | +51 1 2642019 | +51 1 2642019 | Av Juan Pezet 1765 - San Isidro | 17765 | 3788 | aubrisalvador_tlf | 92f632fea36a4ddaebe79564dbe6029f | 54354876256 | 1978-01-01 |
| 21995387 | guibin huang | hgb19770329@163.com | 13209496565 | 13209496565 | laizhou | | 261426 | s2e | | 703291233 | None |
| 18301429 | antonio rudrigues | school_69_6@hotmail.com | 351967876352 | 351967876352 | america | 1 | 21345 | clientejsa03 | | 234432741 | None |
| 24648950 | fernando carreño | fmorenodaza@yahoo.es | 573014942381 | 577949516 | cll 152c 133-09 | 152 | 0000 | pachamar15 | | 77984480 | None |
| 15994557 | thabit salim | thabit.salim@yahoo.com | 0701396396 | 0701396396 | kawanda | 02 | 256 | c21paluka4 | | 396396 | None |
| 23991518 | Jason Azevedo de Farias | jason.farias@hotmail.com | 5568922987749 | 5568922987749 | Rua 13 de maio | 06 | 69900205 | jason1f2 | | 175497 | None |
| 29340744 | henry kiddu | henrykiddu4911@gmail.com | 7813304744 | 7813304744 | 26 beacon st | | 01803 | c2csudk7lxrs935 | | 2278280903223302 | None |
| 15187881 | marco fernandes | markffaria@hotmail.com | 3194066658 | 3134278516 | rua clarissas | 680 | 31730725 | voipmarcoplus | ec038f4aef0cdd8eb081faf735e1ab89 | mg12123680 | None |
| 16190613 | mercedes garcia | m.luis.madera@hotmail.com | 8092585655 | 8092585655 | calle azua | 9 | 10147 | anglada9 | | 02309966443 | None |
| 13187479 | Raysa Marleny Leonardo Olaverria | rayzamarleny@hotmail.com | 8299046324 | 8095566891 | calle bermudez #128 | 128 | 22000 | raysa0806 | d5e29feb654a6681f1e29c3ff36a3c4a | 4022295957 | 1993-03-08 |
| 28704006 | Paulo De Freitas | paulorjfreitas@gmail.com | +3519674668465 | +3519674668465 | Rua Nova Quinta Deão Edif. Cuibem 1 2º E | | 9050-071 | gtt380pro2 | | 205995675 | None |
| 13708471 | carmen elena alban orozco | carmenelenaalban@gmail.com | 3176165383 | 8225702 | calle3 No. 17 a 16 | | 00000 | carmenelena1 | 59e020e1b521106aec6dcdaf41f5b9e4 | 1061720962 | 1989-08-08 |
| 30328944 | Elias Bonfim Amaral | dkfigueiredo@gmail.com | 19-34526600 | 19-34526600 | Avenida Laranjeiras | 1322 | 13480000 | bonfin205voip | | 29074481 | None |
| 29329960 | bai sun | hjsgf@163.com | 18765343728 | 18734526783 | jilin | | 136000 | sbl0208 | | 987652535 | None |
| 23779744 | cliff monique | godie.banjo@gmail.com | 414754245741 | 0782043285 | entebbe | 256 | 256 | bann8 | | 6365522222 | None |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20236581 | daniela meneses | lydamurcia@hotmail.com | 3145825126 | 3145825126 | calle 14 #11_44 | | | 19003 | 3145825125 | | | 34842155 | None |
| 12253845 | Luis Fernandes | Luisfernandes-87@hotmail.com | 964851693 | 964851693 | Caminho dos Tis | 24 | 9325-172 | luisfernandes5 | 5ff2f237f9e624088563a70efe2528ca | 13457736 | | | 1987-03-25 |
| 20613851 | Gisselle Ricca | gissellericca@hotmail.com | 091211606 | 091211606 | huan Pachon | 2446 | 11800 | 12redglg18 | | 4.2.4.8.2.2.70 | None | |
| 11010505 | EDIMAX NETWORK CORPORATION | liderteloxefree@gmail.com | 9546874023 | 9546874023 | 1310 PARTRIDGE CLOSE | 1310 | 33064 | edimax56 | f1fb1ea9a408b1f321062e86ec4bae3e | 421776713 | 1962-08-26 | |
| 30114492 | ANDERSON MURILLO | CHARK100@GMAIL.COM | 573108169326 | 5712893264 | cr72 22d - 54 | 72 | 11001000 | KIRIN02 | eaca99ab01438061f06b232dde801fc5 | 80762362 | 1983-08-19 | |
| 21676513 | cesar lozano | aricar22@hotmail.com | 3108634173 | 3061012 | calle 4b # 53 f 19 | | 00000 | cesaraugusto298 | | 1013590142 | None | |
| 17353657 | Juan Evangelista Villalvir Martinez | jvillalvir@hotmail.com | +50499333582 | +50499333582 | Col. Sandoval sorto | 10 | 504 | jvillalvir01 | 62e201f3d00d21ca737fde0e4ed9b545 | 0501198707786 | 1987-07-28 | |
| 15360707 | Elen white Magalhaes lopes | glenwy@hotmail.com | 07388347867 | 07388347867 | Rua Helio Campo Dallorto | 25 | 45995000 | voipwhitee | | 0193732289 | None | |
| 24717556 | hafizs mustaffa | hafiz92@yahoo.com | 0148299303 | 0148299303 | lot 55 O kg teluk baru | 55 | 26040 | hafizs10 | | 920410 | None | |
| 26152056 | marianna porcelli | porcellimarianna@gmail.com | 00393204811016 | 00393204811016 | strada del salice vecchio km 4 | 48 | 71122 | marianna36 | | 32048110 | None | |
| 33561636 | Paulo Beloni | paulobeloni_fez@hotmail.com | 554599646613 | 554535243184 | rua macaé | 394 | 85868150 | azebeloni3 | | 2571054090-0 | None | |
| 30812884 | jose rodriguez | grupogalicia2014@gmail.com | 0034629412629 | 00982545193 | castrolazaro-portomarin | 2 | 15011 | mzc0001 | | 33336968d | None | |
| 23105921 | M Itv | marullo_05@hotmail.com | Exceden | U tvt | NBA | Ih y | 23000 | gegre7 | | 2 xy | None | |
| 34363366 | hongyan li | zrr8695@gmail.com | 18050898223 | 18050898223 | henan china | | 400001 | lhy5882 | 6649c7f2602777662f075f0d14d84b35 | 605091527 | 1976-05-09 | |
| 30422180 | ivan fernandes | navivan54@hotmail.com | 5615063846 | 5615063846 | 647 brittany n | | 33446 | lnd2jgapftbcm5s | | 648061422933551 | None | |
| 15816073 | Edith Machaca cruz | edith_shande@hotmail.com | 0059179454547 | 0059179454547 | Potosi | 118 | 00591 | cnoe1 | | 6639435 | None | |
| 17690393 | ANA MALHEIRO | drummond.a.telex@gmail.com | 351925534038 | 351925534038 | CAMINHO DAS COURELAS | 40 | 9020080 | 2aikidoc | | 10343284480 | None | |
| 15611301 | Edgar Rodriguez | e.rodriguez.joa@hotmail.com | 8095654857 | 8095654857 | Repardo 13 #17 | | 00000 | edgardaniel02 | 68d47877655c857fedb09e7b7afe7af0 | 22900150164 | 1987-09-22 | |
| 10859665 | Rafael Frias | friasr@gmail.com | (809) 964-0979 | (809) 964-0979 | Calle 1ra, Res Don Jose II | 12 | 10100 | charmed17 | | 00113779912 | None | |
| 27574160 | ma vena | bluevisal@gmail.com | 8559898 | 8559898 | #12,st2 | 12 | 855 | maake8 | | 656765676 | None | |
| 31030906 | OSCAR MORA | reglamide@gmail.com | 3165890172 | 3165890172 | CALLE 1 # 12-58 | 1 | 00000 | color115 | | 28068513 | None | |
| 31122188 | Wen zhi | telexapp8@gmail.com | 17184382292 | 17184382292 | 671 47 street,3a | | 11220 | n10c9 | | 7184382292 | None | |
| 12101361 | MARÍA DEL PILAR CASTELLANOS PUENTES | mapi2803@gmail.com | 3204950505 | 8028806 | Calle 72B No. 70F-45 | 72 | 00000 | mapy02 | | 23912452 | None | |
| 20162527 | sergey daerty | rhcnbmzg@snapunit.com | 523524246 | 523524246 | rue degrennb | 51 b | 001111 | ermos4 | | gfdgsdgdf124132 | None | |
| 30765762 | hortencia torres j | hortencia1263@gmail.com | 7705497709 | 7705497709 | 454 parkwood way | 454 | 30236 | horto037 | | 123456789 | None | |
| 19367271 | Evgeniya Ledenka | evaeva08012014@gmail.com | 79128701598 | 79128701598 | Avtozavodskaya 68 | 53 | 426068 | evalika22 | | 311639 | None | |
| 15631715 | Carmen Duran | carmenduran9@yahoo.com | 8299161605 | 8299161605 | carretera veron punta cana | 14 | 23000 | angelia01 | 043db66e8d0fc4512a0bc9f840f1554d | 03103329276 | 1975-11-09 | |
| 12373697 | Bayron Emilio Garcia Amaya | moshe107@hotmail.com | 50495060089 | 50495060089 | 1 calle, 3 ave. Bo. Medina No.22 | 22 | 504 | hechos8 | 58c8221746f2c81a450c45f48adec438 | 197105811 | 1971-08-05 | |
| 28473488 | hugo mamani choquehuayta | edy.dance@gmail.com | 984999180 | 984999180 | comunidad sencca chectuyoc | | 084 | hug005 | | 42327861 | None | |
| 32518998 | Jose Lucero | ljose7194@gmail.com | 0959230639 | 593-2955016 | la primavera | xxx | 070650 | kacr1 | | 0909904302 | None | |
| 15359791 | alba y Castro | alba.castro95@yahoo.com | 6172704232 | 6172704232 | 258 vine st | 2L | 02149 | albacastro14 | a947d4cd95e5d0c30f0420b21bca3b27 | 0258439133 | 1978-07-12 | |
| 17748067 | Francis Kinyua | anmur2012@gmail.com | 5086151681 | 5086151681 | 115 Brookline St | 1 | 01603 | nkirote110 | | 021289320 | None | |
| 29016170 | roseli felix | roseeffelix@gmail.com | 5511992851262 | 551120745126 | Rua das boas noites | 779 | 08225180 | rosefel4a | | 166350308 | None | |
| 17342739 | Carla Regina Rodrigues da Silva Sueth | viniciussuethtelexfree@gmail.com | 17992179898 | 17992179898 | Josefina Reis Assunção | 31 | 15047147 | carlacsueth7 | | 337498118 | None | |
| 15018283 | Mark Vang | yumvang@yahoo.com | 6124082185 | 6124082185 | 1383 Summer Ave | 1383 | 55109 | richmarkvangb | | 6124082185 | None | |
| 16513577 | 1 1 | songwenjie0012@gmail.com | 1111111111 | 1111111111 | xian | 20 | 710000 | swj | | 987456321 | None | |
| 11940641 | Dustin Leavitt | duster.l@cox.net | 4806888158 | 4806888158 | 3764 East Bart Street | | 85295 | lduster5 | daffe63d7b852b29209b0ecb668c8525 | 527118226 | 1957-05-09 | |
| 33696458 | melissa alvarez velasquez | irvins_gsv@hotmail.com | 943958087 | 943958087 | c | | 01 | rosette404 | | 70745073 | None | |
| 16881825 | andres ocampo posada | andresocaposada@hotmail.com | 573114608493 | 5714832952 | Cra 136A 145 30 Casa 36 | 136 | 0000 | loren0901 | a431d70133ef6cf688bc4f6093922b48 | 796232451 | 1973-12-30 | |
| 32325898 | Sandro Scamporlino | sandroscamporlino@gmail.com | 3495652865 | 3495652865 | Viale Tito Labieno 70 | | 00174 | samaem24 | 81e3b96f6932b28a4074797685dbd8eb | 060924 | 1967-09-06 | |
| 17641357 | xiaohong duan | duanxiaohong1919@126.com | 13937805296 | 13937805296 | henan | | 457040 | dxh06 | d0970714757783e6cf17b26fb8e2298f | 96701163 | 1967-01-16 | |
| 32410022 | manoel cleto cordeiro | cletocor@bol.com.br | 558796834374 | 558796834374 | rua luis epaminondas | 324 | 56640000 | movini7v1 | | 167228973 | None | |
| 12599305 | wertyuiop | jonaula@gmail.com | dfghjkghjk | 23456789 | wertyuio | qweri | 234567 | wilsonr691 | | dfghjghjkfghj | None | |
| 31740540 | Guu Xang | kouvuepc@gmail.com | 9 | 9 | 9 | | 95828 | pabkuv31 | | 5 | None | |
| 13535571 | Antonio Fidalgo | lfidalgo_28@yahoo.com | 617 386 9689 | 617 386 9689 | 220 Union Street | 220 | 02368 | afidalgo71 | 2f8339d149a1ea2e112e47d9e29e74d4 | 020 68 6655 | None | |
| 18662359 | Marie Fanny Desanges | claireimage2000@yahoo.com | 6176987267 | 6176987267 | Livermore | 102 | 02126 | fannydes007 | | ******6 | None | |
| 26681566 | Fabiana Leite Ribeiro | clauas12@gmail.com | 84 96071106 | 84 96071106 | r. Rio Solimões | 7699 | 59068360 | frexz617dc3 | | 0815991336 | None | |
| 11139601 | paulina andrea arias perez | paulina.arias.perez@gmail.com | 965456922 | 965456922 | las palmas 3381 depto 4 lan-A Hualpen | 3381 | 4260257 | paularias | 58ca638d0bc81650ed425b23fa0a0567 | 160385847 | 1985-11-07 | |
| 30957314 | jose silva | marcokeiros@hotmail.com | 1 | 1 | tra | 23 | 4505-505 | carlosalegro01 | | 1 | None | |
| 17056207 | Clara Esquivel | clarita1850@gmail.com | 573134208892 | 5714936899 | carrera 25 | 46 a | 00000 | mayola199 | | 32719330 | None | |
| 20587585 | cassiano marko | cassianomarko@yahoo.com.br | 4632322806 | 4632322806 | Av. Generoso Marques, 1562 | | 85550-000 | inte5 | | 9987789 | None | |
| 18338867 | milda weck | ilse1073@hotmail.com | 3214210768 | 8627357 | cra 42 No. 18 a 08 | 301 | 41000100 | casacambulos3 | | 26428583 | None | |
| 22625973 | ramona apaza apaza | zacarias.rap@gmail.com | 956545460 | 956545460 | jr. miraflores | s/n | 051 | erikakaty6 | | 01226901 | None | |
| 13480503 | jose escolero | elfenix2280@hotmail.com | 8602092045 | 8602092045 | 21 silver lane c1 | | 06118 | escolero2 | | 003874924 | None | |
| 13673021 | Palmira Diniz | palmira.diniz@gmail.com | +3518970862 | +351968970862 | Rua do Damasqueiro | 3ªI | 9325-024 | sanlis2 | 509c5eca2b6523ce3719ddb1c2ab883d | 796853843 | 1983-10-23 | |
| 5342132 | fabio wanzeler | almeganetwork@hotmail.com | 087088 | 08u087 | 23425435 | 333 | 33073 | 10voiccer | | 8707 | None | |
| 20923117 | Ramon Tice | tice.telexfree@gmail.com | 8293759656 | 8092336874 | Av. francia | 18 | 51000 | 8434 | | 031-0151719-5 | None | |
| 15763669 | Rodrigo DeJesus | rodrigo.realtor@gmail.com | 7742791900 | 7742791900 | 437 Captain Eames Circle | | 01721 | dgbr0501 | e83e154707cd1a7f351a5ac05026ad8e | 17562067 | 1980-05-01 | |
| 27179502 | jislaineborges borges | jislaineborges@live.com | 3399273139 | 3399273139 | taunton ave | 88 | 02914 | jishb63c | | 6387388494 | None | |
| 11124597 | hongliang gong | zhllq1@163.com | 13704518112 | 13704518112 | nangang | | 150001 | ghl15 | | 505453217 | None | |
| 25300804 | Adriana Fuzikawa | dripaloma73@gmail.com | 08095398656 | 08055091804 | yura cho 1620 10 | | 3730036 | dripa37 | | 35730611 | None | |
| 24409536 | Maria Soledad Chamy Roman | schamy@axbridgegold.com | 51959345479 | 51959345479 | Calle Las Gardenias 232 dpto. 401 Valle Hermoso | 401 | 01 | schamyp145 | | 30080503 | None | |
| 26182512 | pedro kilo | kilokilo@gmail.com | 456457 | 5646 | kiev | 22 | 43556 | kolik3 | | 7567567 | None | |
| 15273029 | shoujie han | hanshoujie7987@163.com | 13945567987 | 13945567987 | lanxi | | 151500 | hsj1948 | ec5bac90e1f795e4f0efd8d140e24e34 | 803061429 | 1948-03-06 | |
| 18932255 | miriam cusi sucasaire | cabezon.tibilon@gmail.com | 976107701 | 976107701 | jr. miraflores | 905 | 051 | jesusmamani6 | | 47203355km | None | |
| 13693843 | b b | barbara_radloff@hotmail.com | 1111111111 | 1111111111 | b | | 48471 | bbbb11 | | 111111111 | None | |
| 30573942 | 000000 0o0 | bancofinan@gmail.com | 00 | 00 | bancofinan@gmail.com | 11 | 00 | royh8 | | 00 | None | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28738876 | sgs sdgsdv | iachimvitalik3@gmail.com | 34342324 | 234141 | adfaf | 45 | 142352 | anka9999 | | 234243sdgs | None | |
| 23966676 | jonathan yuri alves santiago | yurisantiagotelexfree@gmail.com | 553175983820 | 5531362240711 | rua doze | 172 | 33822770 | voipsantiago7 | | 13672315 | None | |
| 22855173 | Vinícius Lima | wetfer@tubaraomail.com | 2814274456 | 2814274456 | 4392 Candlelight Drive | 2370 | 77520 | turbo021wxe0 | | 838793217 | None | |
| 28905288 | Gladys Alexander | sylvomy@ahoo.com | 08037037160 | 08037037160 | Zone 11 gariki Abuja | 11 | 0009 | omonus43 | | 00011943 | None | |
| 33056690 | 8 po | abc123@hotmail.com | 0934561789 | 0934561789 | 1 | 112 | 334 | malidy4c8 | | 456748903 | None | |
| 21767977 | vanda maria almeida | vanda.almeida@outlook.com | 559899935406 | 559899935406 | rua da felicidade | 86 | 6500000 | valmeidavoip07 | | 0000188558 | None | |
| 19839823 | ester evangelista de matos | ester.ev-2006@hotmail.com | 6984593205 | 6984593205 | rua:das turmalinas | 1598 | 76875828 | esterfone09 | | 673013sh | None | |
| 12264801 | Francisco Javier Vergara Redondo | javiertelexfree@hotmail.com | 346468090274 | 34646090274 | Alfonso XIII | 18 | 21002 | bjavierv6 | | 29792598 | None | |
| 12083907 | Lisset Marcela Giraldo Lujan | lissetthmarcela6@hotmail.com | 573006918601 | 5745969874 | carrera 52 8 75 50 apto 210 | 52 | 5001000 | 0511liss1lujan87 | | 1037579701 | None | |
| 33247320 | rui martins | joaocamacho201@hotmail.com | 00351968343440 | 00351968343440 | rua mateus vicente 11 | n 11 | 1500 445 | rlmartins5c | | 160314828 | None | |
| 19248329 | Gladys Sala | gladysala29@hotmail.com | 8299943445 | 8299943445 | peaton 6 H50 Mato Mayor | 50 | 51032 | jordangil05 | | 03101062432 | None | |
| 26322170 | vangie05 vangie05 | lvmrktg@gmail.com | 555 | 555 | 123 Crysler | | 64130 | vangie05 | | 555 | None | |
| 19294639 | CHEAG THEAV | mafidaro166@gmail.com | 0965051886 | 0965051886 | phnom penh | 41 | 855 | theav10 | | 1545485 | None | |
| 15421341 | xabato scala | fiammetta.bianchi64@gmail.com | 3479824991 | 3479824991 | via bruno | 17 | 80039 | scasab | 382facfdafa0c490ec81be9b93b9dd1b | 24061964 | None | 1964-06-24 |
| 32180460 | Birgit Maria Kiekeben | mariakharting2014@gmail.com | 00351916428707 | 00351212488727 | rua Diogo Cao | 26 | 2750-159 | smarttllx4 | | 1009665056l | None | |
| 21997289 | feng wang | 54684646@163.com | 13605339874 | 13605339874 | gao qing qu | 10 | 255000 | sxh5670 | | 146848646484864 | None | |
| 21068441 | LAI YEE FOOK | rizatelex@gmail.com | 60133662 | 60133662 | Flat A, 3/F., To Li Garden | 00852 | 00852 | 20140320272 | | 56768620140320272 | None | |
| 13062527 | Maria Sky | alejandro3j@gmail.com | 5557779999 | 5557779999 | 22union st Lynn mass | 22 | 01902 | na1 | | 5557779999 | None | |
| 26617496 | alex coelho | galocampiao@gmail.com | 6177410002 | 6177410002 | 30 frankin st | 1 | 02148 | 7iylx8gx17pt59c | | 760030129485067 | None | |
| 29184610 | Jhon Tibeth Rengifo Zavaleta | florimer.7@gmail.com | 968546719 | 968546719 | PRLG.JOSE GALVEZ 1360 EL PROGRESO | | 043 | celoso2 | | 45931775 | None | |
| 10532909 | venilson leandro da silva | ueslainevenilson@hotmail.com | 9046541972 | 9046541972 | 403 branch wood ln | | 32256 | vinnytel10 | | 963743679 | None | |
| 21894517 | diana giron | dipagiba@hotmail.com | 3213717436 | 2486749 | mz 4 casa 15 | 15 | 00 | minudiana10 | | 61701771 | None | |
| 17235575 | Francisca Adima Naciemnto Andres | alfeganacimento@gmail.com | 71112520 | 71112520 | Calle Eugenio Von Boeck | S/N | 10000 | lilanacimento02 | 677ff5f13ed72ab9580c7a61af6f1645 | 01762944 | None | 1996-10-04 |
| 30470928 | Jose Rebelo | telexrebelo@gmail.com | 917601158 | 917601158 | Rua francisco franco | 3 E | 2500 | rebelo116 | | 128821094 | None | |
| 15354283 | maria ortiz | anapastrana81@gmail.com | 443474433335 | 443474433335 | 1305 kelston pl apt107 | 1305 | 28212 | alicia2030 | 2d95666e26449fcfc6e3af75e09f5ad99 | 985262742 | None | |
| 30004816 | Bertha Contreras | reyesdeleoncastillo@gmail.com | 5025048525 | 5025048525 | Barrio El Porvenir | | 17011 | titacontreras7 | 10f87c89f3fb79f8e86435548376a4a5 | 79762409 | None | 1994-08-16 |
| 16982689 | FLAVIO GUSTAVO SANCHEZ CHAVEZ | gustavo@sarasantojitos.net | 6862094330 | 6862530968 | AV NARCIZO MENDOZA | 1739 | 21257 | flagusc02 | | 19610705 | None | |
| 26146704 | luisella gobino | comunicazioni3plus@gmail.com | 3356481793 | 3356481793 | via cavourrina | 14 | 12060 | sagara3vp03 | | 181512 | None | |
| 26838936 | Fernanda Lopes de Mello | | 689958478 | 689958478 | Rua Jo | 1485 | 6890000 | fo533ccda358bca | | 533ccda358b0d | None | |
| 21424083 | cleo mar rengel jimenez | margarita.rengel@hotmail.es | 593999462340 | 5932490644 | la sirena Oe4-51 | 51 | 170146 | cleoren61 | | 11022304090 | None | |
| 18023483 | osvaldo antonio valdez vasquez | osvaldovaldez29@hotmail.com | 8094493735 | 8094493735 | c/primera #9 res. mendoza 2 | 9 | 11000 | osvaldovaldez02 | ee8b9658fd8e7133494ec5be4dbe897f | 0011027093 | None | 1975-04-04 |
| 26032112 | jingwen yu | tfysyy679@163.com | 13504559512 | 13504559512 | beilin | | 152000 | 11dede08 | | 238423084 | None | |
| 26399666 | Wilfer garcia | wgarcia@sidepsa.com.co | 3147910652 | 3147910652 | cl 41c n 62a 17 int 401 | 41 | 5001000 | hernando310 | | 343732210 | None | |
| 10696403 | edna o. pereira | ednapereira013@gmail.com | 9786015573 | 9787106268 | 1207 middlesex st | | 01851 | edna0010 | d93591bdf7860e1e4ee2fca799911215 | 153986676 | None | 1961-02-23 |
| 25170986 | Saori Shiiki Nakao | saory.shiiki@gmail.com | 09051188255 | 09051188255 | sasagawa 4 chome 101 - 12 | 12 | 5100944 | saory2013jp6e | | 37451118 | None | |
| 18582907 | Lalin HENG | lalin.heng@yahoo.com | 0061405810099 | 0061405810099 | 37A Ashburton | | 6102 | neath1234 | | N1288515 | None | |
| 28578540 | MARYI DAVILA | yulixime05@gmail.com | 0573105777173 | 05714564323 | CALLE 22A N° 16A - 05 | 22 | 11001 | mariyy08 | | 456789 | None | |
| 19469725 | wenhua zhao | zhaownhua888@163.cm | 13945874178 | 13945874178 | tl | | 153000 | zwh788803 | | 912058264 | None | |
| 14113409 | LOGANATHAN NAGALINGAM | logavisa@gmail.com | 60123904755 | 60123904755 | No.57, Lorong Bentara 16A, | | 41200 | jindiya1tb4 | | 105569 | None | |
| 15024209 | Bruno Sousa | bmrs7.instexe@gmail.com | 00351961840174 | 00351961840174 | rua do concelho | 18 | 9125-012 | th3b3st | e02676412b538fe93f4a90805848bdf0 | 245123148 | None | 1991-04-13 |
| 32448086 | Clara Hernandez | 45448663 | | 3144674854 | 2222561 | CLL 54 16-18 | 1 | 50001 | claraher5 | | 45448663 | None | |
| 19149861 | ldhvkjbn fjvlj | isabelpascoa89@gmail.com | 986547231 | 958554555 | montalegre | 3 | 5470-000 | pascoa3006 | | 179965427 | None | |
| 22171995 | Martha Patino | ayalamartha31@gmail.com | 573004191340 | 5723965844 | carrera 838 #15-122 | 15122 | 00000 | alfi1 | ac802e53178ac650a139574c534f872c | 31998070 | None | 1969-08-24 |
| 24626918 | Sou Thira | tolahor168@gmail.com | 016807871 | 012756571 | E1- 89, Street 55, Sangkat Boeung Reang, Khan Daun Penh, Phnom Penh City, Cambodia | 89 | 855 | hhkhmer5 | | 010120957 | None | |
| 26135776 | Valdemir dos Santos | felipeandrez_ccb@hotmail.com | 18996242626 | 1836445990 | Rua Luiz Catharin | 379 | 16201-235 | kikasplinha2 | | 19181002 | None | |
| 25343132 | Tony Falconi | tony_falconi@hotmail.com | 016981041290 | 016981041290 | Rua Rio Pardo | 23 | 14270000 | tonlucca205 | | 237194594 | None | |
| 23905874 | mario puente de la vega aymachoque | jair0_12@hotmail.com | 131231 | 983 | av.las parhuas | | | vegapo26 | | 42982115 | None | |
| 15288461 | Dwi Prasetiyo | yunusemail@yahoo.com | +6287854497098 | +6287854497098 | Desa Sumberwudi Karanggeneng RT.001/001 | 001 | 62254 | pras99 | 1200addfe20e301049ec29bec4d40331 | 3524181201770002 | None | 1977-01-12 |
| 21838565 | sdkjnk skjfru | murilodasilva06@gmail.com | 98793280 | 9407502 | ksjdfseu | 11 | 02215 | 40mds | | 0932487328 | None | |
| 32416710 | Aliaksandr Belkin | sasha1986m@gmail.com | 375297415137 | 375297415137 | Buinickogo | 53-4 | 222304 | sasha1986m09 | | 2214254 | None | |
| 23404545 | carla alves | carlapalves82@gmail.com | 964308633 | 291960000 | rua da olaria ed alta vista bl2 2 i | | 9125-043 | peugeot781c5 | | 23215432 | None | |
| 34024830 | Mirela Soares Fran | | 689958478 | 689958478 | Rua Jo | 1485 | 6890000 | fo534b36e7a106b | | 534b36e7a0b16 | None | |
| 32107782 | Maria de Lourds O. Silva Moreira | rogercaracas@gmail.com | 7791719844 | 7791719844 | Av: Brasil | 692 | 45000000 | hog5m5awshdoplp | | 04040837166946 | None | |
| 25009474 | Helen Gularte | helengularte@hotmail.com | 598999551676 | 59822083814 | Joaquin Requena | 2374 | 11800 | hegu07voip | | 31136414 | None | |
| 28628768 | DANIEL SANCHEZ SANCHEZ | danilotero1@gmail.com | 0034657286949 | 0034657286949 | CALLE VIRGEN DE GUADALUPE,8 | 8 | 03400 | daniellotero16f | | 44757527 | None | |
| 17135677 | Daniel Martinez | ileanamartinez781@yahoo.com | 2398229236 | 2398229236 | 1102 angelo ave. | | 33971 | danielcuba52 | 0f3c343f886ee24f320aa8a73774d1 | 020.826.295 | None | 1971-11-15 |
| 31209640 | Gabriel Gonzalez | trebol64@aol.com | 13473589713 | 13473589713 | 5618 48th ave | | 11377 | kehilah40 | | 967436219 | None | |
| 13967743 | sonia teles | zieffj@yahoo.com | 6177109238 | 6177109238 | 825 aventura drive | | 37122 | sty026 | 6e0d0cdf9e485382556c003a8587e6d0 | 020721499 | None | 1969-02-03 |
| 31398256 | rongbao qu | | 18678869979 | 18678869979 | shangdongshengjinanshizhongqu | 350 | 250000 | qrb88010 | | 111138188 | None | |
| 22218041 | alline novaes | allinenovaes@hotmail.com | 556182072016 | 556182072016 | Sha cj 06 ch 15 cs 19 | 19 | 72000000 | allinenovaes32 | e10adc3949ba59abbe56e05f20f883e | 2701402 | None | 1980-06-30 |
| 17768372 | qingli sun | xrj268268@126.com | 13801633366 | 13801633366 | dandongxuliu764hao606 | | 200000 | am9008 | | 20702242 9 | None | |
| 31270836 | Elio Antonio Pires | elio.pires@yahoo.com.br | 05542997548209 | 05542344654427 | rua Pref. Antonio Witchemichen | 311 | 84400000 | liderpires | 0dec527c556b0354a28adfffc266603b | 70723549 | None | 1975-04-19 |
| 12038525 | endis miranda | endis011@gmail.com | 2405155154 | 2405155154 | 11218 evans trail | 101 | 20705 | en87503 | | 2405155154 | None | |
| 26616012 | Alma Cedillo | todosganan55@yahoo.com | 6825529465 | 6825520465 | 6367 Hanger Park Dr | 6367 | 76119 | cedillo119 | | 777 | None | |
| 21812225 | pamela carreon chambi | mpameltaper5@gmail.com | 941249125 | 941249125 | urb, guardia civil | | 051 | perpame2 | | 46425080 | None | |
| 12843537 | Tcvision Real Estate | tcvision2009@gmail.com | 203 275 7753 | 203 275 7753 | 133 Garfield Ave | . | 06606 | tcvision38 | 935f099f5e344faddbae2ad5d08b681a | s27-1302453 | None | |
| 26355750 | Bruno Peralva | brunosalema@hotmail.com | 03533711623 | 03533711623 | Rua Ismael Nery | 12301 | São Paulo | anaclaudia2c1 | | 1824328 | None | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30482382 | violet egbadon | violetegbadon@yahoo.com | 08023374003 | 08023374003 | 3 odudu eleyiwo oniru estate | 3 | 234 | obbehi11 | | | 0345620 | | None | |
| 12974955 | Choua Thao | chouatho69@gmail.com | 2092334176 | 2092334176 | Dresden Way | 6036 | 95212 | chouathao1 | 4ecc04528d462a27230d8334e79b24b6 | 543044811 | | | 1969-03-02 | None |
| 15784159 | haggeo del rosario | haggeo_rosario@hotmail.com | 8299410223 | 8299410223 | calle teniente amado | 20 | 22008 | alamhrv2 | 7dadbe5a37682c50d0600552bc389b33 | 0268106626. | | | 1967-06-14 | None |
| 31950162 | jose carlos dos santos | jcksantosju@outlook.com | 6696103380 | 6699812366 | rua porto velho | 1050e | 78575000 | jcsantosusa9 | 6b9db1f28f1e2ed917a49b3f6dcbd42b | 711520 | | | 1972-02-05 | None |
| 20992199 | Suani Gutierrez | suany_3@hotmail.com | 2414201637 | 2414182970 | topacio | 5b | 90453 | swane06 | | 17031980 | | | | None |
| 20132909 | SANTOS BALVINO PEDRAZA HUAMAN | lueno7@hotmail.com | 51983754785 | 51983754785 | URB LA NUEVA GRANJA | S/N | 03001 | santosbalvino09 | | 05062999_1 | | | | None |
| 31554866 | rosita valarezo | carlosvalarezo93@gmail.com | 0993034631 | 052638078 | calle 5 de junio | s/n | 130103 | rosiva1005 | | 131258 9 6 4 5 | | | | None |
| 13098427 | jiayu zheng | zzy6679a@163.com | 18088771801 | 18088771801 | nangang | | 150001 | zzy6679a4 | | 211170041 | | | | None |
| 22309379 | Natanael Velasco | olimpogarciah@gmail.com | 089987858 | 032792321 | Alberto | 001 | 160150 | equipo185 | | 1600679211 | | | | None |
| 13348423 | Noe Hernandez Montero | nohemo50@hotmail.com | 51968694270 | 5174497230 | Av Alcantara Navarro | s/n | 073 | 19noemonterovp | | 28124616 | | | | None |
| 11060967 | Zefiel Silva | zeguedes_075@hotmail.com | 554599991187 | 554599246242 | rua mato grosso ap.22 | 995 | 85816020 | zeguedesmacvel | d43070b938bdae4eda7f980f67a44e30 | 68535174 | | | 1975-11-21 | None |
| 20549351 | Agnaldo Candido | agvip23@gmail.com | 12981488666 | 01239332197 | Rua Java | 233 | 12235500 | sa1140 | | 19614767sxt | | | | None |
| 18397293 | rosalba ahumada | roahuma2@gmail.com | 3127481519 | 8231814 | calle 12 # 18 b 42 | | 00000 | rosalba1234 | | 34538440 | | | | None |
| 30351078 | Ricardo Martins | alexcmartins13@gmail.com | 962501314 | 962501314 | estrada Padre A gostinho João Cardoso | 39 | 9230-112 | 2kalexcmartins7 | | 7895412368 | | | | None |
| 31352478 | vvv vvv | loo.pepe@hotmail.com | 3970909 | 123 | asd | 123 | 00929 | icce9 | | 111 | | | | None |
| 33905840 | Ann Dingo | option20@gmail.com | 8014659283 | 8014659283 | 1165 E Zach St | | 83706 | muckluck4 | | 519396282 | | | | None |
| 10543101 | aminah binti manaf | barakah62@gmail.com | 0167734679 | 0167734679 | jln balau 4 | 33 | 81750 | barakah05a3 | | 620708 | | | | None |
| 29513156 | fernanda pereira | fernandapereiramadeira@gmail.com | 0351963159335 | 0351963159315 | avenida calouste gulbencan | 9 | 9000-011 | v7pife001 | | m-45101 | | | | None |
| 25736686 | Miguel Pta | miguelp299@gmail.com | 964953007 | 964953007 | Rua Dom Dinis | o | 9125-128 | 9649530072T | | 17880037o | | | | None |
| 26858334 | elisabet marleny hidalgo rojas | msrojas770@gmail.com | 51999056655 | 5114232467 | Jr Nazca 656 dpto 303 torre 1 | 303 | 0001 | chefaf07ip | | 08127257 | | | | None |
| 16938215 | cristiane lima | delimafabio2@hotmail.com | 07908432781 | 07908432781 | 153 | 153 | e16 4eg | londonx65 | 9fe6f4d1ef8fab724cc1779b732a042d | cris1978x | | | 1978-03-09 | None |
| 20121573 | segundo arsecio herrera cabrera | jennyherrera725@yahoo.es | 0997476702 | 2726531 | La Concordia | 001 | 230101 | chelcho001 | | 1712972910;6 | | | | None |
| 23243981 | ken Vang | chayc..cha@gmail.com | 9165393054 | 9165393054 | 7564 chateau ct | | 95828 | kenv32 | | 123456789 | | | | None |
| 23582532 | FANNY LUCIA FEICAN MATUTE | fannitafe@hotmail.com | 593993951668 | 593993951668 | LIRIÑAÑ | LOTE | 170146 | jesusmiluz34 | | 0102460334 | | | | None |
| 28363926 | rosa fuentes | rosafuentesd874@gmail.com | 9254217242 | 9254217242 | . | | 02149 | grosacf09 | | re0726078 | | | | None |
| 14882899 | Handryus de Medeiros Moresco | handryusmoresco@gmail.com | 4599157777 | 4530389816 | R Dr Flauzino Mendes | 353 | 85819750 | Taguiasroze7 | e6f2e66a147445dfb2f26048e4781e29 | 83169400 | | | 1980-08-20 | None |
| 19963569 | voz1046 heller | uplinebruno@gmail.com | 555591004560 | 555591004560 | rua cel pillar | 336 | 98005190 | voz1046 | | 102589636 | | | | None |
| 22553517 | william ccollana mejia | wiliamax1@hotmail.com | 973539904 | 973539904 | manahuañunca | 1-2 | 84 | sonso32 | | 24708199 | | | | None |
| 22700501 | qingxia liu | lqx666a@163.com | 13512607447 | 13512607447 | bawujiu | | 156300 | lqx760b7 | | 609251789 | | | | None |
| 18725587 | carlos sandoval | vicente_091195@hotmail.com | 5936557892 | 59332874567 | tarqui | 76-93 | 00000 | jolv11c16 | | 872456781 | | | | None |
| 26995892 | osmarina pereira | agroalba@mhnet.com.br | 4288032008 | 4288032008 | casa | 2063 | 83900000 | osmarinaw2a | | 435256721 | | | | None |
| 23452199 | Esperanza Suárez | espesuarez-1234@hotmail.com | 5593993279679 | 5932824177 | Llano Grande:calle Carapungo y Psje: Princesa Pacha | 12 | 170155 | oresty06 | | 17100972 11 | | | | None |
| 18529075 | ffuggb fhhgvff | jp_pa@hotmail.com | 235678 | 56776 | calle64A #50-24 | 2356 | 0000 | serna04 | | 4566556 | | | | None |
| 18158445 | Lamech Muluya Lamech Muluya | muluyakibudde@gmail.com | +256712538522 | +256712538522 | Block 223plot 2165 nabwojo | 07125 | 256 | kalabaya9 | | 0712538522 | | | | None |
| 16136951 | Daniel Fernando Almeida Silva | danisilva8181@gmail.com | 00351191814581 | 00351191814581 | Rua Sao Martinho | 215 | 3700 384 | danielasilva03 | 2dcdd05ece6efa19f17274bbc1364330 | 11968399 | | | 1981-10-24 | None |
| 29971722 | ameriquito911c ameriquito911c | jrodriguez6507@hotmail.com | 8293819106 | 8093801727 | center st #1 | 1 | 02136 | ameriquito911c | | 18096751426 | | | | None |
| 33910392 | ruby song | rubysong003@yahoo.com | 7182169951 | 7182169951 | 144-51roosevelt ave apt 8D flushing ny 11354 | | 11354 | rubysong0453 | | 696969 | | | | None |
| 17348805 | Nasim Akhtar | hsiwani@hotmail.com | 8328944357 | 8328944357 | 15310 Beecham dr | 15310 | 77065 | sara986 | | 028853864 | | | | None |
| 33661606 | jose cardenas | enrriquedantel@hotmail.com | 156156156156 | 5456456456 | av. dsadwqdqw | 32 | 001 | 76enchufex | | 42135503 | | | | None |
| 22981403 | JONATAS REIS | pekmanbbom@hotmail.com | 556934714151 | 556934714151 | av independencia | 990 | 7691600 | peka2 | | 123456 | | | | None |
| 28643742 | luis kasimoto | luiskasimoto@gmail.com | 08047222021 | 0276569157 | yorikido1649-1miura koopo 105 | miura | 3700535 | luk26105f | | 4576950 | | | | None |
| 21946811 | Cristhian Huamancari Cubillas | cabazolo105@gmail.com | 051963751971 | 051963751971 | Av. Marco Polo1461 | 31 | 01 | cubillas4vp3 | | 41836545-78 | | | | None |
| 22134655 | marli eugenia dos santos marli eugenia | josereberto ramalho@outlook.com | 18-996551669 | 18-36423154 | fairfield road | 20 | 182 | marl1bgi1x0 | | 16453596890 | | | | None |
| 30433494 | rosangela cino | rosaangelacino@libero.it | 3472663376 | 3472663376 | via kennedy | 14 | 92024 | fiocco3 | | 12345 | | | | None |
| 28107942 | roberto pinto | robpin1958@yahoo.com.br | 55219940863B4 | 5521267013221 | rua nelson lameira pinho | 260 | 26440590 | robpin20168 | | 041130568 | | | | None |
| 31910156 | ELIZABETH MORALES MUÑOZ | helo977@hotmail.com | 573112082396 | 573143297019 | AV 3 #15-87 EDIF ORIPAYA | | 540006 | elizamor10 | | 37272170 | | | | None |
| 12240909 | Edison Oswaldo Jurado Aleman | wcm777soporte.ec@gmail.com | 593995721476 | 593995721476 | Quito | 777 | 00000 | visionario0eluz | a14523e002a82deb3b41ab9ab2a7f01d | 17117474 59 | | | 1971-03-13 | None |
| 16678043 | Berlissa reyes | reyesjunior28@gmail.com | 18199052424 | 18299051624 | San francisco de macoris | | 31000 | ramesd824 | | 0560101468 | | | | None |
| 11142915 | Gisele de Vasconcelos | volpsenax@yahoo.co.uk | 4428569865547 | 4428569865547 | 22 Malin Court | | HP3 9AQ | 5volpsenax341 | | 5volpsenax341a | | | | None |
| 17526707 | jerseilian jesse | jerseilian@aol.com.br | 99314089 | 32277072 | rua alberto torres | 77 | 69918272 | jerseilian999 | | 1292020260 | | | | None |
| 15820355 | leonardo meira | lozico5@gmail.com | . | 5088722268 | 20 bonito dr. | . | 01701 | mlml123 | ed07470d794db05903a5de1e1cc64043 | 5088722280 | | | 1963-05-05 | None |
| 28740870 | jkhcdb yewtye | a977312519@gmail.com | 43545656 | 78327848 | khjdsjh | 1 | 93776 | mllk4 | | 0099889 | | | | None |
| 14542109 | Faustino Torres | telexfreesuccess@gmail.com | 4079286403 | 4079286809 | 5514 | | 32821 | interc38 | | 4079286403 | | | | None |
| 23510178 | Rosa yangui yanqui | rositayangui13@gmail.com | 951137080 | 951137080 | jr.diarola | 2558 | 051 | yulys107 | | 43867050 | | | | None |
| 23598116 | Rosaura Elena Miranda De Villanueva | invercion4@gmail.com | 9876000049 | 4941191 | Ex Calle Union 107 | | 001 | buja26 | | 06575577 | | | | None |
| 103975 | GHACHEM Cedric Sadri | cedric.g@gmail.com | 33603458392 | 33603458392 | rue | 11 | 94440 | cedricgh | ca8125T d0a041dd986e9972ec6f4e225 | 07117720 1234 | | | None | |
| 30998002 | vicente sanchez | eljefemaximo@hotmail.com | 678262473 | 678262473 | teide | .. | ... | delavegamaximo | | 46940105 | | | | None |
| 23661504 | 65546465 654 | 6545@564 | 213 | 654654654546 | 654 | 546 | 21000 | curb34 | | 654545454654546454546 | | | | None |
| 19746185 | angel leoncio vasquez rojas | angelavier1971@hotmail.com | 593992162854 | 593724621505 | cdla jaime roldos | sn | 030450 | todopoderoso810 | | 0913181184 8 | | | | None |
| 12255389 | anthony giraldo echeverry | anthonygiraech10@gmail.com | 3116087504 | 3137212032 | calle 13 Nº 8 - 30 | | 472 | anthonygiraldo | 90ce1abf15835bcdf2326b31f8913bda | 1112759065 | | | 1986-07-03 | None |
| 21245071 | Kim Mov | hongseng57@gmail.com | 098868696 | 098868696 | PP | PP | 855 | mov18006 | | 018777143 | | | | None |
| 31246572 | Ly Cheng | luolyeng@yahoo.com | 012818713 | 012818713 | No.41, st.143 Phnom Penh | 01281 | 855 | pscheng7d | | 012818713 | | | | None |
| 15519015 | Lit Jang Frap Xie | fongxie11@hotmail.com | 7873996719 | 7873996719 | Urb. Ciudad Jardin | 149 | 00987 | rob8 | dceeb85ee6ef9808a39800fe69f64114 | 597445282 | | | 1989-03-07 | None |
| 28831180 | andrea paula | paulorobert156@bol.com.br | 8293067550 | 8293067550 | praca bom jesus | 194 | 57910-000 | voipvalmm35 | | 1522455 | | | | None |
| 16832997 | huiqun wu | whq2013666@126.com | 15213125413 | 15213125413 | chongqing | | 400000 | whq0006 | f9fbe35b8769c57b7b324c8ec0fc59cd | 009123829 | | | 1969-09-23 | None |
| 23338299 | Rosalinda Trinidad Venancio | rosalindatelexfree@gmail.com | 051999595113 | 051999595113 | centro poblado huarichaca | | 01 | rosalindatv187 | | 80185889-41 | | | | None |

