# Exhibit D.

# In the Matter of:

*In re: Chapter 11 Cases TELEXFREE vs*

*FRANZ BALAN*

---

*Cameron E. Freer*

*April 04, 2023*

---

*68 Commercial Wharf • Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*Magnals.com*



```
 1            UNITED STATES BANKRUPTCY COURT

 2              DISTRICT OF MASSACHUSETTS

 3    ********************************

 4    In re:                    Chapter 11 Cases

 5    TELEXFREE, LLC,           14-40987-EDK

 6    TELEXFREE, INC. and       14-40988-EDK

 7    TELEXFREE FINANCIAL, INC.,  14-40989-EDK

 8          Reorganized Debtors.

 9                      Substantively Consolidated

10    ********************************

11    STEPHEN B. DARR, AS TRUSTEE

12    OF THE ESTATES OF TELEXFREE,

13    LLC, TELEXFREE, INC., and

14    TELEXFREE FINANCIAL, INC.,

15          Plaintiff,       Adversary Proceeding

16          vs.              No. 16-4006

17    FRANZ BALAN, A REPRESENTATIVE

18    OF A CLASS OF DEFENDANT NET

19    WINNERS,

20          Defendants.

21    ********************************

22

23            Magna Legal Services

24               866-624-6221
```

2

1  (Continued)

2  *******************************

3  STEPHEN B. DARR, AS TRUSTEE

4  OF THE ESTATES OF TELEXFREE,

5  LLC, TELEXFREE, INC., and

6  TELEXFREE FINANCIAL, INC.,

7           Plaintiff,          Adversary Proceeding

8           vs.                 No. 16-4007

9  MARCO PUZZARINI AND SANDRO

10 PAULO FREITAS, REPRESENTATIVES

11 OF A CLASS OF DEFENDANT NET

12 WINNERS,

13          Defendants.

14

15

16         DEPOSITION OF CAMERON E. FREER

17              Conducted Remotely

18               Murphy & King

19               28 State Street

20          Boston, Massachusetts

21          Friday, April 4, 2023

22            1:06 a.m. Eastern

23

24

3

```
 1   APPEARANCES:

 2

 3            Daniel J. Lyne, Esquire

 4            Murphy & King, P.C.

 5            28 State Street, Suite 1301

 6            Boston, Massachusetts 02109

 7            dlyne@murphyking.com

 8            Representing the Plaintiff

 9

10            Ilyas J. Rona, Esquire

11            Michael J. Duran, Esquire

12            Lea Kraemer, Esquire

13            Laura A. Murray, Esquire

14            Milligan Rona Duran & King LLC

15            28 State Street, Suite 802

16            Boston, Massachusetts 02109

17            ijr@mrdklaw.com

18            mjd@mrdklaw.com

19            Representing the Defendants

20

21

22

23

24
```

4

1                  I N D E X

2                                          Page

3  Examination by Mr. Rona                   6

4  Afternoon Session                        124

5

6                  E X H I B I T S

7  Number                                  Page

8  Exhibit 1       Curriculum Vitae          11

9  Exhibit 2       Expert Report of Dr. Cameron   36

10                 E. Freer

11 Exhibit 3       E-mail Chain, Sorondo to   213

12                 Freer, 7/10/21

13 Exhibit 4       E-mail Chain, Sorondo to   217

14                 Freer, 7/18/21

15 Exhibit 5       E-mail Chain, Sorondo to   220

16                 Freer, 7/13/21

17 Exhibit 6       E-mail Chain, Freer to     223

18                 Sorondo, 7/13/21

19 Exhibit 7       E-mail Chain, Sorondo to   228

20                 Freer, 7/14/21

21 Exhibit 8       E-Mail Chain, Lizotte to   229

22                 Freer, 11/3/21

23 Exhibit 9       E-mail Chain, Lizotte to   234

24                 Freer, 11/3/21

5

```
 1              P R O C E E D I N G S
 2          THE COURT REPORTER:  My name is Cynthia
 3   Powers.  I am a court reporter and notary public
 4   in and for the Commonwealth of Massachusetts.
 5          This deposition is being taken remotely.
 6   This witness is appearing remotely from Murphy &
 7   King, 28 State Street, Boston, Massachusetts.
 8          The attorneys participating in this
 9   proceeding acknowledge their understanding that I
10   am not physically present in the proceeding room,
11   nor am I physically present with the witness and
12   that I will be reporting this proceeding remotely.
13   They further acknowledge that, in lieu of an oath
14   administered in person, the witness will verbally
15   declare their testimony in this matter under the
16   pains and penalties of perjury.
17          The parties and their counsel consent to
18   this arrangement and waive any objections to this
19   manner of proceeding.  Please indicate your
20   agreement by stating your name and your agreement
21   on the record, after which I will swear in the
22   witness and we may begin.
23          MR. RONA:  Good morning, Ilyas Rona on
24   behalf of class defendants, and I acknowledge and
```

6

1   consent to the arrangement as described.

2          MR. DURAN:  Good morning, Attorney

3   Michael Duran on behalf of the class defendants,

4   and I also acknowledge and consent.

5          MS. KRAEMER:  Good morning, Lea Kraemer

6   on behalf of the class defendants.  I also

7   acknowledge and consent.

8          MR. LYNE:  My name is Daniel Lyne, I

9   represent Stephen B. Darr, trustee of the estates

10  of TelexFree, LLC; TelexFree, Inc.; and TelexFree

11  Financial, Inc.  I consent.

12                  CAMERON E. FREER

13

14       having been satisfactorily identified

15        and duly sworn by the Notary Public,

16       was examined and testified as follows:

17

18                  DIRECT EXAMINATION

19  BY MR. RONA:

20       Q.   Good morning, Dr. Freer.  My name is

21  Ilyas Rona, I represent two classes of defendants

22  that are being sued by the trustee in connection

23  with the TelexFree bankruptcy.

24          I'm going to be asking you questions

7

1   today and I would ask that you allow me to finish
2   the question before you start to answer just so
3   that the court reporter can fully record my
4   question.  Does that sound fair?
5       A.   Yes.
6       Q.   And likewise, I will do my best to allow
7   you to finish your answer and if for whatever
8   reason you haven't finished your answer when I
9   start my next question, would you please indicate
10  that to me?
11      A.   I will.
12      Q.   Okay.
13      A.   You mean verbally or visually?
14      Q.   Yes, verbally.
15           On that note, all answers that you give
16  have to be verbal because the court reporter
17  cannot interpret head gestures or things that are
18  nonverbal or not words like uh-huhs.
19           So if you could answer "yes" or "no" or
20  with words to the best of your ability, that will
21  help this process.  Does that sound fair?
22      A.   Yes.
23      Q.   Could you state your full name for the
24  record, please?

8

1      A.    Cameron Eric Freer, F-R-E-E-R.

2            MR. LYNE:  Ilyas, just briefly, reading

3  and signing; shall we get on stipulation on the

4  record?

5            MR. RONA:  Sure.

6            MR. LYNE:  Shall I propose one?  Witness

7  to read and sign within thirty days, waive

8  notarization.

9            MR. RONA:  Yeah, we agree to that.

10           MR. LYNE:  Okay, thank you.

11  BY MR. RONA:

12     Q.    Do you have a Ph.D.?

13     A.    I do.

14     Q.    Do you go by Dr. Freer?

15     A.    Yes.

16     Q.    Okay.  Dr. Freer, have you been deposed

17  before?

18     A.    No, this is my first time.

19     Q.    Okay.  Have you ever testified in a

20  deposition -- excuse me, in a trial in connection

21  with any type of proceeding?

22     A.    No.

23     Q.    Okay.  So this is the first time that

24  you're giving recorded testimony in your life?

9

1        A.   Correct.

2        Q.   Have you served as an expert witness in

3   litigation before?

4        A.   No.

5        Q.   Okay.  So this is the first time that

6   you are making some sort of foray into the legal

7   system; is that correct?

8        A.   Yes.

9        Q.   Okay.

10        A.   As an expert witness.

11        Q.   What involvement have you had in the

12   legal system separate and apart from being an

13   expert witness?

14        A.   I was the plaintiff in a suit in

15   Delaware a few years ago regarding compensation

16   from Remine.

17        Q.   What is Remine?

18        A.   It's a real estate analytics startup.  I

19   was contracted through Borelian Corporation, my

20   company, to do various data-analytics work for

21   them several years ago and there was a minor

22   dispute involving compensation related to things

23   involving stock options and such.

24        Q.   Okay.  I'll come back to Remine, but is

10

1  that litigation over?

2      A.   It was settled after the filing, shortly

3  thereafter.

4      Q.   Aside from the Remine litigation, have

5  you been involved as a party or a witness in any

6  other litigation?

7      A.   I don't think so, no.

8      Q.   Okay.  Let's talk about -- could you lay

9  out your educational background starting with high

10  school?

11      A.   Sure.  So I grew up in Amherst,

12  New York, suburb of Buffalo.  I went to high

13  school at Williamsville North High School.  I was

14  already interested in mathematics and focused on

15  that, among other things.  I graduated in 1999.

16          I then went to the University of Chicago

17  as an undergraduate where I got a Bachelor's

18  Degree in mathematics, graduating in 2003.  I then

19  went to Harvard University where I got my Ph.D. in

20  mathematics, finishing in 2008.

21      Q.   Does that summarize all of the degrees

22  that you've received from graduate institutions?

23      A.   Yeah, that's correct.  The Ph.D. at

24  Harvard and -- is the only graduate degree.

11

1      Q.   And I may have missed it, but was the
2  Ph.D. in mathematics?
3      A.   Correct, in mathematics.
4      Q.   Okay.  And are there any aspects of
5  those degrees or were there any separate degrees
6  relating to anything to do with computing,
7  separate and apart from mathematics, or are your
8  degrees exclusively in the field of mathematics?
9      A.   The degrees are in mathematics.
10     Q.   And after -- you've produced a CV in
11  this case; is that correct?
12     A.   Correct.
13     Q.   Okay.  Let me mark that.
14     A.   It was an exhibit with the report.
15          (Marked Exhibit 1)
16          THE WITNESS:  Shall I open new exhibit?
17  BY MR. RONA:
18     Q.   Yes, yes, please.
19     A.   Okay I see it.
20     Q.   Okay.  And is this a copy of the CV that
21  you've furnished counsel with in this case?
22     A.   I believe so.  I'm just clicking until
23  the end, slowly loading the pages.
24     Q.   Yeah, if you could just flip through the

12

1  pages and tell me if that's what you think.

2           MR. LYNE:  How many pages?

3           MR. RONA:  Thirteen.

4      Q.   If you could tell me if that's your

5  complete CV.

6           MR. LYNE:  No, should be 15.

7           THE WITNESS:  Maybe this is an earlier

8  version or from a public website earlier, I'm not

9  sure.

10          MR. LYNE:  Was this attached to the

11 report?  Is this the one that was attached to the

12 report?

13          THE WITNESS:  No, this appears to be

14 different from the exhibit.  I can see what

15 differs.  I assume it's an older version.

16 BY MR. RONA:

17     Q.   I can mark the report if you want.  I'm

18 not so much interested in --

19     A.   It looks like something I produced.  I'm

20 happy to answer questions about that.

21     Q.   This looks like a CV that you had

22 prepared at some point?

23     A.   It would take some work to figure out

24 what date in the past.  It says at the bottom,

13

1   "Last updated November of 2020," okay.

2        Q.   What page do you see that?

3        A.   The bottom of the first page.  Maybe you

4   took this from my website or...

5            MR. LYNE:  So just for the record, the

6   CV that's attached to the report is 15 pages.

7   This one appears to be 13 pages.

8   BY MR. RONA:

9        Q.   Okay.  I'm looking at your CV.  This

10  version -- I understand you may have a different

11  version, but looking at this one that's been

12  marked as Exhibit 1, I see that it says the Ph.D.

13  in mathematics at Harvard, 2008.  And then is it

14  the case then that you proceeded to become an

15  instructor in mathematics from 2008 to 2010?

16       A.   That's correct, yeah, instructor in pure

17  mathematics is the name for one of several kinds

18  of post-doc positions at MIT.

19       Q.   Since 2008, have you taught continuously

20  at MIT?

21       A.   No, in the sense that some years I've

22  not taught and also I've not been at MIT every

23  single year.  I'm again at MIT and I have taught

24  in the last year, but not at MIT.

14

1      Q.   Could you lay out for me your -- after

2  you got your Ph.D., what you did in terms of

3  employment after 2008?

4      A.   Sure.  So for the first two years, I was

5  in the position you mentioned as an instructor in

6  pure mathematics.  So that was a research and

7  teaching post-doc, as I've indicated.

8           Then I was at the University of Hawai'i

9  at Manoa as a post-doc for one year from the NSF

10  grant of Bjørn Kjos-Hanssen, my post-doc mentor.

11           I returned to MIT for several years with

12  two other different post-doctoral titles;

13  post-doctoral fellow and post-doctoral associate,

14  and those were in the Computer Science and

15  Artificial Intelligence Laboratory, and the

16  Department of Brain and Cognitive Sciences.

17           Then overlapping with that position, I

18  was also employed as -- the title was Lyric Labs

19  visiting fellow within Analog Devices.  So this

20  was a -- an industrial research lab within the

21  large company, Analog Devices.

22           And also overlapping and continuing

23  after that, I was a research scientist at Gamalon

24  Labs, which was a startup that was formed in part

15

1  to participate in a DARPA research program in

2  probabilistic programming languages.

3         When that concluded, I did some

4  mathematical consulting and was also working with

5  Remine, the company that I mentioned earlier,

6  eventually as chief scientist.

7         And then somewhat after that concluded,

8  I returned to MIT in eventually the position that

9  I'm in now, a research scientist in the Department

10 of Brain and Cognitive Sciences, and specifically

11 in a group known as the Probabilistic Computing

12 Project.

13     Q.    Thank you for that.  Let me go back on a

14 couple of these things.  You may have said it, but

15 what is -- what does Analog Devices do?

16     A.    As a company, they do many things

17 including design and I believe manufacture of

18 computer chips including analogue chips, as the

19 name mentions.

20         But Lyric Labs was a research

21 organization within it that was founded by Ben

22 Vigoda as a startup then acquired by Analog

23 Devices and continued to be a research lab within

24 their Cambridge office.

1          And Ben Vigoda then went on to found
2   Gamalon Labs, so it was essentially two different
3   research labs with the same research lead.
4        Q.   Okay.  And what did you do for either
5   Analog Devices, Lyric Labs, or both?
6        A.   Yeah, in both cases I was engaged in
7   probabilistic programming research.  So this
8   included design of probabilistic programming
9   languages, which are a particular approach to
10  probabilistic machine learning and artificial
11  intelligence.
12          It also involved some of my other
13  mathematical research in computability, complexity
14  theory, probability and statistics.  In both
15  cases, it included a sort of range of academic
16  research to more applied industrial research.
17       Q.   Okay.  And was any aspect of what you
18  did for Analog Devices or Lyric Labs, did it
19  involve sort of observing or interacting with any
20  human behavior; meaning, the data created by
21  people?
22       A.   Indirectly, yes.  Sometimes
23  probabilistic programming languages are used to
24  model human psychology.  People will, in some

17

1  cases, even do psychological experiments, though
2  that's more on the academic side.  An indirect
3  application.  I was not directly involved in
4  experiments with humans.
5      Q.    That was going to be my next question.
6  Did you have any involvement in applications
7  involving psychology for Lyric Labs or Analog
8  Devices?
9      A.    Not directly.
10     Q.    When you say "indirectly," what -- can
11  you just explain --
12     A.    Yeah.
13     Q.    -- what you did?
14     A.    Probabilistic programming languages are
15  general tools that have many applications, and
16  applications in cognitive science and psychology
17  are some of the key applications.
18          And so by influencing the design and
19  working on the design of such languages, I was
20  building tools that have been used extensively by
21  cognitive scientists in that sense.
22     Q.    In order to do that, did you get any
23  training or education on human psychology?
24     A.    Indirectly by working with cognitive

18

1   scientists, and I've sometimes gone through the

2   formal requirements of what's needed to get

3   certification for labs that work with humans, but

4   I was never involved directly in, say, gathering

5   data for such experiments.

6        Q.   You said "formal certification."  What

7   did you do or have to learn in order to get a

8   formal certification?

9        A.   I don't recall the details from a number

10  of years ago, but a few months ago -- for example,

11  within the last couple of months, I renewed a

12  certification at MIT through their Office of Human

13  Experimentation Certification -- or I forget the

14  exact name.

15            And that involved an online course that

16  took on the  order of an hour or two, sort of

17  working through, you know, reading materials about

18  the legal and ethical requirements for experiments

19  with humans and answering questions about that.

20       Q.   Okay.

21       A.   Formal compliance training.

22       Q.   Apart from any training or education on

23  legal and ethical standards, have you received any

24  training or education in the field of psychology?

19

1      A.   Again, only indirectly by working
2  closely with cognitive scientists and
3  psychologists on research.
4      Q.   Would you say that that interaction was
5  on a -- sort of an as-needed and informal basis,
6  or was there any formality to it?
7      A.   I would say informal.
8      Q.   Okay.  You mentioned Gamalon Labs and
9  DARPA funding.  Could you describe what you did --
10 what Gamalon Labs does and then what did you do
11 for Gamalon Labs?
12     A.   Yeah, so Gamalon Labs, I believe it
13 continues under possibly a different name with
14 perhaps a product oriented at companies that have
15 since developed in the years since I left.
16          But at the time, it started off with
17 DARPA as its primary customer through the DARPA
18 program, PPAML, P-P-A-M-L, I believe it was
19 Probabilistic Programming for Advancing Machine
20 Learning.  And it was a more academic and
21 collaborative program than most DARPA programs.
22          The idea was to have a lively academic
23 and industrial research community developing these
24 languages.  And as such, the first few years at

20

1  Gamalon, including most of the time that I was
2  there, involved sort of open-ended academic flavor
3  research into developing and extending these
4  languages.
5       Near the end of my time there, there
6  were some people working more directly on
7  applications of those languages, but that wasn't
8  the main focus of my work.
9       Q.   When you say "developing languages,"
10 what do you mean?
11      A.   I mean, languages in the sense of
12 programming languages.  So think of something like
13 Python or Julia or C++, but extended by the
14 ability to work with probability distributions and
15 to generate samples and be an effective component
16 of building a probabilistic machine learning
17 system.
18      Q.   Just going back to Analog Devices and
19 Lyric Labs, was your primary focus also
20 development of languages there?
21      A.   Yes, in the same sense at Gamalon, but I
22 wouldn't say that my personal work was purely to
23 develop languages.  As I mentioned, a lot of it
24 was academic research related to those languages,

21

1  including computability, complexity theory,

2  probability and statistics questions that have

3  substantial impact on the design of those

4  languages, but all of that in addition to the

5  design of the languages themselves.

6      Q.   Okay.  Is it fair to say that most of

7  your work in those -- at those two places on your

8  CV involved either development of a language or

9  the primary research that would be necessary or

10 helpful in the development of a language; is that

11 a fair summarization?

12     A.   Yeah, that's fair.

13     Q.   You then became associated with Remine

14 and eventually the chief scientist.  Can you talk

15 a little bit about that?

16     A.   Sure.  So I began as a contractor, in

17 fact, all of my work was through Borelian

18 Corporation as a contractor, not direct

19 employment.  And so I began by consulting when it

20 was a very small team, maybe three or four people

21 that were interested in building out their data

22 analytics team, their data science team, and also

23 in examining some of their initial datasets.

24          And I proceeded through the growth of

22

1   the company to -- I don't know the exact number of
2   employees at the end, but it was several dozen
3   people that were writing software, let alone on
4   their sales team, including building the first few
5   members of the data science team, and developing
6   data cleaning and merging techniques for the
7   datasets that they were using, data analytics
8   models for predicted analytics behind their
9   products, evaluating datasets and a number of
10  related activities.
11      Q.   Okay.  And you may not have said it, but
12  what -- what was Remine, what product or products
13  was Remine selling or planning to sell?
14      A.    Yeah, they had a number of products, but
15  all generally in the space or real estate or
16  mortgage data analytics.  And as such, the
17  datasets involved both data on individuals in the
18  U.S., one record per adult roughly; and also
19  records on residential properties, roughly one per
20  condo or house.
21      Q.   Okay.  And what was your understanding
22  of the source of those records or the sources?
23      A.    They came from a number of different
24  companies and, in fact, one important part of the

23

1  role involved evaluating datasets from new

2  corporate sources.

3           Each of those would involve some sort of

4  licensing contract and we would often be given

5  sample datasets or we could ask for specific kinds

6  of samples to evaluate in the course of figuring

7  out whether it was high-quality data, whether it

8  could be usefully merged with the datasets that we

9  already had, whether it was useful supplement or

10 replacement and so on.

11          I don't remember many of the exact

12 company names.  A lot of them are data providers

13 specific to the industry.

14     Q.   Okay.  Is it fair to say that one of the

15 main challenges, if not the main challenge, at

16 Remine was to get different pools of data from

17 different sources to work together in one sort of

18 seamless environment?

19     A.   That was one of the challenges among

20 several, yes.

21     Q.   What were some of the other main

22 challenges?

23     A.   Some of the other challenges involved

24 cleaning such data once it was merged or perhaps

24

1  before it was merged, analyzing it for building

2  machine learning models for predictive analytics,

3  and also designing and building and testing and

4  evaluating such models based on the data.

5       Q.   Okay.  And what was -- in terms of the

6  predictive analytics, I think you said?

7       A.   Mm-hmm.

8       Q.   What was the -- what was trying to be

9  predictive?

10      A.   There were a number of things, but one

11 of the main ones was trying to identify when a

12 given property that wasn't yet on the market was

13 more likely than others to go on the market.

14          One of the main customers that they

15 targeted was individual real estate agents who

16 they hoped would find the product helpful as a

17 real estate agent for finding leads.

18      Q.   Okay.  So -- and I'm not trying to get

19 into proprietary aspects of this, but was it the

20 understanding that there are things in the data

21 that might signal that someone is contemplating

22 sale or might eventually soon sell their house?

23      A.   Ideally there would be signals in the

24 data, yes.

25

1      Q.   Was one of the things you did was

2   research or analyze to identify those signals or

3   had somebody else already identified them?

4      A.   No, the former.  I was involved in

5   identifying signals and figuring out to the extent

6   that was possible and building such models.

7      Q.   How did you identify those signals; what

8   method did you use?

9          MR. LYNE:  Again, don't disclose any

10   trade secrets or proprietary information, but feel

11   free to answer generally.

12      A.   Yeah, a number of machine learning

13   models.  I mean, yeah, I would say a range of, at

14   the time, standard and established machine

15   learning models for identifying and distilling

16   down such signals.

17   BY MR. RONA:

18      Q.   Could you explain in, I would say, lay

19   terms what machine learning is?

20      A.   There's many definitions and probably

21   many reasonable people would disagree about the

22   details, but I guess one possible definition

23   involves automated or semi-automated computing

24   methods for identifying patterns in data, for

26

1  building classifiers, for building predictive

2  models.

3           There's a number of different shapes of

4  the kinds of objects that people use, but

5  generally, data in and some sort of computing

6  model out.

7       Q.   So is there a step between the data in

8  and the models that come out where somebody, such

9  as yourself, would look at various outputs and

10  then feedback new variables or analytical models

11  into the process?

12      A.   That really depends on the type of

13  technique.  One aspects of what you described is

14  what's called "active learning," where there's

15  feedback, by a human typically, as the model

16  itself evolves.

17           There's also the more general way in

18  which there's a feedback loop between the human

19  data scientist or machine learning engineer and

20  the building of the model, which is more akin to

21  the standard way in which any number of science or

22  engineering methods, one evaluates the efficacy of

23  the techniques and refines it.

24      Q.   In the more general form, how is the

27

1  output evaluated and then fed back into the

2  system?

3      A.   It depends a lot on the technique and

4  the application.  Not sure what I can --

5      Q.   Okay.  Is it fully automated or are

6  there still human elements to it?

7      A.   It all depends.  There's instances where

8  people do it fully automated.  There's instances

9  where there's a lot of human feedback.  A wide

10  range depending.

11      Q.   At Remine, where would you say most of

12  your work was in that range; were you trying to

13  develop fully automated systems or was there some

14  preliminary work that you were doing that required

15  your analysis and feeding that back in?

16      A.   I would say it was a range involving

17  both.  Ultimately, we wanted to have models that

18  would have been able to run in an automated,

19  reliable way especially because the datasets were

20  frequently updated, but the development process

21  involved a lot of human feedback in part because

22  of nature of the feeds and in part to be confident

23  about the results.

24      Q.   And you mentioned that you were looking

28

1  for high-quality data.  Did you ever come across

2  or evaluate data that, in your judgment, was not

3  high quality, and therefore, shouldn't be used by

4  Remine?

5      A.   There were instances of data that we

6  ended up not purchasing.  I'm not sure that any of

7  it was so bad that it wouldn't have been useful if

8  there weren't something better on the market.

9            But it all had a range of quality

10  varying on the field also, and so the decision of

11  what was actually useful was a complicated one in

12  the context of what other data was available.

13      Q.   I see.  And what were the factors, again

14  not necessarily revealing anything proprietary,

15  but just sort of focusing on high-level aspect,

16  but what were the factors that would drive an

17  understanding whether data at Remine was high

18  quality?

19      A.   One important factor involved the use of

20  what you might call "semi-canonical IDs."  The

21  idea is that, just as most adults in the U.S. have

22  a Social Security number, there's also a kind of

23  property ID that applies to residences.  There's

24  also what are called FIPS codes, F-I-P-S, that

29

 1  refer to geographic regions.

 2          And all of these have some sort of

 3  standard for them, but they're often imperfectly

 4  implemented in any particular dataset.

 5          Sometimes there are errors or missing

 6  data.  Sometimes the format varies slightly

 7  between data providers, and reconciling this was

 8  often a challenge and an important aspect to get

 9  right.

10      Q.   Okay.

11      A.   Another important aspect involved the

12  way when a dataset was updated, let's say the new

13  month's version, how easily that could be overlaid

14  and joined with the previous month's version, or

15  maybe how easily one could see how it differed

16  from the previous month's version.

17          Some data providers made that process

18  quite easy.  Others, it was an interesting

19  inference problem in itself, even apart from

20  merging it with data from other providers.

21      Q.   Okay.  Earlier you mentioned "data

22  cleaning."  What is data cleaning?

23      A.   Generally speaking, data cleaning is a

24  process of taking either a full dataset or perhaps

30

1    a particular column, particular field in the

2    dataset and changing the values in a way that make

3    it more usable for certain purposes.

4            It might involve something like taking

5    multiple spaces that are consecutive and replacing

6    it by a single space because the number spaces is

7    not particularly meaningful.  It might involve

8    converting everything to lowercase or to

9    uppercase.

10           There's a number of other standard

11   transformations but the idea is that by cleaning

12   the data, you can often have better quality on

13   subsequent steps like merging or any number of

14   other operations without reducing much, if any, of

15   the signal of the original.

16       Q.   Okay.  Was one of the problems when data

17   would be updated that essentially, you'd have to

18   overwrite clean data with unclean data?

19       A.   That might have been a problem

20   sometimes.  That's not the main thing I was

21   describing, though.  It was more an issue of

22   matching one month's dataset to another or

23   matching one dataset to another.

24           But in principle, what you described

31

1  could be an issue if you had clean data and then
2  you had newer, but less-clean data, if it differed
3  on some fields, sure, that could be a challenge.
4       Q.   You said it was important for you to try
5  to get it right.  At Remine, what was your
6  understanding of the reasons you had to get it
7  right?
8       A.   I would say there were two broadly.  One
9  involved using the data as input to the models
10  like the predicted analytics model that we
11  discussed.
12            Another key reason is to the extent the
13  data was going to be shown directly to the users,
14  for example, a real estate agent might see the
15  clean or merged version of the data on properties,
16  and that has a different requirement, obviously,
17  from what's used in a model.
18       Q.   Okay.  So the first reason was because
19  Remine wanted to make sure that it was using
20  accurate data as much as possible so that it could
21  develop to the fullest extent possibly a good
22  product; is that a fair summarization?
23       A.   I would say yes to the product part.
24  The accuracy is subtler.  It's a matter of

32

1  interpretation.  Replacing two spaces by one makes

2  the data more or less accurate.

3            In some cases, it might.  In some cases,

4  it could improve the quality of the model even if

5  one considers them equally accurate.

6       Q.   Let me ask the question without using

7  the word "accuracy."

8            Was the goal to have data that was as

9  usable as possible to enhance the value of

10  products that Remine was selling?

11      A.   That seems fair with the standard caveat

12  that there's not necessarily a single metric for

13  usability.  There's often tradeoffs involved.

14  Improving one aspect might involve the tradeoff

15  with another aspect that you care about.

16      Q.   That process of looking at tradeoffs,

17  that's something you spent a lot of your time

18  looking at; is that fair to say?

19      A.   Yeah, that's fair to say.  Examining

20  these tradeoffs is key in essentially any large

21  scale data cleaning and merging task.

22      Q.   In assessing the tradeoffs, did you use

23  math as a way of sort of ranking options or

24  outcomes?

33

1     A.   Yeah, there are mathematical and
2  statistical things involved, yes.
3     Q.   And then the other goal was that the
4  data that you're going to show to your users,
5  that's the product; is that correct?  That's the
6  product that Remine was selling?
7     A.   That's part of the product.  I think
8  it's also fair to say that the predictive
9  analytics models built with the data are
10  themselves part of the product as well.
11     Q.   Okay.  But it was important that the
12  data that customers can see be -- now I'm going to
13  use the word "accurate," so that customers are not
14  annoyed that they're seeing inaccurate or outdated
15  information; is that correct?
16     A.   Yeah, that seems fair.
17     Q.   Okay.  Did any of your customers include
18  banks -- Remine's customers include banks?
19     A.   Not that I recall.  The question of
20  customer is a bit complicated because, to my
21  recollection, the service contracts were typically
22  with MLSs, the local organizations of the real
23  estate agents with an ability to upsell individual
24  real estate agents apart from that contract.

34

1              And also there were a number of

2     different products being developed, and so I

3     couldn't say with certainty that no bank was a

4     customer but not the ones that I interacted with

5     chiefly.

6         Q.    Okay.  And with respect to the work that

7     you were doing, did you ever assess or take any

8     views on whether this would have impacts on

9     homeowners; meaning, was the work that you were

10    doing really only targeted at real estate agents

11    or was there some flow through to specific

12    homeowners as well that you identified?

13        A.    There are, of course, indirect

14    applications or indirect effects on homeowners of

15    the main product we're discussing.  I believe

16    there were also discussions about products that

17    might more directly target homeowners who are

18    interested, for example, in selling.

19        Q.    Okay.

20        A.    So the main product we were discussing

21    was targeted at real estate agents, but I believe

22    there were some movements toward products that

23    were more focused at the homeowners directly.

24        Q.    Okay.  And then your -- what was the

35

1 reason that you stopped working with Remine?

2      A.   Eventually, as the data science team had

3 grown to a sufficient size, they decided that they

4 wanted to have that more in-house in the D.C. area

5 rather than with a more external contractor, like

6 I was.

7           I helped them grow to a certain size and

8 at that point, they wanted to run things from the

9 D.C. office directly.

10      Q.   Was it at that point that there was an

11 issue about your compensation?

12      A.   No, it was a while later because the

13 termination was falling into a clause under which

14 they continued to owe me the -- not formally

15 options, but something like that.

16           There was some window in which they were

17 supposed to pay and they didn't and there was a

18 dispute about the amount.

19      Q.   Okay.  All right.  So let's turn to this

20 case.  We'll come back to some of the academic

21 topics maybe along the way.

22           But prior to being contacted by

23 Murphy & King, had you had any awareness or

24 knowledge about the TelexFree bankruptcy?

36

1        A.    Not that I recall.

2        Q.    Okay.  Had you ever been aware of or

3   known people who were involved with TelexFree

4   prior to bankruptcy?

5        A.    No.

6        Q.    Okay.  So what was your -- through your

7   initial contact with Murphy & King, what was your

8   understanding of your assignment in this case?

9        A.    Initially, it was to evaluate the data

10  and give a sense of what might be possible broadly

11  in terms of developing an aggregation methodology,

12  what sort of accuracy might be achievable and

13  things of that sort.

14        And eventually, to design and build and

15  implement such an aggregation methodology, and

16  then to write an expert report and participate in

17  necessary court proceedings associated with it.

18        Q.    I'm going to mark your report.  You can

19  put aside Exhibit 1.  If that -- I think you can

20  close out of that.  Let me see if I can get you to

21  Exhibit 2.

22              (Marked Exhibit 2)

23  BY MR. RONA:

24        Q.    Okay.  I've marked what will be

37

1  Exhibit 2.  Let me know when you have that in

2  front of you.

3       A.   I do.

4            MR. LYNE:  Ilyas, I have a paper copy.

5  When you're examining him, he can read it instead

6  of reading it on the screen.

7            MR. RONA:  I think that's fine.  To the

8  extent there are page numbers, I think that's

9  fine.  There are a couple of pages that don't have

10 page numbers.  We'll have to work through that,

11 but that's fine.

12           I guess, first, the witness has to look

13 at what's on the screen and see if he can identify

14 what that is and if that's his expert report in

15 this case.

16      Q.   Dr. Freer, before you look at the hard

17 copy, could you just look at what's been marked on

18 the computer as Exhibit 2 and tell me if this is

19 your expert report in this case.

20      A.   It generally looks like it.  I'm just

21 flipping to the end to make sure it's complete.

22 How many pages for the --

23           MR. LYNE:  Seventy-eight.

24           THE WITNESS:  That's not numbered.  Four

38

```
 1   are not numbered.  Eighty-two, 78, and then one.
 2             MR. LYNE:  And then CV, 15 pages.
 3             THE WITNESS:  Fifteen pages.  Exhibit 3.
 4             MR. LYNE:  Exhibit 3 is your
 5   spreadsheet.
 6             THE WITNESS:  Nine pages.
 7             MR. LYNE:  One, two, three, four, eight,
 8   ten.
 9             THE WITNESS:  Ten.  Yeah, ten, one of
10   five, yeah.  And then the two -- two pages.  And
11   then one, the next one and then two placeholders.
12        A.   Yeah, I believe that's correct.
13   BY MR. RONA:
14        Q.   Okay.  If you want to look at the hard
15   copy, you can.  My first question is going to be
16   on page 2, paragraph 7, if you could get that in
17   front of you.
18        A.   I see it.
19        Q.   Does paragraph 7, and I guess paragraph
20   8, does that fairly and completely summarize the
21   scope of your engagement?
22        A.   Yes.
23        Q.   Okay.  If you could turn to page 5, you
24   have a Section G, summary of your opinion,
```

39

1   paragraphs 16 and 17.

2       A.   Yes.

3       Q.   There were discussions about net winners

4   and net losers.  First of all, what is, to your

5   understanding, a net winner?

6       A.   Yeah, so I defined it precisely, I

7   believe, on the previous page or on page 2.

8            So a net winner is a participant who

9   received more money than they had paid into the

10  scheme.  A net loser is a person who contributed

11  more into the scheme than was paid out.

12           And then in my footnote, for simplicity

13  in this report, I considered net losers to also be

14  those who broke even at zero.  It's a small

15  number, but it makes the analysis easier to

16  discuss.

17      Q.   Do you have any opinions about who is a

18  net winner in TelexFree?

19      A.   By "opinion," do you include my analysis

20  in the report?

21      Q.   Well, I guess my question is:  Does your

22  opinion cover the extent to which any person is a

23  net winner?

24      A.   Does my opinion -- I mean, to the extent

40

1   that paragraph 16 asserts who the net winners and

2   net losers are, yes.  I'm not sure what you're

3   getting at.

4        Q.   Do your opinions indicate which

5   TelexFree participants were net winners and which

6   were net losers?

7        A.   Oh, I see.  Not in the summary, I

8   suppose.  It's in the "Conclusion" section.  Yeah,

9   so step 10, paragraph 208 on page 72 describes how

10  the net winners, the net losers are computed.

11           And then Exhibit 6 shows the assignment

12  of each, that's the output of the aggregation

13  methodology showing the assignment of each account

14  to a cluster.

15           And then Exhibit 7, the summary, shows

16  the aggregate amount by adding up that net equity

17  quantity through the cluster.

18           And then according to that definition,

19  those for which that number is positive are net

20  winners, and those for which that number is

21  negative or zero are net losers.  It is part of

22  the opinion but not part of that summary paragraph

23  because then it would be quite long.

24        Q.   I apologize, which page were you

41

1   referring us to first?

2        A.    The --

3              MR. LYNE:   Seventy-two.

4        A.    Seventy-two, yeah, page 72, step 10

5   describes how I determined the net winners and net

6   losers and the "Results" paragraph summarizes it

7   again.  And paragraph 210 points to the two

8   exhibits that I was describing.

9   BY MR. RONA:

10       Q.    I guess my question is:  In your

11  assessment, you talked about aggregation and then

12  in your most recent answer, you indicated that you

13  have identified, in tabular form, net winners.

14             So my question is:  To what extent do

15  your opinions cover the topic of which TelexFree

16  participants were or were not net winners?

17       A.    The opinion covers it.  I don't know

18  what you mean by "to what extent."

19       Q.    It covers it.

20             And what is the source for the

21  information that would allow you to calculate

22  whether someone is a net winner or not?

23       A.    So as I described in that step 10, and I

24  believe elsewhere in the report, the net equity

42

1  per cluster is simply defined to be the sum of the
2  net equity for every account in that cluster.
3      Q.   Who calculated -- sorry, continue your
4  answer.
5      A.   The net equity per account, I describe
6  how that was taken from a table that Huron
7  provided from something that Huron Consulting
8  Group calculated.
9           The technique is entirely modular.  If
10 you change those numbers, the aggravation stays
11 identical and you simply add up different numbers
12 at the end.
13     Q.   You yourself did not make any
14 calculations as to net equity?
15     A.   I did not make calculations as to net
16 equity per account.  I did calculate the net
17 equity per cluster simply by adding those numbers.
18     Q.   And by adding net equity per cluster of
19 that -- those, the resulting number, that is part
20 of your opinion in this case?
21     A.   Yes, the opinion includes that
22 number itself in that exhibit, and also the
23 assertion that, according to the definition I
24 provided, when that number is positive, that is a

43

1  net winner, and when that number is less or equal

2  to zero, that is a net loser.

3     Q.   Did you do any separate work in terms of

4  calculating that equity other than the

5  calculations that Huron made?

6     A.   No, I have a rough sense of how they did

7  it, but did not go in detail or reproduce that or

8  compute any alternative method myself.

9     Q.   Have you adopted the Huron calculations

10  of net equity?

11     A.   No, I'm simply using their numbers.  If

12  you provide any other numbers, I would easily add

13  those up.  It's entirely modular with regard to

14  how they produced those numbers.

15          Summarized on page 43, the figure shown

16  after paragraph 120, so if you look at step 10

17  near the bottom, the net_equity field from

18  rep_ID_summary, that's where the net equity

19  numbers from Huron come into play; which is not to

20  say their methodology or calculation, but simply

21  the final output from there comes in and is simply

22  added.

23          If you provide any other numbers there,

24  the aggregation, not just the methodology, but the

44

1   output of the aggregation remains identical and
2   you simply add up other numbers there.
3        Q.   But in order to determine who the net
4   winner -- aren't you relying on the calculations
5   that Huron made?
6        A.   No.  As I just said, I'm relying on the
7   number, not the calculation.
8        Q.   Well, okay, but the -- my point is that
9   a net winner would have his or her net equity
10  represented as a positive number; is that right?
11       A.   Yeah, the net equity for the cluster.
12       Q.   Okay.  For the cluster.  And a net loser
13  would have their number represented by a negative
14  number or zero; is that right?
15       A.   Correct.
16       Q.   Okay.  And in order to determine whether
17  it's a negative number or positive number, are you
18  relying on Huron's calculation?
19       A.   No.  As I just said, I'm relying on
20  their number, not their calculations.  Any
21  calculations that produces identical numbers would
22  yield identical results for me.
23       Q.   Okay.  I'm a little bit stuck here.  Let
24  me try my question again.  So in order to

45

1  determine whether a cluster is deemed a net

2  winner, you have to know whether the sum of the

3  net equity calculations for each account is

4  positive or not; is that correct?

5       A.   Correct.

6       Q.   Okay.  And in order to know whether it's

7  positive or not, there needs to be -- for each

8  account, there has to appear a number that

9  represents the net equity; is that correct?

10      A.   Correct.

11      Q.   Okay.  And you did not supply those

12 numbers; is that right?

13      A.   Correct.

14      Q.   Okay.  Huron supplied those numbers?

15      A.   Correct.

16      Q.   Okay.  So in order to say that any

17 particular cluster represents a net winner or not,

18 you have to use -- in your case, your starting

19 point is you used the numbers that Huron provided

20 you?

21      A.   I wouldn't say "starting point."  It's

22 merely the last step, as indicated in the figure.

23      Q.   What I mean is that you're saying that

24 things could change, but in the list of net

46

1  winners that you've provided, that list is based

2  on the numbers that Huron provided; is that right?

3       A.   Correct.

4       Q.   Okay.  And so if somebody came forward

5  and said the numbers are -- need to be changed and

6  a positive number is changed to a negative number,

7  that person would cease to be a net winner; is

8  that right?

9       A.   As defined by the new number, sure.

10       Q.   Okay.  So your segregation of people

11  into net winners and net losers, doesn't rely on

12  calculation of net equity for each account that

13  Huron made?

14       A.   I didn't actually segregate them.  As I

15  described, I sum up the numbers and I include that

16  in the table.  According to the definition that I

17  provided, the ones for which that number is

18  positive are net winners, and that's what's

19  included in the summary, and so on with net

20  losers.

21            There's no segregation.  There's no

22  list.  If you provide different numbers, you get

23  different numbers back.  And then according to the

24  definition, the ones that are positive are net

47

1  winners, and the ones that are negative or zero
2  are the net losers.
3       Q.   Does your Exhibit 7 list the people you
4  say are net winners?
5       A.   I believe it lists every cluster once.
6       Q.   Every cluster is listed in your
7  aggregation summary whether it's positive or
8  negative?
9       A.   Right.  I believe it has two columns.
10 One has the cluster ID, the other has the dollar
11 amount of the sum net equity for its cluster.
12      Q.   Is it correct then that you're not
13 offering any opinions as to which cluster in your
14 Exhibit 7 is or should be a net winner and which
15 clusters are not or should not be net winners?
16      A.   That's false.  I am, as I described in
17 the summary and in the conclusion, I -- and in the
18 tables summarizing it, that I'm just saying I
19 didn't segregate them.
20      Q.   Okay.  Well, if I ask the question
21 without using the word "segregate," but you are
22 discerning between net winners and net losers
23 based on the resulting figure that your cluster
24 produced; is that correct?

48

1      A.    Yes.

2      Q.    That resulting figure is based on

3 calculations that you didn't make, but rather

4 Huron made; is that correct?

5      A.    It's based on both.  I'm the one that

6 added the numbers.

7      Q.    But the source of those numbers was

8 Huron?

9      A.    The input numbers that I added were from

10 Huron, correct.

11      Q.    Did you form any opinions as to whether

12 the numbers that Huron provided you for each

13 account, whether those were correct or

14 appropriate?

15      A.    Not in detail.  It seemed broadly

16 consistent with my understanding of the case and I

17 didn't see anything that seemed amiss, but I

18 didn't investigate enough to tell.  Furthermore,

19 because of how it's used as input in that final

20 step, any other numbers that were provided could

21 work equally well.

22      Q.    Okay.

23            MR. LYNE:  Ilyas, time for a break?

24 We've been going one hour.

49

1          MR. RONA:  Can I finish up this line of

2    thinking before I lose it?

3          MR. LYNE:  Okay.

4    BY MR. RONA:

5      Q.   To what extent did you attempt to

6    calculate any transactions in terms of actual

7    dollars; did you attempt to do that at all?

8      A.   What do you mean by "calculate" a

9    transaction?

10     Q.   Well, you had said that you reviewed

11   Huron's -- the calculation per account, and it

12   seemed generally, I think you said "reasonable."

13   I'm not trying to put words in your mouth, but I

14   think you said it looked generally appropriate.

15          So my question is:  To what extent did

16   you attempt to make any calculations about

17   transactions associated with accounts that were

18   based on dollars?

19     A.   None myself.  When I say that I found it

20   generally reasonable, I mean from having read the

21   Martin expert report and, you know, what I saw in

22   the materials that were provided to me from Huron,

23   but I didn't myself attempt to calculate it.  I

24   just mean that nothing seemed amiss in what I

50

1   read.  It seemed essentially sensible.

2          MR. RONA:  This is a good time for a

3   break.

4          MR. LYNE:  Okay.

5          (Whereupon, a recess was taken.)

6          MR. RONA:  Back on at 11:22.

7      Q.   So, Dr. Freer, at times in your report

8   you use the word "entity"; is that right?

9      A.   Yes.

10     Q.   Okay.  What is an entity?

11     A.    It has a technical term.  I can find

12  where I describe it.  It involves multiple

13  different kinds of accounts that appear in the

14  database.  Paragraph 3 on page 1, I guess it

15  doesn't use the word entity there, but if you look

16  at the -- that's the circumstance in question.

17         And if you look at the figure I pointed

18  to earlier, summarizing the method on page 43, so

19  "entity" is the field used from the rep_ID_summary

20  table to filter the approximately 17 million

21  accounts down to the approximately 11 million

22  accounts that are relevant for this case.

23     Q.   Okay.  So what -- I'm trying to

24  understand, what does an entity represent -- or

51

1    what does it consist of, is maybe the better

2    question.  What does an entity consist of?

3         A.   It's a field in the table that Huron

4    provided which indicates for each account, whether

5    it was determined to be TelexFree, meaning

6    relevant to this case; or Ympactus,

7    Y-M-P-A-C-T-U-S, which was a related scheme in

8    Brazil; or hybrid, meaning a hybrid of the two.

9              And my instructions were to apply the

10   aggregation methodology that I developed to the

11   set of accounts that were deemed TelexFree.

12        Q.   Okay.  To identify clusters of accounts

13   that pertain, according to your instruction, to

14   TelexFree participants?

15        A.   Correct.

16        Q.   Okay.  But is what you're clustering, is

17   a cluster the same as an entity?

18        A.   Not in that sense, no.

19        Q.   Okay.  Well, I'm going to try to find

20   where you use "entity" in your report.  Give me a

21   second.

22             So is "entity" in your report referring

23   to the corporate -- the corporate relationship?

24        A.   Not in that sentence.  Is there a

52

1   specific part where I use the word "entity" that I
2   should look at?
3       Q.   Let's look back at page 43, when you
4   were talking about the going from 17 million user
5   accounts to 11 million user accounts, and it says,
6   "Summary Table (rep_id_summary)," and above that
7   arrow it says "entity."
8       A.   Yes, that's what I just described.  That
9   is the name of the field in the rep ID summary
10  table, which indicates essentially what kind of
11  entity that account is.  Is a TelexFree, a hybrid
12  or an Ympactus account.  I don't know exactly why
13  the word "entity" was chosen by Huron, but I
14  interpret it as the kind of entity of that
15  account.
16      Q.   Entity was something determined by
17  Huron.
18      A.   Correct.
19      Q.   Your understanding in that context is
20  entity is referring to some form of, if not a
21  corporate entity, but an organizational entity?
22      A.   No.  As I just said, it refers to -- I
23  interpret the name of the field as saying what
24  kind of thing is that account, where "thing" here

53

1  does not mean corporate or not, but means which of

2  the schemes was it in.

3      Q.   Okay.  Meaning is the accounts that

4  relate to TelexFree versus the accounts that

5  relate to Ympactus, are those accounts related to

6  separate entities?

7      A.   I don't understand what you're asking.

8      Q.   Again, I'm trying to understand what the

9  meaning of the word "entity" is.  That's all.

10     A.   My -- the goal was to determine whether

11 the account participated in the Brazilian Ympactus

12 scheme or the main TelexFree scheme or both.

13          And my understanding is that the way

14 that Huron did it involved looking at the

15 associated transactions and determining the

16 currency, and roughly speaking, U.S. dollars

17 versus Brazilian Real currency and having

18 determined that for the transactions associated

19 with a given account, they made a determination

20 about whether that account was TelexFree scheme,

21 Ympactus scheme, or a hybrid.

22     Q.   Okay.

23     A.   My instruction was to consider only

24 those accounts that were TelexFree.  It's also

54

1 missing -- that field is missing for approximately
2 2 million records because if there were no
3 invoices paid, they wouldn't know any currency.
4         And Huron determined that for those they
5 couldn't make a determination about whether it was
6 TelexFree, Ympactus, or hybrid, but also it didn't
7 matter because there were no invoices paid and the
8 net equity was zero.
9     Q.   Did you yourself look at any of those
10 accounts or attempt to analyze any of those
11 accounts that did not have a paid invoice
12 associated with them?
13     A.   I looked at them in the sense that I saw
14 them in the database.
15     Q.   Okay.
16     A.   I don't know what you mean by "analyze"
17 them.
18     Q.   Well, did you perform any analysis on
19 the data relating to those accounts?
20     A.   Some of the general investigations into
21 the data quality, I happened to perform on the
22 full database of approximately 17 million records
23 before the determination that I should focus on
24 the approximately 11 million attribute to

55

1   TelexFree.  Everything in the report describes

2   just that 11 million subset.

3       Q.   And you say "determination," who made

4   that determination?

5       A.   Murphy & King instructed me to focus on

6   those accounts that were associated with

7   TelexFree.

8       Q.   Okay.  Is it fair to say that you don't

9   offer any opinions about anything that -- any

10  information contained in the several million

11  accounts for which there's no paid invoice; is

12  that correct?

13      A.   I don't offer an opinion in the written

14  report.  I did look at the data enough to have a

15  sense that it was generally of similar quality.

16  You know, modulo sum differences that would often

17  be expected between Brazilian accounts and those

18  in the rest of the world or in the U.S.

19      Q.   So that data, your assessment was just

20  based on -- some examination of it was that it was

21  of similar quality to the data that you did

22  analyze?

23      A.   Broadly speaking, but the details might

24  differ to some degree.  I don't recall in detail

56

1  because, at some point, I focused only on the

2  approximately 11 million.

3      Q.   Okay.  So going back to page 43, the

4  payable or the -- I don't know what you'd call

5  that, the flow chart, the use of the word "entity"

6  denotes some relationship to your use of the word

7  "scheme," is that fair to say, between TelexFree

8  and Ympactus?

9      A.   Only indirectly.  The formal meaning of

10 every word in italics is a name of a table or the

11 name of a column.  "Rep_id_summary" and

12 "representante" are the names of the tables

13 provided to me by Huron.

14          "Entity, rep_id, net_equity," I believe

15 that's all.  Those other words are the names of

16 columns.  It's in quotes referring to a column

17 name.  And then, as I described, that column name

18 contains data pertaining to the schemes.

19     Q.   That's helpful.  Generally if it's in

20 italics, what you're referring to is a data field

21 or column as supplied to you by Huron?

22     A.   Or table name.  So as I said, rep_id,

23 entity, and net_equity are the names of columns,

24 and representante and rep_id_summary are the names

57

1  of table.  Also the representante table was
2  provided to me by Huron, but without modification
3  by them.
4        It was their extraction from the
5  database whereas rep_ID_summary was actually
6  produced by them and the entity and the equity
7  field, Huron themselves calculated.  Whereas
8  rep_ID and the other 43, I believe, fields in
9  representante are from the database and simply
10 provided to me by Huron.
11     Q.   So did you receive what could be
12 characterized as the raw data that was not
13 modified by Huron?
14     A.   For the representante table and the
15 other three tables, I described, yes, as far as I
16 understand.  They did not modify it.
17        They -- I believe they were the ones
18 that did the extraction from the database, and
19 there's some chain of custody involving Homeland
20 Security that's, I believe, described in the
21 Martin report.  I don't know the details of that
22 other than what I've read.
23     Q.   Okay.  So you -- is your understanding
24 that you received unmodified by Huron, data for

58

1 | four tables and then you also received Huron's
2 | modifications; is that correct?
3 |     A.   Well, not --
4 |         MR. LYNE:  Objection as to form.
5 |     A.   No, I wouldn't say that they modified
6 | any data.  Rather, they produced additional
7 | columns; namely, the two that we were discussing,
8 | net equity and entity in the course of their
9 | analysis, but that's augmenting the data, not
10 | modifying anything in it.
11 | BY MR. RONA:
12 |     Q.   You received, in addition to what you
13 | understood to be the raw data for those four
14 | tables, you also received augmented data
15 | containing additional fields that had been
16 | populated by Huron?
17 |     A.   Correct.
18 |     Q.   Did you select those four tables or did
19 | someone else determine that those were four tables
20 | that you needed to look at?
21 |     A.   I would say both.  Those were four
22 | tables that were provided to me by Huron.  I also
23 | had the sense from Murphy & King that those were
24 | the correct tables to be looking at for my

59

1   analysis.

2          And furthermore, my sense from reading

3   about the case and seeing the materials that I was

4   given, my sense was that these were appropriate

5   datasets to be looking at.

6      Q.   Okay.  Do you know how many -- in terms

7   of the raw data, do you know how many tables there

8   were?

9      A.   There were where?

10     Q.   Meaning four -- the totality of the data

11  that pertains to TelexFree is more than four

12  tables; is that correct?

13     A.   I don't recall whether the other

14  information was organized in tables, but yes, I do

15  believe that there was some information seized by

16  Homeland Security beyond those four tables.

17     Q.   Did you ever ask to see any of that

18  other data?

19     A.   Yes, so Huron provided the virtual

20  machines that I used to both verify that the four

21  tables seemed to have been plausibly exported

22  reasonably.  Nothing seemed amiss.

23          I saw that there was other data that

24  seemed even less relevant.  Already three of those

60

1  four tables were not particularly relevant to my
2  aggregation.  And then there was also things like
3  source code that were -- that was used on the
4  servers that were seized.
5      Q.   So in terms of your -- back to 43, your
6  results where you talk about clusters, what does a
7  cluster represent?
8      A.   A cluster is formally a collection of
9  accounts that is not empty, there's at least one
10 account and -- sorry, I should back up.  There are
11 clusterings of account groupings and there are
12 clusterings of user accounts.
13          Ultimately, we're interested in the
14 clustering of user accounts, but a clustering of
15 records of any sort, whether it's an account or an
16 account grouping, a clustering is a partition of
17 the set of records; meaning it is a -- sorry, a
18 clustering is a partition.  It consists of
19 clusters.
20          Each cluster contains one or more
21 records such that that cluster is disjoint from,
22 has an intersection with every other cluster in
23 the clustering, and such that their union is the
24 entire set of records; meaning that every record

61

1  appears in one, and exactly one, cluster in the

2  clustering.

3         There's a bunch of different terminology

4  that's used mathematically, but that's what I use

5  in the report.  A clustering is a collection of

6  clusters whose union is the entire set of records.

7  In the case of account groupings, each account

8  grouping appears in exactly one cluster of a

9  clustering of account groupings.  In the case of

10 user accounts, every user account appears in

11 exactly one cluster of the clustering.

12     Q.   Okay.  And to what extent does your

13 clustering address the issue of who the actual

14 user was?

15     A.   What do you mean by "who the actual user

16 was"?

17     Q.   Meaning by doing your clustering, are

18 you identifying by, let's say, by legal name who

19 the user was that input that data?

20     A.   What do you mean by "legal name"?

21     Q.   Well, how does the cluster relate to the

22 person participating in TelexFree, that's what I

23 am trying to understand.  What's the relationship

24 between a cluster that you created and a person

62

 1  who was a user within TelexFree?

 2       A.    It stands in the same relationship to

 3  the person as each user account does, except that

 4  there's potentially more than one.

 5            So my understanding is that persons

 6  whether -- or "participants," as they were called,

 7  whether individuals or corporations, they created

 8  accounts including their information, and in that

 9  sense, a clustering is tied to the person, albeit

10  for multiple such relationships.

11            Ideally, the cluster consists of all and

12  only those accounts associated to a particular

13  participant, though, as in any aggregation

14  methodology, that won't always hold on the nose.

15       Q.    When you cluster a bunch of accounts,

16  are you saying that you can determine who the

17  actual person is that's associated with those

18  accounts?

19       A.    What do you mean by "determine who the

20  actual person is"?

21       Q.    Well --

22       A.    Like find them somehow?

23       Q.    Are you identifying who the actual

24  person is?

63

1       A.    Not sure what you mean by "identifying."
2  What would it mean to not identify someone given
3  their contact information?
4       Q.    What I'm trying to understand in a
5  real-world sense, does any of your analysis cover
6  determining the true identities of the actual
7  participants of TelexFree?
8       A.    I did no additional analysis in that
9  regard insofar as the user accounts already
10 largely reflect that information, it's contained
11 there.
12      Q.    Okay.
13      A.    My understanding is a user account
14 typically contains such information.  I did not do
15 separate investigatory work to determine beyond
16 what was in the dataset, if that's what you're
17 asking.
18      Q.    What is the basis for your understanding
19 that the user-account data generally contained
20 information that identified a participant?
21      A.    The basis is all of the court documents
22 about the case and the way that it all appeared to
23 be generally quite reasonable in the course of me
24 working with it.

64

1         I'm not asserting that it always did,
2   nor is that particularly relevant for my analysis,
3   but it seemed generally consistent with these
4   being the actual contact information of the
5   relevant persons based on the data and the
6   information in the case.
7         Q.   Okay.  So as part of your review, did
8   you ever see a reference that one of the user
9   accounts, or at least one of the user accounts,
10  had the name Barack Obama?
11        A.   I don't recall encountering that myself
12  or in the court documents, but it's possible.  I
13  don't recall.
14        Q.   Okay.  And to the extent that there's an
15  account in the name of Barack Obama, do you have
16  any opinions about whether that account has any
17  relationship to the real-life former President of
18  the United States, Barack Obama?
19        A.   I don't think I have a formal opinion
20  about it, but obviously, it seems it is possible.
21  It also may not be the case.  Yeah, any particular
22  case may be more or less likely than others.
23        Q.   In the case of Barack Obama, you
24  wouldn't know either way; is that right?

65

1      A.   I don't know for sure of any particular

2  one.  Some are more likely than others to not be

3  an actual person.

4      Q.   Are you aware that some user accounts

5  don't have a person's name, but have some other

6  entry including what looked like corporate names?

7      A.   I was using the word "person" before to

8  refer to possibly corporate or individual.  Do you

9  mean not individual names?

10      Q.   Right.  I think you've answered my

11  question.  The name associated with an account

12  could be the name of a natural person or it could

13  be a corporation; is that right?

14      A.   That is my understanding, yes.

15      Q.   Are you aware also of other things that

16  are not -- don't appear to be a person's legal

17  name or corporate name, but may be just some other

18  strings of characters; are you aware of any such

19  entries?

20      A.   Yes, there were a small numbers of

21  entries that appeared to be strings of characters

22  that weren't obviously natural persons or

23  corporation names.

24      Q.   Are you offering any opinions about who

66

1   the -- in situations where the name field that is
2   entered doesn't appear to be a person's legal
3   name, are you offering any opinions about the
4   identity of the person who entered that data?
5       A.   Yes, indirectly in the same sense that
6   the methodology provides information; for example,
7   if there were a name that wasn't plausibly a
8   natural person's name but included enough
9   distinctive characters, and the other field values
10  are such that it could be reasonably aggregated
11  with others, then one might be able, from that
12  aggregation, to infer an address, which may be
13  more correct than the name.
14          In that case, that might lead to the
15  identity.  I didn't do any specific investigation,
16  but implicitly in the aggregation, there's
17  sometimes information that you would enable you to
18  identify such a such person, yes.
19      Q.   That's not part of your opinion to go
20  make that final step from what information might
21  produce that inference to and actually trying to
22  ascertain who that person is; is that right?
23      A.   I'm not sure again what you mean.  It
24  does do that implicitly.

67

1      Q.   Okay.  Let's use -- you're aware that
2   there's some -- one or more accounts have the name
3   Mickey Mouse; is that right?
4      A.   Yes.
5      Q.   Is it your opinion that your analysis
6   would provide, apart from the name field,
7   additional information that could lead to an
8   inference of who the person that entered that data
9   might be?
10      A.   It depends on the circumstance, but it
11   certainly could happen.  I don't recall that
12   Mickey Mouse -- if, for example, something like
13   Mickey Mouse had other fields that were accurate,
14   then sure, that could eventually lead one to
15   identify the person.
16      Q.   By my question is:  You're not the
17   person trying to make that final step and identify
18   who that person might be in the case of
19   Mickey Mouse?
20      A.   No, I am that person to the extent my
21   aggregation provides that information.  If the
22   address and phone number and e-mail address
23   canonically identifies a single person, then I
24   suppose my analysis has produced that, and hence,

68

1  my opinion.  I didn't do any additional work

2  beyond what's implicit in that.

3      Q.   What do you mean by "canonically

4  identified"?  You used "semi-canonical" before.

5  Can you define --

6      A.    I suppose I was using canonical in two

7  slightly different senses.  What I meant just now

8  by "canonical" was if there is one and only one

9  person that is identified by that information in

10 the real world in response to those questions.

11          When I said "semi-canonical" earlier,

12 there's a more technical sense of canonical ID

13 where whether it's government-issued or in some

14 other standardized reliable database, you might

15 have an ID number that essentially every record is

16 associated with which allows you to join records,

17 even between different data sources.

18          For example, if you have two different

19 databases of people that has Social Security

20 number reliably entered for everyone, and in the

21 same format, then that might be considered a

22 canonical ID.

23          When I said "semi-canonical" in the case

24 of Remine, I was referring to instances where

69

1  there is some field like that, whether it's Social

2  Security number or property ID for real estate

3  property, but where the format is not as

4  standardized.

5          U.S. Social Security numbers are all

6  three digits, dash, two digits, dash, four digits.

7  It's not as consistent the way that property IDs

8  are indicated.

9          It might be depending on the county or

10  depending on the data source, there's different

11  enough formatting that it becomes a potentially

12  challenging task to match on that.  It's

13  semi-canonical in the sense that each data

14  provider is trying to provide some version of

15  that.

16      Q.   With respect to TelexFree, was there any

17  canonical or semi-canonical data that you were

18  able to analyze?

19      A.   It depends on the circumstance or

20  setting which you're asking about.  The rep ID is

21  actually canonical within the TelexFree dataset,

22  but it is not used by any other sources.

23          So that's internal to this dataset, but

24  it is -- you know, each account has a rep ID.  The

70

1  rep ID is distinct in value from every other

2  account; and furthermore, the way that the four

3  tables interlink with each other and reliably use

4  that as a database scheme.

5          So that's canonical in that sense, but

6  it's not canonical in the sense that it helps you

7  connect to any other data source in the world.

8  It's not like that's available in any form outside

9  of these four tables.

10     Q.    Okay.  Were you able to find any data

11  that would allow you to ground the data or make

12  comparisons to real-world data?

13     A.    Yes, the 11 fields that I used in the

14  methodology are that by design.  The name field

15  relates to people's names in the real world

16  generally.  The address fields relates to their

17  address in the real world, and so on.

18     Q.    Did you, either on a sampling basis or

19  on an aggregate basis, make any effort to either

20  correlate or cross-reference name field with any

21  other external database that has people's names?

22     A.    External to TelexFree?

23     Q.    External to TelexFree.

24     A.    No.

71

1        Q.   Did you make any attempt to correlate or
2   cross-reference e-mail addresses to an external
3   database of e-mail addresses?
4        A.   Not to an external database of e-mails
5   addresses, but as I described, I ran various tests
6   to ascertain the extent to which they were
7   formatted in a way that's appropriate for e-mail
8   addresses and have domain names that are
9   consistent with being e-mail addresses and so on.
10        But that's an aggregate, not taking any
11   particular e-mail address and confirming it or not
12   in the real world.
13        Q.   Okay.  So, for example, you're just
14   looking up the -- for purposes of this case, you
15   only looked at whether e-mail addresses were
16   properly formatted, not whether they were actually
17   working or at any time actually worked; is that
18   correct?
19        A.   That's correct, except that whether or
20   not they were properly formatted, they still
21   potentially contained valuable aggregation
22   information.
23        So as I described in the data quality
24   section, there's some aggregate statistics that

72

1  allowed me to conclude that the e-mail field was

2  of the generally high quality that it was, but

3  having determined that an aggregate, still the

4  data speaks for itself in the aggregation method.

5       Q.   Just as an example, I'm not a member of

6  Murphy & King, but if I typed in an address with

7  my first name at Murphy&King.com, that would pass

8  the test of being properly formatted as far as you

9  were able to determine; is that correct?

10      A.   You're saying if it contains a string

11 containing normal characters, followed by

12 ampersand, followed by MurphyKing.com?

13      Q.   Yeah, the "at" symbol.

14      A.   I believe that would pass the test.  As

15 I described in the report, there's a specific

16 Internet standard, one of the Internet Engineering

17 Task Force RFCs that describes -- it's more

18 involved than just checking those components, but

19 that's the systematic test that I ran on all the

20 e-mail addresses.

21      Q.   As far as street addresses were

22 concerned, did you attempt to correlate or

23 cross-reference those to any external databases?

24      A.   Again, no, except in aggregate

In re: Chapter 11 Cases TELEXFREE vs                    Cameron E. Freer
FRANZ BALAN                                              April 04, 2023

73

 1  confirming that they were of the quality that they
 2  were by running various statistics.
 3       Q.   You didn't attempt to, on a sampling
 4  base or on an aggregate basis, compare the data
 5  to, for example, the United States Postal
 6  Service's database of mailing addresses?
 7       A.   Not with the database.  With both that
 8  and the e-mail, of course, I'm somewhat familiar
 9  with what e-mail addresses and addresses look
10  like.  In the course of working with the data, I
11  got generally a sense of, it seemed reasonable
12  largely, but...
13       Q.   Okay.
14       A.   But not with a database explicitly.
15       Q.   And I apologize, I might be jumping
16  around from time to time, but I think ultimately
17  that's going to make this go faster.
18       A.   Sure.
19       Q.   But I believe you refer to -- in your
20  report to under-aggregation and over-aggregation;
21  is that right?
22       A.   Yes.
23       Q.   Okay.  And in -- maybe it will help to
24  actually find the page with that chart.  If you

74

1  would bear with me, I'll try to see if I can find

2  that.

3          What is under-aggregation and what is

4  over-aggregation?

5       A.   You mean over-clustering and

6  under-clustering?

7       Q.   Yes, let's use your terms.  What is

8  under-clustering and over-clustering?

9       A.   Yeah, so I use the terms both to refer

10 to a property of an overall clustering, and also

11 to refer to a particular cluster within the

12 clustering.

13         So the idea is, a clustering, you'd say,

14 roughly that it's over-clustered if records that

15 don't belong in the same cluster end up being

16 joined together in the same cluster.

17         And you would say that the clustering is

18 under-clustered if there's many instances of

19 records that do belong in the same cluster that

20 are not in that clustering.

21      Q.   Okay.  And is it important in this case

22 to determine the sort of the optimal level of or

23 degree of clustering such that it's neither

24 over-clustering or under-clustering?

75

1        A.   Yeah, as in all aggregation methods,

2    it's important to balance them.

3        Q.   Okay.  Are there any particular aspects

4    of this case -- "this" being TelexFree -- that

5    make it important to not over-cluster or

6    under-cluster as much as possible?

7        A.   I mean, there's the general principles

8    as applied to this case.  So the concern with

9    over-clustering in general is that you would have

10   two records joined together that shouldn't be in

11   the TelexFree case that would amount to actually

12   different participants that -- whose accounts were

13   assigned to the same cluster.

14              In the case of under-clustering, the

15   general goal is to make it so that records that

16   belong in the same cluster do, in fact, appear

17   there.

18              And so the specific manifestation of

19   that here is that you would want that all of the

20   user -- all of the participant's accounts that

21   belong to them appear in the same cluster.  Those

22   were two key goals.

23       Q.   Okay.  But are there -- do you have any

24   understanding of what would be, let's say, the

76

1  practical consequences in this case of -- with

2  respect to any particular user, of either

3  over-clustering or under-clustering the associated

4  accounts?

5       A.    I have a general understanding of the

6  role that the segregation is playing in the case,

7  and so if there were two participants that were

8  put in the same cluster, that would be not ideal.

9            And if there -- if not all of the

10 accounts of a given participant were put in the

11 same cluster, that would also be not ideal.  Some

12 amount of that is inevitable in any reasonable

13 methodology on a dataset of this scale and

14 complexity.

15      Q.    Apart from what you just described, to

16 what extent does -- I said, apart from what you

17 just described, to what extent does

18 over-clustering or under-clustering have a

19 potential impact on any net equity calculations?

20      A.    If your clustering is over-clustered

21 then you would end up with net equity being added

22 up across more records than should be, and

23 conversely with under-clustering.

24      Q.    Okay.  Meaning that the calculation

77

1   could change; is that right?

2       A.   Whenever the clustering changes, the sum

3   of things in the clusters change.

4       Q.   And the calculation could go up or it

5   could go down; is that right?

6       A.   The calculation?  Do you mean the sum?

7       Q.   Yeah, the sum of net equity could go up

8   or could go down.

9       A.   If you add different numbers together,

10  the answer could be different, correct.

11      Q.   An alleged net winner who has his or her

12  accounts over-clustered could see his or her net

13  equity calculation increase in a way that's not

14  appropriate; is that right?

15      A.   No, that doesn't make sense.  A net

16  winner is determined by the clustering, and so if

17  a net winner -- if two participants were put into

18  a clustering when they should have been separate,

19  there isn't even -- like, the premise of your

20  question doesn't make sense to me in the context

21  of having two participants in the same cluster,

22  could you --

23      Q.   Let me try again.  And for purposes of

24  these next questions, let's say there's person A

78

1  and person B.

2       A.   Okay.

3       Q.   Let's say they're both net winners

4  and -- but they are over-clustered so that their

5  records are put together.  What is the practical

6  consequence for A and B of putting them together?

7       A.   The practical consequence depends on how

8  this information is used later in the court

9  proceedings.

10      Q.   Okay.

11      A.   There would be a single cluster whose

12  net equity is the sum of their respective net

13  equities.

14      Q.   Do you have -- as part of your analysis,

15  did you use any assumptions as to how many

16  participants could be associated with a single

17  cluster?

18      A.   Yes, the number has to be positive.

19  There are no clusters that are zero.

20      Q.   Do you assume that cluster could have

21  more than one participant involved?

22      A.   I'm not sure I would call that an

23  assumption, but yes, it is possible that -- sorry,

24  did you say "participant" or "account"?

79

1      Q.   Participant.

2      A.   Oh, the goal is to have one participant

3  per cluster.  That's the aim of the aggregation.

4  It won't always be achieved.  I'm not sure what

5  you mean by "assumption."

6      Q.   As part of your work in TelexFree, did

7  you assume that each cluster represented the

8  accounts for a single person?

9      A.   No, I mean, it's not an assumption.

10  It's a goal.  And the output will almost certainly

11  not achieve that perfectly, but there's no -- I

12  didn't make assumptions about the output.  I

13  generated the output and concluded things about

14  it.

15      Q.   My example, you have person A and person

16  B, they're both net winners, but their accounts

17  clustered together.  What practical consequences

18  would there be, to your understanding, of how the

19  clustering would work for them as the case

20  progressed?

21      A.   I don't know the details of how the case

22  is going to progress after this, but I assume in

23  some form, one or more than them would be

24  contacted with the list of accounts assigned to

80

1  that cluster.

2      Q.   Do you have any understanding of whether

3  A could be contacted about the accounts pertaining

4  both to A and to B if that over-clustering were,

5  let's say, adopted in the case?

6      A.   No, I don't have any specific knowledge

7  about how that would happen.

8      Q.   Okay.  Do you have an understanding

9  whether that would be a possibility?

10          MR. LYNE:  Objection.

11     A.   I don't understand any details of what's

12  going to happen after this in terms of figuring

13  out which information from a given cluster to use

14  to contact them, if that's what you're asking.

15  BY MR. RONA:

16     Q.   We'll do a similar set of questions, but

17  this time I'm going to have A and -- we'll just

18  have A, but A's accounts are under-clustered, if

19  that makes sense.  We'll have A1 and A2 accounts.

20          Let's say that the sum of the A1

21  accounts is positive and the sum of the A2

22  accounts is negative.  What is your understanding

23  of the practical consequences to A of having his

24  or her account under-clustered in that situation?

81

1      A.   Again, I don't know in what way they'll
2  be contacted, but assuming that net winners are
3  contacted in some way and net losers are contacted
4  some way, that would happen respectively with the
5  contact information in the two clusters.
6           If there's a different procedure, for
7  example, contacting people above a certain
8  threshold, that would apply depending on the
9  numbers and so on.
10     Q.   Do you have any understanding of whether
11 or how the A2 accounts would be -- after your
12 analysis is complete, how those would be ever tied
13 back to A or reunited with A1; are you aware of
14 any procedure by which under-clustered accounts
15 could be tied back together, apart from the
16 analysis that you've done?
17          MR. LYNE:  Objection.
18     A.   Not specifically.  I mean, I've read
19 about what was discussed earlier in the case, but
20 I don't know what will happen after my
21 methodology.
22 BY MR. RONA:
23     Q.   Okay.  By the way, can you -- in your
24 experience, can you -- actually, let me preface

82

1    that question.

2              Would you agree that based on the fact

3    that the goal of clustering is to find a cluster

4    for each account, that in a sense there's a

5    zero-sum distribution; meaning, if an account

6    belongs to A, it can't then therefore belong to B.

7    Do you agree with that?

8        A.    Belong to -- my understanding is that

9    you were describing A and B as participants.  The

10   property that actually holds is with respect to

11   clusters.

12             If an account is in one cluster, it is

13   not in any other.  The clustering has the property

14   that I described.  Every account appears in

15   exactly one cluster of the clustering.

16       Q.    If, let's say, there are only two

17   participants in TelexFree, and you were trying to

18   assign all accounts to one of those two

19   participants, that process would be zero sum;

20   would you agree with that?

21       A.    I don't understand the premise.  The

22   goal is to create a clustering, not to assign them

23   to a participant.  If I knew who the participants

24   were, we'd be done.

83

1          There are actual participants in the
2  world, but what I produce is the clustering, which
3  ideally is closely in correspondence with the
4  participants, but at no point do I interact with
5  participants directly.
6      Q.   I appreciate that.  I'm trying to focus
7  on that, you know, to use the football analogy,
8  when a team that's about to score a touchdown
9  fumbles at the goal line and the defense recovers
10 it and runs it back for their touchdown, that's
11 referred to as a 14-point swing.
12          Meaning, not only does the offense lose
13 the chance to score seven points but the defense
14 scores seven points, which results in a 14-point
15 difference in the possible outcomes that could
16 have been produced on that play.
17          Are you familiar with that?
18     A.   Roughly, but I've lost track of how the
19 extra points work, the six versus seven or eight.
20     Q.   Fair enough.  Let's assume extra points
21 are automatic now.  You're familiar with that
22 concept of a single change in a situation
23 resulting in essentially, a doubling of the
24 possible difference?

84

1      A.   I guess it generally makes sense, but in
2  your circumstance, wouldn't it be both them
3  fumbling and not scoring?
4           If they don't fumble, they don't
5  automatically score, so it seems like in that
6  case, it is still essentially three actions; they
7  fumbled, and they didn't score, and the other team
8  scored.
9      Q.   So let's go back to my A and B world,
10 where there's two users.  If there's an account
11 that has an associated calculation of net equity
12 of $10,000, there's a difference to both A and B
13 to whom that account is clustered.  Would you
14 agree with that?
15     A.   If you set it up such that it has to be
16 in either A or B, then yes, it affects A, whether
17 it's an A or B, and it affects B, whether it's an
18 A or B.
19     Q.   Because by and large, TelexFree accounts
20 or TelexFree transactions produce both
21 simultaneously a net winning account and a net
22 losing account, the switch of any account from one
23 user to the other could create swings for both
24 participants who are involved?

85

1      A.    Actually, I misspoke a minute ago.  I

2   was conflating the two things that I asked to keep

3   separate a minute ago.

4           So the account moves from one cluster to

5   another.  It doesn't move from one user to another

6   or one participant to another insofar as the

7   participants are the participants.  They have the

8   accounts that they had.

9           It is true that the difference between

10   the two clusters, it matters to those two

11   clusters, but it's different from it mattering to

12   the two participants, so I don't understand the

13   premise of the latest question either.

14      Q.    Could you explain why it wouldn't matter

15   to the participants, but it would matter to the

16   cluster?

17      A.    I don't mean that it wouldn't matter to

18   the participant in the sense of them not caring.

19   What I mean is the direct effect is on the

20   cluster, and to even talk about the participants,

21   that's presupposing a relationship to the clusters

22   that hasn't been fully set out in the experiment.

23   If you had more detail, I could answer in more

24   detail.

86

1      Q.   In my thought experiment where A and B
2  are separate actual people, and the question was
3  whether there was only two possible accounts, one
4  is $10,000 positive net equity account and one is
5  a $10,000 negative net equity account.  Those are
6  your only two accounts.
7           You're trying to determine the
8  clustering of those two accounts, bearing in mind
9  you wouldn't need to cluster individual accounts,
10  I get that.
11           But for purposes of simplicity, if
12  you're clustering both accounts to one person,
13  then everyone is a zero, but if you assign one
14  account to somebody, they're up 10,000 and the
15  other person would therefore be down 10,000; do
16  you agree with that?
17      A.   No.  Once again, I'm not clustering them
18  to persons.  I'm clustering them period.  There's
19  three possible partitions to the two records.
20           There's one clustering in which they're
21  both in the same cluster, both records are in the
22  same cluster.  There's another clustering --
23  sorry, there's simply two possible clusterings.
24           There's the clustering in which they're

87

1  the same and there's the clustering in which

2  they're separate clusters.  If you additionally

3  stipulate how they are assigned to persons, then I

4  can answer your question, but the clustering is

5  not to persons, it is to clusters.

6      Q.   Okay.  Anywhere in your report or in

7  your opinions are you making that final connection

8  between clusters and people?

9      A.   Again, as I answered, indirectly in the

10  sense that there's plentiful contact information

11  in those clusters.  I don't know in what other

12  sense you're asking.

13      Q.   Okay, I think we'll move on.

14          Let's look at -- you gave an example in

15  your report of a clustering; is that right?

16      A.   No, I provided the entire clustering as

17  the report.  I gave one example of cluster.

18      Q.   And that's appended to your report;

19  correct?

20      A.   Yes, Exhibit 3 consists of one entire

21  cluster.

22      Q.   I'm trying to navigate there.  I don't

23  know if you -- if everyone can see this, it's a

24  little small.  This is a cluster, are you able to

88

1   identify who the user was of Cluster 132785?

2        A.   Only indirectly by this huge amount of

3   contact information.

4        Q.   What is your indirect -- who is the

5   person that you're able to indirectly connect?

6        A.   No, it's not that, I said "indirect."  I

7   could read the entire thing and that would give

8   you all of the indirect information.

9        Q.   Okay.

10       A.   I did not say I can identify

11  definitively a person.

12       Q.   Okay.  So I want to -- just again, I'm

13  not trying to -- those aren't trick questions.

14  I'm just trying to understand the -- qualitatively

15  what your opinions are.

16           With respect to Cluster 132785, your

17  opinion is only that this is an appropriate

18  clustering, but in order to take an additional

19  step of identifying who the user was associated

20  with this cluster, that process would be done

21  inferentially using the information that you

22  clustered, but you're not doing that yourself; is

23  that correct?

24       A.   Correct.

89

1    Q.   Okay.  In this cluster, it looks like

2  there's various permutations of a name which, at

3  its maximum, seems to be Maria Teresa Milagres

4  Neves.  Do you agree with that?

5    A.   "Maximum" meaning most characters?

6    Q.   You used somewhere -- I'm blanking on

7  it, but you use a word that references, sort of,

8  the parts of a name.  And I apologize, I'm going

9  to have to find it in a second, but I think you

10  used, like, the quick brown fox as an example,

11  where each of quick, brown, and fox have a label;

12  is that right?

13    A.   I believe I used the word "token."  The

14  collection of characters separated by spaces.

15    Q.   In this case, the maximum possible

16  tokens would appear to be four consisting of Marie

17  Teresa Milagres and Neves; do you agree with that?

18    A.   The first part.  I do believe that four

19  is the maximum number of tokens here.  But that is

20  not the only string consisting of four tokens,

21  there's all sorts of variations.

22         Also, you're pronouncing it, but there's

23  many different ways of spelling what you

24  pronounce; for example, the M could be capitalized

90

1   or not.

2            If you look at line 253, I would

3   pronounce that Maria Teresa Milagres Neves, but

4   the M and N are not capitalized, so it's a

5   different string from, for example, line 265, in

6   which the M is capitalized but the N is not.

7   That's a different string from 266.  Many of them

8   would be pronounced, as you said, I believe.

9        Q.   I agree there's other permutations, but

10  there's also names in your aggregation that have

11  fewer than four tokens; is that correct?

12       A.   Correct.

13       Q.   Okay.  And I'm going to ask you to look

14  at -- let's look at row four.  Try to go in order

15  here.  Row four has an e-mail address that does

16  not appear to, in any way, reference any of the

17  tokens that appear in the name field; is that

18  correct?

19       A.   Not sure what you mean by "reference,"

20  but yeah, I mean, neither Maria nor Neves appears

21  as a substring of it.

22       Q.   And neither does Milagres; correct?

23       A.   No, but Milagres isn't in that name

24  field.

91

1        Q.    For row 4?

2        A.    You asked about row 4.

3        Q.    You agree with me that none of the four

4   tokens we talked about appear in the e-mail

5   address for row 4?

6        A.    Not in their entirety, no.  Some

7   overlapping characters.

8        Q.    Oh, you're saying because there's an

9   e-mail, there's some overlap.

10       A.    Yeah, for example, if my name were

11  Jeffrey and my e-mail address were Jeff, I would

12  say that -- I don't know what you mean by

13  "reference," but it clearly has something to do

14  with it.  In this case, there's not many character

15  overlap.

16       Q.    With the Yahoo e-mail address?

17       A.    The zieffj@yahoo.com.  Maria, Neves,

18  Teresa, and Milagres are not substrings of that in

19  any substantial form.

20       Q.    This e-mail address would be one of the

21  many data points that could inferentially be used

22  to point to the actual participant?

23       A.    In principle, yes.

24       Q.    Let's go down to row 12.  This I'm not

92

1  going to try to pronounce it because I'm not sure

2  there's a pronunciation, but M-A-R, space, and

3  then lower case I-V-E-S; do you see that?

4       A.   Yes.

5       Q.   Okay.  And that is -- as part of your

6  clustering, you didn't, I take it, make any

7  efforts to determine whether that's the name of an

8  actual person; is that right?

9       A.   Correct, no referencing of external

10  sources.

11       Q.   Okay.  And we'll get into it a little

12  bit more, but -- for why that would appear here,

13  but the fact that it appears here is based on the

14  methodology that you describe in your report that

15  mathematically calculated the relationship between

16  different fields; is that right?

17       A.   Yes, so the aggregation produced a

18  clustering in, which this is one of the clusters

19  with those 471 accounts.

20       Q.   Okay.  Would you agree with me that with

21  respect to row 12, M-A-R, space, I-V-E-S, that

22  looking at that row alone, one wouldn't be able to

23  tell whether that's a name of a separate person or

24  that that's some version or misspelling of the

93

1    four tokens that we've talked about that maximally

2    appear in this cluster?

3         A.   By looking as the one row alone, you

4    can't compute much.

5         Q.   Okay.  And then let's go to the next

6    page.  I'm trying to zoom in.  Let's look at row

7    57; do you see that?

8         A.   Yes.

9         Q.   There the e-mail name looks like it's

10   all lowercase, "maria lares"; do you see that?

11        A.   I don't.

12        Q.   Okay.  And would you agree with me that

13   that could possibly refer to a different person;

14   is that right?

15             MR. LYNE:  Objection.

16        A.   It's always possible that any of these

17   could refer to different persons or the same

18   persons.  All of these things are possible.

19   BY MR. RONA:

20        Q.   Okay.  But you would agree with me that

21   Lares is not one of the four tokens that maximally

22   appear in this cluster?

23        A.   I agree that the string L-A-R-E-S is

24   different from, in any capitalization, Maria

94

1  Teresa Milagres Neves, correct.

2       Q.   And in the case, staying on row 57, that

3  if you go across all the rows, there appear to be

4  some entries that superficially appear dissimilar

5  to the majority of the same relative entries in

6  other rows; is that right?

7       A.   I would need to calculate more details.

8  Are there at least 236 rows that differ in which

9  field from this?

10      Q.   For example, do you see any other rows

11 that have that e-mail address?

12      A.   I can look through the 471 now if you'd

13 like.

14      Q.   Sure, why don't you do that.

15      A.   I could search.

16           It does not appear that that e-mail

17 address appears elsewhere among the 470 others.

18 As for whether, sorry.  Which row again?

19           MR. LYNE:  Fifty-seven.

20      A.   Fifty-seven, right.  If search is

21 working correctly, that appears to be the only

22 instance of that complete e-mail address.  To

23 check for components or more substantial

24 agreement, I would have to look more carefully

95

1  through it.

2  BY MR. RONA:

3      Q.   I'm not going to go through all of them,

4  but would you agree with me that a plurality, if

5  not a majority of the address fields in this

6  cluster are a Brackett Road address?

7      A.   Brackett Road?

8      Q.   Yeah, if you look --

9      A.   Oh, not --

10     Q.   Yeah, if you look at the first page.

11     A.   I have to count.  I mean, there's a lot

12 of -- yeah, I could count through 471 or use a

13 search function if you'd like, but yeah, it's not

14 clear to me without counting.

15     Q.   Okay.  But would you agree with me that

16 at least if you were to skim or if you want to do

17 another search, that there are a small number, if

18 any, other rows that have a Fuller Ave. address?

19     A.   The word "Fuller" appears eight times in

20 my report.

21     Q.   Do you know where it appears?

22     A.   On this row, on page 9, three times.

23 The search is not working.

24     Q.   When you say "page 9," you mean of your

96

1 report?

2      A.   Yeah.  Well, now the search

3 functionality is not working.  I can look through

4 manually to see in this table if you'd like.

5      Q.   I don't know if you'll take my

6 representation, but on page 9 of your report, you

7 have an example of a table with the name

8 Jacqueline Fuller.

9      A.   Yes.

10      Q.   To the extent that "Fuller" appears on

11 page 9 and other pages in the body of your report,

12 that would relate to that example?

13      A.   That's not related to this example,

14 correct.  It's just what the search functionality

15 found and this PDF viewer in eDepoze is just

16 broken.  I can't trust it.  I need to rely on --

17      Q.   It's not that important, but I just

18 wanted to ask a few questions.

19           Row 57, in terms of to the extent row 57

20 is used to try to identify the actual person to

21 whom one -- Cluster 132785 relates that

22 information could potentially point to a different

23 person than the -- if there is a person with the

24 four token name; do you agree with that?

97

1        A.    That's a possibility with every row.

2        Q.    Okay.  And just staying on whatever

3    page we were on that has row 57, if you could just

4    dart down to row 80, do you see that there's now a

5    name in the name field, Rita Lares?

6        A.    I see that.

7        Q.    And that has an e-mail address of

8    calderonr27@yahoo.com; do you see that?

9        A.    Yes.

10       Q.    That has an address on Merida Street; do

11   you see that?

12       A.    Yep.

13       Q.    Okay.  So that -- again, that could

14   potentially relate to somebody different than

15   Maria Teresa Milagres Neves; is that right?

16             MR. LYNE:  Objection.

17       A.    As I said before, every row could

18   potentially be a different participant.  That the

19   goal is to aggregate them based on the -- but it's

20   always a possibly in any aggregation.

21   BY MR. RONA:

22       Q.    I've asked this before, but now in the

23   context of this cluster, you're not offering any

24   opinions, am I correct, as to whether there is

98

1  only a Maria Teresa Milagres Neves and there's no

2  such person as Rita Lares or Maria Lares; is that

3  right?

4      A.   What do you mean "there is only"?  You

5  mean in the world, is there only one person and

6  their name is Maria Teresa Milagres Neves?

7      Q.   With respect to this cluster, Cluster

8  132785, are you offering any opinions as to how

9  many individuals and the identity of those

10  individuals are involved with this cluster?

11     A.   The goal of the clustering of the

12  aggregation methodology is to produce a clustering

13  in which one participant is assigned to an entire

14  cluster, and only that cluster.

15          In any particular case, especially a

16  larger cluster, there may be a small number of

17  errors.  The goal is that this is connected to one

18  participant.  I can't guarantee it is error-free.

19  In fact, this is one of the larger clusters, so

20  one might expect a small number of errors.

21     Q.   In the course of forming your opinions,

22  did you attempt to calculate error rates?

23     A.   Yes, I describe this in page 73, 74, and

24  75.

In re: Chapter 11 Cases TELEXFREE vs                    Cameron E. Freer
FRANZ BALAN                                             April 04, 2023

99

1      Q.    Okay.  I'll go there right now.  This is
2  where you're referring to type I and type II
3  errors?
4      A.    Well, yeah, many aspects, but yeah, I
5  discuss type I and type II errors, false
6  positives, false negative, false discovery rate,
7  false negative rate, precision, recall, half
8  measure.  These are all related to error rates.
9      Q.    Okay.  And what is precision in this
10 context?
11     A.    So the formal definition involves some
12 details, but roughly speaking, precision is the
13 portion of the pairwise matches produced by the
14 methodology that are correct.
15           And recall is, roughly speaking, the
16 proportion of correct pairwise matches that are
17 captured in a cluster in the methodology output.
18     Q.    And what is accuracy in this context?
19     A.    So accuracy, as I describe it here, is a
20 synonym for "F1" or "f-measure," which is defined
21 to be the harmonic mean of the two.  It's a
22 mathematical combination that's high when both are
23 high, and if either of them is low, then it will
24 be lower.

100

1      Q.    Okay.

2      A.    It's a balancing.

3      Q.    Okay.  And how did you make those

4   calculations?

5      A.    As I describe here, it's using the

6   appropriate -- the appropriate analogue of the

7   equations in the Enamorado et al. paper, which is

8   describing essentially the method used by this

9   link software package, whose implementation I

10   used.

11      Q.    So the calculations that you describe,

12   those are estimations; is that right?

13      A.    Yes.

14      Q.    Okay.  They're estimations based on the

15   TelexFree dataset itself; is that right?

16      A.    Based on the TelexFree dataset itself

17   and what the model thinks of the values in it.

18      Q.    Okay.  It's not based on any comparison

19   of data, either on a sampling basis or an

20   aggregate basis with external data or what could

21   be called "real-world data"; is that correct?

22      A.    Correct.

23      Q.    Let's talk about data quality.  What is

24   data quality in the field that you've been working

101

1  in for probably about a decade now?

2      A.   There's several aspects of data quality,

3  as I describe in the report, but they all relate

4  to the extent to which the data is useful and

5  usable for the given purpose, and so it depends

6  somewhat on the application.

7           As I described, some of the key factors

8  which are most relevant in the TelexFree

9  aggregation setting involves the consistency and

10  accessibility and the believability of the data,

11  which I walk through both in the example and

12  describe in the context of the various fields,

13  "fields" in the formal sense, not the way that you

14  used the word.

15      Q.   Are these qualities that you reference,

16  let's say, generally accepted in the field of --

17  or generally recognized in the field of data

18  linkage?

19      A.   Yes, so in particular, those four are,

20  as described in Peter Christen's book that I

21  reference on data matching, which is one of the

22  standards in the field.  I believe it's been cited

23  over a thousand times.

24      Q.   Does Peter Christen's book identify any

102

1  other factors that relate to quality besides the

2  four that you mentioned?

3      A.   Yeah, he describes a bunch.  I think

4  those four are most relevant for assessing field

5  quality.

6      Q.   Would you agree that one of the other

7  factors is accuracy?

8      A.   Accuracy is certainly a factor in the --

9  in what's possible with the resulting aggregation.

10  It's less useful as something to be assessed at

11  the forefront of determining which fields to use,

12  which is the relevant part of this aggregation.

13      Q.   Okay.  Do you have any opinions or have

14  you done any analysis to determine the accuracy of

15  the TelexFree data that you received from Huron?

16      A.   Yes, the report itself in that had it

17  been -- it certainly looks generally quite high

18  quality, looking through it and the tests that I

19  was doing in the different fields.

20          And I described field-by-field later on;

21  but furthermore, the quality of the resulting

22  aggregation speaks for itself in that if you start

23  with something of low data quality, you wouldn't

24  be able to produce an aggregation that's as

103

1  meaningful and generally reasonable.

2       Q.   Is that in the same vein as the phrase

3  that I'm sure you've heard that, "Junk in, junk

4  out"?

5       A.   To some extent, but also part of the

6  point of cleaning and aggregating generally is

7  that the overall quality can be raised somewhat by

8  these procedures.

9            And so if you start with data that's

10 somewhat messy and not perfectly accurate, albeit

11 still generally good accuracy, as I could

12 characterize this dataset, it's possible to have

13 quite a high-quality aggregation that results.

14      Q.   Going back to the cluster that we talked

15 about, I'm not going to flip the page, but the

16 cluster that's appended to your report.

17           Would an example of what you just

18 described be that if Maria Teresa Milagres Neves

19 mistyped her name as Rita Lares, and therefore,

20 creating a data accuracy issue, that would be

21 addressed by your clustering, which would have the

22 effect of raising the value of the quality; is

23 that an example of what you're describing?

24      A.   I couldn't comment on that specific one

104

1   with Rita Lares, but generally speaking, typos or

2   name variations are the sort of thing that could

3   potentially be rectified via cleaning and

4   aggregation.

5       Q.   When you say that you thought TelexFree

6   data was generally of high quality, what standards

7   were you using to guide you?

8       A.   So I mentioned those four standards a

9   minute ago, and it wasn't just aggregate, but on a

10  field-by-field basis.  And I'm not claiming that

11  every field was potentially usable.

12          In fact, some fields were almost

13  entirely empty.  Those are obviously not as

14  useful.  But some of the properties I described,

15  like accessibility, have to do with how the fields

16  relate to one another and specifically the idea

17  that there's multiple complimentary sources of

18  information, which are quite present in this

19  dataset.

20          Knowing somebody's name is different

21  from knowing their e-mail, their address, their

22  phone number and so on, and having these

23  complimentary sources of information increases the

24  quality above and beyond the quality of each of

 1  those individual fields.

 2      Q.   Is it fair to say, based on your

 3  reliance on the four factors that you describe,

 4  that your opinion about the quality of the data

 5  doesn't relate to the accuracy of any of the data;

 6  is that right?

 7      A.   No, that's --

 8      Q.   On an input basis?

 9      A.   No, that's false.  As I said, I did

10  assess the accuracy to be reasonably high and more

11  than sufficient for carrying out this aggregation

12  procedure, which is borne out by the high quality

13  of the results.

14      Q.   How did you assess the accuracy of the

15  data on an input basis?

16      A.   No, I said -- the general assessment is

17  by the fact that it was possible to do this

18  methodology.

19      Q.   Okay.  Aside from possibility, did you

20  make any analysis of data accuracy before you

21  started your clustering methodology?

22      A.   Yes, insofar as accuracy is spoken to by

23  those other characteristics also.  If the data is

24  believable, it makes it more plausible that it's

1  accurate.  If the data is consistent, that's a

2  sign of accuracy.  It's sometimes helpful to

3  mention them separately.

4      Q.   I'm just trying to understand what

5  assessments you made apart from those four

6  factors.  On an input basis, you didn't make any

7  separate assessment as to data accuracy; is that

8  correct?

9      A.   I didn't make as, formal, a separate

10 assessment.  I'd say that the three

11 characteristics, other than accessibility, the

12 completeness, consistency, and believability have

13 to do with accuracy and those I assessed in

14 detail.

15          Beside that, which is an awful lot, it

16 wasn't as formal.  It was generally working with

17 the data and finding it to be reasonable and

18 sufficient for forming matches and so on.

19     Q.   Am I correct that you didn't do any --

20 on a sampling basis or any specific set of

21 inquiries, you didn't review the data in

22 comparison to external data to try to determine

23 accuracy before you started your methodology; am I

24 correct?  Understanding --

107

1      A.   I did not -- I did not use external

2   sources.

3      Q.   Okay.  Let's talk about believability;

4   what is believability?

5      A.   Believability for a field is the idea

6   that the values in that field seem plausible.

7   It's not about directly checking it with external

8   data, but, for example, if somebody says that

9   they're 200 years old, probably that's incorrect

10  in some form.  You don't know from that whether

11  it's a typo or otherwise, but probably that's

12  incorrect.

13          I give the example using the voting

14  record dataset of how the row -- the row that

15  lists someone's age as 101, it's certainly

16  possible there are 101-year-olds, but they're very

17  infrequent.  So that one seems like it might be

18  less believable than the others, but it's all a

19  matter of degree.

20     Q.   You're referring to the Table 1 on

21  page 6 of your report.

22     A.   Correct.

23     Q.   Are there standards that govern

24  believability?

108

1      A.   I think there's not as explicit sort of
2   calculational recommendations as with some of
3   these other categories.  It depends on sort of
4   general expert judgment.
5      Q.   Is that a subjective judgment that, in
6   the case of TelexFree, you made?
7      A.   No, I would say it's an expert judgment
8   that's not subjective.
9      Q.   Okay.  Well, what objective means did
10   you use to assess believability in the case of
11   TelexFree?
12      A.   So it varies by the field.  I described
13   this for several of the fields in detail; for
14   example, when talking about e-mail address, I use
15   the Internet Engineering Task Force RFC, I can
16   look up the number if you're interested.
17          That's the governing bodies of the
18   Internet.  They determine what makes for a
19   legitimate e-mail address or not.  And so that's
20   the methodology that I use there, and there's
21   different ones for different fields.
22      Q.   And again, that e-mail analysis only
23   refers to the formatting, not whether there's a
24   validly functioning e-mail address at the other

1  end?

2      A.    Right, which is the essence of

3  believability.

4      Q.    What objective factors did you use to

5  assess the believability of the name field?

6      A.    I describe that in some detail on

7  page 24, 25, and 26, I guess mainly at the bottom

8  of 25 and beginning of 26.  So one -- one thing

9  that you typically do first is see how often it's

10  empty or null.

11          So 0.00002 of the time, fraction of the

12  time is it empty.  And it's never null, in all

13  approximately 11 million records.  Another thing

14  that one would typically check, as I did, is what

15  kinds of characters appear in it.

16          If it's a whole bunch of symbols as

17  opposed to letters, that's less believable.  So I

18  found that -- and also the length is some sign of

19  believability.  Not everybody has, say, a single

20  character name.

21          I found that 97 percent of the name

22  field values are both five characters or longer

23  and contain entirely alphabetical characters or

24  the symbols that are typically found in names like

1  period, comma, hyphen, space, apostrophe.

2          Additionally, on a sampling basis, like

3  you said, I took a random sample of 300 of the

4  name fields that met that criterion and found that

5  98 percent looked like a name, so there was some

6  extra judgment involved rather than it being fully

7  automated.

8          And then combining those facts, I

9  estimate that at least 95 percent of the user

10  accounts are such that rep_na field that we've

11  been calling the name field, "rep_nome" appears to

12  be a name.

13     Q.   So your assessment of the believability

14  of the name field is based on whether it looks

15  like a name; is that fair to say?

16     A.   That's part of it.  There's other

17  aspects also, as I described.  First of all,

18  that's only one of the three or four things I just

19  said.

20          In addition to everything I said,

21  there's the way that -- there's some diversity of

22  value; right?  If every single -- if every single

23  record -- if every account had the same name

24  string, that would not be very believable, if one

111

 1  thought there were supposed to be different

 2  participants.

 3         In fact, the distribution of name field

 4  values among different names, substantially

 5  different names, is exactly the sort of thing you

 6  would expect to contain actual names, so that's

 7  part of the believability also.

 8     Q.   Your assessment would not be in any way

 9  lessened by the fact that some names are things

10  like Mickey Mouse or Barack Obama; that would

11  still look like a name and satisfy the criteria

12  that you described?

13     A.   No, that's incorrect.  So I list ten

14  values taken from that random sample.  Notably,

15  that does not include things like Barack Obama or

16  Mickey Mouse.

17         And indeed the 98 percent looking like a

18  name, I would not have said that Mickey Mouse

19  looked like a name in the course of doing that

20  assessment.  I agree that there's not some formal,

21  fully automated standard for what it is to look

22  like a name.

23         But I mean, in the normal sense, Barack

24  Obama does look like a name.  In fact, it is a

112

 1  name.  It does look like a name.  It is a name.
 2  Mickey Mouse, though, is an example of what I mean
 3  by not looking like a name.
 4      Q.   Okay.  And the 300 names that you -- the
 5  sample that you picked, is that disclosed in your
 6  report anywhere?
 7      A.   The full contents of the 300?
 8      Q.   Yes.
 9      A.   No.
10      Q.   And did you pick that out of the entire
11  database or did you pick that off accounts that
12  had been associated or ended up being associated
13  as net winning accounts?
14      A.   Neither.  As I described, I selected it
15  from the approximately 97 percent of values for
16  the name field that were both five characters or
17  longer and contained only the characters described
18  above.
19          Approximately 3 percent already don't
20  look like names by that very specific standard
21  that I calculated.  And then to do the manual
22  review, I randomly sampled from those that met the
23  automated criterion without referencing to net
24  winner, but also it's not the full dataset, it's

113

 1  the subset I described.

 2      Q.   Comparing the work that you did for

 3  TelexFree to the work you did for Remine, can you

 4  think of another case where the name field had an

 5  apparent believability that was less than

 6  99 percent?

 7      A.   You're asking if I've encountered a

 8  database in which a name field appears less than

 9  99 percent accurate?

10      Q.   Right.  Not counting -- setting aside

11  TelexFree.  In your other work, including for

12  Remine, can you think of an instance where you

13  evaluated a dataset and concluded or calculated

14  that it had a believability of less than

15  99 percent?

16      A.   I don't recall enough details about

17  Remine.  It wouldn't surprise me if many of those

18  datasets had substantially less than 99 percent

19  believability in the name field and nevertheless

20  were usable.

21      Q.   When you say "substantially less," what

22  would you be talking about?

23      A.   I don't recall the details, but it seems

24  totally plausible to me that 95 percent or even

114

1  90 percent accuracy in a name field could be

2  usable depending on the circumstance.  Talking

3  about very different kinds of datasets.

4      Q.   Let's talk a little bit about, in terms

5  of data entry, do you -- when you're assessing the

6  data quality, do you make any -- to what extent do

7  you consider the purpose for which the data was

8  entered by a user; does that ever factor into your

9  analysis?

10     A.   Yes, as I've described in the section

11  selecting the fields, I relied on not only the

12  data itself, but on the reference tab of the Huron

13  spreadsheet, "10ksample.xlsx," which gives a

14  shortening summary of Huron's understanding of the

15  meaning of the field.

16          This was necessary in part because the

17  names are both computer code abbreviations and

18  also sometimes involving Brazilian and Portuguese,

19  to my understanding.

20     Q.   Let me ask it this way:  Do you have an

21  understanding about that the data in TelexFree was

22  user-entered?

23     A.   That's my understanding generally, but

24  the specific details of how that interacted with

115

1  the database, I don't know.

2       Q.   Okay.  And I take it when you were --

3  when you've done this type of work for other

4  record linkage projects, that you're also used to

5  encountering user-entered data; is that right?

6       A.   In some cases.  In other cases, it's

7  heavily or substantially modified by the data

8  provider; for example, in financial datasets, it's

9  important that some aspects be directly feeds from

10 exchanges, in which case I'm not sure you call

11 that a user.

12          Also there's various enhancements

13 provided to the data by the provider depending on

14 the circumstances.  It really varies quite a lot.

15      Q.   Okay.  So when you're looking at

16 dataset -- large datasets, there's a possibility

17 or a common occurrence that some of the data is

18 not actually typed in by a user, but is generated

19 by some system?

20          MR. LYNE:  Objection.

21      A.   There exist datasets that are generated

22 by computers, if that's what you're asking.

23 There's many datasets in the world.

24 BY MR. RONA:

116

1     Q.   I take it you've done some work trying
2   to do record linkage in connection with financial
3   institutions; is that right?
4     A.   I wouldn't characterize it as record
5   linkage with financial institution.  I would say
6   it more involves -- has involved data cleaning and
7   filtering and not with institutions, but with
8   "trades," in quotes, and things, like the content
9   of financial market themselves.  It's a different
10  shape of data.
11    Q.   To use trades in quotes, I take it
12  you're referring to some form of a securities
13  transaction where there's a dollar amount that's
14  generated in connection with that transaction?
15    A.   Yes.  Generally.
16    Q.   Okay.  And that dollar amount is not
17  user-entered but it's generated by a system based
18  on some other transactional data; is that right?
19    A.   In some sense, but typically the market
20  participant has said something involving the
21  price.  If it's a limit order, then they've
22  stipulated a price.
23         If it's a market order, then they're
24  taking a price that some other participant --

117

1  which you might call a "user" in that case.

2  That's very little of this that involves no users

3  in any sense.  Or even if it's entirely automated

4  trading, the computers are users in that sense.

5       Q.   In the case of that type of

6  transactional data, is it correct to say that

7  there's an expectation that that data is fairly

8  accurate given the nature of what's being

9  reported?

10      A.   It depends a lot, and that's part of why

11  there's a wide difference in price that people pay

12  for financial data, how well-cleaned it is and

13  what kinds of errors occurs.  It varies quite a

14  lot.

15      Q.   When you analyze, for example, what you

16  described as sort of securities-related

17  transactional data, does it factor into any

18  analysis that this data itself was compiled in

19  connection with those transactions; meaning,

20  knowing what the purpose was of somebody compiling

21  that data?

22      A.   Well, yeah, the purpose is always

23  useful.

24      Q.   Okay.  In connection with TelexFree, did

118

1   you, in any way, assess the purpose that users

2   entered any of the data?

3        A.   Well, of course.  I mean, name fields

4   are intended to be names, address fields are

5   intended to be addresses, and so on.

6             As I said, one of the starting points

7   was looking at what the fields were supposed to

8   mean; for example, you know, "rep_obs," that's not

9   a perfect description of its contents.

10            It's helpful to know what it's supposed

11  to be.  That's the case with essentially any

12  dataset, looking at the information about it is

13  helpful.

14       Q.   Hypothetically, if you were trying to

15  assess Amazon delivery data, would it matter to

16  you to know that the addresses entered were

17  entered so that the customer could receive the

18  package that they pay for?

19       A.   It all depends on circumstance.  For

20  many purposes, it wouldn't matter; for others, it

21  might.

22       Q.   If the accuracy of the address mattered,

23  you'd want to find the dataset where the customer

24  had a strong incentive to put accurate data; is

119

1 that right?

2      A.    No, not necessarily.  It could be

3 accurate via some other means, other than their

4 incentive.

5      Q.    Okay, but would you want to know what

6 the incentives were for the accuracy of the data

7 when you reviewed it?

8      A.    Depends on the circumstance.  In many

9 circumstances, no.  In some, I could imagine it

10 might be.

11      Q.    In TelexFree, are you aware of any

12 circumstances or incentives that the user had to

13 enter accurate data?

14      A.    I'm generally aware from the discussion

15 in the court cases of some discussion along those

16 lines.  It didn't play a major role in how I used

17 the data.

18      Q.    Okay.  Do you have any opinions as to

19 whether any particular field had associated with

20 it some incentive to enter that information

21 correctly?

22      A.    Everybody always has incentive when

23 entering things.  It did not generally appear that

24 people systematically put in keyboard-mashing,

120

1  totally arbitrary characters systematically.

2         The e-mail field looks like an e-mail

3  field and so on; therefore, it is reasonable to

4  conclude that that is generally the sort of thing

5  that people were trying to do.

6         It would be an awfully big coincidence

7  if the name field ended up with names despite it

8  not being labeled as such or people having any

9  idea that they were supposed to put a name there.

10  I assume that the users, you know, they weren't

11  given a bunch of fields with no labels, for

12  example.

13     Q.   In looking at TelexFree data, did you

14  attempt to find any data that would allow you to

15  pull in external sources of data that might help?

16  So let me narrow that question to credit card

17  numbers or bank account numbers.

18     A.   Data that would allow me to -- I mean,

19  given somebody's address, you could potentially do

20  any number of searches on them.

21     Q.   Okay.  But did you look for any

22  financial external -- externally connected

23  financial data?

24     A.   I did not look for it, but I thought

121

 1  your previous question was whether or not the data

 2  would enable that.

 3       Q.   If, for example, you found bank account

 4  numbers, would that have been relevant and useful

 5  as part of your assignment to look at?

 6       A.   By "found," do you mean if the

 7  representante table contained totally different

 8  kinds of information than it contained?

 9       Q.   If it contained bank account numbers,

10  would that have been useful to look at?

11            MR. LYNE:  Objection.

12       A.   I couldn't say in any specifics.  I

13  would need more context.  If the dataset were

14  different, I might have done something different,

15  obviously.

16  BY MR. RONA:

17       Q.   Did you ask Huron or Murphy & King

18  whether there was any bank account information or

19  credit card information in connection to

20  TelexFree?

21       A.   No, I was provided these datasets.  It

22  was more than sufficient for the purpose.

23       Q.   Okay.  Do you have any understanding

24  that there was a way in TelexFree in linking a

122

1   user account to something called an E-wallet,

2   where you could have transactions with financial

3   institutions?

4       A.   I have a vague recollection of coming

5   across that word in some of the court documents.

6   I don't recall in any detail.

7       Q.   Did you follow up with Huron or

8   Murphy & King about what data might be available

9   in connection with that concept?

10      A.   With the concept that E-wallets existed?

11      Q.   Correct.

12      A.   No specific discussion, no.

13      Q.   Are you aware that people could use

14  credit cards to have transactions with TelexFree?

15      A.   My general sense is that that was, in

16  some cases, a possibility.

17      Q.   Did you ask either Huron or

18  Murphy & King if there was any credit card data

19  available?

20      A.   Not specifically.

21      Q.   Okay.  Paragraph 92 of your report.

22           MR. LYNE:  Where?

23           MR. RONA:  You knew.  You could tell by

24  the way I started.

123

1          MR. LYNE:  You're heading off in a
2  different spur.
3          MR. RONA:  Do you want to break for
4  lunch?
5          MR. LYNE:  Yep.
6          MR. RONA:  So 1:45.
7          MR. LYNE:  1:45, 1:50.
8          MR. RONA:  1:50 p.m., all right.
9          (Whereupon, a lunch recess was taken.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

124

1          A F T E R N O O N   S E S S I O N

2            CONTINUED DIRECT EXAMINATION

3     BY MR. RONA:

4          Q.   Before I actually move to the topic I

5     was about to move, I want to kind of close out

6     some of the things we covered before.

7               On -- appended to your report,

8     Dr. Freer, is a CV; is that correct?

9          A.   Yes, Exhibit 1.

10         Q.   Exhibit 1.  And that CV, is that your

11    most complete or current CV or do you have a

12    further CV in the works?

13         A.   I haven't revised my CV since this time,

14    but obviously it doesn't include things in the

15    last ten months.

16         Q.   Okay.  Has anything meaningful changed

17    in the last ten months in terms of either

18    publications that you've submitted or had approved

19    for publication or any -- anything else that would

20    sort of get a space on the CV?

21         A.   Yeah, a few things, nothing super

22    consequential.  But yeah, I think one or two

23    publications probably.  Probably a few conference

24    talks.  I think possibly some students that I've

125

1  worked with last summer or in the fall.

2          I guess also I'm not sure if I would add

3  it to this section on a formal CV, but in addition

4  to my primary appointment at MIT, I've also taught

5  a course at Keio University in Tokyo, Japan

6  remotely the last two falls.  That might go

7  somewhere on it, if and when I revise it next.

8      Q.    Do you have an intention in this case

9  providing a updated CV to the extent that you make

10 any further submissions?

11     A.    I hadn't been planning on it.  I don't

12 know whether I should reserve that right in the

13 future.

14     Q.    Okay.  I wanted to know if you had that

15 intent, but okay.

16          Going back to one topic that we had

17 touched on earlier, you had said, I believe -- I'm

18 not trying to -- I'm just paraphrasing.  I'm not

19 trying to mischaracterize.

20          But you had said that you felt that

21 assessing the data in terms of consistency,

22 completeness, accessibility and believability,

23 that that would provide some assurances of

24 accuracy; is that a fair summarization of what you

126

1  said earlier?

2      A.   I believe I singled out accessibility as

3  not necessarily leading to accuracy per se, but

4  that the other three contributed to it.

5      Q.   Okay.

6      A.   Also just quickly to round out that

7  previous thing, I should note that the exhibit --

8  do you need anything?  Okay.  That the Exhibit 1

9  CV is already different from the one that we

10  discussed in the exhibit on eDepoze.

11          In particular, it contains a few more

12  details about some of the industry experience and

13  things like that, which are not in that version.

14  I don't recall what else differs.  This is already

15  different from the one we were talking about.

16      Q.   And based on your review, would you say

17  that the Exhibit 1 version of the CV is an earlier

18  version than the one appended to your report?

19      A.   I think it's earlier based on the date

20  saying 2020 at the bottom, though, not knowing

21  where you got it from, I couldn't say for sure.  I

22  would assume it's both earlier and it did seem to

23  include less detail on the industry experience.  I

24  don't recall what else is different.

127

```
 1       Q.   Okay.  So maybe --
 2       A.   Sorry, it may also be that the
 3  publications more explicitly note which things
 4  were alphabetical author order.  There may be a
 5  few other minor differences like that.  Maybe
 6  different list of student mentoring and progress,
 7  things of that sort.
 8       Q.   Not necessarily the CV that we've marked
 9  as Exhibit 1, is that a CV that you, at some
10  point, prepared?
11       A.   I believe so.
12       Q.   Okay.  Going back to the question about
13  to what extent the factors of consistency,
14  completeness, and believability contributed to
15  accuracy, would that thought hold true in a
16  situation where a user entered data completely and
17  consistently and believably, but they entered data
18  that in no way pertained to their demographic
19  information; meaning, they entered wholesale
20  different information that doesn't pertain to
21  them, it pertains to somebody else or even a
22  fictitious person?
23            MR. LYNE:  Objection.
24       A.   It depends on detail, but thinking
```

128

1  through the different concepts, it's certainly
2  possible to have complete data that is not
3  accurate, or consistent data that is not accurate,
4  or believable data that is not accurate.
5         When I say they contribute to it, I
6  don't mean that data is accurate insofar as it has
7  those three and only those three characteristics;
8  but, rather, in the course of working with data in
9  normal circumstances, to the extent that it is
10  complete or consistent or believable that should,
11  in most circumstances, increase your credence that
12  it's accurate.  That's not to say it's logically
13  required.
14  BY MR. RONA:
15     Q.   That's a view that you established in
16  your consulting work prior to being an expert
17  witness in TelexFree; is that correct?
18     A.   I would say that's -- yeah, it's a
19  generally reasonable opinion about the
20  relationship between those aspects of data
21  quality.
22     Q.   Okay.  All right.  So now back to where
23  I think I was headed, which was paragraph 92.  Do
24  you have paragraph 92 in front of you?

129

1      A.    Yes, on page 25.

2      Q.    "It is worth noting that while it may

3    turn out that a name is made up (such as 'Mickey

4    Mouse'), this itself is not a critical issue for

5    data aggregation."  Do you see that?

6      A.    Yes.

7      Q.    Why is whether the name is made up not a

8    critical issue for aggregation?

9      A.    I mean, simply put, it is possible to

10   aggregate values without reference to what kinds

11   of entities they refer to.  Let's say you had

12   entirely synthetic data that is, in fact, often

13   used for testing aggregation procedures.

14          You can have entirely computer-generated

15   data that has no relation to reality that can be

16   useful for testing and aggregation methodology.

17          In a situation where it's plausible that

18   most of data or even an overwhelming majority of

19   the data is real, then what the aggregation

20   methodology will be doing is aggregating data

21   connected to reality.

22          To the extent that it's not, that

23   doesn't mean that the aggregation method will fail

24   or even perform poorly.  It still might do an

130

 1  adequate or quite good job of aggregating the

 2  records on the basis of the contents that is in

 3  them, however they got there.

 4       Q.   Okay.  I'm going to try to find the

 5  paragraph number, paragraph 5.  Do you have that

 6  in front of you?  That's on page 2.

 7       A.   "Because of the pyramid"?

 8       Q.   Yes.

 9       A.   I do.

10       Q.   The second sentence is, "My

11  understanding of the TelexFree scheme is that, in

12  the course of User Account creation, it was common

13  practice for recruits to use their own name while

14  using the contact information" -- I'm going to

15  skip the parenthetical -- "of their recruiters, or

16  for family members to share the same contact

17  information, or for a business and an individual

18  to share the same contact information."

19            Do you see that?

20       A.   I see it.

21       Q.   Okay.  What was the basis for that

22  understanding that I just read?

23       A.   Generally, the court documents,

24  including primarily, I believe, the court's

131

1  memorandum from June 2021 and possibly from the

2  Martin report or Dennis rebuttal or Martin reply.

3       Q.   Okay.  Aside from what you just

4  enumerated, was there anything else that informed

5  that understanding?

6       A.   It seemed consistent with the shape of

7  the data, so I had no reason to question those

8  judgments of the judge or otherwise, but yeah, I

9  had the data by that point, which seems consistent

10 with this understanding.

11      Q.   Was there any empirical work that you

12 did to form the basis of that understanding?

13      A.   I mean, yes, though not super explicitly

14 in terms of numbers that summarize it, but in the

15 course of working empirically with the dataset it

16 was, in fact, abundantly clear that sometimes this

17 information varied in a way consistent with that.

18           For example, it was not the case that

19 every time a name appeared with the given e-mail

20 address, that the street was always the same;

21 right?  That varies in the dataset.

22           So I don't have hard numbers on that,

23 but the way that it varied in the way that I

24 observed in course of working with the data for

132

 1  months seems consistent with this.

 2       Q.   Okay.  To what extent do you have an

 3  understanding of whether -- going back to

 4  paragraph 5 -- staying on paragraph 5, rather --

 5  that the, I'll call it the reverse situation could

 6  be true, which is that a recruit would have

 7  entered the name of the promoter, but not

 8  necessarily kept the contact information?  Do you

 9  have any understanding about whether that was a

10  likely occurrence?

11       A.   Any number of things are possible.  I

12  don't specifically have a recollection of that

13  being talked about as something that frequently

14  occurred, nor did it jump out as something that

15  seemed to appear in the data, but any number of

16  things are possible.

17       Q.   Did you make any determinations about

18  the likelihood of data entry scenarios where

19  information like name or any portion of contact

20  information could be flipped between different

21  users?

22       A.   No, and at some level, it's impossible

23  to tell certain things from the dataset itself.

24  If you take a record and you write down all the

133

1  fields and you tell me, "Person A did it versus

2  Person B did it," of course, information is not in

3  the dataset.  I don't know from the dataset,

4  period.

5      Q.   You agree with me that you have at least

6  some understanding that on certain occasions when

7  a user entered data, they entered information that

8  pertained to somebody else?

9      A.   That is, yeah, I mean, as I describe in

10 that paragraph, there's, in fact, several specific

11 scenarios where my understanding was that kind of

12 thing was likely to have happened.

13     Q.   Okay.  Now, I'm sorry, again jumping

14 around here, but let's go to page 24 of your

15 report.  You have a section titled, "Special Role

16 of the Name Field."  Let me know when you're

17 there.

18     A.   Paragraph 89?

19     Q.   I'm at the heading above paragraph 89.

20     A.   Okay.

21     Q.   Do you have that page open?

22     A.   I do.

23          THE WITNESS:  Do you need a second?

24 Page 24.

134

1              MR. LYNE:  Got it.

2    BY MR. RONA:

3         Q.   What do you mean by the "special role of

4    the name field"?

5         A.   I mean, what I mean by it is the

6    following six paragraphs, there's a bunch of

7    things I say about it.  I can read them or do you

8    want to summary review of them or...

9         Q.   I'm just wondering if what you -- do you

10   refer to any other identifier or field having a

11   special role besides the name field?

12        A.   I don't know if I used the word

13   "special," but many of them have a distinctive

14   role; for example, when I described the use of

15   rep_ID, R-E-P underscore ID, that plays a

16   different, one might say "special role," insofar

17   as it's -- this is what we were talking about

18   earlier as a canonical ID, at least within the

19   bounds of this dataset and related tables where

20   it's present for every record.

21             It's unique in the sense that it never

22   appears twice, and so we can use it to do certain

23   things that we couldn't if that column didn't have

24   those properties.

135

1          Q.   Okay.  With respect to the paragraph 90,

2    first sentence you say that, "the name field in

3    the TelexFree dataset gains a special meaning that

4    it might not have in another dataset."  Do you see

5    that?

6          A.   I do.

7          Q.   What do you mean by that?

8          A.   Essentially, what I go on to say in the

9    rest of the paragraph.  In particular, it's the

10   only true differentiator of participants, in that

11   what happens in this dataset is there are

12   sometimes accounts that match in -- that either

13   exactly match or a near match, in many of the

14   other fields of interest other than the name.

15          But if the name is substantially

16   different, my understanding is, in the context of

17   how this dataset is intended to be used, they

18   should be not aggregated.

19          So as I described, if Alice Adams and

20   Bob Baker are the names for two accounts that

21   agree closely or exactly on e-mail, cellphone, and

22   so on, my understanding is that they should still

23   be considered different.

24          It could be, you know, for example,

136

```
 1   family members or housemates that share e-mail
 2   address and phone number, even without respect to
 3   the earlier paragraph 5 that you brought up, and
 4   the fact that somebody shares a phone number with
 5   someone else doesn't make them the same person, is
 6   my understanding.
 7        Q.   Okay.  And the fact that they share the
 8   same street address doesn't make them the same
 9   person; is that right?
10        A.   In general, correct, more than one
11   person sometimes lives at the same street address.
12   More than one person in either sense.  More than
13   one natural person sometimes live at the same
14   street address, and sometimes business share
15   addresses.
16        Q.   Individuals could also share e-mail
17   addresses; is that correct?
18        A.   Correct.  I know many people who do,
19   especially, say, older couples.
20             MR. LYNE:  That would be me, for
21   example.
22   BY MR. RONA:
23        Q.   So you would agree with me then that if
24   somebody entered data in connection with TelexFree
```

137

1   using a different name than their own name or a

2   fictitious name, but all other fields pointed to

3   them in terms of contact information, that

4   nevertheless that account should not be aggregated

5   to that person.  Do you agree with that?

6        A.   No, once again, I'm not aggregating

7   accounts to persons, period.  I'm aggregating

8   accounts to other accounts in clusters.  The

9   assignment to persons is a different thing that

10  might come later.

11       Q.   Nevertheless, you wouldn't believe that

12  that should be clustered with other accounts that

13  that person entered where that person used his or

14  her own name?

15       A.   In again, when the name differs

16  substantially, whether it's the same person or not

17  that entered the accounts, that entered that

18  information, when the name differs substantially,

19  my understanding is those are to be considered as

20  separate clusters.

21            That may not always be achieved due to

22  the small probability of error, but that is the

23  goal.  Of course, as I described, it becomes

24  subtler to the extent that the name is more

138

```
 1   similar.
 2           If you're going to allow for typos to
 3   potentially be aggregated, then there is
 4   necessarily some fuzzy middle ground that has to
 5   be determined by the algorithm.
 6       Q.   Let's go through a couple of things just
 7   on this sort of general topic.  To what extent did
 8   you consider that people could have, let's say,
 9   more than one incarnation of a name?
10       A.   To what you mean by "incarnation"?
11       Q.   Well, do you have -- based on your
12   experience, do you have any knowledge that people
13   can appear in a database with more than one form
14   of their name and they may all be accurate, but
15   not necessarily their name can appear in different
16   ways?
17           MR. LYNE:  Objection.
18       A.   I do agree that people can change their
19   names.  Sometimes people change last names,
20   sometimes they even change first names.  Sometimes
21   names are entered in different ways in databases.
22   BY MR. RONA:
23       Q.   To what extent do you have any knowledge
24   of, for example, how people from Spanish-speaking
```

139

1 cultures can have their name appear?

2       A.   My general understanding is that names

3 from Spanish-speaking cultures sometimes involve

4 more than one family name.  Sometimes there's

5 three or four tokens, as we were saying, where in

6 English speaking, it might be two or three.

7       Q.   Okay.  For example, the last name could

8 have two tokens or one tokens, and it might not

9 always be consistent; is that right?

10       A.   I would question the premise.  I don't

11 know enough to say whether it's fair to call those

12 two both last names, as I've heard people speak to

13 family names.  I think it also depends on the

14 specific Spanish-speaking culture.

15       Q.   Not using last names, but in terms of

16 the name tokens, they could have two tokens

17 representing the family name that they inherit,

18 but they don't necessarily have to consistently

19 use both tokens or any one of those tokens; is

20 that your understanding?

21       A.   First of all, I'm not sure if they would

22 call that the family name that they inherit, as

23 opposed to two family names which they inherited

24 from different sources.  My understanding is that

140

 1  they don't have to necessarily list them all in
 2  all occasions.
 3       Q.   Right, the family names could be merged
 4  from a father and a mother's family names;
 5  correct?
 6            MR. LYNE:  Objection.
 7       A.   I think it depends on the circumstances,
 8  but my understanding is that something in that
 9  general direction may sometimes happen.
10  BY MR. RONA:
11       Q.   Also that some people use a different
12  name, as I'll call it, the "first name," that
13  necessarily isn't their legal first name; are you
14  familiar with that?
15            MR. LYNE:  Objection.
16       A.   People write down all sorts of things as
17  the first -- I mean, first of all, let's back up a
18  second.  You're talking about first and last
19  tokens.
20            Some -- in some cultures, those are
21  different anyway; right?  In Hungary or sometimes
22  in Japan or in China, the family names might be in
23  different orders.
24            Putting that aside, the personal name,

141

1  wherever it appears, sometimes people use

2  nicknames, sure, or other names than their own.

3  BY MR. RONA:

4       Q.   They could use a nickname or they could

5  use, in fact, what might be referred to sometimes

6  as a "middle name" as their ostensible first name?

7            MR. LYNE:  Objection.

8       A.   What do you mean by "ostensible"?

9  BY MR. RONA:

10      Q.   Well, I'm sure you're familiar with

11  people like G. Gordon Liddy who introduce

12  themselves as Gordon Liddy.

13      A.   I'm familiar with that, but I'm not sure

14  that he would have said that Liddy was his first

15  name.  He might have said that he goes by his

16  middle name.  Would he have said that that was his

17  first name?

18      Q.   Do you have any experience or empirical

19  data on how often people who use their middle name

20  primarily enter that as what looks like their

21  first name without any reference that there's

22  actually another name that's their first name

23  legally?

24      A.   No, I have not seen specific research

142

1   about the frequency with which people in general

2   take the middle name and assert that or use it as

3   the first name.

4       Q.   Also same question, but with respect

5   to -- you said they use the nicknames.  Do you

6   have -- with respect to TelexFree, did you do any

7   analysis on or attempt to do any analysis on

8   whether certain people, certain participants use

9   nicknames in lieu of a legal name?

10      A.   I'm not sure I understand the question.

11  What I have is the data.  Is not the participants,

12  once again.  I have the accounts.

13      Q.   Okay.  We mentioned Spanish-speaking

14  cultures.  Do you have any experience or knowledge

15  about any naming convention issues with respect to

16  Portuguese-speaking cultures?

17      A.   My understanding is that many of the

18  phenomena that we describe are similar.  I don't

19  know the details.

20      Q.   There may, in fact, be more than four

21  tokens if some of the names themselves have two

22  tokens?

23           MR. LYNE:  Objection.

24      A.   I agree that some names in the database

143

1  have more than four tokens.  When you say "names

2  have more than one token," that, of course,

3  depends on the definition of "name," but sometimes

4  place names have, like, "Da" followed by a place

5  and things like that, sure.

6  BY MR. RONA:

7      Q.   In that example that you gave, that

8  might be functionally one name but have two

9  tokens?

10     A.   I don't know the details of how it's

11  used, but I would agree that a bunch of characters

12  followed by a space followed by characters is two

13  tokens, if those collection of characters don't

14  need a space themselves.

15     Q.   You mentioned that you looked at how

16  many names had characters that were four or fewer.

17  And I think you concluded it was only 3 percent;

18  is that right?

19     A.   I don't think that's quite right.  I

20  think it was a more complicated thing I said.  Let

21  me check.

22          Yeah, so I said specifically 97 percent

23  of the name field values are both five characters

24  or longer and contain only the characters

144

1  described above.  The portion that are four or

2  fewer characters is at least 3 percent but the

3  actual number might have been smaller.  I have to

4  check.

5      Q.   What page did you just read?

6      A.   Twenty-six, paragraph 93.

7      Q.   So did you do any examination of -- for

8  names of four characters or fewer, whether any of

9  those names were believable?

10     A.   There's no specific numbers that I would

11 point out that are in the report, but my

12 recollection is that, especially with names that

13 didn't involve Latin characters, it was -- it was

14 possible to have a name with fewer than five

15 characters, that seemed quite reasonable.

16          So the point here is not in any way to

17 insinuate that the 3 percent that don't meet that

18 criterion are all bad.  Rather, it's sort of a

19 quick way to give a sense that probably the

20 98 percent of the 97 percent are pretty good.

21          And, in fact, probably some of the rest

22 are still good, which is why I estimated that in

23 at least 95 percent of the accounts, well-aware

24 that some of the things not meeting that criterion

145

 1  were actually still good.

 2      Q.   Would one example of a name that is four

 3  characters or fewer that is still good would be

 4  one where somebody used Chinese characters?

 5      A.   It depends on the instance.  You might

 6  have a reasonable Chinese name that consists of

 7  one Chinese character followed by a space,

 8  followed by another Chinese character.

 9      Q.   In your review of the TelexFree

10  datasets, were there such names?

11      A.   I would have to check about that

12  specific situation that I described with three

13  characters, but I think there were things

14  generally that form.

15      Q.   Well, were there Chinese characters?

16      A.   Yes, there were Chinese characters.

17      Q.   Okay.  You describe in your report that

18  you did a truncation as to "rep_login."  Do you

19  recall that?

20      A.   Yes.

21      Q.   And I believe you said in your report

22  that you truncated to the first four characters;

23  is that right?  Or -- I'm looking at page --

24      A.   I believe so.  I think.

146

1      Q.    -- forty-five?

2      A.    Forty-five, yes.

3      Q.    Forty-four, 45.

4      A.    Yes, so four characters, the first four

5 or the first up to four, but I don't recall if

6 there were any that were fewer than four.

7      Q.    Okay.  Could you explain why you

8 selected four?

9      A.    Yeah, so I explain in detail in

10 paragraphs 123 and 124.  Here, as in many choices,

11 there's a tradeoff where you have to balance on

12 the one hand being able to find potentially more

13 matches, and on the other hand not throwing away

14 useful information.

15          So obviously, first of all, as I

16 explained, the rep_login field is unique to each

17 user account.  This is the property also of

18 rep_ID.  Any two accounts that are different have

19 a different rep login.  You will never have an

20 exact match.

21          That's not a problem for rep ID, but

22 ideally you would like to match rep login based on

23 being similar.  On the other hand -- so you can't

24 match anything exactly.

147

1              On the other hand, if you were to just
2     look at, say, the first character and match that,
3     that would be clearly throwing away some useful
4     information.  So the goal is to achieve a balance.
5              So I describe how I went through looking
6     at both truncations at the beginning and
7     truncations at the end, both of which are standard
8     things to do and given the shape of the actual
9     data, truncating at the beginning and for length
10    of four seemed to be the best balance of sort of
11    achieving this goal of matching while not throwing
12    away information needlessly.
13         Q.   And finding that balance, was that done
14    mathematically?
15         A.   Yes, in the sense that for each of those
16    numbers, I ran experiments looking at the
17    distribution of those initial or final segments.
18    And then in addition to looking at those numbers,
19    also to be sure that I was making a reasonable
20    choice, I did a manual review of a representative
21    sample.
22         Q.   Okay.  Would you agree with me that to
23    the extent that more than one person had a rep
24    login that began with TelexFree, that truncating

148

1  to the first four characters might take away
2  distinctions that would otherwise be there; do you
3  agree with that?
4         MR. LYNE:  Objection.
5     A.   No, I wouldn't agree with that.  Any
6  truncation takes away information.  It's always a
7  balance, but a large portion of the information is
8  preserved.
9         In fact, it would only be interestingly
10 different to take a longer string if there were
11 many accounts that begin with T-E-L-E and didn't
12 continue with TelexFree.  The details of that, I
13 would have to check, but it's not clear that
14 truncating to four removes all that much useful
15 information.
16 BY MR. RONA:
17    Q.   Did you run any calculations as to what
18 were the most common login prefixes?
19    A.   I think probably in the course of
20 creating the aggregation methodology, at some
21 point I may have seen groupings with numbers.
22        I don't recall specifically, but with
23 all alphanumeric things and databases, one tends
24 to see distribution where some are more frequent

149

1  than others.  It's not universally distributed,

2  like birthdays.

3       Q.   As part of your analysis, did you

4  consult any non-TelexFree data that informs as to

5  rates, common rates of typographic errors made by

6  users entering data?

7       A.   I have a vague recollection that some of

8  the papers or books that I cite on data cleaning

9  point to such studies.  I don't recall the

10 specific numbers.

11      Q.   Okay.  But that's not something that you

12 specifically looked at for purposes of your

13 analysis or is it?

14      A.   I wouldn't say the specific thing you

15 asked is something I looked at, but I'm well aware

16 of how industry and academic standards for

17 cleaning and data quality suggest guidelines like

18 90 percent accuracy being more than sufficient in

19 some cases and rough guidelines like that.  I

20 don't see how specifically knowing the typo rates

21 would have played into specific choices.

22      Q.   Okay.  I think you had said that logins

23 and rep IDs are the two and only two pieces of

24 data that you looked at that had to be unique; is

150

 1  that correct?

 2      A.   That I looked at, I'm not sure.  There

 3  were 44 fields in representante table,

 4  R-E-P-R-E-S-E-N-T-A-N-T-E, and then there were the

 5  other tables also.

 6           I don't recall which of those fields

 7  were required to be unique by the database or

 8  happen to be unique in their contents, but I can

 9  check over the 11 --

10      Q.   Focusing on representante, in that, of

11  the 44 fields, I think you mentioned that rep_ID

12  was unique.  And I believe you also testified that

13  rep_login was unique.  Are those the only two

14  unique fields of the 44?

15      A.   Once again, I couldn't tell you now

16  because some of the 44 even were largely empty and

17  it's much easier for a largely empty field to be

18  unique.

19      Q.   Okay.  Rep ID was system-created; is

20  that your understanding?

21      A.   By "system," do you mean the database or

22  the server or a later process?

23      Q.   The TelexFree's computer system, when

24  someone created an account, it generated the rep

151

1  ID; is that your understanding?

2      A.   I'm not sure I know in specific enough

3  detail that the way that the database was

4  connected to the website to answer that.

5      Q.   Well, do you know if the user entered

6  the rep ID themselves?  Did they get to choose the

7  rep ID?

8      A.   My understanding is they did not.

9      Q.   Your understanding is the user did get

10 to choose the rep login; is that right?

11     A.   Within certain constraints is my

12 understanding.  Among other things it could not be

13 the same as an existing login.

14     Q.   That was a system rule; is that right?

15     A.   Again, I don't know whether it was in

16 place at the database level, the server level, or

17 how that affects the answer to your question.

18          I do believe it was not the case that a

19 user could choose to make theirs in conflict with

20 another just because it wanted to.

21     Q.   It was also not a coincidence that you

22 had unique rep logins.  It was your understanding,

23 was it not, that there was something in the

24 TelexFree computer system that prohibited

152

1  duplicate rep logins?

2       A.   That's my understanding.

3       Q.   Okay.  Are you aware of any other

4  information that you use for your clustering that

5  similarly was either system-generated one way or

6  the other, or was -- had a rule prohibiting or

7  limiting what the user could enter?

8       A.   It depends on what you mean by

9  "system-generated," and in even subtler sense for

10 some of these.  For example, rep password

11 secondary, R-E-P, underscore, P-W-D, underscore,

12 S-E-C-O-N-D-A-R-Y.

13          My understanding is that contained the

14 hash of the password, so the hash was generated by

15 some computer presumably on the server side, given

16 the user's input password, or possibly on the

17 client side even.

18          But in any case, a computer, not the

19 person directly, created the hash.  I don't know

20 which way that would answer your question.

21      Q.   Okay.  Are you aware of any other,

22 besides the secondary password, any other fields

23 of information for which the system had some

24 ability to either limit or bar data entry?

153

1      A.   Again, I don't know many details about

2   most of the 44 minus, those 11 plus rep ID.  The

3   one that were largely empty and clearly not

4   useful, I didn't investigate in too much detail

5   how they were set up in the database.

6      Q.   Okay.  But to your knowledge, was there

7   any form of e-mail verification that took place at

8   TelexFree when a user created an account?

9      A.   What do you mean by "verification"?

10      Q.   I take it that you have signed up in

11   your life for one or more services that required

12   you to retrieve an e-mail and do something to

13   verify it to activate your account.

14      A.   You mean when they send an e-mail to

15   that address and I click on it, and only after

16   that is the account active?

17      Q.   Correct.

18      A.   I don't know whether there was such a

19   system in place at TelexFree.

20      Q.   Have you seen any information suggesting

21   that there was e-mail verification?

22      A.   I don't recall such a thing in the

23   portion of the representante that I worked with,

24   but again, I haven't looked all that closely at

154

1  the portions that were not relevant for
2  aggregation.
3      Q.   As part of your clustering, did you
4  include any accounts that had been partitioned by
5  Huron as relating to Ympactus or were considered
6  hybrid?
7      A.   No, I did not use them in either the
8  clustering procedure in the aggregation
9  methodology or include them in the resulting
10  clusters.
11      Q.   And why not?
12      A.   I was instructed to perform an
13  aggregation on those records that were
14  attributable to TelexFree starting with those and
15  to ignore the other portion of the database.
16      Q.   Okay.  And was it your understanding
17  that the accounts that were attributable to
18  Ympactus, that attribution was made possible by a
19  prior aggregation process conducted by Tim Martin?
20      A.   No, my understanding was that involved
21  something like the currency of payment, not an
22  aggregation methodology, but again, I haven't
23  checked the details.
24      Q.   Okay.  So meaning if -- your

155

1  understanding was if an account in some way,

2  shape, or form had -- was associated with

3  Brazilian currency, it was excluded from the

4  TelexFree side of the data?

5          MR. LYNE:  Objection.

6      A.    I'm not sure I know enough to

7  specifically verify the first thing you said.  And

8  as for the second thing, it wasn't included before

9  me.  I excluded it upon the direction of

10  Murphy & King.

11  BY MR. RONA:

12     Q.    Okay.  I'll take that clarification or

13  correction for my question.

14          Did you assess, notwithstanding the

15  instruction to what extent your clustering

16  methodology would have attributed or clustered any

17  of those accounts, we'll call them the Ympactus

18  accounts, to any of the clusters that you created?

19     A.    You're saying if, counterfactually, I'd

20  run the methodology that I didn't?

21     Q.    What I'm saying is if you had -- for

22  example, let's take Maria -- the aggregation

23  appended to your report, Maria Neves, if there

24  were specific accounts that had her name, let's

156

1  say all four tokens, her e-mail address, her

2  street address, but for whatever reason had a

3  Brazilian currency associated with it, that

4  wouldn't be part of your aggregation -- your

5  clustering; isn't that correct?

6          MR. LYNE:  Objection.

7      A.   Again, I don't know enough specifics

8  about the currency determination to say, but I can

9  state once again that those designated as

10  Ympactus, by whatever means, which I understand

11  have something to do with currency, those ones

12  designated Ympactus were not included in the pool

13  of approximately 11 million, and as such, they

14  would not appear in any cluster no matter how

15  similar because they're not part of it.

16          Similarly, records and databases that

17  are not even pertaining to this case don't end up

18  there.  The only thing that can end up in the end

19  result is the ones that I started with, which is

20  the approximate 11 million.

21  BY MR. RONA:

22      Q.   Okay.  My question then, bearing in mind

23  that you ran your methodology against the 11

24  million accounts, when you were done, did you do

157

```
 1  any testing or further analysis to see if,
 2  hypothetically, you had included the Ympactus
 3  accounts, or let's say, even the accounts for
 4  which there was no paid invoice, would any of
 5  those accounts be clustered to your output?
 6          MR. LYNE:  Objection.
 7      A.   I'll state again, I started with
 8  subsetting the approximately 17 million to
 9  approximately 11 million, and only ever worked
10  with those 11 million for purposes of aggregation
11  methodology.
12  BY MR. RONA:
13      Q.   So is it a shorter way to answer my
14  question just to say, no, you did not out of
15  curiosity or any other reason, attempt to look at
16  the excluded accounts above the 11 million to see
17  how those would have been handled in your
18  clustering?
19      A.   Did I look at them?  I mean, my eyes
20  glanced over them for sure in that it wasn't on
21  the first day of the case that I was instructed to
22  ignore everything that was Ympactus or hybrid.  I
23  did see some of them.
24          My general sense is that the data
```

158

1  quality is broadly similar, of course, I couldn't

2  speak to specifics.  And then for the purposes of

3  the methodology, I excluded them before running

4  aggregation methodology.  And in particular, I did

5  not do the hypothetical experiment that you

6  described.

7       Q.   You wouldn't be able to say today or,

8  you know, at any point in this case that any of

9  those accounts could or could not have been

10  included in your clusters if you reran the process

11  with them included?

12      A.   I definitely wouldn't say that.  Today,

13  there's many hours after this.  It is certainly

14  possible to do what you're saying.  I have not yet

15  done it.

16           It's possible for me to do today.  It's

17  possible for me to do before the end of the case.

18  I haven't been asked to and so I haven't yet, but

19  I can't speak of what will happen the rest of

20  today.

21      Q.   You haven't done it.

22      A.   I definitely haven't done it yet, as

23  I've said five times.

24      Q.   Okay.  And do you have any opinions

159

1  about or thoughts about whether, based on your

2  experience in the industry or in the field,

3  whether it was appropriate to exclude Ympactus

4  accounts or unpaid invoice accounts?

5          MR. LYNE:  Objection.

6      A.   It's appropriate to work with the

7  dataset that the person asking you to work with

8  has worked with.  I've been asked to work with

9  that subset of the dataset.  If I had been asked

10  to work with everything, I would have.

11  BY MR. RONA:

12     Q.   Does your report, at the list that

13  appears at the end of your report, does that list

14  all the materials that you considered?  We can

15  actually maybe pull it up, if I can remember which

16  page it is.

17          Appendix 2, "Materials Considered."

18  Page 100 of the PDF.  Does that list everything

19  that you considered in connection with providing

20  your opinions in this case?

21     A.   It's a complete list, to my knowledge,

22  of what I considered, from my understanding what

23  it means to consider materials.  Obviously, I read

24  books on the subject before starting the case.  I

160

1  didn't list every Google search that led me to
2  find these and so on.
3      Q.   Is this intended to be a complete list
4  of the case-specific materials that you
5  considered?
6      A.   To the best of my knowledge.
7      Q.   Are you aware of -- having prepared for
8  your deposition -- well, did you prepare for
9  today's deposition, Dr. Freer?
10     A.   Yes.
11     Q.   I take it you reviewed your report a few
12 times.
13     A.   Yes.
14     Q.   Did you look at this list also?
15     A.   Yes.
16     Q.   Okay.  So in having reviewed this list
17 in preparation for your deposition, do you see
18 anything that wasn't disclosed that maybe in
19 hindsight should have been?
20     A.   I don't think so.  It certainly includes
21 all of the materials that are directly ingredient
22 to the methodology, the relevant court materials,
23 and all of the papers and books that I cite or
24 substantially influence my thinking.

161

1           As I said, I can't guarantee that this
2    includes everything even tangentially related to
3    this type of work that I thought about at some
4    point.
5           Q.   Okay.  You have a paper on optimal
6    approximate sampling from discrete probability
7    distributions; is that correct?
8           A.   Correct.
9           Q.   To what extent does that -- the ideas
10   discussed in that paper, to what extent do they
11   relate to any of the work that you did on
12   TelexFree?
13          A.   It's indirectly related in that there's
14   many discrete probability distributions throughout
15   this case, and there's some common understanding
16   of mathematical objects that plays a role in both
17   that research and this.  The specific tasks that
18   it's carrying out is quite different from what's
19   going on in detail here.
20          Q.   Okay.  In terms of data consistency, I
21   want to go back to that for a second.  We had
22   talked about your work for Remine, which I believe
23   was looking -- trying to find data at the
24   homeowner or at the house level; is that a fair

162

1 summarization?

2     A.   I'm not sure what you mean by "trying to
3 find data."

4     Q.   The focus, I believe you testified, in
5 your work for Remine was trying to create usable
6 pools of data built around either individual
7 homeowners, so one record per homeowner, or
8 individual homes, one record per home; is that
9 right?

10     A.   Not quite right.  So the property
11 database was of residential properties, homes and
12 condos and things of that sort.

13           An apartment building might be listed
14 only once for the whole apartment building.  My
15 recollection is that the individual human records,
16 they were one per adult in the U.S., whether or
17 not they owned a property.

18     Q.   Okay.  If an owner owned more than one
19 property, would they still only have one record?

20     A.   Modulo data inconsistencies, my
21 expectation would be one record in the database of
22 persons.  To the extent that they also appear
23 incidentally as not the main fields of the
24 property, then they would appear multiple times.

163

1  Depends on which database you're talking about.

2       Q.   Okay.  To what extent did you consider

3  the fact that a person could have in TelexFree

4  more than one address, street address?

5       A.   What do you mean by "consider"?  I'm

6  aware of that fact.

7       Q.   Well, to what extent did your

8  probability calculations, if at all, take into

9  account that somebody could have different

10 addresses that pertain to them that mathematically

11 are about as far apart as you can get?

12      A.   The methodology naturally accounts for

13 that.  For example, if somebody -- if there were

14 two accounts that had, for example, identical

15 name, identical e-mail, identical cellphone

16 number, but very different addresses, depending on

17 the circumstances that might be sufficient to

18 aggregate them.

19           And so, you know, it depends on the

20 quality of matches on the other fields, but it

21 certainly is and was possible for records for

22 accounts with very different addresses, but

23 otherwise similar information, to be aggregated.

24 In that sense, it accounts for that possibility.

164

1    Q.   You didn't employ any methods to try to
2  determine if there was any relationship between
3  addresses that otherwise appear to be dissimilar,
4  meaning common ownership or -- or differences,
5  sequential differences in time?
6    A.   Not entirely, but sometimes the entire
7  methodology is a way of determining it.  If you
8  want to know whether someone has two or more
9  properties, you can infer that in many cases from
10 the high-quality output of this.  At some level,
11 that was one of the main things I was doing.
12   Q.   Would you agree to the extent the other
13 fields had variation, the use of different, but
14 appropriate, street addresses could end up putting
15 two accounts in a different cluster even if they
16 might belong to the same person?
17        MR. LYNE:  Objection.
18   A.   It all depends on the circumstances.  I
19 couldn't say without more information how to
20 answer that specifically.
21 BY MR. RONA:
22   Q.   Okay.  Let's go through your steps a
23 little bit here.  We talked a lot about the
24 beginning.  What did you do for -- it says step

165

1  2 -- this is page 43 of your report -- "Field
2  Cleaning."  What did you do for field cleaning,
3  step 2?
4      A.   Those I described, for each field, I
5  created a new field that consisted of cleaned
6  information of what was in that field.
7          So, for example, rep_nome, R-E-P,
8  underscore, N-O-M-E, I transformed that to a new
9  field called clean_rep_nome, C-L-E-A-N,
10 underscore, rep_nome.
11         And likewise for each of the 11 fields,
12 other than rep_ID.  Rep_ID obviously doesn't need
13 to be cleaned.  It's already distinct address.  I
14 described how, depending on the field I cleaned it
15 in either relatively simple or more elaborate ways
16 depending on the circumstance.
17     Q.   Does your report indicate all the ways
18 you clean -- I'm not interested in the details for
19 this question.  I just want to know, is it all in
20 your report or are there aspects of the cleaning
21 that aren't necessarily revealed in your report?
22     A.   It's generally in the report but the
23 details of some of these depend on specific
24 implementation of things in the code, so it's

166

1  all -- I believe it's all mentioned in the report,
2  but that doesn't mean that you could produce
3  something that's identical to it without looking
4  at the code.
5        Q.   Did you provide the code in this case to
6  my side?
7        A.   I believe I have, yeah, it was not at
8  the same time of the report.
9        Q.   Okay.  Next step, so just on the steps,
10  I skipped step 1, because I think we talked about
11  it.  Step 2, field cleaning.  Step 3 is the
12  deterministic step.
13             Is it correct that that step simply
14  grouped accounts that were, by a standard that you
15  set, deemed to be essentially identical?
16        A.   No, I wouldn't say essentially
17  identical, but overwhelmingly likely to be
18  aggregated.  So specifically it's requiring exact
19  agreement on the clean values of the first eight
20  of the fields; the 11, other than the password,
21  CFP, and date of birth.
22             If you agree exactly on those eight,
23  that's not to say you're near identical.  You
24  might differ substantially on the other three.

167

1         If you agree exactly on those eight, it
2    still is overwhelmingly likely that, in any
3    reasonable methodology, you would end up
4    aggregated whether or not you agree on the
5    remaining ones.
6         Q.   Did you do any review of the other three
7    fields to determine whether there were any sort of
8    superficial obvious flaws in your approach to
9    grouping accounts through a deterministic step?
10        A.   I'm not sure what you mean.  The whole
11   idea is there can be and will be more than one
12   value.  If somebody uses a different password on
13   their second account, I don't think that's a flaw.
14   It's just a fact that they used a different
15   password on that account.
16             For example, maybe they used each login
17   name as the password and they would differ for
18   each of them.  That's not a problem.  In fact,
19   it's a good reason to not consider password when
20   considering which to amalgamate upon in the
21   system.
22        Q.   I believe you said that one of the three
23   that you didn't require a match of the clean data
24   was date of birth; is that right?

1      A.    That's right.

2      Q.    Okay.  And so I guess my question is

3  focusing just on date of birth, did you do a

4  review to see if there were any account groupings

5  that had inconsistent, as opposed to blank, dates

6  of birth?

7      A.    I don't recall doing that calculation

8  specifically, but I think, as with all three of

9  those fields, there were sometimes variability or

10  at least the potential for variability.  I'd have

11  to check if and when it actually occurs and how

12  often.

13      Q.    Let's go to blocking.

14      A.    Excuse me, I should also note, though,

15  that your exclusion of "as opposed to blank," is

16  actually key because requiring a match on the

17  eight fields that I did consider plus date of

18  birth would have required that they agree in

19  whether or not they have the date of birth.

20           In fact, this was a very common

21  circumstance that some records contained a date of

22  birth and other records that were similar in other

23  respects did not.

24           And that's not an inconsistency in the

169

1  sense that you're asking about, but, in fact, it's

2  quite common that it just wasn't present, to that

3  extent, it's immanently reasonable to group them.

4       Q.   It's your understanding that there were

5  certain fields like date of birth that were, for

6  whatever reason, allowed to be left blank?

7       A.   I'm not sure what you mean by "allowed."

8  It is definitely the case that some fields were

9  sometimes blank if that's what you're asking.

10 That was my understanding.

11      Q.   Okay.  Let's talk about blocking.  I

12 think I understand, to my limited ability, the

13 purpose for blocking, but could you just explain

14 in brief terms how you determined the approach

15 that you were going to use for blocking?

16      A.   Sure.  So just by way of background, the

17 reason for blocking is often that it's

18 computationally infeasible or not reasonable on a

19 reasonable computing cluster and reasonable amount

20 of time to actually consider all possible pairs of

21 records.

22           This is towards assessing a pairwise

23 match between a pair of records, and this can

24 happen with datasets that are merely a few million

170

1  in size.

2          That's large in some sense, but when you

3  look at the number of pairs between a million

4  records and a million records, if you're matching

5  it to itself analogously here, that's already half

6  of a trillion pairs and, in fact, the numbers are

7  even more enormous here.

8          The idea is to determine some subset of

9  the overall set of possible pairs that are likely

10 to include the overwhelming majority of pairs that

11 should be considered for pairwise matching.

12         As with all these things, there's

13 somewhat of a tradeoff because if you wanted to be

14 absolutely sure, the only way would be to include

15 everything, in which case you're not doing

16 blocking, but, you know, if you don't include

17 enough pairs, then you run the risk of excluding.

18         And so with this step especially, it's

19 important to err on the side of including more

20 rather than including less, and not necessarily a

21 problem for the methodology because later on,

22 you're still assessing them pairwise and the

23 matches or likely non-matches will still be found.

24         The idea is to come up with a set of

1  rules that is likely to include the overwhelming

2  majority of pairs that should be considered for

3  later pairwise assessment, and so that's what I do

4  via a sequence of rules.

5      Q.   Right, those rules referred to

6  collectively as a "blocking set"?

7      A.   I believe so or "blocking scheme."

8  There's various terminology in the literature.

9  And as I as point out in footnote 57 on page 50,

10  some of the literature considers each of the

11  blocking steps themselves as blocking.

12         And then you're indexing by disjunction

13  and there's a bunch of inconsistency.  Sorry, you

14  asked about blocking set.  No, blocking set I use

15  to refer to the set of pairs that result from

16  running the blocking scheme.

17      Q.   Okay.  So the output?

18      A.   Sorry.

19      Q.   It's okay.  You can call it a blocking

20  scheme.  But the output is what you refer to as a

21  blocking set; is that right?

22      A.   Yes, the blocking set is a collection of

23  pairs that blocking results in.

24      Q.   Okay.  In this case, how many blocking

172

 1  sets did you produce?

 2       A.   One blocking set.

 3       Q.   Just one.  Did you have any iterations,

 4  drafts, tentative, exploratory block sets that

 5  maybe you looked at and either discarded or didn't

 6  use?

 7       A.   Did I have -- certainly these rules were

 8  not the first thing that popped into my head.  It

 9  required examining this carefully, like at all

10  aspects.

11            When I answered your earlier question

12  about how many sets did I have, I was describing

13  the methodology.  The methodology produces a

14  blocking set, which then goes on to the next step.

15       Q.   My question was:  How many attempts did

16  you make at producing the blocking set that you

17  ultimately came up with?

18       A.   I'm not really sure what counts as an

19  attempt.  How many thoughts did I go through in

20  formulating this sentence?  It's a gradual process

21  that involves iteration.

22            At least one would be part of any

23  reasonable answer.  I don't know how I would --

24  how I would divide that process into some

173

 1  number larger than that.

 2        Q.   Apart from the planning part or the

 3  preimplementation part, my question is:  How many

 4  different iterations did you run before you said,

 5  "This is the goldilocks blocking set"?

 6        A.   I'm not sure that I could answer that

 7  definitively.  There's exploration that seems

 8  tentatively good enough to run the rest of the

 9  methodology.

10             There's iteration that, like, clearly

11  needs improvement.  It's all -- I don't know how

12  to ascribe a number to it.  The process of R&D is

13  kind of flexible that way.

14        Q.   Understood.  Is any of that sort of

15  tentative or pre, sort of, going prime-time work

16  output, was any of that turned over to my side?

17        A.   No, I gave you the code necessary to

18  reproduce the aggregation methodology.

19        Q.   Okay.

20             MR. LYNE:  Can we break for five minutes

21  just as a restroom stop?

22             MR. RONA:  Sure.

23             (Whereupon, a recess was taken.)

24  BY MR. RONA:

174

1      Q.   So I want to turn now to, I lost the
2    page.  I had it.  In your report, page 43.  The
3    next several steps, do all of those, let's say,
4    the next three or four steps after blocking, are
5    all of those part of the pairwise probabilistic
6    matching?
7      A.   You're referring to five and six?
8      Q.   Yeah, well, is that the matching process
9    done in steps 5 and 6?
10     A.   Depend on what you mean by "matching."
11   The matching probabilities are computed in step 6.
12   Arguably, the matching doesn't happen until the
13   dynamic clustering has been determined, or
14   arguably, not even until the account groupings are
15   merged back in step 9.
16          So all of the pairs under consideration
17   at six are already account groupings because this
18   is post the deterministic step.
19     Q.   So after blocking is the first step that
20   you did to contemplate the vectors that you used?
21     A.   Yes, after blocking, step 4, is step 5,
22   the calculating likelihood of field agreement, and
23   that determines the comparison vector for every
24   pair that's in the blocking scheme.

175

1        Q.   I don't want to get bogged down in the
2   stuff that will be over my head, but you used --
3   and I'm not sure I'll pronounce it correctly, but
4   is it Fellegi Sunter?
5        A.   Fellegi or Fellegi, but we can call it
6   "FS."
7        Q.   Okay, FS.  What is that, just in very
8   brief terms?
9        A.   Yeah, so it's a methodology for
10  probabilistic record linkage that goes back
11  several decades and is quite well-established as
12  the standard with various variations for this type
13  of record linkage.
14            And basically it involves creating
15  pairwise assignments of records on the basis of
16  how much they agree on the different fields, where
17  furthermore in this version that I'm using with
18  expectation maximization, EM, it's able to do this
19  in an unsupervised way without having the need for
20  labeling ground truth data.
21        Q.   Ultimately, using this method there's
22  a -- it's not a percentage, right, but it's a
23  numerical score, so to speak; is that right?
24        A.   I mean, to the extent that the numerical

176

1  score is between zero and one, you can express it
2  as a percentage.
3      Q.   Okay.  But that reflects the calculation
4  of probability; is that right?
5      A.   In some sense, yes.  With this, as in
6  all sorts of probabilistic models, one has to be
7  careful with how exactly one interprets the
8  meaning of probability.
9          Larger numbers that are closer to one or
10 closer to 100 percent are deemed more likely to be
11 matches by the model, and those closer to zero or
12 zero percent are deemed less likely to be matches
13 by the model.
14     Q.   Again, the matches that you're referring
15 to have to do with the similarities between the
16 two things being compared, without saying that,
17 you know, that, for example, it was the same
18 person who entered both pieces of data; is that
19 right?
20     A.   I'm not sure what you're asking about.
21 I mean, there's no person involved in this.  It's
22 based on the data, if that's what you're asking.
23         Furthermore, the person didn't enter
24 this data.  This is the account grouping at this

177

1  point.  It's already a more complicated object

2  than anything a person necessarily touched.

3      Q.   The account grouping and the probability

4  calculations that you do have to do with whether

5  the accounts, the data should be grouped together,

6  not necessarily that you could identify that it

7  was the same person who entered all of that data?

8      A.   It's not the accounts, it's the account

9  groupings.  The procedure is done on the basis of

10 the contents of the account groupings.  The

11 computer does not go out and interview someone, if

12 that's what you're asking.

13     Q.   Okay.  And similarly, you could have --

14 well, put it in simpler terms, you could have

15 agreement to a high degree of probability even

16 though maybe data was entered by different people;

17 right?  Would you agree with that?

18          MR. LYNE:  Objection.

19     A.   Again, I don't know what you mean by

20 "data entered by different people."  Like, it's an

21 account grouping, not an account we're talking

22 about.  As I said before, the computer is looking

23 at the contents of it.  It doesn't know anything

24 beyond the contents of the records.

178

```
 1  BY MR. RONA:
 2      Q.   Okay.  One person could enter data that
 3  results in different account groupings that appear
 4  to be dissimilar; is that right?
 5           MR. LYNE:  Say that again, I'm sorry?
 6           MR. RONA:  Cynthia, could I ask you to
 7  read that back?
 8           (Record read)
 9           MR. LYNE:  Objection.
10      A.   I don't know what you mean by -- you're
11  saying one person, you're asking if I know what
12  was in place on the server that would or would not
13  have allowed the user to create accounts that then
14  hypothetically feed into a different way in the
15  steps?
16           Any number of things are possible.  I
17  don't think I have enough information to answer
18  that.
19  BY MR. RONA:
20      Q.   What I'm trying to maybe establish in
21  simpler terms is that the calculation of
22  probability between different account groupings
23  operates independently of the person or persons
24  that might have entered that data.
```

179

1      A.   I'm not sure what you mean by
2  "independent."  I mean, if -- like, if persons
3  enter their own information consistently across
4  all accounts that they create, then it's, of
5  course, not independent of that.
6      Q.   But if they're inconsistent or used some
7  unknown methodology to produce different field
8  entries, that would -- your methodology wouldn't
9  be able to pick that up?
10          MR. LYNE:  Objection.
11     A.   It's hard to say what the methodology
12  would pick up.  As I said before, in aggregate the
13  methodology does pick up implicitly a lot of
14  interesting structure.
15          It's true that the computer is not
16  independently a lie detector on a process for data
17  it didn't see entered.  How could it be?
18  BY MR. RONA:
19     Q.   And you use the phrase "scoring rubric,"
20  I believe.
21     A.   Yes.
22     Q.   What's a scoring rubric?
23     A.   So the idea is that -- I want to be sure
24  I'm using the terminology in the same way.  Which

180

1  page?

2      Q.   Twelve.

3      A.   Oh, way back to 12.

4      Q.   You have different, it appears on

5  page 12, page 13, and page 14, I believe.

6      A.   Oh, I see.  Yeah, so this may have been

7  less formal in the explanation of the method

8  generally.  I wasn't sure if I used that term.

9           What I am referring to on page 12, 13,

10 and 14, the idea here, which is more general than

11 the FS method specifically that we were talking

12 about, is that if there's multiple fields.

13          A particular method might say that

14 agreement on some fields is worth more than others

15 and describe how to combine that information into

16 an overall assessment of how similar the accounts

17 are.

18          In the case of FS, and especially FS-EM,

19 with the EM extension that I was describing, that

20 rubric, that scoring rubric is still present in

21 some sense, but it's created automatically by the

22 FS-EM method, essentially letting the data speak

23 for itself in determining which fields are more

24 important to use and to what degree in the overall

181

1    rubric.

2        Q.    Okay.  I'm just trying to remember if

3    somewhere in your report you talk about using 80

4    as a scoring rubric.

5        A.    I'm not sure what you're referring to.

6        Q.    Okay.  We can move on.

7              Exhibit 4 to your report, which I'm

8    going to find.  It's page 116 in the PDF.  What is

9    being depicted in this table?

10       A.    Yes, so I describe exactly how I

11   selected it in the report, and I could look up the

12   details of how it was randomly chosen.

13             But the general idea is to show a bunch

14   of pairs of cleaned values of the rep end field,

15   representing that portion of the address, along

16   with, in this case, JW Sim, S-I-M, referring to

17   Jaro-Winkler.

18             This is a way of measuring how similar

19   strings are that's particularly appropriate to

20   working with these kind of address components.

21             So this illustrates how very similar but

22   not identical address or address components, or

23   their clean strings rather, near the top have high

24   value of JW Sim.

182

1         And pairs for which the strings are

2    quite different, like near the bottom, have much

3    lower JW Sim.  And I believe I also use this to

4    illustrate the way in which I selected for this,

5    but also many other expert decisions about various

6    cutoffs and thresholds, how that was done.

7         Q.   Okay.  And just for the record, the

8    JW Sim, that's one of at least three different

9    ways that you can calculate a similarity for a

10   data field; is that right?

11        A.   Yes, I mean, there's considerably more

12   than three in general in the literature, but yeah,

13   I believe there are three that I ended up choosing

14   as the basic ingredients for potentially more

15   elaborate use for assessing similarity for both

16   blocking and for the rubric calculation to

17   calculate gammas in step 5.

18        Q.   Just looking at Exhibit 4, I think one

19   of the observations you made was that 92 and up is

20   a pretty good match; is that correct?

21        A.   That sounds correct.  Let me find the

22   paragraph where I refer to it.

23             On page 61, yes, so I say observed to

24   the extent of agreement among those pairs, 92 and

183

1  higher is generally quite high, even if not
2  perfect, and I would stand by that.
3      Q.   Okay.  And, but even above 92, so I'm
4  looking at Exhibit 4, if you look at row 5, what's
5  in agreement is "shenyang" or near agreement; do
6  you see that?
7      A.   Yeah, "shenyang" and "shenyagn."
8      Q.   Shenyang is -- I don't know, did you --
9  to what extent did you look up those addresses as
10 part of your -- or these places as part of your
11 work?
12     A.   Not in a systematic way, but in the
13 course of assessing the field quality and
14 determining cutoffs, I did Google some of these to
15 get a sense of whether it was likely to be an
16 address or city or neighborhood, things of that
17 sort.
18          As I describe in the report, it wasn't
19 entirely consistent the way that people used the
20 rep_end or rep_numero or other address components
21 that I did not include.
22          And so, especially depending on the part
23 of the world, it may have been used in different
24 ways in different places.  I think what ultimately

184

1  matters for the aggregation is the consistency
2  between otherwise similar records, but yes, this
3  was used in different ways at different times.
4       Q.   Agreeing on Shenyang, would you agree
5  with me, is not terribly specific because Shenyang
6  is a large city in China; is that right?
7       A.   I would disagree.  It depends on the
8  context in the dataset.  It may be actually a very
9  small portion of records are from Shenyang, in
10 which it might have substantial discerning power.
11           The beauty of the method is it
12 determines this automatically without needing
13 subjective judgments by me or others.
14      Q.   Okay.  And if you look at row 8, it's
15 possible to get a high JW Sim value where one is a
16 street name and the other is a street name and a
17 street number; is that right?
18      A.   I don't know for sure what's going on in
19 that particular case, but what you described is
20 possible certainly.  There's many ways to have
21 strings that are larger in agreement.
22           Also JW Sim, as I described, one of the
23 reasons that it's particularly well-suited for
24 this particular application for this field as

185

1  opposed to some others is the way in which it

2  prioritizes agreement near the beginning of the

3  string, which sometimes, but not always, includes

4  street number or other important components, but

5  it depends on the circumstance.

6      Q.   Okay.  And does that create limitations

7  in parts of the world where it's not common to put

8  the number after the street name?

9      A.   Not really in my experience.  My

10 understanding, and I think is borne out by the use

11 of this, the rep_end and rep_numero field together

12 include most of that information in the vast

13 majority of cases, and it depends on where in the

14 world.

15         In the part of the world where an

16 address number is often likely to come later or be

17 viewed different from the street part of the

18 address, in such cases that's likely to appear in

19 rep_numero, and therefore, it's included anyway.

20         In parts of the world like the U.S.

21 where the number is considered as part of the

22 address, it was often included at the beginning of

23 rep_end, in which case it wouldn't be a problem

24 either.

186

1          My sense is that by including rep_end

2     and rep_numero, it actually accounts for most of

3     the cases that one cares about.

4          Q.   Prior your investment in TelexFree, have

5     you done this type of work with any datasets that

6     had extensive data from outside -- relating to

7     users or demographic information relating to

8     outside of the U.S.?

9          A.   Yes, there was an exploratory project at

10    Remine involving some datasets from Japan which

11    have an extremely different address structure.

12          For example, addresses there, the number

13    often increases based on when the building was

14    built in sequence to the others in a small

15    neighborhood, rather than numbered consecutively.

16    There's many other things that different

17    interestingly about Japan street addresses.

18          Q.   Prior to TelexFree, had you done any

19    work in cases that involving data that pertain to

20    more than one country?

21          A.   Yes, in Remine, I used both U.S. and

22    Japanese data.

23          Q.   I believe you said you did an

24    exploratory project looking at Japan.  My question

187

1  is:  Did you do any type of analysis for data that

2  commingled multiple countries?

3       A.   I don't recall details, but my sense was

4  that in Remine data, we were sometimes looking at

5  Canadian data as well.

6       Q.   Okay.  Let's go to page 61 of your

7  report.

8       A.   Okay.

9       Q.   This is where you talk about a J Swim

10 [sic] of 92 or higher being quite high.  There are

11 two footnotes on that page.

12      A.   Yes.

13      Q.   Footnote 61 says, "The selection of a

14 distance function and a proper threshold is...a

15 knowledge intensive activity that depends

16 experimental evaluation."  Do you see that?

17      A.   Yes.

18      Q.   I take it you agree with that statement.

19      A.   Yes.

20      Q.   And when it says "knowledge intensive,"

21 what is referred to there?

22      A.   I take it to include some amounts of

23 background knowledge about what the intent of the

24 field is to represent; for example, when I

188

1 described about rep_end versus rep_numero and so

2 on and how it was used in that dataset, and also

3 especially to include the specific contents of the

4 particular dataset.

5          You can't expect to choose either the

6 choice of function or the specific cutoffs or

7 thresholds without reference to the specific

8 dataset in question.

9      Q.   And then experimental evaluation, is

10 that referring to that process of trial and error?

11     A.   I'm not sure I would characterize it as

12 trial and error.  Certainly one needs to try

13 various things and see what ends up working best.

14 A lot of this is such that, as I describe in the

15 other footnote, there's a range of reasonable

16 choices and perhaps none of them are errors, but

17 some are even better than others.

18          And so you need to look at what the data

19 looks like, decide on the basis of that and how

20 various similarity functions perform with respect

21 to it, which function to use, and then to dial in

22 from there reasonable cutoffs looking at how it

23 actually behaves with respect to that dataset.

24     Q.   In the process of determining which is,

189

1  among reasonable cutoffs, might be the best, do

2  you save or some somehow create a record of the

3  different outputs that can be derived?

4       A.   Do I, meaning, do I generally as a

5  matter of practice?

6       Q.   Well, sure, let's start there.  As a

7  matter of practice, do you save those?

8       A.   Not necessarily.  The nature of this is

9  that it's deterministic with respect to a fixed

10 dataset.  And so if at any point you want to know

11 how JW Sim with a cutoff of 92 looks versus ratio

12 or W ratio, W-R-A-T-I-O, two of the other methods,

13 with other cutoffs, you can run that on the

14 dataset.

15           You can select a sample of 100, like I

16 have here.  You can do that in a reproducible way

17 by fixing a seed.  At any point, you can do that

18 whether or not it's been recorded, what I happened

19 to look at interactively.

20      Q.   To the extent that there are variations

21 in the output depending on what cutoff you use, do

22 you, as a matter of practice, make notes of those

23 differences or simply say that because they may

24 appear small, that there's no need to revisit

1  any -- what any other cutoffs might have

2  generated?

3      A.   I'd say neither of those.  Like, I

4  didn't record every single step that -- every

5  single candidate choice for this or most of the

6  other aspects of the R&D, but I did more than

7  simply record the final thing I chose.

8          In particular, in some case there's,

9  like, you don't need to take my word or the

10  process for it.  You can simply run it yourself

11  with that function and a different threshold or

12  with a different function and the result will be

13  the same as what it was for me.  Like, the choice

14  speaks for itself.

15          It also happens that the result is not

16  especially sensitive to small choices in this,

17  which is a useful robustness property, but it's

18  not for that reason alone that I only record the

19  final answer.  It's also that you can regenerate

20  at any point and so on.

21      Q.   Let's say hypothetically if you were to

22  be contacted by an alleged net winner who was

23  curious how the cluster that is assigned to them

24  might have changed if different cutoffs were used,

191

 1  would your answer be, A, I have it saved on my

 2  computer somewhere; or B, I don't have it saved on

 3  my computer, but you would be free to rerun the

 4  analysis and use whatever cutoffs you wanted?

 5      A.   I think hypothetically that happened, C,

 6  I would refer them to counsel, but as for the

 7  implicit question about what is possible to do, as

 8  I already stated, it's certainly possible to

 9  assess for any particular pair of records what the

10  cutoff or what the value of JW Sim is.

11          That you can do in one line on your own

12  computer without reference to the full database.

13  You can run JW Sim on whatever strings you choose.

14          On the question how that affects the

15  overall methodology, like I said, I'm confident

16  that it's relatively small changes that happens.

17  When you make small changes in these parameters,

18  could one, in principle, literally rerun it with a

19  changed threshold, of course, one can rerun it

20  however.

21      Q.   I guess this question and the next

22  question involve these words that you're using.

23  How did you determine that they're small changes

24  that would result?

192

1        A.    So the idea is if you -- I'd say two.
2    One, understanding the principles of how the
3    method works and why it's likely, in theory -- or
4    the principles of why, in practice, it's likely to
5    be a small change.  And two, actually
6    experimentally evaluating it.
7              The principal reason is, in part,
8    because this is the input -- when you create a
9    threshold and then you assign the gamma score
10   accordingly, which is sort of the varying degrees
11   of partial credit for that field, the output of
12   that, those gamma values are themselves input to
13   the FS-EM algorithm.
14             If you change the threshold, that leads
15   to different partial credit, it will change on the
16   margin slightly those assignments of gamma values,
17   but FS-EM automatically takes that into account in
18   doing its grouping.
19             If you were to choose 90 instead of 92,
20   it doesn't even matter that much.  They have
21   different notions of being very good.
22             In the aggregation methodology FS-EM
23   will adjust accordingly to consider it to be,
24   therefore, not quite as valuable to be very good,

193

1  "very good" means 90 or above, as "very good"

2  meant 92 or above in the other circumstance.  It

3  dynamically recalibrates anyway.  That's the

4  principled reason.

5         Also in practice, I've seen in the

6  course of many runs of this and various other

7  changes, obviously not every change one could

8  possibly make, but in the course of changing and

9  dialing these values, I've seen it does, in fact,

10  have a very minor impact on the result, both in

11  absolute terms and also compared to other choices

12  one can make.

13         For example, cleaning the data

14  appropriately or choosing an appropriate choice of

15  fields in the first place.  That might have a much

16  larger impact.  Everything, of course, has some

17  impact, but this is really quite small on those

18  considerations.

19     Q.   Is the smallness determination that's

20  sort of empirical, is that done mathematically or

21  simply sort of by using your eyes to sort of scan

22  the output?

23     A.   It can be done both ways.  I did often

24  visually inspect the output as sort of a sanity

194

1  check.  I wasn't relying entirely on the numerical
2  outputs.  There's all sorts of numerical and
3  mathematical outputs that one can assess from a
4  resulting clustering.
5          When a clustering is produced, there's
6  summary statistics of the sort that appear in
7  Exhibit 5, that one can produce.  There's looking
8  at stratifying the clusters in different ways.
9          There's all these different mathematical
10 things one can do.  That's not to say that I was
11 aiming for that to appear in a particular way but,
12 rather, in the course of doing multiple runs with
13 different design choices, it's quite
14 straightforward to see the extent to which it
15 changes something or not.
16     Q.   On footnote 62, I think you talk about
17 those choices.  And obviously, there's multiple
18 choices one could choose from, and you write at
19 the last sentence that "the overall probabilistic
20 record linkage process is not especially sensitive
21 to the details of this choice, so long as the
22 decisions are made reasonably."
23          Do you see that?
24     A.   Yes.

195

1      Q.   Are there standards that govern what is
2   a reasonable or not reasonable choice?
3      A.   Yeah, so one thing that I would say is a
4   sense of reasonableness is that it's based on the
5   numerical score in order.
6           It would be quite unreasonable to say
7   that you like even numbers, and so if rounded to
8   the nearest integer it would give you something
9   even, I'll assign that gamma of two, and if it's
10  odd, I'll assign it gamma of one.
11          The method still might be okay by virtue
12  of the other fields have enough information, but
13  you're not going to learn a lot based on the
14  parity of the integer rounding of that.
15          But something that is reasonable is
16  to -- in fact, there's often a fairly specific
17  prescription for this kind of thing.  If you look
18  at the Enamorado et al. paper, that's the closest
19  academic research to this method.
20          They describe something quite similar to
21  what I do, where you might have a top level for
22  exact agreement or not, depending on the
23  circumstance, followed by a bin for very close
24  agreement, followed by maybe another bin for

196

1   moderate agreement, followed by another bin for

2   not particularly good agreement.

3        One principle might be that you want the

4   bottom one to include things that are not

5   particularly likely to be a match.  Again, as I

6   said, it's fairly flexible and robust to any

7   number of choices in this respect.

8        Q.   Okay.  Let's talk about clustering a

9   little bit, and specifically, I think I want to

10  focus on transitive closure.  What is transitive

11  closure?

12       A.   Transitive closure is a mathematical

13  term that has a more general meaning of which this

14  is a specific instance.  So you say that a

15  property or a relation that can hold two objects

16  is transitively closed.

17       If it's the case that -- so let's say

18  it's symmetric.  To keep things simple, so the

19  relation is such that if A is related to B, B is

20  related to A.  For such a relation, you say it's

21  transitively closed, if whenever A is related to

22  B, and B is related to C, then A is also related

23  to C.

24       For example, A, the key object here is a

197

1   partition, in our case, a clustering of accounts.
2   A partition relation where you say that two
3   records are related to one another if and only if
4   they're in the same cluster of the clustering, the
5   same part of the partition, that is always
6   transitively closed.
7           That follows mathematically from the
8   definition of a clustering that we said.  Recall
9   that a clustering is a set of clusters such that
10  every record appears in exactly one; right?
11          So the relation of appearing in the same
12  cluster as another record is such that if A is in
13  the same cluster as B, and B is in the same
14  cluster as C, then A is in the same cluster as C.
15  That is a property of clustering.
16          And so insofar as the goal, the
17  assignment is to create a clustering of accounts,
18  that relation of being in the same cluster as
19  another record, another account is going to be
20  transitively closed.
21          Now, within the record-linkage
22  literature or data-matching literature as it's
23  variously called, some methods -- in fact, most I
24  would say, that are relevant for this and as I

198

1   describe in the introductory section also can be
2   formulated in terms of first assigning pairwise
3   match scores, whether you interpret them as
4   probabilities or otherwise.
5          Or in fact, assigning pairwise matches,
6   which is not to say assigning non-match to the
7   other pairs, but you've said these are definitely
8   matched, whether on the basis of probability or
9   otherwise.
10         You take the transitive closure, which
11   means forming the smallest transitively closed
12   relation that contains the one you start with.
13         You might also call this the sort of
14   simplest partition, the least-refined partition.
15   That's consistent with any two accounts that are
16   determined to be pairwise matched to be in the
17   same cluster.  In that sense, it's a lifting of a
18   pairwise match assignment to an entire clustering.
19      Q.   I'm not sure I'm following, but is
20   transitive closure inherent in clustering or is
21   that something that someone like you can impose on
22   the methodology?
23      A.   It's inherent if by "clustering," you
24   mean the type of object that I said we defined as

1  a clustering.  It is the case that any clustering
2  is transitively closed, in that the relation of a
3  record being in the same clusters as another, that
4  is a transitively closed relation.
5         The answer has to be transitively closed
6  one way or the other.  This taking the transitive
7  closure operation doesn't do anything.  It doesn't
8  change a pairwise match if this is already
9  transitively closed, but it creates one that is
10  transitively closed whether or not the input
11  pairwise assignments are.
12         And so one very common technique in the
13  literature is to first assess pairwise matches and
14  then lift that to a clustering.
15      Q.   Okay.  But would you agree with me that
16  in this case, two accounts that might end up being
17  clustered together and transitively closed, I
18  guess, or partitioned -- you've used various
19  phrases -- still nevertheless could have had
20  mathematical relationships with other accounts
21  that didn't make it into the cluster?
22      A.   What do you mean by "mathematical
23  relationship"?
24      Q.   Meaning there could have been other

200

1  account groupings that had some similarity as

2  well; right?  You're not saying it's black and

3  white; right?  Would you agree with me that

4  there's some shades of gray as to which accounts

5  appropriately belong together?

6            MR. LYNE:  Objection.

7       A.   I'm not sure this has much to do with

8  transitive closure.  It is the case in the FS

9  technique, as I used, that these match

10 probabilities or match scores between accounts

11 groupings are numbers between zero and one or

12 between zero and 100 percent, and they're not all

13 zero and not all one, if that's what you're

14 asking.

15 BY MR. RONA:

16      Q.   Well, what I'm saying is just to use

17 hypothetical here that you have two accounts that

18 end up being in the same cluster and they're at,

19 let's say, 90, okay, score of 90 with respect to

20 each other.

21           You're not saying that there aren't

22 other accounts for which maybe there were similar,

23 but maybe slightly lower scores; is that right?

24      A.   It depends on the specific technique,

201

1  but I believe in my methodology it is possible
2  that you could have two account groupings in one
3  cluster that have a score of 90, and such that
4  there's another account grouping not in the
5  cluster that has a score of 80 with one of the
6  things in that cluster.  That's certainly
7  possible.
8      Q.   Okay.  Are you familiar with
9  observations, if not maybe criticisms, of
10 transitive closure that transitivity can lead to
11 problems and that chains of records that were --
12 that you have chains of records where objects at
13 the end are not actually similar, even though
14 they're part of the same chain?
15     A.   I believe I'm familiar with the general
16 phenomenon that you're talking about.  In some
17 sense, the whole ten or so pages of the dynamic
18 clustering process is designed to address that.
19     Q.   Is that the way you address problems
20 that can result from transitivity, the dynamic
21 clustering?
22     A.   In some sense, yes, the idea is that, I
23 guess there's other aspects one can use to address
24 it indirectly as well, but the idea is that if it

202

1   were -- if the dataset were as simple as -- you

2   know, imagine you partition a dataset into

3   clusters and it was, you know, 90 match within

4   every cluster pairwise, and 70 match between -- or

5   30 match or something substantially lower between

6   the different clusters.

7           Well, then it would be quite simple in

8   some sense.  You could -- or at least possible to

9   potentially find a fixed threshold where you say,

10  "Okay, 85 and above, you're grouped, and not

11  otherwise."

12          Whereas, in fact, there's heterogeneity

13  in this dataset, where some parts of the dataset

14  do look something like that, I wouldn't say "ideal

15  situation" but easier-to-deal-with situation.

16          In other parts, there is a greater risk

17  of chaining, as you were describing it.  And, of

18  course, if A is joined to B is joined to C is

19  joined to D and so on, by reasonably high numbers,

20  but A is not joined to Z at the end by reasonably

21  high number, it would be bad to include A and Z at

22  the same time.

23          So there's a tradeoff, as with all of

24  these choices, but it's possible with dynamic

203

1  methods, like I described, to balance things in a
2  way that you ideally avoid that chaining issues in
3  those situations where it occurs without
4  simultaneously messing up the cleaner situations.
5      Q.   And you used the word "chaining."  I
6  take it this is a well-known topic of discussion
7  within the field, how to guard against it; is that
8  right?
9      A.   I'm not sure that I would say well -- I
10 mean, people are aware of it.  It's not one of the
11 primary things that people discuss in the usual
12 framing of this, but certainly some people are
13 aware of it and it is -- I agree it's an important
14 thing to pay attention to.
15     Q.   And if you were maybe giving a lecture
16 to students about chaining, would the example of
17 Maria Neves, Maria Lares, and Rita Lares, would
18 that be an example of what chaining look like?
19     A.   I couldn't speak to that particular
20 example.  My general sense is that the
21 circumstance one is interested in -- one is
22 interested in avoiding is actually a situation
23 that's quite dramatic and not at all like one
24 you're referring to.

204

1          So imagine that you had a bunch of

2    records.  I don't know that it occurs somewhere in

3    this dataset or any particular other one.

4          But if you had, let's say, in a

5    synthetic dataset, you created many things that

6    were 51 percent match, and many things that were

7    49 percent -- it's going to be hard to give the

8    details.

9          You can certainly have a situation where

10   you have very dramatic chaining artificially.  It

11   would look very different from the circumstance

12   you're referring to, I believe.

13       Q.   Okay, but would it produce situations

14   where there might be superficial differences that

15   would be similar to the Maria Neves versus Maria

16   Lares versus Rita Lares?

17          MR. LYNE:  Objection.

18       A.   No, I don't -- I can't speak to that

19   specific thing.  What I'm pointing to is something

20   different from that where it's vastly gross

21   differences across, not just across many fields at

22   once, but with a large number of records.

23          The situation can be quite bad.  I've

24   been careful to guard against it.  I don't believe

205

1  it's like the thing you're gesturing to.

2  BY MR. RONA:

3      Q.   Are you familiar with EPOC?

4      A.   The English word?

5      Q.   Well, are you familiar in the TelexFree

6  world with a claim process referred to as EPOC and

7  a resulting database?

8      A.   Oh, I do recall vaguely having heard

9  about this.  I haven't studied it in detail.

10     Q.   I take it you haven't looked at EPOC

11 data specific in this case.

12     A.   I don't believe so.

13     Q.   I take it then that you haven't run any

14 type of comparison or validation analysis with

15 your work versus EPOC; is that correct?

16     A.   I'm not sure I would know what that

17 would entail, the EPOC-produced clustering.

18     Q.   What do you know about EPOC?  Let's

19 start there.

20     A.   Not much.  E is electronic?

21     Q.   Yes, and POC is proof of claim.

22     A.   Yeah, I was somewhat aware that there

23 was some process before I became involved and that

24 I didn't interact with at all that involved some

1  way for alleged participants to indicate agreement

2  or not in some way with some assignment.  I don't

3  believe it interacted at all with how I choose

4  assignments or that any of my data was used in

5  such a thing.

6      Q.   Are you aware that in EPOC, users were

7  also given the opportunity besides whether --

8  apart from whether they agreed or didn't agree

9  with the grouping of accounts, could also add

10  additional accounts unilaterally to their

11  grouping?

12      A.   I'm not sure what you mean by

13  "unilaterally."  If you told me that's the case, I

14  would have to take your word for it.  I don't know

15  many details about it.

16      Q.   Do you also have any awareness of

17  whether the person claiming the accounts could

18  sign it, sign their claim using a legal name that

19  maybe differed from the name or names in various

20  permutations on the account that were grouped to

21  that person?

22      A.   I don't know anything about that.  I

23  could take your word for it.

24      Q.   Would that have been an interesting

207

1  opportunity to maybe cross-check your analysis
2  against what inputs actual participants had in
3  terms of this process of trying to determine how
4  we aggregate accounts?
5        MR. LYNE:  Objection.
6     A.   I don't think so.  I mean, it's
7  possible, of course, to do any number of things
8  with the aggregation that I produced with or
9  without my consent.  You have the data.  But yeah,
10 I don't -- my job was to create a reasonable and
11 reliable automated methodology.
12 BY MR. RONA:
13    Q.   Okay.  Let's talk about John Williams a
14 little bit.  You're familiar with the 62,000
15 accounts that have, as the name, John Williams?
16    A.   First of all, I believe it was, yes, so
17 the 62,725 accounts that I described in that step,
18 but I don't think it's correct to characterize
19 that as all of the user accounts with that name.
20 This is a specific subset.
21        When I say, "Other than the set of
22 accounts," I'm referring back to the specific ones
23 that also have the other properties.
24    Q.   I appreciate that clarification.

208

1  Meaning there might be other accounts that have

2  the name John Williams, but are not subject to

3  this phenomenon that you observed?

4      A.   My recollection, there was a small

5  number, possibly just one, that's not referred to

6  in the -- if you look at the diagram on page 43,

7  what's described by shorthand as "62,725 John

8  Williams Records," that specific set of John

9  Williams' records with that property that, I

10 guess, in either step 3 or step 4, I describe the

11 reason for excluding them.

12          I guess paragraph one -- paragraph 158.

13 Oh, I see.  Sorry, again, I can't tell from your

14 pronouncing it, the capitalization.  I have a

15 vague recollection that maybe the other one that

16 one might read as John Williams had a different

17 capitalization.

18     Q.   Putting that aside, you observed a large

19 number of accounts that had as the name John

20 Williams, is that correct, that you felt you had

21 to handle differently?

22     A.   I'm not sure whether I would

23 characterize 62,000 as a large number in the scale

24 of 11 million or so, on its own, but yes, they did

1   have to be handled differently because how they

2   would create an issue for a blocking.

3       Q.   Okay.  And did you also, you know, in

4   terms of believability, did you also consider it

5   believable that one person can create 62,000

6   accounts?

7       A.   Yes, it seems immanently believable that

8   they were all created by -- by the same party by

9   virtue of how extremely similar they were on all

10  of their fields, as I described in paragraph 158.

11      Q.   Okay.

12      A.   In fact, this is one of the most certain

13  groupings of any of them and it's for that reason

14  that I felt it was more than reasonable to make

15  that determination as the one that wasn't done in

16  an automated way.

17      Q.   Well, do you have any opinion whether

18  there was one and only one person who was behind

19  the 62,000 accounts?

20      A.   Not excepting the usual sense by which

21  the goal is to amalgamate similar accounts into a

22  cluster.  Obviously, I have no way of knowing

23  whether it was one person, a team, a computer.  I

24  mean, again, I have only the data.

1      Q.   Okay.

2      A.   But the similarity of the records is

3   extremely similar even in the context of other

4   high-quality clusters.

5      Q.   Okay.  Well, did you take into account

6   whether it's humanly possible for one person over

7   two years, assuming some time for sleeping and

8   eating and using the bathroom, to create 62,000

9   accounts?

10     A.   It's obviously possible.

11     Q.   Okay.

12     A.   How many characters have I typed -- I

13   mean, we're not talking about quadrillions or

14   something?

15     Q.   Are you familiar with Mailinator?

16     A.   To some extent.

17     Q.   What is Mailinator?

18     A.   My understanding was that it's a domain

19   name of an e-mail address -- or a service that

20   provides e-mail addresses with that domain, which

21   I don't recall the details of the extent to

22   which -- like, how one creates a large number of

23   e-mail addresses with that domain, but it has

24   something to do with creating anonymous e-mail

211

1  accounts, I believe.

2       Q.    Anonymous or disposable; right?

3       A.    Or perhaps.  I don't recall details of

4  the system.

5       Q.    In your prior work outside TelexFree, do

6  you have experience with dealing with anonymized

7  or disposable e-mail addresses as a

8  more-than-insignificant factor?

9       A.    Factor in my life?

10      Q.    Well, in your analysis.

11      A.    In my analysis of what outside of

12  TelexFree?

13      Q.    Yeah, prior to TelexFree, have you ever

14  dealt with any appreciable quantities of

15  anonymized or disposable e-mail addresses?

16      A.    I don't think so, but it wouldn't have

17  been relevant to either the financial or

18  residential property datasets or I don't think

19  that was -- I don't recall if there were e-mail

20  addresses in the personal records associated with

21  the residential records.

22      Q.    Many of the accounts under John Williams

23  have some permutation of a street address that I

24  believe is 534 Warry, W-A-R-R-Y, Lane.  Does

212

1  that -- do you recall that?

2      A.   I wouldn't say a permutation of it.

3  It's rather, as I described, the numbers are all

4  different and, or there's many different numbers

5  that occur.  I don't know that they're all

6  distinct.  And it always ends in the Warry Lane.

7          As I described, those are -- all 62,725

8  accounts end in Warry Lane for rep_end, and have a

9  Mailinator.com domain; and furthermore, they are

10  the only accounts in the entire collection of

11  almost 11 million that have those two properties.

12      Q.   Right.  As part of your work, did you

13  attempt to see if there is, in fact, a Warry Lane

14  somewhere in the United States?

15      A.   I don't recall whether I checked.

16      Q.   Okay.  By the way, I think you said it

17  before, but I want to put the question before you

18  cleanly.

19          As part of this process, you didn't talk

20  to any participants of TelexFree; correct?

21      A.   Not to my knowledge.  Certainly not

22  knowingly in the course of the work.

23          MR. RONA:  I'm going to mark some other

24  exhibits.  I guess we can set aside your report.

213

1   I think we've covered that.

2           MR. LYNE:  Estimate?

3           MR. RONA:  I just want to go through a

4   couple additional exhibits.

5           THE WITNESS:  Five minutes?

6           MR. RONA:  I'll be more than 15 minutes

7   so if you want to take a five-minute break now,

8   that's fine.  If you want to power through it.

9           THE WITNESS:  A five-minute break sounds

10  good, thank you.

11          (Whereupon, a recess was taken.)

12          MR. RONA:  So I want to mark an exhibit

13  here.

14          (Marked Exhibit 3)

15  BY MR. RONA:

16      Q.   This is a two page e-mail string and

17  I'll just first ask you if you recognize this

18  document.

19      A.   Yes.

20      Q.   Okay.  And that is the lower half, the

21  earlier e-mail is from you using your MIT e-mail

22  account; is that correct?

23      A.   That's right.  It looks to me like this

24  whole thing is Jean-Louis' e-mail to me that

214

1  quotes my earlier e-mail.

2      Q.   Okay.  Who is Jean-Louis?

3      A.   Jean-Louis Sorondo, S-O-R-O-N-D-O, is at

4  Huron Results Group and he was my main and only

5  point of contact for technical questions regarding

6  the dataset and who provided me with the datasets.

7      Q.   Okay.  And is Jean-Louis Sorondo with

8  Huron?

9      A.   He was at the time.  I assume so still.

10     Q.   Okay.  And there's also a person named

11 Mark Meras who's copied.

12     A.   Correct.

13     Q.   Who's Mark Meras?

14     A.   Mark Meras is Borelian professional who

15 assisted me with setting up the large servers and

16 helping to run some of the large parallel

17 computations.

18     Q.   Okay.  This e-mail from -- the one that

19 Jean-Louis is responding to, so from you at the

20 bottom of the page, refers to a "lado field."  Do

21 you see that?

22     A.   Yes.

23     Q.   Did you do any analysis of or make any

24 use of the lado field?

215

1      A.   I did a little analysis, which is what
2  led to this question.  I did not ultimately make
3  use of it for reasons I describe in the report.
4      Q.   Okay.  And what was your understanding
5  what the lado field contained?
6      A.   My understanding is that in some way was
7  related to triangular transactions.  I still don't
8  fully understand the left versus right branch.
9           But I understand enough to know that
10  it's not relevant to ascertaining identities of
11  people, and instead involved their relationship in
12  the scheme in some way, not who they were.
13      Q.   Okay.  Well, you have an awareness that
14  TelexFree is alleged to be both a Ponzi scheme and
15  a pyramid scheme; is that right?
16      A.   Yes, that's my understanding.
17      Q.   One aspect of the pyramid component is
18  that each participant was encouraged to recruit
19  other people underneath them in what would become
20  a pyramid-like structure.  Do you have awareness
21  of that?
22      A.   Roughly, though, I'm not sure that the
23  "underneath them" fits the same metaphor as "left
24  and right" here.

216

1        Q.   Are you aware that in TelexFree, your
2   downlines would be referred to as your "left side"
3   and your "right side"?
4        A.   No, I wasn't aware of that detail.
5   You're saying there's two different accounts, one
6   left and one right.
7        Q.   Yeah, have you seen anywhere, references
8   to a binary system in TelexFree?
9        A.   I don't think so.
10       Q.   So binary -- assume for my question that
11   "binary" means that each participant, in order to
12   get the benefit of having downlines, has to fill
13   two positions below them; one referred to as "the
14   left," and one referred to as "the right."
15       A.   What's the distinction between the two?
16       Q.   The distinction is -- well, for purposes
17   of my question, the distinction is that it's
18   arbitrary, but you have to have both positions
19   filled.
20            My question is:  If you knew that a
21   participant, in order to get the benefits of
22   having recruited someone, actually has to recruit
23   two people; one assigned to the -- arbitrarily to
24   the left, and one assigned to the right, would

217

1  that have had any impact on your attempts to

2  determine participant either identity or

3  relationship?

4       A.   No, my understanding was not that it was

5  guaranteed that such relationships would

6  necessarily be a different person, whether or not

7  it was required.  And so it would be of no use in

8  determining which was which person.

9       Q.   Okay.  Okay.  Let's set that aside.  I'm

10  going to try to move quickly through these.  I

11  appreciate your efforts to keep your answers on

12  point, as I'm trying to keep my questions concise.

13       A.   Sure.

14            MR. RONA:  This will be marked as

15  Exhibit 4.

16            (Marked Exhibit 4)

17  BY MR. RONA:

18       Q.   Let me know when you have that.

19       A.   It's 18 pages.

20       Q.   And I'm not really going to ask you

21  about all 18 pages, but if you want to look

22  through it, you can, but I'm only going to ask you

23  about a few parts of this.

24       A.   Is this all one message with many quoted

218

1   replies or is this multiple messages printed as a
2   single thread?
3        Q.   I will -- this was, I believe, produced
4   in this fashion.  I don't know if I can comment on
5   which of those it is, but it does appear to be an
6   e-mail chain.
7        A.   Okay.
8        Q.   I'll just put it that way.
9        A.   Which page should I look at --
10            MR. LYNE:  Page 6 is handwritten.
11       A.   I believe that was something that
12   Jean-Louis scanned and included in his --
13   BY MR. RONA:
14       Q.   That's the page I wanted to get to.
15   That thing that was handwritten that was scanned
16   on page 6, you recall reviewing this before?
17       A.   Yes, briefly.
18       Q.   Okay.  And what did you interpret this
19   to be showing you?
20       A.   As Jean-Louis said, he described this as
21   a sample of how promoters kept their records.  And
22   you can see the relationship in the representante
23   table.
24            And what I took from this is what I just

219

1  said; namely, that it isn't necessarily helpful

2  for determining which accounts are attributable to

3  which person, as opposed to relationships that

4  they had in the hierarchy of recruiting.

5      Q.   Okay.  Well, was there some need in this

6  case in TelexFree, to understand the recruiting or

7  promoter/promotee relationship in part because of

8  the possibility, and I think the acknowledged

9  practice, that certain fields in the account

10 information could be inverted; meaning, a

11 promoter's information could appear in the

12 promotee's account or a promotee's information

13 could appear in the promoter's account?

14          MR. LYNE:  Objection.

15     A.   Not to my understanding.  My

16 understanding of Jean-Louis using this had to do

17 more with the other aspects like net equity

18 calculation or things that I wasn't involved in.

19 BY MR. RONA:

20     Q.   As far as you were concerned, all the

21 talk about left sides and right sides and things

22 that seem to touch on the pyramid aspects of this

23 weren't of any particular interest to you; is that

24 correct?

220

```
 1            MR. LYNE:  Objection.
 2       A.   Not sure what you mean "of interest."  I
 3  mean, I just described how I ascertained its
 4  irrelevance, but I was interested in its
 5  irrelevance because, like all of the 44 fields, I
 6  went through them systematically to see which were
 7  relevant.
 8            I wanted to make sure I understood
 9  enough about this to know that it was not
10  relevant, and I was therefore interested in it.
11            MR. RONA:  We can set that aside.  I'm
12  going to show you what's going to be marked as
13  Exhibit 5.
14            (Marked Exhibit 5)
15  BY MR. RONA:
16       Q.   This is a seven-page e-mail string.
17  This is how it was produced.  I haven't combined
18  anything.  You can look through it and then tell
19  me when you're satisfied if you're able to
20  recognize, tell me whether you recognize this
21  document.
22       A.   Yeah, I recognize it.
23       Q.   Okay.  And the top, the first page has
24  an e-mail from Jean-Louis Sorondo to you in July
```

221

```
 1   of 2021.  Do you see that?
 2       A.   Correct.
 3       Q.   Do you remember an issue concerning
 4   either potential data loss or some need to go back
 5   to an earlier version of data?  Do you remember
 6   that?
 7       A.   By whom?
 8       Q.   By Huron.
 9       A.   I don't recall data loss by Huron.
10   There's the -- somewhat subtle situation he
11   described in the first bullet point.  I don't
12   recall data loss.
13       Q.   What was the subtle situation that he
14   described?
15       A.   He describes how -- let me read it.
16       Q.   Would it help if we went to your e-mail
17   that he's responding to on page 3?
18       A.   Perhaps.
19       Q.   Let's do that.  Top of page 3, there's
20   an e-mail from you referring to 11.8 million of
21   the 17 million records having a null value for the
22   secondary password field?
23       A.   Yeah, I don't think that's related to
24   the other points you were asking about, but I
```

222

1  could answer questions about that as well.

2      Q.   Okay.  Well, okay, what do you think the

3  question was referring to?

4      A.   I think he was just explaining how and

5  why it was taking him some time to get the virtual

6  machines, the VMs from which the tables were

7  exported.

8           So I remember confirming that the four

9  tables that I was working with seemed plausibly to

10 be the same contents as what was on the VM.

11          And then as he explains, the content is

12 the same across, but he wanted to make sure I had

13 a copy of everything that might be relevant.

14          And this is explaining why there was

15 some delay in getting the VMs that were the

16 ultimate source of those data tables, but I don't

17 think there's anything of any interest in terms of

18 the aggregation there.

19          Once I confirmed that the data tables

20 matched what was available on the VMs, I didn't

21 consider them further.

22     Q.   There's a reference to a "deprecated

23 table."  In your field, what does "deprecate" mean

24 when it refers to data?

223

1         A.   I don't believe it was a deprecated
2    table.  I believe it was a deprecated string in
3    the final name of one of the VMs.
4         Q.   Okay.
5         A.   And I think that was the question that
6    he was actually answering in number one.  So I
7    asked, why does one of the VMs have the string
8    "deprecated" in it, which indicates that it may
9    not be the most recent version.
10             And he explains in bullet point one --
11   I'm not sure I can do any better than reading to
12   you what it says, but I believed what he said.
13        Q.   In any event, you were satisfied about
14   his explanation?
15        A.   Yeah, it seemed that, as he was saying,
16   there was nothing interesting to say about the
17   content, but for completeness he was just showing
18   all of the ultimate sources of the same data that
19   I had been using all along.
20        Q.   Okay.  I'm going to keep moving.  You
21   can set that aside.  Try to go quickly here.
22   Let's go to Exhibit 6.
23             (Marked Exhibit 6)
24   BY MR. RONA:

224

1      Q.   This is another e-mail string as
2  produced to me.  And it might even be related to
3  the same e-mail string that we saw earlier.
4      A.   Oh, I see.  This is all one message, but
5  because it quotes so much, it has substantial
6  overlap in what it quotes.
7      Q.   I'm now going to just ask you about
8  page 1.
9      A.   Okay.
10     Q.   This is an e-mail from you to
11 Jean-Louis.  Do you see that?
12     A.   Yes.
13     Q.   And where you have one more question for
14 now, it says.  There's references to Huron's
15 amalgamation process.  Do you see that?
16     A.   Yes.
17     Q.   Is Huron's amalgamation process
18 referring to Huron's aggregation that was
19 conducted and used in this case?
20     A.   Yes.
21     Q.   Okay.  And did you understand that there
22 were actually -- there were ultimately 13 steps
23 that were used, but there were actually 15 steps
24 that had been done?

In re: Chapter 11 Cases TELEXFREE vs
FRANZ BALAN

Cameron E. Freer
April 04, 2023

225

1      A.   Yeah, that's my recollection.

2      Q.   Okay.  And so -- was it your

3  understanding that each one of those steps, the

4  output was captured or preserved in some way?

5      A.   Yes, I believe one of the tables

6  described the clustering that resulted at the

7  intermediate steps.

8      Q.   Okay.  And so it would have been

9  possible to look at the state of the amalgamation

10 maybe at the end of step 11, 12, 13, but also 14

11 and 15; is that right?

12     A.   Yes, but one wouldn't need the dataset

13 to do that.  They described their method and one

14 could simply do it, but sure, it was present in

15 one of the tables, I believe.

16     Q.   Did you look at those different

17 iterations or different outputs from the different

18 steps?

19     A.   Not in any detail, but I do recall some

20 initial questions about the content of what they

21 did just towards understanding it generally.

22     Q.   Okay.  And is that the reason that you

23 were looking at it was to sort of gain general

24 understanding at a -- I'm guessing at a very

226

 1  initial phase?

 2      A.   Yeah, I believe there was one or two

 3  weeks working into the data just getting an

 4  understanding of the case and the dataset I was

 5  trying to understand what they had done.

 6      Q.   Was there ever any discussion or inquiry

 7  into how your output would relate or might relate

 8  to any of the outputs from any of the steps in the

 9  Huron amalgamation?

10      A.   What do you mean, was it discussed;

11  like, did they discuss it?

12      Q.   Were you part of any discussion where

13  there was -- where the topic of any comparison

14  between your output and any of the outputs of

15  Huron were compared in any way?

16      A.   Informally, I was somewhat aware of how

17  the result compared.  There's nothing formal

18  that's part of my --

19      Q.   When you say "informally," who did that

20  comparison that was discussed informally?

21      A.   My brain in this incident, it's

22  impossible to be unaware.  I didn't unlearn what I

23  learned about the Huron dataset or the Huron

24  result.  And so having computed my aggregation, I

227

1  was aware of the ways that it differed not just in

2  methodology, but potentially the results.

3          As one example, outside of my brain, if

4  you look at Exhibit 5, I produced that in the

5  format quite similar to an exhibit, maybe even

6  Exhibit 5 also, of the Stoneturn report.

7          And where possible, I made it in a

8  similar format to facilitate comparison.  The

9  Huron result was not, in any way input or

10  providing a guide to how to do my methodology, but

11  in case it's useful to compare it, I produced this

12  table in a similar format.

13     Q.    Exhibit 5, you're referring to what's

14  appended to your report?

15     A.    That's one of them and the other one is

16  in the Stoneturn rebuttal.  I modeled the format

17  for this on a table in the Stoneturn rebuttal to

18  facilitate comparison, but I didn't do a

19  particularly extensive comparison myself beyond

20  the kinds of things that are implicit here or what

21  I was aware of in the course of performing the

22  methodology.

23     Q.    Did you have any concerns about whether

24  it was maybe better not to know what the Huron

228

1  output looked like or did that not factor into

2  your consideration?

3      A.   Did I have any concerns?  I mean, I was

4  handed it near the beginning.  I don't know, I

5  don't recall my emotional state at the time, but

6  it was impossible to unsee it having been handed

7  it, if that's what you're asking.

8      Q.   All right.  We can set that aside.

9  Let's go to -- this will be marked as Exhibit 7.

10          (Marked Exhibit 7)

11 BY MR. RONA:

12     Q.   Now, in your output files, did you at

13 any point bring back in or was it always there,

14 the C13 entry that Huron made?

15     A.   What do you mean, "Was it always there"?

16     Q.   Well, meaning --

17     A.   It's not in the final output.

18     Q.   In your output files, do you list the

19 C13?

20     A.   No.

21     Q.   Okay.

22     A.   No, and as I described in the figure on

23 page 43, the only two ingredients that play a role

24 even as input in my methodology that came from

229

1   Huron, as opposed to being passed along by them

2   from a dataset they didn't create, were the entity

3   and the equity fields of rep_ID summary, which

4   played the role I showed there.

5       Q.   Okay.  That was my only question about

6   that one.  Set that aside.  Let's go to Exhibit 8.

7            (Marked Exhibit 8)

8   BY MR. RONA:

9       Q.   This is a six-page e-mail string as

10  produced to me, and you can look through it if

11  you'd like, but I'll just first ask if you

12  recognize this document as an e-mail chain that

13  you were part of?

14      A.   I believe so, except I don't think I've

15  seen a version that had work product excised in

16  this way.

17      Q.   And the e-mail on the first page at the

18  top is a response by Andrew Lizotte to an e-mail

19  that you sent; is that correct?

20      A.   That's correct, yes.

21      Q.   We're in November 2021.

22      A.   Mm-hmm.

23      Q.   And I'm sorry, you have to just sort of

24  say "yes" or "no."

230

1      A.   Yes, correct.

2      Q.   Question one that you wrote at the

3  bottom was, "What was the methodology from going

4  from a Huron-generated cluster to the name of the

5  defendant (i.e., how would you pick who to sue

6  given a cluster, when the cluster involves

7  multiple names)?"

8           Do you recall writing that question?

9      A.   I do.

10     Q.   Okay.  Why were you asking that

11  question, do you recall?

12     A.   My recollection is that at the time it

13  wasn't clear to me if the task I was assigned was

14  merely to aggregate the accounts as I did or also

15  to do the additional step that we've discussed,

16  which I did not do, of choosing a particular --

17  either a particular record within the cluster or a

18  particular choice of values for each field.

19           In fact, that was not what I was tasked

20  with, but at the time I wasn't sure and I was

21  curious how it was done in the Huron case, because

22  that didn't seem to be part of their described

23  methodology either.

24     Q.   Okay.  Well, at this time in November of

231

1   2021, had there been discussions between you and

2   Murphy & King about whether the scope of your

3   assignment would include this additional step of

4   taking the link or the group data and applying it

5   to individual people?

6        A.   You're asking before this time?

7        Q.   Yeah, as of the moment you wrote this

8   e-mail on November 3rd, had you been part of

9   discussions where that was -- that issue was

10  discussed as a possibility?

11       A.   Not that I recall.  My sense is that I

12  sent this because it was ambiguous because we had

13  not discussed it.  And it turned out subsequent to

14  this discussion that that was not part of what I

15  was charged with doing.  But I don't recall that

16  we specifically discussed it one way or the other

17  before.

18       Q.   This is now a hypothetical question, but

19  if it had been part of your assignment if Andrew

20  Lizotte had replied, you know, "I don't know, but

21  that's why you're the expert, you figure it out,"

22  would you have done anything additional or perhaps

23  differently than what you did?

24            MR. LYNE:  Well, I'm going to instruct

232

1  him not to answer.  He's an expert.  You want to
2  engage an expert, you're happy to do so, but you
3  can't use him as your expert.
4          MR. RONA:  I'm not trying to use him.  I
5  think I'm allowed to ask him a hypothetical
6  question about the scope of his work, and by
7  definition, things that weren't in his scope, what
8  those would have entailed.
9          MR. LYNE:  I'm going to disagree
10  respectfully.  I'm going to direct him not to
11  answer that question.
12          MR. RONA:  Okay.
13          MR. LYNE:  Okay.
14  BY MR. RONA:
15      Q.  Do you recall learning from Mr. Lizotte
16  that the issue didn't really come up in the Huron
17  analysis because the way that name took the
18  forefront of the deterministic approach that was
19  used that, pretty much, there wasn't this -- there
20  wasn't as much of a need to relate a person to the
21  name of the grouping.  Do you recall learning
22  that?
23      A.  I'm not sure what you mean by
24  "learning."

233

```
 1      Q.   Well, let's go to --
 2           MR. LYNE:  I was just going to say,
 3   objection.
 4   BY MR. RONA:
 5      Q.   Let's go to Andrew Lizotte's response.
 6   Do you see that he says, "Huron never really had
 7   to migrate from a cluster containing multiple
 8   names to a single names because the cluster always
 9   had just one name."  Do you see that?
10      A.   I see that sentence.
11      Q.   Do you recall that -- finding out that
12   the reason that there wasn't something more
13   explicit in the Huron analysis was because there
14   wasn't as much need because each cluster was
15   pretty much tied to just one name?
16      A.   Again, what I meant by "depends on what
17   you mean by 'learning,'" here I say it depends on
18   what you mean by "finding out."
19           He's definitely asserting it.  I don't
20   believe it, so I wouldn't say that I learned it
21   from this.  I see that he's saying that.
22      Q.   Okay.  After this e-mail, were there
23   further discussions about whether this should be
24   part of the scope of your assignment or not?
```

234

1      A.   "Whether this" -- you mean clustering
2   multiple names to a single name or something else?
3      Q.   In terms of your question, "How would
4   you pick who to sue given a cluster," were there
5   further discussions about that after this e-mail?
6      A.   I don't recall the details except I do
7   recall being made clear that was not part of the
8   scope.  I'm not sure --
9      Q.   I'm sorry.
10     A.   I'm not sure how much of a discussion
11  there was versus just conveying that one-line
12  message.  I don't remember if we discussed it back
13  and forth, but I was told that, but it was made
14  clear to me that was not part of the scope.
15     Q.   Maybe I have it here.  You can set that
16  aside.  Let's go to...
17          (Marked Exhibit 9)
18  BY MR. RONA:
19     Q.   There's another e-mail from Andrew
20  Lizotte.  This is a seven-page string.  It looks
21  like you replied to Mr. Lizotte and he replied to
22  you after in between Exhibit 9 and Exhibit 8.
23  Does that seem --
24     A.   Correct.  In fact, that final paragraph

235

1  on page 1 is me asserting, "I don't think it's the
2  case," what you just said, to Andy.
3       Q.   This is talking about, on the bottom of
4  page 1.
5       A.   Yes, so that paragraph is what I was
6  describing a moment ago.
7       Q.   Could you just be more explicit, what do
8  you mean by, "I don't think that's actually the
9  case"?
10      A.   That's precisely regarding the point 1
11 that we read a moment ago.  "Under the 13 step
12 methodology, Huron never really had to migrate
13 from a cluster containing multiple names to a
14 single name because the cluster always had just
15 one name."
16      Q.   I see.
17      A.   I was saying, "No, that's not the case,"
18 and then he responded to that at the top of this
19 page.
20      Q.   Meaning you were factually disagreeing
21 with the assertion that the Huron analysis pretty
22 much had a monolithic name output?
23      A.   I don't know what you mean by "pretty
24 much had a monolithic name output," but I'm

236

1  disagreeing with what Andy said in the same way I

2  was saying I didn't believe it a few minutes ago.

3      Q.   Is it this e-mail or was it over the

4  phone, but where did you get the instruction not

5  to delve into moving from names in the name field

6  to people that would actually be sued?

7      A.   I don't remember when, but it's clearly

8  not this e-mail because it doesn't say that.

9      Q.   Okay.

10          MR. RONA:  Can I just take like a

11  one-minute break and look through my notes?

12          MR. LYNE:  Sure.  Can we kill this

13  exhibit?

14          MR. RONA:  To the extent that that's

15  possible, I'll set it aside.

16          (Whereupon, a recess was taken.)

17          MR. RONA:  Dr. Freer, thank you.  I

18  don't have any more questions for today.

19          MR. LYNE:  So whenever I hear someone

20  say "any more questions for today," just so you

21  understand, I consider the deposition closed.

22          MR. RONA:  I'm sure I'll have more

23  questions at a later opportunity.

24          MR. LYNE:  At any hearing, that's fair

237

1  game.  Not in a continued deposition.

2         I need to get a download of the

3  exhibits.  I know there's a way to do it.

4         MR. RONA:  I'll put my order on the

5  record that we would like electronic-only delivery

6  of a PDF full and mini and exhibits by Friday,

7  under whatever is the most economical means to get

8  it by Friday.

9         MR. LYNE:  Cynthia, could you send me an

10 e-mail which just gives me your contact

11 information so I can get back to you on getting

12 copies ourselves.

13         (Whereupon, a discussion was held off

14         the record.)

15         MR. LYNE:  Ten business days, okay,

16 electronic copy and a mini.

17         (Whereupon, the deposition concluded at

18         4:42 p.m.)

19

20

21

22

23

24

238

1         I, Cynthia A. Powers, Shorthand Reporter

2  and Notary Public in and for the Commonwealth of

3  Massachusetts, do hereby certify that there came

4  before me on the 4th day of April, 2023, the

5  person hereinbefore named, who was by me duly

6  sworn to testify to the truth and nothing but the

7  truth of their knowledge concerning the matters in

8  controversy in this cause; that they were examined

9  upon their oath, and their examination reduced to

10 typewriting under my direction; and that the

11 deposition is a true record of the testimony given

12 by the witness.

13        I certify that I am neither attorney or

14 counsel for, nor related to or employed by, any of

15 the parties to the action in which this deposition

16 is taken, and that I am not a relative or employee

17 of any attorney or counsel employed by the parties

18 hereto or financially interested in the action.

19        IN WITNESS WHEREOF, I have hereunto set

20 my hand and affixed my notarial seal this 7th day

21 of April, 2023.

22

23 Cynthia A. Powers, Notary Public

24 My Commission expires June 21, 2024

239

1            ERRATA SHEET DISTRIBUTION INFORMATION

2            The original of the errata sheet has

3    been delivered to Mr. Lyne.

4            When the errata sheet has been completed

5    by the deponent and signed, a copy thereof should

6    be delivered to each party of record and the

7    ORIGINAL delivered to Mr. Rona, to whom the

8    original deposition transcript was delivered.

9

10                INSTRUCTIONS TO DEPONENT

11            After reading this volume of your

12   deposition, indicate any corrections or changes to

13   your testimony and the reasons therefor on the

14   errata sheet supplied to you and sign it.  DO NOT

15   make marks or notations on the transcript volume

16   itself.  Add additional sheets if necessary.

17   Please refer to the above instructions for errata

18   sheet distribution information.

19

20

21

22

23

24

240

```
1   ATTACH TO THE DEPOSITION OF CAMERON E. FREER

2   DATE TAKEN: April 4, 2023

3                     E R R A T A
    Page/Line            CHANGE            REASON
4   _____

5   _____

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  _____

24  _____
```

241

```
 1         I, CAMERON E. FREER, do hereby certify
 2    that I have read the foregoing transcript of my
 3    deposition, and except for any corrections or
 4    changes noted above, I hereby subscribe to the
 5    transcript as an accurate record of the statements
 6    made by me.
 7
 8    _____
 9         CAMERON E. FREER
10
11         On this_____day of_____,
12    2023, before me, the undersigned notary public,
13    personally appeared CAMERON E. FREER, proved to me
14    through satisfactory evidence of identification,
15    which were_____, to be the
16    person whose name is signed on the preceding or
17    attached document, and who swore or affirmed to me
18    that the contents of the document are truthful and
19    accurate to the best of their knowledge.
20
21    _____
22              NOTARY PUBLIC
23
24
```

Case 16-04006   Doc 443-4   Filed 07/21/23   Entered 07/21/23 22:42:28   Desc Exhibit
D    Page 244 of 284

In re: Chapter 11 Cases TELEXFREE vs
FRANZ BALAN

Cameron L. Freer
April 04, 2023

**$**

**$10,000**
84:12 86:4,5

**0**

**0.00002**
109:11

**1**

**1**
11:15 13:12 36:19
50:14 107:20 124:9,
10 126:8,17 127:9
166:10 224:8 235:1,
4,10
**10**
40:9 41:4,23 43:16
**10,000**
86:14,15
**100**
159:18 176:10
189:15 200:12
**101**
107:15
**101-year-olds**
107:16
**10ksample.xlsx**
114:13
**11**
50:21 52:5 54:24
55:2 56:2 70:13
109:13 150:9 153:2
156:13,20,23 157:9,
10,16 165:11 166:20
208:24 212:11
225:10
**11.8**
221:20
**116**
181:8
**11:22**
50:6
**12**
91:24 92:21 180:3,5,
9 225:10
**120**
43:16
**123**
146:10

**124**
146:10
**13**
13:7 180:5,9 224:22
225:10 235:11
**132785**
88:1,16 96:21 98:8
**14**
180:5,10 225:10
**14-point**
83:11,14
**15**
12:6 13:6 38:2 213:6
224:23 225:11
**158**
208:12 209:10
**16**
39:1 40:1
**17**
39:1 50:20 52:4
54:22 157:8 221:21
**18**
217:19,21
**1999**
10:15
**1:45**
123:6,7
**1:50**
123:7,8

**2**

**2**
36:21,22 37:1,18
38:16 39:7 54:2
130:6 159:17 165:1,
3 166:11
**200**
107:9
**2003**
10:18
**2008**
10:20 13:13,15,19
14:3
**2010**
13:15
**2020**
13:1 126:20
**2021**
131:1 221:1 229:21
231:1
**208**
40:9

**210**
41:7
**236**
94:8
**24**
109:7 133:14,24
**25**
109:7,8 129:1
**253**
90:2
**26**
109:7,8
**265**
90:5
**266**
90:7
**28**
5:7

**3**

**3**
38:3,4 50:14 87:20
112:19 143:17
144:2,17 166:11
208:10 213:14
221:17,19
**30**
202:5
**300**
110:3 112:4,7
**3rd**
231:8

**4**

**4**
91:1,2,5 174:21
181:7 182:18 183:4
208:10 217:15,16
**43**
43:15 50:18 52:3
56:3 57:8 60:5 165:1
174:2 208:6 228:23
**44**
150:3,11,14,16
153:2 220:5
**45**
146:3
**470**
94:17
**471**
92:19 94:12 95:12

**49**
204:7
**4:42**
237:18

**5**

**5**
38:23 130:5 132:4
136:3 174:9,21
182:17 183:4 194:7
220:13,14 227:4,6,
13
**50**
171:9
**51**
204:6
**534**
211:24
**57**
93:7 94:2 96:19 97:3
171:9

**6**

**6**
40:11 107:21 174:9,
11 218:10,16
223:22,23
**61**
182:23 187:6,13
**62**
194:16
**62,000**
207:14 208:23
209:5,19 210:8
**62,725**
207:17 208:7 212:7

**7**

**7**
38:16,19 40:15 47:3,
14 228:9,10
**70**
202:4
**72**
40:9 41:4
**73**
98:23
**74**
98:23
**75**
98:24

**78**
  38:1

_____

**8**

**8**
  38:20 184:14 229:6,
  7 234:22
**80**
  97:4 181:3 201:5
**85**
  202:10
**89**
  133:18,19

_____

**9**

**9**
  95:22,24 96:6,11
  174:15 234:17,22
**90**
  114:1 135:1 149:18
  192:19 193:1 200:19
  201:3 202:3
**92**
  122:21 128:23,24
  182:19,24 183:3
  187:10 189:11
  192:19 193:2
**93**
  144:6
**95**
  110:9 113:24 144:23
**97**
  109:21 112:15
  143:22 144:20
**98**
  110:5 111:17 144:20
**99**
  113:6,9,15,18

_____

**A**

**A's**
  80:18
**A1**
  80:19,20 81:13
**A2**
  80:19,21 81:11
**abbreviations**
  114:17
**ability**
  7:20 20:14 33:23
  152:24 169:12

**absolute**
  193:11
**absolutely**
  170:14
**abundantly**
  131:16
**academic**
  16:15 17:2 19:20,22
  20:2,24 35:20
  149:16 195:19
**accepted**
  101:16
**accessibility**
  101:10 104:15
  106:11 125:22 126:2
**account**
  40:13 42:2,5,16
  45:3,8 46:12 48:13
  49:11 51:4 52:11,12,
  15,24 53:11,19,20
  60:10,11,15,16 61:7,
  9,10 62:3 63:13
  64:15,16 65:11
  69:24 70:2 78:24
  80:24 82:4,5,12,14
  84:10,13,21,22 85:4
  86:4,5,14 110:23
  120:17 121:3,9,18
  122:1 130:12 137:4
  146:17 150:24
  153:8,13,16 155:1
  163:9 167:13,15
  168:4 174:14,17
  176:24 177:3,8,10,
  21 178:3,22 192:17
  197:19 200:1 201:2,
  4 206:20 210:5
  213:22 219:9,12,13
**accounts**
  49:17 50:13,21,22
  51:11,12 52:5 53:3,
  4,5,24 54:10,11,19
  55:6,11,17 60:9,12,
  14 61:10 62:8,12,15,
  18 63:9 64:9 65:4
  67:2 75:12,20 76:4,
  10 77:12 79:8,16,24
  80:3,18,19,21,22
  81:11,14 82:18
  84:19 85:8 86:3,6,8,
  9,12 92:19 110:10
  112:11,13 135:12,20
  137:7,8,12,17

  142:12 144:23
  146:18 148:11
  154:4,17 155:17,18,
  24 156:24 157:3,5,
  16 158:9 159:4
  163:12,14,22,24
  164:15 166:14 167:9
  177:5,8 178:13
  179:4 180:16 186:2
  197:1,17 198:15
  199:16,20 200:4,10,
  17,22 206:9,10,17
  207:4,15,17,19,22
  208:1,19 209:6,19,
  21 210:9 211:1,22
  212:8,10 216:5
  219:2 230:14
**accuracy**
  31:24 32:7 36:12
  99:18,19 102:7,8,14
  103:11,20 105:5,10,
  14,20,22 106:2,7,13,
  23 114:1 118:22
  119:6 125:24 126:3
  127:15 149:18
**accurate**
  31:20 32:2,5 33:13
  67:13 103:10 106:1
  113:9 117:8 118:24
  119:3,13 128:3,4,6,
  12 138:14
**achievable**
  36:12
**achieve**
  79:11 147:4
**achieved**
  79:4 137:21
**achieving**
  147:11
**acknowledge**
  5:9,13,24 6:4,7
**acknowledged**
  219:8
**acquired**
  15:22
**actions**
  84:6
**activate**
  153:13
**active**
  26:14 153:16
**activities**
  22:10

**activity**
  187:15
**actual**
  49:6 61:13,15 62:17,
  20,23 63:6 64:4 65:3
  83:1 86:2 91:22 92:8
  96:20 111:6 144:3
  147:8 207:2
**Adams**
  135:19
**add**
  42:11 43:12 44:2
  77:9 125:2 206:9
**added**
  43:22 48:6,9 76:21
**adding**
  40:16 42:17,18
**addition**
  21:4 58:12 110:20
  125:3 147:18
**additional**
  58:6,15 63:8 67:7
  68:1 88:18 206:10
  213:4 230:15 231:3,
  22
**additionally**
  87:2 110:2
**address**
  61:13 66:12 67:22
  70:16,17 71:11 72:6
  90:15 91:5,11,16,20
  94:11,17,22 95:5,6,
  18 97:7,10 104:21
  108:14,19,24 118:4,
  22 120:19 131:20
  136:2,8,11,14
  153:15 156:1,2
  163:4 165:13
  181:15,20,22
  183:16,20 185:16,
  18,22 186:11
  201:18,19,23 210:19
  211:23
**addressed**
  103:21
**addresses**
  71:2,3,5,8,9,15
  72:20,21 73:6,9
  118:5,16 136:15,17
  163:10,16,22 164:3,
  14 183:9 186:12,17
  210:20,23 211:7,15,
  20

**adequate**
130:1
**adjust**
192:23
**administered**
5:14
**adopted**
43:9 80:5
**adult**
22:18 162:16
**adults**
28:21
**Advancing**
19:19
**affects**
84:16,17 151:17
191:14
**age**
107:15
**agent**
24:17 31:14
**agents**
24:15 33:23,24
34:10,21
**aggravation**
42:10
**aggregate**
40:16 70:19 71:10,
24 72:3,24 73:4
97:19 100:20 104:9
129:10 163:18
179:12 207:4 230:14
**aggregated**
66:10 135:18 137:4
138:3 163:23 166:18
167:4
**aggregating**
103:6 129:20 130:1
137:6,7
**aggregation**
36:11,15 40:12
41:11 43:24 44:1
47:7 51:10 60:2
62:13 66:12,16
67:21 71:21 72:4
75:1 79:3 90:10
92:17 97:20 98:12
101:9 102:9,12,22,
24 103:13 104:4
105:11 129:5,8,13,
16,19,23 148:20
154:2,8,13,19,22

155:22 156:4 157:10
158:4 173:18 184:1
192:22 207:8 222:18
224:18 226:24
**agree**
8:9 82:2,7,20 84:14
86:16 89:4,17 90:9
91:3 92:20 93:12,20,
23 95:4,15 96:24
102:6 111:20 133:5
135:21 136:23 137:5
138:18 142:24
143:11 147:22
148:3,5 164:12
166:22 167:1,4
168:18 175:16
177:17 184:4 187:18
199:15 200:3 203:13
206:8
**agreed**
206:8
**Agreeing**
184:4
**agreement**
5:20 94:24 166:19
174:22 177:15
180:14 182:24 183:5
184:21 185:2
195:22,24 196:1,2
206:1
**aim**
79:3
**aiming**
194:11
**akin**
26:20
**albeit**
62:9 103:10
**algorithm**
138:5 192:13
**Alice**
135:19
**alleged**
77:11 190:22 206:1
215:14
**allowed**
72:1 169:6,7 178:13
232:5
**alphabetical**
109:23 127:4
**alphanumeric**
148:23

**alternative**
43:8
**amalgamate**
167:20 209:21
**amalgamation**
224:15,17 225:9
226:9
**Amazon**
118:15
**ambiguous**
231:12
**Amherst**
10:11
**amiss**
48:17 49:24 59:22
**amount**
35:18 40:16 47:11
75:11 76:12 88:2
116:13,16 169:19
**amounts**
187:22
**ampersand**
72:12
**Analog**
14:19,21 15:15,22
16:5,18 17:7 20:18
**analogously**
170:5
**analogue**
15:18 100:6
**analogy**
83:7
**analysis**
27:15 39:15,19
54:18 58:9 59:1
63:5,8 64:2 67:5,24
78:14 81:12,16
102:14 105:20
108:22 114:9 117:18
142:7 149:3,13
157:1 187:1 191:4
205:14 207:1
211:10,11 214:23
215:1 232:17 233:13
235:21
**analytical**
26:10
**analytics**
9:18 21:22 22:7,8,16
24:2,6 31:10 33:9
**analyze**
25:2 54:10,16 55:22

69:18 117:15
**analyzing**
24:1
**Andrew**
229:18 231:19 233:5
234:19
**Andy**
235:2 236:1
**annoyed**
33:14
**anonymized**
211:6,15
**anonymous**
210:24 211:2
**answering**
18:19 223:6
**answers**
7:15 217:11
**apartment**
162:13,14
**apologize**
40:24 73:15 89:8
**apostrophe**
110:1
**apparent**
113:5
**appeared**
63:22 65:21 131:19
**appearing**
5:6 197:11
**appears**
12:13 13:7 61:1,8,10
82:14 90:20 92:13
94:17,21 95:19,21
96:10 110:11 113:8
134:22 141:1 159:13
180:4 197:10
**appended**
87:18 103:16 124:7
126:18 155:23
227:14
**Appendix**
159:17
**application**
17:3 27:4 101:6
184:24
**applications**
17:6,15,16,17 20:7
34:14
**applied**
16:16 75:8

**applies**
28:23
**apply**
51:9 81:8
**applying**
231:4
**appointment**
125:4
**appreciable**
211:14
**approach**
16:9 167:8 169:14
232:18
**appropriately**
193:14 200:5
**approved**
124:18
**approximate**
156:20 161:6
**approximately**
50:20,21 54:1,22,24
56:2 109:13 112:15,
19 156:13 157:8,9
**arbitrarily**
216:23
**arbitrary**
120:1 216:18
**area**
35:4
**arguably**
174:12,14
**arrangement**
5:18 6:1
**arrow**
52:7
**artificial**
14:15 16:10
**artificially**
204:10
**as-needed**
19:5
**ascertain**
66:22 71:6
**ascertained**
220:3
**ascertaining**
215:10
**ascribe**
173:12
**aspect**
16:17 28:15 29:8,11
32:14,15 215:17

**aspects**
11:4 24:19 26:13
75:3 99:4 101:2
110:17 115:9 128:20
165:20 172:10 190:6
201:23 219:17,22
**assert**
142:2
**asserting**
64:1 233:19 235:1
**assertion**
42:23 235:21
**asserts**
40:1
**assess**
34:7 105:10,14
108:10 109:5 118:1,
15 155:14 191:9
194:3 199:13
**assessed**
102:10 106:13
**assessing**
32:22 102:4 114:5
125:21 169:22
170:22 182:15
183:13
**assessment**
41:11 55:19 105:16
106:7,10 110:13
111:8,20 171:3
180:16
**assessments**
106:5
**assign**
82:18,22 86:13
192:9 195:9,10
**assigned**
75:13 79:24 87:3
98:13 190:23
216:23,24 230:13
**assigning**
198:2,5,6
**assignment**
36:8 40:11,13 121:5
137:9 197:17 198:18
206:2 231:3,19
233:24
**assignments**
175:15 192:16
199:11 206:4
**assisted**
214:15

**associate**
14:13
**assume**
12:15 78:20 79:7,22
83:20 120:10 126:22
214:9 216:10
**assuming**
81:2 210:7
**assumption**
78:23 79:5,9
**assumptions**
78:15 79:12
**assurances**
125:23
**attached**
12:10,11 13:6
**attempt**
49:5,7,16,23 54:10
71:1 72:22 73:3
98:22 120:14 142:7
157:15 172:19
212:13
**attempts**
172:15 217:1
**attention**
203:14
**Attorney**
6:2
**attorneys**
5:8
**attributable**
154:14,17 219:2
**attribute**
54:24
**attributed**
155:16
**attribution**
154:18
**augmented**
58:14
**augmenting**
58:9
**author**
127:4
**automated**
25:23 27:5,8,13,18
110:7 111:21 112:23
117:3 207:11 209:16
**automatic**
83:21
**automatically**
84:5 180:21 184:12

192:17
**Ave**
95:18
**avoid**
203:2
**avoiding**
203:22
**aware**
36:2 65:4,15,18 67:1
81:13 119:11,14
122:13 149:15
152:3,21 160:7
163:6 203:10,13
205:22 206:6 216:1,
4 226:16 227:1,21
**awareness**
35:23 206:16
215:13,20
**awful**
106:15

**B**

**Bachelor's**
10:17
**back**
9:24 15:13 20:18
27:1,15 35:20 46:23
50:6 52:3 56:3 60:5,
10 81:13,15 83:10
84:9 103:14 125:16
127:12 128:22 132:3
140:17 161:21
174:15 175:10 178:7
180:3 207:22 221:4
228:13 234:12
237:11
**background**
10:9 169:16 187:23
**bad**
28:7 144:18 202:21
204:23
**Baker**
135:20
**balance**
75:2 146:11 147:4,
10,13 148:7 203:1
**balancing**
100:2
**bank**
34:3 120:17 121:3,9,
18

**bankruptcy**
  6:23 35:24 36:4
**banks**
  33:18
**bar**
  152:24
**Barack**
  64:10,15,18,23
  111:10,15,23
**base**
  73:4
**based**
  24:4 46:1 47:23
  48:2,5 49:18 55:20
  64:5 82:2 92:13
  97:19 100:14,16,18
  105:2 110:14 116:17
  126:16,19 138:11
  146:22 159:1 176:22
  186:13 195:4,13
**basic**
  182:14
**basically**
  175:14
**basis**
  19:5 63:18,21 70:18,
  19 73:4 100:19,20
  104:10 105:8,15
  106:6,20 110:2
  130:2,21 131:12
  175:15 177:9 188:19
  198:8
**bathroom**
  210:8
**bear**
  74:1
**bearing**
  86:8 156:22
**beauty**
  184:11
**began**
  21:16,19 147:24
**begin**
  5:22 148:11
**beginning**
  109:8 147:6,9
  164:24 185:2,22
  228:4
**behalf**
  5:24 6:3,6
**behaves**
  188:23

**behavior**
  16:20
**believability**
  101:10 106:12
  107:3,4,5,24 108:10
  109:3,5,19 110:13
  111:7 113:5,14,19
  125:22 127:14 209:4
**believable**
  105:24 107:18
  109:17 110:24
  128:4,10 144:9
  209:5,7
**believably**
  127:17
**believed**
  223:12
**belong**
  74:15,19 75:16,21
  82:6,8 164:16 200:5
**belongs**
  82:6
**Ben**
  15:21 16:1
**benefit**
  216:12
**benefits**
  216:21
**big**
  120:6
**bin**
  195:23,24 196:1
**binary**
  216:8,10,11
**birth**
  166:21 167:24
  168:3,6,18,19,22
  169:5
**birthdays**
  149:2
**bit**
  21:15 33:20 44:23
  92:12 114:4 164:23
  196:9 207:14
**Bjørn**
  14:10
**black**
  200:2
**blank**
  168:5,15 169:6,9
**blanking**
  89:6

**block**
  172:4
**blocking**
  168:13 169:11,13,
  15,17 170:16 171:6,
  7,11,14,16,19,21,22,
  23,24 172:2,14,16
  173:5 174:4,19,21,
  24 182:16 209:2
**Bob**
  135:20
**bodies**
  108:17
**body**
  96:11
**bogged**
  175:1
**book**
  101:20,24
**books**
  149:8 159:24 160:23
**Borelian**
  9:19 21:17 214:14
**borne**
  105:12 185:10
**Boston**
  5:7
**bottom**
  12:24 13:3 43:17
  109:7 126:20 182:2
  196:4 214:20 230:3
  235:3
**bounds**
  134:19
**Brackett**
  95:6,7
**brain**
  14:16 15:10 226:21
  227:3
**branch**
  215:8
**Brazil**
  51:8
**Brazilian**
  53:11,17 55:17
  114:18 155:3 156:3
**break**
  48:23 50:3 123:3
  173:20 213:7,9
  236:11
**briefly**
  8:2 218:17

**bring**
  228:13
**broadly**
  31:8 36:10 48:15
  55:23 158:1
**broke**
  39:14
**broken**
  96:16
**brought**
  136:3
**brown**
  89:10,11
**Buffalo**
  10:12
**build**
  36:14
**building**
  17:20 20:16 21:21
  22:4 24:1,3 25:6
  26:1,20 162:13,14
  186:13
**built**
  33:9 162:6 186:14
**bullet**
  221:11 223:10
**bunch**
  61:3 62:15 102:3
  109:16 120:11 134:6
  143:11 171:13
  181:13 204:1
**business**
  130:17 136:14
  237:15

---

**C**

**C++**
  20:13
**C-L-E-A-N**
  165:9
**C13**
  228:14,19
**calculate**
  41:21 42:16 49:6,8,
  23 94:7 98:22 182:9,
  17
**calculated**
  42:3,8 57:7 92:15
  112:21 113:13
**calculating**
  43:4 174:22

**calculation**
43:20 44:7,18 46:12
49:11 76:24 77:4,6,
13 84:11 168:7
176:3 178:21 182:16
219:18

**calculational**
108:2

**calculations**
42:14,15 43:5,9
44:4,20,21 45:3 48:3
49:16 76:19 100:4,
11 148:17 163:8
177:4

**calderonr27@yahoo.com**
97:8

**call**
28:20 56:4 78:22
115:10 117:1 132:5
139:11,22 140:12
155:17 171:19 175:5
198:13

**called**
26:14 28:24 62:6
100:21 122:1 165:9
197:23

**calling**
110:11

**Cambridge**
15:24

**Cameron**
6:12 8:1

**Canadian**
187:5

**candidate**
190:5

**canonical**
68:6,8,12,22 69:17,
21 70:5,6 134:18

**canonically**
67:23 68:3

**capitalization**
93:24 208:14,17

**capitalized**
89:24 90:4,6

**captured**
99:17 225:4

**card**
120:16 121:19
122:18

**cards**

**care**
122:14

**care**
32:15

**careful**
176:7 204:24

**carefully**
94:24 172:9

**cares**
186:3

**caring**
85:18

**carrying**
105:11 161:18

**case**
11:11,21 13:14
35:20 36:8 37:15,19
42:20 45:18 48:16
50:22 51:6 59:3
61:7,9 63:22 64:6,
21,22,23 66:14
67:18 68:23 71:14
74:21 75:4,8,11,14
76:1,6 79:19,21 80:5
81:19 84:6 89:15
91:14 92:3 94:2
98:15 108:6,10
113:4 115:10 117:1,
5 118:11 125:8
131:18 151:18
152:18 156:17
157:21 158:8,17
159:20,24 161:15
166:5 169:8 170:15
171:24 180:18
181:16 184:19
185:23 190:8 196:17
197:1 199:1,16
200:8 205:11 206:13
219:6 224:19 226:4
227:11 230:21
235:2,9,17

**case-specific**
160:4

**cases**
16:6,15 17:1 32:3
115:6 119:15 122:16
149:19 164:9
185:13,18 186:3,19

**categories**
108:3

**caveat**
32:11

**cease**
46:7

**cellphone**
135:21 163:15

**certainty**
34:3

**certification**
18:3,6,8,12,13

**CFP**
166:21

**chain**
57:19 201:14 218:6
229:12

**chaining**
202:17 203:2,5,16,
18 204:10

**chains**
201:11,12

**challenge**
23:15 29:8 31:3

**challenges**
23:15,19,22,23

**challenging**
69:12

**chance**
83:13

**change**
42:10 45:24 77:1,3
83:22 138:18,19,20
192:5,14,15 193:7
199:8

**changed**
46:5,6 124:16
190:24 191:19

**changing**
30:2 193:8

**character**
91:14 109:20 145:7,
8 147:2

**characteristics**
105:23 106:11 128:7

**characterize**
103:12 116:4 188:11
207:18 208:23

**characterized**
57:12

**characters**
65:18,21 66:9 72:11
89:5,14 91:7 109:15,
22,23 112:16,17
120:1 143:11,12,13,
16,23,24 144:2,8,13,

**15** 145:3,4,13,15,16,
22 146:4 148:1
210:12

**charged**
231:15

**chart**
56:5 73:24

**check**
94:23 109:14 143:21
144:4 145:11 148:13
150:9 168:11 194:1

**checked**
154:23 212:15

**checking**
72:18 107:7

**Chicago**
10:16

**chief**
15:6 21:14

**chiefly**
34:5

**China**
140:22 184:6

**Chinese**
145:4,6,7,8,15,16

**chips**
15:18

**choice**
147:20 188:6 190:5,
13 193:14 194:21
195:2 230:18

**choices**
146:10 149:21
188:16 190:16
193:11 194:13,17,18
196:7 202:24

**choose**
151:6,10,19 188:5
191:13 192:19
194:18 206:3

**choosing**
182:13 193:14
230:16

**chose**
190:7

**chosen**
52:13 181:12

**Christen's**
101:20,24

**circumstance**
50:16 67:10 69:19
84:2 114:2 118:19

Case 16-04006   Doc 443-4   Filed 07/21/23   Entered 07/21/23 22:42:28   Desc Exhibit
D   Page 250 of 284

In re:Chapter 11 Cases PELEX/FREE vs
FRANZ BALAN

Cameron P. Freer
April 04, 2023

119:8 165:16 168:21
185:5 193:2 195:23
203:21 204:11
**circumstances**
115:14 119:9,12
128:9,11 140:7
163:17 164:18
**cite**
149:8 160:23
**cited**
101:22
**city**
183:16 184:6
**claim**
205:6,21 206:18
**claiming**
104:10 206:17
**clarification**
155:12 207:24
**class**
5:24 6:3,6
**classes**
6:21
**classifiers**
26:1
**clause**
35:13
**clean**
30:18 31:1,15
165:18 166:19
167:23 181:23
**clean_rep_nome**
165:9
**cleaned**
165:5,13,14 181:14
**cleaner**
203:4
**cleaning**
22:6 23:24 29:22,23
30:11 32:21 103:6
104:3 116:6 149:8,
17 165:2,20 166:11
193:13
**cleanly**
212:18
**clear**
95:14 131:16 148:13
230:13 234:7,14
**click**
153:15
**clicking**
11:22

**client**
152:17
**close**
36:20 124:5 195:23
**closed**
196:16,21 197:6,20
198:11 199:2,4,5,9,
10,17 236:21
**closely**
19:2 83:3 135:21
153:24
**closer**
176:9,10,11
**closest**
195:18
**closure**
196:10,11,12
198:10,20 199:7
200:8 201:10
**cluster**
40:14,17 42:1,2,17,
18 44:11,12 45:1,17
47:5,6,10,11,13,23
51:17 60:7,8,20,21,
22 61:1,8,11,21,24
62:11,15 74:11,15,
16,19 75:13,16,21
76:8,11 77:21 78:11,
17,20 79:3,7 80:1,13
82:3,12,15 85:4,16,
20 86:9,21,22 87:17,
21,24 88:1,16,20
89:1 93:2,22 95:6
96:21 97:23 98:7,10,
14,16 99:17 103:14,
16 156:14 164:15
169:19 190:23
197:4,12,13,14,18
198:17 199:21
200:18 201:3,5,6
202:4 209:22 230:4,
6,17 233:7,8,14
234:4 235:13,14
**clustered**
79:17 84:13 88:22
137:12 155:16 157:5
199:17
**clustering**
51:16 60:14,16,18,
23 61:2,5,9,11,13,17
62:9 74:10,12,13,17,
20,23 76:20 77:2,16,
18 79:19 82:3,13,15,

22 83:2 86:8,12,17,
18,20,22,24 87:1,4,
15,16 88:18 92:6,18
98:11,12 103:21
105:21 152:4 154:3,
8 155:15 156:5
157:18 174:13
194:4,5 196:8 197:1,
4,8,9,15,17 198:18,
20,23 199:1,14
201:18,21 205:17
225:6 234:1
**clusterings**
60:11,12 86:23
**clusters**
47:15 51:12 60:6,19
61:6 77:3 78:19 81:5
82:11 85:10,11,21
87:2,5,8,11 92:18
98:19 137:8,20
154:10 155:18
158:10 194:8 197:9
199:3 202:3,6 210:4
**code**
60:3 114:17 165:24
166:4,5 173:17
**codes**
28:24
**cognitive**
14:16 15:10 17:16,
21,24 19:2
**coincidence**
120:6 151:21
**collaborative**
19:21
**collection**
60:8 61:5 89:14
143:13 171:22
212:10
**collectively**
171:6
**column**
30:1 56:11,16,17,21
134:23
**columns**
47:9 56:16,23 58:7
**combination**
99:22
**combine**
180:15
**combined**
220:17

**combining**
110:8
**comma**
110:1
**comment**
103:24 218:4
**commingled**
187:2
**common**
115:17 130:12
148:18 149:5 161:15
164:4 168:20 169:2
185:7 199:12
**Commonwealth**
5:4
**community**
19:23
**companies**
19:14 22:24
**company**
9:20 14:21 15:5,16
22:1 23:12
**compare**
73:4 227:11
**compared**
176:16 193:11
226:15,17
**Comparing**
113:2
**comparison**
100:18 106:22
174:23 205:14
226:13,20 227:8,18,
19
**comparisons**
70:12
**compensation**
9:15,22 35:11
**compiled**
117:18
**compiling**
117:20
**complete**
12:5 37:21 81:12
94:22 124:11 128:2,
10 159:21 160:3
**completely**
38:20 127:16
**completeness**
106:12 125:22
127:14 223:17

In re: Chapter 11 Cases PELEX/FREE vs
FRANZ BALAN

Case 16-04006   Doc 443-4   Filed 07/21/23   Entered 07/21/23 22:42:28   Desc Exhibit
D     Page 251 of 284

Cameron L. Freer
April 04, 2023

complexity
16:13 21:1 76:14
compliance
18:21
complicated
28:11 33:20 143:20
177:1
complimentary
104:17,23
component
20:15 215:17
components
72:18 94:23 181:20,
22 183:20 185:4
computability
16:13 21:1
computationally
169:18
computations
214:17
compute
43:8 93:4
computed
40:10 174:11 226:24
computer
14:14 15:18 37:18
114:17 150:23
151:24 152:15,18
177:11,22 179:15
191:2,3,12 209:23
computer-generated
129:14
computers
115:22 117:4
computing
11:6 15:11 25:23
26:5 169:19
concept
83:22 122:9,10
concepts
128:1
concern
75:8
concerned
72:22 219:20
concerns
227:23 228:3
concise
217:12
conclude
72:1 120:4

concluded
15:3,7 79:13 113:13
143:17 237:17
conclusion
40:8 47:17
condo
22:20
condos
162:12
conducted
154:19 224:19
conference
124:23
confident
27:22 191:15
confirmed
222:19
confirming
71:11 73:1 222:8
conflating
85:2
conflict
151:19
connect
70:7 88:5
connected
98:17 120:22 129:21
151:4
connection
6:22 8:20 87:7
116:2,14 117:19,24
121:19 122:9 136:24
159:19
consecutive
30:5
consecutively
186:15
consent
5:17 6:1,4,7,11
207:9
consequence
78:6,7
consequences
76:1 79:17 80:23
consequential
124:22
considerably
182:11
consideration
174:16 228:2
considerations
193:18

considered
39:13 68:21 135:23
137:19 154:5
159:14,17,19,22
160:5 170:11 171:2
185:21
considers
32:5 171:10
consist
51:1,2
consisted
165:5
consistency
101:9 106:12 125:21
127:13 161:20 184:1
consistent
48:16 64:3 69:7 71:9
106:1 128:3,10
131:6,9,17 132:1
139:9 183:19 198:15
consistently
127:17 139:18 179:3
consisting
89:16,20
consists
60:18 62:11 87:20
145:6
constraints
151:11
consult
149:4
consulting
15:4 21:19 42:7
128:16
contact
36:7 63:3 64:4 80:14
81:5 87:10 88:3
130:14,16,18 132:8,
19 137:3 214:5
237:10
contacted
35:22 79:24 80:3
81:2,3 190:22
contacting
81:7
contained
55:10 63:10,19
71:21 112:17 121:7,
8,9 152:13 168:21
215:5
contemplate
174:20

contemplating
24:21
content
116:8 222:11 223:17
225:20
contents
112:7 118:9 130:2
150:8 177:10,23,24
188:3 222:10
context
28:12 52:19 77:20
97:23 99:10,18
101:12 121:13
135:16 184:8 210:3
continue
42:3 148:12
continued
15:23 35:14 124:2
237:1
continues
19:13
continuing
14:22
continuously
13:19
contract
23:4 33:24
contracted
9:19
contractor
21:16,18 35:5
contracts
33:21
contribute
128:5
contributed
39:10 126:4 127:14
convention
142:15
conversely
76:23
converting
30:8
conveying
234:11
copied
214:11
copies
237:12
copy
11:20 37:4,17 38:15
222:13 237:16

**corporate**
   23:2 51:23 52:21
   53:1 65:6,8,17
**corporation**
   9:19 21:18 65:13,23
**corporations**
   62:7
**correct**
   9:1,7 10:23 11:3,11,
   12 13:16 33:5,15
   38:12 44:15 45:4,5,
   9,10,13,15 46:3
   47:12,24 48:4,10,13
   51:15 52:18 55:12
   58:2,17,24 59:12
   66:13 71:18,19 72:9
   77:10 87:19 88:23,
   24 90:11,12,18,22
   92:9 94:1 96:14
   97:24 99:14,16
   100:21,22 106:8,19,
   24 107:22 117:6
   122:11 124:8 128:17
   136:10,17,18 140:5
   150:1 153:17 156:5
   161:7,8 166:13
   182:20,21 205:15
   207:18 208:20
   212:20 213:22
   214:12 219:24 221:2
   229:19,20 230:1
   234:24
**correction**
   155:13
**correctly**
   94:21 119:21 175:3
**correlate**
   70:20 71:1 72:22
**correspondence**
   83:3
**counsel**
   5:17 11:21 191:6
**count**
   95:11,12
**counterfactually**
   155:19
**counting**
   95:14 113:10
**countries**
   187:2
**country**
   186:20

**counts**
   172:18
**county**
   69:9
**couple**
   15:14 18:11 37:9
   138:6 213:4
**couples**
   136:19
**court**
   5:2,3 7:3,16 36:17
   63:21 64:12 78:8
   119:15 122:5 130:23
   160:22
**court's**
   130:24
**cover**
   39:22 41:15 63:5
**covered**
   124:6 213:1
**covers**
   41:17,19
**create**
   82:22 84:23 162:5
   178:13 179:4 185:6
   189:2 192:8 197:17
   207:10 209:2,5
   210:8 229:2
**created**
   16:20 61:24 62:7
   150:24 152:19 153:8
   155:18 165:5 180:21
   204:5 209:8
**creates**
   199:9 210:22
**creating**
   103:20 148:20
   175:14 210:24
**creation**
   130:12
**credence**
   128:11
**credit**
   120:16 121:19
   122:14,18 192:11,15
**criteria**
   111:11
**criterion**
   110:4 112:23
   144:18,24
**critical**
   129:4,8

**criticisms**
   201:9
**cross-check**
   207:1
**cross-reference**
   70:20 71:2 72:23
**culture**
   139:14
**cultures**
   139:1,3 140:20
   142:14,16
**curiosity**
   157:15
**curious**
   190:23 230:21
**currency**
   53:16,17 54:3
   154:21 155:3 156:3,
   8,11
**current**
   124:11
**custody**
   57:19
**customer**
   19:17 33:20 34:4
   118:17,23
**customers**
   24:14 33:12,13,17,
   18
**cutoff**
   189:11,21 191:10
**cutoffs**
   182:6 183:14 188:6,
   22 189:1,13 190:1,
   24 191:4
**CV**
   11:10,20 12:5,21
   13:6,9 21:8 38:2
   124:8,10,11,12,13,
   20 125:3,9 126:9,17
   127:8,9
**Cynthia**
   5:2 178:6 237:9

─────────────
        **D**
─────────────

**D.C.**
   35:4,9
**Da**
   143:4
**Daniel**
   6:8

**DARPA**
   15:1 19:9,17,21
**Darr**
   6:9
**dart**
   97:4
**dash**
   69:6
**data**
   16:20 18:5 21:21,22
   22:5,6,7,16,17 23:7,
   12,16,24 24:20,24
   25:24 26:5,7,19
   28:1,2,5,12,17 29:6,
   7,17,20,21,22,23
   30:12,16,18 31:1,2,
   9,13,15,20 32:2,8,21
   33:4,9,12 35:2 36:9
   54:19,21 55:14,19,
   21 56:18,20 57:12,
   24 58:6,9,13,14
   59:7,10,18,23 61:19
   63:19 64:5 66:4 67:8
   68:17 69:10,13,17
   70:7,10,11,12 71:23
   72:4 73:4,10 91:21
   100:19,20,21,23,24
   101:2,4,10,17,21
   102:15,23 103:9,20
   104:6 105:4,5,15,20,
   23 106:1,7,17,21,22
   107:8 114:5,6,7,12,
   21 115:5,7,13,17
   116:6,10,18 117:6,7,
   12,17,18,21 118:2,
   15,24 119:6,13,17
   120:13,14,15,18,23
   121:1 122:8,18
   125:21 127:16,17
   128:2,3,4,6,8,20
   129:5,12,15,18,19,
   20 131:7,9,24
   132:15,18 133:7
   136:24 141:19
   142:11 147:9 149:4,
   6,8,17,24 152:24
   155:4 157:24
   161:20,23 162:3,6,
   20 167:23 175:20
   176:18,22,24 177:5,
   7,16,20 178:2,24
   179:16 180:22
   182:10 186:6,19,22

187:1,4,5 188:18
193:13 205:11 206:4
207:9 209:24 221:4,
5,9,12 222:16,19,24
223:18 226:3 231:4
**data-analytics**
9:20
**data-matching**
197:22
**database**
50:14 54:14,22 57:5,
9,18 68:14 70:4,21
71:3,4 73:6,7,14
112:11 113:8 115:1
138:13 142:24
150:7,21 151:3,16
153:5 154:15
162:11,21 163:1
191:12 205:7
**databases**
68:19 72:23 138:21
148:23 156:16
**dataset**
29:4,12,24 30:2,22,
23 63:16 69:21,23
76:13 100:15,16
103:12 104:19
107:14 112:24
113:13 115:16
118:12,23 121:13
131:15,21 132:23
133:3 134:19 135:3,
4,11,17 159:7,9
184:8 188:2,4,8,23
189:10,14 202:1,2,
13 204:3,5 214:6
225:12 226:4,23
229:2
**datasets**
21:23 22:7,9,17
23:1,5,8 27:19 59:5
113:18 114:3 115:8,
16,21,23 121:21
145:10 169:24
186:5,10 211:18
214:6
**date**
12:24 126:19 166:21
167:24 168:3,17,19,
21 169:5
**dates**
168:5

**day**
157:21
**days**
8:7 237:15
**dealing**
211:6
**dealt**
211:14
**decade**
101:1
**decades**
175:11
**decide**
188:19
**decided**
35:3
**decision**
28:10
**decisions**
182:5 194:22
**declare**
5:15
**deemed**
45:1 51:11 166:15
176:10,12
**defendant**
230:5
**defendants**
5:24 6:3,6,21
**defense**
83:9,13
**define**
68:5
**defined**
39:6 42:1 46:9 99:20
198:24
**definition**
25:22 40:18 42:23
46:16,24 99:11
143:3 197:8 232:7
**definitions**
25:20
**definitively**
88:11 173:7
**degree**
10:18,24 55:24
74:23 107:19 177:15
180:24
**degrees**
10:21 11:5,8,9
192:10

**Delaware**
9:15
**delay**
222:15
**delivery**
118:15 237:5
**delve**
236:5
**demographic**
127:18 186:7
**Dennis**
131:2
**denotes**
56:6
**Department**
14:16 15:9
**depend**
165:23 174:10
**depending**
27:10 69:9,10 81:8
114:2 115:13 163:16
165:14,16 183:22
189:21 195:22
**depends**
26:12 27:3,7 67:10
69:19 78:7 101:5
108:3 117:10 118:19
119:8 127:24 139:13
140:7 143:3 145:5
152:8 163:1,19
164:18 184:7 185:5,
13 187:15 200:24
233:16,17
**depicted**
181:9
**deposed**
8:16
**deposition**
5:5 8:20 160:8,9,17
236:21 237:1,17
**deprecate**
222:23
**deprecated**
222:22 223:1,2,8
**derived**
189:3
**describe**
19:9 42:5 50:12
92:14 98:23 99:19
100:5,11 101:3,12
105:3 109:6 133:9
142:18 145:17 147:5

**Delaware**
180:15 181:10
183:18 188:14
195:20 198:1 208:10
215:3
**describes**
40:9 41:5 55:1 72:17
102:3 221:15
**describing**
30:21 41:8 82:9
100:8 103:23 172:12
180:19 202:17 235:6
**description**
118:9
**design**
15:17 16:8 17:18,19
21:3,5 36:14 70:14
194:13
**designated**
156:9,12
**designed**
201:18
**designing**
24:3
**detail**
43:7 48:15 55:24
85:23,24 106:14
108:13 109:6 122:6
126:23 127:24 146:9
151:3 153:4 161:19
205:9 216:4 225:19
**details**
18:9 25:22 55:23
57:21 79:21 80:11
94:7 99:12 113:16,
23 114:24 126:12
142:19 143:10
148:12 153:1 154:23
165:18,23 181:12
187:3 194:21 204:8
206:15 210:21 211:3
234:6
**detector**
179:16
**determination**
53:19 54:5,23 55:3,4
156:8 193:19 209:15
**determinations**
132:17
**determine**
44:3,16 45:1 53:10
58:19 62:16,19
63:15 72:9 74:22
86:7 92:7 102:14

O'Brien & Levine, A Magna Legal Services Company
888.825.3376 - production@court-reporting.com
Index: data-analy–determine

Case 16-04006 Doc 443-4 Filed 07/21/23 Entered 07/21/23 22:42:28 Desc Exhibit
D Page 254 of 284

In re: Chapter 11 Cases TELEXFREE vs
FRANZ BALAN
Cameron L. Freer

April 04, 2023

106:22 108:18 164:2
167:7 170:8 191:23
207:3 217:2
**determined**
41:5 51:5 52:16
53:18 54:4 72:3
77:16 138:5 169:14
174:13 198:16
**determines**
174:23 184:12
**determining**
53:15 63:6 102:11
164:7 180:23 183:14
188:24 217:8 219:2
**deterministic**
166:12 167:9 174:18
189:9 232:18
**develop**
20:23 27:13 31:21
**developed**
19:15 34:2 51:10
**developing**
19:23 20:3,9 22:5
36:11
**development**
20:20 21:8,10 27:20
**Devices**
14:19,21 15:15,23
16:5,18 17:8 20:18
**diagram**
208:6
**dial**
188:21
**dialing**
193:9
**differ**
55:24 94:8 166:24
167:17
**differed**
29:15 31:2 206:19
227:1
**difference**
83:15,24 84:12 85:9
117:11
**differences**
55:16 127:5 164:4,5
189:23 204:14,21
**differentiator**
135:10
**differently**
208:21 209:1 231:23

**differs**
12:15 126:14
137:15,18
**digits**
69:6
**direct**
6:18 21:18 85:19
124:2 232:10
**direction**
140:9 155:9
**directly**
17:3,9 18:4 20:6
31:13 34:17,23 35:9
83:5 107:7 115:9
152:19 160:21
**disagree**
25:21 184:7 232:9
**disagreeing**
235:20 236:1
**discarded**
172:5
**discerning**
47:22 184:10
**disclose**
25:9
**disclosed**
112:5 160:18
**discovery**
99:6
**discrete**
161:6,14
**discuss**
39:16 99:5 203:11
226:11
**discussed**
31:11 81:19 126:10
161:10 226:10,20
230:15 231:10,13,16
234:12
**discussing**
34:15,20 58:7
**discussion**
119:14,15 122:12
203:6 226:6,12
231:14 234:10
237:13
**discussions**
34:16 39:3 231:1,9
233:23 234:5
**disjoint**
60:21

**disjunction**
171:12
**disposable**
211:2,7,15
**dispute**
9:22 35:18
**dissimilar**
94:4 164:3 178:4
**distance**
187:14
**distilling**
25:15
**distinct**
70:1 165:13 212:6
**distinction**
216:15,16,17
**distinctions**
148:2
**distinctive**
66:9 134:13
**distributed**
149:1
**distribution**
82:5 111:3 147:17
148:24
**distributions**
20:14 161:7,14
**diversity**
110:21
**divide**
172:24
**document**
213:18 220:21
229:12
**documents**
63:21 64:12 122:5
130:23
**dollar**
47:10 116:13,16
**dollars**
49:7,18 53:16
**domain**
71:8 210:18,20,23
212:9
**doubling**
83:23
**downlines**
216:2,12
**download**
237:2
**dozen**
22:2

**drafts**
172:4
**dramatic**
203:23 204:10
**drive**
28:16
**due**
137:21
**duly**
6:15
**duplicate**
152:1
**Duran**
6:2,3
**dynamic**
174:13 201:17,20
202:24
**dynamically**
193:3

——————————
E
——————————
**e-mail**
67:22 71:2,3,7,9,11,
15 72:1,20 73:8,9
90:15 91:4,9,11,16,
20 93:9 94:11,16,22
97:7 104:21 108:14,
19,22,24 120:2
131:19 135:21
136:1,16 153:7,12,
14,21 156:1 163:15
210:19,20,23,24
211:7,15,19 213:16,
21,24 214:1,18
218:6 220:16,24
221:16,20 224:1,3,
10 229:9,12,17,18
231:8 233:22 234:5,
19 236:3,8 237:10
**e-mails**
71:4
**E-WALLET**
122:1
**E-WALLETS**
122:10
**earlier**
12:7,8 15:5 29:21
50:18 68:11 81:19
125:17 126:1,17,19,
22 134:18 136:3
172:11 213:21 214:1
221:5 224:3

Case 16-04006   Doc 443-4   Filed 07/21/23   Entered 07/21/23 22:42:28   Desc Exhibit
D   Page 255 of 284

In re: Chapter 11 Cases TELEXFREE vs
FRANZ BALAN

Cameron L. Freer
April 04, 2023

easier
39:15 150:17

easier-to-deal-with
202:15

easily
29:13,15 43:12

easy
29:18

eating
210:8

economical
237:7

edepoze
96:15 126:10

education
17:23 18:22,24

educational
10:9

effect
85:19 103:22

effective
20:15

effects
34:14

efficacy
26:22

effort
70:19

efforts
92:7 217:11

Eighty-two
38:1

elaborate
165:15 182:15

electronic
205:20 237:16

electronic-only
237:5

elements
27:6

EM
175:18 180:19

emotional
228:5

empirical
131:11 141:18
193:20

empirically
131:15

employ
164:1

employed
14:18

employees
22:2

employment
14:3 21:19

empty
60:9 104:13 109:10,
12 150:16,17 153:3

enable
66:17 121:2

Enamorado
100:7 195:18

encountered
113:7

encountering
64:11 115:5

encouraged
215:18

end
11:23 20:5 22:2
37:21 42:12 74:15
76:21 109:1 147:7
156:17,18 158:17
159:13 164:14 167:3
181:14 199:16
200:18 201:13
202:20 212:8 225:10

ended
28:6 112:12 120:7
182:13

ends
188:13 212:6

engage
232:2

engaged
16:6

engagement
38:21

engineer
26:19

engineering
26:22 72:16 108:15

English
139:6 205:4

enhance
32:9

enhancements
115:12

enormous
170:7

entail
205:17

entailed
232:8

enter
119:13,20 141:20
152:7 176:23 178:2
179:3

entered
66:2,4 67:8 68:20
114:8 118:2,16,17
127:16,17,19 132:7
133:7 136:24
137:13,17 138:21
151:5 176:18 177:7,
16,20 178:24 179:17

entering
119:23 149:6

entire
60:24 61:6 87:16,20
88:7 98:13 112:10
164:6 198:18 212:10

entirety
91:6

entities
53:6 129:11

entity
50:8,10,15,19,24
51:2,17,20,22 52:1,
7,11,13,14,16,20,21
53:9 56:5,14,23 57:6
58:8 229:2

entries
65:19,21 94:4,5
179:8

entry
65:6 114:5 132:18
152:24 228:14

enumerated
131:4

environment
23:18

EPOC
205:3,6,10,15,18
206:6

EPOC-PRODUCED
205:17

equal
43:1

equally
32:5 48:21

equations

100:7

equities
78:13

equity
40:16 41:24 42:2,5,
14,16,17,18 43:4,10,
18 44:9,11 45:3,9
46:12 47:11 54:8
57:6 58:8 76:19,21
77:7,13 78:12 84:11
86:4,5 219:17 229:3

Eric
8:1

err
170:19

error
98:22 99:8 137:22
188:10,12

error-free
98:18

errors
29:5 98:17,20 99:3,5
117:13 149:5 188:16

essence
109:2

essentially
16:2 30:17 32:20
50:1 52:10 68:15
83:23 84:6 100:8
118:11 135:8
166:15,16 180:22

establish
178:20

established
25:14 128:15

estate
9:18 22:15 24:15,17
31:14 33:23,24
34:10,21 69:2

estates
6:9

estimate
110:9 213:2

estimated
144:22

estimations
100:12,14

et al
100:7 195:18

ethical
18:18,23

**evaluate**
23:6 28:2 36:9

**evaluated**
27:1 113:13

**evaluates**
26:22

**evaluating**
22:9 23:1 24:4 192:6

**evaluation**
187:16 188:9

**event**
223:13

**eventually**
15:6,8 21:14 24:22
35:2 36:14 67:14

**evolves**
26:16

**exact**
18:14 22:1 23:11
146:20 166:18
195:22

**examination**
6:18 55:20 124:2
144:7

**examined**
6:16

**examining**
21:23 32:19 37:5
172:9

**excepting**
209:20

**exchanges**
115:10

**excised**
229:15

**exclude**
159:3

**excluded**
155:3,9 157:16
158:3

**excluding**
170:17 208:11

**exclusion**
168:15

**exclusively**
11:8

**excuse**
8:20 168:14

**exhibit**
11:14,15,16 12:14
13:12 36:19,21,22
37:1,18 38:3,4

40:11,15 42:22 47:3,
14 87:20 124:9,10
126:7,8,10,17 127:9
181:7 182:18 183:4
194:7 213:12,14
217:15,16 220:13,14
223:22,23 227:4,5,6,
13 228:9,10 229:6,7
234:17,22 236:13

**exhibits**
41:8 212:24 213:4
237:3,6

**exist**
115:21

**existed**
122:10

**existing**
151:13

**expect**
98:20 111:6 188:5

**expectation**
117:7 162:21 175:18

**expected**
55:17

**experience**
81:24 126:12,23
138:12 141:18
142:14 159:2 185:9
211:6

**experiment**
85:22 86:1 158:5

**experimental**
187:16 188:9

**experimentally**
192:6

**Experimentation**
18:13

**experiments**
17:1,4 18:5,8
147:16

**expert**
9:2,10,13 36:16
37:14,19 49:21
108:4,7 128:16
182:5 231:21 232:1,
2,3

**explain**
17:11 25:18 85:14
146:7,9 169:13

**explained**
146:16

**explaining**

**explains**
222:11 223:10

**explanation**
180:7 223:14

**explicit**
108:1 233:13 235:7

**explicitly**
73:14 127:3 131:13

**exploration**
173:7

**exploratory**
172:4 186:9,24

**exported**
59:21 222:7

**express**
176:1

**extended**
20:13

**extending**
20:3

**extension**
180:19

**extensive**
186:6 227:19

**extensively**
17:20

**extent**
25:5 31:12,21 37:8
39:22,24 41:14,18
49:5,15 61:12 64:14
67:20 71:6 76:16,17
96:10,19 101:4
103:5 114:6 125:9
127:13 128:9 129:22
132:2 137:24 138:7,
23 147:23 155:15
161:9,10 162:22
163:2,7 164:12
169:3 175:24 182:24
183:9 189:20 194:14
210:16,21 236:14

**external**
35:5 70:21,22,23
71:2,4 72:23 92:9
100:20 106:22
107:1,7 120:15,22

**externally**
120:22

**extra**
83:19,20 110:6

**extraction**

57:4,18

**extremely**
186:11 209:9 210:3

**eyes**
157:19 193:21

———————————

**F**

———————————

**F-I-P-S**
28:24

**f-measure**
99:20

**F-R-E-E-R**
8:1

**F1**
99:20

**facilitate**
227:8,18

**fact**
21:17 22:24 75:16
82:2 92:13 98:19
104:12 105:17
111:3,9,24 129:12
131:16 133:10
136:4,7 141:5
142:20 144:21 148:9
163:3,6 167:14,18
168:20 169:1 170:6
193:9 195:16 197:23
198:5 202:12 209:12
212:13 230:19
234:24

**factor**
28:19 102:8 114:8
117:17 211:8,9
228:1

**factors**
28:13,16 101:7
102:1,7 105:3 106:6
109:4 127:13

**facts**
110:8

**factually**
235:20

**fail**
129:23

**fair**
7:4,21 21:6,11,12
23:14 31:22 32:11,
18,19 33:8,16 55:8
56:7 83:20 105:2
110:15 125:24
139:11 161:24

**236**:24
**fairly**
  38:20 117:7 195:16
  196:6
**fall**
  125:1
**falling**
  35:13
**falls**
  125:6
**false**
  47:16 99:5,6,7 105:9
**familiar**
  73:8 83:17,21
  140:14 141:10,13
  201:8,15 205:3,5
  207:14 210:15
**family**
  130:16 136:1 139:4,
  13,17,22,23 140:3,4,
  22
**fashion**
  218:4
**faster**
  73:17
**father**
  140:4
**fed**
  27:1
**feed**
  178:14
**feedback**
  26:10,15,18 27:9,21
**feeding**
  27:15
**feeds**
  27:22 115:9
**feel**
  25:10
**Fellegi**
  175:4,5
**fellow**
  14:13,19
**felt**
  125:20 208:20
  209:14
**fewer**
  90:11 143:16 144:2,
  8,14 145:3 146:6
**fictitious**
  127:22 137:2

**field**
  11:8 18:24 28:10
  30:1 43:17 50:19
  51:3 52:9,23 54:1
  56:20 57:7 66:1,9
  67:6 69:1 70:14,20
  72:1 90:17,24 94:9
  97:5 100:24 101:16,
  17,22 102:4 104:11
  107:5,6 108:12
  109:5,22 110:10,11,
  14 111:3 112:16
  113:4,8,19 114:1,15
  119:19 120:2,3,7
  133:16 134:4,10,11
  135:2 143:23 146:16
  150:17 159:2 165:1,
  2,4,5,6,9,14 166:11
  174:22 179:7 181:14
  182:10 183:13
  184:24 185:11
  187:24 192:11 203:7
  214:20,24 215:5
  221:22 222:23
  230:18 236:5
**field-by-field**
  102:20 104:10
**fields**
  31:3 57:8 58:15
  67:13 70:13,16
  92:16 95:5 101:12,
  13 102:11,19
  104:12,15 105:1
  108:13,21 110:4
  114:11 118:3,4,7
  120:11 133:1 135:14
  137:2 150:3,6,11,14
  152:22 162:23
  163:20 164:13
  165:11 166:20 167:7
  168:9,17 169:5,8
  175:16 180:12,14,23
  193:15 195:12
  204:21 209:10 219:9
  220:5 229:3
**Fifteen**
  38:3
**Fifty-seven**
  94:19,20
**figure**
  12:23 43:15 45:22
  47:23 48:2 50:17
  228:22 231:21

**figuring**
  23:6 25:5 80:12
**files**
  228:12,18
**filing**
  10:2
**fill**
  216:12
**filled**
  216:19
**filter**
  50:20
**filtering**
  116:7
**final**
  43:21 48:19 66:20
  67:17 87:7 147:17
  190:7,19 223:3
  228:17 234:24
**financial**
  6:11 115:8 116:2,5,9
  117:12 120:22,23
  122:2 211:17
**find**
  24:16 50:11 51:19
  62:22 70:10 73:24
  74:1 82:3 89:9
  118:23 120:14 130:4
  146:12 160:2 161:23
  162:3 181:8 182:21
  202:9
**finding**
  24:17 106:17 147:13
  233:11,18
**fine**
  37:7,9,11 213:8
**finish**
  7:1,7 49:1
**finished**
  7:8
**finishing**
  10:20
**FIPS**
  28:24
**fits**
  215:23
**five-minute**
  213:7,9
**fixed**
  189:9 202:9
**fixing**
  189:17

**flavor**
  20:2
**flaw**
  167:13
**flaws**
  167:8
**flexible**
  173:13 196:6
**flip**
  11:24 103:15
**flipped**
  132:20
**flipping**
  37:21
**flow**
  34:11 56:5
**focus**
  20:8,19 54:23 55:5
  83:6 162:4 196:10
**focused**
  10:14 34:23 56:1
**focusing**
  28:15 150:10 168:3
**follow**
  122:7
**football**
  83:7
**footnote**
  39:12 171:9 187:13
  188:15 194:16
**footnotes**
  187:11
**foray**
  9:6
**Force**
  72:17 108:15
**forefront**
  102:11 232:18
**forget**
  18:13
**form**
  26:24 41:13 48:11
  52:20 58:4 70:8
  79:23 91:19 107:10
  116:12 131:12
  138:13 145:14 153:7
  155:2
**formal**
  18:2,6,8,21 56:9
  64:19 99:11 101:13
  106:9,16 111:20
  125:3 180:7 226:17

**formality**
19:6
**formally**
35:14 60:8
**format**
29:6 68:21 69:3
227:5,8,12,16
**formatted**
71:7,16,20 72:8
**formatting**
69:11 108:23
**formed**
14:24
**forming**
98:21 106:18 198:11
**formulated**
198:2
**formulating**
172:20
**forty-five**
146:1,2
**Forty-four**
146:3
**forward**
46:4
**found**
16:1 49:19 96:15
109:18,21,24 110:4
121:3,6 170:23
**founded**
15:21
**fox**
89:10,11
**fraction**
109:11
**framing**
203:12
**free**
25:11 191:3
**Freer**
6:12,20 8:1,14,16
37:16 50:7 124:8
160:9 236:17
**frequency**
142:1
**frequent**
148:24
**frequently**
27:20 132:13
**Friday**
237:6,8

**front**
37:2 38:17 128:24
130:6
**FS**
175:6,7 180:11,18
200:8
**FS-EM**
180:18,22 192:13,
17,22
**full**
7:23 29:24 54:22
112:7,24 191:12
237:6
**Fuller**
95:18,19 96:8,10
**fullest**
31:21
**fully**
7:3 27:5,8,13 85:22
110:6 111:21 215:8
**fumble**
84:4
**fumbled**
84:7
**fumbles**
83:9
**fumbling**
84:3
**function**
95:13 187:14 188:6,
21 190:11,12
**functionality**
96:3,14
**functionally**
143:8
**functioning**
108:24
**functions**
188:20
**funding**
19:9
**furnished**
11:21
**future**
125:13
**fuzzy**
138:4

---

**G**

---

**gain**
225:23

**gains**
135:3
**Gamalon**
14:23 16:2 19:8,10,
11,12 20:1,21
**game**
237:1
**gamma**
192:9,12,16 195:9,
10
**gammas**
182:17
**gathering**
18:4
**gave**
87:14,17 143:7
173:17
**general**
17:15 26:17,24
54:20 75:7,9,15 76:5
105:16 108:4 122:15
136:10 138:7 139:2
140:9 142:1 157:24
180:10 181:13
182:12 196:13
201:15 203:20
225:23
**generally**
22:15 25:11 26:5
29:23 37:20 49:12,
14,20 55:15 56:19
63:19,23 64:3 70:16
72:2 73:11 84:1
101:16,17 102:17
103:1,6,11 104:1,6
106:16 114:23
116:15 119:14,23
120:4 128:19 130:23
145:14 165:22 180:8
183:1 189:4 225:21
**generate**
20:15
**generated**
79:13 115:18,21
116:14,17 150:24
152:14 190:2
**geographic**
29:1
**gestures**
7:17
**gesturing**
205:1

**give**
7:15 36:10 51:20
88:7 107:13 144:19
195:8 204:7
**giving**
8:24 203:15
**glanced**
157:20
**goal**
32:8 33:3 53:10
75:15 79:2,10 82:3,
22 83:9 97:19 98:11,
17 137:23 147:4,11
197:16 209:21
**goals**
75:22
**goldilocks**
173:5
**good**
5:23 6:2,5,20 31:21
50:2 103:11 130:1
144:20,22 145:1,3
167:19 173:8 182:20
192:21,24 193:1
196:2 213:10
**Google**
160:1 183:14
**Gordon**
141:11,12
**govern**
107:23 195:1
**governing**
108:17
**government-issued**
68:13
**gradual**
172:20
**graduate**
10:22,24
**graduated**
10:15
**graduating**
10:18
**grant**
14:10
**gray**
200:4
**greater**
202:16
**grew**
10:11

**gross**
204:20

**ground**
70:11 138:4 175:20

**group**
15:11 42:8 169:3 214:4 231:4

**grouped**
166:14 177:5 202:10 206:20

**grouping**
60:16 61:8 167:9 176:24 177:3,21 192:18 201:4 206:9, 11 232:21

**groupings**
60:11 61:7,9 148:21 168:4 174:14,17 177:9,10 178:3,22 200:1,11 201:2 209:13

**grow**
35:7

**grown**
35:3

**growth**
21:24

**guarantee**
98:18 161:1

**guaranteed**
217:5

**guard**
203:7 204:24

**guess**
25:22 37:12 38:19 39:21 41:10 50:14 84:1 109:7 125:2 168:2 191:21 199:18 201:23 208:10,12 212:24

**guessing**
225:24

**guide**
104:7 227:10

**guidelines**
149:17,19

---

**H**

**half**
99:7 170:5 213:20

**hand**
146:12,13,23 147:1

**handed**
228:4,6

**handle**
208:21

**handled**
157:17 209:1

**handwritten**
218:10,15

**happen**
67:11 80:7,12 81:4, 20 140:9 150:8 158:19 169:24 174:12

**happened**
54:21 133:12 189:18 191:5

**happy**
12:20 232:2

**hard**
37:16 38:14 131:22 179:11 204:7

**harmonic**
99:21

**Harvard**
10:19,24 13:13

**hash**
152:14,19

**Hawai'i**
14:8

**head**
7:17 172:8 175:2

**headed**
128:23

**heading**
123:1 133:19

**hear**
236:19

**heard**
103:3 139:12 205:8

**hearing**
236:24

**heavily**
115:7

**held**
237:13

**helped**
35:7

**helpful**
21:10 24:16 56:19 106:2 118:10,13 219:1

**helping**
214:16

**helps**
70:6

**heterogeneity**
202:12

**hierarchy**
219:4

**high**
10:9,12,13 28:3,17 72:2 99:22,23 102:17 104:6 105:10,12 177:15 181:23 183:1 184:15 187:10 202:19,21

**high-level**
28:15

**high-quality**
23:7 28:1 103:13 164:10 210:4

**higher**
183:1 187:10

**hindsight**
160:19

**hold**
62:14 127:15 196:15

**holds**
82:10

**home**
162:8

**Homeland**
57:19 59:16

**homeowner**
161:24 162:7

**homeowners**
34:9,12,14,17,23 162:7

**homes**
162:8,11

**hoped**
24:16

**hour**
18:16 48:24

**hours**
158:13

**house**
22:20 24:22 161:24

**housemates**
136:1

**huge**
88:2

**human**
16:20,24 17:23 18:12 26:15,18 27:6, 9,21 162:15

**humanly**
210:6

**humans**
17:4 18:3,19

**Hungary**
140:21

**Huron**
42:6,7 43:5,9,19 44:5 45:14,19 46:2, 13 48:4,8,10,12 49:22 51:3 52:13,17 53:14 54:4 56:13,21 57:2,7,10,13,24 58:16,22 59:19 102:15 114:12 121:17 122:7,17 154:5 214:4,8 221:8, 9 226:9,15,23 227:9, 24 228:14 229:1 230:21 232:16 233:6,13 235:12,21

**Huron's**
44:18 49:11 58:1 114:14 224:14,17,18

**Huron-generated**
230:4

**hybrid**
51:8 52:11 53:21 54:6 154:6 157:22

**hyphen**
110:1

**hypothetical**
158:5 200:17 231:18 232:5

**hypothetically**
118:14 157:2 178:14 190:21 191:5

---

**I**

**I-V-E-S**
92:3,21

**i.e**
230:5

**ID**
28:23 47:10 52:9 68:12,15,22 69:2,20, 24 70:1 134:15,18 146:21 150:19

151:1,6,7 153:2

**idea**
19:22 28:21 30:11
74:13 104:16 107:5
120:9 167:11 170:8,
24 179:23 180:10
181:13 192:1
201:22,24

**ideal**
76:8,11 202:14

**ideally**
24:23 62:11 83:3
146:22 203:2

**ideas**
161:9

**identical**
42:11 44:1,21,22
163:14,15 166:3,15,
17,23 181:22,4

**identified**
6:14 25:3 34:12
41:13 63:20 68:4,9

**identifier**
134:10

**identifies**
67:23

**identify**
24:11 25:2,7 37:13
51:12 63:2 66:18
67:15,17 88:1,10
96:20 101:24 177:6

**identifying**
25:5,15,24 61:18
62:23 63:1 88:19

**identities**
63:6 215:10

**identity**
66:4,15 98:9 217:2

**IDS**
28:20 69:7 149:23

**ignore**
154:15 157:22

**II**
99:2,5

**illustrate**
182:4

**illustrates**
181:21

**Ilyas**
5:23 6:21 8:2 37:4
48:23

**imagine**
119:9 202:2 204:1

**immanently**
169:3 209:7

**impact**
21:3 76:19 193:10,
16,17 217:1

**impacts**
34:8

**imperfectly**
29:3

**implement**
36:15

**implementation**
100:9 165:24

**implemented**
29:4

**implicit**
68:2 191:7 227:20

**implicitly**
66:16,24 179:13

**important**
22:24 28:19 29:8,11
31:4 33:11 74:21
75:2,5 96:17 115:9
170:19 180:24 185:4
203:13

**impose**
198:21

**impossible**
132:22 226:22 228:6

**improve**
32:4

**improvement**
173:11

**Improving**
32:14

**in-house**
35:4

**inaccurate**
33:14

**incarnation**
138:9,10

**incentive**
118:24 119:4,20,22

**incentives**
119:6,12

**incident**
226:21

**incidentally**
162:23

**include**
33:17,18 39:19
46:15 111:15 124:14
126:23 154:4,9
170:10,14,16 171:1
183:21 185:12
187:22 188:3 196:4
202:21 231:3

**included**
16:8,15 46:19 66:8
155:8 156:12 157:2
158:10,11 185:19,22
218:12

**includes**
42:21 160:20 161:2
185:3

**including**
15:17,18 20:1 21:1
22:4 62:8 65:6
113:11 130:24
170:19,20 186:1

**inconsistencies**
162:20

**inconsistency**
168:24 171:13

**inconsistent**
168:5 179:6

**incorrect**
107:9,12 111:13

**increase**
77:13 128:11

**increases**
104:23 186:13

**independent**
179:2,5

**independently**
178:23 179:16

**indexing**
171:12

**indirect**
17:2 34:13,14 88:4,
6,8

**indirectly**
16:22 17:10,24 19:1
56:9 66:5 87:9 88:2,
5 161:13 201:24

**individual**
24:15 33:23 65:8,9
86:9 105:1 130:17
162:6,8,15 231:5

**individuals**
22:17 62:7 98:9,10

136:16

**industrial**
14:20 16:16 19:23

**industry**
23:13 126:12,23
149:16 159:2

**inevitable**
76:12

**infeasible**
169:18

**infer**
66:12 164:9

**inference**
29:19 66:21 67:8

**inferentially**
88:21 91:21

**influence**
160:24

**influencing**
17:18

**informal**
19:5,7

**informally**
226:16,19,20

**information**
25:10 33:15 41:21
55:10 59:14,15 62:8
63:3,10,14,20 64:4,6
66:6,17,20 67:7,21
68:9 71:22 78:8
80:13 81:5 87:10
88:3,8,21 96:22
104:18,23 118:12
119:20 121:8,18,19
127:19,20 130:14,
17,18 131:17 132:8,
19,20 133:2,7 137:3,
18 146:14 147:4,12
148:6,7,15 152:4,23
153:20 163:23
164:19 165:6 178:17
179:3 180:15 185:12
186:7 195:12
219:10,11,12 237:11

**informed**
131:4

**informs**
149:4

**infrequent**
107:17

**ingredient**
160:21

O'Brien & Levine, A Magna Legal Services Company
888.825.3376 - production@court-reporting.com
Index: idea–ingredient

Case 16-04006   Doc 443-4   Filed 07/21/23   Entered 07/21/23 22:42:28   Desc Exhibit
D     Page 261 of 284

In re: Chapter 11 Cases TELEXFREE vs
FRANZ BALAN

Cameron L. Freer
April 04, 2023

**ingredients**
182:14 228:23
**inherent**
198:20,23
**inherit**
139:17,22
**inherited**
139:23
**initial**
21:23 36:7 147:17
225:20 226:1
**Initially**
36:9
**input**
31:9 48:9,19 61:19
105:8,15 106:6
152:16 192:8,12
199:10 227:9 228:24
**inputs**
207:2
**inquiries**
106:21
**inquiry**
226:6
**insinuate**
144:17
**inspect**
193:24
**instance**
94:22 113:12 145:5
196:14
**instances**
27:7,8 28:5 68:24
74:18
**institution**
116:5
**institutions**
10:22 116:3,7 122:3
**instruct**
231:24
**instructed**
55:5 154:12 157:21
**instruction**
51:13 53:23 155:15
236:4
**instructions**
51:9
**instructor**
13:15,16 14:5
**integer**
195:8,14

**intelligence**
14:15 16:11
**intended**
118:4,5 135:17
160:3
**intensive**
187:15,20
**intent**
125:15 187:23
**intention**
125:8
**interact**
83:4 205:24
**interacted**
34:4 114:24 206:3
**interacting**
16:19
**interaction**
19:4
**interactively**
189:19
**interest**
135:14 219:23 220:2
222:17
**interested**
10:14 12:18 21:21
34:18 60:13 108:16
165:18 203:21,22
220:4,10
**interesting**
29:18 179:14 206:24
223:16
**interestingly**
148:9 186:17
**interlink**
70:3
**intermediate**
225:7
**internal**
69:23
**Internet**
72:16 108:15,18
**interpret**
7:17 52:14,23 198:3
218:18
**interpretation**
32:1
**interprets**
176:7
**intersection**
60:22

**interview**
177:11
**introduce**
141:11
**introductory**
198:1
**inverted**
219:10
**investigate**
48:18 153:4
**investigation**
66:15
**investigations**
54:20
**investigatory**
63:15
**investment**
186:4
**invoice**
54:11 55:11 157:4
159:4
**invoices**
54:3,7
**involve**
16:19 23:3 30:4,7
32:14 139:3 144:13
191:22
**involved**
10:5 16:12 17:3
18:4,15 20:2 21:8
22:17 23:1,23 25:4
27:21 28:19 29:11
31:9 32:13 33:2 36:3
53:14 72:18 78:21
84:24 98:10 110:6
116:6 154:20 176:21
205:23,24 215:11
219:18
**involvement**
9:11 17:6
**involves**
25:23 50:12 99:11
101:9 116:6 117:2
172:21 175:14 230:6
**involving**
9:22,23 17:7 27:16
57:19 114:18 116:20
186:10,19
**irrelevance**
220:4,5
**is...a**
187:14

**issue**
30:21 31:1 35:11
61:13 103:20 129:4,
8 209:2 221:3 231:9
232:16
**issues**
142:15 203:2
**italics**
56:10,20
**iteration**
172:21 173:10
**iterations**
172:3 173:4 225:17

─────────

**J**

**Jacqueline**
96:8
**Japan**
125:5 140:22
186:10,17,24
**Japanese**
186:22
**Jaro-winkler**
181:17
**Jean-louis**
214:2,3,7,19 218:12,
20 219:16 220:24
224:11
**Jean-louis'**
213:24
**Jeff**
91:11
**Jeffrey**
91:11
**job**
130:1 207:10
**John**
207:13,15 208:2,7,8,
16,19 211:22
**join**
68:16
**joined**
29:14 74:16 75:10
202:18,19,20
**judge**
131:8
**judgment**
28:2 108:4,5,7 110:6
**judgments**
131:8 184:13
**Julia**
20:13

**July**
220:24
**jump**
132:14
**jumping**
73:15 133:13
**June**
131:1
**junk**
103:3
**JW**
181:16,24 182:3,8
184:15,22 189:11
191:10,13

**K**

**Keio**
125:5
**key**
17:17 31:12 32:20
75:22 101:7 168:16
196:24
**keyboard-mashing**
119:24
**kill**
236:12
**kind**
28:22 52:10,14,24
124:5 133:11 173:13
181:20 195:17
**kinds**
13:17 23:5 26:4
50:13 109:15 114:3
117:13 121:8 129:10
227:20
**King**
5:7 35:23 36:7 55:5
58:23 72:6 121:17
122:8,18 155:10
231:2
**Kjos-hanssen**
14:10
**knew**
82:23 122:23 216:20
**knowing**
104:20,21 117:20
126:20 149:20
209:22
**knowingly**
212:22
**knowledge**
35:24 80:6 138:12,

23 142:14 153:6
159:21 160:6
187:15,20,23 212:21
**Kraemer**
6:5

**L**

**L-A-R-E-S**
93:23
**lab**
14:20 15:23
**label**
89:11
**labeled**
120:8
**labeling**
175:20
**labels**
120:11
**Laboratory**
14:15
**labs**
14:18,24 15:20 16:2,
3,5,18 17:7 18:3
19:8,10,11,12 20:19
**lado**
214:20,24 215:5
**Lane**
211:24 212:6,8,13
**language**
21:8,10
**languages**
15:2 16:9,23 17:14,
19 19:24 20:4,7,9,
11,12,20,23,24 21:4,
5
**lares**
93:10,21 97:5 98:2
103:19 104:1 203:17
204:16
**large**
14:21 32:20 84:19
115:16 148:7 170:2
184:6 204:22
208:18,23 210:22
214:15,16
**largely**
63:10 73:12 150:16,
17 153:3
**larger**
98:16,19 173:1
176:9 184:21 193:16

**latest**
85:13
**Latin**
144:13
**lay**
10:8 14:1 25:18
**Lea**
6:5
**lead**
16:3 66:14 67:7,14
201:10
**leading**
126:3
**leads**
24:17 192:14
**learn**
18:7 195:13
**learned**
226:23 233:20
**learning**
16:10 19:20 20:16
24:2 25:12,15,19
26:14,19 232:15,21,
24
**learning,'**
233:17
**least-refined**
198:14
**lecture**
203:15
**led**
160:1 215:2
**left**
19:15 169:6 215:8,
23 216:2,6,14,24
219:21
**legal**
9:6,12 18:18,23
61:18,20 65:16 66:2
140:13 142:9 206:18
**legally**
141:23
**legitimate**
108:19
**length**
109:18 147:9
**less-clean**
31:2
**lessened**
111:9
**let alone**
22:3

**letters**
109:17
**letting**
180:22
**level**
74:22 132:22 151:16
161:24 164:10
195:21
**licensing**
23:4
**Liddy**
141:11,12,14
**lie**
179:16
**lieu**
5:13 142:9
**life**
8:24 153:11 211:9
**lift**
199:14
**lifting**
198:17
**likelihood**
132:18 174:22
**likewise**
7:6 165:11
**limit**
116:21 152:24
**limitations**
185:6
**limited**
169:12
**limiting**
152:7
**lines**
119:16
**link**
100:9 231:4
**linkage**
101:18 115:4 116:2,
5 175:10,13 194:20
**linking**
121:24
**list**
45:24 46:1,22 47:3
79:24 111:13 127:6
140:1 159:12,13,18,
21 160:1,3,14,16
228:18
**listed**
47:6 162:13

**lists**
47:5 107:15
**literally**
191:18
**literature**
171:8,10 182:12
197:22 199:13
**litigation**
9:3 10:1,4,6
**live**
136:13
**lively**
19:22
**lives**
136:11
**Lizotte**
229:18 231:20
232:15 234:20,21
**Lizotte's**
233:5
**LLC**
6:10
**loading**
11:23
**local**
33:22
**logically**
128:12
**login**
146:19,22 147:24
148:18 151:10,13
167:16
**logins**
149:22 151:22 152:1
**long**
40:23 194:21
**longer**
109:22 112:17
143:24 148:10
**looked**
49:14 54:13 65:6
71:15 110:5 111:19
143:15 149:12,15,24
150:2 153:24 172:5
205:10 228:1
**loop**
26:18
**lose**
49:2 83:12
**loser**
39:10 43:2 44:12

**losers**
39:4,13 40:2,6,10,21
41:6 46:11,20 47:2,
22 81:3
**losing**
84:22
**loss**
221:4,9,12
**lost**
83:18 174:1
**lot**
20:23 23:12 27:3,9,
21 32:17 95:11
106:15 115:14
117:10,14 164:23
179:13 188:14
195:13
**low**
99:23 102:23
**lower**
92:3 99:24 182:3
200:23 202:5 213:20
**lowercase**
30:8 93:10
**lunch**
123:4,9
**Lyne**
6:8 8:2,6,10 12:2,6,
10 13:5 25:9 37:4,23
38:2,4,7 41:3 48:23
49:3 50:4 58:4 80:10
81:17 93:15 94:19
97:16 115:20 121:11
122:22 123:1,5,7
127:23 134:1 136:20
138:17 140:6,15
141:7 142:23 148:4
155:5 156:6 157:6
159:5 164:17 173:20
177:18 178:5,9
179:10 200:6 204:17
207:5 213:2 218:10
219:14 220:1 231:24
232:9,13 233:2
236:12,19,24 237:9,
15
**Lyric**
14:18 15:20 16:5,18
17:7 20:19

**M**

**M-A-R**
92:2,21
**machine**
16:10 19:19 20:16
24:2 25:12,14,19
26:19
**machines**
59:20 222:6
**made**
29:17 43:5 44:5
46:13 48:4 53:19
55:3 106:5 108:6
129:3,7 149:5
154:18 182:19
194:22 227:7 228:14
234:7,13
**Mailinator**
210:15,17
**Mailinator.com**
212:9
**mailing**
73:6
**main**
20:8 23:15,21 24:11,
14 30:20 34:15,20
53:12 162:23 164:11
214:4
**major**
119:16
**majority**
94:5 95:5 129:18
170:10 171:2 185:13
**make**
30:2 31:19 37:21
42:13,15 48:3 49:16
54:5 66:20 67:17
70:11,19 71:1 73:17
75:5,15 77:15,20
79:12 92:6 100:3
105:20 106:6,9
114:6 125:9 132:17
136:5,8 151:19
172:16 189:22
191:17 193:8,12
199:21 209:14
214:23 215:2 220:8
222:12
**makes**
32:1 39:15 80:19
84:1 105:24 108:18

**making**
9:6 87:7 147:19
**manifestation**
75:18
**manner**
5:19
**Manoa**
14:9
**manual**
112:21 147:20
**manually**
96:4
**manufacture**
15:17
**margin**
192:16
**maria**
89:3 90:3,20 91:17
93:10,24 97:15 98:1,
2,6 103:18 155:22,
23 203:17 204:15
**Marie**
89:16
**mark**
11:13 12:17 36:18
212:23 213:12
214:11,13,14
**marked**
11:15 13:12 36:22,
24 37:17 127:8
213:14 217:14,16
220:12,14 223:23
228:9,10 229:7
234:17
**market**
24:12,13 28:8 116:9,
19,23
**Martin**
49:21 57:21 131:2
154:19
**Massachusetts**
5:4,7
**match**
69:12 135:12,13
146:20,22,24 147:2
167:23 168:16
169:23 182:20 196:5
198:3,18 199:8
200:9,10 202:3,4,5
204:6
**matched**
198:8,16 222:20

**matches**
99:13,16 106:18
146:13 163:20
170:23 176:11,12,14
198:5 199:13

**matching**
30:22,23 101:21
147:11 170:4,11
174:6,8,10,11,12

**materials**
18:17 49:22 59:3
159:14,17,23 160:4,
21,22

**math**
32:23

**mathematical**
15:4 16:13 33:1
99:22 161:16 194:3,
9 196:12 199:20,22

**mathematically**
61:4 92:15 147:14
163:10 193:20 197:7

**mathematics**
10:14,18,20 11:2,3,
7,8,9 13:13,15,17
14:6

**matter**
5:15 31:24 54:7
85:14,15,17 107:19
118:15,20 156:14
189:5,7,22 192:20

**mattered**
118:22

**mattering**
85:11

**matters**
85:10 184:1

**maximally**
93:1,21

**maximization**
175:18

**maximum**
89:3,5,15,19

**meaning**
16:20 34:9 51:5,8
53:3,9 56:9 59:10
60:17,24 61:17
76:24 82:5 83:12
89:5 114:15 117:19
127:19 135:3 154:24
164:4 176:8 189:4
196:13 199:24 208:1
219:10 228:16

235:20

**meaningful**
30:7 103:1 124:16

**means**
53:1 108:9 119:3
156:10 159:23 193:1
198:11 216:11 237:7

**meant**
68:7 193:2 233:16

**measure**
99:8

**measuring**
181:18

**meet**
144:17

**meeting**
144:24

**member**
72:5

**members**
22:5 130:16 136:1

**memorandum**
131:1

**mention**
106:3

**mentioned**
14:5 15:5 19:8 20:23
27:24 29:21 102:2
104:8 142:13 143:15
150:11 166:1

**mentions**
15:19

**mentor**
14:10

**mentoring**
127:6

**Meras**
214:11,13,14

**merged**
23:8,24 24:1 31:15
140:3 174:15

**merging**
22:6 29:20 30:13
32:21

**Merida**
97:10

**message**
217:24 224:4 234:12

**messages**
218:1

**messing**
203:4

**messy**
103:10

**met**
110:4 112:22

**metaphor**
215:23

**method**
25:8 43:8 50:18 72:4
100:8 129:23 175:21
180:7,11,13,22
184:11 192:3
195:11,19 225:13

**methodology**
36:11,15 40:13
43:20,24 51:10
62:14 66:6 70:14
76:13 81:21 92:14
98:12 99:14,17
105:18,21 106:23
108:20 129:16,20
148:20 154:9,22
155:16,20 156:23
157:11 158:3,4
160:22 163:12 164:7
167:3 170:21 172:13
173:9,18 175:9
179:7,8,11,13
191:15 192:22
198:22 201:1 207:11
227:2,10,22 228:24
230:3,23 235:12

**methods**
25:24 26:22 75:1
164:1 189:12 197:23
203:1

**metric**
32:12

**Michael**
6:3

**Mickey**
67:3,12,13,19
111:10,16,18 112:2
129:3

**middle**
138:4 141:6,16,19
142:2

**migrate**
233:7 235:12

**Milagres**
89:3,17 90:3,22,23
91:18 94:1 97:15
98:1,6 103:18

**million**
50:20,21 52:4,5
54:2,22,24 55:2,10
56:2 109:13 156:13,
20,24 157:8,9,10,16
169:24 170:3,4
208:24 212:11
221:20,21

**mind**
86:8 156:22

**mini**
237:6,16

**minor**
9:21 127:5 193:10

**minus**
153:2

**minute**
85:1,3 104:9

**minutes**
173:20 213:5,6
236:2

**mischaracterize**
125:19

**missed**
11:1

**missing**
29:5 54:1

**misspelling**
92:24

**misspoke**
85:1

**mistyped**
103:19

**MIT**
13:18,20,22,23,24
14:11 15:8 18:12
125:4 213:21

**MLSS**
33:22

**Mm-hmm**
24:7 229:22

**model**
16:24 26:6,15,20
31:10,17 32:4
100:17 176:11,13

**modeled**
227:16

**models**
22:8 24:2,4 25:6,13,
15 26:2,8,10 27:17
31:9 33:9 176:6

In re:Chapter 11 Cases TELEXFREE vs
FRANZ BALAN

Case 16-04006   Doc 443-4   Filed 07/21/23   Entered 07/21/23 22:42:28   Desc Exhibit
D   Page 265 of 284

Cameron L. Freer
April 04, 2023

**moderate**
196:1
**modification**
57:2
**modifications**
58:2
**modified**
57:13 58:5 115:7
**modify**
57:16
**modifying**
58:10
**modular**
42:9 43:13
**modulo**
55:16 162:20
**moment**
231:7 235:6,11
**money**
39:9
**monolithic**
235:22,24
**month's**
29:13,14,16 30:22
**months**
18:10,11 124:15,17
132:1
**more-than-
insignificant**
211:8
**morning**
5:23 6:2,5,20
**mortgage**
22:16
**mother's**
140:4
**Mouse**
67:3,12,13,19
111:10,16,18 112:2
**Mouse'**
129:4
**mouth**
49:13
**move**
85:5 87:13 124:4,5
181:6 217:10
**movements**
34:22
**moves**
85:4
**moving**
223:20 236:5

**multiple**
30:5 50:12 62:10
104:17 162:24
180:12 187:2
194:12,17 218:1
230:7 233:7 234:2
235:13
**Murphy**
5:6 35:23 36:7 55:5
58:23 72:6 121:17
122:8,18 155:10
231:2
**Murphy&king.com**
72:7
**Murphyking.com**
72:12

_____

**N**

**N-O-M-E**
165:8
**named**
214:10
**names**
23:12 56:12,15,23,
24 65:6,9,23 70:15,
21 71:8 90:10
109:24 111:4,5,6,9
112:4,20 114:17
118:4 120:7 135:20
138:19,20,21 139:2,
12,13,15,23 140:3,4,
22 141:2 142:21,24
143:1,4,16 144:8,9,
12 145:10 206:19
230:7 233:8 234:2
235:13 236:5
**naming**
142:15
**narrow**
120:16
**natural**
65:12,22 66:8
136:13
**naturally**
163:12
**nature**
27:22 117:8 189:8
**navigate**
87:22
**nearest**
195:8

**necessarily**
28:14 32:12 119:2
126:3 127:8 132:8
138:4,15 139:18
140:1,13 165:21
170:20 177:2,6
189:8 217:6 219:1
**needed**
18:2 58:20
**needing**
184:12
**needlessly**
147:12
**negative**
40:21 44:13,17 46:6
47:1,8 80:22 86:5
99:6,7
**neighborhood**
183:16 186:15
**net**
39:3,4,5,8,10,13,18,
23 40:1,2,5,6,10,16,
19,21 41:5,13,16,22,
24 42:2,5,14,15,16,
18 43:1,2,10,18
44:3,9,11,12 45:1,3,
9,17,24 46:7,11,12,
18,19,24 47:2,4,11,
14,15,22 54:8 58:8
76:19,21 77:7,11,12,
15,17 78:3,12 79:16
81:2,3 84:11,21
86:4,5 112:13,23
190:22 219:17
**net_equity**
43:17 56:14,23
**Neves**
89:4,17 90:3,20
91:17 94:1 97:15
98:1,6 103:18
155:23 203:17
204:15
**newer**
31:2
**nickname**
141:4
**nicknames**
141:2 142:5,9
**non-match**
198:6
**non-matches**
170:23

**non-telexfree**
149:4
**nonverbal**
7:18
**normal**
72:11 111:23 128:9
**North**
10:13
**nose**
62:14
**Notably**
111:14
**notarization**
8:8
**notary**
5:3 6:15
**note**
7:15 126:7 127:3
168:14
**notes**
189:22 236:11
**noting**
129:2
**notions**
192:21
**notwithstanding**
155:14
**November**
13:1 229:21 230:24
231:8
**NSF**
14:9
**null**
109:10,12 221:21
**number**
18:9 22:1,9,14,23
24:10 25:12 26:3,21
28:22 30:6,10,13
34:1 39:15 40:19,20
42:19,22,24 43:1
44:7,10,13,14,17,20
45:8 46:6,9,17 67:22
68:15,20 69:2 78:18
89:19 95:17 98:16,
20 104:22 108:16
120:20 130:5
132:11,15 136:2,4
144:3 163:16 170:3
173:1,12 178:16
184:17 185:4,8,16,
21 186:12 196:7
202:21 204:22 207:7

Case 16-04006   Doc 443-4   Filed 07/21/23   Entered 07/21/23 22:42:28   Desc Exhibit
D   Page 266 of 284

In re: Chapter 11 Cases TELEXFREE vs
FRANZ BALAN

Cameron L. Freer
April 04, 2023

208:5,19,23 210:22
223:6

**numbered**
37:24 38:1 186:15

**numbers**
37:8,10 42:10,11,17
43:11,12,14,19,23
44:2,21 45:12,14,19
46:2,5,15,22,23
48:6,7,9,12,20 65:20
69:5 77:9 81:9
120:17 121:4,9
131:14,22 144:10
147:16,18 148:21
149:10 170:6 176:9
195:7 200:11 202:19
212:3,4

**numerical**
175:23,24 194:1,2
195:5

—————————

**O**

**oath**
5:13

**Obama**
64:10,15,18,23
111:10,15,24

**object**
177:1 196:24 198:24

**objection**
58:4 80:10 81:17
93:15 97:16 115:20
121:11 127:23
138:17 140:6,15
141:7 142:23 148:4
155:5 156:6 157:6
159:5 164:17 177:18
178:9 179:10 200:6
204:17 207:5 219:14
220:1 233:3

**objections**
5:18

**objective**
108:9 109:4

**objects**
26:4 161:16 196:15
201:12

**observations**
182:19 201:9

**observed**
131:24 182:23
208:3,18

**observing**
16:19

**obvious**
167:8

**occasions**
133:6 140:2

**occur**
212:5

**occurred**
132:14

**occurrence**
115:17 132:10

**occurs**
117:13 168:11 203:3
204:2

**odd**
195:10

**offense**
83:12

**offer**
55:9,13

**offering**
47:13 65:24 66:3
97:23 98:8

**office**
15:24 18:12 35:9

**older**
12:15 136:19

**one-line**
234:11

**one-minute**
236:11

**online**
18:15

**open**
11:16 133:21

**open-ended**
20:2

**operates**
178:23

**operation**
199:7

**operations**
30:14

**opinion**
38:24 39:19,22,24
40:22 41:17 42:20,
21 55:13 64:19
66:19 67:5 68:1
88:17 105:4 128:19
209:17

**opinions**
39:17 40:4 41:15
47:13 48:11 55:9
64:16 65:24 66:3
87:7 88:15 97:24
98:8,21 102:13
119:18 158:24
159:20

**opportunity**
206:7 207:1 236:23

**opposed**
109:17 139:23
168:5,15 185:1
219:3 229:1

**optimal**
74:22 161:5

**options**
9:23 32:23 35:15

**order**
17:22 18:7,16 44:3,
16,24 45:6,16 88:18
90:14 116:21,23
127:4 195:5 216:11,
21 237:4

**orders**
140:23

**organization**
15:21

**organizational**
52:21

**organizations**
33:22

**organized**
59:14

**oriented**
19:14

**original**
30:15

**ostensible**
141:6,8

**outcomes**
32:24 83:15

**outdated**
33:14

**output**
27:1 40:12 43:21
44:1 79:10,12,13
99:17 157:5 164:10
171:17,20 173:16
189:21 192:11
193:22,24 225:4
226:7,14 228:1,12,

17,18 235:22,24

**outputs**
26:9 189:3 194:2,3
225:17 226:8,14

**over-aggregation**
73:20 74:4

**over-cluster**
75:5

**over-clustered**
74:14 76:20 77:12
78:4

**over-clustering**
74:5,8,24 75:9 76:3,
18 80:4

**overlaid**
29:13

**overlap**
91:9,15 224:6

**overlapping**
14:17,22 91:7

**overwhelming**
129:18 170:10 171:1

**overwhelmingly**
166:17 167:2

**overwrite**
30:18

**owe**
35:14

**owned**
162:17,18

**owner**
162:18

**ownership**
164:4

—————————

**P**

**P-P-A-M-L**
19:18

**P-W-D**
152:11

**p.m.**
123:8 237:18

**package**
100:9 118:18

**pages**
11:23 12:1,2 13:6,7
37:9,22 38:2,3,6,10
96:11 201:17
217:19,21

**paid**
39:9,11 54:3,7,11
55:11 157:4

In re: Chapter 11 Cases PELEX/FREE vs
FRANZ BALAN
Case 16-04006   Doc 443-4   Filed 07/21/23   Entered 07/21/23 22:42:28   Desc Exhibit
D   Page 267 of 284
Cameron P. Freer
April 04, 2023

**pains**
5:16
**pair**
169:23 174:24 191:9
**pairs**
169:20 170:3,6,9,10,
17 171:2,15,23
174:16 181:14
182:1,24 198:7
**pairwise**
99:13,16 169:22
170:11,22 171:3
174:5 175:15 198:2,
5,16,18 199:8,11,13
202:4
**paper**
37:4 100:7 161:5,10
195:18
**papers**
149:8 160:23
**paragraph**
38:16,19 40:1,9,22
41:6,7 43:16 50:14
122:21 128:23,24
130:5 132:4 133:10,
18,19 135:1,9 136:3
144:6 182:22 208:12
209:10 234:24 235:5
**paragraphs**
39:1 134:6 146:10
**parallel**
214:16
**parameters**
191:17
**paraphrasing**
125:18
**parenthetical**
130:15
**parity**
195:14
**part**
14:24 22:24 27:21,
22 31:23 33:7,10
40:21,22 42:19 52:1
64:7 66:19 78:14
79:6 89:18 92:5
102:12 103:5 110:16
111:7 114:16 117:10
121:5 149:3 154:3
156:4,15 172:22
173:2,3 174:5
183:10,22 185:15,
17,21 192:7 197:5

201:14 212:12,19
219:7 226:12,18
229:13 230:22
231:8,14,19 233:24
234:7,14
**partial**
192:11,15
**participant**
39:8 62:13 63:20
76:10 78:21,24 79:1,
2 82:23 85:6,18
91:22 97:18 98:13,
18 116:20,24 215:18
216:11,21 217:2
**participant's**
75:20
**participants**
40:5 41:16 51:14
62:6 63:7 75:12 76:7
77:17,21 78:16 82:9,
17,19,23 83:1,4,5
84:24 85:7,12,15,20
111:2 135:10 142:8,
11 206:1 207:2
212:20
**participate**
15:1 36:16
**participated**
53:11
**participating**
5:8 61:22
**parties**
5:17
**partition**
60:16,18 197:1,2,5
198:14 202:2
**partitioned**
154:4 199:18
**partitions**
86:19
**parts**
89:8 185:7,20
202:13,16 217:23
**party**
10:5 209:8
**pass**
72:7,14
**passed**
229:1
**password**
152:10,14,16,22
166:20 167:12,15,

17,19 221:22
**past**
12:24
**patterns**
25:24
**pay**
35:17 117:11 118:18
203:14
**payable**
56:4
**payment**
154:21
**PDF**
96:15 159:18 181:8
237:6
**penalties**
5:16
**people**
16:21,24 20:6 21:20
22:3 25:21 26:4 27:8
36:3 46:10 47:3
68:19 81:7 86:2 87:8
117:11 119:24
120:5,8 122:13
136:18 138:8,12,18,
19,24 139:12
140:11,16 141:1,11,
19 142:1,8 177:16,
20 183:19 203:10,
11,12 215:11,19
216:23 231:5 236:6
**people's**
70:15,21
**percent**
109:21 110:5,9
111:17 112:15,19
113:6,9,15,18,24
114:1 143:17,22
144:2,17,20,23
149:18 176:10,12
200:12 204:6,7
**percentage**
175:22 176:2
**perfect**
118:9 183:2
**perfectly**
79:11 103:10
**perform**
54:18,21 129:24
154:12 188:20
**performing**
227:21

**period**
86:18 110:1 133:4
137:7
**perjury**
5:16
**permutation**
211:23 212:2
**permutations**
89:2 90:9 206:20
**person**
5:14 39:10,22 46:7
61:22,24 62:3,9,17,
20,24 65:3,7,12
66:4,18,22 67:8,15,
17,18,20,23 68:9
77:24 78:1 79:8,15
86:12,15 88:5,11
92:8,23 93:13 96:20,
23 98:2,5 127:22
133:1,2 136:5,9,11,
12,13 137:5,13,16
147:23 152:19 159:7
163:3 164:16
176:18,21,23 177:2,
7 178:2,11,23
206:17,21 209:5,18,
23 210:6 214:10
217:6,8 219:3
232:20
**person's**
65:5,16 66:2,8
**personal**
20:22 140:24 211:20
**persons**
62:5 64:5 65:22
86:18 87:3,5 93:17,
18 137:7,9 162:22
178:23 179:2
**pertain**
51:13 127:20 163:10
186:19
**pertained**
127:18 133:8
**pertaining**
56:18 80:3 156:17
**pertains**
59:11 127:21
**Peter**
101:20,24
**Ph.d.**
8:12 10:19,23 11:2
13:12 14:2

O'Brien & Levine, A Magna Legal Services Company
888.825.3376 - production@court-reporting.com
Index: pains–Ph.d.

phase
226:1

phenomena
142:18

phenomenon
201:16 208:3

phone
67:22 104:22 136:2,
4 236:4

phrase
103:2 179:19

phrases
199:19

physically
5:10,11

pick
112:10,11 179:9,12,
13 230:5 234:4

picked
112:5

pieces
149:23 176:18

place
143:4 151:16 153:7,
19 178:12 193:15

placeholders
38:11

places
21:7 183:10,24

plaintiff
9:14

planning
22:13 125:11 173:2

plausible
105:24 107:6 113:24
129:17

plausibly
59:21 66:7 222:9

play
43:19 83:16 119:16
228:23

played
149:21 229:4

playing
76:6

plays
134:15 161:16

plentiful
87:10

plurality
95:4

POC
205:21

point
12:22 35:8,10 44:8
45:19,21 56:1 83:4
91:22 96:22 103:6
127:10 131:9
144:11,16 148:21
149:9 158:8 161:4
171:9 177:1 189:10,
17 190:20 214:5
217:12 221:11
223:10 228:13
235:10

pointed
50:17 137:2

pointing
204:19

points
41:7 83:13,14,19,20
91:21 118:6 221:24

Ponzi
215:14

pool
156:12

pools
23:16 162:6

poorly
129:24

popped
172:8

populated
58:16

portion
99:13 132:19 144:1
148:7 153:23 154:15
181:15 184:9

portions
154:1

Portuguese
114:18

Portuguese-speaking
142:16

position
14:5,17 15:8

positions
13:18 216:13,18

positive
40:19 42:24 44:10,
17 45:4,7 46:6,18,24
47:7 78:18 80:21
86:4

positives
99:6

possibility
80:9 97:1 105:19
115:16 122:16
163:24 219:8 231:10

possibly
19:13 31:21 65:8
93:13 97:20 124:24
131:1 152:16 193:8
208:5

post
174:18

post-doc
13:18 14:7,9,10

post-doctoral
14:12,13

Postal
73:5

potential
76:19 168:10 221:4

potentially
62:4 69:11 71:21
96:22 97:14,18
104:3,11 120:19
138:3 146:12 182:14
202:9 227:2

power
184:10 213:8

Powers
5:3

PPAML
19:18

practical
76:1 78:5,7 79:17
80:23

practice
130:13 189:5,7,22
192:4 193:5 219:9

pre
173:15

precisely
39:6 235:10

precision
99:7,9,12

predicted
22:8 31:10

predictive
24:2,6,9 26:1 33:8

preface
81:24

prefixes
148:18

preimplementation
173:3

preliminary
27:14

premise
77:19 82:21 85:13
139:10

preparation
160:17

prepare
160:8

prepared
12:22 127:10 160:7

prescription
195:17

present
5:10,11 104:18
134:20 169:2 180:20
225:14

preserved
148:8 225:4

President
64:17

presupposing
85:21

pretty
144:20 182:20
232:19 233:15
235:21,23

previous
29:14,16 39:7 121:1
126:7

price
116:21,22,24 117:11

primarily
130:24 141:20

primary
19:17 20:19 21:9
125:4 203:11

prime-time
173:15

principal
192:7

principle
30:24 91:23 191:18
196:3

principled
193:4

principles
75:7 192:2,4

Case 16-04006    Doc 443-4    Filed 07/21/23    Entered 07/21/23 22:42:28    Desc Exhibit
D    Page 269 of 284

In re: Chapter 11 Cases TELEXFREE vs.                                                  Cameron L. Freer
FRANZ BALAN                                                                            April 04, 2023

**printed**
218:1
**prior**
35:22 36:4 128:16
154:19 186:4,18
211:5,13
**prioritizes**
185:2
**probabilistic**
15:2,11 16:7,8,10,23
17:14 19:19 20:16
174:5 175:10 176:6
194:19
**probabilities**
174:11 198:4 200:10
**probability**
16:14 20:14 21:2
137:22 161:6,14
163:8 176:4,8 177:3,
15 178:22 198:8
**problem**
29:1 30:19 146:21
167:18 170:21
185:23
**problems**
30:16 201:11,19
**procedure**
81:6,14 105:12
154:8 177:9
**procedures**
103:8 129:13
**proceeded**
13:14 21:24
**proceeding**
5:9,10,12,19 8:21
**proceedings**
36:17 78:9
**process**
7:21 26:11 27:20
29:17,24 32:16
82:19 88:20 150:22
154:19 158:10
172:20,24 173:12
174:8 179:16
188:10,24 190:10
194:20 201:18
205:6,23 207:3
212:19 224:15,17
**produce**
66:21 83:2 84:20
98:12 102:24 166:2
172:1 179:7 194:7
204:13

**produced**
11:10 12:19 43:14
47:24 57:6 58:6
67:24 83:16 92:17
99:13 194:5 207:8
218:3 220:17 224:2
227:4,11 229:10
**produces**
44:21 172:13
**producing**
172:16
**product**
19:14 22:12 24:16
31:22,23 33:5,6,7,10
34:15,20 229:15
**products**
22:9,12,14 32:10
34:2,16,22
**professional**
214:14
**program**
15:1 19:18,21
**programming**
15:2 16:7,8,23 17:14
19:19 20:12
**programs**
19:21
**progress**
79:22 127:6
**progressed**
79:20
**prohibited**
151:24
**prohibiting**
152:6
**project**
15:12 186:9,24
**projects**
115:4
**promotee's**
219:12
**promoter**
132:7
**promoter's**
219:11,13
**promoter/promotee**
219:7
**promoters**
218:21
**pronounce**
89:24 90:3 92:1
175:3

**pronounced**
90:8
**pronouncing**
89:22 208:14
**pronunciation**
92:2
**proof**
205:21
**proper**
187:14
**properly**
71:16,20 72:8
**properties**
22:19 31:15 104:14
134:24 162:11 164:9
207:23 212:11
**property**
24:12 28:23 69:2,3,7
74:10 82:10,13
146:17 162:10,17,
19,24 190:17 196:15
197:15 208:9 211:18
**proportion**
99:16
**propose**
8:6
**proprietary**
24:19 25:10 28:14
**provide**
43:12,23 46:22 67:6
69:14 125:23 166:5
**provided**
42:7,24 45:19 46:1,
2,17 48:12,20 49:22
51:4 56:13 57:2,10
58:22 59:19 87:16
115:13 121:21 214:6
**provider**
69:14 115:8,13
**providers**
23:12 29:7,17,20
**providing**
125:9 159:19 227:10
**psychological**
17:1
**psychologists**
19:3
**psychology**
16:24 17:7,16,23
18:24
**public**
5:3 6:15 12:8

**publication**
124:19
**publications**
124:18,23 127:3
**pull**
120:15 159:15
**purchasing**
28:6
**pure**
13:16 14:6
**purely**
20:22
**purpose**
101:5 114:7 117:20,
22 118:1 121:22
169:13
**purposes**
30:3 71:14 77:23
86:11 118:20 149:12
157:10 158:2 216:16
**put**
36:19 49:13 76:8,10
77:17 78:5 118:24
119:24 120:9 129:9
177:14 185:7 212:17
218:8 237:4
**putting**
78:6 140:24 164:14
208:18
**pyramid**
130:7 215:15,17
219:22
**pyramid-like**
215:20
**Python**
20:13

---

### Q

**quadrillions**
210:13
**qualitatively**
88:14
**qualities**
101:15
**quality**
28:3,9,18 30:12 32:4
54:21 55:15,21
71:23 72:2 73:1
100:23,24 101:2
102:1,5,18,21,23
103:7,22 104:6,24
105:4,12 114:6

128:21 149:17 158:1
163:20 183:13
**quantities**
211:14
**quantity**
40:17
**question**
7:2,4,9 17:5 32:6
33:19 38:15 39:21
41:10,14 44:24
47:20 49:15 50:16
51:2 65:11 67:16
77:20 82:1 85:13
86:2 87:4 120:16
121:1 127:12 131:7
139:10 142:4,10
151:17 152:20
155:13 156:22
157:14 165:19 168:2
172:11,15 173:3
186:24 188:8 191:7,
14,21,22 212:17
215:2 216:10,17,20
222:3 223:5 224:13
229:5 230:2,8,11
231:18 232:6,11
234:3
**questions**
6:24 12:20 18:19
21:2 68:10 77:24
80:16 88:13 96:18
214:5 217:12 222:1
225:20 236:18,20,23
**quick**
89:10,11 144:19
**quickly**
126:6 217:10 223:21
**quoted**
217:24
**quotes**
56:16 116:8,11
214:1 224:5,6

---

**R**

---

**R&d**
173:12 190:6
**R-E-P**
134:15 152:11 165:7
**R-E-P-R-E-S-E-N-T-A-N-T-E**
150:4

**raised**
103:7
**raising**
103:22
**ran**
71:5 72:19 147:16
156:23
**random**
110:3 111:14
**randomly**
112:22 181:12
**range**
16:15 25:13 27:10,
12,16 28:9 188:15
**ranking**
32:23
**rate**
99:6,7
**rates**
98:22 99:8 149:5,20
**ratio**
189:11,12
**raw**
57:12 58:13 59:7
**read**
8:7 37:5 49:20 50:1
57:22 81:18 88:7
130:22 134:7 144:5
159:23 178:7,8
208:16 221:15
235:11
**reading**
8:2 18:17 37:6 59:2
223:11
**real**
9:18 22:15 24:15,17
31:14 33:22,24
34:10,21 53:17
68:10 69:2 70:15,17
71:12 129:19
**real-life**
64:17
**real-world**
63:5 70:12 100:21
**reality**
129:15,21
**reason**
7:8 31:12,18 35:1
131:7 156:2 157:15
167:19 169:6,17
190:18 192:7 193:4
208:11 209:13

225:22 233:12
**reasonable**
25:21 49:12,20
63:23 73:11 76:12
103:1 106:17 120:3
128:19 144:15 145:6
147:19 167:3 169:3,
18,19 172:23
188:15,22 189:1
195:2,15 207:10
209:14
**reasonableness**
195:4
**reasons**
31:6 184:23 215:3
**rebuttal**
131:2 227:16,17
**recalibrates**
193:3
**recall**
18:9 33:19 36:1
55:24 59:13 64:11,
13 67:11 99:7,15
113:16,23 122:6
126:14,24 145:19
146:5 148:22 149:9
150:6 153:22 168:7
187:3 197:8 205:8
210:21 211:3,19
212:1,15 218:16
221:9,12 225:19
228:5 230:8,11
231:11,15 232:15,21
233:11 234:6,7
**receive**
57:11 118:17
**received**
10:22 18:23 39:9
57:24 58:1,12,14
102:15
**recent**
41:12 223:9
**recess**
50:5 123:9 173:23
213:11 236:16
**recognize**
213:17 220:20,22
229:12
**recognized**
101:17
**recollection**
33:21 122:4 132:12
144:12 149:7 162:15

208:4,15 225:1
230:12
**recommendations**
108:2
**reconciling**
29:7
**record**
5:21 7:3,24 8:4 13:5
22:18 60:24 68:15
107:14 110:23 115:4
116:2,4 132:24
134:20 162:7,8,19,
21 175:10,13 178:8
182:7 189:2 190:4,7,
18 194:20 197:10,
12,19 199:3 230:17
237:5,14
**record-linkage**
197:21
**recorded**
8:24 189:18
**records**
22:19,22 54:2,22
60:15,17,21,24 61:6
68:16 74:14,19
75:10,15 76:22 78:5
86:19,21 109:13
130:2 154:13 156:16
162:15 163:21
168:21,22 169:21,23
170:4 175:15 177:24
184:2,9 191:9 197:3
201:11,12 204:2,22
208:8,9 210:2
211:20,21 218:21
221:21
**recovers**
83:9
**recruit**
132:6 215:18 216:22
**recruited**
216:22
**recruiters**
130:15
**recruiting**
219:4,6
**recruits**
130:13
**rectified**
104:3
**reducing**
30:14

refer
29:1 65:8 73:19
74:9,11 93:13,17
129:11 134:10
171:15,20 182:22
191:6

reference
64:8 90:16,19 91:13
101:15,21 114:12
129:10 141:21 188:7
191:12 222:22

references
89:7 216:7 224:14

referencing
92:9 112:23

referred
83:11 141:5 171:5
187:21 205:6 208:5
216:2,13,14

referring
41:1 51:22 52:20
56:16,20 68:24 99:2
107:20 116:12 174:7
176:14 180:9 181:5,
16 188:10 203:24
204:12 207:22
221:20 222:3 224:18
227:13

refers
52:22 108:23 214:20
222:24

refines
26:23

reflect
63:10

reflects
176:3

regard
43:13 63:9

regenerate
190:19

regions
29:1

relate
53:4,5 61:21 96:12
97:14 101:3 102:1
104:16 105:5 161:11
226:7 232:20

related
9:22 20:24 22:10
51:7 53:5 96:13 99:8
134:19 161:2,13
196:19,20,21,22

197:3 215:7 221:23
224:2

relates
70:15,16 96:21

relating
11:6 54:19 154:5
186:6,7

relation
129:15 196:15,19,20
197:2,11,18 198:12
199:2,4

relationship
51:23 56:6 61:23
62:2 64:17 85:21
92:15 128:20 164:2
199:23 215:11 217:3
218:22 219:7

relationships
62:10 199:20 217:5
219:3

relative
94:5

relevant
50:22 51:6 59:24
60:1 64:2,5 101:8
102:4,12 121:4
154:1 160:22 197:24
211:17 215:10
220:7,10 222:13

reliable
27:19 68:14 207:11

reliably
68:20 70:3

reliance
105:3

relied
114:11

rely
46:11 96:16

relying
44:4,6,18,19 194:1

remaining
167:5

remains
44:1

remember
23:11 159:15 181:2
221:3,5 222:8
234:12 236:7

Remine
9:16,17,24 10:4 15:5
21:13 22:12,13

23:16 27:11 28:4,17
31:5,19 32:10 33:6
35:1 68:24 113:3,12,
17 161:22 162:5
186:10,21 187:4

Remine's
33:18

remotely
5:5,6,12 125:6

removes
148:14

renewed
18:11

rep
52:9 69:20,24 70:1
146:19,21,22 147:23
149:23 150:19,24
151:6,7,10,22 152:1,
10 153:2 181:14

rep_end
183:20 185:11,23
186:1 188:1 212:8

rep_id
56:14,22 57:8
134:15 146:18
150:11 165:12 229:3

rep_id_summary
43:18 50:19 52:6
56:11,24 57:5

rep_login
145:18 146:16
150:13

rep_na
110:10

rep_nome
110:11 165:7,10

rep_numero
183:20 185:11,19
186:2 188:1

rep_obs
118:8

replacement
23:10

replacing
30:5 32:1

replied
231:20 234:21

replies
218:1

reply
131:2

report
11:14 12:11,12,17
13:6 36:16,18 37:14,
19 39:13,20 41:24
49:21 50:7 51:20,22
55:1,14 57:21 61:5
72:15 73:20 87:6,15,
17,18 92:14 95:20
96:1,6,11 101:3
102:16 103:16
107:21 112:6 122:21
124:7 126:18 131:2
133:15 144:11
145:17,21 155:23
159:12,13 160:11
165:1,17,20,21,22
166:1,8 174:2 181:3,
7,11 183:18 187:7
212:24 215:3 227:6,
14

reported
117:9

reporter
5:2,3 7:3,16

reporting
5:12

represent
6:9,21 50:24 60:7
187:24

representante
56:12,24 57:1,9,14
121:7 150:3,10
153:23 218:22

representation
96:6

representative
147:20

represented
44:10,13 79:7

representing
139:17 181:15

represents
45:9,17

reproduce
43:7 173:18

reproducible
189:16

require
167:23

required
27:14 128:13 150:7
153:11 168:18 172:9
217:7

In re: Chapter 11 Cases TELEXFREE vs
FRANZ BALAN

Case 16-04006   Doc 443-4   Filed 07/21/23   Entered 07/21/23 22:42:28   Desc Exhibit
D   Page 272 of 284

Cameron L. Freer
April 04, 2023

**requirement**
31:16
**requirements**
18:2,18
**requiring**
166:18 168:16
**reran**
158:10
**rerun**
191:3,18,19
**research**
14:6,20,23 15:1,9,
20,23 16:3,7,13,16
19:3,23 20:3,24 21:9
25:2 141:24 161:17
195:19
**reserve**
125:12
**residences**
28:23
**residential**
22:19 162:11
211:18,21
**respect**
34:6 69:16 76:2
82:10 88:16 92:21
98:7 135:1 136:2
142:4,6,15 188:20,
23 189:9 196:7
200:19
**respectfully**
232:10
**respective**
78:12
**respects**
168:23
**responded**
235:18
**responding**
214:19 221:17
**response**
68:10 229:18 233:5
**rest**
55:18 135:9 144:21
158:19 173:8
**restroom**
173:21
**result**
156:19 171:15
190:12,15 191:24
193:10 201:20
226:17,24 227:9

**resulted**
225:6
**resulting**
42:19 47:23 48:2
83:23 102:9,21
154:9 194:4 205:7
**results**
27:23 41:6 44:22
60:6 83:14 103:13
105:13 171:23 178:3
214:4 227:2
**retrieve**
153:12
**returned**
14:11 15:8
**reunited**
81:13
**revealed**
165:21
**revealing**
28:14
**reverse**
132:5
**review**
64:7 106:21 112:22
126:16 134:8 145:9
147:20 167:6 168:4
**reviewed**
49:10 119:7 160:11,
16
**reviewing**
218:16
**revise**
125:7
**revised**
124:13
**revisit**
189:24
**RFC**
108:15
**RFCS**
72:17
**risk**
170:17 202:16
**Rita**
97:5 98:2 103:19
104:1 203:17 204:16
**Road**
95:6,7
**robust**
196:6

**robustness**
190:17
**role**
23:1 76:6 119:16
133:15 134:3,11,14,
16 161:16 228:23
229:4
**Rona**
5:23 6:19,21 8:5,9,
11 11:17 12:3,16
13:8 25:17 36:23
37:7 38:13 41:9
49:1,4 50:2,6 58:11
80:15 81:22 93:19
95:2 97:21 115:24
121:16 122:23
123:3,6,8 124:3
128:14 134:2 136:22
138:22 140:10
141:3,9 143:6
148:16 155:11
156:21 157:12
159:11 164:21
173:22,24 178:1,6,
19 179:18 200:15
205:2 207:12 212:23
213:3,6,12,15
217:14,17 218:13
219:19 220:11,15
223:24 228:11 229:8
232:4,12,14 233:4
234:18 236:10,14,
17,22 237:4
**room**
5:10
**rough**
43:6 149:19
**roughly**
22:18,19 53:16
74:14 83:18 99:12,
15 215:22
**round**
126:6
**rounded**
195:7
**rounding**
195:14
**row**
90:14,15 91:1,2,5,24
92:21,22 93:3,6
94:2,18 95:22 96:19
97:1,3,4,17 107:14
183:4 184:14

**rows**
94:3,6,8,10 95:18
**rubric**
179:19,22 180:20
181:1,4 182:16
**rule**
151:14 152:6
**rules**
171:1,4,5 172:7
**run**
27:18 35:8 148:17
155:20 170:17
173:4,8 189:13
190:10 191:13
205:13 214:16
**running**
73:2 158:3 171:16
**runs**
83:10 193:6 194:12

————————
**S**
————————

**S-E-C-O-N-D-A-R-Y**
152:12
**S-I-M**
181:16
**S-O-R-O-N-D-O**
214:3
**sale**
24:22
**sales**
22:4
**sample**
23:5 110:3 111:14
112:5 147:21 189:15
218:21
**sampled**
112:22
**samples**
20:15 23:6
**sampling**
70:18 73:3 100:19
106:20 110:2 161:6
**sanity**
193:24
**satisfactorily**
6:14
**satisfied**
220:19 223:13
**satisfy**
111:11
**save**
189:2,7

In re: Chapter 11 Cases PELEX FREE vs
FRANZ BALAN

Case 16-04006   Doc 443-4   Filed 07/21/23   Entered 07/21/23 22:42:28   Desc Exhibit
D   Page 273 of 284

Cameron L. Freer
April 04, 2023

**saved**
191:1,2
**scale**
32:21 76:13 208:23
**scan**
193:21
**scanned**
218:12,15
**scenarios**
132:18 133:11
**scheme**
39:10,11 51:7 53:12,
20,21 56:7 70:4
130:11 171:7,16,20
174:24 215:12,14,15
**schemes**
53:2 56:18
**school**
10:10,13
**science**
14:14 17:16 21:22
22:5 26:21 35:2
**Sciences**
14:16 15:10
**scientist**
14:23 15:6,9 21:14
26:19
**scientists**
17:21 18:1 19:2
**scope**
38:21 231:2 232:6,7
233:24 234:8,14
**score**
83:8,13 84:5,7
175:23 176:1 192:9
195:5 200:19 201:3,
5
**scored**
84:8
**scores**
83:14 198:3 200:10,
23
**scoring**
84:3 179:19,22
180:20 181:4
**screen**
37:6,13
**seamless**
23:18
**search**
94:15,20 95:13,17,
23 96:2,14 160:1

**searches**
120:20
**secondary**
152:11,22 221:22
**secrets**
25:10
**section**
38:24 40:8 71:24
114:10 125:3 133:15
198:1
**securities**
116:12
**securities-related**
117:16
**Security**
28:22 57:20 59:16
68:19 69:2,5
**seed**
189:17
**segments**
147:17
**segregate**
46:14 47:19,21
**segregation**
46:10,21 76:6
**seized**
59:15 60:4
**select**
58:18 189:15
**selected**
112:14 146:8 181:11
182:4
**selecting**
114:11
**selection**
187:13
**sell**
22:13 24:22
**selling**
22:13 32:10 33:6
34:18
**semi-automated**
25:23
**semi-canonical**
28:20 68:4,11,23
69:13,17
**send**
153:14 237:9
**sense**
13:21 17:21 20:11,
21 36:10 43:6 51:18
54:13 55:15 58:23

59:2,4 62:9 63:5
66:5 68:12 69:13
70:5,6 73:11 77:15,
20 80:19 82:4 84:1
85:18 87:10,12
101:13 111:23
116:19 117:3,4
122:15 134:21
136:12 144:19
147:15 152:9 157:24
163:24 169:1 170:2
176:5 180:21 183:15
186:1 187:3 195:4
198:17 201:17,22
202:8 203:20 209:20
231:11
**senses**
68:7
**sensitive**
190:16 194:20
**sentence**
51:24 130:10 135:2
172:20 194:19
233:10
**separate**
9:12 11:5,7 43:3
53:6 63:15 77:18
85:3 86:2 87:2 92:23
106:7,9 137:20
**separated**
89:14
**separately**
106:3
**sequence**
171:4 186:14
**sequential**
164:5
**served**
9:2
**server**
150:22 151:16
152:15 178:12
**servers**
60:4 214:15
**service**
33:21 210:19
**Service's**
73:6
**services**
153:11
**set**
51:11 60:17,24 61:6

80:16 84:15 85:22
106:20 153:5 166:15
170:9,24 171:6,14,
15,21,22 172:2,14,
16 173:5 197:9
207:21 208:8 212:24
217:9 220:11 223:21
228:8 229:6 234:15
236:15
**sets**
172:1,4,12
**setting**
69:20 101:9 113:10
214:15
**settled**
10:2
**seven-page**
220:16 234:20
**Seventy-eight**
37:23
**Seventy-two**
41:3,4
**shades**
200:4
**shape**
116:10 131:6 147:8
155:2
**shapes**
26:3
**share**
130:16,18 136:1,7,
14,16
**shares**
136:4
**shenyagn**
183:7
**shenyang**
183:5,7,8 184:4,5,9
**shortening**
114:14
**shorter**
157:13
**shorthand**
208:7
**shortly**
10:2
**show**
33:4 181:13 220:12
**showed**
229:4
**showing**
40:13 218:19 223:17

**shown**
31:13 43:15
**shows**
40:11,15
**sic**
187:10
**side**
17:2 152:15,17
155:4 166:6 170:19
173:16 216:2,3
**sides**
219:21
**sign**
8:7 106:2 109:18
206:18
**signal**
24:21 30:15
**signals**
24:23 25:2,5,7,16
**signed**
153:10
**signing**
8:3
**Sim**
181:16,24 182:3,8
184:15,22 189:11
191:10,13
**similar**
55:15,21 80:16
138:1 142:18 146:23
156:15 158:1 163:23
168:22 180:16
181:18,21 184:2
195:20 200:22
201:13 204:15
209:9,21 210:3
227:5,8,12
**similarities**
176:15
**similarity**
182:9,15 188:20
200:1 210:2
**similarly**
152:5 156:16 177:13
**simple**
165:15 196:18
202:1,7
**simpler**
177:14 178:21
**simplest**
198:14
**simplicity**

**simply**
42:1,11,17 43:11,20,
21 44:2 57:9 86:23
129:9 166:13 189:23
190:7,10 193:21
225:14
**simultaneously**
84:21 203:4
**single**
13:23 30:6 32:12
67:23 78:11,16 79:8
83:22 109:19 110:22
190:4,5 218:2 233:8
234:2 235:14
**singled**
126:2
**situation**
80:24 83:22 127:16
129:17 132:5 145:12
202:15 203:22
204:9,23 221:10,13
**situations**
66:1 203:3,4 204:13
**six-page**
229:9
**size**
35:3,7 170:1
**skim**
95:16
**skip**
130:15
**skipped**
166:10
**sleeping**
210:7
**slightly**
29:6 68:7 192:16
200:23
**slowly**
11:23
**small**
21:20 39:14 65:20
87:24 95:17 98:16,
20 137:22 184:9
186:14 189:24
190:16 191:16,17,23
192:5 193:17 208:4
**smaller**
144:3
**smallest**
198:11

**smallness**
193:19
**Social**
28:22 68:19 69:1,5
**software**
22:3 100:9
**somebody's**
104:20 120:19
**someone's**
107:15
**Sorondo**
214:3,7 220:24
**sort**
9:6 16:15,19 18:16
19:5 20:2 23:3,17
26:5 28:15 29:2
32:23 36:12,13
60:15 74:22 89:7
104:2 108:1,3 111:5
117:16 120:4 124:20
127:7 138:7 144:18
147:10 162:12 167:7
173:14,15 183:17
192:10 193:20,21,24
194:6 198:13 225:23
229:23
**sorts**
89:21 140:16 176:6
194:2
**sound**
7:4,21
**sounds**
182:21 213:9
**source**
22:22 41:20 48:7
60:3 69:10 70:7
222:16
**sources**
22:22 23:2,17 68:17
69:22 92:10 104:17,
23 107:2 120:15
139:24 223:18
**space**
22:15 30:6 92:2,21
110:1 124:20
143:12,14 145:7
**spaces**
30:5,6 32:1 89:14
**Spanish-speaking**
138:24 139:3,14
142:13
**speak**

139:12 158:2,19
175:23 180:22
203:19 204:18
**speaking**
29:23 53:16 55:23
99:12,15 104:1
139:6
**speaks**
72:4 102:22 190:14
**special**
133:15 134:3,11,13,
16 135:3
**specific**
23:5,13 34:11 52:1
66:15 72:15 75:18
80:6 103:24 106:20
112:20 114:24
122:12 133:10
139:14 141:24
144:10 145:12
149:10,14,21 151:2
155:24 161:17
165:23 184:5 188:3,
6,7 195:16 196:14
200:24 204:19
205:11 207:20,22
208:8
**specifically**
15:10 81:18 104:16
122:20 132:12
143:22 148:22
149:12,20 155:7
164:20 166:18 168:8
180:11 196:9 231:16
**specifics**
121:12 156:7 158:2
**spelling**
89:23
**spent**
32:17
**spoken**
105:22
**spreadsheet**
38:5 114:13
**spur**
123:2
**stand**
183:2
**standard**
25:14 26:21 29:3
30:10 32:11 72:16
111:21 112:20 147:7
166:14 175:12

**standardized**
68:14 69:4
**standards**
18:23 101:22 104:6,
8 107:23 149:16
195:1
**stands**
62:2
**start**
7:2,9 102:22 103:9
189:6 198:12 205:19
**started**
19:16 105:21 106:23
122:24 156:19 157:7
**starting**
10:9 45:18,21 118:6
154:14 159:24
**startup**
9:18 14:24 15:22
**state**
5:7 7:23 156:9 157:7
225:9 228:5
**stated**
191:8
**statement**
187:18
**States**
64:18 73:5 212:14
**stating**
5:20
**statistical**
33:2
**statistics**
16:14 21:2 71:24
73:2 194:6
**staying**
94:2 97:2 132:4
**stays**
42:10
**step**
26:7 40:9 41:4,23
43:16 45:22 48:20
66:20 67:17 88:19
164:24 165:3 166:9,
10,11,12,13 167:9
170:18 172:14
174:11,15,18,19,21
182:17 190:4 207:17
208:10 225:10
230:15 231:3 235:11
**Stephen**
6:9

**steps**
30:13 164:22 166:9
171:11 174:3,4,9
178:15 224:22,23
225:3,7,18 226:8
**stipulate**
87:3
**stipulated**
116:22
**stipulation**
8:3
**stock**
9:23
**Stoneturn**
227:6,16,17
**stop**
173:21
**stopped**
35:1
**straightforward**
194:14
**stratifying**
194:8
**street**
5:7 72:21 97:10
131:20 136:8,11,14
156:2 163:4 164:14
184:16,17 185:4,8,
17 186:17 211:23
**string**
72:10 89:20 90:5,7
93:23 110:24 148:10
185:3 213:16 220:16
223:2,7 224:1,3
229:9 234:20
**strings**
65:18,21 181:19,23
182:1 184:21 191:13
**strong**
118:24
**structure**
179:14 186:11
215:20
**stuck**
44:23
**student**
127:6
**students**
124:24 203:16
**studied**
205:9

**studies**
149:9
**stuff**
175:2
**subject**
159:24 208:2
**subjective**
108:5,8 184:13
**submissions**
125:10
**submitted**
124:18
**subsequent**
30:13 231:13
**subset**
55:2 113:1 159:9
170:8 207:20
**subsetting**
157:8
**substantial**
21:3 91:19 94:23
184:10 224:5
**substantially**
111:4 113:18,21
115:7 135:15
137:16,18 160:24
166:24 202:5
**substring**
90:21
**substrings**
91:18
**subtle**
221:10,13
**subtler**
31:24 137:24 152:9
**suburb**
10:12
**sue**
230:5 234:4
**sued**
6:22 236:6
**sufficient**
35:3 105:11 106:18
121:22 149:18
163:17
**suggest**
149:17
**suggesting**
153:20
**suit**
9:14

**sum**
42:1 45:2 46:15
47:11 55:16 77:2,6,7
78:12 80:20,21
82:19
**summarization**
21:11 31:22 125:24
162:1
**summarize**
10:21 38:20 131:14
**Summarized**
43:15
**summarizes**
41:6
**summarizing**
47:18 50:18
**summary**
38:24 40:7,15,22
46:19 47:7,17 52:6,9
114:14 134:8 194:6
229:3
**summer**
125:1
**Sunter**
175:4
**super**
124:21 131:13
**superficial**
167:8 204:14
**superficially**
94:4
**supplement**
23:9
**supplied**
45:14 56:21
**supply**
45:11
**suppose**
40:8 67:24 68:6
**supposed**
35:17 111:1 118:7,
10 120:9
**surprise**
113:17
**swear**
5:21
**Swim**
187:9
**swing**
83:11
**swings**
84:23

**switch**
    84:22
**sworn**
    6:15
**symbol**
    72:13
**symbols**
    109:16,24
**symmetric**
    196:18
**synonym**
    99:20
**synthetic**
    129:12 204:5
**system**
    9:7,12 20:17 27:2
    115:19 116:17
    150:21,23 151:14,24
    152:23 153:19
    167:21 211:4 216:8
**system-created**
    150:19
**system-generated**
    152:5,9
**systematic**
    72:19 183:12
**systematically**
    119:24 120:1 220:6
**systems**
    27:13

─────────────
            **T**
─────────────
**T-E-L-E**
    148:11
**tab**
    114:12
**table**
    42:6 46:16 50:20
    51:3 52:6,10 56:10,
    22 57:1,14 96:4,7
    107:20 121:7 150:3
    181:9 218:23 222:23
    223:2 227:12,17
**tables**
    47:18 56:12 57:15
    58:1,14,18,19,22,24
    59:7,12,14,16,21
    60:1 70:3,9 134:19
    150:5 222:6,9,16,19
    225:5,15
**tabular**
    41:13

**takes**
    148:6 192:17
**taking**
    29:24 30:4 71:10
    116:24 199:6 222:5
    231:4
**talk**
    10:8 21:14 60:6
    85:20 100:23 107:3
    114:4 169:11 181:3
    187:9 194:16 196:8
    207:13 212:19
    219:21
**talked**
    41:11 91:4 93:1
    103:14 132:13
    161:22 164:23
    166:10
**talking**
    52:4 108:14 113:22
    114:2 126:15 134:17
    140:18 163:1 177:21
    180:11 201:16
    210:13 235:3
**talks**
    124:24
**tangentially**
    161:2
**target**
    34:17
**targeted**
    24:15 34:10,21
**task**
    32:21 69:12 72:17
    108:15 230:13
**tasked**
    230:19
**tasks**
    161:17
**taught**
    13:19,22,23 125:4
**teaching**
    14:7
**team**
    21:20,22 22:4,5 35:2
    83:8 84:7 209:23
**technical**
    50:11 68:12 214:5
**technique**
    26:13 27:3 42:9
    199:12 200:9,24
**techniques**

22:6 26:23
**Telexfree**
    6:10,23 35:24 36:3
    39:18 40:5 41:15
    51:5,11,14 52:11
    53:4,12,20,24 54:6
    55:1,7 56:7 59:11
    61:22 62:1 63:7
    69:16,21 70:22,23
    75:4,11 79:6 82:17
    84:19,20 100:15,16
    101:8 102:15 104:5
    108:6,11 113:3,11
    114:21 117:24
    119:11 120:13
    121:20,24 122:14
    128:17 130:11 135:3
    136:24 142:6 145:9
    147:24 148:12
    151:24 153:8,19
    154:14 155:4 161:12
    163:3 186:4,18
    205:5 211:5,12,13
    212:20 215:14
    216:1,8 219:6
**Telexfree's**
    150:23
**ten**
    38:8,9 111:13
    124:15,17 201:17
    237:15
**tentative**
    172:4 173:15
**tentatively**
    173:8
**Teresa**
    89:3,17 90:3 91:18
    94:1 97:15 98:1,6
    103:18
**term**
    50:11 180:8 196:13
**termination**
    35:13
**terminology**
    61:3 171:8 179:24
**terms**
    14:2 24:5 25:19
    36:11 43:3 49:6 59:6
    60:5 74:7,9 80:12
    96:19 114:4 124:17
    125:21 131:14 137:3
    139:15 161:20
    169:14 175:8 177:14

178:21 193:11 198:2
    207:3 209:4 222:17
    234:3
**terribly**
    184:5
**test**
    72:8,14,19
**testified**
    6:16 8:19 150:12
    162:4
**testimony**
    5:15 8:24
**testing**
    24:3 129:13,16
    157:1
**tests**
    71:5 102:18
**theory**
    16:14 21:1 192:3
**thing**
    30:20 52:24 88:7
    104:2 109:8,13
    111:5 120:4 126:7
    133:12 137:9 143:20
    149:14 153:22
    155:7,8 156:18
    172:8 190:7 195:3,
    17 203:14 204:19
    205:1 206:5 213:24
    218:15
**things**
    7:17 9:22 10:15
    15:14,16 24:10,20
    25:1 33:2 35:8 36:13
    45:24 60:2 65:15
    77:3 79:13 85:2
    93:18 110:18 111:9,
    15 116:8 119:23
    124:6,14,21 126:13
    127:3,7 132:11,16,
    23 134:7,23 138:6
    140:16 143:5 144:24
    145:13 147:8 148:23
    151:12 162:12
    164:11 165:24
    170:12 176:16
    178:16 183:16
    186:16 188:13
    194:10 196:4,18
    201:6 203:1,11
    204:5,6 207:7
    219:18,21 227:20
    232:7

**thinking**
49:2 127:24 160:24

**thinks**
100:17

**Thirteen**
12:3

**thirty**
8:7

**thought**
86:1 104:5 111:1
120:24 127:15 161:3

**thoughts**
159:1 172:19

**thousand**
101:23

**thread**
218:2

**threshold**
81:8 187:14 190:11
191:19 192:9,14
202:9

**thresholds**
182:6 188:7

**throwing**
146:13 147:3,11

**tied**
62:9 81:12,15
233:15

**Tim**
154:19

**time**
8:18,23 9:5 19:16
20:1,5 25:14 32:17
48:23 50:2 71:17
73:16 80:17 109:11,
12 124:13 131:19
164:5 166:8 169:20
202:22 210:7 214:9
222:5 228:5 230:12,
20,24 231:6

**times**
50:7 95:19,22
101:23 158:23
160:12 162:24 184:3

**title**
14:18

**titled**
133:15

**titles**
14:12

**today**
7:1 158:7,12,16,20

**today's**
160:9

**token**
89:13 96:24 143:2

**tokens**
89:16,19,20 90:11,
17 91:4 93:1,21
139:5,8,16,19
140:19 142:21,22
143:1,9,13 156:1

**Tokyo**
125:5

**told**
206:13 234:13

**tools**
17:15,20

**top**
181:23 195:21
220:23 221:19
229:18 235:18

**topic**
41:15 124:4 125:16
138:7 203:6 226:13

**topics**
35:21

**totality**
59:10

**totally**
113:24 120:1 121:7

**touch**
219:22

**touchdown**
83:8,10

**touched**
125:17 177:2

**track**
83:18

**trade**
25:10

**tradeoff**
32:14 146:11 170:13
202:23

**tradeoffs**
32:13,16,20,22

**trades**
116:8,11

**trading**
117:4

**training**
17:23 18:21,22,24

236:18,20

**transaction**
49:9 116:13,14

**transactional**
116:18 117:6,17

**transactions**
49:6,17 53:15,18
84:20 117:19 122:2,
14 215:7

**transformations**
30:11

**transformed**
165:8

**transitive**
196:10,12 198:10,20
199:6 200:8 201:10

**transitively**
196:16,21 197:6,20
198:11 199:2,4,5,9,
10,17

**transitivity**
201:10,20

**trial**
8:20 188:10,12

**triangular**
215:7

**trick**
88:13

**trillion**
170:6

**true**
63:6 85:9 127:15
132:6 135:10 179:15

**truncated**
145:22

**truncating**
147:9,24 148:14

**truncation**
145:18 148:6

**truncations**
147:6,7

**trust**
96:16

**trustee**
6:9,22

**truth**
175:20

**turn**
35:19 38:23 129:3
174:1

**turned**
173:16 231:13

**Twelve**
180:2

**Twenty-six**
144:6

**type**
8:21 26:12 99:2,5
115:3 117:5 161:3
175:12 186:5 187:1
198:24 205:14

**typed**
72:6 115:18 210:12

**typically**
26:15 33:21 63:14
109:9,14,24 116:19

**typo**
107:11 149:20

**typographic**
149:5

**typos**
104:1 138:2

───────────

**U**

**U.S.**
22:18 28:21 53:16
55:18 69:5 162:16
185:20 186:8,21

**uh-huhs**
7:18

**ultimate**
222:16 223:18

**ultimately**
27:17 60:13 73:16
172:17 175:21
183:24 215:2 224:22

**unaware**
226:22

**unclean**
30:18

**under-aggregation**
73:20 74:3

**under-cluster**
75:6

**under-clustered**
74:18 80:18,24
81:14

**under-clustering**
74:6,8,24 75:14
76:3,18,23

**undergraduate**
10:17

**underneath**
215:19,23

**underscore**
134:15 152:11
165:8,10

**understand**
13:10 50:24 53:7,8
57:16 61:23 63:4
80:11 82:21 85:12
88:14 106:4 142:10
156:10 169:12
215:8,9 219:6
224:21 226:5 236:21

**understanding**
5:9 22:21 24:20
28:17 31:6 36:8 39:5
48:16 52:19 53:13
57:23 62:5 63:13,18
65:14 75:24 76:5
79:18 80:2,8,22
81:10 82:8 106:24
114:14,19,21,23
121:23 130:11,22
131:5,10,12 132:3,9
133:6,11 135:16,22
136:6 137:19 139:2,
20,24 140:8 142:17
150:20 151:1,8,9,12,
22 152:2,13 154:16,
20 155:1 159:22
161:15 169:4,10
185:10 192:2 210:18
215:4,6,16 217:4
219:15,16 225:3,21,
24 226:4

**understood**
58:13 173:14 220:8

**unilaterally**
206:10,13

**union**
60:23 61:6

**unique**
134:21 146:16
149:24 150:7,8,12,
13,14,18 151:22

**United**
64:18 73:5 212:14

**universally**
149:1

**University**
10:16,19 14:8 125:5

**unknown**
179:7

**unlearn**
226:22

**unmodified**
57:24

**unpaid**
159:4

**unreasonable**
195:6

**unsee**
228:6

**unsupervised**
175:19

**updated**
13:1 27:20 29:12
30:17 125:9

**uppercase**
30:9

**upsell**
33:23

**usability**
32:13

**usable**
30:3 32:9 101:5
104:11 113:20 114:2
162:5

**usefully**
23:8

**user**
52:4,5 60:12,14
61:10,14,15,19 62:1,
3 63:9,13 64:8,9
65:4 75:20 76:2
84:23 85:5 88:1,19
110:9 114:8 115:11,
18 117:1 119:12
122:1 127:16 130:12
133:7 146:17 151:5,
9,19 152:7 153:8
178:13 207:19

**user's**
152:16

**user-account**
63:19

**user-entered**
114:22 115:5 116:17

**users**
31:13 33:4 84:10
117:2,4 118:1
120:10 132:21 149:6
186:7 206:6

**usual**
203:11 209:20

―――――――――
**V**
―――――――――

**vague**
122:4 149:7 208:15

**vaguely**
205:8

**validation**
205:14

**validly**
108:24

**valuable**
71:21 192:24

**values**
30:2 66:9 100:17
107:6 109:22 111:4,
14 112:15 129:10
143:23 166:19
181:14 192:12,16
193:9 230:18

**variability**
168:9,10

**variables**
26:10

**variation**
164:13

**variations**
89:21 104:2 175:12
189:20

**varied**
131:17,23

**varies**
29:6 108:12 115:14
117:13 131:21

**variously**
197:23

**varying**
28:10 192:10

**vast**
185:12

**vastly**
204:20

**vector**
174:23

**vectors**
174:20

**vein**
103:2

**verbal**
7:16

**verbally**
5:14 7:13,14

**verification**
153:7,9,21

**verify**
59:20 153:13 155:7

**version**
12:8,15 13:10,11
29:13,14,16 31:15
69:14 92:24 126:13,
17,18 175:17 221:5
223:9 229:15

**versus**
53:4,17 83:19 133:1
188:1 189:11
204:15,16 205:15
215:8 234:11

**view**
128:15

**viewed**
185:17

**viewer**
96:15

**views**
34:8

**Vigoda**
15:22 16:1

**virtual**
59:19 222:5

**virtue**
195:11 209:9

**visiting**
14:19

**visually**
7:13 193:24

**VM**
222:10

**VMS**
222:6,15,20 223:3,7

**voting**
107:13

―――――――――
**W**
―――――――――

**W-A-R-R-Y**
211:24

**W-R-A-T-I-O**
189:12

**waive**
5:18 8:7

**walk**
101:11

**wanted**
27:17 31:19 35:4,8
96:18 125:14 151:20

170:13 191:4 218:14 220:8 222:12
**Warry**
211:24 212:6,8,13
**ways**
89:23 138:16,21 165:15,17 182:9 183:24 184:3,20 193:23 194:8 227:1
**website**
12:8 13:4 151:4
**weeks**
226:3
**well-aware**
144:23
**well-cleaned**
117:12
**well-established**
175:11
**well-known**
203:6
**well-suited**
184:23
**white**
200:3
**wholesale**
127:19
**wide**
27:9 117:11
**Williams**
207:13,15 208:2,8, 16,20 211:22
**Williams'**
208:9
**Williamsville**
10:13
**window**
35:16
**winner**
39:5,8,18,23 41:22 43:1 44:4,9 45:2,17 46:7 47:14 77:11,16, 17 112:24 190:22
**winners**
39:3 40:1,5,10,20 41:5,13,16 46:1,11, 18 47:1,4,15,22 78:3 79:16 81:2
**winning**
84:21 112:13
**wondering**
134:9

**word**
32:7 33:13 47:21 50:8,15 52:1,13 53:9 56:5,6,10 65:7 89:7, 13 95:19 101:14 122:5 134:12 190:9 203:5 205:4 206:14, 23
**words**
7:18,20 49:13 56:15 191:22
**work**
9:20 12:23 18:3 20:8,14,22 21:7,17 23:17 27:12,14 34:6, 9 37:10 43:3 48:21 63:15 68:1 79:6,19 83:19 113:2,3,11 115:3 116:1 128:16 131:11 159:6,7,8,10 161:3,11,22 162:5 173:15 183:11 186:5,19 205:15 211:5 212:12,22 229:15 232:6
**worked**
71:17 125:1 153:23 157:9 159:8
**working**
15:4 17:19,24 18:17 19:1 20:6 35:1 63:24 71:17 73:10 94:21 95:23 96:3 100:24 106:16 128:8 131:15,24 181:20 188:13 222:9 226:3
**works**
124:12 192:3
**world**
55:18 68:10 70:7,15, 17 71:12 83:2 84:9 98:5 115:23 183:23 185:7,14,15,20 205:6
**worth**
129:2 180:14
**write**
36:16 132:24 140:16 194:18
**writing**
22:3 230:8
**written**
55:13

**wrote**
230:2 231:7

**Y**

**Y-M-P-A-C-T-U-S**
51:7
**Yahoo**
91:16
**year**
13:23,24 14:9
**years**
9:15,21 13:21 14:4, 11 18:10 19:15,24 107:9 210:7
**yield**
44:22
**Ympactus**
51:6 52:12 53:5,11, 21 54:6 56:8 154:5, 18 155:17 156:10,12 157:2,22 159:3
**York**
10:12

**Z**

**zero-sum**
82:5
**zieffj@yahoo.com.**
91:17
**zoom**
93:6

240

```
 1   ATTACH TO THE DEPOSITION OF CAMERON E. FREER

 2   DATE TAKEN: April 4, 2023

 3                    E R R A T A
     Page/Line              CHANGE              REASON
 4   _____

 5    See Attached.
     _____

 6   _____

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____
```

Freer Errata

| Page/Line | CHANGE | REASON |
|---|---|---|
| 15:18 | "analogue" to "analog" | transcription error |
| 19:14 | "companies that have" to "companies, that has" | transcription error |
| 22:08 | "predicted" to "predictive" | transcription error |
| 22:15 | "space or" to "space of" | transcription error |
| 23:09 | "was useful" to "was a useful" | transcription error |
| 25:05 | "the" to "what" | transcription error |
| 26:21 | "which any" to "which, in any" | transcription error |
| 31:10 | "predicted" to "predictive" | transcription error |
| 32:01 | "makes" to "might make" | transcription error |
| 42:10 | "aggravation" to "aggregation" | transcription error |
| 47:11 | "sum net equity" to "summed net_equity" | transcription error |
| 50:11 | "has" to "is" | transcription error |
| 51:24 | "sentence" to "sense" | transcription error |
| 52:09 | "rep ID summary" to "rep_id_summary" | clarification of table name |
| 52:11 | "Is a" to "Is it a" | transcription error |
| 55:16 | "sum" to "some" | transcription error |
| 57:01 | "table" to "tables" | transcription error |
| 57:06 | "equity" to "net_equity" | transcription error |
| 57:07 | "field" to "fields" | transcription error |
| 58:08 | "net equity" to "net_equity" | clarification of field name |
| 69:20 | "rep ID" to "rep_id" | clarification of field name |
| 69:24 | "rep ID" to "rep_id" | clarification of field name |
| 70:04 | "scheme" to "schema" | transcription error |
| 71:10 | "an" to "in" | transcription error |
| 90:08 | "pronounced, as" to "pronounced as" | transcription error |
| 99:7-8 | "half measure" to "f-measure" | transcription error |
| 100:8-9 | "this link" to "the Splink" | transcription error |
| 103:11 | "could" to "would" | transcription error |
| 104:23 | "complimentary" to "complementary" | transcription error |
| 106:09 | "as, formal" to "a formal" | transcription error |
| 108:17 | "the governing bodies" to "a governing body" | transcription error |
| 110:10 | "that rep_na" to "that the rep_nome" | transcription error |
| 111:06 | "to contain" to "if it contained" | transcription error |
| 114:02 | "Talking" to "We're talking" | transcription error |
| 114:14 | "shortening" to "short-hand" | transcription error |
| 114:18 | "Brazilian and Portuguese" to "Brazilian Portuguese" | transcription error |

Freer Errata

| Page/Line | CHANGE | REASON |
|---|---|---|
| 116:08 | ""trades," in" to "trades and" | transcription error |
| 116:08 | "things, like" to "things like" | transcription error |
| 133:02 | "course, information" to "course that information" | transcription error |
| 134:08 | "to" to "a" | transcription error |
| 136:14 | "business" to "businesses" | transcription error |
| 137:15 | "In" to "And" | transcription error |
| 138:10 | "To what" to "What do" | transcription error |
| 139:12 | "to" to "of" | transcription error |
| 141:14 | "Liddy" to "Gordon" | clarification |
| 143:14 | "need" to "have" | transcription error |
| 144:02 | "least" to "most" | clarification |
| 144:03 | "I have" to "I would have" | transcription error |
| 146:19 | "rep login" to "rep_login" | clarification of field name |
| 146:21 | "rep ID" to "rep_id" | clarification of field name |
| 146:22 | "rep login" to "rep_login" | clarification of field name |
| 137:10 | "of four" to "four" | transcription error |
| 137:23-24 | "rep login" to "rep_login" | clarification of field name |
| 148:24 | "distribution" to "distributions" | transcription error |
| 149:01 | "universally" to "uniformly" | transcription error |
| 151:20 | "it" to "they" | transcription error |
| 152:09 | "in even" to "in an even" | transcription error |
| 152:10-11 | "rep password secondary" to "rep_pwd_secondary" | clarification of field name |
| 153:02 | "minus, those" to "minus those" | transcription error |
| 153:02 | "rep ID" to "rep_id" | clarification of field name |
| 153:03 | "one" to "ones" | transcription error |
| 155:08 | "included" to "excluded" | transcription error |
| 156:11 | "have" to "had" | transcription error |
| 156:20 | "approximate" to "approximately" | transcription error |
| 158:04 | "aggregation" to "the aggregation" | transcription error |
| 160:21 | "ingredient" to "ingredients" | transcription error |
| 160:22 | "to" to "of" | transcription error |
| 160:24 | "influence" to "influenced" | transcription error |
| 161:17 | "tasks" to "task" | transcription error |
| 165:13 | "address" to "values" | transcription error |
| 166:08 | "of" to "as" | transcription error |
| 166:21 | "CFP" to "CPF" | transcription error |
| 169:03 | "immanently" to "eminently" | transcription error |
| 175:20 | "labeling" to "labeled" | transcription error |

Freer Errata

| Page/Line | CHANGE | REASON |
|---|---|---|
| 178:14 | "into" to "in, in" | transcription error |
| 180:12-13 | "fields. A" to "fields, a" | clarification: delete period |
| 181:14 | "rep end" to "rep_end" | clarification of field name |
| 181:16, 181:24, 182:3, 182:8, 184:22, 189:11, 191:10, 191:13 | "JW Sim" to "jwsim" | clarification of method name |
| 185:17 | "viewed different" to "viewed as different" | transcription error |
| 186:16 | "different" to "differ" | transcription error |
| 189:12 | "W ratio" to "WRatio" | clarification of method name |
| 194:14 | "question how" to "question of how" | transcription error |
| 191:19 | "threshold, of" to "threshold? Of" | clarification: add question mark |
| 192:01 | "two." to "two things." | clarification |
| 192:20 | "have" to "are" | transcription error |
| 198:14-15 | "partition. That's" to "partition that's" | clarification: delete period |
| 203:02 | "issues" to "issue" | transcription error |
| 208:23 | "in" to "on" | transcription error |
| 209:07 | "immanently" to "eminently" | transcription error |
| 211:03 | "Or Perhaps" to "Perhaps" | transcription error |
| 214:04 | "Results" to "Consulting" | transcription error |
| 214:14 | "is Borelian" to "is a Borelian" | transcription error |
| 220:02 | "mean 'of interest'" to "mean by 'of interest'" | transcription error |
| 229:03 | "equity" to "net_equity" | transcription error |
| 229:03 | "rep_ID summary" to "rep_id_summary" | clarification of table name |

241

1          I, CAMERON E. FREER, do hereby certify

2     that I have read the foregoing transcript of my

3     deposition, and except for any corrections or

4     changes noted above, I hereby subscribe to the

5     transcript as an accurate record of the statements

6     made by me.

7

8     _____

9          CAMERON E. FREER

10

11         On this_____day of_____,

12    2023, before me, the undersigned notary public,

13    personally appeared CAMERON E. FREER, proved to me

14    through satisfactory evidence of identification,

15    which were_____, to be the

16    person whose name is signed on the preceding or

17    attached document, and who swore or affirmed to me

18    that the contents of the document are truthful and

19    accurate to the best of their knowledge.

20

21    _____

22             NOTARY PUBLIC

23

24