# Exhibit F.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Debtors. | Chapter 11 Cases<br><br>14-40987-MSH<br>14-40988-MSH<br>14-40989-MSH<br><br>Jointly Administered |
| STEPHEN B. DARR, TRUSTEE OF THE ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>Plaintiff,<br>v.<br><br>FRANTZ BALAN, A REPRESENTATIVE OF A CLASS OF DEFENDANT NET WINNERS,<br><br>Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE OF THE ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>Plaintiffs,<br>v.<br><br>MARCO PUZZARINI AND SANDRO PAULO FREITAS, REPRESENTATIVES OF A CLASS OF DEFENDANT NET WINNERS,<br><br>Defendants. | Adversary Proceeding<br>No. 16-4007 |

### AFFIDAVIT OF LUSETTE BALAN

I, Lusette Balan, hereby state and declare as follows:

1. The following is true and accurate to the best of my personal knowledge, recollection, and belief. If I called upon, I am competent to testify about the subjects discussed below.

2. I am a resident of the Commonwealth of Massachusetts and reside at 564 Lowell Street in Peabody, Massachusetts.

3. I have lived at this address for 10 years.

4. I am married to Frantz Balan, my husband of 14 years.

5. I am a named defendant in the domestic class action.

6. I had no involvement in TelexFree.

7. From 2013 to 2014, I worked as a CNA for two different nursing homes. Combined, I worked roughly 80 hours per week.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 29, 2020.

*Lusette Balan*
Lusette Balan

2