# Exhibit I.

| | |
|---|---|
| **From:** | Andrew G. Lizotte |
| **Sent:** | Wednesday, November 3, 2021 4:09 PM EDT |
| **To:** | 'Cameron Freer' |
| **CC:** | Daniel J. Lyne; Mark Meras |
| **Subject:** | RE: FW: Telex Free |
| **Attachments:** | image001.png |

Cameron,
I just had a follow up conversation with Jean Louis (if it is still unclear after this, you may want to call him directly to discuss).

According to Jean, they generally did not have more than one name in an aggregation (such as Andrew Lizotte and Charles Lizotte) as that would defeat the purpose of relying upon name.
There were many instances where an aggregation had many variations of a name (Andrew Lizotte, Andy Lizotte, A Lizotte, Andy George Lizotte, AG Lizotte, etc).
In these instances, Huron would need to find the most complete version of the name. Jean said they would typically revert to the biggest winner User Account in the aggregation or the name in the lowest value TelexFree rep*id (the first account created in the aggregation) to locate the correct name.

Andrew Lizotte
*Shareholder*



**WE MOVED! Please note our new address:**
28 State Street, Suite 3101, Boston, MA  02109
T:  617-423-0400  |  F:  617-423-0498
**Direct:**  617-226-3415
**Email:**  ALizotte@murphyking.com
www.murphyking.com

**From:** Cameron Freer [mailto:freer@mit.edu]
**Sent:** Wednesday, November 3, 2021 3:12 PM
**To:** Andrew G. Lizotte <ALizotte@murphyking.com>
**Cc:** Daniel J. Lyne <DLyne@murphyking.com>; Mark Meras <markm@aya.yale.edu>
**Subject:** Re: FW: Telex Free

**This Message originated outside your organization.**

Hi Andy,

Thanks for these answers. Sounds good re the second question.

Regarding the first, I don't think that's actually the case -- I'll send some examples later, showing instances where there is more than one name per Huron cluster, despite name parts (e.g., first character and last 4 characters) always being an aspect of each step.

But in any case, it would be helpful for Mark and me to know how the named defendant list was generated for the suit. Is it possible for you to please describe, in detail, how this list of names was generated (e.g., based on accounts with given net equity values, or using Huron clusters)?

Thanks,
- Cameron

On Wed, Nov 3, 2021, 14:54 Andrew G. Lizotte <ALizotte@murphyking.com> wrote:

Cameron:

1.   Under the 13 step methodology, Huron never really had to migrate from a cluster containing multiple names to a single name because the cluster always had just one name.   Each of the 13 steps included the name field in some capacity which prevented stray names from entering the cluster.  A new account would only be added into an aggregation if it met more than one criteria of the existing aggregated accounts.  If this is not clear, we can go through the 13 steps on our call.

2.   Your assumption is correct.  The principal inquiry here is reaching a resolution on the user accounts to be aggregated.  As the defendants have pointed out, they may raise issues with respect to the calculation of the net equity, but that is an issue for another day (and is in any event presently outside of your scope).

Let me know if you need anything else.  Andy

Andrew Lizotte
*Shareholder*



**WE MOVED!  Please note our new address:**
28 State Street, Suite 3101, Boston, MA  02109
T:  617-423-0400  |  F:  617-423-0498
**Direct:**  617-226-3415
**Email:**  ALizotte@murphyking.com
www.murphyking.com

**From:** Cameron Freer [mailto:freer@mit.edu]
**Sent:** Wednesday, November 3, 2021 2:34 PM
**To:** Andrew G. Lizotte <ALizotte@murphyking.com>
**Cc:** Daniel J. Lyne <DLyne@murphyking.com>; Mark Meras <markm@aya.yale.edu>
**Subject:** Re: FW: Telex Free

**This Message originated outside your organization.**

Hi Andy,

Thanks for the documents. Mark and I have two more questions that would be helpful to get an answer on:

1.  What was the methodology for going from a Huron-generated cluster to the name of the defendant (i.e., how would you pick who to sue given a cluster, when the cluster involves multiple names)?

2.  I think you've said this before, but we wanted to confirm that the Net Equity calculation by Huron is not under review here. It is our understanding that the Court has approved the Net Equity formula, and that Huron has implemented this formula to create the net_equity field for each account in the database. We are hoping that we can continue to use this field without further investigation, even as we examine which accounts should be aggregated.

