# Exhibit K.



### The Commonwealth of Massachusetts
### William Francis Galvin

**Minimum Fee: $500.00**

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## Certificate of Organization
(General Laws, Chapter )

**Federal Employer Identification Number:** 001127713 *(must be 9 digits)*

**1. The exact name of the limited liability company is:** TELEX SERVICES LLC

**2a. Location of its principal office:**
No. and Street: 104 BROADWAY
City or Town: SOMERVILLE   State: MA   Zip: 02145   Country: USA

**2b. Street address of the office in the Commonwealth at which the records will be maintained:**
No. and Street: 104 BROADWAY
City or Town: SOMERVILLE   State: MA   Zip: 02145   Country: USA

**3. The general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:**
FACILITATE OR OTHERWISE ACQUIRE MARKETING AND INVESTMENT OPPORTUNITIES FOR CLIENTS.

**4. The latest date of dissolution, if specified:**

**5. Name and address of the Resident Agent:**
Name: DELMY ARGUETA
No. and Street: 104 BROADWAY
City or Town: SOMERVILLE   State: MA   Zip: 02145   Country: USA

**I, DELMY ARGUETA** resident agent of the above limited liability company, consent to my appointment as the resident agent of the above limited liability company pursuant to G. L. Chapter 156C Section 12.

**6. The name and business address of each manager, if any:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | LOUIS A MORALES | 104 BROADWAY<br>SOMERVILLE, MA 02145 |

**7. The name and business address of the person(s) in addition to the manager(s), authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| SOC SIGNATORY | BLANCA M MORALES | 104 BROADWAY |

| | | SOMERVILLE, MA 02145 |
|---|---|---|

**8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | LOUIS A MORALES | 104 BROADWAY<br>SOMERVILLE, MA 02145 |

**9. Additional matters:**

**SIGNED UNDER THE PENALTIES OF PERJURY, this 6 Day of February, 2014,**
LOUIS A MORALES

*(The certificate must be signed by the person forming the LLC.)*

© 2001 - 2014 Commonwealth of Massachusetts
All Rights Reserved

THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

February 06, 2014 12:13 PM

*William Francis Galvin* (signature)

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*