# Exhibit L.



# EL PLANETA

**Visita TuBoston.com**
El Portal Hispano De Nueva Inglaterra

GRATIS-FREE **AHORA TODOS LOS VIERNES** www.**TUBOSTON**.com | 6 al 12 de abril de 2012 - Año 8 - Nº 402

## PLASMANDO LA HISTORIA DE LOS HISPANOS CON HUMOR



Una divertida y original obra sale a la venta esta semana. Se trata de la versión actualizada de un libro fruto de la colaboración entre el intelectual Ilan Stavans y el renombrado caricaturista Lalo Alcaraz. *"Latino USA: A Cartoon History"* relata la historia colectiva de los hispanos en este país. Entérese cómo las mentes creativas de los autores emprendieron este ambicioso esfuerzo.

**P3-P4**

*FOTO:* Cortesía de la casa editorial Basic Books



**El "Dr. Loco" ofrecerá concierto con jóvenes de East Boston | P12-P13**



**Ni hispano ni latino: Inmigrantes se identifican por país de origen | P8**



**Concejo Municipal de Boston recibe a Antanas Mockus | P14**

# Lopesa Services

## DECLARE SUS IMPUESTOS CON LOPESA Y OBTENGA LO MÁXIMO

**IRS e-file** Agente autorizado por el IRS

**Lopesa Services** cuenta con expertos que están actualizados con todos los cambios hechos por el IRS y que desde 1991 han ayudado a los latinos con el objetivo de obtener el máximo reembolso para sus clientes en el menor tiempo posible.

**Con oficinas en Somerville, Chelsea y Lynn, Lopesa Services está cerca de usted. Llámenos o visítenos:**

**Miry López**
617-889-3335
274 Broadway
Chelsea, MA 02150
lopesaservices@hotmail.com

**Amilcar López**
617-623-7368
94 Broadway
Somerville, MA 02145
lopesasvs@aol.com

**Jonathan López**
781-581-3198
501A Washington St
Lynn, MA 01901
lopesaservices@gmail.com

**IMPUESTOS INDIVIDUALES • CORPORACIONES • SOCIEDADES**

*Ofrecemos también otros servicios:*
Notaría Pública • Traducciones • Contabilidad • Immigración

## Llámenos gratis al
## 1-866-7LOPESA
**(567372)**

**IRS e-file**