# Exhibit M.

| rep_id | rep_nome | cluster_id | c13 | martin_net_equity | total_martin_net_equity | total_freer_net_equity | rep_email | rep_cel | rep_fone | rep_login | rep_data_nasc | registration_date | ssn_id | rep_end | rep_numero | rep_cep | city | state_code | country_code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11402765 | Juan C. Daza | 11402765 | 11402765 | $ 10,379.60 | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 15083039630 | jdaza | 9/19/62 | 10/2/13 | | 224 Mechanic St | . | 1752 | Marlborough | Ma | US |
| 11402893 | Juan C. Daza | 11402765 | 11402765 | $ (975.90) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 15083039630 | jdaza1 | 9/19/62 | 10/2/13 | | 224 Mechanic St | . | 1605 | Marlborough | Ma | US |
| 11402965 | Juan C. Daza | 11402765 | 11402765 | $ (349.30) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 5083039630 | jdazacli | | 10/2/13 | | 224 Mechanic St | . | 1752 | Marlborough | Ma | US |
| 11403083 | Juan C. Daza | 11402765 | 11402765 | $ (1,375.10) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 15083039630 | jdaza2 | 9/19/62 | 10/2/13 | | 224 Mechanic St | . | 1752 | Marlborough | Ma | US |
| 11506763 | Juan C. Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 15083039630 | jdaza3 | 9/19/62 | 10/9/13 | | 224 Mechanic St | . | 1752 | Marlborough | Ma | US |
| 11506847 | Juan C. Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 15083039630 | jdaza4 | 9/19/62 | 10/9/13 | | 224 Mechanic St | . | 1752 | Marlborough | Ma | US |
| 14738983 | Juan Carlos Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | 5083039630 | . | jdaza5 | 9/19/62 | 1/22/14 | | 224 Mechanic st | . | 1752 | Marlborough | MA | US |
| 14739393 | Juan Carlos Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | 5083039630 | . | jdaza6 | 9/19/62 | 1/22/14 | | 224 Mechanic st | . | 1752 | Marlborough | MA | US |
| 14739829 | Juan Carlos Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | 5083039630 | . | jdaza7 | 9/19/62 | 1/22/14 | | 224 Mechanic st | . | 1752 | Marlborough | MA | US |
| 14740317 | Juan Carlos Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | 5083039630 | . | jdaza8 | 9/19/62 | 1/22/14 | | 224 Mechanic st | . | 1752 | Marlborough | MA | US |
| 14740669 | Juan Carlos Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | 5083039630 | . | jdaza9 | 9/19/62 | 1/22/14 | | 224 Mechanic | . | 1752 | Marlborough | MA | US |
| 14741393 | Juan Carlos Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | 5083039630 | . | jdaza10 | 9/19/62 | 1/22/14 | | 224 Mechanic st | . | 1752 | Marlborough | MA | US |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | rep_id | rep_nome | cluster_id | c13 | martin_net_equity | total_martin_net_equity | total_freer_net_equity | rep_email | rep_cel | rep_fone | rep_login | rep_data nasc | registration_date | ssn_id | rep_end | rep_numero | rep_cep | city | state_code | country_code |
| 14 | 15643897 | Juan Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | 5083039630 | . | jdaza11 | 9/19/62 | 2/7/14 | | 224 Mechanic st | . | 1752 | Marlboro | MA | US |
| 15 | 15644425 | Juan Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | 5083039630 | . | jdaza12 | 9/19/62 | 2/7/14 | | 224 Mechanic st | . | 1752 | Marlboro | MA | US |
| 16 | 15644805 | Juan Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | 5083039630 | . | jdaza13 | 9/19/62 | 2/7/14 | | 224 Mechanic st | . | 1752 | Marlboro | MA | US |
| 17 | 15644959 | Juan Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | 5083039630 | . | jdaza14 | 9/19/62 | 2/7/14 | | 224 Mechanic st | . | 1752 | Marlboro | MA | US |
| 18 | 15645131 | Juan Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | 5083039630 | . | jdaza15 | 9/19/62 | 2/7/14 | | 224 Mechanic st | . | 1752 | Marlboro | MA | US |
| 19 | 15902269 | Juan Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 5083039630 | jdaza16 | 9/19/62 | 2/11/14 | | 224 Mechanic st | . | 1752 | Marlborough | MA | US |
| 20 | 15902623 | Juan Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 508-303-9630 | jdaza21 | 9/19/62 | 2/11/14 | | 224 mechanic st | . | 1752 | Marlboro | MA | US |
| 21 | 15903361 | Juan Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 5083039630 | jdaza17 | 9/19/62 | 2/11/14 | | 224 Mechanic st | . | 1752 | Marlboro | MA | US |
| 22 | 15903677 | Juan Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 5083039630 | jdaza18 | 9/19/62 | 2/11/14 | | 224 Mechanic st | . | 1752 | Marlboro | MA | US |
| 23 | 15903821 | Juan Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 508-9630 | jdaza25 | 9/19/62 | 2/11/14 | | 224 mechanic st | . | 1752 | Marlboro | MA | US |
| 24 | 15903971 | Juan Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 5083039630 | jdaza19 | 9/19/62 | 2/11/14 | | 224 Mechanic st | . | 1752 | Marlboro | MA | US |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | rep_id | rep_nome | cluster_id | c13 | martin_net_equity | total_martin_net_equity | total_freer_net_equity | rep_email | rep_cel | rep_fone | rep_login | rep_data nasc | registration_date | ssn_id | rep_end | rep_numero | rep_cep | city | state_code | country_code |
| 25 | 15904169 | Juan Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 508-303-9630 | jdaza26 | 9/19/62 | 2/11/14 | | 224 mechanic st | . | 1752 | Marlboro | MA | US |
| 26 | 15904199 | Juan Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 5083039630 | jdaza20 | 9/19/62 | 2/11/14 | | 224 Mechanic st | . | 1752 | Marlboro | MA | US |
| 27 | 15904865 | Juan Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 508-303-9630 | jdaza22a | 9/19/62 | 2/11/14 | | 224 mechanic st | . | 1752 | Marlboro | MA | US |
| 28 | 15905229 | Juan Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 508-303-9630 | jdaza23a | 9/19/62 | 2/11/14 | | 224 mechanic st | . | 1752 | Marlboro | MA | US |
