# Exhibit N.

| rep_id | claimid | firstname | middlename | lastname | claimnumber | creditortype | signature | signaturedate | noticeaddressid | signatureaddressid | issubmitted | doesamend | hasagreed | hasaccepted | createddatetime | createdbyid | updateddatetime | updatedbyid | CLAIMID | REGISTRATIONID | REGISTRATIONNAME | REGISTRATIONEMAIL | CLAIMNUMBER | ISCLAIMAMENDED | CREDITORNAME | SIGNATUREFILE | DATECLAIMNOTICEFULLNAME | NOTICEADDRESS | NOTICECOUNTRY | NOTICEEMAIL | PAYMENTADDRESS | PAYMENTEMAIL | LOGIN | NETEQUITYPERTELEX | AMOUNTOFCLAIM | SUMOFTRIANGULARPAYMENT | SUMOFTRIANGULARRECEIPT | UPDATEDDATETIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11402765 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza | $(10,379.60) | $(10,379.60) | $1,425.00 | $(11,804.60) | 9/25/16 8:40 PM |
| 11402893 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza1 | $975.90 | $975.90 | $1,425.00 | $(449.10) | 9/25/16 8:40 PM |
| 11402965 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdazacli | $349.30 | $349.30 | $349.30 | $ - | 9/25/16 8:40 PM |
| 11403083 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza2 | $1,375.10 | $1,375.10 | $1,425.00 | $(49.90) | 9/25/16 8:40 PM |
| 11506763 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza3 | $1,425.00 | $1,425.00 | $1,425.00 | $ | 9/25/16 8:40 PM |
| 11506847 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza4 | $1,425.00 | $1,425.00 | $1,425.00 | $ | 9/25/16 8:40 PM |
| 14738983 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza5 | $1,425.00 | $1,425.00 | $1,425.00 | $ | 9/25/16 8:40 PM |
| 14739393 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza6 | $1,425.00 | $1,425.00 | $1,425.00 | $ | 9/25/16 8:40 PM |
| 14739829 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza7 | $1,425.00 | $1,425.00 | $1,425.00 | $ | 9/25/16 8:40 PM |
| 14740317 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza8 | $1,425.00 | $1,425.00 | $1,425.00 | $ | 9/25/16 8:40 PM |
| 14740669 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza9 | $1,425.00 | $1,425.00 | $1,425.00 | $ | 9/25/16 8:40 PM |
| 14741393 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza10 | $1,425.00 | $1,425.00 | $1,425.00 | $ | 9/25/16 8:40 PM |
| 15643897 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza11 | $1,425.00 | $1,425.00 | $1,425.00 | $ | 9/25/16 8:40 PM |
| 15644425 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza12 | $1,425.00 | $1,425.00 | $1,425.00 | $ | 9/25/16 8:40 PM |
| 15644805 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza13 | $1,425.00 | $1,425.00 | $1,425.00 | $ - | 9/25/16 8:40 PM |
| 15644959 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza14 | $1,425.00 | $1,425.00 | $1,425.00 | $ | 9/25/16 8:40 PM |
| 15645131 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza15 | $1,425.00 | $1,425.00 | $1,425.00 | $ | 9/25/16 8:40 PM |
| 15900949 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza1cli | $49.90 | $49.90 | $49.90 | $ - | 9/25/16 8:40 PM |
