# Exhibit O.

# In the Matter of:

*Stephen B. Darr, et al. vs*

*Frantz Balan, et al.*

---

*Rosmery Torrico*

*January 19, 2023*

---

*68 Commercial Wharf • Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*court-reporting.com*



```
 1              DISTRICT OF MASSACHUSETTS

 2          UNITED STATES BANKRUPTCY COURT

 3    ----------------------------------------x

 4    IN RE:

 5    TELEXFREE, LLC, TELEXFREE, INC., AND

 6    TELEXFREE FINANCIAL, INC.,

 7              Debtors.

 8    ----------------------------------------x

 9    STEPHEN B. DARR, TRUSTEE

10              Plaintiff,

11    v.

12    FRANTZ BALAN, A REPRESENTATIVE OF A

13    CLASS OF DEFENDANT NET WINNERS,

14                  Defendants.

15    ----------------------------------------x

16    STEPHEN B. DARR, TRUSTEE,

17                  Plaintiff,

18    v.

19    MARCO PUZZARINI AND SANDRO PAULO FREITAS,

20    REPRESENTATIVES OF A CLASS OF DEFENDANT

21    NET WINNERS,

22                  Defendants.

23    ----------------------------------------x

24
```

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

2

1          VIDEO REMOTE DEPOSITION OF ROSMERY

2     TORRICO, a witness called on behalf of the

3     Defendant, taken pursuant to the provisions

4     of the Massachusetts Rules of Civil

5     Procedure, before Linda Bernis, a Registered

6     Professional Reporter and Notary Public in

7     and for the Commonwealth of Massachusetts,

8     held in, Sudbury Massachusetts, on Thursday,

9     January 19, 2023, commencing at 10:00 a.m.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

3

1    APPEARANCES:

2

3    MILLIGAN RONA DURAN & KING

4        By Ilyas Rona, Esq.

5        28 State Street

6        Boston, Massachusetts 02109

7        Counsel for the Defendants

8

9    MURPHY & KING

10       By Charles Bennett, Jr., Esq.

11       28 State Street

12       Boston, Massachusetts 02109

13       Counsel for the Plaintiff

14

15   Also Present:  Lea Kraemer, Esq.

16

17   (Present via Remote)

18

19

20

21

22

23

24

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

4

```
 1            I N D E X

 2   Video Remote Deposition of:      Direct

 3   ROSMERY TORRICO

 4   By Mr. Rona                        7

 5                                    Cross

 6   By Mr. Bennett                    42

 7

 8

 9            E X H I B I T S

10   Exhibit No.                      Page

11   Exhibit 1  18-page document       14

12   Exhibit 2  Document               32

13   Exhibit 3  Notes                  32

14

15

16

17

18

19

20

21

22

23

24
```

5

1                    PROCEEDINGS

2              THE VIDEOGRAPHER:  We're going on

3     the record on January 19, 2023 at

4     approximately 10:00 a.m.  This is

5     video-recorded deposition of ROSMERY Torrico

6     in the matter of, In Re: TelexFree, LLC,

7     TelexFree, Inc. and TelexFree Financial,

8     Inc., Debtors, Stephen B. Darr, Trustee,

9     Plaintiff versus Frantz Balan, a

10    Representative of a Class of Defendant Net

11    Winners, Defendant, Stephen B. Darr,

12    Trustee, Plaintiff, versus Marco Puzzarini

13    and Sandro Palo Freitas, Representatives of

14    a Class of Defendant Net Winners,

15    Defendants.

16              This case is currently pending in

17    the United States Bankruptcy Court, District

18    of Massachusetts.  Adversary proceeding

19    number 16-4006 and adversary proceeding

20    number 16-4007.

21              This deposition is being taken

22    remotely.  This witness is appearing

23    remotely from 30 Nobscot Road, Number 20,

24    Sudbury, Massachusetts.

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

6

1      My name is David Hanrahan with
2  O'Brien & Levine Court Reporting Solutions.
3  I am legal video specialist.  I will be
4  recording the proceedings remotely.  The
5  court reporter today is Linda Bernis, also
6  with O'Brien & Levine Court Reporting
7  Solutions, and she will be recording this
8  proceeding remotely and is a notary public
9  in the Commonwealth of Massachusetts.
10  Neither of us is physically present with the
11  witness.
12      Will counsel please state their
13  appearances and who they represent for the
14  record, and acknowledge that in lieu of an
15  oath administered in person the witness will
16  verbally declare her testimony in this
17  matter under the pains and penalties of
18  perjury.  And also that counsel consent to
19  this arrangement and waive any objections to
20  this manner of proceeding, after which the
21  court reporter will swear in the witness and
22  we may begin.
23      So if we can have all the attorneys
24  present please agree to the remote

7

1    deposition conditions and state your

2    appearances.

3            MR. RONA:  Good morning, Ilyas Rona

4    on behalf of both classes of defendants in

5    the TelexFree adversary proceedings

6    mentioned.  And on behalf of the defendants,

7    I acknowledge and consent to the arrangement

8    described by Mr. Hanrahan.

9            MR. BENNETT:  Charles Bennett on

10   behalf of the plaintiff, Stephen Darr, as he

11   is trustee of the TelexFree bankruptcy

12   estate.  And on behalf of Mr. Darr we

13   acknowledge and agree the conditions under

14   which this deposition is being conducted.

15           MS. KRAEMER:  Good morning, Lea

16   Kraemer on behalf of both classes of

17   defendants.  I also acknowledge and assent.

18

19           (Witness sworn.)

20

21           DIRECT EXAMINATION

22   BY MR. RONA:

23   Q.  Good morning.  Could you state and spell

24   your full name for the record, please?

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

8

1    A.    Sure.  My name is Rosmery –

2          R O S M E R Y.  Last name is Torrico –

3          T O R R I C O.

4    Q.    Where do you currently reside?

5    A.    30 Nobscot Road, Unit 20, Sudbury,

6          Massachusetts 01776.

7    Q.    Did you previously reside in Marlboro?

8    A.    Yes.

9    Q.    Do you recall the address that you lived at

10         previously?

11   A.    I do; it's 224 Mechanic Street, Marlboro.

12   Q.    Are you represented by counsel relative to

13         matters concerning TelexFree?

14   A.    (Screen froze) I don't know how I ended with

15         all of this and I know you said it was

16         through that video that it was interviewed

17         victims of TelexFree.  And right now, to be

18         honest, I don't know, I know you said that

19         I'm doing something good to help other

20         people but I keep wondering, and I couldn't

21         sleep last night even after I got the letter

22         from your office why it was me getting this,

23         there's hundreds of thousands out there of

24         people affected by this.

9

1          I don't know who, why, and I

2     mention that to you on our meeting on

3     Tuesday.  I said, am I in trouble?  And you

4     said, no.  And then I said, is someone

5     representing me?  Is someone, you know,

6     suing me while I'm the victim.  Until today,

7     you said no, no, no, but I'm still wondering

8     what is going on.  Like I said, I was one of

9     the victims from the TelexFree the people

10    knowingly what they were doing.  I don't

11    know.  I'm very, very confused.  And

12    frankly, it's very scary, all of this.

13 Q.  Ms. Torrico, in the interest of time,

14    because I know you don't have, your time is

15    limited, I'm just going to try to refocus

16    you on the question and then maybe we can

17    cover some of the points you make.

18          The answer to my question, do you

19    have a lawyer representing you in

20    connection --

21 A.  No, I don't.

22 Q.  You and I have met, have we not?

23 A.  Yes.

24 Q.  And when we met, did you provide documents

10

1        to me, did you provide copies of documents

2        to me?

3    A.  I lost you for a second.

4    Q.  Are you able to hear me?

5    A.  I can hear now.

6    Q.  You and I have met, have we not?

7    A.  Yes, we have.

8    Q.  When you and I met, did you provide me with

9        copies of documents that you had related to

10       TelexFree?

11   A.  Yes, whatever I have I gave, yes, I made

12       copies for you.  Yes, you are correct.

13   Q.  And the letter you're referring to was a

14       subpoena that you received that was sent by

15       my office?

16   A.  Yes.

17   Q.  And you mentioned that you went on TV.  You

18       participated in TelexFree; is that right?

19   A.  Yes.

20   Q.  Do you recall what year or years you

21       participated in TelexFree?

22   A.  It was 2013 and 2014.  I'm not 100 percent

23       sure it was started in '12, but I'm very

24       sure it was 2013, 2014.

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

11

1    Q.    Okay.  And at some point after TelexFree

2          closed down, did you go on TV to talk about

3          your experience with TelexFree?

4    A.    Yes.  I got connected with the Brazilian

5          group in Brighton and they ask me if I can

6          help because I was the one that speak more

7          fluent English, which I doubt it, my accent

8          is very bad, but I agree to help and to see

9          the people so the world will know what

10         happened, how victims were affected, yes.

11   Q.    Did you have an opportunity to watch that

12         television program?

13   A.    I did.  I did.  That was so many years ago.

14         I did, yes.

15   Q.    And do you recall that the name of the

16         television program was American Greed?

