# Exhibit Q.

| rep_id | claimid | firstname | middlename | lastname | claimnumber | creditortype | signature | signaturedate | noticeaddressid | signatureaddressid | issubmitted | doesamend | hasagreed | hasaccepted | createddatetime | createdbyid | updateddatetime | updatedbyid | CLAIMID | REGISTRATIONID | REGISTRATIONNAME | REGISTRATIONEMAIL | CLAIMNUMBER | ISCLAIMAMENDED | CREDITORNAME | SIGNATURE | DATECLAIMFILE | NOTICEFULLNAME | NOTICEADDRESS | NOTICECOUNTRY | NOTICEEMAIL | PAYMENTADDRESS | PAYMENTEMAIL | LOGIN | NETEQUITYPERTELEX | AMOUNTOFCLAIM | SUMOFDIRECTRECEIPT | SUMOFTRIANGULARPAYMENT | SUMOFTRIANGULARRECEIPT | UPDATEDDATETIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10403497 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | ella82 | $1,075.10 | $1,075.10 | $(300.00) | $1,425.00 | $(49.90) | 8/29/16 8:45 AM |
| 13525181 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 82ella | $1,474.90 | $1,474.90 | $ - | $1,474.90 | $ - | 8/29/16 8:45 AM |
| 13525347 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | ella1982 | $1,474.90 | $1,474.90 | $ - | $1,524.80 | $(49.90) | 8/29/16 8:45 AM |
| 18588771 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 01ella | $(389.00) | $(389.00) | $ - | $359.50 | $(748.50) | 8/29/16 8:45 AM |
| 18594581 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 01ella1 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18594737 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 01ella2 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18594937 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 01ella3 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18595491 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 01ella4 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18595645 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 01ella5 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18595913 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 01ella6 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18596113 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 01ella7 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18596223 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 01ella8 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18596373 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 01ella9 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18596541 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 01ella10 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18601785 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 02ella | $309.60 | $309.60 | $ - | $359.50 | $(49.90) | 8/29/16 8:45 AM |
| 18602435 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 02ella1 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18602637 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 02ella2 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18602751 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 02ella3 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18602885 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 02ella4 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18603113 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 02ella5 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |

| rep_id | claimid | firstname | middlename | lastname | claimnumber | creditortype | signature | signaturedate | noticeaddressid | signatureaddressid | issubmitted | doesamend | hasagreed | hasaccepted | createddatetime | createdbyid | updateddatetime | updatedbyid | CLAIMID | REGISTRATIONID | REGISTRATIONNAME | REGISTRATIONEMAIL | CLAIMNUMBER | ISCLAIMAMENDED | CREDITORNAME | SIGNATURE | DATECLAIMFILE | NOTICEFULLNAME | NOTICEADDRESS | NOTICECOUNTRY | NOTICEEMAIL | PAYMENTADDRESS | PAYMENTEMAIL | LOGIN | NETEQUITYPERTELEX | AMOUNTOFCLAIM | SUMOFDIRECTRECEIPT | SUMOFTRIANGULARPAYMENT | SUMOFTRIANGULARRECEIPT | UPDATEDDATETIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 18603257 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 02ella6 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 23 18603459 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 02ella7 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 24 18603601 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 02ella8 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 25 18603765 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 02ella0 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 26 18603945 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 02ella10 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 27 18698549 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella | $ 309.60 | $ 309.60 | $ - | $ 359.50 | $ (49.90) | 8/29/16 8:45 AM |
| 28 18699065 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 4ella | $ 309.60 | $ 309.60 | $ - | $ 359.50 | $ (49.90) | 8/29/16 8:45 AM |
| 29 18699461 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 5ella | $ 309.60 | $ 309.60 | $ - | $ 359.50 | $ (49.90) | 8/29/16 8:45 AM |
| 30 18700299 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella | $ 190.20 | $ 190.20 | $ - | $ 359.50 | $ (169.30) | 8/29/16 8:45 AM |
| 31 18702827 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella1 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 32 18703143 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella2 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 33 18706769 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella3 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 34 18707057 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella5 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 35 18707611 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella6 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 36 18707855 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella7 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 37 18708127 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella8 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 38 18708625 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella9 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 39 18709087 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella10 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 40 18709357 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella4 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 41 18714879 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 4ella1 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |

| rep_id | claimid | firstname | middlename | lastname | claimnumber | creditortype | signature | signaturedate | noticeaddressid | signatureaddressid | issubmitted | doesamend | hasagreed | hasaccepted | createddatetime | createdbyid | updateddatetime | updatedbyid | CLAIMID | REGISTRATIONID | REGISTRATIONNAME | REGISTRATIONEMAIL | CLAIMNUMBER | ISCLAIMAMENDED | CREDITORNAME | SIGNATURE | DATECLAIMFILE | NOTICEFULLNAME | NOTICEADDRESS | NOTICECOUNTRYIL | NOTICEEMAIL | PAYMENTADDRESS | PAYMENTEMAIL | LOGIN | NETEQUITYPERTELEX | AMOUNTOFCLAIM | SUMOFDIRECTRECEIPT | SUMOFTRIANGULARPAYMENT | SUMOFTRIANGULARRECEIPT | UPDATEDDATETIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 18715091 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 4ella2 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 43 18715539 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 4ella3 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 44 18715753 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 4ella4 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 45 18715947 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 4ella5 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 46 18716125 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 4ella6 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 47 18716347 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 4ella7 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 48 18716593 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 4ella8 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 49 18716781 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 4ella9 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 50 18717145 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 4ella10 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 51 18722285 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 5ella1 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 52 18722499 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 5ella2 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 53 18722697 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 5ella3 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 54 18723095 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 5ella4 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 55 18723351 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 5ella5 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 56 18724105 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 5ella6 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 57 18724307 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 5ella7 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 58 18724751 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 5ella8 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 59 18725147 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 5ella9 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 60 18725385 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 5ella10 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 61 18730211 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella1 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |

| rep_id | claimid | firstname | middlename | lastname | claimnumber | creditortype | signature | signaturedate | noticeaddressid | signatureaddressid | issubmitted | doesamend | hasagreed | hasaccepted | createddatetime | createdbyid | updateddatetime | updatedbyid | CLAIMID | REGISTRATIONID | REGISTRATIONNAME | REGISTRATIONEMAIL | CLAIMNUMBER | ISCLAIMAMENDED | CREDITORNAME | SIGNATURE | SIGNATUREFILE | DATECLAIMNOTICEFULLNAME | NOTICEADDRESS | NOTICECOUNTRY | NOTICEEMAIL | PAYMENTADDRESS | PAYMENTEMAIL | LOGIN | NETEQUITYPERTELEX | AMOUNTOFCLAIM | SUMOFDIRECTRECEIPT | SUMOFTRIANGULARPAYMENT | SUMOFTRIANGULARRECEIPT | UPDATEDDATETIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 18730419 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella2 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 63 18730615 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella3 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 64 18730841 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella4 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 65 18731079 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella5 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 66 18731309 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella6 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 67 18731545 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella7 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 68 18731917 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella8 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 69 18732237 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella9 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 70 18733001 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella10 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |