# Exhibit S.

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | rep_id | rep_nome | cluster_id | c13 | martin_net_equity | total_martin_net_equity | total_freer_net_equity | rep_email | rep_cel | rep_fone | rep_login | rep_datanasc | registration_date | ssn_id | rep_end | rep_numero | rep_cep | city | state_code | country_code |
| 2 | 660115 | Evelyn P Rodriguez | 660115 | 660115 | $ (2,175.68) | $ (9,284.78) | $ (12,414.28) | lopesasvs@gmail.com | 6176504691 | 6176504691 | lopesapaola | | 12/21/12 | | 94 broadway | 0 | 2145 | somerville | ma | US |
| 3 | 1959108 | Evelyn Paola Rodriguez | 660115 | 1959108 | $ (1,455.00) | $ (1,704.50) | $ (12,414.28) | lopesasvs@gmail.com | 6176504691 | 6176504691 | lopesapaola1 | | 2/13/13 | | 94 broadway | 0 | 2145 | Somerville | MA | US |
| 4 | 2308220 | Jonathan A Lopez | 634613 | 634613 | $ (1,185.90) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 6179138423 | lopesalynn01 | | 2/22/13 | | 5 Oak St | | 1810 | Andover | MA | US |
| 5 | 2422870 | Jonathan A Lopez | 634613 | 634613 | $ (1,036.20) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 6179138423 | lopesalynn02 | | 2/25/13 | | 5 Oak St | | 1810 | Andover | MA | US |
| 6 | 2587474 | Jonathan A Lopez | 634613 | 634613 | $ (1,495.00) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 6179138423 | lopesalynn04 | | 2/28/13 | | 5 Oak St | | 1810 | Andover | MA | US |
| 7 | 2588354 | Jonathan A Lopez | 634613 | 634613 | $ (1,395.10) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 6179138423 | lopesalynn05 | | 2/28/13 | | 5 Oak St | | 1810 | Andover | MA | US |
| 8 | 2588548 | Jonathan A Lopez | 634613 | 634613 | $ (1,425.00) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 6179138423 | lopesalynn06 | | 2/28/13 | | 5 Oak St | | 1810 | Andover | MA | US |
| 9 | 3447228 | Jonathan Lopez | 634613 | 634613 | $ (49.90) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 6179138423 | lopesalynnplan | | 3/19/13 | | 5 Oak St | | 1810 | Andover | MA | US |
| 10 | 4788614 | Jonathan Lopez | 634613 | 634613 | $ (99.80) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 6179138423 | lopesalynns | | 4/22/13 | | 5 Oak St | | 1810 | Andover | MA | US |
| 11 | 4887242 | Ivan A Lopez | 4887242 | 659867 | $ (99.80) | $ (10,388.70) | $ (99.80) | lopesasvs@gmail.com | 9782898350 | 9782898350 | 0lopesamarine | | 4/23/13 | | 94 broadway | | 2145 | Somerville | MA | US |
| 12 | 6496504 | Jonathan Lopez | 634613 | 634613 | $ (399.20) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 6179138423 | lopesalynn03s | | 5/16/13 | | 5 Oak St | | 1810 | Andover | MA | US |
| 13 | 6506820 | Jonathan A Lopez | 634613 | 634613 | $ (1,495.00) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 6179138423 | sophylopez | 5/15/89 | 5/16/13 | | 5 Oak St | | 1810 | Andover | | US |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | rep_id | rep_nome | cluster_id | c13 | martin_net_equity | total_martin_net_equity | total_freer_net_equity | rep_email | rep_cel | rep_fone | rep_login | rep_datanasc | registration_date | ssn_id | rep_end | rep_numero | rep_cep | city | state_code | country_code |
