## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>              Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>              Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br>              Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>              Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br>              Defendants. | Adversary Proceeding<br>No. 16-4007 |

**ASSENTED TO MOTION BY LIQUIDATING TRUSTEE TO APPROVE
SCHEDULING ORDER PERTAINING TO: (I) DAUBERT MOTION; (II) SUMMARY
JUDGMENT MOTION; AND (III) MOTION TO DISMISS**

Stephen Darr, the liquidating trustee under the confirmed liquidating plan of

reorganization (the "Trustee") of TelexFree LLC, TelexFree, Inc., and TelexFree Financial, Inc.

("TelexFree" or the "Debtors"), respectfully requests, with the assent of the Defendants, that the

Court enter a scheduling order with respect to the following:

(i)     *Domestic & International Class Representatives' Motion to Exclude Testimony of Dr. Cameron E. Freer as Inadmissible under Daubert* (the "Daubert Motion");

(ii)    *Domestic & International Class Representatives' Motion for Summary Judgment* ("Summary Judgment Motion"); and

(iii)   *Non-Party Fabio Faria's Motion to Dismiss* ("Faria Dismissal Motion" and, together with the Daubert Motion and the Summary Judgment Motion, the "Motions").

1.      On July 21, 2023, the Class Representatives filed the Daubert Motion and the Summary Judgment Motion.  At the same time, Fabio Faria, an alleged unnamed defendant in these class action proceedings (who is represented by the same counsel as is representing the class defendants) filed the Motion to Dismiss the case as to him individually.

2.      Pursuant to the *Order Regarding Remaining "Phase I" Schedule* [A.P. No. 16-4006, docket no. 433 – the "Scheduling Order"], if a Daubert motion or related disposition motion was filed, the Court would enter a separate scheduling order with a pretrial memorandum deadline and trial date.

3.      The parties have conferred and propose that the Court enter a scheduling order consistent with the following:

(i)     Oppositions to the Motions shall be filed on or before September 1, 2023;

(ii)    The Parties shall submit a joint pretrial memorandum with respect to the Daubert Motion and the Summary Judgment Motion on or before September 22, 2023;

(iii)   The Parties request that the Court schedule a combined evidentiary hearing on the Daubert Motion and the Summary Judgment Motion at the convenience of the Court.  The Parties estimate two to three days will be needed for the combined evidentiary hearing;

(iv)    The Parties request that the Court separately schedule a non-evidentiary hearing on the Faria Dismissal Motion on or after September 5, 2023 at the convenience of the Court.

4.    The schedule proposed herein will further the orderly determination of disputes among the parties.

Wherefore, the Trustee prays that the Court:

1.    Enter a scheduling order consistent with the terms herein; and

2.    Grant such other relief as is just and proper.

> STEPHEN B. DARR AS TRUSTEE
> OF THE CHAPTER 11 ESTATES OF
> TELEXFREE, LLC, TELEXFREE, INC.
> AND TELEXFREE FINANCIAL, INC.
> By his counsel,
>
> /s/ Andrew G. Lizotte
> Andrew G. Lizotte (BBO #559609)
> Murphy & King Professional Corporation
> 28 State Street, Suite 3101
> Boston, Massachusetts  02109
> (617) 423-0400
> ALizotte@murphyking.com

Date: July 27, 2023

823497

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that on July 27, 2023, I caused a copy of the above *Assented to Motion by Liquidating Trustee to Approve Scheduling Order Pertaining to: (I) Daubert Motion; (II) Summary Judgment Motion; and (III) Motion to Dismiss* to be served electronically via ECF to all registered parties.

> */s/ Andrew G. Lizotte*
> Andrew G. Lizotte (BBO #559609)