# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>Reorganized Debtors | Chapter 11<br>Case No. 14-40987-MSH<br>Case No. 14-40988-MSH<br>Case No. 14-40989-MSH<br><br>Substantively Consolidated |
| STEPHEN B. DARR, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>FRANTZ BALAN, ET AL.,<br><br>Defendants. | Adv. Proc. No. 16-04006 |

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that on August 1, 2023, a copy of the attached *Notice of Nonevidentiary Hearing* was served by operation of the Court's ECF system upon the registered participants as identified on the Notice of Electronic Filing.

                                                     */s/ Andrew G. Lizotte*
                                                   Andrew G. Lizotte (BBO #559609)
                                                   Murphy & King Professional Corporation
                                                   28 State Street, 31st Floor
                                                   Boston, Massachusetts 02109
                                                   (617) 423-0400
                                                   ALizotte@murphyking.com

Date: August 1, 2023

823555

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | TELEXFREE, LLC., TELEXFREE, INC., and TELEXFREE FINANCIAL, INC.<br>Debtor | Related Bankruptcy Case: 14-40987<br>Chapter 11<br>Judge Elizabeth D. Katz |
| | Stephen B. Darr<br>Plaintiff | Adversary Proceeding: 16-04006 |
| | vs. | |
| | Franz Balan, a Representative of a Class of Defendant Net Winners<br>Defendant | |

## NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **8/31/23 at 12:30 PM** before the Honorable Judge Elizabeth D. Katz, Courtroom 3, Harold Donohue, Federal Building and Courthouse, 595 Main Street, Worcester, MA 01608 to consider the following:

[446] Motion of Liquidating Trustee to Approve Scheduling Order pertaining to (I) Daubert Motion; (II) Summary Judgment Motion; and (III) Motion to Dismiss

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013-1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071-1.

3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date: 8/1/23

By the Court,

Stephen Reynolds
Deputy Clerk
413-785-6909

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.