United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-edk

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: admin     Page 1 of 2
Date Rcvd: Aug 01, 2023     Form ID: aphrg     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion01.WO.ECF@usdoj.gov | Aug 01 2023 21:41:38 | Richard King, Office of US. Trustee, 446 Main Street, 14th Floor, Worcester, MA 01608-2361 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew G. Lizotte | on behalf of Plaintiff Stephen B. Darr agl@murphyking.com bankruptcy@murphyking.com;aspanos@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com;imccormack@murphyking.com |
| Charles R. Bennett, Jr. | on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com |
| Daniel J Lyne | on behalf of Plaintiff Stephen B. Darr dlyne@murphyking.com ecf-88b559bb7e6b@ecf.pacerpro.com |
| Elton Watkins, III | |

Case 16-04006 Doc 449 Filed 08/03/23 Entered 08/04/23 00:29:03 Desc Imaged
Certificate of Notice Page 2 of 4

| District/off: 0101-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 01, 2023 | Form ID: aphrg | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Milagros Adames watkinslaw@comcast.net |
| Elton Watkins, III | |
| | on behalf of Defendant Ricardo Fabin watkinslaw@comcast.net |
| Evans J. Carter | |
| | on behalf of Defendant Bilkish Sunesara ejcatty1@verizon.net |
| Gary W. Cruickshank | |
| | on behalf of Defendant Jose Miguel Filho gwc@cruickshank-law.com cruickshankgr87938@notify.bestcase.com |
| Hilary Schultz | |
| | on behalf of Defendant Bruno Graziani hschultz@engelschultz.com |
| Ilyas J. Rona | |
| | on behalf of Defendant Frantz Balan ijr@mrdklaw.com gnc@mrdklaw.com,kae@mrdklaw.com |
| Ilyas J. Rona | |
| | on behalf of Defendant Julio Silva ijr@mrdklaw.com gnc@mrdklaw.com,kae@mrdklaw.com |
| Ilyas J. Rona | |
| | on behalf of Other Party Fabio Faria ijr@mrdklaw.com gnc@mrdklaw.com,kae@mrdklaw.com |
| James P. Ehrhard | |
| | on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com cote@ehrhardlaw.com |
| Jordan L. Shapiro | |
| | on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com |
| Jordan L. Shapiro | |
| | on behalf of Intervenor-Defendant Rahima Boughalem JSLAWMA@aol.com |
| Maksim Nemtsev | |
| | on behalf of Defendant Daniil Shoyfer menemtsev@gmail.com |
| Matthew Shayefar | |
| | on behalf of Defendant Timex Research Consulting Inc. matt@bostonlawgroup.com |
| Matthew Shayefar | |
| | on behalf of Defendant New Generation Med Supply Inc. matt@bostonlawgroup.com |
| Michael K. O'Neil | |
| | on behalf of Plaintiff Stephen B. Darr mko@rathlaw.com fam@rathlaw.com |
| Michael M. McArdle | |
| | on behalf of Defendant Ruddy Abreau mike@mcardlelaw.com morgan@mcardlelaw.com |
| Michael M. McArdle | |
| | on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com morgan@mcardlelaw.com |
| Valentin D. Gurvits | |
| | on behalf of Defendant Timex Research Consulting Inc. vgurvits@bostonlawgroup.com |
| Valentin D. Gurvits | |
| | on behalf of Defendant New Generation Med Supply Inc. vgurvits@bostonlawgroup.com |
| Wendy M. Mead | |
| | on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Lan Lan Ji wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Hugo Alvarado wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Benjamin Argueta wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Roberto Nunez wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Gladys Alvarado wendymeadpc@verizon.net |

TOTAL: 30

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re   TELEXFREE, LLC., TELEXFREE, INC., and TELEXFREE FINANCIAL, INC.<br>Debtor | Related Bankruptcy Case: 14–40987<br>Chapter 11<br>Judge Elizabeth D. Katz |
| Stephen B. Darr<br>Plaintiff<br>vs.<br>Franz Balan, a Representative of a Class of Defendant Net Winners<br>Defendant | Adversary Proceeding: 16–04006 |

### NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **8/31/23 at 12:30 PM** before the Honorable Judge Elizabeth D. Katz, Courtroom 3, Harold Donohue, Federal Building and Courthouse, 595 Main Street, Worcester, MA 01608 to consider the following:

> [446] Motion of Liquidating Trustee to Approve Scheduling Order pertaining to (I) Daubert Motion; (II) Summary Judgment Motion; and (III) Motion to Dismiss

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013–1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **<u>Your rights may be affected.</u>** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071–1.

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date: 8/1/23                                                                                              By the Court,

<u>Stephen Reynolds</u>
Deputy Clerk
413–785–6909

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748−5314 or (866) 419−5695 (toll free) for a recorded message.