

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC; TELEXFREE, INC; TELELXFREE FINANCIAL, INC.<br><br>　　　　　　　　　　　　　Debtor(s)<br>_____<br>STEPHEN DARR<br>　　　　　　　　　　　　　Plaintiff(s)<br>　　v.<br><br>BENJAMIN ARGUETA, et al<br>　　　　　　　　　　　　　Defendant(s) | Ch. 11<br>14-40987<br>14-40988<br>14-40989<br><br><br><br>Adversary Proceeding:<br>16-4006 |

**Proceeding Memorandum and Order**

**MATTER:**
#446 Motion of Liquidating Trustee to Approve Scheduling Order pertaining to (I) Daubert Motion; (II) Summary Judgment Motion; and (III) Motion to Dismiss
**Decision set forth more fully as follows:**

All parties are advised that the hearing on this matter scheduled for Thursday, August 31, 2023 at 12:30 PM will now be conducted through Zoom video conference. Parties may use the link/dial-in information below to participate.

Parties are not allowed to appear in person at the courthouse for this hearing.

To participate by video:
https://www.zoomgov.com/j/1612045236?pwd=cUVrOTA1ZjBKdkFKMUVPTHcrZmdJQT09

Meeting ID: 161 204 5236
Passcode: 643904

To participate by phone:

+1 669 254 5252

Meeting ID: 161 204 5236

Passcode: 643904

Dated: 8/30/2023

By the Court,

_____

Elizabeth D. Katz
United States Bankruptcy Judge

Unless otherwise specified in the attached Order, **THE MOVING PARTY IS RESPONSIBLE FOR** serving a copy of the attached Order and this Notice upon all parties entitled to notice within two (2) business days and filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.

## NOTICE REGARDING HEARING BY ZOOM VIDEO TRANSMISSION

1. **The Need for Video.** The dangers presented by the COVID-19 pandemic constitute good and compelling cause to allow certain hearings in this case to proceed via video transmission rather than in person or by means of telephonic transmission ("Zoom Hearings").

2. **Videoconference Platform.** If a Zoom Hearing is scheduled, all counsel, pro se parties, and other attendees who participate in the hearing via Zoom ("Participants") must undertake appropriate set up and testing of the Zoom application, which is available from Zoom Video Communications free of charge. Each Participant is responsible for downloading the Zoom application or accessing Zoom via a web browser, such as Safari or Chrome. Each Participant may use equipment such as a desktop or laptop computer, a tablet, or a cellphone to access Zoom and join the Hearing.

3. **Limit on Participation by Video.** If the number of parties wishing to participate in a Zoom Hearing, in the Court's view, exceeds the number which would permit the efficient, stable, and reliable transmission of the Hearing by video conference, the Court may require that certain parties participate in the Hearing only by telephone. The Court will provide to each party participating by telephone separate dial-in instructions, which may be used with any telephone equipment.

4. **Courtroom Formalities.** Although it will be conducted by video conference, a Zoom Hearing constitutes a court proceeding, and all formalities of a court proceeding must be observed in all respects, including proper decorum and attire.

5. **General Public Access.** Zoom Hearings are open to the general public. The public is invited to listen to Zoom Hearings by telephone.

6. **Recording Prohibited; Official Record.** No person may record or capture images during the Hearing from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the Hearing.