

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Telelxfree , LLC<br>Telelxfree, Inc.<br>Telexfree Financial, Inc.<br><br>       DEBTOR(S). | Chapter 11<br>Case No.<br>14-40987<br>14-40988<br>14-40989 |
| Stephen B. Darr, Trustee<br><br>       Plaintiff(s),<br>v.<br><br>Franz Balzan, a Representative<br><br>       Defendant(s). | Adversary Proceeding<br>No. 16-4006 |

## Proceeding Memorandum and Order

**MATTER:**
**#446 Motion of Liquidating Trustee to Approve Scheduling Order pertaining to (I) Daubert Motion; (II) Summary Judgment Motion; and (III) Motion to Dismiss**
**Decision set forth more fully as follows:**

Hearing held 08/31/23.

A non-evidentiary hearing on the Motion to Dismiss filed by Fabio Faria (docket entry #445) has been scheduled for September 28, 2023 at 11:00 AM in Worcester, Courtroom 3.   The deadline for the Plaintiff to file a Response is set for 09/11/23.

An evidentiary hearing on "the Daubert motion" (docket entry #442) and the Motion for Summary Judgment (docket entry #444) has been scheduled for the following dates/times:

Wednesday, October 11, 2023 starting at 10:00 AM in Worcester, Courtroom 3
Thursday, October 12, 2023 starting at 10:00 AM in Worcester, Courtroom 3
Thursday, October 19, 2023 starting at 2:00 PM in Worcester, Courtroom 3

**Parties should note these dates/times differ slightly from the dates/times discussed during the hearing held on August 31, 2023.**

A joint Pre-Trial Memorandum is to be filed on or before October 2, 2023.

Dated: 09/01/23

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge