## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>       Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>       Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br>       Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>       Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br>       Defendants. | Adversary Proceeding<br>No. 16-4007 |

## AFFIDAVIT OF JEAN LOUIS SORONDO IN SUPPORT OF OPPOSITION BY TRUSTEE TO DOMESTIC & INTERNATIONAL CLASS REPRESENTATIVES' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION BY TRUSTEE FOR SUMMARY JUDGMENT

I, Jean Louis Sorondo, being duly sworn, hereby submit this Affidavit in support of the

opposition to the Motion by the Domestic and International Class Representatives (the "Class

Representatives") for Summary Judgment and Cross-Motion by the Trustee for Summary
Judgment.

  1. I am a Senior Director with the Business Advisory Practice of Huron
Consulting Group ("Huron"), which serves as financial advisor to the Trustee. I have over 25
years of experience providing accounting, auditing and financial consulting services to business
organizations many of which are experiencing significant financial and operating difficulties.

  2. The statements provided herein are based upon information and knowledge I
have derived through my involvement in these Chapter 11 cases, as further set forth herein.

  3. At the request of Counsel, I performed the following tasks:

   a. I downloaded a copy of the Freer Final Expert Report from Counsel's
private file sharing site Hightail, which included two data files:
aggregation_output.csv and aggregation_summary.csv.

   b. I then loaded these two files into an SQL database and confirmed that:

    i. Aggregation_output contains 10,987,618 unique rows of data,
including all TelexFree user accounts by rep_id, validated against
source data provided to Dr. Cameron Freer ("Freer"), and
1,566,383 unique cluster_id values created by Freer, which link
the clustered TelexFree user accounts together.

    ii. Aggregation_summary contains 1,566,383 unique cluster_id
values created by Freer and a calculated Net Equity amount per
cluster_id.

   c. I queried the aggregation_summary table to identify all Net Winners per
the Freer cluster_id, where the sum of Net Equity is greater than zero. As
Freer described, there are 81,681 records that meet this criterion, with the

2

largest having a calculated Net Equity of $4,087,745.19 and the smallest

having a calculated Net Equity of $0.10. Those numbers conform to

Freer's numbers.

d. I understand that Freer assigned the lowest value rep_id as the cluster_id

for all accounts associated within each cluster. In the TelexFree database,

the rep_id field is a unique record identifier. Prior investigation

determined that rep_id is an integer that auto-incremented as new

accounts were created. As a result, the account with the lowest rep_id

value in a cluster was the first account created in that cluster, and the

highest rep_id was the last account created in the cluster.

e. To ensure proper formatting, I then joined the Freer cluster_id field in the

aggregation_summary table to the matching rep_id field in the source

data table, which contains the same User Account data provided to all

parties and was also used for the Electronic Proof of Claim Portal

("ePOC"). A list of the 81,681 Net Winners is attached hereto as Exhibit

"A".

f. Using Freer's standards for a "clean" name (i.e., a string with 5 or more

characters that only included alphabetical characters, periods, commas,

hyphens, spaces, or apostrophes), I calculated that 98.09% of Net Winner

names met Freer's standards. I confirmed with Freer that alphabetical

characters were tested based on the Python function "isalpha."

g. Using the criteria described below, I compared the name associated with

the lowest rep_id in each cluster with the most prevalent name in the

cluster.

3

    i.  The lowest rep_id name is the most frequent name in the cluster 79.69% of the time based upon an identical match of name.

    ii.  The lowest rep_id name is the most frequent name in the cluster 88.84% of the time when the names are compared taking all characters from the first character of the name to the first space for first name, and all the characters from the last character of the name to the first space to the left of the last character for last name. I then removed any remaining spaces.

    iii.  For the remaining 11.16%, I exported a list comparing the most frequent name in each cluster to the lowest rep_id name. That list is attached hereto as Exhibit "B". For sorting purposes, each side-by-side comparison was assigned a numerical value calculated in Excel that indicates how close or far apart the two names are in value. The lower the number, the more closely matched are the names. As shown, a manual review of this list reveals no significant differences between the name pairs and most appear to be the same person.

h.  I also prepared a list of 47 celebrity and fictitious names included in Mr. Rona's Affidavit. *See Affidavit of Ilyas J. Rona,* Adv. Proc. No. 16-4006, Doc. 443, at ¶25. None of these names appear on the list of 81,681 Net Winner names, with the exception of Princess Rosario, which I believe to be the real name of a Participant. I ran a Google search of the address 327 E Union St., Allentown, PA 18109, which is the address associated with the Cluster_ID for this Participant, and confirmed it to be associated

4

with the name Princess Rosario and variations of the name. See

https://www.fastpeoplesearch.com/princess-

rosario_id_G6423487654963075754.

