# EXHIBIT C

BROMEL 7

Home | Advertise | Reports | My ADCentral | Tree | Statement | Invoice | Stock | Your data | Ticket | Self Service | bromel7 | Logout

## Statement

Records being displayed from oldest to newest.

Of: 01/06/2013 to 06/11/2013 GO

| HISTORY | DATE | DESCRIPTION | INPUT | OUTPUT | BALANCE |
|---|---|---|---|---|---|
| | 2013-07-12 20:47:50 | Sell Stock Login liliaguia36 | U$ 44.91 | - | U$ 44.91 |
| | 2013-07-12 20:48:12 | Sell Stock Login liliaguia37 | U$ 44.91 | - | U$ 89.82 |
| | 2013-07-12 20:48:54 | Sell Stock Login liliaguia38 | U$ 44.91 | - | U$ 134.73 |
| | 2013-07-12 20:50:07 | Sell Stock Login liliaguia39 | U$ 44.91 | - | U$ 179.64 |
| | 2013-07-12 20:50:25 | Sell Stock Login liliaguia40 | U$ 44.91 | - | U$ 224.55 |
| PAID | **2013-07-12 20:58:42** | **Payment of invoice: 18852569** | - | **U$ 49.90** | **U$ 174.65** |
| TRANSFER | 2013-07-27 08:21:05 | Selling plan 99Telexfree - Y:420682535 | U$ 20.00 | - | U$ 194.65 |
| TRANSFER | 2013-07-27 08:21:07 | Selling plan 99Telexfree - Y:420682537 | U$ 20.00 | - | U$ 214.65 |
| TRANSFER | 2013-07-27 08:21:09 | Selling plan 99Telexfree - Y:420682539 | U$ 20.00 | - | U$ 234.65 |
| TRANSFER | 2013-07-27 08:21:11 | Selling plan 99Telexfree - Y:420682541 | U$ 20.00 | - | U$ 254.65 |
| TRANSFER | 2013-07-27 08:21:13 | Selling plan 99Telexfree - Y:420682543 | U$ 20.00 | - | U$ 274.65 |
| TRANSFER | 2013-08-03 07:54:08 | Selling plan 99Telexfree - Y:422148887 | U$ 20.00 | - | U$ 294.65 |
| TRANSFER | 2013-08-03 07:54:11 | Selling plan 99Telexfree - Y:422148889 | U$ 20.00 | - | U$ 314.65 |
| TRANSFER | 2013-08-03 07:54:13 | Selling plan 99Telexfree - Y:422148891 | U$ 20.00 | - | U$ 334.65 |
| TRANSFER | 2013-08-03 07:54:16 | Selling plan 99Telexfree - Y:422148893 | U$ 20.00 | - | U$ 354.65 |
| TRANSFER | 2013-08-03 07:54:19 | Selling plan 99Telexfree - Y:422148895 | U$ 20.00 | - | U$ 374.65 |
| WITHDRAW | **2013-08-06 14:51:07** | **Transfer request** | - | **U$ 374.65** | **U$ 0.00** |
| TRANSFER | 2013-08-10 08:04:40 | Selling plan 99Telexfree - Y:423829503 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-08-10 08:04:42 | Selling plan 99Telexfree - Y:423829505 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-08-10 08:04:44 | Selling plan 99Telexfree - Y:423829507 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-08-10 08:04:46 | Selling plan 99Telexfree - Y:423829509 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-08-10 08:04:48 | Selling plan 99Telexfree - Y:423829511 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-08-17 07:38:13 | Selling plan 99Telexfree - Y:425752287 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-08-17 07:38:16 | Selling plan 99Telexfree - Y:425752289 | U$ 20.00 | - | U$ 140.00 |
| | 2013-08-17 07:38:21 | Selling plan 99Telexfree - Y:425752291 | U$ 20.00 | - | U$ 160.00 |

WELLS
FARGO

| | | | | | |
|---|---|---|---|---|---|
| TRANSFER | | | | | |
| TRANSFER | 2013-08-17 07:38:25 | Selling plan 99Telexfree - Y:425752293 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-08-17 07:38:29 | Selling plan 99Telexfree - Y:425752295 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2013-08-24 08:16:46 | Selling plan 99Telexfree - Y:427755625 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2013-08-24 08:16:49 | Selling plan 99Telexfree - Y:427755627 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2013-08-24 08:16:51 | Selling plan 99Telexfree - Y:427755629 | U$ 20.00 | - | U$ 260.00 |
| TRANSFER | 2013-08-24 08:16:54 | Selling plan 99Telexfree - Y:427755631 | U$ 20.00 | - | U$ 280.00 |
| TRANSFER | 2013-08-24 08:16:56 | Selling plan 99Telexfree - Y:427755633 | U$ 20.00 | - | U$ 300.00 |
| **PAID** | **2013-08-27 14:40:54** | **Transfer between accounts[bromel7 >> bromel1]** | - | **U$ 300.00** | **U$ 0.00** |
| TRANSFER | 2013-08-31 09:15:00 | Selling plan 99Telexfree - Y:430022799 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-08-31 09:15:03 | Selling plan 99Telexfree - Y:430022801 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-08-31 09:15:05 | Selling plan 99Telexfree - Y:430022803 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-08-31 09:15:07 | Selling plan 99Telexfree - Y:430022805 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-08-31 09:15:10 | Selling plan 99Telexfree - Y:430022807 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-09-14 07:34:59 | Selling plan 99Telexfree - Y:435170851 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-09-14 07:35:02 | Selling plan 99Telexfree - Y:435170853 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-09-14 07:35:05 | Selling plan 99Telexfree - Y:435170855 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-09-14 07:35:07 | Selling plan 99Telexfree - Y:435170857 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-09-14 07:35:10 | Selling plan 99Telexfree - Y:435170859 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2013-09-21 09:00:47 | Selling plan 99Telexfree - Y:437967419 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2013-09-21 09:00:50 | Selling plan 99Telexfree - Y:437967421 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2013-09-21 09:00:53 | Selling plan 99Telexfree - Y:437967423 | U$ 20.00 | - | U$ 260.00 |
| TRANSFER | 2013-09-21 09:00:56 | Selling plan 99Telexfree - Y:437967425 | U$ 20.00 | - | U$ 280.00 |
| TRANSFER | 2013-09-21 09:00:59 | Selling plan 99Telexfree - Y:437967427 | U$ 20.00 | - | U$ 300.00 |
| **PAID** | **2013-09-23 16:12:27** | **Transfer between accounts[bromel7 >> bromel]** | - | **U$ 300.00** | **U$ 0.00** |
| TRANSFER | 2013-09-28 08:47:49 | Selling plan 99Telexfree - Y:441001831 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-09-28 08:47:52 | Selling plan 99Telexfree - Y:441001833 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-09-28 08:47:56 | Selling plan 99Telexfree - Y:441001835 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-09-28 08:47:59 | Selling plan 99Telexfree - Y:441001837 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-09-28 08:48:02 | Selling plan 99Telexfree - Y:441001839 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-10-06 07:21:26 | Selling plan 99Telexfree - Y:444288855 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-10-06 07:21:29 | Selling plan 99Telexfree - Y:444288857 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-10-06 07:21:34 | Selling plan 99Telexfree - Y:444288859 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-10-06 07:21:38 | Selling plan 99Telexfree - Y:444288861 | U$ 20.00 | - | U$ 180.00 |

