## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

TELEXFREE, LLC,
TELEXFREE, INC. and
TELEXFREE FINANCIAL, INC.,

        Reorganized Debtors.

Chapter 11 Cases

14-40987-EDK
14-40988-EDK
14-40989-EDK

Substantively Consolidated

STEPHEN B. DARR, TRUSTEE
OF THE ESTATES OF TELEXFREE, LLC,
TELEXFREE, INC. and TELEXFREE
FINANCIAL, INC.,
        Plaintiff,

v.

FRANZ BALAN, A REPRESENTATIVE OF A
CLASS OF DEFENDANT NET WINNERS,

        Defendants.

Adversary Proceeding

No. 16-4006

STEPHEN B. DARR AS TRUSTEE
OF THE ESTATES OF TELEXFREE, LLC,
TELEXFREE, INC. and TELEXFREE
FINANCIAL, INC.,
        Plaintiff,

v.

MARCO PUZZARINI AND SANDRO PAULO
FREITAS, REPRESENTATIVES OF A CLASS
OF DEFENDANT NET WINNERS,

        Defendants.

Adversary Proceeding

No. 16-4007

## CERTIFICATE OF SERVICE

1

I, Andrew G. Lizotte, hereby certify that on September 11, 2023, I caused a copy of the

following document to be served electronically through the Court's ECF System upon the

registered participants as identified on the Notice of Electronic Filing:

> AFFIDAVIT OF STEPHEN B. DARR IN SUPPORT OF OPPOSITION BY TRUSTEE
> TO DOMESTIC & INTERNATIONAL CLASS REPRESENTATIVES' MOTION FOR
> SUMMARY JUDGMENT AND CROSS-MOTION BY TRUSTEE
> FOR SUMMARY JUDGMENT

/s/ Andrew G. Lizotte
Andrew G. Lizotte

Dated:  September 11, 2023