## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>    Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>    Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br>    Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>    Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br>    Defendants. | Adversary Proceeding<br>No. 16-4007 |

## **CERTIFICATE OF SERVICE**

I, Daniel J. Lyne, hereby certify that on September 11, 2023, a copy of the attached *Trustee Stephen B. Darr's Motion to Partially Strike Portions of the Affidavit of Frantz Balan Under Federal Rule of Evidence 602 and 702* was served by operation of the Court's ECF System upon the registered participants as identified on the Notice of Electronic Filing.

Date: September 11, 2023

/s/ *Daniel J. Lyne*
Daniel J. Lyne (BBO# 309290)
MURPHY & KING,
Professional Corporation
28 State Street, 31st Floor
Boston, MA 02109
Telephone: 617-423-0400
Dlyne@murphyking.com

#824380