# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>　　　　Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br>　　　　Defendants. | Adversary Proceeding<br><br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>　　　　Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br>　　　　Defendants. | Adversary Proceeding<br><br>No. 16-4007 |

**CERTIFICATE OF SERVICE**

1

I, Andrew G. Lizotte, hereby certify that on September 11, 2023, I caused a copy of the following document to be served electronically through the Court's ECF System upon the registered participants as identified on the Notice of Electronic Filing:

    AFFIDAVIT OF JEAN LOUIS SORONDO IN SUPPORT OF OPPOSITION BY TRUSTEE TO DOMESTIC & INTERNATIONAL CLASS REPRESENTATIVES' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION BY TRUSTEE FOR SUMMARY JUDGMENT

    */s/ Andrew G. Lizotte*
    Andrew G. Lizotte (BBO #559609)
    Murphy & King, Professional Corporation
    28 State Street, Suite 3101
    Boston, MA 02109
    alizotte@murphyking.com

Dated: September 11, 2023