# EXHIBIT A

# In the Matter of:

*Telexfree, LLC, et al. vs*

*Franz Balan*

Ingrid Laplanche

February 15, 2023

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



### Page 3

```
 1     UNITED STATES BANKRUPTCY COURT
           DISTRICT OF MASSACHUSETTS
 2
 3  In Re TELEXFREE, LLC, et al.,      )
           Debtor,                     )
 4                                     )
    ----------------------------       )
 5                                     ) Case no.
    STEPHEN B. DARR, TRUSTEE OF THE    ) 14-40987-EDK
 6  ESTATES OF TELEXFREE LLC, et al.,  )
           Plaintiff,       ) Chapter 11
 7                                     )
     v.                       ) Adv. Proc. No.
 8                                     ) 16-4006
    FRANZ BALAN, A REPRESENTATIVE OF A )
 9  CLASS OF DEFENDANT NET WINNERS,    )
           Defendant.        )
10
11
12
13      DEPOSITION OF INGRID LAPLANCHE
              Appearing remotely from
14              2056 Lanier Terrace
                 Norcross, Georgia
15               February 15, 2023
              Commencing at 12:15 p.m.
16
17
18   Reported by:  Genevieve Y.J. Van de Merghel
            Notary Public and Stenographer
19            Appearing remotely from
           Hampshire County, Massachusetts
20
21
22
    O'Brien & Levine Court Reporting Solutions
23            68 Commercial Wharf
           Boston, Massachusetts  02110
24            617—399—0130
```

### Page 2

```
 1            A P P E A R A N C E S
 2
 3  ALEXANDRA M. PAPAS, ESQUIRE
    ANDREW G. LIZOTTE, ESQUIRE
 4  Murphy & King, PC
    28 State Street, Suite 3101
 5  Boston, Massachusetts 02109
    617-423-0400
 6  apapas@murphyking.com
    alizotte@murphyking.com
 7    Counsel for the Plaintiff
        (Appearing remotely)
 8
 9  MICHAEL J. DURAN, ESQUIRE
    LEA KRAEMER, ESQUIRE
10  Milligan Rona Duran & King LLC
    28 State Street, Suite 802
11  Boston, Massachusetts 02109
    617-395-9570
12  mjd@mrdklaw.com
    lk@mrdklaw.com
13    Counsel for the Defendant
        (Appearing remotely)
14
15
16
17
18
19
20
21
22
23
24
```

### Page 3 (Index)

```
 1              I N D E X
 2
 3  WITNESS                  EXAMINATION
 4  INGRID LAPLANCHE
      BY MS. PAPAS . . . . . . . . . . . . . . .  4
 5    BY MR. DURAN . . . . . . . . . . . . . . . 11
 6
 7
 8           E X H I B I T S
 9
10     (No exhibits marked.)
```

### Page 4

```
 1            P R O C E E D I N G S
 2
 3      Counsel present agree to conducting today's
    deposition remotely via videoconference.
 4
 5      INGRID LAPLANCHE, having first been
 6      identified by the production of her
 7      Georgia driver's license and duly sworn
 8      Pursuant to Executive Order 144,
 9      testified as follows:
10            EXAMINATION
11  BY MS. PAPAS:
12  Q.  Thank you for coming in or appearing today via
13  Zoom.
14  A.  Mm-hmm.
15  Q.  Can you just state your full name and your
16  residential address?
17  A.  Ingrid Guadalupe Laplanche.  So the G on my
18  license is for Guadalupe.  And you said my address?
19  Q.  Yes.  Your residential address, please.
20  A.  Okay.  It's 2056 Lanier Terrace, Norcross,
21  Georgia 30071.
22  Q.  Thank you.  And is the email -- the best email
23  address your name, ingridlaplanche@gmail.com?
24  A.  Correct.
```

