# EXHIBIT B

# In the Matter of:

*Telexfree, LLC, et al. vs*

*Franz Balan*

---

*Ivan Alvarenga*

*February 15, 2023*

---

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



Page 3

```
 1        UNITED STATES BANKRUPTCY COURT
            DISTRICT OF MASSACHUSETTS
 2
 3  In Re TELEXFREE, LLC, et al.,      )
              Debtor,       )
 4  --------------------------   )
    --------------------------   )
 5  ) Case no.
    STEPHEN B. DARR, TRUSTEE OF THE    ) 14-40987-EDK
 6  ESTATES OF TELEXFREE LLC, et al.,  )
              Plaintiff,    ) Chapter 11
 7                             )
       v.                    ) Adv. Proc. No.
 8                             ) 16-4006
    FRANZ BALAN, A REPRESENTATIVE OF A   )
 9  CLASS OF DEFENDANT NET WINNERS,      )
              Defendant.     )
10
11
12
13        DEPOSITION OF IVAN ALVARENGA
            Appearing remotely from
14     22725 SW 66th Avenue, Apartment 207
              Boca Raton, Florida
15          February 15, 2023
            Commencing at 10:18 a.m.
16
17
18  Reported by:  Genevieve Y.J. Van de Merghel
            Notary Public and Stenographer
19          Appearing remotely from
            Hampshire County, Massachusetts
20
21
22
       O'Brien & Levine Court Reporting Solutions
23          68 Commercial Wharf
            Boston, Massachusetts  02110
24          617—399—0130
```

Page 2

```
 1        A P P E A R A N C E S
 2
 3  ALEXANDRA M. PAPAS, ESQUIRE
    ANDREW G. LIZOTTE, ESQUIRE
 4  Murphy & King, PC
    28 State Street, Suite 3101
 5  Boston, Massachusetts 02109
    617-423-0400
 6  apapas@murphyking.com
    alizotte@murphyking.com
 7    Counsel for the Plaintiff
       (Appearing remotely)
 8
 9  ILYAS J. RONA, ESQUIRE
    LEA KRAEMER, ESQUIRE
10  Milligan Rona Duran & King LLC
    28 State Street, Suite 802
11  Boston, Massachusetts 02109
    617-395-9570
12  ijr@mrdklaw.com
    lk@mrdklaw.com
13    Counsel for the Defendant
       (Appearing remotely)
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1        I N D E X
 2
 3  WITNESS              EXAMINATION
 4  IVAN ALVARENGA
       BY MS. PAPAS . . . . . . . . . . . . . . .  4
 5    BY MR. RONA . . . . . . . . . . . . . . . 16
 6
 7
 8        E X H I B I T S
 9
10  NO.                    PAGE
11  Exhibit 1  Pyramid Graphics          16
12
       (Exhibit provided to stenographer
13
       to attach to the transcript.)
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1        P R O C E E D I N G S
 2
 3        Counsel present agree to conducting today's
    deposition remotely via videoconference.
 4
 5        IVAN ALVARENGA, having first been
 6    identified by the production of his
 7    Florida driver's license and duly sworn
 8    Pursuant to Executive Order 144,
 9    testified as follows:
10        EXAMINATION
11  BY MS. PAPAS:
12  Q.  Hello, Mr. Alvarenga.  Thank you for joining us
13  today.  My name is Alexandra Papas.  I represent the
14  plaintiffs in the TelexFree -- trustee for TelexFree.
15  And can you just state your full name for the record?
16  A.  Ivan Alvarenga.
17  Q.  Thank you.  I am not sure if you have been
18  deposed before, but I just want to go over a few
19  basics.  I am going to ask a series of questions
20  today.  If you don't understand my question, I ask
21  that you tell me.  I will try to reword the question
22  so that you understand.  If you do answer my question,
23  I am going to assume that you understand and that you
24  have answered truthfully.  Can you follow these
```

Page 5

1 instructions?

2 A. Yes.

3 Q. Thank you. I am also going to ask that you give

4 verbal answers, which you have been doing. So please

5 say "yes" or "no" instead of nodding your head. Can

6 you do that?

7 A. Yes.

8 Q. And do you want an opportunity to review the

9 written transcript of everything that we say today to

10 check to make sure it's accurate?

11 A. No. That won't be necessary.

12 Q. Okay. My understanding is that you invested in

13 the TelexFree program. Is that correct?

14 A. Correct.

15 Q. And you submitted a claim for the amount that

16 you lost from that investment. Is that correct?

17 A. Yes. I believe so, yes.

18 Q. Do you remember the amount of that claim?

19 A. I don't. Everything takes so long. It was

20 years ago already.

21 Q. My records show that the claim was for

22 $23,264.90. Does that sound accurate?

23 A. Yeah. That sounds about right.

24 Q. Can you just tell me how you got involved in

Page 6

1 TelexFree?

2 A. Yes. My father actually got involved first. He

3 sold some investment property in Brazil. And he was

4 watching the TelexFree through some friends he knew

5 here in Boca Raton, in Pompano, since probably the

6 summer of 2012. And around August, he said, "This looks

7 good. It looks like people are making money with this

8 investment. Just have to put some ads and they pay

9 you out on time." And then around September of 2012,

10 he invested.

11      And soon after that, I moved down to Florida

12 following the separation from my ex, and I think it

13 was around November or December that I got involved.

14 My father started to get a return from his investment,

15 and he took some of the money, too, from the

16 investment he had sold in Brazil, and he invested for

17 me. He gave me the money to invest. And that's how I

18 got started.

19 Q. When you say invested for you, what did that

20 involve?

21 A. Well, I guess I shouldn't say -- I guess I

22 misspoke. He gave me the money for me to invest in

23 TelexFree.

24 Q. Okay. And how did you go about joining

Page 7

1 TelexFree and investing?

2 A. There were some local investors here who were

3 more involved, more long-term, who knew the -- one of

4 the original founders, a Brazilian founder. I forget

5 his name. And he inspired my dad and got him involved

6 in investing in TelexFree. And I went to some of

7 their meetings at a local hotel, which subsequently

8 led me to, you know, that whole situation: my father

9 giving me the money to invest and TelexFree.

10 Q. Okay. When you say the local investors, do you

11 remember their names?

