# EXHIBIT C

# In the Matter of:

*Telexfree, LLC, et al. vs*

*Franz Balan*

*Rudeidamia A. Calcano*

*February 15, 2023*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



Page 3

```
 1              UNITED STATES BANKRUPTCY COURT
                  DISTRICT OF MASSACHUSETTS
 2
 3  In Re TELEXFREE, LLC, et al.,    )
             Debtor,          )
 4                            )
    ----------------------------   )
 5                            ) Case no.
    STEPHEN B. DARR, TRUSTEE OF THE  ) 14-40987-EDK
 6  ESTATES OF TELEXFREE LLC, et al.,  )
             Plaintiff,       ) Chapter 11
 7                            )
        v.                    ) Adv. Proc. No.
 8                            ) 16-4006
    FRANZ BALAN, A REPRESENTATIVE OF A )
 9  CLASS OF DEFENDANT NET WINNERS,  )
             Defendant.       )
10
11
12
13
14        DEPOSITION OF RUDEIDAMIA A. CALCANO
              Appearing remotely from
15              481 Hampshire Street
               Lawrence, Massachusetts
16                February 15, 2023
                Commencing at 3:05 p.m.
17
18   Reported by:  Genevieve Y.J. Van de Merghel
            Notary Public and Stenographer
19             Appearing remotely from
              Hampshire County, Massachusetts
20
21
22
          O'Brien & Levine Court Reporting Solutions
23              68 Commercial Wharf
              Boston, Massachusetts  02110
24              617—399—0130
```

Page 2

```
 1           A P P E A R A N C E S
 2
 3  ALEXANDRA M. PAPAS, ESQUIRE
    ANDREW G. LIZOTTE, ESQUIRE
 4  Murphy & King, PC
    28 State Street, Suite 3101
 5  Boston, Massachusetts 02109
    617-423-0400
 6  apapas@murphyking.com
    alizotte@murphyking.com
 7     Counsel for the Plaintiff
       (Appearing remotely)
 8
 9  ILYAS J. RONA, ESQUIRE
    LEA KRAEMER, ESQUIRE
10  Milligan Rona Duran & King LLC
    28 State Street, Suite 802
11  Boston, Massachusetts 02109
    617-395-9570
12  ijr@mrdklaw.com
    lk@mrdklaw.com
13     Counsel for the Defendant
       (Appearing remotely)
14
15  MELANIE PORTER, ESQUIRE
    Bonsignore Trial Lawyers
16  23 Forest Street
    Medford, Massachusetts 02155
17  781-350-0000
    melanie@classactions.us
18     Counsel for the Deponent
       (Appearing remotely)
19
20
21
22
23
24
```

Page 3

```
 1                I N D E X
 2
 3  WITNESS                        EXAMINATION
 4  RUDEIDAMIA CALCANO
       BY MS. PAPAS . . . . . . . . . . . . . . . 4
 5     BY MR. RONA . . . . . . . . . . . . . . . 13
       BY MS. PAPAS . . . . . . . . . . . . . . . 32
 6
 7
 8             E X H I B I T S
 9
10       (No exhibits marked.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1              P R O C E E D I N G S
 2
 3         RUDEIDAMIA CALCANO, having first
 4     been identified by the production of
 5     her Massachusetts driver's license and
 6     duly sworn Pursuant to Executive Order
 7     144, testified as follows:
 8            EXAMINATION
 9  BY MS. PAPAS:
10   Q.  Thank you for appearing today.  My name is
11  Alexandra Papas.  I am an attorney with Murphy & King
12  for the trustee of the Estates of Telex versus the
13  class action defendants of net winners.  Can you just
14  state your full name for me?
15   A.  Rudeidamia Calcano.
16   Q.  Thank you.  I am not sure if you have been
17  deposed before, but I just want to go through a few
18  set of instructions quickly.
19      The way this will go is I am going to ask you a
20  series of questions.  If you don't understand the
21  question, please tell me, and I will try to reword it
22  in a way that you do understand.  If you do answer my
23  question, I am going to assume that you understood the
24  question and that you have answered truthfully.  Do
```

Page 5

1  you understand these instructions?
2  A.  Yes.
3  Q.  And the next instruction is that I am going to
4  ask that you give verbal answers for the court
5  reporter, so please say "yes" or "no" instead of
6  nodding your head.  Can you do that?
7  A.  Yes and no.
8  Q.  And do you want an opportunity to review the
9  written transcript of everything that we say today to
10  make sure it's accurate?
11  A.  If I want a written transcript --
12  Q.  Yes.
13  A.  -- after?
14  Q.  Sorry.  Do you want a written copy, yes, to
15  review to make sure it's accurate?
16  A.  After?
17  Q.  After.  Yes.
18  A.  Yes.
19  Q.  Okay.  So we will send that to you once we get
20  it, and you will have 14 days to read through it and
21  then sign under oath either that it's accurate or
22  identifying any errors that you see.  Can you return
23  it to us within 14 days of receiving it?
24  A.  Of course, yes.

Page 6

1  Q.  Thank you.  And then a few other just background
2  questions.  Is there anyone in the room with you
3  today?
4  A.  Yes.
5  Q.  Are they helping you with this deposition in any
6  way?
7  A.  No.
8  Q.  Are they just in the background doing other
9  stuff?
10  A.  Mm-hmm.
11  Q.  Thank you.  And then did you talk to anyone
12  about this deposition ahead of today?
13  A.  No.  My lawyer.
14  Q.  Did you talk to a lawyer?
15  A.  Like, last week.
16  Q.  Are you represented by a lawyer in this case or
17  is this --
18  A.  Well, he is the lawyer for, like, for the
19  trustees.  I think that's what it's called.
20  Q.  Oh, so you talked to -- I think it was actually
21  our paralegals to schedule?
22  A.  Yeah.  Mm-hmm.
23  Q.  Okay. I understand. Yes, that was the
24  paralegal.

Page 7

1  Q.  And you invested in the TelexFree program.
2  Correct?
3  A.  Unfortunately, yes.
4  Q.  You submitted a claim for the amount that you
5  lost?
6  A.  Yes.
7  Q.  Do you remember the amount of that claim?
8  A.  Mm-hmm.  Yes.
9  Q.  What was the amount?
10  A.  Five and something -- like, 5,000-and-something
11  dollars.  Like, I think it was $5,005 with something
12  cents.
13  Q.  Yes.  Our records show $5,005.80.  Does that
14  sound accurate?
15  A.  Yes.
16  Q.  When you submitted that claim, you agree
17  everything you submitted was true and accurate?
18  A.  Yeah.  Yes.
19  Q.  So based on the information that we have
20  reviewed, you had at least three accounts with Telex.
21  Is that correct?
22  A.  Yes.
23  Q.  And with those accounts, you could earn credits.
24  Is that correct?

