# EXHIBIT D

# In the Matter of:

*Telexfree, LLC, et al. vs*

*Franz Balan*

*Arismendy Alexandry Disla*

*February 21, 2023*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



## Page 1

```
 1       UNITED STATES BANKRUPTCY COURT
            DISTRICT OF MASSACHUSETTS
 2
 3  In Re TELEXFREE, LLC, et al.,      )
            Debtor,           )
 4                            )
    ----------------------------        )
 5                            ) Case no.
    STEPHEN B. DARR, TRUSTEE OF THE     ) 14-40987-EDK
 6  ESTATES OF TELEXFREE LLC, et al.,   )
            Plaintiff,        ) Chapter 11
 7                            )
      v.                      ) Adv. Proc. No.
 8                            ) 16-4006
    FRANZ BALAN, A REPRESENTATIVE OF A  )
 9  CLASS OF DEFENDANT NET WINNERS,     )
            Defendant.        )
10
11
12
13      DEPOSITION OF ARISMENDY ALEXANDRY DISLA
              Appearing remotely  from
14          12596 Innovation Falls Drive
                  Orlando, Florida
15                February 21, 2023
              Commencing at 2:00 p.m.
16
17
18  Reported by:  Genevieve Y.J. Van de Merghel
         Notary Public and Stenographer
19          Appearing remotely from
         Hampshire County, Massachusetts
20
21
22
       O'Brien & Levine Court Reporting Solutions
23              68 Commercial Wharf
             Boston, Massachusetts  02110
24             617—399—0130
```

## Page 2

```
 1              APPEARANCES
 2
 3  ANDREW G. LIZOTTE, ESQUIRE
       Murphy & King, PC
 4  28 State Street, Suite 3101
    Boston, Massachusetts 02109
 5  617-423-0400
    alizotte@murphyking.com
 6    Counsel for the Plaintiff
      (Appearing remotely)
 7
 8  ILYAS J. RONA, ESQUIRE
    MICHAEL J. DURAN, ESQUIRE
 9  LEA KRAEMER, ESQUIRE
    Milligan Rona Duran & King LLC
10  28 State Street, Suite 802
    Boston, Massachusetts 02109
11  617-395-9570
    ijr@mrdklaw.com
12  mjd@mrdklaw.com
    lk@mrdklaw.com
13    Counsel for the Defendant
      (Appearing remotely)
14
15
16
17
18
19
20
21
22
23
24
```

## Page 3

```
                                                    Page 3
 1                  I N D E X
 2
 3  WITNESS                    EXAMINATION
 4  ARISMENDY ALEXANDRY DISLA
      BY MR. LIZOTTE . . . . . . . . . . . . . .  4
 5    BY MR. RONA . . . . . . . . . . . . . . . 14
      BY MR. LIZOTTE . . . . . . . . . . . . . 30
 6
 7
 8             E X H I B I T S
 9
10       (No exhibits marked.)
```

## Page 4

```
                                                    Page 4
 1               P R O C E E D I N G S
 2
 3       Counsel present agree to conducting today's
    deposition remotely via videoconference.
 4
 5       ARISMENDY ALEXANDRY DISLA, having
 6       first been identified by the production
 7       of his Florida driver's license and duly
 8       sworn Pursuant to Executive Order 144,
 9       testified as follows:
10            EXAMINATION
11  BY MR. LIZOTTE:
12  Q.  Arismendy, thanks for being here today.  My name
13  is Andy Lizotte.  I am one of the lawyers for Steve
14  Darr.  He is the trustee in TelexFree.  We have some
15  litigation going on with some other parties, and we
16  just need to get some additional information from you
17  about TelexFree.
18  A.  Mm-hmm.
19  Q.  If you have any questions about -- or you don't
20  understand a question that I have asked, just let me
21  know.  As Genevieve just mentioned, when we are done,
22  she will prepare a written transcript.  Would you like
23  to have an opportunity to review that when it's done?
24  A.  Yes.
```

Page 5

1  Q.  Okay.  So I am looking at a proof of claim.  Can
2  you confirm this is your claim that you filed in the
3  case?  It's Claim Number 63394.  Arismendy Alexandry
4  Disla.  And the amount of the claim was $124,312.
5  Does that sound correct?
6  A.  Yeah.  I remember, yeah.  It was so many years.
7  Q.  No, I understand.  Okay.  So how did you get
8  involved in TelexFree?
9  A.  I got involved -- it was in the community, the
10 Spanish community, the Dominican Republic community.
11 I guess there was, like, leadership in Lawrence,
12 Massachusetts.  I used to live in Providence.  I
13 always listened to a guy, one of the top Dominican
14 guys.  His name was Santiago Delarosa.  Then everybody
15 was connected from other people.  There was other,
16 more names in there.  Those are, like, the top leader.
17 They got me involved.  That month, my mother died and
18 I was in a situation, and then -- it was, like, a
19 network.  There were, like, five of them -- I believe
20 there were, like, five or six them.
21      And they proposed me this business model.  Copy
22 and paste and this package.  I mean, like, oh, okay.
23 Everybody -- they was showing, you know, events and
24 making meetings and making money and -- you know.

Page 6

1  Everything was, like, "Oh, if you invest this much,
2  this much you get every daily or weekly."
3       Then, from there, they were saying, "Oh, you've
4  got to pay this package."  I can't remember.  I think
5  it was VIP.  There was different packages.  And then
6  after there was, "Oh, you've got to do this on the
7  computer, copy and paste, copy and paste."
8       And then I actually, you know, give checks,
9  official checks, because I work hard for my money.
10 And they took it to the headquarter, to the TelexFree,
11 because I run a business, a small business.  So my
12 money was my task pay.  I earned my money.
13      And then that's how they got me involved with
14 all these meetings, Zoom meetings, and communities.
15 It was all connected to the New England area.
16 Q.  So do you remember the person who helped you get
17 started?  Was it a person named Sandy Duran?  Does
18 that sound familiar?
19 A.  Sandy Duran?  There were so many people.
20 Q.  Let me --
21 A.  It sound familiar.  It sound familiar.  It sound
22 familiar.  Like I said, there was a lot of -- there
23 was Brazilians and there was, like, Dominican
24 community.

