# EXHIBIT E

# In the Matter of:

*Telexfree, LLC, et al. vs*

*Franz Balan*

*Martiza Elizabeth Garcia*

*February 21, 2023*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



O&L O'BRIEN & LEVINE COURT REPORTING SOLUTIONS
A MAGNA LEGAL SERVICES COMPANY

Page 1

```
 1      UNITED STATES BANKRUPTCY COURT
           DISTRICT OF MASSACHUSETTS
 2
 3  In Re TELEXFREE, LLC, et al.,     )
         Debtor,          )
 4                         )
    ----------------------------  )
 5                         ) Case no.
    STEPHEN B. DARR, TRUSTEE OF THE  ) 14-40987-EDK
 6  ESTATES OF TELEXFREE LLC, et al.,  )
         Plaintiff,       ) Chapter 11
 7                         )
      v.                   ) Adv. Proc. No.
 8                         ) 16-4006
    FRANZ BALAN, A REPRESENTATIVE OF A   )
 9  CLASS OF DEFENDANT NET WINNERS,     )
         Defendant.        )
10
11
12
13      DEPOSITION OF MARITZA ELIZABETH GARCIA
           Appearing remotely from
14           Clarksburg, Maryland
             February 21, 2023
15         Commencing at 11:47 a.m.
16
17
18   Reported by: Genevieve Y.J. Van de Merghel
           Notary Public and Stenographer
19          Appearing remotely from
           Hampshire County, Massachusetts
20
21
22
     O'Brien & Levine Court Reporting Solutions
23          68 Commercial Wharf
          Boston, Massachusetts  02110
24          617—399—0130
```

Page 2

```
 1       A P P E A R A N C E S
 2
 3  ANDREW G. LIZOTTE, ESQUIRE
    Murphy & King, PC
 4  28 State Street, Suite 3101
    Boston, Massachusetts 02109
 5  617-423-0400
    alizotte@murphyking.com
 6    Counsel for the Plaintiff
       (Appearing remotely)
 7
 8  ILYAS J. RONA, ESQUIRE
    MICHAEL J. DURAN, ESQUIRE
 9  LEA KRAEMER, ESQUIRE
    Milligan Rona Duran & King LLC
10  28 State Street, Suite 802
    Boston, Massachusetts 02109
11  617-395-9570
    ijr@mrdklaw.com
12  mjd@mrdklaw.com
    lk@mrdklaw.com
13    Counsel for the Defendant
       (Appearing remotely)
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1            I N D E X
 2
 3  WITNESS                   EXAMINATION
 4  MARITZA ELIZABETH GARCIA
      BY MR. LIZOTTE . . . . . . . . . . . . . . 4
 5    BY MR. RONA . . . . . . . . . . . . . . . 8
 6
 7
 8        E X H I B I T S
 9
10     (No exhibits marked.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1         P R O C E E D I N G S
 2
 3      Counsel present agree to conducting today's
      deposition remotely via videoconference.
 4
 5      MR. LIZOTTE:  This is Andrew Lizotte,
 6   counsel to Stephen Darr, the trustee of
 7   TelexFree.  We had a deposition scheduled for
 8   11:00 on February 21 for Maritza Garcia.  The
 9   deponent has not appeared.  I have attempted to
10   make contact with the deponent.  If we reach
11   her, we will try to reschedule the deposition.
12   Otherwise, we are going to suspend the
13   deposition for now.
14      (Deposition suspended at 11:15 a.m.)
15      MARITZA ELIZABETH GARCIA was sworn
16   and testified as follows:
17          EXAMINATION
18  BY MR. LIZOTTE:
19  Q.  So my name is Andy Lizotte.  I am one of the
20  lawyers for Steve Darr.  He is the TelexFree
21  bankruptcy trustee.  He has a lawsuit going on against
22  various other parties in Telex, and this is a
23  deposition that we scheduled for you, Maritza Garcia,
24  just to get some additional information about
```

