# EXHIBIT G

# In the Matter of:

*Telexfree, LLC, et al. vs*

*Franz Balan*

*Andre Tranjano De Costa Silveira*

*February 23, 2023*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



O&L O'BRIEN & LEVINE COURT REPORTING SOLUTIONS
A MAGNA LEGAL SERVICES COMPANY

Page 1

```
 1        UNITED STATES BANKRUPTCY COURT
            DISTRICT OF MASSACHUSETTS
 2
 3  In Re TELEXFREE, LLC, et al.,     )
           Debtor,            )
 4                            )
    ----------------------------   )
 5                            ) Case no.
    STEPHEN B. DARR, TRUSTEE OF THE   ) 14-40987-EDK
 6  ESTATES OF TELEXFREE LLC, et al.,  )
           Plaintiff,         ) Chapter 11
 7                            )
      v.                      ) Adv. Proc. No.
 8                            ) 16-4006
    FRANZ BALAN, A REPRESENTATIVE OF A  )
 9  CLASS OF DEFENDANT NET WINNERS,    )
           Defendant.         )
10
11
12
13    DEPOSITION OF ANDRE TRAJANO DE COSTA SILVEIRA
              Appearing remotely from
14                225 Goffle Road
                Hawthorne, New Jersey
15               February 23, 2023
              Commencing at 10:00 a.m.
16
17
18   Reported by:  Genevieve Y.J. Van de Merghel
         Notary Public and Stenographer
19            Appearing remotely from
           Hampshire County, Massachusetts
20
21
22
       O'Brien & Levine Court Reporting Solutions
23             68 Commercial Wharf
             Boston, Massachusetts  02110
24             617—399—0130
```

Page 2

```
 1            APPEARANCES
 2
 3  ALEXANDRA M. PAPAS, ESQUIRE
      Murphy & King, PC
 4  28 State Street, Suite 3101
    Boston, Massachusetts 02109
 5  617-423-0400
    apapas@murphyking.com
 6  Counsel for the Plaintiff
      (Appearing remotely)
 7
 8  MICHAEL J. DURAN, ESQUIRE
    LEA KRAEMER, ESQUIRE
 9  Milligan Rona Duran & King LLC
    28 State Street, Suite 802
10  Boston, Massachusetts 02109
    617-395-9570
11  mjd@mrdklaw.com
    lk@mrdklaw.com
12    Counsel for the Defendant
      (Appearing remotely)
13
```

Page 3

```
 1                  I N D E X
 2
 3  WITNESS                    EXAMINATION
 4  ANDRE TRAJANO DE COSTA SILVEIRA
      BY MS. PAPAS . . . . . . . . . . . . . .  4
 5    BY MR. DURAN . . . . . . . . . . . . . . 15
      BY MS. PAPAS . . . . . . . . . . . . . . 34
 6
 7
 8            E X H I B I T S
 9
10       (No exhibits marked.)
```

Page 4

```
 1            P R O C E E D I N G S
 2
 3      Counsel present agree to conducting today's
    deposition remotely via videoconference.
 4
 5      ANDRE TRAJANO DE COSTA SILVEIRA,
 6   having first been identified by the
 7   production of his New Jersey driver's
 8   license and duly sworn Pursuant to
 9   Executive Order 144, testified as
10    follows:
11            EXAMINATION
12  BY MS. PAPAS:
13  Q.  Good morning.  Thank you for coming in.  My name
14  is Alexandra Papas.  I represent the trustee in this
15  TelexFree case.  I understand you are on a work break,
16  so I will try to keep this brief.
17       Can you just state your full name for the record
18  with all your middle names included?
19  A.  Andre Trajano de Costa Silveira.
20  Q.  Thank you.  What is your current residential
21  address?
22  A.  531 Clubhouse Court, Unit 6, Union, New Jersey.
23  Q.  Thank you.  I am not sure if you have been
24  deposed before, so I am just going to go through a
```

Page 5

1  couple of instructions with you.  The way this will go
2  is I am going to ask you a series of questions.  If,
3  for some reason, you don't understand the question,
4  please let me know.  I will try to reword it in such a
5  way that you do understand.  If you do answer, I am
6  going to assume that you understood the question and
7  that you are answering truthfully.  Do you understand
8  these instructions?
9    A.  I do.
10   Q.  Thank you.  My next quick instruction, please
11  just say "yes" or "no" instead of nodding your head so
12  that the court reporter can write down the answer.
13  Can you do that?
14   A.  Yes.
15   Q.  And do you want an opportunity to review the
16  transcript when we are done today that the court
17  reporter is taking down to make sure it is accurate?
18   A.  Can you email it to me or do I have to confirm
19  through a Zoom?
20   Q.  No, we will email a copy to you for you to
21  review.
22   A.  Yes.
23   Q.  Okay.  So if we email the copy to you to review,
24  you will have 14 days to review it and then sign under

Page 6

1  oath that it's accurate or identify any errors.  Can
2  you do that?
3    A.  Yes.
4    Q.  Thank you.  I see you are in the car, so I
5  assume nobody else is in the car with you.  Is that
6  correct?
7    A.  No, just me.  I am in my parking lot outside my
8  office.
9    Q.  Okay.  Thank you.  And prior to today, did you
10  talk to anyone about this deposition?
11   A.  Yes.
12   Q.  Who was that?
13   A.  A friend of mine that also got hit with the
14  TelexFree claim --
15   Q.  Okay.
16   A.  -- to see if he also got the email about the
17  deposition.  And he told me no, he hadn't got nothing,
18  so I was the only one.
19   Q.  I see.  What was your friend's name?
20   A.  Ricardo.
21   Q.  And last name?
22   A.  I think his last name is Gomez, G-O-M-E-Z.
23   Q.  Thank you.  Did you talk to anyone else?
24   A.  I think that's his last name.  No.  The attorney

Page 7

1  on this.  Other than those two people, that was it.
2  What's the attorney name?  Michael.  What's his name?
3  I can't look at the email.
4    Q.  Michael Tretter.  He is our paralegal.
5    A.  Michael Tretter.  Yeah, yeah.  Because I never
6  got anything like this before, so I just called to
7  make sure it's not a scam or anything like that or
8  about people trying to get money.
9    Q.  Smart.  And then one other instruction I will
10  ask is that I am going to ask a question and try to
11  wait until I am done to answer, and then I will also
12  try not to interrupt you so that the court reporter
13  can take down what we say and doesn't have to try to
14  get two people talking at once.
15   A.  Yes.
16   Q.  Thank you.  So I understand that you invested in
17  the TelexFree program.  Is that correct?
18   A.  Yes.
19   Q.  And you submitted a claim for the amount that
20  you lost.  Correct?
21   A.  Yes.
22   Q.  Do you know about how much money you submitted a
23  claim for?
24   A.  I think it was about $7,000.  I mean, it was

