# EXHIBIT H

# In the Matter of:

*Telexfree, LLC, et al. vs*

*Franz Balan*

Suellen Schmidt

February 24, 2023

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



Page 1

```
 1        UNITED STATES BANKRUPTCY COURT
             DISTRICT OF MASSACHUSETTS
 2
 3  In Re TELEXFREE, LLC, et al.,     )
            Debtor,            )
 4  ----------------------------  )
                                    )
 5                              ) Case no.
     STEPHEN B. DARR, TRUSTEE OF THE    ) 14-40987-EDK
 6  ESTATES OF TELEXFREE LLC, et al.,    )
           Plaintiff,     ) Chapter 11
 7                             )
     v.                    ) Adv. Proc. No.
 8                           ) 16-4006
     FRANZ BALAN, A REPRESENTATIVE OF A    )
 9  CLASS OF DEFENDANT NET WINNERS,     )
           Defendant.        )
10
11
12
13       DEPOSITION OF SUELLEN SCHMIDT
            Appearing remotely from
14             13 Everton Avenue
            Worcester, Massachusetts
15            February 24, 2023
           Commencing at 11:00 a.m.
16
17
18   Reported by:  Genevieve Y.J. Van de Merghel
         Notary Public and Stenographer
19          Appearing remotely from
          Hampshire County, Massachusetts
20
21
22
      O'Brien & Levine Court Reporting Solutions
23          68 Commercial Wharf
          Boston, Massachusetts  02110
24           617—399—0130
```

Page 2

```
 1        A P P E A R A N C E S
 2
 3  ALEXANDRA M. PAPAS, ESQUIRE
      Murphy & King, PC
 4  28 State Street, Suite 3101
     Boston, Massachusetts 02109
 5  617-423-0400
    apapas@murphyking.com
 6  Counsel for the Plaintiff
      (Appearing remotely)
 7
 8  ILYAS J. RONA, ESQUIRE
     MICHAEL J. DURAN, ESQUIRE
 9  LEA KRAEMER, ESQUIRE
      Milligan Rona Duran & King LLC
10  28 State Street, Suite 802
     Boston, Massachusetts 02109
11  617-395-9570
    ijr@mrdklaw.com
12  mjd@mrdklaw.com
    lk@mrdklaw.com
13    Counsel for the Defendant
      (Appearing remotely)
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1              I N D E X
 2
 3  WITNESS                  EXAMINATION
 4  SUELLEN SCHMIDT
      BY MS. PAPAS . . . . . . . . . . . . . . .  4
 5    BY MR. DURAN . . . . . . . . . . . . . . 14
      BY MS. PAPAS . . . . . . . . . . . . . . 33
 6
 7
 8          E X H I B I T S
 9
10      (No exhibits marked.)
```

Page 4

```
 1           P R O C E E D I N G S
 2
 3      Counsel present agree to conducting today's
    deposition remotely via videoconference.
 4
 5      SUELLEN SCHMIDT, having first been
 6   identified by the production of her
 7   Massachusetts driver's license and duly
 8   sworn Pursuant to Executive Order 144,
 9   testified as follows:
10          EXAMINATION
11  BY MS. PAPAS:
12  Q.  Good morning.  Thank you for joining us today.
13  My name is Alexandra Papas.  I represent the trustee
14  in the Telex versus net winners bankruptcy case.  The
15  point of this deposition is just to try to collect a
16  little bit of information and learn about individual
17  claims and the process by which participants generally
18  used the Telex program.
19      So I am not sure if you have been deposed
20  before, but I am just going to go through a few
21  instructions with you.
22  A.  Okay.
23  Q.  First is I am going to ask you a series of
24  questions today.  If you do not understand the
```

Page 5

1  question, please just let me know and I will try to
2  rephrase the question so that you do understand.
3   A.  Okay.
4   Q.  If you answer the question, I am going to assume
5  that you did understand and you answered it
6  truthfully.
7   A.  Okay.
8   Q.  Do those instructions make sense?
9   A.  Make sense.
10  Q.  Thank you. And then I am also going to ask that
11 you give verbal answers today. So, for example,
12 please say "yes" or "no" instead of nodding your head.
13 Can you do that?
14  A.  I can do that.
15  Q.  Thank you. We have a court reporter here today,
16 so I am also going to ask that we try not to speak
17 over each other. I'll ask my question and try to
18 pause and give you -- and make sure I wait until you
19 answer for the next question. Can you do that today?
20  A.  Yes.
21  Q.  And then do you want an opportunity to review
22 the transcript of everything that we say today to make
23 sure it's accurate?
24  A.  Yes.

Page 6

1   Q.  In that event, we will -- once my office
2  receives a copy of the transcript, we will send you a
3  copy to review and then you will have -- sent by
4  email. And you will have 14 days to review it and
5  sign under oath that it is accurate or identify any
6  errors. Can you do that?
7   A.  Yes.
8   Q.  Is there anyone in the room with you today?
9   A.  I do have a sick child with me.
10  Q.  Just a child?
11  A.  Yes.
12  Q.  Did you talk to anyone about this deposition
13 before today?
14  A.  My husband.
15  Q.  Was he a participant in Telex?
16  A.  No, he was not.
17  Q.  So just to confirm, you invested in the Telex
18 program. Correct?
19  A.  Yes.
20  Q.  And you submitted a claim for the amount that
21 you lost from that investment?
22  A.  Correct.
23  Q.  Do you remember how much that claim was for?
24  A.  So I believe I invested over -- a little over

Page 7

1  $4,000. I am sure the claim has the exact amount. I
2  can't think of that exact amount at the time.
3   Q.  Our records show it was $4,488. Does that sound
4  accurate?
5   A.  Yes, it does.
6   Q.  And when you submitted that claim, you declared
7  the information was true and correct. Is that right?
8   A.  Yes.
9   Q.  Do you remember how many accounts you had with
10 TelexFree?
11  A.  I want to say three. Three or four. I don't
12 remember exact, but it's also in the claim. It's been
13 so many years.
14  Q.  Your claim has five accounts. Does that sound
15 correct?
16  A.  Could be.
17  Q.  And for these accounts, do you remember if there
18 were different types of accounts? As in one could be,
19 like, a phone card type account and one would have
20 been more of like a family plan. Does that sound
21 accurate?
22  A.  I don't remember those details. I believe it
23 was just straightforward, one type of account.
24  Q.  And with those accounts that you had, could you

Page 8

1  earn credits from various activities like posting ads?
2   A.  Yes. So yeah, I had to do that. I guess I
3  entered a month before they filed for bankruptcy, so I
4  was -- I was persuaded by a friend that it was
5  something good.
6   Q.  Okay.
7   A.  It was clearly not. Not only did I lose money,
8  but I lost my time having to go online every day and
9  do those ads.
10  Q.  Okay. So for the month that you were part of
11 it, you went online, posted ads, and then you earned
12 credits from TelexFree. Is that correct?
13  A.  Yes. Correct.
14  Q.  And could you use those credits to get cash or
15 open up other accounts?
16  A.  I believe you could. I don't remember if I was
17 able to get -- to use it. I don't remember if I had
18 time to even use it because it was -- it was so new.
19  Q.  Okay. I understand. So you believe you could,
20 but you just didn't have a chance to do any of those
21 activities?
22  A.  Yes.
23  Q.  And do you remember how you opened your first
24 account?

