# EXHIBIT I

# In the Matter of:

*Telexfree, LLC, et al. vs*

*Franz Balan*

*Bruno Graziani*

*March 16, 2023*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



Page 3

```
 1      UNITED STATES BANKRUPTCY COURT
            DISTRICT OF MASSACHUSETTS
 2
 3  In Re TELEXFREE, LLC, et al.,    )
         Debtor,          )
 4                        )
    ----------------------------    )
 5                        )
    STEPHEN B. DARR, TRUSTEE OF THE    ) Case no.
 6  ESTATES OF TELEXFREE LLC, et    ) 14-40987-EDK
    al.,                  )
 7      Plaintiff,        ) Chapter 11
                          )
 8  v.                    ) Adv. Proc. No.
                          ) 16-4006
 9  FRANZ BALAN, A REPRESENTATIVE    )
    OF A CLASS OF DEFENDANT NET    )
10  WINNERS,              )
         Defendant.       )
11
12
13
14      DEPOSITION OF BRUNO GRAZIANI
           Appearing remotely from
15           1 Cider Mill Lane
            Grafton, Massachusetts
16             March 16, 2023
            Commencing at 1:00 p.m.
17
18  Reported by:  Genevieve Y.J. Van de Merghel
           Notary Public and Stenographer
19         Appearing remotely from
          Hampshire County, Massachusetts
20
21
22
    O'Brien & Levine Court Reporting Solutions
23         68 Commercial Wharf
          Boston, Massachusetts  02110
24          617—399—0130
```

Page 2

```
 1           APPEARANCES
 2
 3  ALEXANDRA M. PAPAS, ESQUIRE
     Murphy & King, PC
 4   28 State Street, Suite 3101
     Boston, Massachusetts 02109
 5   617-423-0400
     apapas@murphyking.com
 6     Counsel for the Plaintiff
        (Appearing remotely)
 7
 8  ILYAS J. RONA, ESQUIRE
    MICHAEL J. DURAN, ESQUIRE
 9  LEA KRAEMER, ESQUIRE
     Milligan Rona Duran & King LLC
10   28 State Street, Suite 802
     Boston, Massachusetts 02109
11   617-395-9570
     ijr@mrdklaw.com
12   mjd@mrdklaw.com
     lk@mrdklaw.com
13     Counsel for the Defendant
        (Appearing remotely)
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1             I N D E X
 2
 3  WITNESS                   EXAMINATION
 4  BRUNO GRAZIANI
       BY MS. PAPAS . . . . . . . . . . . . . .  4
 5     BY MR. DURAN . . . . . . . . . . . . . . 20
       BY MS. PAPAS . . . . . . . . . . . . . . 37
 6     BY MR. DURAN . . . . . . . . . . . . . . 38
 7
 8
 9         E X H I B I T S
10
11  NO.                       PAGE
12  Exhibit 1 Example Invoices Spreadsheet     11
13  Exhibit 2 TelexFree Data Spreadsheet       31
14
   (Exhibits provided electronically to the stenographer
15
      to attach to the transcript marked.)
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1           P R O C E E D I N G S
 2
 3       BRUNO GRAZIANI, having first been
 4     identified by the production of
 5     his other driver's license and duly
 6     sworn Pursuant to Executive Order 144,
 7     testified as follows:
 8           EXAMINATION
 9  BY MS. PAPAS:
10  Q.  Good morning.  Thank you for appearing today.
11  My name is Alexandra Papas.  I am one of the attorneys
12  for the trustee of TelexFree.  We just have some
13  questions about TelexFree and your involvement that I
14  am going to ask you today.
15      First off, can you confirm your full name for
16  the record?
17  A.  Yes.  It's Bruno Graziani.
18  Q.  Thank you.  And I heard you gave an address of
19  1 Cider Mill Lane in Grafton.  That's your current
20  residential address.  Address?
21  A.  Yes.  Correct.
22  Q.  Thank you. And what is your current email
23  address?
24  A.  So I have that one that I received an email from
```

Page 5

1  you guys.  So that's the one I use.
2  graziani70@hotmail.com.
3    Q.  Okay.  Thank you.  I am not sure if you have
4  been deposed before, so I am just going to go through
5  a few basics.  The way this will go is I am going to
6  ask you some questions, and if you don't understand
7  the question, please let me know and I will try to
8  reword it.  If you do answer the question, I am going
9  to assume that you understood it and that you have
10 answered truthfully.  Do you understand?
11   A.  Yes.
12   Q.  And I am also going to ask that you give verbal
13 answers, so please say yes or no instead of nodding
14 your head for the court reporter.  And also, try and
15 wait until I am done with the question before
16 answering so that she doesn't have to try to take down
17 two people at once.  And I will try not to interrupt
18 you as well.
19   A.  Okay.
20   Q.  And as we said, the court reporter is taking
21 down everything we say today.  Do you want an
22 opportunity to review that transcript to make sure it
23 is accurate?
24   A.  Yes, please.

Page 6

1    Q.  In that event, once we get the copy of the
2  transcript from the court reporter, we will then send
3  it to you to review, and you will have 14 days to
4  return -- there's a sheet at the end that you either
5  sign to say it is accurate or you put in some errors.
6  Can you do that?
7    A.  Yes.
8    Q.  Just a few more preliminaries.  Is there anyone
9  in the room with you?
10   A.  No.
11   Q.  And did you talk to anyone about this
12 deposition?
13   A.  No, I have not.
14   Q.  I understand you invested in the TelexFree
15 program.  Is that correct?
16   A.  Yes.
17   Q.  Do you remember roughly when you opened the
18 first account with them?
19   A.  I believe it's probably around 2012, if I am not
20 mistaken.
21   Q.  Okay. so the end of --
22   A.  I don't remember the exact month or date.  It's
23 been a long time.
24   Q.  Does something like January 2013 sound accurate?

Page 7

1    A.  Yeah.  I think probably around there, I would
2  say, yeah.
3    Q.  And do you remember who brought you into
4  TelexFree?
5    A.  Yes.  So I used to work selling cookware and
6  water filters, and someone who worked as well selling
7  them -- he was actually one of my salespeople in my
8  group -- he invited me for, like, over seven months.
9  And then, I mean, I had some money that I was going
10 to -- planning to buy, like, in real estate property
11 from, like, years working there.  But in the end, I
12 made that mistake of joining it.
13         And his name -- he doesn't live here anymore.
14 He moved to Brazil.  It was Eduardo Da Silva.
15   Q.  Is that D-A-S-I-L-V-A?
16   A.  D-A, yes.  And S-I-L-V-A.  Yes.
17   Q.  Okay.  Thank you.  And when he brought you into
18 Telex, do you remember if he opened an account for
19 you?
20   A.  I believe he did.  Yeah, he did at the time.
21   Q.  When he opened that account for you, did you pay
22 him back for opening that account?
23   A.  Yes.  So I wasn't able to go to the bank to get
24 my statements yet for that period of time, but I

Page 8

1  remember that, going to the bank, I took out -- I made
2  a withdrawal of money in order to make that payment.
3    Q.  So did you withdraw cash?
4    A.  Yes, because -- I don't know -- at the time,
5  like, you had to buy, like, credits.  I don't know if
6  it was -- if you bought credits from him or something
7  like that.
8    Q.  Okay.  And do you remember how much that initial
9  account cost?
10   A.  I believe, in the beginning, I invested over
11 $60,000, if I am not mistaken.  Yeah, something like
12 that.  I was working hard.  I had saved.  I was going
13 to buy an apartment, but I ended up investing in that.
14 I was very young and unwise.
15   Q.  I understand.  So when you say $60,000, was that
16 $60,000 that you gave to Eduardo Da Silva?
17   A.  Yes, at that time, to join.
18   Q.  In exchange for that $60,000, did you have a
19 bunch of accounts opened in Telex?  Is that correct?
20   A.  Correct.  He opened a bunch of accounts.  I
21 don't know if they were called families or AdCentral
22 or something like that.
23   Q.  Okay.  So in exchange for that $60,000 to
24 Eduardo Da Silva, you get memberships that were called

Page 9

1  AdCentral Family Plans. Is that correct?
2  A. Correct.
3  Q. So I understand with these accounts you could
4  earn credits with Telex with such activities as
5  posting ads. Is that correct?
6  A. Yes.
7  Q. And then with these credits, you would either
8  exchange them for cash or use them to open other
9  accounts. Is that correct?
10 A. Correct.
11 Q. And did you use these credits to open other
12 accounts?
13 A. Yes. I basically just opened new accounts. I
14 used the credits, and I also put in more money at the
15 time. If I am not mistaken, when TelexFree went down,
16 I think I had over, like, 900 accounts just from,
17 like, reinvesting the money and putting in more money.
18 Q. I understand. So you -- with these credits you
19 would open accounts for yourself, but you may have
20 also purchased accounts directly. Is that correct?
21 A. Yes. I went to Marlborough a few times, also,
22 to purchase accounts. I don't remember the exact
23 address, but I went to the office there that they had
24 in Marlborough.

