# EXHIBIT 6

```
                    UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF MASSACHUSETTS

IN THE MATTER OF:              :    Case No. 14-40987
                                    14-40988, 14-40989
TELEXFREE, LLC, TELEXFREE      :    (Jointly Administered)
INC., and TELEXFREE
FINANCIAL, INC.,               :    Boston, Massachusetts
                                    November 24, 2020
     Debtors,                  :    10:00:34 a.m.

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

STEPHEN B. DARR,               :    AP 16-04006

     Plaintiff,                :

          v.                   :

BENJAMIN ARGUETA, ET AL.,      :

     Defendants,               :

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

STEPHEN B. DARR,               :    AP 16-04007

     Plaintiff,                :

          v.                   :

PAOLA ZOLLO ALECCI, ET AL.,    :

     Defendants.               :

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : :
```

                              **VOLUME 2**
       **TRANSCRIPT OF VIDEO EVIDENTIARY HEARINGS: DETERMINING
          THE ADMISSIBILITY AND PRESUMPTIVE EFFECT OF THE
       AGGREGATION METHODOLOGY IN DETERMINING NET WINNERS
        BEFORE THE HONORABLE MELVIN S. HOFFMAN, J.U.S.B.C.**

**APPEARANCES (via video and telephone):**

For Plaintiff, Stephen Darr,   Murphy & King, P.C.
Chapter 11 Trustee:            BY:  CHARLES BENNETT, JR. ESQ.
                                    ANDREW G. LIZOTTE, ESQ.
                               One Beacon Street, 21st Floor
                               Boston, MA  02108

1   was said that was bought or sold, that we knew it was the
2   security that was bought or sold.
3   Q   And when you say came out of financial systems, what do you
4   mean?
5   A   In that particular instance, one was a company's actual
6   financial system that, that records the purchase and sales.
7   The other was a, was, actually, a FINRA dataset, which is the
8   submission of, of financial records to, to FINRA.
9   Q   Okay.  Meaning were these system-generated transaction
10  datasets?
11  A   They were.
12  Q   Okay.  Not -- were they user-entered datasets?
13  A   No.
14  Q   Okay.
15      What is -- could you describe a, what a probabilistic
16  record linkage is?
17  A   Sure.
18      So, so a probabilistic record linkage uses math and
19  statistics to compare instances where there aren't high quality
20  unique identifiers and does that by creating weights that
21  suggest whether a single variable is, is, is indicative or not
22  indicative in the population of a match.
23      So what it allows you to do is precisely what we have here
24  where there is, are small, there can be small details in the
25  data like misspellings and other things like that.  It can

1  account for those kind of discrepancies and also account for

2  issues when there, some combination of things isn't inherently

3  distinct, which is where deterministic is, is most helpful.

4  Q   And, and when you refer to non, well, slight differences,

5  is, is that what is sometimes referred to as "fuzzy" matching?

6  A   It can be.  So, for example, if I'm trying to, if in one

7  hand I have the name StoneTurn and in another instance I have

8  this, the name StoneBurn -- so there's a one-letter difference

9  -- you can use algorithms like Levenshtein distance or it's

10 called edit distance to look at the number of insertions,

11 deletions, or substitutions you need to make to get from Name A

12 to Name B.  And what it does is create a score from 0 to 1 to

13 suggest how close those two strings are.

14      So you can, what you can see is it's not a binary yes/no as

15 it would be in the form of a deterministic approach, but put

16 things on a spectrum that you can then look at.

17 Q   And what level -- you said there's a score from 0 to 1.

18 What level of subjectivity is that score, meaning is someone

19 looking at something and assigning it or is that determined

20 some other way?

21 A   No, no.  That, that's a score that is calculated.

22 Q   Okay.  And, and how is it calculated, meaning what

23 principles are used to make that calculation?

24 A   So in, in that case you're using, actually, statistical --

25 well, as I noted, you're using the number, it's actually a

```
    DENNIS - CROSS                                                   367
 1  probabilistic methodology to apply to the TelexFree case?
 2  A    No, I didn't.
 3  Q    And I take it from that, then, we can't -- we -- you -- you
 4  made, drew no conclusion, then, as to whether, if a
 5  probabilistic report [sic] had been used, how much it may have
 6  varied from Mr. Martin's findings using the deterministic, the
 7  basic deterministic approach that he used?
 8  A    I'm sorry.  What -- you're saying I -- I -- can I compare
 9  the probabilistic method linkage that I didn't do to
10  Mr. Martin's?
11  Q    What I'm saying is, you can't compare the two results
12  'cause you didn't do one of them?
13  A    That, that's right.  My assignment --
14  Q    That's true?
15  A    -- was not to re-create a new methodology and a new
16  approach from scratch.
17  Q    Right.  You didn't --
18  A    Just identify issues in the existing methodology.
19  Q    So you can't tell us whether, in fact, if Mr. Martin used a
20  probabilistic methodology, it would have any material impact
21  upon his findings of the various linking of user accounts?
22  A    I don't know that that's true.  I think I very much
23  identified specific case examples that would fit the conditions
24  of a probabilistic record linkage and would be helped under
25  that, that approach.
```