# EXHIBIT 13

**>robinlinacre**  

Originally posted: 2022-08-04. View source code for this page here.

# Fuzzy Matching and Deduplicating Hundreds of Millions of Records with Splink

A fast, accurate and scalable record linkage library that supports multiple SQL backends



*Article updated 2022-08-04*

## Summary

Splink is a Python library for probabilistic record linkage (entity resolution). It supports running record linkage workloads using the `Apache Spark`, `AWS Athena`, or `DuckDB` backends.

Its key features are:

- It is extremely fast. It is capable of linking a million records on a modern laptop in under two minutes using the `DuckDB` backend.

- It is highly accurate, with support for term frequency adjustments, and sophisticated fuzzy matching logic.

- It is capable of linking very large datasets (100 million records +) using the `Spark` or `AWS Athena` backends.

- It has a simple but highly customisable interface, so users can tackle the majority of record linking and deduplication problems

- Training data is not required because models can be trained using an unsupervised approach.

- It supports the full workflow of data linkage, from exploratory analysts, through to model prediction, diagnostics and quality assurance.

- Is robust, with an automated suite of unit and integration tests.





# Problem statement

A common data quality problem is to have multiple different records that refer to the same entity but no unique identifier that ties these entities together:

| row_id | first_name | surname | dob | city |
| --- | --- | --- | --- | --- |
| 1 | lucas | smith | 1984-01-02 | London |
| 2 | lucas | smyth | 1984-07-02 | Manchester |
| 3 | lucas | smyth | 1984-07-02 | |
| 4 | david | jones | | Leeds |
| 5 | david | jones | 1990-03-21 | Leeds |

For instance, customer data may have been entered multiple times in multiple different computer systems, with different spellings of names, different addresses, and other typos. The lack of a unique customer identifier presents challenges at all stages of data analysis — from basic questions such counting the number of unique customers, to feature engineering of customers' details for machine learning purposes.

There is a large body of theoretical and empirical work into this problem. The solution usually involves computing a new unique identifier column which allows entities to be linked and grouped, using a process of statistical estimation, machine learning and/or rules-based logic.

However, there is a lack of free software that can tackle this problem at the scale of millions of records—the size typically seen in large organisations. Solving the problem usually involves generating very large numbers of record comparisons and so is ill-suited to in-memory solutions

in R or Python. Distributed computing frameworks like Apache Spark, or backends that are parellelised and not memory-bound like DuckDB, are a much better fit.

We have released a free and open source library called `splink`, that implements the Fellegi-Sunter/Expectation Maximisation approach, one of the key statistical models from the data linking literature. This is an unsupervised learning algorithm which yields a match score for each pair of record comparisons.

## What it does:

In a nutshell, Splink takes messy input data in the table above and produces pairwise predictions of which records match:

| row_id_l | row_id_r | match_probability |
| --- | --- | --- |
| 1 | 2 | 0.9 |
| 1 | 3 | 0.85 |
| 2 | 3 | 0.92 |
| 4 | 5 | 0.7 |

It then clusters the predictions to produce an estimated unique id:

| cluster_id | row_id |
| --- | --- |
| a | 1 |
| a | 2 |
| a | 3 |
| b | 4 |
| b | 5 |

It makes no assumption about the entity type (person, company, case, etc.), so it can be used to link or most types of data.

## Try it out

You can try out the library in a Jupyter notebook using our Binder link here. These demos illustrate how to use the library, but note they are running in local mode on free servers, so don't expect great performance.

# How it works

Splink is an implementation of the Fellegi-Sunter model. The software generates pairwise record comparisons using an approach called blocking, and computes a match score for each pair which quantifies the similarity between the two records.

The match score is determined by parameters are known as partial match weights. These quantify the importance of different aspects of the comparison.

For example, a match on date of birth lends more evidence in favour of two records being a match than a match on gender. A mismatch on postcode may provide weak evidence against a match because people move house, whereas a mismatch on date of birth may be stronger evidence against the record being a match.

This simple idea has a lot of power to build highly nuanced models. Partial match weights can be computed for an arbitrary number of user-defined scenarios, not just a match or non match. For example, a partial match weight can be estimated for a scenario where postcodes do not match, but are within 10 miles of each other.

These partial match weights are combined into an overall match score, which represents the weight of evidence that the two records are a match.

The library uses unsupervised learning (the Expectation Maximisation algorithm) to estimate these match weights. You can learn more about the theory in my interactive training materials.

A more detailed video description of how this all works can be found here.

# Sample Code

We have tried to design an interface which is simple but nevertheless can be adapted to most record linkage and deduplication problems.

In the following code we:

- Specify a data linkage model
- Estimate its parameters
- Use the model to compute pairwise match scores
- Cluster the match scores into groups to produce an estimated unique person id

```
from splink.duckdb.duckdb_linker import DuckDBLinker
from splink.duckdb.duckdb_comparison_library import (
```

```python
        exact_match,
        levenshtein_at_thresholds,
    )

    import pandas as pd

    df = pd.read_csv("./tests/datasets/fake_1000_from_splink_demos.csv")

    # Specify a data linkage model
    settings = {
        "link_type": "dedupe_only",
        "blocking_rules_to_generate_predictions": [
            "l.first_name = r.first_name",
            "l.surname = r.surname",
        ],
        "comparisons": [
            levenshtein_at_thresholds("first_name", 2),
            exact_match("surname"),
            exact_match("dob"),
            exact_match("city", term_frequency_adjustments=True),
            exact_match("email"),
        ],
    }

    linker = DuckDBLinker(df, settings)

    # Estimate its parameters
    linker.estimate_u_using_random_sampling(target_rows=1e6)

    blocking_rule_for_training = "l.first_name = r.first_name and l.surname = r.sur
    linker.estimate_parameters_using_expectation_maximisation(blocking_rule_for_tra

    blocking_rule_for_training = "l.dob = r.dob"
    linker.estimate_parameters_using_expectation_maximisation(blocking_rule_for_tra

    # Use the model to compute pairwise match scores
    pairwise_predictions = linker.predict()

    # Cluster the match scores into groups to produce an estimated unique person id
    clusters = linker.cluster_pairwise_predictions_at_threshold(pairwise_prediction
    clusters.as_pandas_dataframe(limit=5)
```

# Feedback

We are grateful to all our users who have contributed and provided feedback so far. Please continue to do so by:

- Starting a discussion if you have questions about how to do something

- Raising an issue if you've found a bug or would like to request a new feature

- Raising a pull request if you'd like to fix a bug or add a feature

Or I'm @robinlinacre on Twitter.

Back to homepage.

This site is built using Observable HQ and Gatsby.js. Source code here.