# EXHIBIT 14

§ 4:12                                                                    Modern Scientific Evidence

other ways.[1]

## III. SAMPLING

### § 4:13  Generally

Researchers rarely collect data on every single instance of the objects of study. That is called a *census*. They usually *sample* those objects. Agricultural researchers sample the corn in a field; they do not measure each and every ear. The same goes for every other kind of empirical researcher. Sampling not only is less expensive and less time-consuming, under most circumstances it is more accurate than a census. With a proper sampling design, resources can be directed at collecting the most accurate data on a smaller number of people, things, or events. Indeed, demographers evaluate how well the United States census is conducted by comparing the results of the census to samples.

### § 4:14  Units of analysis

The first step in sampling is to decide what is to be sampled, that is, what is the unit of analysis, what is the level of aggregation. For example, does one collect data about individual people or about aggregations such as cities or nations? About workers, organizations, or industries? About rocks, planets, or solar systems? Some things exist only at higher levels of aggregation. For example, the way a corporation is organized cannot be discerned by examining individuals, but only the structural relationships of groups of individuals to other groups.

These choices may have consequences for the statistical analyses that can be conducted and the conclusions that are drawn. Sometimes, when the phenomenon of interest can be studied by observing things at different levels of aggregation, different conclusions result from one using one unit of analysis rather than another.

### § 4:15  Types of sampling

Typically, the goal of sampling is to learn about an entire population of things by looking at a subset of them. The key to accomplishing this is to select the sample in such a way that it is representative of the population. Then, what one learns about the sample is likely to be true also for the population.

The methods used to do this are known collectively as probability sampling. *Probability sampling* involves selecting cases

---

[Section 4:12]
[1]For further details about these descriptive statistics, see §§ 5:1 et seq.

from the population in such as way that there is a known probability of any case appearing in the sample. This permits the use of probability theory to draw inferences about the nature of the population. Following are some common kinds of probability sampling.

*Simple random sampling* involves drawing a sample from the relevant population so that every member of the population has an equal chance of being selected into the sample. For example, if one wanted to measure the incidence of a certain disease among students at a school, a sample of students could be chosen at random from a hat or a computer could generate a random subset of students. Then the sample could be contacted for whatever testing was needed. *Systematic sampling* is similar, but instead of choosing at random, a random starting point would be selected and then every, say, 10th student in the student directory would be chosen (providing a 10% sample of the student body). These methods work fine if every member of the population of interest is known and the population is homogeneous.

A *stratified sample* is one in which subgroups of the population have been specified in advance, and then sampling takes place from within each stratum. This is helpful when some groups within the population occur in small numbers, and a researcher wants to be sure that enough of them are drawn so that a large enough sample of them is obtained to draw trustworthy inferences about the subgroups in the population. One could draw samples proportionate to the size of each stratum. For example, 40% of the sample could be drawn from the stratum that contains 40% of the population and 60% of the sample from the stratum that contains 60% of the population. Alternatively, one might wish to draw a "disproportionate stratified sample." For example, a sample of 250 from the 10% minority and 250 from the 90% majority. Simple random sampling would have yielded only about 50 for the minority, and that might have been too few. The two subsamples from this stratified sampling would then be weighted (one receiving nine times the weight of the other) so that in the end the statements made about the population would be accurate.

The two preceding methods can be combined in various ways to deal with more complicated circumstances, such as where the population is far flung, heterogeneous, and the identities of elements (usually, names of people) are not known. An example of this is *multi-stage cluster sampling*. Imagine that we wanted to study the health of people within the U.S. We do not have a list of every individual to choose them at random, and even if we did it would be inefficient to try to visit those selected, dispersed all over the country. But we could obtain a list (a "sampling frame") of all counties in all states. We could draw a representative sample of counties from that list. The list might even be strati-

§ 4:15                                                          MODERN SCIENTIFIC EVIDENCE

fied in some way, such as by region of the country. (That provides the first stage of the sampling design.) From within the selected counties, we could draw a random sample of people to be tested, perhaps through random digit dialing of telephone numbers and inviting them to be tested. (Selecting those individuals is the second stage.) Thus, the people who become the sample are "clustered" in selected counties around the country.

Two lessons should be drawn from the sampling designs described. A particular sampling design can be devised to suit the nature of what is to be sampled by combining different sampling methods (random and stratified, in different stages). And each such design is, nevertheless, a probability sample because one would know the likelihood of selecting any element at any stage.

