9/12/2023  THE TRUSTEE IS ORDERED TO FILE, BY SEPTEMBER 15, 2023, A STATEMENT UNDER OATH SETTING FORTH THE GROUNDS FOR IMPOUNDMENT AND A PROPOSED ORDER WHICH IDENTIFIES ANY PARTIES OTHER THAN THE MOVING PARTY WHO WILL HAVE ACCESS TO THE DOCUMENTS, AS REQUIRED BY MASS. LOCAL BANKR. R. 9018-1(b)(1). *Elizabeth D. Katz*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　　Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>　　　　　Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br>　　　　　Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>　　　　　Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br>　　　　　Defendants. | Adversary Proceeding<br>No. 16-4007 |

**MOTION FOR IMPOUNDMENT OF EXHIBIT WITH RESPECT TO THE
AFFIDAVIT OF JEAN LOUIS SORONDO IN SUPPORT OF OPPOSITION BY
TRUSTEE TO DOMESTIC & INTERNATIONAL CLASS REPRESENTATIVES'
MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION BY TRUSTEE FOR
<u>SUMMARY JUDGMENT</u>**

Pursuant to Section 107 of Chapter 11 of title 11 of the United States Code (the

"<u>Bankruptcy Code</u>"), Federal Rule of Bankruptcy Procedure 9018 and MLBR 9018-1, Stephen