9/13/2023 MOOT. SEE AMENDED MOTION FOR IMPOUNDMENT OF EXHIBIT FILED SEPTEMBER 12, 2023.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>                Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br>                Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>                Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br>                Defendants. | Adversary Proceeding<br>No. 16-4007 |

**MOTION FOR IMPOUNDMENT OF EXHIBIT WITH RESPECT TO THE AFFIDAVIT OF JEAN LOUIS SORONDO IN SUPPORT OF OPPOSITION BY TRUSTEE TO DOMESTIC & INTERNATIONAL CLASS REPRESENTATIVES' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION BY TRUSTEE FOR <u>SUMMARY JUDGMENT</u>**

Pursuant to Section 107 of Chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Federal Rule of Bankruptcy Procedure 9018 and MLBR 9018-1, Stephen

1