

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Telexfree, LLC<br>　　　　　Debtor(s) | Chapter  11<br>Case No. 14-40987-EDK |
| Stephen B. Darr<br>　　　　　Plaintiff(s),<br>v.<br><br>Benjamin Argueta<br>　　　　　Defendant(s). | Adversary Proceeding<br>No. 16-04006-EDK |

## Proceeding Memorandum and Order

**MATTER:**

#445 Motion of Fabio Faria to Dismiss case
#453 Opposition filed by Plaintiff

**Decision set forth more fully as follows:**

DENIED. Even if the doctrines of claim-splitting or duplicative litigation would apply, the remedy would be for the Court to dismiss the later-filed, duplicative suit (Adversary Proceeding 16-4032), to defendant Fabio Faria, which has already been done.  As to Faria's argument that the Trustee "opted Faria out" of the certified defendant class, Faria has cited to no legal precedent for such a ruling, and this Court has found none.

Dated: 09/29/2023

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge