# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>               Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE FINANCIAL,<br>INC.,<br><br>               Plaintiff,<br>     v.<br><br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br><br>               Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE FINANCIAL,<br>INC.,<br><br>               Plaintiff,<br>     v.<br><br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS OF<br>DEFENDANT NET WINNERS,<br><br>               Defendants. | Adversary Proceeding<br>No. 16-4007 |

## JOINT PRETRIAL MEMORANDUM

Relative to *Darr v. Argueta*, Adv. Pro. 16–4006 (the "Domestic Case") and *Darr v.*

*Alecci*, Adv. Pro. 16–4007 (the "International Case"), and pursuant to the Proceeding

Memorandum and Order entered therein [ECF No. 452 - Domestic Case/ECF No. 601 -

International Case], Stephen B. Darr, Liquidating Trustee, and Class Representatives Frantz Balan, Marco Puzzarini, and Sandro Paulo Freitas (the "Class Representatives"), on behalf of classes of alleged "net winner" in the "Domestic Case") and the "International Case", hereby submit this joint pretrial memorandum.

**A. The Name, Address, and Telephone Number of Each Witness Each Party Expects to Present and those Witnesses to be Called Only if the Need Arises.**

    **1. Trustee**

        a. Will call:

            i. Cameron Freer, PhD.

        b. May call:

            i. Stephen B. Darr

            ii. Jean Louis Serrondo (Trustee will move to allow Mr. Serrondo, a Florida resident, to testify by video link)

    **2. Class Representatives**

        a. Will call:

            i. Joshua Dennis

        b. May call:

            i. Frantz Balan

            ii. Rosmery Torrico

            iii. Benjamin Argueta

Both Parties reserve the right to supplement with additional witnesses; provided however, all supplemental lists must be produced to opposing counsel no later than Monday, October 9 at 5:00 pm.

For the reasons set forth in a forthcoming motion to strike, Class Defendants object to the testimony of Stephen B. Darr and Jean Louis Sorondo.

2

**B. Witness Testimony to be Introduced by Deposition Transcript or Video or Both**

    **1. Trustee**

        a. Ingrid Laplanche, February 15, 2023

        b. Ivan Alvarenga, February 15, 2023

        c. Rudeidamia A. Calcano, February 15, 2023

        d. Arismendy Alexandry Disla, February 21, 2023

        e. Martiza Elizabeth Garcia, February 21, 2023

        f. Selvi Vanessa Lewis Reynaga, February 23, 2023

        g. Andrew Tranjano De Costa Silveira, February 23, 2023

        h. Suellen Schmidt, February 24, 2023

        i. Bruno Graziani, March 16, 2023

        j. Amilcar Frederico Lopez Garcia, March 16, 2023

    **2. Class Representatives**

        a. Rosmery Torrico, January 19, 2023

        b. Benjamin Argueta, March 16, 2023

        c. Ella Maria Reid, February 22, 2023

        d. Arismendy Alexandry Disla, February 21, 2023

        e. Selvi Vanessa Lewis Reynaga, February 23, 2023

        f. Amilcar Frederico Lopez Garcia, March 16, 2023

Both Parties reserve the right to supplement with additional witnesses, provided however, all supplemental lists must be produced to opposing counsel no later than Monday, October 9 at 5:00 pm.

3

## C. Joint List of Agreed Exhibits

| Ex. No. | Exhibit Description |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## D. Disputed Exhibits

### 1. Exhibits to be Offered by Trustee

| Ex. No | Exhibit Description | Objection |
| --- | --- | --- |
| P-001 | April 29, 2022 Expert Report of Dr. Cameron E. Freer, including exhibits | |
| P-002 | May 22, 2023 Reply Report of Dr. Cameron E. Freer, including exhibits | |
| P-003 | CV of Dr. Cameron Freer | |
| P-004 | Account Table (*representante*) | Objection – Subject to Review |
| P-005 | Bonus Table (*bonus*) | Objection – Subject to Review |
| P-006 | Field Description Table (*10ksample.xlsx*) | Objection – Subject to Review |

