UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC.,<br>TELEXFREE FINANCIAL, INC.,<br><br>Reorganized Debtors. | Chapter 11 Cases<br>14–40987–EDK<br>14–40988–EDK<br>14–40989–EDK<br><br>Jointly Administered |
| STEPHEN DARR, CHAPTER 11 TRUSTEE OF THE ESTATES OF EACH OF THE DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ARGUETA, *et al.*, and a CLASS OF DOMESTIC NET WINNERS,<br><br>Defendants. | Adv. Pro. No.: 16–04006–EDK |
| STEPHEN DARR, CHAPTER 11 TRUSTEE OF THE ESTATES OF EACH OF THE DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>PAOLA ZOLLO ALECCI, *et al.*, and a CLASS OF INTERNATIONAL NET WINNERS,<br><br>Defendants. | Adv. Pro. No.: 16–04007–EDK |

**AFFIDAVIT OF MICHAEL J. DURAN IN SUPPORT OF OPPOSITION TO CROSS-MOTION**

I, Michael J. Duran, do hereby depose and state:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and admitted to the United States District Court for the District of Massachusetts.

2. I have been practicing law for 15 years.

3. I am a partner at the law firm Milligan Rona Duran & King LLC. My firm and I represent the Domestic Class Representative Frantz Balan and International Class Representatives Marco Puzzarini and Sandro Paulo Freitas (the "Class Defendants") in this action.

4. The following is true and accurate to the best of my knowledge, and if called upon to do so I could testify competently about the facts set forth in this affidavit.

5. On or about February 22, 2023, the Trustee took the deposition of Ella Maria Reid. A true and accurate copy of the deposition transcript is attached as <u>Exhibit A</u>.

6. On or about February 21, 2023, the Trustee took the deposition of Maritza Elizabeth Garcia. A true and accurate copy of the deposition transcript is attached as <u>Exhibit B</u>.

7. On or about March 16, 2023, the Class Defendants took the deposition of Benjamin Argueta. A true and accurate copy of the deposition transcript is attached as <u>Exhibit C</u>.

8. On or about February 22, 2023, the Trustee took the deposition of Selvi Vanessa Lewis Reynaga. A true and accurate copy of the deposition transcript is attached as <u>Exhibit D</u>.

9. The following excerpt shows how Selvi Vanessa Lewis Reynaga entered the name "Selvi Vanessa Lewis Reynaga" in some instances and in others entered the name ". ." for her user accounts:

| rep_login | rep_nome | rep_email | rep_end | rep_num | rep_bairro | rep_cidad |
|---|---|---|---|---|---|---|
| vanessalewis | Selvi Lewis Reynaga | sparkledewdrop@gmail.com | C. 4to Center | 1050 | Villa Nuevo Potosi | La Paz |
| vanessalewisc1 | . . | sparkledewdrop@gmail.com | . | . | . | . |
| vanessalewis1 | Selvi Lewis Reynaga | sparkledewdrop@gmail.com | C. 4to Center | 1050 | Villa Nuevo Potosi | La Paz |
| vanessalewis2 | Selvi Lewis Reynaga | sparkledewdrop@gmail.com | C. 4to Center | 1050 | Villa Nuevo Potosi | La Paz |
| vanessalewis3 | Selvi Lewis Reynaga | sparkledewdrop@gmail.com | C. 4to Center | 1050 | Villa Nuevo Potosi | La Paz |
| vanessalewis4 | Selvi Lewis Reynaga | sparkledewdrop@gmail.com | C. 4to Center | 1050 | Villa Nuevo Potosi | La Paz |
| vanessalewis5 | Selvi Lewis Reynaga | sparkledewdrop@gmail.com | C. 4to Center | 1050 | Villa Nueva Potosi | La Paz |
| vanessalewis5c1 | . . | sparkledewdrop@gmail.com | . | . | . | . |
| vanessalewis5c2 | . . | sparkledewdrop@gmail.com | . | . | . | . |
| vanessalewis5c3 | . . | sparkledewdrop@gmail.com | . | . | . | . |
| vanessalewis5c4 | . . | sparkledewdrop@gmail.com | . | . | . | . |
| vanessalewis5c5 | . . | sparkledewdrop@gmail.com | . | . | . | . |
| vanessalewis5c6 | . . | sparkledewdrop@gmail.com | . | . | . | . |
| vanessalewis5c7 | . . | sparkledewdrop@gmail.com | . | . | . | . |
| vanessalewis5c8 | . . | .sparkledewdrop@gmail.com | . | . | . | . |
| vanessalewis5c9 | . . | sparkledewdrop@gmail.com | . | . | . | . |
| vanessalewis5c0 | . . | sparkledewdrop@gmail.com | . | . | . | . |

10. On or about February 21, 2023, the Trustee took the deposition of Arismendy Disla. A true and accurate copy of the deposition transcript is attached as <u>Exhibit E</u>.

Signed under the pains and penalties of perjury, this 2nd day of October 2023.

/s/ Michael J. Duran
Michael J. Duran

**CERTIFICATE OF SERVICE**

I, Michael J. Duran, hereby certify that I have caused a copy of the Michael J. Duran to be served on counsel for the Trustee and all registered electronic filers appearing in this case using the Court's CM/ECF system.

Dated: October 2, 2023                             /s/ Michael J. Duran
                                                                    Michael J. Duran, Esq.