# Exhibit A.

# In the Matter of:

*Telexfree, LLC, et al. vs*

*Franz Balan*

---

*Ella Maria Reid*

*February 22, 2023*

---

*68 Commercial Wharf • Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*Magnals.com*



```
 1              UNITED STATES BANKRUPTCY COURT
                  DISTRICT OF MASSACHUSETTS
 2

 3  In Re TELEXFREE, LLC, et al.,          )
                   Debtor,                  )
 4                                          )
    ----------------------------           )
 5                                          ) Case no.
    STEPHEN B. DARR, TRUSTEE OF THE         ) 14-40987-EDK
 6  ESTATES OF TELEXFREE LLC, et al.,       )
                   Plaintiff,               ) Chapter 11
 7                                          )
    v.                                      ) Adv. Proc. No.
 8                                          ) 16-4006
    FRANZ BALAN, A REPRESENTATIVE OF A      )
 9  CLASS OF DEFENDANT NET WINNERS,         )
                   Defendant.               )
10

11

12

13            DEPOSITION OF ELLA MARIA REID
                Appearing remotely from
14                31 Oteen Park Place
               Asheville, North Carolina
15               February 22, 2023
                Commencing at 10:00 a.m.
16

17

18      Reported by:  Genevieve Y.J. Van de Merghel
               Notary Public and Stenographer
19               Appearing remotely from
                Hampshire County, Massachusetts
20

21

22
        O'Brien & Levine Court Reporting Solutions
23              68 Commercial Wharf
             Boston, Massachusetts  02110
24                 617-399-0130
```

2

1                    A P P E A R A N C E S

2

3    ALEXANDRA M. PAPAS, ESQUIRE
     Murphy & King, PC
4    28 State Street, Suite 3101
     Boston, Massachusetts 02109
5    617-423-0400
     apapas@murphyking.com
6            Counsel for the Plaintiff
             (Appearing remotely)

7

8    ILYAS J. RONA, ESQUIRE
     MICHAEL J. DURAN, ESQUIRE
9    LEA KRAEMER, ESQUIRE
     Milligan Rona Duran & King LLC
10   28 State Street, Suite 802
     Boston, Massachusetts 02109
11   617-395-9570
     ijr@mrdklaw.com
12   mjd@mrdklaw.com
     lk@mrdklaw.com
13           Counsel for the Defendant
             (Appearing remotely)
14

15

16

17

18

19

20

21

22

23

24

3

I N D E X

WITNESS                                          EXAMINATION

ELLA MARIA REID
     BY MS. PAPAS . . . . . . . . . . . . . . . . . .   4
     BY MR. RONA . . . . . . . . . . . . . . . . . . 12


E X H I B I T S


NO.                                                    PAGE

Exhibit 1 Claim Statement                              12

        (Exhibits provided to the court reporter
             to attach to the transcript.)

4

1       P R O C E E D I N G S

2

3           Counsel present agree to conducting today's
        deposition remotely via videoconference.
4

5               ELLA MARIA REID, having first been

6               identified by the production of her

7               North Carolina driver's license and duly

8               sworn Pursuant to Executive Order 144,

9               testified as follows:

10                      EXAMINATION

11  BY MS. PAPAS:

12   Q.   Thank you for joining us today.  I am just going

13  to go through a couple basic instructions with you.  I

14  am not sure if you have been deposed before, but I am

15  going to ask you a series of questions, and if you

16  don't understand, please tell me.  If you do answer my

17  question, I am going to assume that you did understand

18  the question and that you answered truthfully.  Are

19  you okay with those instructions?

20   A.   Yes.

21   Q.   And I will also ask that you give verbal answers

22  for the court reporter, so please say "yes" or "no"

23  instead of nodding your head.  Can you do that?

24   A.   Yes, I can.

5

1   Q.   Thank you.  And I will also ask do you want an

2   opportunity to review the written transcript of

3   everything that we said today to review it to make

4   sure it is accurate?

5   A.   Yes, please.

6   Q.   Okay.  So we will -- once we get a copy of the

7   transcript from the court reporter, we will send a

8   copy to you, and then you will have 14 days once you

9   receive it to review and sign under oath that it is

10  accurate or to identify any errors and then return it

11  to us.  Can you do that?

12  A.   Yes, I can.

13  Q.   And then just a few more preliminaries.  I just

14  want to check, is anyone in the room with you today?

15  A.   No.

16  Q.   And did you talk to anyone about this deposition

17  before appearing today?

18  A.   No.

19  Q.   Thank you.  So my understanding is that you

20  invested in the TelexFree program.  Is that correct?

21  A.   That is correct.

22  Q.   And you submitted a claim for the amount you

23  lost.  Correct?

24  A.   Yes, I did.

6

1    Q.    Okay.  And do you remember the amount of that

2  claim?

3    A.    Not off the top of my head.  I could find it

4  out.  It's in emails and such.  But no.

5    Q.    Okay.  Our records show that you submitted a

6  claim for $8,058.50.  Does that sound accurate?

7    A.    Yes.  That does, actually.

8    Q.    When you submitted that claim, you declared the

9  information was true and correct.  Is that correct?

10    A.    Yes.

11    Q.    Thank you.  And based on that claim information,

12  I understand that you had many accounts with

13  TelexFree.  Do you remember approximately how many

14  accounts you had?

15    A.    No, I don't.

16    Q.    In the ballpark, you know, of 10?  More than

17  10?  What would you say?

18    A.    I think it was definitely more than 10.

19    Q.    More than 10.  Okay.  Thank you.  So with those

20  accounts, you understood that you could earn credits

21  for activities like posting ads.  Is that true?

22    A.    Yes.

23    Q.    And once you earned those credits, you could use

24  those credits to either get cash or buy additional

7

1    accounts.  Is that true?

2    A.    That is correct.

3    Q.    Did you ever use those credits to buy an

4    account?

5    A.    I believe so.

6    Q.    Did you ever use those credits to buy an account

7    for anyone else?

8    A.    I can't recall.

9    Q.    Did anyone else use their credits to open an

10   account for you?

