# Exhibit B.

# In the Matter of:

*Telexfree, LLC, et al. vs*

*Franz Balan*

---

*Martiza Elizabeth Garcia*

*February 21, 2023*

---

*68 Commercial Wharf • Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*Magnals.com*



```
 1              UNITED STATES BANKRUPTCY COURT
                 DISTRICT OF MASSACHUSETTS
 2

 3   In Re TELEXFREE, LLC, et al.,          )
                  Debtor,                    )
 4                                           )
     ----------------------------           )
 5                                           ) Case no.
     STEPHEN B. DARR, TRUSTEE OF THE         ) 14-40987-EDK
 6   ESTATES OF TELEXFREE LLC, et al.,       )
                  Plaintiff,                 ) Chapter 11
 7                                           )
     v.                                      ) Adv. Proc. No.
 8                                           ) 16-4006
     FRANZ BALAN, A REPRESENTATIVE OF A      )
 9   CLASS OF DEFENDANT NET WINNERS,         )
                  Defendant.                 )
10

11

12

13        DEPOSITION OF MARITZA ELIZABETH GARCIA
                 Appearing remotely from
14               Clarksburg, Maryland
                  February 21, 2023
15              Commencing at 11:47 a.m.

16

17

18      Reported by:  Genevieve Y.J. Van de Merghel
                Notary Public and Stenographer
19               Appearing remotely from
               Hampshire County, Massachusetts
20

21

22
        O'Brien & Levine Court Reporting Solutions
23               68 Commercial Wharf
            Boston, Massachusetts  02110
24               617-399-0130
```

Telexfree, LLC, et al. vs
Franz Balan

Martiza Elizabeth Garcia
February 21, 2023

2

```
 1              A P P E A R A N C E S

 2

 3   ANDREW G. LIZOTTE, ESQUIRE
     Murphy & King, PC
 4   28 State Street, Suite 3101
     Boston, Massachusetts 02109
 5   617-423-0400
     alizotte@murphyking.com
 6        Counsel for the Plaintiff
          (Appearing remotely)
 7

 8   ILYAS J. RONA, ESQUIRE
     MICHAEL J. DURAN, ESQUIRE
 9   LEA KRAEMER, ESQUIRE
     Milligan Rona Duran & King LLC
10   28 State Street, Suite 802
     Boston, Massachusetts 02109
11   617-395-9570
     ijr@mrdklaw.com
12   mjd@mrdklaw.com
     lk@mrdklaw.com
13        Counsel for the Defendant
          (Appearing remotely)
14

15

16

17

18

19

20

21

22

23

24
```

