# Exhibit C.

# In the Matter of:

*Telexfree, LLC, et al. vs*

*Franz Balan*

---

*Benjamin Argueta*

*March 16, 2023*

---

*68 Commercial Wharf • Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*Magnals.com*



```
 1                UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF MASSACHUSETTS
 2

 3   In Re TELEXFREE, LLC, et al.,          )
                     Debtor,                )
 4                                          )
     ----------------------------           )
 5                                          ) Case no.
     STEPHEN B. DARR, TRUSTEE OF THE        ) 14-40987-EDK
 6   ESTATES OF TELEXFREE LLC, et           )
     al.,                                   ) Chapter 11
 7                     Plaintiff,           )
                                            ) Adv. Proc. No.
 8   v.                                     ) 16-4006
                                            )
 9   FRANZ BALAN, A REPRESENTATIVE OF       )
     A CLASS OF DEFENDANT NET               )
10   WINNERS,                               )
                     Defendant.
11

12

13

14              DEPOSITION OF BENJAMIN ARGUETA
                     Appearing remotely from
15                        102 Broadway
                     Somerville, Massachusetts
16                       March 16, 2023
                     Commencing at 3:57 p.m.
17

18      Reported by:  Genevieve Y.J. Van de Merghel
                  Notary Public and Stenographer
19                   Appearing remotely from
                  Hampshire County, Massachusetts
20

21

22
         O'Brien & Levine Court Reporting Solutions
23                  68 Commercial Wharf
                Boston, Massachusetts  02110
24                       617-399-0130
```

2

```
 1                  A P P E A R A N C E S

 2

 3    ALEXANDRA M. PAPAS, ESQUIRE
      ANDREW G. LIZOTTE, ESQUIRE
 4    Murphy & King, PC
      28 State Street, Suite 3101
 5    Boston, Massachusetts 02109
      617-423-0400
 6    apapas@murphyking.com
      alizotte@murphyking.com
 7         Counsel for the Plaintiff
           (Appearing remotely)
 8

 9    ILYAS J. RONA, ESQUIRE
      MICHAEL J. DURAN, ESQUIRE
10    LEA KRAEMER, ESQUIRE
      Milligan Rona Duran & King LLC
11    28 State Street, Suite 802
      Boston, Massachusetts 02109
12    617-395-9570
      ijr@mrdklaw.com
13    mjd@mrdklaw.com
      lk@mrdklaw.com
14         Counsel for the Defendant
           (Appearing remotely)
15

16    WENDY M. MEAD, ESQUIRE
      Law Office of Wendy M. Mead
17    11 Pleasant Street, Suite 30
      Worcester, Massachusetts 01609
18    508-751-0200
      wmead@meadlawoffice.com
19         Counsel for the Deponent
           (Appearing remotely)
20

21    Also Present:  Jesse Herrero, Interpreter

22

23

24
```

3

I N D E X

WITNESS                                          EXAMINATION

BENJAMIN ARGUETA
     BY MS. PAPAS . . . . . . . . . . . . . . .   4
     BY MS. MEAD . . . . . . . . . . . . . . . 23
     BY MR. RONA . . . . . . . . . . . . . . . 27
     BY MS. PAPAS . . . . . . . . . . . . . . . 50
     BY MR. RONA . . . . . . . . . . . . . . . 51


E X H I B I T S

NO.                                              PAGE

Exhibit 1 Example Invoices Spreadsheet           11

Exhibit 2 Tax Returns                            20

Exhibit 3 TelexFree Data Spreadsheet             11

(Exhibits provided electronically to the stenographer

          to attach to the transcript.)

4

```
 1              P R O C E E D I N G S

 2

 3              JESSE HERRERO, interpreter, was

 4         sworn by the Notary Public to faithfully

 5         interpret all questions, testimony, and

 6         colloquy.

 7              BENJAMIN ARGUETA, having first been

 8         identified by the production of

 9         his Massachusetts driver's license and

10         duly sworn Pursuant to Executive Order

11         144, testified as follows:

12                        EXAMINATION

13   BY MS. PAPAS:

14     Q.   Good evening, Mr. Argueta.  My name is Alexandra

15   Papas.  I am one of the attorneys for the trustee in

16   TelexFree.

17          Can you state your full name?

18     A.   My name is Benjamin Argueta.

19     Q.   You gave an address of 102 Broadway Street in

20   Somerville.  Is this your current residence?

21     A.   No.  This is my job.

22     Q.   What is your current residential address?

23     A.   14 Illinois Avenue, Somerville, Massachusetts

24   02145.
```

5

1    Q.   Thank you.  I am going to go through a few set

2  of instructions just in case you have not been deposed

3  before.  The way this will go is I am going to ask you

4  a series of questions.  And if you don't understand

5  me, please let me know and I will try to rephrase the

6  question.

7    A.   Yes.

8    Q.   If you do answer, I will assume that you

9  understood and answered truthfully.  Do you

10  understand?

11    A.   Okay.

12    Q.   Is there anyone in the room with you?

13    A.   Yes.

14    Q.   Who is in the room with you?

15    A.   My son, Jonathan.

16    Q.   How old is your son?

17    A.   24.

18    Q.   Is he helping you in any way with the

19  deposition?

20    A.   No.

21    Q.   Besides your attorney, did you talk to anyone

22  about today's deposition?

23    A.   No.

24    Q.   I understand you invested in the TelexFree

6

1    program.  Is that correct?

2      A.   Yes.

3      Q.   Do you remember when you opened your first

4    account with Telex?

5      A.   I don't remember exactly.  It was February or

6    March.

7      Q.   Was that February or March in 2013?

8      A.   Yes.

9      Q.   Do you remember who brought you into TelexFree?

10     A.   Yes.

11     Q.   Who was that?

12     A.   Amilcar Lopez.

13     Q.   Did Amilcar Lopez help you open your first

14    account with TelexFree?

15     A.   Yes.

16     Q.   Did you reimburse him for the cost of that

17    account?

18     A.   I don't remember very well, but I think it was

19    paid with a credit card.

20     Q.   You paid a credit card directly to Amilcar

21    Lopez.  Is that correct?

22           INTERPRETER:  Ms. Papas, can you repeat

23        that question for the interpreter?

24     Q.   You paid with credit directly to Amilcar Lopez?

7

1  As in, he gave the credit card to Mr. Lopez to charge?

2     A.   I think it was -- I don't remember very well,

3  but I think it was paid directly to TelexFree.

4     Q.   Okay.  So just backing up a second.  I want to

5  ask with those accounts, do you remember that you

6  could earn credits with TelexFree?

7     A.   Yes.  Doing the marketing promotions, I was

8  going to earn money.

9     Q.   I understand.  So by posting ads, you could earn

10 money -- you could earn TelexFree credits.  Is that

11 right?

12    A.   Yes.

13    Q.   With those credits, you could either submit them

14 back to TelexFree and get cash.  Is that correct?

15    A.   They did not give me any money back then.  I

16 opened only a couple of accounts, and then I opened

17 new accounts.

18    Q.   So with those credits, you could also open

19 accounts.  Is that correct?

20    A.   Yes.  Whenever you generated credits, yes.

21    Q.   Could you use those credits to open accounts for

22 other people?

23    A.   Yes.

24    Q.   Did you use credits to open accounts for others?

8

1    A.   Yes, for some people.

2    Q.   When you did that, if an account, say, cost

3  $1,425, would that cost you 1,425 credits to pay to

4  open that account for them?

5    A.   Can you please repeat the question?

6    Q.   My understanding is an AdCentral Family Account

7  with TelexFree cost $1,425.  So did you need to use

8  1,425 credits to open an account for someone else?

9              INTERPRETER:  I am just going to tell the

10             same thing I told the previous witness; he can

11             talk as long as he wants, but to break it down

12             for me.

13   A.   At that time, there were other accounts.  There

14  were bigger accounts and smaller accounts.

15             INTERPRETER:  Now I am going to let him

16             know to slow down for the interpreter.

17   A.   Most of the people would pay TelexFree directly

18  with their credit card or they would go to the bank

19  and pay the account at that bank for TelexFree.

20   Q.   Were there instances where, instead, you would

21  use credits to open -- to pay an invoice for someone

22  else's account?

23   A.   Yes.  We would pay the account of TelexFree at

24  the bank, and then later they would give us the credit

1  back to open more accounts.

2    Q.    I understand.  So did they reimburse you in cash

3  for paying for that account?

4    A.    Not all the time.  Only sometimes.

5    Q.    So I understand that sometimes when you opened

6  an account for someone else, they would pay you in

7  cash.  Is that correct?

8    A.    Sometimes you do that.  Sometimes you went

9  directly to the bank and deposit the money at

10  TelexFree account.  But with my own funds, I would

11  open accounts for me.

12    Q.    You opened accounts for yourself.  Did anyone

13  open accounts for you with their credits?

14    A.    You would do the same thing.  You would give the

15  money to somebody in order for me to open my own

16  account.

17    Q.    So you would -- when you say "somebody," do you

18  mean somebody who is a member of Telex or somebody who

19  worked for Telex?

20    A.    The question is very hard to answer, because I

21  would post the commercials and then I would get paid

22  for that.  So the person who -- I don't remember

23  exactly, $1,400, the cost of that account -- they

24  would give me credit so that I can open up other

10

1  accounts.  And there were other people like myself

2  that would post commercials to receive accounts.

3        The other thing is I dealt with the small

4  accounts for a long time.  Then, what I did towards

5  the end of the year, I bought more accounts because I

6  saw that they were paying for more accounts.

7  Basically at the end of the year, what I did, I took a

8  loan to be able to invest in the company.

9    Q.   When you say you dealt with small accounts, were

10 they the single AdCentral accounts that cost something

11 like $339?

12   A.   At the beginning, when I started, I think I

13 bought two big ones and a small one or two small ones

14 and a big one.  So towards the end of that year, I

15 bought more accounts with the loan and also with the

16 credits that I already had.

17   Q.   And by big account, I just want to confirm you

18 mean the family AdCentral that costs $1,425.  And by

19 small account, you mean the single AdCentral account

20 that cost, I think, $339 at some point.  Is that

21 correct?

22   A.   Yeah.  Apparently, yes.  I don't remember very

23 well, but I think that's the cost.  Around that

24 amount.

11

1        MS. PAPAS:  I am now going to try to share

2     my screen and mark this first document as

3     Exhibit 1.  Counsel, I have just emailed it to

4     you, if you want to follow along that way.

5            (Exhibit 1, Example Invoices Spreadsheet,

6     marked for identification.)

7   Q.   Mr. Argueta, are you able to see my screen?  I

8  will zoom in in a second.

