# Exhibit D.

# In the Matter of:

## *Telexfree, LLC, et al. vs*

## *Franz Balan*

---

## *Selvi Vanessa Lewis Reynaga*

## *February 22, 2023*

---

*68 Commercial Wharf • Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*Magnals.com*



```
 1              UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF MASSACHUSETTS
 2

 3  In Re TELEXFREE, LLC, et al.,        )
                  Debtor,                )
 4                                       )
    ---------------------------          )
 5                                       )
    STEPHEN B. DARR, TRUSTEE OF THE      ) Case no.
 6  ESTATES OF TELEXFREE LLC, et         ) 14-40987-EDK
    al.,                                 )
 7                  Plaintiff,           ) Chapter 11
                                         )
 8  v.                                   ) Adv. Proc. No.
                                         ) 16-4006
 9  FRANZ BALAN, A REPRESENTATIVE OF     )
    A CLASS OF DEFENDANT NET             )
10  WINNERS,                             )
                    Defendant.           )
11

12

13       DEPOSITION OF SELVI VANESSA LEWIS REYNAGA
                 Appearing remotely from
14            735 Bellows Way, Apartment 104
                 Newport News, Virginia
15                 February 22, 2023
                 Commencing at 11:00 a.m.
16

17

18     Reported by:  Genevieve Y.J. Van de Merghel
               Notary Public and Stenographer
19                Appearing remotely from
                Hampshire County, Massachusetts
20

21

22       O'Brien & Levine Court Reporting Solutions
23               68 Commercial Wharf
             Boston, Massachusetts  02110
24                  617-399-0130
```

2

1            A P P E A R A N C E S

2

3   ALEXANDRA M. PAPAS, ESQUIRE
    Murphy & King, PC
4   28 State Street, Suite 3101
    Boston, Massachusetts 02109
5   617-423-0400
    apapas@murphyking.com
6            Counsel for the Plaintiff
             (Appearing remotely)
7

8   ILYAS J. RONA, ESQUIRE
    MICHAEL J. DURAN, ESQUIRE
9   LEA KRAEMER, ESQUIRE
    Milligan Rona Duran & King LLC
10  28 State Street, Suite 802
    Boston, Massachusetts 02109
11  617-395-9570
    ijr@mrdklaw.com
12  mjd@mrdklaw.com
    lk@mrdklaw.com
13           Counsel for the Defendant
             (Appearing remotely)
14

