# Exhibit E.

# In the Matter of:

*Telexfree, LLC, et al. vs*

*Franz Balan*

---

*Arismendy Alexandry Disla*

*February 21, 2023*

---

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
Magnals.com



```
 1              UNITED STATES BANKRUPTCY COURT
                  DISTRICT OF MASSACHUSETTS
 2

 3  In Re TELEXFREE, LLC, et al.,          )
                   Debtor,                  )
 4                                          )
    ----------------------------           )
 5                                          ) Case no.
    STEPHEN B. DARR, TRUSTEE OF THE         ) 14-40987-EDK
 6  ESTATES OF TELEXFREE LLC, et al.,       )
                   Plaintiff,               ) Chapter 11
 7                                          )
    v.                                      ) Adv. Proc. No.
 8                                          ) 16-4006
    FRANZ BALAN, A REPRESENTATIVE OF A      )
 9  CLASS OF DEFENDANT NET WINNERS,         )
                   Defendant.               )
10

11

12

13        DEPOSITION OF ARISMENDY ALEXANDRY DISLA
                Appearing remotely  from
14            12596 Innovation Falls Drive
                    Orlando, Florida
15                 February 21, 2023
                Commencing at 2:00 p.m.
16

17

18      Reported by:  Genevieve Y.J. Van de Merghel
                Notary Public and Stenographer
19                Appearing remotely from
                 Hampshire County, Massachusetts
20

21

22
         O'Brien & Levine Court Reporting Solutions
23                68 Commercial Wharf
             Boston, Massachusetts  02110
24                   617-399-0130
```

2

```
1              A P P E A R A N C E S

2

3   ANDREW G. LIZOTTE, ESQUIRE
    Murphy & King, PC
4   28 State Street, Suite 3101
    Boston, Massachusetts 02109
5   617-423-0400
    alizotte@murphyking.com
6        Counsel for the Plaintiff
         (Appearing remotely)
7

8   ILYAS J. RONA, ESQUIRE
    MICHAEL J. DURAN, ESQUIRE
9   LEA KRAEMER, ESQUIRE
    Milligan Rona Duran & King LLC
10  28 State Street, Suite 802
    Boston, Massachusetts 02109
11  617-395-9570
    ijr@mrdklaw.com
12  mjd@mrdklaw.com
    lk@mrdklaw.com
13       Counsel for the Defendant
         (Appearing remotely)
14

15

16

17

18

19

20

21

22

23

24
```

3

1                          I N D E X

2

3    WITNESS                                    EXAMINATION

4    ARISMENDY ALEXANDRY DISLA
          BY MR. LIZOTTE . . . . . . . . . . . . . . .   4
5         BY MR. RONA . . . . . . . . . . . . . . . .  14
          BY MR. LIZOTTE . . . . . . . . . . . . . . .  30
6

7

8                        E X H I B I T S

9

10                  (No exhibits marked.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

4

```
 1            P R O C E E D I N G S

 2

 3           Counsel present agree to conducting today's
   deposition remotely via videoconference.
 4

 5               ARISMENDY ALEXANDRY DISLA, having

 6               first been identified by the production

 7               of his Florida driver's license and duly

 8               sworn Pursuant to Executive Order 144,

 9               testified as follows:

10                          EXAMINATION

11   BY MR. LIZOTTE:

12     Q.   Arismendy, thanks for being here today.  My name

13   is Andy Lizotte.  I am one of the lawyers for Steve

14   Darr.  He is the trustee in TelexFree.  We have some

15   litigation going on with some other parties, and we

16   just need to get some additional information from you

17   about TelexFree.

18     A.   Mm-hmm.

19     Q.   If you have any questions about -- or you don't

20   understand a question that I have asked, just let me

21   know.  As Genevieve just mentioned, when we are done,

22   she will prepare a written transcript.  Would you like

23   to have an opportunity to review that when it's done?

24     A.   Yes.
```

5

1    Q.   Okay.  So I am looking at a proof of claim.  Can

2  you confirm this is your claim that you filed in the

3  case?  It's Claim Number 63394.  Arismendy Alexandry

4  Disla.  And the amount of the claim was $124,312.

5  Does that sound correct?

6    A.   Yeah.  I remember, yeah.  It was so many years.

7    Q.   No, I understand.  Okay.  So how did you get

8  involved in TelexFree?

9    A.   I got involved -- it was in the community, the

10  Spanish community, the Dominican Republic community.

11  I guess there was, like, leadership in Lawrence,

12  Massachusetts.  I used to live in Providence.  I

13  always listened to a guy, one of the top Dominican

14  guys.  His name was Santiago Delarosa.  Then everybody

15  was connected from other people.  There was other,

16  more names in there.  Those are, like, the top leader.

17  They got me involved.  That month, my mother died and

18  I was in a situation, and then -- it was, like, a

19  network.  There were, like, five of them -- I believe

20  there were, like, five or six them.

21        And they proposed me this business model.  Copy

22  and paste and this package.  I mean, like, oh, okay.

23  Everybody -- they was showing, you know, events and

24  making meetings and making money and -- you know.

6

1   Everything was, like, "Oh, if you invest this much,

2   this much you get every daily or weekly."

3         Then, from there, they were saying, "Oh, you've

4   got to pay this package."  I can't remember.  I think

5   it was VIP.  There was different packages.  And then

6   after there was, "Oh, you've got to do this on the

7   computer, copy and paste, copy and paste."

8         And then I actually, you know, give checks,

9   official checks, because I work hard for my money.

10  And they took it to the headquarter, to the TelexFree,

11  because I run a business, a small business.  So my

12  money was my task pay.  I earned my money.

13        And then that's how they got me involved with

14  all these meetings, Zoom meetings, and communities.

15  It was all connected to the New England area.

16    Q.   So do you remember the person who helped you get

17  started?  Was it a person named Sandy Duran?  Does

18  that sound familiar?

19    A.   Sandy Duran?  There were so many people.

20    Q.   Let me --

21    A.   It sound familiar.  It sound familiar.  It sound

22  familiar.  Like I said, there was a lot of -- there

23  was Brazilians and there was, like, Dominican

24  community.

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

7

1  Q.   When you got started, can you explain to me how

2  you got started?  How you opened an account to get

3  started?

