UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>                  Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE FINANCIAL,<br>INC.,<br><br>                  Plaintiff,<br>v.<br><br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br><br>                  Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE FINANCIAL,<br>INC.,<br><br>                  Plaintiff,<br>v.<br><br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS OF<br>DEFENDANT NET WINNERS,<br><br>                  Defendants. | Adversary Proceeding<br>No. 16-4007 |

**JOINT REQUEST FOR PRETRIAL
CONFERENCE**

Relative to *Darr v. Argueta*, Adv. Pro. 16–4006 (the "Domestic Case") and *Darr v.*

*Alecci*, Adv. Pro. 16–4007 (the "International Case"), Stephen B. Darr, Liquidating Trustee,

and Class Representatives Frantz Balan, Marco Puzzarini, and Sandro Paulo Freitas (the "Class Representatives"), on behalf of classes of alleged "net winner" in the "Domestic Case" and the "International Case", respectfully request that the Court schedule a final pretrial conference on October 5, 6, or 10. In support thereof, the parties state as follows:

1. The Court has scheduled hearings commencing on October 11, 2023 in connection with the admissibility of the Trustee's expert witness, requests for summary judgment, and related motions.

2. The parties have conferred and have determined that the conduct of the hearings may be facilitated if certain matters respecting witnesses, testimony, and exhibits can be resolved at a pretrial conference prior to October 11, 2023.

Wherefore, the parties request that the Court:

1. Schedule a pretrial conference for October 5, 6, or 10, 2023; and

2. Grant such other relief as is just and proper.

Respectfully submitted,

FRANTZ BALAN,
CLASS REPRESENTATIVE FOR
DOMESTIC CLASS ACTION,

MARCO PUZZARINI AND SANDRO
PAULO FREITAS,
CLASS REPRESENTATIVES
FOR INTERNATIONAL CLASS ACTION,

By their counsel,

Dated: October 4, 2023

/s/ Ilyas J. Rona

Ilyas J. Rona (BBO #642964)
Michael J. Duran (BBO # 569234)
MILLIGAN RONA DURAN & KING LLC
28 State Street, Suite 802
Boston, MA 02109
Tel: (617) 395-9570
Fax: (855) 395-5525
ijr@mrdklaw.com
mjd@mrdklaw.com

STEPHEN B. DARR, LIQUIDATING
TRUSTEE,

By his counsel:

Dated: October 4, 2023

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
Alexandra Papas (BBO #707581)
MURPHY & KING,
Professional Corporation
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 423-0400
ALizotte@murphyking.com
Apapas@muprhyking.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br>Defendants. | Adversary Proceeding<br><br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br>Defendants. | Adversary Proceeding<br><br>No. 16-4007 |

**CERTIFICATE OF SERVICE**

1

I, Andrew G. Lizotte, hereby certify that on October 4, 2023, I caused a copy of the *Joint Request for Pretrial Conference* to be served electronically through the Court's ECF System upon the registered participants as identified on the Notice of Electronic Filing.

Dated: October 4, 2023

/s/ Andrew G. Lizotte
Andrew G. Lizotte (BBO #559609)
MURPHY & KING,
Professional Corporation
28 State Street, 31st Floor
Boston, MA  02109
Telephone: (617) 423-0400
ALizotte@murphyking.com

825251

2