10/5/2023  GRANTED. A PRETRIAL HEARING IS SET FOR OCTOBER 6, 2023 AT 12:00 P.M. THE HEARING WILL BE CONDUCTED TELEPHONICALLY. PARTIES MAY PARTICIPATE BY DIALING 888-363-4734, AND ENTERING ACCESS CODE 496 4809 WHEN PROMPTED.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>Plaintiff,<br>v.<br><br>FRANZ BALAN, A REPRESENTATIVE OF A CLASS OF DEFENDANT NET WINNERS,<br><br>Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>Plaintiff,<br>v.<br><br>MARCO PUZZARINI AND SANDRO PAULO FREITAS, REPRESENTATIVES OF A CLASS OF DEFENDANT NET WINNERS,<br><br>Defendants. | Adversary Proceeding<br>No. 16-4007 |

## JOINT REQUEST FOR PRETRIAL CONFERENCE

Relative to *Darr v. Argueta*, Adv. Pro. 16-4006 (the "Domestic Case") and *Darr v. Alecci*, Adv. Pro. 16-4007 (the "International Case"), Stephen B. Darr, Liquidating Trustee,