UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC<br><br>Debtor(s). | Chapter 11<br>Case No. 14-40987 |
| Darr<br><br>Plaintiff(s),<br>v.<br><br>Argueta, et al<br><br>Defendant(s). | Adversary Proceeding<br>No. 16-4006 |

**Proceeding Memorandum and Order**

**MATTER:**
Pre-Trial hearing

**Decision set forth more fully as follows:**

PRE-TRIAL HEARING HELD.

Dated: 10/06/23

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge