# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>                Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE FINANCIAL,<br>INC.,<br><br>                Plaintiff,<br>   v.<br><br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br><br>                Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE FINANCIAL,<br>INC.,<br><br>                Plaintiff,<br>   v.<br><br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS OF<br>DEFENDANT NET WINNERS,<br><br>                Defendants. | Adversary Proceeding<br>No. 16-4007 |

## THE TRUSTEE'S MOTION TO EXCLUDE
## NEWLY DISCLOSED DENNIS EXHIBITS AND RELATED TESTIMONY

On Monday, October 9, 2023 at 5:00 pm, less than two days before the Daubert hearing

is scheduled to begin, Class Defendants' counsel produced an entirely new and extensive set

of spreadsheets that appear to the foundation of proposed new analytical work and testimony to be offered by Joshua W. Dennis ("Dennis"), the proposed expert for the Class Defendants. None of this analysis or proposed testimony has been previously disclosed. It does not appear in the Dennis Report, dated July, 31, 2023. It is not an attachment to the Dennis Report. None of the analysis was available to the Trustee's counsel when Dennis was deposed on May 9, 2023. It is impossible to divine what Dennis has now done, how he has done it, or what source material he relies upon, and there is no time available to even begin the exercise.

The new exhibits appear on Class Defendants' Exhibit List as **D8-D14**, **D53**, and **D55 – D85** (the "New Exhibits"). The New Exhibits never appeared on any previous draft exhibit lists that the parties traded in anticipation of the Daubert Hearing. The New Exhibits are attached as Exhibit A hereto. They are voluminous. They have clearly been in process for weeks, if not months. The Class Defendants have failed to disclose the New Exhibits to the Plaintiffs until the 11th hour. Moreover, to the extent that the New Exhibits go to the computation of a Participant's Net Equity, such exhibits are not relevant to the Daubert hearing.

Pursuant to Federal Rule of Bankruptcy Procedure 7037(c)(1), incorporating Federal Rule of Civil Procedure 37, if a party fails to provide information to the counterparty as required by FRBP 7026, such party may not use that information at trial unless the failure to disclose was substantially justified or is harmless. The Class Defendants have failed to indicate how the disclosure of hundreds of pages of New Exhibits thirty-six (36) hours before trial is substantially justified. Given the extensiveness of the documents, as earlier referenced, such exhibits had to have been prepared weeks, if not months, prior to the trial. The Class Defendants have similarly failed to show how the late disclosure is harmless. In fact, the

Plaintiff's expert has not had an opportunity to examine the New Exhibits, confirm their accuracy, or question the Class Defendants' experts as to the content of the New Exhibits. Finally, the Class Defendants have failed to demonstrate relevance to the Daubert hearing.

WHEREFORE, the Trustee respectfully requests that the New Exhibits be stricken from the Class Defendants' Exhibit List, and Dennis be precluded from testifying on any of the matters contained in the New Exhibits at trial.

Dated: October 10, 2023

STEPHEN B. DARR,
LIQUIDATING TRUSTEE,

By his counsel:

*/s/ Daniel J. Lyne*
Daniel J Lyne (BBO #309290)
Andrew G. Lizotte (BBO #559609)
Alexandra Papas (BBO #707581)
MURPHY & KING,
Professional Corporation
28 State Street, 31st Floor
Boston, MA  02109
Telephone: (617) 423-0400
Dlyne@murphyking.com
ALizotte@murphyking.com
Apapas@murphyking.com