| rep_id | rep_nome | cluster_id | c13 | martin_net_equity | total_martin_net_equity | total_freer_net_equity | rep_email | rep_cel | rep_fone | rep_login | rep_data_nasc | registration_date | ssn_id | rep_end | rep_numero | rep_cep | city | state_code | country_code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10403497 | Ella Reid | 10403497 | 10403497 | $ (1,075.10) | $ (8,058.50) | $ (8,058.50) | ellareid82@gm | 8287135083 | 8287135083 | ella82 | 1/30/82 | 7/5/13 | | 7 Spring Drive | | 28806 | Asheville | NC | US |
| 13525181 | Ella Reid | 10403497 | 10403497 | $ (1,474.90) | $ (8,058.50) | $ (8,058.50) | ellareid82@gm | 8287135083 | 8287135083 | 82ella | | 12/25/13 | | 7 Spring Drive | | 28806 | Asheville | NC | US |
| 13525347 | Ella Reid | 10403497 | 10403497 | $ (1,474.90) | $ (8,058.50) | $ (8,058.50) | ellareid82@gm | 8287135083 | 8287135083 | ella1982 | | 12/25/13 | | 7 Spring Drive | | 28806 | Asheville | NC | US |
| 18588771 | Ella Reid | 10403497 | 10403497 | $ 389.00 | $ (8,058.50) | $ (8,058.50) | ellareid82@gm | 8287135083 | 8287135083 | 01ella | 1/30/82 | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18594581 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | ffaithajelgohar | 18287135083 | 18287135083 | 01ella1 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18594737 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithajelgohar | 18287135083 | 18287135083 | 01ella2 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18594937 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithajelgohar | 18287135083 | 18287135083 | 01ella3 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18595491 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 01ella4 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18595645 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 01ella5 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18595913 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 01ella6 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18596113 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 01ella7 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18596223 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 01ella8 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18596373 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 01ella9 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18596541 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 01ella10 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18601785 | Ella Reid | 10403497 | 10403497 | $ (309.60) | $ (8,058.50) | $ (8,058.50) | ellareid82@gm | 18287135083 | 18287135083 | 02ella | 1/30/82 | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18602435 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | ellareid82@gm | 18287135083 | 18287135083 | 02ella1 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18602637 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 02ella2 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18602751 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 02ella3 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18602885 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 02ella4 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18603113 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 02ella5 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18603257 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 02ella6 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18603459 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 02ella7 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18603601 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 02ella8 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18603765 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 02ella0 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18603945 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 02ella10 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18698549 | Ella Reid | 10403497 | 10403497 | $ (309.60) | $ (8,058.50) | $ (8,058.50) | ellareid82@gm | 18287135083 | 18287135083 | 3ella | 1/30/82 | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18699065 | Ella Reid | 10403497 | 10403497 | $ (309.60) | $ (8,058.50) | $ (8,058.50) | ellareid82@gm | 18287135083 | 18287135083 | 4ella | 1/30/82 | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18699461 | Ella Reid | 10403497 | 10403497 | $ (309.60) | $ (8,058.50) | $ (8,058.50) | ellareid82@gm | 18287135083 | 18287135083 | 5ella | 1/30/82 | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18700299 | Ella Reid | 10403497 | 10403497 | $ (190.20) | $ (8,058.50) | $ (8,058.50) | ellareid82@gm | 18287135083 | 18287135083 | 6ella | 1/30/82 | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18702827 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 3ella1 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18703143 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 3ella2 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18706769 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 3ella3 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18707057 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 3ella5 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18707611 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 3ella6 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18707855 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 3ella7 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18708127 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 3ella8 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 18708625 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 3ella9 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | rep_id | rep_nome | cluster_id | c13 | martin_net_equity | total_martin_net_equity | total_freer_net_equity | rep_email | rep_cel | rep_fone | rep_login | rep_data_nasc | registration_date | ssn_id | rep_end | rep_numero | rep_cep | city | state_code | country_code |
| 39 | 18709087 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 3ella10 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 40 | 18709357 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 3ella4 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 41 | 18714879 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 4ella1 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 42 | 18715091 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 4ella2 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 43 | 18715539 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 4ella3 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 44 | 18715753 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 4ella4 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 45 | 18715947 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 4ella5 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 46 | 18716125 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 4ella6 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 47 | 18716347 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 4ella7 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 48 | 18716593 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 4ella8 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 49 | 18716781 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 4ella9 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 50 | 18717145 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135083 | 18287135083 | 4ella10 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 51 | 18722285 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 5ella1 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 52 | 18722499 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 5ella2 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 53 | 18722697 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 5ella3 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 54 | 18723095 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 5ella4 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 55 | 18723351 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 5ella5 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 56 | 18724105 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 5ella6 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 57 | 18724307 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 5ella7 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 58 | 18724751 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 5ella8 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 59 | 18725147 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 5ella9 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 60 | 18725385 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 5ella10 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 61 | 18730211 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 6ella1 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 62 | 18730419 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 6ella2 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 63 | 18730615 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 6ella3 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 64 | 18730841 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 6ella4 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 65 | 18731079 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 6ella5 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 66 | 18731309 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 6ella6 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 67 | 18731545 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 6ella7 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 68 | 18731917 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 6ella8 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 69 | 18732237 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 6ella9 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |
| 70 | 18733001 | Ella Reid | 10403497 | 10403497 | $ (49.90) | $ (8,058.50) | $ (8,058.50) | faithjaelgohar | 18287135093 | 18287135093 | 6ella10 | | 3/13/14 | | Spring Drive | 7 | 28806 | Asheville | NC | US |