| rep_id | claimid | firstname | middlename | lastname | claimnumber | creditortype | signature | signaturedate | noticeaddressid | signatureaddressid | issubmitted | doesamend | hasagreed | hasaccepted | createddatetime | createdbyid | updateddatetime | updatedbyid | CLAIMID | REGISTRATIONID | REGISTRATIONNAME | REGISTRATIONEMAIL | CLAIMNUMBER | ISCLAIMAMENDED | CREDITORNAME | SIGNATURE | DATECLAIMFILE | NOTICEFULLNAME | NOTICEADDRESS | NOTICECOUNTRYIL | NOTICEEMAIL | PAYMENTADDRESS | PAYMENTEMAIL | LOGIN | NETEQUITYPERTELEX | AMOUNTOFCLAIM | SUMOFDIRECTRECEIPT | SUMOFTRIANGULARPAYMENT | SUMOFTRIANGULARRECEIPT | UPDATEDDATETIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10403497 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | ella82 | $1,075.10 | $1,075.10 | $(300.00) | $1,425.00 | $(49.90) | 8/29/16 8:45 AM |
| 13525181 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 82ella | $1,474.90 | $1,474.90 | $ - | $1,474.90 | $ - | 8/29/16 8:45 AM |
| 13525347 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | ella1982 | $1,474.90 | $1,474.90 | $ - | $1,524.80 | $(49.90) | 8/29/16 8:45 AM |
| 18588771 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 01ella | $(389.00) | $(389.00) | $ - | $359.50 | $(748.50) | 8/29/16 8:45 AM |
| 18594581 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 01ella1 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18594737 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 01ella2 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18594937 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 01ella3 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18595491 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 01ella4 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18595645 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 01ella5 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18595913 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 01ella6 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18596113 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 01ella7 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18596223 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 01ella8 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18596373 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 01ella9 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18596541 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 01ella10 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18601785 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 02ella | $309.60 | $309.60 | $ - | $359.50 | $(49.90) | 8/29/16 8:45 AM |
| 18602435 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 02ella1 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18602637 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 02ella2 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18602751 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 02ella3 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18602885 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 02ella4 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 18603113 | 104375 | Ella | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 02ella5 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |

| # | rep_id | claimid | firstname | middlename | lastname | claimnumber | creditortype | signature | signaturedate | noticeaddressid | signatureaddressid | issubmitted | doesamend | hasagreed | hasaccepted | createddatetime | createdbyid | updateddatetime | updatedbyid | CLAIMID | REGISTRATIONID | REGISTRATIONNAME | REGISTRATIONEMAIL | CLAIMNUMBER | ISCLAIMAMENDED | CREDITORNAME | SIGNATURE | DATECLAIMFILE | NOTICEFULLNAME | NOTICEADDRESS | NOTICECOUNTRY | NOTICEEMAIL | PAYMENTADDRESS | PAYMENTEMAIL | LOGIN | NETEQUITYPERTELEX | AMOUNTOFCLAIM | SUMOFDIRECTRECEIPT | SUMOFTRIANGULARPAYMENT | SUMOFTRIANGULARRECEIPT | UPDATEDDATETIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 18603257 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 02ella6 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 23 | 18603459 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 02ella7 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 24 | 18603601 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 02ella8 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 25 | 18603765 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 02ella0 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 26 | 18603945 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 02ella10 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 27 | 18698549 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella | $ 309.60 | $ 309.60 | $ - | $ 359.50 | $ (49.90) | 8/29/16 8:45 AM |
| 28 | 18699065 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 4ella | $ 309.60 | $ 309.60 | $ - | $ 359.50 | $ (49.90) | 8/29/16 8:45 AM |
| 29 | 18699461 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 5ella | $ 309.60 | $ 309.60 | $ - | $ 359.50 | $ (49.90) | 8/29/16 8:45 AM |
| 30 | 18700299 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella | $ 190.20 | $ 190.20 | $ - | $ 359.50 | $ (169.30) | 8/29/16 8:45 AM |
| 31 | 18702827 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella1 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 32 | 18703143 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella2 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 33 | 18706769 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella3 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 34 | 18707057 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella5 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 35 | 18707611 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella6 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 36 | 18707855 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella7 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 37 | 18708127 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella8 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 38 | 18708625 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella9 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 39 | 18709087 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella10 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 40 | 18709357 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 3ella4 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 41 | 18714879 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 4ella1 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |

