

# EL PLANETA

Visita **TuBoston.com**
El Portal Hispano De Nueva Inglaterra

GRATIS-FREE AHORA TODOS LOS VIERNES  www.TUBOSTON.com | 6 al 12 de abril de 2012 - Año 8 - Nº 402

## PLASMANDO LA HISTORIA DE LOS HISPANOS CON HUMOR



Una divertida y original obra sale a la venta esta semana. Se trata de la versión actualizada de un libro fruto de la colaboración entre el intelectual Ilan Stavans y el renombrado caricaturista Lalo Alcaraz. *"Latino USA: A Cartoon History"* relata la historia colectiva de los hispanos en este país. Entérese cómo las mentes creativas de los autores emprendieron este ambicioso esfuerzo.

**P3-P4**

*FOTO:* Cortesía de la casa editorial Basic Books



**El "Dr. Loco" ofrecerá concierto con jóvenes de East Boston | P12-P13**



**Ni hispano ni latino: Inmigrantes se identifican por país de origen | P8**



**Concejo Municipal de Boston recibe a Antanas Mockus | P14**



# Lopesa Services

**DECLARE SUS IMPUESTOS CON LOPESA Y OBTENGA LO MÁXIMO**

IRS e-file  **Agente autorizado por el IRS**

**Lopesa Services** cuenta con expertos que están actualizados con todos los cambios hechos por el IRS y que desde 1991 han ayudado a los latinos con el objetivo de obtener el máximo reembolso para sus clientes en el menor tiempo posible.

**Con oficinas en Somerville, Chelsea y Lynn, Lopesa Services está cerca de usted. Llámenos o visítenos:**

| **Miry López** | **Amilcar López** | **Jonathan López** |
|---|---|---|
| 617-889-3335 | 617-623-7368 | 781-581-3198 |
| 274 Broadway | 94 Broadway | 501A Washington St |
| Chelsea, MA 02150 | Somerville, MA 02145 | Lynn, MA 01901 |
| lopesaservices@hotmail.com | lopesasvs@aol.com | lopesaservices@gmail.com |

**IMPUESTOS INDIVIDUALES • CORPORACIONES • SOCIEDADES**

*Ofrecemos también otros servicios:*
Notaría Pública • Traducciones • Contabilidad • Immigración

**Llámenos gratis al
1-866-7LOPESA**
**(567372)**

IRS e-file