| rep_id | rep_nome | cluster_id | c13 | martin_net | total_martin | total_freer_r | rep_email | rep_cel | rep_fone | rep_login | rep_datanas | registration | ssn_id | rep_end | rep_numero | rep_cep | city | state_code | country_code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 113147 | Danielle Teste | 113147 | 113147 | -49.9 | -49.9 | -99.8 | dani@diskavontade.com | 15089043818 | 15089043818 | danidiskteste | | 6/8/12 | | 225 Cedar Hill St | 1 | 1752 | Marlboro | MA | US |
| 113157 | Danielle Disk Teste | 113147 | 113157 | -49.9 | -49.9 | -99.8 | dani@diskavontade.com | 15089043818 | 15089043818 | danidiskteste2 | | 6/8/12 | | 225 Cedar Hill St Suite 200 | 1 | 1752 | Marlboro | MA | US |
| 155025 | Danielle Goes | 155025 | 155025 | 8761.4 | -14767 | 8711.5 | dannigoes@hotmail.com | 5089043818 | 5089043818 | dannigoes | | 8/23/12 | | 1257 Worcester rd | | 1701 | Framingham | MA | US |
| 186714 | Danielle Goes | 186714 | 155025 | -30 | -14767 | -30 | dani@diskavontade.com | 5089043818 | 5089043818 | danitest | | 9/13/12 | | 225 Cedar Hill St | . | 1752 | Marlborough | MA | US |
| 259179 | Danni Goes | 259179 | 155025 | -99.8 | -14767 | -548.9 | dannigoes@hotmail.com | 5089043818 | 5089043818 | danni1 | | 10/22/12 | | Worcester Road | 1257 | 1702 | Framingham | MA | US |
| 259189 | Danni Goes | 259179 | 155025 | -349.3 | -14767 | -548.9 | dannigoes@hotmail.com | 5089043818 | 5089043818 | danni2 | | 10/22/12 | | Worcester Rd | 1257 | 1701 | Framingham | MA | US |
| 273239 | Danni Goes | 259179 | 155025 | -49.9 | -14767 | -548.9 | dannigoes@hotmail.com | 5089043818 | 5089043818 | danni3 | | 10/26/12 | | Worcester Road | 1257 | 1701 | Framingham | MA | US |
| 10408067 | Danni Goes | 259179 | 155025 | -49.9 | -14767 | -548.9 | dannigoes@hotmail.com | 5088081818 | 5088081818 | tetecousaph1 | | 7/5/13 | | 1257 Worcester rd  404 | 404 | 1701 | Framingham | MA | US |
| 10509611 | Danielle N Goes | 155025 | 10509611 | -49.9 | -49.9 | 8711.5 | dannigoes@hotmail.com | 15088081818 | 15088081818 | danniph3 | | 7/18/13 | | 30 Salem End Rd | | 1702 | Framingham | MA | US |