United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-edk

# CERTIFICATE OF NOTICE

District/off: 0101-4      User: admin      Page 1 of 3
Date Rcvd: Oct 10, 2023      Form ID: aphrg      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion01.WO.ECF@usdoj.gov | Oct 11 2023 01:10:49 | Richard King, Office of US. Trustee, 446 Main Street, 14th Floor, Worcester, MA 01608-2361 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:

**Name**      **Email Address**

Andrew G. Lizotte
    on behalf of Plaintiff Stephen B. Darr agl@murphyking.com
    bankruptcy@murphyking.com;aspanos@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com;imccormack@murphyking.com

Charles R. Bennett, Jr.
    on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com
    bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com

Daniel J Lyne
    on behalf of Plaintiff Stephen B. Darr dlyne@murphyking.com ecf-88b559bb7e6b@ecf.pacerpro.com

Elton Watkins, III

Case 16-04006   Doc 486   Filed 10/12/23   Entered 10/13/23 00:29:09   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0101-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 10, 2023 | Form ID: aphrg | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Milagros Adames watkinslaw@comcast.net |
| Elton Watkins, III | |
| | on behalf of Defendant Ricardo Fabin watkinslaw@comcast.net |
| Evans J. Carter | |
| | on behalf of Defendant Bilkish Sunesara ejcatty1@verizon.net |
| Gary W. Cruickshank | |
| | on behalf of Defendant Jose Miguel Filho gwc@cruickshank-law.com   cruickshankgr87938@notify.bestcase.com |
| Hilary Schultz | |
| | on behalf of Defendant Bruno Graziani hschultz@engelschultz.com |
| Ilyas J. Rona | |
| | on behalf of Defendant Frantz Balan ijr@mrdklaw.com   gnc@mrdklaw.com,kae@mrdklaw.com |
| Ilyas J. Rona | |
| | on behalf of Defendant Julio Silva ijr@mrdklaw.com   gnc@mrdklaw.com,kae@mrdklaw.com |
| Ilyas J. Rona | |
| | on behalf of Other Party Fabio Faria ijr@mrdklaw.com   gnc@mrdklaw.com,kae@mrdklaw.com |
| James P. Ehrhard | |
| | on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com   cote@ehrhardlaw.com |
| Jordan L. Shapiro | |
| | on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com |
| Jordan L. Shapiro | |
| | on behalf of Intervenor-Defendant Rahima Boughalem JSLAWMA@aol.com |
| Maksim Nemtsev | |
| | on behalf of Defendant Daniil Shoyfer menemtsev@gmail.com |
| Matthew Shayefar | |
| | on behalf of Defendant Timex Research Consulting Inc. matt@bostonlawgroup.com |
| Matthew Shayefar | |
| | on behalf of Defendant New Generation Med Supply Inc. matt@bostonlawgroup.com |
| Michael J. Duran | |
| | on behalf of Defendant Frantz Balan mjd@mrdklaw.com |
| Michael K. O'Neil | |
| | on behalf of Plaintiff Stephen B. Darr mko@rathlaw.com   fam@rathlaw.com |
| Michael M. McArdle | |
| | on behalf of Defendant Ruddy Abreau mike@mcardlelaw.com   morgan@mcardlelaw.com |
| Michael M. McArdle | |
| | on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com   morgan@mcardlelaw.com |
| Valentin D. Gurvits | |
| | on behalf of Defendant Timex Research Consulting Inc. vgurvits@bostonlawgroup.com |
| Valentin D. Gurvits | |
| | on behalf of Defendant New Generation Med Supply Inc. vgurvits@bostonlawgroup.com |
| Wendy M. Mead | |
| | on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Lan Lan Ji wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Hugo Alvarado wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Benjamin Argueta wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Roberto Nunez wendymeadpc@verizon.net |
| Wendy M. Mead | |
| | on behalf of Defendant Gladys Alvarado wendymeadpc@verizon.net |

District/off: 0101-4     User: admin     Page 3 of 3
Date Rcvd: Oct 10, 2023     Form ID: aphrg     Total Noticed: 1
TOTAL: 31

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re     TELEXFREE, INC., et a; | Related Bankruptcy Case: 14–40987 |
| | Chapter 11 |
| Debtor | Judge Elizabeth D. Katz |
| | |
| Stephen B. Darr | Adversary Proceeding: 16–04006 |
| Plaintiff | |
| vs. | |
| Benjamin Argueta | |
| Defendant | |

### NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **10/11/23 at 10:00 AM** before the Honorable Judge Elizabeth D. Katz, Courtroom 3, Harold Donohue, Federal Building and Courthouse, 595 Main Street, Worcester, MA 01608 to consider the following:

[482] Motion of Plaintiff to Exclude newly disclosed Dennis exhibits and related testimony

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013−1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. <u>**Your rights may be affected.**</u> You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071−1.

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date:  10/10/23                                                                By the Court,

                                                                                              <u>Stephen Reynolds</u>
                                                                                              Deputy Clerk
                                                                                              413−785−6909

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.