

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Telexfree, LLC<br>　　　　Debtor(s). | Chapter 11<br>Case No. 14-40987-EDK |
| Stephen B. Darr<br>　　　　Plaintiff(s),<br>v.<br><br>Benjamin Argueta<br>　　　　Defendant(s). | Adversary Proceeding<br>No. 16-04006-EDK |

**Proceeding Memorandum and Order**

**MATTER:**

#442 Motion of Domestic and International Class Representatives to Exclude Testimony of Dr. Cameron E. Freer as Inadmissable under Daubert

**Decision set forth more fully as follows:**

THIS HEARING IS CONTINUED TO MONDAY, OCTOBER 30, 2023 AT 10:00AM IN WORCESTER, COURTROOM 3.

PREVIOUSLY THIS COURT HAD SCHEDULED A HEARING ON THIS MATTER FOR THURSDAY, OCTOBER 19, 2023. THAT HEARING HAS BEEN CANCELED IN FAVOR OF THIS OCTOBER 30 HEARING DATE.

Dated: 10/16/2023

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge