

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Telexfree, LLC<br><br>Debtor(s).<br><br>Stephen B. Darr<br>            Plaintiff(s),<br>v.<br><br>Benjamin Argueta<br>            Defendant(s). | Chapter   11<br>Case No. 14-40987-EDK<br><br><br><br>Adversary Proceeding<br>No. 16-04006-EDK |

**Proceeding Memorandum and Order**

**MATTER:**

#444 Motion of Domestic and International Class Representatives for Summary Judgment
#458 Opposition and Cross-Motion for Summary Judgement filed by Plaintiff

**Decision set forth more fully as follows:**

THIS HEARING IS CONTINUED TO MONDAY, OCTOBER 30, 2023 AT 10:00AM IN WORCESTER, COURTROOM 3.

PREVIOUSLY THIS COURT HAD SCHEDULED A HEARING ON THIS MATTER FOR THURSDAY, OCTOBER 19, 2023.  THAT HEARING HAS BEEN CANCELED IN FAVOR OF THIS OCTOBER 30 HEARING DATE.

Dated: 10/16/2023

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge