

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re:<br>Telexfree, LLC<br><br>Debtor(s). | Chapter  11<br>Case No. 14-40987-EDK |
| --- | --- |
| Stephen B. Darr<br>          Plaintiff(s),<br>v.<br><br>Benjamin Argueta<br>          Defendant(s). | Adversary Proceeding<br>No. 16-04006-EDK |

**Proceeding Memorandum and Order**

**MATTER:**

#456 Motion of Plaintiff to Partially Strike portions of the affidavit of Frantz Balan under Federal Rules of Evidence 602 and 702
#467 Opposition filed by Defendant Frantz Balan

**Decision set forth more fully as follows:**

THIS HEARING IS CONTINUED TO MONDAY, OCTOBER 30, 2023 AT 10:00AM IN WORCESTER, COURTROOM 3.

ANY PREVIOUSLY SCHEDULED HEARINGS IN THIS CASE SET FOR THURSDAY, OCTOBER 19, 2023 HAVE BEEN CANCELED IN FAVOR OF THIS OCTOBER 30 HEARING DATE.


Dated: 10/16/2023                    By the Court,


                                     Elizabeth D. Katz
                                     United States Bankruptcy Judge