

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Telexfree, LLC<br><br>Debtor(s). | Chapter  11<br>Case No. 14-40987-EDK |
| Stephen B. Darr<br>Plaintiff(s),<br><br>v.<br><br>Benjamin Argueta<br>Defendant(s). | Adversary Proceeding<br>No. 16-04006-EDK |

**Proceeding Memorandum and Order**

**MATTER:**

#470 Motion of Domestic and International Class Representatives to Strike the affidavits of Jean Louis Sorondo and Stephen B. Darr pursuant to FRCP 37(c)(1) and preclude their testimony, or alternatively, to Reschedule the Daubert hearing, Amend the deadline for expert disclosure, and Increase the budget of Class Defendants' for legal fees and expert costs

**Decision set forth more fully as follows:**

THIS HEARING IS CONTINUED TO MONDAY, OCTOBER 30, 2023 AT 10:00AM IN WORCESTER, COURTROOM 3.

ANY PREVIOUSLY SCHEDULED HEARINGS IN THIS CASE SET FOR THURSDAY, OCTOBER 19, 2023 HAVE BEEN CANCELED IN FAVOR OF THIS OCTOBER 30 HEARING DATE.

Dated: 10/16/2023

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge