United States Bankruptcy Court
District of Massachusetts

Darr,
    Plaintiff

Argueta,
    Defendant

Adv. Proc. No. 16-04006-edk

# CERTIFICATE OF NOTICE

District/off: 0101-4      User: admin      Page 1 of 4
Date Rcvd: Oct 20, 2023      Form ID: transcrp      Total Noticed: 107

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Aaron Ataide, 2900 W Porter Ave., Visalia, CA 93291-6546 |
| dft | + | Alexander N. Aurio, 15 W. Prescott Ave., Clovis, CA 93619-8743 |
| dft | + | Alexandro Rocha, 6 Nell Road, Revere, MA 02151-2106 |
| dft | + | Amilcar Lopez, 94 Broadway Street, Somerville, MA 02145-3233 |
| dft | + | Ana R. Ramos, 63 Fremont Ave. Apt 2, Chelsea, MA 02150-1024 |
| dft | + | Ana Rosa Lopez, 5019 Redwin Brook Trail, Katy, TX 77449-4582 |
| dft | + | Ana Santos, 120 Atlantic Ave, Long Branch, NJ 07740-7778 |
| dft | + | Andres Bolivar Estevez, 9510 90th Ave. 2, Woodhaven, NY 11421-2754 |
| dft | + | Antonio Oliveira, 5 Juniper St., North Billerica, MA 01862-3123 |
| dft | + | Bartolo Castllo, 23530 Canyon Lake Dr., Spring, TX 77373-7708 |
| dft | + | Benjamin Argueta, 14 Illinois Avenue, Apt. 1, Somerville, MA 02145-2208 |
| dft | + | Bilkish Sunesara, 8211 Longvale Drive, Rosenberg, TX 77469-5046 |
| dft | + | Bingjian Pan, 75 E. 4th Street, Apt. 23, New York, NY 10003-0831 |
| dft | + | Bruno Graziani, 134 Highland Street, Marlborough, MA 01752-4244 |
| dft | + | Carlos Alfaro, 20 Manor Place, Huntington Station, NY 11746-1546 |
| dft | + | Carlos C. DeJesus, 72 Fremont Ave., Apt. 2, Chelsea, MA 02150-1033 |
| dft | + | Carlos Vanterpool, 255 Hidden Springs Cir., Kissimmee, FL 34743-6122 |
| dft | + | Celso Roberto Silva Filho, 261 Whalepond Road, Oakhurst, NJ 07755-1543 |
| dft | + | Chai Hock Ng, 13525 Roosevelt Ave, #2D, Flushing, NY 11354-5305 |
| dft | + | Daneng Xiong, 280 St. Augustine Dr., Chico, CA 95928-4345 |
| dft | + | Daniel Chavez, 4149 S. Church St., Visalia, CA 93277-9166 |
| dft | + | David Reis, 25 MacArthur St, #2, Somerville, MA 02145-3111 |
| dft | + | Davidson R. Teixeira, 33 Vernal Street, #1, Everett, MA 02149-2311 |
| dft | + | Debora C. Brasil, 802 Harbor Inn Dr., Coral Springs, FL 33071-5614 |
| dft | + | Devendra Shah, 5002 N. Oaks Blvd., North Brunswick, NJ 08902-2140 |
| dft | + | Dwayne Jones, 3324 Parsons Blvd., Apt 6P, Flushing, NY 11354-3107 |
| dft | + | Eddie Alberto Duverge, 90 Prospect Ave., Revere, MA 02151-3815 |
| dft | + | Edgar Borelli, 291 Thompson St., Halifax, MA 02338-1652 |
| dft | + | Edilene Storck Navarro, 55 Fox Rd., Unit 925, Waltham, MA 02451-0203 |
| dft | + | Edson F. Souza, 1003 Acton Ave., Lehigh Acres, FL 33971-7546 |
| dft | + | Eduardo N. Silva, 10111 Newington Drive, Orlando, FL 32836-3742 |
| dft | + | Euzebio Sudre Neto, 334 Chestnut Farm Way, Raynham, MA 02767-1584 |
| dft | + | Ezau Soares Ferreira, 27 High St., Apt 2, East Weymouth, MA 02189-2936 |
| dft | + | Fabiana Acacia Da Cruz Dos Santos, 7983 NW 70th Ave, Parkland, FL 33067-3972 |
| dft | + | Faith Sloan, 4809 Crystalline Pl., Apt 102, Virginia Beach, VA 23462-4496 |
| dft | + | Faustino Torres, 5514 Minaret Ct., Orlando, FL 32821-8119 |
| dft | + | Francisdalva Siqueira, 9715 Arbor Oak Ct., Apt. 301, Boca Raton, FL 33428-1771 |
| dft | + | Frantz Balan, 51 Grover Street, Apt. 2, Everett, MA 02149-4204 |
| dft | + | Gaspar Jesus, 235 Boston St., Apt 3, Lynn, MA 01904-3158 |
| dft | + | Gelalin-3377 LLC, 53 Walk Hill St., Apt 2, Jamaica Plain, MA 02130-4145 |
| dft | + | Gerald Agnew, 3324 Parsons Blvd, Apt 6P, Flushing, NY 11354-3107 |
| dft | + | Gilson Nassar, 3500 W. Hillsboro Blvd., Apt 201, Coconut Creek, FL 33073-2112 |
| dft | + | Gladys Alvarado, 177 Lincoln St., #2, Worcester, MA 01605-3757 |
| dft | + | Global Marketing Strategies, 2460 E. Pole Rd., Everson, WA 98247-9746 |
| dft | + | Helio Barbosa, 2B Brackett Rd, Framingham, MA 01702-8706 |
| dft | + | Hugo Alvarado, 18 Catherine St. #1, Worcester, MA 01605-2771 |

