

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Telexfree, LLC<br><br>Debtor(s).<br><br>Stephen B. Darr<br>        Plaintiff(s),<br>v.<br><br>Benjamin Argueta<br>        Defendant(s). | Chapter 11<br>Case No. 14-40987-EDK<br><br><br><br><br>Adversary Proceeding<br>No. 16-04006-EDK |

### Proceeding Memorandum and Order

**MATTER:**

#442 Motion of Domestic and International Class Representatives to Exclude Testimony of Dr. Cameron E. Freer as Inadmissable under Daubert
#459 Opposition filed by Plaintiff

**Decision set forth more fully as follows:**

DENIED. DR. FREER'S TESTIMONY MEETS THE STANDARD OF FED. R. EVID. 702.

Dated: 10/30/2023

By the Court,

*Elizabeth D. Katz*

Elizabeth D. Katz
United States Bankruptcy Judge