

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Telexfree, LLC<br><br>Debtor(s). | Chapter 11<br>Case No. 14-40987-EDK |
| Stephen B. Darr<br>Plaintiff(s),<br>v.<br><br>Benjamin Argueta<br>Defendant(s). | Adversary Proceeding<br>No. 16-04006-EDK |

**Proceeding Memorandum and Order**

**MATTER:**

#444 Motion of Domestic and International Class Representatives for Summary Judgment
#458 Opposition and Cross-Motion for Summary Judgement filed by Plaintiff

**Decision set forth more fully as follows:**

DENIED.

Dated: 10/31/2023

By the Court,

*Elizabeth D. Katz*

Elizabeth D. Katz
United States Bankruptcy Judge