

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Telexfree, LLC<br><br>Debtor(s). | Chapter 11<br>Case No. 14-40987-EDK |
| Stephen B. Darr<br>        Plaintiff(s),<br><br>v.<br><br>Benjamin Argueta<br>        Defendant(s). | Adversary Proceeding<br>No. 16-04006-EDK |

### Proceeding Memorandum and Order

**MATTER:**

#470 Motion of Domestic and International Class Representatives to Strike the affidavits of Jean Louis Sorondo and Stephen B. Darr pursuant to FRCP 37(c)(1) and preclude their testimony, or alternatively, to Reschedule the Daubert hearing, Amend the deadline for expert disclosure, and Increase the budget of Class Defendants' for legal fees and expert costs
#478 Response filed by Plaintiff

**Decision set forth more fully as follows:**

DENIED AS MOOT.

Dated: 11/02/2023

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge