

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Telexfree, LLC<br><br>Debtor(s).<br><br>Stephen B. Darr<br>Plaintiff(s),<br>v.<br><br>Benjamin Argueta<br>Defendant(s). | Chapter 11<br>Case No. 14-40987-EDK<br><br><br><br><br>Adversary Proceeding<br>No. 16-04006-EDK |

### Proceeding Memorandum and Order

**MATTER:**

#456 Motion of Plaintiff to Partially Strike portions of the affidavit of Frantz Balan under Federal Rules of Evidence 602 and 702
#467 Opposition filed by Defendant Frantz Balan

**Decision set forth more fully as follows:**

DENIED AS MOOT.

Dated: 11/03/2023

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge