**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>　　　　Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>　　　　Plaintiff,<br>v.<br>FRANZ BALAN, A REPRESENTATIVE OF A<br>CLASS OF DEFENDANT NET WINNERS,<br>　　　　Defendants. | Adversary Proceeding<br><br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE<br>FINANCIAL, INC.,<br>　　　　Plaintiff,<br>v.<br>MARCO PUZZARINI AND SANDRO PAULO<br>FREITAS, REPRESENTATIVES OF A CLASS<br>OF DEFENDANT NET WINNERS,<br>　　　　Defendants. | Adversary Proceeding<br><br>No. 16-4007 |

**CERTIFICATE OF SERVICE**

I, Andrew G. Lizotte, hereby certify that on February 9, 2024, I caused a copy of the *Request for Scheduling Conference* to be served electronically through the Court's ECF System upon the registered participants as identified on the Notice of Electronic Filing.

Dated:  February 9, 2024　　　　　　　　/s/ Andrew G. Lizotte
　　　　　　　　　　　　　　　　　　　　Andrew G. Lizotte (BBO #559609)
　　　　　　　　　　　　　　　　　　　　MURPHY & KING,
　　　　　　　　　　　　　　　　　　　　Professional Corporation
　　　　　　　　　　　　　　　　　　　　28 State Street, 31st Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　　　　　　　　　Telephone: (617) 423-0400
　　　　　　　　　　　　　　　　　　　　ALizotte@murphyking.com

828942