| 21045701 | a a | seeveelee@gmail.com | 1 | 1 | 1 | 1 | 11204 | usnewying007c4 | | 007999998 | None |
| 32600292 | rosa margot miranda pomasunco | faranibar3@hotmail.com | 0512611293 | 0512611293 | av. sucre 1125 dpto. 44 | 1125 | 01 | trome023 | | 08133029 | None |
| 26960496 | lana luiz | emshego@hotmail.com | 876543908 | 87890936 | breton | 99 | 20765 | pesas29 | | 98876453a | None |
| 14991993 | dolores gonzalez gonzalez | samy.cortes@yahoo.com | 573207214497 | 573007056185 | calle 13 No 24-70 | 13 | 5001000 | dologg03 | 934b535800b1cba8f96a5d72f72f1611 | 40981819 | 1965-05-18 |
| 16006241 | CAIDA ALICIA GOMEZ PAREDES | joseloparati@hotmail.com | 51991287674 | 51991287674 | av. 6 de diciembre 20 | 20 | 063 | kaydita18voip | | 42925141 | None |
| 4808828 | MASSIMILIANO MINORCHIO | mminorchio@libero.it | +393479126620 | +393479126620 | VIA PERTINI | 21 | 40059 | massimilianom | c1f2c71ded85e3a3eb6fe1c5b690417e | 01032015 | 1976-12-17 |