Thanks,
- Cameron


On Wed, 3 Nov 2021 at 14:18, Andrew G. Lizotte <ALizotte@murphyking.com> wrote:

> The affidavits you refer to are Exhibits 19 and 20 of the attached pdf.
> As for the first two items, they were send as part of a share file in October 2017 and the file is no longer active.
> I spoke with Jean Louis.  He expects that he would have downloaded them and will look for a copy for us.
>
> Andy
>
> Andrew Lizotte
> *Shareholder*
>
> 
>
> **WE MOVED!  Please note our new address:**
> 28 State Street, Suite 3101, Boston, MA  02109
> T:  617-423-0400  |  F:  617-423-0498
> **Direct:**  617-226-3415
> **Email:**  ALizotte@murphyking.com
> www.murphyking.com
>
> **From:** Cameron Freer [mailto:freer@mit.edu]
> **Sent:** Wednesday, November 3, 2021 1:21 PM
> **To:** Daniel J. Lyne <DLyne@murphyking.com>
> **Cc:** Mark Meras <markm@aya.yale.edu>; Andrew G. Lizotte <ALizotte@murphyking.com>
> **Subject:** Re: FW: Telex Free
>
> **This Message originated outside your organization.**
>
> ---
>
> Hi Dan,

BC002514

> **Work Product**
>
> [redacted]
>
> We were wondering if you would be able to please provide us the following documents, which came up as we were reviewing the opposition filing and the Dennis rebuttal:
>
> 1. Case Study Net Equity and Transfer Detail_9-15-17.xlsx (referred to on p. 9 of the opposition filing)
>
> 2. Top Winner-Loser Acct Aggregation_9-15-17.xlsx (also p. 9)
>
> 3. Affidavit of Frantz Balan, July 29, 2020 (referred to on p. 18 and elsewhere of the Dennis rebuttal, and relevant to Dennis Exhibit 10)
>
> 4. Affidavit of Lusette Balan, July 29, 2020 (also p. 18)
>
> Thanks,
> - Cameron
>
>
> On Wed, 3 Nov 2021 at 08:15, Daniel J. Lyne <DLyne@murphyking.com> wrote:
>> Cameron/Mark,
>>
>> **Work Product**
>>
>> [redacted]

BC002515

Daniel J. Lyne
*Shareholder*



**Please note our new address**
28 State Street, Suite 3101, Boston, MA  02109
T:  617-423-0400  |  F:  617-423-0498
**Direct:**  617-226-3420  |  **Direct Fax:**  617-305-0620
**Email:**  dlyne@murphyking.com
www.murphyking.com

**From:** Cameron Freer [mailto:freer@mit.edu]
**Sent:** Tuesday, November 2, 2021 8:18 PM
**To:** Daniel J. Lyne <DLyne@murphyking.com>
**Cc:** Mark Meras <markm@aya.yale.edu>; Andrew G. Lizotte <ALizotte@murphyking.com>
**Subject:** Re: Telex Free

**This Message originated outside your organization.**

Hi Dan,



Work Product

On Tue, 2 Nov 2021 at 15:17, Cameron Freer <freer@mit.edu> wrote:

Hi Dan,

Thanks for this update. Mark and I will take a look at it and get back to you with our comments.

 - Cameron

On Tue, Nov 2, 2021, 15:12 Daniel J. Lyne <DLyne@murphyking.com> wrote:

Cameron/Mark,

Attached is the class defendants' opposition to our scheduling motion. I have omitted the exhibits. Work Product

Work Product

Daniel J. Lyne
*Shareholder*

BC002517

**Please note our new address**
28 State Street, Suite 3101, Boston, MA  02109
T:  617-423-0400  |  F:  617-423-0498
**Direct:**  617-226-3420  |  **Direct Fax:**  617-305-0620
**Email:**  dlyne@murphyking.com
www.murphyking.com

This e-mail message and any attachments are confidential and may be privileged. If you are not the intended recipient please notify Murphy & King, P.C. immediately -- by replying to this message or by sending a message to postmaster@murphyking.com -- and destroy all copies of this message and any attachments. Thank you. For more information about Murphy & King, P.C., please visit us at http://www.murphyking.com --

This e-mail message and any attachments are confidential and may be privileged. If you are not the intended recipient please notify Murphy & King, P.C. immediately -- by replying to this message or by sending a message to postmaster@murphyking.com -- and destroy all copies of this message and any attachments. Thank you. For more information about Murphy & King, P.C., please visit us at http://www.murphyking.com --

This e-mail message and any attachments are confidential and may be privileged. If you are not the intended recipient please notify Murphy & King, P.C. immediately -- by replying to this message or by sending a message to postmaster@murphyking.com -- and destroy all copies of this message and any attachments. Thank you. For more information about Murphy & King, P.C., please visit us at http://www.murphyking.com --

This e-mail message and any attachments are confidential and may be privileged. If you are not the intended recipient please notify Murphy & King, P.C. immediately -- by replying to this message or by sending a message to postmaster@murphyking.com -- and destroy all copies of this message and any attachments. Thank you. For more information about Murphy & King, P.C., please visit us at http://www.murphyking.com --

This e-mail message and any attachments are confidential and may be privileged. If you are not the intended recipient please notify Murphy & King, P.C. immediately -- by replying to this message or by sending a message to postmaster@murphyking.com -- and destroy all copies of this message and any attachments. Thank you. For more information about Murphy & King, P.C., please visit us at http://www.murphyking.com --

BC002518