| 29 | 15905473 | Juan Daza | 11402765 | 11402765 | $ (1,425.00) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | . | 508-303-9630 | jdaza24a | 9/19/62 | 2/11/14 | | 224 mechanic st | . | 1752 | Marlboro | MA | US |
| 30 | 31283614 | Juan C. Daza | 11402765 | 11402765 | $ (339.60) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | 5083039630 | 5083039630 | dazaj1 | 9/19/62 | 4/9/14 | | 224 Mechanic st | . | 1752 | Marlboro | MA | US |
| 31 | 31289362 | Juan C. Daza | 11402765 | 11402765 | $ (339.60) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | 5083039630 | 5083039630 | dazaj2 | 9/19/62 | 4/9/14 | | 224 Mechanic st | . | 1752 | Marlboro | MA | US |
| 32 | 31290230 | Juan C. Daza | 11402765 | 11402765 | $ (339.60) | $ (27,589.40) | $ (28,477.90) | jdazaburgoa@gmail.com | 5083039630 | 5083039630 | dazaj3 | 9/19/62 | 4/9/14 | | 224 Mechanic st | . | 1752 | Marlboro | MA | US |
| 33 | 31302722 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | 3ahi1y50y5a6csd | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 34 | 31302724 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | bg4gqr9arjqvzot | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 35 | 31302728 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | wjuo3vszq4qhvty | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 36 | 31302778 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | yfr6riw7ldqpw01 | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 37 | 31302780 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | kmrpoogatsq5u25 | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | rep_id | rep_nome | cluster_id | c13 | martin_net_equity | total_martin_net_equity | total_freer_net_equity | rep_email | rep_cel | rep_fone | rep_login | rep_data nasc | registration_date | ssn_id | rep_end | rep_numero | rep_cep | city | state_code | country_code |
| 38 | 31302782 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | dm573qdwc9zccs5 | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 39 | 31302784 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | lwr0mssxni2u8o5 | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 40 | 31302786 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | jibqekujbnb4t4u | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 41 | 31302788 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | cgx5zq9rhzonzdx | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 42 | 31302790 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | bvo6wmvieqyr611 | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 43 | 31302792 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | f1tv7fjp0cbvwcj | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 44 | 31302794 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | zcn9pj7efqvjof6 | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 45 | 31302796 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | 96oa2qcctktyc8x | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 46 | 31302798 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | phnfk7v5ljybdxi | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 47 | 31302800 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | i9326jjq3txz0c2 | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 48 | 31302804 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | hr6xb0c66p55clw | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 49 | 31302806 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | 48znaan4xwlwyzg | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 50 | 31302810 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | p5xcwe6vbnbvo9r | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 51 | 31302866 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | 0nu1wwqmu47upp1 | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 52 | 31302868 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | hokb7m9celhusm8 | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 53 | 31302870 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | ixrvqlk8lcsy16f | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 54 | 31302872 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | edtxmo41dwoxcbt | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | rep_id | rep_nome | cluster_id | c13 | martin_net_equity | total_martin_net_equity | total_freer_net_equity | rep_email | rep_cel | rep_fone | rep_login | rep_data nasc | registration_date | ssn_id | rep_end | rep_numero | rep_cep | city | state_code | country_code |
| 55 | 31302876 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | n5boc5cn09jtegv | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 56 | 31302920 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | 9gk6238fm430oc8 | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 57 | 31302922 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | 0ctcufazlo34is7 | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 58 | 31302928 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | gpuj2flam54vant | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 59 | 31302972 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | 6rfrq2k4ffdzoq7 | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 60 | 31303032 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | tqws33o6jcacf9k | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 61 | 31303034 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | 9pw70c6xxdusrpv | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 62 | 31303088 | ross ross | 31302722 | 31302722 | $ (49.90) | $ (1,497.00) | $ (1,497.00) | jdazaburgoa@gmail.com | 9784434344 | 9784434344 | msk35rz6alp3t9k | | 4/9/14 | | 224 belmont st | 3 | 1776 | sudbury | MA | US |
| 63 | 31324482 | juan daze | 11402765 | 31324482 | $ (339.60) | $ (339.60) | $ (28,477.90) | jdazaburgoa@gmail.com | 5083039630 | 5083039630 | dazaj4 | 9/19/62 | 4/9/14 | | 224 mechanic st | | 1752 | malborough | MA | US |