| 15902269 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury 01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury 01776 | jdazaburgoa@gmail.com | jdaza16 | $1,425.00 | $1,425.00 | $1,425.00 | $ - | 9/25/16 8:40 PM |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | rep_id | claimid | firstname | middlename | lastname | claimnumber | creditortype | signature | signaturedate | noticeaddressid | signature | issubmitted | doesamend | hasagreed | hasaccepted | createddatetime | createdbyid | updateddatetime | updatedbyid | | CLAIMID | REGISTRATIONID | REGISTRATIONNAME | REGISTRATIONEMAIL | CLAIMNUMBER | ISCLAIMAMENDED | CREDITORNAME | SIGNATUREFILE | | DATECLAIM | NOTICEFULLNAME | NOTICEADDRESS | NOTICECOUNTRY | NOTICEEMAIL | PAYMENTADDRESS | PAYMENTEMAIL | LOGIN | NETEQUITYPERTELEX | AMOUNTOFCLAIM | SUMOFTRIANGULARPAYMENT | SUMOFTRIANGULARRECEIPT | UPDATEDDATETIME |
| 21 | 15902623 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury01776 | jdazaburgoa@gmail.com | jdaza21 | $ 1,425.00 | $ 1,425.00 | $ 1,425.00 | $ - | 9/25/16 8:40 PM |
| 22 | 15903361 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury01776 | jdazaburgoa@gmail.com | jdaza17 | $ 1,425.00 | $ 1,425.00 | $ 1,425.00 | $ - | 9/25/16 8:40 PM |
| 23 | 15903677 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury01776 | jdazaburgoa@gmail.com | jdaza18 | $ 1,425.00 | $ 1,425.00 | $ 1,425.00 | $ - | 9/25/16 8:40 PM |
| 24 | 15903821 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury01776 | jdazaburgoa@gmail.com | jdaza25 | $ 1,425.00 | $ 1,425.00 | $ 1,425.00 | $ - | 9/25/16 8:40 PM |
| 25 | 15903971 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury01776 | jdazaburgoa@gmail.com | jdaza19 | $ 1,425.00 | $ 1,425.00 | $ 1,425.00 | $ - | 9/25/16 8:40 PM |
| 26 | 15904169 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury01776 | jdazaburgoa@gmail.com | jdaza26 | $ 1,425.00 | $ 1,425.00 | $ 1,425.00 | $ - | 9/25/16 8:40 PM |
| 27 | 15904199 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury01776 | jdazaburgoa@gmail.com | jdaza20 | $ 1,425.00 | $ 1,425.00 | $ 1,425.00 | $ - | 9/25/16 8:40 PM |
| 28 | 15904865 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury01776 | jdazaburgoa@gmail.com | jdaza22a | $ 1,425.00 | $ 1,425.00 | $ 1,425.00 | $ - | 9/25/16 8:40 PM |
| 29 | 15905229 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury01776 | jdazaburgoa@gmail.com | jdaza23a | $ 1,425.00 | $ 1,425.00 | $ 1,425.00 | $ - | 9/25/16 8:40 PM |
| 30 | 15905473 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury01776 | jdazaburgoa@gmail.com | jdaza24a | $ 1,425.00 | $ 1,425.00 | $ 1,425.00 | $ - | 9/25/16 8:40 PM |
| 31 | 31283614 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury01776 | jdazaburgoa@gmail.com | dazaj1 | $ 339.60 | $ 339.60 | $ 339.60 | $ - | 9/25/16 8:40 PM |
| 32 | 31289362 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury01776 | jdazaburgoa@gmail.com | dazaj2 | $ 339.60 | $ 339.60 | $ 339.60 | $ - | 9/25/16 8:40 PM |
| 33 | 31290230 | 229613 | Juan | C | Daza | 105494 | 357 | Rosmery Torrico | 9/26/16 | 283887 | | 0 | TRUE | FALSE | TRUE | TRUE | 9/26/16 12:30 AM | 125008 | 9/26/16 1:40 AM | 125008 | 229613 | 125008 | Rosmery Torrico | rosmerytorrico@verizon.net | 105494 | FALSE | Juan C Daza | Rosmery Torrico | | 9/26/16 | Rosmery Torrico | 30 Nobscot Rd unit 20 Sudbury01776 | US | jdazaburgoa@gmail.com | 30 Nobscot Rd unit 20 Sudbury01776 | jdazaburgoa@gmail.com | dazaj3 | $ 339.60 | $ 339.60 | $ 339.60 | $ - | 9/25/16 8:40 PM |