17   A.    I didn't recall until you mention, yes, now

18         I remember.  When I was talking to my

19         husband I said, I really want to see,

20         remember, you know, what happened, how long,

21         what I say, and all this stuff.

22   Q.    In the chance that you had to watch the

23         episode you were able to see the part where

24         you were speaking; is that correct?

Stephen B. Darr, et al. vs                                          Rosmery Torrico
Frantz Balan, et al.                                                January 19, 2023

12

1   A.    Yes.

2   Q.    And did the statements that you gave in that

3         television program were those to the best of

4         your knowledge and ability the truth?

5   A.    Yes.  That happened, like I mention, years

6         ago, and right after what happened I was

7         interviewed.  What I recall maybe not

8         100 percent, you know, even when I had the

9         meeting with you I can't remember a lot of

10        the things that happened.  It happened so

11        many years ago.

12  Q.    Understood.

13             And how did you -- who introduced

14        you to TelexFree?

15  A.    It was a couple, I mentioned, that were

16        meeting, the name is Alfredo Marillo, the

17        husband name, and Jacqueline Marillo, the

18        wife.  We went to their home and all of them

19        was part of a group, we had birthday parties

20        and all this stuff.  And then after I was

21        introduced to Jenn Carla and her husband,

22        Jenn Carla Bonito and her husband, yes.

23  Q.    And you said, did you say Nemez?

24  A.    Yes.  It's very hard for me to pronounce

Stephen B. Darr, et al. vs                                    Rosmery Torrico
Frantz Balan, et al.                                          January 19, 2023

13

1          that name.

2     Q.   Would it be Sandor Nemez?

3     A.   Yes, that's right.

4     Q.   I think we will have some documents that

5          will have the spelling there.

6                    Did you give money to the Marillos

7          and to the second couple that you mentioned?

8     A.   Yes, I did.

9     Q.   And did you give records of how much money,

10         did you keep records of how much money you

11         gave them?

12    A.   To the best of our ability, we have the

13         copies that I gave you, but unfortunately,

14         you know, we were, I guess, too naive and

15         too greedy, too stupid at the same time to

16         just give a chunk of money and not, no

17         documents or anything at all.  But we gave

18         them money, we gave them cash.  Everything

19         was cash.  There was no check, no signed

20         documents or anything.

21    Q.   You still have some records from TelexFree;

22         is that right?

23    A.   Yes.

24    Q.   At some point in time, did you have more

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

14

1      records than you currently have?

2   A.  I believe, I did, yes.  Like I mention, you

3       know, we had a very ugly separation and

4       divorce with my ex-husband, with TelexFree

5       that I move from Marlboro to Sudbury so in

6       that transition a lot of stuff got lost and

7       I think maybe my ex-husband, because like I

8       said, it was very ugly, a lot of things

9       disappear, yeah.

10  Q.  I'm going to mark an exhibit.  I'm going to

11      ask if you see it on your E-Depoze screen.

12  A.  Yes.  Open new exhibit?

13  Q.  Yes.

14              (Exhibit 1 marked

15              for identification.)

16  A.  Okay.  I will open that.

17              This is the paper that I gave you,

18      yeah, the copy you made a couple days ago,

19      yes.

20  Q.  You're referring to when we met in person at

21      your house you provided me with photocopies

22      of the files that you have in connection

23      with TelexFree; is that correct?

24  A.  Yes.

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

15

1   Q.   And if you're able to look through the

2        pages, there's 18 pages in total, if you

3        could look through them and tell me if this

4        is a copy of the documents that you

5        provided?

6   A.   Some are upside down.

7   Q.   I tried to fix that, I apologize.

8   A.   No worries.

9             Page 7 now, so far, yes.  It's

10       taking a little longer.

11            (Pause)

12  A.   So far on page 12, I see, yes, those are the

13       copies that we did on Tuesday.

14  Q.   And I'm going to first ask you to look at

15       page 10.  If you could go to page 10.

16  A.   I'm at page 10.

17  Q.   Page 10 has a bunch of checkmarks in boxes.

18       Could you tell me what page 10 is showing?

19  A.   That's the way that when I was looking

20       before our meeting this morning, the papers,

21       this is the numbers, how many phone lines we

22       had, and the taxes were going everyday to

23       post those lines on the Internet or through

24       the computer, yes.

16

1    Q.    When you say phone lines, are you referring

2          to accounts?

3    A.    Yes.

4    Q.    With TelexFree?

5    A.    Yes.

6                MR. BENNETT:  Excuse me, before you

7          go further.  I am having difficulty logging

8          in.  I am missing the session number, the

9          log-in.

10               MR. RONA:  It's in the zoom chat.

11         21635.

12               (Pause)

13               MR. BENNETT:  Thank you.

14   Q.    Ms. Torrico, the left hand column says, does

15         it not, jdaza?

16   A.    Yes.

17   Q.    A series of numbers?

18   A.    Yes.

19   Q.    And to your recollection, these are notes

20         that you wrote; is that right?

21   A.    Yes.

22   Q.    And these, on the left hand column those,

23         you call them phone lines but do those refer

24         to accounts at TelexFree?

17

1    A.    That's correct, yes.  I notice the writing

2          on the left hand side is my ex-husband or my

3          late husband's writing and the other ones

4          are mine, yes.  Those are the ones, how many

5          accounts we had.  Of course, it says 1 to

6          10, 1, 10, 11.  We had, at one point, I

7          think, we had more than 30 accounts.

8    Q.    In whose name were the accounts?

9    A.    Under my late husband's name.

10   Q.    Did you have any accounts that were under

11         your name?

12   A.    I don't remember.  I know you mention over

13         the phone that it was some accounts that

14         Ross, it was R O S S, I think what you said,

15         and that was my nickname in Bolivia.  I

16         guess, at one point we created more

17         accounts.

18   Q.    To your knowledge, did you ever create an

19         account under the name Rosmery Torrico?

20   A.    I don't think so.  I don't remember.

21         Everything was mostly under that one Daza.

22   Q.    And is that the name of your ex-husband?

23   A.    Yes.

24   Q.    He is currently deceased; is that correct?

18

1   A.   Yes.

2   Q.   And so this, on page 10, does this reflect

3        the practice in TelexFree of posting daily

4        ads for each account?

5   A.   Yes.

6   Q.   And you were to earn credits?

7   A.   Yes.

8   Q.   Did anyone help you set up these accounts?

9   A.   Yes, they did, because we didn't even know

10       how to do that.  The couple, the second

11       couple, help us to set up all of this.

12            And I'm assuming because we didn't

13       how to do that, the first couple help us to

14       do that, the same thing, to set up some of

15       the accounts.  And then when we got more

16       accounts that's when we got help from the

17       them, yes.

18  Q.   You say they helped you, so you're referring

19       to the couples that you had given money to?

20  A.   Yeah, yeah.

21  Q.   And when you say helped, do you know who

22       actually sat at the computer and created the

23       accounts, let's focus just on the beginning

24       period?

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

19

1   A.   The beginning period so it was the first

2        three accounts it was Jacqueline Marillo and

3        her husband, they help us to set up.  Then

4        when we got more accounts, Sandro and his

5        wife, actually, his wife help us to create

6        even the gmail account because we didn't

7        even know how to create a gmail account.

8             At the beginning everything was in

9        their home in Worcester, and then once, I

10       think, their business grew for them, got

11       bigger and bigger and bigger, they have so

12       many people wanting to get into the

13       TelexFree they open an office in Framingham.

14  Q.   Do you remember the address of that office?

15  A.   I can drive by, but I don't remember.  I

16       think we went once or twice to that office.

17       Maybe just once.  But it was most of the

18       time, 99 percent of the time we were going

19       to their house.

20  Q.   When accounts were being set up whose

21       computer was being used?

22  A.   Their commuter, because when we went to the

23       office in Framingham they use their

24       computer.  And I think when we went to

20

```
1              Worcester, I'm assuming it was their
2              computer because I don't ever recall
3              bringing any, we didn't own a laptop so our
4              computer was very big bulky old-fashioned
5              way computer and we had the IPad and all the
6              stuff, but we used their computers, their
7              system.  We never brought any computer or
8              anything to their home or their office.
9       Q.    Did the couples that you reference, did they
10             give you suggestions or recommendations or
11             advice on how to set up the accounts?
12      A.     Once we start with them they show us, you
13             know, how to do that.  I have to be honest,
14             and I am not going to make this up, I cannot
15             lie under oath, I don't remember if we
16             created our own accounts or -- I know they
17             show us step-by-step because in the papers
18             that I show you there's some steps how to
19             click here, click there, but I don't know if
20             it was just to create the accounts or to
21             post.  This happened, how many years ago, 10
22             year ago, 11 years ago, nine years ago, so I
23             don't really recollect everything.
24      Q.    Do you know whose idea or suggestion it was
```

21

1    to have accounts that said jdaza and then

2    have numbers going sequentially?

3    A.   I want to say they, the Marillos and Sandro

4    and his wife, they told us, you know, you

5    have to create an account, put a name, it

6    will be something easy to remember.  And I

7    remember Juan said, okay, let's do jdaza, I

8    think they said it's too long so maybe they

9    shorten, and they number, I think people do

10   numbers 1234 accounts so it will be easy for

11   you.