| 14 | 6608304 | Jonathan Lopez | 634613 | 634613 | $ (399.20) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 6179138423 | lopesalynn2s1 | | 5/18/13 | | 5 Oak St | | 1810 | Andover | MA | US |
| 15 | 10456513 | Miry A Lopez | 10456513 | 660097 | $ (499.00) | $ (4,756.10) | $ (598.80) | lopesasvs@gmail.com | 6175292052 | 6175292052 | 1lopesamiry | | 7/12/13 | | 94 broadway | | 2145 | Somerville | MA | US |
| 16 | 10456575 | Evelyn P Rodriguez | 660115 | 660115 | $ (499.00) | $ (9,284.78) | $ (12,414.28) | lopesasvs@gmail.com | 7169553015 | 7169553015 | 1lopesapaola | | 7/12/13 | | 94 broadway | | 2145 | Somerville | MA | US |
| 17 | 10456669 | Miry A Lopez | 10456513 | 660097 | $ (99.80) | $ (4,756.10) | $ (598.80) | lopesasvs@gmail.com | 6175292052 | 6175292052 | 2lopesamiry1 | | 7/12/13 | | 94 broadway | | 2145 | Somerville | MA | US |
| 18 | 10504297 | Sindy Aguillon | 7747996 | 7747996 | $ (249.50) | $ (4,424.70) | $ (4,424.70) | lopesasvs@gmail.com | 8572492573 | 8572492573 | 1esteleferico | | 7/18/13 | | 80 Hudson St | 1 | 2145 | Somerville | ma | US |
| 19 | 10504327 | Sindy Aguillon | 7747996 | 7747996 | $ (49.90) | $ (4,424.70) | $ (4,424.70) | lopesasvs@gmail.com | 8572492573 | 8572492573 | 2esteleferico | | 7/18/13 | | 80 Hudson St | 1 | 2145 | somerville | ma | US |
| 20 | 10504343 | Sindy Aguillon | 7747996 | 7747996 | $ (49.90) | $ (4,424.70) | $ (4,424.70) | lopesasvs@gmail.com | 8572492573 | 8572492573 | 3esteleferico | | 7/18/13 | | 80 Hudson St | | 2145 | somerville | ma | US |
| 21 | 10504353 | Sindy Aguillon | 7747996 | 7747996 | $ (49.90) | $ (4,424.70) | $ (4,424.70) | lopesasvs@gmail.com | 8572492573 | 8572492573 | 4esteleferico | | 7/18/13 | | 80 Hudson St | | 2145 | somerville | ma | US |
| 22 | 10504367 | Sindy Aguillon | 7747996 | 7747996 | $ (49.90) | $ (4,424.70) | $ (4,424.70) | lopesasvs@gmail.com | 8572492573 | 8572492573 | 5esteleferico | | 7/18/13 | | 80 Hudson St | | 2145 | somerville | ma | US |
| 23 | 10546221 | Jonathan Lopez | 634613 | 634613 | $ (199.60) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 6179138423 | lopesalynns1 | | 7/23/13 | | 5 Oak St | | 1810 | Andover | MA | US |
| 24 | 10792133 | Amoldar Lv≥pez | 10792133 | 10792133 | $ (49.90) | $ (49.90) | $ (49.90) | Lopesasvs@gmail.com | 6177776781 | 6177776781 | 4telexlopesa12 | | 8/18/13 | | 94 broadway | | 2145 | Somerville | Mv° | US |
| 25 | 11510113 | Jonathan Lopez | 634613 | 634613 | $ (299.40) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 617913823 | lopesalynn12s | | 10/9/13 | | 5 Oak St | | 1810 | Andover | MA | US |
| 26 | 11510247 | Jonathan Lopez | 634613 | 634613 | $ (1,325.20) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 6179138423 | mesolo1 | | 10/9/13 | | 5 Oak St | | 1810 | Andover | MA | US |
| 27 | 11510343 | Jonathan Lopez | 634613 | 634613 | $ (1,325.20) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 6179138423 | mesolo2 | | 10/9/13 | | 5 Oak St | | 1810 | Andover | MA | US |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | rep_id | rep_nome | cluster_id | c13 | martin_net_equity | total_martin_net_equity | total_freer_net_equity | rep_email | rep_cel | rep_fone | rep_login | rep_datan asc | registration_date | ssn_id | rep_end | rep_numero | rep_cep | city | state_code | country_code |