4.    At the direction of the Trustee, the Net Equity formula was calculated as the

sum of a Participant's Direct and Triangular transactions with the company. Every transaction in

the company's books and records relevant to Net Equity is associated with a TelexFree user

account, represented by the integer rep_id. The sum of these transactions by rep_id creates an

account level Net Equity amount. The sum of all account level Net Equity amounts within a

Cluster determines a Participant's overall Net Equity amount.

**Direct Transactions:**

5.    Based on my review of the TelexFree accounts, and as I understand was

testified to in the 2020 Daubert hearing, TelexFree redeemed credits at the request of Participants

at the ratio of one dollar for one credit. When a Participant made a credit redemption request to

TelexFree, the company recorded the request in the "Transferencia" table in the database as a

"Transfer Request" and reduced the credit balance of the Participant's User Account by the same

amount as the request. ·Moreover, the amount paid to the Participant on the transaction equaled

to the amount of credits debited from the User Account. This is the basis of the "Direct Receipt"

element of the Net Equity formula used to calculate each Participant's Net Equity. I understand

that this process was described in detail in the 2020 Daubert hearing. On numerous occasions

both before and after the 2020 Daubert hearing, I confirmed that TelexFree treated one credit as

one dollar by comparing bank statements, eWallet statements and other external sources, to the

Transfer Requests in the database. Based on my recollection, in all instances where a transaction

could be matched by date and User Account, the amount of the payment made to the Participant

reconciled to the amount of the Transfer Request. In preparing this Affidavit, I queried the

5

TelexFree database to identify certain Transfer Requests for which I could easily locate examples of external support, and confirmed that the amounts match.

6.    As I understand was addressed in Huron's earlier testimony in the 2020 Daubert hearing, TelexFree Participants could purchase new plans directly from TelexFree. This is the basis of the Direct Payment element of the Net Equity formula used to calculate each Participant's Net Equity.

7.    Certain TelexFree Participants were given the opportunity to purchase credits directly from TelexFree. This is the basis of the Manual Credit, or Purchase of Credit, element of the Net Equity formula used to calculate each Participant's Net Equity. On numerous occasions, I have confirmed that TelexFree's books and records treated one credit as one dollar by comparing company bank statements, and other external sources, to the Manual Credits identified in the database. Based on my recollection, in all instances where a transaction could be matched by date and User Account with support, such as a deposit receipt, the amount of the payment from the Participant to TelexFree reconciled to the amount of credits subsequently deposited in the associated User Account. In preparing this Affidavit, I reviewed past manual credit analyses for which I could easily locate examples of external support and confirmed that the amounts match to the database. Each of these deposits were traced back to the TelexFree database. Furthermore, the notes field in the database reconciles the deposited amount in dollars to the amount of manual credit deposited in the User Account.

**Triangular Transactions:**

8.    TelexFree Participants could also purchase plans indirectly through the redemption of credits accumulated in another User Account. These are referred to as "Triangular Transactions". On numerous occasions, I confirmed that, in a Triangular Transaction, a plan was issued to the new User Account for a fixed fee, and credits were then redeemed from the

6

existing User Account in an amount equal to the fixed fee. The cost of a TelexFree plan (e.g. $1,425), could be paid directly to the company or indirectly through a Triangular Transaction, with an associated credit reduction of 1425. The database notes how each invoice was paid and, in the case of Triangular Payment, the database reflects that the existing User Account paid the invoice in credits, but otherwise does not draw a distinction between the transaction types.

9.    Participants were able to log into the TelexFree portal, via the "Back Office", in order to review their transaction activity. The Back Office reflected a change in credits as U.S. currency on a 1 to 1 basis (that is, an increase of 20 credits was shown as an increase of $20). Examples of this display are attached as Exhibit "C".

Attested to this 11 day of September, 2023

Jean Louis Sorondo

823878