| | | | | | |
|---|---|---|---|---|---|
| TRANSFER | 2013-10-06 07:21:42 | Selling plan 99Telexfree - Y:444288863 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2013-10-12 06:35:28 | Selling plan 99Telexfree - Y:448011629 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2013-10-12 06:35:30 | Selling plan 99Telexfree - Y:448011631 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2013-10-12 06:35:32 | Selling plan 99Telexfree - Y:448011633 | U$ 20.00 | - | U$ 260.00 |
| TRANSFER | 2013-10-12 06:35:34 | Selling plan 99Telexfree - Y:448011635 | U$ 20.00 | - | U$ 280.00 |
| TRANSFER | 2013-10-12 06:35:36 | Selling plan 99Telexfree - Y:448011637 | U$ 20.00 | - | U$ 300.00 |
| PAID | **2013-10-12 06:36:08** | **Transfer between accounts[bromel7 >> bromel]** | - | **U$ 300.00** | **U$ 0.00** |
| TRANSFER | 2013-10-19 08:37:35 | Selling plan 99Telexfree - Y:451972027 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-10-19 08:37:37 | Selling plan 99Telexfree - Y:451972029 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-10-19 08:37:39 | Selling plan 99Telexfree - Y:451972031 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-10-19 08:37:42 | Selling plan 99Telexfree - Y:451972033 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-10-19 08:37:45 | Selling plan 99Telexfree - Y:451972035 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-10-26 05:20:59 | Selling plan 99Telexfree - Y:456021555 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-10-26 05:21:02 | Selling plan 99Telexfree - Y:456021557 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-10-26 05:21:05 | Selling plan 99Telexfree - Y:456021559 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-10-26 05:21:08 | Selling plan 99Telexfree - Y:456021561 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-10-26 05:21:10 | Selling plan 99Telexfree - Y:456021563 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2013-11-02 06:54:40 | Selling plan 99Telexfree - Y:460940525 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2013-11-02 06:54:43 | Selling plan 99Telexfree - Y:460940527 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2013-11-02 06:54:45 | Selling plan 99Telexfree - Y:460940529 | U$ 20.00 | - | U$ 260.00 |
| TRANSFER | 2013-11-02 06:54:48 | Selling plan 99Telexfree - Y:460940531 | U$ 20.00 | - | U$ 280.00 |
| TRANSFER | 2013-11-02 06:54:50 | Selling plan 99Telexfree - Y:460940533 | U$ 20.00 | - | U$ 300.00 |
| | | SALDO NO PERÍODO: | | | U$ 300.00 |
| | | SALDO TOTAL: | | | U$ 300.00 |

© TelexFREE. INC 2013. All rights reserved

BROMEL 8

## Statement

Records being displayed from oldest to newest.

Of: 01/06/2013 to 06/11/2013 GO

| HISTORY | DATE | DESCRIPTION | INPUT | OUTPUT | BALANCE |
|---|---|---|---|---|---|
| | 2013-07-12 20:50:47 | Sell Stock Login liliaguia41 | U$ 44.91 | - | U$ 44.91 |
| | 2013-07-12 20:51:05 | Sell Stock Login liliaguia42 | U$ 44.91 | - | U$ 89.82 |
| | 2013-07-12 20:52:31 | Sell Stock Login liliaguia43 | U$ 44.91 | - | U$ 134.73 |
| | 2013-07-12 20:52:47 | Sell Stock Login liliaguia44 | U$ 44.91 | - | U$ 179.64 |
| | 2013-07-12 20:53:05 | Sell Stock Login liliaguia45 | U$ 44.91 | - | U$ 224.55 |
| TRANSFER | 2013-07-27 08:21:53 | Selling plan 99Telexfree - Y:420682553 | U$ 20.00 | - | U$ 244.55 |
| TRANSFER | 2013-07-27 08:21:55 | Selling plan 99Telexfree - Y:420682555 | U$ 20.00 | - | U$ 264.55 |
| TRANSFER | 2013-07-27 08:21:58 | Selling plan 99Telexfree - Y:420682557 | U$ 20.00 | - | U$ 284.55 |
| TRANSFER | 2013-07-27 08:22:00 | Selling plan 99Telexfree - Y:420682559 | U$ 20.00 | - | U$ 304.55 |
| TRANSFER | 2013-07-27 08:22:02 | Selling plan 99Telexfree - Y:420682561 | U$ 20.00 | - | U$ 324.55 |
| WITHDRAW | 2013-07-30 15:31:04 | Transfer request | - | U$ 324.55 | U$ -0.00 |
| TRANSFER | 2013-08-03 07:56:10 | Selling plan 99Telexfree - Y:422148909 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-08-03 07:56:12 | Selling plan 99Telexfree - Y:422148911 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-08-03 07:56:15 | Selling plan 99Telexfree - Y:422148913 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-08-03 07:56:18 | Selling plan 99Telexfree - Y:422148915 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-08-03 07:56:20 | Selling plan 99Telexfree - Y:422148917 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-08-10 08:06:05 | Selling plan 99Telexfree - Y:423829525 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-08-10 08:06:08 | Selling plan 99Telexfree - Y:423829527 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-08-10 08:06:10 | Selling plan 99Telexfree - Y:423829529 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-08-10 08:06:12 | Selling plan 99Telexfree - Y:423829531 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-08-10 08:06:14 | Selling plan 99Telexfree - Y:423829533 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2013-08-17 07:30:32 | Selling plan 99Telexfree - Y:425752309 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2013-08-17 07:30:35 | Selling plan 99Telexfree - Y:425752311 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2013-08-17 07:30:38 | Selling plan 99Telexfree - Y:425752313 | U$ 20.00 | - | U$ 260.00 |
| | 2013-08-17 07:30:40 | Selling plan 99Telexfree - Y:425752315 | U$ 20.00 | - | U$ 280.00 |