Page 5

1  Q. Thank you. I am not sure if you have been
2  deposed before, so I just want to go over a few basics
3  with you. I am going to ask you a series of
4  questions. If you don't understand the question,
5  please let me know. I will try to rephrase it so that
6  you do understand.
7  A. Okay.
8  Q. If you do answer the question, I will assume
9  that you understood the question and that you answered
10 truthfully.
11 A. Okay.
12 Q. Can you follow those instructions?
13 A. Yes.
14 Q. I also ask that you give verbal answers for the
15 court reporter, so please say "yes" or "no" instead of
16 nodding your head. Can you do that?
17 A. Yes.
18 Q. And, also, for the court reporter, I will try
19 not to talk over you and you try not to talk over me
20 so that when I finish my question, I will wait and
21 give you time.
22 A. Okay.
23 Q. Can you do at that?
24 A. Yes.

Page 6

1  Q. And do you want an opportunity to review the
2  written transcript of everything that's said today for
3  accuracy, to make sure it's accurate?
4  A. Yes. That would be fine.
5  Q. Okay. In that event, we will send you a copy
6  once we receive it. Then you will have 14 days to
7  review and sign under oath to say it's accurate or
8  identify any errors. Can you do that?
9  A. Yes.
10 Q. I understand that you invested in the TelexFree
11 program. Is that correct?
12 A. Yes.
13 Q. You submitted a claim for the amount you lost?
14 A. Yes.
15 Q. Do you remember the amount for that claim?
16 A. Not exactly, but I think it was around $3,600.
17 Q. Okay. Yes. Our records show $3,983.50. Does
18 that sound correct?
19 A. Yes.
20 Q. You agree that when you submitted that claim, it
21 was a true and accurate representation of your
22 involvement in Telex. Is that true?
23 A. Correct. Yes.
24 Q. So in your claim, you had four accounts with

Page 7

1  Telex. Is that true?
2  A. Yes.
3  Q. You understand how the Telex program worked in
4  that you could earn credits for various activities.
5  Is that accurate?
6  A. Well, it was my understanding that it was one
7  activity, which was kind of like reposting ads, I
8  guess, on a website.
9  Q. Okay.
10 A. That's the only way -- I'm sorry. You are
11 correct. Besides that one, you could also purchase, I
12 think, like, calling cards. So those were the only
13 two ways that I know that you could do it.
14 Q. Okay. So I understand that the two ways that
15 you are aware of to earn credits was posting ads or
16 purchasing calling cards. Correct?
17 A. Correct.
18 Q. And could you use these credits to buy accounts?
19 A. I did not. I only bought my accounts one time,
20 and then I started posting and buying calling cards
21 after that.
22 Q. Did you ever sell credits or buy credits?
23 A. No. I bought mine, but I did not sell them.
24 Q. So I understand that you did buy credits?

Page 8

1  A. Yes. I bought mine, yeah.
2  Q. Who did you buy them from?
3  A. So I bought them through my brother.
4  Q. What is your brother's name?
5  A. Miguel.
6  Q. Okay.
7  A. And the last name is M-O-N-G-E.
8  Q. I just want to clarify. When we are talking
9  about buying credits, do you mean actually purchasing
10 the credits from your brother and transferring them?
11 A. So I purchased it from them, so he owned them.
12 From what I understood, he had the accounts and then
13 he sold them to me. So I paid the amount that he paid
14 before, and then they were transferred to me.
15 Q. I understand. And did you -- you paid him cash
16 for those credits?
17 A. No. I think I did more, like, kind of like
18 Zelle.
19 Q. Sorry. What was that?
20 A. Zelle through the bank.
21 Q. Oh, you did Zelle, so you transferred money to
22 him for credits?
23 A. Yes.
24 Q. So our records show that he opened the accounts

Page 9

1  for you --
2  A.  Mm-hmm.
3  Q.  -- using his credits.  Is that accurate?
4  A.  That's accurate.
5  Q.  And he opened four accounts for you with his
6  credits?
7  A.  Correct.
8  Q.  And then you transferred money over Zelle in
9  exchange for that membership?
10  A.  Yes.
11  Q.  And you transferred that money over Zelle to
12  your brother?
13  A.  Correct.
14  Q.  And do you remember the amount that you
15  transferred him for each one of those four
16  transactions?
17  A.  It was -- I don't remember exactly, but the
18  amount that I claimed was basically what I paid him.
19  I did not have the accounts for that long before it
20  was closed or whatever.
21  Q.  I understand.  So the claim amount -- the claim
22  that you put in equals the money that you paid to your
23  brother?
24  A.  Yes.