12 A. I don't. I could have looked it up if I was

13 told to, but I don't remember their names off the top

14 of my head.

15 Q. Do you have records with that information?

16 A. I may have, yes.

17 Q. Okay. To the extent you do have it, we will

18 just ask you to preserve it, and we will try to get

19 that from you.

20 A. All right. No problem.

21 Q. So your father gave you money, and then how did

22 you go about joining Telex? Did you buy a membership?

23 Did you open an account?

24 A. Well, you had to pay to join. You had to buy

Page 8

1 a -- I forget what they called it, but you had to pay

2 a certain amount to buy an investment portion; I don't

3 know what they called it in English. A lot of it was

4 done in Portuguese through the local Brazilian

5 community here. So I don't recall the words in

6 Portuguese that they used to describe how you get

7 involved, and I don't even know how to translate it to

8 English. But basically, you would sign up through a

9 website portal, fill out some application, and submit

10 your money via credit card, I believe, or debit card.

11 Then they would issue you some kind of ID, and that

12 was pretty much it. They had certain requirements

13 that you had to post ads every day, and I believe that

14 was it. It was for a set term, I think, maybe

15 10 months or a year, and you were supposed to get paid

16 for posting these ads every week.

17 Q. Okay. And someone brought you in when you

18 created your first account. Is that accurate?

19 A. Yes.

20 Q. Okay.

21 A. My father introduced me to it, but since he was

22 older and didn't understand, exactly, the process,

23 this other gentleman came and showed how to sign me

24 up. And that happened for a while until I learned the

Page 9

1 process myself.
2   Q.  Okay.  And you created multiple accounts.  Is
3 that correct?
4   A.  That's correct.  Yes.
5   Q.  Did you go through the same process of going
6 through the portal and signing up with all your
7 information for each account?
8   A.  Yes.  That's the only way to sign up, yeah.
9   Q.  How did you pay for those accounts?
10   A.  Through the money my father had given me.  It
11 was deposited in my bank account, and I used by debit
12 card or credit card to sign up.
13   Q.  Okay.
14   A.  I don't know if they took bank transfers or ACH
15 at that time.  But I think it was just done through
16 credit card and debit cards, if I recall.
17   Q.  You put your credit card information into the
18 website?
19   A.  Yes, if that's how the payment was taken.  I am
20 pretty sure it was.  If it was ACH, then I would have
21 put my bank information.  I would have to verify.  I
22 don't recall exactly.  But I am pretty sure it was
23 credit card or debit card.
24   Q.  Did you ever pay anyone else to set up an

Page 10

1 account for you?
2   A.  No.
3   Q.  Let me -- just give me one second.  I am going
4 to check my notes.
5   A.  Sure.
6   Q.  Sorry about that.
7   A.  No problem.
8   Q.  I just want to circle back.  When you were
9 putting in the money, who were you paying when you put
10 that money -- when you put your information in?
11   A.  We were paying TelexFree or a parent company.  I
12 don't know.  But it was to sign up to TelexFree, so,
13 presumably, we were paying to TelexFree.
14   Q.  When you say parent company, was that sometimes
15 there was a different name for the payment?
16   A.  I don't recall, but I know they had -- I think I
17 remember they had different companies.  But I don't
18 know exactly which one took the payment, if it was in
19 the name of TelexFree or some other name they set up
20 doing business as or whatever with.
21   Q.  Do you have records that would show any of that
22 information?
23   A.  I might.  I might.  I asked if I needed to have
24 any documentation.  I was told no.  So I could look

Page 11

1 for it, if it's necessary.
2   Q.  Yes, please, and we will be in contact about
3 that.
4      So I want to talk about -- do you remember there
5 were different ways to use credits with TelexFree?
6   A.  I don't remember the different ways to use
7 credits.  I just remember that you could have the
8 money deposited into some payment portal and then you
9 could transfer it to your bank account.  I don't
10 remember about any other credits.  If there were, it
11 wouldn't have been of interest to me.
12   Q.  Okay.  Was there ever a situation where someone
13 opened up an account for you using credits?
14   A.  Oh, right.  Right.  If someone could?  Yeah.  I
15 guess, essentially, they would transfer the money that
16 was in that payment portal to pay for someone else's
17 account, to set it up.  Yeah, that's right.
18   Q.  Okay.  And when that happened, so my
19 understanding is the person that brought you in would
20 transfer credits to TelexFree, and then TelexFree
21 would give you an account.  Is that correct?
22   A.  That's correct, yes.  I had forgotten that
23 detail.  That's true.  In fact, that's probably how my
24 father really set up for my accounts, how he gave me

Page 12

1 the money to set it up.
2   Q.  Okay.  And so when that account was created, I
3 am assuming they didn't just give you credits for
4 free.  Correct?  Did you pay them for those credits to
5 create the account?
6   A.  Yeah.  Those credits, either you could transfer
7 it as cash to your bank account or you can use it as
8 you've described, to transfer to someone else to help
9 them get started.
10   Q.  Okay.
11   A.  So it was equivalent to cash.
12   Q.  I see.  So the credits were equivalent to cash
13 in setting up the accounts?
14   A.  Right.
15   Q.  Did it ever -- was it ever the reverse, where
16 you used credits to set up an account for someone
17 else?
18   A.  Me?  I never set up an account for someone else.
19 I may have set up a new account for myself but not for
20 someone else.
21   Q.  Okay.  So you just -- you were involved in the
22 situation where someone else set it up for you.  They
23 used their credits --
24   A.  That's correct.

Page 13

1   Q.  -- and you paid them?  Okay.  I just want to
2   make sure I understand this correctly.  We were just
3   discussing credits that someone -- when we talk about
4   someone else, was this someone else who was a member
5   of TelexFree?
6   A.  Oh, yeah, absolutely.  The only way they could
7   receive credits was because they were a member.
8   Q.  Okay.
9   A.  Someone off the streets could not receive
10  credits.
11  Q.  And this was a person that you were in contact
12  with?
13  A.  Yes.  I would say it was my father.
14  Q.  So the money that you paid, you paid to the
15  person who brought you in, who was a member of
16  TelexFree already?
17  A.  No.  I didn't pay any person.  They used the
18  credits that they could have had transferred to their
19  bank account as cash to sign up a new account under my
20  name.  I never paid.
21  Q.  Why did they set that account up for you?
22  A.  Because he was my father, and he loved me.
23  Q.  And there was -- you didn't interact with any
24  other members of TelexFree to set up accounts?