Page 8

1  A.  Yes.
2  Q.  One of the ways you could earn credits was
3  posting ads?
4  A.  Posting ads.
5  Q.  Thank you.  And is one of the ways you could use
6  credits after you earned them to get cash or buy
7  accounts.  Is that correct?
8  A.  Yes, that's accurate.
9  Q.  Okay.  And those three accounts that we talked
10  about, how did you go about setting them up?
11  A.  We had someone that was in our home at that
12  time, and he was the one in charge of it.  I didn't
13  actually, like, did the whole process, because it was
14  just -- you know, we went to different meetings with
15  them, like, a big event that they hold.  That was the
16  first thing we did.  And then we did a couple -- we
17  went to a couple of meetings that they used to host.
18      So it seemed very legit.  And then, you know,
19  there was some banks investing on it.  So, you know,
20  he -- after he went to our home -- he was a friend of
21  my husband's back then.  So he did the whole
22  enrollment; I guess that's what it's supposed to be
23  called.
24      And, yeah.  And, like, we were given a password

Page 9

1 and a username, and we were supposed to log in, but I
2 never was able to do any of that because it failed
3 shortly after.
4  Q.  Okay.  Do you know the name of the person who
5 helped you set up the accounts?
6  A.  The full name, no.  I think it was first name
7 Juan.  He was Brazilian.  I don't remember his last
8 name.
9  Q.  So the Telex records show different -- three
10 different people opened accounts for you using
11 credits.  So do you recognize the name Ramon Rosa?
12  A.  Ramon Rosa?  No.
13  Q.  Do you recognize the name Jose Lopez?
14  A.  Jose Lopez, yes.  Mm-hmm.
15  Q.  Okay.  So when he set up an account using his
16 credits, it shows that the account cost $1,425.  Does
17 that sound accurate?
18  A.  Yes.
19  Q.  And did you pay him $1,425 for opening that
20 account?
21  A.  I gave them everything that they -- I gave them
22 $5,000.  It was more than five thousand.  It was
23 probably, like, five-twenty or five-something.  I
24 never got any cash back.

Page 10

1  Q.  Okay.  I think I understand.  So you did one
2 lump sum payment for the accounts that they opened for
3 you?
4  A.  Mm-hmm.  Yes.
5  Q.  And Jose Lopez was one of the people that opened
6 an account that you gave money to for doing that?
7  A.  Mm-hmm.
8  Q.  Does the name Alvarado Paulino Framin sound
9 familiar?
10  A.  Mm-hmm.  Yes.
11  Q.  Was that another person who opened an account
12 for you?
13  A.  No.  They were, like -- those two guys were in
14 my house along with the Brazilian guy.  And we just
15 gave them the lump sum and they said they were going
16 to open those accounts.  But I didn't remember the
17 exact amount.
18  Q.  Okay.  It also shows that one of those accounts
19 was -- sorry; I mixed up the names.  It was Framin
20 Alvarado Paulino used $1,425 in credits to open an
21 account for you.  Does that sound about what you
22 recollect based on the lump sum?
23  A.  Yes.
24  Q.  So just to make sure that I understand, you gave

Page 11

1 Jose Lopez, Framin Alvarado Paulino, and someone named
2 Juan that you don't remember the last name about
3 $5,000 to open the accounts for you?
4  A.  Yes.
5  Q.  Is that correct?  Okay.  And how did you
6 transfer the money to them?
7  A.  I gave them cash.
8  Q.  Do you remember which one of them you handed
9 cash to or did you disperse?
10  A.  I know the three of them were in charge and, you
11 know, they were there, you know, selling that, selling
12 the whole TelexFree thing to us.  So, you know, it
13 seemed legitimate.  It seemed right.  We saw a
14 contract.  And I just gave them -- we gave them the
15 money.  And, you know, they did say that they were,
16 you know, going to open an account and they were going
17 to give us the username and things, which they did
18 after.  But it never worked.
19  Q.  Okay.  So just to confirm, you gave them about
20 (inaudible) thousand dollars, and they gave you a
21 username and password for various accounts with
22 TelexFree?
23  A.  Mm-hmm.  Five thousand.  $5,000.  I gave them
24 more than five thousand.  It was five-twenty, I

Page 12

1 remember, and I never got anything back.
2  Q.  You gave them $5,020 and, in exchange, they gave
3 you login and password names for Telex.  Is that
4 correct?
5  A.  Yes.  Not the same day.  Like, probably, like,
6 two, three weeks later.
7  Q.  Okay.  Two or three weeks later, they gave you
8 the login information?
9  A.  Mm-hmm.  Well, what I can remember -- because
10 this was a while ago -- yeah, he gave me a piece of
11 paper with the login and everything.  And we tried to
12 log in.  He even showed me how to log in, but it
13 wasn't going through.  And then he said that it was
14 probably something going on in the new platform, that
15 he was going to get back at me.  And then they
16 disappeared.
17  Q.  Okay.  I understand.  So just to confirm, you
18 gave them the cash first and then --
19  A.  Mm-hmm.
20  Q.  -- then two to three weeks later, you got a
21 login.  Correct?
22  A.  Mm-hmm.  Yeah.
23      MS. PAPAS:  Thank you.  I have no further
24    questions.

Page 13

1  EXAMINATION
2  BY MR. RONA:
3  Q. Good afternoon. My name is Ilyas Rona. I
4  represent the individuals against whom the trustee for
5  TelexFree is bringing claims. So I am representing
6  that group of people.
7     Are you involved in any other litigation besides
8  the one that you are being deposed in right now?
9  A. No.
10 Q. To your knowledge, has your name been used in
11 any other class actions?
12 A. No.
13 Q. Okay. To your knowledge -- sorry; go ahead.
14 A. No, that I know of. I would know. Right? No,
15 I haven't done anything.
16    MS. PORTER: Counsel, I'm sorry. Can I
17    just place an objection: Vague and ambiguous.
18    Can you just clarify what you mean? Do you mean
19    outside of the TelexFree litigation and the MDL
20    case?
21    MR. RONA: I am referring to, possibly,
22    the MDL case, meaning this is a bankruptcy case
23    that I understand this deposition is taking
24    place in.