Page 7

1  Q.  When you got started, can you explain to me how
2  you got started?  How you opened an account to get
3  started?
4  A.  Oh, how I opened an account?
5  Q.  How did that all start?
6  A.  Okay.  So the first thing started, I give
7  official check.  I put my proof to the trustee that
8  it's a check.  And they took that amount, the check,
9  to the headquarter.  And they, "Okay.  We are going to
10 create you a login and username."  Once that, they
11 activate it, then you put your username and they will
12 open the account for you.  That's how.  Once they got
13 the funds, I was waiting 24 hours -- about 24 hours,
14 40 hours.  That how they say, "Okay.  Your username
15 and account is open.  Now you can do the copy and
16 paste."  You know?
17 Q.  So did they open the account on the computer for
18 you or did you do it?
19 A.  They did it from -- I opened one myself, and
20 then all the accounts that I opened, they actually
21 have to do it from the headquarter in the
22 Massachusetts, because they saw there was a lot of
23 money involved.  And they opened all the rest of the
24 accounts.  And they said, "Okay.  Because it is a

Page 8

1  large amount, we need to do it from the headquarter.
2  We need to type it manually."  They need to do a
3  verification themselves.  It was a large amount.  So
4  the small amount you can do yourself, but when it's a
5  large amount, the headquarter have to do it.
6  Q.  So did you pay via cash or a check or how did
7  you pay?
8  A.  Check.  Official bank check.
9  Q.  Do you remember who you were paying the check
10 to?
11 A.  The check was made to TelexFree.
12 Q.  Okay.  And so you gave a check to TelexFree.
13 You said they took the check?
14 A.  They took the check, yes.
15 Q.  Do you know, who is "they"?  These are just --
16 do you remember the names?
17 A.  It was a guy with glasses, a bald guy with
18 glasses.  Is it Steve?  I think Steve -- I think I
19 remember his name was Steve.  It was one of their
20 manager or COO, or it was one of the chief officers
21 running the offices.  Yeah.
22 Q.  Do you know if the people that were helping you
23 got any money when you were opening the accounts?
24 A.  When I was, if they got any money?  Oh, probably

Page 9

1 they did, because it was like a network marketing. So
2 whoever signed me up, he probably got bonuses and --
3 yeah, they probably got paid, you know, the
4 commission, the bonus.
5  Q. Do you know what happened to the check? You
6 gave them a check to TelexFree.
7  A. Mm-hmm.
8  Q. And after that, do you know what happened to the
9 check after that?
10  A. Well, the check got cleared. They cash it and
11 everything. Then, from there, it's over, you know.
12  Q. Do you have any of your old bank records or tax
13 records or anything that would show these payments
14 that you made?
15  A. I have to take a look for it and ask. It was at
16 bank Santander. I think I do. I have to look for it
17 because -- I have to check and research it. But I did
18 have, you know, a copy of -- you know that pink copy
19 they give you? The pink copy, the receipt, yeah. So
20 I have take a look for it because it was so many
21 years, you know, so I might, maybe, throw them. But I
22 have to find it, yeah.
23  Q. Okay. Did anyone help you open accounts
24 where -- do you know what the credits system was that

Page 10

1 when you placed ads, you earned credits? When you got
2 commissions, you earned credits?
3  A. Mm-hmm. Mm-hmm. Mm-hmm.
4  Q. You could spend the credits. Right?
5  A. Mm-hmm. Mm-hmm.
6  Q. Do you recall any situations where someone would
7 have been opening an account for you where they used
8 their credits to open the account for you?
9  A. Like -- yeah. Like, okay, they say, "Let me
10 open an account for you. Here is a credit, and then
11 you pay me." Kind of like that?
12  Q. Yeah.
13  A. Yeah, yeah. There were a couple guys that would
14 use it, and they even doing it in front of the
15 community meetings. In the meetings. Like, "I got --
16 I have a credit. I have a balance, so who wants to
17 open a credit? Give me 1300 or 1400." And they used
18 to do it right in front of the people in those little
19 meetings, 20, 40, 50, even 100. Even in the big
20 meetings. So uh-huh. They get like, "Give me cash,
21 and I open it for you," and then, like, they do the
22 rest for you.
23      Yeah, because they were looking, like, in the
24 database, looking how much money they have so they can

Page 11

1 actually -- it's kind of, "Oh, give me cash. I give
2 you credit. Then you move forward."
3  Q. So was there a lot of that going on?
4  A. Yeah. Actually, when I came here to Florida
5 they did a lot in that meeting, that huge event. And
6 even in Massachusetts. There was, like, a lot of
7 money going on. I saw it and was like, oh, wow. I
8 mean, money going in and out. People doing stuff on
9 the computer like -- you know, but yeah. So they
10 were, like, 1300. Boom, boom, boom. Money. Boom.
11 1400. Boom. So there were a lot of people with
12 computer doing those transactions in front of the
13 meeting. Because people was looking like this is
14 real, you know, that this is how it works.
15      And that was -- they would conquer people. They
16 conquered me. Like, you know, hey, like -- kind of
17 like motivation. This is how it works. This is how
18 money is made, you know. And that's how it works.
19 And that's how they attract a lot of people
20 everywhere.
21  Q. Okay. Did you have situations where you were
22 using your own credits to open more accounts for
23 yourself?
24  A. Yeah. I was opening my own account my myself.

Page 12

1 I never want to going forward and promote it to
2 people.
3  Q. Okay.
4  A. Mm-hmm. So that's why I had all my accounts my
5 own self. Like, okay, I use it myself.
6      But I lost a lot of money. I lost everything.
7 I lost my financial, my business, my life. My mother
8 died that same month. And then everybody, like,
9 disappeared. Some of them, they were going out of
10 Dominican Republic, taking money and invest it. It
11 really hurt when someone take your money and promote
12 these kind of scams. And then bad promoters,
13 leaderships out there, they rip you wide open and they
14 move on and they don't care. They leave you like
15 that.
16      And then from there, a lot of them, they were
17 probably taking those money under whatever the common
18 cash, investing it in something -- houses or cars or
19 maybe out there, they were showing it overseas and
20 maybe they try to live out of the country, you know.
21      And, you know, for me it really hurt me because
22 even they -- for me, they took advantage of my own
23 money. They took advantage of my work, my business.
24 They took advantage of my fund, my capital. And then,

Page 13

1  from then, it's like you see them driving nice car,
2  nice house, luxury, going to restaurants and all that
3  coming from money from my own things.
4      And now, where they are? I don't know where
5  they are. They are all gone. All this money that
6  came, it was a scam, you know. So it hurt myself, my
7  family, all financially.
8  Q. Okay. I don't think I have any other questions.
9  There's another man here, Ilyas, who may want to ask
10 you a few questions.
11     But if you could, make a note to see if you have
12 any of those old records you were talking about, the
13 payments that you may have made.
14 A. Yeah. I have to look for it because it was --
15 the bank was Santander Bank. But I have to check
16 emails and scanners from those checks. There was a
17 lot of -- you know, there was large amounts. It went
18 almost to -- close to 100. But more than that, I have
19 to give in cash and people give in credit, you know.
20 So I bought -- I have to search it, because I didn't
21 expect this meeting. If I had known I would have
22 grabbed it. But I have to search it real, real, real
23 well then. I found a few of them.
24     But I know there was a check that I given --