Page 5

1  TelexFree.
2      So I believe -- did we get your name -- can you
3  provide your name and address just for the record?
4  A. Maritza Garcia. 2215 Six Fire Drive,
5  Clarksburg, Maryland 20871.
6  Q. Okay. So you participated in TelexFree.
7  Correct?
8  A. Correct.
9  Q. Okay. And you filed a claim in the case. Tell
10 me if this is correct. The claim was number 95076,
11 and your claim was allowed, I believe, in the amount
12 of $2,750. Does that sound accurate?
13 A. No, that does not sound accurate. I think what
14 I received as a payoff, it was, like, a thousand and
15 something.
16 Q. Okay. So just to explain to you how that works.
17 Your claim gets approved in a certain amount, but you
18 only get a percent of the claim, depending on how much
19 money the trustee has. So if your claim is approved
20 for, say, $1,000 and the trustee only has enough money
21 to pay people, say, half, then you would get $500,
22 even though your claim is for $1,000. Okay?
23 A. Okay. The exact amount, I do not have a
24 recollection of that.

Page 6

1  Q. Okay.
2  A. It's been too long.
3  Q. Okay. Your first transaction, it looks like it
4  may have involved someone named Jose Hernandez. Does
5  that name sound accurate?
6  A. Yes.
7  Q. Did Jose Hernandez get you into Telex?
8  A. Yes.
9  Q. So can you describe to us just how that
10 happened? How did he --
11 A. It was when, you know, the whole boom about
12 TelexFree was going on. He just, you know, tell me,
13 you know, there is a -- you know, there is company
14 sort of like -- about some type of phone lines or
15 something like that.
16     And then I don't remember what the amount was to
17 open an account with them. And it was sort of, like,
18 you know, every week or something like that, you get
19 some type of payment because they kind of like invest
20 or, you know, whatever. You know, I was dumb and
21 ignorant at that point, at that time. I don't
22 actually recall exactly what -- how the whole thing
23 took place, but I said, "Okay. You know, let's try
24 it." And that's how I joined TelexFree.

Page 7

1  Q. Okay. So I only have a few other questions. So
2  you say you opened an account. Do you remember how
3  the account was opened?
4  A. No.
5  Q. You don't remember?
6  A. No.
7  Q. Did you open the account or did Jose open the
8  account?
9  A. It wasn't even Jose. It was somebody else that
10 was kind of like helping Jose.
11 Q. Okay. And so you had to pay to get in?
12 A. Correct. You had to invest some type of -- I
13 honestly don't recall if it was, like, $500 or, like,
14 $1,000 or something like that.
15 Q. Do you remember who you paid?
16 A. I gave the money to Jose and I believe -- you
17 know, it seems like the money went from one hand to
18 another hand to another hand. I don't know where it
19 ended up.
20 Q. Do you remember how you paid him? Did you pay
21 him by cash or by, like, a credit card, or how did
22 that work?
23 A. No, I believe it was cash.
24 Q. Did you deal with anybody else trying to help

Page 8

1  you get in the program or was it mainly Jose?
2  A. It was mainly Jose. I mean, there were other
3  people but, I mean, my whole conversation was with
4  him.
5      MR. LIZOTTE: I don't have any further
6      questions, Maritza. There is another individual
7      here that may have a couple of questions, so I
8      will let him.
9      And thank you for your time.
10     THE WITNESS: Yeah. Sure.
11     EXAMINATION
12 BY MR. RONA:
13 Q. Good morning, Ms. Garcia. My name is Ilyas
14 Rona. I represent individuals against whom the
15 trustee is bringing claims in the bankruptcy case.
16     You said that there was somebody helping Jose
17 Hernandez. Do you remember that person's name?
18 A. No, no. Like I said, I only deal with Jose, but
19 I know there was other people that actually brought
20 Jose to the company. So Jose was basically, you know,
21 kind of like telling everybody about the company and
22 kind of like, you know, bringing more people to the
23 company. But who was the sort of like the mastermind
24 or how Jose got into it, I don't have no information