Page 8

1  about nine years ago.  It was $7 -- $7,000, maybe
2  $6,000 or $6,500.  I don't remember the whole thing
3  because it was such a long time ago.  I just gave up
4  on it.
5    Q.  Okay.  Our records show you submitted a claim
6  for $3,932.19, so almost $4,000.  Does that sound like
7  it could be correct?
8    A.  I think, at one point, I got back about -- I
9  don't remember.  I am not going to lie to you.  I
10  don't remember.  I think it's, like, two or three
11  grand, I got it back.  It was --
12   Q.  Okay.  I was going to say that's okay.  If you
13  don't remember, it's fine to say, "I don't remember,"
14  or, "I don't know."
15      But my understanding is that that sounds about
16  accurate, and you got at least some of that money back
17  through the claim process.  Is that correct?
18   A.  Yes.
19   Q.  Do you remember how many accounts you had with
20  TelexFree at the end?
21   A.  I think it was 11.
22   Q.  And were there different types of accounts that
23  you had?
24   A.  No.  They were all the same.  You had to do

Page 9

1 something. But it was the same type of accounts that
2 I remember. You just had to submit, like, a post or
3 do something, like one or two clicks and it was done
4 for the week, and I had to do it once a day.
5     First, I bought, like, four accounts. Then I
6 used my savings to buy the rest.
7 Q. Okay. And you mentioned that you had to post
8 ads. When you posted those ads, did you earn credits?
9 A. I'm sorry. Can you repeat that?
10 Q. When you posted those ads, did you earn credits
11 with TelexFree?
12 A. It was online. You had to log in to the
13 TelexFree or something online and press a few buttons,
14 but I don't remember what -- I don't know what
15 "credit" means.
16 Q. Okay.
17 A. I mean, I was told --
18 Q. So let's back up a step. When you first joined,
19 how did you -- how was your first account opened?
20 A. I opened it through a friend of mine or someone
21 that was doing the accounts. And he came to my house
22 or went to my friend's house and he was there and he,
23 like, opened up an account for me, a subscription. He
24 showed me how to do it. "You have to download the

Page 10

1 Google Chrome. I am going to put the web browser on
2 your tab. You click on this tab, and then you press
3 this. Then you have to log in to a different account,
4 and you have to click this. Yes, yes, yes, yes."
5 What he explained to me was what you are doing is just
6 advertising ads. You have to do once a day for seven
7 days a week, and then Friday you get paid. And he put
8 your bank account information here and there. I think
9 you have to log in to one.
10 Q. So I understand that your friend helped you open
11 the first account. Did you pay your friend money for
12 that account?
13 A. I don't remember.
14 Q. What was your friend's name?
15 A. Well, the one that recommended to me was
16 Ricardo. But the guy that actually came to our house
17 and explained to me, I think his name was Michael.
18 But, again, I don't know his last name or anything
19 like that anymore. I don't remember, like, where he
20 is.
21 Q. I understand.
22 A. I know he's based out of Connecticut, and he
23 came to New Jersey a couple times. I think he was a
24 broker or salesperson trying to sell it, the accounts.

Page 11

1 And I think, in the end, he also got hit.
2 Q. Okay. You mentioned a name. Is it spelled
3 M-A-R-I-A-L-V-A?
4 A. I don't know.
5 Q. Or something like that?
6 A. Yeah, I think his first name was Michael,
7 Miker -- Michael or something like that. But, again,
8 I don't remember.
9 Q. Okay. You mentioned he was a broker. Why did
10 you think he was a broker?
11 A. Because he would come to the house. He was
12 selling the product. "I am working for this company,
13 and what you do is open up accounts, and you have to
14 sell advertisements, and they are going to pay you for
15 it. All you got to do is go to these websites. I
16 will show you how it's done, and you submit the ads.
17 The more accounts that you have, the more ads that you
18 are posting, and you get paid per account."
19     I think each account was, like, $500 per account
20 or $550 per account. At the end of the week, you
21 would get paid, like, $50 or $100 per account. And
22 after two months after you do that, you get your money
23 back. After you get your money back, you can create
24 more accounts and so on and so forth.

Page 12

1     I mean, I think the first week, I got paid.
2 Then I had some money in my savings and I bought the
3 rest of the accounts. Then, like, two weeks after, I
4 found out the whole thing. I am like, "This sucks."
5 Q. Okay. I understand. So you opened the first
6 account. You placed some ads, which, in turn, meant
7 you earned some money. Is that correct?
8 A. Yes. Like, I think the first week, I think I
9 got some money back, yeah.
10 Q. And then so when you paid to open that account,
11 do you remember how you paid for it?
12 A. I think I paid cash.
13 Q. You paid cash?
14 A. Yeah, I paid cash. Yeah.
15 Q. Okay. And you paid cash to this broker that
16 helped you open it. Is that correct?
17 A. I think so, yes.
18 Q. Thank you. Do you remember when you first
19 opened an account?
20 A. Yeah, it was -- I remember very well, because I
21 think I got my tax return. It was between -- it was
22 winter going to 2013, 2014, around that. Or January,
23 around that mark. 2013, 2014. One second. I am
24 trying to remember. Yeah, I think it was between

Page 13

1  December, January, or February.
2  Q.  Okay. I understand. So you opened your
3  account, probably, near the end of January 2014 or
4  potentially of February 2014. Is that correct?
5  A.  It sounds about right. It was cold. It was
6  cold. Yeah.
7  Q.  And that was your first account that you opened
8  around that period?
9  A.  Yeah. I mean, the first time I opened --
10 December, January, I opened the first two or three
11 accounts. Then I waited. And then I saw some people
12 that were getting a lot of money back, so I used my
13 savings account and opened the rest.
14 Q.  I understand. And then around April 2014, is
15 that when you found out you couldn't use the accounts
16 anymore?
17 A.  Yeah, I found out maybe March. Maybe March or
18 April that I found out.
19 Q.  You mentioned that you worked with a broker that
20 you thought maybe was called Michael. Did you work
21 with any other brokers besides Michael?
22 A.  No.
23 Q.  So every time you opened an account, you paid
24 Michael for the account?

Page 14

1  A.  It was two times. First, he came. I opened up
2  with him. And then, like, after the week after or two
3  weeks after, he came down again to my friend's house
4  and he opened up for a lot of people. I was one of
5  the people. He opened for my friend and some other
6  people around the room, and he explained it and he
7  answered questions, and this and that.
8     He drove from Connecticut. I think he lived in
9  Bridgeport.
10 Q.  And he opened up accounts for some of your
11 friends, you said. Is that correct?
12 A.  I think so. Some people that were in the room,
13 yeah.
14 Q.  When he opened up accounts for them, did they
15 also pay him money for those accounts?
16 A.  I think it was all cash.
17 Q.  All cash. Okay. Thank you.
18 A.  I think it was cash. That, I don't remember. I
19 remember the people around. It was, like, five or
20 six. Some people I knew. Some people I had never
21 spoke to before.
22 Q.  I understand. So there were five or six people
23 there. A few of them you knew, and a few that was the
24 first time you met them. Is that correct?

Page 15

1  A.  Yes.
2      MS. PAPAS:  That's all of my questions.
3  Thank you. I am going to turn you over to
4  opposing counsel.
5      THE WITNESS:  Okay.
6              EXAMINATION
7  BY MR. DURAN:
8  Q.  Hello, Andre. Thank you for being with us. My
9  name is Michael Duran. I am an attorney, and I
10 represent the defendant classes of net winners in this
11 litigation. So I am going to ask you some questions,
12 and I appreciate you being here.
13 A.  Thank you.
14 Q.  So can you tell me when did you first learn
15 about TelexFree?
16 A.  Word of mouth of a friend.
17 Q.  So you learned from a friend?
18 A.  (No audible response.)
19 Q.  And which friend was that?
20 A.  Ricardo.
21 Q.  So was that Ricardo Gomez?
22 A.  Yeah.
23 Q.  Okay. And how did you know Ricardo?
24 A.  We have been friends almost forever, it seems.