Page 9

1  A. Like, can you rephrase?
2  Q. When you opened your first account, did you
3  personally go on and fill out all the information on
4  the Telex website to open it, or did someone help you?
5  A. I believe I had somebody help me.
6  Q. Do you know who helped you open it?
7  A. Her name is Isabella. She is a friend of a
8  friend who convinced me to join.
9  Q. When Isabella helped you open the account, do
10 you remember how you paid for the account?
11 A. So, honestly, my friend -- because I told my
12 friend I didn't want to join. I didn't have any money
13 to join at the time. And she convinced me to accept
14 an offer from another friend, so I had to borrow money
15 from this other friend. She borrowed the money and
16 invested the money, and then I ended up having to pay,
17 of course.
18 Q. Okay. So when you say you borrowed money from a
19 friend, did that friend gave you money that you then
20 gave to someone else to open the account? Is that
21 correct?
22 A. So it was a friend who did it for me. I didn't
23 actually see the money.
24 Q. Okay. So your understanding was this other

Page 10

1  friend invested the account -- invested money into the
2  account to open it for you?
3  A. Correct.
4  Q. So that was the first account that you opened?
5  Is that --
6  A. I believe they were done at the same time, that
7  all five accounts were done at the same time.
8  Q. Do you remember when you -- about when you
9  opened those accounts?
10 A. It's many, many, many, many years ago. Like, I
11 said, it was, like, a month prior from when they filed
12 for bankruptcy; I am sure you have those dates. I
13 don't have it.
14 Q. Does something like February 2014 sound
15 accurate?
16 A. Probably.
17 Q. Is it possible you opened one account a few
18 months before that?
19 A. I believe they were done all at the same time.
20 Q. Okay.
21 A. Like I said, I am not 100 percent sure, but
22 that's what I believe.
23 Q. I think you testified that Isabella opened -- or
24 helped you open the account. Do you know her last

Page 11

1  name?
2  A. I don't.
3  Q. And the friend that you borrowed money from, did
4  this friend also have TelexFree accounts?
5  A. I am not sure.
6  Q. What was your friend's name that you borrowed
7  money from?
8  A. So it's a friend of the friend that convinced me
9  to invest the money. My friend's name is Iraildes.
10 Do you need me to spell that?
11 Q. Yes, please. Can you spell that, please?
12 A. Hold on. I have to write it down so I can.
13 It's I-R-A-I-L-D-E-S.
14 Q. And what is her last name?
15 A. I believe it's Olivera.
16 Q. So I'm sorry; I don't know how to say the name.
17 Ms. Olivera, was she the one -- sorry. Was she your
18 friend who convinced you to join?
19 A. Yes.
20 Q. Okay. And did she help you open those accounts?
21 A. No. I believe it was Isabella who had more
22 computer knowledge.
23 Q. So it was Ms. Olivera's friend who loaned you
24 the money. Is that correct?

Page 12

1  A. Correct.
2  Q. Do you know that friend's name?
3  A. I can't remember right now.
4  Q. Did Ms. Olivera's friend give Ms. Olivera money
5  for the account?
6  A. I don't know how the transaction was done, but I
7  believe. I believe so.
8  Q. I believe you testified before that you invested
9  probably a little over $4,000. Is that correct?
10 A. Yes.
11 Q. Do you remember how much each account cost?
12 A. So I believe it was probably the same amount, so
13 that amount divided by five.
14 Q. Okay.
15 A. If that's how many accounts I have.
16 Q. Does the number 1,425 sound familiar to you?
17 A. Is that how much each account cost?
18 Q. That is one of the accounts that you could open.
19 But I'm understanding your testimony is you do not
20 remember that number. Is that correct?
21 A. That's correct. I don't remember.
22 Q. Your friend, Ms. Olivera, do you know if she
23 helped other people open accounts -- or, sorry,
24 convinced other people to open accounts?

Page 13

1  A. I am not sure. She was my nail technician.
2  Q. I understand. I think you mentioned you had to
3  pay someone back. Do you know who you paid back for
4  the money that was invested?
5  A. I returned the money to my nail technician, and
6  she returned it to the person that she had borrowed it
7  from.
8  Q. Okay. So you paid Ms. Olivera the money that --
9  for opening the accounts, and your understanding is
10 she then gave it to someone else. Correct?
11 A. That's correct.
12 Q. What form of payment was it?
13 A. I believe -- I don't remember if it was cash or
14 a check. But if it was check, I can -- I believe it
15 was cash.
16 Q. Were you about to say if it was check, you would
17 be able to check for the record?
18 A. Yeah.
19 Q. If you could, check for that record. And if you
20 do have a copy of those checks, just provide that to
21 us. That would be helpful.
22 A. I will do some research.
23 Q. Thank you. And do you remember when you paid
24 Ms. Olivera back?

Page 14

1  A. I am trying to remember. I want to say it was
2  either 2015 or early 2016.
3  Q. Okay. So you opened the accounts probably early
4  2014, and then you paid her back in 2015 or 2016. Is
5  that correct?
6  A. I believe so.
7  Q. Then, besides Ms. Olivera, did you know other
8  people who were members of the TelexFree program?
9  A. Not personally.
10 Q. Did you ever attend any meetings for the
11 program?
12 A. No.
13 Q. So the way you heard about it was through your
14 nail technician. Is that correct?
15 A. Correct.
16    MS. PAPAS: Thank you. I have no further
17    questions, so I will turn it over to Counsel.
18    THE WITNESS: Okay.
19        EXAMINATION
20 BY MR. DURAN:
21 Q. Hello. My name is Attorney Michael Duran. I
22 represent a class of defendants that the trustee has
23 sued in this case.
24 A. Okay.