Page 10

1  Q. Okay. And did you ever open accounts for anyone
2  else with your credits that you had earned?
3  A. So, basically, I told people, like, that opened
4  with me that they had to do money orders and all that.
5  But I might have opened maybe for my parents. I mean,
6  I think it was, like, towards the end. I don't even
7  think they got all their money back, either, so --
8  Q. What are your parents' names?
9  A. So my father's name is Luciano, L-U-C-I-A-N-O.
10 And his last name is Graziani, same last name. And my
11 mother's name is Celita, C-E-L-I-T-A, and same last
12 name.
13 Q. Thank you. And when you opened accounts for
14 them, did you maintain control of these accounts?
15 A. No. They would post the ads themselves.
16 Q. So you gave them these accounts sort of as
17 gifts?
18 A. Yeah, kind of. Yes.
19 Q. Was there anyone else you brought into TelexFree
20 that maybe didn't have money right away or something
21 that you opened accounts for and then they would pay
22 you back later?
23 A. I don't think so, no. Not that I can remember
24 of, really.

Page 11

1       MS. PAPAS: I am going to show you one
2  thing, if I can get my screen to share. So I
3  would like to mark this as Exhibit 1. And,
4  Counsel, I have just sent you copy of it.
5       (Exhibit 1, Example Invoices Spreadsheet,
6  marked for identification.)
7  Q. Mr. Graziani, I will represent to you that these
8  are a few examples of information that were exported
9  from the Telex database. And in this first column --
10 I am just going to run through the first line with
11 you. Can you see this?
12 A. Yes.
13 Q. Let me see if I can zoom in a little. Okay.
14      So this first column includes an invoice number.
15 I think everything is in Brazilian from their
16 database. But this first column has an Invoice Number
17 2101588. Do you remember invoices being generated
18 when you opened an account with Telex?
19 A. I mean, I really apologize. It's been so many
20 years, but, like, probably. I don't really recall
21 but --
22 Q. Okay. And so this invoice shows a login name of
23 bgraziani and a rep name of Bruno Graziani. And the
24 amount of the invoice was $1,375. There's a

Page 12

1  generation date of January 25, 2013 and a payment date
2  of January 25, 2013. Do you see that information in
3  the first row?
4  A. Yes.
5  Q. And then it includes information about who paid
6  for this. Their login name is M-U-T-U-M. Do you see
7  that?
8  A. Yes.
9  Q. It says payment with bonus. Do you know what it
10 means by "bonus"?
11 A. I believe, probably, the credits that he had
12 available.
13 Q. Okay. And then when we looked up this name, the
14 name associated was Eduardo Da Silva. So does this
15 correspond to your memory about him opening accounts
16 for you that you then paid him back for?
17 A. Yes.
18 Q. Okay. And then there's a few more. We just
19 picked examples. So lines 2 and 3 are also accounts
20 for you that it looks like also Eduardo Da Silva
21 opened -- or paid with his credits for. Does that
22 look accurate?
23 A. Yes.
24 Q. So that was in August of 2013. Do you remember

Page 13

1 that?
2 A. Yeah. I mean, it's a long time, but I do
3 remember that I opened accounts with him, yes.
4 Q. And would you have paid him back for this type
5 of transaction?
6 A. Yes. Yes.
7 Q. I think you testified that in January when he
8 opened accounts, you paid him in cash. Do you
9 remember how you paid him in August?
10 A. Probably the same way, I believe.
11 Q. Now I am going to scroll down to what is line 4.
12 It's Invoice 16255090. This one has a login name of
13 jefinhousa corresponding to a name of Jeferson Kaley
14 dos Santos. Do you know who that is?
15 A. I think I remember him, yes.
16 Q. So this invoice corresponds to an account that
17 you set up in June 2013. And then if we scroll over
18 to the note, it says that the log in of bgraziani used
19 bonuses to pay for this account.
20 A. Yeah. He used to work selling cookware
21 products, as well, in my group. And I believe that we
22 opened an account for him too, and he would pay me
23 with the commission that I had to pay him. We used
24 his commission. But I remember him.

Page 14

1 Q. So how was that payment done?
2 A. I had to pay him commission for the products
3 that he used to sell. I was an independent dealer.
4 So instead of paying him his commission, we deducted
5 in order to pay for the accounts.
6 Q. I understand. So you owed him money for
7 commissions for selling cookware, and you opened the
8 account for him to pay back that money?
9 A. Yes.
10 Q. And does that correspond to the $1,425 that the
11 account cost?
12 A. Yes.
13 Q. So in other words, when you opened this account
14 that cost $1,425, that was kind of wiping out a debt
15 of $1,425 that you owed him. Is that correct?
16 A. Correct.
17 Q. Okay. And then there's a few more names on
18 here. These are also ones that it looks like you had
19 paid for using credits. So I just want to ask you
20 about Silvio Roberto De Faria. Sorry if I am
21 pronouncing it wrong. Do you remember him?
22 A. Yes. He used to be my -- at the time, my
23 ex-girlfriend's uncle, and he also used to sell
24 cookware products for me as well.

Page 15

1 Q. Okay. So he also worked for you. And did you
2 set this account up as payment for commission owed
3 like the last one?
4 A. Yeah. I think at the time he worked for me, you
5 know, he wanted to join, and we set that up as well.
6 Q. And do you remember Vanessa Ellen De Faria? It
7 looks like the same last name.
8 A. Yeah. That was my ex-girlfriend.
9 Q. And did she pay you back the $1,425 for paying
10 for this account?
11 A. No. At the time, I just opened it up for her
12 using my credits, but she never paid me anything.
13 Q. You opened that up for her as a gift?
14 A. Correct.
15 Q. And then one more name on here, Carlos Rocha.
16 Do you know who that is?
17 A. Carlos Rocha. I don't remember that name.
18 Q. Is it fair to say that unless you opened these
19 as a gift for someone, when you paid credits for
20 someone's -- sorry. Let me rephrase that.
21    Is it fair to say that when you used your
22 credits to pay for someone else's account, this was in
23 exchange for the money that the account cost, either
24 in cash, check, or in money that you owed them. Is

Page 16

1 that correct?
2 A. Yeah, or a gift as well.
3 Q. Or a gift. And was it your understanding that
4 this was standard practice within other people in
5 Telex, to pay for other people's accounts in exchange
6 for getting paid back?
7 A. Yeah. I think some of them, you know, did that
8 because you had to go to Marlborough sometimes with a
9 money order. And instead of doing that, I guess,
10 people did that, yes.
11 Q. Okay. So it made it easier to open an account
12 to use credits, for Person A to use credits to open an
13 account and then Person B to pay them back for the
14 account. Is that correct?
15 A. Correct.
16 Q. Okay. And so in this scenario where Person A
17 paid credits to Telex, Person B is the one who ended
18 up with an account. Is that correct?
19 A. Okay. Yes, because the credits were used from
20 Person A.
21 Q. Right. So Person A used their credits to pay
22 for an account for Person B, and then Person B paid
23 Person A. Is that correct?
24 A. Person A. Or it could be a gift as well, like

Page 17

1  we did for a few people.
2  **Q. Okay. So other than the instances of gifts, is**
3  **that your general understanding of how people would do**
4  **these transactions in Telex?**
5  A. Yes.
6  **Q. And how long were you active in Telex?**
7  A. So I was reinvesting the money and basically
8  opening new accounts probably right before it closed
9  because, I mean, at the time I really believed in the
10 business, like it was something legit. I mean,
11 everywhere we went, to church, birthday parties,
12 everywhere, that's all they talked about, really.
13 And, I mean, a lot of people, you know, saw this
14 really as something legit, an opportunity. They made
15 a huge meeting in a hotel in Boston. It seemed to be
16 that even motivated people even more. Like, you know,
17 it's something legit. And so I was, like, reinvesting
18 towards the end.
19 **Q. And when you say reinvest, do you mean using**
20 **your credits that you earned to open more accounts?**
21 A. Yes. I tried to take out credits, but I was
22 unsuccessful. One time it was a company, GPG. I
23 think I sent an email with my emails back and forth
24 with them.