Various methods of *non-probability* sampling have been developed. One of these is *purposive sampling*, reflecting that the researcher has a particular purpose in mind for the way the sample is chosen. For example, in a study to discover how physicians learn about new drugs, researchers began with pharmacy records showing which physicians prescribed the drug in a given community. Then they interviewed the physicians, asking, among other things, which of their professional friends they also socialize with, and asked those friends who their professional friends were. The particular method described here is called "snowball sampling." As the sample grew, the researchers could track the diffusion of awareness of the new drug through the emerging friendship network. (It was found that doctors were more likely to learn about new medications from their friends than from medical journals.) It should be apparent that one of the more traditional probability sampling methods would not have been as useful to answering the research question.[1]

## § 4:16 Selection bias

The major defect of any sampling project would be that it fails to select representative elements from the population of interest. Most commonly this results from selection bias.

*Selection bias* refers to a sample being drawn in a way that makes it unrepresentative of the population to which inferences are to be made. The problem of selection bias is most easily understood by considering several examples. The reader might ponder why conclusions from each of the following samples are likely to be misleading. (Following in parentheses are likely

---

[Section 4:15]
[1]More detailed discussion of several aspects of sampling can be found in §§ 7:1 et seq.

answers):
— A criminologist set out to study criminals by conducting extensive interviews with a random sample of inmates in a state's prisons. (Whatever the study finds can tell us only about those criminals who were caught and incarcerated.)

— Doctors learned about the nature of the disease histoplasmosis by studying patients who came to their hospitals with the disease, and concluded that it was a rare disease which was almost always fatal. (By contrast, public health researchers sampled the public at large and found the disease to be far more common and to lead only rarely to serious harm. Doctors in hospitals saw only the few patients who suffered from the disease seriously enough to require medical attention.)

— During World War II a study was done to determine where additional armor might be placed on planes to protect them from anti-aircraft fire. To do the study, planes returning from missions were examined to see where they had taken the most hits from enemy fire. (The planes that were shot down but could have been saved with additional armor were the ones that would have been the most informative, but, of course, those never returned.)

— A graduating class organizing committee sent an anonymous questionnaire to their members prior to their 25th reunion. It included the question of the classmate's income. When the responses that came back were averaged, the committee was surprised to learn how successful their graduating class members had been in life. (A "response rate" of less than 100%, even a low one, is not in itself a problem. The issue, as usual, is whether those who responded are representative of the population. In the present example, if the more successful alumni are more likely to send back their questionnaires, the average income for the class will appear higher than it actually is.)

## § 4:17 Statistical aspects—Sample size

How large should a sample be to yield valid results? The answer is somewhat counter-intuitive. First of all, the absolute size of the sample is what is important, not the size of the sample relative to the size of the population. (The mathematics of this fact are presented in most textbooks on the statistics of sampling.) Second, the researcher usually has a better idea of what the needed sample size was after the data are collected than before. Third, the larger the sample size the better. The problem researchers face, however, is that while a real gain in accuracy can be achieved when going from n=10 to n=25 or to n=100, as larger numbers are added to the sample, the marginal gain in accuracy shrinks quite considerably. So a researcher has to ask

§ 4:17                                MODERN SCIENTIFIC EVIDENCE

whether the extra trouble and expense involved in adding another 100 or 500 is worth the gain in accuracy that will be achieved.

How large a sample needs to be depends upon three things:

1. The homogeneity of the variable to be measured in the population. For example, suppose a warehouse holding cans of soup had been flooded and all the labels washed off. But it was known that only a single flavor (that is the variable of interest) of soup was stored per warehouse. How many cans have to be opened to answer the question of what flavor soup was in all of the cans in the warehouse? The obvious answer is: one. (But if the warehouse held numerous different kinds of soup, a larger sample would have to be gathered.) The homogeneity of the variable often cannot be known until after the data are collected.

2. How narrowly the researcher needs to zero in on the answer. That is, how narrow the researcher wants the "confidence limits" to be around the statistical statements that can be made about the population. (Depending on the research question, sometimes plus or minus 10 or 20 percentage points will do well enough; other times it will not do at all.)

3. How confident the researcher needs to be that the obtained range around the population parameters is correct—logically, this depends upon the nature of the research questions, although typically researchers follow the convention of aiming for 99% or 95% confidence.

### § 4:18 Statistical aspects—Confidence limits

Since samples are collected not for their own sake, but for the purpose of inferring back to the population from which the samples came, methods have been developed to allow researchers to perform that task of statistical inference. Suppose a regulator needed to determine the average amount of carbon monoxide being discharged per day per automobile in a given city. The researchers might sample cars and days. Suppose they found the mean amount in their sample to be "50 units." By knowing: (a) the variation (heterogeneity) in their sample; (b) the sample size; and (c) the level of confidence the researcher wishes to have, the researchers can also calculate, for example, that the true population parameter falls within the range of, say, 50 units plus or minus eight units, with 95% confidence. That is, there is a 95% probability that the true population mean falls somewhere be-