4

| Ex. No | Exhibit Description | Objection |
|--------|--------------------|-----------|
| P-007 | Invoice Table (*fatura*) | Objection – Subject to Review |
| P-008 | Summary Table (*rep_id_summary*) | Objection – Subject to Review |
| P-009 | Transfer Table (*transferencia*) | Objection – Subject to Review |
| P-010 | Borelian Aggregation Methodology code execution instructions | |
| P-011 | A. Ferrante and J. Boyd. A transparent and transportable methodology for evaluating Data Linkage software. *Journal of Biomedical Informatics* 45, no. 1: 165-172, 2012. | |
| P-012 | A. Saeedi, M. Nentwig, E. Peukert, and E. Rahm. Scalable matching and clustering of entities with FAMER. *Complex Systems Informatics and Modeling Quarterly* 16: 61-83, 2018. | |
| P-013 | Charpentier, Bertrand. Multi-scale clustering in graphs using modularity. Master's thesis,KTH, 2019 | |
| P-014 | Christen, P. (2011). A survey of indexing techniques for scalable record linkage and deduplication. IEEE Transactions on Knowledge and Data Engineering, 24(9), 1537-1555 | |
| P-015 | D. Cai, N. Ackerman, and C. Freer. Priors on exchangeable directed graphs, Electronic Journal of Statistics, 10, no. 2, 3490–3515, 2016. | |
| P-016 | D. Resnick and J. Asher. Measurement of Type I and Type II Record Linkage Error. Proceedings of the American Statistical Association, Government Statistics Section; Arlington, VA, USA: American Statistical Association; 2019. pp. 293–311. | |
| P-017 | Dusetzina SB, Tyree S, Meyer AM, Meyer A, Green L, and Carpenter WR. Linking Data for Health Services Research: A Framework and Instructional Guide. US Agency for Healthcare Research and Quality, Rockville, MD, 2014. | |
| P-018 | Enamorado, T., Fifield, B., and Imai, K. (2019). Using a probabilistic model to assist merging of large-scale administrative records. *American Political Science Review*, 113(2), 353-371 | |
| P-019 | F. Saad, N. Ackerman, C. Freer, and V. Mansinghka. A family of exact goodness-of-fit tests for high-dimensional discrete distributions, Proceedings of the 22nd International Conference on Artificial Intelligence and Statistics, PMLR 89, 1640–1649, 2019. | |
| P-020 | Fellegi, I. P. and Sunter, A. B. (1969). A theory for record linkage. Journal of the American Statistical Association, 64(328), 1183-1210. | |

5

| Ex. No | Exhibit Description | Objection |
|--------|---------------------|-----------|
| P-021 | Hernández, M.A. and Stolfo, S.J. Real-world Data is Dirty: Data Cleansing and The Merge/Purge Problem. Data Mining and Knowledge Discovery 2, 9–37 (1998) | |
| P-022 | J. S. Murray, "Probabilistic Record Linkage and Deduplication after Indexing, Blocking, and Filtering". Journal of Privacy and Confidentiality (2015–2016) | |
| P-023 | J. Talburt, *Entity Resolution and Information Quality*. Elsevier, 2011, pp. 84-85 of | |
| P-024 | Kabudula, C.W., Clark, B.D., Gómez-Olivé, F.X., Tollman, S., Menken, J. and Reniers, G. The promise of record linkage for assessing the uptake of health services in resource constrained settings: a pilot study from South Africa. BMC Med Res Methodol 14, 71 (2014) | |
| P-025 | L. Getoor and A. Machanavajjhala, Entity Resolution: Tutorial, Advances in Social Network Analysis and Mining, 2012 | |
| P-026 | Modern Scientific Evidence, Vol. I, §4:13, pp. 340-344 | |
| P-027 | N. Ackerman, C. Freer, and D. Roy. On the computability of conditional probability, Journal of the ACM 66, no. 3, 23:1–23:40, 2019. | |
| P-028 | O. Hassanzadeh, F. Chiang, H. C. Lee, and R. J. Miller. Framework for evaluating clustering algorithms in duplicate detection. *Proceedings of VLDB '09*: 1282-1293, 2009. | |
| P-029 | Olivier Binette and Rebecca C. Steorts, (Almost) All of Entity Resolution, arXiv:2008.04443,2022 | |
| P-030 | Ong TC, Duca LM, Kahn MG, and Crume TL. A hybrid approach to record linkage using a combination of deterministic and probabilistic methodology. J Am Med Inform Assoc.2020;27(4):505-513 | |
| P-031 | P. Christen, *Data Matching*, Data-Centric Systems and Applications, Springer-Verlag, 2012. | |
| P-032 | P. Christen, T. Ranbaduge, and R. Schnell. *Linking sensitive data: Methods and techniques for practical privacy-preserving information sharing.* Springer, 2020, p. 25 | |
| P-033 | P. Christen. Data linkage: The big picture. *Harvard Data Science Review*, 1(2), 2019. | |
| P-034 | Parag Singla and Pedro Domingos, Multi-Relational Record Linkage. KDD-2004 Workshop on MultiRelational Data Mining, pp. 31-48 | |