11   A.    Yes.

12   Q.    Do you remember who that was?

13   A.    My mother.

14   Q.    What is your mother's name?

15   A.    Faith Jael Gohar.

16   Q.    Thank you.  And when your mother opened those

17   accounts for you, did you give her any payment for

18   those accounts?

19   A.    No.

20   Q.    Did you consider those accounts a gift?

21   A.    Yes.

22   Q.    And did anyone else open accounts for you?

23   A.    Not to my knowledge.

24   Q.    And were you aware, just in general, other

Telexfree, LLC, et al. vs
Franz Balan

Ella Maria Reid
February 22, 2023

8

1  members of the TelexFree program, if they opened

2  accounts for others with their credits?

3     A.   No, I wasn't.

4     Q.   You weren't aware of that?  Okay.

5     A.   No.

6     Q.   And do you know about how much the accounts

7  were -- sorry.  Let me rephrase that.  Do you know how

8  much each account cost that your mother opened up for

9  you?

10    A.   No.

11    Q.   And was your mother heavily involved in the

12  TelexFree program?

13    A.   Yes.  That's who introduced me to it.

14    Q.   Do you know if she brought other people in

15  besides you?

16    A.   I think so, yeah.

17    Q.   When she brought other people in, do you know if

18  she opened accounts for them with her credits?

19    A.   I don't know how she did her part of it.  I just

20  know what she did for me.

21    Q.   Okay.  About how long were you a member of the

22  TelexFree program?

23    A.   That was so long ago.  I want to say a few

24  months, maybe half a year.  I am not sure.

9

1   Q.   Do you know approximately when your first
2  account was opened by your mother for you?
3   A.   No, I don't.  I mean, I would have to give an
4  estimate.  But accurately, no.
5   Q.   Does something around May 2013 sound correct?
6   A.   Yeah.  Definitely under -- yeah, something like
7  that.
8   Q.   So you had an account from May of 2013, and then
9  you continued with the program for approximately six
10 months?
11  A.   Mm-hmm.  That sounds about right.
12  Q.   Did you keep any records during that time of
13 payments or money that you would have made related to
14 the accounts in any way?
15  A.   I think I was able to access it online at the
16 time, but I didn't keep anything separately.
17  Q.   By online, do you mean you had, like, an online
18 wallet for TelexFree?
19  A.   Yes.  Like, I could go into the system and check
20 what was, you know, the balance and stuff like that.
21  Q.   Do you know if you have access to any of that
22 anymore?
23  A.   No.
24  Q.   So besides your mother, were you personally

1 aware of anyone else who was a TelexFree member?

2  A.   No, not personally.

3  Q.   Okay.  I should rephrase that.  Did you have

4 contact with anyone, either in person or

5 electronically, with anyone besides your mother who

6 was a TelexFree member?

7  A.   No.

8  Q.   Okay.  Do you know what your mother's email

9 address is?

10  A.   Yeah.  Let me look it up.  It is

11 faithjaelgohar@gmail.com.  So it's Faith, F-A-I-T-H,

12 J-A-E-L, G-O-H-A-R.

13  Q.   Thank you.  And I think I asked you this

14 already, but I just want to confirm.  Do you know how

15 much either a membership plan or a phone plan costs

16 with TelexFree?

17  A.   I don't remember that.

18  Q.   Do you think you were aware at one time of how

19 much it cost?

20  A.   Yes, absolutely.  It's just been too long.

21  Q.   Okay.  And when your mother opened the account

22 for you and you considered it a gift, did you declare

23 it on any taxes or anywhere like that?

24  A.   I don't recall.  I don't know.  I would have to

11

1  take a look back on my taxes.

2    Q.   Okay.  Now, are you aware if your mother filed a

3  claim, a separate claim from your own?

4    A.   I do not know.

5    Q.   And when you filed that claim for Telex, did you

6  declare the amount that each account cost that your

7  mother opened for you as a loss?

8    A.   I don't know if I did or not.

9    Q.   I am just going to try and show one thing to

10  you.  It's just your claim statement.

11    A.   Okay.

12    Q.   Let me try and share the screen.  Are you able

13  to see the document that I am showing to you?

14    A.   Yes.

15    Q.   I am just going to scroll through.  I actually

16  want to get to the last accounts.  But these are all

17  the accounts that you declared on the claim statement.

18    A.   Okay.

19    Q.   And then I want to just look at the last three.

20  So I see here that you declared for account labeled

21  82Ella that you lost $1,474.90.  Is that accurate?

22    A.   Yes.

23    Q.   Okay.  And there's one here, Ella1982, and you

24  also lost $1,474.90.  Is that accurate?

Telexfree, LLC, et al. vs                                    Ella Maria Reid
Franz Balan                                                  February 22, 2023

12

1    A.    Yes.

2    Q.    Okay.  And there's Ella82, and you lost

3  $1,075.10 is that accurate?

4    A.    Yes.

5    Q.    Sorry.  What was that?

6    A.    Yes.

7    Q.    Okay.  And are these the accounts that your

8  mother opened for you initially when you joined

9  TelexFree?

10   A.    Yes, they are.

11   Q.    Okay.  And she opened those for you with her

12  credits.  Correct?

13   A.    Yes.  I mean, I am guessing that's how she

14  opened them.

15         MS. PAPAS:  Okay.  I have no further

16         questions.  Let me stop sharing my screen.

17         (Exhibit 1, Claim Statement, marked for

18         identification.)

19                 EXAMINATION

20  BY MR. RONA:

21   Q.    Good morning, Ms. Reid.  My name is Ilyas Rona.

22  I represent individuals against whom the trustee is

23  bringing claims in connection with TelexFree.  I just

24  have a couple of questions for you to go back on some

13

1    of the topics that were covered.

2         First, do you go by any other names besides Ella

3    Reid?

4     A.   Not currently.

5     Q.   Okay.  Did you have a prior name or use a name

6    in the past that was different?

7     A.   Just my maiden name, but not in the last

8    10 years.

9     Q.   What was your maiden name?

10    A.   Presley.  Ella Maria Presley.

11    Q.   Did you get married -- do you remember what year

12    you got married?

13    A.   2004.

14    Q.   So when you were involved in TelexFree, your

15    name was Ella Reid?