3

```
1                    I N D E X

2

3   WITNESS                              EXAMINATION

4   MARITZA ELIZABETH GARCIA
         BY MR. LIZOTTE . . . . . . . . . . . . . .   4
5        BY MR. RONA . . . . . . . . . . . . . . .   8

6

7

8                    E X H I B I T S

9

10                (No exhibits marked.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

4

1              P R O C E E D I N G S

2

3          Counsel present agree to conducting today's
deposition remotely via videoconference.

4

5              MR. LIZOTTE:  This is Andrew Lizotte,

6          counsel to Stephen Darr, the trustee of

7          TelexFree.  We had a deposition scheduled for

8          11:00 on February 21 for Maritza Garcia.  The

9          deponent has not appeared.  I have attempted to

10         make contact with the deponent.  If we reach

11         her, we will try to reschedule the deposition.

12         Otherwise, we are going to suspend the

13         deposition for now.

14              (Deposition suspended at 11:15 a.m.)

15              MARITZA ELIZABETH GARCIA was sworn

16          and testified as follows:

17                       EXAMINATION

18  BY MR. LIZOTTE:

19    Q.    So my name is Andy Lizotte.  I am one of the

20  lawyers for Steve Darr.  He is the TelexFree

21  bankruptcy trustee.  He has a lawsuit going on against

22  various other parties in Telex, and this is a

23  deposition that we scheduled for you, Maritza Garcia,

24  just to get some additional information about

5

1   TelexFree.

2        So I believe -- did we get your name -- can you

3   provide your name and address just for the record?

4     A.    Maritza Garcia.  2215 Six Fire Drive,

5   Clarksburg, Maryland 20871.

6     Q.    Okay.  So you participated in TelexFree.

7   Correct?

8     A.    Correct.

9     Q.    Okay.  And you filed a claim in the case.  Tell

10  me if this is correct.  The claim was number 95076,

11  and your claim was allowed, I believe, in the amount

12  of $2,750.  Does that sound accurate?

13    A.    No, that does not sound accurate.  I think what

14  I received as a payoff, it was, like, a thousand and

15  something.

16    Q.    Okay.  So just to explain to you how that works.

17  Your claim gets approved in a certain amount, but you

18  only get a percent of the claim, depending on how much

19  money the trustee has.  So if your claim is approved

20  for, say, $1,000 and the trustee only has enough money

21  to pay people, say, half, then you would get $500,

22  even though your claim is for $1,000.  Okay?

23    A.    Okay.  The exact amount, I do not have a

24  recollection of that.

6

1    Q.    Okay.

2    A.    It's been too long.

3    Q.    Okay.  Your first transaction, it looks like it

4  may have involved someone named Jose Hernandez.  Does

5  that name sound accurate?

6    A.    Yes.

7    Q.    Did Jose Hernandez get you into Telex?

8    A.    Yes.

9    Q.    So can you describe to us just how that

10  happened?  How did he --

11    A.    It was when, you know, the whole boom about

12  TelexFree was going on.  He just, you know, tell me,

13  you know, there is a -- you know, there is company

14  sort of like -- about some type of phone lines or

15  something like that.

16          And then I don't remember what the amount was to

17  open an account with them.  And it was sort of, like,

18  you know, every week or something like that, you get

19  some type of payment because they kind of like invest

20  or, you know, whatever.  You know, I was dumb and

21  ignorant at that point, at that time.  I don't

22  actually recall exactly what -- how the whole thing

23  took place, but I said, "Okay.  You know, let's try

24  it."  And that's how I joined TelexFree.

7

1    Q.    Okay.  So I only have a few other questions.  So
2  you say you opened an account.  Do you remember how
3  the account was opened?

4    A.    No.

5    Q.    You don't remember?

6    A.    No.

7    Q.    Did you open the account or did Jose open the
8  account?

9    A.    It wasn't even Jose.  It was somebody else that
10  was kind of like helping Jose.

11    Q.    Okay.  And so you had to pay to get in?

12    A.    Correct.  You had to invest some type of -- I
13  honestly don't recall if it was, like, $500 or, like,
14  $1,000 or something like that.

15    Q.    Do you remember who you paid?

16    A.    I gave the money to Jose and I believe -- you
17  know, it seems like the money went from one hand to
18  another hand to another hand.  I don't know where it
19  ended up.