9   A.   Yeah.  I can see it, more or less.

10   Q.   So I will represent to you that this document

11  that I just marked as Exhibit 1 is data that I

12  exported directly from the TelexFree back database.

13  We just exported a few examples.

14   A.   Okay.

15   Q.   I just want to walk you through this and make

16  sure we understand it correctly.

17        INTERPRETER:  Ms. Papas, can you make it

18     bigger?  I think that's better.

19   Q.   So referring to the first column, this is an

20  invoice number.  Referring to the first row, excluding

21  the title row, there is Invoice 4347196.  Do you see

22  that?

23   A.   Yes, I can see it.

24   Q.   This invoice was generated for an account with

12

1 | login name mayasol?

2 | A.    Mm-hmm.  Mayasol, yes.

3 | Q.    And the name associated with it is Benjamin

4 | Argueta.

5 | A.    Yes, correct.

6 | Q.    So I understand that this is your account.

7 | Correct?

8 | A.    Yes, my account.

9 | Q.    It shows that this account -- this invoice for

10 | opening this account was $1,425.

11 | A.    Yes.

12 | Q.    It was generated on February 27, 2013.  Does

13 | this seem accurate for that account?

14 | A.    Yeah.  It looks like it's fine.

15 | Q.    Then here, there's a note from Telex that says

16 | it's paid with bonus.  Then it indicates the login

17 | name who paid it.  Do you recognize the login name of

18 | lopeza?

19 | A.    Yeah.  It was a long time, but I do remember.

20 | This is the login.  Lopeza, he paid for the opening of

21 | the account with his own money.

22 | Q.    When he paid for that account, did you reimburse

23 | him?

24 | A.    I don't remember very well if it was paid in

13

1  cash or with a credit card.  I think it was done with
2  a credit card.
3     Q.   I understand.  So you think you paid -- sorry.
4  Let me just back up here.
5        Lopeza that we have been discussing, the Telex
6  database indicates that it belongs to Amilcar
7  F. Lopez.  Is that correct?
8     A.   Yes.
9     Q.   So if I understand your testimony, you may have
10 paid cash but you think you paid him with a credit
11 card for opening this account.  Correct?
12    A.   Yeah.  But I don't remember if it was for paid
13 directly to TelexFree or if it was paid with a credit
14 card.  As far as I am concerned, it was paid with a
15 credit card.
16    Q.   When you say paid with a credit card -- and you
17 gave that credit card to Mr. Lopez.  Is that correct?
18    A.   You could pay either way.  You could pay
19 directly to TelexFree or you could pay Lopez.
20    Q.   So if Mr. Lopez had paid for your account, as
21 this information indicates, in that instance would you
22 pay Mr. Lopez directly?
23    A.   Yes, it could be.
24    Q.   Now, we have a few more accounts in here.  This

14

1   next one is for $49.90.  Is that for a phone plan?

2   A.   Yes.

3   Q.   Here, the login also shows mayasol.

4   A.   Yes.  It was my account also.

5   Q.   So you used --

6            (Technical difficulties.)

7   BY MS. PAPAS:

8   Q.   Just to go back, sorry, where we were.

9   Referring to Exhibit 1, I am now looking at Invoice

10  Number 4347534.  This invoice was generated for your

11  account, mayasol, for $49.90, paid on February 27,

12  2013 -- sorry, paid on December 28, 2013 with credits

13  from your own account.  Does that seem accurate?  Is

14  that something you would do?

15            INTERPRETER:  Ms. Papas, can you move

16       it -- yeah.

17  A.   Yes.

18  Q.   So referring to the next two lines, you see here

19  these are invoices for Luis Morales.  Who is Luis

20  Morales?

21  A.   He is my brother-in-law.

22  Q.   You paid for his accounts with your credits.  Is

23  that correct?

24  A.   If I remember correctly, at that time I didn't

1  have enough credits, so we had to pay TelexFree either

2  by cash, a check, or with -- you could go directly to

3  the bank and deposit the money into their account.

4  Then they would send us the funds.  So, in other

5  words, in order to open an account for my brother-in-

6  law, he would pay the money cash.  Then we would take

7  the money to the bank and deposit into the TelexFree

8  account, and then TelexFree would give us the funds to

9  be able to pay for those accounts.

10    Q.   I see.  In this instance, your brother-in-law

11  gave you cash, and then you brought that cash to

12  TelexFree who, in turn, gave you credits for that

13  cash.  Is that correct?

14    A.   That is correct.

15    Q.   Those credits that TelexFree gave you were

16  deposited into your account.  So you took those

17  credits and paid the invoice for your brother-in-law's

18  account.  Is that correct?

19    A.   And also for the other accounts below.  That's

20  the same way we did it.

21    Q.   So in the instance where you already had a lot

22  of credits in your account, would you just use those

23  credits to pay to open an account for someone else?

24    A.   No.  Since they were paying, I wanted to open

16

1   more accounts for me.

2     Q.   I understand.  So you opened accounts for them

3   with credits in exchange for cash.  Is that correct?

4     A.   No.  I opened it for myself.  If they wanted to

5   open accounts, they would go to the bank and deposit

6   the cash money into their account with the bank.

7     Q.   Sorry.  I thought in this instance with Luis

8   Morales that you testified that he gave you cash, you

9   brought that cash to Telex, bought credits, and then

10  used those credits that you bought to pay the invoice

11  for his account.  Is that correct?

12    A.   Yes, that's the way it was.  But sometimes

13  people would go to the bank themselves and deposit the

14  money into TelexFree account and open the account

15  themselves.

16    Q.   I understand that's a different way of opening

17  an account.  In that sense, you didn't really have to

18  be involved?

19    A.   Yes.  And sometimes, you know, the accounts were

20  opened and the funds and the credits would arrive at

21  that account.

22    Q.   Looking at the next two lines on this exhibit,

23  who is Francisco Castro?

24    A.   Yes, I see it.  I think it's a friend.

Telexfree, LLC, et al. vs
Franz Balan

Benjamin Argueta
March 16, 2023

17

1   Q.   In that instance where it also shows that you
2   paid for his account invoice with your credits, did he
3   give you cash and then you bought credits to pay for
4   his account?
5   A.   Yes.  The same way.  You go to the bank.  Then
6   they give you the credits.  Then, with the credits,
7   you pay the invoice.
8   Q.   Who is Dorothy Sorto?
9   A.   Also another friend.
10  Q.   Was this account opened the same way that we
11  discussed where --
12  A.   Yeah, the same way.
13  Q.   With Edgar Diaz, was that also the same?
14  A.   Yes, same way.
15  Q.   And who is Edgar --
16  A.   Yeah, and sometimes it's a little different.
17  But in this case, that's the way it was done.  They
18  gave you funds, and with those funds you pay the
19  invoice.
20  Q.   Okay.  How about this last name, Delmy Raquel
21  Evora Martinez?  Do you know who that is?
22  A.   That one, I don't remember.  That one, I don't
23  remember.
24  Q.   Okay.  It shows that you paid credits to open

18

1  this account.  Does that seem like it's something that

2  you could have just forgotten?

3    A.   Yes.  It's possible.

4    Q.   So just to make sure I understand, for Luis

5  Morales, Francisco Castro, Dorothy Sorto, and Edgar

6  Diaz, they gave you cash which you then used to buy

7  credits from Telex, and you used the credits to pay

8  the invoice for their account.  Is that correct?

9    A.   It's possible that we also bought credits from

10  another person, but I don't remember.  It's been many

11  years.

12    Q.   I understand.  So if the TelexFree database

13  shows that you paid an invoice for someone else with

14  your credits, would that typically be the situation

15  that we just discussed, where they would give you cash

16  and you would buy credits and then pay with those

17  credits?

18    A.   Yes.

19    Q.   Were there instances where you used credits that

20  you already had saved up?

21    A.   To buy my own accounts, because what I was doing

22  is to buy more accounts and to invest more and more

23  with my own credits.

24    Q.   Okay.  And in the instance where someone else

1  who was a member of TelexFree paid an invoice for your

2  accounts, such as Amilcar Lopez, would you reimburse

3  them for that?

4     A.   Yes, of course.  We have to reimburse.  It was

5  either done by cash or by credit.

6     Q.   I understand.  So you reimbursed them.  You are

7  just not sure of the form of money?

8     A.   I don't remember very well because it's been a

9  long time, but I went to the bank and deposited money

10 into TelexFree account.  I don't remember --

11            INTERPRETER:  I am going to ask him to

12        repeat that, because it was a little hard to

13        understand.

14    A.   I can't remember if the money was paid directly

15 to him with a credit card or went directly to the bank

16 to pay into the account.  It's been a long time.

17    Q.   There are different instances where you could

18 pay TelexFree directly for an account.  Is that what

19 you are referring to?

20    A.   Yes.  You would go -- you used the bank account

21 number and deposit the money into that bank account

22 number.  Then they would give you the credits.

23    Q.   I understand.

24    A.   That, I remember very well, because I remember

1    going to the bank with my own money, also with the

2    loans that I borrowed money.  I lost a lot of money.

3      Q.   Okay.  Yes, I understand.  So that is separate

4    from this table that we are looking at where you paid

5    money directly to TelexFree for credits for other

6    accounts.  Is that correct?

7      A.   Yes.  And also for me.

8           MS. PAPAS:  I am now going to share my

9      screen and mark as Exhibit 2, the document with

10     Bates number BARGUETA00373.

11          (Exhibit 2, Tax Returns, marked for

12     identification.)

13     Q.   Mr. Argueta, can you see what has been marked as

14   Exhibit 2?

15     A.   Yes.  I can see the whole page, but it's a

16   little difficult to see all the way at the bottom.

17   But yes, I can see it.

18     Q.   This document here is what you submitted through

19   your attorney as your tax returns.  We just added a

20   page number on the bottom right corner.

21     A.   Okay.

22     Q.   Now I am going to direct your attention to what

23   has been marked as page 377.  Then I will zoom in from

24   here.  Can you see the top of this page?

21

1    A.   Yes, I can see it.

2    Q.   Is this form from your 2013 tax returns where

3  you submitted a Schedule C Form 1040?

4    A.   Yes.  That's the one that was sent.

5    Q.   Did you submit this form for your business as

6  you performed your functions for TelexFree?

7    A.   So when I joined the company, they told me that

8  I was going to get a 1099, and I did.  I received a

9  1099 for the money that I made.  Since I do my taxes

10 every year, I use whatever it says on the 1099.

11       They never paid me, not even a single dollar.

12 Every fund that they gave me was reinvested in credits

13 and I opened new accounts.

14   Q.   Referring to Line 1 on Income, there's the

15 amount $911,303.  Where did you get this number?

16   A.   Okay.  Could you please repeat your question?

17 Because I combined whatever I received from TelexFree

18 and also whatever I made from my own work.