15

16

17

18

19

20

21

22

23

24

3

```
 1                    I N D E X

 2

 3  WITNESS                              EXAMINATION

 4  SELVI VANESSA LEWIS REYNAGA
         BY MS. PAPAS . . . . . . . . . . . . . . . .   4
 5       BY MR. RONA . . . . . . . . . . . . . . . . 16

 6

 7

 8                  E X H I B I T S

 9

10              (No exhibits marked.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

4

 1              P R O C E E D I N G S

 2

 3              Counsel present agree to conducting today's
   deposition remotely via videoconference.

 4

 5              SELVI VANESSA LEWIS REYNAGA, having

 6              first been identified by the production

 7              of her Virginia driver's license and

 8              duly sworn Pursuant to Executive Order

 9              144, testified as follows:

10                         EXAMINATION

11  BY MS. PAPAS:

12    Q.    Hello.  Thank you for coming in today.  Could

13  you just state your full name for the record?

14    A.    Yes.  It's Selvi Vanessa Lewis Reynaga.

15    Q.    I am not sure if you have been deposed before,

16  but I just want to go through a couple sets of

17  instructions.  So the way this will go is I am going

18  to ask you a series of questions.  If, at any point,

19  you do not understand the question, just tell me that

20  you do not understand and I will try to rephrase it in

21  a way that you do understand.  If you do answer the

22  question, I will assume that you understood the

23  question and that you have answered truthfully.  Do

24  you understand those instructions?

5

1    A.    Yes.

2    Q.    And the next thing I am going to ask is that you

3    just please say "yes" or "no," as you did, instead of

4    shaking your head for the court reporter to actually

5    write it down.  Can you do that?

6    A.    Yes.

7    Q.    And do you want an opportunity to review the

8    written transcript of everything that is said today to

9    make sure that it is accurate?

10   A.    Yeah.  Yes.

11   Q.    So in that event, we will send you the

12   transcript once we receive it from the court reporter,

13   and you will have 14 days to review it and sign under

14   oath that it's accurate or identify errors and send

15   those back.  Can you do that?

16   A.    Yes.

17   Q.    Just a few more preliminary questions.  Is there

18   anyone in the room with you today?

19   A.    My younger son, who is 4 years old -- 5.

20   Q.    Okay.

21   A.    And my husband, but he is going to be leaving

22   shortly.

23   Q.    Is your husband planning on listening in or

24   doing anything involved with the deposition?

6

1   A.   No.  I mean, he is not really even going to be
2  in the room, but he is in the house so he might have
3  to come through.  It's an apartment, so it's kind of
4  hard to, like, not to come through when he has got to
5  go from one room to the other.  But no, he won't be
6  listening like that.
7   Q.   Did you talk to anyone about this deposition for
8  today?
9   A.   Just my husband knows about it, and the kids
10  might of heard something, but I don't think they
11  really understand.
12   Q.   When you talked to your husband about it, was
13  that mostly for scheduling purposes or actual
14  information about TelexFree?
15   A.   Scheduling.  Just, like, telling him that it was
16  for today and to help me -- remind me.
17   Q.   Thank you.  I understand.  So I understand that
18  you invested in the TelexFree program.  Is that
19  correct?
20   A.   Yes.
21   Q.   And you submitted a claim for the amount you
22  lost.  Is that correct?
23   A.   Yes.
24   Q.   Do you remember the amount of that claim?

7

1    A.    I was trying to look through my emails.  It
2  looked like, I think, $6,225 or something in those
3  amounts.
4    Q.    Okay.
5    A.    The original claim, I think.
6    Q.    Yeah.  Our records show $6,042.  Does that sound
7  accurate?
8    A.    Yeah, yeah.
9    Q.    And when you submitted that claim, you declared
10  everything in the claim was true and correct.
11    A.    Yes.
12    Q.    Is that accurate?
13    A.    Yes.
14    Q.    And do you recall how many accounts you had with
15  TelexFree?
16    A.    I think there were five accounts.  But things
17  get fuzzy, because there's also, like, the cards.  You
18  know how you had to buy the TelexFree cards because
19  that wasn't part of it?  And then just trying to
20  separate those two things from the account and the
21  cards that go with it, it gets fuzzy.  But yeah, I
22  think it was five, those five accounts that I had.
23    Q.    And by five accounts, are those the type of
24  accounts where you could earn credits?

Telexfree, LLC, et al. vs
Franz Balan

Selvi Vanessa Lewis Reynaga
February 22, 2023

8

1    A.    Yeah, I think so.  It's been, like, 10 years,
2   almost.  Right?  Nine years.  Okay.  Yeah, I think.
3    Q.    So just to confirm.  There was two types of --
4   one wasn't really an account.  You had a calling
5   card --
6    A.    Yes.
7    Q.    -- with a number.  Did that cost around $49.90?
8   Does that sound accurate?
9    A.    Yeah.  It does sound like that, and then I had
10   to buy, like, 10 of those.  So yeah, those were not
11   the actual accounts.
12    Q.    I understand.  And then the other account is an
13   account that -- does an amount of $1,420 sound about
14   right to open an account?
15    A.    Yeah.  I was thinking, actually, in my mind it's
16   $1,125 but if it's 120, that's probably it, and I was
17   just adding a little more to it in my mind.
18    Q.    Okay.  Just to clarify.  It's $1,420.  Does that
19   sound correct?
20    A.    Yes.
21    Q.    And on those accounts -- that's the one where
22   you could probably earn credits by posting ads.  Does
23   that sound correct?
24    A.    Yeah.

Telexfree, LLC, et al. vs                                          Selvi Vanessa Lewis Reynaga
Franz Balan                                                                  February 22, 2023

9

1  Q.   So once you had those credits, you could use

2  them to get cash or buy other accounts.  Is that

3  correct?

4  A.   Yeah.  And you had to create, like, an eWallet

5  or something like that, where they would send you the

6  money, I believe.

7  Q.   For the eWallet, did you deposit credits into it

8  and then they sent you money?

9  A.   I wasn't able to get that far.  I had just

10  started, so before anything was ever deposited into my

11  eWallet, it had stopped, you know.  So I never did

12  anything with eWallet.

13  Q.   I understand.  So you were told about eWallet,

14  but you never actually used it.  Is that correct?

15  A.   Yeah.  I never used it.

16  Q.   And so I think you said that you could use

17  credits to buy accounts.  Correct?

18  A.   I think so.  I just -- I don't think I ever got

19  that far.  So I just opened my five accounts.  I

20  didn't even get anything.  I think I was, like, one

21  month into it, so I didn't even get anything on the

22  eWallet, any money back ever.  And so, like, I don't

23  even think I got as far as trying to buy more accounts

24  through the eWallet and all that stuff.

Telexfree, LLC, et al. vs
Franz Balan

Selvi Vanessa Lewis Reynaga
February 22, 2023

10

1    Q.   I understand.  Did anyone else ever buy accounts
2  for you with their credits?
3    A.   Not that I know.  Like, not that I remember.
4  No, I am the one who sent in my money and did the
5  thing.  Yeah.
6    Q.   Do you know who opened or helped you open the
7  first account?
8    A.   Well, the way that I got in through the
9  TelexFree was through Francisco Silva.  He is the one
10 who told us about it, me and my husband, when I opened
11 the accounts.  So I don't know.  I think it was a type
12 of umbrella-type thing.  Right?  So I am probably
13 under him, I would assume.
14   Q.   I understand.  So when he opened those accounts,
15 did you give him money for the accounts?
16   A.   I think so.  I don't remember well.
17   Q.   Okay.  Do you know if he had anyone working with
18 him that helped you to open those initial accounts?
19   A.   No.  All I have is him.  Yeah.
20   Q.   Does the name Rosana Leslie sound familiar?
21   A.   No, no.
22   Q.   So to the best of your knowledge, when you first
23 got involved, Francisco Silva helped you to set up
24 those accounts?

1    A.    Mm-hmm.

2    Q.    Is that correct?

3    A.    Yes.

4    Q.    Okay.  Did you physically enter the information

5    to set up the account or did he do that?

6    A.    It's been so long.  I mean, I have the account

7    information, so I had to make my own passwords.  So he

8    didn't do that, you know.  So I don't think so.  I

9    think he helped me -- lead me through how the accounts

10   had to be set up, but I don't think he personally set

11   them up for me.

12   Q.    So to the best of your recollection, you

13   probably were at the computer, and he was telling you

14   what to put in.  Does that sound right?

15   A.    Yeah, or that he just -- before preview, he just

16   told me how it was and so I just went on my computer

17   and did it.  Yeah, something like that.

18         He also had YouTubes that I think now he has