4  A.   Oh, how I opened an account?

5  Q.   How did that all start?

6  A.   Okay.  So the first thing started, I give

7  official check.  I put my proof to the trustee that

8  it's a check.  And they took that amount, the check,

9  to the headquarter.  And they, "Okay.  We are going to

10  create you a login and username."  Once that, they

11  activate it, then you put your username and they will

12  open the account for you.  That's how.  Once they got

13  the funds, I was waiting 24 hours -- about 24 hours,

14  40 hours.  That how they say, "Okay.  Your username

15  and account is open.  Now you can do the copy and

16  paste."  You know?

17  Q.   So did they open the account on the computer for

18  you or did you do it?

19  A.   They did it from -- I opened one myself, and

20  then all the accounts that I opened, they actually

21  have to do it from the headquarter in the

22  Massachusetts, because they saw there was a lot of

23  money involved.  And they opened all the rest of the

24  accounts.  And they said, "Okay.  Because it is a

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

8

1   large amount, we need to do it from the headquarter.

2   We need to type it manually."  They need to do a

3   verification themselves.  It was a large amount.  So

4   the small amount you can do yourself, but when it's a

5   large amount, the headquarter have to do it.

6    Q.   So did you pay via cash or a check or how did

7   you pay?

8    A.   Check.  Official bank check.

9    Q.   Do you remember who you were paying the check

10  to?

11   A.   The check was made to TelexFree.

12   Q.   Okay.  And so you gave a check to TelexFree.

13  You said they took the check?

14   A.   They took the check, yes.

15   Q.   Do you know, who is "they"?  These are just --

16  do you remember the names?

17   A.   It was a guy with glasses, a bald guy with

18  glasses.  Is it Steve?  I think Steve -- I think I

19  remember his name was Steve.  It was one of their

20  manager or COO, or it was one of the chief officers

21  running the offices.  Yeah.

22   Q.   Do you know if the people that were helping you

23  got any money when you were opening the accounts?

24   A.   When I was, if they got any money?  Oh, probably

Telexfree, LLC, et al. vs                                    Arismendy Alexandry Disla
Franz Balan                                                           February 21, 2023

9

1  they did, because it was like a network marketing.  So

2  whoever signed me up, he probably got bonuses and --

3  yeah, they probably got paid, you know, the

4  commission, the bonus.

5     Q.   Do you know what happened to the check?  You

6  gave them a check to TelexFree.

7     A.   Mm-hmm.

8     Q.   And after that, do you know what happened to the

9  check after that?

10    A.   Well, the check got cleared.  They cash it and

11 everything.  Then, from there, it's over, you know.

12    Q.   Do you have any of your old bank records or tax

13 records or anything that would show these payments

14 that you made?

15    A.   I have to take a look for it and ask.  It was at

16 bank Santander.  I think I do.  I have to look for it

17 because -- I have to check and research it.  But I did

18 have, you know, a copy of -- you know that pink copy

19 they give you?  The pink copy, the receipt, yeah.  So

20 I have take a look for it because it was so many

21 years, you know, so I might, maybe, throw them.  But I

22 have to find it, yeah.

23    Q.   Okay.  Did anyone help you open accounts

24 where -- do you know what the credits system was that

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

10

1  when you placed ads, you earned credits?  When you got

2  commissions, you earned credits?

3    A.    Mm-hmm.  Mm-hmm.  Mm-hmm.

4    Q.    You could spend the credits.  Right?

5    A.    Mm-hmm.  Mm-hmm.

6    Q.    Do you recall any situations where someone would

7  have been opening an account for you where they used

8  their credits to open the account for you?

9    A.    Like -- yeah.  Like, okay, they say, "Let me

10 open an account for you.  Here is a credit, and then

11 you pay me."  Kind of like that?

12   Q.    Yeah.

13   A.    Yeah, yeah.  There were a couple guys that would

14 use it, and they even doing it in front of the

15 community meetings.  In the meetings.  Like, "I got --

16 I have a credit.  I have a balance, so who wants to

17 open a credit?  Give me 1300 or 1400."  And they used

18 to do it right in front of the people in those little

19 meetings, 20, 40, 50, even 100.  Even in the big

20 meetings.  So uh-huh.  They get like, "Give me cash,

21 and I open it for you," and then, like, they do the

22 rest for you.

23         Yeah, because they were looking, like, in the

24 database, looking how much money they have so they can

11

1   actually -- it's kind of, "Oh, give me cash.  I give

2   you credit.  Then you move forward."

3     Q.   So was there a lot of that going on?

4     A.   Yeah.  Actually, when I came here to Florida

5   they did a lot in that meeting, that huge event.  And

6   even in Massachusetts.  There was, like, a lot of

7   money going on.  I saw it and was like, oh, wow.  I

8   mean, money going in and out.  People doing stuff on

9   the computer like -- you know, but yeah.  So they

10  were, like, 1300.  Boom, boom, boom.  Money.  Boom.

11  1400.  Boom.  So there were a lot of people with

12  computer doing those transactions in front of the

13  meeting.  Because people was looking like this is

14  real, you know, that this is how it works.

15        And that was -- they would conquer people.  They

16  conquered me.  Like, you know, hey, like -- kind of

17  like motivation.  This is how it works.  This is how

18  money is made, you know.  And that's how it works.

19  And that's how they attract a lot of people

20  everywhere.

21    Q.   Okay.  Did you have situations where you were

22  using your own credits to open more accounts for

23  yourself?

24    A.   Yeah.  I was opening my own account my myself.

12

1  I never want to going forward and promote it to
2  people.
3    Q.    Okay.
4    A.    Mm-hmm.  So that's why I had all my accounts my
5  own self.  Like, okay, I use it myself.
6          But I lost a lot of money.  I lost everything.
7  I lost my financial, my business, my life.  My mother
8  died that same month.  And then everybody, like,
9  disappeared.  Some of them, they were going out of
10 Dominican Republic, taking money and invest it.  It
11 really hurt when someone take your money and promote
12 these kind of scams.  And then bad promoters,
13 leaderships out there, they rip you wide open and they
14 move on and they don't care.  They leave you like
15 that.
16         And then from there, a lot of them, they were
17 probably taking those money under whatever the common
18 cash, investing it in something -- houses or cars or
19 maybe out there, they were showing it overseas and
20 maybe they try to live out of the country, you know.
21         And, you know, for me it really hurt me because
22 even they -- for me, they took advantage of my own
23 money.  They took advantage of my work, my business.
24 They took advantage of my fund, my capital.  And then,

13

1  from then, it's like you see them driving nice car,

2  nice house, luxury, going to restaurants and all that

3  coming from money from my own things.

4          And now, where they are?  I don't know where

5  they are.  They are all gone.  All this money that

6  came, it was a scam, you know.  So it hurt myself, my

7  family, all financially.