| # | rep_id | claimid | firstname | middlename | lastname | claimnumber | creditortype | signature | signaturedate | noticeaddressid | signatureaddressid | issubmitted | doesamend | hasagreed | hasaccepted | createddatetime | createdbyid | updateddatetime | updatedbyid | CLAIMID | REGISTRATIONID | REGISTRATIONNAME | REGISTRATIONEMAIL | CLAIMNUMBER | ISCLAIMAMENDED | CREDITORNAME | SIGNATURE | SIGNATUREFILE | DATECLAIMFILE | NOTICEFULLNAME | NOTICEADDRESS | NOTICECOUNTRY | NOTICEEMAIL | PAYMENTADDRESS | PAYMENTEMAIL | LOGIN | NETEQUITYPERTELEX | AMOUNTOFCLAIM | SUMOFDIRECTRECEIPT | SUMOFTRIANGULARPAYMENT | SUMOFTRIANGULARRECEIPT | UPDATEDDATETIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 18715091 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 4ella2 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 43 | 18715539 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 4ella3 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 44 | 18715753 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 4ella4 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 45 | 18715947 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 4ella5 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 46 | 18716125 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 4ella6 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 47 | 18716347 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 4ella7 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 48 | 18716593 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 4ella8 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 49 | 18716781 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 4ella9 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 50 | 18717145 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 4ella10 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 51 | 18722285 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 5ella1 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 52 | 18722499 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 5ella2 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 53 | 18722697 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 5ella3 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 54 | 18723095 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 5ella4 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 55 | 18723351 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 5ella5 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 56 | 18724105 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 5ella6 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 57 | 18724307 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 5ella7 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 58 | 18724751 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 5ella8 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 59 | 18725147 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 5ella9 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 60 | 18725385 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 5ella10 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |
| 61 | 18730211 | 104375 | Ella | | Maria Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | | 59698 Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | | 8/29/16 Ella Reid | | 7 SPRING DR ASHEVILLE2 8806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE2 8806-1240 | faithjaelgohar@gmail.com | 6ella1 | $49.90 | $49.90 | $ - | $49.90 | $ - | 8/29/16 8:45 AM |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | rep_id | claimid | firstname | middlename | lastname | claimnumber | creditortype | signature | signaturedate | noticeaddressid | signatureaddressid | issubmitted | doesamend | hasagreed | hasaccepted | createddatetime | createdbyid | updateddatetime | updatedbyid | CLAIMID | REGISTRATIONID | REGISTRATIONNAME | REGISTRATIONEMAIL | CLAIMNUMBER | ISCLAIMAMENDED | CREDITORNAME | SIGNATUREFILE | DATECLAIM | NOTICEFULLNAME | NOTICEADDRESS | NOTICECOUNTRY | NOTICEEMAIL | PAYMENTADDRESS | PAYMENTEMAIL | LOGIN | NETEQUITYPERTELEX | AMOUNTOFCLAIM | SUMOFDIRECTRECEIPT | SUMOFTRIANGULARPAYMENT | SUMOFTRIANGULARRECEIPT | UPDATEDDATETIME |
| 62 | 18730419 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella2 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 63 | 18730615 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella3 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 64 | 18730841 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella4 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 65 | 18731079 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella5 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 66 | 18731309 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella6 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 67 | 18731545 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella7 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 68 | 18731917 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella8 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 69 | 18732237 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella9 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |
| 70 | 18733001 | 104375 | Ella | | Maria | Reid | 46114 | 355 | Ella Reid | 8/29/16 | 129783 | 0 | TRUE | FALSE | TRUE | TRUE | 8/29/16 1:26 PM | 59698 | 8/29/16 1:45 PM | 59698 | 104375 | 59698 | Ella Reid | faithjaelgohar@gmail.com | 46114 | FALSE | Ella Maria Reid | Ella Reid | 8/29/16 | Ella Reid | 7 SPRING DR ASHEVILLE28806-1240 | US | faithjaelgohar@gmail.com | 7 SPRING DR ASHEVILLE28806-1240 | faithjaelgohar@gmail.com | 6ella10 | $ 49.90 | $ 49.90 | $ - | $ 49.90 | $ - | 8/29/16 8:45 AM |