Case 16-04006   Doc 496   Filed 10/22/23   Entered 10/23/23 00:21:11   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0101-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: transcrp | Total Noticed: 107 |

| | | |
|---|---|---|
| dft | + | Jamilson Marcos Conceicao, 5451 Ginger Cove Dr., Apt A, Tampa, FL 33634-1726 |
| dft | + | Jap International Network LLC, c/o Gilberto Araujo Filho, 3310 Quail Close, Pompano Beach, FL 33064-2021 |
| dft | + | Jean 2004 Enterprise Corp., 1310 Partridge Close, Pompano Beach, FL 33064-2022 |
| dft | + | Jesus Osuna, 700 N Avery Ave, Farmersville, CA 93223-1267 |
| dft | + | Joelito Souza Caldas Junior, 9751 Majorca Pl., Boca Raton, FL 33434-3713 |
| dft |   | Jorge Antonio Mejia Sequeira, 3055 Jasmine Valley Dr., Canyon Country, CA 91387 |
| dft | + | Jose Carlos Maciel, 18 Hayes St., Apt 2, Framingham, MA 01702-6935 |
| dft | + | Jose Lopez, 164 Exchange St., 2nd Floor, Lawrence, MA 01841-1022 |
| dft | + | Jose Miguel Filho, 27 Liberty St., Gloucester, MA 01930-2896 |
| dft | + | Jose Neto, 49 Rodney Street, Worcester, MA 01605-2859 |
| dft | + | Joseph Pietropaolo, 224 Sarahs Lane, Liberty Hill, TX 78642-4036 |
| dft | + | Julio C. Paz, 179 Water Street, Framingham, MA 01701-3409 |
| dft | + | Julio Silva, 111 E. Washington St., Unit 2221, Orlando, FL 32801-2380 |
| dft | + | LM Davar Inc., 6350 S. Elm Ln., Lake Worth, FL 33462-2002 |
| dft | + | LWC Marketing, Inc., 57 Freeman Lane, Buena Park, CA 90621-5003 |
| dft | + | Lan Lan Ji, 1535 83rd St., #2, Brooklyn, NY 11228-3129 |
| dft | + | Laureano Arellano, 576N 800W, Provo, UT 84601-1406 |
| dft | + | Linda Suzanne Hackett, 97 Bellevue Ave, Melrose, MA 02176-3215 |
| dft | + | Luisa E. Lopez, 168 Thorndike St., #1, Cambridge, MA 02141-1533 |
| dft | + | Luiz Antonio Da Silva, 133 Concord St, Framingham, MA 01702-8305 |
| dft |   | Lusette Balan, 5648 Lowell Street, Peabody, MA 01960 |
| dft | + | Marcelo DaSilva, 38 Lyme St., #308, Malden, MA 02148-4217 |
| dft | + | Marcio Souza Nery, 260 Potter St., New Bedford, MA 02740-4602 |
| dft | + | Marco Almeida, 420 Atlantice Ave, Long Branch, NJ 07740-6834 |
| dft | + | Marcos Lana, 41 Beacon Street, Framingham, MA 01701-4900 |
| dft | + | Maria Teresa Milagres Neves, 2B Brackett Road, Framingham, MA 01702-8706 |
| dft | + | Mariza S. Morinelli, 131 S. Federal Hwy., Apt. 527, Boca Raton, FL 33432-4955 |
| dft | + | Michel Cristiano Santolin de Arruda, 26 Beacon Street, Apt 12A, Burlington, MA 01803-3812 |