Exhibit 2.2    The *rep_id* field values from *representante* for these 400 records,
sorted numerically.

| rep_id |
|--------|
| 103975 |
| 1837442 |
| 3422538 |
| 4808828 |
| 5342132 |
| 6909814 |
| 8233698 |
| 8990114 |
| 10481737 |
| 10532909 |
| 10543101 |
| 10696403 |
| 10849613 |
| 10859665 |
| 10895323 |
| 10924917 |
| 11002661 |
| 11010505 |
| 11060967 |
| 11124597 |
| 11139601 |
| 11142915 |
| 11173547 |
| 11244297 |
| 11602575 |
| 11613041 |
| 11940641 |
| 12006479 |
| 12029215 |
| 12038525 |
| 12083907 |
| 12101361 |
| 12230337 |
| 12240909 |
| 12253845 |
| 12255389 |
| 12264801 |
| 12309161 |
| 12326283 |
| 12373697 |

12486309
12599305
12741791
12839407
12840111
12843537
12974955
12998949
13024661
13042245
13062527
13098427
13187479
13274413
13283601
13310459
13310573
13348423
13390271
13480503
13535571
13673021
13693377
13693843
13708471
13967743
14092857
14113409
14186869
14462651
14471807
14542109
14580551
14615005
14665365
14851591
14882899
14987623
14991993
15009737
15018283
15024209
15058255

15187881
15244391
15269983
15273029
15288461
15354283
15359791
15360707
15421341
15424181
15515561
15519015
15611301
15622367
15631715
15648265
15763669
15784159
15804223
15816073
15820355
15890279
15948487
15994557
15997647
16006241
16136951
16190613
16362967
16370859
16513577
16650765
16678043
16774341
16832997
16881825
16885985
16938215
16982689
17056207
17133111
17135677
17150481

17205639
17235575
17342739
17348805
17353657
17366803
17420867
17440663
17526707
17617649
17641357
17655023
17690393
17748067
17760751
17784207
18023483
18050007
18158445
18285155
18301429
18338867
18397293
18527109
18529075
18542715
18582907
18623951
18662359
18715363
18725587
18874971
18932255
19042495
19149861
19176359
19201259
19248329
19286159
19294639
19367271
19409231
19446541

19469725
19566151
19582027
19746185
19839823
19963569
20121573
20132909
20162527
20236581
20302025
20549351
20587585
20613851
20635873
20923117
20976333
20992199
21045701
21068441
21375225
21424083
21495295
21603193
21676513
21745071
21767977
21812225
21838565
21894517
21946811
21995387
21997289
22067481
22134655
22171995
22172165
22218041
22309379
22325361
22425649
22442207
22549637

22553517
22553765
22593609
22625973
22700501
22759639
22779907
22825309
22855173
22878987
22981403
23055097
23105921
23128273
23229189
23243981
23338299
23404545
23437753
23452199
23507474
23510178
23582532
23586116
23598116
23661504
23746160
23779744
23905874
23939388
23966676
23991518
23996308
24326730
24409536
24596252
24603072
24626918
24648950
24717556
24754476
24762910
24824544

24866050
24990458
25009474
25170986
25300804
25343132
25409672
25579732
25618846
25681294
25713568
25736686
25827594
25908762
26020118
26032112
26081656
26135776
26146704
26152056
26175142
26182512
26322170
26355750
26399666
26462494
26588988
26616012
26617496
26719794
26838936
26858334
26960496
26995892
27179502
27253936
27574160
27588896
27794690
27858064
27968580
28043426
28082806

28107942
28240802
28361926
28381230
28414936
28473488
28510658
28514922
28578540
28622356
28628768
28643742
28683680
28704006
28738876
28740870
28806740
28831180
28905288
28930870
29016170
29027608
29145636
29184610
29198424
29203692
29329960
29340744
29513156
29554222
29971722
30004816
30114492
30169436
30224954
30328944
30347198
30351078
30422180
30433494
30467382
30470928
30478712

30482382
30520312
30573942
30602924
30736220
30765762
30812884
30912060
30957314
30998902
31030906
31051852
31054766
31122188
31188226
31190562
31209640
31246572
31270836
31352478
31382076
31398256
31485092
31554866
31632038
31740540
31750172
31809602
31910156
31950162
32009236
32107782
32159622
32180460
32325898
32366660
32410022
32416710
32448086
32518998
32600292
32653674
32755544

32766744
32798142
32799100
33056690
33247320
33501542
33561636
33605882
33661606
33696458
33812486
33835388
33905840
33910392
34024830
34050578

Exhibit 2.3   The *rep_nome* field values from *representante* for these 400 records, sorted alphabetically.