12           Like I said, we were like kids, we

13   were doing what we were told thinking that

14   we going to get money.  We were not taking

15   advantage to anybody, we were thinking there

16   was someone honest money somehow, and not

17   going to place to work for 10, 12 hours or

18   eight hours a day and be at home in a

19   convenient phone lines or posted lines on

20   the computer.

21   Q.   If I could have you turn to page 13 of

22   Exhibit 1.  Let me know when you're there.

23   A.   I am there.

24   Q.   Do you recognize this page?

22

1   A.   Yes.

2   Q.   Whose handwriting is this?

3   A.   My late husband.

4   Q.   What does this show?

5   A.   It shows when we purchase the accounts and

6        how many accounts and all this stuff, how

7        much money we put, I don't know if that's

8        the right terminology to say that, but,

9        yeah.

10  Q.   There's two columns of dollar amounts; is

11       that right?

12  A.   Yes.

13  Q.   What does the left hand column represent?

14  A.   Looks like how much money we gave the first

15       time and then the second time, and then it

16       looks like there was a return and

17       reimbursed.  And then we bought more lines

18       of credit, or whatever it was called, yeah.

19  Q.   Then at the bottom there's a subtotal.  Do

20       you see that?

21  A.   Yes.

22  Q.   What is that number?

23  A.   35,213.  But I know it was more than that.

24  Q.   When you say it was, what do you believe was

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

23

1    more than 35,000?

2  A.  What you said, you know, what I told on the

3      TV was 60,000.  I don't know what the 60,000

4      per se in total, but I know it was closer

5      than that.  Because we created with

6      different names and all this stuff because I

7      know we had money in the savings.  I know we

8      moved the money and all the stuff.  We like

9      to have cash just in case anything could

10     happen in life.  So I know all the cash we

11     were bringing to them.  And unfortunately, I

12     don't have more papers to prove that.  And

13     that is the sad part.  And I don't have any

14     documents so it's my word against their

15     word.  I know that.

16 Q.  Is it your belief, to the best of your

17     recollection, that the amount of money that

18     you put into TelexFree --

19 A.  I lost you.

20          (Screen froze)

21 A.  I lost you for a few seconds.

22 Q.  Let me ask that question again.

23          Is it your belief, to the best of

24     your recollection, that the amount of money

24

1      you put into TelexFree was not less than

2      $35,000?

3  A.   Oh, no, not less, no.

4  Q.   At some point did you submit a proof of

5      claim in the TelexFree bankruptcy?

6  A.   I did when, I think, one of the relatives

7      from the Nemez, and his wife, mentioned

8      something that there was a group, and we saw

9      in the newspapers and it got bigger and

10     bigger in the news, that there was a group

11     of Brazilian women they were helping trying

12     to get some money, they were in a

13     class-action, you know, against TelexFree

14     because I show the newspapers.

15          And I contact them and we went to

16     multiple meetings in Brighton, then we went

17     to Chelsea, and they brought lawyers which

18     it was incredible to see how people they can

19     help each other fight for their rights.  I

20     didn't know how to do it and they walk me

21     through that.  And I know I show you the

22     papers.  I said, I don't recollect sending

23     it to the Brazilian group because people

24     were bringing all the documents, all their

25

```
 1          stuff to send it, to fax it over, or file
 2          over, or something like that, yes.
 3     Q.   Did someone help you submit your proof of
 4          claim?
 5     A.   Yeah, yeah.  The Brazilian group of women,
 6          help a lot of people.  And I'm very grateful
 7          for them.
 8     Q.   Before we get to a little bit about the
 9          claim.  When I asked you earlier about the
10          amount of money that you put into TelexFree,
11          the money that you put in, whose money was
12          that, was that your money or your
13          ex-husband's?
14     A.   We never his or mine, it was ours.  But the
15          person who made more money through our
16          marriage it was me, so it was our money, my
17          money.
18     Q.   And the claim that you submitted was that in
19          your name?
20     A.   It was -- hold on, let me see.  Everything
21          was under my late husband's name, had to be
22          under his name, otherwise will not
23          recognize, but I put his name.  And also at
24          one point they send me stuff, the check or
```

Stephen B. Darr, et al. vs                                  Rosmery Torrico
Frantz Balan, et al.                                        January 19, 2023

26

1         the gift cards under my name.

2    Q.   Let me see if we can, we will go to page --

3    A.   Even the accounts it was not under his name

4         it was ours.

5    Q.   If you go to page 14 there's a proof of

6         claim form.

7    A.   Yes.

8    Q.   Do you know who filled out that form?

9    A.   I did.

10   Q.   And the amount of the claim listed, is that

11        that same 35,000 figure that we saw in your

12        notes?

13   A.   Yes, but it's a little different, and I

14        mention that to you on Tuesday to say I

15        cannot remember to save my life.  And you

16        said it was the system that showed that

17        amount and someone gave me that system and

18        I'm assuming it was that group that was

19        helping us.

20   Q.   But this form, you filled this out; is that

21        right?

22   A.   Yes.

23   Q.   And then if we keep going, at some point you

24        had a claim that was allowed; is that right?

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

27

1   A.   I'm sorry.

2   Q.   At some point your claim was allowed by the

3        bankruptcy court; is that correct?  You

4        ended up getting paid some money on your

5        claim?

6   A.   Oh, now, I understand, yeah, yeah.

7   Q.   If you could go to page 17 there's a

8        document that came from the bankruptcy

9        court.  It references a claim number

10       105494-000.  Do you see that?

11  A.   Yes.

12  Q.   Do you recognize that as your claim number?

13  A.   According to the paper that's my claim

14       number, I don't remember any specifics.

15       This happened so long ago.  Yeah, that is

16       the paper that I provided to you.

17  Q.   And you only submitted one claim; is that

18       correct?

19  A.   Yes.

20  Q.   And then it says, amount of claim

21       $27,589.40.  Do you see that?

22  A.   Yes.

23  Q.   Do you recognize that to be the amount of

24       your claim that was allowed?

28

1   A.   I don't understand the question.

2   Q.   Do you recognize the figure 27,000 to be the

3        amount that your claim was valued at?

4   A.   I guess, yes, what I see in the paper in

5        front of me, the document, yes, that's the

6        money that was the claim, allowed to say we

7        will be getting that.  But, of course, I did

8        not get that amount.

9   Q.   You got a lesser amount in the form of gift

10       cards?

11  A.   Yes.

12  Q.   But nevertheless, the amount of your claim

13       that was recognized was that $27,589.40; is

14       that right?

15  A.   Yes.  And the document says that.

16  Q.   I'm going to now ask you to try to remember,

17       you need to write that figure down

18       27,589.40, and I'm going to leave this

19       exhibit and I'm going to introduce what's

20       going to be Exhibit 2.  Let me know when you

21       have that in front of you.

22  A.   Yeah, opened.  Okay.

23  Q.   I don't believe you've ever seen this

24       before.  But I'm going to represent that

29

1    this is data from the claims, the trustee's

2    claim system.  And you recognize the name on

3    this first page; is that right?

4  A.  I do.

5  Q.  And there's a claim number, do you see that?

6        Do you need a break?

7  A.  Just a second, please.

8        (Pause)

9  Q.  On the first page there's a series of names

10    and you recognize that name; is that right?

11  A.  Yes.

12  Q.  As your ex-husband?

13  A.  Yes.

14  Q.  And then there's a claim number on the first

15    page that's 105494.  Do you see that?

16  A.  105494, yes.

17  Q.  And that seems like that's the same claim

18    number that we saw earlier in Exhibit 1; is

19    that right?

20  A.  I think so.  I didn't write the claim number

21    down.

22  Q.  You're right.  I didn't ask you to write it

23    down.

24        If we could go to page 13 there's,

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

30

1          and it's a little hard to see because the
2          headers are cut off a little bit, but do you
3          see that 27,589.40 figure?
4     A.   Page 13 you said?
5     Q.   Yes.
6     A.   Yes.
7               I'm sorry the reason I get
8          overwhelmed is, how stupid, how naive, I
9          worked so hard, more than my ex-husband, I
10         work hard, very hard.  I clean offices; I
11         clean houses; I work in a dental office to
12         save that money.  And to just give it away.
13         We had so much trouble, so many fights about
14         this.  I can't believe this.  I thought this
15         was over, this nine years was over.  And
16         10 years it's coming back again.  I'm so
17         sorry.
18    Q.   I'm sorry to have you have to relive this.
19              But if you go to page 12 there's at
20         least your first name and your partial
21         address; is that right?
22    A.   Page 12 you said?
23    Q.   Yes.
24    A.   Let me go to page 12.  Yes.

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

31

1   Q.   And do you see that there's your first name
2        and part of your address?
3   A.   Yeah, yeah.
4   Q.   And there's a part of an e-mail address in
5        the middle.  Do you still have or did you
6        have when the claim was submitted access to
7        the gmail account?
8   A.   Yes.
9   Q.   For the TelexFree accounts?
10  A.   Yeah.  I was able to get that because I
11       thought it was most everything, the group
12       said, you know, I have to get that e-mail
13       account.  I spoke to one of my former
14       co-workers, a kid, he was very good with
15       computers and all the technological, he was
16       able to help me get this.  I don't know how
17       he did it.  For the mercy of God, I was able
18       to get the e-mail address back.
19  Q.   If you could go to page 9.  This will be the
20       last question I think on this document.  You
21       see it says signature and then there's your
22       name?
23  A.   Yes.
24  Q.   Did you sign the proof of claim in your

32

1        name?