| 28 | 11510381 | Jonathan Lopez | 634613 | 634613 | $ (1,425.00) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 6179138523 | mesolo3 | | 10/9/13 | | 5 Oak St | | 1810 | Andover | MA | US |
| 29 | 11525557 | Jonathan Lopez | 634613 | 634613 | $ (1,425.00) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 6179138423 | mesolo4 | | 10/10/13 | | 5 Oak St | | 1810 | Andover | MA | US |
| 30 | 11526665 | Jonathan Lopez | 634613 | 634613 | $ (1,275.30) | $ 29,069.00 | $ 29,069.00 | lopesaservices@gmail.com | 6179138423 | 6179138423 | mesolo5 | | 10/10/13 | | 5 Oak St | | 1810 | Andover | MA | US |
| 31 | 12436513 | luisa e lopez | 662499 | 662499 | $ (1,325.20) | $ 843,008.00 | $ 843,207.60 | lopesaservices@hotmail.com | 6178893335 | 6178893335 | extranjero7 | | 11/20/13 | | 5 Oak St | | 1810 | Andover | MA | US |
| 32 | 13802765 | A A | 13802765 | 13802765 | $ (49.90) | $ (49.90) | $ (99.80) | lopesasvs@gmail.com | 6 | 6 | 3telexlopesa142 | | 1/2/14 | | . | | 2145 | Somerville | MA | US |
| 33 | 13802815 | A A | 13802815 | 13802815 | $ (49.90) | $ (49.90) | $ (99.80) | lopesasvs@gmail.com | 6 | 6 | 4telexlopesa142 | | 1/2/14 | | . | | 2145 | Somerville | MA | US |
| 34 | 13802857 | A A | 13802857 | 13802857 | $ (49.90) | $ (49.90) | $ (49.90) | lopesasvs@gmail.com | 6 | 6 | 5telexlopesa142 | | 1/2/14 | | . | | 2145 | Somerville | MA | US |
| 35 | 13803213 | A A | 13803213 | 13803213 | $ (49.90) | $ (49.90) | $ (49.90) | lopesasvs@gmail.com | 6 | 6 | 1telexlopesa143 | | 1/2/14 | | . | | 2145 | Somerville | MA | US |
| 36 | 13824301 | A A | 13824301 | 13824301 | $ (49.90) | $ (49.90) | $ (49.90) | lopesasvs@gmail.com | 6 | 6 | 2telexlopesa143 | | 1/3/14 | | . | | 2145 | Somerville | MA | US |
| 37 | 13843159 | A A | 13802765 | 13843159 | $ (49.90) | $ (49.90) | $ (99.80) | lopesasvs@gmail.com | 6 | 6 | 3telexlopesa143 | | 1/3/14 | | . | | 2145 | Somerville | MA | US |
| 38 | 13844309 | A A | 13802815 | 13844309 | $ (49.90) | $ (49.90) | $ (99.80) | lopesasvs@gmail.com | 6 | 6 | 4telexlopesa143 | | 1/3/14 | | . | | 2145 | Somerville | MA | US |
| 39 | 13861771 | A A | 13861771 | 13861771 | $ (49.90) | $ (49.90) | $ (49.90) | lopesasvs@gmail.com | 6 | 6 | 1telexlopesa144 | | 1/4/14 | | . | 0 | 2145 | Somerville | MA | US |
| 40 | 13861789 | A A | 13861789 | 13861789 | $ (49.90) | $ (49.90) | $ (49.90) | lopesasvs@gmail.com | 6 | 6 | 2telexlopesa144 | | 1/4/14 | | . | 0 | 2145 | Somerville | MA | US |
| 41 | 13861813 | A A | 13861813 | 13861813 | $ (49.90) | $ (49.90) | $ (49.90) | lopesasvs@gmail.com | 6 | 6 | 3telexlopesa144 | | 1/4/14 | | . | 0 | 2145 | Somerville | MA | US |
| 42 | 13861831 | A A | 13861831 | 13861831 | $ (49.90) | $ (49.90) | $ (49.90) | lopesasvs@gmail.com | 6 | 6 | 4telexlopesa144 | | 1/4/14 | | . | 0 | 2145 | Somerville | MA | US |