WELLS FARGO

| | | | | | |
|---|---|---|---|---|---|
| TRANSFER | | | | | |
| TRANSFER | 2013-08-17 07:30:42 | Selling plan 99Telexfree - Y:425752317 | U$ 20.00 | - | U$ 300.00 |
| **PAID** | **2013-08-20 16:32:15** | **Transfer between accounts[bromel8 >> bromel]** | - | **U$ 300.00** | **U$ -0.00** |
| TRANSFER | 2013-08-24 08:18:57 | Selling plan 99Telexfree - Y:427755647 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-08-24 08:18:59 | Selling plan 99Telexfree - Y:427755649 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-08-24 08:19:02 | Selling plan 99Telexfree - Y:427755651 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-08-24 08:19:04 | Selling plan 99Telexfree - Y:427755653 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-08-24 08:19:07 | Selling plan 99Telexfree - Y:427755655 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-08-31 09:18:05 | Selling plan 99Telexfree - Y:430022821 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-08-31 09:18:07 | Selling plan 99Telexfree - Y:430022823 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-08-31 09:18:10 | Selling plan 99Telexfree - Y:430022825 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-08-31 09:18:12 | Selling plan 99Telexfree - Y:430022827 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-08-31 09:18:14 | Selling plan 99Telexfree - Y:430022829 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2013-09-07 07:51:23 | Selling plan 99Telexfree - Y:432461757 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2013-09-07 07:51:26 | Selling plan 99Telexfree - Y:432461759 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2013-09-07 07:51:28 | Selling plan 99Telexfree - Y:432461761 | U$ 20.00 | - | U$ 260.00 |
| TRANSFER | 2013-09-07 07:51:30 | Selling plan 99Telexfree - Y:432461763 | U$ 20.00 | - | U$ 280.00 |
| TRANSFER | 2013-09-07 07:51:33 | Selling plan 99Telexfree - Y:432461765 | U$ 20.00 | - | U$ 300.00 |
| **PAID** | **2013-09-09 08:26:36** | **Transfer between accounts[bromel8 >> bromel]** | - | **U$ 300.00** | **U$ -0.00** |
| TRANSFER | 2013-09-14 07:37:21 | Selling plan 99Telexfree - Y:435170873 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-09-14 07:37:36 | Selling plan 99Telexfree - Y:435170875 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-09-14 07:37:39 | Selling plan 99Telexfree - Y:435170877 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-09-14 07:37:42 | Selling plan 99Telexfree - Y:435170879 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-09-14 07:37:45 | Selling plan 99Telexfree - Y:435170881 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-09-21 09:04:40 | Selling plan 99Telexfree - Y:437967441 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-09-21 09:04:44 | Selling plan 99Telexfree - Y:437967443 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-09-21 09:04:48 | Selling plan 99Telexfree - Y:437967445 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-09-21 09:04:52 | Selling plan 99Telexfree - Y:437967447 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-09-21 09:04:56 | Selling plan 99Telexfree - Y:437967449 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2013-09-28 08:50:09 | Selling plan 99Telexfree - Y:441001853 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2013-09-28 08:50:12 | Selling plan 99Telexfree - Y:441001855 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2013-09-28 08:50:15 | Selling plan 99Telexfree - Y:441001857 | U$ 20.00 | - | U$ 260.00 |
| TRANSFER | 2013-09-28 08:50:18 | Selling plan 99Telexfree - Y:441001859 | U$ 20.00 | - | U$ 280.00 |
| TRANSFER | 2013-09-28 08:50:22 | Selling plan 99Telexfree - Y:441001861 | U$ 20.00 | - | U$ 300.00 |

| | | | | | |
|---|---|---|---|---|---|
| PAID | 2013-10-01 15:20:21 | Transfer between accounts[bromel8 >> bromel] | - | U$ 300.00 | U$ -0.00 |
| TRANSFER | 2013-10-06 07:23:14 | Selling plan 99Telexfree - Y:444288879 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-10-06 07:23:17 | Selling plan 99Telexfree - Y:444288881 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-10-06 07:23:21 | Selling plan 99Telexfree - Y:444288883 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-10-06 07:23:24 | Selling plan 99Telexfree - Y:444288885 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-10-06 07:23:27 | Selling plan 99Telexfree - Y:444288887 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-10-12 06:37:23 | Selling plan 99Telexfree - Y:448011651 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-10-12 06:37:25 | Selling plan 99Telexfree - Y:448011653 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-10-12 06:37:27 | Selling plan 99Telexfree - Y:448011655 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-10-12 06:37:29 | Selling plan 99Telexfree - Y:448011657 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-10-12 06:37:31 | Selling plan 99Telexfree - Y:448011659 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2013-10-19 08:40:11 | Selling plan 99Telexfree - Y:451972049 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2013-10-19 08:40:13 | Selling plan 99Telexfree - Y:451972051 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2013-10-19 08:40:16 | Selling plan 99Telexfree - Y:451972053 | U$ 20.00 | - | U$ 260.00 |
| TRANSFER | 2013-10-19 08:40:18 | Selling plan 99Telexfree - Y:451972055 | U$ 20.00 | - | U$ 280.00 |
| TRANSFER | 2013-10-19 08:40:20 | Selling plan 99Telexfree - Y:451972057 | U$ 20.00 | - | U$ 300.00 |
| PAID | 2013-10-20 16:56:59 | Transfer between accounts[bromel8 >> bromel] | - | U$ 300.00 | U$ -0.00 |
| TRANSFER | 2013-10-26 05:21:54 | Selling plan 99Telexfree - Y:456021575 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-10-26 05:21:57 | Selling plan 99Telexfree - Y:456021577 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-10-26 05:21:59 | Selling plan 99Telexfree - Y:456021579 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-10-26 05:22:01 | Selling plan 99Telexfree - Y:456021581 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-10-26 05:22:04 | Selling plan 99Telexfree - Y:456021583 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-11-02 06:56:09 | Selling plan 99Telexfree - Y:460940549 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-11-02 06:56:12 | Selling plan 99Telexfree - Y:460940551 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-11-02 06:56:14 | Selling plan 99Telexfree - Y:460940553 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-11-02 06:56:16 | Selling plan 99Telexfree - Y:460940555 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-11-02 06:56:18 | Selling plan 99Telexfree - Y:460940557 | U$ 20.00 | - | U$ 200.00 |
| | | SALDO NO PERÍODO: | | | U$ 200.00 |
| | | SALDO TOTAL: | | | U$ 200.00 |

© TelexFREE. INC 2013. All rights reserved

BROMEL 9

Home
Advertise
Reports
My ADCentral
Tree
Statement
Invoice
Stock
Your data
Ticket
Self Service
bromel9
Logout

## Statement

Records being displayed from oldest to newest.