Page 10

1  Q.  Okay.  And I believe each one --
2  A.  A little -- sorry.  It was probably a little bit
3  less, because I also requested credit for some calling
4  cards that I purchased.  So the amount is just a
5  little bit less than what I requested.
6  Q.  So the amount that you paid your brother is a
7  little bit less than what you --
8  A.  Correct.
9  Q.  -- requested on the claim?  Okay.  I understand.
10  So you purchased one calling card outright from
11  TelexFree.  Is that correct?
12  A.  Well, yeah.  The calling card, I don't remember
13  if it was one or how many.  But I did purchase one
14  directly with them, and then the other ones are the
15  ones that came in from my brother.  There's a
16  difference between the two, though.  From my
17  understanding, I purchased the accounts from my
18  brother.  And then once I had my own account, through
19  my account I actually purchased a calling card.
20  Q.  I understand.  And so for those accounts, was
21  each account about $1,425?
22  A.  Yes, ma'am.  Mm-hmm.
23  Q.  So your brother transferred $1,425 credits to
24  Telex for one account.  Is that correct?  Or

Page 11

1  roughly --
2  A.  Yes, roughly.
3  Q.  Roughly.
4  A.  Yes.
5  Q.  And then you transferred $1,425 to your brother
6  on Zelle --
7  A.  Correct.
8  Q.  -- for the account?
9  A.  Mm-hmm.
10  Q.  And that occurred each time you opened an
11  account?
12  A.  Correct.
13      MS. PAPAS:  Thank you.  I have no further
14    questions.
15      MR. DURAN:  This is Attorney Duran for the
16    defendant classes.  I just have a few questions.
17           EXAMINATION
18  BY MR. DURAN:
19  Q.  So you said that every time you opened an
20  account, you transferred $1,425 to your brother via
21  Zelle.  Was it an exact amount like that every time?
22  A.  Yes.
23  Q.  Or was it -- was it multiple transfers or was it
24  just $1,425 each time?

Page 12

1  A.  Okay.  So I purchased my first account with him,
2  and then I think after that I purchased the other
3  three.  So I had a total of two transactions done:
4  one that has only one account and one that had the
5  other three accounts.
6  Q.  Okay.  So I guess my question is:  Is the amount
7  that you put in in your claim, right, does that amount
8  equal the exact amount of cash that you spent --
9  A.  Yes.
10  Q.  -- in TelexFree?
11  A.  Correct.  Yes.
12  Q.  It does?
13  A.  Yes.
14  Q.  Okay.  You also mentioned that you purchased a
15  calling card, and that calling card was not included?
16  A.  No, no.  It was included.  I don't remember if
17  it was one calling card or two, but the calling cards
18  were very small amounts.  I am not sure exactly how
19  much, but I know that it wasn't a lot.
20  Q.  Okay.  So at the time of your participation in
21  TelexFree, where were you living at that time?
22  A.  152 Kia Drive in Alpharetta, Georgia.  So we
23  were still in Georgia.
24  Q.  Okay.  And were you living with anyone at that

Page 13

1  time?
2  A.  Yeah, my husband.
3  Q.  What was his name?
4  A.  It's Franklin Laplanche. But he didn't have any
5  transaction or anything at all.
6  Q.  So he wasn't -- are you saying he was not
7  involved in TelexFree?
8  A.  No, sir.
9  Q.  Is this -- I'm sorry. Is your husband's name
10 Franklin?
11 A.  Yes. Franklin Laplanche.
12 Q.  Okay. Did you use any -- well, let me back up.
13 Do you remember what email addresses you used while
14 you were participating in TelexFree?
15 A.  Yes. I have two. One is my full name,
16 ingridlaplanche@gmail, and the other is
17 ingrid466@gmail. And ingrid466 was the one that I
18 used to purchase the calling card, if I remember
19 correctly.
20 Q.  Okay. That was the email that was associated
21 with your account?
22 A.  The calling card.
23 Q.  I see. I see. And do you still use those two
24 email addresses now?