Page 14

1   A.  You mean, like, me transferring my credits to
2   someone?
3   Q.  Correct.
4   A.  No, I did not.
5   Q.  Did you know of anyone else who did?
6   A.  Yes.
7   Q.  Okay.
8   A.  It was common.  It was common practice.
9   Q.  It was common practice to use credits to open up
10  accounts for others.  In those situations, was your
11  understanding that the original member of TelexFree
12  who would use their credits to set up an account for
13  someone else received payment for those credits?
14      MR. RONA:  Objection.
15  A.  Sometimes.  Sometimes someone would exchange
16  their credits for cash to make it more efficient to
17  sign someone up.
18  Q.  Okay.  When you say exchange for cash, you mean
19  exchange among two different people?
20  A.  Correct.  Yeah.  I can explain it in more
21  detail.  So Person A, who is already signed up with
22  Telex, would have credits in their portal.  And rather
23  than having the Person B sign up with money, which
24  maybe they didn't have on a credit card, they just had

Page 15

1   in cash, Person A would set up, transfer the credits
2   to sign up Person B with their credits, and then
3   Person B would pay Person A in cash for the credits in
4   exchange, equal dollar for dollar.  No money was made
5   in those exchanges, because it was already an obvious
6   benefit to having someone sign up with a new account.
7   Q.  Thank you.  I am just going to show you one
8   thing on the screen, and I want to confirm that this
9   is what you just described.  Are you able to see the
10  screen that I am showing you?
11  A.  Yes.
12  Q.  Okay.  And I believe you said -- you described
13  Person A would be at the top of this pyramid as the
14  person that brought you in --
15  A.  Correct.
16  Q.  -- and so the way that these transactions would
17  work is that Person A, at the top of this triangle,
18  would transfer their credits to TelexFree.  TelexFree
19  would then give Person B, described here as you, a
20  membership.  And then Person B would give money to
21  Person A for that membership.  Is that correct?
22  A.  That's correct.
23  Q.  And I believe you testified that the credits
24  were equivalent to cash, dollar for dollar.  Is that

Page 16

1   correct?
2   A.  That's correct.  For example, if it cost $1,000
3   to sign up for TelexFree, then they would transfer the
4   equivalent of $1,000 in credits, which they could have
5   transferred directly to their bank account.  They will
6   transfer that to the TelexFree account, and then
7   Person B would give $1,000 to  Person A.
8       MS. PAPAS:  Okay.  I understand.  Thank
9   you.  Let me stop sharing my screen now.
10      (Exhibit 1, Pyramid Graphics, marked for
11  identification.)
12      Thank you.  That's all the questions that
13  I have for you.
14      THE WITNESS:  Okay.  You are welcome.
15      EXAMINATION
16  BY MR. RONA:
17  Q.  Good morning, Mr. Alvarenga.  My name is Ilyas
18  Rona.  I represent individuals who the trustee is
19  bringing claims against in connection with their
20  participation in TelexFree.
21  A.  Mm-hmm.
22  Q.  I want to just go back on a couple of things.
23  Have you been residing at the Boca Raton address that
24  you referenced since at least 2013?  I mean, were you

Case 16-04006   Doc 458-2   Filed 09/11/23   Entered 09/11/23 16:12:41   Desc Exhibit
Telexfree, LLC, et al. vs
Franz Balan
B   Page 7 of 16
Ivan Alvarenga
February 15, 2023

Page 17

1 living there in 2013?
2   A.   Yeah.  I moved down in September of 2013.
3   Q.   Okay.  When you were involved in TelexFree, were
4 you already living in Boca Raton?
5   A.   Yes, I was.
6   Q.   Do you live there alone?
7   A.   It's my parents' condo.  My father passed away
8 last April, so I live here with my mother, who is
9 handicapped, and I have to take care of her.
10   Q.   Is it a unit within a building?
11   A.   Yeah.  It's a condo unit, like an apartment.
12   Q.   Does your family occupy just a single unit in
13 the building?
14   A.   Yes.
15   Q.   Does that unit have a number?
16   A.   Apartment 207.
17   Q.   Okay.  That's the same unit you have been in
18 since you moved to Boca Raton?
19   A.   That's correct, yes.
20   Q.   My condolences for your father's passing.
21   A.   Thank you.
22   Q.   What was his name?
23   A.   Abigaly Alvarenga.
24   Q.   Was your father involved in TelexFree?  Did he

Page 18

1 participate?
2   A.   Yes.
3   Q.   Was he participating before you started
4 participating?
5   A.   Yes.
6   Q.   And did anyone else in your family participate?
7   A.   Yes.
8   Q.   Who else participated?
9   A.   My mother, my two brothers, and my niece.
10   Q.   Is your niece over the age of 18?
11   A.   Yes.
12   Q.   What is your niece's name?
13   A.   Sasha Alvarenga.
14   Q.   Does she go by any other names?
15   A.   Maybe Sasha Marie Alvarenga.
16   Q.   And you mentioned -- I think you said two
17 brothers.  Is that right?
18   A.   That's correct.
19   Q.   What are their names?
20   A.   Jon, J-O-N, Alvarenga, and Roberto Alvarenga.
21   Q.   Is there also a Yara Alvarenga?
22   A.   Yes.  That's my mother.
23   Q.   That's your mother.  Okay.  Does your family
24 have any roots in Brazil?