Page 14

1     MS. PORTER: Correct.
2     MR. RONA: Do you represent the witness in
3     a separate MDL proceeding?
4     MS. PORTER: Correct.
5     MR. RONA: Okay. I'm sorry. I didn't
6     hear you say you represent her. I apologize if
7     you said that.
8     MS. PORTER: Yes, that's okay. I just
9     wanted to clarify and state that objection,
10    because I think the question was unclear.
11    MR. RONA: Okay.
12 BY MR. RONA:
13 Q. Ms. Calcano, are you aware of other litigation
14 besides the bankruptcy case?
15 A. I don't understand.
16 Q. You have a lawyer present with you. Correct?
17 A. No.
18 Q. Okay. Are you being represented by anyone in
19 this deposition?
20    MS. PORTER: Counsel, for the record,
21    because she has never personally met me -- Ruth,
22    I work with Robert Bonsignore.
23    THE WITNESS: Oh, hi.
24    MS. PORTER: We haven't met, so I know

Page 15

1  there's a little confusion there. So you know,
2  I am here representing you.
3     THE WITNESS: Okay. Yes.
4     MS. PORTER: Okay.
5  BY MR. RONA:
6  Q. So who is Mr. Bonsignore?
7  A. Who is him?
8  Q. Yeah.
9  A. Okay. He is a lawyer that represents, like, us.
10 Like, me and the other rest of the people that were
11 scammed by TelexFree.
12 Q. And are you aware that Mr. Bonsignore has
13 brought and is litigating cases relative to TelexFree?
14 Are you aware --
15 A. Yes.
16 Q. Okay. And have you been -- to your knowledge,
17 are you a plaintiff in any case being handled by
18 Mr. Bonsignore?
19 A. Yes.
20 Q. Okay. Thank you. You had mentioned a meeting,
21 and I want to turn back to that. How did you first
22 come to learn about TelexFree? Who is the person or
23 people that clued you in to TelexFree?
24 A. So one of the reasons why I -- well, I got into

Page 16

1  it because of my ex-husband. He worked at this
2  company -- I don't remember the name right now -- and
3  he was a machine operator. There was a big group of
4  people there that worked there and, you know, they
5  were talking about it. And it seemed very interesting
6  because some people had quit work because they were
7  getting money from TelexFree. And he was working
8  there for more than five years and he had seen these
9  people for five years and, apparently, they
10 disappeared because they would be doing so good under
11 this business. So, you know, word spread around at
12 his job.
13    And we had -- we just had our new -- had our
14 baby born at that same time. Like I was, like, three
15 months postpartum and I was at home. And I was, you
16 know, not working. And he just brought up this thing
17 that, "Hey, at work, these people, you know, they are
18 doing this new thing. They are coming from Brazil and
19 they are experimenting on this, you know, corporation
20 that they just need to put ads. It's going to be,
21 like, a big thing on the internet, like Candy Crush."
22    And I was just like, "Okay, whatever. Just
23 bring them to the house."
24    And he was like, "No. No. No. We have to go

Page 17

1  to a meeting. You have to pay $20 and they are going
2  to speak." And that was the first meeting we attended
3  together. We went to a big meeting in Boston,
4  conference, whatever they want to call it. It was
5  big. It was an auditorium. I am talking about, like,
6  a lot of people there.
7     They did the presentation about what they were
8  going to do with the ads. It sounds very interesting
9  to me. And then we saw some stories about how they
10 were before, like they were, you know, like regular
11 people working at a --
12        THE WITNESS: Sorry. That was a call that
13     came through.
14  A. They were regular people like us at that time,
15 and they just happened to retire because they were
16 doing so good. And, you know, that was bizarre. And
17 they showed proof of everything in there at the
18 meeting to everybody.
19    So I was just, like, "Yeah, I want to get into
20 this because it doesn't sound like you need to do a
21 lot. You're just posting ads."
22    So then this person from his job, the Brazilian
23 guy, connected us with these two Hispanic ones that
24 were here. And then I don't know how, we ended up

Page 18

1  with one of -- like, a whole bunch of people in our
2  home who had a big meeting in my house, showing us
3  contracts of how it is, and that some famous banks
4  were in on it too.
5     So that was it for me. I am like, "Okay, this
6  is very real." I am -- you know. I am not -- you
7  know. "It seems like a good investment. Let's do
8  it." So that's how I did it. That's how we did it.
9  Q. Okay. And what is your ex-husband's name?
10 A. My ex-husband's name is Daury.
11 Q. Can you spell that, please?
12 A. D-A-U-R-Y.
13 Q. What is his last name?
14 A. Delacruz.
15 Q. Okay. Is that three separate words?
16 A. No. All together.
17 Q. All together. Okay.
18    And at the time you were involved in TelexFree,
19 were you living at the same place you are living now,
20 or were you living at a different address?
21 A. I was living at a different address.
22 Q. Is that the one on --
23 A. Walnut Street.
24 Q. Walnut Street. Okay. And you were living with

Page 19

1  your ex-husband at the time?
2  A. Mm-hmm. Yes. He was the owner of the house.
3  Q. Okay. And a couple of times, you used the word
4  "we" to describe who went to the meetings and who was
5  listening to the sales pitch. Is "we" referring to
6  you and your ex-husband?
7  A. Mm-hmm.
8  Q. Was there anyone else that was part of the
9  meeting on the receiving end of the sales pitch that
10 was at your house? Did you have any other friends
11 over or anyone else besides you and your ex-husband?
12 A. No. Like, those people brought some more
13 people. So they basically used my house.
14 Q. Okay. And at that time, you had just had
15 your -- was that your first child?
16 A. Mm-hmm.
17 Q. Is it "yes"?
18 A. Yes. Yes.
19 Q. Okay. So there were no other adults in the
20 house living there besides you and your ex-husband?
21 A. Yes. Just me and my husband and the baby.
22 Q. Okay. And there were at least three people who
23 came to talk to you in your house? Were there more
24 than those three that came?

Page 20

1  A. They did the presentation in my house, the three
2  of them. And then there was other people that they
3  brought along. I can't remember their names.
4  Q. So there were three people, you said, in charge,
5  but there might have been other people that came with
6  them but they didn't talk much?
7  A. Mm-hmm. They were just listening.
8  Q. Okay. And you had mentioned one of the three
9  was the Brazilian gentleman that worked with your
10 ex-husband. Is that right?
11 A. Mm-hmm.
12 Q. Yes?
13 A. Yes.
14 Q. Yes. Okay. And then the other two, to your
15 recollection, were the names that were read to you,
16 the Jose Lopez and then there was another name which I
17 couldn't really write down. But in your mind, were
18 the two Hispanic --
19 A. I don't know -- I don't think that was their
20 last name. I don't really know their last name. But
21 I recall the first names.
22 Q. Okay. What first names did you recall?
23 A. Jose and Juan.
24 Q. Okay. So you remember a Jose and Juan and then

Page 21

1 a third, Brazilian gentleman whose name --
2  A.  Yes.  Mm-hmm.
3  Q.  -- you are not sure of.  Is that right?
4  A.  The Brazilian guy, I don't really remember --
5 no, I don't really remember his name.
6  Q.  Okay.  That's fine.  And then you testified that
7 you gave five thousand and, approximately, twenty
8 dollars to them?
9  A.  Mm-hmm.
10  Q.  Is that right?
11  A.  Yeah.  Yes.
12  Q.  Was that -- whose money was that?  Was that your
13 money or was it your ex-husband's or both?
14  A.  My money.
15  Q.  Did your ex-husband give any money?
16  A.  No.
17  Q.  Do you know why he didn't?
18  A.  He didn't have any money at the time.
19  Q.  Okay.  And do you know how much each account
20 cost?  When you were paying that $5,020,
21 approximately, did you know how much a family plan
22 cost?
23  A.  No.
24  Q.  Do you remember the number $1,425?