Page 14

1  some of them was, like, they divide it. The first one
2  was, like, 75. The other one had been to divide in
3  19, 20, so it's different payments. Yeah.
4      MR. LIZOTTE: Okay. Thank you. Ilyas, go
5  ahead.
6          EXAMINATION
7  BY MR. RONA:
8  Q. Good afternoon, Mr. Disla.
9  A. Yes. Good afternoon.
10 Q. My name is Ilyas Rona. I represent individuals
11 against whom the trustee is bringing claims.
12 A. Mm-hmm.
13 Q. And I just have a few questions for you.
14 A. Yes.
15 Q. How much was the check that you described, the
16 one that you -- was drawn from --
17 A. It was over than $75,000. Over, more than that.
18 Q. Okay.
19 A. Yeah. Like I said, it was all different checks.
20 They were all different checks, separated. But I have
21 to search it, because it was so many years. I did not
22 know that this was going to come. But I have to
23 search and look at it. Some scanners -- I think I do
24 have it in the scanners, so I believe so.

Page 15

1  Q. Okay. And the money that you lost, you
2  mentioned -- well, how many checks do you think that
3  there were that -- official checks, as you called
4  them, that were payable to TelexFree? Do you remember
5  how many checks, in total?
6  A. Like I said, it's -- I know it's over $75,000.
7  I can tell that. Because the first 75 have to be -- I
8  think it was $14,500 separated in five individual
9  checks. I remember. They were all separated. And
10 then some of them -- because I did submit it. When I
11 made the claim, I did submit the proof to the trustee.
12 I am not sure if he has it, but I did put some
13 evidence and send it and everything, because it was --
14 you know, it was a good amount. I have to look for
15 it.
16 Q. Okay. Other than the checks that you described,
17 did you put any other forms of cash into TelexFree?
18 A. Yeah. Like people selling credit, yeah, you
19 know. Yeah, some of the cash. Yeah.
20 Q. Did you buy credits for cash?
21 A. Yeah. Yeah. I had, like -- I had to sell a
22 few, my assets like cars and stuff. Yeah. They were
23 offering me, like, this package of 39,600, something
24 like that. Another one -- that was one package.

Page 16

1  There was a few packages, but yeah.
2  Q. Just to be clear, when you say "package," this
3  was to buy a block of credits not tied to any number
4  of user accounts. Is that right?
5  A. No, no. It's just like the packages and -- you
6  know, the more you grow an account, the more you make
7  money. Because mine was, like, an account by numbers
8  and by numbers. That's how, you know, they were
9  offering me the credit, yeah.
10 Q. Well, I just want to make sure we are using the
11 same language here. The 39,000 example that you gave,
12 was that that you give somebody $39,000 and you get
13 $39,000 in credits or are you getting accounts?
14 A. No, it's like when you're getting account. It's
15 like a bowl account. Like, you buy in and they use
16 that copy, paste, copy, paste and then you start
17 making money daily and weekly.
18     It's kind of they are selling to you, you know?
19 "Here's a packet, and then you are going to start
20 making money from today. And then copy and paste.
21 Copy this." That's the way -- the business model the
22 promoter was offering to the public, to everybody.
23 Q. Okay. And how much cash do you think you gave
24 to people?

Page 17

1  A. Like, me giving to people or -- me giving to the
2  people?
3  Q. Yeah.
4  A. Oh, well, the first one, 75. It was more
5  than -- over 30- or $50,000, because it was me. I got
6  my family, my dad, and I was -- they were actually
7  giving me cash and helping, because that's why I fed
8  them. We all got hurt.
9  Q. Okay. So your family was involved in TelexFree
10 along with you?
11 A. Yeah. My brother, my father, my sister, yeah.
12 Q. Do you know someone named Daisi Jimenez?
13 A. She is my mother. She died.
14 Q. Okay. I am sorry for that.
15 A. Yeah.
16 Q. Did she have any involvement in TelexFree
17 herself?
18 A. Yeah. Yeah, because I was the one who was
19 handling her account.
20 Q. And what do you mean by "handling her account"?
21 A. I was her son. I was the one who manages her
22 account. She gave me the money and then -- yeah, it
23 was all family together.
24 Q. And you used your email address probably or --

Page 18

1  A. No, I can't remember.
2  Q. Did she have an email address that she used?
3  A. No, no, no, because she didn't speak English at
4  all. She didn't.
5  Q. Okay.
6  A. Then it was like -- I think I remember, because
7  she actually -- no, I bought her account for her with
8  my own money.
9  Q. Okay. Meaning you gave money to somebody else
10 to open up accounts for her?
11 A. Exactly, yes. With my own money, exactly.
12 Somebody sold me that credit.
13 Q. And some of your accounts have "Daisi" in the
14 login name.
15 A. Mm-hmm.
16 Q. Are those accounts that you created for her or
17 were some of those also your accounts or do you
18 remember?
19 A. Those are mine. All of them are mine. Because
20 she has passed away, I put that as a remember.
21 Q. Okay. What about did you have accounts that
22 said "DJ" in the name, in the login name?
23 A. DJ?
24 Q. That would be back to your mom's initials?

Page 19

1  A. Yeah. The initial, yeah. Those are mine.
2  Q. But those are still your accounts?
3  A. Yeah, yeah, yeah.
4  Q. How about a Sergio Anibal Correto? Do you know
5  who that is?
6  A. Sergio what?
7  Q. Anibal Correto. Do you recognize that name?
8  A. No, no, no.
9  Q. Do you know why there would be an account in
10 that person's name but with your email address?
11 A. No, not sure. I don't remember.
12 Q. Okay. How about Jannie Arias?
13 A. That's -- Jannie Arias or Jannie Disla?
14 Q. Jannie Arias.
15 A. Not remember. Because there was leaders on top.
16 They were creating accounts, putting under me so they
17 can make money on top. That's how they used to do it.
18 Like, a guy I don't know, "Oh, I am going to put this
19 guy under him." Boom. And they would like to create
20 more network to make more money. People that I don't
21 even know who were coming from that system.
22 Q. So the people that were sort of above you that
23 were creating accounts would make an account that was
24 supposed to be your account?