Page 9

1  of that.
2  Q. Okay. Was Jose Hernandez working as part of a
3  team?
4  A. I honestly don't know. I mean, he just
5  approached me so -- but I know that, you know, he was
6  not the one that opened the account or had -- because
7  he didn't have, like, you know, full knowledge of how
8  to open the account. That, I do remember.
9  Q. So your memory is -- and when you say "the
10 account," are you talking about your account?
11 A. Yes, the TelexFree account.
12 Q. So, to your knowledge, Mr. Hernandez had
13 somebody helping him --
14 A. Yes.
15 Q. -- set up your account?
16 A. Correct.
17 Q. Do you have any understanding of if or how
18 Mr. Hernandez shared money with other people?
19 A. No, I do not.
20 Q. Okay. Do you know how many accounts you had?
21 A. I believe it was either two or three.
22 Q. Okay. At the time you were involved in
23 TelexFree, were you married?
24 A. No, I wasn't.

Page 10

1  Q. Who is James Garcia?
2  A. That was my boyfriend at the time that now is my
3  husband.
4  Q. So you are married now, but at the time you were
5  not married?
6  A. Correct.
7  Q. Okay. Just so that I am making sure that I have
8  the correct information --
9  A. What year was that? What year was that?
10 Because I got married in 2008.
11 Q. Okay. So TelexFree was largely, for people like
12 you, 2013, 2014.
13 A. Oh, no, then I was married already.
14 Q. Okay. And you were married to James?
15 A. James Garcia, yes.
16 Q. And did James Garcia participate in TelexFree?
17 A. Well, I basically opened an account for him.
18 Q. And when you say you opened an account for him,
19 did he pay you for that account?
20 A. No. I funded the account.
21 Q. Okay. Was it your account or was it his account
22 or did you sort of -- how did you know who owned the
23 account?
24 A. I opened the account in his name, but it was my

Page 11

1  account.
2  Q. Okay. And at the time, did you use an email
3  address my2princesses1012@gmail.com? Is that right?
4  A. That's right. Yeah.
5  Q. Whose email account was that? Was that yours or
6  was that James'?
7  A. That was mine.
8  Q. That was your personal account?
9  A. It still is. Yes.
10 Q. It still is. Okay. So is it correct, then,
11 that you never received or paid money to James in
12 connection with TelexFree?
13 A. That is correct.
14 Q. And just so I have the right information, in the
15 last 12 months, have you filed for bankruptcy?
16 A. That is correct. Yes.
17 Q. Okay. The transaction that you described with
18 Jose Hernandez, do you recall whether there was any
19 negotiation about the dollar amount that you gave him?
20 A. No, it was just -- I don't recall the amount,
21 but it was just a set, straightforward amount. There
22 was nothing -- you know, negotiation. I believe it
23 was sort of like a set amount to open an account.
24 Q. Okay. And then did you ever take money out of

Page 12

1  TelexFree?
2  A. I believe I only did -- I think it was only one
3  time. And if I don't recall -- if I recall correctly,
4  it was, like, $400.
5  Q. Is it possible that you did it twice?
6  A. Maybe on my husband's account, I did it once,
7  probably.
8  Q. Okay. And do you recall having the ability --
9  did you own a computer at the time?
10 A. Yes.
11 Q. And do you recall going into your account in
12 connection with TelexFree?
13 A. Yes.
14 Q. Do you recall posting ads in order to earn
15 credits?
16 A. I don't recall posting ads, because I don't
17 think it was anything related to posting ads.
18 Q. Do you recall doing anything to earn credits?
19 A. No. It wasn't credits that you earned. I think
20 it was sort of like if you tell somebody else to open
21 an account, you -- I don't know if you got sort of
22 like a percentage. Again, it's been, you know, a long
23 time. I don't recall. I think it was a percentage,
24 but it wasn't nothing about points that I recall.