Page 16

1  I've known him since I came to this country, so just
2  about close to 15 years.
3  Q.  Okay. So did you grow up with him in this
4  country?
5  A.  I mean, we came here and we both speak
6  Portuguese and we just get along really well. And he
7  also lost a lot of money on it, so he lost a lot more
8  than I did.
9  Q.  And what did --
10 A.  Also, he went --
11 Q.  Go ahead.
12 A.  I think -- I don't recall, but when we were
13 going through the process and we find out that the
14 company was a scam. It was a pyramid. And he was
15 kind of desperate, because he put, like, $50,000 or
16 more in it. I mean, I was like, "Dude, you are crazy.
17 That's a lot of money." "Yeah, I put $50,000. I was
18 hoping I would get my money back and put down on a
19 house." And that didn't happen.
20 Q.  So --
21 A.  Now, honestly, at the time I was --
22 Q.  Go ahead.
23 A.  At the time -- you know, it's not a good feeling
24 to lose a couple grand, especially him, 50 grand.

Page 17

1 And I started doing research, going online, Googling
2 the name. And I found some people who lost a lot of
3 money, not just us. Like, one person, somebody lost
4 $30,000, $40,000, $50,000. I'm like, it's crazy.
5     Then we started getting -- not desperate but,
6 like, we got scammed. And then after a while, we -- I
7 got an email or I searched online. You can put a
8 claims and try to get some money back, and me and him,
9 we did it together. And both of us got some money
10 back, not a whole lot, but we got some money back in
11 two payments. The first was some years ago. Maybe I
12 got two or three thousand back. Then I got another
13 one for $25 I think, or $10.
14 **Q. Okay. So you and Ricardo worked together to**
15 **make your claims in the bankruptcy. Is that correct?**
16 A. I mean, I filed my claim on my end. I think he
17 filed his on his end.
18 **Q. So you just discussed that you both were filing**
19 **claims with each other?**
20 A. Yes. I mean, a link opened up and you put your
21 name and information here. You try to put as much
22 information as you can to see if you can get any money
23 back for victims' institution or something like that.
24 **Q. Okay. So back when Ricardo first introduced you**

Page 18

1 **to TelexFree, what did he tell you about it?**
2 A. "I know about this company now. You create ads
3 for this company. They pay you for the work of
4 putting ads. I joined. I have been here, like, for a
5 few weeks. I am getting money back, and I am going to
6 put more. Do you want to join in?" I'm like, "Sure.
7 Why not?"
8 **Q. So as part of your work in TelexFree, did you**
9 **pay Ricardo Gomez any money?**
10 A. No. No.
11 **Q. So you didn't pay Ricardo any cash?**
12 A. No.
13 **Q. Do you remember purchasing -- strike that.**
14     **After you started with TelexFree, do you**
15 **remember getting more phone plans after you started?**
16 A. What do you mean, "phone plans"?
17 **Q. Do you remember anything about buying phone**
18 **calling cards or --**
19 A. No. I never bought calling cards.
20 **Q. You never bought calling cards.**
21 A. No. I mean, calling cards? No, never calling
22 cards.
23 **Q. Do you remember buying any phone plans?**
24 A. No, no phone plans. It was -- everything was

Page 19

1 accounts online. That was it. It was two times I
2 opened these accounts, but never heard of calling
3 cards or phone plans. No, never heard of.
4 **Q. Okay. You don't remember -- you are saying you**
5 **didn't pay Ricardo any cash?**
6 A. No.
7 **Q. Did you pay Ricardo any money?**
8 A. No.
9 **Q. When you were using TelexFree, do you remember**
10 **what email address you used?**
11 A. Yeah. I only have one email.
12 **Q. What was that?**
13 A. MEDONHO100@hotmail.com.
14 **Q. So can you repeat that?**
15 A. Yeah. M, as in Mary, E, as Edward, D, as in
16 David, O, as in Oscar, N, as in Nancy, H, as in
17 Hector, O, as in Oscar, 100@hotmail.com.
18 **Q. Okay. And that's the only email address you**
19 **used when you participated in TelexFree?**
20 A. Yeah. That's the only email that I have besides
21 my work email and my school email.
22 **Q. And you didn't use your work email and your**
23 **school email in TelexFree?**
24 A. No, because that's personal.

Page 20

1 **Q. All right. So I believe you said that a person**
2 **came to where you were living at the time to sort of**
3 **pitch you on TelexFree for the first time. Is that**
4 **correct?**
5 A. Not in my house. He went to my friend's house.
6 When I got there, there were other people interested
7 in it, and he was explaining how it works.
8 **Q. Do you remember the address where this meeting**
9 **happened?**
10 A. I don't. I know it was in Newark.
11 **Q. It was in New York -- Newark. And was it near**
12 **where you lived?**
13 A. Yeah, it's about -- back then, it was about,
14 like, 20 minutes from where I used to live.
15 **Q. Was it --**
16 A. It was Newark, New Jersey.
17 **Q. Was it 61 Oliver Street?**
18 A. That's about right.
19 **Q. That could have been? Do you remember either**
20 **way?**
21 A. I know there's an Oliver Street in Newark, but
22 it's 9 years ago. It could be there. I don't recall
23 exactly the place that I went there. Oliver Street
24 sounds about right but, again, I am not sure because I

Page 21

1  don't remember.
2  Q. Do you remember, was it an office building?
3  A. No, it was a house.
4  Q. It was a house. Okay. And were there people
5  there that were already involved in TelexFree other
6  than the person that was making the pitch? Like, was
7  that a place where they actually participated in
8  TelexFree or was it just sort of a pitch, a sales
9  pitch?
10 A. No. It was a house, like a private home. And
11 the guy came with his laptop in a bag. He was there
12 explaining to everything how it works, how you do it,
13 "Ask me questions." You know, "I can open up accounts
14 for you. You've got to pay me cash. I will get you
15 information and everything." Some of the people
16 opened more accounts. Some of the people opened new
17 accounts. There was, I think, four or five of us.
18 Q. So was there anyone there who wanted to open up
19 a TelexFree but didn't have cash?
20 A. I don't remember.
21 Q. All right. But you believe that you paid cash
22 at that meeting?
23 A. Yes. I believe I paid cash at that meeting,
24 because I don't remember paying by debit card. I

Page 22

1  don't remember paying with a credit card or giving --
2  I gave my bank information to put deposits in my bank.
3  Other than that, I think I paid cash.
4  Q. Before -- do you have any records of a cash
5  withdrawal that would have, you know, gone along with
6  that? Meaning do you remember going and withdrawing
7  cash from your bank account to bring it to the
8  meeting?
9  A. I think so. That's the only way I would be able
10 to get cash.
11 Q. But do you remember withdrawing cash?
12 A. Yeah. I had to pay cash, so at that point, I
13 think I withdraw cash. That's the only source of
14 income that I had, because I get paid direct deposit.
15 Q. And do you remember how much cash you paid at
16 that meeting?
17 A. I think each account was about $750. Or each
18 account, to open up, was between $550 to $750, and I
19 opened up like -- hang on. I don't remember how many
20 accounts I opened up that day. But overall, I had --
21 I think I had 11 accounts total. I could be wrong. I
22 don't remember. It's been nine years ago.
23 Q. But --
24 A. I think I opened up six or seven at that time, I