Page 15

1  Q. So we appreciate your being here. I am going to
2  ask you some questions under oath.
3  A. Okay.
4  Q. At the time of TelexFree, do you -- can you tell
5  us what your address was at the time you were
6  participating?
7  A. I believe it was still the same address. If the
8  investment was done in 2014, it was 13 Everton Ave.,
9  my current residence.
10 Q. 13 Everton Ave. Okay. And do you remember what
11 your phone number was at the time?
12 A. 508-579-6488.
13 Q. Did you have any other phone numbers that you
14 used?
15 A. I did not.
16 Q. Okay. I'm sorry. Can you repeat that number as
17 your phone number?
18 A. 508-579-6488.
19 Q. Okay. Did you ever use 508-202-5859?
20 A. I don't recall that number.
21 Q. Okay. Are you familiar with a company called
22 Ad2 Printing?
23 A. No.
24 Q. No. Okay. So let's back up. When you

Page 16

1  participated in TelexFree, did you have your own
2  computer that you worked from?
3  A. I did have my own computer, yes.
4  Q. Okay. And did you log in to your own TelexFree
5  accounts from that computer?
6  A. Yes.
7  Q. Did anyone help you do that?
8  A. I believe, like I said, that person helped me
9  create the accounts, if I am not mistaken. But I
10 was -- then I was shown how to post the daily ads, and
11 then I was able to do it myself.
12 Q. Who showed you how to do it, again?
13 A. So I believe Isabella, who helped me with
14 opening the accounts.
15 Q. Okay. And is it your recollection that she
16 helped you open it, and then did you sort of take it
17 from there or did she continue to help you?
18 A. I believe I did the daily ads myself for, like I
19 said, a month. Then --
20 Q. Okay. And how about transferred credits? Did
21 you ever transfer anyone credits in TelexFree?
22 A. I don't remember.
23 Q. You don't remember. Do you know if you would
24 have transferred Ms. Oliveras (sic) credits -- or

Page 17

1  Olivera?
2  A.  I don't remember. I do not recall that.
3  Q.  You don't remember. Okay. So you said that she
4  gave you a loan to open up your accounts. Is that
5  correct?
6  A.  Correct.
7  Q.  And when she gave you this loan, did you ever
8  see the money?
9  A.  Like I said, I believe I didn't see the money.
10 I believe she gave the money -- she got the money and
11 then -- I don't remember. I don't remember the money
12 transaction. I don't remember seeing the money. The
13 transfer of -- I don't know.
14 Q.  So you didn't actually see the cash?
15 A.  No.
16 Q.  Did the money go into your bank account?
17 A.  No.
18 Q.  So you never took any custody over that money?
19 A.  No.
20 Q.  Okay. You said that -- well, let me back up.
21 Do you remember the exact amount of the loan?
22 A.  It was, like I said, over $4,000. All the
23 money -- it was just enough to open these many
24 accounts.

Page 18

1  Q.  Okay. So the only money that you used in
2  TelexFree was money that you believe was given to you
3  from someone else?
4  A.  Yes.
5  Q.  So you didn't put any of your funds into
6  TelexFree?
7  A.  Well, I did have to pay later so -- it was a
8  loan that I had to repay later, so it did come out of
9  my pocket at some point.
10 Q.  So you repaid this "loan," we are calling it,
11 later?
12 A.  Yes.
13 Q.  And was that after TelexFree had declared
14 bankruptcy?
15 A.  Correct.
16 Q.  So your testimony here today is that you were
17 involved in TelexFree, and after TelexFree went
18 bankrupt, you repaid a loan?
19 A.  Correct.
20 Q.  Did you repay that in cash?
21 A.  I believe it was cash. Like I said, I don't
22 remember -- because I had to take a loan to repay this
23 person. I had to take a loan from my previous
24 employer. And yeah, it became, like, this huge deal

Page 19

1  because that person wanted that money. The person
2  that let me borrow the money wanted the money back. I
3  didn't have the funds to pay them back, so I had to
4  take a loan from my previous employer to pay them
5  back.
6  Q.  Did you pay them back -- go ahead.
7  A.  And then I refinanced my house at some point and
8  was able to get some money and repaid my previous
9  employer.
10 Q.  Did you pay them back -- did you pay this person
11 back -- I'm sorry. Who did you pay back this money
12 to?
13 A.  So this person borrowed the money for me to join
14 TelexFree, and then she wanted -- when TelexFree went
15 bankrupt, she wanted her money back. So I had to
16 borrow money from my employer, from my previous
17 employer. And so I took money from him and gave it
18 back to my nail technician, who then gave it back to
19 this person. And then I refinanced my house, got cash
20 out, and paid my previous employer back.
21 Q.  Who was your previous employer that you took
22 this secondary loan from?
23 A.  It's Dunkin' Donuts.
24 Q.  Dunkin' Donuts. Who is the owner of the Dunkin'

Page 20

1  Donuts?
2  A.  It's George Cadette. But he had no -- you know,
3  no part in it. It was my previous employer. I needed
4  a loan, and he let me have it. He didn't even know
5  what the purpose of the money was.
6  Q.  Okay. But can you spell his name for us?
7  A.  Sure. It's G-E-O-R-G-E, C-A-D-E-T-T-E.
8  Q.  Okay. And you say you borrowed how much money
9  from him?
10 A.  Enough money to cover the investment and pay
11 back, so over $4,000.
12 Q.  You paid that money back to who?
13 A.  To the nail technician, who then paid back the
14 person that she had borrowed it from.
15 Q.  You don't know if the nail technician actually
16 paid the other person back. Right?
17 A.  Oh, I am sure she paid. Otherwise, she would be
18 in trouble.
19 Q.  Why would she be in trouble?
20 A.  Well, she got a loan from somebody, so I assume
21 that she needed to pay that person back.
22 Q.  Okay. So what was the nail technician's name
23 that you gave -- you paid your loan, your alleged
24 loan, back to? This nail technician, what was her

Page 21

1 name?
2  A.  Iraildes Olivera.
3  Q.  Okay. Her last name? I'm sorry. I am trying
4 to keep this straight. Her last name is Olivera?
5  A.  Correct.
6  Q.  So that's who you paid back your money to. You
7 paid back your money to Iraildes Olivera?
8  A.  Yes.
9  Q.  Okay. You say that you paid that back when?
10  A.  I want to say it was 2015 or 2016, because I
11 believe that's when I refinanced my house.
12  Q.  Did you pay it back in installments?
13  A.  No. I believe I gave the whole sum amount.
14  Q.  The whole sum amount. In cash, you believe, or
15 via check?
16  A.  I believe it was cash.
17  Q.  Okay. Are you still friends with Ms. Olivera?
18  A.  I haven't talked to her in a long time. She
19 used to be my nail technician, but then she had some
20 health issues and she is no longer in the business.
21  Q.  Were you upset with her that she got you
22 involved into TelexFree?
23  A.  Of course.
24  Q.  And --

Page 22

1  A.  I mean, you know, I was very skeptical but was
2 convinced by her. I am like, there's no easy money.
3 But then everybody was doing something online, so I
4 really thought it was legitimate.
5  Q.  Did you find it strange that she got you into
6 TelexFree and then TelexFree failed, and then she was,
7 after TelexFree failed, asking you for money? Did you
8 ever tell her -- did you ever ask her why you should
9 pay her back?
10  A.  Well, because allegedly, she borrowed money from
11 a different person for me to get in.
12  Q.  Okay. Who was -- who did she tell you that she
13 borrowed money from?
14  A.  I can't remember her name.
15  Q.  Can you check your phone for some phone numbers?
16 Do you have your cell phone with you?
17  A.  I am actually using it in this call.
18  Q.  Oh, you are using it in the call?
19  A.  Yeah.
20  Q.  Okay. So do you have Ms. Olivera's phone number
21 in your phone?
22  A.  I believe I do.
23  Q.  Okay.
24  A.  If she hasn't changed her number.