Page 18

1  **Q. Yes.**
2  A. And another time was with -- more towards the
3  end, they switched -- probably, I think TelexFree
4  itself had their own company to pay people, but I
5  never received anything.
6  **Q. Okay. So you had credits stored up with**
7  **TelexFree. Is that correct?**
8  A. Yeah. Yes. I tried to withdraw money probably
9  a couple of months before it closed so at least, you
10 know, I would basically get all the -- try to get the
11 money that I put in there at least. And,
12 unfortunately, I was not successful. GPG, I think
13 that's what they are called. So I had the emails back
14 and forth and was unsuccessful.
15     And, also, I tried after they switched it over
16 to a TelexFree paid system or something, I went to the
17 office a couple times and complained with the manager
18 at the time that I couldn't receive anything. I
19 didn't receive anything. But they never resolved
20 anything.
21     Then, maybe a month or a couple of weeks later,
22 received the news that, you know, it was closed.
23 **Q. Okay. So it was hard to get your credits**
24 **from -- it was hard to cash in your credits from**

Page 19

1  **TelexFree. Is that correct?**
2  A. Yes. I was unsuccessful.
3  **Q. And were the credits treated as dollars among**
4  **kind of the TelexFree community, as in one credit**
5  **equaled one dollar?**
6  A. Yes.
7  **Q. Did you ever consider using your credits to open**
8  **accounts for other people to get cash from them, as a**
9  **way to get some cash back?**
10 A. I mean, a lot of people did that but -- I mean,
11 I had a bunch of credits, but I wanted to do it, just
12 withdraw the money. You know, I always paid my taxes
13 and everything, so never had an issue with that.
14 **Q. Okay. So your understanding is other people**
15 **might have done that. They might have used their**
16 **credits to open up accounts for people so that they**
17 **could get the cash from them. Is that correct?**
18 A. Yeah. That made things easier, you know, in
19 order to do all those money orders and all that, I
20 guess.
21 **Q. Yeah. And I understand that at some point,**
22 **TelexFree limited credit card payments. Was that one**
23 **of the contributing factors?**
24 A. Yeah. I believe that's after they did money

Page 20

1  orders (inaudible) --
2      (Reporter clarification.)
3  A. As for the credit card, I believe that's when
4  they started requiring money orders. When they
5  stopped the credit card payments, I think that was
6  what happened.
7  **Q. (inaudible) -- for people and then have them pay**
8  **you back?**
9  A. Yeah. Most people in TelexFree suggested that,
10 yes.
11     (Reporter clarification.)
12 BY MS. PAPAS:
13 **Q. The question was have other members of TelexFree**
14 **suggested that you open up accounts for people using**
15 **your credits and then get the cash from the person who**
16 **you had opened the accounts for? Is that correct?**
17 A. Yes.
18 **Q. That was pretty standard practice?**
19 A. Yes. Most people, yes.
20     MS. PAPAS: Thank you. I have no further
21     questions, so I will turn it over to the other
22     attorneys here.
23     EXAMINATION
24 BY MR. DURAN:

Page 21

1  Q. Hello. My name is Attorney Duran, and I
2  represent the defendant classes of net -- alleged net
3  winners in these cases. So we appreciate you being
4  here. and I am also going to ask you a number of
5  questions under oath.
6  A. Okay.
7  Q. So at the time that you started in TelexFree,
8  what was your address?
9  A. I used to live with my parents. I mean, I was
10 young at the time so I was -- 80 Lilac Circle,
11 Marlborough, Massachusetts.
12  Q. Okay.
13 A. My parents still live there.
14  Q. Okay. Your parents' names, again, are what?
15 A. Luciano Graziani. And my mother's name is
16 Celita Graziani.
17  Q. Okay. And I think you said that you got your
18 father involved in TelexFree. Is that correct?
19 A. No. I mean, he wanted to open accounts too, and
20 I used my credits for him.
21  Q. Okay.
22 A. I mean, I am Brazilian, so in my community, like
23 I said, everywhere we went, that's all people talked
24 about in church and -- you kind of felt, like,

Page 22

1 obligated in a certain way to join, because you are
2 like, "oh, people are, you know, selling companies
3 to -- they are making money." And you are like, "Oh,
4 if I don't join, it might be an opportunity that I
5 lose," you know. And most people believed, and they
6 made it look very legit at the time.
7  Q. Okay. I understand. And so with your dad's
8  involvement, did you and your father just work
9  together in TelexFree or did he work separately?
10 A. Yeah, I mean, we were together at times. He was
11 my father.
12  Q. And if your father made money, for instance, on
13 his TelexFree accounts, would you consider that to be
14 your father's money or your and his money,
15 collectively?
16 A. My father's money.
17  Q. Okay. And when you set him up, I think you
18 testified that you didn't actually collect money from
19 your father. Is that correct?
20 A. Yes.
21  Q. Okay. And did he ever pay you back for those
22 accounts?
23 A. At the time, no. I mean, I never paid rent in
24 their house. I never paid anything when I used to

Page 23

1 live there, so basically I considered that, you know,
2 paying back.
3  Q. I see. So you just intended to sort of give
4  something back to him and so you opened up some
5  TelexFree accounts for him?
6  A. Correct.
7  Q. Okay. And there was never any intention that he
8  pay you back?
9  A. No, that was never really the intention. I
10 wanted to help in a way, I mean, because I thought it
11 was a really business, something legit, you know.
12  Q. Okay. You mentioned that you were also in other
13 businesses at the time. I think you mentioned
14 corporate products. Can you tell us a little bit
15 about your involvement in other businesses?
16 A. Yes. So I used to work for a company called
17 Townecraft cookware products.
18  Q. Okay.
19 A. Basically, I was like a salesperson, an
20 independent dealer for the company. They sell
21 cookware products, water filters, air purifiers. So I
22 joined that company in 2010, and I worked there until
23 2018.
24  Q. Okay. So you worked for that company that sold

Page 24

1 cookware products during, probably, your entire time
2 that you were involved in TelexFree?
3 A. Correct.
4  Q. And were there other members of TelexFree that
5  also worked for that company?
6 A. The person that invited me at the time, he used
7 to work for that company, which is Eduardo Da Silva.
8 But then he left the company after he joined
9 TelexFree.
10  Q. Okay. So Eduardo Da Silva also worked for the
11 same cookware company. Is that correct?
12 A. Yeah. So at the time, I had some people that
13 used to sell products. Basically, they worked for me
14 selling products too. I had a group of salespeople,
15 as well, and Eduardo Da Silva, at the time, was one of
16 those salespeople. He used to sell cookware products.
17     And then he joined TelexFree free. I think
18 maybe about seven, eight months later -- I mean, he
19 always invited me, but I'm like, "Oh, I had other
20 plans." But in the end, I ended up joining as well.
21  Q. Okay.
22 A. But he left the cookware company.
23  Q. And so were there other people that were also
24 part of the cookware company that were involved in

Page 25

1 TelexFree?
2  A.  There was one more person.  I believe his name
3 is Jefinho.  I think she -- we had one account there
4 that she showed.
5  Q.  Yes.  Was it Jeferson Kaley dos Santos?
6  A.  Yeah.  He worked for a short period of time
7 selling cookware as well.
8  Q.  Mm-hmm.
9  A.  And there was another person, which is Silvio.
10 He also worked selling cookware, which was my
11 girlfriend's uncle -- ex-girlfriend's uncle.  Silvio
12 De Faria.  And another one was Chris Machado.  I don't
13 know Chrystoferson Machado.  He used to work there as
14 well.
15  Q.  Okay.  Can you think of any others?
16  A.  I think the last one -- he moved on to Brazil --
17 was Ronilton -- was it Ronilton?  Rony?  Ronilton.
18 Either one of those, Rony or Ronildo, I think.
19  Q.  Okay.  So I think you testified previously that
20 sometimes when someone would be owed something for the
21 corporate products business, for the cookware
22 business -- sometimes when someone would be owed
23 something for the cookware business, I believe you
24 testified that they would be paid sort of as part of