| Ex. No | Exhibit Description | Objection |
|---|---|---|
| P-035 | Philip A. Collender, Zhiyue Tom Hu, Charles Li, Qu Cheng, Xintong Li, Yue You, Song Liang, Changhong Yang, and Justin V. Remais. Machine-learning classifiers for logographic name matching in public health applications: approaches for incorporating phonetic, visual, and keystroke similarity in large-scale probabilistic record linkage. arXiv:2001.01895, 2020. | |
| P-036 | *Proceedings of the 2013 ACM Workshop on Digital Identity Management*, pp. 25-36. 2013 | |
| P-037 | R. Linacre, *Splink and the Open Source Dividend*, March 9, 2023. Retrieved from https://www.robinlinacre.com/open_source_dividend/ | |
| P-038 | R. Linacre, *The Intuition Behind the Use of Expectation Maximisation to Train Record Linkage Models,* October 14, 2022. Retrieved from https://www.robinlinacre.com/em_intuition/ | |
| P-039 | Radford M. Neal and Geoffrey E. Hinton. A view of the EM algorithm that justifies incremental, sparse, and other variants. Learning in Graphical Models. Springer, 1998. 355-368 | |
| P-040 | Randall, S.M., Ferrante, A.M., Boyd, J.H., Semmens J.B. The effect of data cleaning on record linkage quality. BMC Med Inform Decis Mak 13, 64 (2013) | |
| P-041 | S. Emmons, S. Kobourov, M. Gallant, and K. Börner. Analysis of network clustering algorithms and cluster quality metrics at scale. PloS One, 11(7): (2016). | |
| P-042 | Scott L DuVall, Richard A Kerber, Alun Thomas "Extending the Fellegi-Sunter probabilistic record linkage method for approximate field comparators", *J Biomed Inform*. 2010; 43(1):24- | |
| P-043 | Sneath, P.H.A and Sokal, R.R.. *Numerical Taxonomy: the Principles and Practice of Numerical Classification*. Freeman, New York (1973) | |
| P-044 | T. Enamorado and K. Imai. Validating Self-Reported Turnout by Linking Public Opinion Surveys with Administrative Records. Public Opinion Quarterly, Volume 83, Issue 4, Winter 2019 | |
| P-045 | T. Enamorado, B. Fifield, and K. Imai. Using a probabilistic model to assist merging of large-scale administrative records. *American Political Science Review*, 113(2), 353-371, 2019. | |
| P-046 | *The Intuition Behind the Use of Expectation Maximization to Train Record Linkage Models,* October 14, 2022 | |
| P-047 | The Role of Expert Judgment in Statistical Inference and Evidence-Based Decision Making, The American Statistician, Vol. 73, No. 51, p. 67 (2019) | |