16    A.   That's correct.

17    Q.   Okay.  Did you ever use any other names in

18    connection with TelexFree?

19    A.   No.

20    Q.   Okay.  Were you born in 1982?

21    A.   Yes.

22    Q.   Some of your accounts had in the login 82Ella or

23    Ella82.  Does that reflect your birth year?

24    A.   Yes.

14

1   Q.   Is your mom -- was she born around 1960?

2   A.   Yes, I believe so.

3   Q.   Where does your mom -- your mom is alive.

4   Correct?

5   A.   Yes.

6   Q.   Where does she currently live?

7   A.   In Germany.

8   Q.   Okay.  When she was involved in TelexFree, did

9   she live in Germany?

10   A.   Yes.

11   Q.   Has she lived in Germany her whole life or has

12   she moved around?

13   A.   She has moved around.

14   Q.   Do you know what brought her to Germany?

15   A.   She was born in Germany.

16   Q.   Okay.  So at some point -- when you were -- did

17   you grow up in the US?

18   A.   Yes, and also in Germany.

19   Q.   How many years did you live in Germany?

20   A.   Eight years.

21   Q.   Were you school age or were any of those eight

22   years as an adult?

23   A.   School age.

24   Q.   Okay.  Do you still have friends or contacts in

Telexfree, LLC, et al. vs                                         Ella Maria Reid
Franz Balan                                                    February 22, 2023

15

1  Germany?

2  A.   Yes, I do.

3  Q.   Did any -- did you have any contact with any of

4  your friends or anybody in Germany aside from your mom

5  in connection with TelexFree?

6  A.   No.

7  Q.   To your knowledge, was your mom recruiting or

8  attempting to recruit other people in Germany?

9  A.   Yeah, I think so.  But I don't know who she did

10 recruit or -- but she was talking about it.

11 Q.   Okay.  And what town or city does your mom --

12 did your mom live in in around 2013?

13 A.   I think it was Bad Toelz.

14 Q.   Is that B-A-D T-O-E-L-Z?

15 A.   That's correct.

16 Q.   Is that where you lived when you were in

17 Germany?

18 A.   No.

19 Q.   Where did you live?

20 A.   I lived in Miesbach.

21 Q.   Could you spell that, please?

22 A.   It's M-I-E-S-B-A-C-H.

23 Q.   How many email addresses do you currently have

24 or use?

Telexfree, LLC, et al. vs
Franz Balan

Ella Maria Reid
February 22, 2023

16

1    A.    For use?

2    Q.    Yes.

3    A.    I have a personal email and a work email.

4    Q.    Okay.  What is your personal email?

5    A.    It's ellareid, R-E-I-D, 82@gmail.com.

6    Q.    Have you had any other personal emails in your

7  adult life that you have used?

8    A.    Yes, but I don't recall what they were.

9    Q.    Do you not -- are there email addresses or

10  accounts that you formerly used that you don't use

11  anymore?

12   A.    Like I said, I've had different emails but

13  that's my main one.  So I don't -- I only use the one

14  that I stated.

15   Q.    Did you ever have an MSN email?

16   A.    I don't think so, but it's possible.

17   Q.    Okay.  And did you ever have access to or make

18  use of your mom's email account, the one that you

19  identified previously?

20   A.    Like, what do you mean?

21   Q.    Well, for example, do you have the -- do you

22  know the password so that you can log in to that email

23  account?

24   A.    No.

17

1   Q.   Okay.  Have you ever sent emails from that

2   account?

3   A.   No.

4   Q.   When you were involved in TelexFree, did you,

5   from time to time, have to enter an email address into

6   the computer?

7   A.   I don't remember.

8   Q.   Do you know if some of your or any of your

9   accounts list your mom's email address as the email

10  address on the account?

11  A.   That's possible, yes.

12  Q.   Why is that possible?

13  A.   Well, she has -- because she had signed me up

14  for some of those accounts.

15  Q.   Okay.  So when she signed you up, where was she?

16  Your mom, where was she?

17  A.   Where was she?

18  Q.   Yeah.  Where was she physically located?

19  A.   In Germany.

20  Q.   And you were physically in North Carolina?

21  A.   Mm-hmm.

22  Q.   I apologize --

23  A.   Yes.

24  Q.   -- you have to say "yes" or "no."  Okay.  So

18

1   yes, you were.  Okay.

2        So is it fair to say, based on your prior

3   answers, that she was the one that sat at a computer

4   and typed in the necessary information to create your

5   account?

6   A.   Yes.

7   Q.   Okay.  So if she typed your name a certain way,

8   that was a choice that she made.  Is that right?

9   A.   Well, yes.

10   Q.   And if she put her email address instead of

11   yours, that would have been a choice that she made

12   also?

13   A.   Yes.

14   Q.   Okay.  And I believe you said earlier that you

15   did not pay your mom to open up those accounts.  Is

16   that right?

17   A.   Can you repeat the question?

18   Q.   I believe earlier you testified that you did not

19   pay your mom to open up those accounts.  Is that

20   correct?

21   A.   Yes.  They were a gift.

22   Q.   At any point, did you pay your mom money in

23   connection with TelexFree?

24   A.   No.

19

1   Q.   Okay.  At any point, did you pay anybody else in
2   connection with TelexFree?

3   A.   No.

4   Q.   At any point, did you ever collect money from
5   somebody else in connection with TelexFree?

6   A.   No.

7   Q.   Did you ever directly deposit money into
8   TelexFree, the corporate entity?

9   A.   No.  I don't -- well, I don't recall.

10   Q.   Okay.  Are you aware that there was a way that
11   people could physically send money directly to the
12   company?

13   A.   Yes, of course.

14   Q.   Did you ever withdraw money directly from
15   TelexFree?

16   A.   Not -- no, not in the six months that I was
17   doing it.

18   Q.   How much money did you lose in connection with
19   TelexFree?

20   A.   Like, money that was invested?

21   Q.   Well, let's take -- let's talk about your -- the
22   cash that you -- I presume you were working during the
23   time that you were involved in TelexFree?