20    Q.    Do you remember how you paid him?  Did you pay
21  him by cash or by, like, a credit card, or how did
22  that work?

23    A.    No, I believe it was cash.

24    Q.    Did you deal with anybody else trying to help

1  you get in the program or was it mainly Jose?

2    A.   It was mainly Jose.  I mean, there were other

3  people but, I mean, my whole conversation was with

4  him.

5         MR. LIZOTTE:  I don't have any further

6         questions, Maritza.  There is another individual

7         here that may have a couple of questions, so I

8         will let him.

9         And thank you for your time.

10        THE WITNESS:  Yeah.  Sure.

11                   EXAMINATION

12  BY MR. RONA:

13   Q.   Good morning, Ms. Garcia.  My name is Ilyas

14  Rona.  I represent individuals against whom the

15  trustee is bringing claims in the bankruptcy case.

16        You said that there was somebody helping Jose

17  Hernandez.  Do you remember that person's name?

18    A.   No, no.  Like I said, I only deal with Jose, but

19  I know there was other people that actually brought

20  Jose to the company.  So Jose was basically, you know,

21  kind of like telling everybody about the company and

22  kind of like, you know, bringing more people to the

23  company.  But who was the sort of like the mastermind

24  or how Jose got into it, I don't have no information

Telexfree, LLC, et al. vs
Franz Balan

Martiza Elizabeth Garcia
February 21, 2023

9

1  of that.

2    Q.   Okay.  Was Jose Hernandez working as part of a

3  team?

4    A.   I honestly don't know.  I mean, he just

5  approached me so -- but I know that, you know, he was

6  not the one that opened the account or had -- because

7  he didn't have, like, you know, full knowledge of how

8  to open the account.  That, I do remember.

9    Q.   So your memory is -- and when you say "the

10  account," are you talking about your account?

11    A.   Yes, the TelexFree account.

12    Q.   So, to your knowledge, Mr. Hernandez had

13  somebody helping him --

14    A.   Yes.

15    Q.   -- set up your account?

16    A.   Correct.

17    Q.   Do you have any understanding of if or how

18  Mr. Hernandez shared money with other people?

19    A.   No, I do not.

20    Q.   Okay.  Do you know how many accounts you had?

21    A.   I believe it was either two or three.

22    Q.   Okay.  At the time you were involved in

23  TelexFree, were you married?

24    A.   No, I wasn't.

Telexfree, LLC, et al. vs
Franz Balan

Martiza Elizabeth Garcia
February 21, 2023

10

1    Q.    Who is James Garcia?

2    A.    That was my boyfriend at the time that now is my

3  husband.

4    Q.    So you are married now, but at the time you were

5  not married?

6    A.    Correct.

7    Q.    Okay.  Just so that I am making sure that I have

8  the correct information --

9    A.    What year was that?  What year was that?

10  Because I got married in 2008.

11   Q.    Okay.  So TelexFree was largely, for people like

12  you, 2013, 2014.

13   A.    Oh, no, then I was married already.

14   Q.    Okay.  And you were married to James?

15   A.    James Garcia, yes.

16   Q.    And did James Garcia participate in TelexFree?

17   A.    Well, I basically opened an account for him.

18   Q.    And when you say you opened an account for him,

19  did he pay you for that account?

20   A.    No.  I funded the account.

21   Q.    Okay.  Was it your account or was it his account

22  or did you sort of -- how did you know who owned the

23  account?

24   A.    I opened the account in his name, but it was my

Telexfree, LLC, et al. vs
Franz Balan

Martiza Elizabeth Garcia
February 21, 2023

11

1  account.

2      Q.   Okay.  And at the time, did you use an email

3  address my2princesses1012@gmail.com?  Is that right?

4      A.   That's right.  Yeah.

5      Q.   Whose email account was that?  Was that yours or

6  was that James'?

7      A.   That was mine.

8      Q.   That was your personal account?

9      A.   It still is.  Yes.

10     Q.   It still is.  Okay.  So is it correct, then,

11 that you never received or paid money to James in

12 connection with TelexFree?

13     A.   That is correct.

14     Q.   And just so I have the right information, in the

15 last 12 months, have you filed for bankruptcy?

16     A.   That is correct.  Yes.

17     Q.   Okay.  The transaction that you described with

18 Jose Hernandez, do you recall whether there was any

19 negotiation about the dollar amount that you gave him?

20     A.   No, it was just -- I don't recall the amount,