19   Q.   So I understand your testimony for Line 1 to be

20 a combination of money that you made on TelexFree and

21 your own work.  Can you explain what your own work is?

22   A.   No, it's not -- it wasn't money from TelexFree.

23 It is the 1099 that they sent to me.  Then what I did

24 was combine that 1099 with the money that I was making

Telexfree, LLC, et al. vs
Franz Balan

Benjamin Argueta
March 16, 2023

22

1  at the restaurant where I was working at that time.

2     Q.   Do you have records of the 1099 that you

3  received from Telex?

4     A.   I think in this format, the 1099 should be

5  there.  I put whatever I got.  It's there.

6     Q.   I am just going to flip through your 2013 --

7  that's all we have for 2013.  We can follow up with

8  your attorney on the 1099.

9     A.   Okay.

10    Q.   Do you have a recollection of the amount that

11 was listed on that 1099?

12    A.   It's been a long time.  I put whatever I

13 received in 1099 and combined it with the W-2 that I

14 received from my job at the restaurant.

15    Q.   My question was do you remember the amount that

16 was in that 1099?

17    A.   More or less, around $900,000.  A little more or

18 a little less.

19    Q.   $900,000 was listed on the TelexFree 1099.  Is

20 that correct?

21    A.   I remember it was 800,000-something almost

22 900,000.

23    Q.   That is the amount that was listed on your

24 TelexFree 1099.  Correct?

23

1    A.    Yes.  What needs to be done is to look for the

2  1099.  It must be in the report from 2013.

3            MS. PAPAS:  I understand.  I have no

4        further questions.

5            THE WITNESS:  Okay.

6                    EXAMINATION

7  BY MS. MEAD:

8    Q.    Good afternoon, Mr. Argueta.  How are you?

9    A.    Very well, and yourself?  How are you doing?

10   Q.    I am doing pretty well.  Thank you.  I just have

11  a few questions.

12        So you mentioned earlier in your testimony that

13  you took out a loan.

14   A.    Yes.

15   Q.    From whom did you take out that loan?

16   A.    There were two loans from a bank in New York to

17  be able to apply.

18   Q.    Okay.  Do you recall the amount of each loan,

19  approximately?

20   A.    I think each loan was $40,000.

21   Q.    Did you invest that entire approximately $80,000

22  into TelexFree?

23   A.    Yes.  I invested more than that.  But towards

24  the end, I invested that amount.

24

1    Q.   Do you recall approximately when that was that
2  you invested the $80,000-plus into Telex?
3    A.   I don't remember the date exactly, but I think
4  it was at the end of 2013.
5    Q.   Okay.  Thank you.  Without waiving any attorney-
6  client privilege, do you recall reviewing the
7  complaint, the actual amended complaint from TelexFree
8  in this case?
9    A.   I do remember, because I filed a complaint to be
10  able to recuperate what I lost, which is $210,000.
11    Q.   Do you recall when we reviewed the complaint
12  that you were listed as a net winner of approximately
13  $4 million?
14    A.   I saw it, but I never made anything.
15    Q.   You testified that you filed a claim for the
16  money that you lost.  Did you ever receive any
17  response to that claim?
18    A.   I think the question is a little different.
19  Because I was about to apply, but when they claim that
20  I made $4 million, then I stopped because I didn't
21  make that much.  I didn't make that money.
22    Q.   Okay.  Thank you so much.  Upon the review of
23  that complaint, do you recall me asking you at that
24  time to confirm that you lived at 14 Illinois Avenue

25

1   in Somerville?

2     A.   Yes, and I continue to live there.

3     Q.   Do you own that property?

4     A.   No.  There is something else that I would like

5   to add.  I live in that address, at that house, paying

6   rent.  If I would have made money, the very first

7   thing I would have done is to buy a house.  I would

8   have purchased a car.  I would buy very nice things.

9   I never did that.  And I worked very, very hard at the

10  restaurant every day to be able to pay my bills.

11    Q.   With regard to the restaurant, what is your role

12  there?

13    A.   I was cooking, I was cleaning, everything.

14  Washing the dishes.

15    Q.   Okay.  Thank you.  I am just going to circle

16  back a little bit to the credits with TelexFree.  So

17  we have established that you assisted in opening

18  accounts for other people, both friends and family

19  members.  Is that correct?

20    A.   Yes, that is correct.

21    Q.   And in order for you to do so, you were

22  purchasing credits for them to start their accounts

23  with TelexFree.  Is that correct?

24    A.   Yes.

Telexfree, LLC, et al. vs
Franz Balan

Benjamin Argueta
March 16, 2023

26

1    Q.    Are there any individuals from the entirety that
2   you set up accounts for, to the best of your
3   recollection, that paid you back in credits?
4    A.    No.   That, I don't remember.
5    Q.    Do you recall if any of them paid you back in
6   cash or by credit card?
7    A.    No.   The cash was deposited at the bank at the
8   TelexFree account.
9    Q.    Thank you.   Correct me if I'm wrong, but one of
10   the primary activities that you did on behalf of
11   TelexFree was your daily ads.   Is that correct?
12    A.    Yes, that is correct.
13    Q.    How many of those ads would you generally post
14   on a daily or weekly basis?
15    A.    No, you have to pay whatever it was required
16   from each account.   Depending on how much they wanted
17   you to do, if you didn't meet that amount, you
18   wouldn't get anything.
19    Q.    You testified earlier that at the time that
20   TelexFree filed bankruptcy, you believed you were owed
21   approximately $230,000.   Is that correct?
22    A.    No.   They owed more than that because there was
23   a lot of money in those accounts.   Me, myself, I lost
24   between 200- to $210,000.

27

1    Q.   Do you have any personal knowledge of the

2   value -- strike that.

3        For those individuals that you brought to

4   TelexFree, do you have a personal knowledge of the

5   approximate value of the credits that they had in

6   their accounts at the time?

7    A.   No.  Impossible.  I don't know.

8    Q.   Just one final question.  Did you receive, on a

9   weekly, monthly, or annual basis, an accounting from

10  TelexFree for all of your personal accounts?

11   A.   Never.

12        MS. MEAD:  Thank you so much.  That's my

13        last question for the time being.  Thank you.

14        THE WITNESS:  Thank you, also, to you.

15                   EXAMINATION

16  BY MR. RONA:

17   Q.   Good afternoon, Mr. Argueta.  My name Ilyas

18  Rona.

19   A.   Good afternoon to you.

20   Q.   I represent a class of people like you who the

21  trustee is suing in connection with TelexFree.

22   A.   Okay.

23   Q.   I just want to go back and ask a few questions

24  about things you said before.  You mentioned that you

28

1   are at work right now?

2     A.    Yes.

3     Q.    What is that work right now?  Is that the

4   restaurant?

5     A.    The restaurant.

6     Q.    What is the name of the restaurant?

7     A.    Gauchao Brazilian Cuisine.

8     Q.    Do you own that restaurant?

9     A.    Yes.

10    Q.    Okay.  But you receive a W-2?

11    A.    Yes, I do.  That restaurant is also partnered

12   with my sister.

13    Q.    What is the address of that restaurant?

14    A.    102 Broadway.

15    Q.    Are there other addresses that that restaurant

16   might show up as?  For example, can it also be

17   104 Broadway?

18    A.    It's the same address.  102-104, it's the same

19   address.

20    Q.    Did you ever use that address in connection with

21   your work in TelexFree?

22    A.    See, that, I don't remember.

23    Q.    Were there other people working in the

24   restaurant who were also involved in TelexFree?

29

1    A.   Not all.  Some.

2    Q.   Some.  Okay.  Did you bring those people into

3  TelexFree?

4    A.   Practically my family.  My family.

5    Q.   Okay.  The restaurant is also family owned.  Is

6  that right?

7    A.   Yes, it is.

8    Q.   You mentioned a Luis Morales.  That's your

9  brother-in-law?

10   A.   Yes.

11   Q.   Did you collect money from him, cash from him,

12 ever, in connection with TelexFree?

13   A.   He went directly to the bank to open the

14 account, his own account.

15   Q.   Did you ever receive, you, yourself, some amount

16 of cash in excess of $300,000 from your brother-in-

17 law?

18   A.   Never.

19   Q.   If the trustees believe that your brother-in-law

20 paid you $317,000, in cash, that would be an incorrect

21 belief.  Is that right?

22   A.   It's not correct.

23   Q.   In 2013, what did Luis Morales do for work?

24   A.   That, you have to ask him, because I don't know.

30

1    He was someplace else.

2      Q.    Where was he?

3      A.    He is a pastor at a church.

4      Q.    Is he in Massachusetts?

5      A.    Yes, he is in Massachusetts.

6      Q.    Is his only job a pastor of a church?

7      A.    He has his own businesses.  I don't know.

8      Q.    Would he be able to pay somebody -- in a span of

9    a year and a half, would he be able to raise $317,000

10   in cash, to your understanding?

11     A.    No.

12     Q.    How about do you know a Karen X. Morales?

13     A.    Yes.

14     Q.    Who is that?

15     A.    A friend.

16     Q.    Did she give you any cash in connection with

17   TelexFree?

18     A.    When she joined to buy accounts, we went to the

19   bank -- or someone that had credits to buy her

20   account.

21     Q.    Did you profit $70,000 approximately in cash

22   from any transactions you had with Karen Morales?

23     A.    No.

24     Q.    So if the trustee has a belief that Karen X.

31

1   Morales paid you some number, approximately $70,000 in

2   cash, that would be incorrect.  Is that your

3   testimony?

4     A.   No, because every time you bought, you made a

5   transaction, you would go with funds to the bank or

6   you would buy from another person.

7     Q.   I just want to make sure our record is clear.

8   Karen Morales did not hand you $70,000 in cash that

9   you kept.  Is that correct?

10    A.   No.

11    Q.   And I am just going to ask two more.  I don't

12  want to take too much time.  Who is Celio Oliveira?

13    A.   That name sounds familiar.  I think it's someone

14  that I used to buy credits from.

15    Q.   Did Celio Oliveira give you $40,000,

16  approximately, in cash that you kept?

17    A.   No.  If that name sounds familiar, I think it

18  must have been someone I purchased from.  But I did

19  not receive from that person.

20    Q.   Okay.  Actually, I am going to move on.  I am

21  not going to ask about the other name.  I am going to

22  see if I can do a screen share here.

23         Before I do that, Mr. Argueta, did you, on

24  occasion, buy credits?  Meaning you gave somebody cash

32

1 and they delivered credits into your account?

2   A.   Yes.  Sometimes we did it that way.

3   Q.   Okay.  Did you ever sell credits to somebody?

4 Meaning you transferred credits to their account and

5 they gave you cash?