19   taken down from YouTube.  But he had YouTube videos of

20   how to create accounts and kind of get through the

21   whole TelexFree for people who didn't know, like me.

22   So I remember I would watch those YouTube videos of

23   him explaining that.

24   Q.    And when you opened that account, I think we

12

1  went over that it cost the $1,425.  I think I might

2  have said 420 before; sorry.  Do you remember how you

3  paid to open that account?

4     A.   So what I remember is while I was in Bolivia --

5  in La Paz, Bolivia.  So I don't think I could have --

6  I knew I wasn't able to make the transfer through

7  Bolivia, so we actually -- this is why it's fuzzy.  I

8  sent the money to my brother-in-law, who has no

9  recollection of TelexFree or anything.  Just sent him

10 the money, I think, through Western Union.  And I

11 think he was able to give it to Francisco to do the

12 transaction part for TelexFree.  That part was kind of

13 fuzzy for me even back then.

14    Q.   Okay.  So I understand that you sent money

15 through Western Union to your brother, who gave it to

16 Francisco in order to have the account set up.  Is

17 that correct?

18    A.   Yes.

19    Q.   Do you remember how much money you would have

20 sent?

21    A.   Well, I remember it was around -- like, it was

22 over $7,000, because I also sent money for 10 -- I

23 think it was 10 of the cards, those calling cards that

24 were $50 each or $49.99, I think you mentioned.  So I

13

1 think it was for five accounts that were $1,425.

2 Right.

3    Q.    Mm-hmm.

4    A.    And then the 10 cards, TelexFree calling cards.

5 So yeah, so I think it added up to -- I know it was

6 more than $7,000.  I don't know the exact amount.

7    Q.    Just to confirm, you sent over $7,000 to your

8 brother to give to Francisco for five TelexFree

9 accounts and 10 phone cards.  Is that correct?

10    A.    Yeah, and it's my brother-in-law.  Yeah,

11 brother-in-law.

12    Q.    What is your brother-in-law's name?

13    A.    His name is Giovanni Bellot.  B-E-L-L-O-T.

14    Q.    And I am assuming that you didn't actually drop

15 over $7,000 cash into an envelope.  Do you remember

16 how you paid for that?

17    A.    I transferred it through Western Union.

18    Q.    So you did a transfer.  Do you have a record of

19 that transfer?

20    A.    I mean, if Western Union has it.  I think that's

21 the only -- I mean, if Western Union was able to get

22 that for me, I think that would be the only record,

23 because I've moved and papers are -- I don't think I

24 would be able to get that.

Telexfree, LLC, et al. vs
Franz Balan

Selvi Vanessa Lewis Reynaga
February 22, 2023

14

1    Q.   Were you in contact with other people who were
2   members of the TelexFree besides Francisco?
3    A.   I am not sure, because if I did it was probably
4   just one time and rarely.  I just remember Francisco
5   because he's the one who told me about it, who told my
6   husband about it, and that he had accounts and that he
7   was working with other people about it.  And so that's
8   why -- and he helped me through the whole situation,
9   because he also had accounts with TelexFree.  So yeah,
10  that's why it's only his name that kind of pops up.
11  But I am sure I probably did speak to other people.  I
12  just don't remember the names.
13   Q.   Okay.  And you testified -- I'm sorry.  You said
14  that you gave Francisco money to set up the account.
15  Each one was $1,425.  Was it your understanding that
16  Francisco was doing this for other people as well, so
17  setting up an account and charging them?
18   A.   I don't know that.  All I do know is that he had
19  shared this information with other people, you know,
20  because that's the TelexFree thing that once you have
21  accounts, you go and share them, you know, with other
22  people who could also work in TelexFree.  Right?  So I
23  assumed he was working with other people and that's
24  why he had YouTube videos of him sharing how to create

1  accounts.  Because it was not that easy.  You had to

2  have a lot of direction.

3      Q.   So when you were talking about sharing

4  information, were you talking about general

5  instructions on how to open an account?

6      A.   Yeah.

7      Q.   Did those instructions include how to direct

8  TelexFree to him in order for him to basically pay or

9  use his credits to open the account for you?

10     A.   I think so.  It's been such a long time, so just

11 that whole system of how to open up the accounts --

12 and since I was just there, like, a month.  A month

13 later, it was gone, so I just don't even know because

14 I never opened accounts for anybody.  I don't remember

15 that very clearly.  All I remember is that I gave -- I

16 sent the money to my brother-in-law, and he got it to

17 Francisco, and then Francisco was able to open up the

18 accounts.  But I think it is something with credits in

19 there.  It's just very fuzzy in my mind.

20     Q.   So when you opened an account, you don't

21 necessarily recall when you got to the payment page

22 what the instructions were to do when you got at that

23 page?

24     A.   Yeah, I don't really remember that, because I

16

1  didn't pay it through, like, my card.  It's just in
2  Bolivia, they don't accept the debit cards.  Even if
3  you have money in your account, it couldn't have been
4  done through that.  So that's why I had to send it
5  through Western Union.  And my brother-in-law didn't
6  do it either.  He was just, you know, the one who gave
7  it over to Francisco.
8     Q.   I understand.  So when you opened an account,
9  you didn't put in any payment information?
10    A.   Yeah.  I don't recollect that, because I didn't.
11         MS. PAPAS:  That's all of my questions.  I
12    will turn it over of to opposing counsel.
13                      EXAMINATION
14 BY MR. RONA:
15    Q.   Good morning, Ms. Lewis.  My name is Ilyas Rona.
16 I represent individuals that the trustee is bringing
17 claims against in connection with TelexFree.  I just
18 want to go back over some of the things that you have
19 talked about.
20         First, what is the name that you go by?  Meaning
21 how do you usually state your name for other people?
22    A.   Oh, so mostly everybody calls me Vanessa, my
23 middle name.  That's what everybody usually calls me.
24 But my first name is Selvi.

Telexfree, LLC, et al. vs                          Selvi Vanessa Lewis Reynaga
Franz Balan                                                  February 22, 2023

17

1   Q.   Selvi is your first name, but you end up using
2   Vanessa maybe more than Selvi?
3   A.   Yeah.  All the time.
4   Q.   Okay.  And then is Lewis a married name?
5   A.   No, it's my father's last name.
6   Q.   And then your other last name, is that your
7   mother's last name?
8   A.   Reynaga.
9   Q.   Do you always use both Lewis and Reynaga or do
10  you sometimes drop off Reynaga?
11  A.   I think at times when it's not required, I don't
12  use the Reynaga.  But in all my legal documents, I
13  always use both of them because that's how it is on my
14  Social Security and that's how it was in my passport
15  and, I think, every legal documents that I have.
16  Q.   Right.  So you have two last names?
17  A.   (No audible response.)
18  Q.   I'm sorry.  Sometimes the audio cuts off.  Your
19  answer?
20  A.   Yes.  Yes.
21  Q.   But for convenience, sometimes you may only use
22  one of them?
23  A.   I usually use both of them.  I think there may
24  have been sometimes where I might have not, but most

18

1    of the time I use both last names.

2       Q.    Do you recall, in TelexFree, creating logins

3    that were Vanessa Lewis?

4       A.    Yeah, probably, so I wouldn't have to put so

5    many names in there.

6       Q.    Right.  So to save time and space, sometimes you

7    just call yourself Vanessa Lewis?

8       A.    Yeah.  Yeah.

9       Q.    Okay.  You might also be called Selvi Lewis

10   Reynaga if someone is trying to not use a middle name.

11   Is that right?

12      A.    Yes.

13      Q.    So there's various combinations that your name

14   could -- how your name could be written.  Is that

15   right?

16      A.    Yeah.

17      Q.    I apologize if you said it, but what is your

18   husband's name?

19      A.    I don't think I said it, so it's okay.  It's

20   Diego Bellot.

21      Q.    Okay.

22      A.    B-E-L-L-O-T.

23      Q.    And he is brothers with Giovanni?

24      A.    Yes.

19

1   Q.    Where is your husband from?  Where was he born?

2   A.    In Maryland.

3   Q.    And at the time you were involved in TelexFree,

4   you were living in Bolivia?

5   A.    Yes, in La Paz.

6   Q.    Were you with your husband at that time?

7   A.    Yes.

8   Q.    Were you both in La Paz at that time?

9   A.    Yes.

10   Q.    Prior to getting involved in TelexFree, had you,

11   for some period of time, lived in the United States or

12   were you living in Bolivia at that time and then you

13   later moved?

14   A.    I'm sorry.  I didn't understand that.

15   Q.    Okay.  It wasn't a great question.  Currently,

16   you are in Virginia.  Is that right?