8    Q.   Okay.  I don't think I have any other questions.

9  There's another man here, Ilyas, who may want to ask

10  you a few questions.

11         But if you could, make a note to see if you have

12  any of those old records you were talking about, the

13  payments that you may have made.

14   A.   Yeah.  I have to look for it because it was --

15  the bank was Santander Bank.  But I have to check

16  emails and scanners from those checks.  There was a

17  lot of -- you know, there was large amounts.  It went

18  almost to -- close to 100.  But more than that, I have

19  to give in cash and people give in credit, you know.

20  So I bought -- I have to search it, because I didn't

21  expect this meeting.  If I had known I would have

22  grabbed it.  But I have to search it real, real, real

23  well then.  I found a few of them.

24         But I know there was a check that I given --

14

1   some of them was, like, they divide it.  The first one

2   was, like, 75.  The other one had been to divide in

3   19, 20, so it's different payments.  Yeah.

4          MR. LIZOTTE:  Okay.  Thank you.  Ilyas, go

5       ahead.

6                    EXAMINATION

7   BY MR. RONA:

8     Q.   Good afternoon, Mr. Disla.

9     A.   Yes.  Good afternoon.

10    Q.   My name is Ilyas Rona.  I represent individuals

11  against whom the trustee is bringing claims.

12    A.   Mm-hmm.

13    Q.   And I just have a few questions for you.

14    A.   Yes.

15    Q.   How much was the check that you described, the

16  one that you -- was drawn from --

17    A.   It was over than $75,000.  Over, more than that.

18    Q.   Okay.

19    A.   Yeah.  Like I said, it was all different checks.

20  They were all different checks, separated.  But I have

21  to search it, because it was so many years.  I did not

22  know that this was going to come.  But I have to

23  search and look at it.  Some scanners -- I think I do

24  have it in the scanners, so I believe so.

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

15

1    Q.   Okay.  And the money that you lost, you
2  mentioned -- well, how many checks do you think that
3  there were that -- official checks, as you called
4  them, that were payable to TelexFree?  Do you remember
5  how many checks, in total?
6    A.   Like I said, it's -- I know it's over $75,000.
7  I can tell that.  Because the first 75 have to be -- I
8  think it was $14,500 separated in five individual
9  checks.  I remember.  They were all separated.  And
10  then some of them -- because I did submit it.  When I
11  made the claim, I did submit the proof to the trustee.
12  I am not sure if he has it, but I did put some
13  evidence and send it and everything, because it was --
14  you know, it was a good amount.  I have to look for
15  it.
16    Q.   Okay.  Other than the checks that you described,
17  did you put any other forms of cash into TelexFree?
18    A.   Yeah.  Like people selling credit, yeah, you
19  know.  Yeah, some of the cash.  Yeah.
20    Q.   Did you buy credits for cash?
21    A.   Yeah.  Yeah.  I had, like -- I had to sell a
22  few, my assets like cars and stuff.  Yeah.  They were
23  offering me, like, this package of 39,600, something
24  like that.  Another one -- that was one package.

16

1  There was a few packages, but yeah.

2    Q.   Just to be clear, when you say "package," this

3  was to buy a block of credits not tied to any number

4  of user accounts.  Is that right?

5    A.   No, no.  It's just like the packages and -- you

6  know, the more you grow an account, the more you make

7  money.  Because mine was, like, an account by numbers

8  and by numbers.  That's how, you know, they were

9  offering me the credit, yeah.

10   Q.   Well, I just want to make sure we are using the

11 same language here.  The 39,000 example that you gave,

12 was that that you give somebody $39,000 and you get

13 $39,000 in credits or are you getting accounts?

14   A.   No, it's like when you're getting account.  It's

15 like a bowl account.  Like, you buy in and they use

16 that copy, paste, copy, paste and then you start

17 making money daily and weekly.

18        It's kind of they are selling to you, you know?

19 "Here's a packet, and then you are going to start

20 making money from today.  And then copy and paste.

21 Copy this."  That's the way -- the business model the

22 promoter was offering to the public, to everybody.

23   Q.   Okay.  And how much cash do you think you gave

24 to people?

17

1    A.    Like, me giving to people or -- me giving to the
2  people?
3    Q.    Yeah.
4    A.    Oh, well, the first one, 75.  It was more
5  than -- over 30- or $50,000, because it was me.  I got
6  my family, my dad, and I was -- they were actually
7  giving me cash and helping, because that's why I fed
8  them.  We all got hurt.
9    Q.    Okay.  So your family was involved in TelexFree
10 along with you?
11   A.    Yeah.  My brother, my father, my sister, yeah.
12   Q.    Do you know someone named Daisi Jimenez?
13   A.    She is my mother.  She died.
14   Q.    Okay.  I am sorry for that.
15   A.    Yeah.
16   Q.    Did she have any involvement in TelexFree
17 herself?
18   A.    Yeah.  Yeah, because I was the one who was
19 handling her account.
20   Q.    And what do you mean by "handling her account"?
21   A.    I was her son.  I was the one who manages her
22 account.  She gave me the money and then -- yeah, it
23 was all family together.
24   Q.    And you used your email address probably or --

18

1    A.    No, I can't remember.

2    Q.    Did she have an email address that she used?

3    A.    No, no, no, because she didn't speak English at

4  all.  She didn't.

5    Q.    Okay.

6    A.    Then it was like -- I think I remember, because

7  she actually -- no, I bought her account for her with

8  my own money.

9    Q.    Okay.  Meaning you gave money to somebody else

10 to open up accounts for her?

11   A.    Exactly, yes.  With my own money, exactly.

12 Somebody sold me that credit.

13   Q.    And some of your accounts have "Daisi" in the

14 login name.

15   A.    Mm-hmm.

16   Q.    Are those accounts that you created for her or

17 were some of those also your accounts or do you

18 remember?

19   A.    Those are mine.  All of them are mine.  Because

20 she has passed away, I put that as a remember.

21   Q.    Okay.  What about did you have accounts that

22 said "DJ" in the name, in the login name?

23   A.    DJ?

24   Q.    That would be back to your mom's initials?

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

19

1    A.    Yeah.  The initial, yeah.  Those are mine.

2    Q.    But those are still your accounts?

3    A.    Yeah, yeah, yeah.

4    Q.    How about a Sergio Anibal Correto?  Do you know

5  who that is?