| dft | + | Milagros Adames, 71 Swan St., Methuen, MA 01844-5020 |
| dft | + | New Generation Med Supply Inc., 1037 51st St., Apt. D7, Brooklyn, NY 11219-3322 |
| dft | + | Nubia R. Goulart, 246 Winthrop St., Framingham, MA 01702-8530 |
| dft | + | Omar Quinonez, 3812 N. Oak Dr., Apt. M62, Tampa, FL 33611-6597 |
| dft | + | Parrot Bay Homes, Inc., 6851 Cypress Cove Cir., Jupiter, FL 33458-3791 |
| dft | + | Pat Jackson, 12314 E. 55th Terr., Kansas City, MO 64133-3189 |
| dft | + | Paulo Giuliano Diogenes de Bessa Rosado, 420 Atlantic Ave, Long Branch, NJ 07740-6834 |
| id | + | Rahima Boughalem, 116 Gladstone St. #B 1, East Boston, MA 02128-4204 |
| dft | + | Randy Crosby, 31 Club Court, #9, Alpharetta, GA 30005 |
| dft | + | Renato Sacramento, 5413 Vineland Road, Orlando, FL 32811-7607 |
| dft | + | Ricardo Fabin, 60 Stevens Ave, Lawrence, MA 01843-3324 |
| dft | + | Roberto Nunez, 16 Fairfield St., Worcester, MA 01602-3410 |
| dft |   | Rodrigo Castro, 3424 Woodbriar Drive, Houston, TX 77068 |
| dft | + | Rodrigo Montemor, 6 Boxford Street, Lawrence, MA 01843-2304 |
| dft | + | Rodrigo R. Breda, 14202 Grand Pre Rd., Apt. 303, Silver Spring, MD 20906-2883 |
| dft | + | Ronei Barreto, 14 Branchport Ave, Long Branch, NY 07740-5996 |
| dft | + | Rosane Cruz, 22 Northampton Street, Worcester, MA 01605-3462 |
| dft | + | Ruddy Abreau, 9 Longwood Drive, Methuen, MA 01844-5015 |
| dft | + | Rudmar Gentil, 425 Washington Ave., Apt. 3, Chelsea, MA 02150-3650 |
| dft | + | Silverio Reyes, 70 W. Walnut Park, Apt 2, Roxbury, MA 02119-1035 |
| dft | + | Sonya Crosby, 30 Club Court, #9, Alpharetta, GA 30005-7422 |
| dft | + | Soraya Ferreira, 6350 S. Elm Lane, Lake Worth, FL 33462-2002 |
| dft | + | Team Global Adverting LLC., 13506 Paddington Circ., Austin, TX 78729-1930 |
| dft | + | Technovia Inc., 533 Cambridge St., Unit 310, Allston, MA 02134-2581 |
| dft | + | Timex Research Consulting Inc., 10724 71st Rd., Apt 14C, Forest Hills, NY 11375-4794 |
| dft | + | United Group USA, 5620 Bay Side Dr., Orlando, FL 32819-4045 |
| dft | + | Vaming Services, 8228 Bedford Cove Way, Sacramento, CA 95828-6164 |
| dft | + | Venerando Contreras, 6182 Bryce Canyon Ave, Las Vegas, NV 89156-5859 |
| dft | + | Walace Augusto Da Silva, 57 Greenwood St., Marlborough, MA 01752-3290 |
| dft | + | Wesley Dias, 21103 Via Eden, Boca Raton, FL 33433-2209 |
| dft | + | Wesley Nascimento Alvesby, 37 Lawrence St., Everett, MA 02149-5073 |
| dft | + | Yue Chen, 1935 Ptrero Grande Drive, Apt 209, Monterey Park, CA 91755-7425 |