---

| rep_nome |
| --- |

```
000000 0o0
1 1
65546465 654
8 po
ADAUTO GOMES PINHEIRO NETO
ALBERTO GUILLEN TELLO
ANA MALHEIRO
ANDERSON MURILLO
Abel Ernesto Chacon Chacon
Adriana Fuzikawa
Ageu Divino Borges
Agnaldo Candido
Aida luz Millan mendez
Ala Khamiankova
Alexis Cabral Morel
Alexis Rekeraho
Ali H Omar
Aliaksandr Belkin
Alma Cedillo
Ana Luis
Andrés Saavedra
Andy Asian
Angeles Alvarez
Angelica dasilva
Ann Dingo
Antonio Beitum Beitum
Antonio Fidalgo
Armando V. Sousa
Bayron Emilio Garcia Amaya
Benedicto Carreño Castro
Berlissa reyes
Bertha Contreras
Betzabe Laureano Lazaro
Birgit Maria Kiekeben
Braulio Enrique Gavarrete Panchame
Bruno Peralva
Bruno Sousa
CAIDA ALICIA GOMEZ PAREDES
CARLOS E. GOMES
CHEAG THEAV
```

Carla Regina Rodrigues da Silva Sueth
Carlos Rodrigo Jacome Ponce
Carmen Duran
Choua Thao
Christian Baca Silva
Clara Esquivel
Clara Hernandez
Cosme Rodrigues
Cristhian Huamancari Cubillas
César Magno Abreu Castro
DANIEL SANCHEZ SANCHEZ
Daniel Martinez
Daniel Fernando Almeida Silva
Dl1 Inc
Dustin Leavitt
Dwi Prasetiyo
EDIMAX NETWORK CORPORATION
ELIZABETH MORALES MUÑOZ
Edgar Rodriguez
Edison Oswaldo Jurado Aleman
Edith Machaca cruz
Eduard Pfau
Eduardo Alves
Eduardo Ferreira Junior
Egidio Fulberti
Elen white Magalhaes lopes
Elias Bonfin Amaral
Elio Antonio Pires
Enrique Torello
Erik Damian Munoz Monserrate
Esperanza Suárez
Estefania Tapia
Evaldo cunha
Evgeniya Lebedeva
FANNY LUCIA FEICAN MATUTE
FLAVIO GUSTAVO SANCHEZ CHAVEZ
Faustino Torres
Fernanda Lopes de Mello
Filipa Andreia Rocha
Francia Feliz
Francis Kinyua
Francisca Adima Naciemnto Andres
Francisco Almazan

Francisco Javier Vergara Redondo
GEOVANNY PELAEZ
GHACHEM Cedric Sadri
Gabriel Gonzalez
Genner Bolivar Puello
Gentil Fernandes da Silva
Gisele de Vasconcelos
Gisselle Ricca
Gladys Alexander
Gladys Sala
Grace Semugenze
Guilherme Costa
Guu Xang
Handryus de Medeiros Moresco
Helen Gularte
Helena Mantese
Henrique Urias Santos
Ho Lai Fong
Ionel Iacob
Isabel Freitas
JAVIER MAXIMO LEIVA CIRIACO
JONATAS REIS
Jason Azevedo de Farias
Jhon Tibeth Rengifo Zavaleta
Jorge Velasco
Jose Aparecido de Andrade
Jose Hernandez
Jose Lucero
Jose Rebelo
Jose Sousa
Jose Teixeira
Juan Evangelista Villalvir Martinez
Julia Keko Aki
Kadi Ka
Kim Mov
LAI YEE FOOK
LOGANATHAN NAGALINGAM
Lalin HENG
Lamech Muluya Lamech Muluya
Lara Giane da Silva
Lisset Marcela Giraldo Lujan
Lit Jang Fang Xie
Luis Fernandes

Luis Luna
Ly Cheng
M Itv
MARYI DAVILA
MARÍA DEL PILAR CASTELLANOS PUENTES
MASSIMILIANO MINORCHIO
Manuel Alves
Mapril Pena
Marcio de Oliveira Gomes
Maria Lorena Castillo Aveiga
Maria Sky
Maria Soledad Chamy Roman
Maria de Lourds O. Silva Moreira
Marie Fanny Desanges
Mario David Montiel Lopez
Mark Vang
Martha Patino
Miguel Pta
Mirela Soares Fran
Mohammad Muhsen
Nasim Akhtar
Natalina Aliprandi
Natanael Velasco
Newton cruz
Noe Hernandez Montero
Nor Rahiniza Abdul Ghani
Nélio Ferreira
OSCAR MORA
Otilio Prado
Palmira Diniz
Paula Prak
Paulo Beloni
Paulo De Freitas
Pavel Danilin
Percy Choquehuanca Mendoza
RADDYAWATI CHAN
RAUL MARCAS VALDEZ
Rafael Frias
Ramon De Leon
Ramon Tice
Raysa Marleny Leonardo Olaverria
Renald Paul
Renato Marins

Rene Silva de Oliveira
Ricardo Kazuhiro Ikematsu
Ricardo Martins
Robert Rodricks
Rodrigo DeJesus
Rosalinda Trinidad Venancio
Rosaura Elena Miranda De Villanueva
Ruben diaz
SANTOS BALVINO PEDRAZA HUAMAN
SAYON RATANA
Salomé Chagas
Sandro Scamporlino
Saori Shiiki Nakao
Sebastiana Ururi Pumahuanca
Segundo Gregorio Celi Guerrero
Sou Thira
Suani Gutierrez
Tcvision Real Estate
Thais Medeiros Silva
Tony Falconi
UGT ghj un GF tgjf
Valdemir dos Santos
Victoriano Mazariego
Vinicius Lima
Vinicius Wetter voip
Wen zhi
Wendson Santos Fonseca
Wilfer garcia
William Silva
ZENON QUISPE CHOQUEVILCA
Zefiel Silva
a a
abc abc
abraham laura pacco
adalia Buendia
adriana menegati
alba y Castro
alex coelho
alline novaes
ameriquito911c ameriquito911c
aminah binti manaf
ana paula
andrea paula

andres ocampo posada
angel leoncio vasquez rojas
angel suazo
anthony giraldo echeverry
antonio rudrigues
aubri salvador
aylaiheang07 aylaiheang07
b b
bai sun
beliza alcca quispe
blessing adat umo
bruno silva
carla alves
carlina meza
carlos perez
carlos sandoval
carlos santos
carmen elena alban orozco
cassiano marko
cece cece
cesar augusto rodrigues aguero
cesar lozano
cesar machiavello
claudia chaves
cleo mar rengel jimenez
cliff monique
cristhiam chamorro
cristian escobar
cristian mamani coaquira
cristiane lima
da liu
daniela meneses
danimari llc
denisson carvalho fontes
diana giron
diego mavalo
dolores gonzalez gonzalez
ds fd
edna o. pereira
eduardo alvarez morales
elisabet marleny hidalgo rojas
endis miranda
enia valentin

erica mazo

eris mejia mejia

ernestina tavarez

ester evangelista de matos

fabiana Leite Ribeiro

fabio bomfim

fabio wanzeler

fabrizio

feng wang

fernanda pereira

fernando carreño

ffuggb fhhgvff

freddy vivar

gaspar condori cruz

gilberto guayamis galoc

gilma amaya

graziana

gui long yang

guibin huang

guohua chen

guoqi han

gutierre santana

hafizs mustaffa

haggeo del rosario

hassan abdi karim

henry kiddu

hgcvuygihop vjhbiuhojp

hongliang gong

hongyan li

hortencia torres j

hugo mamani choquehuayta

huiqun wu

humberto vladimiro suarez rios

ivan fernandes

janser rodriguez

jefferson herrera

jerseilian jesse

jesus alfonso aguirre hernandez

jesus condori gutierrez

jiayu zheng

jing guo

jingwen yu

jislaineborges borges

jkhcdb yewtye
jonathan yuri alves santiago
jose antonio callapiña condori
jose cardenas
jose carlos dos santos
jose escolero
jose rodrigues
jose rodriguez
jose silva
juan carlos buitrago
julio cesar
ken Vang
keqing qin
lana luiz
ldhvkjbn fjvlj
leonardo meira
licinio1 amaral1
lkj jhg
longshen chen
lourdes zambrano marcillo
lucinda maria de paula neta
luis kasimoto
luisella gobino
ma vena
manoel cleto cordeiro
marcelo bruno matheo calumbi
marco fernandes
maria ortiz
maria villegas
marianna porcelli
marino belen
mario puente de la vega aymachoque
marli eugenia dos santos marli eugenia dos santos
meiying gao
melissa alvarez velasquez
mengqing ma
mercedes garcia
milda weck
mingzhong wang
miriam cusi sucasaire
monaco giovanni
osmarina pereira
osvaldo antonio valdez vasquez

oupalavanh bouaphet

pamela carreon chambi

paulina andrea arias perez

pedro kilo

petra luna

ping chu

qingli sun

qingxia liu

ramona apaza apaza

rekiya salama

riev samann

roberto pinto

rongbao qu

rosa fuentes

rosa margot miranda pomasunco

rosa yanqui yanqui

rosalba ahumada

rosangela cino

roseli felix

rosita valarezo

ruby song

rui martins

rundong zhao

sabato scala

salustia perez

sandy aguirre

sdkjnk skjfru

sebastian jimenez

segundo arsecio herrera cabrera

sergey daerty

sgs sdgsdv

shijie da

shou dong wang

shoujie han

soeun savry

sonia teles

thabit salim

van prom

vanda maria almeida

vanesa zhagui

vangie05 vangie05

venilson leandro da silva

vicente sanchez

violet egbadon
vitor gonçalves
voz1046 heller
vvv vvv
wellington de jesus pereira
wendy pichardo
wenhua zhao
wertyuiop
william amaral machado
william ccollana mejia
wreew sfasd
xiaohong duan
xue bai
yi luo
yolanda landaverde
zhi zou

Exhibit 2.4   The *rep_email* field values from *representante* for these 400 records,
sorted alphabetically using the characters in reverse order.

| rep_email |
| --- |
|  |
|  |
|  |
|  |

45448663

6545@564

CHARK100@GMAIL.COM

voipsenax@yahoo.co.uk

zhaownhua888@163.cm

zzy6679a1@163.com

zhbllq1@163.com

lh197109222022@163.com

royal0816@163.com

54684646@163.com

lx51876@163.com

yangzhiwen86@163.com

hanshoujie7987@163.com

13666303168@163.com

hgb19770329@163.com

tfgyl679@163.com

tfysyy679@163.com

lqx666a@163.com

hjsgf@163.com

gg921jj@163.com

rert@163.com

cgh130121@126.com

zxy13581932995@126.com

whq2013666@126.com

xrj268268@126.com

duanxiaohong1919@126.com

schamy@axbridgegold.com

cosmemh@icloud.com

telexfree@telexfree.com

yemren@live.com

jislaineborges@live.com

vanda.almeida@outlook.com

lourdesosita@outlook.com

joserobertoramalho@outlook.com

jcksantosju@outlook.com

anthonygiraech10@gmail.com

option20@gmail.com
clarita1850@gmail.com
murilodasilva60@gmail.com
msrojas770@gmail.com
jehovajhire001@gmail.com
endis011@gmail.com
henrykiddu6911@gmail.com
fontainha11@gmail.com
Ericamazo1021@gmail.com
ayalamartha31@gmail.com
nbruzzone31@gmail.com
danisilva8181@gmail.com
anapastrana81@gmail.com
shaafici1@gmail.com
danilotero1@gmail.com
songwenjie0012@gmail.com
jozineiusa2012@gmail.com
anmur2012@gmail.com
jositan12@gmail.com
clauass12@gmail.com
drfranciscog1962@gmail.com
barakah62@gmail.com
carlapalves82@gmail.com
roahuma2@gmail.com
mapi2803@gmail.com
alexandrausa2013@gmail.com
ednapereirao13@gmail.com
alexcmartins13@gmail.com
carodrigues123@gmail.com
osorioleslie23@gmail.com
agvip23@gmail.com
hortencia1263@gmail.com
andrex1963@gmail.com
dripaloma73@gmail.com
duarte.jose93@gmail.com
carlosvalarezo93@gmail.com
iachimvitalik3@gmail.com
evaeva01012014@gmail.com
grupogalicia2014@gmail.com
mariakharting2014@gmail.com
fiammetta.bianchi64@gmail.com
rosafuentes074@gmail.com
ljose7194@gmail.com

joseaparecidodeandrade4@gmail.com
invercion4@gmail.com
cabazolo105@gmail.com
colin920605@gmail.com
yulixime05@gmail.com
azakatsuki1515@gmail.com
e.kd025@gmail.com
a0925147655@gmail.com
juank1875@gmail.com
taochen75@gmail.com
zrr8695@gmail.com
lozico5@gmail.com
mpamelitaper5@gmail.com
salomechagas16@gmail.com
mafidaro166@gmail.com
bambola66@gmail.com
zenon.telexfree66@gmail.com
miagee76@gmail.com
pashadan86@gmail.com
gustavoescobar6@gmail.com
florimer.7@gmail.com
bxue2737@gmail.com
hongseng57@gmail.com
ccl15367418087@gmail.com
soeunsavry7@gmail.com
newton.cruz7@gmail.com
rositayanqui18@gmail.com
reyesjunior28@gmail.com
tolahor168@gmail.com
akijuh8@gmail.com
telexapp8@gmail.com
tcvision2009@gmail.com
a977312519@gmail.com
aomar8049@gmail.com
gaomeiying1969@gmail.com
chouathoj69@gmail.com
duartesousa79@gmail.com
fabriziobonardi79@gmail.com
agatazxc289@gmail.com
isabelpascoa89@gmail.com
miguelp299@gmail.com
davidbeeba@gmail.com
wbeyanca@gmail.com

moniquelombeida@gmail.com
chayc.cha@gmail.com
fapgrocha@gmail.com
zileonela@gmail.com
jonaula@gmail.com
alexisbwana@gmail.com
maprilpena@gmail.com
porcellimarianna@gmail.com
chanshanazara@gmail.com
fernandapereiramadeira@gmail.com
logavisa@gmail.com
duarte69sousa@gmail.com
vencedorusa@gmail.com
evaldoatlanta@gmail.com
nancysilhua@gmail.com
1988renesilva@gmail.com
sinlimitesavanza@gmail.com
suporteplanobbc@gmail.com
wcm777soporte.ec@gmail.com
kennedymamanic@gmail.com
javiermaximolc@gmail.com
ramondeleonc@gmail.com
kouvuepc@gmail.com
edy.dance@gmail.com
muluyakibudde@gmail.com
reglamide@gmail.com
seeveelee@gmail.com
cerqueirafree@gmail.com
tice.telexfree@gmail.com
mmalves.telexfree@gmail.com
rosalindatelexfree@gmail.com
viniciussuethtelexfree@gmail.com
idultelexfree@gmail.com
yurisantiagotelexfree@gmail.com
hessotelexfree@gmail.com
lidertelexfree@gmail.com
autoferraztelexfree@gmail.com
rahiniza.tlxfree@gmail.com
bmrs7.inetese@gmail.com
uriashenrique@gmail.com
a.belikov.staff@gmail.com
guayamisg@gmail.com
lvmrktg@gmail.com