2    A.   I sign.

3    Q.   We can set aside Exhibit 2.

4              Now I'm going put what's going to

5        be Exhibit 3.

6              (Exhibits 2-3 marked

7              for identification.)

8    Q.   I'm going to put that in front of you.  Let

9        me know when you have Exhibit 3 in front of

10       you.

11   A.   I have it.

12   Q.   I don't know if you've seen this before, but

13       I'm just going to represent that this is

14       account data taken from the TelexFree

15       computer system.

16             Do you recognize under B those

17       account log-ins as the log-ins for your

18       accounts?

19   A.   Yes.

20   Q.   The full name in column E there's some

21       variations but that's your ex-husband's

22       name?

23   A.   Yes.  I recognize the ones but then it's, I

24       went all the way back down and it says J1.

33

1       I don't remember that.  I don't have a

2       recollection of being like that.

3  Q.   If you look at rows, on this first page of

4       Exhibit 3, if you look at rows 19 and 20

5       there's a reference to jdaza1 and 2 CLI.

6                 Do you see that?

7  A.   19 and 20?  Yeah.

8  Q.   Do you see the log-in ends with CLI?

9  A.   Yes.

10  Q.   Do you know what CLI is referring to?

11  A.   No, I don't.  I don't remember.  I don't

12       know.

13  Q.   We can go back to Exhibit 1 in a moment if

14       that will help.  But do you recall seeing in

15       the documents that you compared and gave me

16       copies of, do you recall seeing any accounts

17       that had CLI?

18  A.   Hold on just a second.  If I'm looking at

19       the right paper.  I'm assuming you have your

20       exhibit it will be easier.

21  Q.   You don't have to look through the papers.

22       I'm just asking if you remember seeing CLI

23       in any of the papers that you looked at

24       recently.  You don't have to look at it now.

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

34

1        I'm just asking if you remember.

2   A.   I don't remember.  I'm assuming if the

3        papers of the I don't know.

4   Q.   If you could go to page 2 of this exhibit

5        there are a series of e-mail addresses and

6        street addresses.  Do you see those?

7   A.   E-mail address, yeah.

8   Q.   And there's a gmail address, is that the

9        gmail address that one of the couples that

10       you mentioned earlier helped you set up?

11  A.   Yeah, yeah.

12  Q.   Is that 224 Mechanic Street, is that your

13       former residence in Marlboro?

14  A.   Yes.

15  Q.   Marlboro is spelled differently?

16  A.   I was just looking at it right now.

17       Marlboro is the wrong way.  I notice that 19

18       and 20 doesn't have address.

19  Q.   Do you know why there might be variations in

20       what was entered?

21  A.   I don't know.

22  Q.   Do you know who was able to enter account

23       information for accounts that you were

24       involved in; meaning, who besides you?

35

1   A.   Created the accounts or --

2   Q.   Created the accounts and entering the

3        information that went with it.  Do you know

4        who was involved besides you?

5   A.   Created the account would be, like I said

6        earlier, at the beginning it was the couple

7        Marillo.  And the second time it was Jenn

8        Carla and Sandro Nemez.  And I'm assuming at

9        one point we did it with them, so yeah.

10  Q.   And you recognize that some of those

11       spellings of Marlboro are not correct?

12  A.   Yes.

13  Q.   If we keep going, I'm going to try to, you

14       said you had a series of accounts.  Do you

15       recall testifying earlier that you had a

16       number of accounts?

17  A.   Yes, I had a number of accounts, yes.

18  Q.   Something, more than 20 accounts?

19  A.   Yes.

20  Q.   This page 2 looks like it goes from one to

21       32 so I'm just going to keep moving through

22       this document until we get to page 6.  If

23       you go to page 6.  Let me know when you're

24       there.

Stephen B. Darr, et al. vs                                    Rosmery Torrico
Frantz Balan, et al.                                          January 19, 2023

36

1   A.   I am here.

2   Q.   There's a series of accounts that don't have

3        the name Juan Daza in them.  Do you see

4        that?

5   A.   Yes.

6   Q.   What name, do you recognize the name in

7        column E that's not Juan Daza?

8   A.   Yes, it's my nickname.

9   Q.   And you mentioned earlier your nickname in

10       Bolivia is Ross - R O S S?

11  A.   Yes.

12  Q.   Do you remember typing into a computer your

13       nickname, Ross Ross in the creation of

14       accounts?

15  A.   I don't, to be honest, I don't.  But I'm

16       assuming if we create this, you know, I'm

17       sure Jenn Carla help us to create more of

18       this.

19  Q.   We are at rows 34 all the way down to 63.

20       If you go to the next page.

21  A.   And also in the account data log-in there

22       are a lot of numbers.  I don't recognize any

23       of those.

24  Q.   If you could go to -- we're still looking at

37

1      rows, when you make that observation you're

2      talking about the column D entries for rows

3      35 through 63?

4   A.   Yes.

5   Q.   I ask you to go to the next page, page 7.

6      And, again, looking at rows 35 to 63, do you

7      recognize the e-mail address for those rows?

8   A.   Yes, all the e-mail addresses that we use.

9   Q.   Then how about the address, 224 Belmont

10     Street, Sudbury, do you recognize that

11     address?

12   A.   No, I don't.

13   Q.   Okay.  Have you ever lived there?

14   A.   I know he work in Worcester, and I think it

15     was a convenient store, I believe, it was

16     Belmont Street in Worcester.  I don't know

17     Sudbury.

18   Q.   When you say he, who are you referring to?

19   A.   My late husband.

20          But not Sudbury.  He used to work

21     in Sudbury but that's not the address.  It

22     was 57 Corder Lane.  I don't know what this

23     224 Belmont Street in Sudbury is.

24   Q.   That's not something that you recall typing

Stephen B. Darr, et al. vs                                          Rosmery Torrico
Frantz Balan, et al.                                                January 19, 2023

38

1         into a computer?

2    A.   No.

3    Q.   If we could go to page 15.

4    A.   I have not seen this.

5    Q.   If you could go to page 15 there's column

6         BG.  Let me know when you're at page 15.

7    A.   I'm not there yet.

8    Q.   I apologize.  Let me know when you're there.

9    A.   I'm here.

10   Q.   Column BG says net equity and has a series

11        of numbers in that.  Do you see that?

12   A.   Yes.

13   Q.   Then for rows 76 there's a number 29974.9.

14        Do you see that?

15   A.   Yes.

16   Q.   If I represented to you that that's the

17        total amount of net equity for all of the

18        accounts that had either your nickname or

19        your e-mail or your home address for your

20        ex-husband's name, would you agree with me

21        that that amount is slightly larger than the

22        amount that was in your claim in Exhibit 1?

23        And we can go to it, if that will help you.

24   A.   The 27,000?

39

1   Q.   Yes.

2   A.   Yeah, yeah.  You asked me to write the

3        number, so yeah.

4   Q.   It's slightly larger?

5   A.   Yeah.

6   Q.   Okay.  It's a negative number?

7   A.   Yeah.

8   Q.   Okay.  But it's a slightly larger negative

9        number?

10  A.   Yeah.

11  Q.   And do you know what accounts were included

12       when you submitted your proof of claim?

13  A.   No, I don't.  I don't because I didn't have

14       any access to see, you know, how many

15       accounts we had.  I didn't know that even I

16       can go in the computer or go on-line or

17       anyplace to see my account or the accounts

18       that we had.  I didn't know that until you

19       told me.

20  Q.   Did you ever receive money from anybody

21       involved with TelexFree, receive cash, I

22       should say?

23  A.   Yeah.  I made sure that I talked to one of

24       my co-workers, and I said, you know, I am

40

1    doing this and I am posting.  A lot of
2    people are leaving their jobs and they are
3    making good money.  And she said, yes,
4    Rosmery, I would like to have one credit or
5    one line.
6          I do not recall if I cut the money
7    or I gave the money to the couple, Sandro
8    Nemez and Jenn Carla, because even though I
9    was posting and doing that I was not savvy
10    how to create and all that stuff.  So I
11    don't remember, unfortunately I don't.  That
12    was the only time.
13  Q.  To the best of your recollection there was
14    only one instance where you may have
15    received money from somebody and that's
16    referring to a co-worker of yours?
17  A.  Yes.
18          MR. RONA:  Why don't we take a
19    quick break off the record.
20          THE VIDEOGRAPHER:  We are now going
21    off the record at 10:49 a.m.
22          (Off the record.)
23          THE VIDEOGRAPHER:  We are back on
24    the record at 10:58 a.m.