| 43 | 13861853 | A A | 13861853 | 13861853 | $ (49.90) | $ (49.90) | $ (49.90) | lopesasvs@gmail.com | 6 | 6 | 5telexlopesa144 | | 1/4/14 | | . | 0 | 2145 | Somerville | MA | US |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | rep_id | rep_nome | cluster_id | c13 | martin_net_equity | total_martin_net_equity | total_freer_net_equity | rep_email | rep_cel | rep_fone | rep_login | rep_datanasc | registration_date | ssn_id | rep_end | rep_numero | rep_cep | city | state_code | country_code |
| 44 | 19185233 | amilcar lopez | 19185233 | 593987 | $ (49.90) | ########## | $ (99.80) | lopesasvs@gmail.com | 617 | 617 | telexchapins4 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MN | US |
| 45 | 19185507 | amilcar lopez | 19185233 | 593987 | $ (49.90) | ########## | $ (99.80) | lopesasvs@gmail.com | 617 | 617 | telexchapins5 | | 3/15/14 | | lopesasvs@gmail.com | | 2145 | somerville | MD | US |
| 46 | 19192487 | al lopez | 19192487 | 19192487 | $ (49.90) | $ (199.60) | $ (99.80) | lopesasvs@gmail.com | 61 | 61 | telexchapins7 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 47 | 19193673 | amilcar lopez | 19192487 | 593987 | $ (49.90) | ########## | $ (99.80) | lopesasvs@gmail.com | 61 | 61 | telexchapins9 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 48 | 19194663 | al lopez | 19194663 | 19192487 | $ (49.90) | $ (199.60) | $ (49.90) | lopesasvs@gmail.com | 6177 | 6177 | telexchapin10 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MN | US |
| 49 | 19197285 | al lopez | 19197285 | 19192487 | $ (49.90) | $ (199.60) | $ (99.80) | lopesasvs@gmail.com | 6178 | 6178 | telelchapins3 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 50 | 19197625 | al lo | 19197285 | 19197625 | $ (49.90) | $ (798.40) | $ (99.80) | lopesasvs@gmail.com | 6178 | 6178 | telexchapins8 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 51 | 19207503 | a l | 19207503 | 19207503 | $ (49.90) | $ (49.90) | $ (49.90) | lopesasvs@gmail.com | telexchapin1 | telexchapin1 | telexchapin1s1 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 52 | 19221171 | al lopez | 19221171 | 19192487 | $ (49.90) | $ (199.60) | $ (49.90) | lopesasvs@gmail.com | telexchapin1 | telexchapin1 | telexchapin1s2 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 53 | 19221423 | al lo | 19221423 | 19197625 | $ (49.90) | $ (798.40) | $ (748.50) | lopesasvs@gmail.com | telexchapin1 | telexchapin1 | telexchapin1s3 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 54 | 19307899 | al lo | 19221423 | 19197625 | $ (49.90) | $ (798.40) | $ (748.50) | lopesasvs@gmail.com | telexchapin1 | telexchapin1 | telexchapin1s4 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 55 | 19308437 | al lo | 19308437 | 19197625 | $ (49.90) | $ (798.40) | $ (49.90) | lopesasvs@gmail.com | telexchapin1 | telexchapin1 | telexchapin1s5 | | 3/15/14 | | 94 broadwy | | 23145 | somerville | MA | US |