History

Withdraw

Pay Bills

Transfer

Of: 01/06/2013 to 06/11/2013 GO

| HISTORY | DATE | DESCRIPTION | INPUT | OUTPUT | BALANCE |
|---|---|---|---|---|---|
| | 2013-07-12 20:53:21 | Sell Stock Login liliaguia46 | U$ 44.91 | - | U$ 44.91 |
| | 2013-07-12 20:54:26 | Sell Stock Login liliaguia47 | U$ 44.91 | - | U$ 89.82 |
| | 2013-07-12 20:54:44 | Sell Stock Login liliaguia48 | U$ 44.91 | - | U$ 134.73 |
| | 2013-07-12 20:55:01 | Sell Stock Login liliaguia49 | U$ 44.91 | - | U$ 179.64 |
| | 2013-07-12 20:55:16 | Sell Stock Login liliaguia50 | U$ 44.91 | - | U$ 224.55 |
| TRANSFER | 2013-07-27 08:23:08 | Selling plan 99Telexfree - Y:420683627 | U$ 20.00 | - | U$ 244.55 |
| TRANSFER | 2013-07-27 08:23:10 | Selling plan 99Telexfree - Y:420683629 | U$ 20.00 | - | U$ 264.55 |
| TRANSFER | 2013-07-27 08:23:13 | Selling plan 99Telexfree - Y:420683631 | U$ 20.00 | - | U$ 284.55 |
| TRANSFER | 2013-07-27 08:23:15 | Selling plan 99Telexfree - Y:420683633 | U$ 20.00 | - | U$ 304.55 |
| TRANSFER | 2013-07-27 08:23:17 | Selling plan 99Telexfree - Y:420683635 | U$ 20.00 | - | U$ 324.55 |
| WITHDRAW | 2013-07-30 15:34:00 | Transfer request | - | U$ 324.55 | U$ -0.00 |
| TRANSFER | 2013-08-03 07:56:58 | Selling plan 99Telexfree - Y:422150013 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-08-03 07:57:01 | Selling plan 99Telexfree - Y:422150015 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-08-03 07:57:06 | Selling plan 99Telexfree - Y:422150017 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-08-03 07:57:09 | Selling plan 99Telexfree - Y:422150019 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-08-03 07:57:12 | Selling plan 99Telexfree - Y:422150021 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-08-10 08:07:42 | Selling plan 99Telexfree - Y:423830679 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-08-10 08:07:44 | Selling plan 99Telexfree - Y:423830681 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-08-10 08:07:47 | Selling plan 99Telexfree - Y:423830683 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-08-10 08:07:49 | Selling plan 99Telexfree - Y:423830685 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-08-10 08:07:52 | Selling plan 99Telexfree - Y:423830687 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2013-08-17 07:26:25 | Selling plan 99Telexfree - Y:425753503 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2013-08-17 07:26:27 | Selling plan 99Telexfree - Y:425753505 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2013-08-17 07:26:30 | Selling plan 99Telexfree - Y:425753507 | U$ 20.00 | - | U$ 260.00 |
| | 2013-08-17 07:26:32 | Selling plan 99Telexfree - Y:425753509 | U$ 20.00 | - | U$ 280.00 |

WEELS FARGO

| | | | | | |
|---|---|---|---|---|---|
| TRANSFER | | | | | |
| TRANSFER | 2013-08-17 07:26:34 | Selling plan 99Telexfree - Y:425753511 | U$ 20.00 | - | U$ 300.00 |
| PAID | 2013-08-20 16:31:03 | Transfer between accounts[bromel9 >> bromel] | - | U$ 300.00 | U$ -0.00 |
| TRANSFER | 2013-08-24 08:21:05 | Selling plan 99Telexfree - Y:427756837 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-08-24 08:21:08 | Selling plan 99Telexfree - Y:427756839 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-08-24 08:21:11 | Selling plan 99Telexfree - Y:427756841 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-08-24 08:21:13 | Selling plan 99Telexfree - Y:427756843 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-08-24 08:21:16 | Selling plan 99Telexfree - Y:427756845 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-08-31 09:20:15 | Selling plan 99Telexfree - Y:430023985 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-08-31 09:20:18 | Selling plan 99Telexfree - Y:430023987 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-08-31 09:20:20 | Selling plan 99Telexfree - Y:430023989 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-08-31 09:20:23 | Selling plan 99Telexfree - Y:430023991 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-08-31 09:20:25 | Selling plan 99Telexfree - Y:430023993 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2013-09-07 07:53:19 | Selling plan 99Telexfree - Y:432462933 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2013-09-07 07:53:21 | Selling plan 99Telexfree - Y:432462935 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2013-09-07 07:53:24 | Selling plan 99Telexfree - Y:432462937 | U$ 20.00 | - | U$ 260.00 |
| TRANSFER | 2013-09-07 07:53:26 | Selling plan 99Telexfree - Y:432462939 | U$ 20.00 | - | U$ 280.00 |
| TRANSFER | 2013-09-07 07:53:29 | Selling plan 99Telexfree - Y:432462941 | U$ 20.00 | - | U$ 300.00 |
| PAID | 2013-09-09 08:29:16 | Transfer between accounts[bromel9 >> bromel] | - | U$ 300.00 | U$ -0.00 |
| TRANSFER | 2013-09-14 07:39:46 | Selling plan 99Telexfree - Y:435172059 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-09-14 07:39:50 | Selling plan 99Telexfree - Y:435172061 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-09-14 07:39:53 | Selling plan 99Telexfree - Y:435172063 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-09-14 07:39:56 | Selling plan 99Telexfree - Y:435172065 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-09-14 07:40:00 | Selling plan 99Telexfree - Y:435172067 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-09-21 09:06:48 | Selling plan 99Telexfree - Y:437968653 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-09-21 09:06:53 | Selling plan 99Telexfree - Y:437968655 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-09-21 09:06:57 | Selling plan 99Telexfree - Y:437968657 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-09-21 09:07:01 | Selling plan 99Telexfree - Y:437968659 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-09-21 09:07:05 | Selling plan 99Telexfree - Y:437968661 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2013-09-28 08:55:57 | Selling plan 99Telexfree - Y:441003077 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2013-09-28 08:56:01 | Selling plan 99Telexfree - Y:441003079 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2013-09-28 08:56:04 | Selling plan 99Telexfree - Y:441003081 | U$ 20.00 | - | U$ 260.00 |
| TRANSFER | 2013-09-28 08:56:07 | Selling plan 99Telexfree - Y:441003083 | U$ 20.00 | - | U$ 280.00 |
| TRANSFER | 2013-09-28 08:56:10 | Selling plan 99Telexfree - Y:441003085 | U$ 20.00 | - | U$ 300.00 |