Page 14

1  A.  Yes, I do.
2  Q.  When you filed a claim in TelexFree, did you
3  file your own claim?
4  A.  Yes.
5  Q.  You did. So you went in and you entered your
6  own information and you selected or confirmed accounts
7  that you owned?
8  A.  Correct.
9  Q.  Okay. And did your brother help you with that?
10 A.  No. I don't even know if he actually filed a
11 claim, though.
12 Q.  Do you know if he was a net winner or a net
13 loser?
14 A.  I have no idea.
15 Q.  Do you know -- did he ever mention to you if he
16 lost money in TelexFree or whether he made money in
17 TelexFree?
18 A.  He did not. I did not ask him. I actually sent
19 him the information and I told him that I was filing a
20 claim and I forwarded him a link, and I told him that
21 he could file a claim, too, if he needed to. But I
22 did not ask him if he made money or lost money.
23 Q.  Okay. When you purchased accounts or one
24 account from your brother, did he set that up for you

Page 15

1  or did you enter your information and set up the
2  account?
3  A.  No. He set that up for me.
4  Q.  Then did he -- how did that work after he set it
5  up for you?
6  A.  All I know is that he did it through his phone.
7  He had accounts. So he told me he had a few accounts,
8  and then he told me how much it cost and then I
9  purchased it from him. So I transferred him the money
10 and then he opened the account for me. And I think
11 all he asked me was my email address.
12 Q.  So when you were working with TelexFree, did you
13 recruit anyone else --
14 A.  No.
15 Q.  -- to become part of it?
16 A.  No.
17 Q.  So let's talk about the money that you may or
18 may not have made from TelexFree. Did you -- how much
19 money did you make from TelexFree?
20 A.  I only had one transaction of money that I
21 transferred to my bank account, and I disclosed that
22 on the paperwork. And if I remember correctly, it
23 was, like, 300-and-some-odd dollars. And that was the
24 only money that I transferred before the whole thing

Page 16

1  was closed.
2  Q.  I see. So based on your recollection, that's
3  all the money that you made as part of TelexFree?
4  A.  Yes. Mm-hmm.
5  Q.  And the sole source of that money was through
6  what activity?
7  A.  So, like I explained before, there were two
8  types of transactions that you can do. One was
9  reposting ads. And every time you reposted ads, it
10 gave you credits, and then those credits will
11 accumulate into your account. And then from that, you
12 can transfer into your bank account. Now, that's what
13 I essentially did for, like, a few days or a few
14 weeks. I am not sure. And I did that for that period
15 of time. The funds accumulated into an account that
16 TelexFree provided. And then, from that account, you
17 could transfer it to your own personal bank account.
18 Q.  And the amounts that you received, I guess, as
19 reflected on your claim --
20 A.  Yes, sir.
21 Q.  -- profit, that total amount of cash that you
22 actually received to your account was what, again?
23 A.  It was 300-and-some-odd dollars. I don't
24 remember correctly the exact amount.

Page 17

1  MR. DURAN: I have no further questions
2  for this witness. Thank you.
3  MS. PAPAS: I have no further questions.
4  (Deposition concluded at 12:35 p.m.)