Page 19

1   A.   Yes.  We were all born in Brazil, with the
2 exception of my niece.
3   Q.   And that's how your father came to learn about
4 TelexFree?
5   A.   Yes.  He has friends in the Brazilian community
6 here in South Florida.
7   Q.   You had mentioned that your father either knew,
8 directly or indirectly, one of the founders of
9 TelexFree.  Is that right?
10   A.   My father didn't know him, but a friend or an
11 associate he knew knows him.
12   Q.   Are you referring to Carlos Costa, the
13 founder -- as the founder of TelexFree or somebody
14 else?
15   A.   That name doesn't sound familiar.
16   Q.   Is there somebody else that you are thinking of?
17   A.   Yeah.  There's another Brazilian who lived here
18 in Pompano who was one of the defendants.  I can't
19 remember his name.
20   Q.   Was it Carlos Wanzeler?
21   A.   Say the last name again.
22   Q.   Carlos Wanzeler?
23   A.   How do you spell that?
24   Q.   That's a really great question.  I think it's

Page 20

1 W-A-N-Z-E-L-A-R.
2   A.   Yeah, that's him.
3   Q.   Okay.
4   A.   A German name, yeah.
5   Q.   Sort of a young guy?
6   A.   Yeah.  Probably my age, maybe younger.
7   Q.   And you had mentioned that your father had money
8 that he had received in Brazil that he gave to you to
9 put into TelexFree.  Is that a fair recap of your
10 testimony?
11   A.   He sold some commercial real estate that the
12 family owned down there.
13   Q.   Do you know how much money he gave you in
14 connection with TelexFree?
15   A.   I would have to check, but I am thinking it was
16 around 12- to $16,000.
17   Q.   And how did he give it to you?  Meaning did he
18 give it to you directly in cash, did he transfer it
19 via bank transfer, or did he give it to you via
20 credits in TelexFree?
21   A.   I think it's a combination of cash and credits.
22   Q.   So meaning you didn't necessarily receive all of
23 the money he gave you in the form of cash.  Is that
24 right?

Case 16-04006   Doc 458-2   Filed 09/11/23   Entered 09/11/23 16:12:41   Desc Exhibit
B   Page 8 of 16

Telexfree, LLC, et al. vs
Franz Balan

Ivan Alvarenga
February 15, 2023

Page 21

1   A.  I believe so.  I would have to check my notes.
2   I can't recall off the top of my head to be
3   100 percent certain.  But I am pretty sure that the
4   majority of the portion that he gave me was through
5   credits.
6   Q.  Okay.  Would it be fair to say that if he -- if
7   there had been no familial relationship and the person
8   wasn't in the spirit of giving you money, you would
9   have actually had to come up with that cash to get
10  involved in TelexFree.  Is that fair to say?
11  A.  Yes.  That's true.
12  Q.  Do you recall what email address or addresses
13  you used when you were involved with TelexFree?
14  A.  I do not.  I would have to check my -- check
15  notes, see if I have any documents on that.
16  Q.  Do you recall having an email address
17  IV113@yahoo.com?
18  A.  Yes.  That's my main email address.
19  Q.  Do you still use that?
20  A.  Yes.
21  Q.  Do you use any other -- did you or do you use
22  any other email addresses?
23  A.  Yes, I do.
24  Q.  What other email addresses --

Page 22

1   A.  And I did.
2   Q.  I'm sorry?
3   A.  I do and I did, yeah.
4   Q.  Okay.  Do you recall any email addresses besides
5   the one I just mentioned that you used at the time you
6   were involved in TelexFree?
7   A.  At the time, I don't recall.  I would have to
8   check my notes.
9   Q.  Okay.  Does your father -- excuse me.  Did your
10  father have his own email address?
11  A.  Yes, he did.
12  Q.  Do you recognize galy12@comcast.net as an email
13  address that he used?
14  A.  Yes.
15  Q.  Do you know, did your niece work directly with
16  respect to TelexFree or do you know if her involvement
17  was through you or your father?
18  A.  I believe her involvement was through my father.
19  Q.  Meaning if someone wanted to -- if someone had
20  to open an account for her by sitting at a computer,
21  it would more likely be your father than her?
22  A.  Yeah.  He would open it, but she would be
23  involved in posting the ads and receiving the weekly
24  funds, weekly payment, for posting the ads.

Page 23

1   Q.  Do you recognize the name Diego Costa or --
2   A.  Yeah, it sounds familiar.
3   Q.  -- or Diego da Costa?
4   A.  Yeah.
5   Q.  Do you know who that might be?
6   A.  I don't recall.  Diego da Costa, I don't recall.
7   Q.  In connection with your involvement in
8   TelexFree, did you ever hand anyone an envelope of
9   cash?
10  A.  No, I don't think so.  Not that I am aware.
11  Q.  In connection with your involvement in
12  TelexFree, did anyone ever hand you an envelope of
13  cash?
14  A.  Other than my father's gift to get started, if
15  he gave me cash, no.
16  Q.  And when I say envelope of cash, I am sort of
17  being euphemistic here.  You don't recall, other than
18  any money your father may have given you in cash, you
19  don't recall any cash transactions that you were
20  personally involved in with respect to TelexFree.  Is
21  that right?
22  A.  That's right.  No.
23  Q.  Did you ever recruit anyone into TelexFree?
24  A.  No, no.  We weren't really interested in

Page 24

1   recruiting, more taking advantage of the business
2   aspect of posting ads and getting paid for our
3   service.
4   Q.  So your recollection of your involvement in
5   TelexFree is that you were more focused on the ad
6   portion of the compensation system, meaning that there
7   was compensation available for posting ads?
8   A.  Yeah, exactly.  We weren't interested in the
9   multi-level aspect of it.
10  Q.  And do you recall how many accounts you created
11  or were created for you?
12  A.  In the beginning, I think -- I don't recall.
13  Maybe six to ten in the beginning, and then I used
14  credits to purchase more accounts.  That's when he
15  changed all the rules and screwed us over.
16  Q.  Who is "he" in that?
17  A.  Oh, I meant "they."  When TelexFree, the two
18  guys in charge.
19  Q.  You are referring to a change in the
20  compensation system that occurred around March of
21  2014?
22  A.  That's correct.
23  Q.  As a result of that change, were you forced to
24  create more accounts?