Page 22

1  A.  I don't know.  No.  I mean, there was some money
2 that they were paying for every post.  I don't know if
3 it was that.
4  Q.  Okay.
5  A.  I am not so sure.
6  Q.  Okay.  And if you -- I think you had been asked
7 about how many accounts you had.  Do you recall having
8 three accounts?
9  A.  I don't recall how many accounts I had.  I just
10 know that I gave them money, the $5,020.
11  Q.  Do you know if the money that you gave went to
12 anything else besides opening an account?
13  A.  No.
14  Q.  Okay.
15  A.  It was for accounts only.  I don't think it was
16 for something else.
17  Q.  Okay.
18  A.  I mean, they didn't tell me it was for something
19 else.  It was just to open accounts.
20  Q.  And so you don't know -- do you know either way
21 if there was money left over that was applied to
22 something else besides accounts?
23  A.  No.  They were supposed to give me back some
24 change back.  It was, like, little change.  But

Page 23

1 they -- he never did.
2  Q.  Okay.  Do you know why they were supposed to
3 give you back change?  I mean, if you -- you could
4 have given them the exact amount.  Did they explain
5 why they were going to give you back change?
6  A.  No, they didn't explain why.  I think it was
7 just probably -- I don't even know.  Probably they
8 didn't have the exact change.  But I remember giving
9 them $5,020.
10  Q.  And did you know, at the time, how that money
11 was going to be divided up by the people that were at
12 your house?
13  A.  No.
14  Q.  So you don't -- did they say they were going to
15 divide it up equally?
16  A.  No, I don't remember that.
17  Q.  Okay.  Did you believe, at the time that they
18 were there, that they worked together as a team?
19  A.  Yeah.  Yeah.  Yeah.
20  Q.  Did part of their sales pitch explain how people
21 in TelexFree could work together as teams?
22  A.  Yes.
23  Q.  Do you remember what they said about teams, even
24 if it's very general?

Page 24

1  A.  They pretty much worked together, and they were
2 going to be with us, and everything was working for
3 them.  And you can see that, you know, life was
4 changing for them.  And, you know, we saw them at the
5 meeting at the very beginning.  So we were like, yeah,
6 you know, they are together; they are a team.
7  Q.  Do you recall at that big meeting, the one I
8 think you said was in Boston, how did you get in touch
9 with those two gentlemen, Jose and Juan?  Do you
10 remember how you specifically came in touch with them?
11  A.  No.  It was through my husband.  Like, he met
12 them.  He met that guy at work and then, you know, he
13 put them in contact with these other two people that
14 spoke in Spanish, because we spoke -- we speak Spanish
15 more, and they were Portuguese.  So yeah.
16  Q.  So did you find it helpful to have people
17 speaking in Spanish to explain to you TelexFree when
18 they came to your house?
19  A.  Yeah.  For my husband, yes.  I know English, but
20 my husband is more a Spanish speaker.
21  Q.  Okay.  And at the time -- do you still use the
22 same email address that you used back in 2013 and
23 2014?
24  A.  Ruth1calcano@gmail.com.

Page 25

1  Q. Do you use any other email addresses besides
2  that one?
3  A. No.
4  Q. Did your husband use that email address or did
5  he have his own? Your ex-husband, excuse me.
6  A. No. No, I don't think so.
7  Q. He didn't use yours? Is that what you're --
8  A. Oh, no, no, no. He didn't, no, no. Everything
9  was done, like, me. I paid my money. I paid -- you
10 know, I put my credentials because it was me.
11 Q. Okay. And do you still have TelexFree emails?
12 A. No. No, I don't. No. I don't even have emails
13 from last year.
14 Q. Any particular reason why you don't have emails
15 relating to TelexFree?
16 A. I don't have -- like, my emails delete every
17 certain time because of my cloud storage.
18 Q. And then I think you testified that they, the
19 three people that were in your house, set up the
20 accounts for you. Is that right?
21 A. Mm-hmm. Yeah.
22 Q. So is it fair to say that you did not set up any
23 of your own accounts by sitting at a computer. Is
24 that right?

Page 26

1  A. No. They sat with me and they, like, you
2  know -- I saw what they were doing but, you know, it
3  was them. I didn't touch. I didn't touch the
4  computer to do anything.
5  Q. So meaning you didn't type in the name on the
6  account. Is that right?
7  A. No. I gave them my license, you know. I saw
8  the contract. I gave them my money. And -- yes.
9  Q. And did you get to pick what the username and
10 passwords were, or did they do that for you?
11 A. No, they did that for me.
12 Q. Okay. And you said that there was a three-week,
13 approximately, delay before the accounts were actually
14 set up from when you gave the money. Is that right?
15 A. I am thinking about from that time. It was a
16 long time ago. I think it was probably two, three
17 weeks but I wouldn't say it specifically two, three.
18 I think it was two or three.
19 Q. And then at some point, you recall going into a
20 computer to try to log in and it didn't work?
21 A. Mm-hmm. No. They came into my home again and,
22 you know, he was going to show me how to do it and how
23 to move things around, and it wouldn't work.
24    And he did some calling. He tried. He tried

Page 27

1  very hard that day. You know, he called. We were
2  there because, you know, I was like, "Why is it not
3  working?" And then he called somebody else. He was
4  doing a bunch of calling. He said he was going to
5  come, like, the next day or the day after, because it
6  was going to take some time.
7     And then he never answered our phone calls
8  again.
9  Q. Who is "he" that you were just referring to?
10 A. Juan, I believe. Juan? Jose? I think it was
11 Juan.
12 Q. Okay. One of those two?
13 A. Mm-hmm. The Spanish ones, yeah.
14 Q. Do you remember if, when the first -- you
15 mentioned that he came and it couldn't work, and he
16 was calling. Who was he calling? Do you know who he
17 was calling on the phone?
18 A. I don't know. But he even put somebody on
19 speaker that he tried to -- I mean, he did say, you
20 know, that we had to hit -- he did forget my username
21 or something like that, or forget my password, and it
22 was going to take a while. And then he just -- like,
23 we were there for probably an hour or so. And, you
24 know, he just said -- like, different colleagues to

Page 28

1  different people, tried to resolve it. And it never
2  went through. And then I remember I had to go and do
3  something else, and he said he was going to come back.
4     And he didn't come back, and he never answered
5  our phone calls. Then, shortly after, the whole
6  thing, like, popped out that it was a big scam.
7  Q. Okay. So to your memory, the sequence of events
8  was you paid the money. They came. You tried to log
9  in. Things didn't work. You told them, and they came
10 to your house and tried to fix things. They were
11 supposed to come back and didn't. And then it hit the
12 news that there was a big problem with TelexFree. Is
13 that the sequence of events?
14 A. Yeah. Yes.
15 Q. Okay. And did you know -- do you know for a
16 fact that the person that was being called worked for
17 TelexFree or did you not have any idea who actually
18 was on the other end of the phone when he called to
19 try to fix your account?
20 A. Like, he did many callings to people. And in
21 one of them, there was the Brazilian guy that my
22 ex-husband had met at work. So that's why I thought
23 it was -- you know, it seemed to me, at the time,
24 because I was so young and I didn't know, it --