Page 20

1  A. There were leaders on top of me. They were
2  making account so they could put it under me so they
3  can make some money, because I wasn't even promoting.
4  "Let me put this guy under him so he can seem he is
5  making a network. He is making money." I'm like
6  where did these people come from?
7  Q. Meaning people above you would put accounts
8  underneath you?
9  A. Underneath me, yeah, without even myself not
10 signing. They were doing, like -- the top leaders,
11 because they're making money, they've got the cash,
12 they're putting people, putting people under me.
13 Like, who are these people coming? I don't even know
14 who they are.
15 Q. So is it fair to say in those situations, you
16 didn't collect money from those people?
17 A. No, no, because my money -- all my capital was
18 all there. They were the one who wanted to get more,
19 I guess, like -- they were trying to get more -- the
20 whole system, they were trying to get more money for
21 leaders on top, you know. Earning -- they could
22 collect, like, more in bonuses and other things.
23 Yeah.
24 Q. Okay. So just because someone might appear in

Page 21

1 the computer to be underneath you doesn't mean that
2 you took money from them.  Is that right?
3   A.  No.  No, I didn't took money from them.  I never
4 offered them.  I never told them about it.  It was,
5 like I said, those leaders that were managing,
6 monopoly, those systems to put people, like, under and
7 put more people under.  It's kind of like grading the
8 tree -- they were building their own tree.  Like,
9 where are these people coming from?
10   Q.  Did you ever collect cash from anybody in
11 TelexFree?
12   A.  No, no.
13   Q.  Okay.
14   A.  I lose.  They collect from me.
15   Q.  Your claim -- what happened to your claim for
16 120-plus thousand dollars?  Did it get allowed?
17   A.  Some of them, I didn't get.  No, I didn't get --
18 I didn't get enough.
19   Q.  Okay.  Do you know, did some of your claim get
20 disallowed?
21   A.  No, not at all.  I remember it got allowed.
22   Q.  How much did you receive in payments from
23 TelexFree?
24   A.  From when they approved the first, I think,

Page 22

1 like, $150 million.  Are you talking about that claim?
2   Q.  Well, yeah, just in total, how much have you
3 received in the bankruptcy?
4   A.  I can't remember.  It was, like, in the
5 50-something.  And I am not sure, but I didn't collect
6 enough.  It was in the 50 -- I can't remember.  Fifty-
7 two, fifty-three, something like that.
8   Q.  And when you went to submit a claim, did you --
9 do you remember sitting at a computer and going
10 through the process of having to identify accounts
11 that belonged to you?  Do you remember that process?
12   A.  A little bit.  But I think the trustee did all
13 the work, whoever they identified, yeah.
14   Q.  Okay.
15   A.  But a little bit.
16   Q.  Meaning that you went in and they showed you
17 accounts that they said were yours?
18   A.  Yeah, "This is yours."  I think they were going
19 through the system doing an audit and checking on the
20 audit.
21   Q.  Do you remember changing or in any way
22 disagreeing with the accounts that the trustee --
23   A.  No.  I didn't change anything.  I was just like
24 it is what it is, you know.

Page 23

1   Q.  Okay.  How about Julito Torres.  Do you
2 recognize that name?
3   A.  Julito Torres?
4   Q.  Yes.
5   A.  Those are people, like I said, they were coming
6 from network.  I know a lot of them, they claim and
7 they got paid.
8   Q.  Okay.  And do you recall opening up your own
9 accounts using your own credits?
10   A.  I think I remember, yeah.  For some of them, I
11 had to come with my own cash.  Yeah, I remember I had
12 to pay people something.  Some people, "Hey, transfer
13 me the money here."  "Pay me here," you know.  And
14 they would, like, transfer the credit.  I would
15 transfer the credit.
16   Q.  Did you ever -- apart from opening an account,
17 did you ever buy yourself credits?
18   A.  Buy myself?  No, you have to buy credit from
19 another person.  They can transfer it and then you can
20 buy it.  You can't buy yourself.  You have to, like --
21 if you want it quick, like, right away, "Hey, who got
22 credit here?"  And then somebody call another person,
23 another person, so they can cash out.  And then they
24 pass the money and then transfer the credit.

Page 24

1   Q.  Did you ever do that in either direction,
2 meaning did you ever buy credits or sell credits?
3   A.  Not sell.  Buy.  You know, somebody like, oh,
4 they pass me the money into the bank account, and then
5 I would transfer it to you.
6   Q.  Do you recall who you bought credits from?
7   A.  There was so many name.  It would come from a
8 whole network.  I know there was Santiago.  There was
9 another guy named Rudy.  I don't remember the last
10 name.  Those are the top guys that were making -- they
11 said they had millions.  I don't know, a lot of
12 monies, you know.
13   Q.  So if you wanted -- at the time, if you had
14 wanted to buy credits, you knew who you could contact
15 to buy credits?
16   A.  You contact one person and the other person
17 would contact, "Oh, I've got the money from this guy."
18 I don't know how he got it, from where, but they said
19 they would come to the top guy.
20   Q.  Do you recall -- on at least on one or more
21 occasions, you did that; you bought credits from
22 somebody?
23   A.  Yeah.  You have to call that person and they go,
24 "Okay.  Let me call my people."  But I don't know who

Page 25

1  those people are.
2  Q.  Okay.
3  A.  They were calling, like, the top.  The top.  Who
4  was the top?  It was like it transferred and
5  transferred and transferred.
6  Q.  I get it.  And in that situation where you
7  bought credits, was there any type of negotiation on
8  the cost of those credits or was it just simply, "This
9  is what the credits are worth and give us the money"?
10 A.  Yeah.  They were just saying, "This is how much
11 these are worth."  Boom.  Done.  You know, "Deposit
12 this amount."
13 Q.  Okay.
14 A.  Mm-hmm.
15 Q.  Just bear with me for a second.  At the time
16 that you were involved in TelexFree, do you remember
17 what email address you were using?
18 A.  Not sure if it was in my email, my personal
19 email.  I can't remember.
20 Q.  Do you recall an email address for your
21 TelexFree work called dislatelexfree?
22 A.  Yeah.  This was my email.  Yeah, that's my
23 email.  Yeah, that one.  Yeah.
24 Q.  @gmail.com.  Do you still use that email