Page 13

1  Q. Did you recruit other people into TelexFree?
2  A. Only one person.
3  Q. Who was that?
4  A. Her name is Norma Besquez.
5  Q. Could you spell that last name?
6  A. I believe it's B, as in boy, E-S-Q-U-E-Z, I
7  believe.
8  Q. Where did Ms. Besquez live at the time?
9  A. She lived in Silver Springs, Maryland.
10 Q. Did she give you money?
11 A. I actually show her how to open the account, and
12 I believe she funded it herself.
13 Q. Okay.
14 A. And I believe, at that point, at that time, it
15 was, like, a thousand and something, which it was just
16 right when TelexFree either shut down or had no
17 access. So she didn't get anything on that account.
18 Q. Okay. But do you recall, in your account, the
19 ability to transfer TelexFree credits?
20 A. I mean, I don't remember there were credit. I
21 honestly thought it was, like, money, not credit.
22 Whatever you had -- like, let's say had you $1,000 in
23 there, then yes, you can transfer it.
24 Q. Okay. So the money that was in your account,

Page 14

1  you remember being able to transfer it?
2  A. Correct. Yes.
3  Q. Did you ever transfer credits to Mr. Hernandez?
4  A. Yes.
5  Q. Did he pay you for those credits?
6  A. No.
7  Q. Why did you transfer him --
8  A. Why pay?
9  Q. Well, why did you transfer him credits? Do you
10 remember?
11 A. I owed him money, and that's how I transfer the
12 money to him.
13 Q. Okay. Did you owe him money for setting up your
14 account?
15 A. No. That was something unrelated. Personal
16 loan.
17 Q. So you recall transferring him credits to pay
18 off a personal loan?
19 A. Correct.
20 Q. Do you recall how much that loan was?
21 A. No -- oh, the loan? It was, like, around $2,000
22 and something.
23 Q. And did your transactions involving TelexFree,
24 the money in your TelexFree account, did that fully

Page 15

1  pay off the loan?
2  A. No. I had to -- because it was -- I think it
3  was either two transactions that I did to him. I
4  don't recall. But then I paid the rest, you know, on
5  my own.
6  Q. But you were able to use the money in your
7  TelexFree to pay off a portion of the loan?
8  A. Yes.
9     MR. RONA: Okay. I think that's all I
10    have. Just give me one more minute, Andy.
11 Q. So one final question, Ms. Garcia. What was the
12 nature of the loan that you had with Mr. Hernandez?
13 A. Just personal need.
14 Q. But he had provided you around $2,000 in cash at
15 some point?
16 A. Yes.
17    MR. RONA: Okay. That's all I have.
18    Thank you.
19    MR. LIZOTTE: Maritza, thank you for your
20    time.
21    THE WITNESS: Okay.
22    MR. LIZOTTE: So the deposition is
23    concluded. Thank you.
24    (Deposition concluded at 12:01 p.m.)

Page 16

1            C E R T I F I C A T E
2
3  COMMONWEALTH OF MASSACHUSETTS
   HAMPSHIRE, SS.
4
5     I, Genevieve Y.J. Van de Merghel,
6  Stenographer, hereby certify:
7     That Maritza Elizabeth Garcia, the witness
8  whose testimony is hereinbefore set forth, was duly
9  sworn by me, and that such testimony is a true and
10 accurate record of my stenotype notes taken in the
11 foregoing matter, to the best of my knowledge, skill,
12 and ability.
13    I further certify that I am not related to
14 any parties to this action by blood or marriage; and
15 that I am in no way interested in the outcome of this
16 matter.
17    IN WITNESS HEREOF, I have hereunto set my
18 hand this 27th day of February, 2023.
19
20    _____
21
22    Genevieve Y.J. Van de Merghel
      My Commission Expires: 12/16/27
23
24

## $

**$1,000**
5:20,22 7:14 13:22
**$2,000**
14:21 15:14
**$2,750**
5:12
**$400**
12:4
**$500**
5:21 7:13

## 1

**11:00**
4:8
**11:15**
4:14
**12**
11:15
**12:01**
15:24

## 2

**2008**
10:10
**2013**
10:12
**2014**
10:12
**20871**
5:5
**21**
4:8
**2215**
5:4

## 9

**95076**
5:10

## A

**a.m.**
4:14
**ability**
12:8 13:19
**access**
13:17
**account**
6:17 7:2,3,7,8 9:6,8,
10,11,15 10:17,18,
19,20,21,23,24 11:1,
5,8,23 12:6,11,21
13:11,17,18,24
14:14,24
**accounts**
9:20
**accurate**
5:12,13 6:5
**additional**
4:24
**address**
5:3 11:3
**ads**
12:14,16,17
**agree**
4:3
**allowed**
5:11
**amount**
5:11,17,23 6:16
11:19,20,21,23
**Andrew**
4:5
**Andy**
4:19 15:10
**appeared**
4:9
**approached**
9:5
**approved**
5:17,19
**attempted**
4:9