Page 23

1  think. It's hard to remember. I am sorry.
2  Q. Okay. Do you remember how much cash you gave
3  this person?
4  A. I think five thousand.
5  Q. You think you gave him $5,000 at that meeting in
6  cash?
7  A. I think forty-five to five thousand, I think,
8  yes.
9  Q. Do you have any record of that?
10 A. I don't.
11 Q. Okay. Did you think it was -- did it concern
12 you that you were going to a meeting and meeting
13 someone for the first time and handing them a lot of
14 cash?
15 A. I was scared at first. Again, I was scared at
16 first. First, I only bought two accounts just to
17 start off. And then a week went by and I got paid. I
18 think the second, I got paid. And I had a friend that
19 I knew for a long time, she said, "Look, I am doing
20 this. I know it's not going to be a forever thing,
21 but you can get quick cash." I am like, okay. So I
22 went there, and I had friends -- not only just -- not
23 the only one. I had other people there, and some of
24 the people, you hear through the grapevine they were

Page 24

1  doing the same thing. I'm like, "Okay, so you trust?"
2  "Yeah, we trust him." So I did.
3     I mean, it's sketchy, very sketchy. Right? You
4  walk into a place and you give, like, five grand to a
5  guy that you don't know. But the first two accounts,
6  I got paid straight to my bank account. I mean, I got
7  paid on these first two accounts just to try it out.
8  I opened up more.
9  Q. Okay. So is your memory that you -- soon after
10 you purchased accounts, you received money back?
11 A. Yeah. The first week or two weeks, I got, like,
12 a little bit back, yes.
13 Q. Do you remember how much it was?
14 A. Maybe it was 100 or 150. Something like that.
15 Q. Do you remember how many transfers back you
16 received from TelexFree?
17 A. On claims?
18 Q. No. At the time that you were participating in
19 it.
20 A. Maybe two weeks' worth. That's it.
21 Q. Two weeks' worth of the transfers to your bank
22 account?
23 A. I think the pay was on Friday. I got paid on
24 that Friday maybe the following week. I think once

Page 25

1 the first week -- if I remember correctly, I started
2 doing this on a Wednesday, and then Friday I got a
3 little bit, not too much because it was only
4 Wednesday, Thursday, Friday. I think I got two or
5 three days paid work. And the following week, I got a
6 whole week. And then the week after that, the whole
7 thing shut off.
8  Q.  These payments that you are talking -- referring
9 to right now, do you remember how much those were,
10 roughly?
11  A.  I think the first week was, like, $70 or $80 or
12 maybe $50. And the week after, I think it was $100 or
13 $150. Because the way they explain it to me, like, if
14 you open up one account and you make ads every day,
15 it's $50 per week. I mean, if you -- each account you
16 paid to open was between $600. You take,
17 approximately, like, two months to get your money back
18 which you invested. And after that, everything would
19 be, like, 100 percent return.
20  Q.  Okay. So after you received that money, do you
21 remember paying any more money?
22  A.  No, no. I paid, the first time, two accounts or
23 three accounts. Then, after, I opened, like, five or
24 six more or seven more. After that, the whole thing

Page 26

1 went down and I couldn't even open them up. We called
2 the broker and the broker said, "Look, I understand
3 it's going through -- they went to bankruptcy,
4 Chapter 11." The same information that he gave us, I
5 found it online.
6  Q.  Okay. So when you opened up -- so you opened up
7 a first group of accounts at the meeting. Right? Is
8 that what you are saying?
9  A.  Yes.
10  Q.  Then you opened up more accounts later. Is that
11 correct?
12  A.  Correct, yeah. It was two meetings. That's it.
13  Q.  Oh, you opened up other accounts at a different
14 meeting?
15  A.  Yeah. I told you, the first time was two or
16 three accounts. Then after, I opened up, like, more.
17 It was only two meetings.
18  Q.  Okay. So you only opened up accounts at
19 meetings; you didn't open them up yourself?
20  A.  No. I didn't know how to.
21  Q.  Okay. All right.
22  A.  I mean, I had to get a guy to open up and create
23 account subscription. He had to do something, put my
24 name in it and use a password, and things like that.

Page 27

1      The first -- I met this guy. He gave me,
2 like -- I opened up two accounts just to try it out.
3 Two or three accounts just to try it out and see it
4 works. And I waited two weeks, which I got paid the
5 first week and the second week. Then I decided, okay,
6 let me do a couple more, but nothing crazy. Nothing
7 crazy. So I opened up more accounts. Then, after
8 that, no more. Gone. Poof.
9  Q.  So you opened up more accounts, and you gave the
10 cash. On the second time you opened up accounts, was
11 it the same --
12  A.  Same person, yeah.
13  Q.  Same person. And you gave him cash directly?
14  A.  Correct. Everything was cash. Yeah.
15  Q.  Do you remember how much cash you gave him the
16 second time?
17  A.  Probably, like, between 45 to $5,000.
18  Q.  So you are saying you gave him another $5,000?
19  A.  Yes, something like that. I think, if I recall
20 correctly, yeah. I mean, I don't know to the decimal,
21 to the dollar, but if I were to ballpark and assume,
22 it was about $4,500 to $5,000, something like that. I
23 mean, I thought --
24  Q.  Go ahead.

Page 28

1  A.  I thought this was -- after the first claim that
2 I got some money back, I thought this was over. This
3 is no more. I mean, it's been nine years. And I
4 google information sometimes to see what's going on,
5 and it says they -- Carlos something. And the other
6 guy, James, was arrested. And their lawyers are
7 working on it. And by the time you get money back, it
8 could be years and it will be a fraction of what you
9 invested, because you've got to pay court fees and
10 everything else. So I just gave up on it. I said I
11 am not going to --
12  Q.  I understand.
13  A.  -- fret over money. You can make money back in
14 the future. So I just gave up on it, and now I am
15 here.
16  Q.  I understand. So you are telling me what you
17 spent, roughly, $5,000 or $4,500 in the first meeting.
18 Then you spent another --
19  A.  No. No.
20  Q.  -- roughly $4,500 --
21  A.  No, I did not say that. I said the first time,
22 I opened up two or three accounts. I think they were
23 about, like, $1,100 or $1,500 or something like that,
24 because I think each account was about $550, I think,

Page 29

1  per account you have to open, if I remember correctly.
2  I don't know the full numbers, about $550, $600. So I
3  opened up two or three accounts, which came out $1,100
4  or something like that. And then, after two weeks, I
5  saw that I got paid. Okay. Let me open up a few more
6  accounts. That's when I decided to get to the second
7  meeting to do between 45 and $5,000 cash.
8  Q.  Okay. So you gave more money in the second --
9  A.  Yes.
10 Q.  So just to be clear, how much money did you give
11 at the first meeting?
12 A.  I think it was between $1,100 or $1,500. It was
13 three accounts or two accounts. I don't remember if
14 it was two or three. Maybe it was three because each
15 account is about -- I am just trying to remember. One
16 second.
17 Q.  Sure. Sure. My question here --
18 A.  $500.
19 Q.  My question here is just how much money, how
20 much cash, did you exchange at the first meeting?
21 Total, how much cash did you give at the first
22 meeting?
23 A.  I am trying to tell you I don't remember. It
24 was between $1,100 to $1,500 --