Page 23

1  Q.  Is there any way to look at it while we are
2 doing this?
3  A.  I can try. Can you hold on?
4  Q.  Sure.
5  A.  There we go. It's 508-202-5859. So it's the
6 number that she had asked me if I ever had that phone
7 number.
8  Q.  Okay. So when you were doing -- participated in
9 TelexFree, do you remember ever receiving any money
10 directly back from TelexFree?
11  A.  I don't remember if I was able to make a
12 withdrawal, but I can go back in my account and check,
13 because I believe that's how you would do it, directly
14 to my bank account, if I was able to make a
15 withdrawal.
16  Q.  Okay.
17  A.  I will check. I am just making notes.
18  Q.  If you have those documents, I suppose you could
19 provide those to the trustee and then they can share
20 them with us.
21  A.  Will do.
22  Q.  So do you remember, when you were participating
23 in TelexFree, whether anyone else asked you to
24 transfer credits, you know, perhaps to pay back -- to

Page 24

1 start paying back the loan or for some other reason?
2  A.  I don't recall that.
3  Q.  You don't remember transferring any money?
4  A.  The only thing I remember is that I had to go in
5 daily and post these ads. I don't recall much more
6 than that.
7  Q.  Do you know if Ms. Olivera had access to your
8 account information? Could she log into your account?
9  A.  I don't think so.
10  Q.  So do you have any communications between you
11 and Ms. Olivera about TelexFree?
12  A.  I would have -- I don't remember that. I mean,
13 I used to go to see her every Friday, so that's
14 probably when we talked about this. I had my weekly
15 appointment with her.
16  Q.  Did you text, by any chance, with her?
17  A.  I don't know. I don't remember.
18  Q.  You don't remember her texting you about paying
19 back the loan that you mentioned before?
20  A.  No. I don't remember.
21  Q.  So I assume it was difficult for you to pay back
22 that loan?
23  A.  Yeah. I had to refinance my house.
24  Q.  And I assume that -- well, she must have

Page 25

1 communicated -- did she communicate with you at all
2 about -- you know, via text or email about the need to
3 pay back this loan?
4  A.  I don't remember how the communication -- if we
5 had some sort of, you know, communication in text or
6 if it was just when I saw her on Fridays for my nail
7 appointment.
8  Q.  Can you tell me where the nail salon was that
9 you would visit?
10  A.  It was at her house.  I don't remember the
11 address, but I can get that for you.  She no longer
12 lives there.  I don't actually know where she lives
13 right now.
14  Q.  Was it in Worcester?
15  A.  It was in Worcester.
16  Q.  Was it --
17  A.  It was at her house.
18  Q.  It was at her house, so let me see.  One second.
19 Was it at 4 Wasilla Drive?
20  A.  Yes.
21  Q.  So that's where the nail salon was that you went
22 to to speak to Ms. Olivera?
23  A.  Correct.
24  Q.  So tell me about when you actually made the

Page 26

1 payment.  Do you remember handing her money or how did
2 that happen?
3  A.  I believe I handed her the cash.
4  Q.  Was it in an envelope?
5  A.  I don't recall the details.  Probably, because
6 it's a lot of money.
7  Q.  Okay.  And your recollection is -- when was
8 this?
9  A.  I want to say that I refinanced the house at the
10 end of 2015, so I believe that's when -- well,
11 actually, I borrowed the money from my previous
12 employer.  So it was a little before the refinancing
13 of the house that I repaid her, because then, when I
14 refinanced, I paid back my previous employer.
15  Q.  I am going to go through a few names and see if
16 you recognize --
17  A.  Mm-hmm.
18  Q.  Do you recognize the name Ad2 Printing?
19  A.  I don't recognize that.  Was it, probably, the
20 daily ad that we had to do?  I am not sure.
21  Q.  I don't know.  I am just asking if you -- you
22 know, if you recognize that name Ad2 Printing.  Or do
23 you recognize United Advertising?
24  A.  I don't remember these names.

Page 27

1  Q.  Okay.  So when you bought these accounts, as you
2 testified previously, do you remember who you
3 purchased the accounts from?
4  A.  No.  I don't know that.
5  Q.  Do you remember anyone named Nick involved?
6  A.  No.
7  Q.  Okay.  When you sort of went into your computer
8 to log in to TelexFree, did you always do that from
9 your home or did you ever do it somewhere else?
10  A.  I don't remember.  I believe I did it from home.
11  Q.  Is it possible you did it from somewhere else?
12  A.  No.  I probably did it from my home computer.
13  Q.  Okay.  Have you ever been to 1257 Worcester
14 Road, off of Route 9?
15  A.  I don't know that address.
16  Q.  Okay.  Maybe -- it might be in Framingham.  Did
17 you ever go to another place related to TelexFree to
18 sort of work with others?
19  A.  No.
20  Q.  Okay.  Are you familiar with the name Raphael
21 Pinto?
22  A.  No.
23  Q.  Are you familiar with the name Alessandro Pinto?
24  A.  No.

Page 28

1  Q.  Are you familiar with the name Dorly Pinto?
2  A.  No.
3  Q.  So you said you worked for Dunkin' Donuts.  Do
4 you still work for that Dunkin' Donuts?
5  A.  I do not.
6  Q.  Was anyone in that Dunkin' Donuts involved in
7 TelexFree?
8  A.  No.
9  Q.  So who else do you know that was involved in
10 TelexFree?
11  A.  I know my nail technician.  Well, she was
12 involved.  And Isabella, this person that helped me
13 set up the accounts.  I can't think of anybody else at
14 the time that were.
15  Q.  So you only met Isabella -- and you don't
16 remember her last name, or do you?
17  A.  Correct.
18  Q.  So you only met Isabella and Ms. Olivera, who is
19 your nail technician?
20  A.  Correct.
21  Q.  Okay.  So what email address did you use when
22 you were participating in TelexFree?
23  A.  I believe you had to have a different address
24 for each account, so I just created -- I think I

Page 29

1 created emails, email accounts, or somebody created it
2 for me. I am not sure.
3   Q. So you don't believe you created your own email
4 address for TelexFree?
5   A. I can't really recall that.
6   Q. Do you remember if you had more than one email
7 address for TelexFree?
8   A. I believe you had to have different emails for
9 each account, so yeah, I believe I had more than one.
10   Q. Okay. Is there any way you could try to
11 determine which email addresses you used for
12 TelexFree?
13   A. I believe that information -- I had that
14 information when we filed the claim, but I don't
15 remember those addresses.
16   Q. You say when "we" filed the claim. Did someone
17 help you with the claim?
18   A. No. I followed the steps on the computer.
19   Q. Do you know what you received back from the
20 trustee?
21   A. I can -- it was a portion of it, but I can look
22 back in my account and check for the exact amount.
23   Q. That's okay. What did you do with the money
24 when you received it?