Page 26

1 the TelexFree system.  Is that correct?
2  A.  Yeah.  So if they wanted -- like, they are like,
3 "Oh, I want an account."  I'm like, "I have to pay you
4 commissions, so instead of paying you the commission,
5 we will use that money to open your account."  Yes.
6  Q.  Okay.  So if you owed someone something -- you
7 would pay them for something else unrelated to
8 TelexFree by opening a TelexFree account for them?
9  A.  Yeah, for those people, you know.  In some
10 cases, yes, you know.
11  Q.  And when you would do that, was there a standard
12 way to, you know, make sure that the account value at
13 TelexFree was the same value as what was owed for the
14 cookware products commission?  Or was it more just
15 that, you know, "This is roughly what I think I owe
16 you, and hey, I've got these credits and I can open
17 you a TelexFree account"?
18  A.  Yeah, no.  Let's say I owed him $2,000 in
19 commission.  Like, "Oh, okay, you want me to open an
20 account for you?  That's $1,425.  I will pay you the
21 rest."  So it wasn't something like --
22  Q.  Okay.
23  A.  It was very -- not really something elaborate.
24 It was just, you know, as you go, people --

Page 27

1  Q.  And is there any way you would reflect in the
2 TelexFree system that -- let's say you didn't receive
3 cash; you received something else?
4  A.  If I was reflecting in the TelexFree system?  I
5 mean, it was sometimes like I would -- I gifted some
6 accounts.  Some of them were with the commissions,
7 like I told you.  And, I mean, most of it was that way
8 that I can think of.
9  Q.  So when you are testifying -- strike that.
10      So in many situations, the system would think
11 that you were receiving a certain amount of cash for
12 the sale of an account, but in reality, you didn't
13 receive the cash at that point.  Is that correct?
14  A.  Correct.
15  Q.  So in that situation, the system is wrong?
16  A.  Yes.
17  Q.  Okay.  All right.  So I believe you mentioned
18 someone named Chrystoferson Machiado (phonetic).  I
19 don't know if I am saying that right.
20  A.  Yeah.  Machado.
21  Q.  Machado, this person, he was one of the people
22 that was also involved in the sale of kitchen
23 products?
24  A.  Correct.

Page 28

1  Q.  Okay.  And did he live at 85 Maple Street,
2 Number 3, in Marlborough?
3  A.  At the time, yes.
4  Q.  And was his phone number 774-285-1929?
5  A.  Yes.
6  Q.  And do you remember transferring credits to
7 Machado?
8  A.  Transferring credit to him?  I think so, because
9 same thing, he used to be a very good salesperson of
10 the cookware products.  He wanted to buy accounts, and
11 we also did that.
12  Q.  Okay.  So would he ever transfer credits to you?
13  A.  Probably not.  I don't recall.  I really don't
14 remember if he transferred credits to me.  But mostly,
15 I believe, I transferred it to him.  I opened his
16 accounts as well, I think, at the time.  But that's
17 what I can recall.
18  Q.  Okay.  So you remember transferring credits to
19 this person, Chrystoferson Machado, in exchange for
20 products that were unrelated to TelexFree?
21  A.  Correct.
22  Q.  Okay.  Do you remember how many times you
23 transferred credits to him?
24  A.  That's -- sorry.  That's very tough to remember.

Page 29

1  I don't remember how many times.
2  Q. Okay. I am going to share my screen for a
3  second, if you'll just bear with me. Okay. Can you
4  see my screen?
5  A. Yes, I can see it.
6  Q. Okay. So watch the screen for a second. I am
7  going to scroll over. Let me start over here. Okay.
8  So I will represent to you that this is data that we
9  pulled from the TelexFree system and from the
10 trustee's data. Okay? And I am going to ask you to
11 confirm some things and see if this helps you remember
12 some things. Okay?
13    So these are the dates over here. Do you see
14 where my cursor is?
15 A. Yes.
16 Q. That is the rough date that the trustee believes
17 the transaction occurred. Okay?
18 A. Okay.
19 Q. And the amount of the transaction would have
20 been -- is right here, and that's $297. Okay? And
21 this is a description, sort of, of the transaction.
22 It says transfer between accounts, and then there's
23 sort of a username there of the accounts. Do you see
24 that?

Page 30

1  A. Yes, I do.
2  Q. One of them -- do you recognize one of them as
3  yours?
4  A. The account, yes. The bgraziani account I
5  recognize as being mine.
6  Q. Okay. Do you recognize the other one there?
7  A. Yeah, tofinho. That was his nickname.
8  Q. Tofinho was the nickname -- strike that.
9    Are you saying that tofinho --
10 A. His username.
11 Q. I'm sorry. Just try to let me finish just so we
12 have a clear record.
13 A. Sorry.
14 Q. Don't worry about it. So are you saying that
15 what you recall is tofinho4 being the nickname for
16 Machado, Chrystoferson?
17 A. Yes.
18 Q. Thank you. So would you agree that you
19 transferred credits to him from your account on
20 February 25, 2013 or around that time?
21 A. I believe so.
22 Q. And do these numbers of -- it looks like here
23 that you transferred in denominations of 297 credits,
24 but that might have been -- you know, perhaps

Page 31

1  TelexFree kept 3 credits. Do you know why it's 297?
2  A. I don't know if that's, like, the cost for,
3  like, an account. I think it's AdCentral account. I
4  believe it's probably the cost of an account. I don't
5  remember exactly why 297.
6  Q. Okay.
7     MS. PAPAS: Counsel, I assume you are
8     going to share this with us as an exhibit.
9     MR. DURAN: I don't know if I was going to
10    mark it as an exhibit. I suppose, yeah, we can
11    mark this as an exhibit.
12    (Exhibit 2, TelexFree Data Spreadsheet,
13    marked for identification.
14 Q. So but I remember you previously testified that
15 you made credit transfers to Mr. Machado in exchange
16 for other products. Is that your testimony?
17 A. Yes.
18 Q. Okay. And do you believe this to be a good
19 example of that?
20 A. Yes, because sometimes we would transfer the
21 credits or buy accounts in exchange for products and
22 commission and that.
23 Q. Just bear with me here. Do you see where I am
24 now?

Page 32

1  A. Yes. That's ronyusa is the person. Ronildo,
2  one of the people that also used to work for me
3  selling cookware.
4  Q. Okay. So this person also worked with you, and
5  you remember his username being ronyusa3?
6  A. Correct.
7  Q. Right. And that's your username, correct, next
8  to him? Right?
9  A. Bgraziani, yes.
10 Q. Yes. Okay. Do you remember in March of 2013
11 transferring credits to ronyusa3?
12 A. I remember that I transferred credits before to
13 him, yes.
14 Q. Just to be clear, I will scroll over here. Was
15 this person's name Ronildo Oliveira?
16 A. Yes. Ronildo.
17 Q. Ronildo Oliveira. Okay. Did he have a number
18 of different -- well, if you remember, that's fine.
19 But if you don't, please don't make up an answer.
20    Do you recognize these usernames here, so
21 ronyusa3, ronyusa7, and ronyusa8?
22 A. Yes. That was his username.
23 Q. Okay. Do you see where my cursor is right now?
24 A. Yes, I do.

Page 33

1  Q. So according to the trustee's data, it reflects
2  that a credit transfer occurred between ronyusa1 and
3  you on March 26, 2013 in the amount of $1,291. Do you
4  see that?
5  A. Yes.
6  Q. In fact, all of these transfers totaling $3,570
7  all occurred on the same day, which is March 26, 2013.
8  It looks like -- strike that.
9      Do you remember transferring roughly 3,570
10 credits to ronyusa in March of 2013?
11 A. I remember transferring credits to Rony. I just
12 don't know if that's the exact date. I do remember
13 transferring credits to Rony.
14 Q. Okay. And is it your recollection that these
15 credits were transferred in payment for some other
16 debt unrelated to TelexFree?
17 A. Yes.
18 Q. Interesting. I believe we've had discussed
19 this, where my cursor is. Right now it's at tofinho,
20 and I believe you identified him as, right,
21 Mr. Machado?
22 A. Yes. Mr. Machado.
23 Q. Correct. Machado. I apologize.
24 A. No problem.

Page 34

1  Q. And here, it looks like you transferred 2,997
2  credits to Machado on April 9, 2013. Do you remember
3  transferring roughly that amount to him on April 9,
4  2013?
5  A. Yes, I believe I did transfer money to him.
6  Like I said, I don't know if -- of course I don't
7  remember the exact date, but I do remember
8  transferring.
9  Q. Okay. Do you remember what that was for?
10 A. Probably the same thing. I had to pay him
11 commission. At the time they were trying to buy more
12 Families or AdCentrals, and they would need credits
13 so --
14 Q. Okay. So you believe that you made this credit
15 transfer in exchange for -- what?
16 A. So instead of paying him. Like, let's say he
17 had to receive, like, a $6,000 commission just for
18 selling the products, the cookware products. He said,
19 like, "Oh, instead of giving $6,000, I want this much
20 in credits, and pay me the rest in check."
21 Q. I see. I see. So this transfer -- like you
22 testified previously, this transfer was also in
23 exchange for money that you owed him for the cookware
24 business. Is that correct?