7

| Ex. No | Exhibit Description | Objection |
|---|---|---|
| P-048 | Tom Jackson, Caris Greyson, Ian Rickard and Andromachi Tseloni. Data First: Criminal Courts Linked Data. An exploratory analysis of returning defendants and the potential of linked criminal courts data from 2011 to 2019 in England and Wales. Ministry of Justice Analytical Series, UK Ministry of Justice, 2022. | |
| P-049 | Uday Kamath and John Liu. *Explainable Artificial Intelligence: An Introduction to Interpretable Machine Learning*. Springer, 2021 | |
| P-050 | V. Christophides, V. Efthymiou, T. Palpanas, G. Papadakis, and K. Stefanidis. An overview of end-to-end entity resolution for big data. *ACM Computing Surveys* (CSUR) 53, no. 6: 1-42. 2020. | |
| P-051 | Wes McKinney. *Python for Data Analysis*, 2nd Edition, 2017. | |
| P-052 | William E. Winkler and Yves Thibaudeau. *An application of the Fellegi-Sunter model of record linkage to the 1990 US decennial census.* US Bureau of the Census, 1991 | |
| P-053 | Winkler, W. E. Using the EM Algorithm for Weight Computation in the Fellegi-Sunter Model of Record Linkage, American Statistical Association, *Proceedings of the Section on Survey Research Methods,* 667-671 (1988) | |
| P-054 | Winkler, W. E.: String Comparator Metrics and Enhanced Decision Rules in the Fellegi- Sunter Model of Record Linkage. In: Proceedings of the Section on Survey Research. American Statistical Association, pp. 354–359, 1990. | |
| P-055 | X Yan, LGS Jeub, A Flammini, F Radicchi, and S Fortunato. Weight thresholding on complex networks. Physical Review E 98.4 (2018): 042304 | |
| P-056 | Y. Y. Yao. Information-theoretic measures for knowledge discovery and data mining. In Entropy Measures, Maximum Entropy Principle and Emerging Applications, pages 115–136.Karmeshu (ed.), Springer, 2003. | |
| P-057 | Y. Zhu, Y. Matsuyama, Y. Ohashi, and S. Setoguchi. When to conduct probabilistic linkage vs. deterministic linkage? A simulation study. Journal of Biomedical Informatics 56 (2015): (80-86). | |
| P-058 | Yang, J. and Leskovec, J.. Defining and evaluating network communities based on ground- truth. Knowledge and Information Systems, 42(1): 2015, 181-213. | |
| P-059 | "Address Verification Service" Wikipedia Page (https://en.wikipedia.org/wiki/Address_verification_service) | Objection – relevance, foundation, hearsay |
| P-060 | "difflib" (https://docs.python.org/3/library/difflib.html) | |

| Ex. No | Exhibit Description | Objection |
|---|---|---|
| P-061 | "FuzzyWuzzy: Fuzzy String Matching in Python" (https://chairnerd.seatgeek.com/fuzzywuzzy-fuzzy-string-matching-in-python/) | |
| P-062 | "Hammermill Paper" (https://www.hammermill.com/products/premium-inkjet-laser-printer-paper) | Objection – relevance, foundation, hearsay |
| P-063 | "Portuguese name" (https://en.wikipedia.org/wiki/Portuguese_name) | Objection – relevance, foundation, hearsay |
| P-064 | "Precision and recall" (https://en.wikipedia.org/wiki/Precision_and_recall) | Objection – relevance, foundation, hearsay |
| P-065 | "Units of paper quantity" (https://en.wikipedia.org/wiki/Units_of_paper_quantity) | Objection – relevance, foundation, hearsay |
| P-066 | "When to use which fuzz function to compare two strings" (https://stackoverflow.com/questions/31806695/when-to-use-which-fuzz-function-to-compare- 2-strings) | |
| P-067 | "Código de Endereçamento Postal" (https://es.wikipedia.org/wiki/C%C3%B3digo_de_Endere%C3%A7amento_Postal) | Objection – relevance, foundation, hearsay |
| P-068 | "CPF number" (https://en.wikipedia.org/wiki/CPF_number) | Objection – relevance, foundation, hearsay |
| P-069 | "m and u probabilities" (https://observablehq.com/@robinl/m-and-u-probabilities) | |
| P-070 | "National identification number" (https://en.wikipedia.org/wiki/National_identification_number) | Objection – relevance, foundation, hearsay |
| P-071 | "North American Numbering Plan" (https://en.wikipedia.org/wiki/North_American_Numbering_Plan) | Objection – relevance, foundation, hearsay |
| P-072 | "RFC 2822" (https://datatracker.ietf.org/doc/html/rfc2822) | |
| P-073 | "Telephone numbers in Brazil" (https://en.wikipedia.org/wiki/Telephone_numbers_in_Brazil) | Objection – relevance, foundation, hearsay |
| P-074 | Apache Spark Engine (https://spark.apache.org/) | |
| P-075 | Developing Standard Tools for Data Linkage (https://www.ons.gov.uk/methodology/methodologicalpublications/generalmethodology/onsworkingpaperseries/developingstandardtoolsfordatalinkagefebruary2021) | |
| P-076 | DL1 INC. (001098948) on https://corp.sec.state.ma.us/CorpWeb/CorpSearch/CorpSummary.aspx?sysvalue=WhUPoood4i5N_.888WGoiFsKd7tj6NldVysifMSuXQA- | |
| P-077 | DLX FINANCIAL LLC (201036310329) on https://bizfileonline.sos.ca.gov/search/business | |