24   A.   Yes.

Telexfree, LLC, et al. vs
Franz Balan

Ella Maria Reid
February 22, 2023

20

1    Q.    And what were you doing for work at that time?

2    A.    I am an educator.

3    Q.    So how much money that you earned as an educator

4    did you lose in connection with TelexFree?

5    A.    I don't know.

6    Q.    Do you have memory of ever taking cash or

7    writing a check or in any way sending US currency to

8    somebody else in connection with TelexFree?

9    A.    I mean, just through my mother, but I don't --

10   you know, it was a gift.

11   Q.    Okay.

12   A.    So --

13   Q.    Is it your view that the money that you lost in

14   connection with TelexFree was really the credits that

15   you had earned inside the system?

16   A.    Yes.

17   Q.    Okay.  So in your view, you did not actually

18   suffer a cash loss.  Is that correct?  Apart from the

19   TelexFree system, you did not part ways with cash that

20   you never saw again.  Is that correct?

21   A.    Yes.

22   Q.    Okay.  Does your mom go by any other names?

23   A.    She -- I don't know.

24   Q.    Okay.

21

1    A.    Yeah.

2    Q.    Does she have any nicknames that she uses or

3  that other people use for her?

4    A.    I don't think -- I don't know.

5    Q.    She doesn't go by Ruth, does she?

6    A.    I don't think so.

7    Q.    Okay.  I am going to just ask you a couple of --

8  so I may have asked you this.  Did you yourself

9  recruit anybody into TelexFree?

10   A.    I don't remember.

11   Q.    Were you -- was your -- you were aware that

12 there were different activities you could do in

13 connection with TelexFree to try to earn either money

14 or credits.  Is that right?

15   A.    Yes.

16   Q.    So, for example, you could post ads.  Do you

17 remember that?

18   A.    Mm-hmm.  Yes.

19   Q.    And you were aware that you could also recruit

20 other people and get some form of commission or

21 residual compensation from that?

22   A.    That's -- yes, that sounds familiar.

23   Q.    And then -- I am not sure.  Do you remember any

24 other ways you could get compensation in connection

22

1  with TelexFree?

2    A.   No.

3    Q.   Well, you could sell phone plans.  Right?  Like,

4  phone lines?  You could actually sell phone lines?

5    A.   Yes, and, like, phone cards or something.

6    Q.   Do you recall selling any phone cards in

7  connection with TelexFree?

8    A.   I don't recall.

9    Q.   Was your primary focus, then, to place ads and

10  earn credits that way?

11   A.   Yes.

12   Q.   Okay.

13   A.   It was simple.

14   Q.   I'm sorry?

15   A.   Yes.

16   Q.   Okay.  So is it fair to then presume or conclude

17  from that that recruiting other people was not a

18  primary focus of your involvement in TelexFree?

19   A.   As far as I recall, yes.

20   Q.   Do you recall making any efforts to try to

21  recruit people into TelexFree?

22   A.   I don't recall.

23   Q.   Okay.  For a fact, you don't know that you

24  recruited any individual person.  Is that right?

23

1    A.    Yeah, I don't recall.

2    Q.    Just bear with me for a second here.  Did you

3  help your mother recruit any other people?

4    A.    Did I help my mother?  What does -- what would

5  "help" be?

6    Q.    Did you ever facilitate a conversation, host a

7  meeting, recommend that someone reach out to her?

8  Anything like that in order to help her recruit.

9    A.    I don't remember doing that.

10    Q.    Okay.  And I take it, therefore, you didn't

11  operate with your mother as some form of a team.  Is

12  that right?

13    A.    I wouldn't say, like, actively, no.

14    Q.    What would you -- I am not trying to put words

15  in your mouth.  How would you describe the

16  relationship you had with your mom with respect to

17  TelexFree?

18    A.    We -- you know, she introduced me to TelexFree,

19  showed me how to do the ads, and, you know, how to get

20  credits that way.

21    Q.    Okay.

22    A.    So we just talked about that.

23    Q.    But did you ever have conversations about

24  strategy or how to increase your revenue or how to

Telexfree, LLC, et al. vs
Franz Balan

Ella Maria Reid
February 22, 2023

24

1  increase the rate at which you could earn credits?

2  Did you have any strategic discussions along those

3  lines?

4    A.   No.

5    Q.   Did you send your mom emails in connection with

6  TelexFree?  This is going to be a multi-part question,

7  so let me first ask it that way.  Did you send your

8  mom emails in connection with TelexFree?

9    A.   It's possible.  I don't recall.

10   Q.   Okay.

11   A.   I would have to look.

12   Q.   What do you recall, at that time -- we are

13  talking about, probably, 2013, 2014.  What was your

14  primary mode of communication with your mother, given

15  that you were -- there was an ocean between the two of

16  you?

17   A.   Primary, probably over the phone or possibly

18  some emails as well, you know.  I am sure I emailed

19  her, but I don't know about the whole -- like, in

20  connection with TelexFree.  But I know we did talk on

21  the phone.

22   Q.   Do you still have the emails -- any emails that

23  you sent or received in connection with TelexFree, do

24  you still have those in your gmail account that you

25

1   mentioned?

2      A.   It's possible, if I didn't delete them.

3      Q.   Have you ever gone back and looked?  I

4   apologize; what was that last part?

5      A.   It's possible, if I didn't delete them.  Yeah.

6      Q.   Okay.  Did you ever go back and check to see if

7   you still had them in connection with submitting a

8   claim?

9      A.   I don't remember.

10     Q.   On the subject of claim, do you remember

11  actually, the process by which you submitted a proof

12  of claim in this bankruptcy?

13     A.   No, I don't remember.

14     Q.   Do you remember sitting at a computer and being

15  shown a number of accounts that may or may not have

16  belonged to you?

17     A.   Yes.

18     Q.   Okay.  And do you recall that you had to say

19  that those were your accounts before you could see the

20  dollar amount connected with them.  Is that right?

21     A.   I guess so, yeah.

22     Q.   Do you recall making any changes to what the

23  computer showed you after you entered in your

24  information or in any way disagreeing with the

26

1  information that was shown to you?

2    A.   I don't remember that, no.

3    Q.   And I take it you didn't put the dollar amounts

4  in.  Those were shown to you.  Is that right?