21 but it was just a set, straightforward amount.  There

22 was nothing -- you know, negotiation.  I believe it

23 was sort of like a set amount to open an account.

24     Q.   Okay.  And then did you ever take money out of

12

1   TelexFree?

2     A.   I believe I only did -- I think it was only one

3   time.  And if I don't recall -- if I recall correctly,

4   it was, like, $400.

5     Q.   Is it possible that you did it twice?

6     A.   Maybe on my husband's account, I did it once,

7   probably.

8     Q.   Okay.  And do you recall having the ability --

9   did you own a computer at the time?

10    A.   Yes.

11    Q.   And do you recall going into your account in

12   connection with TelexFree?

13    A.   Yes.

14    Q.   Do you recall posting ads in order to earn

15   credits?

16    A.   I don't recall posting ads, because I don't

17   think it was anything related to posting ads.

18    Q.   Do you recall doing anything to earn credits?

19    A.   No.  It wasn't credits that you earned.  I think

20   it was sort of like if you tell somebody else to open

21   an account, you -- I don't know if you got sort of

22   like a percentage.  Again, it's been, you know, a long

23   time.  I don't recall.  I think it was a percentage,

24   but it wasn't nothing about points that I recall.

Telexfree, LLC, et al. vs
Franz Balan

Martiza Elizabeth Garcia
February 21, 2023

13

1    Q.    Did you recruit other people into TelexFree?

2    A.    Only one person.

3    Q.    Who was that?

4    A.    Her name is Norma Besquez.

5    Q.    Could you spell that last name?

6    A.    I believe it's B, as in boy, E-S-Q-U-E-Z, I

7    believe.

8    Q.    Where did Ms. Besquez live at the time?

9    A.    She lived in Silver Springs, Maryland.

10   Q.    Did she give you money?

11   A.    I actually show her how to open the account, and

12   I believe she funded it herself.

13   Q.    Okay.

14   A.    And I believe, at that point, at that time, it

15   was, like, a thousand and something, which it was just

16   right when TelexFree either shut down or had no

17   access.  So she didn't get anything on that account.

18   Q.    Okay.  But do you recall, in your account, the

19   ability to transfer TelexFree credits?

20   A.    I mean, I don't remember there were credit.  I

21   honestly thought it was, like, money, not credit.

22   Whatever you had -- like, let's say had you $1,000 in

23   there, then yes, you can transfer it.

24   Q.    Okay.  So the money that was in your account,

14

1    you remember being able to transfer it?

2      A.   Correct.  Yes.

3      Q.   Did you ever transfer credits to Mr. Hernandez?

4      A.   Yes.

5      Q.   Did he pay you for those credits?

6      A.   No.

7      Q.   Why did you transfer him --

8      A.   Why pay?

9      Q.   Well, why did you transfer him credits?  Do you

10   remember?

11     A.   I owed him money, and that's how I transfer the

12   money to him.

13     Q.   Okay.  Did you owe him money for setting up your

14   account?

15     A.   No.  That was something unrelated.  Personal

16   loan.

17     Q.   So you recall transferring him credits to pay

18   off a personal loan?

19     A.   Correct.

20     Q.   Do you recall how much that loan was?

21     A.   No -- oh, the loan?  It was, like, around $2,000

22   and something.

23     Q.   And did your transactions involving TelexFree,

24   the money in your TelexFree account, did that fully

1   pay off the loan?

2     A.   No.  I had to -- because it was -- I think it

3   was either two transactions that I did to him.  I

4   don't recall.  But then I paid the rest, you know, on

5   my own.

6     Q.   But you were able to use the money in your

7   TelexFree to pay off a portion of the loan?

8     A.   Yes.

9            MR. RONA:  Okay.  I think that's all I

10          have.  Just give me one more minute, Andy.

11    Q.   So one final question, Ms. Garcia.  What was the

12   nature of the loan that you had with Mr. Hernandez?

13    A.   Just personal need.

14    Q.   But he had provided you around $2,000 in cash at

15   some point?

16    A.   Yes.

17          MR. RONA:  Okay.  That's all I have.

18          Thank you.

19          MR. LIZOTTE:  Maritza, thank you for your

20          time.

21          THE WITNESS:  Okay.

22          MR. LIZOTTE:  So the deposition is

23          concluded.  Thank you.

24          (Deposition concluded at 12:01 p.m.)

Telexfree, LLC, et al. vs
Franz Balan

Martiza Elizabeth Garcia
February 21, 2023

16