6   A.   That -- okay.  If that would have occurred, I

7 would take the cash to the bank, deposit it into

8 TelexFree account, and then they would give me

9 credits.

10           MR. RONA:  I am going to see if I can

11       share a screen here.

12           THE WITNESS:  Okay.

13           MR. RONA:  This is going to be small.  I

14       apologize.  I can't really make it much bigger.

15           INTERPRETER:  Let me see if I can get a

16       magnifying glass, because you are going to ask

17       me a question.

18   Q.   Mr. Argueta, do you see your name on Row

19 Number 2?

20   A.   Yes, I can see it.

21   Q.   Okay.  And mayasol, is that a login that you

22 used?

23   A.   Yes.  That's my login.

24   Q.   And benjamin_gauchao@yahoo.com, is that the

Telexfree, LLC, et al. vs
Franz Balan

Benjamin Argueta
March 16, 2023

33

1  email address -- or one of the email addresses that

2  you used in connection with TelexFree?

3     A.   Yes, that is my email address.

4     Q.   And this says 210 -- 2,010 accounts.  Do you

5  recall how many accounts you had at TelexFree?

6     A.   There were a lot of accounts, but I really don't

7  recall how many.  So there were a lot of accounts, a

8  lot of money, that were reinvested to get more

9  accounts and more accounts.

10    Q.   Where I am highlighting, it says total net

11 equity, and then it's a number greater than

12 $4 million.  Did you profit a number in excess of

13 $4 million in connection with TelexFree?

14    A.   I made zero.  I lost.

15    Q.   Okay.  And then I will ask the same question.

16 Did people hand you more than $5 million in cash in

17 connection with TelexFree?

18    A.   No.

19    Q.   And do you recall how much in money you put

20 directly in TelexFree?

21    A.   My own money, me, myself, it was between

22 200- and $210,000.  I don't know about the other

23 people.

24    Q.   Do you have any ability to explain why there

34

1  might be a figure suggesting that you purchased

2  $400,000 in credits from TelexFree?

3    A.   I don't remember exactly.  But the people that

4  went to the bank, I received credits to my accounts at

5  mayasol.

6    Q.   So if $400,000 is a figure that the TelexFree

7  database says you paid in credits, that might not have

8  been all your money.  Is that right?

9    A.   Like, my family and others that wanted to buy

10  and didn't have money --

11         INTERPRETER:  No, wait a minute.

12    A.   My money was between 200- and $210,000.  There

13  must have been from other people.

14    Q.   Okay.  But those other people's money may show

15  up connected somehow to your accounts.  Is that your

16  understanding?

17    A.   I don't know why that number is there.  Out of

18  my own money, it was between 200- and $210,000.

19         But, for example, Luis, if he didn't have the

20  money, he went to the bank deposited the money, and

21  then I would get the credit into my account.

22    Q.   And then, next, there's a figure here, more than

23  $7 million in credit transfers in.  Do you recall

24  receiving $7 million in credits from other people?

35

1    A.    No, no.  What I do remember is from a whole

2  bunch of accounts, I think I saw something before

3  about 200 -- I can also transfer from my own accounts

4  to accounts.  I can also do that.  It was to open

5  accounts.  I continued to generate.

6    Q.    Can you estimate how much in total you paid

7  other people for credits that were transferred into

8  your accounts?

9    A.    No.  I don't remember.

10   Q.    Okay.  Was it more than the amount of money that

11  you may have received from other people in return for

12  transferring credits to their accounts?

13   A.    To be honest with you, I don't remember.

14   Q.    Okay.  Go ahead.

15   A.    There's one thing that I must tell you.  That

16  looks like a heck of a lot of money.  One thing that

17  you could do is you could transfer out your own money

18  to other accounts that belonged to me.

19   Q.    Okay.  Do you -- in terms of your own

20  calculation of how much money you lost in connection

21  with TelexFree, are you counting the money that you

22  had to use to buy credits from other people?

23   A.    I'm sorry.  Could you please repeat the

24  question?

Telexfree, LLC, et al. vs
Franz Balan

Benjamin Argueta
March 16, 2023

36

1   Q.   Okay.  Let me try to ask the question this way.
2   In terms of your estimation of how much money you
3   believe you lost in connection with TelexFree, does
4   that amount include any money that you spent buying
5   credits from other people?
6   A.   No.
7   Q.   So you don't count that?  Even if you spent
8   money on credits, you don't count that as part of your
9   loss?
10   A.   The money that I lost was between 200- to
11   $210,000 for accounts that were opened at TelexFree.
12   Q.   Well, did you spend a comparable amount of
13   money -- did you spend more than $200,000 buying
14   credits from other people?
15   A.   No.
16   Q.   So if you did buy credits from other people, is
17   it your testimony that it was likely a small amount
18   and therefore doesn't factor into the amount you
19   believe you lost?
20   A.   That is correct.
21   Q.   Did people that you didn't know offer to
22   transfer you credits for free?
23   A.   Never.
24   Q.   Did you ever offer to transfer credits to people

37

1  outside of your family for free?

2    A.   No.

3    Q.   I want to go back to -- I am trying to be brief

4  here.  I apologize for taking a long time here.

5        I want to go back to the first transaction with

6  Amilcar Lopez.

7    A.   Okay.

8             MR. RONA:  Ms. Papas and Ms. Mead, I am

9        going to -- I will share this with you guys

10       after.  It's an Excel spreadsheet.  I will

11       represent that this is data from TelexFree.

12            MS. PAPAS:  Are you going to mark it as an

13       exhibit?

14            MR. RONA:  We can mark it as an exhibit,

15       whatever exhibit number we are up to.

16            (Exhibit 3, TelexFree Data Spreadsheet,

17       marked for identification.)

18   Q.   I believe you were asked at some length,

19  Mr. Argueta, about the first transaction that you had

20  with Mr. Amilcar Lopez and whether you paid him

21  directly in cash or whether you paid TelexFree by

22  credit card.  Do you remember that?

23   A.   I don't remember if it was in cash or with a

24  credit card.

38

1    Q.    Okay.  And do you remember what ProPay was?

2    A.    No.  I don't know what that is.

3    Q.    According to this data, on February 27, 2013,

4  there was a direct payment, meaning directly into

5  TelexFree, using ProPay of $1,425.  Do you see that?

6  It's highlighted in yellow.

7    A.    That, I don't remember.  That was my first day.

8  I didn't know anything about it.

9    Q.    Understood.  So let me ask the question this way

10  so the record is clear.  Do you believe that you --

11  that it's possible that you paid TelexFree with a

12  credit card, and on the same day you gave Mr. Amilcar

13  Lopez a separate payment of $1,425 in cash?  Do you

14  think you did those, both things, on the same day?

15    A.    Perhaps.  It was possible.

16    Q.    Well, do you know why you would have done that?

17  If you were going to pay by credit card, why would you

18  also pay on the same day with cash?

19    A.    If that was the case.  But I can't confirm that,

20  because I don't remember.  It could have been that my

21  credit card had a limit and I didn't have enough

22  money.

23    Q.    But you don't remember doing both of those

24  things on the same day?

Telexfree, LLC, et al. vs                                    Benjamin Argueta
Franz Balan                                                    March 16, 2023

39

1    A.   I don't remember.  I bought two or three, and
2  then it was a long time that I didn't buy any more.
3    Q.   Isn't it more likely that you simply paid
4  TelexFree with a credit card and that's the only
5  payment you made that day?
6    A.   It's been a long time.  I can't remember that
7  day exactly what I did, if I paid them with a credit
8  card, I paid them in a form of cash, or I went to the
9  bank and deposited the money into their account.
10   Q.   Okay.  When you paid money to TelexFree
11 directly, do you remember who you dealt with?  Was
12 there an employee that you dealt with?
13   A.   I don't remember.  Because if you went to the
14 bank and deposited the cash into their account, you
15 then took a copy of that deposit and sent it to them
16 via the internet, and then they would give us the
17 credit to be able to open other accounts with.  But I
18 don't know the people that worked there.
19   Q.   I am going to ask you some questions now further
20 down in the document.  I am not sure which screen I am
21 sharing.  I will stop sharing.
22       I will show you an exhibit that we looked at
23 before.  I am going to ask you about two of the dates.
24 Do you remember seeing the two rows of information

40

1  about Luis Morales on April 22, 2013?

2    A.   I don't remember because it's been a long time,

3  but I can see that it's there.

4    Q.   You can see it.  Okay.  I am going to switch

5  back now to what we were looking at just before,

6  unless I closed it by accident.  Do you see on 4-24,

7  April 24, there's an entry for $2,850?  Do you see

8  that?

9    A.   Yes, I can see it.

10   Q.   And it's highlighted in yellow?

11   A.   Correct.

12   Q.   Okay.  And then there's also above -- I

13  highlighted it in yellow.  Let me go -- there's two

14  transactions involving Luis Morales, and those are

15  dated April 22, 2013.  Do you see those?  They are

16  both for $1,425.

17   A.   Yes, I can see it.

18   Q.   Okay.  They say the date paid is the same date

19  that we saw on the previous exhibit, 4-29-2013.  Do

20  you see that?

21   A.   Yes, I can see it.

22   Q.   And if you go back to the entry that was

23  highlighted in yellow, it says, "Credito manual -- por

24  favor creditar 2x de $1,425 = $2,850.  No login."  Do

41

1   you see that?

2     A.   I can see that.

3     Q.   I believe you testified that it was your memory

4   that Luis Morales gave you money that you deposited in

5   TelexFree.

6     A.   To be able to open his account.

7     Q.   So you didn't keep -- as a result of those two

8   transactions that we saw for $1,425, you didn't end up

9   keeping $2,850 that he had given you?

10    A.   Correct.  I didn't keep anything.  Zero.

11    Q.   Okay.  Moving on.  The two loans that you had

12  that you talked about earlier, did you pay those loans

13  off?

14    A.   Yes.  It was hard, but I was able to pay it off.

15    Q.   What was the source of funds that you used to

16  pay off those loans?

17    A.   Those loans came from a company in New York.  It

18  was a company that used to lend money.

19    Q.   I apologize if my question wasn't clear.  When

20  you paid off the loans, where did you get the money to

21  make those payoffs?

22    A.   Supposedly, it was supposed to be paid from the

23  money that was generated from TelexFree.  So it

24  couldn't be paid from the TelexFree because all the

Telexfree, LLC, et al. vs
Franz Balan

Benjamin Argueta
March 16, 2023

42

1  money was kept inside.

2      Q.   Did you pay it off using money from the

3  restaurant?

4      A.   Yes.  At the end, since I couldn't get the money

5  out of TelexFree, I had to get the money out of the

6  restaurant, because I used the restaurant for those

7  loans.