17   A.    Yes.

18   Q.    At the time you were involved in TelexFree, you

19   were in La Paz?

20   A.    Yes.

21   Q.    When -- what year did you move to Virginia?

22   A.    Oh, 2019.

23   Q.    Prior to 2019, did you ever live in the United

24   States?

20

1    A.    Yes, when I was a child.  So from the time I was

2    about, I think, 7 to 12, I lived in Yellow Springs,

3    Ohio.  But then after 2002 was when we went back to

4    Bolivia.

5    Q.    So from 2002 to 2019, you lived in Bolivia?

6    A.    Yes.

7    Q.    Okay.  And where was Giovanni living at the time

8    that you made the transfer that you talked about?

9    A.    He was in Maryland.

10   Q.    Okay.  So he was living in Maryland before you

11   moved to the United States?

12   A.    Yes.

13   Q.    Or moved back.  I want to be clear.  But yes,

14   okay.  And where was Francisco Silva living at the

15   time that you made that transfer?

16   A.    I think he was also in Maryland.  I am not

17   exactly sure.  I think he went to Florida as well.  He

18   is a friend -- he was a friend of my husband's, so

19   that's how we even found out about TelexFree.

20   Q.    How did your husband come to know Francisco

21   Silva?

22   A.    I think it was through the church.  I think they

23   both went to the same church.  It was through Amway.

24   So Amway is, I think, similar, where you sell products

21

1   and you recruit people.  Right?  And I think they were

2   both recruited to the same team to Amway, so Francisco

3   and Diego were in Amway.  I think that's where they

4   met.

5     Q.   At the time they met in connection with Amway,

6   where was Diego living?

7     A.   So this is before -- I don't know if I met --

8   this was probably before he met me, so I am just

9   guessing that they were probably both in Maryland,

10  because that's the only place that Diego lived when he

11  was in the US.

12    Q.   Okay.  What year did you get married?

13    A.   In 2015.  But I didn't meet him until two

14  thousand -- like, we met in 2012.  We got married in

15  2015.  But he met Francisco before 2012.

16    Q.   I am trying to follow along here.

17    A.   Sorry.

18    Q.   And these might be important details, so I

19  apologize if it seems like I am focusing on minutiae

20  here.  But when you met your husband, he was living in

21  the United States?

22    A.   No.  My husband moved to Bolivia, to La Paz, at

23  the end of 2011.

24    Q.   You met him in La Paz?

22

1    A.    I met him in La Paz.

2    Q.    And at that point, he had already been involved

3  with Francisco Silva in Amway?

4    A.    Yes, when he was in Maryland.  So before he came

5  to La Paz, he was living in Maryland.  I think that's

6  where he lived his whole life.  So while he was in

7  Maryland, he was recruited to an Amway group, and in

8  that same Amway group was Francisco Silva.  That's why

9  I believe that Francisco lived in Maryland.

10   Q.    Okay.  Thank you for laying that out.  So your

11 husband, at the time he had been living in Maryland,

12 he knew Francisco Silva, but in connection with Amway?

13   A.    Yes.

14   Q.    And then he moves to Bolivia and you guys meet?

15   A.    Yeah.

16   Q.    And then he, at some point, tells you about

17 something he has heard about TelexFree from Francisco

18 Silva.  Is that right?

19   A.    Yeah.

20   Q.    Did your husband participate in TelexFree?

21   A.    I think he did.  He did, I think, but he only

22 created, like, a $300 account.  So he didn't file a

23 claim for it because he is like, you know, "It's $300

24 and there's paperwork and emails to do."  And so he

23

1  didn't do that.

2     Q.   Okay.  And was there any reason why you ended up

3  having more of an involvement in TelexFree than your

4  husband?

5     A.   Well, because I had savings and he didn't, and

6  so I just used my savings.

7     Q.   So even though he had had a prior experience

8  with Amway, he ended up having less of an involvement

9  in TelexFree than you did from a financial standpoint?

10    A.   Yeah.  I mean, he wanted to invest more.  He

11  just didn't have more.  Yeah.

12    Q.   I see.  Okay.  And have you ever met Francisco

13  Silva?

14    A.   Not in person.  We spoke, like, through Facebook

15  chat, you know.  I guess that was -- or Skype.  I

16  don't know what it was that we were using to connect

17  through to speak.

18    Q.   And those conversations that you had with

19  Francisco Silva, those were around the time that you

20  got involved in TelexFree?

21    A.   Yes.

22    Q.   And when you sent the funds via Western Union,

23  those were savings that you had in Bolivia?

24    A.   Yes.

24

1    Q.   So they were funds in a bank in Bolivia, and you

2   went to a Western Union office in Bolivia to transfer

3   the funds to a Western Union office in the US?

4    A.   Yes, to my brother-in-law.

5    Q.   Did your brother-in-law take any commission or

6   fees or anything out of that money on the receiving

7   end?

8    A.   No.

9    Q.   Do you remember what amount or percentage the

10  Western Union fees were?

11   A.   I don't remember, but it was not cheap.  It was,

12  like, a couple hundred dollars.

13   Q.   Did you consider whether you could recover that

14  money in connection with TelexFree bankruptcy?

15   A.   I didn't.  That's why I didn't even add the

16  Western Union fee or the 10 TelexFree cards that I

17  think were, like, $500.  I don't know.  Or a

18  thousand-something, yeah.  I didn't.  I just went for

19  the accounts that I had.

20   Q.   And then do you know what your brother-in-law

21  did with the funds?

22   A.   I could check my Facebook messages and my

23  husband's Facebook messages, probably, because that's

24  how we connected, or email.  Well, he doesn't have

25

1  Facebook, actually, so probably email -- to get more
2  accurate information, if it's there.  But it's very
3  fuzzy, that part, because I was not the one who
4  gave -- like, my part was I sent it through Western
5  Union, so the rest of it was kind of fuzzy and still
6  is with me.
7     Q.   Was your knowledge at the time or belief at the
8  time that the funds were going to be sent to Francisco
9  Silva?
10    A.   Yeah.
11    Q.   And I think you were asked about a Rosana
12  Leslie?
13    A.   Yeah.
14    Q.   Okay.  Do you know that person?
15    A.   I don't remember.  So I remember that -- I just
16 remember Francisco.  But I do know that I did speak to
17 other people because it's, like, a network, right, of
18 people.  So the name rings a bell, but I don't really
19 remember.  I can't say for sure.
20    Q.   How many people do you think were in Francisco
21 Silva's network that you spoke to?
22    A.   I don't know.  It was just a lot of videos so --
23 I don't know.  I would have to say, like, four, six,
24 probably more.  I remember he was very successful.  He

Telexfree, LLC, et al. vs                           Selvi Vanessa Lewis Reynaga
Franz Balan                                                    February 22, 2023

26

1  was doing really good in recruiting people.

2     Q.   Were some of the people in his network, were

3  they women?

4     A.   I am sure they were, or else it would have been

5  weird if I was the only woman.  I probably would have

6  noticed that.

7     Q.   Okay.

8     A.   I can't really recall.

9     Q.   And to your knowledge, Rosana Leslie is not,

10 like, a spouse or girlfriend of Francisco Silva?  Or

11 do you have any knowledge one way or the other?

12    A.   Oh, so I know that his wife's name is Sana --

13 Sana or something.  He met her in Brazil.  I just

14 don't remember if that was -- if she was TelexFree.

15 But I know that maybe it is Rosana.  That's why it

16 seems familiar.

17    Q.   Okay.  Those phone cards that you purchased, do

18 you recall that you had to fill in information in the

19 computer to set up the accounts for those cards?

20    A.   Yeah.  I had to create the accounts for the

21 cards too.  So, like, at one point, I was filled with

22 papers where I had my accounts and passwords for so

23 many things.  It got overwhelming because I had to

24 remember them.

Telexfree, LLC, et al. vs
Franz Balan

Selvi Vanessa Lewis Reynaga
February 22, 2023

27

1    Q.   But would your practice have been to use the
2  same type of login for those accounts, for the phone
3  card accounts?
4    A.   I think so.  I mean, what Francisco said, to
5  make it easier, because it's pretty hard creating so
6  many accounts, is, like, to add a one or a two.  So I
7  think that's why my account was, like, Vanessa
8  Lewis 1, Vanessa Lewis 2.  I think I have a paper with
9  it or it's probably in a Word document saved in my
10  other computer where yeah, it's just, you know,
11  consecutive numbers.  Even my passwords were, like,
12  the same but, like, I had the number, you know.  Yeah.
13    Q.   Okay.  Do you recall which email account you
14  used to set up your TelexFree accounts?
15    A.   I would say is was probably sparkledewdrop.
16    Q.   Do you still use that?
17    A.   Yes.
18    Q.   Do you still have your emails from TelexFree,