6    A.    Sergio what?

7    Q.    Anibal Correto.  Do you recognize that name?

8    A.    No, no, no.

9    Q.    Do you know why there would be an account in

10 that person's name but with your email address?

11   A.    No, not sure.  I don't remember.

12   Q.    Okay.  How about Jannie Arias?

13   A.    That's -- Jannie Arias or Jannie Disla?

14   Q.    Jannie Arias.

15   A.    Not remember.  Because there was leaders on top.

16 They were creating accounts, putting under me so they

17 can make money on top.  That's how they used to do it.

18 Like, a guy I don't know, "Oh, I am going to put this

19 guy under him."  Boom.  And they would like to create

20 more network to make more money.  People that I don't

21 even know who were coming from that system.

22   Q.    So the people that were sort of above you that

23 were creating accounts would make an account that was

24 supposed to be your account?

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

20

1    A.   There were leaders on top of me.  They were

2   making account so they could put it under me so they

3   can make some money, because I wasn't even promoting.

4   "Let me put this guy under him so he can seem he is

5   making a network.  He is making money."  I'm like

6   where did these people come from?

7    Q.   Meaning people above you would put accounts

8   underneath you?

9    A.   Underneath me, yeah, without even myself not

10  signing.  They were doing, like -- the top leaders,

11  because they're making money, they've got the cash,

12  they're putting people, putting people under me.

13  Like, who are these people coming?  I don't even know

14  who they are.

15   Q.   So is it fair to say in those situations, you

16  didn't collect money from those people?

17   A.   No, no, because my money -- all my capital was

18  all there.  They were the one who wanted to get more,

19  I guess, like -- they were trying to get more -- the

20  whole system, they were trying to get more money for

21  leaders on top, you know.  Earning -- they could

22  collect, like, more in bonuses and other things.

23  Yeah.

24   Q.   Okay.  So just because someone might appear in

21

1  the computer to be underneath you doesn't mean that

2  you took money from them.  Is that right?

3    A.    No.  No, I didn't took money from them.  I never

4  offered them.  I never told them about it.  It was,

5  like I said, those leaders that were managing,

6  monopoly, those systems to put people, like, under and

7  put more people under.  It's kind of like grading the

8  tree -- they were building their own tree.  Like,

9  where are these people coming from?

10   Q.    Did you ever collect cash from anybody in

11  TelexFree?

12   A.    No, no.

13   Q.    Okay.

14   A.    I lose.  They collect from me.

15   Q.    Your claim -- what happened to your claim for

16  120-plus thousand dollars?  Did it get allowed?

17   A.    Some of them, I didn't get.  No, I didn't get --

18  I didn't get enough.

19   Q.    Okay.  Do you know, did some of your claim get

20  disallowed?

21   A.    No, not at all.  I remember it got allowed.

22   Q.    How much did you receive in payments from

23  TelexFree?

24   A.    From when they approved the first, I think,

22

1  like, $150 million.  Are you talking about that claim?

2    Q.   Well, yeah, just in total, how much have you

3  received in the bankruptcy?

4    A.   I can't remember.  It was, like, in the

5  50-something.  And I am not sure, but I didn't collect

6  enough.  It was in the 50 -- I can't remember.  Fifty-

7  two, fifty-three, something like that.

8    Q.   And when you went to submit a claim, did you --

9  do you remember sitting at a computer and going

10 through the process of having to identify accounts

11 that belonged to you?  Do you remember that process?

12   A.   A little bit.  But I think the trustee did all

13 the work, whoever they identified, yeah.

14   Q.   Okay.

15   A.   But a little bit.

16   Q.   Meaning that you went in and they showed you

17 accounts that they said were yours?

18   A.   Yeah, "This is yours."  I think they were going

19 through the system doing an audit and checking on the

20 audit.

21   Q.   Do you remember changing or in any way

22 disagreeing with the accounts that the trustee --

23   A.   No.  I didn't change anything.  I was just like

24 it is what it is, you know.

23

1   Q.   Okay.  How about Julito Torres.  Do you

2   recognize that name?

3   A.   Julito Torres?

4   Q.   Yes.

5   A.   Those are people, like I said, they were coming

6   from network.  I know a lot of them, they claim and

7   they got paid.

8   Q.   Okay.  And do you recall opening up your own

9   accounts using your own credits?

10   A.   I think I remember, yeah.  For some of them, I

11   had to come with my own cash.  Yeah, I remember I had

12   to pay people something.  Some people, "Hey, transfer

13   me the money here."  "Pay me here," you know.  And

14   they would, like, transfer the credit.  I would

15   transfer the credit.

16   Q.   Did you ever -- apart from opening an account,

17   did you ever buy yourself credits?

18   A.   Buy myself?  No, you have to buy credit from

19   another person.  They can transfer it and then you can

20   buy it.  You can't buy yourself.  You have to, like --

21   if you want it quick, like, right away, "Hey, who got

22   credit here?"  And then somebody call another person,

23   another person, so they can cash out.  And then they

24   pass the money and then transfer the credit.

24

1    Q.    Did you ever do that in either direction,
2  meaning did you ever buy credits or sell credits?
3    A.    Not sell.  Buy.  You know, somebody like, oh,
4  they pass me the money into the bank account, and then
5  I would transfer it to you.
6    Q.    Do you recall who you bought credits from?
7    A.    There was so many name.  It would come from a
8  whole network.  I know there was Santiago.  There was
9  another guy named Rudy.  I don't remember the last
10  name.  Those are the top guys that were making -- they
11  said they had millions.  I don't know, a lot of
12  monies, you know.
13    Q.    So if you wanted -- at the time, if you had
14  wanted to buy credits, you knew who you could contact
15  to buy credits?
16    A.    You contact one person and the other person
17  would contact, "Oh, I've got the money from this guy."
18  I don't know how he got it, from where, but they said
19  they would come to the top guy.
20    Q.    Do you recall -- on at least on one or more
21  occasions, you did that; you bought credits from
22  somebody?
23    A.    Yeah.  You have to call that person and they go,
24  "Okay.  Let me call my people."  But I don't know who

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

25

1   those people are.

2     Q.   Okay.

3     A.   They were calling, like, the top.  The top.  Who

4   was the top?  It was like it transferred and

5   transferred and transferred.

6     Q.   I get it.  And in that situation where you

7   bought credits, was there any type of negotiation on

8   the cost of those credits or was it just simply, "This

9   is what the credits are worth and give us the money"?

10    A.   Yeah.  They were just saying, "This is how much

11  these are worth."  Boom.  Done.  You know, "Deposit

12  this amount."