TOTAL: 106

Case 16-04006 Doc 496 Filed 10/22/23 Entered 10/23/23 00:21:11 Desc Imaged
Certificate of Notice Page 3 of 5

| District/off: 0101-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: transcrp | Total Noticed: 107 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion01.WO.ECF@usdoj.gov | Oct 20 2023 22:18:02 | Richard King, Office of US. Trustee, 446 Main Street, 14th Floor, Worcester, MA 01608-2361 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Defendant Class of Net Winners |
| intp | | Fabio Wanzeler |
| intp | | Plaintiffs' Interim Executive Committee |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2023       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew G. Lizotte | on behalf of Plaintiff Stephen B. Darr agl@murphyking.com bankruptcy@murphyking.com;aspanos@murphyking.com;ddk@murphyking.com;agl@murphyking.com;ecf-72a6723957cc@ecf.pacerpro.com;imccormack@murphyking.com |
| Charles R. Bennett, Jr. | on behalf of Plaintiff Stephen B. Darr cbennett@murphyking.com bankruptcy@murphyking.com;imccormack@murphyking.com;ecf-ca5a5ac33a04@ecf.pacerpro.com |
| Daniel J Lyne | on behalf of Plaintiff Stephen B. Darr dlyne@murphyking.com ecf-88b559bb7e6b@ecf.pacerpro.com |
| Elton Watkins, III | on behalf of Defendant Milagros Adames watkinslaw@comcast.net |
| Elton Watkins, III | on behalf of Defendant Ricardo Fabin watkinslaw@comcast.net |
| Evans J. Carter | on behalf of Defendant Bilkish Sunesara ejcatty1@verizon.net |
| Gary W. Cruickshank | on behalf of Defendant Jose Miguel Filho gwc@cruickshank-law.com cruickshankgr87938@notify.bestcase.com |
| Hilary Schultz | on behalf of Defendant Bruno Graziani hschultz@engelschultz.com |
| Ilyas J. Rona | |

Case 16-04006 Doc 496 Filed 10/22/23 Entered 10/23/23 00:21:11 Desc Imaged
Certificate of Notice Page 4 of 5

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 20, 2023 | Form ID: transcrp | Total Noticed: 107 |