olimpogarciah@gmail.com
cedric.gh@gmail.com
oupalavanh@gmail.com
saory.shiiki@gmail.com
paulaprak@gmail.com
edimaxnetwork@gmail.com
licinioamaral@gmail.com
ebpmultnivel@gmail.com
sasha1986m@gmail.com
carmenelenaalban@gmail.com
bancofinan@gmail.com
epvalentin@gmail.com
rievsamann@gmail.com
sofiefashion@gmail.com
cabezon.tibilon@gmail.com
poloamon@gmail.com
sophannarithhorn@gmail.com
galocampiao@gmail.com
gnkalubo@gmail.com
handryusmoresco@gmail.com
renatopenedo@gmail.com
dkfigueiredo@gmail.com
williamamaral.stgo@gmail.com
alejandro3jo@gmail.com
godie.banjo@gmail.com
telexrebelo@gmail.com
kilokilo@gmail.com
aguillentello@gmail.com
reyesdeleoncastillo@gmail.com
sandroscamporlino@gmail.com
uplinebruno@gmail.com
alfeganacimento@gmail.com
luiskasimoto@gmail.com
carlos.jacome.p@gmail.com
julio.cesar.prado.jcp@gmail.com
zacarias.raq@gmail.com
wcmgaspar@gmail.com
gennerbolivar@gmail.com
adolforober@gmail.com
jcedillor@gmail.com
rodrigo.realtor@gmail.com
friasr@gmail.com
rogercaracas@gmail.com

paulorjfreitas@gmail.com
robertrodricks@gmail.com
nelioferreiranegocios@gmail.com
telexfreesuccess@gmail.com
comunicazioni3plus@gmail.com
denissonnet@gmail.com
misionsietevmt@gmail.com
maxsacogu@gmail.com
elenatirnovanu@gmail.com
r.ikematsu@gmail.com
drummond.a.telex@gmail.com
squadratelex@gmail.com
rizatelex@gmail.com
armandotelex@gmail.com
roseeffelix@gmail.com
mauricioalarconmartinez@gmail.com
lauralopezalvarez@gmail.com
paulina.arias.perez@gmail.com
janserrodriguez@gmail.com
palmira.diniz@gmail.com
wetferg@tubaraomail.com
brayanvas00@hotmail.com
isaiasleite2010@hotmail.com
jrjr0320@hotmail.com
beliza_love_30@hotmail.com
nohemo50@hotmail.com
elfenix2280@hotmail.com
joaocamacho2011@hotmail.com
fongxie11@hotmail.com
brazilian.angel21@hotmail.com
angelvr1971@hotmail.com
doctornico71@hotmail.com
lu_depaula1@hotmail.com
enrriquedante1@hotmail.com
wiliamax1@hotmail.com
skio.12@hotmail.com
jair0_12@hotmail.com
aricar22@hotmail.com
percy.1972@hotmail.com
francia_1303@hotmail.com
michael_1803@hotmail.com
abc123@hotmail.com
ilse1073@hotmail.com

jossandra1993@hotmail.com
suany_3@hotmail.com
faranibar3@hotmail.com
gutcris2004@hotmail.com
espesuarez-1234@hotmail.com
enriquet444@hotmail.com
navivan54@hotmail.com
marcel21964@hotmail.com
rdb94@hotmail.com
eduardo_alves4@hotmail.com
marullo_05@hotmail.com
zeguedes_075@hotmail.com
vicente_091195@hotmail.com
franklin_444_5@hotmail.com
sofia_luis5@hotmail.com
ester.ev-2006@hotmail.com
school_69_6@hotmail.com
lissethmarcela6@hotmail.com
moshe107@hotmail.com
jrodriguez6507@hotmail.com
helo977@hotmail.com
Luisfernandes-87@hotmail.com
jessyestefany_1997@hotmail.com
lueno7@hotmail.com
geo.-9@hotmail.com
gladysala29@hotmail.com
osvaldovaldez29@hotmail.com
carlos_perez79@hotmail.com
dipagiba@hotmail.com
gissellericca@hotmail.com
hucajoca@hotmail.com
andresocaposada@hotmail.com
claudiociuffa@hotmail.com
lydamurcia@hotmail.com
markffaria@hotmail.com
angelexousia@hotmail.com
brunosalema@hotmail.com
e.rodriguez.joa@hotmail.com
jp_pa@hotmail.com
m.luis.madera@hotmail.com
felipeandreu_ccb@hotmail.com
edith_shande@hotmail.com
javiertelexfree@hotmail.com

fannitafe@hotmail.com
benecartage@hotmail.com
helengularte@hotmail.com
barbara_radloff@hotmail.com
mnghghg@hotmail.com
alizabelpg@hotmail.com
natalialiprandi@hotmail.com
hsiwani@hotmail.com
tony_falconi@hotmail.com
joseloparati@hotmail.com
ricardo_vivar_camavi@hotmail.com
japroservi@hotmail.com
almeganetwork@hotmail.com
pacohuichol@hotmail.com
renaldpaul@hotmail.com
fabioguimaraesbomfim@hotmail.com
pekmanbbom@hotmail.com
lop.asen@hotmail.com
ueslainevenilson@hotmail.com
alexandrareiscrrn@hotmail.com
emshego@hotmail.com
haggeo_rosario@hotmail.com
diegomavalo@hotmail.com
eljefemaximo@hotmail.com
delimafabioo@hotmail.com
maricita_aqp@hotmail.com
lopemar@hotmail.com
viniciuswetter@hotmail.com
jvillalvir@hotmail.com
jason.farias@hotmail.com
sebasjim_lds@hotmail.com
allinenovaes@hotmail.com
laragianes@hotmail.com
marcokeiros@hotmail.com
telexfree.moneynet@hotmail.com
myaperu@hotmail.com
irvins_gsv@hotmail.com
gilneyw@hotmail.com
rayzamarleny@hotmail.com
salusperez@hotmail.com
paulobeloni_foz@hotmail.com
bluevisal@ymail.com
trebol64@aol.com

promchiro@aol.com
brunogleal@globo.com
claireimage2000@yahho.com
ileanamartinez781@yahoo.com
hafiz92@yahoo.com
rubysong003@yahoo.com
sandyta1823@yahoo.com
bishopjma73@yahoo.com
todosganan55@yahoo.com
alba.castro95@yahoo.com
lfidalgo_28@yahoo.com
carmenduran9@yahoo.com
luis.suculanda@yahoo.com
alfredo_vlsc@yahoo.com
grrrace@yahoo.com
yumvang@yahoo.com
lalin.heng@yahoo.com
luolyeng@yahoo.com
zieffj@yahoo.com
yunusemail@yahoo.com
tintasbm@yahoo.com
eganndem@yahoo.com
thabit.salim@yahoo.com
sylvom@yahoo.com
violetegbadon@yahoo.com
joguiro@yahoo.com
wcsjunior@yahoo.com
samy.cortes@yahoo.com
hsuarezrios@yahoo.com
wlpmnv@yahoo.com
13563087333@qq.com
12345@qq.com
3589447775@qq.com
13487591499@qq.com
soporte@myonecallxpress.com
rhcnbmzg@snapunit.com
finanzas@fem-ingenieria.com.co
wgarcia@sidepsa.com.co
paulorobert156@bol.com.br
jerseilian@bol.com.br
cletocor@bol.com.br
marciogomesoline@uol.com.br
robpin1958@yahoo.com.br

nina.bbom@yahoo.com.br
cassianomarko@yahoo.com.br
elio.pires@yahoo.com.br
agroalba@mhnet.com.br
margarita.rengel@hotmail.es
mercedesrocio@hotmail.es
jennyherrera725@yahoo.es
fmorenodaza@yahoo.es
gustavo@sarasantojitos.net
cecgomes20@comcast.net
duster.l@cox.net
adautopinheiro@hotmail.it
pino.varratta@libero.it
mminorchio@libero.it
rosaangelacino@libero.it
isabel.freitass@sapo.pt

# Exhibit 2.5

The *rep_cel* field values from *representante* for these 400 records, sorted alphabetically.

| rep_cel |
| --- |
| (809) 964-0979 |
| (829)639 4590 |
| +256712538522 |
| +34627046884 |
| +3518970862 |
| +351967468465 |
| +375257843934 |
| +393479126620 |
| +50499333582 |
| +51 1 2642019 |
| +6287854497098 |
| +77015261730 |
| +79170638522 |
| . |
| 00 |
| 0034629412629 |
| 0034657286949 |
| 00351912121505 |
| 00351912301180 |
| 00351916428707 |
| 00351918814581 |
| 00351926102236 |
| 00351961840174 |
| 00351965550681 |
| 00351968343440 |
| 00393204811016 |
| 00393454638036 |
| 0051959369858 |
| 0059179454547 |
| 00593988161297 |
| 0061405810099 |
| 01112455783 |
| 011962797197051 |
| 012818713 |
| 0148299303 |
| 0167734679 |
| 016807871 |
| 016981041290 |
| 0351962969869 |
| 0351963159315 |

03533711623
0512611293
051963751971
051999595113
0554299748209
0573105777173
0573173757607
0701396396
070215889
07388347867
0772436082
0781093781
07908432781
08023374003
08032092699
08032691565
08037037160
08047222021
08054318685
08095398656
081355203254
087088
089987858
09051188255
09064631070
091211606
0934561789
0959230639
0965051886
0973852882
0984619495
098868696
0993034631
0997476702
099761661
1
1
1111111111
1111111111
11111111111
12349973
1281015840
12981488666

13081029083
13083626044
1310000
131231
13209496565
13311883817
13473589713
13504559512
13512607447
13604507219
13605339874
13704518112
13761279502
13801633366
13891278831
13937805296
13945567987
13945874178
15046380954
15084105696
15089332888
15213125413
15279989002
155770888245
156156156156
15811916535
15960133009
17173302810
17184382292
17991853555
17992179898
18-996551669
18050898223
18088771801
18095445555
18199052424
18511060629
18660377988
18678869979
18765343728
18996242626
19-34526600
19783023434

19788769629
203  275  7753
2092334176
2096145465
213
2274822368
231488
235678
2398229236
2405155154
2414201637
250788590092
2672352798
2814274456
3013177872
3016930631
3108634173
3116087504
3125192104
3127481519
3144674854
3145825126
3147910652
3165890172
3175005899
3176165383
3194066658
3204950505
3208411664
3208431196
3213717436
3214210768
3331398595
3334357995
33395926
3343158136
3356481793
33603458392
3399273139
34342324
3454911746
34646090274
34676362107

34722317313
3472663376
3479824991
3495652865
351261937300
351913958066
351925534038
351967043776
351967876352
375297415137
393206565660
3970909
4079286403
414754245741
4156374504
4169939547
42323871932
4288032008
43545656
441212706722
442056986547
44347443335
447876558572
456457
45667
459898477896
4599157777
4632322806
46874654845
4806888158
50250486529
50495060089
50499957388
5086151681
5088603665
5108606309
5148935434
51959345479
51968084164
51968694270
51983754785
51991287674
51999056655

51999080254
523524246
5511992851262
5516981711961
5519982686928
5521994086384
553175983820
553199844030
554399352030
554599646613
554599991187
555
555591004560
5557779999
556182072016
556596038070
556699542801
556892298749
556934714151
557182094025
557999665426
558100612647
5584-88672797
558796834374
5593334957
5593993279679
559492817557
559899935406
5599444546
5615063846
573004191340
573006918601
573014942381
573108169326
573112082396
573114608493
573134208892
573207214497
573214570978
59322437118
59322504150
59366557892
593984999360

593990413417
593992162854
593993951668
593994536919
593994734538
593995721476
593998792632
593998812240
593999462340
59899951676
60123904755
60133662
60195944575
6124082185
6146320875
617 386 9689
6172067515
6172704232
6174130243
6176987267
6177109238
6177410002
6177784040
6179554744
6313352714
6466664
6599883386
661829310
6622569250
6641612812
6696103380
678262473
6788552995
6825529465
6862094330
689958478
689958478
689958478
691684848
6984593205
7025040232
7043607312
71112520

7182169951
72007700
7324060098
7543675913
7705497709
7742791900
7791719844
7813001513
7813304744
78191874
7873996719
79128701598
8014659283
8058869666
8092585655
8094493735
8095654857
8096133626
8097107067
8099109686
8134439434
8293067550
8293759656
8293819106
8293923776
8294326954
8299046324
8299161605
8299410223
8299943445
8328944357
84 96071106
8487482872
8498629761
85226714333
85516957695
8559294123
8559898
8573122571
8602092045
8613487591499
8613563087333
8613589447775

86344407
876543908
9
9046541972
914264638
9165393054
917601158
9254217242
941249125
942845624
943958087
944635541
946621498
951137080
951409268
952917617
9546874023
954729758
9548512332
9565298110
956545460
961063303
961265353
962501314
964308633
964851693
964953007
965135327
965456922
966380983
968546719
968665387
968708635
973505754
973539904
974219466
976107701
9782103090
9783330861
9786015573
979232336
981461007
983428883

984999180
986547231
986866244
987564
987600049
98793280
989649964
99072736
99314089
9931679450
995795449
9991310303
Exceden
VB CF y DG u d
dfghjkghjk
ewrewtre

Exhibit 2.6

The *rep_fone* field values from *representante* for these 400 records, sorted alphabetically.

| rep_fone |
| --- |
| (809) 964-0979 |
| (809)472-0404 |
| +256712538522 |
| +351967468465 |
| +351968970862 |
| +375257843934 |
| +393479126620 |
| +50499333582 |
| +51 1 2642019 |
| +6287854497098 |
| +77015261730 |
| +79170638522 |
| .. |
| 00 |
| 0034657286949 |
| 00351212488727 |
| 00351224670384 |
| 00351912121505 |
| 00351918814581 |
| 00351926102236 |
| 00351961840174 |
| 00351965550681 |
| 00351968343440 |
| 00393204811016 |
| 00393454638036 |
| 0051316021 |
| 0059179454547 |
| 00593988161297 |
| 0061405810099 |
| 00982545193 |
| 01112455783 |
| 011962797197051 |
| 01239332197 |
| 012756571 |
| 012818713 |
| 0148299303 |
| 0167734679 |
| 016981041290 |
| 0276569157 |
| 032792321 |

0351962969869
0351963159315
03533711623
0512611293
051963751971
051999595113
052638078
0554234465427
05714564323
0575133574
0701396396
070215889
07388347867
0772436082
0781093781
0782043285
07908432781
08023374003
08032092699
08032691565
08037037160
08054318685
08055091804
081355203254
08u087
09051188255
09064631070
091211606
0934561789
0965051886
0973852882
098868696
1
1
1111111111
1111111111
11111111111
123
12349973
12548453486
1288394867
13081029083
13083626044

1310000
13209496565
13311883817
13473589713
13504559512
13512607447
13604507219
13605339874
13704518112
13761279502
13801633366
13937805296
13945567987
13945874178
15046380954
15084730554
15089332888
15213125413
155770888245
15811916535
15960133009
1713302810
17184382292
1733431478
17992179898
18-36423154
18050898223
18088771801
18095445555
18299052424
1836445990
18511060629
18660377988
18678869979
18734526783
19-34526600
19783023434
19788769629
203 275 7753
2092334176
2096145465
2222561
2274822368

231488
234141
23456789
2398229236
2405155154
2414182970
2486749
250788590092
2672352798
2712389132
2726531
2732440203
2814274456
291960000
3013177872
3016930631
3061012
3125192104
3134278516
3137212032
3145825126
3147910652
3165890172
31920172
3208411664
3208431196
32277072
326127
3310256
3331398595
3334357995
3343158136
3356481793
33603458392
3399273139
3454911746
34646090274
34676362107
3472663376
3479824991
3495652865
34981634675
351261937300

351913958066
351925534038
351967043776
351967876352
375297415137
3810703
3863123
393206565660
4079286403
4156374504
4288032008
441212706722
442056986547
44347443335
447876558572
4530389816
45677
459846229385
4632322806
464646656
47333767
4806888158
4941191
50250486529
50495060089
50499957388
5086151681
5088603665
5088722268
5108606309
5114232467
511968084164
5148935434
5174497230
51959345479
51983754785
51991287674
51999080254
523524246
54546545645
5456456456
551120745126
551636302223

5519982686928
552126701321
553136240711
553199844030
554399378003
554535243184
554599124621
555
555591004560
5557779999
556182072016
556596038070
556699542801
556892298749
556934714151
557182094025
557999665426
558199612647
5584-20106105
558796834374
5593334957
559492817557
5597232254
559899935406
5615063846
5646
56776
5712893264
5714832952
5714936899
5718824435
5723965844
573007056185
573143297019
5745969874
577949516
593-2955016
59322437118
59322699199
59323741018
5932490644
5932824177
59332874567

```
59372421505
593990367147
593993951668
593994536919
593995721476
593998792632
593999831134
59822083814
60123904755
60133662
60341019493
6124082185
6146320875
61571428
617 386 9689
6172067515
6172704232
6174130243
6176987267
6177109238
6177410002
6177784040
6179554744
6313352714
65454654546
6599883386
661829310
6622803192
6646806455
6699812366
678262473
6788552995
6825520465
6862530968
689958478
689958478
689958478
691684848
6984593205
7025040232
7043607312
71112520
7182169951
```