Stephen B. Darr, et al. vs                                    Rosmery Torrico
Frantz Balan, et al.                                          January 19, 2023

41

1   Q.   Ms. Torrico, my final question is, that in
2        the instances where you gave cash to the
3        couples that you mentioned earlier, did you
4        know how that money was going to be
5        accounted for in connection with the
6        TelexFree operation; meaning, did you know
7        how many accounts were going to be created
8        or what the money was going to be used for?
9   A.   Well, I knew how many accounts because every
10       time they, you know, at the beginning it was
11       1,425 so you had one account.  It was for
12       the purpose to, you know, post those phone
13       lines and get a profit every time that you
14       were posting.  That was my understanding or
15       our understanding.
16  Q.   Do you know who decided which accounts would
17       be created in the instances where you gave
18       money?
19  A.   The couple that were helping us, you know --
20       maybe I'm not understanding who decide, when
21       you say decide how many accounts where the
22       accounts were created.
23  Q.   I guess, what I'm saying is, did you have
24       any awareness when you gave money to either

42

1          of the couples how that would be translated

2          into the computer system, how that would be

3          recorded in the computer system?

4     A.   I did not.  We never ask that question.  We

5          didn't know where the money will be going

6          other than just we were told that it was

7          going to, you know -- to be honest, that's a

8          very good question, where the money was

9          going.  I know it was going to the couples,

10         and I thought, I don't know, I guess, we

11         assumed that couple would give to someone

12         else to buy us the credits or the lines, or

13         whatever you call, so we can have those

14         lines or those accounts.

15              MR. RONA:  Ms. Torrico, thank you.

16         I have no further questions.

17

18                   CROSS EXAMINATION

19    BY MR. BENNETT:

20    Q.   Ms. Torrico, my name is Charles Bennett, I

21         represent Mr. Darr who is the trustee of the

22         TelexFree bankruptcy proceedings.  I have a

23         couple of questions for you regarding these

24         transactions with the third-party.

43

1          Do I understand your testimony to

2     be that -- let me back up for a second.

3     What was the name of the individual who was

4     helping you set up the accounts and for whom

5     you were giving the money to?

6  A.  The first was, when we started it was the

7     family Marillo, Jacqueline Marillo and

8     Alfredo Marillo.  And the second time when

9     we were giving a lot of money it was Sandor

10    Nemez and his wife Jenn Carla Bonito.

11 Q.  When you met with Nemez and Bonito, how much

12    money -- strike that.

13         Did you have an understanding of

14    how the amount of money that you were giving

15    them equated to what interest or what

16    agreement you were getting from TelexFree?

17 A.  Can you repeat the question again, please.

18 Q.  Sure.

19         Each time that you gave either of

20    those individuals money, what were you

21    giving them the money for?

22 A.  To get credits or to get those lines to post

23    for the accounts.

24 Q.  When you say to get those lines, what you're

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

44

1     referring to is a membership interest to be

2     able to participate in a TelexFree

3     proceeding?

4  A.  No, I don't know if, for me, English is not

5     my first language.  Membership is when, it's

6     different.  But I don't take it as a

7     membership.  It was to have those accounts

8     so we can post and we can go on-line, and

9     every time we were posting we were given

10    money and money that we never took out of

11    those accounts.

12 Q.  With respect to the accounts, did you

13    understand there was a certain amount of

14    money that you would need to give to these

15    individuals in order to get an account?

16 A.  Yes.

17 Q.  And what was that amount, to the best of

18    your memory?

19 A.  They started, each one was 1,425, I believe.

20 Q.  Each time that you bought an account, did

21    you pay 1,425 in cash to those individuals?

22 A.  Yeah.  Yes, I think, with the papers the

23    lawyers, I gave them the copies, it was

24    three accounts and then five accounts and

45

1      more accounts and more accounts.  For each
2      one it was that amount.

3                Sometimes we took almost 5,000;
4      sometimes we took 10,000; sometimes we take
5      15,000, so yeah.

6                I'm looking at the paper right now,
7      at one point I'm looking at my paper and
8      seeing the lawyer provide is 4,275 the first
9      time, but it was a close one some time in
10     January and it says 8,550.  Then in February
11     it says 15,675.  So it kept going on and on,
12     yeah.

13  Q.  And each time you made those payments you
14      understood you were buying, what you
15      understood to be an account which would
16      allow you to earn credits?

17  A.  Yeah, yeah.

18  Q.  And all these transaction always were in
19      cash?

20  A.  Always.  Unfortunately.  Otherwise, we would
21      not be in this predicament.

22                MR. BENNETT:  Thank you.  I have no
23      further questions.

24                MR. RONA:  Thank you, Ms. Torrico.

Stephen B. Darr, et al. vs
Frantz Balan, et al.
Rosmery Torrico
January 19, 2023

46

1          THE WITNESS:  You're very welcome.

2          THE VIDEOGRAPHER:  If there are no

3     further questions that concludes our

4     deposition for today at 11:05 a.m.

5          THE COURT REPORTER:  Who is going

6     to get a copy of the transcript.

7          MR. BENNETT:  Could you provide us,

8     please, Charles Bennet at Murphy & King.

9          THE VIDEOGRAPHER:  Also, if you

10    could put your video orders on the

11    transcript as well.  Ilyas, I'm sure you

12    just want the transcript for now.

13         MR. RONA:  That's correct.

14    Charles, do you want, let's stay in order.

15    Do you put a video order in at this point?

16         MR. BENNETT:  No, at this point the

17    transcript will be fine.  Then if we want

18    the video we will contact O'Brien & Levine.

19         THE VIDEOGRAPHER:  Ilyas, you want

20    the video just not synchronized for the

21    moment?

22         MR. RONA:  That's correct.

23         The defendants will take an

24    electronic only copy of the transcript.

Stephen B. Darr, et al. vs                                    Rosmery Torrico
Frantz Balan, et al.                                          January 19, 2023

47

1           And the last order of business, Ms.

2    Torrico, you have the opportunity to review

3    the transcript and make any corrections.  Is

4    30 days enough time?  It's going to be a

5    short transcript, I think.  Will 30 days be

6    enough time from when you receive it to

7    review it and send any corrections back?

8    Can you hear me?

9           MS. TORRICO:  Hello.

10          MR. RONA:  I don't know if that's

11   me.  Can you hear me, Ms. Torrico?

12          THE WITNESS:  I hear you now.

13          MR. RONA:  Is 30 days enough time

14   for you to review the transcript and send

15   back any corrections that you have?

16          THE WITNESS:  That would be fine.

17          (Off the record discussion.)

18          (Whereupon the deposition was

19   concluded at 11:07 a.m.)

20

21

22

23

24

48

1    ERRATA SHEET DISTRIBUTION INFORMATION

2    DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS

3

4        ERRATA SHEET DISTRIBUTION INFORMATION

5            The original of the Errata Sheet has

6    been delivered to Ilyas Rona, Esquire.

7            When the Errata Sheet has been

8    completed by the deponent and signed, a copy

9    thereof should be delivered to each party of

10   record and the ORIGINAL forwarded to Ilyas

11   Rona, Esquire, to whom the original

12   deposition transcript was delivered.

13

14           INSTRUCTIONS TO DEPONENT

15           After reading this volume of your

16   deposition, please indicate any corrections

17   or changes to your testimony and the reasons

18   therefor on the Errata Sheet suppled to you

19   and sign it.  DO NOT make marks or notations

20   on the transcript volume itself.  Add

21   additional sheets if necessary.  Please

22   refer to the above instructions for errata

23   sheet distribution information.

24

49

1   PLEASE ATTACH TO THE DEPOSITION OF:

2   Rosmery Torrico

3   CASE:  TelexFree

4   DATE TAKEN:  January 19, 2023

5                    ERRATA SHEET

6   Please refer to page 49 for errata sheet

7   instructions and distribution instructions.

8

9    PAGE          LINE     CHANGE        REASON

10

11

12

13

14

15

16        I have read the foregoing transcript

17   of my deposition and except for any

18   corrections or changes noted above, I hereby

19   subscribe to the transcript as an accurate

20   record of the statements made by me.

21     Executed this    day of        , 2023.

22

23

24                    ROSMERY TORRICO

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

50

1  COMMONWEALTH OF MASSACHUSETTS)

2  SUFFOLK, SS.                  )

3

4       I, Linda Bernis, a Registered

5  Professional Reporter and Notary Public in

6  and for the Commonwealth of Massachusetts,

7  do hereby certify that ROSMERY TORRICO, the

8  witness who remotely appeared, was duly

9  sworn by me and that such deposition is a

10 true record of the testimony given by the

11 witness.

12      I further certify that I am neither

13 related to or employed by any of the parties

14 in or counsel to this action, nor am I

15 financially interested in the outcome of

16 this action.