| 56 | 19308781 | al lo | 19221423 | 19197625 | $ (49.90) | $ (798.40) | $ (748.50) | lopesasvs@gmail.com | telexchapin1 | telexchapin1 | telexchapin1s6 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 57 | 19309625 | al lo | 19221423 | 19197625 | $ (49.90) | $ (798.40) | $ (748.50) | lopesasvs@gmail.com | telexchapin1 | telexchapin1 | telexchapin1s7 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 58 | 19309907 | al lo | 19221423 | 19197625 | $ (49.90) | $ (798.40) | $ (748.50) | lopesasvs@gmail.com | telexchapin1 | telexchapin1 | telexchapin1s8 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 59 | 19310231 | al lo | 19221423 | 19197625 | $ (49.90) | $ (798.40) | $ (748.50) | lopesasvs@gmail.com | telexchapin1 | telexchapin1 | telexchapin1s9 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 60 | 19310505 | al lo | 19221423 | 19197625 | $ (49.90) | $ (798.40) | $ (748.50) | lopesasvs@gmail.com | telexchapin1 | telexchapin1 | telexchapin1s10 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 61 | 19312521 | al lo | 19221423 | 19197625 | $ (49.90) | $ (798.40) | $ (748.50) | lopesasvs@gmail.com | telexchapin2 | telexchapin2 | telexchapin2s1 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | rep_id | rep_nome | cluster_id | c13 | martin_net_equity | total_martin_net_equity | total_freer_net_equity | rep_email | rep_cel | rep_fone | rep_login | rep_datanasc | registration_date | ssn_id | rep_end | rep_numero | rep_cep | city | state_code | country_code |
| 62 | 19313103 | al lop | 19313103 | 19313103 | $ (49.90) | $ (49.90) | $ (49.90) | lopesasvs@gmail.com | telexchapin2 | telexchapin2 | telexchapin2s3 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 63 | 19313397 | al lo | 19221423 | 19313397 | $ (49.90) | $ (49.90) | $ (748.50) | lopesasvs@gmailc.com | telexchapin2 | telexchapin2 | telexchapin2s4 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 64 | 19313673 | al lo | 19221423 | 19197625 | $ (49.90) | $ (798.40) | $ (748.50) | lopesasvs@gmail.com | telexchapin2 | telexchapin2 | telexchapin2s5 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 65 | 19313951 | al lo | 19221423 | 19197625 | $ (49.90) | $ (798.40) | $ (748.50) | lopesasvs@gmail.com | telexchapin2 | telexchapin2 | telexchapin2s6 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 66 | 19314249 | al lo | 19221423 | 19197625 | $ (49.90) | $ (798.40) | $ (748.50) | lopesasvs@gmail.com | telexchapin2 | telexchapin2 | telexchapin2s7 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 67 | 19314661 | al lo | 19221423 | 19197625 | $ (49.90) | $ (798.40) | $ (748.50) | lopesasvs@gmail.com | telexchapin2 | telexchapin2 | telexchapin2s8 | | 3/15/14 | | 94 browaday | | 2145 | somerville | MA | US |
| 68 | 19314939 | al lo | 19221423 | 19197625 | $ (49.90) | $ (798.40) | $ (748.50) | lopesasvs@gmail.com | telexchapin2 | telexchapin2 | telexchapin2s9 | | 3/15/14 | | 94 browaday | | 2145 | somerville | MA | US |
| 69 | 19315255 | al lo | 19221423 | 19197625 | $ (49.90) | $ (798.40) | $ (748.50) | lopesasvs@gmail.com | telexchapin2 | telexchapin2 | telexchapin2s10 | | 3/15/14 | | 94 broadway | | 2145 | somerville | MA | US |
| 70 | 19319745 | al al | 19319745 | 19319745 | $ (49.90) | $ (49.90) | $ (49.90) | lopesasvs@gmail.com | telexchapin2 | telexchapin2 | telexchapin2s2 | | 3/15/14 | | 94 browaway | | 2145 | somerville | MA | US |