| | | | | | |
|---|---|---|---|---|---|
| PAID | 2013-10-01 15:22:43 | Transfer between accounts[bromel9 >> bromel] | - | U$ 300.00 | U$ -0.00 |
| TRANSFER | 2013-10-06 07:25:06 | Selling plan 99Telexfree - Y:444290111 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-10-06 07:25:09 | Selling plan 99Telexfree - Y:444290113 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-10-06 07:25:14 | Selling plan 99Telexfree - Y:444290115 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-10-06 07:25:17 | Selling plan 99Telexfree - Y:444290117 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-10-06 07:25:20 | Selling plan 99Telexfree - Y:444290119 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-10-12 06:38:57 | Selling plan 99Telexfree - Y:448012897 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-10-12 06:38:59 | Selling plan 99Telexfree - Y:448012899 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-10-12 06:39:01 | Selling plan 99Telexfree - Y:448012901 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-10-12 06:39:03 | Selling plan 99Telexfree - Y:448012903 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-10-12 06:39:05 | Selling plan 99Telexfree - Y:448012905 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2013-10-19 08:40:58 | Selling plan 99Telexfree - Y:451973275 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2013-10-19 08:41:00 | Selling plan 99Telexfree - Y:451973277 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2013-10-19 08:41:02 | Selling plan 99Telexfree - Y:451973279 | U$ 20.00 | - | U$ 260.00 |
| TRANSFER | 2013-10-19 08:41:04 | Selling plan 99Telexfree - Y:451973281 | U$ 20.00 | - | U$ 280.00 |
| TRANSFER | 2013-10-19 08:41:07 | Selling plan 99Telexfree - Y:451973283 | U$ 20.00 | - | U$ 300.00 |
| PAID | 2013-10-20 16:58:22 | Transfer between accounts[bromel9 >> bromel] | - | U$ 300.00 | U$ -0.00 |
| TRANSFER | 2013-10-26 05:22:53 | Selling plan 99Telexfree - Y:456022841 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-10-26 05:22:56 | Selling plan 99Telexfree - Y:456022843 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-10-26 05:22:58 | Selling plan 99Telexfree - Y:456022845 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-10-26 05:23:00 | Selling plan 99Telexfree - Y:456022847 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-10-26 05:23:03 | Selling plan 99Telexfree - Y:456022849 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-11-02 06:57:38 | Selling plan 99Telexfree - Y:460941841 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-11-02 06:57:41 | Selling plan 99Telexfree - Y:460941843 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-11-02 06:57:43 | Selling plan 99Telexfree - Y:460941845 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-11-02 06:57:46 | Selling plan 99Telexfree - Y:460941847 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-11-02 06:57:48 | Selling plan 99Telexfree - Y:460941849 | U$ 20.00 | - | U$ 200.00 |
| | | SALDO NO PERÍODO: | | | U$ 200.00 |
| | | SALDO TOTAL: | | | U$ 200.00 |

© TelexFREE. INC 2013. All rights reserved

BROMEL 10

Home | Advertise | Reports | My ADCentral | Tree | Statement | Invoice | Stock | Your data | Ticket | Self Service | bromel10 | Logout

## Statement

Records being displayed from oldest to newest.

History

Withdraw

Pay Bills

Transfer

Of: 01/06/2013 to 06/11/2013 GO

| HISTORY | DATE | DESCRIPTION | INPUT | OUTPUT | BALANCE |
|---|---|---|---|---|---|
| | 2013-07-12 20:56:24 | Sell Stock Login liliaguia51 | U$ 44.91 | - | U$ 44.91 |
| | 2013-07-12 20:56:40 | Sell Stock Login liliaguia52 | U$ 44.91 | - | U$ 89.82 |
| | 2013-07-12 20:56:57 | Sell Stock Login liliaguia53 | U$ 44.91 | - | U$ 134.73 |
| | 2013-07-12 20:57:27 | Sell Stock Login liliaguia54 | U$ 44.91 | - | U$ 179.64 |
| | 2013-07-12 20:58:42 | Sell Stock Login liliaguia55 | U$ 44.91 | - | U$ 224.55 |
| TRANSFER | 2013-07-27 08:24:34 | Selling plan 99Telexfree - Y:420683679 | U$ 20.00 | - | U$ 244.55 |
| TRANSFER | 2013-07-27 08:24:37 | Selling plan 99Telexfree - Y:420683681 | U$ 20.00 | - | U$ 264.55 |
| TRANSFER | 2013-07-27 08:24:39 | Selling plan 99Telexfree - Y:420683683 | U$ 20.00 | - | U$ 284.55 |
| TRANSFER | 2013-07-27 08:24:41 | Selling plan 99Telexfree - Y:420683685 | U$ 20.00 | - | U$ 304.55 |
| TRANSFER | 2013-07-27 08:24:44 | Selling plan 99Telexfree - Y:420683687 | U$ 20.00 | - | U$ 324.55 |
| WITHDRAW | 2013-07-30 15:41:21 | Transfer request | - | U$ 324.55 | U$ -0.00 |
| TRANSFER | 2013-08-03 07:58:23 | Selling plan 99Telexfree - Y:422150065 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-08-03 07:58:26 | Selling plan 99Telexfree - Y:422150067 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-08-03 07:58:29 | Selling plan 99Telexfree - Y:422150069 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-08-03 07:58:31 | Selling plan 99Telexfree - Y:422150071 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-08-03 07:58:34 | Selling plan 99Telexfree - Y:422150073 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-08-10 08:08:59 | Selling plan 99Telexfree - Y:423830731 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-08-10 08:09:02 | Selling plan 99Telexfree - Y:423830733 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-08-10 08:09:06 | Selling plan 99Telexfree - Y:423830735 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-08-10 08:09:08 | Selling plan 99Telexfree - Y:423830737 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-08-10 08:09:10 | Selling plan 99Telexfree - Y:423830739 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2013-08-17 02:51:10 | Selling plan 99Telexfree - Y:425753555 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2013-08-17 02:51:14 | Selling plan 99Telexfree - Y:425753557 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2013-08-17 02:51:19 | Selling plan 99Telexfree - Y:425753559 | U$ 20.00 | - | U$ 260.00 |
| | 2013-08-17 02:51:23 | Selling plan 99Telexfree - Y:425753561 | U$ 20.00 | - | U$ 280.00 |