Page 18

1  ERRATA SHEET DISTRIBUTION INFORMATION
2  DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS
3
4
5  ERRATA SHEET DISTRIBUTION INFORMATION
6
7  The original of the Errata Sheet has been
8  delivered to Alexandra M. Papas, Esquire.
9  When the Errata Sheet has been completed by
10 the deponent and signed, a copy thereof should be
11 delivered to each party of record and the ORIGINAL
12 forwarded to Alexandra M. Papas, Esquire, to whom the
13 original deposition transcript was delivered.
14
15  INSTRUCTIONS TO DEPONENT
16
17  After reading this volume of your deposition,
18 please indicate any corrections or changes to your
19 testimony and the reasons therefor on the Errata Sheet
20 supplied to you and sign it. DO NOT make marks or
21 notations on the transcript volume itself. Add
22 additional sheets if necessary. Please refer to the
23 above instructions for Errata Sheet distribution
24 information.

Page 19

1  PLEASE ATTACH TO THE DEPOSITION OF WITNESS
2  CASE: NO. 14-40987-EDK
3  DATE TAKEN: February 15, 2023
4        ERRATA SHEET
5  Please refer to Page 18 for Errata Sheet instructions
6  and distribution instructions.
7  PAGE  LINE CHANGE    REASON
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15     I have read the foregoing transcript of my
16 deposition, and except for any corrections or changes
17 noted above, I hereby subscribe to the transcript as
18 an accurate record of the statements made by me.
19
20     Executed this ___ day of _____, 2023.
21
22              _____
23              Ingrid Laplanche
24

Page 20

1          C E R T I F I C A T E
2
3  COMMONWEALTH OF MASSACHUSETTS
   HAMPSHIRE, SS.
4
5     I, Genevieve Y.J. Van de Merghel,
6  Stenographer, hereby certify:
7     That Ingrid Laplanche, the witness whose
8  testimony is hereinbefore set forth, was duly sworn by
9  me, pursuant to Mass. R. Civ. P. 27, 29, 30, 30A, and
10 31, and that such testimony is a true and accurate
11 record of my stenotype notes taken in the foregoing
12 matter, to the best of my knowledge, skill, and
13 ability.
14    I further certify that I am not related to
15 any parties to this action by blood or marriage; and
16 that I am in no way interested in the outcome of this
17 matter.
18    IN WITNESS HEREOF, I have hereunto set my
19 hand this 27th day of February, 2023.
20
21    *[signature: Genevieve YJ Van de Merghel]*
22    _____
23    Genevieve Y.J. Van de Merghel
   My Commission Expires: 12/16/27
24

Case 16-04006    Doc 458-1    Filed 09/11/23    Entered 09/11/23 16:12:41    Desc Exhibit
A    Page 8 of 10

Telexfree, LLC, et al. vs
Franz Balan

Ingrid Laplanche
February 15, 2023

**$**

**$1,425**
10:21,23 11:5,20,24
**$3,600**
6:16
**$3,983.50**
6:17

**1**

**12:35**
17:4
**14**
6:6
**144**
4:8
**152**
12:22

**2**

**2056**
4:20

**3**

**300-and-some-odd**
15:23 16:23
**30071**
4:21

**A**

**account**
10:18,19,21,24 11:8,
11,20 12:1,4 13:21
14:24 15:2,10,21
16:11,12,15,16,17,
22
**accounts**
6:24 7:18,19 8:12,24
9:5,19 10:17,20 12:5
14:6,23 15:7
**accumulate**
16:11
**accumulated**
16:15
**accuracy**
6:3
**accurate**
6:3,7,21 7:5 9:3,4
**activities**
7:4
**activity**
7:7 16:6
**address**
4:16,18,19,23 15:11
**addresses**
13:13,24
**ads**
7:7,15 16:9
**agree**
4:3 6:20
**Alpharetta**
12:22
**amount**
6:13,15 8:13 9:14,
18,21 10:4,6 11:21
12:6,7,8 16:21,24
**amounts**
12:18 16:18
**answers**
5:14
**appearing**
4:12
**assume**
5:8
**Attorney**
11:15
**aware**
7:15