Page 25

1   A.  Yeah.  We had no choice.  We were backed into a
2   corner.  It was either creating more accounts or you
3   lose all your money that you had invested.  So they
4   made us invest more money right before they pulled the
5   rug out from under us.
6   Q.  Did you, in fact, invest more money when they
7   changed the rules?
8   A.  Yeah, via my credits that I was supposed to
9   receive.  They said I couldn't receive it, so I had to
10  invest it.  I had no choice.
11  Q.  To your knowledge or recollection, did you, in
12  fact, sell phone plans or phone lines to any other
13  people in exchange for cash after -- as a result of
14  that change?
15  A.  No.  Things went too fast.  As a result of that
16  change, they soon just shut down.  We couldn't receive
17  any -- I had money due for me for weeks and weeks and
18  weeks.  I couldn't -- I still placed ads per the
19  requirements, but there was nothing happening.  They
20  just disappeared with the money, and everything just
21  fell apart like a house of cards.
22  Q.  Prior to that very end, that final chapter, did
23  you withdraw money from TelexFree at any time?
24  A.  Oh, yes, but not long enough to -- as per our

Page 26

1   agreement, no.
2   Q.  Do you recall how much money, in total, you
3   withdrew?
4   A.  Maybe, like, 4- to $10,000, maybe.
5   Q.  Okay.
6   A.  It was probably a period of maybe two months,
7   maybe January and February.
8   Q.  And did you receive -- in addition to having
9   your claim allowed, did you receive money, either in
10  the form of a check or a debit card in connection with
11  the TelexFree bankruptcy?
12  A.  Yeah.  I did receive two checks, or they were
13  actually direct deposited into my account.
14  Q.  So by direct deposit.  Do you recall how much,
15  in total, those two direct deposits were?
16  A.  Just under 10, and the other one was, like,
17  1200.  So I would say maybe $10,500 or $11,000,
18  something like that.  $11,500, maybe.
19  Q.  At the time you were involved in TelexFree, were
20  you doing something else for work?
21  A.  In the beginning, no.  I had come here to retire
22  and was counting on TelexFree to tide me over until at
23  least my Social Security kicked in or I got a part-
24  time job.  But then, soon after, I had to start

Page 27

1   finding a job.
2   Q.  So was part of your decision to get involved in
3   TelexFree that it could be a form of work for you?
4   A.  Yes, definitely.
5   Q.  Okay.  And would --
6   A.  Not so much work, but more of an investment.
7   Q.  Okay.  Maybe I can redo my question so it's
8   better.  Was part of your thinking of getting involved
9   in TelexFree so that you wouldn't have to seek some
10  other form of employment?
11  A.  Yes.  That's correct.
12  Q.  After things started to go south, did you have
13  to get a part-time job or a full-time job?
14  A.  Yes.  Then I started to look for work, yeah.
15  Q.  Are you working currently?
16  A.  Right now, I am not.
17  Q.  What form or forms of work did you end up
18  getting?
19  A.  I worked in sales.  I did moving sales.  I did
20  car transport sales.  Eventually, I got a license to
21  be a caregiver.  I was a caregiver, so --
22  Q.  Okay.  And in terms of claims, did anyone else
23  in your family submit a claim in connection with the
24  TelexFree bankruptcy?

Page 28

1   A.  Yes.
2   Q.  Do you know who -- did your father submit a
3   claim?
4   A.  I believe he submitted a claim, yes.
5   Q.  How about your niece, Yara, did she submit a
6   claim?
7   A.  I don't know about my niece.  And I think my
8   mother did.  Yara did, yes.
9   Q.  Okay.  And how about your brother Jon?  Did he
10  submit a claim?
11  A.  Yes, he did.
12  Q.  Did you -- have you done any -- well, let me
13  withdraw that.
14      Did your family do any form of reconciliation in
15  terms of when money was received from TelexFree -- how
16  that money was distributed -- or did everyone just
17  keep what they got?
18  A.  Everyone kept what they got.
19  Q.  I think we -- let me just -- let me review my --
20  oh, I do have, I think, one more question.
21      Did you ever purchase credits from anyone in
22  connection with TelexFree?
23  A.  I don't recall.
24  Q.  Did you ever sell credits to anyone in

Page 29

1 connection with TelexFree?

2   A.  I don't recall.

3   Q.  Okay.  Did you ever have any awareness of

4 whether participants in TelexFree could buy or sell

5 credits in transactions with other people?

6   A.  Well, it's not that they could or couldn't.

7 There wasn't any explicit way to police it.  It's

8 something that people did to facilitate a friend or

9 someone joining TelexFree.

10   Q.  So --

11   A.  So of course it happened.

12   Q.  Do you have awareness of such transfers

13 happening?

14   A.  Yes.

15   Q.  Did you ever come to learn about whether those

16 transactions were on the dollar-for-dollar basis that

17 you described earlier?

18   A.  Always.

19        MR. RONA:  Okay.  I think that's all I

20   have for the witness.  Thank you, Mr. Alvarenga.

21        THE WITNESS:  You are welcome.

22        MS. PAPAS:  I have no additional

23   questions.  We can close this deposition.

24        (Deposition concluded at 10:57 a.m.)

Page 30

1        C E R T I F I C A T E

2

3 COMMONWEALTH OF MASSACHUSETTS
  HAMPSHIRE, SS.

4

5      I, Genevieve Y.J. Van de Merghel,

6 Stenographer, hereby certify:

7      That IVAN ALVARENGA, the witness whose

8 testimony is hereinbefore set forth, was duly sworn by

9 me, pursuant to Mass. R. Civ. P. 27, 29, 30, 30A, and

10 31, and that such testimony is a true and accurate

11 record of my stenotype notes taken in the foregoing

12 matter, to the best of my knowledge, skill, and

13 ability.

14      I further certify that I am not related to

15 any parties to this action by blood or marriage; and

16 that I am in no way interested in the outcome of this

17 matter.

18      IN WITNESS HEREOF, I have hereunto set my

19 hand this 27th day of February, 2023.