Page 29

1  believed it, yes.
2  Q. That process didn't raise any specific concerns
3  in your mind?
4  A. No. I didn't have any concerns, no.
5  Q. You thought that this was just a technical
6  problem?
7  A. Yes. Mm-hmm.
8  Q. Okay. At any point, did your ex-husband ever
9  put any money into TelexFree?
10 A. No. No. He wasn't ready.
11 Q. Aside from the $5,020 that you recall giving to
12 those three people, did you recall putting in any
13 additional money?
14 A. No.
15 Q. Did you ever collect any money from anyone?
16 A. No. That's why I am here.
17 Q. You had a -- you've received a payment from the
18 trustee. Is that right?
19 A. I received a gift card for 200-and-something
20 dollars.
21 Q. Did you receive another -- did you receive a
22 different, separate gift card with a larger amount?
23 A. No.
24 Q. To your recollection or knowledge, you have only

Page 30

1  received one gift card for 200?
2  A. 230-something dollars.
3  Q. Do you have any understanding of why the
4  trustees wanted to take your deposition? Was that
5  discussed with you at all?
6  A. Because they probably don't want this scam to
7  be -- for people to do more scams like this. This is
8  crazy.
9     Like, that was -- at that time, that was my only
10 savings, and I was jobless and I was with a newborn.
11 That's why when this came back again, I am like I am
12 going to fight these people because this needs to be
13 heard. This was really bad.
14    And throughout this time -- because I even
15 forgot about this. Like, I did my life. Like, I am
16 good now. I bought my house. I am good. But I heard
17 many stories, like, after the years. Like, after five
18 years, two, three, four, five years, I heard people
19 lost their houses. This was very bad around here.
20 Q. Do you know if -- I take it you haven't spoken
21 to any of the three men that you described earlier --
22 A. I would like to know where they are. I have
23 never seen their faces.
24 Q. Okay. I'm sorry. Did you say you know where

Page 31

1  they are or --
2  A. I don't know where they are. I wish I could
3  know, so I can talk to them face to face.
4  Q. Okay. And you don't have any -- do you have any
5  knowledge of how much money they made in connection
6  with TelexFree?
7  A. No, but they were doing very good at that time.
8  Q. How did you know that?
9  A. Because they were bragging about -- well, now it
10 seems like a brag. But to me, at that time, it was
11 like, "Oh, they are doing good." You know, their
12 cars. New car, car of the year. Luxurious vacations.
13 Mm-hmm.
14 Q. So you were sort of sizing them up based on
15 their car and things that they said to sort of measure
16 how successful they were in TelexFree?
17 A. Yeah. That's what they said at the meetings,
18 you know, and that's what they showed us, that they
19 went from being machine operators and, you know,
20 people working at warehouses, you know, living a poor
21 salary to making big money by doing this little thing
22 of posting ads and investing.
23 Q. Okay. I think I am near the end of my
24 questions.

Page 32

1     You mentioned that your ex-husband was a machine
2  operator. What was the company that he was working
3  for at the time, if you recall?
4  A. I would have to call him and find out. I don't
5  know.
6  Q. It's okay if you don't remember. Do you know
7  where it was located, where he went to work back in
8  2014?
9  A. He started at one at Haverhill. Haverhill,
10 Massachusetts. And then they moved him to a different
11 location near Salem, New Hampshire.
12       MR. RONA: Okay. I think that's all the
13    questions I have. Thank you.
14       THE WITNESS: Okay. Thank you.
15       EXAMINATION
16 BY MS. PAPAS:
17 Q. I have just one more follow-up question for you.
18    You mentioned that these were your credentials,
19 "because it was me." So that means -- I just want to
20 make sure I understand. That means you gave them your
21 information to create accounts for you with TelexFree?
22 A. Oh, when I was with them doing the login and
23 things like that? Yeah. They took my license
24 information, I remember; and they took my checking

Page 33

1  account at the time, the one that I had at the time;
2  and my passport; and I don't even remember what else.
3  I think my Social.  Oh, my God, yes.  My Social, my
4  license, my passport, and my bank account.
5     Q.  Okay.  And so you sat there while they created
6  an account for you with this information.  Correct?
7     A.  Mm-hmm.  Yes.
8     Q.  And by "they," you mean the three men that we
9  have been discussing:  we think Jose, Juan, and maybe
10 Framin.
11    A.  Mm-hmm.
12    Q.  Is that correct?
13    A.  Yes.
14        MS. PAPAS:  That's all of my questions.
15    Thank you.  We can go off the record.
16        (Deposition concluded at 3:44 p.m.)

Page 34

1      ERRATA SHEET DISTRIBUTION INFORMATION
2      DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS
3
4
5      ERRATA SHEET DISTRIBUTION INFORMATION
6
7      The original of the Errata Sheet has been
8  delivered to Alexandra M. Papas, Esquire.
9      When the Errata Sheet has been completed by
10 the deponent and signed, a copy thereof should be
11 delivered to each party of record and the ORIGINAL
12 forwarded to Alexandra M. Papas, Esquire, to whom the
13 original deposition transcript was delivered.
14
15      INSTRUCTIONS TO DEPONENT
16
17      After reading this volume of your deposition,
18 please indicate any corrections or changes to your
19 testimony and the reasons therefor on the Errata Sheet
20 supplied to you and sign it.  DO NOT make marks or
21 notations on the transcript volume itself.  Add
22 additional sheets if necessary.  Please refer to the
23 above instructions for Errata Sheet distribution
24 information.

Page 35

1  PLEASE ATTACH TO THE DEPOSITION OF WITNESS
2  CASE:  NO. 14-40987-EDK
3  DATE TAKEN:  February 15, 2023
4            ERRATA SHEET
5  Please refer to Page 34 for Errata Sheet instructions
6  and distribution instructions.
7  PAGE   LINE CHANGE     REASON
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15     I have read the foregoing transcript of my
16 deposition, and except for any corrections or changes
17 noted above, I hereby subscribe to the transcript as
18 an accurate record of the statements made by me.
19
20      Executed this ___ day of _____, 2023.
21
22              _____
23              Rudeidamia A. Calcano
24

Page 36

1           C E R T I F I C A T E
2
3  COMMONWEALTH OF MASSACHUSETTS
   HAMPSHIRE, SS.
4
5      I, Genevieve Y.J. Van de Merghel,
6  Stenographer, hereby certify:
7      That Rudeidamia A. Calcano, the witness whose
8  testimony is hereinbefore set forth, was duly sworn by
9  me, pursuant to Mass. R. Civ. P. 27, 29, 30, 30A, and
10 31, and that such testimony is a true and accurate
11 record of my stenotype notes taken in the foregoing
12 matter, to the best of my knowledge, skill, and
13 ability.
14     I further certify that I am not related to
15 any parties to this action by blood or marriage; and
16 that I am in no way interested in the outcome of this
17 matter.
18     IN WITNESS HEREOF, I have hereunto set my
19 hand this 27th day of February, 2023.
20
21     *[signature: Genevieve YJ Van de Merghel]*
22     _____
23     Genevieve Y.J. Van de Merghel
         My Commission Expires: 12/16/27
24