Page 26

1  address?
2  A.  What, that email?  No.  I don't still use it,
3  because they were saying, "Oh, you have to open
4  different accounts with different email."  That was --
5  they were telling me that, you know, the top leaders,
6  you know, for you create -- you know, create accounts.
7  Q.  Okay.  And, currently, you use an email that is,
8  if I am not mistaken, disla1515@gmail.com.  Is that
9  right?
10 A.  No.  I don't use that email.
11 Q.  Did you, at some point, use disla1 --
12 A.  Yeah, yeah.  It was because, like I said,
13 that's -- for you create an account.  That was when I
14 invest a bunch, a lot amount of money, you have to
15 create emails.  And they say, "Oh, you have to open
16 different emails so you can get more accounts and more
17 accounts."  And that was from the people that were
18 giving me credit.
19 Q.  Okay.  And do you know 1515, the significance of
20 that?
21 A.  That's my login.
22 Q.  That's your login?  Okay.
23 A.  Just to remember the number.
24 Q.  And I think you were asked, but do you

Page 27

1  remember -- what do you remember about Sandy Duran, if
2  anything?
3  A.  Sandy Duran.  I think it's -- I believe she
4  is -- I don't know if she is the lady, dark person,
5  black.  She is black-colored, dark person.  I am not
6  sure if she is the one.  Because I know they were --
7  they were connected with other leaders like Santiago,
8  Delarosa, all those top leaders in Boston,
9  Massachusetts.  All these leaders, they were, like,
10 all friend and everybody connected there.
11 Q.  Okay.  To your recollection, did you ever -- I'm
12 not talking here about checks, but did you ever give
13 Sandy Duran cash?
14 A.  Me, directly?  Me giving cash to her?  That I
15 know, no.  Well, it could be come from another person,
16 because they were all connected.  You can see the name
17 on the top where like -- you know, like, oh, it's like
18 maybe Sandy -- okay, she probably talked to Rosa and
19 then Rosa finally sell the credits to me or they come
20 from her.  It was almost like a transfer, like, you
21 know, one person giving another person.  You know?
22 Q.  But my question, though, is just focusing on
23 her.  Do you remember ever giving her cash?
24 A.  Me giving her cash?  No, I never gave any cash

Page 28

1  to her.
2  Q.  Okay.  I just want to go back over a couple of
3  things that you said.  You mentioned that you were a
4  small business owner.  What was the business that you
5  had been running?
6  A.  I was doing -- I was a candy distributor.  Candy
7  distribution and food distribution.
8  Q.  Was that AAA?
9  A.  Yeah.  Distribution.
10 Q.  That business is closed?
11 A.  That business is closed, yes.
12 Q.  Was that business the source of the funds that
13 you put into TelexFree?
14 A.  Yeah.  My person.  Yes.
15 Q.  You had mentioned a guy named Steve that was
16 involved in TelexFree.  Was that Steve Labriola?
17 A.  Yeah, yeah.  He was, like, one of the top
18 manager of the headquarter he was at.
19 Q.  Did you give Steve Labriola a check?
20 A.  He got the check.  He got the check from a
21 person that he came to my house and he drove over
22 there and then bring it to him and give it to him.
23 Mm-hmm.
24 Q.  So you gave the check to somebody else who gave

Page 29

1  it to Steve?
2  A.  Mm-hmm.
3  Q.  You have to say "yes" or "no" for the
4  stenographer.
5  A.  Okay.  Go ahead.
6  Q.  So the question was did you give the check to
7  somebody else who then gave it to Steve Labriola?
8  A.  Yes.  Yes.
9  Q.  Okay.  Thank you.  Just one more moment.  Bear
10  with me.  Thank you.  At some point, were you living
11  in Arizona?
12  A.  Yes.
13  Q.  When you were involved in TelexFree, were you in
14  Arizona or in Rhode Island?
15  A.  I was in Arizona and then left for Rhode Island.
16  When I got to -- that's when they introduced me.  Then
17  when I got to Rhode Island, that's when they got me
18  more involved.  That's when the big guys came, like,
19  the top leaders.
20      MR. LIZOTTE:  Okay.  I am going to just
21  check my notes, but I think I am done.
22      Andy, I don't know if you have any more
23  questions.
24      MR. LIZOTTE:  I think I'm all set.

Page 30

1      EXAMINATION
2  BY MR. LIZOTTE:
3  Q.  The address that you mentioned in Orlando that
4  you are at, Arismendy, is that where you live?
5  A.  Yes.
6      MR. LIZOTTE:  Mr. Disla, thank you.
7      (Deposition concluded at 2:36 p.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 31

1  ERRATA SHEET DISTRIBUTION INFORMATION
2  DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS
3
4
5  ERRATA SHEET DISTRIBUTION INFORMATION
6
7      The original of the Errata Sheet has been
8  delivered to Andrew G. Lizotte, Esquire.
9      When the Errata Sheet has been completed by
10  the deponent and signed, a copy thereof should be
11  delivered to each party of record and the ORIGINAL
12  forwarded to Andrew G. Lizotte, Esquire, to whom the
13  original deposition transcript was delivered.
14
15      INSTRUCTIONS TO DEPONENT
16
17      After reading this volume of your deposition,
18  please indicate any corrections or changes to your
19  testimony and the reasons therefor on the Errata Sheet
20  supplied to you and sign it.  DO NOT make marks or
21  notations on the transcript volume itself.  Add
22  additional sheets if necessary.  Please refer to the
23  above instructions for Errata Sheet distribution
24  information.

Page 32

1  PLEASE ATTACH TO THE DEPOSITION OF WITNESS
2  CASE:  NO. 14-40987-EDK
3  DATE TAKEN:  February 21, 2023
4      ERRATA SHEET
5  Please refer to Page 31 for Errata Sheet instructions
6  and distribution instructions.
7  PAGE   LINE CHANGE      REASON
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15      I have read the foregoing transcript of my
16  deposition, and except for any corrections or changes
17  noted above, I hereby subscribe to the transcript as
18  an accurate record of the statements made by me.
19
20      Executed this ___ day of _____, 2023.
21
22      _____
23      ARISMENDY ALEXANDRY DISLA
24

Page 33

```
 1         C E R T I F I C A T E
 2
 3  COMMONWEALTH OF MASSACHUSETTS
    HAMPSHIRE, SS.
 4
 5         I, Genevieve Y.J. Van de Merghel,
 6  Stenographer, hereby certify:
 7         That ARISMENDY ALEXANDRY DISLA, the witness
 8  whose testimony is hereinbefore set forth, was duly
 9  sworn by me, pursuant to Mass. R. Civ. P. 27, 29, 30,
10  30A, and 31, and that such testimony is a true and
11  accurate record of my stenotype notes taken in the
12  foregoing matter, to the best of my knowledge, skill,
13  and ability.
14         I further certify that I am not related to
15  any parties to this action by blood or marriage; and
16  that I am in no way interested in the outcome of this
17  matter.
18         IN WITNESS HEREOF, I have hereunto set my
19  hand this 27th day of February, 2023.
20
21         [signature: Genevieve YJ Van de Merghel]
22         _____
23         Genevieve Y.J. Van de Merghel
           My Commission Expires: 12/16/27
24
```