## B

**bankruptcy**
4:21 8:15 11:15
**basically**
8:20 10:17
**Besquez**
13:4,8
**boom**
6:11
**boy**
13:6
**boyfriend**
10:2
**bringing**
8:15,22
**brought**
8:19

## C

**card**
7:21
**case**
5:9 8:15
**cash**
7:21,23 15:14
**claim**
5:9,10,11,17,18,19,
22
**claims**
8:15
**Clarksburg**
5:5
**company**
6:13 8:20,21,23
**computer**
12:9
**concluded**
15:23,24
**conducting**
4:3
**connection**
11:12 12:12
**contact**
4:10
**conversation**
8:3
**correct**
5:7,8,10 7:12 9:16
10:6,8 11:10,13,16
14:2,19
**correctly**
12:3
**counsel**
4:3,6
**couple**
8:7
**credit**
7:21 13:20,21
**credits**
12:15,18,19 13:19
14:3,5,9,17

## D

**Darr**
4:6,20
**deal**
7:24 8:18
**depending**
5:18
**deponent**
4:9,10
**deposition**
4:3,7,11,13,14,23
15:22,24
**describe**
6:9
**dollar**
11:19
**Drive**
5:4
**dumb**
6:20

## E

**E-S-Q-U-E-Z**
13:6
**earn**
12:14,18
**earned**
12:19
**ELIZABETH**
4:15
**email**
11:2,5
**ended**
7:19
**exact**
5:23
**EXAMINATION**
4:17 8:11
**explain**
5:16

## F

**February**
4:8
**filed**
5:9 11:15
**final**
15:11
**Fire**
5:4
**full**
9:7
**fully**
14:24

Case 16-04006    Doc 458-5    Filed 09/11/23    Entered 09/11/23 16:12:41    Desc Exhibit
E    Page 8 of 9

Telextree, LLC, et al. vs
Franz Balan

Martiza Elizabeth Garcia
February 21, 2023

**funded**
  10:20 13:12

---
**G**
---

**Garcia**
  4:8,15,23 5:4 8:13
  10:1,15,16 15:11
**gave**
  7:16 11:19
**give**
  13:10 15:10
**Good**
  8:13

---
**H**
---

**half**
  5:21
**hand**
  7:17,18
**happened**
  6:10
**helping**
  7:10 8:16 9:13
**Hernandez**
  6:4,7 8:17 9:2,12,18
  11:18 14:3 15:12
**honestly**
  7:13 9:4 13:21
**husband**
  10:3
**husband's**
  12:6

---
**I**
---

**ignorant**
  6:21
**Ilyas**
  8:13
**individual**
  8:6
**individuals**
  8:14
**information**
  4:24 8:24 10:8 11:14
**invest**
  6:19 7:12
**involved**
  6:4 9:22
**involving**
  14:23

---
**J**
---

**James**
  10:1,14,15,16 11:11
**James'**
  11:6
**joined**
  6:24
**Jose**
  6:4,7 7:7,9,10,16
  8:1,2,16,18,20,24
  9:2 11:18

---
**K**
---

**kind**
  6:19 7:10 8:21,22
**knowledge**
  9:7,12

---
**L**
---

**largely**
  10:11
**lawsuit**
  4:21
**lawyers**
  4:20
**lines**
  6:14
**live**
  13:8
**lived**
  13:9
**Lizotte**
  4:5,18,19 8:5 15:19,
  22
**loan**
  14:16,18,20,21 15:1,
  7,12
**long**
  6:2 12:22

---
**M**
---

**make**
  4:10
**making**
  10:7
**Maritza**
  4:8,15,23 5:4 8:6
  15:19

**married**
  9:23 10:4,5,10,13,14
**Maryland**
  5:5 13:9
**mastermind**
  8:23
**memory**
  9:9
**mine**
  11:7
**minute**
  15:10
**money**
  5:19,20 7:16,17 9:18
  11:11,24 13:10,21,
  24 14:11,12,13,24
  15:6
**months**
  11:15
**morning**
  8:13
**my2princesses1012
  @gmail.com**
  11:3