Page 30

1  Q.  Okay.
2  A.  -- because I don't remember if it was two or
3  three accounts.
4  Q.  Okay. Well, your best recollection is between
5  $1,100 or $1,500 in cash that you paid at the first
6  meeting?
7  A.  To my best recollection from what I remember,
8  yes.
9  Q.  All right. And then I believe you said you went
10 to another meeting, you said, a few weeks later?
11 A.  Correct.
12 Q.  Okay. How much cash, total, did you pay at that
13 second meeting?
14 A.  Between $4,500 to $5,000.
15 Q.  So you paid significantly more money at the
16 second meeting is your memory?
17 A.  If I remember correctly, yes.
18 Q.  All right. So, roughly, you believe that you
19 spend, in cash -- total, how much money did you spend
20 in cash on TelexFree?
21 A.  $6,000, $7,000. Maybe 6- or 7,000. I don't
22 remember.
23 Q.  Okay. No, I appreciate that. That's okay.
24 A.  That's what I filed the claim for.

Page 31

1  Q.  Now --
2  A.  That's what I put the claim for, about $7,000.
3  Q.  Okay. When you saw your claim -- when you went
4  in and filled out your claim, did you make any changes
5  to what the trustee said you were owed?
6  A.  No. It was only once.
7  Q.  I'm sorry. Can you repeat that?
8  A.  What do you mean "change"? I never spoke to
9  anyone.
10 Q.  Okay. My question is when you made a claim in
11 the TelexFree bankruptcy, did you look at the amount
12 that the trustee said you were owed? How -- strike
13 that.
14     Let me back up. Do you remember making a claim
15 in the bankruptcy?
16 A.  Yes, I remember I got an email. It said, "Put
17 your information. To the best you remember, how many
18 accounts and all this here. And then put the number
19 that you think you were owed." And, I mean, I am
20 talking about 2014, 2015.
21 Q.  Right.
22 A.  I put maybe like seven grand or $7,500, roughly,
23 and how many accounts. And I had to put on the claim
24 more descriptions and definitions like vague -- they

Page 32

1  said, "Try to put as best that you remember." And
2  there was one thing that said, "Try to put as much as
3  you can remember," and that's what I did. Then I just
4  put it on.
5      And sometimes I get emails back. Oh, they have,
6  like, a hearing on this date. If you want to come,
7  come in. If you don't, you don't. You don't have to
8  be here. And after that I just -- nobody, no. It's
9  not worth getting worked up anymore. So I just, you
10 know, fuck it. Just moved on. Excuse me.
11 Q.  I understand. I understand you. So do you
12 remember that your claim was $3,900?
13 A.  No, not 39. Oh, my claim? Yes. I think I
14 remember I got a couple thousand. The first time, I
15 got paid maybe $2,000, three grand. Yeah, the first
16 time I got paid, it was something like that. Yeah.
17 that is correct.
18 Q.  Okay. I am just trying to figure out what your
19 claim amount was, not what you got paid, and if you
20 remember that. Okay.
21     So we talked about the money that you paid in
22 cash. Right? Let's talk about the money that you
23 received back really quick. How much money do you
24 remember that you received back?

Page 33

1  A.  Maybe the first time I got back, maybe -- do you
2  have a date that they sent out money the first time?
3  Q.  I don't.  I don't in front of me.  I don't know
4  when.  I am just trying to go from what you can
5  remember.  All you can do is testify to what you
6  remember.
7  A.  No, of course.  Of course.  I don't want to give
8  you something that I am just going off my mind.
9  Again, it was years ago.  I am not trying to lie.  I
10 am just trying to remember.
11 Q.  Yes.  And I understand that and I appreciate it.
12 A.  I am trying the best I can.  I think the first
13 time was maybe 2017 or maybe 2016 that I got money
14 back on the first claim.  It was through Zelle from
15 Bank of America.  It was -- maybe it was $2,000 or
16 $2,500 or maybe $3,000.  I would have to look at the
17 bank statements from years ago if they are still
18 available.  I would have to look back.  It was about
19 this much.  And then the second time, which I think
20 was last year or the year before, I got a deposit of,
21 like, $25 or $30.  I know it was about $50 or less.
22      MR. DURAN:  All right.  I have no further
23   questions.
24      THE WITNESS:  No problem.

Page 34

1       MS. PAPAS:  I just have a couple of
2    questions to make sure I understood everything
3    correctly.
4            EXAMINATION
5  BY MS. PAPAS:
6  Q.  I believe you testified that you opened about
7  11 accounts.  Is that correct?
8  A.  Eleven accounts sound about right, yeah.
9  Q.  And to the best of your recollection, you think
10 you spent about 5- to $7,000 in cash to open those
11 accounts.  Is that correct?
12 A.  Five to seven grand.  Maybe 55 to seven grand
13 sounds more accurate, because the first time, it was
14 $5,000.  The first time was $6,000.  Six thousand,
15 yeah.
16 Q.  Okay.  So you had about 11 accounts, and you
17 paid about $6,000 in cash to open them.  Is that
18 correct?
19 A.  Sounds about right, yes.
20      MS. PAPAS:  Okay.  Thank you.  I have no
21   further questions.  We can go off the record.
22      (Deposition concluded at 10:43 a.m.)
23
24

Page 35

1   ERRATA SHEET DISTRIBUTION INFORMATION
2   DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS
3
4
5   ERRATA SHEET DISTRIBUTION INFORMATION
6
7      The original of the Errata Sheet has been
8  delivered to Alexandra M. Papas, Esquire.
9      When the Errata Sheet has been completed by
10 the deponent and signed, a copy thereof should be
11 delivered to each party of record and the ORIGINAL
12 forwarded to Alexandra M. Papas, Esquire, to whom the
13 original deposition transcript was delivered.
14
15        INSTRUCTIONS TO DEPONENT
16
17     After reading this volume of your deposition,
18 please indicate any corrections or changes to your
19 testimony and the reasons therefor on the Errata Sheet
20 supplied to you and sign it.  DO NOT make marks or
21 notations on the transcript volume itself.  Add
22 additional sheets if necessary.  Please refer to the
23 above instructions for Errata Sheet distribution
24 information.