Page 30

1   A. Bills.
2   Q. Did you put it in your own personal account?
3   A. Yes.
4   Q. Did Ms. Olivera contact you as part of the claim
5 process -- or when you were filling out the claim --
6 strike that.
7       When you were filling out the claim, did
8 Ms. Olivera contact you at any time around then?
9   A. No. I believe she was also a victim.
10   Q. So you believe that Ms. Olivera also lost money?
11   A. Oh, yes, I believe so.
12   Q. Is that what she told you?
13   A. I don't remember how far -- like, how long she
14 had invested, so I am not sure if she was able to
15 retrieve any money. It was probably, also, very new.
16 And then it went -- you know, the company went into
17 bankruptcy, so I want to say that she did lose money
18 as well. I don't know if she filed for a claim. I am
19 not sure.
20   Q. So do you remember any conversations you had
21 with her about the payback of the money? Like, how
22 would that be discussed?
23   A. Like I said, it was probably over my nails
24 getting done that I had to pay back the money that she

Page 31

1 had borrowed.
2   Q. So you would go in to get your nails done, and
3 while you're getting your nails done she would -- what
4 would she say?
5   A. I don't remember the exact words, but, you know.
6 I agreed to, you know, have entered the TelexFree, so
7 I assumed that I had to pay back the money.
8   Q. Right. But what did she say to you? I mean, I
9 assume this was money that you didn't necessarily
10 have?
11   A. Correct.
12   Q. Right. So what would she say to you?
13   A. She would probably say, "When are you going to
14 have the money back so I can pay back the person?"
15   Q. Did you ever express to her that maybe you
16 shouldn't have to pay it back because this was a
17 scheme that she got you into, and you didn't ever even
18 touch that money?
19   A. I didn't, because when I agreed, I assumed
20 responsibility.
21   Q. But you said she had to convince you to get
22 involved?
23   A. Yes, because I know that money doesn't come very
24 easy, and I was skeptical. But then she told me all

Page 32

1 good things about it and it was legit and you can make
2 money and, you know. I was very naive.
3   Q. So did you ever express to her that it was --
4 that you shouldn't have to pay back the money because
5 it was her idea?
6   A. No, I never expressed that. Like I said, I took
7 responsibility.
8   Q. Did you have a written agreement to pay her
9 back?
10   A. No. It was verbal.
11   Q. So there was no document that required you to
12 pay her back?
13   A. No.
14   Q. And you paid her back after the bankruptcy?
15       MS. PAPAS: Objection. Asked and
16    answered.
17   A. Say that again.
18       MS. PAPAS: You can keep going.
19   Q. Did you report to anyone that the loan was
20 repaid?
21   A. No. Who do you mean? To who?
22   Q. To the IRS or to any -- TelexFree?
23   A. No. No, it was just a verbal thing between two
24 friends.

Page 33

1  Q. Okay. Did you pay any interest for the loan?
2  A. No.
3     MR. DURAN: I have no further questions.
4     MS. PAPAS: I just have a couple more
5  questions just to make sure I understand
6  everything correctly.
7          EXAMINATION
8  BY MS. PAPAS:
9  Q. I believe you testified that you opened your
10 accounts in early 2014. Is that correct?
11 A. Correct.
12 Q. And that the way you got involved was through
13 your nail technician, a Ms. Olivera, who convinced you
14 to open accounts. Correct?
15 A. Correct.
16 Q. And I think you also testified that the way you
17 opened those accounts, as you understood it, was
18 Ms. Olivera got a loan from someone in order for you
19 to get those accounts. Is that correct?
20 A. Correct.
21 Q. And I think you also testified that in about
22 late 2015 or early 2016, you paid Ms. Olivera back for
23 that loan. Is that correct?
24 A. Correct.

Page 34

1  Q. And I think you testified that loan was
2  something over $4,000. Is that correct?
3  A. Correct.
4  Q. And I think you also testified that you believe
5  it was cash but there is a potential it was a check.
6  Is that correct?
7  A. Correct.
8  Q. And then we are just going to ask that if you
9  can, look for a record of that check. Can you do
10 that?
11 A. I can do some research and see if it was a
12 check.
13    MS. PAPAS: Okay. Thank you. I have no
14 further questions. We can go off the record.
15 (Deposition concluded at 11:45 a.m.)
16
17
18
19
20
21
22
23
24

Page 35

1  ERRATA SHEET DISTRIBUTION INFORMATION
2  DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS
3
4
5  ERRATA SHEET DISTRIBUTION INFORMATION
6
7     The original of the Errata Sheet has been
8  delivered to Alexandra M. Papas, Esquire.
9     When the Errata Sheet has been completed by
10 the deponent and signed, a copy thereof should be
11 delivered to each party of record and the ORIGINAL
12 forwarded to Alexandra M. Papas, Esquire, to whom the
13 original deposition transcript was delivered.
14
15     INSTRUCTIONS TO DEPONENT
16
17     After reading this volume of your deposition,
18 please indicate any corrections or changes to your
19 testimony and the reasons therefor on the Errata Sheet
20 supplied to you and sign it. DO NOT make marks or
21 notations on the transcript volume itself. Add
22 additional sheets if necessary. Please refer to the
23 above instructions for Errata Sheet distribution
24 information.