Page 35

1  A. Correct.
2  Q. So when you opened an account for someone that
3  you brought into TelexFree, was it typical that they
4  would pay you cash?
5  A. I mean, the people that I really brought in --
6  people came, wanted to join. Most of them was the
7  commission. "Instead of paying me commission, you
8  give me credits." Some of them, I gifted. But if it
9  was cash, it was something very rare in my case, like,
10 because people that I direct -- that actually that
11 joined directly from my accounts, it's -- I don't have
12 too much people direct from me. It was mostly people,
13 like, from Townecraft, my parents, people that wanted
14 to join.
15 Q. Okay. So it was people that wanted to join. So
16 can you explain the situations where you -- other
17 than, you know, related to the cookware business,
18 where you would open someone's account and not receive
19 cash?
20 A. I mean, I very rarely received cash for credits.
21 It was either I gifted, I took it out from
22 commissions, or very rarely received cash.
23 Q. So every time you sold an account, it was almost
24 unlikely that you received cash?

Page 36

1  A. Yes. Most of the time, yes.
2  Q. Right?
3  A. Because my focus was mostly my business selling
4  cookware products.
5  Q. I see. So TelexFree was sort of on the side?
6  A. For me, I honestly viewed it -- it might sound
7  funny -- as an investment in the beginning, because --
8  like, as a business, as some investment. That's how I
9  viewed it. Instead of basically buying a real estate
10 property at the time, I put my money in this as an
11 investment, because I ended up really believing in the
12 business as something legit at the time.
13 Q. Okay.
14    MS. PAPAS: I am just going to interrupt
15    for a second. I think we have someone else
16    joining. We are actually running a few minutes
17    behind on this deposition, so can we let you
18    know?
19    (Discussion off the record.)
20    MR. DURAN: I have no further questions at
21    this point, but I am going to -- I suppose I
22    should mark that exhibit, and I will share the
23    exhibit with the stenographer, if that makes
24    sense. Will that work?

Page 37

1  MS. PAPAS: Yeah. If you can, send it to
2  us. But we'll get it from them, eventually.
3  I'd prefer if you sent it to us now.
4      MR. DURAN: I think I should because it's
5  right here.
6      MS. PAPAS: While you're doing that, I
7  just have, like, two follow-up questions for
8  you, Mr. Graziani. Thank you for bearing with
9  us. Sorry for the confusion.
10     THE WITNESS: In problem.
11         EXAMINATION
12 BY MS. PAPAS:
13 Q. I think you testified that you did open up
14 accounts for various people that worked with your
15 cookware company. Is that correct?
16 A. Yeah. It was an independent dealer. They were
17 salespeople and they wanted to join, yes.
18 Q. And some of those people may have been Ronildo
19 Oliveira, Mr. Machado, a Jeferson Kaley dos Santos,
20 Silvio Roberto De Faria. Am I correct?
21 A. Correct.
22 Q. And was it standard practice when you opened up
23 an account for them using their credits that it was in
24 exchange for commission and not some other products?

Page 38

1 A. Yeah. Most of it was commission. Sometimes,
2 "Oh, I need a cookware product, a cookware set."
3 "Okay. I will give you a cookware set. You can pay
4 me credit." So sometimes that happened, as well.
5 Q. Okay. So it was for something of value,
6 typically a commission. So if I understood your
7 current testimony, you said if you owed, say,
8 Mr. Machado $2,000 in commission, you may open an
9 account for him with your credits for $1,425, and then
10 he would give him a check -- sorry. You would give
11 him a check for the difference that you owed him. Is
12 that correct?
13 A. Correct.
14 Q. And that was a pretty standard process for
15 payment of these commissions?
16 A. I mean, after we joined TelexFree. In the
17 beginning, yes, because we wanted to buy more
18 accounts. Mostly in the beginning when we joined.
19     MS. PAPAS: Thank you for your time. I
20 have no further questions.
21     MR. DURAN: I do have just two further
22 questions. Thank you for bearing with us.
23         EXAMINATION
24 BY MR. DURAN:

Page 39

1 Q. So when you would sort of use TelexFree credits
2 and TelexFree accounts to we will say transact in
3 other matters, when you did that, did you really put a
4 straight-up value on an account and a straight-up
5 value in dollars on what you were owed in the other
6 business? Was it always a dollar-for-dollar exchange
7 or was it more of a rough estimation?
8 A. No, it was mostly dollar-for-dollar exchange.
9     MR. DURAN: Okay. I have no further
10 questions.
11     (Deposition concluded at 1:56 p.m.)

Page 40

1     ERRATA SHEET DISTRIBUTION INFORMATION
2     DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS
3
4
5     ERRATA SHEET DISTRIBUTION INFORMATION
6
7     The original of the Errata Sheet has been
8 delivered to Alexandra M. Papas, Esquire.
9     When the Errata Sheet has been completed by
10 the deponent and signed, a copy thereof should be
11 delivered to each party of record and the ORIGINAL
12 forwarded to Alexandra M. Papas, Esquire, to whom the
13 original deposition transcript was delivered.
14
15     INSTRUCTIONS TO DEPONENT
16
17     After reading this volume of your deposition,
18 please indicate any corrections or changes to your
19 testimony and the reasons therefor on the Errata Sheet
20 supplied to you and sign it. DO NOT make marks or
21 notations on the transcript volume itself. Add
22 additional sheets if necessary. Please refer to the
23 above instructions for Errata Sheet distribution
24 information.

Page 41

1  PLEASE ATTACH TO THE DEPOSITION OF WITNESS
2  CASE:  NO. 14-40987-EDK
3  DATE TAKEN:  March 16, 2023
4            ERRATA SHEET
5  Please refer to Page 40 for Errata Sheet instructions
6  and distribution instructions.
7  PAGE   LINE CHANGE     REASON
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15      I have read the foregoing transcript of my
16 deposition, and except for any corrections or changes
17 noted above, I hereby subscribe to the transcript as
18 an accurate record of the statements made by me.
19
20      Executed this ___ day of _____, 2023.
21
22            _____
23            Bruno Graziani
24

Page 42

1            C E R T I F I C A T E
2
3  COMMONWEALTH OF MASSACHUSETTS
   HAMPSHIRE, SS.
4
5       I, Genevieve Y.J. Van de Merghel,
6  Stenographer, hereby certify:
7       That Bruno Graziani, the witness whose
8  testimony is hereinbefore set forth, was duly sworn by
9  me, pursuant to Mass. R. Civ. P. 27, 29, 30, 30A, and
10 31, and that such testimony is a true and accurate
11 record of my stenotype notes taken in the foregoing
12 matter, to the best of my knowledge, skill, and
13 ability.
14      I further certify that I am not related to
15 any parties to this action by blood or marriage; and
16 that I am in no way interested in the outcome of this
17 matter.
18      IN WITNESS HEREOF, I have hereunto set my
19 hand this 28th day of March, 2023.
20
21      _____
22
23      Genevieve Y.J. Van de Merghel
        My Commission Expires: 12/16/27
24

Case 16-04006 Doc 458-9 Filed 09/11/23 Entered 09/11/23 16:12:41 Desc Exhibit
I Page 14 of 20

Telexfree, LLC, et al. vs
Franz Balan

Bruno Graziani
March 16, 2023

_____
Exhibits
_____
**2023-03-16 Bruno Graziani Exh1**
  3:12 11:3,5

_____
$
_____
**$1,291**
  33:3
**$1,375**
  11:24
**$1,425**
  14:10,14,15 15:9
  26:20 38:9
**$2,000**
  26:18 38:8
**$297**
  29:20
**$3,570**
  33:6
**$6,000**
  34:17,19
**$60,000**
  8:11,15,16,18,23

_____
1
_____
**1**
  4:19 11:3,5
**14**
  6:3
**144**
  4:6
**16255090**
  13:12
**1:56**
  39:11

_____
2
_____
**2**
  12:19 31:12
**2,997**
  34:1
**2010**
  23:22
**2012**
  6:19
**2013**
  6:24 12:1,2,24 13:17
  30:20 32:10 33:3,7,

10 34:2,4
**2018**
  23:23
**2101588**
  11:17
**25**
  12:1,2 30:20
**26**
  33:3,7
**297**
  30:23 31:1,5