| Ex. No | Exhibit Description | Objection |
|--------|--------------------|-----------|
| P-078 | Fuzzy Matching and Deduplicating Hundres of Millions of Records with Splink (https://www.robinlinacre.com/introducing_splink/) | |
| P-079 | Pandas Python library (https://pandas.pydata.org/) | |
| P-080 | Pattern Matching: The Gestalt Approach (https://www.drdobbs.com/database/pattern- matching-the-gestalt-approach/184407970?pgno=5) | |
| P-081 | Qualtrics, Sample size calculator, April 12, 2023. Retrieved from https://www.qualtrics.com/blog/calculating-sample-size/ | |
| P-082 | RapidFuzz Library (https://github.com/maxbachmann/RapidFuzz) | |
| P-083 | RFCs are specifications for Internet services, and RFCs 2821 and 2822 concern email addresses. For RFC 2822 specifically, see "RFC 2822", retrieved from https://datatracker.ietf.org/doc/html/rfc2822 | |
| P-084 | SHAL GROUP LLC (201134810007) on https://bizfileonline.sos.ca.gov/search/business | |
| P-085 | Splink Python package (https://github.com/moj-analytical-services/splink) | |
| P-086 | UK Office of National Statistics. (2021). Splink: MoJ's open source library for probabilistic record linkage at scale. (https://www.gov.uk/government/publications/joined-up-data-in-government-the-future-of-data-linking-methods/splink-mojs-open-source-library-for- probabilistic-record-linkage-at-scale) | |
| P-087 | Supplemental Order Respecting Motion by Chapter 11 Trustee for Entry of Order Finding That Debtors Engaged in Ponzi and Pyramid Scheme and Related Relief [A.P. No. 14-40987, Doc. 687], January 26, 2016. | |
| P-088 | Affidavit of Jean Louis Sorondo in Support of Opposition by Trustee to Domestic & International Class Representatives' Motion for Summary Judgment and Cross-Motion by Trustee for Summary Judgment, including exhibits | Objection – subject to motion to strike as improper expert testimony and untimely disclosure; lack of foundation, lack competence, lack of qualification, hearsay |

| Ex. No | Exhibit Description | Objection |
|---|---|---|
| P-089 | Affidavit of Stephen B. Darr in Support of Opposition by Trustee to Domestic & International Class Representatives' Motion for Summary Judgment and Cross-Motion by Trustee for Summary Judgment, including exhibits | Objection – subject to motion to strike as improper expert testimony and untimely disclosure; lack of foundation, lack competence, hearsay |