5    A.   Yes.

6    Q.   Okay.  So the $8,000 figure that is the amount

7  of your claim, that's an amount that was being

8  presented to you; that's not an amount that you typed

9  in yourself.  Correct?

10   A.   Yes, as far as -- yes, as I remember.

11   Q.   I will just take a moment to check my notes, if

12 you can just bear with me.

13        Did you receive an actual check or debit card

14 from anyone in connection with your TelexFree claim?

15   A.   I think I did, yes.

16   Q.   Do you remember if it was one or two payments?

17   A.   I don't remember how many payments it was.

18   Q.   Okay.  Did you deposit those funds into your

19 bank account?

20   A.   Yes.

21   Q.   Do you recall, roughly speaking, what the amount

22 was?

23   A.   The $8,000 that was stated earlier.  That sounds

24 right.

27

1   Q.   So your memory is you received about $8,000 in

2   cash from the bankruptcy?

3   A.   Yes.

4   Q.   Okay.  So I apologize.  Just one more moment.  I

5   think I may be done, but I just want to check my notes

6   here.  Oh, on occasion -- I promise this will probably

7   be the last few questions.

8        From time to time, do you recall transferring

9   credits either to your mother or from your mother to

10  you?

11  A.   I don't know.  Like, it sounds possible, but I

12  don't know.

13  Q.   Okay.  Do you ever remember discussing with your

14  mom the need for more credits?

15  A.   No.

16  Q.   Your memory is you had a number of accounts.  Is

17  that right?  Possibly more than 10?

18  A.   Yes.

19  Q.   And do you recall that, in order to open those

20  accounts, you would have -- if they were -- to the

21  extent that they were a family, whatever it was

22  called, a family central plan, you would need $1,425.

23  Do you recall that figure?

24  A.   That does sound familiar but not, like -- I

Telexfree, LLC, et al. vs
Franz Balan

Ella Maria Reid
February 22, 2023

28

1  can't recall 100 percent.

2    Q.    Okay.  But do you recall that for every account

3  that you opened up, there was a certain amount that

4  you would need to have available in credits to be able

5  to open up that account?

6    A.    Yes.

7    Q.    And because you had a number of accounts,

8  possibly more than 10, you would have needed available

9  credits to open each one of those accounts.  Do you

10  recall that?

11    A.    Yes.

12    Q.    Did you ever recall just not having enough

13  credits in the system to be able to open up the

14  accounts that you wanted to?  Do you recall that?

15    A.    I don't recall.

16    Q.    Do you recall asking your mom for credits at any

17  time?

18    A.    No.

19    Q.    Do you know if -- to the extent that there were

20  any credit transfers between you and your mom, did

21  money ever change hands?

22    A.    No.

23    Q.    Do you know, is your memory that you never

24  exchanged credits with your mom or is it that you just

1   don't remember whether you did?

2     A.   I don't remember.  Yeah.

3     Q.   Do you remember that, in the TelexFree website,

4   when you logged in there were three main options on

5   the screen, one of which was to transfer credits?  Do

6   you remember that?

7     A.   I don't remember that, no.

8     Q.   Do you remember any of the financial terms

9   around credit transfers, meaning that there would be a

10  small fee taken out?  Do you remember that?

11    A.   No.

12    Q.   Do you recall transferring credits between your

13  accounts so that you would have enough credits in any

14  one account to conduct the necessary business?

15    A.   That's possible, but I don't recall 100 percent.

16    Q.   Okay.  I apologize.  I think I did not ask you

17  this.

18       But did you ever transfer credits or receive

19  credits from anybody other than -- apart from your

20  mom, do you recall engaging in credit transfers with

21  anybody else?

22    A.   Not to my knowledge.

23    Q.   Okay.  When you submitted your claim, do you

24  recall having to enter your mom's email address?

1   A.   Yes.

2   Q.   Okay.  And why did you -- how did you know that

3   you had to enter your mom's email address?

4   A.   I think because, like, that's how she started my

5   original account, the ones that she gifted me.

6   Q.   So did you have discussions with her when it was

7   time to submit a claim?  Do you recall having any

8   discussions with her about the claims process?

9   A.   Yeah, we definitely talked about it.

10   Q.   What do you recall discussing with her?

11   A.   Just that, you know, that there was the lawsuit

12   or -- something about that she had gotten an email and

13   that we, you know, needed to submit these claims so

14   that we can, you know, get some -- like, something

15   about, yeah.  She just got the email from TelexFree on

16   how to process -- to file the claims.

17   Q.   And you were asked this before, I think, but do

18   you know if she submitted or attempted to submit a

19   claim?

20   A.   I think she did, yeah.

21   Q.   Do you know what happened to that claim?

22   A.   I don't.  I don't recall.

23   Q.   In any event, you were able to retrieve the

24   accounts that you thought belonged to you based on the

31

1  information that you provided.  Is that right?

2    A.    Yes.

3    Q.    And final question.  Do you recall, on the

4  subject of payment, that the amount that you received

5  was less than the amount of your claim?  Do you recall

6  making that observation, that it was a lesser amount?

7    A.    I don't recall.

8            MR. RONA:  Okay.  Okay.  I think that's

9        all the questions I have.

10           MS. PAPAS:  I have no further questions.

11           (Deposition concluded at 10:42 a.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

32

1           ERRATA SHEET DISTRIBUTION INFORMATION

2         DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS

3

4

5           ERRATA SHEET DISTRIBUTION INFORMATION

6

7                The original of the Errata Sheet has been

8    delivered to Alexandra M. Papas, Esquire.

9                When the Errata Sheet has been completed by

10   the deponent and signed, a copy thereof should be

11   delivered to each party of record and the ORIGINAL

12   forwarded to Alexandra M. Papas, Esquire, to whom the

13   original deposition transcript was delivered.

14

15                INSTRUCTIONS TO DEPONENT

16

17                After reading this volume of your deposition,

18   please indicate any corrections or changes to your

19   testimony and the reasons therefor on the Errata Sheet

20   supplied to you and sign it.  DO NOT make marks or

21   notations on the transcript volume itself.  Add

22   additional sheets if necessary.  Please refer to the

23   above instructions for Errata Sheet distribution

24   information.