```
 1                 C E R T I F I C A T E

 2

 3    COMMONWEALTH OF MASSACHUSETTS
      HAMPSHIRE, SS.
 4

 5          I, Genevieve Y.J. Van de Merghel,

 6    Stenographer, hereby certify:

 7          That Maritza Elizabeth Garcia, the witness

 8    whose testimony is hereinbefore set forth, was duly

 9    sworn by me, and that such testimony is a true and

10    accurate record of my stenotype notes taken in the

11    foregoing matter, to the best of my knowledge, skill,

12    and ability.

13          I further certify that I am not related to

14    any parties to this action by blood or marriage; and

15    that I am in no way interested in the outcome of this

16    matter.

17          IN WITNESS HEREOF, I have hereunto set my

18    hand this 27th day of February, 2023.

19

20                                                         
                     
21    _____

22              Genevieve Y.J. Van de Merghel
                My Commission Expires: 12/16/27
23

24
```

Telexfree, LLC, et al. vs
Franz Balan

Case 16-04006   Doc 472-2   Filed 10/02/23   Entered 10/02/23 23:42:46   Desc Exhibit
B    Page 19 of 21

Marttza Elizabeth Garcia
February 21, 2023

**$**

**$1,000**
5:20,22 7:14 13:22
**$2,000**
14:21 15:14
**$2,750**
5:12
**$400**
12:4
**$500**
5:21 7:13

**1**

**11:00**
4:8
**11:15**
4:14
**12**
11:15
**12:01**
15:24

**2**

**2008**
10:10
**2013**
10:12
**2014**
10:12
**20871**
5:5
**21**
4:8
**2215**
5:4

**9**

**95076**
5:10

**A**

**a.m.**
4:14
**ability**
12:8 13:19
**access**
13:17

**account**
6:17 7:2,3,7,8 9:6,8,
10,11,15 10:17,18,
19,20,21,23,24 11:1,
5,8,23 12:6,11,21
13:11,17,18,24
14:14,24
**accounts**
9:20
**accurate**
5:12,13 6:5
**additional**
4:24
**address**
5:3 11:3
**ads**
12:14,16,17
**agree**
4:3
**allowed**
5:11
**amount**
5:11,17,23 6:16
11:19,20,21,23
**Andrew**
4:5
**Andy**
4:19 15:10
**appeared**
4:9
**approached**
9:5
**approved**
5:17,19
**attempted**
4:9

**B**

**bankruptcy**
4:21 8:15 11:15
**basically**
8:20 10:17
**Besquez**
13:4,8
**boom**
6:11
**boy**
13:6
**boyfriend**
10:2
**bringing**
8:15,22

**brought**
8:19

**C**

**card**
7:21
**case**
5:9 8:15
**cash**
7:21,23 15:14
**claim**
5:9,10,11,17,18,19,
22
**claims**
8:15
**Clarksburg**
5:5
**company**
6:13 8:20,21,23
**computer**
12:9
**concluded**
15:23,24
**conducting**
4:3
**connection**
11:12 12:12
**contact**
4:10
**conversation**
8:3
**correct**
5:7,8,10 7:12 9:16
10:6,8 11:10,13,16
14:2,19
**correctly**
12:3
**counsel**
4:3,6
**couple**
8:7
**credit**
7:21 13:20,21
**credits**
12:15,18,19 13:19
14:3,5,9,17

**D**

**Darr**
4:6,20

**deal**
7:24 8:18
**depending**
5:18
**deponent**
4:9,10
**deposition**
4:3,7,11,13,14,23
15:22,24
**describe**
6:9
**dollar**
11:19
**Drive**
5:4
**dumb**
6:20

**E**

**E-S-Q-U-E-Z**
13:6
**earn**
12:14,18
**earned**
12:19
**ELIZABETH**
4:15
**email**
11:2,5
**ended**
7:19
**exact**
5:23
**EXAMINATION**
4:17 8:11
**explain**
5:16

**F**

**February**
4:8
**filed**
5:9 11:15
**final**
15:11
**Fire**
5:4
**full**
9:7
**fully**
14:24

Case 16-04006  Doc 472-2   Filed 10/02/23   Entered 10/02/23 23:42:46   Desc Exhibit
B   Page 20 of 21

Telexfree, LLC, et al. vs
Franz Balan

Maritza Elizabeth Garcia
February 21, 2023

**funded**
10:20 13:12

---
**G**

**Garcia**
4:8,15,23 5:4 8:13
10:1,15,16 15:11
**gave**
7:16 11:19
**give**
13:10 15:10
**Good**
8:13

---