8      Q.   Okay.  I want to ask you about that email that

9  we saw earlier, benjamin_gauchao@yahoo.com.  Who used

10  that email address, that email account, besides you?

11      A.   Supposedly, only me.

12      Q.   Okay.  So if someone else's name in the

13  TelexFree database has that email address, would you

14  be able to explain why that might be?

15      A.   Right now, I don't remember.  But maybe back

16  then, the person that used that email.  The reason for

17  that was because that person probably did not have an

18  email address at that moment.  Then, later on, that

19  person created his own email address.

20      Q.   Okay.  Did you also use telexfreeben@gmail.com?

21      A.   Yes, I think so.

22      Q.   Were you the only person that had access to that

23  account?

24      A.   Yes.

43

1    Q.   So same question.  If other people's names show
2    up in the TelexFree database with that email address,
3    would your explanation be the same?
4    A.   That would have been the same reason.  That
5    person probably didn't have an email address and that
6    email was loaned to that person.
7    Q.   Did you work with anyone else directly when you
8    were involved in TelexFree?  Meaning did you have
9    assistants or team members?
10   A.   No.
11   Q.   I am just going to say a couple of names and you
12   tell me if you remember them.  Do you remember Arturo
13   Mendez.
14   A.   It sounds familiar.  I think it's a family
15   member.
16   Q.   Marta Matamoros?
17   A.   No, I don't remember.
18   Q.   Sandra Casiano?
19   A.   No.
20   Q.   Velma Garcia?
21   A.   No.  I don't know.
22   Q.   Okay.  Who else in your family was involved in
23   TelexFree?
24   A.   My sister, my brother-in-law, my wife, my other

44

1   sister also.  That's it.

2      Q.   Okay.  Can we put some names to these people?

3   So your brother-in-law is Luis Morales.  Is that

4   right?

5      A.   Yes.

6      Q.   Who are your two sisters?

7      A.   Blanca Morales.  Delmy Argueta.

8      Q.   Did you ever collect any cash that you kept from

9   Delmy Argueta?

10     A.   No, nothing.  The same way money came in, money

11  was given to TelexFree to be able to open more

12  accounts.

13     Q.   If the computer system makes it seem like you

14  collected cash from Delmy Argueta, your testimony

15  would be that's not correct.  Is that right?

16     A.   So in order to wrap this up and explain to you

17  how the whole thing worked, so let's say, for example,

18  Delmy Argueta would give me the money.  I would take

19  the money and deposit it into TelexFree account so

20  that then they could give us credit to open accounts.

21     Q.   So was all the money you received deposited into

22  or paid into TelexFree?

23     A.   So like I said before, sometimes you did it that

24  way.  Or sometimes you give it to the people that had

45

1   available credits.  But most of the times, it went

2   directly into TelexFree account.

3      Q.   So either the money went to the company, to

4   TelexFree, or it went to somebody to buy credits.  Is

5   that right?

6      A.   That is correct.

7      Q.   You didn't open up any bank accounts that had

8   cash that you received from other people in connection

9   with TelexFree?

10     A.   No.

11     Q.   Did you buy any properties with money that you

12  received from TelexFree?

13     A.   So let's go back to that point.  If I would have

14  made money according to those amounts that you showed

15  me before -- if I would have had money like that, the

16  first thing I would have done, I would have bought a

17  small house for me and my family.

18     Q.   Who is Conchi Argueta?

19     A.   She is his wife.

20     Q.   Is she also -- is her full name Concepcion?

21     A.   Yes.

22     Q.   She lives with you?

23     A.   Yes.

24     Q.   Do you have a relative named Maritza?

46

1   A.   No.

2   Q.   When you were working on TelexFree, did you have

3   your own computer?

4   A.   Yes, I had.

5   Q.   Did anyone else use that computer in connection

6   with TelexFree?

7   A.   No.

8   Q.   Who created and managed the accounts for your

9   spouse?

10   A.   Can you please repeat the question?

11   Q.   Well, let me try to ask the question this way.

12   Did the family members that you had that were involved

13   in TelexFree, did they go to a computer to type in

14   their own information?

15   A.   Each one had their own computer.

16   Q.   Does your wife have her own computer or do you

17   share a computer?

18   A.   No.  We would share it.

19   Q.   Did your sister -- Delmy.  Is that right?  Did

20   she live with you?

21   A.   No.

22   Q.   Did she ever come to your house to use the

23   computer?

24   A.   No.

47

1   Q.   So if she typed in information saying that she
2   lived at 34 Minnesota Avenue, would that be incorrect?
3   Or was that where she lived?

4   A.   She lived there.

5   Q.   But if somebody else entered 14 Illinois Avenue,
6   the only people that lived there were you and your
7   spouse.  Is that right?

8   A.   My family, we live there.  My sons and my wife,
9   and also my mother-in-law.

10   Q.   Were any of your children or mother-in-law
11   involved in TelexFree?

12   A.   Not my children.  My mother-in-law had very
13   little accounts.

14   Q.   What is her name?

15   A.   Rosa Castro.

16   Q.   Did you ever collect money from your mother-in-
17   law?

18   A.   No.

19   Q.   Thank you.  Who is Juan Carlos Argueta?

20   A.   A cousin.

21   Q.   Was he involved in TelexFree?

22   A.   I think he had a few accounts.

23   Q.   Does he live on Broadway Street in Somerville
24   also?

48

1    A.    He doesn't live with us.  He lives someplace,
2  and I don't recall where he lived back then.
3    Q.    But he didn't live on Broadway a few houses down
4  from the restaurant.  Is that right?
5    A.    I don't remember very well where he lived, but
6  he lived close by.
7    Q.    So he may have lived on Broadway at the time.
8  Is that right?
9    A.    It could be, until he moved.
10    Q.    Did you know the Hacketts?
11    A.    I don't know what that is.  What is that?
12    Q.    Did you know a Linda Hackett?
13    A.    No.
14    Q.    Did you know Sandrelay Vas Conseros (phonetic)?
15            INTERPRETER:  Could you repeat that name
16        for the interpreter?
17            MS. PAPAS:  I was worried you were going
18        to ask that.  Sandrelay Vas Conseros.
19    A.    I don't know who that is.
20    Q.    When you were typing in your information in
21  TelexFree, were you 100 percent consistent in how you
22  wrote your name?
23    A.    Yes.  Sometimes it's possible that by typing
24  fast, you make a mistake.

49

1    Q.    Do you remember having to type fast in order to

2    enter in all the information that you needed to enter?

3    A.    The one thing that I do remember that I had to

4    put the information correctly.  My name, my phone

5    number, my address, my Social Security number, in

6    order to receive a 1099 as they were supposed to send

7    me.

8    Q.    But do you remember ever getting a message

9    saying that you had not typed in your name correctly

10   or that information was missing?

11   A.    Never.

12   Q.    Do you think that, on occasion, you may have

13   typed your name in as just Benjamin or just Benjamin

14   A.?

15   A.    It's possible, but I don't remember.

16   Q.    When you recruited people into TelexFree, did

17   you type in their information for the first

18   transaction?

19   A.    Sometimes, because they couldn't.

20   Q.    "Couldn't" because of what reasons?  Do you

21   remember?

22   A.    Well, there were some people that they couldn't

23   type in their name, where they lived, their Social

24   Security number also, because they did not know how to

50

1    use a computer.  Also, depending on their level of

2    education, for some.  When I opened my own account, I

3    couldn't do it.  Then you learn.  You learn little by

4    little how to do the marketing.

5       Q.   Did someone help you open up your first account?

6       A.   Yes --

7                MS. PAPAS:  Asked and answered.

8            Objection.

9       A.   -- Amilcar Lopez.

10      Q.   Was he sitting at a computer with you when the

11   information was being typed in?

12      A.   Yes.  I don't remember very well, but yes, he

13   had to be next to me.

14               INTERPRETER:  Counsel, I'm sorry to

15           interrupt you --

16               MR. RONA:  I have no more questions.

17                       EXAMINATION

18   BY MS. PAPAS:

19      Q.   Mr. Argueta, I believe earlier when I asked

20   about you opening accounts, you testified that you

21   opened a few big accounts and a few small accounts at

22   the beginning.  Did I understand that correctly?

23      A.   I remember opening a big account and some little

24   ones, I think.  Or two big ones.  I don't remember

51

1 very well.

2    Q.   Thank you.  And then there's been a lot of

3 questions about this, and I just want to make sure I

4 understand correctly.  When you helped other people

5 open accounts, they gave you money that was used to

6 purchase credits directly from TelexFree, and then you

7 gave the money to TelexFree or you purchased credits

8 from other individuals with credits to pay their

9 invoice.  Is that correct?

10    A.   Yes.

11             MS. PAPAS:  I have no further questions.

12             MS. MEAD:  I am all set on my end.

13             MR. RONA:  I have one question that's

14        actually a correction or a clarification.

15                      EXAMINATION

16 BY MR. RONA:

17    Q.   Earlier I asked you, Mr. Argueta, about a

18 Sandrelay and I used the last name.  Do you know

19 Sandrelay Rodrigues?

20    A.   No.

21    Q.   Okay.  It's with an S.

22    A.   Okay.  But I don't know who that is.

23             MR. RONA:  Thank you.  That's all I have.

24             THE WITNESS:  Thank you.  I would like to

Telexfree, LLC, et al. vs                                    *Benjamin Argueta*
Franz Balan                                                   March 16, 2023

52

1   thank all of you.

2        STENOGRAPHER:  Mr. Rona, would you like a

3   copy of the transcripts for today?

4        MR. RONA:  Yeah.  I would like to order

5   all today's transcripts but by regular priority,

6   normal delivery, and electronic only.

7        (Deposition concluded at 6:05 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

53

1         ERRATA SHEET DISTRIBUTION INFORMATION

2      DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS

3

4

5         ERRATA SHEET DISTRIBUTION INFORMATION

6

7              The original of the Errata Sheet has been

8    delivered to Alexandra M. Papas, Esquire.

9              When the Errata Sheet has been completed by

10   the deponent and signed, a copy thereof should be

11   delivered to each party of record and the ORIGINAL

12   forwarded to Alexandra M. Papas, Esquire, to whom the

13   original deposition transcript was delivered.

14

15                INSTRUCTIONS TO DEPONENT

16

17              After reading this volume of your deposition,

18   please indicate any corrections or changes to your

19   testimony and the reasons therefor on the Errata Sheet

20   supplied to you and sign it.  DO NOT make marks or

21   notations on the transcript volume itself.  Add

22   additional sheets if necessary.  Please refer to the

23   above instructions for Errata Sheet distribution

24   information.