19  that period?
20    A.   I have a bunch of emails from TelexFree and, I
21  think, from the ewallet.  I don't know if I have them
22  all.  I don't think I would have erased them.  But I
23  think -- I remember getting confirmation.
24    Q.   If asked, would you be willing to turn over

28

1  those emails to the lawyers involved in this case?

2    A.   Sure.  I can send everything I had from them.  I

3  hope it's everything.

4    Q.   I think that would be appreciated.  Thank you.

5         So if you created a phone card account, if you

6  used Vanessa Lewis for the membership accounts, you

7  probably used Vanessa Lewis for the account logins for

8  the phone cards.  Is that right?

9    A.   Yeah.

10   Q.   Okay.  And if you used sparkledewdrop for your

11 membership accounts, you probably used that for the

12 phone cards.  Is that right?

13   A.   Yeah.

14   Q.   Okay.  And you were living in Bolivia at the

15 time, so you would have noted that you lived in

16 Bolivia?

17   A.   I think so.

18   Q.   Okay.  So --

19   A.   I don't -- yeah.  Does it say that I am in

20 Bolivia?  I hope I --

21   Q.   Did you live at 1050 Villa Nuevo?

22   A.   Oh, yeah, Villa Nuevo Potosi.  Yeah.

23   Q.   Potosi.  So is it possible that when it came

24 time to put in your name in the name field, you just

1  either left it blank or didn't type in your name when

2  you were doing the accounts for the phone cards?

3    A.   It could have been.  I think -- I mean, to save

4  time, possibly.  Francisco, he would give us tips to

5  just, you know, make it easier, because creating 10

6  accounts is a lot.

7    Q.   It's a lot of work?

8    A.   Yeah.

9    Q.   Did anyone ever tell you that the name had some

10  significance or importance in TelexFree?  Was the name

11  field in any way explained how that would be used?

12    A.   Possibly, yes, and I could have just forgotten.

13    Q.   Okay.  Well, were you told you always had to use

14  your legal name?

15    A.   I don't know.  Because if they had, I would have

16  made sure to put all my names as I always am with any

17  legal papers that I have to.  I put my four -- my

18  first two names and my first last name.  So if I

19  didn't, I assume that someone probably told me that

20  it's not so important as to put my full information in

21  there.

22    Q.   Okay.  And did you, in fact, receive funds in

23  connection with your claim?

24    A.   Yes.  Not from TelexFree eWallet.  Right?  This

1  is separate?

2     Q.   Yeah.  This is in connection with the

3  bankruptcy.

4     A.   Okay.  Yes, I did, and I was actually looking

5  for that this week.  I have one of the amounts and the

6  date, but the other amount, I don't have it, because

7  my bank online doesn't let me go back that far.  But I

8  think if I asked, they would be able to give me the

9  exact amount.

10    Q.   But you recall that you got two payments?

11    A.   Yes.

12    Q.   And do you recall that one was larger than the

13  other?

14    A.   Yes.

15    Q.   Do you recall the amount of the larger one,

16  roughly?

17    A.   That's the one I was trying to get but I wasn't

18  able to get from the bank.  But I think it was around

19  $2,000 or maybe more.  I know that it was not

20  hundreds.  I know it was in the thousands.

21    Q.   Okay.  But did you also remember making note

22  that it was less than the amount of the claim that you

23  submitted?

24    A.   Yeah.  I know that it was at least half or way

31

1    less than that, than the claim.

2      Q.   Okay.  And you just said something that reminded

3    me.  Did you ever submit money directly to TelexFree,

4    meaning not the Western Union transfer that you made.

5    But did you ever send money either via check or ACH or

6    debit card to TelexFree directly?

7      A.   So you can't in Bolivia.  It's really hard.

8      Q.   Okay.

9      A.   Unless you have a credit card, and it's really

10   impossible.  Yeah, so I don't think I did.  I think I

11   just sent that whole amount through Western Union.

12     Q.   Did you ever take money out through eWallet?

13     A.   No, because I was supposed to get my, like,

14   first payment, and that's when everything shut down.

15   I wasn't even able -- I created an eWallet, but I

16   never, ever, like, really used it.  I even got the

17   card.

18     Q.   Okay.  So to your knowledge -- your knowledge is

19   that you never were able to take money out of the

20   TelexFree?

21     A.   Yeah.  I had the card.  They sent it, but I

22   never used it.

23     Q.   Okay.  And you don't recall -- do you recall

24   making a request to get money before TelexFree closed

32

1    its doors?  Do you recall trying to set up a request

2    for money?

3      A.   I don't recall that.

4      Q.   Did you ever collect any money from anybody in

5    connection with TelexFree?  Meaning did you ever try

6    to recruit anyone and collect money from them?

7      A.   There was one person that I shared to TelexFree

8    about, but I think she was under, also, Francisco, not

9    under me.  That I remember.

10     Q.   Who is that person?  Do you remember that

11   person's name?

12     A.   Her name is Dana Ocampo.

13     Q.   Could you spell Dana, please?

14     A.   Yes.  D, as in David, A-N-A.  And her last name

15   is Ocampo, which is O, as in Oliver, C, as in cat, A,

16   as in Apple, M, as in Mary, P, as in Peter, O, as in

17   Oliver.

18     Q.   Okay.  So to the extent that Ms. Ocampo paid any

19   money, that money didn't go to you.  Is that right?

20     A.   No.

21     Q.   Okay.  Was she in Bolivia?

22     A.   Yes.

23     Q.   So would she have done the same thing, send

24   money via Western Union or something?

33

1    A.    I would assume.  I don't really know what she

2   did, but yeah.  I know she invested, like, $300.  I

3   think it was, like, the minimum amount.

4    Q.    Okay.

5    A.    And so she didn't file, as far as I know.

6    Q.    Do you recall whether you received or were

7   eligible to receive any form of recognition for

8   bringing Ms. Ocampo in?

9    A.    I don't remember.

10    Q.    Was that something that you had been paying

11   attention to, how you could earn additional credits by

12   recruiting people?

13    A.    Yeah.  I remember that that's what Francisco was

14   doing.  That's -- like, I guess you can get more

15   credits.  I just -- it was new, so I had no idea.  But

16   yeah, I remember sharing that and that he is like, if

17   you become -- if you buy -- get accounts, then you

18   have to try to get people under you to get accounts.

19   I am guessing now kind of like Amway, in a source.

20   Right?  So yeah, I shared with, I think, Dana.  I

21   think that's it.  I didn't really have much time to.

22    Q.    So is it fair to say that maybe when you

23   recommended TelexFree to Ms. Ocampo that you were

24   really doing it on behalf of Francisco more than you

Telexfree, LLC, et al. vs
Franz Balan

Selvi Vanessa Lewis Reynaga
February 22, 2023

34

1 were recruiting for yourself?

2   A.   Yeah, because I still didn't even know how to do

3 it.  I was still trying to get -- I didn't even get

4 the eWallet.  I was just getting that up, and so I

5 don't really remember if she was under me.  I think it

6 was more for Francisco.  I think we kind of joined

7 around the same time too.

8   Q.   Okay.  Last question, I think, which is always

9 good news when a lawyer says that, although it's not

10 always true.

11       When you sent the money via Western Union, that

12 was in -- what currency was that in?  What currency

13 did you use?

14   A.   In dollars.

15   Q.   Does Bolivia use US dollars?

16   A.   Bolivia uses bolivianos, which is worth

17 one-seventh of a dollar.

18   Q.   Okay.  And your bank account that you used to

19 access the funds, was that holding bolivianos?

20   A.   I had two accounts.  I had a boliviano account

21 and a dollar account, I think.  And so in this case, I

22 probably used my dollar account.

23   Q.   Do you records --

24   A.   Changing currencies is really -- do I have

35

1   records of that?

2      Q.   Yes.

3      A.   I am sure that if I went to my bank in Bolivia,

4   they might give me a record.  I don't have one with me

5   right now since traveling from Bolivia to the US.

6      Q.   But your belief, as you sit here today, is that,

7   given you had two accounts, you would have used the

8   one that had US dollars in it?

9      A.   Yeah, so that I wouldn't have to go through the

10  whole currency change, which would be even -- I don't

11  know.  Lose money, you know.

12     Q.   If you had used bolivianos, you would have lost

13  money.  That's your knowledge?

14     A.   Yeah, for the exchange rate.

15     Q.   Okay.  If I could take a moment to check my

16  notes, I think I am done.

17          Alexandra, I don't know if you have any other

18  questions but that's all the questions that I have.

19               MS. PAPAS:  That's all the questions that

20          I have, as well.

21               (Deposition concluded at 11:41 a.m.)

22

23

24

36