13    Q.   Okay.

14    A.   Mm-hmm.

15    Q.   Just bear with me for a second.  At the time

16  that you were involved in TelexFree, do you remember

17  what email address you were using?

18    A.   Not sure if it was in my email, my personal

19  email.  I can't remember.

20    Q.   Do you recall an email address for your

21  TelexFree work called dislatelexfree?

22    A.   Yeah.  This was my email.  Yeah, that's my

23  email.  Yeah, that one.  Yeah.

24    Q.   @gmail.com.  Do you still use that email

26

1  address?

2    A.   What, that email?  No.  I don't still use it,

3  because they were saying, "Oh, you have to open

4  different accounts with different email."  That was --

5  they were telling me that, you know, the top leaders,

6  you know, for you create -- you know, create accounts.

7    Q.   Okay.  And, currently, you use an email that is,

8  if I am not mistaken, disla1515@gmail.com.  Is that

9  right?

10   A.   No.  I don't use that email.

11   Q.   Did you, at some point, use disla1 --

12   A.   Yeah, yeah.  It was because, like I said,

13  that's -- for you create an account.  That was when I

14  invest a bunch, a lot amount of money, you have to

15  create emails.  And they say, "Oh, you have to open

16  different emails so you can get more accounts and more

17  accounts."  And that was from the people that were

18  giving me credit.

19   Q.   Okay.  And do you know 1515, the significance of

20  that?

21   A.   That's my login.

22   Q.   That's your login?  Okay.

23   A.   Just to remember the number.

24   Q.   And I think you were asked, but do you

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

27

1  remember -- what do you remember about Sandy Duran, if

2  anything?

3     A.   Sandy Duran.  I think it's -- I believe she

4  is -- I don't know if she is the lady, dark person,

5  black.  She is black-colored, dark person.  I am not

6  sure if she is the one.  Because I know they were --

7  they were connected with other leaders like Santiago,

8  Delarosa, all those top leaders in Boston,

9  Massachusetts.  All these leaders, they were, like,

10  all friend and everybody connected there.

11     Q.   Okay.  To your recollection, did you ever -- I'm

12  not talking here about checks, but did you ever give

13  Sandy Duran cash?

14     A.   Me, directly?  Me giving cash to her?  That I

15  know, no.  Well, it could be come from another person,

16  because they were all connected.  You can see the name

17  on the top where like -- you know, like, oh, it's like

18  maybe Sandy -- okay, she probably talked to Rosa and

19  then Rosa finally sell the credits to me or they come

20  from her.  It was almost like a transfer, like, you

21  know, one person giving another person.  You know?

22     Q.   But my question, though, is just focusing on

23  her.  Do you remember ever giving her cash?

24     A.   Me giving her cash?  No, I never gave any cash

28

1  to her.

2    Q.   Okay.  I just want to go back over a couple of

3  things that you said.  You mentioned that you were a

4  small business owner.  What was the business that you

5  had been running?

6    A.   I was doing -- I was a candy distributor.  Candy

7  distribution and food distribution.

8    Q.   Was that AAA?

9    A.   Yeah.  Distribution.

10   Q.   That business is closed?

11   A.   That business is closed, yes.

12   Q.   Was that business the source of the funds that

13  you put into TelexFree?

14   A.   Yeah.  My person.  Yes.

15   Q.   You had mentioned a guy named Steve that was

16  involved in TelexFree.  Was that Steve Labriola?

17   A.   Yeah, yeah.  He was, like, one of the top

18  manager of the headquarter he was at.

19   Q.   Did you give Steve Labriola a check?

20   A.   He got the check.  He got the check from a

21  person that he came to my house and he drove over

22  there and then bring it to him and give it to him.

23  Mm-hmm.

24   Q.   So you gave the check to somebody else who gave

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

29

1  it to Steve?

2    A.   Mm-hmm.

3    Q.   You have to say "yes" or "no" for the

4  stenographer.

5    A.   Okay.  Go ahead.

6    Q.   So the question was did you give the check to

7  somebody else who then gave it to Steve Labriola?

8    A.   Yes.  Yes.

9    Q.   Okay.  Thank you.  Just one more moment.  Bear

10  with me.  Thank you.  At some point, were you living

11  in Arizona?

12    A.   Yes.

13    Q.   When you were involved in TelexFree, were you in

14  Arizona or in Rhode Island?

15    A.   I was in Arizona and then left for Rhode Island.

16  When I got to -- that's when they introduced me.  Then

17  when I got to Rhode Island, that's when they got me

18  more involved.  That's when the big guys came, like,

19  the top leaders.

20            MR. LIZOTTE:  Okay.  I am going to just

21        check my notes, but I think I am done.

22            Andy, I don't know if you have any more

23        questions.

24            MR. LIZOTTE:  I think I'm all set.

30

1                         EXAMINATION

2  BY MR. LIZOTTE:

3    Q.   The address that you mentioned in Orlando that

4  you are at, Arismendy, is that where you live?

5    A.   Yes.

6              MR. LIZOTTE:  Mr. Disla, thank you.

7              (Deposition concluded at 2:36 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

31

1         ERRATA SHEET DISTRIBUTION INFORMATION

2      DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS

3

4

5         ERRATA SHEET DISTRIBUTION INFORMATION

6

7         The original of the Errata Sheet has been

8  delivered to Andrew G. Lizotte, Esquire.

9         When the Errata Sheet has been completed by

10 the deponent and signed, a copy thereof should be

11 delivered to each party of record and the ORIGINAL

12 forwarded to Andrew G. Lizotte, Esquire, to whom the

13 original deposition transcript was delivered.

14

15             INSTRUCTIONS TO DEPONENT

16

17        After reading this volume of your deposition,

18 please indicate any corrections or changes to your

19 testimony and the reasons therefor on the Errata Sheet

20 supplied to you and sign it.  DO NOT make marks or

21 notations on the transcript volume itself.  Add

22 additional sheets if necessary.  Please refer to the

23 above instructions for Errata Sheet distribution

24 information.

32

1  PLEASE ATTACH TO THE DEPOSITION OF WITNESS

2  CASE:  NO. 14-40987-EDK

3  DATE TAKEN:  February 21, 2023

4                     ERRATA SHEET

5  Please refer to Page 31 for Errata Sheet instructions

6  and distribution instructions.

7  PAGE   LINE CHANGE      REASON

8  _____

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15          I have read the foregoing transcript of my

16 deposition, and except for any corrections or changes

17 noted above, I hereby subscribe to the transcript as

18 an accurate record of the statements made by me.