| | |
|---|---|
| | on behalf of Other Party Fabio Faria ijr@mrdklaw.com gnc@mrdklaw.com,kae@mrdklaw.com |
| Ilyas J. Rona | on behalf of Defendant Frantz Balan ijr@mrdklaw.com gnc@mrdklaw.com,kae@mrdklaw.com |
| Ilyas J. Rona | on behalf of Defendant Julio Silva ijr@mrdklaw.com gnc@mrdklaw.com,kae@mrdklaw.com |
| James P. Ehrhard | on behalf of Defendant Andres Bolivar Estevez ehrhard@ehrhardlaw.com cote@ehrhardlaw.com |
| Jordan L. Shapiro | on behalf of Defendant Linda Suzanne Hackett JSLAWMA@aol.com |
| Jordan L. Shapiro | on behalf of Intervenor-Defendant Rahima Boughalem JSLAWMA@aol.com |
| Maksim Nemtsev | on behalf of Defendant Daniil Shoyfer menemtsev@gmail.com |
| Matthew Shayefar | on behalf of Defendant New Generation Med Supply Inc. matt@bostonlawgroup.com |
| Matthew Shayefar | on behalf of Defendant Timex Research Consulting Inc. matt@bostonlawgroup.com |
| Michael J. Duran | on behalf of Defendant Frantz Balan mjd@mrdklaw.com |
| Michael K. O'Neil | on behalf of Plaintiff Stephen B. Darr mko@rathlaw.com fam@rathlaw.com |
| Michael M. McArdle | on behalf of Defendant Ruddy Abreau mike@mcardlelaw.com morgan@mcardlelaw.com |
| Michael M. McArdle | on behalf of Defendant Ana Rosa Lopez mike@mcardlelaw.com morgan@mcardlelaw.com |
| Valentin D. Gurvits | on behalf of Defendant Timex Research Consulting Inc. vgurvits@bostonlawgroup.com |
| Valentin D. Gurvits | on behalf of Defendant New Generation Med Supply Inc. vgurvits@bostonlawgroup.com |
| Wendy M. Mead | on behalf of Defendant Roberto Nunez wendymeadpc@verizon.net |
| Wendy M. Mead | on behalf of Defendant Gladys Alvarado wendymeadpc@verizon.net |
| Wendy M. Mead | on behalf of Defendant Carlos C. DeJesus wendymeadpc@verizon.net |
| Wendy M. Mead | on behalf of Defendant Luisa E. Lopez wendymeadpc@verizon.net |
| Wendy M. Mead | on behalf of Defendant Lan Lan Ji wendymeadpc@verizon.net |
| Wendy M. Mead | on behalf of Defendant Ana R. Ramos wendymeadpc@verizon.net |
| Wendy M. Mead | on behalf of Defendant Hugo Alvarado wendymeadpc@verizon.net |
| Wendy M. Mead | on behalf of Defendant Benjamin Argueta wendymeadpc@verizon.net |

TOTAL: 31

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

In Re: Darr v. Argueta et al  
       Debtor,

Chapter: 0  
Case No: 16−04006  
Judge Elizabeth D. Katz

---

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION, REDACTION AND RELEASE

**Notice is hereby given** that an official transcript has been filed in the above referenced case. The following deadlines for restriction, redaction and release of the transcript apply:

1. The parties have twenty−one (21) calendar days from the date of filing of the transcript to file a *Request for Redaction* with the court and a Certificate of Service stating that the request was served on the other parties to the case and on the transcriber. **Please contact the court's Electronic Court Recorder Operator for the name and address of the transcriber**.

   The attorney or pro se party filing a *Request for Redaction* must attach a list of information to be redacted with the request. The information should be identified by type of identifier (e.g., minor's name, birth date, etc) with page and line number where the information appears in the transcript. Redaction requires that only the last four(4) digits of an individual's social security number or the last four(4) digits of a financial account number be shown; only a minor's initials, not his/her name, should be shown; and for birth dates only the year of birth should be shown. Specificity will reduce errors. **Please note: The Request for Redaction is a public document – do not include the actual identifiers in the Request or the attached list.**

2. If a *Request for Redaction* is filed, the redacted transcript is due 31 calendar days from the date of filing of the transcript.

3. If no *Request for Redaction* is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 90 calendar days from the date of filing of the transcript unless extended by court order.

    To review the transcript for redaction purposes, you may view the transcript at no cost from any public terminal in the Clerk's office. The document may not be printed from these terminals until the 90 day restriction period has elapsed. You may also purchase a copy of the transcript from the transcriber at the rate established by the Judicial Conference.

    ECF Users who purchase the transcript may also be given remote access to the transcript through the Court's ECF system. Subsequent to the purchase, the transcriber will contact the Court so that the ECF Users' access may be activated. **Please note: Remote access is not the same as purchasing the transcript. Remote access is not free; PACER charges will apply. The 30 page cap does NOT apply to transcripts. The full per page price will be charged to the ECF Users' PACER statement.**

Date: 10/20/23

By the Court,

Mary P. Sharon  
Clerk, U.S. Bankruptcy Court