72007700
7324060098
7543675913
7705497709
7742791900
7791719844
7813304744
7816200168
78191874
78327848
786543
7873996719
79128701598
8014659283
8028806
8058869666
8092336874
8093801727
8094493735
8095322990
8095566891
8095654857
8095964381
8096133626
8097107067
8097368776
8099109686
8134439434
8225702
8231814
8293067550
8299161605
8299410223
8299943445
8328944357
84  96071106
8487482872
8498629761
85265996128
85434321
85516957695
8559294123
8559898

8602092045
8613487591499
8613563087333
8613589447775
8627357
86344407
87890936
9
9046541972
905  8214181
914264638
9165393054
917601158
9254217242
9407502
941249125
942845624
943958087
944635541
946621498
951137080
952823647
9546874023
954729758
9548512332
9565298110
956545460
958554555
961063303
961265353
962501314
964851693
964953007
965135327
965456922
966380983
968546719
968665387
968708635
973505754
973539904
974219466
976107701

9782103090
9783330861
9787106268
979232336
981461007
983
984264269
984999180
986866244
99072736
9931679450
GN g UF DCC gg
U tvt
Ybańez
s/n
trruyt

Exhibit 2.7    The *rep_end* field values from *representante* for these 400 records,
sorted alphabetically.

| rep_end |
| --- |

```
#12,st2
#35E, St.378
.
.
07 home st
1
1
1 calle, 3 ave. Bo. Medina No.22
1031 Mchenry ave
104 villa drive
1102 angelo ave.
11218 evans trail
115 Brookline St
1165 E Zach St
1207 middlesex st
123 Crysler
12312 parkwood dr #110
12345 main
1285 Garcia street
13 Burkeley St
1305 kelston pl apt107
1310 PARTRIDGE CLOSE
133 Garfield Ave
133 irvin st
1383 Summer Ave
14 bruce st
14 shadowbrook lane
144-51roosevelt ave apt 8D flushing ny 11354
153
15310 Beecham dr
1818 Granby Way
185 foal court
1918 coliseum drive
20 bonito dr.
21 silver lane c1
22 Malin Court
220 Union Street
2222222222222222222222222222
22union st Lynn mass
2313 cajun dr
```

23425435
2459 jacaranda dr
258 vine st
26 beacon  st
26 stirling Road
2912 NW 67TH COURT
2° REP CAMP RAFFALLI CCL
3 odudu eleyiwo oniru estate
30 franklin st
3356,Old Line Avenue
3550 blve dr#103
3764 East Bart Street
37A Ashburton
40-letia Pobedy,8
403 branch wood ln
437 Captain Eames Circle
4392 Candlelight Drive
44 alhekma st
454 parkwood way
5 elm dr
540 D ST Apt 9
5514
5618 48th ave
56799
586 W Stacie Avenue
6237 crafton st
6367 Hanger Park Dr
647 brittany n
654
66 Harrington Farms
671 47 street,3a
6985, boul. des Laurentides, Laval,QC
7564 chateau ct
825 aventura drive
878 broadway
9
9 walden
97 bellevue avenue
AV 3 #15-87 EDIF ORIPAYA
AV NARCIZO MENDOZA
AV. Duque de Caxias
Alberto
Alfonso XIII

Antonio Sanchez s/n y Francisco Ecija
Av Alcantara Navarro
Av Juan Pezet 1765 - San Isidro
Av. Camino Real Nº 476
Av. Generoso Marques, 1562
Av. Marco Polo1461
Av. Sarasota 20
Av. Tnte Hugo Ortiz y Moro Moro
Av. Universitaria Km
Av. dos Caiapós
Av. españa edif 23
Av. francia
Av: Brasil
Avenida 17 de julio # 8-65
Avenida Laranjeiras
Avtozavodskaya 68
Barrio El Porvenir
Block 223plot 2165 nabwojo
Bond Streeet
Buinickogo
C-21-1-12, Pangsapuri Sri Abadi
C/ Sant Jaume
CALLE 1 # 12-58
CALLE 22A Nº 16A - 05
CALLE VIRGEN DE GUADALUPE,8
CAMINHO DAS COURELAS
CAMPECHE 270
CLL 54 16-18
COSTA DE SOL
CUSCO - CANCHIS - SAN PEDRO
Calle 10
Calle 1ra, Res Don Jose II
Calle 72B No. 70F-45
Calle Eugenio Von Boeck
Calle Las Gardenias 232 dpto. 401 Valle Hermoso
Caminho Velho da Palmeira
Caminho dos Saltos
Caminho dos Tis
Carlota Jaramillo
Carrera 47 # 55-30
Carvajal 195 y la Gasca
Cll 12b 32A 86
Col. Sandoval sorto

Col. Santa Monica segunda calle bloque 2 casa 37
Cra 136A 145 30 Casa 36
DESA VIEW TOWER
Desa Sumberwudi Karanggeneng  RT.001/001
Dona Marina dechamps
Dresden Way
E1- 89, Street 55, Sangkat Boeung Reang, Khan Daun Penh,
    Phnom Penh City, Cambodia
Estrada do Pedregal
Ex Calle Union 107
Flat A, 3/F., To Li Garden
Flat E,11/F King Win Fty. Bldg.,
Gurabo Calle 20
Joaquin Requena
Josefina Reis Assunção
Jr Jose de San Martin 150
Jr Nazca 656 dpto 303 torre 1
Jr. Roberto Barriga
Jr. jose antonio encinas
Juan Paullier
Juana de Oriol
Kigali
Kunimoto2254-2
LIRIÑAÑ
La Concordia
Lavrinovicha
Livermore
Llano Grande:calle Carapungo y Psje: Princesa Pacha
Loural
MZ B LT10 AA HH NUEVA JUVENTUD
Main ST
Manzana 25 No.5 el eden
Meseta
NBA
No.41, st.143 Phnom Penh
No.57, Lorong Bentara 16A,
P.O. Box 21940 Kampala
PP
PRLG.JOSE GALVEZ 1360 EL PROGRESO
Plaza Arturo Piera
Po Box 3232
Potosi
Psje. Talara Pueblo Joven el Porvenir

Quito
R Dr Flauzino Mendes
R: Mariana
RES EL DORAL
RUA DA ESPERANÇA
RUA JOÃO MATEUS DE MORAES
Repardo 13 #17
Rua 13 de maio
Rua 405 Qda 124
Rua Augusto Haller
Rua Barreira Vermelha nº2A
Rua Dom Antônio de Almeida Lustosa
Rua Dom Dinis
Rua Guarani
Rua Helio Campo Dallorto
Rua Ismael Nery
Rua Java
Rua Jo
Rua Jo
Rua Jo
Rua Luiz Catharin
Rua Marcelo Terceros Banzer
Rua Nova Quinta Deão Edif. Cuibem 1 2º E
Rua Rio Pardo
Rua Sao Martinho
Rua das boas noites
Rua do Barreiro
Rua do Damasqueiro
Rua do Juncal
Rua francisco franco
Rua x1
Sha cj 06 ch 15 cs 19
Stepnoy4
Suit 3, Mammy, Lungi Barracks
Tercera av Norte y Novena Calle Poniente Varrio El
Travessa da Paragem. Moradia D
Trías de Bes
URB LA NUEVA GRANJA
Urb. Ciudad Jardin
VIA PERTINI
Via Strada Ciosa
Viale Tito Labieno 70
Wood Dale Rd

Zone 11 gariki Abuja
a barreira
adfaf
agrupacion ciudad nueva Mz 19 Lt 06
america
antonio josé moreira
asd
av independencia
av. 6 de diciembre 20
av. antisuyo
av. dsadwqdqw
av. revolucion
av. sucre 1125 dpto. 44
av.las parhuas
avenida calouste gulbencan
avenida curralinho
b
bancofinan@gmail.com
battambang
bawujiu
bayan
beijing
beilin
beisan road
breton
c
c/primera #9 res. mendoza 2
calle 12 # 18 b 42
calle 13 No 24-70
calle 13 Nº 8 - 30
calle 14 #11_44
calle 4b # 53 f 19
calle 5 de junio
calle acosta ñu
calle azua
calle bermudez #128
calle del maestro c cero cora
calle miguel negrete
calle san nicolas
calle teniente amado
calle3 No. 17 a 16
calle6 No 4AE 20
calle64A #50-24

capitol ave
carrera 25
carrera 52 B 75 50 apto 210
carrera 83B #15-122
carretera mella 102
carretera veron punta cana
casa
castrolazaro-portomarin
cdla jaime roldos
center st #1
centro poblado huarichaca
chongqing
chunxi road,chengdu
cl 41c n 62a 17 int 401
cll 152c 133-09
cll 20 6 53
cll 9 20-25
comunidad sencca chectuyoc
condor ñan
conjunto residencial campoy block l 515
coop. santa Eufracia Mz. D , Solar 1
cooperativa el triunfo
cr72 22d - 54
cra 4 este 30 21
cra 42 No. 18 a 08
cuatro torres
entebbe
estrada Padre A gostinho João Cardoso
estrada da camacha
estrada nacional 360
fairfield road
fdhfzfgigjuggf
fdtyfug
francisco chira y j paredes
gao qing qu
gaungdong
gjgugygyg
gui tang
henan
henan china
henanluoyang
huangheroad
irb. ttio la florida

jarison
jilin
jiqirod kuansahn
jln balau 4
joseverissimo
jositan12@gmail.com
jr huallaga 434
jr las palmeras
jr. miraflores
jr. miraflores
jr.pierola
kawanda
khjdsjh
kiev
kjh
km30
ksjdfseu
l
la primavera
la sirena Oe4-51
laizhou
lanxi
larrañaga
las palmas 3381 depto 4 lan-A Hualpen
lot 55 D kg teluk baru
manahuañunca
manz 21
micaela bastidas
mno.bustamante
montalegre
mz 4 casa 15
nangang
nangang
odonnell lane
peaton 6 #50 Hato Mayor
phnom penh
phnom penh
pobox 570372
pouk chas
praca bom jesus
r: Rio Solimões
rua 1 de maio
rua Diogo Cao

rua Pref. Antonio Witchemichen
rua airo
rua alberto torres
rua cel pillar
rua clarissas
rua da felicidade
rua da olaria ed alta vista bl2 2 i
rua do concelho
rua do triunfo
rua doze
rua luis epaminondas
rua macaé
rua mateus vicente 11
rua mato groso ap.22
rua nelson lameira pinho
rua porto velho
rua senador pinheiro ramos
rua:das turmalinas
rue
rue degrennb
san francisco de macoris
sasagawa 4 chome 101 - 12
shang hai
shangdongshengjinanshizhongqu
shanxi
shenlanlu
shijiazhuang
shiyan
sps
strada del salice vecchio km 4
tarakan
tarqui
taunton ave
teide
tiedong
tl
topacio
tra
truyuyt
urb, guardia civil
urbanização vista alegre
via Degli Stretti
via a la loma

via bartali
via cavourrina
via kennedy
via lequile
via murolo
via pinelli
via rosa luxemburg 13
weihai
wertyuio
westside av.
wilbahi estate
xian
yananxilu1764hao606
yorikido
yorikido1649-1miura koopo 105
yura cho 1620 10
zhangzhou

Exhibit 2.8    The *rep_numero* field values from *representante* for these 400 records,
sorted alphabetically.

| rep_numero |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

.
.
.
.
.
.
..
0
0
0000
001
001
001
00100
00393
00852
00852
01112
01281
02
03
06
07
07
07125
1
1
1
1
1
1
1
1
1
1
1
1
1-22

1-B
10
10
100#
1000
101
102
102
1050e
11
11
11
11
11
111
112
1125
115
118
12
12
12
12
12
12
123
123
12301
1231
1231
12312
125
13
13
1305
1310
132
1322
1342
136
1376-
1383
14

14
14
14
1485
1485
1485
149
15
15122
152
153
15310
15465
1598
16
16
1603
17
17
172
1739
17765
178/c
18
18
18
18.
185
19
1918
194
2
2
2
2
2
20
20
20
20
20
200
2025

205
2063
21
21
215
215
217
22
22
22
22
22
220
2254
2254-
226
23
23
23
23
231
233
2356
2370
2374
24
2446
2459
25
25
2558
256
256
26
26
260
270
291
292
2L
3
3
3

3
3
3
3 E
301
303
31
31
311
32
32
320
324
32a86
33
333
336
3381
339
34
345
350
353
37
37
379
39
394
3ºI
40
401
407
41
41
41
43
45
454
46 a
468 N
47
47
48

4AE  2
5
5
5
5
5
50
51
51  b
515
52
53
53-4
546
55
56
572
59
5b
6
6
60
6036
62
6237
63
633
6367
653
656
656
68
680
692
69785
6985
7
71
72
72
72
73/77
76-93

7699
77
772
777
779
786
8
8
8-65
86
88
89
9
9
9
905
99
990
995
CASA
Ih y
LOTE
PP
S/N
S/N
S/N
S/N
S/N
S/N
VB g
a 3
bloq
c-11
gkjhj
j-2
l
l-2
l-7
ll
miura
mjb
n 11
o

```
qweri
s/n
s/n
s/n
s/n
sn
sn
xxx
xxxx
None
None
None
None
None
None
None
```

Exhibit 2.9

The *rep_cep* field values from *representante* for these 400 records, sorted alphabetically.

| rep_cep |
| --- |
| . |
| . |
| ... |
| 00 |
| 00 |
| 0000 |
| 0000 |
| 0000 |
| 0000 |
| 0000 |
| 0000 |
| 0000 |
| 00000 |
| 00000 |
| 00000 |
| 00000 |
| 00000 |
| 00000 |
| 00000 |
| 00000 |
| 00000 |
| 00000 |
| 00000 |
| 00000 |
| 00000 |
| 00000 |
| 0001 |
| 0009 |
| 001 |
| 001 |
| 001 |
| 001 |
| 001111 |
| 00174 |
| 00254 |
| 00591 |
| 0062 |
| 00852 |
| 00929 |
| 00987 |

01
01
01
01
01
01
01545
01603
01701
01721
01749
01749
017571144
01803
01841
01851
01902
01930
02026
02126
02136
02148
02149
02149
02149
02150
02151
02176
02215
02368
02411310
02740
02914
02914
03001
030450
03201
03400
043
050000
051
051
051

051
051
051
051
051
051
057
06118
063
06606
070650
070650
070650
073
08225180
084
084
084
084
084
08440
08861
08980
090610
10
10000
100000
100000
10100
10100
10100
10147
11000
11001
11001000
11201
11204
11207
11220
11354
11377
114000
11800

11800
11900
11937
12060
12233220
12235500
130103
13480000
136000
14055320
142352
14270000
14702114
15
1500 445
150001
150001
15011
15047147
151500
15169
15172
151800
152000
153000
156300
157400
160150
16201-235
170105
17011
170127
170137
170143
170146
170146
170155
17602
18100
182
19003
19149
200050

200940
20260
20705
20724
20765
21000
21002
21040
21257
21345
21702
22000
22000
22000
222304
22240
23000
23000
23000
23000
23000
230101
234
23409
234567
234574
23666
247351
250
2500
2500-609
250000
2500155
250023
2510-049
2520-042
255000
256
256
256
25641
26040
261426

2625-622
264200
26440590
2750-159
28033
28212
29052303
30066
30236
304
31000
31100
31730725
32256
32821
33064
33064
33073
33309
334
33446
33822770
33971
35053340
363000
3700 384
3700535
3700535
37122
3730036
3788
40000
400000
400001
40059
41000100
41200
4121
41705155
4260257
426068
432072
43556

```
4370012
4485777
45000000
4505-505
45995000
46018
471000
472
4730
475000
48471
50000
50001
5001000
5001000
5001000
504
504
504
504
504
51000
51000
5100944
51032
511
515000
516000
518000
52120-090
53100
537499
540006
54001
54340095
5470-000
54753110
55109
55337
55828-868
56640000
57910-000
58100
```

59068360
59073110
60191
610000
610081
6102
62254
64130
6500000
66835
68520000
6890000
6890000
6890000
69900205
69918272
7000
70000
70088611
710000
71122
719000
72000000
73100
74180
760041
76119
76875828
7691600
77065
77520
7800
78572
78575000
78965
80039
809
81750
82001
83190
83706
83900000
84