17      In witness whereof, I have hereunto

18 set my hand and seal this 22nd day of

19 January, 2023.

20                    *Linda Bernis*

21

22              Notary Public

23 My Commission expires:

24 July 25, 2025

Case 16-04006    Doc 443-15    Filed 07/21/23    Entered 07/21/23 22:42:28    Desc
Exhibit O    Page 53 of 60

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

**$**

**$27,589.40**
27:21 28:13
**$35,000**
24:2

**0**

**01776**
8:6

**1**

**1**
14:14 17:5,6 21:22
29:18 33:13 38:22
**1,425**
41:11 44:19,21
**10**
15:15,16,17,18 17:6
18:2 20:21 21:17
30:16
**10,000**
45:4
**100**
10:22 12:8
**105494**
29:15,16
**105494-000**
27:10
**10:00**
5:4
**10:49**
40:21
**10:58**
40:24
**11**
17:6 20:22
**11:05**
46:4
**11:07**
47:19
**12**
10:23 15:12 21:17
30:19,22,24
**1234**
21:10
**13**
21:21 29:24 30:4
**14**
26:5

**15**
38:3,5,6
**15,000**
45:5
**15,675**
45:11
**16-4006**
5:19
**16-4007**
5:20
**17**
27:7
**18**
15:2
**19**
5:3 33:4,7 34:17

**2**

**2**
28:20 32:3 33:5 34:4
35:20
**2-3**
32:6
**20**
5:23 8:5 33:4,7
34:18 35:18
**2013**
10:22,24
**2014**
10:22,24
**2023**
5:3
**21635**
16:11
**224**
8:11 34:12 37:9,23
**27,000**
28:2 38:24
**27,589.40**
28:18 30:3
**29974.9**
38:13

**3**

**3**
32:5,9 33:4
**30**
5:23 8:5 17:7 47:4,5,
13
**32**
35:21

**34**
36:19
**35**
37:3,6
**35,000**
23:1 26:11
**35,213**
22:23

**4**

**4,275**
45:8

**5**

**5,000**
45:3
**57**
37:22

**6**

**6**
35:22,23
**60,000**
23:3
**63**
36:19 37:3,6

**7**

**7**
15:9 37:5
**76**
38:13

**8**

**8,550**
45:10

**9**

**9**
31:19
**99**
19:18

**A**

**a.m.**
5:4 40:21,24 46:4
47:19

**ability**
12:4 13:12
**accent**
11:7
**access**
31:6 39:14
**account**
17:19 18:4 19:6,7
21:5 31:7,13 32:14,
17 34:22 35:5 36:21
39:17 41:11 44:15,
20 45:15
**accounted**
41:5
**accounts**
16:2,24 17:5,7,8,10,
13,17 18:8,15,16,23
19:2,4,20 20:11,16,
20 21:1,10 22:5,6
26:3 31:9 32:18
33:16 34:23 35:1,2,
14,16,17,18 36:2,14
38:18 39:11,15,17
41:7,9,16,21,22
42:14 43:4,23 44:7,
11,12,24 45:1
**acknowledge**
6:14 7:7,13,17
**address**
8:9 19:14 30:21
31:2,4,18 34:7,8,9,
18 37:7,9,11,21
38:19
**addresses**
34:5,6 37:8
**administered**
6:15
**ads**
18:4
**advantage**
21:15
**adversary**
5:18,19 7:5
**advice**
20:11
**affected**
8:24 11:10
**agree**
6:24 7:13 11:8 38:20
**agreement**
43:16
**Alfredo**

Case 16-04006    Doc 443-15    Filed 07/21/23    Entered 07/21/23 22:42:28    Desc
Stephen B. Darr, et al. vs    Exhibit O    Page 54 of 60    Rosinery Torrico
Frantz Balan, et al.    January 19, 2023

12:16 43:8

**allowed**
  26:24 27:2,24 28:6

**American**
  11:16

**amount**
  23:17,24 25:10
  26:10,17 27:20,23
  28:3,8,9,12 38:17,
  21,22 43:14 44:13,
  17 45:2

**amounts**
  22:10

**anyplace**
  39:17

**apologize**
  15:7 38:8

**appearances**
  6:13 7:2

**appearing**
  5:22

**approximately**
  5:4

**arrangement**
  6:19 7:7

**assent**
  7:17

**assumed**
  42:11

**assuming**
  18:12 20:1 26:18
  33:19 34:2 35:8
  36:16

**attorneys**
  6:23

**awareness**
  41:24

————————

              **B**

**back**
  30:16 31:18 32:24
  33:13 40:23 43:2
  47:7,15

**bad**
  11:8

**Balan**
  5:9

**bankruptcy**
  5:17 7:11 24:5 27:3,
  8 42:22

**begin**
  6:22

**beginning**
  18:23 19:1,8 35:6
  41:10

**behalf**
  7:4,6,10,12,16

**belief**
  23:16,23

**Belmont**
  37:9,16,23

**Bennet**
  46:8

**Bennett**
  7:9 16:6,13 42:19,20
  45:22 46:7,16

**Bernis**
  6:5

**BG**
  38:6,10

**big**
  20:4

**bigger**
  19:11 24:9,10

**birthday**
  12:19

**bit**
  25:8 30:2

**Bolivia**
  17:15 36:10

**Bonito**
  12:22 43:10,11

**bottom**
  22:19

**bought**
  22:17 44:20

**boxes**
  15:17

**Brazilian**
  11:4 24:11,23 25:5

**break**
  29:6 40:19

**Brighton**
  11:5 24:16

**bringing**
  20:3 23:11 24:24

**brought**
  20:7 24:17

**bulky**
  20:4

**bunch**
  15:17

**business**
  19:10 47:1

**buy**
  42:12

**buying**
  45:14

————————

              **C**

**call**
  16:23 42:13

**called**
  22:18

**cards**
  26:1 28:10

**Carla**
  12:21,22 35:8 36:17
  40:8 43:10

**case**
  5:16 23:9

**cash**
  13:18,19 23:9,10
  39:21 41:2 44:21
  45:19

**chance**
  11:22

**Charles**
  7:9 42:20 46:8,14

**chat**
  16:10

**check**
  13:19 25:24

**checkmarks**
  15:17

**Chelsea**
  24:17

**chunk**
  13:16

**claim**
  24:5 25:4,9,18 26:6,
  10,24 27:2,5,9,12,
  13,17,20,24 28:3,6,
  12 29:2,5,14,17,20
  31:6,24 38:22 39:12

**claims**
  29:1

**Class**
  5:10,14

**class-action**
  24:13

**classes**
  7:4,16

**clean**
  30:10,11

**CLI**
  33:5,8,10,17,22

**click**
  20:19

**close**
  45:9

**closed**
  11:2

**closer**
  23:4

**co-worker**
  40:16

**co-workers**
  31:14 39:24

**column**
  16:14,22 22:13
  32:20 36:7 37:2
  38:5,10

**columns**
  22:10

**Commonwealth**
  6:9

**commuter**
  19:22

**compared**
  33:15

**computer**
  15:24 18:22 19:21,
  24 20:2,4,5,7 21:20
  32:15 36:12 38:1
  39:16 42:2,3

**computers**
  20:6 31:15

**concluded**
  47:19

**concludes**
  46:3

**conditions**
  7:1,13

**conducted**
  7:14

**confused**
  9:11

**connected**
  11:4

**connection**
  9:20 14:22 41:5

**consent**
  6:18 7:7

**contact**
  24:15 46:18

Case 16-04006    Doc 443-15    Filed 07/21/23    Entered 07/21/23 22:42:28    Desc
Exhibit O    Page 55 of 60

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

**convenient**
21:19 37:15
**copies**
10:1,9,12 13:13
15:13 33:16 44:23
**copy**
14:18 15:4 46:6,24
**Corder**
37:22
**correct**
10:12 11:24 14:23
17:1,24 27:3,18
35:11 46:13,22
**corrections**
47:3,7,15
**counsel**
6:12,18 8:12
**couple**
12:15 13:7 14:18
18:10,11,13 35:6
40:7 41:19 42:11,23
**couples**
18:19 20:9 34:9 41:3
42:1,9
**court**
5:17 6:2,5,6,21 27:3,
9 46:5
**cover**
9:17
**create**
17:18 19:5,7 20:20
21:5 36:16,17 40:10
**created**
17:16 18:22 20:16
23:5 35:1,2,5 41:7,
17,22
**creation**
36:13
**credit**
22:18 40:4
**credits**
18:6 42:12 43:22
45:16
**CROSS**
42:18
**cut**
30:2 40:6

———————
**D**
———————
**daily**
18:3

**Darr**
5:8,11 7:10,12 42:21
**data**
29:1 32:14 36:21
**David**
6:1
**day**
21:18
**days**
14:18 47:4,5,13
**Daza**
17:21 36:3,7
**Debtors**
5:8
**deceased**
17:24
**decide**
41:20,21
**decided**
41:16
**declare**
6:16
**Defendant**
5:10,11,14
**defendants**
5:15 7:4,6,17 46:23
**dental**
30:11
**deposition**
5:5,21 7:1,14 46:4
47:18
**differently**
34:15
**difficulty**
16:7
**DIRECT**
7:21
**disappear**
14:9
**discussion**
47:17
**District**
5:17
**divorce**
14:4
**document**
27:8 28:5,15 31:20
35:22
**documents**
9:24 10:1,9 13:4,17,
20 15:4 23:14 24:24
33:15