WEELS FARGO

| | | | | | |
|---|---|---|---|---|---|
| TRANSFER | | | | | |
| TRANSFER | 2013-08-17 02:51:26 | Selling plan 99Telexfree - Y:425753563 | U$ 20.00 | - | U$ 300.00 |
| PAID | 2013-08-20 16:29:47 | Transfer between accounts[bromel10 >> bromel] | - | U$ 300.00 | U$ -0.00 |
| TRANSFER | 2013-08-24 08:23:22 | Selling plan 99Telexfree - Y:427756889 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-08-24 08:23:25 | Selling plan 99Telexfree - Y:427756891 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-08-24 08:23:28 | Selling plan 99Telexfree - Y:427756893 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-08-24 08:23:30 | Selling plan 99Telexfree - Y:427756895 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-08-24 08:23:32 | Selling plan 99Telexfree - Y:427756897 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-08-31 09:22:33 | Selling plan 99Telexfree - Y:430024035 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-08-31 09:22:36 | Selling plan 99Telexfree - Y:430024037 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-08-31 09:22:38 | Selling plan 99Telexfree - Y:430024039 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-08-31 09:22:41 | Selling plan 99Telexfree - Y:430024041 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-08-31 09:22:44 | Selling plan 99Telexfree - Y:430024043 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2013-09-07 07:55:30 | Selling plan 99Telexfree - Y:432462985 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2013-09-07 07:55:32 | Selling plan 99Telexfree - Y:432462987 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2013-09-07 07:55:34 | Selling plan 99Telexfree - Y:432462989 | U$ 20.00 | - | U$ 260.00 |
| TRANSFER | 2013-09-07 07:55:37 | Selling plan 99Telexfree - Y:432462991 | U$ 20.00 | - | U$ 280.00 |
| TRANSFER | 2013-09-07 07:55:39 | Selling plan 99Telexfree - Y:432462993 | U$ 20.00 | - | U$ 300.00 |
| PAID | 2013-09-09 08:31:30 | Transfer between accounts[bromel10 >> bromel] | - | U$ 300.00 | U$ -0.00 |
| TRANSFER | 2013-09-14 07:42:02 | Selling plan 99Telexfree - Y:435172111 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-09-14 07:42:05 | Selling plan 99Telexfree - Y:435172113 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-09-14 07:42:09 | Selling plan 99Telexfree - Y:435172115 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-09-14 07:42:12 | Selling plan 99Telexfree - Y:435172117 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-09-14 07:42:16 | Selling plan 99Telexfree - Y:435172119 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-09-21 09:09:33 | Selling plan 99Telexfree - Y:437968705 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-09-21 09:09:37 | Selling plan 99Telexfree - Y:437968707 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-09-21 09:09:41 | Selling plan 99Telexfree - Y:437968709 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-09-21 09:09:44 | Selling plan 99Telexfree - Y:437968711 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-09-21 09:09:48 | Selling plan 99Telexfree - Y:437968713 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2013-09-28 09:02:10 | Selling plan 99Telexfree - Y:441003129 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2013-09-28 09:02:13 | Selling plan 99Telexfree - Y:441003131 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2013-09-28 09:02:17 | Selling plan 99Telexfree - Y:441003133 | U$ 20.00 | - | U$ 260.00 |
| TRANSFER | 2013-09-28 09:02:22 | Selling plan 99Telexfree - Y:441003135 | U$ 20.00 | - | U$ 280.00 |
| TRANSFER | 2013-09-28 09:02:25 | Selling plan 99Telexfree - Y:441003137 | U$ 20.00 | - | U$ 300.00 |

| | | | | | |
|---|---|---|---|---|---|
| PAID | 2013-10-01 15:25:54 | Transfer between accounts[bromel10 >> bromel] | - | U$ 300.00 | U$ -0.00 |
| TRANSFER | 2013-10-06 07:26:46 | Selling plan 99Telexfree - Y:444290163 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-10-06 07:26:50 | Selling plan 99Telexfree - Y:444290165 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-10-06 07:26:53 | Selling plan 99Telexfree - Y:444290167 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-10-06 07:26:57 | Selling plan 99Telexfree - Y:444290169 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-10-06 07:27:00 | Selling plan 99Telexfree - Y:444290171 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-10-12 06:40:30 | Selling plan 99Telexfree - Y:448012949 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-10-12 06:40:33 | Selling plan 99Telexfree - Y:448012951 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-10-12 06:40:35 | Selling plan 99Telexfree - Y:448012953 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-10-12 06:40:37 | Selling plan 99Telexfree - Y:448012955 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-10-12 06:40:39 | Selling plan 99Telexfree - Y:448012957 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2013-10-19 08:42:05 | Selling plan 99Telexfree - Y:451973327 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2013-10-19 08:42:08 | Selling plan 99Telexfree - Y:451973329 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2013-10-19 08:42:13 | Selling plan 99Telexfree - Y:451973331 | U$ 20.00 | - | U$ 260.00 |
| TRANSFER | 2013-10-19 08:42:17 | Selling plan 99Telexfree - Y:451973333 | U$ 20.00 | - | U$ 280.00 |
| TRANSFER | 2013-10-19 08:42:19 | Selling plan 99Telexfree - Y:451973335 | U$ 20.00 | - | U$ 300.00 |
| PAID | 2013-10-20 17:00:06 | Transfer between accounts[bromel10 >> bromel] | - | U$ 300.00 | U$ -0.00 |
| TRANSFER | 2013-10-26 05:23:56 | Selling plan 99Telexfree - Y:456022893 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2013-10-26 05:23:59 | Selling plan 99Telexfree - Y:456022895 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2013-10-26 05:24:01 | Selling plan 99Telexfree - Y:456022897 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2013-10-26 05:24:04 | Selling plan 99Telexfree - Y:456022899 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2013-10-26 05:24:06 | Selling plan 99Telexfree - Y:456022901 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2013-11-02 06:58:31 | Selling plan 99Telexfree - Y:460941893 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2013-11-02 06:58:34 | Selling plan 99Telexfree - Y:460941895 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2013-11-02 06:58:36 | Selling plan 99Telexfree - Y:460941897 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2013-11-02 06:58:38 | Selling plan 99Telexfree - Y:460941899 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2013-11-02 06:58:41 | Selling plan 99Telexfree - Y:460941901 | U$ 20.00 | - | U$ 200.00 |
| | | SALDO NO PERÍODO: | | | U$ 200.00 |
| | | SALDO TOTAL: | | | U$ 200.00 |

© TelexFREE. INC 2013. All rights reserved

Nov. 15
valor enviado
para e-wallet

Home | Anunciar | Relatórios | Meu ADCentral | Rede | Extrato | Faturas | Estoque | Meus Dados | Ticket | Auto Atendimento | financial | Sair

## Extrato

Ordenação sendo exibida dos registros mais antigos para os mais recentes.

Historico  Saque  Pagar Fatura  Transferencia

Dê: 16/07/2013 a 31/07/2013 IR

| HISTÓRICO | DATA | DESCRIÇÃO | ENTRADA | SAÍDA | SALDO |
|---|---|---|---|---|---|
| TRANSFERÊNCIA | 2013-07-16 07:19:55 | Selling plan 99Telexfree - Y:418464033 | U$ 20.00 | - | U$ 520.00 |
| TRANSFERÊNCIA | 2013-07-16 07:19:59 | Selling plan 99Telexfree - Y:418464035 | U$ 20.00 | - | U$ 540.00 |
| TRANSFERÊNCIA | 2013-07-16 07:20:03 | Selling plan 99Telexfree - Y:418464037 | U$ 20.00 | - | U$ 560.00 |
| TRANSFERÊNCIA | 2013-07-16 07:20:08 | Selling plan 99Telexfree - Y:418464039 | U$ 20.00 | - | U$ 580.00 |
| TRANSFERÊNCIA | 2013-07-16 07:20:12 | Selling plan 99Telexfree - Y:418464041 | U$ 20.00 | - | U$ 600.00 |
| **SAQUE** | **2013-07-16 18:24:31** | **Transfer request** | - | **U$ 500.00** | **U$ 100.00** |
| TRANSFERÊNCIA | 2013-07-23 01:56:59 | Selling plan 99Telexfree - Y:419792511 | U$ 20.00 | - | U$ 120.00 |
| TRANSFERÊNCIA | 2013-07-23 01:57:03 | Selling plan 99Telexfree - Y:419792513 | U$ 20.00 | - | U$ 140.00 |
| TRANSFERÊNCIA | 2013-07-23 01:57:06 | Selling plan 99Telexfree - Y:419792515 | U$ 20.00 | - | U$ 160.00 |
| TRANSFERÊNCIA | 2013-07-23 01:57:09 | Selling plan 99Telexfree - Y:419792517 | U$ 20.00 | - | U$ 180.00 |
| TRANSFERÊNCIA | 2013-07-23 01:57:12 | Selling plan 99Telexfree - Y:419792519 | U$ 20.00 | - | U$ 200.00 |
| TRANSFERÊNCIA | 2013-07-30 00:16:24 | Selling plan 99Telexfree - Y:421178377 | U$ 20.00 | - | U$ 220.00 |
| TRANSFERÊNCIA | 2013-07-30 00:16:28 | Selling plan 99Telexfree - Y:421178379 | U$ 20.00 | - | U$ 240.00 |
| TRANSFERÊNCIA | 2013-07-30 00:16:32 | Selling plan 99Telexfree - Y:421178381 | U$ 20.00 | - | U$ 260.00 |
| TRANSFERÊNCIA | 2013-07-30 00:16:35 | Selling plan 99Telexfree - Y:421178383 | U$ 20.00 | - | U$ 280.00 |
| TRANSFERÊNCIA | 2013-07-30 00:16:39 | Selling plan 99Telexfree - Y:421178385 | U$ 20.00 | - | U$ 300.00 |
| | | SALDO NO PERÍODO: | | | U$ 300.00 |
| | | SALDO TOTAL: | | | U$ 100.00 |