**B**

**back**
13:12
**bank**
8:20 15:21 16:12,17
**based**
16:2
**basically**
9:18
**basics**
5:2
**bit**
10:2,5,7
**bought**
7:19,23 8:1,3
**brother**
8:3,10 9:12,23 10:6,
15,18,23 11:5,20
14:9,24
**brother's**
8:4
**buy**
7:18,22,24 8:2
**buying**
7:20 8:9

**C**

**calling**
7:12,16,20 10:3,10,
12,19 12:15,17
13:18,22
**card**
10:10,12,19 12:15,
17 13:18,22
**cards**
7:12,16,20 10:4
12:17
**cash**
8:15 12:8 16:21
**claim**
6:13,15,20,24 9:21
10:9 12:7 14:2,3,11,
20,21 16:19
**claimed**
9:18
**clarify**
8:8
**classes**
11:16
**closed**
9:20 16:1
**concluded**
17:4
**conducting**
4:3
**confirmed**
14:6
**copy**
6:5
**correct**
4:24 6:11,18,23
7:11,16,17 9:7,13
10:8,11,24 11:7,12
12:11 14:8
**correctly**
13:19 15:22 16:24
**cost**
15:8
**Counsel**
4:3
**court**
5:15,18
**credit**
10:3
**credits**
7:4,15,18,22,24 8:9,
10,16,22 9:3,6 10:23
16:10

**D**

**days**
6:6 16:13
**defendant**
11:16
**deposed**
5:2
**deposition**
4:3 17:4
**difference**
10:16
**directly**
10:14
**disclosed**
15:21
**dollars**
15:23 16:23
**Drive**
12:22
**driver's**
4:7
**duly**
4:7
**Duran**
11:15,18 17:1

**E**

**earn**
7:4,15
**email**
4:22 13:13,20,24
15:11
**enter**
15:1
**entered**
14:5
**equal**
12:8
**equals**
9:22
**errors**
6:8
**essentially**
16:13

Case 16-04006 Doc 458-1 Filed 09/11/23 Entered 09/11/23 16:12:41 Desc Exhibit
A Page 9 of 10

Telexfree, LLC, et al. vs
Franz Balan

Ingrid Laplanche
February 15, 2023

event
 6:5
exact
 11:21 12:8 16:24
EXAMINATION
 4:10 11:17
exchange
 9:9
Executive
 4:8
explained
 16:7

**F**

file
 14:3,21
filed
 14:2,10
filing
 14:19
fine
 6:4
finish
 5:20
follow
 5:12
forwarded
 14:20
Franklin
 13:4,10,11
full
 4:15 13:15
funds
 16:15

**G**

gave
 16:10
Georgia
 4:7,21 12:22,23
give
 5:14,21
Guadalupe
 4:17,18
guess
 7:8 12:6 16:18

**H**

head
 5:16
husband
 13:2
husband's
 13:9

**I**

idea
 14:14
identified
 4:6
identify
 6:8
included
 12:15,16
information
 14:6,19 15:1
Ingrid
 4:5,17
ingrid466
 13:17
ingrid466@gmail
 13:17
ingridlaplanche@
 gmail
 13:16
ingridlaplanche@
 gmail.com
 4:23
instructions
 5:12
invested
 6:10
involved
 13:7
involvement
 6:22

**K**

Kia
 12:22
kind
 7:7 8:17

**L**

Lanier
 4:20
Laplanche
 4:5,17 13:4,11
license
 4:7,18
link
 14:20
living
 12:21,24
long
 9:19
loser
 14:13
lost
 6:13 14:16,22
lot
 12:19

**M**

M-O-N-G-E
 8:7
made
 14:16,22 15:18 16:3
make
 6:3 15:19
membership
 9:9
mention
 14:15
mentioned
 12:14
Miguel
 8:5
mine
 7:23 8:1
Mm-hmm
 4:14 9:2 10:22 11:9
 16:4
money
 8:21 9:8,11,22
 14:16,22 15:9,17,19,
 20,24 16:3,5
multiple
 11:23