20

21      *Genevieve Y J Van de Merghel*

22      _____

23      Genevieve Y.J. Van de Merghel
         My Commission Expires: 12/16/27

24

Case 16-04006   Doc 458-2   Filed 09/11/23   Entered 09/11/23 16:12:41   Desc Exhibit
B   Page 11 of 16

Telexfree, LLC, et al. vs
Franz Balan

Ivan Alvarenga
February 15, 2023

**Exhibits**

**2023-02-15 Ivan Alvarenga Exh1**
3:11 16:10

**$**

**$1,000**
16:2,4,7
**$10,000**
26:4
**$10,500**
26:17
**$11,000**
26:17
**$11,500**
26:18
**$16,000**
20:16
**$23,264.90**
5:22

**1**

**1**
16:10
**10**
8:15 26:16
**100**
21:3
**10:57**
29:24
**12-**
20:16
**1200**
26:17
**144**
4:8
**18**
18:10

**2**

**2012**
6:6,9
**2013**
16:24 17:1,2
**2014**
24:21
**207**
17:16

**4**

**4-**
26:4

**A**

**a.m.**
29:24
**Abigaly**
17:23
**absolutely**
13:6
**account**
7:23 8:18 9:7,11
10:1 11:9,13,17,21
12:2,5,7,16,18,19
13:19,21 14:12 15:6
16:5,6 22:20 26:13
**accounts**
9:2,9 11:24 12:13
13:24 14:10 24:10,
14,24 25:2
**accurate**
5:10,22 8:18
**ACH**
9:14,20
**ad**
24:5
**addition**
26:8
**additional**
29:22
**address**
16:23 21:12,16,18
22:10,13
**addresses**
21:12,22,24 22:4
**ads**
6:8 8:13,16 22:23,24
24:2,7 25:18
**advantage**
24:1
**age**
18:10 20:6
**agree**
4:3
**agreement**
26:1
**Alexandra**
4:13

**allowed**
26:9
**Alvarenga**
4:5,12,16 16:17
17:23 18:13,15,20,
21 29:20
**amount**
5:15,18 8:2
**answers**
5:4
**apartment**
17:11,16
**application**
8:9
**April**
17:8
**aspect**
24:2,9
**associate**
19:11
**assume**
4:23
**assuming**
12:3
**August**
6:6
**aware**
23:10
**awareness**
29:3,12

**B**

**back**
10:8 16:22
**backed**
25:1
**bank**
9:11,14,21 11:9 12:7
13:19 16:5 20:19
**bankruptcy**
26:11 27:24
**basically**
8:8
**basics**
4:19
**basis**
29:16
**beginning**
24:12,13 26:21
**benefit**
15:6

**Boca**
6:5 16:23 17:4,18
**born**
19:1
**Brazil**
6:3,16 18:24 19:1
20:8
**Brazilian**
7:4 8:4 19:5,17
**bringing**
16:19
**brother**
28:9
**brothers**
18:9,17
**brought**
8:17 11:19 13:15
15:14
**building**
17:10,13
**business**
10:20 24:1
**buy**
7:22,24 8:2 29:4

**C**

**called**
8:1,3
**car**
27:20
**card**
8:10 9:12,16,17,23
14:24 26:10
**cards**
9:16 25:21
**care**
17:9
**caregiver**
27:21
**Carlos**
19:12,20,22
**cash**
12:7,11,12 13:19
14:16,18 15:1,3,24
20:18,21,23 21:9
23:9,13,15,16,18,19
25:13
**change**
24:19,23 25:14,16
**changed**
24:15 25:7

Case 16-04006   Doc 458-2   Filed 09/11/23   Entered 09/11/23 16:12:41   Desc Exhibit
B   Page 12 of 16

Telexfree, LLC, et al. vs
Franz Balan

Ivan Alvarenga
February 15, 2023

**chapter**
25:22
**charge**
24:18
**check**
5:10 10:4 20:15
21:1,14 22:8 26:10
**checks**
26:12
**choice**
25:1,10
**circle**
10:8
**claim**
5:15,18,21 26:9
27:23 28:3,4,6,10
**claims**
16:19 27:22
**close**
29:23
**combination**
20:21
**commercial**
20:11
**common**
14:8,9
**community**
8:5 19:5
**companies**
10:17
**company**
10:11,14
**compensation**
24:6,7,20
**computer**
22:20
**concluded**
29:24
**condo**
17:7,11
**condolences**
17:20
**conducting**
4:3
**confirm**
15:8
**connection**
16:19 20:14 23:7,11
26:10 27:23 28:22
29:1
**contact**
11:2 13:11

**corner**
25:2
**correct**
5:13,14,16 9:3,4
11:21,22 12:4,24
14:3,20 15:15,21,22
16:1,2 17:19 18:18
24:22 27:11
**correctly**
13:2
**cost**
16:2
**Costa**
19:12 23:1,3,6
**Counsel**
4:3
**counting**
26:22
**couple**
16:22
**create**
12:5 24:24
**created**
8:18 9:2 12:2 24:10,
11
**creating**
25:2
**credit**
8:10 9:12,16,17,23
14:24
**credits**
11:5,7,10,13,20
12:3,4,6,12,16,23
13:3,7,10,18 14:1,9,
12,13,16,22 15:1,2,
3,18,23 16:4 20:20,
21 21:5 24:14 25:8
28:21,24 29:5

_____
           **D**
_____
**da**
23:3,6
**dad**
7:5
**day**
8:13
**debit**
8:10 9:11,16,23
26:10
**December**
6:13

**decision**
27:2
**defendants**
19:18
**deposed**
4:18
**deposit**
26:14
**deposited**
9:11 11:8 26:13
**deposition**
4:3 29:23,24
**deposits**
26:15
**describe**
8:6
**detail**
11:23 14:21
**Diego**
23:1,3,6
**direct**
26:13,14,15
**directly**
16:5 19:8 20:18
22:15
**disappeared**
25:20
**discussing**
13:3
**distributed**
28:16
**documentation**
10:24
**documents**
21:15
**dollar**
15:4,24
**dollar-for-dollar**
29:16
**driver's**
4:7
**due**
25:17
**duly**
4:7

_____
           **E**
_____
**earlier**
29:17
**efficient**
14:16

**else's**
11:16
**email**
21:12,16,18,22,24
22:4,10,12
**employment**
27:10
**end**
25:22 27:17
**English**
8:3,8
**envelope**
23:8,12,16
**equal**
15:4
**equivalent**
12:11,12 15:24 16:4
**essentially**
11:15
**estate**
20:11
**euphemistic**
23:17
**Eventually**
27:20
**EXAMINATION**
4:10 16:15
**exception**
19:2
**exchange**
14:15,18,19 15:4
25:13
**exchanges**
15:5
**excuse**
22:9
**Executive**
4:8
**exhibit**
16:10
**explain**
14:20
**explicit**
29:7
**extent**
7:17