Case 16-04006    Doc 458-3    Filed 09/11/23    Entered 09/11/23 16:12:41    Desc Exhibit
C    Page 12 of 17

Telextree, LLC, et al. vs
Franz Balan

Rudeidamia A. Calcano
February 15, 2023

**$**

**$1,425**
9:16,19 10:20 21:24
**$20**
17:1
**$5,000**
9:22 11:3,23
**$5,005**
7:11
**$5,005.80**
7:13
**$5,020**
12:2 21:20 22:10
23:9 29:11

**1**

**14**
5:20,23
**144**
4:7

**2**

**200**
30:1
**200-and-something**
29:19
**2013**
24:22
**2014**
24:23 32:8
**230-something**
30:2

**3**

**3:44**
33:16

**5**

**5,000-and-something**
7:10

**A**

**account**
9:15,16,20 10:6,11,
21 11:16 21:19
22:12 26:6 28:19
33:1,4,6

**accounts**
7:20,23 8:7,9 9:5,10
10:2,16,18 11:3,21
22:7,8,9,15,19,22
25:20,23 26:13
32:21
**accurate**
5:10,15,21 7:14,17
8:8 9:17
**action**
4:13
**actions**
13:11
**additional**
29:13
**address**
18:20,21 24:22 25:4
**addresses**
25:1
**ads**
8:3,4 16:20 17:8,21
31:22
**adults**
19:19
**afternoon**
13:3
**agree**
7:16
**ahead**
6:12 13:13
**Alexandra**
4:11
**Alvarado**
10:8,20 11:1
**ambiguous**
13:17
**amount**
7:4,7,9 10:17 23:4
29:22
**answers**
5:4
**apologize**
14:6
**apparently**
16:9
**appearing**
4:10
**applied**
22:21
**approximately**
21:7,21 26:13

**assume**
4:23
**attended**
17:2
**attorney**
4:11
**auditorium**
17:5
**aware**
14:13 15:12,14

**B**

**baby**
16:14 19:21
**back**
8:21 9:24 12:1,15
15:21 22:23,24 23:3,
5 24:22 28:3,4,11
30:11 32:7
**background**
6:1,8
**bad**
30:13,19
**bank**
33:4
**bankruptcy**
13:22 14:14
**banks**
8:19 18:3
**based**
7:19 10:22 31:14
**basically**
19:13
**beginning**
24:5
**believed**
29:1
**big**
8:15 16:3,21 17:3,5
18:2 24:7 28:6,12
31:21
**bizarre**
17:16
**Bonsignore**
14:22 15:6,12,18
**born**
16:14
**Boston**
17:3 24:8
**bought**
30:16

**brag**
31:10
**bragging**
31:9
**Brazil**
16:18
**Brazilian**
9:7 10:14 17:22 20:9
21:1,4 28:21
**bring**
16:23
**bringing**
13:5
**brought**
15:13 16:16 19:12
20:3
**bunch**
18:1 27:4
**business**
16:11
**buy**
8:6

**C**

**Calcano**
4:3,15 14:13
**call**
17:4,12 32:4
**called**
6:19 8:23 27:1,3
28:16,18
**calling**
26:24 27:4,16,17
**callings**
28:20
**calls**
27:7 28:5
**Candy**
16:21
**car**
31:12,15
**card**
29:19,22 30:1
**cars**
31:12
**case**
6:16 13:20,22 14:14
15:17
**cases**
15:13
**cash**

Case 16-04006    Doc 458-3    Filed 09/11/23    Entered 09/11/23 16:12:41    Desc Exhibit
C    Page 13 of 17

Telexfree, LLC, et al. vs
Franz Balan

Rudeidamia A. Calcano
February 15, 2023

8:6 9:24 11:7,9
12:18
**cents**
7:12
**change**
22:24 23:3,5,8
**changing**
24:4
**charge**
8:12 11:10 20:4
**checking**
32:24
**child**
19:15
**claim**
7:4,7,16
**claims**
13:5
**clarify**
13:18 14:9
**class**
4:13 13:11
**cloud**
25:17
**clued**
15:23
**colleagues**
27:24
**collect**
29:15
**company**
16:2 32:2
**computer**
25:23 26:4,20
**concerns**
29:2,4
**concluded**
33:16
**conference**
17:4
**confirm**
11:19 12:17
**confusion**
15:1
**connected**
17:23
**connection**
31:5
**contact**
24:13
**contract**
11:14 26:8

**contracts**
18:3
**copy**
5:14
**corporation**
16:19
**correct**
7:2,21,24 8:7 11:5
12:4,21 14:1,4,16
33:6,12
**cost**
9:16 21:20,22
**Counsel**
13:16 14:20
**couple**
8:16,17 19:3
**court**
5:4
**crazy**
30:8
**create**
32:21
**created**
33:5
**credentials**
25:10 32:18
**credits**
7:23 8:2,6 9:11,16
10:20
**Crush**
16:21

---

**D**

**D-A-U-R-Y**
18:12
**Daury**
18:10
**day**
12:5 27:1,5
**days**
5:20,23
**defendants**
4:13
**Delacruz**
18:14
**delay**
26:13
**delete**
25:16
**deposed**
4:17 13:8

**deposition**
6:5,12 13:23 14:19
30:4 33:16
**describe**
19:4
**disappeared**
12:16 16:10
**discussed**
30:5
**discussing**
33:9
**disperse**
11:9
**divide**
23:15
**divided**
23:11
**dollars**
7:11 11:20 21:8
29:20 30:2
**driver's**
4:5
**duly**
4:6

---

**E**

**earlier**
30:21
**earn**
7:23 8:2
**earned**
8:6
**email**
24:22 25:1,4
**emails**
25:11,12,14,16
**end**
19:9 28:18 31:23
**ended**
17:24
**English**
24:19
**enrollment**
8:22
**equally**
23:15
**errors**
5:22
**Estates**
4:12
**event**

8:15
**events**
28:7,13
**ex-husband**
16:1 19:1,6,11,20
20:10 21:15 25:5
28:22 29:8 32:1
**ex-husband's**
18:9,10 21:13
**exact**
10:17 23:4,8
**EXAMINATION**
4:8 13:1 32:15
**exchange**
12:2
**excuse**
25:5
**Executive**
4:6
**experimenting**
16:19
**explain**
23:4,6,20 24:17

---

**F**

**face**
31:3
**faces**
30:23
**fact**
28:16
**failed**
9:2
**fair**
25:22
**familiar**
10:9
**family**
21:21
**famous**
18:3
**fight**
30:12
**find**
24:16 32:4
**fine**
21:6
**five-something**
9:23
**five-twenty**
9:23 11:24

Case 16-04006  Doc 458-3  Filed 09/11/23  Entered 09/11/23 16:12:41  Desc Exhibit
C  Page 14 of 17