Case 16-04006    Doc 458-4    Filed 09/11/23    Entered 09/11/23 16:12:41    Desc Exhibit
D    Page 12 of 17

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

### $

**$124,312**
5:4
**$14,500**
15:8
**$150**
22:1
**$39,000**
16:12,13
**$50,000**
17:5
**$75,000**
14:17 15:6

### 1

**100**
10:19 13:18
**120-plus**
21:16
**1300**
10:17 11:10
**1400**
10:17 11:11
**144**
4:8
**1515**
26:19
**19**
14:3

### 2

**20**
10:19 14:3
**24**
7:13
**2:36**
30:7

### 3

**30-**
17:5
**39,000**
16:11
**39,600**
15:23

### 4

**40**
7:14 10:19

### 5

**50**
10:19 22:6
**50-something**
22:5

### 6

**63394**
5:3

### 7

**75**
14:2 15:7 17:4

### @

**@gmail.com**
25:24

### A

**AAA**
28:8
**account**
7:2,4,12,15,17 10:7,
8,10 11:24 16:6,7,
14,15 17:19,20,22
18:7 19:9,23,24 20:2
23:16 24:4 26:13
**accounts**
7:20,24 8:23 9:23
11:22 12:4 16:4,13
18:10,13,16,17,21
19:2,16,23 20:7
22:10,17,22 23:9
26:4,6,16,17
**activate**
7:11
**additional**
4:16
**address**
17:24 18:2 19:10
25:17,20 26:1 30:3
**ads**
10:1

**advantage**
12:22,23,24
**afternoon**
14:8,9
**agree**
4:3
**ahead**
14:5 29:5
**Alexandry**
4:5 5:3
**allowed**
21:21
**amount**
5:4 7:8 8:1,3,4,5
15:14 25:12 26:14
**amounts**
13:17
**Andy**
4:13 29:22
**Anibal**
19:4,7
**approved**
21:24
**area**
6:15
**Arias**
19:12,13,14
**Arismendy**
4:5,12 5:3 30:4
**Arizona**
29:11,14,15
**assets**
15:22
**attract**
11:19
**audit**
22:19,20

### B

**back**
18:24 28:2
**bad**
12:12
**balance**
10:16
**bald**
8:17
**bank**
8:8 9:12,16 13:15
24:4
**bankruptcy**
22:3
**bear**
25:15 29:9
**belonged**
22:11
**big**
10:19 29:18
**bit**
22:12,15
**black**
27:5
**black-colored**
27:5
**block**
16:3
**bonus**
9:4
**bonuses**
9:2 20:22
**boom**
11:10,11 19:19
25:11
**Boston**
27:8
**bought**
13:20 18:7 24:6,21
25:7
**bowl**
16:15
**Brazilians**
6:23
**bring**
28:22
**bringing**
14:11
**brother**
17:11
**building**
21:8
**bunch**
26:14
**business**
5:21 6:11 12:7,23
16:21 28:4,10,11,12
**buy**
15:20 16:3,15 23:17,
18,20 24:2,3,14,15

### C

**call**
23:22 24:23,24

Case 16-04006 Doc 458-4 Filed 09/11/23 Entered 09/11/23 16:12:41 Desc Exhibit
D Page 13 of 17

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

**called**
 15:3 25:21
**calling**
 25:3
**candy**
 28:6
**capital**
 12:24 20:17
**car**
 13:1
**care**
 12:14
**cars**
 12:18 15:22
**case**
 5:3
**cash**
 8:6 9:10 10:20 11:1
 12:18 13:19 15:17,
 19,20 16:23 17:7
 20:11 21:10 23:11,
 23 27:13,14,23,24
**change**
 22:23
**changing**
 22:21
**check**
 7:7,8 8:6,8,9,11,12,
 13,14 9:5,6,9,10,17
 13:15,24 14:15
 28:19,20,24 29:6,21
**checking**
 22:19
**checks**
 6:8,9 13:16 14:19,20
 15:2,3,5,9,16 27:12
**chief**
 8:20
**claim**
 5:1,2,3,4 15:11
 21:15,19 22:1,8 23:6
**claims**
 14:11
**clear**
 16:2
**cleared**
 9:10
**close**
 13:18
**closed**
 28:10,11

**collect**
 20:16,22 21:10,14
 22:5
**commission**
 9:4
**commissions**
 10:2
**common**
 12:17
**communities**
 6:14
**community**
 5:9,10 6:24 10:15
**computer**
 6:7 7:17 11:9,12
 21:1 22:9
**concluded**
 30:7
**conducting**
 4:3
**confirm**
 5:2
**connected**
 5:15 6:15 27:7,10,16
**conquer**
 11:15
**conquered**
 11:16
**contact**
 24:14,16,17
**COO**
 8:20
**copy**
 5:21 6:7 7:15 9:18,
 19 16:16,20,21
**correct**
 5:5
**Correto**
 19:4,7
**cost**
 25:8
**Counsel**
 4:3
**country**
 12:20
**couple**
 10:13 28:2
**create**
 7:10 19:19 26:6,13,
 15
**created**
 18:16

**creating**
 19:16,23
**credit**
 10:10,16,17 11:2
 13:19 15:18 16:9
 18:12 23:14,15,18,
 22,24 26:18
**credits**
 9:24 10:1,2,4,8
 11:22 15:20 16:3,13
 23:9,17 24:2,6,14,
 15,21 25:7,8,9 27:19

---

**D**

**dad**
 17:6
**daily**
 6:2 16:17
**Daisi**
 17:12 18:13
**dark**
 27:4,5
**Darr**
 4:14
**database**
 10:24
**Delarosa**
 5:14 27:8
**Deposit**
 25:11
**deposition**
 4:3 30:7
**died**
 5:17 12:8 17:13
**direction**
 24:1
**directly**
 27:14
**disagreeing**
 22:22
**disallowed**
 21:20
**disappeared**
 12:9
**Disla**
 4:5 5:4 14:8 19:13
 30:6
**disla1**
 26:11
**disla1515@gmail.
com.**
 26:8

**dislatelexfree**
 25:21
**distribution**
 28:7,9
**distributor**
 28:6
**divide**
 14:1,2
**DJ**
 18:22,23
**dollars**
 21:16
**Dominican**
 5:10,13 6:23 12:10
**drawn**
 14:16
**driver's**
 4:7
**driving**
 13:1
**drove**
 28:21
**duly**
 4:7
**Duran**
 6:17,19 27:1,3,13