---
**N**
---

**named**
  6:4
**nature**
  15:12
**negotiation**
  11:19,22
**Norma**
  13:4
**number**
  5:10

---
**O**
---

**open**
  6:17 7:7 9:8 11:23
  12:20 13:11
**opened**
  7:2,3 9:6 10:17,18,
  24
**order**
  12:14
**owe**
  14:13
**owed**
  14:11

**owned**
  10:22

---
**P**
---

**p.m.**
  15:24
**paid**
  7:15,20 11:11 15:4
**part**
  9:2
**participate**
  10:16
**participated**
  5:6
**parties**
  4:22
**pay**
  5:21 7:11,20 10:19
  14:5,8,17 15:1,7
**payment**
  6:19
**payoff**
  5:14
**people**
  5:21 8:3,19,22 9:18
  10:11 13:1
**percent**
  5:18
**percentage**
  12:22,23
**person**
  13:2
**person's**
  8:17
**personal**
  11:8 14:15,18 15:13
**phone**
  6:14
**place**
  6:23
**point**
  6:21 13:14 15:15
**points**
  12:24
**portion**
  15:7
**posting**
  12:14,16,17
**present**
  4:3
**program**

Case 16-04006    Doc 458-5    Filed 09/11/23    Entered 09/11/23 16:12:41    Desc Exhibit
E    Page 9 of 9

Telexfree, LLC, et al. vs
Franz Balan

Martiza Elizabeth Garcia
February 21, 2023

   8:1
**provide**
   5:3
**provided**
   15:14

_____

**Q**
_____

**question**
   15:11
**questions**
   7:1 8:6,7

_____

**R**
_____

**reach**
   4:10
**recall**
   6:22 7:13 11:18,20
   12:3,8,11,14,16,18,
   23,24 13:18 14:17,
   20 15:4
**received**
   5:14 11:11
**recollection**
   5:24
**record**
   5:3
**recruit**
   13:1
**related**
   12:17
**remember**
   6:16 7:2,5,15,20
   8:17 9:8 13:20 14:1,
   10
**remotely**
   4:3
**represent**
   8:14
**reschedule**
   4:11
**rest**
   15:4
**Rona**
   8:12,14 15:9,17

_____

**S**
_____

**scheduled**
   4:7,23
**set**
   9:15 11:21,23

**setting**
   14:13
**shared**
   9:18
**show**
   13:11
**shut**
   13:16
**Silver**
   13:9
**sort**
   6:14,17 8:23 10:22
   11:23 12:20,21
**sound**
   5:12,13 6:5
**spell**
   13:5
**Springs**
   13:9
**Stephen**
   4:6
**Steve**
   4:20
**straightforward**
   11:21
**suspend**
   4:12
**suspended**
   4:14
**sworn**
   4:15

_____

**T**
_____

**talking**
   9:10
**team**
   9:3
**Telex**
   4:22 6:7
**Telexfree**
   4:7,20 5:1,6 6:12,24
   9:11,23 10:11,16
   11:12 12:1,12 13:1,
   16,19 14:23,24 15:7
**telling**
   8:21
**testified**
   4:16
**thing**
   6:22
**thought**

   13:21
**thousand**
   5:14 13:15
**time**
   6:21 8:9 9:22 10:2,4
   11:2 12:3,9,23 13:8,
   14 15:20
**today's**
   4:3
**transaction**
   6:3 11:17
**transactions**
   14:23 15:3
**transfer**
   13:19,23 14:1,3,7,9,
   11
**transferring**
   14:17
**trustee**
   4:6,21 5:19,20 8:15
**type**
   6:14,19 7:12

_____

**U**
_____

**understanding**
   9:17
**unrelated**
   14:15

_____

**V**
_____

**videoconference**
   4:3

_____

**W**
_____

**week**
   6:18
**work**
   7:22
**working**
   9:2
**works**
   5:16

_____

**Y**
_____

**year**
   10:9