Page 36

1 PLEASE ATTACH TO THE DEPOSITION OF WITNESS
2 CASE:  NO. 14-40987-EDK
3 DATE TAKEN:  February 23, 2023
4          ERRATA SHEET
5 Please refer to Page 36 for Errata Sheet instructions
6 and distribution instructions.
7 PAGE   LINE CHANGE     REASON
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15     I have read the foregoing transcript of my
16 deposition, and except for any corrections or changes
17 noted above, I hereby subscribe to the transcript as
18 an accurate record of the statements made by me.
19
20     Executed this ___ day of _____, 2023.
21
22            _____
23            ANDRE TRAJANO DE COSTA SILVEIRA
24

Page 37

```
 1      C E R T I F I C A T E
 2
 3   COMMONWEALTH OF MASSACHUSETTS
     HAMPSHIRE, SS.
 4
 5        I, Genevieve Y.J. Van de Merghel,
 6   Stenographer, hereby certify:
 7        That ANDRE TRAJANO DE COSTA SILVEIRA, the
 8   witness whose testimony is hereinbefore set forth, was
 9   duly sworn by me, pursuant to Mass. R. Civ. P. 27, 29,
10   30, 30A, and 31, and that such testimony is a true and
11   accurate record of my stenotype notes taken in the
12   foregoing matter, to the best of my knowledge, skill,
13   and ability.
14        I further certify that I am not related to
15   any parties to this action by blood or marriage; and
16   that I am in no way interested in the outcome of this
17   matter.
18        IN WITNESS HEREOF, I have hereunto set my
19   hand this 27th day of February, 2023.
20
21        [Signature: Genevieve YJ Van de Merghel]
22        _____
23        Genevieve Y.J. Van de Merghel
          My Commission Expires: 12/16/27
24
```

## $

**$1,100**
 28:23 29:3,12,24
 30:5
**$1,500**
 28:23 29:12,24 30:5
**$10**
 17:13
**$100**
 11:21 25:12
**$150**
 25:13
**$2,000**
 32:15 33:15
**$2,500**
 33:16
**$25**
 17:13 33:21
**$3,000**
 33:16
**$3,900**
 32:12
**$3,932.19**
 8:6
**$30**
 33:21
**$30,000**
 17:4
**$4,000**
 8:6
**$4,500**
 27:22 28:17,20
 30:14
**$40,000**
 17:4
**$5,000**
 23:5 27:17,18,22
 28:17 29:7 30:14
 34:14
**$50**
 11:21 25:12,15
 33:21
**$50,000**
 16:15,17 17:4
**$500**
 11:19 29:18
**$550**
 11:20 22:18 28:24
 29:2
**$6,000**
 8:2 30:21 34:14,17

**$6,500**
 8:2
**$600**
 25:16 29:2
**$7**
 8:1
**$7,000**
 7:24 8:1 30:21 31:2
 34:10
**$7,500**
 31:22
**$70**
 25:11
**$750**
 22:17,18
**$80**
 25:11

## 1

**100**
 24:14 25:19
**100@hotmail.com**
 19:17
**10:43**
 34:22
**11**
 8:21 22:21 26:4
 34:7,16
**14**
 5:24
**144**
 4:9
**15**
 16:2
**150**
 24:14

## 2

**20**
 20:14
**2013**
 12:22,23
**2014**
 12:22,23 13:3,4,14
 31:20
**2015**
 31:20
**2016**
 33:13
**2017**
 33:13

## 3

**39**
 32:13

## 4

**45**
 27:17 29:7

## 5

**5-**
 34:10
**50**
 16:24
**531**
 4:22
**55**
 34:12

## 6

**6**
 4:22
**6-**
 30:21
**61**
 20:17

## 7

**7,000**
 30:21

## 9

**9**
 20:22

## A

**a.m.**
 34:22
**account**
 9:19,23 10:3,8,11,12
 11:18,19,20,21 12:6,
 10,19 13:3,7,13,23,
 24 22:7,17,18 24:6,
 22 25:14,15 26:23
 28:24 29:1,15
**accounts**
 8:19,22 9:1,5,21
 10:24 11:13,17,24

 12:3 13:11,15 14:10,
 14,15 19:1,2 21:13,
 16,17 22:20,21
 23:16 24:5,7,10
 25:22,23 26:7,10,13,
 16,18 27:2,3,7,9,10
 28:22 29:3,6,13 30:3
 31:18,23 34:7,8,11,
 16
**accurate**
 5:17 6:1 8:16 34:13
**address**
 4:21 19:10,18 20:8
**ads**
 9:8,10 10:6 11:16,17
 12:6 18:2,4 25:14
**advertisements**
 11:14
**advertising**
 10:6
**agree**
 4:3
**ahead**
 16:11,22 27:24
**Alexandra**
 4:14
**America**
 33:15
**amount**
 7:19 31:11 32:19
**Andre**
 4:5,19 15:8
**answering**
 5:7
**anymore**
 10:19 13:16 32:9
**approximately**
 25:17
**April**
 13:14,18
**arrested**
 28:6
**assume**
 5:6 6:5 27:21
**attorney**
 6:24 7:2 15:9
**audible**
 15:18

## B

**back**
 8:8,11,16 9:18 11:23

Case 16-04006 Doc 458-7 Filed 09/11/23 Entered 09/11/23 16:12:41 Desc Exhibit
G Page 14 of 18

Telextree, LLC, et al. vs
Franz Balan

Andre Tranjano De Costa Silveira
February 23, 2023

12:9 13:12 16:18
17:8,10,12,23,24
18:5 20:13 24:10,12,
15 25:17 28:2,7,13
31:14 32:5,23,24
33:1,14,18
**bag**
21:11
**ballpark**
27:21
**bank**
10:8 22:2,7 24:6,21
33:15,17
**bankruptcy**
17:15 26:3 31:11,15
**based**
10:22
**bit**
24:12 25:3
**bought**
9:5 12:2 18:19,20
23:16
**break**
4:15
**Bridgeport**
14:9
**bring**
22:7
**broker**
10:24 11:9,10 12:15
13:19 26:2
**brokers**
13:21
**browser**
10:1
**building**
21:2
**buttons**
9:13
**buy**
9:6
**buying**
18:17,23

---
**C**
---

**called**
7:6 13:20 26:1
**calling**
18:18,19,20,21 19:2
**car**
6:4,5

**card**
21:24 22:1
**cards**
18:18,19,20,21,22
19:3
**Carlos**
28:5
**case**
4:15
**cash**
12:12,13,14,15
14:16,17,18 18:11
19:5 21:14,19,21,23
22:3,4,7,10,11,12,
13,15 23:2,6,14,21
27:10,13,14,15 29:7,
20,21 30:5,12,19,20
32:22 34:10,17
**change**
31:8
**Chapter**
26:4
**Chrome**
10:1
**claim**
6:14 7:19,23 8:5,17
17:16 28:1 30:24
31:2,3,4,10,14,23
32:12,13,19 33:14
**claims**
17:8,15,19 24:17
**classes**
15:10
**clear**
29:10
**click**
10:2,4
**clicks**
9:3
**close**
16:2
**Clubhouse**
4:22
**cold**
13:5,6
**company**
11:12 16:14 18:2,3
**concern**
23:11
**concluded**
34:22

**conducting**
4:3
**confirm**
5:18
**Connecticut**
10:22 14:8
**copy**
5:20,23
**correct**
6:6 7:17,20 8:7,17
12:7,16 13:4 14:11,
24 17:15 20:4 26:11,
12 27:14 30:11
32:17 34:7,11,18
**correctly**
25:1 27:20 29:1
30:17 34:3
**Costa**
4:5,19
**counsel**
4:3 15:4
**country**
16:1,4
**couple**
5:1 10:23 16:24 27:6
32:14 34:1
**court**
4:22 5:12,16 7:12
28:9
**crazy**
16:16 17:4 27:6,7
**create**
11:23 18:2 26:22
**credit**
9:15 22:1
**credits**
9:8,10
**current**
4:20