Page 36

1  PLEASE ATTACH TO THE DEPOSITION OF WITNESS
2  CASE: NO. 14-40987-EDK
3  DATE TAKEN: February 24, 2023
4          ERRATA SHEET
5  Please refer to Page 35 for Errata Sheet instructions
6  and distribution instructions.
7  PAGE   LINE CHANGE    REASON
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15     I have read the foregoing transcript of my
16 deposition, and except for any corrections or changes
17 noted above, I hereby subscribe to the transcript as
18 an accurate record of the statements made by me.
19
20     Executed this ___ day of _____, 2023.
21
22          _____
23          SUELLEN SCHMIDT
24

```
                                                      Page 37
 1        C E R T I F I C A T E
 2
 3   COMMONWEALTH OF MASSACHUSETTS
     HAMPSHIRE, SS.
 4
 5         I, Genevieve Y.J. Van de Merghel,
 6   Stenographer, hereby certify:
 7         That SUELLEN SCHMIDT, the witness whose
 8   testimony is hereinbefore set forth, was duly sworn by
 9   me, pursuant to Mass. R. Civ. P. 27, 29, 30, 30A, and
10   31, and that such testimony is a true and accurate
11   record of my stenotype notes taken in the foregoing
12   matter, to the best of my knowledge, skill, and
13   ability.
14         I further certify that I am not related to
15   any parties to this action by blood or marriage; and
16   that I am in no way interested in the outcome of this
17   matter.
18         IN WITNESS HEREOF, I have hereunto set my
19   hand this 27th day of February, 2023.
20
21         [signature: Genevieve YJ Van de Merghel]
22         _____
23         Genevieve Y.J. Van de Merghel
           My Commission Expires: 12/16/27
24
```

Case 16-04006    Doc 458-8    Filed 09/11/23    Entered 09/11/23 16:12:41    Desc Exhibit
H    Page 13 of 18

Telextree, LLC, et al. vs
Franz Balan

Suellen Schmidt
February 24, 2023

**$**

**$4,000**
7:1 12:9 17:22 20:11 34:2
**$4,488**
7:3

**1**

**1,425**
12:16
**100**
10:21
**11:45**
34:15
**1257**
27:13
**13**
15:8,10
**14**
6:4
**144**
4:8

**2**

**2014**
10:14 14:4 15:8 33:10
**2015**
14:2,4 21:10 26:10 33:22
**2016**
14:2,4 21:10 33:22

**4**

**4**
25:19

**5**

**508-202-5859**
15:19 23:5
**508-579-6488**
15:12,18

**9**

**9**
27:14

**A**

**a.m.**
34:15
**accept**
9:13
**access**
24:7
**account**
7:19,23 8:24 9:2,9, 10,20 10:1,2,4,17,24 12:5,11,17 17:16 23:12,14 24:8 28:24 29:9,22 30:2
**accounts**
7:9,14,17,18,24 8:15 10:7,9 11:4,20 12:15,18,23,24 13:9 14:3 16:5,9,14 17:4, 24 27:1,3 28:13 29:1 33:10,14,17,19
**accurate**
5:23 6:5 7:4,21 10:15
**activities**
8:1,21
**ad**
26:20
**Ad2**
15:22 26:18,22
**address**
15:5,7 25:11 27:15 28:21,23 29:4,7
**addresses**
29:11,15
**ads**
8:1,9,11 16:10,18 24:5
**Advertising**
26:23
**agree**
4:3
**agreed**
31:6,19
**agreement**
32:8
**ahead**
19:6
**Alessandro**
27:23
**Alexandra**
4:13

**alleged**
20:23
**allegedly**
22:10
**amount**
6:20 7:1,2 12:12,13 17:21 21:13,14 29:22
**answers**
5:11
**appointment**
24:15 25:7
**assume**
5:4 20:20 24:21,24 31:9
**assumed**
31:7,19
**attend**
14:10
**Attorney**
14:21
**Ave**
15:8,10

**B**

**back**
13:3,24 14:4 15:24 17:20 19:2,3,5,6,10, 11,15,18,20 20:11, 12,13,16,21,24 21:6, 7,9,12 22:9 23:10, 12,24 24:1,19,21 25:3 26:14 29:19,22 30:24 31:7,14,16 32:4,9,12,14 33:22
**bank**
17:16 23:14
**bankrupt**
18:18 19:15
**bankruptcy**
4:14 8:3 10:12 18:14 30:17 32:14
**Bills**
30:1
**bit**
4:16
**borrow**
9:14 19:2,16
**borrowed**
9:15,18 11:3,6 13:6 19:13 20:8,14 22:10, 13 26:11 31:1

**bought**
27:1
**business**
21:20

**C**

**C-A-D-E-T-T-E**
20:7
**Cadette**
20:2
**call**
22:17,18
**called**
15:21
**calling**
18:10
**card**
7:19
**case**
4:14 14:23
**cash**
8:14 13:13,15 17:14 18:20,21 19:19 21:14,16 26:3 34:5
**cell**
22:16
**chance**
8:20 24:16
**changed**
22:24
**check**
13:14,16,17,19 21:15 22:15 23:12, 17 29:22 34:5,9,12
**checks**
13:20
**child**
6:9,10
**claim**
6:20,23 7:1,6,12,14 29:14,16,17 30:4,5, 7,18
**claims**
4:17
**class**
14:22
**collect**
4:15
**communicate**
25:1
**communicated**
25:1

Case 16-04006   Doc 458-8   Filed 09/11/23   Entered 09/11/23 16:12:41   Desc Exhibit
H   Page 14 of 18

Telexfree, LLC, et al. vs
Franz Balan

Suelen Schmidt
February 24, 2023

**communication**
25:4,5
**communications**
24:10
**company**
15:21 30:16
**computer**
11:22 16:2,3,5 27:7,
12 29:18
**concluded**
34:15
**conducting**
4:3
**confirm**
6:17
**contact**
30:4,8
**continue**
16:17
**conversations**
30:20
**convince**
31:21
**convinced**
9:8,13 11:8,18 12:24
22:2 33:13
**copy**
6:2,3 13:20
**correct**
6:18,22 7:7,15 8:12,
13 9:21 10:3 11:24
12:1,9,20,21 13:10,
11 14:5,14,15 17:5,6
18:15,19 21:5 25:23
28:17,20 31:11
33:10,11,14,15,19,
20,23,24 34:2,3,6,7
**correctly**
33:6
**cost**
12:11,17
**Counsel**
4:3 14:17
**couple**
33:4
**court**
5:15
**cover**
20:10
**create**
16:9

**created**
28:24 29:1,3
**credits**
8:1,12,14 16:20,21,
24 23:24
**current**
15:9
**custody**
17:18

———
**D**
———

**daily**
16:10,18 24:5 26:20
**dates**
10:12
**day**
8:8
**days**
6:4
**deal**
18:24
**declared**
7:6 18:13
**defendants**
14:22
**deposed**
4:19
**deposition**
4:3,15 6:12 34:15
**details**
7:22 26:5
**determine**
29:11
**difficult**
24:21
**directly**
23:10,13
**discussed**
30:22
**divided**
12:13
**document**
32:11
**documents**
23:18
**Donuts**
19:23,24 20:1 28:3,
4,6
**Dorly**
28:1
**Drive**

25:19
**driver's**
4:7
**duly**
4:7
**Dunkin'**
19:23,24 28:3,4,6
**Duran**
14:20,21 33:3