_____
3
_____
**3**
  12:19 28:2 31:1
**3,570**
  33:9

_____
4
_____
**4**
  13:11

_____
7
_____
**774-285-1929**
  28:4

_____
8
_____
**80**
  21:10
**85**
  28:1

_____
9
_____
**9**
  34:2,3
**900**
  9:16

_____
A
_____
**account**
  6:18 7:18,21,22 8:9
  11:18 13:16,19,22
  14:8,11,13 15:2,10,
  22,23 16:11,13,14,
  18,22 25:3 26:3,5,8,
  12,17,20 27:12 30:4,
  19 31:3,4 35:2,18,23
  37:23 38:9 39:4

**accounts**
  8:19,20 9:3,9,12,13,
  16,19,20,22 10:1,13,
  14,16,21 12:15,19
  13:3,8 14:5 16:5
  17:8,20 19:8,16
  20:14,16 21:19
  22:13,22 23:5 27:6
  28:10,16 29:22,23
  31:21 35:11 37:14
  38:18 39:2
**accurate**
  5:23 6:5,24 12:22
**active**
  17:6
**activities**
  9:4
**Adcentral**
  8:21 9:1 31:3
**Adcentrals**
  34:12
**address**
  4:18,20,23 9:23 21:8
**ads**
  9:5 10:15
**agree**
  30:18
**air**
  23:21
**Alexandra**
  4:11
**alleged**
  21:2
**amount**
  11:24 27:11 29:19
  33:3 34:3
**answering**
  5:16
**answers**
  5:13
**anymore**
  7:13
**apartment**
  8:13
**apologize**
  11:19 33:23
**appearing**
  4:10
**April**
  34:2,3
**assume**
  5:9 31:7

**Attorney**
  21:1
**attorneys**
  4:11 20:22
**August**
  12:24 13:9

_____
B
_____
**back**
  7:22 10:7,22 12:16
  13:4 14:8 15:9 16:6,
  13 17:23 18:13 19:9
  20:8 22:21 23:2,4,8
**bank**
  7:23 8:1
**basically**
  9:13 10:3 17:7 18:10
  23:1,19 24:13 36:9
**basics**
  5:5
**bear**
  29:3 31:23
**bearing**
  37:8 38:22
**beginning**
  8:10 36:7 38:17,18
**believed**
  17:9 22:5
**believes**
  29:16
**believing**
  36:11
**bgraziani**
  11:23 13:18 30:4
  32:9
**birthday**
  17:11
**bit**
  23:14
**bonus**
  12:9,10
**bonuses**
  13:19
**Boston**
  17:15
**bought**
  8:6
**Brazil**
  7:14 25:16
**Brazilian**
  11:15 21:22

Case 16-04006 Doc 458-9 Filed 09/11/23 Entered 09/11/23 16:12:41 Desc Exhibit
I Page 15 of 20

Telexfree, LLC, et al. vs
Franz Balan

Bruno Graziani
March 16, 2023

**brought**
7:3,17 10:19 35:3,5
**Bruno**
4:3,17 11:23
**bunch**
8:19,20 19:11
**business**
17:10 23:11 25:21,
22,23 34:24 35:17
36:3,8,12 39:6
**businesses**
23:13,15
**buy**
7:10 8:5,13 28:10
31:21 34:11 38:17
**buying**
36:9

**C**

**C-E-L-I-T-A**
10:11
**called**
8:21,24 18:13 23:16
**card**
19:22 20:3,5
**Carlos**
15:15,17
**case**
35:9
**cases**
21:3 26:10
**cash**
8:3 9:8 13:8 15:24
18:24 19:8,9,17
20:15 27:3,11,13
35:4,9,19,20,22,24
**Celita**
10:11 21:16
**check**
15:24 34:20 38:10,
11
**Chris**
25:12
**Chrystoferson**
25:13 27:18 28:19
30:16
**church**
17:11 21:24
**Cider**
4:19
**Circle**
21:10

**clarification**
20:2,11
**classes**
21:2
**clear**
30:12 32:14
**closed**
17:8 18:9,22
**collect**
22:18
**collectively**
22:15
**column**
11:9,14,16
**commission**
13:23,24 14:2,4 15:2
26:4,14,19 31:22
34:11,17 35:7 37:24
38:1,6,8
**commissions**
14:7 26:4 27:6 35:22
38:15
**community**
19:4 21:22
**companies**
22:2
**company**
17:22 18:4 23:16,20,
22,24 24:5,7,8,11,
22,24 37:15
**complained**
18:17
**concluded**
39:11
**confirm**
4:15 29:11
**confusion**
37:9
**considered**
23:1
**contributing**
19:23
**control**
10:14
**cookware**
7:5 13:20 14:7,24
23:17,21 24:1,11,16,
22,24 25:7,10,21,23
26:14 28:10 32:3
34:18,23 35:17 36:4
37:15 38:2,3

**copy**
6:1 11:4
**corporate**
23:14 25:21
**correct**
4:21 6:15 8:19,20
9:1,2,5,9,10,20
14:15,16 15:14 16:1,
14,15,18,23 18:7
19:1,17 20:16 21:18
22:19 23:6 24:3,11
26:1 27:13,14,24
28:21 32:6,7 33:23
34:24 35:1 37:15,20,
21 38:12,13
**correspond**
12:15 14:10
**corresponds**
13:16
**cost**
8:9 14:11,14 15:23
31:2,4
**Counsel**
11:4 31:7
**couple**
18:9,17,21
**court**
5:14,20 6:2
**credit**
19:4,22 20:3,5 28:8
31:15 33:2 34:14
38:4
**credits**
8:5,6 9:4,7,11,14,18
10:2 12:11,21 14:19
15:12,19,22 16:12,
17,19,21 17:20,21
18:6,23,24 19:3,7,
11,16 20:15 21:20
26:16 28:6,12,14,18,
23 30:19,23 31:1,21
32:11,12 33:10,11,
13,15 34:2,12,20
35:8,20 37:23 38:9
39:1
**current**
4:19,22 38:7
**cursor**
29:14 32:23 33:19

**D**

**D-A**
7:16
**D-A-S-I-L-V-A**
7:15
**Da**
7:14 8:16,24 12:14,
20 24:7,10,15
**dad's**
22:7
**data**
29:8,10 31:12 33:1
**database**
11:9,16
**date**
6:22 12:1 29:16
33:12 34:7
**dates**
29:13
**day**
33:7
**days**
6:3
**De**
14:20 15:6 25:12
37:20
**dealer**
14:3 23:20 37:16
**debt**
14:14 33:16
**deducted**
14:4
**defendant**
21:2
**denominations**
30:23
**deposed**
5:4
**deposition**
6:12 36:17 39:11
**description**
29:21
**difference**
38:11
**direct**
35:10,12
**directly**
9:20 35:11
**discussed**
33:18

Case 16-04006 Doc 458-9 Filed 09/11/23 Entered 09/11/23 16:12:41 Desc Exhibit
I Page 16 of 20

Telexfree, LLC, et al. vs
Franz Balan

Bruno Graziani
March 16, 2023

**discussion**
  36:19
**dollar**
  19:5
**dollar-for-dollar**
  39:6,8
**dollars**
  19:3 39:5
**dos**
  13:14 25:5 37:19
**driver's**
  4:5
**duly**
  4:5
**Duran**
  20:24 21:1 31:9
  36:20 37:4 38:21,24
  39:9

_____
          **E**
_____

**earn**
  9:4
**earned**
  10:2 17:20
**easier**
  16:11 19:18
**Eduardo**
  7:14 8:16,24 12:14,
  20 24:7,10,15
**elaborate**
  26:23
**Ellen**
  15:6
**else's**
  15:22
**email**
  4:22,24 17:23
**emails**
  17:23 18:13
**end**
  6:4,21 7:11 10:6
  17:18 18:3 24:20
**ended**
  8:13 16:17 24:20
  36:11
**entire**
  24:1
**equaled**
  19:5
**errors**
  6:5

**estate**
  7:10 36:9
**estimation**
  39:7
**event**
  6:1
**eventually**
  37:2
**ex-girlfriend**
  15:8
**ex-girlfriend's**
  14:23 25:11
**exact**
  6:22 9:22 33:12 34:7
**EXAMINATION**
  4:8 20:23 37:11
  38:23
**examples**
  11:8 12:19
**exchange**
  8:18,23 9:8 15:23
  16:5 28:19 31:15,21
  34:15,23 37:24 39:6,
  8
**Executive**
  4:6
**exhibit**
  11:3,5 31:8,10,11,12
  36:22,23
**explain**
  35:16
**exported**
  11:8