## 2. Exhibits to be Class Representatives

| Ex. No. | Exhibit Description | Objection |
|---|---|---|
| D-001 | Rebuttal Expert Report Joshua W. Dennis, and all exhibits to the report (July 31, 2020) | |
| D-002 | Supplemental Rebuttal Expert Report Joshua W. Dennis, and all exhibits to the report (April 14, 2023) | |
| D-003 | Affidavit of Frantz Balan dated July 30, 2020 | Objection - Hearsay |
| D-004 | Affidavit of Lusette Balan dated July 29, 2020 | Objection - Hearsay |
| D-005 | Affidavit of Ilyas J. Rona dated (ECF No. 443) | Objection - Hearsay |
| D-006 | Stipulation Respecting the Amended Fee Arrangement for Defendants dated January 4, 2022 | |
| D-007 | Email string Cameron Freer and Andrew Lizotte dated November 2-3, 2021 - BC002512-18 | |
| D-008 | SIG account data for Rosmery Torrico | Objection – Subject to Review |
| D-009 | EPOC data for Rosmery Torrico | Objection – Relevance, see Hoffman Decision[1] |
| D-010 | SIG account data for Ella Maria Reid | Objection – Subject to Review |

---

[1] References to the Hoffman Decision are to Memorandum of Decision on Class Defendants' Motion to Exclude Expert Witness Testimony of Timothy Martin [Adv. 16-04007, doc. 536], June 22, 2021, at pp. 38-39.

| Ex. No. | Exhibit Description | Objection |
|---------|---------------------|-----------|
| D-011 | EPOC data for Ella Maria Reid | Objection – Relevance, see Hoffman Decision |
| D-012 | SIG account data for Benjamin Argueta | Objection – Subject to Review |
| D-013 | SIG account data Amilcar Lopez | Objection – Subject to Review |
| D-014 | Lopesa Services Advertisement appearing in La Planeta (4/12/2012) | Objection – Hearsay; Foundation |
| D-015 | "claim_statement" Table | Objection – Subject to Review |
| D-016 | Exhibit 1 to Freer Deposition - Curriculum Vitae of Cameron Freer | |
| D-017 | Exhibit 3 to Freer Deposition - E-mail Chain, Sorondo to Freer, 7/10/21 | |
| D-018 | Exhibit 4 to Freer Deposition - E-mail Chain, Sorondo to Freer, 7/18/21 | |
| D-019 | Exhibit 5 to Freer Deposition - E-mail Chain, Sorondo to Freer, 7/13/21 | |
| D-020 | Exhibit 6 to Freer Deposition - E-mail Chain, Freer to Sorondo, 7/13/21 | |
| D-021 | Exhibit 7 to Freer Deposition - E-mail Chain, Sorondo to Freer, 7/14/21 | |
| D-022 | Exhibit 8 to Freer Deposition - E-Mail Chain, Lizotte to Freer, 11/3/21 | |
| D-023 | Exhibit 9 to Freer Deposition - E-mail Chain, Lizotte to Freer, 11/3/21 | |
| D-024 | Transcript of Video Evidentiary Hearings: Determining the Admissibility and Presumptive Effect of the Aggregation Methodology in Determining Net Winners before The Honorable Melvin S. Hoffman, J.U.S.B.C. (Volume 1 - 11/23/2020) | Objection – Subject to identification of proposed excerpts |

| Ex. No. | Exhibit Description | Objection |
|---------|---------------------|-----------|
| D-025 | Transcript of Video Evidentiary Hearings: Determining the Admissibility and Presumptive Effect of the Aggregation Methodology in Determining Net Winners before The Honorable Melvin S. Hoffman, J.U.S.B.C. (Volume 2- 11/24/2020) | Objection – Subject to identification of proposed excerpt |
| D-026 | Memorandum of Decision on Class Defendants' Motion to Exclude Expert Witness Testimony of Timothy Martin | |
| D-027 | Curriculum Vitae of Joshua W. Dennis | |
| D-028 | List of Documents Considered by Joshua W. Dennis | |
| D-029 | User Accounts and Participants by Entity and Type | Objection – Subject to Review of Proposed Table |
| D-030 | Summary of TelexFree Net Equity by Tier and Transaction Type | Objection – Subject to Review of Proposed Table |
| D-031 | Summary of TelexFree User Accounts and Participants by Tier | Objection – Subject to Review of Proposed Table |
| D-032 | Summary of TelexFree Top Net Losers Matched to Net Winners | Objection – Subject to Review of Proposed Table |
| D-033 | Top 100 TelexFree Net Losers | Objection – Subject to Review of Proposed Table |
| D-034 | Top 100 TelexFree Net Winners | Objection – Subject to Review of Proposed Table |
| D-035 | Top Net Loser and Matched Net Winner User Account Detail | Objection – Subject to Review of Proposed Table |