Telexfree, LLC, et al. vs
Franz Balan

Ella Maria Reid
February 22, 2023

33

1  PLEASE ATTACH TO THE DEPOSITION OF WITNESS

2  CASE:  NO. 14-40987-EDK

3  DATE TAKEN:  February 22, 2023

4                    ERRATA SHEET

5  Please refer to Page 32 for Errata Sheet instructions

6  and distribution instructions.

7  PAGE   LINE CHANGE       REASON

8  _____

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15           I have read the foregoing transcript of my

16 deposition, and except for any corrections or changes

17 noted above, I hereby subscribe to the transcript as

18 an accurate record of the statements made by me.

19

20           Executed this ___ day of _____, 2023.

21

22                    _____

23                    ELLA MARIA REID

24

Telexfree, LLC, et al. vs                                    Ella Maria Reid
Franz Balan                                                  February 22, 2023

34

1                    C E R T I F I C A T E

2

3    COMMONWEALTH OF MASSACHUSETTS
     HAMPSHIRE, SS.
4

5          I, Genevieve Y.J. Van de Merghel,

6    Stenographer, hereby certify:

7          That ELLA MARIA REID, the witness whose

8    testimony is hereinbefore set forth, was duly sworn by

9    me, pursuant to Mass. R. Civ. P. 27, 29, 30, 30A, and

10   31, and that such testimony is a true and accurate

11   record of my stenotype notes taken in the foregoing

12   matter, to the best of my knowledge, skill, and

13   ability.

14         I further certify that I am not related to

15   any parties to this action by blood or marriage; and

16   that I am in no way interested in the outcome of this

17   matter.

18         IN WITNESS HEREOF, I have hereunto set my

19   hand this 27th day of February, 2023.

20

21         _Genevieve YJ Van de Merghel_

22   _____

23         Genevieve Y.J. Van de Merghel
           My Commission Expires: 12/16/27
24

Case 16-04006   Doc 472-1   Filed 10/02/23   Entered 10/02/23 23:42:46   Desc Exhibit
A   Page 37 of 41

Telexfree, LLC, et al. vs
Franz Balan

Ella Maria Reid
February 22, 2023

**Exhibits**

**2023-02-
22 Ella Maria Reid E
xh1**
   3:11 12:17

**$**

**$1,075.10**
   12:3
**$1,425**
   27:22
**$1,474.90**
   11:21,24
**$8,000**
   26:6,23 27:1
**$8,058.50**
   6:6

**1**

**1**
   12:17
**10**
   6:16,17,18,19 13:8
   27:17 28:8
**100**
   28:1 29:15
**10:42**
   31:11
**14**
   5:8
**144**
   4:8
**1960**
   14:1
**1982**
   13:20

**2**

**2004**
   13:13
**2013**
   9:5,8 15:12 24:13
**2014**
   24:13

**8**

**82@gmail.com**
   16:5

**82ella**
   11:21 13:22

**A**

**a.m.**
   31:11
**absolutely**
   10:20
**access**
   9:15,21 16:17
**account**
   7:4,6,10 8:8 9:2,8
   10:21 11:6,20 16:18,
   23 17:2,10 18:5
   24:24 26:19 28:2,5
   29:14 30:5
**accounts**
   6:12,14,20 7:1,17,
   18,20,22 8:2,6,18
   9:14 11:16,17 12:7
   13:22 16:10 17:9,14
   18:15,19 25:15,19
   27:16,20 28:7,9,14
   29:13 30:24
**accurate**
   5:4,10 6:6 11:21,24
   12:3
**accurately**
   9:4
**actively**
   23:13
**activities**
   6:21 21:12
**actual**
   26:13
**additional**
   6:24
**address**
   10:9 17:5,9,10 18:10
   29:24 30:3
**addresses**
   15:23 16:9
**ads**
   6:21 21:16 22:9
   23:19
**adult**
   14:22 16:7
**age**
   14:21,23
**agree**
   4:3

**alive**
   14:3
**amount**
   5:22 6:1 11:6 25:20
   26:6,7,8,21 28:3
   31:4,5,6
**amounts**
   26:3
**answers**
   4:21 18:3
**anymore**
   9:22 16:11
**apologize**
   17:22 25:4 27:4
   29:16
**appearing**
   5:17
**approximately**
   6:13 9:1,9
**assume**
   4:17
**attempted**
   30:18
**attempting**
   15:8
**aware**
   7:24 8:4 10:1,18
   11:2 19:10 21:11,19

**B**

**B-A-D**
   15:14
**back**
   11:1 12:24 25:3,6
**Bad**
   15:13
**balance**
   9:20
**ballpark**
   6:16
**bank**
   26:19
**bankruptcy**
   25:12 27:2
**based**
   6:11 18:2 30:24
**basic**
   4:13
**bear**
   23:2 26:12
**belonged**

**25:16 30:24**
**birth**
   13:23
**born**
   13:20 14:1,15
**bringing**
   12:23
**brought**
   8:14,17 14:14
**business**
   29:14
**buy**
   6:24 7:3,6

**C**

**called**
   27:22
**card**
   26:13
**cards**
   22:5,6
**Carolina**
   4:7 17:20
**cash**
   6:24 19:22 20:6,18,
   19 27:2
**central**
   27:22
**change**
   28:21
**check**
   5:14 9:19 20:7 25:6
   26:11,13 27:5
**choice**
   18:8,11
**city**
   15:11
**claim**
   5:22 6:2,6,8,11 11:3,
   5,10,17 12:17 25:8,
   10,12 26:7,14 29:23
   30:7,19,21 31:5
**claims**
   12:23 30:8,13,16
**collect**
   19:4
**commission**
   21:20
**communication**
   24:14
**company**

19:12
**compensation**
21:21,24
**computer**
17:6 18:3 25:14,23
**conclude**
22:16
**concluded**
31:11
**conduct**
29:14
**conducting**
4:3
**confirm**
10:14
**connected**
25:20
**connection**
12:23 13:18 15:5
18:23 19:2,5,18
20:4,8,14 21:13,24
22:7 24:5,8,20,23
25:7 26:14
**considered**
10:22
**contact**
10:4 15:3
**contacts**
14:24
**continued**
9:9
**conversation**
23:6
**conversations**
23:23
**copy**
5:6,8
**corporate**
19:8
**correct**
5:20,21,23 6:9 7:2
9:5 12:12 13:16 14:4
15:15 18:20 20:18,
20 26:9
**cost**
8:8 10:19 11:6
**costs**
10:15
**Counsel**
4:3
**couple**
4:13 12:24 21:7