**H**

**half**
5:21
**hand**
7:17,18
**happened**
6:10
**helping**
7:10 8:16 9:13
**Hernandez**
6:4,7 8:17 9:2,12,18
11:18 14:3 15:12
**honestly**
7:13 9:4 13:21
**husband**
10:3
**husband's**
12:6

---
**I**

**ignorant**
6:21
**Ilyas**
8:13
**individual**
8:6
**individuals**
8:14
**information**
4:24 8:24 10:8 11:14
**invest**
6:19 7:12
**involved**
6:4 9:22
**involving**
14:23

---
**J**

**James**
10:1,14,15,16 11:11
**James'**
11:6
**joined**
6:24
**Jose**
6:4,7 7:7,9,10,16
8:1,2,16,18,20,24
9:2 11:18

---
**K**

**kind**
6:19 7:10 8:21,22
**knowledge**
9:7,12

---
**L**

**largely**
10:11
**lawsuit**
4:21
**lawyers**
4:20
**lines**
6:14
**live**
13:8
**lived**
13:9
**Lizotte**
4:5,18,19 8:5 15:19,
22
**loan**
14:16,18,20,21 15:1,
7,12
**long**
6:2 12:22

---
**M**

**make**
4:10
**making**
10:7
**Maritza**
4:8,15,23 5:4 8:6
15:19

**married**
9:23 10:4,5,10,13,14
**Maryland**
5:5 13:9
**mastermind**
8:23
**memory**
9:9
**mine**
11:7
**minute**
15:10
**money**
5:19,20 7:16,17 9:18
11:11,24 13:10,21,
24 14:11,12,13,24
15:6
**months**
11:15
**morning**
8:13
**my2princesses1012
@gmail.com**
11:3

---
**N**

**named**
6:4
**nature**
15:12
**negotiation**
11:19,22
**Norma**
13:4
**number**
5:10

---
**O**

**open**
6:17 7:7 9:8 11:23
12:20 13:11
**opened**
7:2,3 9:6 10:17,18,
24
**order**
12:14
**owe**
14:13
**owed**
14:11

**owned**
10:22

---
**P**

**p.m.**
15:24
**paid**
7:15,20 11:11 15:4
**part**
9:2
**participate**
10:16
**participated**
5:6
**parties**
4:22
**pay**
5:21 7:11,20 10:19
14:5,8,17 15:1,7
**payment**
6:19
**payoff**
5:14
**people**
5:21 8:3,19,22 9:18
10:11 13:1
**percent**
5:18
**percentage**
12:22,23
**person**
13:2
**person's**
8:17
**personal**
11:8 14:15,18 15:13
**phone**
6:14
**place**
6:23
**point**
6:21 13:14 15:15
**points**
12:24
**portion**
15:7
**posting**
12:14,16,17
**present**
4:3
**program**

8:1
**provide**
5:3
**provided**
15:14

_____
**Q**
_____

**question**
15:11
**questions**
7:1 8:6,7

_____
**R**
_____

**reach**
4:10
**recall**
6:22 7:13 11:18,20
12:3,8,11,14,16,18,
23,24 13:18 14:17,
20 15:4
**received**
5:14 11:11
**recollection**
5:24
**record**
5:3
**recruit**
13:1
**related**
12:17
**remember**
6:16 7:2,5,15,20
8:17 9:8 13:20 14:1,
10
**remotely**
4:3
**represent**
8:14
**reschedule**
4:11
**rest**
15:4
**Rona**
8:12,14 15:9,17

_____
**S**
_____

**scheduled**
4:7,23
**set**
9:15 11:21,23

**setting**
14:13
**shared**
9:18
**show**
13:11
**shut**
13:16
**Silver**
13:9
**sort**
6:14,17 8:23 10:22
11:23 12:20,21
**sound**
5:12,13 6:5
**spell**
13:5
**Springs**
13:9
**Stephen**
4:6
**Steve**
4:20
**straightforward**
11:21
**suspend**
4:12
**suspended**
4:14
**sworn**
4:15

_____
**T**
_____

**talking**
9:10
**team**
9:3
**Telex**
4:22 6:7
**Telexfree**
4:7,20 5:1,6 6:12,24
9:11,23 10:11,16
11:12 12:1,12 13:1,
16,19 14:23,24 15:7
**telling**
8:21
**testified**
4:16
**thing**
6:22
**thought**

13:21
**thousand**
5:14 13:15
**time**
6:21 8:9 9:22 10:2,4
11:2 12:3,9,23 13:8,
14 15:20
**today's**
4:3
**transaction**
6:3 11:17
**transactions**
14:23 15:3
**transfer**
13:19,23 14:1,3,7,9,
11
**transferring**
14:17
**trustee**
4:6,21 5:19,20 8:15
**type**
6:14,19 7:12

_____
**U**
_____

**understanding**
9:17
**unrelated**
14:15

_____
**V**
_____

**videoconference**
4:3

_____
**W**
_____

**week**
6:18
**work**
7:22
**working**
9:2
**works**
5:16

_____
**Y**
_____

**year**
10:9