54

1  PLEASE ATTACH TO THE DEPOSITION OF WITNESS

2  CASE:  NO. 14-40987-EDK

3  DATE TAKEN:  March 16, 2023

4                         ERRATA SHEET

5  Please refer to Page 53 for Errata Sheet instructions

6  and distribution instructions.

7  PAGE   LINE CHANGE       REASON

8  _____

9  _____

10  _____

11  _____

12  _____

13  _____

14  _____

15          I have read the foregoing transcript of my

16  deposition, and except for any corrections or changes

17  noted above, I hereby subscribe to the transcript as

18  an accurate record of the statements made by me.

19

20          Executed this ___ day of _____, 2023.

21

22                    _____

23                    Benjamin Argueta

24

Telexfree, LLC, et al. vs
Franz Balan

Benjamin Argueta
March 16, 2023

55

C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS
HAMPSHIRE, SS.

I, Genevieve Y.J. Van de Merghel,
Stenographer, hereby certify:

That Benjamin Argueta, the witness whose
testimony is hereinbefore set forth, was duly sworn by
me, pursuant to Mass. R. Civ. P. 27, 29, 30, 30A, and
31, and that such testimony is a true and accurate
record of my stenotype notes taken in the foregoing
matter, to the best of my knowledge, skill, and
ability.

I further certify that I am not related to
any parties to this action by blood or marriage; and
that I am in no way interested in the outcome of this
matter.

IN WITNESS HEREOF, I have hereunto set my
hand this 28th day of March, 2023.

_____
Genevieve Y.J. Van de Merghel
My Commission Expires: 12/16/27

**Exhibits**

**2023-03-16 benjamin argueta Exh1**
3:13 11:3,5,11 14:9

**2023-03-16 benjamin argueta Exh2**
3:14 20:9,11,14

**$**

**$1,400**
9:23

**$1,425**
8:3,7 10:18 12:10
38:5,13 40:16,24
41:8

**$2,850**
40:7,24 41:9

**$200,000**
36:13

**$210,000**
24:10 26:24 33:22
34:12,18 36:11

**$230,000**
26:21

**$300,000**
29:16

**$317,000**
29:20 30:9

**$339**
10:11,20

**$4**
24:13,20 33:12,13

**$40,000**
23:20 31:15

**$400,000**
34:2,6

**$49.90**
14:1,11

**$5**
33:16

**$7**
34:23,24

**$70,000**
30:21 31:1,8

**$80,000**
23:21

**$80,000-plus**
24:2

**$900,000**
22:17,19

**$911,303**
21:15

**0**

**02145**
4:24

**1**

**1**
11:3,5,11 14:9
21:14,19

**1,425**
8:3,8

**100**
48:21

**102**
4:19 28:14

**102-104**
28:18

**104**
28:17

**1040**
21:3

**1099**
21:8,9,10,23,24
22:2,4,8,11,13,16,
19,24 23:2 49:6

**14**
4:23 24:24 47:5

**144**
4:11

**2**

**2**
20:9,11,14 32:19

**2,010**
33:4

**200**
35:3

**200-**
26:24 33:22 34:12,
18 36:10

**2013**
6:7 12:12 14:12 21:2
22:6,7 23:2 24:4
29:23 38:3 40:1,15

**210**
33:4

**22**
40:1,15

**24**
5:17 40:7

**27**
12:12 14:11 38:3

**28**
14:12

**2x**
40:24

**3**

**3**
37:16

**34**
47:2

**377**
20:23

**4**

**4-24**
40:6

**4-29-2013**
40:19

**4347196**
11:21

**4347534**
14:10

**6**

**6:05**
52:7

**8**

**800,000-something**
22:21

**9**

**900,000**
22:22

**A**

**ability**
33:24

**access**
42:22

**accident**
40:6

**account**
6:4,14,17 8:2,4,6,8,
19,22,23 9:3,6,10,
16,23 10:17,19
11:24 12:6,8,9,10,
13,21,22 13:11,20
14:4,11,13 15:3,5,8,
16,18,22,23 16:6,11,
14,17,21 17:2,4,10
18:1,8 19:10,16,18,
20,21 26:8,16 29:14
30:20 32:1,4,8 34:21
39:9,14 41:6 42:10,
23 44:19 45:2 50:2,
5,23

**accounting**
27:9

**accounts**
7:5,16,17,19,21,24
8:13,14 9:1,11,12,13
10:1,2,4,5,6,9,10,15
13:24 14:22 15:9,19
16:1,2,5,19 18:21,22
19:2 20:6 21:13
25:18,22 26:2,23
27:6,10 30:18 33:4,
5,6,7,9 34:4,15 35:2,
3,4,5,8,12,18 36:11
39:17 44:12,20 45:7
46:8 47:13,22 50:20,
21 51:5

**accurate**
12:13 14:13

**activities**
26:10

**actual**
24:7

**Adcentral**
8:6 10:10,18,19

**add**
25:5

**added**
20:19

**address**
4:19,22 25:5 28:13,
18,19,20 33:1,3
42:10,13,18,19 43:2,
5 49:5

**addresses**
28:15 33:1

**ads**
7:9 26:11,13

Case 16-04006    Doc 472-3    Filed 10/02/23    Entered 10/02/23 23:42:46    Desc Exhibit
C    Page 59 of 66

Telexfree, LLC, et al. vs
Franz Balan

Benjamin Argueta
March 16, 2023

**afternoon**
23:8 27:17,19
**ahead**
35:14
**Alexandra**
4:14
**amended**
24:7
**Amilcar**
6:12,13,20,24 13:6
19:2 37:6,20 38:12
50:9
**amount**
10:24 21:15 22:10,
15,23 23:18,24
26:17 29:15 35:10
36:4,12,17,18
**amounts**
45:14
**annual**
27:9
**apologize**
32:14 37:4 41:19
**Apparently**
10:22
**apply**
23:17 24:19
**approximate**
27:5
**approximately**
23:19,21 24:1,12
26:21 30:21 31:1,16
**April**
40:1,7,15
**Argueta**
4:7,14,18 11:7 12:4
20:13 23:8 27:17
31:23 32:18 37:19
44:7,9,14,18 45:18
47:19 50:19 51:17
**arrive**
16:20
**Arturo**
43:12
**assistants**
43:9
**assisted**
25:17
**assume**
5:8
**attention**
20:22

**attorney**
5:21 20:19 22:8
**attorney-**
24:5
**attorneys**
4:15
**Avenue**
4:23 24:24 47:2,5

———————

**B**

**back**
7:14,15 9:1 11:12
13:4 14:8 25:16
26:3,5 27:23 37:3,5
40:5,22 42:15 45:13
48:2
**backing**
7:4
**bank**
8:18,19,24 9:9 15:3,
7 16:5,6,13 17:5
19:9,15,20,21 20:1
23:16 26:7 29:13
30:19 31:5 32:7
34:4,20 39:9,14 45:7
**bankruptcy**
26:20
**BARGUETA00373**
20:10
**Basically**
10:7
**basis**
26:14 27:9
**Bates**
20:10
**beginning**
10:12 50:22
**behalf**
26:10
**belief**
29:21 30:24
**believed**
26:20
**belonged**
35:18
**belongs**
13:6
**Benjamin**
4:7,18 12:3 49:13
**benjamin_gauchao@
yahoo.com**
32:24

**benjamin_gauchao@
yahoo.com.**
42:9
**big**
10:13,14,17 50:21,
23,24
**bigger**
8:14 11:18 32:14
**bills**
25:10
**bit**
25:16
**Blanca**
44:7
**bonus**
12:16
**borrowed**
20:2
**bottom**
20:16,20
**bought**
10:5,13,15 16:9,10
17:3 18:9 31:4 39:1
45:16
**Brazilian**
28:7
**break**
8:11
**bring**
29:2
**Broadway**
4:19 28:14,17 47:23
48:3,7
**brother-in-**
15:5 29:16
**brother-in-law**
14:21 15:10 29:9,19
43:24 44:3
**brother-in-law's**
15:17
**brought**
6:9 15:11 16:9 27:3
**bunch**
35:2
**business**
21:5
**businesses**
30:7
**buy**
18:6,16,21,22 25:7,8
30:18,19 31:6,14,24
34:9 35:22 36:16

39:2 45:4,11
**buying**
36:4,13

———————

**C**

**calculation**
35:20
**car**
25:8
**card**
6:19,20 7:1 8:18
13:1,2,11,14,15,16,
17 19:15 26:6 37:22,
24 38:12,17,21 39:4,
8
**Carlos**
47:19
**case**
5:2 17:17 24:8 38:19
**cash**
7:14 9:2,7 13:1,10
15:2,6,11,13 16:3,6,
8,9 17:3 18:6,15
19:5 26:6,7 29:11,
16,20 30:10,16,21
31:2,8,16,24 32:5,7
33:16 37:21,23
38:13,18 39:8,14
44:8,14 45:8
**Casiano**
43:18
**Castro**
16:23 18:5 47:15
**Celio**
31:12,15
**charge**
7:1
**check**
15:2
**children**
47:10,12
**church**
30:3,6
**circle**
25:15
**claim**
24:15,17,19
**clarification**
51:14
**class**
27:20

Case 16-04006  Doc 472-3  Filed 10/02/23  Entered 10/02/23 23:42:46  Desc Exhibit
C  Page 60 of 66

Telexfree, LLC, et al. vs
Franz Balan

Benjamin Argueta
March 16, 2023

**cleaning**
25:13
**clear**
31:7 38:10 41:19
**client**
24:6
**close**
48:6
**closed**
40:6
**collect**
29:11 44:8 47:16
**collected**
44:14
**colloquy**
4:6
**column**
11:19
**combination**
21:20
**combine**
21:24
**combined**
21:17 22:13
**commercials**
9:21 10:2
**company**
10:8 21:7 41:17,18
45:3
**comparable**
36:12
**complaint**
24:7,9,11,23
**computer**
44:13 46:3,5,13,15,
16,17,23 50:1,10
**Concepcion**
45:20
**concerned**
13:14
**Conchi**
45:18
**concluded**
52:7
**confirm**
10:17 24:24 38:19
**connected**
34:15
**connection**
27:21 28:20 29:12
30:16 33:2,13,17
35:20 36:3 45:8 46:5

**Conseros**
48:14,18
**consistent**
48:21
**continue**
25:2
**continued**
35:5
**cooking**
25:13
**copy**
39:15 52:3
**corner**
20:20
**correct**
6:1,21 7:14,19 9:7
10:21 12:5,7 13:7,
11,17 14:23 15:13,
14,18 16:3,11 18:8
20:6 22:20,24 25:19,
20,23 26:9,11,12,21
29:22 31:9 36:20
40:11 41:10 44:15
45:6 51:9
**correction**
51:14
**correctly**
11:16 14:24 49:4,9
50:22 51:4
**cost**
6:16 8:2,3,7 9:23
10:10,20,23
**costs**
10:18
**Counsel**
11:3 50:14
**count**
36:7,8
**counting**
35:21
**couple**
7:16 43:11
**cousin**
47:20
**created**
42:19 46:8
**credit**
6:19,20,24 7:1 8:18,
24 9:24 13:1,2,10,
13,15,16,17 19:5,15
26:6 34:21,23 37:22,
24 38:12,17,21 39:4,