```
 1              ERRATA SHEET DISTRIBUTION INFORMATION
 2          DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS
 3
 4
 5              ERRATA SHEET DISTRIBUTION INFORMATION
 6
 7              The original of the Errata Sheet has been
 8      delivered to Alexandra M. Papas, Esquire.
 9              When the Errata Sheet has been completed by
10      the deponent and signed, a copy thereof should be
11      delivered to each party of record and the ORIGINAL
12      forwarded to Alexandra M. Papas, Esquire, to whom the
13      original deposition transcript was delivered.
14
15                    INSTRUCTIONS TO DEPONENT
16
17              After reading this volume of your deposition,
18      please indicate any corrections or changes to your
19      testimony and the reasons therefor on the Errata Sheet
20      supplied to you and sign it.  DO NOT make marks or
21      notations on the transcript volume itself.  Add
22      additional sheets if necessary.  Please refer to the
23      above instructions for Errata Sheet distribution
24      information.
```

37

```
 1   PLEASE ATTACH TO THE DEPOSITION OF WITNESS
 2   CASE:  NO. 14-40987-EDK
 3   DATE TAKEN:  February 22, 2023
 4                     ERRATA SHEET
 5   Please refer to Page 36 for Errata Sheet instructions
 6   and distribution instructions.
 7   PAGE   LINE CHANGE       REASON
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15         I have read the foregoing transcript of my
16   deposition, and except for any corrections or changes
17   noted above, I hereby subscribe to the transcript as
18   an accurate record of the statements made by me.
19
20         Executed this ___ day of _____, 2023.
21
22                     _____
23                     SELVI VANESSA LEWIS REYNAGA
24
```

38