19

20          Executed this ___ day of _____, 2023.

21

22                 _____

23                 ARISMENDY ALEXANDRY DISLA

24

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

33

C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS
HAMPSHIRE, SS.

I, Genevieve Y.J. Van de Merghel,
Stenographer, hereby certify:

That ARISMENDY ALEXANDRY DISLA, the witness
whose testimony is hereinbefore set forth, was duly
sworn by me, pursuant to Mass. R. Civ. P. 27, 29, 30,
30A, and 31, and that such testimony is a true and
accurate record of my stenotype notes taken in the
foregoing matter, to the best of my knowledge, skill,
and ability.

I further certify that I am not related to
any parties to this action by blood or marriage; and
that I am in no way interested in the outcome of this
matter.

IN WITNESS HEREOF, I have hereunto set my
hand this 27th day of February, 2023.

_____
Genevieve Y.J. Van de Merghel
My Commission Expires: 12/16/27

**$**

**$124,312**
5:4
**$14,500**
15:8
**$150**
22:1
**$39,000**
16:12,13
**$50,000**
17:5
**$75,000**
14:17 15:6

**1**

**100**
10:19 13:18
**120-plus**
21:16
**1300**
10:17 11:10
**1400**
10:17 11:11
**144**
4:8
**1515**
26:19
**19**
14:3

**2**

**20**
10:19 14:3
**24**
7:13
**2:36**
30:7

**3**

**30-**
17:5
**39,000**
16:11
**39,600**
15:23

**4**

**40**
7:14 10:19

**5**

**50**
10:19 22:6
**50-something**
22:5

**6**

**63394**
5:3

**7**

**75**
14:2 15:7 17:4

**@**

**@gmail.com**
25:24

**A**

**AAA**
28:8
**account**
7:2,4,12,15,17 10:7,
8,10 11:24 16:6,7,
14,15 17:19,20,22
18:7 19:9,23,24 20:2
23:16 24:4 26:13
**accounts**
7:20,24 8:23 9:23
11:22 12:4 16:4,13
18:10,13,16,17,21
19:2,16,23 20:7
22:10,17,22 23:9
26:4,6,16,17
**activate**
7:11
**additional**
4:16
**address**
17:24 18:2 19:10
25:17,20 26:1 30:3
**ads**
10:1

**advantage**
12:22,23,24
**afternoon**
14:8,9
**agree**
4:3
**ahead**
14:5 29:5
**Alexandry**
4:5 5:3
**allowed**
21:21
**amount**
5:4 7:8 8:1,3,4,5
15:14 25:12 26:14
**amounts**
13:17
**Andy**
4:13 29:22
**Anibal**
19:4,7
**approved**
21:24
**area**
6:15
**Arias**
19:12,13,14
**Arismendy**
4:5,12 5:3 30:4
**Arizona**
29:11,14,15
**assets**
15:22
**attract**
11:19
**audit**
22:19,20

**B**

**back**
18:24 28:2
**bad**
12:12
**balance**
10:16
**bald**
8:17
**bank**
8:8 9:12,16 13:15
24:4
**bankruptcy**

**22:3**
**bear**
25:15 29:9
**belonged**
22:11
**big**
10:19 29:18
**bit**
22:12,15
**black**
27:5
**black-colored**
27:5
**block**
16:3
**bonus**
9:4
**bonuses**
9:2 20:22
**boom**
11:10,11 19:19
25:11
**Boston**
27:8
**bought**
13:20 18:7 24:6,21
25:7
**bowl**
16:15
**Brazilians**
6:23
**bring**
28:22
**bringing**
14:11
**brother**
17:11
**building**
21:8
**bunch**
26:14
**business**
5:21 6:11 12:7,23
16:21 28:4,10,11,12
**buy**
15:20 16:3,15 23:17,
18,20 24:2,3,14,15

**C**

**call**
23:22 24:23,24

Case 1:16-04006   Doc 472-5   Filed 10/02/23   Entered 10/02/23 23:42:46   Desc Exhibit
E   Page 37 of 41

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

**called**
15:3 25:21
**calling**
25:3
**candy**
28:6
**capital**
12:24 20:17
**car**
13:1
**care**
12:14
**cars**
12:18 15:22
**case**
5:3
**cash**
8:6 9:10 10:20 11:1
12:18 13:19 15:17,
19,20 16:23 17:7
20:11 21:10 23:11,
23 27:13,14,23,24
**change**
22:23
**changing**
22:21
**check**
7:7,8 8:6,8,9,11,12,
13,14 9:5,6,9,10,17
13:15,24 14:15
28:19,20,24 29:6,21
**checking**
22:19
**checks**
6:8,9 13:16 14:19,20
15:2,3,5,9,16 27:12
**chief**
8:20
**claim**
5:1,2,3,4 15:11
21:15,19 22:1,8 23:6
**claims**
14:11
**clear**
16:2
**cleared**
9:10
**close**
13:18
**closed**
28:10,11

**collect**
20:16,22 21:10,14
22:5
**commission**
9:4
**commissions**
10:2
**common**
12:17
**communities**
6:14
**community**
5:9,10 6:24 10:15
**computer**
6:7 7:17 11:9,12
21:1 22:9
**concluded**
30:7
**conducting**
4:3
**confirm**
5:2
**connected**
5:15 6:15 27:7,10,16
**conquer**
11:15
**conquered**
11:16
**contact**
24:14,16,17
**COO**
8:20
**copy**
5:21 6:7 7:15 9:18,
19 16:16,20,21
**correct**
5:5
**Correto**
19:4,7
**cost**
25:8
**Counsel**
4:3
**country**
12:20
**couple**
10:13 28:2
**create**
7:10 19:19 26:6,13,
15
**created**
18:16

**creating**
19:16,23
**credit**
10:10,16,17 11:2
13:19 15:18 16:9
18:12 23:14,15,18,
22,24 26:18
**credits**
9:24 10:1,2,4,8
11:22 15:20 16:3,13
23:9,17 24:2,6,14,
15,21 25:7,8,9 27:19

_____
            **D**
_____

**dad**
17:6
**daily**
6:2 16:17
**Daisi**
17:12 18:13
**dark**
27:4,5
**Darr**
4:14
**database**
10:24
**Delarosa**
5:14 27:8
**Deposit**
25:11
**deposition**
4:3 30:7
**died**
5:17 12:8 17:13
**direction**
24:1
**directly**
27:14
**disagreeing**
22:22
**disallowed**
21:20
**disappeared**
12:9
**Disla**
4:5 5:4 14:8 19:13
30:6
**disla1**
26:11
**disla1515@gmail.
com.**
26:8