84
84400000
85295
855
855
855
855
855
855
855
855
855
85550-000
85816020
85819750
85868150
86150
89157
9000-011
9020080
90453
9050-071
9050-219
9060-010
9125-012
9125-043
9125-128
9125-194
9125-902
92024
9230-112
9240-216
9300-304
93036
9325-024
9325-172
93257
9350-033
93776
94440
94806
94901
95212

```
95350
95828
95828
98005190
98804710
EC230101
H7H3A1
HP3 9AQ
LIMA 36
São Paulo
b169bg
e16 4eg
jghgjhj
kjb
l
tyuiuy
```

# Exhibit 2.10

The *rep_login* field values from *representante* for these 400 records,
sorted alphabetically.

| rep_login |
| --- |
| 0511lisslujan87 |
| 06zenon |
| 07wjp303 |
| 10voiccer |
| 11dede08 |
| 1234vi1 |
| 12redgigi8 |
| 14hm7v3 |
| 168peterc1 |
| 17jdnstl |
| 1982pao |
| 19noemonterovp |
| 1topcc1 |
| 20140320272 |
| 23majolivi01 |
| 2503sa7 |
| 2aikidoc |
| 2i9xwxqejjbf910 |
| 2kalexcmartins7 |
| 2sousafn101 |
| 3145825125 |
| 3183365469 |
| 3santato1 |
| 40mds |
| 5voipsenax341 |
| 76enchufex |
| 7aguiasroze7 |
| 7iylx8gx17pt59c |
| 8006607713 |
| 80991096867 |
| 8434 |
| 8497012235f |
| 8q5tnw4on8yon83 |
| 96495300727 |
| KIRIN02 |
| Luckyspirits01 |
| a331cli |
| abraham1001 |
| abregos7s |
| adaco31 |

aech09
afidalgo71
ag928
akijuh13c4
alambre2
albacastro14
alexandrareis1
alexpaqu3
alfi1
alicia2030
allinenovaes32
alvarez53c2
am9008
ameriquito911c
anaclaudia2c1
angelia01
anglada9
anka9999
anthonygiraldo
asgluis35
aubrisalvador_tlf
autof38
avsc9
azebeloni3
bafrm222c2
bann8
barakah05a3
bbbb11
bebelonita32
benedi99
betty567voip1
bhinvest114
bjavierv6
bonfin205voip
borges07voip8
bouaphet
buja26
burusac1
bvp059
bx27373
c17043607312
c21paluka4
c2csudk7ixrs935

carlacsueth7
carlosalegro01
carmenelena1
cartania710
casacambulos3
cece007
cecgomes016000
cedillo119
cedricgh
cel2voip08
celoso2
cesaraugusto298
cgh114a
charmed17
chefaf07ip
chelcho001
chouathao1
christian8943
cjacome1
cl12laragiane
claraher5
cleoren61
clientejsa03
cnoe1
color115
comandante0016
compostela20
cosmemh30
cubalibre38
cubillas4vp3
cvt04
danielasilva03
danielcuba52
daniellotero16f
dcf
delavegamaximo
dgbr0501
diegof114
dologg03
dorcasmar
drandpool5
dripa37
dxh06

edgardaniel02
edimax56
edna0010
egs010
elizamor10
elpalomo
en87503
entavarez9
equipo185
erikakaty6
eris1234
ermos4
escolero2
eser8
esterfone09
evalika22
fabrizio79
fannydes007
fdbs
feraatlanta46c
ffonos8
fgb3voip7
fiocco3
flagusc02
fo533ccda358bca
fo53420618c702a
fo534b36e7a106b
franciacliente
freenight2cl1
frex26174c3
fulberti47
gamaya827
gegre7
gfs09
ghl15
gionela11
gmq042
gpsiter1126
graceofchrist3e
greenleadafrik6
grosacf09
gruporedevix
gtt308pro2

guaytas4
gucall8
guillentello3
gyanni
hafizs10
hajiya
heang567418
hechos8
hegu07voip
hernando310
hgq404
hhkhmer5
hkt0001
hog5m5awshdoplp
honey09a
horto037
hsj1948
hug005
ianalejandros2
icce9
inte5
interc38
iranzi6
jaah84
janserrodriguez
jaq168e
jason1f2
javierml7voip1
javitorias8cl6
jcsantosusa9
jerseilian999
jesusmamani6
jesusmiluz34
jindiya1tb4
jishb63c
joaquinvoip22
joguiro
jolvi1cl6
jordangil05
juliocc5
jvillalvir01
kacr1
kalabaya9

kash1
kaydita18voip
kehilah40
kenv32
kikasplinha2
kikebcn
kolik3
kpqq555
larapy5
lbf1623013
ldh43
lduster5
lebazi3p6
lh0rb1ymfondifx
lhy5882
liderpires
lilanacimento02
lnd2jgapftbcm5s
londonx65
loperro52
lorecast
loren0901
lqx760b7
lubolfone7
lucky4phone5
lucypoc4398036
luisfernandes5
luk26105f
lx51125
ly5009
maa1voip2
maake8
mags0003
malidy4c8
mapy02
marcelotelexba2
marianna36
marinobelen
mariyy08
marlibgi1x0
massimilianom
mavalo10
maxsavoip45

mayola199
mgomesgroupcl
milces62
milingo3
minudiana10
mllk4
mlml123
mov18006
movini7v1
muckluck4
myaperu3voip8
mybless81voip6
mzc0001
n10c9
na1
neath1234
newmoneywill7
newtonusa772
neydrica7
niko1955eua8
njmy001009
nkirote110
obbehi11
omeufuturocl
omonus43
oresty06
os8
osmarinaw2a
osvaldovaldez02
pabkuv31
pachamar15
pan20
pascoa3006
pasha358
pauliariasp
peka2
percychm
perpame2
pesas29
peugeot78lc5
pinovar
pras99
preciosom15

pscheng7d

qkq598

qrb88010

raffa1209

rahiniza10

ramses8824

raysa0806

rebelo116

renenatal5

rexal29

richbeauty3c

richmarkvangb

ridlc7f

riky0044

rkike7voip5

rlmartins5c

rob8

robert7878a

robpin20168

rosalba1234

rosalindatv187

rosefel4a

rosette404

rosiva1005

roxysteff15

royh8

rry022a2

rubysong04s3

s2e

sa1140

sagara3vp03

saifs2

samaem24

samann0001

sanlis2

santosbalvino09

saory2013jp6e

sara986

sasha1986m09

sbl0208

scasab

schamyp145

sebasjim18

sebasp3
serna04
shaareey1
shafici4
smarttlx4
solac
sonso32
stacecilia
sty026
successbiz42a7
successcall101
swane06
swj
sxh5670
taguaexitoso02
tcvision38
teamarraza13103
telexcameca
th3b3st
theav10
titacontreras7
todopoderoso810
tonlucca205
trome023
turbod2lwxe0
urias2015
usnewying007c4
v7pife001
vace1
valeusa100
valexa09
valmeidavoip07
vanesas05
vangie05
vegapo26
vinnytel10
visionariodeluz
voipmarcoplus
voipsantiago7
voipvalmm35
voipwhitee
vopiu103
voz1046

walfigueiredo
wendsonfonseca1
whq0006
wichol4tres
williamamaraluy
wilsonr691
wlp09
wsd1681
xagas7109
ygl666a8
ynwcu4tfwl1rr5i
yulys107
zeguedesmacvel
zouzhi004
zwh788803
zzy6679a4

Exhibit 2.11

The *rep_pwd_secondary* field values from *representante* for these 400 records, sorted alphabetically.

| rep_pwd_secondary |
| --- |
| 00c66aaf5f2c3f49946f15c1ad2ea0d3 |
| 03435e70b2d275b16191f12f3b41df2f |
| 043db66e8d0fc4512a0bc9f840f1554d |
| 04973d1800f7c29d2b5daccdb01f31a7 |
| 0dec527c556b0354a28dafffc266063b |
| 10f87c89f3fb79f8e86435548376a4a5 |
| 1106ef9ecd422a4e62912c68ac8d2df0 |
| 1200addfe20e301049ec29bec4d40331 |
| 149815eb972b3c370dee3b89d645ae14 |
| 1849c91d7b856fa80fb45b4130d6fd3b |
| 235b567112edea1e02589e9a734126fb |
| 263bce650e68ab4e23f28263760b9fa5 |
| 2ad5495bb5022419d894270f829b5125 |
| 2d95666e2649fcfc6e3af75e09f5adb9 |
| 2dcdd05ece6efa19f17274bbc1364330 |
| 2f4e613b3796bb305942e81621f1f088 |
| 2f8339d149a1ea2e112e47d9e29e74d4 |
| 2ff287f725a4e9d9d7c04b7a819c8f29 |
| 381ee61c5844233b757c8dbff6ba975d |
| 382facfdafa0c490ec81be9b93b9dd1b |
| 3d863b367aa379f71c7afc0c9cdca41d |
| 3e106f801582b714ab41d5fa18e00b87 |
| 3ebcf2ea126331c42b12da5abb3da6b0 |
| 3f1ab41efddee120ba34f197705d1a01 |
| 42aa6053bc606f9645d3832265e9f548 |
| 45e1cc9e358bb3f36f7cbe74e5fc0eec |
| 4919433b44e074dceda655cf5788a76e |
| 4c91dd5327d6d3867566013261ac73a6 |
| 4ecc04528d462a27230d8334e79b24b6 |
| 509c5eca2b6523ce3719ddb1c2ab883d |
| 56eb2fed43098c5f44e1a37ea007251b |
| 575ea7987311a647196c8669b1c57b70 |
| 58c8221746f2c81a450c45f48adec438 |
| 58ca638d0bc81650ed425b23fa0a0567 |
| 59e020e1b521106aec6cdaf41f5b9ee4 |
| 5a01f0597ac4bdf35c24846734ee9a76 |
| 5e8667a439c68f5145dd2fcbecf02209 |
| 5f14615696649541a025d3d0f8e0447f |
| 5ff2f237f9e624088563a70efe2528ca |
| 611de0b10a10b9fae5f3a9bdabeb04fb |

62e201f3d00d21ca737fde0e4ed9b545
6649c7f2602777662f075f0d14d84b35
677ff5f13ed72ab9580c7a61af6f1645
680f53fc72a58404c6e6256c48bf753a
68d47877655c857fedb09e7b7afe7af0
6b9db1f28f1e2ed917a49b3f6dcbd42b
6e0d0cdf9e48538255bc003a8587e6d0
71d6c631e36a3432a5899bb09c51d52a
734c085fb7ebb2b95b7e0e82d452d837
749c6b091e2d50b185c593c1c679634e
78c4318cd553838269207ece540b906f
7dadbe5a37682c50d0600552bc389b33
800e365301349f2b62fc5bcbf6ac2b39
802d8c9b92946f3e6b368312cd1383e1
81e3b96f6932b28a4074797685dbd8eb
838ef0e61e11ca0469110b10d157ca81
8ce87b8ec346ff4c80635f667d1592ae
8e1ee624dc8676881fdc12cb002d8708
90ce1abf15835bcdf2326b31f8913bda
92f632fea36a4ddaebe79564dbe6029f
934b535800b1cba8f96a5d72f72f1611
935f099f5e344faddbae2ad5d08b681a
9551f54626799ab0f93c314eaadaa1c0
9fe6f4d1ef8fab724cc1779b732a042d
a08e91f1a15579e233ce4854ed66efe2
a14523e002a82deb3b41ab9ab2a7f01d
a3eda7c758497f437c166ab6f568983b
a431d70133ef6cf688bc4f6093922b48
a947d4cd95e5d0c30f0420b21bca3b27
ac802e53178ac650a139574c534f872c
ade7c1dc609408b28708a9d241f17889
b802b8d91fd69363661f43ae17fca18f
b918cc34caecf0777981414c38908144
c0bb9bbaf56198988ba3a662ff7450d3
c1f2c71ded85e3a3eb6fe1c5b690417e
c54f739fe53a1f36ae7c15b21e6bda85
ca6949e70eabe8adbc8632697f6b988f
ca81257d0a041dd986e9972ec6f4e225
d0970714757783e6cf17b26fb8e2298f
d43070b938bdae4eda7f980f67a44e30
d5e29feb654a6681f1e29c3ff36a3cfa
d7f3c343f886ee24f320aa8a737747d1
d87febe46d5519ef1874c36eacd46f2e

d93591bdf7860e1e4ee2fca799911215
daffe63d7b852b29209b0ecb668c8525
dceeb85ee6ef9808a39800fe69f64114
e02676412b538fe93f4a90805848bdf8
e10adc3949ba59abbe56e057f20f883e
e489562a6c8de9769278c6cee58c47e3
e6f2e66a147445dfb2f26048e4781e29
e83e154707cd1a7f351a5ac05026ad8e
eaca99ab01438061f06b232dde801fc5
ec038f4aef0cdd8eb081faf735e1ab89
ec5bac90e1f795e4f0ef8d140e24e34a
ed07470d794db05903a5de1e1cc64043
ee8b9658fd8e7133494ec5be4dbe897f
f1fb1ea9a408b1f321062e86ec4bae3e
f1fb1ea9a408b1f321062e86ec4bae3e
f9fbe35b8769c57b7b324c8ec0fc59cd
fb5f2f27be2de104ac2b192f3e874dda

None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None

None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None

None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None

None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None

None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None

None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None

None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None

None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None

Exhibit 2.12

The *rep_cpf* field values from *representante* for these 400 records, sorted alphabetically.

| rep_cpf |
|---|
| 25786724 |
| ********6 |
| ,...,.,.. |
| ...,,,,............. |
| 00 |
| 000000000 |
| 0000188558 |
| 000036 |
| 00011943 |
| 00100100109 |
| 00107960890 |
| 0011027093 |
| 00111776019 |
| 00113779912 |
| 00114849235 |
| 001991336 |
| 003874924 |
| 007999998 |
| 0099889 |
| 010120957 |
| 0102460334 |
| 01032015 |
| 010777143 |
| 011079 |
| 01226961. |
| 012818713 |
| 01299781 |
| 01483302 |
| 015198669 RM |
| 01529707r |
| 01762944 |
| 017849471 |
| 0193732289 |
| 020 68 6655 |
| 020.826.295 |
| 020721499 |
| 021289320 |
| 02300966443 |
| 025378 |
| 0258439133 |

02600746123
02601066026.
02800550341
028853864
0308197600
031-0151719-5
03101062432
03101479158
03103329276
032784954
0345620
040408371669406
041130568
04179333805
04681226242134
04866632702
0501198707786
05062999_1
05144123
05601014680
060162
060924
062774
06575377
0702584299
0703.624411
071177201234
0712538522
0713799817
078418293251188
0788590092
08127257
08133029
0846821915
086660977
0909904302
091318184 8
0932487328
09540232302
1
1 128446459
10000000313262364
10096658561

1013590142
102140045
102589636
10300582
10343284480
1037579701
105569
1061720962
11022304090
110251474
111
111111111
1111111111
111117971
111118368
111121810
111132248
111138188
1112759065
115338..
116585803
11968399
11970978
123124563
12345
123456
123456789
123456789
128821094
1292020260
13 222648
13021982
130796802-2
1310014509
131258 9 6 4 5
134
13457736
13556606
13672315
14 00307086
14684864684864
149389841001
1522455

153986676
1545485
1600679211
160314828
160385847
16453596890
1658172
166350308
166426848
167228973
17031980
17091975
17100972 11
17117474 59
1712706017
1712972910¡6
1716601487..
1717378713
1719647511
1721377313
174570343520741
175497
178762067
178800376
179965427
180285421
18096751426
181512
1824328
182923726
19181002
19351228
194857088
19610705
19614767sxt
196608855
197105811
19788769629
198005471
198821115
205013145
205995675
207022429

20894794
2098101
211170041
211902888
220436017b
2214254
222106696
22300760950
223799866
227828090322302
22900150164
23215432
23289561
234243sdgs
234432741
237194594
238423084
23912452
23944639
239803)0
240057309
240137809
2405155154
24061964
245123148
24695361
24708199
2507423
2571054090-0
259177741
2639991
26428583
265320
2701402
277302382
27748285
28068513
28124616
29074481
29792598
302082315
31136414
311639

31998070
32048110
3254781455
32719330
32956639
33336968d
337498118
33819355V
343732210
34538440
34842155
350168180
352168906
3524181201770002
3548863
35730611
37272170
37451118
38508639s
396396
4.2.4.8.2.2.70
40094677
40222959567
40342540=?
4079286403
40981819
41021310303
4104085487
41485859
41706687
41836545-78
4186269
420002193500
42135503
421776713
42327861
42878214
42925141
42982115
43067050
435256721
43962281
44757527

44809491
45448663
4566556
45667
456789
45745843
4576950
45895335
45931775
461876556
463596867
46425080
46940105
47203355km
47575997
49305083.8
49676927d
499759476
5
505453217
5088722280
519396282
527118226
533ccda35860d
53420618c6bf7
534b36e7a0b16
540723621330822
543044811
54354876256
545989550
5469537
5541
555
5557779999
56768620140320272
586342889
593568253
597445282
5voipsenax341a
605091527
608947387
609251789
610274315b