**dollar**
22:10
**doubt**
11:7
**drive**
19:15

———————
**E**
———————
**E-DEPOZE**
14:11
**e-mail**
31:4,12,18 34:5,7
37:7,8 38:19
**earlier**
25:9 29:18 34:10
35:6,15 36:9 41:3
**earn**
18:6 45:16
**easier**
33:20
**easy**
21:6,10
**electronic**
46:24
**ended**
8:14 27:4
**ends**
33:8
**English**
11:7 44:4
**enter**
34:22
**entered**
34:20
**entering**
35:2
**entries**
37:2
**episode**
11:23
**equated**
43:15
**equity**
38:10,17
**estate**
7:12
**everyday**
15:22
**ex-husband**
14:4,7 17:2,22 29:12
30:9

**ex-husband's**
25:13 32:21 38:20
**EXAMINATION**
7:21 42:18
**Excuse**
16:6
**exhibit**
14:10,12,14 21:22
28:19,20 29:18 32:3,
5,9 33:4,13,20 34:4
38:22
**exhibits**
32:6
**experience**
11:3

———————
**F**
———————
**family**
43:7
**fax**
25:1
**February**
45:10
**fight**
24:19
**fights**
30:13
**figure**
26:11 28:2,17 30:3
**file**
25:1
**files**
14:22
**filled**
26:8,20
**final**
41:1
**Financial**
5:7
**fine**
46:17 47:16
**fix**
15:7
**fluent**
11:7
**focus**
18:23
**form**
26:6,8,20 28:9
**Framingham**
19:13,23

**frankly**
9:12
**Frantz**
5:9
**Freitas**
5:13
**front**
28:5,21 32:8,9
**froze**
8:14 23:20
**full**
7:24 32:20

---
**G**

**gave**
10:11 12:2 13:11,13,
17,18 14:17 22:14
26:17 33:15 40:7
41:2,17,24 43:19
44:23
**gift**
26:1 28:9
**give**
13:6,9,16 20:10
30:12 42:11 44:14
**giving**
43:5,9,14,21
**gmail**
19:6,7 31:7 34:8,9
**God**
31:17
**good**
7:3,15,23 8:19 31:14
40:3 42:8
**grateful**
25:6
**Greed**
11:16
**greedy**
13:15
**grew**
19:10
**group**
11:5 12:19 24:8,10,
23 25:5 26:18 31:11
**guess**
13:14 17:16 28:4
41:23 42:10

---
**H**

**hand**
16:14,22 17:2 22:13
**handwriting**
22:2
**Hanrahan**
6:1 7:8
**happen**
23:10
**happened**
11:10,20 12:5,6,10
20:21 27:15
**hard**
12:24 30:1,9,10
**headers**
30:2
**hear**
10:4,5 47:8,11,12
**helped**
18:18,21 34:10
**helping**
24:11 26:19 41:19
43:4
**hold**
25:20 33:18
**home**
12:18 19:9 20:8
21:18 38:19
**honest**
8:18 20:13 21:16
36:15 42:7
**hours**
21:17,18
**house**
14:21 19:19
**houses**
30:11
**hundreds**
8:23
**husband**
11:19 12:17,21,22
19:3 22:3 37:19
**husband's**
17:3,9 25:21

---
**I**

**idea**
20:24
**identification**
14:15 32:7

**Ilyas**
7:3 46:11,19
**included**
39:11
**incredible**
24:18
**individual**
43:3
**individuals**
43:20 44:15,21
**information**
34:23 35:3
**instance**
40:14
**instances**
41:2,17
**interest**
9:13 43:15 44:1
**Internet**
15:23
**interviewed**
8:16 12:7
**introduce**
28:19
**introduced**
12:13,21
**involved**
34:24 35:4 39:21
**IPAD**
20:5

---
**J**

**J1**
32:24
**Jacqueline**
12:17 19:2 43:7
**January**
5:3 45:10
**jdaza**
16:15 21:1,7
**jdaza1**
33:5
**Jenn**
12:21,22 35:7 36:17
40:8 43:10
**jobs**
40:2
**Juan**
21:7 36:3,7

---
**K**

**kid**
31:14
**kids**
21:12
**King**
46:8
**knew**
41:9
**knowingly**
9:10
**knowledge**
12:4 17:18
**Kraemer**
7:15,16

---
**L**

**Lane**
37:22
**language**
44:5
**laptop**
20:3
**larger**
38:21 39:4,8
**late**
17:3,9 22:3 25:21
37:19
**lawyer**
9:19 45:8
**lawyers**
24:17 44:23
**Lea**
7:15
**leave**
28:18
**leaving**
40:2
**left**
16:14,22 17:2 22:13
**legal**
6:3
**lesser**
28:9
**letter**
8:21 10:13
**Levine**
6:2,6 46:18
**lie**
20:15

Case 16-04006    Doc 443-15    Filed 07/21/23    Entered 07/21/23 22:42:28    Desc
Stephen B. Darr, et al. vs    Exhibit O    Page 57 of 60    Rosmery Torrico
Frantz Balan, et al.    January 19, 2023

**lieu**
6:14
**life**
23:10 26:15
**limited**
9:15
**Linda**
6:5
**lines**
15:21,23 16:1,23
21:19 22:17 41:13
42:12,14 43:22,24
**listed**
26:10
**lived**
8:9 37:13
**LLC**
5:6
**log-in**
16:9 33:8 36:21
**log-ins**
32:17
**logging**
16:7
**long**
11:20 21:8 27:15
**longer**
15:10
**looked**
33:23
**lost**
10:3 14:6 23:19,21
**lot**
12:9 14:6,8 25:6
36:22 40:1 43:9

**M**

**made**
10:11 14:18 25:15
39:23 45:13
**make**
9:17 20:14 37:1 47:3
**making**
40:3
**manner**
6:20
**Marco**
5:12
**Marillo**
12:16,17 19:2 35:7
43:7,8

**Marillos**
13:6 21:3
**mark**
14:10
**marked**
14:14 32:6
**Marlboro**
8:7,11 14:5 34:13,
15,17 35:11
**marriage**
25:16
**Massachusetts**
5:18,24 6:9 8:6
**matter**
5:6 6:17
**matters**
8:13
**meaning**
34:24 41:6
**Mechanic**
8:11 34:12
**meeting**
9:2 12:9,16 15:20
**meetings**
24:16
**membership**
44:1,5,7
**memory**
44:18
**mention**
9:2 11:17 12:5 14:2
17:12 26:14
**mentioned**
7:6 10:17 12:15 13:7
24:7 34:10 36:9 41:3
**mercy**
31:17
**met**
9:22,24 10:6,8 14:20
43:11
**middle**
31:5
**mine**
17:4 25:14
**missing**
16:8
**moment**
33:13 46:21
**money**
13:6,9,10,16,18
18:19 21:14,16 22:7,
14 23:7,8,17,24

24:12 25:10,11,12,
15,16,17 27:4 28:6
30:12 39:20 40:3,6,
7,15 41:4,8,18,24
42:5,8 43:5,9,12,14,
20,21 44:10,14
**morning**
7:3,15,23 15:20
**move**
14:5
**moved**
23:8
**moving**
35:21
**multiple**
24:16
**Murphy**
46:8

**N**

**naive**
13:14 30:8
**names**
23:6 29:9
**negative**
39:6,8
**Nemez**
12:23 13:2 24:7 35:8
40:8 43:10,11
**net**
5:10,14 38:10,17
**news**
24:10
**newspapers**
24:9,14
**nickname**
17:15 36:8,9,13
38:18
**night**
8:21
**Nobscot**
5:23 8:5
**notary**
6:8
**notes**
16:19 26:12
**notice**
17:1 34:17
**number**
5:19,20,23 16:8 21:9
22:22 27:9,12,14
29:5,14,18,20 35:16,

17 38:13 39:3,6,9
**numbers**
15:21 16:17 21:2,10
36:22 38:11

**O**

**O'BRIEN**
6:2,6 46:18
**oath**
6:15 20:15
**objections**
6:19
**observation**
37:1
**office**
8:22 10:15 19:13,14,
16,23 20:8 30:11
**offices**
30:10
**old-fashioned**
20:4
**on-line**
39:16 44:8
**open**
14:12,16 19:13
**opened**
28:22
**operation**
41:6
**opportunity**
11:11 47:2
**order**
44:15 46:14,15 47:1
**orders**
46:10
**overwhelmed**
30:8

**P**

**pages**
15:2
**paid**
27:4
**pains**
6:17
**Palo**
5:13
**paper**
14:17 27:13,16 28:4
33:19 45:6,7

Case 16-04006    Doc 443-15    Filed 07/21/23    Entered 07/21/23 22:42:28    Desc
Stephen B. Darr, et al. vs                    Exhibit O    Page 58 of 60                    Rosinery Torrico
Frantz Balan, et al.                                                                    January 19, 2023

**papers**
   15:20 20:17 23:12
   24:22 33:21,23 34:3
   44:22
**part**
   11:23 12:19 23:13
   31:2,4
**partial**
   30:20
**participate**
   44:2
**participated**
   10:18,21
**parties**
   12:19
**Pause**
   15:11 16:12 29:8
**pay**
   44:21
**payments**
   45:13
**penalties**
   6:17
**pending**
   5:16
**people**
   8:20,24 9:9 11:9
   19:12 21:9 24:18,23
   25:6 40:2
**percent**
   10:22 12:8 19:18
**period**
   18:24 19:1
**perjury**
   6:18
**person**
   6:15 14:20 25:15
**phone**
   15:21 16:1,23 17:13
   21:19 41:12
**photocopies**
   14:21
**physically**
   6:10
**place**
   21:17
**plaintiff**
   5:9,12 7:10
**point**
   11:1 13:24 17:6,16
   24:4 25:24 26:23
   27:2 35:9 45:7