3/17/2014 BACK OFFICE - TelexFREE

Home | Advertise | Reports | My ADCentral | Tree | Statement | Invoice | Stock | Your data | Ticket | Self Service | cbes7 | Logout

## Statement

Records being displayed from oldest to newest.

History | Withdraw | Pay Bills | Transfer

Of: 01/02/2014 to GO

| HISTORY | DATE | DESCRIPTION | INPUT | OUTPUT | BALANCE |
|---|---|---|---|---|---|
| TRANSFER | 2014-02-18 06:32:38 | Selling plan 99Telexfree - Y:620086799 | U$ 20.00 | - | U$ 20.00 |
| TRANSFER | 2014-02-18 06:32:40 | Selling plan 99Telexfree - Y:620086797 | U$ 20.00 | - | U$ 40.00 |
| TRANSFER | 2014-02-18 06:32:42 | Selling plan 99Telexfree - Y:620086795 | U$ 20.00 | - | U$ 60.00 |
| TRANSFER | 2014-02-18 06:32:45 | Selling plan 99Telexfree - Y:620086793 | U$ 20.00 | - | U$ 80.00 |
| TRANSFER | 2014-02-18 06:32:47 | Selling plan 99Telexfree - Y:620086791 | U$ 20.00 | - | U$ 100.00 |
| TRANSFER | 2014-02-25 07:28:27 | Selling plan 99Telexfree - Y:639184821 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2014-02-25 07:28:30 | Selling plan 99Telexfree - Y:639184817 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2014-02-25 07:28:34 | Selling plan 99Telexfree - Y:639184815 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2014-02-25 07:28:37 | Selling plan 99Telexfree - Y:639184811 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2014-02-25 07:28:41 | Selling plan 99Telexfree - Y:639184807 | U$ 20.00 | - | U$ 200.00 |
| | 2014-02-28 10:09:18 | Sell Stock Login cbes7c | U$ 44.91 | - | U$ 244.91 |
| | 2014-02-28 10:41:03 | Binary adcentral (2 year) | U$ 0.00 | - | U$ 244.91 |
| | 2014-02-28 10:41:03 | Binary adcentral additional (2 year) | U$ 0.00 | - | U$ 244.91 |
| | 2014-03-01 00:10:36 | Direct referrals(cbes43) | U$ 100.00 | - | U$ 344.91 |
| | 2014-03-01 00:10:36 | Direct referrals(cbes44) | U$ 100.00 | - | U$ 444.91 |
| | 2014-03-01 00:10:36 | Direct referrals(cbes45) | U$ 100.00 | - | U$ 544.91 |
| | 2014-03-01 00:10:36 | Direct referrals(cbes46) | U$ 100.00 | - | U$ 644.91 |
| | 2014-03-01 00:10:36 | Direct referrals(cbes47) | U$ 100.00 | - | U$ 744.91 |
| | 2014-03-01 00:10:40 | Direct referrals(cbes48) | U$ 100.00 | - | U$ 844.91 |
| | 2014-03-01 13:12:53 | Binary adcentral (2 year) | U$ 20.00 | - | U$ 864.91 |
| | 2014-03-01 13:12:53 | Binary adcentral additional (2 year) | U$ 60.00 | - | U$ 924.91 |
| TRANSFER | 2014-03-03 05:38:15 | Selling plan 99Telexfree - Y:662805877 | U$ 20.00 | - | U$ 944.91 |
| TRANSFER | 2014-03-03 05:38:17 | Selling plan 99Telexfree - Y:662805879 | U$ 20.00 | - | U$ 964.91 |
| TRANSFER | 2014-03-03 05:38:20 | Selling plan 99Telexfree - Y:662805881 | U$ 20.00 | - | U$ 984.91 |
| TRANSFER | 2014-03-03 05:38:23 | Selling plan 99Telexfree - Y:662805883 | U$ 20.00 | | U$ 1004.91 |