**N**

needed
 14:21
net
 14:12
nodding
 5:16
Norcross
 4:20

**O**

oath
 6:7
occurred
 11:10
opened
 8:24 9:5 11:10,19
 15:10
opportunity
 6:1
Order
 4:8
outright
 10:10
owned
 8:11 14:7

**P**

p.m.
 17:4
paid
 8:13,15 9:18,22 10:6
PAPAS
 4:11 11:13 17:3
paperwork
 15:22
part
 15:15 16:3
participating
 13:14
participation
 12:20
period
 16:14
personal
 16:17
phone
 15:6
posting
 7:15,20
present
 4:3
production
 4:6
profit
 16:21
program
 6:11 7:3
provided
 16:16

Case 16-04006    Doc 458-1    Filed 09/11/23    Entered 09/11/23 16:12:41    Desc Exhibit
A    Page 10 of 10

Telexfree, LLC, et al. vs
Franz Balan

Ingrid Laplanche
February 15, 2023

**purchase**
  7:11 10:13 13:18
**purchased**
  8:11 10:4,10,17,19
  12:1,2,14 14:23 15:9
**purchasing**
  7:16 8:9
**Pursuant**
  4:8
**put**
  9:22 12:7

———————
**Q**
———————
**question**
  5:4,8,9,20 12:6
**questions**
  5:4 11:14,16 17:1,3

———————
**R**
———————
**receive**
  6:6
**received**
  16:18,22
**recollection**
  16:2
**records**
  6:17 8:24
**recruit**
  15:13
**reflected**
  16:19
**remember**
  6:15 9:14,17 10:12
  12:16 13:13,18
  15:22 16:24
**remotely**
  4:3
**rephrase**
  5:5
**reporter**
  5:15,18
**reposted**
  16:9
**reposting**
  7:7 16:9
**representation**
  6:21
**requested**
  10:3,5,9
**residential**
  4:16,19

**review**
  6:1,7
**roughly**
  11:1,2,3

———————
**S**
———————
**selected**
  14:6
**sell**
  7:22,23
**send**
  6:5
**series**
  5:3
**set**
  14:24 15:1,3,4
**show**
  6:17 8:24
**sign**
  6:7
**sir**
  13:8 16:20
**small**
  12:18
**sold**
  8:13
**sole**
  16:5
**sound**
  6:18
**source**
  16:5
**spent**
  12:8
**started**
  7:20
**state**
  4:15
**submitted**
  6:13,20
**sworn**
  4:7

———————
**T**
———————
**talk**
  5:19 15:17
**talking**
  8:8
**Telex**
  6:22 7:1,3 10:24

**Telexfree**
  6:10 10:11 12:10,21
  13:7,14 14:2,16,17
  15:12,18,19 16:3,16
**Terrace**
  4:20
**testified**
  4:9
**thing**
  15:24
**time**
  5:21 7:19 11:10,19,
  21,24 12:20,21 13:1
  16:9,15
**today**
  4:12 6:2
**today's**
  4:3
**told**
  14:19,20 15:7,8
**total**
  12:3 16:21
**transaction**
  13:5 15:20
**transactions**
  9:16 12:3 16:8
**transcript**
  6:2
**transfer**
  16:12,17
**transferred**
  8:14,21 9:8,11,15
  10:23 11:5,20 15:9,
  21,24
**transferring**
  8:10
**transfers**
  11:23
**true**
  6:21,22 7:1
**truthfully**
  5:10
**types**
  16:8

———————
**U**
———————
**understand**
  5:4,6 6:10 7:3,14,24
  8:15 9:21 10:9,20
**understanding**
  7:6 10:17

**understood**
  5:9 8:12

———————
**V**
———————
**verbal**
  5:14
**videoconference**
  4:3

———————
**W**
———————
**wait**
  5:20
**ways**
  7:13,14
**website**
  7:8
**weeks**
  16:14
**winner**
  14:12
**work**
  15:4
**worked**
  7:3
**working**
  15:12
**written**
  6:2

———————
**Z**
———————
**Zelle**
  8:18,20,21 9:8,11
  11:6,21
**Zoom**
  4:13