_____
           **F**
_____
**facilitate**
29:8
**fact**

Telexfree, LLC, et al. vs
Franz Balan

Ivan Alvarenga

February 15, 2023

11:23 25:6,12

**fair**
20:9 21:6,10

**familial**
21:7

**familiar**
19:15 23:2

**family**
17:12 18:6,23 20:12
27:23 28:14

**fast**
25:15

**father**
6:2,14 7:8,21 8:21
9:10 11:24 13:13,22
17:7,24 19:3,7,10
20:7 22:9,10,17,18,
21 23:18 28:2

**father's**
17:20 23:14

**February**
26:7

**fell**
25:21

**fill**
8:9

**final**
25:22

**finding**
27:1

**Florida**
4:7 6:11 19:6

**focused**
24:5

**follow**
4:24

**forced**
24:23

**forget**
7:4 8:1

**forgotten**
11:22

**form**
20:23 26:10 27:3,10,
17 28:14

**forms**
27:17

**founder**
7:4 19:13

**founders**
7:4 19:8

**free**
12:4

**friend**
19:10 29:8

**friends**
6:4 19:5

**full**
4:15

**full-time**
27:13

**funds**
22:24

**— G —**

**galy12@comcast.net**
22:12

**gave**
6:17,22 7:21 11:24
20:8,13,23 21:4
23:15

**gentleman**
8:23

**German**
20:4

**gift**
23:14

**give**
5:3 10:3 11:21 12:3
15:19,20 16:7 20:17,
18,19

**giving**
7:9 21:8

**good**
6:7 16:17

**Graphics**
16:10

**great**
19:24

**guess**
6:21 11:15

**guy**
20:5

**guys**
24:18

**— H —**

**hand**
23:8,12

**handicapped**
17:9

**happened**
8:24 11:18 29:11

**happening**
25:19 29:13

**head**
5:5 7:14 21:2

**hotel**
7:7

**house**
25:21

**— I —**

**ID**
8:11

**identification**
16:11

**identified**
4:6

**Ilyas**
16:17

**indirectly**
19:8

**individuals**
16:18

**information**
7:15 9:7,17,21
10:10,22

**inspired**
7:5

**instructions**
5:1

**interact**
13:23

**interest**
11:11

**interested**
23:24 24:8

**introduced**
8:21

**invest**
6:17,22 7:9 25:4,6,
10

**invested**
5:12 6:10,16,19 25:3

**investing**
7:1,6

**investment**
5:16 6:3,8,14,16 8:2
27:6

**investors**
7:2,10

**involve**
6:20

**involved**
5:24 6:2,13 7:3,5 8:7
12:21 17:3,24 21:10,
13 22:6,23 23:20
26:19 27:2,8

**involvement**
22:16,18 23:7,11
24:4

**issue**
8:11

**IV113@YAHOO.
COM**
21:17

**Ivan**
4:5,16

**— J —**

**J-O-N**
18:20

**January**
26:7

**job**
26:24 27:1,13

**join**
7:24

**joining**
4:12 6:24 7:22 29:9

**Jon**
18:20 28:9

**— K —**

**kicked**
26:23

**kind**
8:11

**knew**
6:4 7:3 19:7,11

**knowledge**
25:11

**— L —**

**learn**
19:3 29:15

**learned**
8:24

**led**
7:8

**license**

4:7 27:20
**lines**
  25:12
**live**
  17:6,8
**lived**
  19:17
**living**
  17:1,4
**local**
  7:2,7,10 8:4
**long**
  5:19 25:24
**long-term**
  7:3
**looked**
  7:12
**lose**
  25:3
**lost**
  5:16
**lot**
  8:3
**loved**
  13:22

---
**M**

**made**
  15:4 25:4
**main**
  21:18
**majority**
  21:4
**make**
  5:10 13:2 14:16
**making**
  6:7
**March**
  24:20
**Marie**
  18:15
**marked**
  16:10
**meaning**
  20:17,22 22:19 24:6
**meant**
  24:17
**meetings**
  7:7
**member**
  13:4,7,15 14:11

**members**
  13:24
**membership**
  7:22 15:20,21
**mentioned**
  18:16 19:7 20:7 22:5
**misspoke**
  6:22
**Mm-hmm**
  16:21
**money**
  6:7,15,17,22 7:9,21
  8:10 9:10 10:9,10
  11:8,15 12:1 13:14
  14:23 15:4,20 20:7,
  13,23 21:8 23:18
  25:3,4,6,17,20,23
  26:2,9 28:15,16
**months**
  8:15 26:6
**morning**
  16:17
**mother**
  17:8 18:9,22,23 28:8
**moved**
  6:11 17:2,18
**moving**
  27:19
**multi-level**
  24:9
**multiple**
  9:2

---
**N**

**names**
  7:11,13 18:14,19
**necessarily**
  20:22
**needed**
  10:23
**niece**
  18:9,10 19:2 22:15
  28:5,7
**niece's**
  18:12
**nodding**
  5:5
**notes**
  10:4 21:1,15 22:8
**November**
  6:13

**number**
  17:15

---
**O**

**Objection**
  14:14
**obvious**
  15:5
**occupy**
  17:12
**occurred**
  24:20
**older**
  8:22
**open**
  7:23 14:9 22:20,22
**opened**
  11:13
**opportunity**
  5:8
**Order**
  4:8
**original**
  7:4 14:11
**owned**
  20:12

---
**P**

**paid**
  8:15 13:1,14,20 24:2
**Papas**
  4:11,13 16:8 29:22
**parent**
  10:11,14
**parents'**
  17:7
**part**
  27:2,8
**part-**
  26:23
**part-time**
  27:13
**participants**
  29:4
**participate**
  18:1,6
**participated**
  18:8
**participating**
  18:3,4

**participation**
  16:20
**passed**
  17:7
**passing**
  17:20
**pay**
  6:8 7:24 8:1 9:9,24
  11:16 12:4 13:17
  15:3
**paying**
  10:9,11,13
**payment**
  9:19 10:15,18 11:8,
  16 14:13 22:24
**people**
  6:7 14:19 25:13
  29:5,8
**percent**
  21:3
**period**
  26:6
**person**
  11:19 13:11,15,17
  14:21,23 15:1,2,3,
  13,14,17,19,20,21
  16:7 21:7
**personally**
  23:20
**phone**
  25:12
**plaintiffs**
  4:14
**plans**
  25:12
**police**
  29:7
**Pompano**
  6:5 19:18
**portal**
  8:9 9:6 11:8,16
  14:22
**portion**
  8:2 21:4 24:6
**Portuguese**
  8:4,6
**post**
  8:13
**posting**
  8:16 22:23,24 24:2,7
**practice**
  14:8,9