Telexfree, LLC, et al. vs
Franz Balan

Rudeldanna A. Calcano
February 15, 2023

**fix**
  28:10,19
**follow-up**
  32:17
**forget**
  27:20,21
**forgot**
  30:15
**Framin**
  10:8,19 11:1 33:10
**friend**
  8:20
**friends**
  19:10
**full**
  4:14 9:6

**G**

**gave**
  9:21 10:6,15,24
  11:7,14,19,20,23
  12:2,7,10,18 21:7
  22:10,11 26:7,8,14
  32:20
**general**
  23:24
**gentleman**
  20:9 21:1
**gentlemen**
  24:9
**gift**
  29:19,22 30:1
**give**
  5:4 11:17 21:15
  22:23 23:3,5
**giving**
  23:8 29:11
**God**
  33:3
**good**
  13:3 16:10 17:16
  18:7 30:16 31:7,11
**group**
  13:6 16:3
**guess**
  8:22
**guy**
  10:14 17:23 21:4
  24:12 28:21
**guys**
  10:13

**H**

**Hampshire**
  32:11
**handed**
  11:8
**handled**
  15:17
**happened**
  17:15
**hard**
  27:1
**Haverhill**
  32:9
**head**
  5:6
**hear**
  14:6
**heard**
  30:13,16,18
**helped**
  9:5
**helpful**
  24:16
**helping**
  6:5
**Hey**
  16:17
**Hispanic**
  17:23 20:18
**hit**
  27:20 28:11
**hold**
  8:15
**home**
  8:11,20 16:15 18:2
  26:21
**host**
  8:17
**hour**
  27:23
**house**
  10:14 16:23 18:2
  19:2,10,13,20,23
  20:1 23:12 24:18
  25:19 28:10 30:16
**houses**
  30:19
**husband**
  19:21 24:11,19,20
  25:4

**husband's**
  8:21

**I**

**idea**
  28:17
**identified**
  4:4
**identifying**
  5:22
**Ilyas**
  13:3
**inaudible**
  11:20
**individuals**
  13:4
**information**
  7:19 12:8 32:21,24
  33:6
**instruction**
  5:3
**instructions**
  4:18 5:1
**interesting**
  16:5 17:8
**internet**
  16:21
**invested**
  7:1
**investing**
  8:19 31:22
**investment**
  18:7
**involved**
  13:7 18:18

**J**

**job**
  16:12 17:22
**jobless**
  30:10
**Jose**
  9:13,14 10:5 11:1
  20:16,23,24 24:9
  27:10 33:9
**Juan**
  9:7 11:2 20:23,24
  24:9 27:10,11 33:9

**K**

**King**
  4:11
**knowledge**
  13:10,13 15:16
  29:24 31:5

**L**

**larger**
  29:22
**lawyer**
  6:13,14,16,18 14:16
  15:9
**learn**
  15:22
**left**
  22:21
**legit**
  8:18
**legitimate**
  11:13
**license**
  4:5 26:7 32:23 33:4
**life**
  24:3 30:15
**listening**
  19:5 20:7
**litigating**
  15:13
**litigation**
  13:7,19 14:13
**living**
  18:19,20,21,24
  19:20 31:20
**located**
  32:7
**location**
  32:11
**log**
  9:1 12:12 26:20 28:8
**login**
  12:3,8,11,21 32:22
**long**
  26:16
**Lopez**
  9:13,14 10:5 11:1
  20:16
**lost**
  7:5 30:19

Case 1:04006 Doc 458-3 Filed 09/11/23 Entered 09/11/23 16:12:41 Desc Exhibit
C  Page 15 of 17

Telextree, LLC, et al. vs
Franz Balan

Rudeidamma A. Calcano
February 15, 2023

**lot**
  17:6,21
**lump**
  10:2,15,22
**Luxurious**
  31:12

―――――
**M**
―――――

**machine**
  16:3 31:19 32:1
**made**
  31:5
**make**
  5:10,15 10:24 32:20
**making**
  31:21
**Massachusetts**
  4:5 32:10
**MDL**
  13:19,22 14:3
**meaning**
  13:22 26:5
**means**
  32:19,20
**measure**
  31:15
**meeting**
  15:20 17:1,2,3,18
  18:2 19:9 24:5,7
**meetings**
  8:14,17 19:4 31:17
**memory**
  28:7
**men**
  30:21 33:8
**mentioned**
  15:20 20:8 27:15
  32:1,18
**met**
  14:21,24 24:11,12
  28:22
**mind**
  20:17 29:3
**mixed**
  10:19
**Mm-hmm**
  6:10,22 7:8 9:14
  10:4,7,10 11:23
  12:9,19,22 19:2,7,16
  20:7,11 21:2,9 25:21
  26:21 27:13 29:7
  31:13 33:7,11

**money**
  10:6 11:6,15 16:7
  21:12,13,14,15,18
  22:1,10,11,21 23:10
  25:9 26:8,14 28:8
  29:9,13,15 31:5,21
**months**
  16:15
**move**
  26:23
**moved**
  32:10
**Murphy**
  4:11

―――――
**N**
―――――

**named**
  11:1
**names**
  10:19 12:3 20:3,15,
  21,22
**net**
  4:13
**newborn**
  30:10
**news**
  28:12
**nodding**
  5:6
**number**
  21:24

―――――
**O**
―――――

**oath**
  5:21
**objection**
  13:17 14:9
**open**
  10:16,20 11:3,16
  22:19
**opened**
  9:10 10:2,5,11
**opening**
  9:19 22:12
**operator**
  16:3 32:2
**operators**
  31:19
**opportunity**
  5:8

**Order**
  4:6
**owner**
  19:2

―――――
**P**
―――――

**p.m.**
  33:16
**paid**
  25:9 28:8
**Papas**
  4:9,11 12:23 32:16
  33:14
**paper**
  12:11
**paralegal**
  6:24
**paralegals**
  6:21
**part**
  19:8 23:20
**passport**
  33:2,4
**password**
  8:24 11:21 12:3
  27:21
**passwords**
  26:10
**Paulino**
  10:8,20 11:1
**pay**
  9:19 17:1
**paying**
  21:20 22:2
**payment**
  10:2 29:17
**people**
  9:10 10:5 13:6
  15:10,23 16:4,6,9,17
  17:6,11,14 18:1
  19:12,13,22 20:2,4,5
  23:11,20 24:13,16
  25:19 28:1,20 29:12
  30:7,12,18 31:20
**person**
  9:4 10:11 15:22
  17:22 28:16
**personally**
  14:21
**phone**
  27:7,17 28:5,18