---

**E**

**earned**
 6:12 10:1,2
**Earning**
 20:21
**email**
 17:24 18:2 19:10
 25:17,18,19,20,22,
 23,24 26:2,4,7,10
**emails**
 13:16 26:15,16
**England**
 6:15
**English**
 18:3
**event**
 11:5
**events**
 5:23
**evidence**
 15:13
**EXAMINATION**
 4:10 14:6 30:1
**Executive**

Case 16-04006    Doc 458-4    Filed 09/11/23    Entered 09/11/23 16:12:41    Desc Exhibit
D    Page 14 of 17

Telextree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

4:8
**expect**
  13:21
**explain**
  7:1

---
**F**
---
**fair**
  20:15
**familiar**
  6:18,21,22
**family**
  13:7 17:6,9,23
**father**
  17:11
**fed**
  17:7
**Fifty-**
  22:6
**fifty-three**
  22:7
**filed**
  5:2
**finally**
  27:19
**financial**
  12:7
**financially**
  13:7
**find**
  9:22
**Florida**
  4:7 11:4
**focusing**
  27:22
**food**
  28:7
**forms**
  15:17
**forward**
  11:2 12:1
**found**
  13:23
**friend**
  27:10
**front**
  10:14,18 11:12
**fund**
  12:24
**funds**
  7:13 28:12

---
**G**
---
**gave**
  8:12 9:6 16:11,23
  17:22 18:9 27:24
  28:24 29:7
**Genevieve**
  4:21
**get allowed**
  21:16
**give**
  6:8 7:6 9:19 10:17,
  20 11:1 13:19 16:12
  25:9 27:12 28:19,22
  29:6
**giving**
  17:1,7 26:18 27:14,
  21,23,24
**glasses**
  8:17,18
**good**
  14:8,9 15:14
**grabbed**
  13:22
**grading**
  21:7
**grow**
  16:6
**guess**
  5:11 20:19
**guy**
  5:13 8:17 19:18,19
  20:4 24:9,17,19
  28:15
**guys**
  5:14 10:13 24:10
  29:18

---
**H**
---
**handling**
  17:19,20
**happened**
  9:5,8 21:15
**hard**
  6:9
**headquarter**
  6:10 7:9,21 8:1,5
  28:18
**helped**
  6:16

**helping**
  8:22 17:7
**hey**
  11:16 23:12,21
**hours**
  7:13,14
**house**
  13:2 28:21
**houses**
  12:18
**huge**
  11:5
**hurt**
  12:11,21 13:6 17:8

---
**I**
---
**identified**
  4:6 22:13
**identify**
  22:10
**Ilyas**
  13:9 14:4,10
**individual**
  15:8
**individuals**
  14:10
**information**
  4:16
**initial**
  19:1
**initials**
  18:24
**introduced**
  29:16
**invest**
  6:1 12:10 26:14
**investing**
  12:18
**involved**
  5:8,9,17 6:13 7:23
  17:9 25:16 28:16
  29:13,18
**involvement**
  17:16
**Island**
  29:14,15,17

---
**J**
---
**Jannie**
  19:12,13,14

**Jimenez**
  17:12
**Julito**
  23:1,3

---
**K**
---
**kind**
  10:11 11:1,16 12:12
  16:18 21:7
**knew**
  24:14

---
**L**
---
**Labriola**
  28:16,19 29:7
**lady**
  27:4
**language**
  16:11
**large**
  8:1,3,5 13:17
**Lawrence**
  5:11
**lawyers**
  4:13
**leader**
  5:16
**leaders**
  19:15 20:1,10,21
  21:5 26:5 27:7,8,9
  29:19
**leadership**
  5:11
**leaderships**
  12:13
**leave**
  12:14
**left**
  29:15
**license**
  4:7
**life**
  12:7
**listened**
  5:13
**litigation**
  4:15
**live**
  5:12 12:20 30:4
**living**
  29:10

Case 16-04006 Doc 458-4 Filed 09/11/23 Entered 09/11/23 16:12:41 Desc Exhibit
D Page 15 of 17

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

**Lizotte**
 4:11,13 14:4 29:20,
 24 30:2,6
**login**
 7:10 18:14,22 26:21,
 22
**lose**
 21:14
**lost**
 12:6,7 15:1
**lot**
 6:22 7:22 11:3,5,6,
 11,19 12:6,16 13:17
 23:6 24:11 26:14
**luxury**
 13:2

**M**

**made**
 8:11 9:14 11:18
 13:13 15:11
**make**
 13:11 16:6,10 19:17,
 20,23 20:3
**making**
 5:24 16:17,20 20:2,
 5,11 24:10
**man**
 13:9
**manager**
 8:20 28:18
**manages**
 17:21
**managing**
 21:5
**manually**
 8:2
**marketing**
 9:1
**Massachusetts**
 5:12 7:22 11:6 27:9
**meaning**
 18:9 20:7 22:16 24:2
**meeting**
 11:5,13 13:21
**meetings**
 5:24 6:14 10:15,19,
 20
**mentioned**
 4:21 15:2 28:3,15
 30:3

**million**
 22:1
**millions**
 24:11
**mine**
 16:7 18:19 19:1
**mistaken**
 26:8
**Mm-hmm**
 4:18 9:7 10:3,5 12:4
 14:12 18:15 25:14
 28:23 29:2
**model**
 5:21 16:21
**mom's**
 18:24
**moment**
 29:9
**money**
 5:24 6:9,12 7:23
 8:23,24 10:24 11:7,
 8,10,18 12:6,10,11,
 17,23 13:3,5 15:1
 16:7,17,20 17:22
 18:8,9,11 19:17,20
 20:3,5,11,16,17,20
 21:2,3 23:13,24
 24:4,17 25:9 26:14
**monies**
 24:12
**monopoly**
 21:6
**month**
 5:17 12:8
**mother**
 5:17 12:7 17:13
**motivation**
 11:17
**move**
 11:2 12:14