---
**D**
---

**date**
32:6 33:2
**David**
19:16
**day**
9:4 10:6 22:20 25:14
**days**
5:24 10:7 25:5
**de**
4:5,19

**debit**
21:24
**December**
13:1,10
**decided**
27:5 29:6
**decimal**
27:20
**defendant**
15:10
**definitions**
31:24
**deposed**
4:24
**deposit**
22:14 33:20
**deposition**
4:3 6:10,17 34:22
**deposits**
22:2
**descriptions**
31:24
**desperate**
16:15 17:5
**direct**
22:14
**directly**
27:13
**discussed**
17:18
**dollar**
27:21
**download**
9:24
**driver's**
4:7
**drove**
14:8
**Dude**
16:16
**duly**
4:8
**Duran**
15:7,9 33:22

---
**E**
---

**earn**
9:8,10
**earned**
12:7
**Edward**

Case 1:16-04006    Doc 458-7    Filed 09/11/23    Entered 09/11/23 16:12:41    Desc Exhibit
G    Page 15 of 18

Telextree, LLC, et al. vs
Franz Balan

Andre Tranjano De Costa Silveira
February 23, 2023

19:15
**Eleven**
    34:8
**email**
    5:18,20,23 6:16 7:3
    17:7 19:10,11,18,20,
    21,22,23 31:16
**emails**
    32:5
**end**
    8:20 11:1,20 13:3
    17:16,17
**errors**
    6:1
**EXAMINATION**
    4:11 15:6 34:4
**exchange**
    29:20
**Excuse**
    32:10
**Executive**
    4:9
**explain**
    25:13
**explained**
    10:5,17 14:6
**explaining**
    20:7 21:12

_____

**F**

**February**
    13:1,4
**feeling**
    16:23
**fees**
    28:9
**figure**
    32:18
**filed**
    17:16,17 30:24
**filing**
    17:18
**filled**
    31:4
**find**
    16:13
**fine**
    8:13
**forever**
    15:24 23:20
**forty-five**
    23:7
**found**
    12:4 13:15,17,18
    17:2 26:5
**fraction**
    28:8
**fret**
    28:13
**Friday**
    10:7 24:23,24 25:2,4
**friend**
    6:13 9:20 10:10,11
    14:5 15:16,17,19
    23:18
**friend's**
    6:19 9:22 10:14 14:3
    20:5
**friends**
    14:11 15:24 23:22
**front**
    33:3
**fuck**
    32:10
**full**
    4:17 29:2
**future**
    28:14

_____

**G**

**G-O-M-E-Z**
    6:22
**gave**
    8:3 22:2 23:2,5 26:4
    27:1,9,13,15,18
    28:10,14 29:8
**get along**
    16:6
**give**
    24:4 29:10,21 33:7
**giving**
    22:1
**Gomez**
    6:22 15:21 18:9
**good**
    4:13 16:23
**google**
    10:1 28:4
**Googling**
    17:1
**grand**
    8:11 16:24 24:4
    31:22 32:15 34:12
**grapevine**
    23:24
**group**
    26:7
**grow**
    16:3
**guy**
    10:16 21:11 24:5
    26:22 27:1 28:6

_____

**H**

**handing**
    23:13
**hang**
    22:19
**happen**
    16:19
**happened**
    20:9
**hard**
    23:1
**head**
    5:11
**hear**
    23:24
**heard**
    19:2,3
**hearing**
    32:6
**Hector**
    19:17
**helped**
    10:10 12:16
**hit**
    6:13 11:1
**home**
    21:10
**honestly**
    16:21
**hoping**
    16:18
**house**
    9:21,22 10:16 11:11
    14:3 16:19 20:5
    21:3,4,10

_____

**I**

**identified**
    4:6
**identify**
    6:1
**included**
    4:18
**income**
    22:14
**information**
    10:8 17:21,22 21:15
    22:2 26:4 28:4 31:17
**institution**
    17:23
**instruction**
    5:10 7:9
**instructions**
    5:1,8
**interested**
    20:6
**interrupt**
    7:12
**introduced**
    17:24
**invested**
    7:16 25:18 28:9
**involved**
    21:5

_____

**J**

**James**
    28:6
**January**
    12:22 13:1,3,10
**Jersey**
    4:7,22 10:23 20:16
**join**
    18:6
**joined**
    9:18 18:4

_____

**K**

**kind**
    16:15
**knew**
    14:20,23 23:19

_____

**L**

**laptop**
    21:11
**lawyers**
    28:6
**learn**
    15:14
**learned**

Case 16-04006 Doc 458-7 Filed 09/11/23 Entered 09/11/23 16:12:41 Desc Exhibit
G Page 16 of 18

Telexfree, LLC, et al. vs
Franz Balan

Andre Tranjano De Costa Silveira
February 23, 2023

15:17
**license**
 4:8
**lie**
 8:9 33:9
**link**
 17:20
**litigation**
 15:11
**live**
 20:14
**lived**
 14:8 20:12
**living**
 20:2
**log**
 9:12 10:3,9
**long**
 8:3 23:19
**lose**
 16:24
**lost**
 7:20 16:7 17:2,3
**lot**
 6:7 13:12 14:4 16:7,
 17 17:2,10 23:13

**M**

**M-A-R-I-A-L-V-A**
 11:3
**made**
 31:10
**make**
 5:17 7:7 17:15 25:14
 28:13 31:4 34:2
**making**
 21:6 31:14
**March**
 13:17
**mark**
 12:23
**Mary**
 19:15
**Meaning**
 22:6
**means**
 9:15
**meant**
 12:6
**Medonho100@
hotmail.com.**

19:13
**meeting**
 20:8 21:22,23 22:8,
 16 23:5,12 26:7,14
 28:17 29:7,11,20,22
 30:6,10,13,16
**meetings**
 26:12,17,19
**memory**
 24:9 30:16
**mentioned**
 9:7 11:2,9 13:19
**met**
 14:24 27:1
**Michael**
 7:2,4,5 10:17 11:6,7
 13:20,21,24 15:9
**middle**
 4:18
**Miker**
 11:7
**mind**
 33:8
**mine**
 6:13 9:20
**minutes**
 20:14
**money**
 7:8,22 8:16 10:11
 11:22,23 12:2,7,9
 13:12 14:15 16:7,17,
 18 17:3,8,9,10,22
 18:5,9 19:7 24:10
 25:17,20,21 28:2,7,
 13 29:8,10,19 30:15,
 19 32:21,22,23 33:2,
 13
**months**
 11:22 25:17
**morning**
 4:13
**mouth**
 15:16
**moved**
 32:10

**N**

**names**
 4:18
**Nancy**
 19:16

**net**
 15:10
**Newark**
 20:10,11,16,21
**nodding**
 5:11
**number**
 31:18
**numbers**
 29:2

**O**

**oath**
 6:1
**office**
 6:8 21:2
**Oliver**
 20:17,21,23
**online**
 9:12,13 17:1,7 19:1
 26:5
**open**
 10:10 11:13 12:10,
 16 21:13,18 22:18
 25:14,16 26:1,19,22
 29:1,5 34:10,17
**opened**
 9:19,20,23 12:5,19
 13:2,7,9,10,13,23
 14:1,4,5,10,14 17:20
 19:2 21:16 22:19,20,
 24 24:8 25:23 26:6,
 10,13,16,18 27:2,7,
 9,10 28:22 29:3 34:6
**opportunity**
 5:15
**opposing**
 15:4
**Order**
 4:9
**Oscar**
 19:16,17
**owed**
 31:5,12,19