———
**E**
———

**early**
14:2,3 33:10,22
**earn**
8:1
**earned**
8:11
**easy**
22:2 31:24
**email**
6:4 25:2 28:21 29:1,
3,6,11
**emails**
29:1,8
**employer**
18:24 19:4,9,16,17,
20,21 20:3 26:12,14
**end**
26:10
**ended**
9:16
**entered**
8:3 31:6
**envelope**
26:4
**errors**
6:6
**event**
6:1
**Everton**
15:8,10
**exact**
7:1,2,12 17:21 29:22
31:5
**EXAMINATION**
4:10 14:19 33:7
**Executive**
4:8
**express**
31:15 32:3
**expressed**

32:6

———
**F**
———

**failed**
22:6,7
**familiar**
12:16 15:21 27:20,
23 28:1
**family**
7:20
**February**
10:14
**filed**
8:3 10:11 29:14,16
30:18
**fill**
9:3
**filling**
30:5,7
**find**
22:5
**form**
13:12
**Framingham**
27:16
**Friday**
24:13
**Fridays**
25:6
**friend**
8:4 9:7,8,11,12,14,
15,19,22 10:1 11:3,
4,8,18,23 12:4,22
**friend's**
11:6,9 12:2
**friends**
21:17 32:24
**funds**
18:5 19:3

———
**G**
———

**G-E-O-R-G-E**
20:7
**gave**
9:19,20 13:10 17:4,
7,10 19:17,18 20:23
21:13
**generally**
4:17
**George**
20:2

Case 16-04006 Doc 458-8 Filed 09/11/23 Entered 09/11/23 16:12:41 Desc Exhibit
H Page 15 of 18

Telexfree, LLC, et al. vs
Franz Balan

Suellen Schmidt
February 24, 2023

**give**
  5:11,18 12:4
**good**
  4:12 8:5 32:1
**guess**
  8:2

———————
**H**
———————
**handed**
  26:3
**handing**
  26:1
**happen**
  26:2
**head**
  5:12
**health**
  21:20
**heard**
  14:13
**helped**
  9:6,9 10:24 12:23
  16:8,13,16 28:12
**helpful**
  13:21
**hold**
  11:12 23:3
**home**
  27:9,10,12
**honestly**
  9:11
**house**
  19:7,19 21:11 24:23
  25:10,17,18 26:9,13
**huge**
  18:24
**husband**
  6:14

———————
**I**
———————
**I-R-A-I-L-D-E-S**
  11:13
**idea**
  32:5
**identified**
  4:6
**identify**
  6:5
**individual**
  4:16

**information**
  4:16 7:7 9:3 24:8
  29:13,14
**installments**
  21:12
**instructions**
  4:21 5:8
**interest**
  33:1
**invest**
  11:9
**invested**
  6:17,24 9:16 10:1
  12:8 13:4 30:14
**investment**
  6:21 15:8 20:10
**involved**
  18:17 21:22 27:5
  28:6,9,12 31:22
  33:12
**Irailxdes**
  11:9 21:2,7
**IRS**
  32:22
**Isabella**
  9:7,9 10:23 11:21
  16:13 28:12,15,18
**issues**
  21:20

———————
**J**
———————
**join**
  9:8,12,13 11:18
  19:13
**joining**
  4:12

———————
**K**
———————
**knowledge**
  11:22

———————
**L**
———————
**late**
  33:22
**learn**
  4:16
**legit**
  32:1
**legitimate**
  22:4

**license**
  4:7
**lives**
  25:12
**loan**
  17:4,7,21 18:8,10,
  18,22,23 19:4,22
  20:4,20,23,24 24:1,
  19,22 25:3 32:19
  33:1,18,23 34:1
**loaned**
  11:23
**log**
  16:4 24:8 27:8
**long**
  21:18 30:13
**longer**
  21:20 25:11
**lose**
  8:7 30:17
**lost**
  6:21 8:8 30:10
**lot**
  26:6

———————
**M**
———————
**made**
  25:24
**make**
  5:8,9,18,22 23:11,14
  32:1 33:5
**making**
  23:17
**Massachusetts**
  4:7
**meetings**
  14:10
**members**
  14:8
**mentioned**
  13:2 24:19
**met**
  28:15,18
**Michael**
  14:21
**mistaken**
  16:9
**Mm-hmm**
  26:17
**money**
  8:7 9:12,14,15,16,
  18,19,23 10:1 11:3,

  7,9,24 12:4 13:4,5,8
  17:8,9,10,11,12,16,
  18,23 18:1,2 19:1,2,
  8,11,13,15,16,17
  20:5,8,10,12 21:6,7
  22:2,7,10,13 23:9
  24:3 26:1,6,11 29:23
  30:10,15,17,21,24
  31:7,9,14,18,23
  32:2,4
**month**
  8:3,10 10:11 16:19
**months**
  10:18
**morning**
  4:12

———————
**N**
———————
**nail**
  13:1,5 14:14 19:18
  20:13,15,22,24
  21:19 25:6,8,21
  28:11,19 33:13
**nails**
  30:23 31:2,3
**naive**
  32:2
**named**
  27:5
**names**
  26:15,24
**necessarily**
  31:9
**needed**
  20:3,21
**net**
  4:14
**Nick**
  27:5
**nodding**
  5:12
**notes**
  23:17
**number**
  12:16,20 15:11,16,
  17,20 22:20,24 23:6,
  7
**numbers**
  15:13 22:15

Case 16-04006   Doc 458-8   Filed 09/11/23   Entered 09/11/23 16:12:41   Desc Exhibit
H   Page 16 of 18

Telexfree, LLC, et al. vs
Franz Balan

Suellen Schmidt
February 24, 2023

### O

**oath**
 6:5 15:2
**Objection**
 32:15
**offer**
 9:14
**office**
 6:1
**Olivera**
 11:15,17 12:4,22
 13:8,24 14:7 17:1
 21:2,4,7,17 24:7,11
 25:22 28:18 30:4,8,
 10 33:13,18,22
**Olivera's**
 11:23 12:4 22:20
**Oliveras**
 16:24
**online**
 8:8,11 22:3
**open**
 8:15 9:4,6,9,20 10:2,
 24 11:20 12:18,23,
 24 16:16 17:4,23
 33:14
**opened**
 8:23 9:2 10:4,9,17,
 23 14:3 33:9,17
**opening**
 13:9 16:14
**opportunity**
 5:21
**order**
 4:8 33:18
**owner**
 19:24

### P

**paid**
 9:10 13:3,8,23 14:4
 19:20 20:12,13,16,
 17,23 21:6,7,9 26:14
 32:14 33:22
**Papas**
 4:11,13 14:16 32:15,
 18 33:4,8 34:13
**part**
 8:10 20:3 30:4