_____
          **F**
_____

**fact**
  33:6
**factors**
  19:23
**fair**
  15:18,21
**families**
  8:21 34:12
**Family**
  9:1
**Faria**
  14:20 15:6 25:12
  37:20
**father**
  21:18 22:8,11,12,19
**father's**
  10:9 22:14,16

**February**
  30:20
**felt**
  21:24
**filters**
  7:6 23:21
**fine**
  32:18
**finish**
  30:11
**focus**
  36:3
**follow-up**
  37:7
**free**
  24:17
**full**
  4:15
**funny**
  36:7

_____
          **G**
_____

**gave**
  4:18 8:16 10:16
**general**
  17:3
**generated**
  11:17
**generation**
  12:1
**get all**
  18:10
**gift**
  15:13,19 16:2,3,24
**gifted**
  27:5 35:8,21
**gifts**
  10:17 17:2
**girlfriend's**
  25:11
**give**
  5:12 23:3 35:8 38:3,
  10
**giving**
  34:19
**good**
  4:10 28:9 31:18
**GPG**
  17:22 18:12
**Grafton**
  4:19

**Graziani**
  4:3,17 10:10 11:7,23
  21:15,16 37:8
**graziani70@hotmail.
com.**
  5:2
**group**
  7:8 13:21 24:14
**guess**
  16:9 19:20
**guys**
  5:1

_____
          **H**
_____

**happened**
  20:6 38:4
**hard**
  8:12 18:23,24
**head**
  5:14
**heard**
  4:18
**helps**
  29:11
**hey**
  26:16
**honestly**
  36:6
**hotel**
  17:15
**house**
  22:24
**huge**
  17:15

_____
          **I**
_____

**identification**
  11:6 31:13
**identified**
  4:4 33:20
**inaudible**
  20:1,7
**includes**
  11:14 12:5
**independent**
  14:3 23:20 37:16
**information**
  11:8 12:2,5
**initial**
  8:8

Case 16-04006 Doc 458-9 Filed 09/11/23 Entered 09/11/23 16:12:41 Desc Exhibit
I Page 17 of 20

Telextree, LLC, et al. vs
Franz Balan

Bruno Graziani
March 16, 2023

**instance**
22:12
**instances**
17:2
**intended**
23:3
**intention**
23:7,9
**Interesting**
33:18
**interrupt**
5:17 36:14
**invested**
6:14 8:10
**investing**
8:13
**investment**
36:7,8,11
**invited**
7:8 24:6,19
**invoice**
11:14,16,22,24
13:12,16
**invoices**
11:5,17
**involved**
21:18 24:2,24 27:22
**involvement**
4:13 22:8 23:15
**issue**
19:13

_____

**J**

**January**
6:24 12:1,2 13:7
**Jeferson**
13:13 25:5 37:19
**Jefinho**
25:3
**jefinhousa**
13:13
**join**
8:17 15:5 22:1,4
35:6,14,15 37:17
**joined**
23:22 24:8,17 35:11
38:16,18
**joining**
7:12 24:20 36:16
**June**
13:17

_____

**K**

**Kaley**
13:13 25:5 37:19
**kind**
10:18 14:14 19:4
21:24
**kitchen**
27:22

_____

**L**

**L-U-C-I-A-N-O**
10:9
**Lane**
4:19
**left**
24:8,22
**legit**
17:10,14,17 22:6
23:11 36:12
**license**
4:5
**Lilac**
21:10
**limited**
19:22
**lines**
12:19
**live**
7:13 21:9,13 23:1
28:1
**log**
13:18
**login**
11:22 12:6 13:12
**long**
6:23 13:2 17:6
**looked**
12:13
**lose**
22:5
**lot**
17:13 19:10
**Luciano**
10:9 21:15

_____

**M**

**M-U-T-U-M**
12:6
**Machado**
25:12,13 27:20,21
28:7,19 30:16 31:15
33:21,22,23 34:2
37:19 38:8
**Machiado**
27:18
**made**
7:12 8:1 16:11 17:14
19:18 22:6,12 31:15
34:14
**maintain**
10:14
**make**
5:22 8:2 26:12 32:19
**makes**
36:23
**making**
22:3
**manager**
18:17
**Maple**
28:1
**March**
32:10 33:3,7,10
**mark**
11:3 31:10,11 36:22
**marked**
11:6 31:13
**Marlborough**
9:21,24 16:8 21:11
28:2
**Massachusetts**
21:11
**matters**
39:3
**means**
12:10
**meeting**
17:15
**members**
20:13 24:4
**memberships**
8:24
**memory**
12:15
**mentioned**
23:12,13 27:17
**Mill**
4:19
**mine**
30:5
**minutes**
36:16
**mistake**
7:12
**mistaken**
6:20 8:11 9:15
**Mm-hmm**
25:8
**money**
7:9 8:2 9:14,17 10:4,
7,20 14:6,8 15:23,24
16:9 17:7 18:8,11
19:12,19,24 20:4
22:3,12,14,16,18
26:5 34:5,23 36:10
**month**
6:22 18:21
**months**
7:8 18:9 24:18
**morning**
4:10
**mother's**
10:11 21:15
**motivated**
17:16
**moved**
7:14 25:16

_____

**N**

**named**
27:18
**names**
10:8 14:17 21:14
**net**
21:2
**news**
18:22
**nickname**
30:7,8,15
**nodding**
5:13
**note**
13:18
**number**
11:14,16 21:4 28:2,4
32:17
**numbers**
30:22

Case 16-04006   Doc 458-9   Filed 09/11/23   Entered 09/11/23 16:12:41   Desc Exhibit
I   Page 18 of 20

Telexfree, LLC, et al. vs
Franz Balan

Bruno Graziani
March 16, 2023

**O**

**oath**
 21:5
**obligated**
 22:1
**occurred**
 29:17 33:2,7
**office**
 9:23 18:17
**Oliveira**
 32:15,17 37:19
**open**
 9:8,11,19 10:1
 16:11,12 17:20 19:7,
 16 20:14 21:19 26:5,
 16,19 35:18 37:13
 38:8
**opened**
 6:17 7:18,21 8:19,20
 9:13 10:3,5,13,21
 11:18 12:21 13:3,8,
 22 14:7,13 15:11,13,
 18 20:16 23:4 28:15
 35:2 37:22
**opening**
 7:22 12:15 17:8 26:8
**opportunity**
 5:22 17:14 22:4
**order**
 4:6 8:2 14:5 16:9
 19:19
**orders**
 10:4 19:19 20:1,4
**owe**
 26:15
**owed**
 14:6,15 15:2,24
 25:20,22 26:6,13,18
 34:23 38:7,11 39:5

**P**

**p.m.**
 39:11
**paid**
 12:5,16,21 13:4,8,9
 14:19 15:12,19 16:6,
 17,22 18:16 19:12
 22:23,24 25:24
**Papas**
 4:9,11 11:1 20:12,20
 31:7 36:14 37:1,6,12
 38:19
**parents**
 10:5 21:9,13 35:13
**parents'**
 10:8 21:14
**part**
 24:24 25:24
**parties**
 17:11
**pay**
 7:21 10:21 13:19,22,
 23 14:2,5,8 15:9,22
 16:5,13,21 18:4 20:7
 22:21 23:8 26:3,7,20
 34:10,20 35:4 38:3
**paying**
 14:4 15:9 23:2 26:4
 34:16 35:7
**payment**
 8:2 12:1,9 14:1 15:2
 33:15 38:15
**payments**
 19:22 20:5
**people**
 5:17 10:3 16:4,10
 17:1,3,13,16 18:4
 19:8,10,14,16 20:7,
 9,14,19 21:23 22:2,5
 24:12,23 26:9,24
 27:21 32:2 35:5,6,
 10,12,13,15 37:14,
 18
**people's**
 16:5
**period**
 7:24 25:6
**person**
 16:12,13,16,17,20,
 21,22,23,24 20:15
 24:6 25:2,9 27:21
 28:19 32:1,4
**person's**
 32:15
**phone**
 28:4
**phonetic**
 27:18
**picked**
 12:19
**planning**
 7:10
**plans**
 9:1 24:20
**point**
 19:21 27:13 36:21
**post**
 10:15
**posting**
 9:5
**practice**
 16:4 20:18 37:22
**prefer**
 37:3
**preliminaries**
 6:8
**pretty**
 20:18 38:14
**previously**
 25:19 31:14 34:22
**problem**
 33:24 37:10
**process**
 38:14
**product**
 38:2
**production**
 4:4
**products**
 13:21 14:2,24 23:14,
 17,21 24:1,13,14,16
 25:21 26:14 27:23
 28:10,20 31:16,21
 34:18 36:4 37:24
**program**
 6:15
**pronouncing**
 14:21
**property**
 7:10 36:10
**pulled**
 29:9
**purchase**
 9:22
**purchased**
 9:20
**purifiers**
 23:21
**Pursuant**
 4:6
**put**
 6:5 9:14 18:11 36:10
 39:3
**putting**
 9:17