| Ex. No. | Exhibit Description | Objection |
|---------|--------------------|-----------|
| D-036 | Frantz Balan & Lusette Balan User Account Detail | Objection – Subject to Review of Proposed Table |
| D-037 | Alphabet User Account Detail | Objection – Subject to Review of Proposed Table |
| D-038 | Billybob Arbonne User Account Detail | Objection – Subject to Review of Proposed Table |
| D-039 | Lopes & Carreiro User Account Detail | Objection – Subject to Review of Proposed Table |
| D-040 | Zaglia & Ragolia User Account Detail | Objection – Subject to Review of Proposed Table |
| D-041 | Rejane & Paulo Marinho User Account Detail | Objection – Subject to Review of Proposed Table |
| D-042 | Maria Neves User Account Detail | Objection – Subject to Review of Proposed Table |
| D-043 | Sann Devaconcelos User Account Detail | Objection – Subject to Review of Proposed Table |
| D-044 | Oscar Sosa User Account Detail | Objection – Subject to Review of Proposed Table |
| D-045 | Claimed Account Aggregations | Objection – Subject to Review of Proposed Table |
| D-046 | Example Credit Transfer Detail | Objection – Subject to Review of Proposed Table |
| D-047 | Brandon Zagarella affidavit dated 10/25/2020 | Objection - Hearsay |

14

Case 16-04006    Doc 469    Filed 10/02/23    Entered 10/02/23 18:39:17    Desc Main
Document      Page 15 of 17

| Ex. No. | Exhibit Description | Objection |
|---------|---------------------|-----------|
| D-048 | TelexFree Bankruptcy Petition | |
| D-049 | Exhibit A-1 to Notice of Proposed Resolution of Claim Amount of Claim Filed with Portal: Name of Creditor: Edivaldo Alves Reis Claim Number: 66876-000 | Objection – Relevance, see Hoffman Decision |
| D-050 | SIG account data for Edivaldo Reis | Objection – Pending Review |
| D-051 | EPOC data for Edivaldo Reis | Objection – Relevance, see Hoffman Decision |
| D-052 | Peter Christen, Data Matching (2012) | |
| D-053 | SIG account data for Dani Goes | Objection – Pending Review |
| D-054 | American Greed TV Episode: "Billion Dollar Fraud Goes Viral" (excerpts) | Objection – Hearsay; Pending Review of Excerpts |

Both parties reserve the right to supplement with additional exhibits. Both parties reserve the right to use other documents for impeachment purposes or as demonstratives, subject to producing all demonstratives to opposing counsel not later than Monday, October 9 at 5:00 pm.

Respectfully submitted,

FRANTZ BALAN,
CLASS REPRESENTATIVE FOR
DOMESTIC CLASS ACTION,

MARCO PUZZARINI AND SANDRO
PAULO FREITAS,
CLASS REPRESENTATIVES
FOR INTERNATIONAL CLASS ACTION,

By their counsel,

Dated: October 2, 2023

/s/ Ilyas J. Rona
Ilyas J. Rona (BBO #642964)
Michael J. Duran (BBO # 569234)
MILLIGAN RONA DURAN & KING LLC
28 State Street, Suite 802
Boston, MA 02109
Tel:  (617) 395-9570
Fax:  (855) 395-5525
ijr@mrdklaw.com
mjd@mrdklaw.com

STEPHEN B. DARR, LIQUIDATING
TRUSTEE,

By his counsel:

Dated:  October 2, 2023

/s/ /s/ Daniel J. Lyne
Daniel J Lyne (BBO #309290)
Andrew G. Lizotte (BBO #559609)
Alexandra Papas (BBO #707581)
MURPHY & KING,
Professional Corporation
28 State Street, 31st Floor
Boston, MA  02109
Telephone: (617) 423-0400
Dlyne@murphyking.com
ALizotte@murphyking.com
Apapas@muprhyking.com

16

17