**court**
4:22 5:7
**covered**
13:1
**create**
18:4
**credit**
28:20 29:9,20
**credits**
6:20,23,24 7:3,6,9
8:2,18 12:12 20:14
21:14 22:10 23:20
24:1 27:9,14 28:4,9,
13,16,24 29:5,12,13,
18,19
**currency**
20:7

**D**

**days**
5:8
**debit**
26:13
**declare**
10:22 11:6
**declared**
6:8 11:17,20
**delete**
25:2,5
**deposed**
4:14
**deposit**
19:7 26:18
**deposition**
4:3 5:16 31:11
**describe**
23:15
**directly**
19:7,11,14
**disagreeing**
25:24
**discussing**
27:13 30:10
**discussions**
24:2 30:6,8
**document**
11:13
**dollar**
25:20 26:3
**driver's**
4:7

**duly**
4:7

**E**

**earlier**
18:14,18 26:23
**earn**
6:20 21:13 22:10
24:1
**earned**
6:23 20:3,15
**educator**
20:2,3
**efforts**
22:20
**electronically**
10:5
**Ella**
4:5 13:2,10,15
**Ella1982**
11:23
**Ella82**
12:2 13:23
**ellareid**
16:5
**email**
10:8 15:23 16:3,4,9,
15,18,22 17:5,9
18:10 29:24 30:3,12,
15
**emailed**
24:18
**emails**
6:4 16:6,12 17:1
24:5,8,18,22
**engaging**
29:20
**enter**
17:5 29:24 30:3
**entered**
25:23
**entity**
19:8
**errors**
5:10
**estimate**
9:4
**event**
30:23
**EXAMINATION**
4:10 12:19

**exchanged**
28:24
**Executive**
4:8
**exhibit**
12:17
**extent**
27:21 28:19

**F**

**F-A-I-T-H**
10:11
**facilitate**
23:6
**fact**
22:23
**fair**
18:2 22:16
**Faith**
7:15 10:11
**faithjaelgohar@**
**gmail.com.**
10:11
**familiar**
21:22 27:24
**family**
27:21,22
**fee**
29:10
**figure**
26:6 27:23
**file**
30:16
**filed**
11:2,5
**final**
31:3
**financial**
29:8
**find**
6:3
**focus**
22:9,18
**form**
21:20 23:11
**friends**
14:24 15:4
**funds**
26:18

**G**

**G-O-H-A-R**
10:12
**general**
7:24
**Germany**
14:7,9,11,14,15,18,
19 15:1,4,8,17 17:19
**gift**
7:20 10:22 18:21
20:10
**gifted**
30:5
**give**
4:21 7:17 9:3
**gmail**
24:24
**Gohar**
7:15
**Good**
12:21
**grow**
14:17
**guess**
25:21
**guessing**
12:13

**H**

**half**
8:24
**hands**
28:21
**happened**
30:21
**head**
4:23 6:3
**heavily**
8:11
**host**
23:6

**I**

**identification**
12:18
**identified**
4:6 16:19
**identify**
5:10

**Ilyas**
12:21
**increase**
23:24 24:1
**individual**
22:24
**individuals**
12:22
**information**
6:9,11 18:4 25:24
26:1 31:1
**initially**
12:8
**inside**
20:15
**instructions**
4:13,19
**introduced**
8:13 23:18
**invested**
5:20 19:20
**involved**
8:11 13:14 14:8 17:4
19:23
**involvement**
22:18

**J**

**J-A-E-L**
10:12
**Jael**
7:15
**joined**
12:8
**joining**
4:12

**K**

**knowledge**
7:23 15:7 29:22

**L**

**labeled**
11:20
**lawsuit**
30:11
**lesser**
31:6
**license**
4:7

**life**
14:11 16:7
**lines**
22:4 23:3
**list**
17:9
**live**
14:6,9,19 15:12,19
**lived**
14:11 15:16,20
**located**
17:18
**log**
16:22
**logged**
29:4
**login**
13:22
**long**
8:21,23 10:20
**looked**
25:3
**lose**
19:18 20:4
**loss**
11:7 20:18
**lost**
5:23 11:21,24 12:2
20:13

**M**

**M-I-E-S-B-A-C-H**
15:22
**made**
9:13 18:8,11
**maiden**
13:7,9
**main**
16:13 29:4
**make**
5:3 16:17
**making**
22:20 25:22 31:6
**Maria**
4:5 13:10
**marked**
12:17
**married**
13:11,12
**meaning**
29:9

**meeting**
23:7
**member**
8:21 10:1,6
**members**
8:1
**membership**
10:15
**memory**
20:6 27:1,16 28:23
**mentioned**
25:1
**Miesbach**
15:20
**Mm-hmm**
9:11 17:21 21:18
**mode**
24:14
**mom**
14:1,3 15:4,7,11,12
17:16 18:15,19,22
20:22 23:16 24:5,8
27:14 28:16,20,24
29:20
**mom's**
16:18 17:9 29:24
30:3
**moment**
26:11 27:4
**money**
9:13 18:22 19:4,7,
11,14,18,20 20:3,13
21:13 28:21
**months**
8:24 9:10 19:16
**morning**
12:21
**mother**
7:13,16 8:8,11 9:2,
24 10:5,21 11:2,7
12:8 20:9 23:3,4,11
24:14 27:9
**mother's**
7:14 10:8
**mouth**
23:15
**moved**
14:12,13
**MSN**
16:15
**multi-part**
24:6

Telexfree, LLC, et al. vs
Franz Balan

Case 16-04006   Doc 472-1   Filed 10/02/23   Entered 10/02/23 23:42:46   Desc Exhibit
A   Page 40 of 41