7,17 44:20
**creditar**
40:24
**Credito**
40:23
**credits**
7:6,10,13,18,20,21,
24 8:3,8,21 9:13
10:16 14:12,22 15:1,
12,15,17,22,23 16:3,
9,10,20 17:2,3,6,24
18:7,9,14,16,17,19,
23 19:22 20:5 21:12
25:16,22 26:3 27:5
30:19 31:14,24 32:1,
3,4,9 34:2,4,7,24
35:7,12,22 36:5,8,
14,16,22,24 45:1,4
51:6,7,8
**Cuisine**
28:7
**current**
4:20,22

———————

**D**

**daily**
26:11,14
**data**
11:11 37:11,16 38:3
**database**
11:12 13:6 18:12
34:7 42:13 43:2
**date**
24:3 40:18
**dated**
40:15
**dates**
39:23
**day**
25:10 38:7,12,14,18,
24 39:5,7
**de**
40:24
**dealt**
10:3,9 39:11,12
**December**
14:12
**delivered**
32:1
**delivery**
52:6

**Delmy**
17:20 44:7,9,14,18
46:19
**depending**
26:16 50:1
**deposed**
5:2
**deposit**
9:9 15:3,7 16:5,13
19:21 32:7 39:15
44:19
**deposited**
15:16 19:9 26:7
34:20 39:9,14 41:4
44:21
**deposition**
5:19,22 52:7
**Diaz**
17:13 18:6
**difficult**
20:16
**difficulties**
14:6
**direct**
20:22 38:4
**directly**
6:20,24 7:3 8:17 9:9
11:12 13:13,19,22
15:2 19:14,15,18
20:5 29:13 33:20
37:21 38:4 39:11
43:7 45:2 51:6
**discussed**
17:11 18:15
**discussing**
13:5
**dishes**
25:14
**document**
11:2,10 20:9,18
39:20
**dollar**
21:11
**Dorothy**
17:8 18:5
**driver's**
4:9
**duly**
4:10

**E**

**earlier**
23:12 26:19 41:12
42:9 50:19 51:17
**earn**
7:6,8,9,10
**Edgar**
17:13,15 18:5
**education**
50:2
**electronic**
52:6
**else's**
8:22 42:12
**email**
33:1,3 42:8,10,13,
16,18,19 43:2,5,6
**emailed**
11:3
**employee**
39:12
**end**
10:5,7,14 23:24 24:4
41:8 42:4 51:12
**enter**
49:2
**entered**
47:5
**entire**
23:21
**entirety**
26:1
**entry**
40:7,22
**equity**
33:11
**established**
25:17
**estimate**
35:6
**estimation**
36:2
**evening**
4:14
**Evora**
17:21
**EXAMINATION**
4:12 23:6 27:15
50:17 51:15
**examples**

**Excel**
37:10
**excess**
29:16 33:12
**exchange**
16:3
**excluding**
11:20
**Executive**
4:10
**exhibit**
11:3,5,11 14:9 16:22
20:9,11,14 37:13,14,
15,16 39:22 40:19
**explain**
21:21 33:24 42:14
44:16
**explanation**
43:3
**exported**
11:12,13

**F**

**factor**
36:18
**faithfully**
4:4
**familiar**
31:13,17 43:14
**family**
8:6 10:18 25:18
29:4,5 34:9 37:1
43:14,22 45:17
46:12 47:8
**fast**
48:24 49:1
**favor**
40:24
**February**
6:5,7 12:12 14:11
38:3
**figure**
34:1,6,22
**filed**
24:9,15 26:20
**final**
27:8
**fine**
12:14
**flip**
22:6

11:13

**follow**
11:4 22:7
**forgotten**
18:2
**form**
19:7 21:2,3,5 39:8
**format**
22:4
**Francisco**
16:23 18:5
**free**
36:22 37:1
**friend**
16:24 17:9 30:15
**friends**
25:18
**full**
4:17 45:20
**functions**
21:6
**fund**
21:12
**funds**
9:10 15:4,8 16:20
17:18 31:5 41:15

**G**

**Garcia**
43:20
**Gauchao**
28:7
**gave**
4:19 7:1 13:17
15:11,12,15 16:8
17:18 18:6 21:12
31:24 32:5 38:12
41:4 51:5,7
**generally**
26:13
**generate**
35:5
**generated**
7:20 11:24 12:12
14:10 41:23
**give**
7:15 8:24 9:14,24
15:8 17:3,6 18:15
19:22 30:16 31:15
32:8 39:16 44:18,20,
24
**glass**
32:16

**Good**
4:14 23:8 27:17,19
**greater**
33:11
**guys**
37:9

**H**

**Hackett**
48:12
**Hacketts**
48:10
**half**
30:9
**hand**
31:8 33:16
**hard**
9:20 19:12 25:9
41:14
**heck**
35:16
**helped**
51:4
**helping**
5:18
**HERRERO**
4:3
**highlighted**
38:6 40:10,13,23
**highlighting**
33:10
**honest**
35:13
**house**
25:5,7 45:17 46:22
**houses**
48:3

**I**

**identification**
11:6 20:12 37:17
**identified**
4:8
**Illinois**
4:23 24:24 47:5
**Ilyas**
27:17
**Impossible**
27:7
**include**
36:4

**Income**
  21:14
**incorrect**
  29:20 31:2 47:2
**individuals**
  26:1 27:3 51:8
**information**
  13:21 39:24 46:14
  47:1 48:20 49:2,4,
  10,17 50:11
**inside**
  42:1
**instance**
  13:21 15:10,21 16:7
  17:1 18:24
**instances**
  8:20 18:19 19:17
**instructions**
  5:2
**internet**
  39:16
**interpret all**
  4:5
**interpreter**
  4:3 6:22,23 8:9,15,
  16 11:17 14:15
  19:11 32:15 34:11
  48:15,16 50:14
**interrupt**
  50:15
**invest**
  10:8 18:22 23:21
**invested**
  5:24 23:23,24 24:2
**invoice**
  8:21 11:20,21,24
  12:9 14:9,10 15:17
  16:10 17:2,7,19
  18:8,13 19:1 51:9
**invoices**
  11:5 14:19
**involved**
  16:18 28:24 43:8,22
  46:12 47:11,21
**involving**
  40:14

_____

                **J**
_____

**JESSE**
  4:3
**job**
  4:21 22:14 30:6

**joined**
  21:7 30:18
**Jonathan**
  5:15
**Juan**
  47:19

_____

                **K**
_____

**Karen**
  30:12,22,24 31:8
**keeping**
  41:9
**knowledge**
  27:1,4

_____

                **L**
_____

**law**
  15:6 29:17 47:17
**learn**
  50:3
**lend**
  41:18
**length**
  37:18
**level**
  50:1
**license**
  4:9
**limit**
  38:21
**Linda**
  48:12
**lines**
  14:18 16:22
**listed**
  22:11,19,23 24:12
**live**
  25:2,5 46:20 47:8,23
  48:1,3
**lived**
  24:24 47:2,3,4,6
  48:2,5,6,7 49:23
**lives**
  45:22 48:1
**loan**
  10:8,15 23:13,15,18,
  20
**loaned**
  43:6
**loans**
  20:2 23:16 41:11,12,

  16,17,20 42:7
**login**
  12:1,16,17,20 14:3
  32:21,23 40:24
**long**
  8:11 10:4 12:19
  19:9,16 22:12 37:4
  39:2,6 40:2
**looked**
  39:22
**Lopez**
  6:12,13,21,24 7:1
  13:7,17,19,20,22
  19:2 37:6,20 38:13
  50:9
**lopeza**
  12:18,20 13:5
**loss**
  36:9
**lost**
  20:2 24:10,16 26:23
  33:14 35:20 36:3,10,
  19
**lot**
  15:21 20:2 26:23
  33:6,7,8 35:16 51:2
**Luis**
  14:19 16:7 18:4
  29:8,23 34:19 40:1,
  14 41:4 44:3

_____

                **M**
_____

**made**
  21:9,18,20 24:14,20
  25:6 31:4 33:14 39:5
  45:14
**magnifying**
  32:16
**make**
  11:15,17 18:4 24:21
  31:7 32:14 41:21
  48:24 51:3
**makes**
  44:13
**making**
  21:24
**managed**
  46:8
**manual**
  40:23
**March**
  6:6,7

**Maritza**
  45:24
**mark**
  11:2 20:9 37:12,14
**marked**
  11:6,11 20:11,13,23
  37:17
**marketing**
  7:7 50:4
**Marta**
  43:16
**Martinez**
  17:21
**Massachusetts**
  4:9,23 30:4,5
**Matamoros**
  43:16
**mayasol**
  12:1,2 14:3,11 32:21
  34:5
**Mead**
  23:7 27:12 37:8
  51:12
**meaning**
  31:24 32:4 38:4 43:8
**meet**
  26:17
**member**
  9:18 19:1 43:15
**members**
  25:19 43:9 46:12
**memory**
  41:3
**Mendez**
  43:13
**mentioned**
  23:12 27:24 29:8
**message**
  49:8
**million**
  24:13,20 33:12,13,
  16 34:23,24
**Minnesota**
  47:2
**minute**
  34:11
**missing**
  49:10
**mistake**
  48:24
**Mm-hmm**
  12:2

moment
42:18

money
7:8,10,15 9:9,15
12:21 15:3,6,7 16:6,
14 19:7,9,14,21
20:1,2,5 21:9,20,22,
24 24:16,21 25:6
26:23 29:11 33:8,19,
21 34:8,10,12,14,18,
20 35:10,16,17,20,
21 36:2,4,8,10,13
38:22 39:9,10 41:4,
18,20,23 42:1,2,4,5
44:10,18,19,21 45:3,
11,14,15 47:16 51:5,
7

monthly
27:9

Morales
14:19,20 16:8 18:5
29:8,23 30:12,22
31:1,8 40:1,14 41:4
44:3,7

mother-in-
47:16

mother-in-law
47:9,10,12

move
14:15 31:20

moved
48:9

Moving
41:11

## N

named
45:24

names
43:1,11 44:2

needed
49:2

net
24:12 33:10

nice
25:8

normal
52:6

Notary
4:4

note
12:15

number
11:20 14:10 19:21,
22 20:10,20 21:15
31:1 32:19 33:11,12
34:17 37:15 49:5,24