```
 1                   C E R T I F I C A T E

 2

 3    COMMONWEALTH OF MASSACHUSETTS
      HAMPSHIRE, SS.
 4

 5            I, Genevieve Y.J. Van de Merghel,

 6    Stenographer, hereby certify:

 7            That SELVI VANESSA LEWIS REYNAGA, the witness

 8    whose testimony is hereinbefore set forth, was duly

 9    sworn by me, pursuant to Mass. R. Civ. P. 27, 29, 30,

10    30A, and 31, and that such testimony is a true and

11    accurate record of my stenotype notes taken in the

12    foregoing matter, to the best of my knowledge, skill,

13    and ability.

14            I further certify that I am not related to

15    any parties to this action by blood or marriage; and

16    that I am in no way interested in the outcome of this

17    matter.

18            IN WITNESS HEREOF, I have hereunto set my

19    hand this 27th day of February, 2023.

20

21                          Genevieve YJ Van de Merghel

22                          _____

23                          Genevieve Y.J. Van de Merghel
                            My Commission Expires: 12/16/27
24
```

Case 16-04006   Doc 472-4   Filed 10/02/23   Entered 10/02/23 23:42:46   Desc Exhibit
D   Page 41 of 46

Telexfree, LLC, et al. vs
Franz Balan

Silvia Vanessa Lewis Reynaga
February 22, 2023

**$**

**$1,125**
8:16
**$1,420**
8:13,18
**$1,425**
12:1 13:1 14:15
**$2,000**
30:19
**$300**
22:22,23 33:2
**$49.90**
8:7
**$49.99**
12:24
**$50**
12:24
**$500**
24:17
**$6,042**
7:6
**$6,225**
7:2
**$7,000**
12:22 13:6,7,15

**1**

**1**
27:8
**10**
8:1,10 12:22,23
13:4,9 24:16 29:5
**1050**
28:21
**11:41**
35:21
**12**
20:2
**120**
8:16
**14**
5:13
**144**
4:9

**2**

**2**
27:8
**2002**

20:3,5
**2011**
21:23
**2012**
21:14,15
**2015**
21:13,15
**2019**
19:22,23 20:5

**4**

**4**
5:19
**420**
12:2

**5**

**5**
5:19

**7**

**7**
20:2

**A**

**A-N-A**
32:14
**a.m.**
35:21
**accept**
16:2
**access**
34:19
**account**
7:20 8:4,12,13,14
10:7 11:5,6,24 12:3,
16 14:14,17 15:5,9,
20 16:3,8 22:22
27:7,13 28:5,7
34:18,20,21,22
**accounts**
7:14,16,22,23,24
8:11,21 9:2,17,19,23
10:1,11,14,15,18,24
11:9,20 13:1,9 14:6,
9,21 15:1,11,14,18
24:19 26:19,20,22
27:2,3,6,14 28:6,11
29:2,6 33:17,18
34:20 35:7

**accurate**
5:9,14 7:7,12 8:8
25:2
**ACH**
31:5
**actual**
6:13 8:11
**add**
24:15 27:6
**added**
13:5
**adding**
8:17
**additional**
33:11
**ads**
8:22
**agree**
4:3
**Alexandra**
35:17
**amount**
6:21,24 8:13 13:6
24:9 30:6,9,15,22
31:11 33:3
**amounts**
7:3 30:5
**Amway**
20:23,24 21:2,3,5
22:3,7,8,12 23:8
33:19
**apartment**
6:3
**apologize**
18:17 21:19
**Apple**
32:16
**appreciated**
28:4
**assume**
4:22 10:13 29:19
33:1
**assumed**
14:23
**assuming**
13:14
**attention**
33:11
**audible**
17:17
**audio**
17:18

**B**

**B-E-L-L-O-T**
13:13 18:22
**back**
5:15 9:22 12:13
16:18 20:3,13 30:7
**bank**
24:1 30:7,18 34:18
35:3
**bankruptcy**
24:14 30:3
**basically**
15:8
**behalf**
33:24
**belief**
25:7 35:6
**bell**
25:18
**Bellot**
13:13 18:20
**blank**
29:1
**Bolivia**
12:4,5,7 16:2 19:4,
12 20:4,5 21:22
22:14 23:23 24:1,2
28:14,16,20 31:7
32:21 34:15,16 35:3,
5
**boliviano**
34:20
**bolivianos**
34:16,19 35:12
**born**
19:1
**Brazil**
26:13
**bringing**
16:16 33:8
**brother**
12:15 13:8
**brother-in-law**
12:8 13:10,11 15:16
16:5 24:4,5,20
**brother-in-law's**
13:12
**brothers**
18:23
**bunch**
27:20

Case 16-04006   Doc 472-4   Filed 10/02/23   Entered 10/02/23 23:42:46   Desc Exhibit
D   Page 42 of 46

Telexfree, LLC, et al. vs
Franz Balan

Suvi Vanessa Lewis Reynaga

February 22, 2023

**buy**
7:18 8:10 9:2,17,23
10:1 33:17

———————

**C**

**call**
18:7
**called**
18:9
**calling**
8:4 12:23 13:4
**calls**
16:22,23
**card**
8:5 16:1 27:3 28:5
31:6,9,17,21
**cards**
7:17,18,21 12:23
13:4,9 16:2 24:16
26:17,19,21 28:8,12
29:2
**case**
28:1 34:21
**cash**
9:2 13:15
**cat**
32:15
**change**
35:10
**Changing**
34:24
**charging**
14:17
**chat**
23:15
**cheap**
24:11
**check**
24:22 31:5 35:15
**child**
20:1
**church**
20:22,23
**claim**
6:21,24 7:5,9,10
22:23 29:23 30:22
31:1
**claims**
16:17
**clarify**
8:18

**clear**
20:13
**closed**
31:24
**collect**
32:4,6
**combinations**
18:13
**commission**
24:5
**computer**
11:13,16 26:19
27:10
**concluded**
35:21
**conducting**
4:3
**confirm**
8:3 13:7
**confirmation**
27:23
**connect**
23:16
**connected**
24:24
**connection**
16:17 21:5 22:12
24:14 29:23 30:2
32:5
**consecutive**
27:11
**contact**
14:1
**convenience**
17:21
**conversations**
23:18
**correct**
6:19,22 7:10 8:19,23
9:3,14,17 11:2 12:17
13:9
**cost**
8:7 12:1
**counsel**
4:3 16:12
**couple**
4:16 24:12
**court**
5:4,12
**create**
9:4 11:20 14:24
26:20

**created**
22:22 28:5 31:15
**creating**
18:2 27:5 29:5
**credit**
31:9
**credits**
7:24 8:22 9:1,7,17
10:2 15:9,18 33:11,
15
**currencies**
34:24
**currency**
34:12 35:10
**cuts**
17:18

———————

**D**

**Dana**
32:12,13 33:20
**date**
30:6
**David**
32:14
**days**
5:13
**debit**
16:2 31:6
**declared**
7:9
**deposed**
4:15
**deposit**
9:7
**deposited**
9:10
**deposition**
4:3 5:24 6:7 35:21
**details**
21:18
**Diego**
18:20 21:3,6,10
**direct**
15:7
**direction**
15:2
**directly**
31:3,6
**document**
27:9
**documents**

**17:12,15**
**dollar**
34:17,21,22
**dollars**
24:12 34:14,15 35:8
**doors**
32:1
**driver's**
4:7
**drop**
13:14 17:10
**duly**
4:8

———————

**E**

**earn**
7:24 8:22 33:11
**easier**
27:5 29:5
**easy**
15:1
**eligible**
33:7
**email**
24:24 25:1 27:13
**emails**
7:1 22:24 27:18,20
28:1
**end**
17:1 21:23 24:7
**ended**
23:2,8
**enter**
11:4
**envelope**
13:15
**erased**
27:22
**errors**
5:14
**event**
5:11
**ewallet**
9:4,7,11,12,13,22,24
27:21 29:24 31:12,
15 34:4
**exact**
13:6 30:9
**EXAMINATION**
4:10 16:13
**exchange**

Case 16-04006  Doc 472-4  Filed 10/02/23  Entered 10/02/23 23:42:46  Desc Exhibit
D  Page 43 of 46

Teleflex, PLC, et al. vs
Franz Balan

Suv i Vanessa Lewis Reynaga
February 22, 2023

35:14
**Executive**
  4:8
**experience**
  23:7
**explained**
  29:11
**explaining**
  11:23
**extent**
  32:18

_____

### F

**Facebook**
  23:14 24:22,23 25:1
**fact**
  29:22
**fair**
  33:22
**familiar**
  10:20 26:16
**father's**
  17:5
**fee**
  24:16
**fees**
  24:6,10
**field**
  28:24 29:11
**file**
  22:22 33:5
**fill**
  26:18
**filled**
  26:21
**financial**
  23:9
**Florida**
  20:17
**focusing**
  21:19
**follow**
  21:16
**forgotten**
  29:12
**form**
  33:7
**found**
  20:19
**Francisco**
  10:9,23 12:11,16

13:8 14:2,4,14,16
15:17 16:7 20:14,20
21:2,15 22:3,8,9,12,
17 23:12,19 25:8,16,
20 26:10 27:4 29:4
32:8 33:13,24 34:6
**friend**
  20:18
**full**
  4:13 29:20
**funds**
  23:22 24:1,3,21 25:8
  29:22 34:19
**fuzzy**
  7:17,21 12:7,13
  15:19 25:3,5

_____

### G

**gave**
  12:15 14:14 15:15
  16:6 25:4
**general**
  15:4
**Giovanni**
  13:13 18:23 20:7
**girlfriend**
  26:10
**give**
  10:15 12:11 13:8
  29:4 30:8 35:4
**good**
  16:15 26:1 34:9
**great**
  19:15
**group**
  22:7,8
**guess**
  23:15 33:14
**guessing**
  21:9 33:19
**guys**
  22:14

_____

### H

**half**
  30:24
**hard**
  6:4 27:5 31:7
**head**
  5:4

**heard**
  6:10 22:17
**helped**
  10:6,18,23 11:9 14:8
**holding**
  34:19
**hope**
  28:3,20
**house**
  6:2
**hundred**
  24:12
**hundreds**
  30:20
**husband**
  5:21,23 6:9,12 10:10
  14:6 19:1,6 20:20
  21:20,22 22:11,20
  23:4
**husband's**
  18:18 20:18 24:23

_____

### I

**idea**
  33:15
**identified**
  4:6
**identify**
  5:14
**Ilyas**
  16:15
**importance**
  29:10
**important**
  21:18 29:20
**impossible**
  31:10
**include**
  15:7
**individuals**
  16:16