**dislatelexfree**
25:21
**distribution**
28:7,9
**distributor**
28:6
**divide**
14:1,2
**DJ**
18:22,23
**dollars**
21:16
**Dominican**
5:10,13 6:23 12:10
**drawn**
14:16
**driver's**
4:7
**driving**
13:1
**drove**
28:21
**duly**
4:7
**Duran**
6:17,19 27:1,3,13

_____
            **E**
_____

**earned**
6:12 10:1,2
**Earning**
20:21
**email**
17:24 18:2 19:10
25:17,18,19,20,22,
23,24 26:2,4,7,10
**emails**
13:16 26:15,16
**England**
6:15
**English**
18:3
**event**
11:5
**events**
5:23
**evidence**
15:13
**EXAMINATION**
4:10 14:6 30:1
**Executive**

Case 16-04006   Doc 472-5   Filed 10/02/23   Entered 10/02/23 23:42:46   Desc Exhibit
E   Page 38 of 41

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

4:8
**expect**
13:21
**explain**
7:1

_____
**F**

**fair**
20:15
**familiar**
6:18,21,22
**family**
13:7 17:6,9,23
**father**
17:11
**fed**
17:7
**Fifty-**
22:6
**fifty-three**
22:7
**filed**
5:2
**finally**
27:19
**financial**
12:7
**financially**
13:7
**find**
9:22
**Florida**
4:7 11:4
**focusing**
27:22
**food**
28:7
**forms**
15:17
**forward**
11:2 12:1
**found**
13:23
**friend**
27:10
**front**
10:14,18 11:12
**fund**
12:24
**funds**
7:13 28:12

_____
**G**

**gave**
8:12 9:6 16:11,23
17:22 18:9 27:24
28:24 29:7
**Genevieve**
4:21
**get allowed**
21:16
**give**
6:8 7:6 9:19 10:17,
20 11:1 13:19 16:12
25:9 27:12 28:19,22
29:6
**giving**
17:1,7 26:18 27:14,
21,23,24
**glasses**
8:17,18
**good**
14:8,9 15:14
**grabbed**
13:22
**grading**
21:7
**grow**
16:6
**guess**
5:11 20:19
**guy**
5:13 8:17 19:18,19
20:4 24:9,17,19
28:15
**guys**
5:14 10:13 24:10
29:18

_____
**H**

**handling**
17:19,20
**happened**
9:5,8 21:15
**hard**
6:9
**headquarter**
6:10 7:9,21 8:1,5
28:18
**helped**
6:16

**helping**
8:22 17:7
**hey**
11:16 23:12,21
**hours**
7:13,14
**house**
13:2 28:21
**houses**
12:18
**huge**
11:5
**hurt**
12:11,21 13:6 17:8

_____
**I**

**identified**
4:6 22:13
**identify**
22:10
**Ilyas**
13:9 14:4,10
**individual**
15:8
**individuals**
14:10
**information**
4:16
**initial**
19:1
**initials**
18:24
**introduced**
29:16
**invest**
6:1 12:10 26:14
**investing**
12:18
**involved**
5:8,9,17 6:13 7:23
17:9 25:16 28:16
29:13,18
**involvement**
17:16
**Island**
29:14,15,17

_____
**J**

**Jannie**
19:12,13,14

**Jimenez**
17:12
**Julito**
23:1,3

_____
**K**

**kind**
10:11 11:1,16 12:12
16:18 21:7
**knew**
24:14

_____
**L**

**Labriola**
28:16,19 29:7
**lady**
27:4
**language**
16:11
**large**
8:1,3,5 13:17
**Lawrence**
5:11
**lawyers**
4:13
**leader**
5:16
**leaders**
19:15 20:1,10,21
21:5 26:5 27:7,8,9
29:19
**leadership**
5:11
**leaderships**
12:13
**leave**
12:14
**left**
29:15
**license**
4:7
**life**
12:7
**listened**
5:13
**litigation**
4:15
**live**
5:12 12:20 30:4
**living**
29:10

**Lizotte**
   4:11,13 14:4 29:20,
   24 30:2,6
**login**
   7:10 18:14,22 26:21,
   22
**lose**
   21:14
**lost**
   12:6,7 15:1
**lot**
   6:22 7:22 11:3,5,6,
   11,19 12:6,16 13:17
   23:6 24:11 26:14
**luxury**
   13:2

_____

### M

**made**
   8:11 9:14 11:18
   13:13 15:11
**make**
   13:11 16:6,10 19:17,
   20,23 20:3
**making**
   5:24 16:17,20 20:2,
   5,11 24:10
**man**
   13:9
**manager**
   8:20 28:18
**manages**
   17:21
**managing**
   21:5
**manually**
   8:2
**marketing**
   9:1
**Massachusetts**
   5:12 7:22 11:6 27:9
**meaning**
   18:9 20:7 22:16 24:2
**meeting**
   11:5,13 13:21
**meetings**
   5:24 6:14 10:15,19,
   20
**mentioned**
   4:21 15:2 28:3,15
   30:3

**million**
   22:1
**millions**
   24:11
**mine**
   16:7 18:19 19:1
**mistaken**
   26:8
**Mm-hmm**
   4:18 9:7 10:3,5 12:4
   14:12 18:15 25:14
   28:23 29:2
**model**
   5:21 16:21
**mom's**
   18:24
**moment**
   29:9
**money**
   5:24 6:9,12 7:23
   8:23,24 10:24 11:7,
   8,10,18 12:6,10,11,
   17,23 13:3,5 15:1
   16:7,17,20 17:22
   18:8,9,11 19:17,20
   20:3,5,11,16,17,20
   21:2,3 23:13,24
   24:4,17 25:9 26:14
**monies**
   24:12
**monopoly**
   21:6
**month**
   5:17 12:8
**mother**
   5:17 12:7 17:13
**motivation**
   11:17
**move**
   11:2 12:14

_____

### N

**named**
   6:17 17:12 24:9
   28:15
**names**
   5:16 8:16
**negotiation**
   25:7
**network**
   5:19 9:1 19:20 20:5
   23:6 24:8