61064160
611651686
6124082185
616232152
61701771
6172067515
6174130243
6179554744
620708
6313352714
6365522222
6387388494
6464646
648061422933551
650202
6545454546546654546
656765676
6639435
666687678
66820869
6695954
673013sh
6842831
68535174
696969
703291233
7043607312
70723549
70745073
711520
7184382292
7305433748
7314388
7324060098
734767842
7567567
760030129485067
777
7895412368
789655
796232451
796853043
79762409

```
79984480
80066378
80185889-41
801932264033059
803061429
805060427
80762362
810208255
82400997
83169400
838793217
868771277
8707
872456781
902193456
9051505242
909232829
910245684
912058264
912171122
920410
92146414120
925.71.6333
926102236
927773425
9347611525
938703891
950148399
963743679
96701163
967436219
974707883
97810144440
985262742
987456321
987652535
98876453a
9938194
9987789
9998989898989898
999999999
AD004235
AUHJ731202
```

C885491

DG g u sjkghfg

J ya

K5688450

MG3516428

N1288515

PEES570914

cris1978x

d45678903

dfghjghjkfghj

erewtt

gfdgsdgdf124132

m-45101

mg12123680

re0726078

s27-1302453

# Exhibit 2.13

The *rep_datanasc* field values from *representante* for these 400 records, sorted chronologically.

| rep_datanasc |
| --- |
| 1947-10-26 |
| 1948-03-06 |
| 1954-06-19 |
| 1957-05-09 |
| 1961-02-23 |
| 1961-07-15 |
| 1962-01-06 |
| 1962-08-26 |
| 1963-05-05 |
| 1964-06-24 |
| 1965-02-09 |
| 1965-05-18 |
| 1966-11-10 |
| 1967-01-16 |
| 1967-06-14 |
| 1967-09-06 |
| 1967-09-09 |
| 1968-05-06 |
| 1969-02-03 |
| 1969-03-02 |
| 1969-05-15 |
| 1969-08-24 |
| 1969-08-29 |
| 1969-09-23 |
| 1970-10-05 |
| 1971-03-13 |
| 1971-08-05 |
| 1971-11-15 |
| 1972-01-15 |
| 1972-02-05 |
| 1973-02-08 |
| 1973-10-23 |
| 1973-12-30 |
| 1974-08-24 |
| 1974-11-02 |
| 1975-01-01 |
| 1975-04-04 |
| 1975-04-19 |
| 1975-05-30 |
| 1975-07-10 |

1975-11-09
1975-11-21
1976-05-09
1976-06-23
1976-07-19
1976-10-12
1976-12-01
1976-12-17
1977-01-12
1978-01-01
1978-03-09
1978-07-12
1978-08-24
1979-04-25
1979-10-01
1980-05-01
1980-06-30
1980-07-22
1980-08-20
1980-09-04
1980-12-18
1981-02-28
1981-10-24
1982-04-14
1982-06-19
1983-02-04
1983-08-19
1983-10-23
1985-05-18
1985-11-07
1985-12-22
1986-04-24
1986-07-03
1986-07-13
1987-03-25
1987-07-28
1987-09-22
1987-12-06
1988-02-17
1989-02-02
1989-03-07
1989-08-08
1990-08-12

```
1991-03-29
1991-04-13
1992-02-22
1993-02-09
1993-03-08
1994-08-16
1996-01-26
1996-10-04
2013-01-28
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
```

None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None

None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None

None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None

None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None

None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None

None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None

None
None
None
None
None
None
None
None
None
None
None
None
None
None
None
None

# **<u>EXHIBIT 3</u>**

# Exhibit 3

The *rep_nome* field from *representante* for 300 records chosen randomly with fixed random seed, selected randomly among those 97% of records for which rep_nome is 5 characters or longer and contains only the alphabetical characters or period, comma, hyphen, space, or apostrophe. Highlighted values of *rep_nome* were deemed to not look like a name.

| rep_id | rep_nome |
|--------|----------|
| 27827474 | jack zheng |
| 21639603 | alcebiades de souza neto souza |
| 11143629 | olger hancco condori |
| 13347935 | JESUS PEREZ |
| 12439637 | jose correia da silva |
| 26556190 | Francisca Orlanda de Lima Ferreira |
| 21123269 | long fang zhang |
| 29846120 | lizardo juarez apaza |
| 25261112 | Gustavo Maroso Gessi |
| 24654528 | alex malo |
| 26833110 | Rosa Urena |
| 14643515 | SERAPIO ACURIO RAMIREZ |
| 27588446 | javier Patino |
| 12873725 | Clemente Geronimo Viasalla |
| 30211184 | Nina Mazhaylova |
| 14748375 | ariel hoyos lozada |
| 29975304 | gilmar de jesus silva |
| 10858007 | eraldo bolan |
| 17801155 | wilson lima |
| 14030641 | Natalia Vasilyeva |
| 30989782 | John Williams |
| 25346644 | eloy flores |
| 27204416 | luis g jimenez |
| 32305954 | enrrique guizado |
| 31917132 | iracema laudelina da silva |
| 21664499 | cua cua xia |
| 17298997 | Juan Cuesta |
| 33146908 | sd lkjhgf |
| 17197597 | osorio mesut |
| 25726838 | claudia potgieter |
| 13488927 | marlene polanco |
| 19547891 | gnjli zhang |
| 22189353 | decio andrade |
| 16158397 | yefer turpo llanos |
| 30483498 | Claudio Emmanuel Brito Gomez |
| 20750909 | yanping li |
| 33826742 | michel p |
| 26727212 | jeferson daniel freitas |
| 12554677 | patricia salazar valenzuela |
| 11365003 | Orestes Boggiano |
| 28545600 | Igor Kotenko |
| 31314930 | gregori santer |
| 33723788 | deniz judy mamani ccasa |

| | |
|---|---|
| 14451789 | Javier Villanueva |
| 29677522 | Efemia Carmen Cruz Cahuana |
| 15265797 | Nelson Santos |
| 19468545 | jianzhe huo |
| 13315929 | Wanderley de Carvalho Silva |
| 10530005 | Carlos Abel Salas Davalos |
| 28518052 | Carolina Calderon Gil |
| 10722643 | Yuldash Gafarov |
| 27442684 | Phayfer Souza Sutil |
| 30111168 | tinoco rodrigues menezes |
| 22851811 | evaristo mamani mamani |
| 21045251 | carlos perez |
| 23671674 | rifei teng |
| 10446609 | Robertas Rimkus |
| 21729879 | Eulises Heriberto Monserrate Bravo |
| 15846211 | fuyun ji |
| 14994545 | wendy Arteaga Cruz |
| 26411026 | HUBERT CORAZAO TEVEZ |
| 14253205 | Claudio Bueno |
| 24260454 | daju li |
| 32010776 | nelson paniagua |
| 23644630 | renee montalvo medina |
| 10616271 | Ainomugisha Diana |
| 17330205 | isabel dominguez leon |
| 23777936 | kuiying liu |
| 25041340 | yong jiang |
| 29945982 | Sergei Ulyanov |
| 23118721 | denny pacompia zapana |
| 20614081 | nelson navas |
| 19832919 | wilmer escobar |
| 22118085 | Roberto Lacouture |
| 19702065 | dava chanta |
| 18726741 | daniel rogelio suca jara |
| 28780038 | JOSÉ EDUARDO SEDOSKI MENDES DA SILVA |
| 23804438 | kelun tian |
| 26403090 | aleida aragon cocoma |
| 28694740 | marco carvalho |
| 11102417 | Concepcion Monarrez |
| 26138348 | ian kimani |
| 14216493 | João da Silva Junior |
| 28132220 | MARIA NEVES |
| 27193598 | sergio damian |
| 22579909 | ricardo oliveira |
| 23884394 | mario ribeiro |
| 18772447 | luis cruz |
| 20766673 | agnaldu fritz |
| 23242129 | Virginia Reyes |
| 15856237 | Berto Genao |
| 10370785 | oscar Hernández Jiménez |
| 32307940 | John Williams |
| 18904695 | rocio ydme torres |
| 28172270 | francisco divino tavares |

| | |
|---|---|
| 13112507 | gelvane pereira da silva pereira |
| 19333869 | tyhour pheng |
| 10476541 | welliton melo |
| 12696947 | ruixian wang |
| 24719078 | kefeng zhao |
| 11136703 | pascualita jaen segarra |
| 23578064 | nixon aldaz |
| 33416008 | alexandre souza |
| 25668562 | Nelly Jluissa Giron |
| 19151285 | Eulalia Huanca Quilla |
| 33934712 | leo da cunha |
| 33468562 | Joshua Omaruic |
| 25935690 | JULIE HER |
| 30182938 | valentin barrera |
| 33944108 | mario alexander melo |
| 16628125 | clariza pareja flores |
| 27818372 | julio fenandsdes |
| 21455879 | angel meza hidalgo |
| 27553662 | JOHN AFEDZIE |
| 30853710 | luis nunez |
| 30128138 | Don Yang |
| 10843919 | Matt Modica |
| 31804596 | reyna trujillo layme |
| 13111583 | gina pierre |
| 28101274 | Houdy m |
| 31828564 | elizabe sanchez |
| 32314920 | Luz Gloria Uribe Vélez |
| 18656911 | jorge gallardo |
| 23650506 | DONG HAE |
| 15292719 | Viktor Cherepanov |
| 33836416 | Sunday Ayodele Ajayi |
| 21048495 | dora escobar |
| 21507093 | mingyue qu |
| 16920799 | Paula Espinal |
| 28454984 | Jon Wing |
| 24027588 | Jenny Olivares |
| 26561370 | Victor Mendoza Zavaleta |
| 13883327 | lala sasa |
| 33931384 | João Melo |
| 10911121 | hernando gallo |
| 18186615 | MEI XIAO |
| 13579601 | dave saka |
| 21706639 | du du |
| 12781019 | igor morais avelino matias igor |
| 27073276 | indalecio ñahui calle |
| 27952704 | ling shan |
| 31822950 | marcos rodriguez |
| 24278798 | nadezhda kalugina |
| 24857390 | Adriana Bettencourt |
| 14272457 | lidia avila |
| 23709932 | Herika Patricia Guzmán Gómez |
| 10856257 | Luis Antunes |

| | |
|---|---|
| 30284334 | Renato Domingues |
| 31613346 | jorge rivera pereira |
| 18633033 | Waydene De Paula Abreu |
| 22112953 | CINALDO MENEZES SOUZA |
| 26038110 | carlos estacio |
| 15116109 | Alexandra Ortiz Ruiz |
| 21530799 | jihua xia |
| 16247449 | AIDA ORTEGA ZHUNIO |
| 33720942 | QUIRINO NUNES |
| 30985344 | nuri vargas reyes |
| 15152611 | walter blaudt da vitoria |
| 33039288 | diego cahui quispe |
| 21081955 | Lin Wong |
| 30309446 | roberto cadeddu |
| 22366803 | Ruben Solano |
| 29498504 | bin he |
| 30794978 | XXXXXXXXXXXX XXXXXXXXXXX |
| 17351141 | yankson arevalo |
| 11808979 | clemilson |
| 23577506 | Thiago Andrade de Souza |
| 24486278 | Antonio Pereira |
| 17631747 | Khun Teck Yap |
| 11465347 | delia murrieta lopez |
| 25599514 | xixi la |
| 15878913 | jesus botelho |
| 27374278 | Thiago Ricardo Nunes Silva fe Oliveira |
| 32549964 | julia ramos |
| 30086112 | luiz carlos da silva |
| 26667364 | daeana souza |
| 29220588 | John Williams |
| 18823371 | mika monn |
| 13945879 | rosalie awat montero |
| 25699416 | jose natanael gomes |
| 23388041 | Silvia Padilla |
| 11035363 | Soraya Ferreira |
| 22404535 | bin li |
| 31862488 | betulia flores |
| 32563234 | marcone borges da fonseca |
| 14060779 | Luis Dumitru |
| 6386218 | Jarolin N De Jesus Hannia |
| 30422776 | Lucia Vargaya Paiva de castillo |
| 12440603 | Nelson Pereira Santana |
| 21451229 | eugenio mercedes gomez |
| 29753068 | orlando dadalt |
| 30847112 | Joao Baiense |
| 15215641 | Ana Clara Noberto Galdino de Araujo |
| 33035076 | Barbara Sousa |
| 27999502 | ming hua |
| 20260595 | laura santafe |
| 15040785 | Abraao Santos de Jesus |
| 29721888 | John Williams |
| 32772146 | lazarom Mejia |

| | |
|---|---|
| 25951124 | andre FRANCISCO RIBEIRO MENDES |
| 29671862 | mengqing ma |
| 11425687 | Noemi Kisorssy |
| 18175887 | Oa Chamroeun |
| 26244836 | juan stiven giraldo |
| 31620552 | LORENA PAOLA soriano sanchez |
| 22300533 | Fernanda Paredes Calatayud |
| 19061079 | fen li |
| 19575369 | Allan Valeriano Chavez Mejía |
| 29902974 | Bobby Brown |
| 24611576 | fabian carrion |
| 15266363 | mihai vlad |
| 14109257 | gustavo raniele fontes silva |
| 25228946 | anselmo vicente castillo |
| 26907736 | yongqin li |
| 13173065 | Maria Alvaro |
| 22627643 | luisa braganca |
| 26528936 | antonio goncalves |
| 11722069 | kule ibrahim |
| 21205459 | elio escalante |
| 29015204 | Monica Martelo |
| 18976735 | maria guillermina huisa calloquispe |
| 26186662 | alan apaza mamani |
| 28865286 | maria teresa barreto pita sousa |
| 14817049 | elson ferreira |
| 10342005 | Sharon Couch |
| 15075999 | CARLOS EDUARDO HUAMANI NOA |
| 11144859 | jinmei wei |
| 30915146 | Murilo Fernando Batista |
| 18936763 | Marcelo Yol Ajuchán |
| 31006768 | John Williams |
| 17740871 | Jose E Landaverde |
| 27990486 | baihe guo |
| 15590039 | flavio torres |
| 12244139 | juan ceron |
| 13381807 | Carlos Chavez Mazache |
| 23822232 | jian chen |
| 27503384 | Ralph Njau |
| 19729071 | Chhay Rat |
| 19944259 | EVELYN REBECA PASCACIO EGUSQUIZA |
| 21591595 | David Ornelas |
| 24089362 | Pamela Alejandra Diaz Osorio |
| 13043869 | María Matos |
| 14130403 | Manuel Álvarez Miño |
| 24705260 | hangbin yu |
| 12775181 | Leandro Germano Mendes |
| 18782041 | diego armando bautista esquivel |
| 16568641 | Paulo Santo |
| 23518442 | Marioza Menezes Farias |
| 30099918 | santo soto |
| 18967203 | Hugo Dalto Sanchez Leon |
| 21625397 | uvestor Ojobin |

| | |
|---|---|
| 21964629 | lijuan tong |
| 20846267 | silvani brais de souza |
| 20562689 | Marcia Meira Sellmann Moreira |
| 26792974 | jó santos |
| 25069386 | ngu deru |
| 13302037 | Constantino Meliton Ruiz Maldonado |
| 26545916 | cipriano dias |
| 23136141 | ernesto antonio duran polanco |
| 14930517 | YOHON RONAL QUISPE FERRO |
| 15984601 | Minea Ngam |
| 33386438 | Victor Sosa |
| 12628197 | TABULA HASSAN |
| 28884248 | dina viveiros |
| 25064818 | abel pilco huahuacondori |
| 19815891 | LARRY KING LIVE |
| 15665339 | aaaaa aaaaa |
| 20459057 | Jvan Di Stefano |
| 32503118 | pharrell bass |
| 19186679 | Aleksandr Domilovskyi |
| 19692883 | Ly Fang |
| 17629131 | Yevgeny Chernov |
| 31638120 | MARILENE PAULINO VIEIRA |
| 17253715 | Rosa Ortiz Lopez |
| 31647898 | mayra romero |
| 12528333 | mayker hidalgo sanchez |
| 32116632 | tatiana vitreniuc |
| 16230235 | Donald Rachels |
| 16283257 | sonia capinha |
| 30256280 | beijun ma |
| 24349640 | antonina jaime |
| 14081611 | maggy nehi |
| 13189637 | pukul dua |
| 23562972 | ronald nogales |
| 30023688 | erasmo barroso |
| 5842880 | Darrell Hunter |
| 33089548 | VOIP VOIP |
| 18618529 | marcos carrasco bustamante |
| 25217686 | svgb wang |
| 20213561 | hans sosa leon |
| 14098359 | Lizbeth Huerta |
| 17982383 | lightning carrier |
| 14015255 | MARINA ROIK |
| 28219782 | shirley katherine napa paz |
| 22966851 | Aleksey Badmaev |
| 18571375 | John Gutierrez |
| 13784085 | Fernando Avila Barros |
| 33711134 | olga aguirre |
| 17796921 | Natalia Karume Hayashi |
| 26024538 | Jack Zheng |