   46:15,16
**points**
   9:17
**post**
   15:23 20:21 41:12
   43:22 44:8
**posted**
   21:19
**posting**
   18:3 40:1,9 41:14
   44:9
**practice**
   18:3
**predicament**
   45:21
**present**
   6:10,24
**previously**
   8:7,10
**proceeding**
   5:18,19 6:8,20 44:3
**proceedings**
   5:1 6:4 7:5 42:22
**profit**
   41:13
**program**
   11:12,16 12:3
**pronounce**
   12:24
**proof**
   24:4 25:3 26:5 31:24
   39:12
**prove**
   23:12
**provide**
   9:24 10:1,8 45:8
   46:7
**provided**
   14:21 15:5 27:16
**public**
   6:8
**purchase**
   22:5
**purpose**
   41:12
**put**
   21:5 22:7 23:18 24:1
   25:10,11,23 32:4,8
   46:10,15
**Puzzarini**
   5:12

**Q**
**question**
   9:16,18 23:22 28:1
   31:20 41:1 42:4,8
   43:17
**questions**
   42:16,23 45:23 46:3
**quick**
   40:19

**R**
**reason**
   30:7
**recall**
   8:9 10:20 11:15,17
   12:7 20:2 33:14,16
   35:15 37:24 40:6
**receive**
   39:20,21 47:6
**received**
   10:14 40:15
**recently**
   33:24
**recognize**
   21:24 25:23 27:12,
   23 28:2 29:2,10
   32:16,23 35:10 36:6,
   22 37:7,10
**recognized**
   28:13
**recollect**
   20:23 24:22
**recollection**
   16:19 23:17,24 33:2
   40:13
**recommendations**
   20:10
**record**
   5:3 6:14 7:24 40:19,
   21,22,24 47:17
**recorded**
   42:3
**recording**
   6:4,7
**records**
   13:9,10,21 14:1
**refer**
   16:23
**reference**
   20:9 33:5

**references**
   27:9
**referring**
   10:13 14:20 16:1
   18:18 33:10 37:18
   40:16 44:1
**reflect**
   18:2
**refocus**
   9:15
**reimbursed**
   22:17
**related**
   10:9
**relative**
   8:12
**relatives**
   24:6
**relive**
   30:18
**remember**
   11:18,20 12:9 17:12,
   20 19:14,15 20:15
   21:6,7 26:15 27:14
   28:16 33:1,11,22
   34:1,2 36:12 40:11
**remote**
   6:24
**remotely**
   5:22,23 6:4,8
**repeat**
   43:17
**reporter**
   6:5,21 46:5
**Reporting**
   6:2,6
**represent**
   6:13 22:13 28:24
   32:13 42:21
**Representative**
   5:10
**Representatives**
   5:13
**represented**
   8:12 38:16
**representing**
   9:5,19
**reside**
   8:4,7
**residence**
   34:13

Case 16-04006    Doc 443-15    Filed 07/21/23    Entered 07/21/23 22:42:28    Desc
Exhibit O    Page 59 of 60

Stephen B. Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

**respect**
44:12

**return**
22:16

**review**
47:2,7,14

**rights**
24:19

**Road**
5:23 8:5

**Rona**
7:3,22 16:10 40:18
42:15 45:24 46:13,
22 47:10,13

**Rosmery**
5:5 8:1 17:19 40:4

**Ross**
17:14 36:10,13

**rows**
33:3,4 36:19 37:1,2,
6,7 38:13

—————————

**S**

**sad**
23:13

**Sandor**
13:2 43:9

**Sandro**
5:13 19:4 21:3 35:8
40:7

**sat**
18:22

**save**
26:15 30:12

**savings**
23:7

**savvy**
40:9

**scary**
9:12

**screen**
8:14 14:11 23:20

**seconds**
23:21

**send**
25:1,24 47:7,14

**sending**
24:22

**separation**
14:3

**sequentially**

**21:2**

**series**
16:17 29:9 34:5
35:14 36:2 38:10

**session**
16:8

**set**
18:8,11,14 19:3,20
20:11 32:3 34:10
43:4

**short**
47:5

**shorten**
21:9

**show**
20:12,17,18 22:4
24:14,21

**showed**
26:16

**showing**
15:18

**shows**
22:5

**side**
17:2

**sign**
31:24 32:2

**signature**
31:21

**signed**
13:19

**sleep**
8:21

**slightly**
38:21 39:4,8

**Solutions**
6:2,7

**speak**
11:6

**speaking**
11:24

**specialist**
6:3

**specifics**
27:14

**spell**
7:23

**spelled**
34:15

**spelling**
13:5

**spellings**
35:11

**spoke**
31:13

**start**
20:12

**started**
10:23 43:6 44:19

**state**
6:12 7:1,23

**statements**
12:2

**States**
5:17

**stay**
46:14

**step-by-step**
20:17

**Stephen**
5:8,11 7:10

**steps**
20:18

**store**
37:15

**street**
8:11 34:6,12 37:10,
16,23

**strike**
43:12

**stuff**
11:21 12:20 14:6
20:6 22:6 23:6,8
25:1,24 40:10

**stupid**
13:15 30:8

**submit**
24:4 25:3

**submitted**
25:18 27:17 31:6
39:12

**subpoena**
10:14

**subtotal**
22:19

**Sudbury**
5:24 8:5 14:5 37:10,
17,20,21,23

**suggestion**
20:24

**suggestions**
20:10

**suing**
9:6

**swear**
6:21

**sworn**
7:19

**synchronized**
46:20

**system**
20:7 26:16,17 29:2
32:15 42:2,3

—————————

**T**

**taking**
15:10 21:14

**talk**
11:2

**talked**
39:23

**talking**
11:18 37:2

**taxes**
15:22

**technological**
31:15

**television**
11:12,16 12:3

**Telexfree**
5:6,7 7:5,11 8:13,17
9:9 10:10,18,21
11:1,3 12:14 13:21
14:4,23 16:4,24 18:3
19:13 23:18 24:1,5,
13 25:10 31:9 32:14
39:21 41:6 42:22
43:16 44:2

**terminology**
22:8

**testifying**
35:15

**testimony**
6:16 43:1

**thing**
18:14

**things**
12:10 14:8

**thinking**
21:13,15

**third-party**
42:24

**thought**
30:14 31:11 42:10

Case 16-04006   Doc 443-15   Filed 07/21/23   Entered 07/21/23 22:42:28   Desc
Exhibit O   Page 60 of 60

Stephen B Darr, et al. vs
Frantz Balan, et al.

Rosmery Torrico
January 19, 2023

**thousands**
8:23
**time**
9:13,14 13:15,24
19:18 22:15 35:7
40:12 41:10,13 43:8,
19 44:9,20 45:9,13
47:4,6,13
**today**
6:5 9:6 46:4
**told**
21:4,13 23:2 39:19
42:6
**Torrico**
5:5 8:2 9:13 16:14
17:19 41:1 42:15,20
45:24 47:2,9,11
**total**
15:2 23:4 38:17
**transaction**
45:18
**transactions**
42:24
**transcript**
46:6,11,12,17,24
47:3,5,14
**transition**
14:6
**translated**
42:1
**trouble**
9:3 30:13
**trustee**
5:8,12 7:11 42:21
**trustee's**
29:1
**truth**
12:4
**Tuesday**
9:3 15:13 26:14
**turn**
21:21
**TV**
10:17 11:2 23:3
**typing**
36:12 37:24

_____

**U**

_____

**ugly**
14:3,8
**understand**
27:6 28:1 43:1 44:13

**understanding**
41:14,15,20 43:13
**understood**
12:12 45:14,15
**Unit**
8:5
**United**
5:17
**upside**
15:6

_____

**V**

_____

**valued**
28:3
**variations**
32:21 34:19
**verbally**
6:16
**versus**
5:9,12
**victim**
9:6
**victims**
8:17 9:9 11:10
**video**
6:3 8:16 46:10,15,
18,20
**video-recorded**
5:5

_____

**W**

_____

**waive**
6:19
**walk**
24:20
**wanting**
19:12
**watch**
11:11,22
**wife**
12:18 19:5 21:4 24:7
43:10
**Winners**
5:11,14
**women**
24:11 25:5
**wondering**
8:20 9:7
**Worcester**
19:9 20:1 37:14,16

**word**
23:14,15
**work**
21:17 30:10,11
37:14,20
**worked**
30:9
**world**
11:9
**worries**
15:8
**write**
28:17 29:20,22 39:2
**writing**
17:1,3
**wrong**
34:17
**wrote**
16:20

_____

**Y**

_____

**year**
10:20 20:22
**years**
10:20 11:13 12:5,11
20:21,22 30:15,16

_____

**Z**

_____

**zoom**
16:10