http://www.telexfree.com/bo/extrato/ 1/3

| | | | | | |
|---|---|---|---|---|---|
| TRANSFER | 2014-03-03 05:38:26 | Selling plan 99Telexfree - Y:662805885 | U$ 20.00 | - | U$ 1024.91 |
| PAID | 2014-03-03 19:08:42 | Transfer between accounts[cbes7 >> cbes2] | - | U$ 1023.00 | U$ 1.91 |
| TRANSFER | 2014-03-10 13:39:40 | Selling plan 99Telexfree - Y:688904955 | U$ 20.00 | - | U$ 21.91 |
| TRANSFER | 2014-03-10 13:39:48 | Selling plan 99Telexfree - Y:688904957 | U$ 20.00 | - | U$ 41.91 |
| TRANSFER | 2014-03-10 13:39:49 | Selling plan 99Telexfree - Y:688904959 | U$ 20.00 | - | U$ 61.91 |
| TRANSFER | 2014-03-10 13:39:51 | Selling plan 99Telexfree - Y:688904961 | U$ 20.00 | - | U$ 81.91 |
| TRANSFER | 2014-03-10 13:39:52 | Selling plan 99Telexfree - Y:688904963 | U$ 20.00 | - | U$ 101.91 |
| TRANSFER | 2014-03-15 07:35:32 | Selling plan 99Telexfree Nivel 1(cbes43) | U$ 0.40 | - | U$ 102.31 |
| TRANSFER | 2014-03-15 07:35:33 | Selling plan 99Telexfree Nivel 1(cbes43) | U$ 0.40 | - | U$ 102.71 |
| TRANSFER | 2014-03-15 07:35:34 | Selling plan 99Telexfree Nivel 1(cbes43) | U$ 0.40 | - | U$ 103.11 |
| TRANSFER | 2014-03-15 07:35:35 | Selling plan 99Telexfree Nivel 1(cbes43) | U$ 0.40 | - | U$ 103.51 |
| TRANSFER | 2014-03-15 07:35:36 | Selling plan 99Telexfree Nivel 1(cbes43) | U$ 0.40 | - | U$ 103.91 |
| TRANSFER | 2014-03-15 07:35:57 | Selling plan 99Telexfree Nivel 1(cbes44) | U$ 0.40 | - | U$ 104.31 |
| TRANSFER | 2014-03-15 07:35:58 | Selling plan 99Telexfree Nivel 1(cbes44) | U$ 0.40 | - | U$ 104.71 |
| TRANSFER | 2014-03-15 07:35:59 | Selling plan 99Telexfree Nivel 1(cbes44) | U$ 0.40 | - | U$ 105.11 |
| TRANSFER | 2014-03-15 07:36:00 | Selling plan 99Telexfree Nivel 1(cbes44) | U$ 0.40 | - | U$ 105.51 |
| TRANSFER | 2014-03-15 07:36:01 | Selling plan 99Telexfree Nivel 1(cbes44) | U$ 0.40 | - | U$ 105.91 |
| TRANSFER | 2014-03-15 07:36:21 | Selling plan 99Telexfree Nivel 1(cbes45) | U$ 0.40 | - | U$ 106.31 |
| TRANSFER | 2014-03-15 07:36:22 | Selling plan 99Telexfree Nivel 1(cbes45) | U$ 0.40 | - | U$ 106.71 |
| TRANSFER | 2014-03-15 07:36:23 | Selling plan 99Telexfree Nivel 1(cbes45) | U$ 0.40 | - | U$ 107.11 |
| TRANSFER | 2014-03-15 07:36:24 | Selling plan 99Telexfree Nivel 1(cbes45) | U$ 0.40 | - | U$ 107.51 |
| TRANSFER | 2014-03-15 07:36:25 | Selling plan 99Telexfree Nivel 1(cbes45) | U$ 0.40 | - | U$ 107.91 |
| TRANSFER | 2014-03-15 07:37:12 | Selling plan 99Telexfree Nivel 1(cbes46) | U$ 0.40 | - | U$ 108.31 |
| TRANSFER | 2014-03-15 07:37:13 | Selling plan 99Telexfree Nivel 1(cbes46) | U$ 0.40 | - | U$ 108.71 |
| TRANSFER | 2014-03-15 07:37:14 | Selling plan 99Telexfree Nivel 1(cbes46) | U$ 0.40 | - | U$ 109.11 |
| TRANSFER | 2014-03-15 07:37:15 | Selling plan 99Telexfree Nivel 1(cbes46) | U$ 0.40 | - | U$ 109.51 |
| TRANSFER | 2014-03-15 07:37:16 | Selling plan 99Telexfree Nivel 1(cbes46) | U$ 0.40 | - | U$ 109.91 |
| TRANSFER | 2014-03-15 07:37:39 | Selling plan 99Telexfree Nivel 1(cbes47) | U$ 0.40 | - | U$ 110.31 |
| TRANSFER | 2014-03-15 07:37:40 | Selling plan 99Telexfree Nivel 1(cbes47) | U$ 0.40 | - | U$ 110.71 |
| TRANSFER | 2014-03-15 07:37:41 | Selling plan 99Telexfree Nivel 1(cbes47) | U$ 0.40 | - | U$ 111.11 |

| | | | | | |
|---|---|---|---|---|---|
| TRANSFER | 2014-03-15 07:37:42 | Selling plan 99Telexfree Nivel 1(cbes47) | U$ 0.40 | - | U$ 111.51 |
| TRANSFER | 2014-03-15 07:37:43 | Selling plan 99Telexfree Nivel 1(cbes47) | U$ 0.40 | - | U$ 111.91 |
| TRANSFER | 2014-03-15 07:38:17 | Selling plan 99Telexfree Nivel 1(cbes48) | U$ 0.40 | - | U$ 112.31 |
| TRANSFER | 2014-03-15 07:38:18 | Selling plan 99Telexfree Nivel 1(cbes48) | U$ 0.40 | - | U$ 112.71 |
| TRANSFER | 2014-03-15 07:38:19 | Selling plan 99Telexfree Nivel 1(cbes48) | U$ 0.40 | - | U$ 113.11 |
| TRANSFER | 2014-03-15 07:38:20 | Selling plan 99Telexfree Nivel 1(cbes48) | U$ 0.40 | - | U$ 113.51 |
| TRANSFER | 2014-03-15 07:38:21 | Selling plan 99Telexfree Nivel 1(cbes48) | U$ 0.40 | - | U$ 113.91 |
| | | SALDO NO PERÍODO: | | | U$ 113.91 |
| | | SALDO TOTAL: | | | U$ 113.91 |

© TelexFREE. INC 2013. All rights reserved

| HISTORY | DATE | DESCRIPTION | INPUT | OUTPUT | BALANCE |
|---|---|---|---|---|---|
| TRANSFER | 2014-02-24 09:59:32 | Selling plan 99Telexfree - Y:638701509 | U$ 20.00 | - | U$ 120.00 |
| TRANSFER | 2014-02-24 09:59:36 | Selling plan 99Telexfree - Y:638701511 | U$ 20.00 | - | U$ 140.00 |
| TRANSFER | 2014-02-24 09:59:40 | Selling plan 99Telexfree - Y:638701513 | U$ 20.00 | - | U$ 160.00 |
| TRANSFER | 2014-02-24 09:59:42 | Selling plan 99Telexfree - Y:638701515 | U$ 20.00 | - | U$ 180.00 |
| TRANSFER | 2014-02-24 09:59:46 | Selling plan 99Telexfree - Y:638701517 | U$ 20.00 | - | U$ 200.00 |
| TRANSFER | 2014-03-10 07:00:40 | Selling plan 99Telexfree - Y:688446805 | U$ 20.00 | - | U$ 220.00 |
| TRANSFER | 2014-03-10 07:00:42 | Selling plan 99Telexfree - Y:688446807 | U$ 20.00 | - | U$ 240.00 |
| TRANSFER | 2014-03-10 07:00:45 | Selling plan 99Telexfree - Y:688446809 | U$ 20.00 | - | U$ 260.00 |
| TRANSFER | 2014-03-10 07:00:47 | Selling plan 99Telexfree - Y:688446811 | U$ 20.00 | - | U$ 280.00 |
| TRANSFER | 2014-03-10 07:00:50 | Selling plan 99Telexfree - Y:688446813 | U$ 20.00 | - | U$ 300.00 |
| | | SALDO NO PERÍODO: | | | U$ 300.00 |
| | | SALDO TOTAL: | | | U$ 500.00 |