**present**
4:3
**preserve**
7:18
**pretty**
8:12 9:20,22 21:3
**Prior**
25:22
**problem**
7:20 10:7
**process**
8:22 9:1,5
**production**
4:6
**program**
5:13
**property**
6:3
**pulled**
25:4
**purchase**
24:14 28:21
**Pursuant**
4:8
**put**
6:8 9:17,21 10:9,10
20:9
**putting**
10:9
**pyramid**
15:13 16:10

**Q**

**question**
4:20,21,22 19:24
27:7 28:20
**questions**
4:19 16:12 29:23

**R**

**Raton**
6:5 16:23 17:4,18
**real**
20:11
**recall**
8:5 9:16,22 10:16
21:2,12,16 22:4,7
23:6,17,19 24:10,12
26:2,14 28:23 29:2
**recap**
20:9

**receive**
13:7,9 20:22 25:9,16
26:8,9,12
**received**
14:13 20:8 28:15
**receiving**
22:23
**recognize**
22:12 23:1
**recollection**
24:4 25:11
**reconciliation**
28:14
**record**
4:15
**records**
5:21 7:15 10:21
**recruit**
23:23
**recruiting**
24:1
**redo**
27:7
**referenced**
16:24
**referring**
19:12 24:19
**relationship**
21:7
**remember**
5:18 7:11,13 10:17
11:4,6,7,10 19:19
**remotely**
4:3
**represent**
4:13 16:18
**requirements**
8:12 25:19
**residing**
16:23
**respect**
22:16 23:20
**result**
24:23 25:13,15
**retire**
26:21
**return**
6:14
**reverse**
12:15
**review**
5:8 28:19

**reword**
4:21
**Roberto**
18:20
**Rona**
14:14 16:16,18
29:19
**roots**
18:24
**rug**
25:5
**rules**
24:15 25:7

**S**

**sales**
27:19,20
**Sasha**
18:13,15
**screen**
15:8,10 16:9
**screwed**
24:15
**Security**
26:23
**seek**
27:9
**sell**
25:12 28:24 29:4
**separation**
6:12
**September**
6:9 17:2
**series**
4:19
**service**
24:3
**set**
8:14 9:24 10:19
11:17,24 12:1,16,18,
19,22 13:21,24
14:12 15:1
**setting**
12:13
**sharing**
16:9
**show**
5:21 10:21 15:7
**showed**
8:23
**showing**

15:10
**shut**
25:16
**sign**
8:8,23 9:8,12 10:12
13:19 14:17,23 15:2,
6 16:3
**signed**
14:21
**signing**
9:6
**single**
17:12
**sitting**
22:20
**situation**
7:8 11:12 12:22
**situations**
14:10
**Social**
26:23
**sold**
6:3,16 20:11
**sort**
20:5 23:16
**sound**
5:22 19:15
**sounds**
5:23 23:2
**south**
19:6 27:12
**spell**
19:23
**spirit**
21:8
**start**
26:24
**started**
6:14,18 12:9 18:3
23:14 27:12,14
**state**
4:15
**stop**
16:9
**streets**
13:9
**submit**
8:9 27:23 28:2,5,10
**submitted**
5:15 28:4
**subsequently**
7:7

**summer**
  6:6
**supposed**
  8:15 25:8
**sworn**
  4:7
**system**
  24:6,20

**T**

**takes**
  5:19
**taking**
  24:1
**talk**
  11:4 13:3
**Telex**
  7:22 14:22
**Telexfree**
  4:14 5:13 6:1,4,23
  7:1,6,9 10:11,12,13,
  19 11:5,20 13:5,16,
  24 14:11 15:18 16:3,
  6,20 17:3,24 19:4,9,
  13 20:9,14,20 21:10,
  13 22:6,16 23:8,12,
  20,23 24:5,17 25:23
  26:11,19,22 27:3,9,
  24 28:15,22 29:1,4,9
**ten**
  24:13
**term**
  8:14
**terms**
  27:22 28:15
**testified**
  4:9 15:23
**testimony**
  20:10
**thing**
  15:8
**things**
  16:22 25:15 27:12
**thinking**
  19:16 20:15 27:8
**tide**
  26:22
**time**
  6:9 9:15 22:5,7
  25:23 26:19,24
**today**
  4:13,20 5:9

**today's**
  4:3
**told**
  7:13 10:24
**top**
  7:13 15:13,17 21:2
**total**
  26:2,15
**transactions**
  15:16 23:19 29:5,16
**transcript**
  5:9
**transfer**
  11:9,15,20 12:6,8
  15:1,18 16:3,6
  20:18,19
**transferred**
  13:18 16:5
**transferring**
  14:1
**transfers**
  9:14 29:12
**translate**
  8:7
**transport**
  27:20
**triangle**
  15:17
**true**
  11:23 21:11
**trustee**
  4:14 16:18
**truthfully**
  4:24

**U**

**understand**
  4:20,22,23 8:22 13:2
  16:8
**understanding**
  5:12 11:19 14:11
**unit**
  17:10,11,12,15,17

**V**

**verbal**
  5:4
**verify**
  9:21
**videoconference**
  4:3

**W**

**W-A-N-Z-E-L-A-R**
  20:1
**wanted**
  22:19
**Wanzeler**
  19:20,22
**watching**
  6:4
**ways**
  11:5,6
**website**
  8:9 9:18
**week**
  8:16
**weekly**
  22:23,24
**weeks**
  25:17,18
**withdraw**
  25:23 28:13
**withdrew**
  26:3
**words**
  8:5
**work**
  15:17 22:15 26:20
  27:3,6,14,17
**worked**
  27:19
**working**
  27:15
**written**
  5:9

**Y**

**Yara**
  18:21 28:5,8
**year**
  8:15
**years**
  5:20
**young**
  20:5
**younger**
  20:6