**pick**
  26:9
**piece**
  12:10
**pitch**
  19:5,9 23:20
**place**
  13:17,24 18:19
**plaintiff**
  15:17
**plan**
  21:21
**platform**
  12:14
**point**
  26:19 29:8
**poor**
  31:20
**popped**
  28:6
**PORTER**
  13:16 14:1,4,8,20,24
  15:4
**Portuguese**
  24:15
**possibly**
  13:21
**post**
  22:2
**posting**
  8:3,4 17:21 31:22
**postpartum**
  16:15
**present**
  14:16
**presentation**
  17:7 20:1
**pretty**
  24:1
**problem**
  28:12 29:6
**proceeding**
  14:3
**process**
  8:13 29:2
**production**
  4:4
**program**
  7:1
**proof**
  17:17

Case 16-04006  Doc 458-3  Filed 09/11/23  Entered 09/11/23 16:12:41  Desc Exhibit
C  Page 16 of 17

Telextree, LLC, et al. vs
Franz Balan

Rudeidamia A. Calcano
February 15, 2023

**Pursuant**
  4:6
**put**
  16:20 24:13 25:10
  27:18 29:9
**putting**
  29:12

**Q**

**question**
  4:21,23,24 14:10
  32:17
**questions**
  4:20 6:2 12:24 31:24
  32:13 33:14
**quickly**
  4:18
**quit**
  16:6

**R**

**raise**
  29:2
**Ramon**
  9:11,12
**read**
  5:20 20:15
**ready**
  29:10
**real**
  18:6
**reason**
  25:14
**reasons**
  15:24
**recall**
  20:21,22 22:7,9 24:7
  26:19 29:11,12 32:3
**receive**
  29:21
**received**
  29:17,19 30:1
**receiving**
  5:23 19:9
**recognize**
  9:11,13
**recollect**
  10:22
**recollection**
  20:15 29:24

**record**
  14:20 33:15
**records**
  7:13 9:9
**referring**
  13:21 19:5 27:9
**regular**
  17:10,14
**relating**
  25:15
**relative**
  15:13
**remember**
  7:7 9:7 10:16 11:2,8
  12:1,9 16:2 20:3,24
  21:4,5,24 23:8,16,23
  24:10 27:14 28:2
  32:6,24 33:2
**reporter**
  5:5
**represent**
  13:4 14:2,6
**represented**
  6:16 14:18
**representing**
  13:5 15:2
**represents**
  15:9
**resolve**
  28:1
**rest**
  15:10
**retire**
  17:15
**return**
  5:22
**review**
  5:8,15
**reviewed**
  7:20
**reword**
  4:21
**Robert**
  14:22
**Rona**
  13:2,3,21 14:2,5,11,
  12 15:5 32:12
**room**
  6:2
**Rosa**
  9:11,12

**Rudeidamia**
  4:3,15
**Ruth**
  14:21
**Ruth1calcano@
  gmail.com.**
  24:24

**S**

**salary**
  31:21
**Salem**
  32:11
**sales**
  19:5,9 23:20
**sat**
  26:1 33:5
**savings**
  30:10
**scam**
  28:6 30:6
**scammed**
  15:11
**scams**
  30:7
**schedule**
  6:21
**selling**
  11:11
**send**
  5:19
**separate**
  14:3 18:15 29:22
**sequence**
  28:7,13
**series**
  4:20
**set**
  4:18 9:5,15 25:19,22
  26:14
**setting**
  8:10
**shortly**
  9:3 28:5
**show**
  7:13 9:9 26:22
**showed**
  12:12 17:17 31:18
**showing**
  18:2
**shows**

  9:16 10:18
**sign**
  5:21
**sitting**
  25:23
**sizing**
  31:14
**Social**
  33:3
**sort**
  31:14,15
**sound**
  7:14 9:17 10:8,21
  17:20
**sounds**
  17:8
**Spanish**
  24:14,17,20 27:13
**speak**
  17:2 24:14
**speaker**
  24:20 27:19
**speaking**
  24:17
**specific**
  29:2
**specifically**
  24:10 26:17
**spell**
  18:11
**spoke**
  24:14
**spoken**
  30:20
**spread**
  16:11
**started**
  32:9
**state**
  4:14 14:9
**storage**
  25:17
**stories**
  17:9 30:17
**Street**
  18:23,24
**stuff**
  6:9
**submitted**
  7:4,16,17
**successful**
  31:16

Case 16-04006 Doc 458-3 Filed 09/11/23 Entered 09/11/23 16:12:41 Desc Exhibit
C Page 17 of 17

Telexfree, LLC, et al. vs
Franz Balan

Rudeldanna A. Calcano
February 15, 2023

**sum**
  10:2,15,22
**supposed**
  8:22 9:1 22:23 23:2
  28:11
**sworn**
  4:6

---

**T**

**taking**
  13:23
**talk**
  6:11,14 19:23 20:6
  31:3
**talked**
  6:20 8:9
**talking**
  16:5 17:5
**team**
  23:18 24:6
**teams**
  23:21,23
**technical**
  29:5
**Telex**
  4:12 7:20 9:9 12:3
**Telexfree**
  7:1 11:12,22 13:5,19
  15:11,13,22,23 16:7
  18:18 23:21 24:17
  25:11,15 28:12,17
  29:9 31:6,16 32:21
**testified**
  4:7 21:6 25:18
**thing**
  8:16 11:12 16:16,18,
  21 28:6 31:21
**things**
  11:17 26:23 28:9,10
  31:15 32:23
**thinking**
  26:15
**thought**
  28:22 29:5
**thousand**
  9:22 11:20,23,24
  21:7
**three-week**
  26:12
**time**
  8:12 16:14 17:14
  18:18 19:1,14 21:18

  23:10,17 24:21
  25:17 26:15,16 27:6
  28:23 30:9,14 31:7,
  10 32:3 33:1
**times**
  19:3
**today**
  4:10 5:9 6:3,12
**told**
  28:9
**touch**
  24:8,10 26:3
**transcript**
  5:9,11
**transfer**
  11:6
**true**
  7:17
**trustee**
  4:12 13:4 29:18
**trustees**
  6:19 30:4
**truthfully**
  4:24
**turn**
  15:21
**twenty**
  21:7
**type**
  26:5

---

**U**

**unclear**
  14:10
**understand**
  4:20,22 5:1 6:23
  10:1,24 12:17 13:23
  14:15 32:20
**understanding**
  30:3
**understood**
  4:23
**username**
  9:1 11:17,21 26:9
  27:20

---

**V**

**vacations**
  31:12
**Vague**
  13:17

**verbal**
  5:4
**versus**
  4:12

---

**W**

**Walnut**
  18:23,24
**wanted**
  14:9 30:4
**warehouses**
  31:20
**ways**
  8:2,5
**week**
  6:15
**weeks**
  12:6,7,20 26:17
**winners**
  4:13
**word**
  16:11 19:3
**words**
  18:15
**work**
  14:22 16:6,17 23:21
  24:12 26:20,23
  27:15 28:9,22 32:7
**worked**
  11:18 16:1,4 20:9
  23:18 24:1 28:16
**working**
  16:7,16 17:11 24:2
  27:3 31:20 32:2
**write**
  20:17
**written**
  5:9,11,14

---

**Y**

**year**
  25:13 31:12
**years**
  16:8,9 30:17,18
**young**
  28:24