**N**

**named**
 6:17 17:12 24:9
 28:15
**names**
 5:16 8:16
**negotiation**
 25:7
**network**
 5:19 9:1 19:20 20:5
 23:6 24:8

**nice**
 13:1,2
**note**
 13:11
**notes**
 29:21
**number**
 5:3 16:3 26:23
**numbers**
 16:7,8

**O**

**occasions**
 24:21
**offered**
 21:4
**offering**
 15:23 16:9,22
**officers**
 8:20
**offices**
 8:21
**official**
 6:9 7:7 8:8 15:3
**open**
 7:12,15,17 9:23
 10:8,10,17,21 11:22
 12:13 18:10 26:3,15
**opened**
 7:2,4,19,20,23
**opening**
 8:23 10:7 11:24
 23:8,16
**opportunity**
 4:23
**Order**
 4:8
**Orlando**
 30:3
**overseas**
 12:19
**owner**
 28:4

**P**

**p.m.**
 30:7
**package**
 5:22 6:4 15:23,24
 16:2

**packages**
 6:5 16:1,5
**packet**
 16:19
**paid**
 9:3 23:7
**parties**
 4:15
**pass**
 23:24 24:4
**passed**
 18:20
**paste**
 5:22 6:7 7:16 16:16,
 20
**pay**
 6:4,12 8:6,7 10:11
 23:12,13
**payable**
 15:4
**paying**
 8:9
**payments**
 9:13 13:13 14:3
 21:22
**people**
 5:15 6:19 8:22 10:18
 11:8,11,13,15,19
 12:2 13:19 15:18
 16:24 17:1,2 19:20,
 22 20:6,7,12,13,16
 21:6,7,9 23:5,12
 24:24 25:1 26:17
**person**
 6:16,17 23:19,22,23
 24:16,23 27:4,5,15,
 21 28:14,21
**person's**
 19:10
**personal**
 25:18
**pink**
 9:18,19
**point**
 26:11 29:10
**prepare**
 4:22
**present**
 4:3
**process**
 22:10,11

Case 16-04006 Doc 458-4 Filed 09/11/23 Entered 09/11/23 16:12:41 Desc Exhibit
D Page 16 of 17

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

**production**
4:6
**promote**
12:1,11
**promoter**
16:22
**promoters**
12:12
**promoting**
20:3
**proof**
5:1 7:7 15:11
**proposed**
5:21
**Providence**
5:12
**public**
16:22
**Pursuant**
4:8
**put**
7:7,11 15:12,17
18:20 19:18 20:2,4,7
21:6,7 28:13
**putting**
19:16 20:12

_____

**Q**

**question**
4:20 27:22 29:6
**questions**
4:19 13:8,10 14:13
29:23
**quick**
23:21

_____

**R**

**real**
11:14 13:22
**recall**
10:6 23:8 24:6,20
25:20
**receipt**
9:19
**receive**
21:22
**received**
22:3
**recognize**
19:7 23:2

**recollection**
27:11
**records**
9:12,13 13:12
**remember**
5:6 6:4,16 8:9,16,19
15:4,9 18:1,6,18,20
19:11,15 21:21 22:4,
6,9,11,21 23:10,11
24:9 25:16,19 26:23
27:1,23
**remotely**
4:3
**represent**
14:10
**Republic**
5:10 12:10
**research**
9:17
**rest**
7:23 10:22
**restaurants**
13:2
**review**
4:23
**Rhode**
29:14,15,17
**rip**
12:13
**Rona**
14:7,10
**Rosa**
27:18,19
**Rudy**
24:9
**run**
6:11
**running**
8:21 28:5

_____

**S**

**Sandy**
6:17,19 27:1,3,13,18
**Santander**
9:16 13:15
**Santiago**
5:14 24:8 27:7
**scam**
13:6
**scams**
12:12

**scanners**
13:16 14:23,24
**search**
13:20,22 14:21,23
**sell**
15:21 24:2,3 27:19
**selling**
15:18 16:18
**send**
15:13
**separated**
14:20 15:8,9
**Sergio**
19:4,6
**set**
29:24
**show**
9:13
**showed**
22:16
**showing**
5:23 12:19
**signed**
9:2
**significance**
26:19
**signing**
20:10
**simply**
25:8
**sister**
17:11
**sitting**
22:9
**situation**
5:18 25:6
**situations**
10:6 11:21 20:15
**small**
6:11 8:4 28:4
**sold**
18:12
**son**
17:21
**sort**
19:22
**sound**
5:5 6:18,21
**source**
28:12
**Spanish**
5:10

**speak**
18:3
**spend**
10:4
**start**
7:5 16:16,19
**started**
6:17 7:1,2,3,6
**stenographer**
29:4
**Steve**
4:13 8:18,19 28:15,
16,19 29:1,7
**stuff**
11:8 15:22
**submit**
15:10,11 22:8
**supposed**
19:24
**sworn**
4:8
**system**
9:24 19:21 20:20
22:19
**systems**
21:6

_____

**T**

**taking**
12:10,17
**talked**
27:18
**talking**
13:12 22:1 27:12
**task**
6:12
**tax**
9:12
**Telexfree**
4:14,17 5:8 6:10
8:11,12 9:6 15:4,17
17:9,16 21:11,23
25:16,21 28:13,16
29:13
**telling**
26:5
**testified**
4:9
**thing**
7:6
**things**
13:3 20:22 28:3

Case 1:04006   Doc 458-4   Filed 09/11/23   Entered 09/11/23 16:12:41   Desc Exhibit
D   Page 17 of 17

Telextree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

**thousand**
  21:16
**throw**
  9:21
**tied**
  16:3
**time**
  24:13 25:15
**today**
  4:12 16:20
**today's**
  4:3
**told**
  21:4
**top**
  5:13,16 19:15,17
  20:1,10,21 24:10,19
  25:3,4 26:5 27:8,17
  28:17 29:19
**Torres**
  23:1,3
**total**
  15:5 22:2
**transactions**
  11:12
**transcript**
  4:22
**transfer**
  23:12,14,15,19,24
  24:5 27:20
**transferred**
  25:4,5
**tree**
  21:8
**trustee**
  4:14 7:7 14:11 15:11
  22:12,22
**type**
  8:2 25:7

—————————
          **U**
—————————
**uh-huh**
  10:20
**underneath**
  20:8,9 21:1
**understand**
  4:20 5:7
**user**
  16:4
**username**
  7:10,11,14

—————————
          **V**
—————————
**verification**
  8:3
**videoconference**
  4:3
**VIP**
  6:5

—————————
          **W**
—————————
**waiting**
  7:13
**wanted**
  20:18 24:13,14
**weekly**
  6:2 16:17
**wide**
  12:13
**work**
  6:9 12:23 22:13
  25:21
**works**
  11:14,17,18
**worth**
  25:9,11
**wow**
  11:7
**written**
  4:22

—————————
          **Y**
—————————
**years**
  5:6 9:21 14:21

—————————
          **Z**
—————————
**Zoom**
  6:14