**P**

**paid**
 10:7 11:18,21 12:1,
 10,11,12,13,14,15
 13:23 21:21,23 22:3,
 14,15 23:17,18 24:6,

7,23 25:5,16,22 27:4
 29:5 30:5,15 32:15,
 16,19,21 34:17
**Papas**
 4:12,14 15:2 34:1,5,
 20
**paralegal**
 7:4
**parking**
 6:7
**part**
 18:8
**participated**
 19:19 21:7
**participating**
 24:18
**password**
 26:24
**pay**
 10:11 11:14 14:15
 18:3,9,11 19:5,7
 21:14 22:12 24:23
 28:9 30:12
**paying**
 21:24 22:1 25:21
**payments**
 17:11 25:8
**people**
 7:1,8,14 13:11 14:4,
 5,6,12,19,20,22 17:2
 20:6 21:4,15,16
 23:23,24
**percent**
 25:19
**period**
 13:8
**person**
 17:3 20:1 21:6 23:3
 27:12,13
**personal**
 19:24
**phone**
 18:15,16,17,23,24
 19:3
**pitch**
 20:3 21:6,8,9
**place**
 20:23 21:7 24:4
**plans**
 18:15,16,23,24 19:3
**point**
 8:8 22:12

**Poof**
27:8
**Portuguese**
16:6
**post**
9:2,7
**posted**
9:8,10
**posting**
11:18
**potentially**
13:4
**present**
4:3
**press**
9:13 10:2
**prior**
6:9
**private**
21:10
**problem**
33:24
**process**
8:17 16:13
**product**
11:12
**production**
4:7
**program**
7:17
**purchased**
24:10
**purchasing**
18:13
**Pursuant**
4:8
**put**
10:1,7 16:15,17,18
17:7,20,21 18:6 22:2
26:23 31:2,16,18,22,
23 32:1,2,4
**putting**
18:4
**pyramid**
16:14

———————
**Q**
———————

**question**
5:3,6 7:10 29:17,19
31:10
**questions**
5:2 14:7 15:2,11
21:13 33:23 34:2,21
**quick**
5:10 23:21 32:23

———————
**R**
———————

**reason**
5:3
**recall**
16:12 20:22 27:19
**received**
24:10,16 25:20
32:23,24
**recollection**
30:4,7 34:9
**recommended**
10:15
**record**
4:17 23:9 34:21
**records**
8:5 22:4
**referring**
25:8
**remember**
8:2,9,10,13,19 9:2,
14 10:13,19 11:8
12:11,18,20,24
14:18,19 18:13,15,
17,23 19:4,9 20:8,19
21:1,2,20,24 22:1,6,
11,15,19,22 23:1,2
24:13,15 25:1,9,21
27:15 29:1,13,15,23
30:2,7,17,22 31:14,
16,17 32:1,3,12,14,
20,24 33:5,6,10
**remotely**
4:3
**repeat**
9:9 19:14 31:7
**reporter**
5:12,17 7:12
**represent**
4:14 15:10
**research**
17:1
**residential**
4:20
**response**
15:18
**rest**
9:6 12:3 13:13

**return**
12:21 25:19
**review**
5:15,21,23,24
**reword**
5:4
**Ricardo**
6:20 10:16 15:20,21,
23 17:14,24 18:9,11
19:5,7
**room**
14:6,12
**roughly**
25:10 28:17,20
30:18 31:22

———————
**S**
———————

**sales**
21:8
**salesperson**
10:24
**savings**
9:6 12:2 13:13
**scam**
7:7 16:14
**scammed**
17:6
**scared**
23:15
**school**
19:21,23
**searched**
17:7
**sell**
10:24 11:14
**selling**
11:12
**series**
5:2
**show**
8:5 11:16
**showed**
9:24
**shut**
25:7
**sign**
5:24
**significantly**
30:15
**Silveira**
4:5,19

**sketchy**
24:3
**Smart**
7:9
**sort**
20:2 21:8
**sound**
8:6 34:8
**sounds**
8:15 13:5 20:24
34:13,19
**source**
22:13
**speak**
16:5
**spelled**
11:2
**spend**
30:19
**spent**
28:17,18 34:10
**spoke**
14:21 31:8
**start**
23:17
**started**
17:1,5 18:14,15 25:1
**state**
4:17
**statements**
33:17
**step**
9:18
**straight**
24:6
**Street**
20:17,21,23
**strike**
18:13 31:12
**submit**
9:2 11:16
**submitted**
7:19,22 8:5
**subscription**
9:23 26:23
**sucks**
12:4
**sworn**
4:8

**T**

tab
 10:2
taking
 5:17
talk
 6:10,23 32:22
talked
 32:21
talking
 7:14 25:8 31:20
tax
 12:21
Telexfree
 4:15 6:14 7:17 8:20
 9:11,13 15:15 18:1,
 8,14 19:9,19,23 20:3
 21:5,8,19 24:16
 30:20 31:11
telling
 28:16
testified
 4:9 34:6
testify
 33:5
thing
 8:2 12:4 23:20 24:1
 25:7,24 32:2
things
 26:24
thought
 13:20 27:23 28:1,2
thousand
 17:12 23:4,7 32:14
 34:14
Thursday
 25:4
time
 8:3 13:9,23 14:24
 16:21,23 20:2,3
 22:24 23:13,19
 24:18 25:22 26:15
 27:10,16 28:7,21
 32:14,16 33:1,2,13,
 19 34:13,14
times
 10:23 14:1 19:1
today
 5:16 6:9
today's
 4:3

told
 6:17 9:17 26:15
total
 22:21 29:21 30:12,
 19
Trajano
 4:5,19
transcript
 5:16
transfers
 24:15,21
Tretter
 7:4,5
trust
 24:1,2
trustee
 4:14 31:5,12
truthfully
 5:7
turn
 12:6 15:3
type
 9:1
types
 8:22

**U**

understand
 4:15 5:3,5,7 7:16
 10:10,21 12:5 13:2,
 14 14:22 26:2 28:12,
 16 32:11 33:11
understanding
 8:15
understood
 5:6 34:2
Union
 4:22
Unit
 4:22

**V**

vague
 31:24
victims'
 17:23
videoconference
 4:3

**W**

wait
 7:11
waited
 13:11 27:4
walk
 24:4
wanted
 21:18
web
 10:1
websites
 11:15
Wednesday
 25:2,4
week
 9:4 10:7 11:20 12:1,
 8 14:2 23:17 24:11,
 24 25:1,5,6,11,12,15
 27:5
weeks
 12:3 14:3 18:5 24:11
 27:4 29:4 30:10
weeks'
 24:20,21
winners
 15:10
winter
 12:22
withdraw
 22:13
withdrawal
 22:5
withdrawing
 22:6,11
Word
 15:16
work
 4:15 13:20 18:3,8
 19:21,22 25:5
worked
 13:19 17:14 32:9
working
 11:12 28:7
works
 20:7 21:12 27:4
worth
 24:20,21 32:9
write
 5:12

wrong
 22:21

**Y**

year
 33:20
years
 8:1 16:2 17:11 20:22
 22:22 28:3,8 33:9,17
York
 20:11

**Z**

Zelle
 33:14
Zoom
 5:19