**participant**
 6:15
**participants**
 4:17
**participated**
 16:1 23:8
**participating**
 15:6 23:22 28:22
**pause**
 5:18
**pay**
 9:16 13:3 18:7 19:3,
 4,6,10,11 20:10,21
 21:12 22:9 23:24
 24:21 25:3 30:24
 31:7,14,16 32:4,8,12
 33:1
**payback**
 30:21
**paying**
 24:1,18
**payment**
 13:12 26:1
**people**
 12:23,24 14:8
**percent**
 10:21
**person**
 13:6 16:8 18:23
 19:1,10,13,19 20:14,
 16,21 22:11 28:12
 31:14
**personal**
 30:2
**personally**
 9:3 14:9
**persuaded**
 8:4
**phone**
 7:19 15:11,13,17
 22:15,16,20,21 23:6
**Pinto**
 27:21,23 28:1
**place**
 27:17
**plan**
 7:20
**pocket**
 18:9
**point**
 4:15 18:9 19:7

**portion**
 29:21
**post**
 16:10 24:5
**posted**
 8:11
**posting**
 8:1
**potential**
 34:5
**present**
 4:3
**previous**
 18:23 19:4,8,16,20,
 21 20:3 26:11,14
**previously**
 27:2
**Printing**
 15:22 26:18,22
**prior**
 10:11
**process**
 4:17 30:5
**production**
 4:6
**program**
 4:18 6:18 14:8,11
**provide**
 13:20 23:19
**purchased**
 27:3
**purpose**
 20:5
**Pursuant**
 4:8
**put**
 18:5 30:2

### Q

**question**
 5:1,2,4,17,19
**questions**
 4:24 14:17 15:2
 33:3,5 34:14

### R

**Raphael**
 27:20
**reason**
 24:1

**recall**
 15:20 17:2 24:2,5
 26:5 29:5
**received**
 29:19,24
**receives**
 6:2
**receiving**
 23:9
**recognize**
 26:16,18,19,22,23
**recollection**
 16:15 26:7
**record**
 13:17,19 34:9,14
**records**
 7:3
**refinance**
 24:23
**refinanced**
 19:7,19 21:11 26:9,
 14
**refinancing**
 26:12
**related**
 27:17
**remember**
 6:23 7:9,12,17,22
 8:16,17,23 9:10 10:8
 12:3,11,20,21 13:13,
 23 14:1 15:10 16:22,
 23 17:2,3,11,12,21
 18:22 22:14 23:9,11,
 22 24:3,4,12,17,18,
 20 25:4,10 26:1,24
 27:2,5,10 28:16
 29:6,15 30:13,20
 31:5
**remotely**
 4:3
**repaid**
 18:10,18 19:8 26:13
 32:20
**repay**
 18:8,20,22
**repeat**
 15:16
**rephrase**
 5:2 9:1
**report**
 32:19

Case 16-04006   Doc 458-8   Filed 09/11/23   Entered 09/11/23 16:12:41   Desc Exhibit
H   Page 17 of 18

Telexfree, LLC, et al. vs
Franz Balan

Suellen Schmidt
February 24, 2023

**reporter**
5:15
**represent**
4:13 14:22
**required**
32:11
**research**
13:22 34:11
**residence**
15:9
**responsibility**
31:20 32:7
**retrieve**
30:15
**returned**
13:5,6
**review**
5:21 6:3,4
**Road**
27:14
**room**
6:8
**Route**
27:14

---

**S**

**salon**
25:8,21
**scheme**
31:17
**SCHMIDT**
4:5
**secondary**
19:22
**send**
6:2
**sense**
5:8,9
**series**
4:23
**set**
28:13
**share**
23:19
**show**
7:3
**showed**
16:12
**shown**
16:10
**sic**
16:24
**sick**
6:9
**sign**
6:5
**skeptical**
22:1 31:24
**sort**
16:16 25:5 27:7,18
**sound**
7:3,14,20 10:14 12:16
**speak**
5:16 25:22
**spell**
11:10,11 20:6
**start**
24:1
**steps**
29:18
**straight**
21:4
**straightforward**
7:23
**strange**
22:5
**strike**
30:6
**submitted**
6:20 7:6
**sued**
14:23
**SUELLEN**
4:5
**sum**
21:13,14
**suppose**
23:18
**sworn**
4:8

---

**T**

**talk**
6:12
**talked**
21:18 24:14
**technician**
13:1,5 14:14 19:18 20:13,15,24 21:19 28:11,19 33:13
**technician's**
20:22
**Telex**
4:14,18 6:15,17 9:4
**Telexfree**
7:10 8:12 11:4 14:8 15:4 16:1,4,21 18:2, 6,13,17 19:14 21:22 22:6,7 23:9,10,23 24:11 27:8,17 28:7, 10,22 29:4,7,12 31:6 32:22
**testified**
4:9 10:23 12:8 27:2 33:9,16,21 34:1,4
**testimony**
12:19 18:16
**text**
24:16 25:2,5
**texting**
24:18
**thing**
24:4 32:23
**things**
32:1
**thought**
22:4
**time**
7:2 8:8,18 9:13 10:6, 7,19 15:4,5,11 21:18 28:14 30:8
**today**
4:12,24 5:11,15,19, 22 6:8,13 18:16
**today's**
4:3
**told**
9:11 30:12 31:24
**touch**
31:18
**transaction**
12:6 17:12
**transcript**
5:22 6:2
**transfer**
16:21 17:13 23:24
**transferred**
16:20,24
**transferring**
24:3
**trouble**
20:18,19
**true**
7:7
**trustee**
4:13 14:22 23:19 29:20
**truthfully**
5:6
**turn**
14:17
**type**
7:19,23
**types**
7:18

---

**U**

**understand**
4:24 5:2,5 8:19 13:2 33:5
**understanding**
9:24 12:19 13:9
**understood**
33:17
**United**
26:23
**upset**
21:21

---

**V**

**verbal**
5:11 32:10,23
**versus**
4:14
**victim**
30:9
**videoconference**
4:3
**visit**
25:9

---

**W**

**wait**
5:18
**wanted**
19:1,2,14,15
**Wasilla**
25:19
**website**
9:4
**weekly**
24:14

Telextree, LLC, et al. vs
Franz Balan

Case 16-04006    Doc 458-8    Filed 09/11/23    Entered 09/11/23 16:12:41    Desc Exhibit
H    Page 18 of 18

Suellen Schmidt
February 24, 2023

**winners**
  4:14
**withdrawal**
  23:12,15
**Worcester**
  25:14,15 27:13
**words**
  31:5
**work**
  27:18 28:4
**worked**
  16:2 28:3
**write**
  11:12
**written**
  32:8

---

**Y**

**years**
  7:13 10:10