**Q**

**question**
 5:7,8,15 20:13
**questions**
 4:13 5:6 20:21 21:5
 36:20 37:7 38:20,22
 39:10

**R**

**rare**
 35:9
**rarely**
 35:20,22
**real**
 7:10 36:9
**reality**
 27:12
**recall**
 11:20 28:13,17
 30:15
**receive**
 18:18,19 27:2,13
 34:17 35:18
**received**
 4:24 18:5,22 27:3
 35:20,22,24
**receiving**
 27:11
**recognize**
 30:2,5,6 32:20
**recollection**
 33:14
**record**
 4:16 30:12 36:19
**reflect**
 27:1
**reflecting**
 27:4
**reflects**
 33:1
**reinvest**
 17:19
**reinvesting**
 9:17 17:7,17
**related**
 35:17
**remember**
 6:17,22 7:3,18 8:1,8

Case 16-04006    Doc 458-9    Filed 09/11/23    Entered 09/11/23 16:12:41    Desc Exhibit
I    Page 19 of 20

Telexfree, LLC, et al. vs
Franz Balan

Bruno Graziani
March 16, 2023

9:22 10:23 11:17
12:24 13:3,9,15,24
14:21 15:6,17 28:6,
14,18,22,24 29:1,11
31:5,14 32:5,10,12,
18 33:9,11,12 34:2,
7,9
**rent**
  22:23
**rep**
  11:23
**rephrase**
  15:20
**reporter**
  5:14,20 6:2 20:2,11
**represent**
  11:7 21:2 29:8
**requiring**
  20:4
**residential**
  4:20
**resolved**
  18:19
**rest**
  26:21 34:20
**return**
  6:4
**review**
  5:22 6:3
**reword**
  5:8
**Roberto**
  14:20 37:20
**Rocha**
  15:15,17
**Ronildo**
  25:18 32:1,15,16,17
  37:18
**Ronilton**
  25:17
**Rony**
  25:17,18 33:11,13
**ronyusa**
  32:1 33:10
**ronyusa1**
  33:2
**ronyusa3**
  32:5,11,21
**ronyusa7**
  32:21
**ronyusa8**
  32:21

**room**
  6:9
**rough**
  29:16 39:7
**roughly**
  6:17 26:15 33:9 34:3
**row**
  12:3
**run**
  11:10
**running**
  36:16

───────────
       S
───────────

**S-I-L-V-A**
  7:16
**sale**
  27:12,22
**salespeople**
  7:7 24:14,16 37:17
**salesperson**
  23:19 28:9
**Santos**
  13:14 25:5 37:19
**saved**
  8:12
**scenario**
  16:16
**screen**
  11:2 29:2,4,6
**scroll**
  13:11,17 29:7 32:14
**sell**
  14:3,23 23:20 24:13,
  16
**selling**
  7:5,6 13:20 14:7
  22:2 24:14 25:7,10
  32:3 34:18 36:3
**send**
  6:2 37:1
**sense**
  36:24
**separately**
  22:9
**set**
  13:17 15:2,5 22:17
  38:2,3
**share**
  11:2 29:2 31:8 36:22
**sheet**

  6:4
**short**
  25:6
**show**
  11:1
**showed**
  25:4
**shows**
  11:22
**side**
  36:5
**sign**
  6:5
**Silva**
  7:14 8:16,24 12:14,
  20 24:7,10,15
**Silvio**
  14:20 25:9,11 37:20
**situation**
  27:15
**situations**
  27:10 35:16
**sold**
  23:24 35:23
**someone's**
  15:20 35:18
**sort**
  10:16 23:3 25:24
  29:21,23 36:5 39:1
**sound**
  6:24 36:6
**Spreadsheet**
  11:5 31:12
**standard**
  16:4 20:18 26:11
  37:22 38:14
**start**
  29:7
**started**
  20:4 21:7
**statements**
  7:24
**stenographer**
  36:23
**stopped**
  20:5
**stored**
  18:6
**straight-up**
  39:4
**Street**
  28:1

**strike**
  27:9 30:8 33:8
**successful**
  18:12
**suggested**
  20:9,14
**suppose**
  31:10 36:21
**switched**
  18:3,15
**sworn**
  4:6
**system**
  18:16 26:1 27:2,4,
  10,15 29:9

───────────
       T
───────────

**taking**
  5:20
**talk**
  6:11
**talked**
  17:12 21:23
**taxes**
  19:12
**Telex**
  7:18 8:19 9:4 11:9,
  18 16:5,17 17:4,6
**Telexfree**
  4:12,13 6:14 7:4
  9:15 10:19 18:3,7,16
  19:1,4,22 20:9,13
  21:7,18 22:9,13 23:5
  24:2,4,9,17 25:1
  26:1,8,13,17 27:2,4
  28:20 29:9 31:1,12
  33:16 35:3 36:5
  38:16 39:1,2
**testified**
  4:7 13:7 22:18
  25:19,24 31:14
  34:22 37:13
**testifying**
  27:9
**testimony**
  31:16 38:7
**thing**
  11:2 28:9 34:10
**things**
  19:18 29:11,12
**thought**
  23:10

Case 16-04006 Doc 458-9 Filed 09/11/23 Entered 09/11/23 16:12:41 Desc Exhibit
I Page 20 of 20

Telextree, LLC, et al. vs
Franz Balan

Bruno Graziani
March 16, 2023

**time**
 6:23 7:20,24 8:4,17
 9:15 13:2 14:22
 15:4,11 17:9,22
 18:2,18 21:7,10
 22:6,23 23:13 24:1,
 6,12,15 25:6 28:3,16
 30:20 34:11 35:23
 36:1,10,12 38:19
**times**
 9:21 18:17 22:10
 28:22 29:1
**today**
 4:10,14 5:21
**tofinho**
 30:7,8,9 33:19
**tofinho4**
 30:15
**told**
 10:3 27:7
**totaling**
 33:6
**tough**
 28:24
**Townecraft**
 23:17 35:13
**transact**
 39:2
**transaction**
 13:5 29:17,19,21
**transactions**
 17:4
**transcript**
 5:22 6:2
**transfer**
 28:12 29:22 31:20
 33:2 34:5,15,21,22
**transferred**
 28:14,15,23 30:19,
 23 32:12 33:15 34:1
**transferring**
 28:6,8,18 32:11
 33:9,11,13 34:3,8
**transfers**
 31:15 33:6
**treated**
 19:3
**trustee**
 4:12 29:16
**trustee's**
 29:10 33:1

**truthfully**
 5:10
**turn**
 20:21
**type**
 13:4
**typical**
 35:3
**typically**
 38:6

———————
        **U**
———————
**uncle**
 14:23 25:11
**understand**
 5:6,10 6:14 8:15 9:3,
 18 14:6 19:21 22:7
**understanding**
 16:3 17:3 19:14
**understood**
 5:9 38:6
**unrelated**
 26:7 28:20 33:16
**unsuccessful**
 17:22 18:14 19:2
**unwise**
 8:14
**username**
 29:23 30:10 32:5,7,
 22
**usernames**
 32:20

———————
        **V**
———————
**Vanessa**
 15:6
**verbal**
 5:12
**viewed**
 36:6,9

———————
        **W**
———————
**wait**
 5:15
**wanted**
 15:5 19:11 21:19
 23:10 26:2 28:10
 35:6,13,15 37:17
 38:17
**watch**

 29:6
**water**
 7:6 23:21
**weeks**
 18:21
**winners**
 21:3
**wiping**
 14:14
**withdraw**
 8:3 18:8 19:12
**withdrawal**
 8:2
**words**
 14:13
**work**
 7:5 13:20 22:8,9
 23:16 24:7 25:13
 32:2 36:24
**worked**
 7:6 15:1,4 23:22,24
 24:5,10,13 25:6,10
 32:4 37:14
**working**
 7:11 8:12
**worry**
 30:14
**wrong**
 14:21 27:15

———————
        **Y**
———————
**years**
 7:11 11:20
**young**
 8:14 21:10

———————
        **Z**
———————
**zoom**
 11:13