Ella Maria Reid
February 22, 2023

## N

names
 13:2,17 20:22
needed
 28:8 30:13
nicknames
 21:2
nodding
 4:23
North
 4:7 17:20
notes
 26:11 27:5
number
 25:15 27:16 28:7

## O

oath
 5:9
observation
 31:6
occasion
 27:6
ocean
 24:15
online
 9:15,17
open
 7:9,22 18:15,19
 27:19 28:5,9,13
opened
 7:16 8:1,8,18 9:2
 10:21 11:7 12:8,11,
 14 28:3
operate
 23:11
opportunity
 5:2
options
 29:4
order
 4:8 23:8 27:19
original
 30:5

## P

PAPAS
 4:11 12:15 31:10
part

8:19 20:19 25:4
password
 16:22
past
 13:6
pay
 18:15,19,22 19:1
payment
 7:17 31:4
payments
 9:13 26:16,17
people
 8:14,17 15:8 19:11
 21:3,20 22:17,21
 23:3
percent
 28:1 29:15
person
 10:4 22:24
personal
 16:3,4,6
personally
 9:24 10:2
phone
 10:15 22:3,4,5,6
 24:17,21
physically
 17:18,20 19:11
place
 22:9
plan
 10:15 27:22
plans
 22:3
point
 14:16 18:22 19:1,4
possibly
 24:17 27:17 28:8
post
 21:16
posting
 6:21
preliminaries
 5:13
present
 4:3
presented
 26:8
Presley
 13:10
presume
 19:22 22:16

previously
 16:19
primary
 22:9,18 24:14,17
prior
 13:5 18:2
process
 25:11 30:8,16
production
 4:6
program
 5:20 8:1,12,22 9:9
promise
 27:6
proof
 25:11
provided
 31:1
Pursuant
 4:8
put
 18:10 23:14 26:3

## Q

question
 4:17,18 18:17 24:6
 31:3
questions
 4:15 12:16,24 27:7
 31:9,10

## R

R-E-I-D
 16:5
rate
 24:1
reach
 23:7
recall
 7:8 10:24 16:8 19:9
 22:6,8,19,20,22 23:1
 24:9,12 25:18,22
 26:21 27:8,19,23
 28:1,2,10,12,14,15,
 16 29:12,15,20,24
 30:7,10,22 31:3,5,7
receive
 5:9 26:13 29:18
received
 24:23 27:1 31:4

recommend
 23:7
records
 6:5 9:12
recruit
 15:8,10 21:9,19
 22:21 23:3,8
recruited
 22:24
recruiting
 15:7 22:17
reflect
 13:23
Reid
 4:5 12:21 13:3,15
related
 9:13
relationship
 23:16
remember
 6:1,13 7:12 10:17
 13:11 17:7 21:10,17,
 23 23:9 25:9,10,13,
 14 26:2,10,16,17
 27:13 29:1,2,3,6,7,8,
 10
remotely
 4:3
repeat
 18:17
rephrase
 8:7 10:3
reporter
 4:22 5:7
represent
 12:22
residual
 21:21
respect
 23:16
retrieve
 30:23
return
 5:10
revenue
 23:24
review
 5:2,3,9
Rona
 12:20,21 31:8
room
 5:14

**roughly**
26:21
**Ruth**
21:5

_____

**S**

_____

**sat**
18:3
**school**
14:21,23
**screen**
11:12 12:16 29:5
**scroll**
11:15
**sell**
22:3,4
**selling**
22:6
**send**
5:7 19:11 24:5,7
**sending**
20:7
**separate**
11:3
**separately**
9:16
**series**
4:15
**share**
11:12
**sharing**
12:16
**show**
6:5 11:9
**showed**
23:19 25:23
**showing**
11:13
**shown**
25:15 26:1,4
**sign**
5:9
**signed**
17:13,15
**simple**
22:13
**sitting**
25:14
**small**
29:10
**sound**

**sounds**
9:11 21:22 26:23
27:11
**speaking**
26:21
**spell**
15:21
**started**
30:4
**stated**
16:14 26:23
**statement**
11:10,17 12:17
**stop**
12:16
**strategic**
24:2
**strategy**
23:24
**stuff**
9:20
**subject**
25:10 31:4
**submit**
30:7,13,18
**submitted**
5:22 6:5,8 25:11
29:23 30:18
**submitting**
25:7
**suffer**
20:18
**sworn**
4:8
**system**
9:19 20:15,19 28:13

_____

**T**

_____

**T-O-E-L-Z**
15:14
**taking**
20:6
**talk**
5:16 19:21 24:20
**talked**
23:22 30:9
**talking**
15:10 24:13
**taxes**
10:23 11:1

**team**
23:11
**Telex**
11:5
**Telexfree**
5:20 6:13 8:1,12,22
9:18 10:1,6,16 12:9,
23 13:14,18 14:8
15:5 17:4 18:23
19:2,5,8,15,19,23
20:4,8,14,19 21:9,13
22:1,7,18,21 23:17,
18 24:6,8,20,23
26:14 29:3 30:15
**terms**
29:8
**testified**
4:9 18:18
**thing**
11:9
**thought**
30:24
**time**
9:12,16 10:18 17:5
19:23 20:1 24:12
27:8 28:17 30:7
**today**
4:12 5:3,14,17
**today's**
4:3
**Toelz**
15:13
**top**
6:3
**topics**
13:1
**town**
15:11
**transcript**
5:2,7
**transfer**
29:5,18
**transferring**
27:8 29:12
**transfers**
28:20 29:9,20
**true**
6:9,21 7:1
**trustee**
12:22
**truthfully**
4:18

**typed**
18:4,7 26:8

_____

**U**

_____

**understand**
4:16,17 6:12
**understanding**
5:19
**understood**
6:20

_____

**V**

_____

**verbal**
4:21
**videoconference**
4:3
**view**
20:13,17

_____

**W**

_____

**wallet**
9:18
**wanted**
28:14
**ways**
20:19 21:24
**website**
29:3
**withdraw**
19:14
**words**
23:14
**work**
16:3 20:1
**working**
19:22
**writing**
20:7
**written**
5:2

_____

**Y**

_____

**year**
8:24 13:11,23
**years**
13:8 14:19,20,22