## O

Objection
50:8

occasion
31:24 49:12

occurred
32:6

offer
36:21,24

Oliveira
31:12,15

open
6:13 7:18,21,24 8:4,
8,21 9:1,11,13,15,24
15:5,23,24 16:5,14
17:24 29:13 35:4
39:17 41:6 44:11,20
45:7 50:5 51:5

opened
6:3 7:16 9:5,12 16:2,
4,20 17:10 21:13
36:11 50:2,21

opening
12:10,20 13:11
16:16 25:17 50:20,
23

order
4:10 9:15 15:5 25:21
44:16 49:1,6 52:4

owed
26:20,22

owned
29:5

## P

p.m.
52:7

paid
6:19,20,24 7:3 9:21
12:16,17,20,22,24
13:3,10,12,13,14,16,
20 14:11,12,22
15:17 17:2,24 18:13
19:1,14 20:4 21:11
26:3,5 29:20 31:1

34:7 35:6 37:20,21
38:11 39:3,7,8,10
40:18 41:20,22,24
44:22

Papas
4:13,15 6:22 11:1,17
14:7,15 20:8 23:3
37:8,12 48:17 50:7,
18 51:11

part
36:8

partnered
28:11

pastor
30:3,6

pay
8:3,17,19,21,23 9:6
13:18,19,22 15:1,6,
9,23 16:10 17:3,7,18
18:7,16 19:16,18
25:10 26:15 30:8
38:17,18 41:12,14,
16 42:2 51:8

paying
9:3 10:6 15:24 25:5

payment
38:4,13 39:5

payoffs
41:21

people
7:22 8:1,17 10:1
16:13 25:18 27:20
28:23 29:2 33:16,23
34:3,13,24 35:7,11,
22 36:5,14,16,21,24
39:18 44:2,24 45:8
47:6 49:16,22 51:4

people's
34:14 43:1

percent
48:21

performed
21:6

person
9:22 18:10 31:6,19
42:16,17,19,22 43:5,
6

personal
27:1,4,10

phone
14:1 49:4

phonetic

48:14

plan
14:1

point
10:20 45:13

por
40:23

post
9:21 10:2 26:13

posting
7:9

Practically
29:4

pretty
23:10

previous
8:10 40:19

primary
26:10

priority
52:5

privilege
24:6

production
4:8

profit
30:21 33:12

program
6:1

promotions
7:7

Propay
38:1,5

properties
45:11

property
25:3

Public
4:4

purchase
51:6

purchased
25:8 31:18 34:1 51:7

purchasing
25:22

Pursuant
4:10

put
22:5,12 33:19 44:2
49:4

Telexfree, LLC, et al. vs
Franz Balan

Case 16-04006    Doc 472-3    Filed 10/02/23    Entered 10/02/23 23:42:46    Desc Exhibit
C    Page 64 of 66

Benjamil Argueta
March 16, 2023

**Q**

**question**
5:6 6:23 8:5 9:20
21:16 22:15 24:18
27:8,13 32:17 33:15
35:24 36:1 38:9
41:19 43:1 46:10,11
51:13

**questions**
4:5 5:4 23:4,11
27:23 39:19 50:16
51:3,11

**R**

**raise**
30:9

**Raquel**
17:20

**reason**
42:16 43:4

**reasons**
49:20

**recall**
23:18 24:1,6,11,23
26:5 33:5,7,19 34:23
48:2

**receive**
10:2 24:16 27:8
28:10 29:15 31:19
49:6

**received**
21:8,17 22:3,13,14
34:4 35:11 44:21
45:8,12

**receiving**
34:24

**recognize**
12:17

**recollection**
22:10 26:3

**record**
31:7 38:10

**records**
22:2

**recruited**
49:16

**recuperate**
24:10

**referring**
11:19,20 14:9,18

19:19 21:14

**regard**
25:11

**regular**
52:5

**reimburse**
6:16 9:2 12:22 19:2,
4

**reimbursed**
19:6

**reinvested**
21:12 33:8

**relative**
45:24

**remember**
6:3,5,9,18 7:2,5 9:22
10:22 12:19,24
13:12 14:24 17:22,
23 18:10 19:8,10,14,
24 22:15,21 24:3,9
26:4 28:22 34:3
35:1,9,13 37:22,23
38:1,7,20,23 39:1,6,
11,13,24 40:2 42:15
43:12,17 48:5 49:1,
3,8,15,21 50:12,23,
24

**rent**
25:6

**repeat**
6:22 8:5 19:12 21:16
35:23 46:10 48:15

**rephrase**
5:5

**report**
23:2

**represent**
11:10 27:20 37:11

**required**
26:15

**residence**
4:20

**residential**
4:22

**response**
24:17

**restaurant**
22:1,14 25:10,11
28:4,5,6,8,11,13,15,
24 29:5 42:3,6 48:4

**result**
41:7

**return**
35:11

**returns**
20:11,19 21:2

**review**
24:22

**reviewed**
24:11

**reviewing**
24:6

**Rodrigues**
51:19

**role**
25:11

**Rona**
27:16,18 32:10,13
37:8,14 50:16 51:13,
16,23 52:2,4

**room**
5:12,14

**Rosa**
47:15

**row**
11:20,21 32:18

**rows**
39:24

**S**

**Sandra**
43:18

**Sandrelay**
48:14,18 51:18,19

**saved**
18:20

**Schedule**
21:3

**screen**
11:2,7 20:9 31:22
32:11 39:20

**Security**
49:5,24

**sell**
32:3

**send**
15:4 49:6

**sense**
16:17

**separate**
20:3 38:13

**series**
5:4

**set**
5:1 26:2 51:12

**share**
11:1 20:8 31:22
32:11 37:9 46:17,18

**sharing**
39:21

**show**
28:16 34:14 39:22
43:1

**showed**
45:14

**shows**
12:9 14:3 17:1,24
18:13

**simply**
39:3

**single**
10:10,19 21:11

**sister**
28:12 43:24 44:1
46:19

**sisters**
44:6

**sitting**
50:10

**situation**
18:14

**slow**
8:16

**small**
10:3,9,13,19 32:13
36:17 45:17 50:21

**smaller**
8:14

**Social**
49:5,23

**someplace**
30:1 48:1

**Somerville**
4:20,23 25:1 47:23

**son**
5:15,16

**sons**
47:8

**Sorto**
17:8 18:5

**sounds**
31:13,17 43:14

**source**
41:15

**span**
30:8
**spend**
36:12,13
**spent**
36:4,7
**spouse**
46:9 47:7
**spreadsheet**
11:5 37:10,16
**start**
25:22
**started**
10:12
**state**
4:17
**STENOGRAPHER**
52:2
**stop**
39:21
**stopped**
24:20
**Street**
4:19 47:23
**strike**
27:2
**submit**
7:13 21:5
**submitted**
20:18 21:3
**suggesting**
34:1
**suing**
27:21
**supposed**
41:22 49:6
**Supposedly**
41:22 42:11
**switch**
40:4
**sworn**
4:4,10
**system**
44:13

**T**

**table**
20:4
**taking**
37:4
**talk**

5:21 8:11
**talked**
41:12
**tax**
20:11,19 21:2
**taxes**
21:9
**team**
43:9
**technical**
14:6
**Telex**
6:4 9:18,19 12:15
13:5 16:9 18:7 22:3
24:2
**Telexfree**
4:16 5:24 6:9,14 7:3,
6,10,14 8:7,17,19,23
9:10 11:12 13:13,19
15:1,7,8,12,15 16:14
18:12 19:1,10,18
20:5 21:6,17,20,22
22:19,24 23:22 24:7
25:16,23 26:8,11,20
27:4,10,21 28:21,24
29:3,12 30:17 32:8
33:2,5,13,17,20
34:2,6 35:21 36:3,11
37:11,16,21 38:5,11
39:4,10 41:5,23,24
42:5,13 43:2,8,23
44:11,19,22 45:2,4,
9,12 46:2,6,13
47:11,21 48:21
49:16 51:6,7
**telexfreeben@gmail.com**
42:20
**terms**
35:19 36:2
**testified**
4:11 16:8 24:15
26:19 41:3 50:20
**testimony**
4:5 13:9 21:19 23:12
31:3 36:17 44:14
**thing**
8:10 9:14 10:3 25:7
35:15,16 44:17
45:16 49:3
**things**
25:8 27:24 38:14,24

**thought**
16:7
**time**
8:13 9:4 10:4 12:19
14:24 19:9,16 22:1,
12 24:24 26:19 27:6,
13 31:4,12 37:4
39:2,6 40:2 48:7
**times**
45:1
**title**
11:21
**today**
52:3
**today's**
5:22 52:5
**told**
8:10 21:7
**top**
20:24
**total**
33:10 35:6
**transaction**
31:5 37:5,19 49:18
**transactions**
30:22 40:14 41:8
**transcripts**
52:3,5
**transfer**
35:3,17 36:22,24
**transferred**
32:4 35:7
**transferring**
35:12
**transfers**
34:23
**trustee**
4:15 27:21 30:24
**trustees**
29:19
**truthfully**
5:9
**turn**
15:12
**type**
46:13 49:1,17,23
**typed**
47:1 49:9,13 50:11
**typically**
18:14
**typing**
48:20,23

**U**

**understand**
5:4,10,24 7:9 9:2,5
11:16 12:6 13:3,9
16:2,16 18:4,12
19:6,13,23 20:3
21:19 23:3 50:22
51:4
**understanding**
8:6 30:10 34:16
**understood**
5:9 38:9

**V**

**Vas**
48:14,18
**Velma**
43:20

**W**

**W-2**
22:13 28:10
**wait**
34:11
**waiving**
24:5
**walk**
11:15
**wanted**
15:24 16:4 26:16
34:9
**Washing**
25:14
**weekly**
26:14 27:9
**wife**
43:24 45:19 46:16
47:8
**winner**
24:12
**words**
15:5
**work**
21:18,21 28:1,3,21
29:23 43:7
**worked**
9:19 25:9 39:18
44:17
**working**
22:1 28:23 46:2

Case 16-04006   Doc 472-3   Filed 10/02/23   Entered 10/02/23 23:42:46   Desc Exhibit
C   Page 66 of 66
Telexfree, LLC, et al. vs
Franz Balan

Benjamin Argueta
March 16, 2023

**worried**
48:17
**wrap**
44:16
**wrong**
26:9
**wrote**
48:22

───────────
**Y**
───────────
**year**
10:5,7,14 21:10 30:9
**years**
18:11
**yellow**
38:6 40:10,13,23
**York**
23:16 41:17

───────────
**Z**
───────────
**zoom**
11:8 20:23