**information**
  6:14 11:4,7 14:19
  15:4 16:9 25:2 26:18
  29:20
**initial**
  10:18
**instructions**
  4:17,24 15:5,7,22
**invest**
  23:10

**invested**
  6:18 33:2
**involved**
  5:24 10:23 19:3,10,
  18 22:2 23:20 28:1
**involvement**
  23:3,8

_____

### J

**joined**
  34:6

_____

### K

**kids**
  6:9
**kind**
  6:3 11:20 12:12
  14:10 25:5 33:19
  34:6
**knew**
  12:6 22:12
**knowledge**
  10:22 25:7 26:9,11
  31:18 35:13

_____

### L

**La**
  12:5 19:5,8,19
  21:22,24 22:1,5
**larger**
  30:12,15
**lawyer**
  34:9
**lawyers**
  28:1
**laying**
  22:10
**lead**
  11:9
**leaving**
  5:21
**left**
  29:1
**legal**
  17:12,15 29:14,17
**Leslie**
  10:20 25:12 26:9
**Lewis**
  4:5,14 16:15 17:4,9
  18:3,7,9 27:8 28:6,7

**license**
 4:7
**life**
 22:6
**listening**
 5:23 6:6
**live**
 19:23 28:21
**lived**
 19:11 20:2,5 21:10
 22:6,9 28:15
**living**
 19:4,12 20:7,10,14
 21:6,20 22:5,11
 28:14
**login**
 27:2
**logins**
 18:2 28:7
**long**
 11:6 15:10
**looked**
 7:2
**Lose**
 35:11
**lost**
 6:22 35:12
**lot**
 15:2 25:22 29:6,7

———————

**M**

**made**
 20:8,15 29:16 31:4
**make**
 5:9 11:7 12:6 27:5
 29:5
**making**
 30:21 31:24
**married**
 17:4 21:12,14
**Mary**
 32:16
**Maryland**
 19:2 20:9,10,16 21:9
 22:4,5,7,9,11
**meaning**
 16:20 31:4 32:5
**meet**
 21:13 22:14
**members**
 14:2

**membership**
 28:6,11
**mentioned**
 12:24
**messages**
 24:22,23
**met**
 21:4,5,7,8,14,15,20,
 24 22:1 23:12 26:13
**middle**
 16:23 18:10
**mind**
 8:15,17 15:19
**minimum**
 33:3
**minutiae**
 21:19
**Mm-hmm**
 11:1 13:3
**moment**
 35:15
**money**
 9:6,8,22 10:4,15
 12:8,10,14,19,22
 14:14 15:16 16:3
 24:6,14 31:3,5,12,
 19,24 32:2,4,6,19,24
 34:11 35:11,13
**month**
 9:21 15:12
**morning**
 16:15
**mother's**
 17:7
**move**
 19:21
**moved**
 13:23 19:13 20:11,
 13 21:22
**moves**
 22:14

———————

**N**

**names**
 14:12 17:16 18:1,5
 29:16,18
**necessarily**
 15:21
**network**
 25:17,21 26:2
**news**
 34:9

**note**
 30:21
**noted**
 28:15
**notes**
 35:16
**noticed**
 26:6
**Nuevo**
 28:21,22
**number**
 8:7 27:12
**numbers**
 27:11

———————

**O**

**oath**
 5:14
**Ocampo**
 32:12,15,18 33:8,23
**office**
 24:2,3
**Ohio**
 20:3
**Oliver**
 32:15,17
**one-seventh**
 34:17
**online**
 30:7
**open**
 8:14 10:6,18 12:3
 15:5,9,11,17
**opened**
 9:19 10:6,10,14
 11:24 15:14,20 16:8
**opportunity**
 5:7
**opposing**
 16:12
**order**
 4:8 12:16 15:8
**original**
 7:5
**overwhelming**
 26:23

———————

**P**

**paid**
 12:3 13:16 32:18

**PAPAS**
 4:11 16:11 35:19
**paper**
 27:8
**papers**
 13:23 26:22 29:17
**paperwork**
 22:24
**part**
 7:19 12:12 25:3,4
**participate**
 22:20
**passport**
 17:14
**passwords**
 11:7 26:22 27:11
**pay**
 15:8 16:1
**paying**
 33:10
**payment**
 15:21 16:9 31:14
**payments**
 30:10
**Paz**
 12:5 19:5,8,19
 21:22,24 22:1,5
**people**
 11:21 14:1,7,11,16,
 19,22,23 16:21 21:1
 25:17,18,20 26:1,2
 33:12,18
**percentage**
 24:9
**period**
 19:11 27:19
**person**
 23:14 25:14 32:7,10
**person's**
 32:11
**personally**
 11:10
**Peter**
 32:16
**phone**
 13:9 26:17 27:2
 28:5,8,12 29:2
**physically**
 11:4
**place**
 21:10

Case 16-04006   Doc 472-4   Filed 10/02/23   Entered 10/02/23 23:42:46   Desc Exhibit
D   Page 45 of 46
Telexfree, LLC, et al. vs
Franz Balan
Silvi Vanessa Lewis Reynaga
February 22, 2023

planning
    5:23
point
    4:18 22:2,16 26:21
pops
    14:10
possibly
    29:4,12
posting
    8:22
Potosi
    28:22,23
practice
    27:1
preliminary
    5:17
present
    4:3
pretty
    27:5
preview
    11:15
prior
    19:10,23 23:7
production
    4:6
products
    20:24
program
    6:18
purchased
    26:17
purposes
    6:13
Pursuant
    4:8
put
    11:14 16:9 18:4
    28:24 29:16,17,20

**Q**

question
    4:19,22,23 19:15
    34:8
questions
    4:18 5:17 16:11
    35:18,19

**R**

rarely
    14:4

rate
    35:14
reason
    23:2
recall
    7:14 15:21 18:2
    26:8,18 27:13 30:10,
    12,15 31:23 32:1,3
    33:6
receive
    5:12 29:22 33:7
received
    33:6
receiving
    24:6
recognition
    33:7
recollect
    16:10
recollection
    11:12 12:9
recommended
    33:23
record
    4:13 13:18,22 35:4
records
    7:6 34:23 35:1
recover
    24:13
recruit
    21:1 32:6
recruited
    21:2 22:7
recruiting
    26:1 33:12 34:1
remember
    6:24 10:3,16 11:22
    12:2,4,19,21 13:15
    14:4,12 15:14,15,24
    24:9,11 25:15,16,19,
    24 26:14,24 27:23
    30:21 32:9,10 33:9,
    13,16 34:5
remind
    6:16
reminded
    31:2
remotely
    4:3
rephrase
    4:20

reporter
    5:4,12
represent
    16:16
request
    31:24 32:1
required
    17:11
response
    17:17
rest
    25:5
review
    5:7,13
Reynaga
    4:5,14 17:8,9,10,12
    18:10
rings
    25:18
Rona
    16:14,15
room
    5:18 6:2,5
Rosana
    10:20 25:11 26:9,15
roughly
    30:16

**S**

Sana
    26:12,13
save
    18:6 29:3
saved
    27:9
savings
    23:5,6,23
scheduling
    6:13,15
Security
    17:14
sell
    20:24
Selvi
    4:5,14 16:24 17:1,2
    18:9
send
    5:11,14 9:5 16:4
    28:2 31:5 32:23
separate
    7:20 30:1

series
    4:18
set
    10:23 11:5,10 12:16
    14:14 26:19 27:14
    32:1
sets
    4:16
setting
    14:17
shaking
    5:4
share
    14:21
shared
    14:19 32:7 33:20
sharing
    14:24 15:3 33:16
shortly
    5:22
show
    7:6
shut
    31:14
sign
    5:13
significance
    29:10
Silva
    10:9,23 20:14,21
    22:3,8,12,18 23:13,
    19 25:9 26:10
Silva's
    25:21
similar
    20:24
sit
    35:6
situation
    14:8
Skype
    23:15
Social
    17:14
son
    5:19
sound
    7:6 8:8,9,13,19,23
    10:20 11:14
source
    33:19

O'Brien & Levine, A Magna Legal Services Company
888.825.3376 - production@court-reporting.com
Index: planning–source

space
18:6
sparkledewdrop
27:15 28:10
speak
14:11 23:17 25:16
spell
32:13
spoke
23:14 25:21
spouse
26:10
Springs
20:2
standpoint
23:9
started
9:10
state
4:13 16:21
States
19:11,24 20:11
21:21
stopped
9:11
stuff
9:24
submit
31:3
submitted
6:21 7:9 30:23
successful
25:24
supposed
31:13
sworn
4:8
system
15:11

**T**

talk
6:7
talked
6:12 16:19 20:8
talking
15:3,4
team
21:2
Telexfree
6:14,18 7:15,18 10:9

11:21 12:9,12 13:4,8
14:2,9,20,22 15:8
16:17 18:2 19:3,10,
18 20:19 22:17,20
23:3,9,20 24:14,16
26:14 27:14,18,20
29:10,24 31:3,6,20,
24 32:5,7 33:23
telling
6:15 11:13
tells
22:16
testified
4:9 14:13
thing
5:2 10:5,12 14:20
32:23
things
7:16,20 16:18 26:23
thinking
8:15
thousand
21:14
thousand-something
24:18
thousands
30:20
time
14:4 15:10 17:3
18:1,6 19:3,6,8,11,
12,18 20:1,7,15 21:5
22:11 23:19 25:7,8
28:15,24 29:4 33:21
34:7
times
17:11
tips
29:4
today
4:12 5:8,18 6:8,16
35:6
today's
4:3
told
9:13 10:10 11:16
14:5 29:13,19
transaction
12:12
transcript
5:8,12
transfer
12:6 13:18,19 20:8,

15 24:2 31:4
transferred
13:17
traveling
35:5
true
7:10 34:10
trustee
16:16
truthfully
4:23
turn
16:12 27:24
type
7:23 10:11 27:2 29:1
types
8:3

**U**

umbrella-type
10:12
understand
4:19,20,21,24 6:11,
17 8:12 9:13 10:1,14
12:14 16:8 19:14
understanding
14:15
understood
4:22
Union
12:10,15 13:17,20,
21 16:5 23:22 24:2,
3,10,16 25:5 31:4,11
32:24 34:11
United
19:11,23 20:11
21:21

**V**

Vanessa
4:5,14 16:22 17:2
18:3,7 27:7,8 28:6,7
videoconference
4:3
videos
11:19,22 14:24
25:22
Villa
28:21,22
Virginia
4:7 19:16,21

**W**

wanted
23:10
watch
11:22
week
30:5
weird
26:5
Western
12:10,15 13:17,20,
21 16:5 23:22 24:2,
3,10,16 25:4 31:4,11
32:24 34:11
wife's
26:12
woman
26:5
women
26:3
Word
27:9
work
14:22 29:7
working
10:17 14:7,23
worth
34:16
write
5:5
written
5:8 18:14

**Y**

year
19:21 21:12
years
5:19 8:1,2
Yellow
20:2
younger
5:19
Youtube
11:19,22 14:24
Youtubes
11:18