**nice**
   13:1,2
**note**
   13:11
**notes**
   29:21
**number**
   5:3 16:3 26:23
**numbers**
   16:7,8

_____

### O

**occasions**
   24:21
**offered**
   21:4
**offering**
   15:23 16:9,22
**officers**
   8:20
**offices**
   8:21
**official**
   6:9 7:7 8:8 15:3
**open**
   7:12,15,17 9:23
   10:8,10,17,21 11:22
   12:13 18:10 26:3,15
**opened**
   7:2,4,19,20,23
**opening**
   8:23 10:7 11:24
   23:8,16
**opportunity**
   4:23
**Order**
   4:8
**Orlando**
   30:3
**overseas**
   12:19
**owner**
   28:4

_____

### P

**p.m.**
   30:7
**package**
   5:22 6:4 15:23,24
   16:2

**packages**
   6:5 16:1,5
**packet**
   16:19
**paid**
   9:3 23:7
**parties**
   4:15
**pass**
   23:24 24:4
**passed**
   18:20
**paste**
   5:22 6:7 7:16 16:16,
   20
**pay**
   6:4,12 8:6,7 10:11
   23:12,13
**payable**
   15:4
**paying**
   8:9
**payments**
   9:13 13:13 14:3
   21:22
**people**
   5:15 6:19 8:22 10:18
   11:8,11,13,15,19
   12:2 13:19 15:18
   16:24 17:1,2 19:20,
   22 20:6,7,12,13,16
   21:6,7,9 23:5,12
   24:24 25:1 26:17
**person**
   6:16,17 23:19,22,23
   24:16,23 27:4,5,15,
   21 28:14,21
**person's**
   19:10
**personal**
   25:18
**pink**
   9:18,19
**point**
   26:11 29:10
**prepare**
   4:22
**present**
   4:3
**process**
   22:10,11

Case 1:16-04006 Doc 472-5 Filed 10/02/23 Entered 10/02/23 23:42:46 Desc Exhibit
E Page 40 of 41

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

production
  4:6
promote
  12:1,11
promoter
  16:22
promoters
  12:12
promoting
  20:3
proof
  5:1 7:7 15:11
proposed
  5:21
Providence
  5:12
public
  16:22
Pursuant
  4:8
put
  7:7,11 15:12,17
  18:20 19:18 20:2,4,7
  21:6,7 28:13
putting
  19:16 20:12

_____

          Q

question
  4:20 27:22 29:6
questions
  4:19 13:8,10 14:13
  29:23
quick
  23:21

_____

          R

real
  11:14 13:22
recall
  10:6 23:8 24:6,20
  25:20
receipt
  9:19
receive
  21:22
received
  22:3
recognize
  19:7 23:2

recollection
  27:11
records
  9:12,13 13:12
remember
  5:6 6:4,16 8:9,16,19
  15:4,9 18:1,6,18,20
  19:11,15 21:21 22:4,
  6,9,11,21 23:10,11
  24:9 25:16,19 26:23
  27:1,23
remotely
  4:3
represent
  14:10
Republic
  5:10 12:10
research
  9:17
rest
  7:23 10:22
restaurants
  13:2
review
  4:23
Rhode
  29:14,15,17
rip
  12:13
Rona
  14:7,10
Rosa
  27:18,19
Rudy
  24:9
run
  6:11
running
  8:21 28:5

_____

          S

Sandy
  6:17,19 27:1,3,13,18
Santander
  9:16 13:15
Santiago
  5:14 24:8 27:7
scam
  13:6
scams
  12:12

scanners
  13:16 14:23,24
search
  13:20,22 14:21,23
sell
  15:21 24:2,3 27:19
selling
  15:18 16:18
send
  15:13
separated
  14:20 15:8,9
Sergio
  19:4,6
set
  29:24
show
  9:13
showed
  22:16
showing
  5:23 12:19
signed
  9:2
significance
  26:19
signing
  20:10
simply
  25:8
sister
  17:11
sitting
  22:9
situation
  5:18 25:6
situations
  10:6 11:21 20:15
small
  6:11 8:4 28:4
sold
  18:12
son
  17:21
sort
  19:22
sound
  5:5 6:18,21
source
  28:12
Spanish
  5:10

speak
  18:3
spend
  10:4
start
  7:5 16:16,19
started
  6:17 7:1,2,3,6
stenographer
  29:4
Steve
  4:13 8:18,19 28:15,
  16,19 29:1,7
stuff
  11:8 15:22
submit
  15:10,11 22:8
supposed
  19:24
sworn
  4:8
system
  9:24 19:21 20:20
  22:19
systems
  21:6

_____

          T

taking
  12:10,17
talked
  27:18
talking
  13:12 22:1 27:12
task
  6:12
tax
  9:12
Telexfree
  4:14,17 5:8 6:10
  8:11,12 9:6 15:4,17
  17:9,16 21:11,23
  25:16,21 28:13,16
  29:13
telling
  26:5
testified
  4:9
thing
  7:6
things
  13:3 20:22 28:3

Case 16-04006   Doc 472-5   Filed 10/02/23   Entered 10/02/23 23:42:46   Desc Exhibit
E   Page 41 of 41

Telexfree, LLC, et al. vs
Franz Balan

Arismendy Alexandry Disla
February 21, 2023

**thousand**
  21:16
**throw**
  9:21
**tied**
  16:3
**time**
  24:13 25:15
**today**
  4:12 16:20
**today's**
  4:3
**told**
  21:4
**top**
  5:13,16 19:15,17
  20:1,10,21 24:10,19
  25:3,4 26:5 27:8,17
  28:17 29:19
**Torres**
  23:1,3
**total**
  15:5 22:2
**transactions**
  11:12
**transcript**
  4:22
**transfer**
  23:12,14,15,19,24
  24:5 27:20
**transferred**
  25:4,5
**tree**
  21:8
**trustee**
  4:14 7:7 14:11 15:11
  22:12,22
**type**
  8:2 25:7

_____
**U**
_____

**uh-huh**
  10:20
**underneath**
  20:8,9 21:1
**understand**
  4:20 5:7
**user**
  16:4
**username**
  7:10,11,14

_____
**V**
_____

**verification**
  8:3
**videoconference**
  4:3
**VIP**
  6:5

_____
**W**
_____

**waiting**
  7:13
**wanted**
  20:18 24:13,14
**weekly**
  6:2 16:17
**wide**
  12:13
**work**
  6:9 12:23 22:13
  25:21
**works**
  11:14,17,18
**worth**
  25:9,11
**wow**
  11:7
**written**
  4:22

_____
**Y**
_____

**years**
  5:6 9:21 14:21

_____
**Z**
_____

**Zoom**
  6:14