# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 11 Cases |
| | |
| TELEXFREE, LLC, | 14-40987-EDK |
| TELEXFREE, INC. and | 14-40988-EDK |
| TELEXFREE FINANCIAL, INC., | 14-40989-EDK |
| | |
| Reorganized Debtors. | Substantively Consolidated |

| | |
|---|---|
| STEPHEN B. DARR, TRUSTEE OF THE ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC., | |
| Plaintiff, | Adversary Proceeding No. 16-4006 |
| v. | |
| FRANZ BALAN, A REPRESENTATIVE OF A CLASS OF DEFENDANT NET WINNERS, | |
| Defendants. | |

| | |
|---|---|
| STEPHEN B. DARR AS TRUSTEE OF THE ESTATES OF TELEXFREE, LLC, TELEXFREE, INC. and TELEXFREE FINANCIAL, INC., | |
| Plaintiff, | Adversary Proceeding No. 16-4007 |
| v. | |
| MARCO PUZZARINI AND SANDRO PAULO FREITAS, REPRESENTATIVES OF A CLASS OF DEFENDANT NET WINNERS, | |
| Defendants. | |

## TRUSTEE'S OBJECTIONS TO DEFENDANTS' PROPOSED EXHIBITS

Pursuant to the March 8, 2024, Final Pretrial Order in the above-referenced Adversary

Proceedings [docket no. 506 in A.P. 16-4006], Stephen B. Darr, the Liquidating Trustee

("Trustee") under the confirmed plan of reorganization of TelexFree LLC, TelexFree Inc., and

TelexFree Financial Inc. (collectively, "TelexFree" or the "Debtor") asserts the following

objections to the admissibility of Defendants' proposed exhibits.

To the extent not previously admitted, the Trustee repeats his objections to Defendants'

previously proposed exhibits  that were objected to in connection with the October 2023 Daubert

Hearing.  The grounds for each objection are set forth in the chart below:

| Ex. No. | Exhibit Description | Trustee's Previous Objections |
|---------|---------------------|-------------------------------|
| D-001 | Rebuttal Expert Report Joshua W. Dennis, and all exhibits to the report (July 31, 2020) | |
| D-002 | Supplemental Rebuttal Expert Report Joshua W. Dennis, and all exhibits to the report (April 14, 2023) | |
| D-003 | Affidavit of Frantz Balan dated July 30, 2020 | Objection - Hearsay; Relevance |
| D-004 | Affidavit of Lusette Balan dated July 29, 2020 | Objection - Hearsay; Relevance |
| D-005 | Affidavit of Ilyas J. Rona dated (ECF No. 443) | Objection - Hearsay; Relevance |
| D-006 | Stipulation Respecting the Amended Fee Arrangement for Defendants dated January 4, 2022 | |
| D-007 | Email string Cameron Freer and Andrew Lizotte dated November 2-3, 2021 - BC002512-18 | |
| D-008 | SIG account data for Rosmery Torrico | Objection – See motion [A.P. No. 16-4006, Doc 482]; Relevance |
| D-009 | EPOC data for Rosmery Torrico | Objection – See motion [A.P. No. 16-4006, Doc 482]; Relevance |
| D-010 | SIG account data for Ella Maria Reid | Objection – See motion [A.P. No. 16-4006, Doc 482]; Relevance |
| D-011 | EPOC data for Ella Maria Reid | Objection – See motion [A.P. No. 16-4006, Doc 482]; Relevance |

| Ex. No. | Exhibit Description | Trustee's Previous Objections |
|---|---|---|
| D-012 | SIG account data for Benjamin Argueta | Objection – See motion [A.P. No. 16-4006, Doc 482]; Relevance |
| D-013 | SIG account data Amilcar Lopez | Objection – See motion [A.P. No. 16-4006, Doc 482]; Relevance |
| D-014 | Lopesa Services Advertisement appearing in La Planeta (4/12/2012) | Objection – Hearsay; Foundation |
| D-015 | Omitted | |
| D-016 | Exhibit 1 to Freer Deposition - Curriculum Vitae of Cameron Freer | |
| D-017 | Exhibit 3 to Freer Deposition - E-mail Chain, Sorondo to Freer, 7/10/21 | |
| D-018 | Exhibit 4 to Freer Deposition - E-mail Chain, Sorondo to·Freer, 7/18/21 | |
| D-019 | Exhibit 5 to Freer Deposition - E-mail Chain, Sorondo to·Freer, 7/13/21 | |
| D-020 | Exhibit 6 to Freer Deposition - E-mail Chain, Freer to·Sorondo, 7/13/21 | |
| D-021 | Exhibit 7· to Freer Deposition - E-mail Chain, Sorondo to Freer, 7/14/21 | |
| D-022 | Exhibit 8 to Freer Deposition - E-Mail Chain, Lizotte to Freer, 11/3/21 | |
| D-023 | Exhibit 9 to Freer Deposition - E-mail Chain, Lizotte to Freer, 11/3/21 | |
| D-024 | Transcript of Video Evidentiary Hearings: Determining the Admissibility and Presumptive Effect of the Aggregation Methodology in Determining Net Winners before The Honorable Melvin S. Hoffman, J.U.S.B.C. (Volume 1 - 11/23/2020) | Objection – Court may take judicial notice |
| D-025 | Transcript of Video Evidentiary Hearings: Determining the Admissibility and Presumptive Effect of the Aggregation Methodology in Determining Net Winners before The Honorable Melvin S. Hoffman, J.U.S.B.C. (Volume 2- 11/24/2020) | Objection – Court may take judicial notice |
| D-026 | Memorandum of Decision on Class Defendants'Motion to Exclude Expert Witness Testimony of Timothy Martin | |
| D-027 | Curriculum Vitae of Joshua W. Dennis | |
| D-028 | List of Documents Considered by Joshua W. Dennis | |
| D-029 | User Accounts and Participants by Entity and Type | |

| Ex. No. | Exhibit Description | Trustee's Previous Objections |
|---|---|---|
| D-030 | Summary of TelexFree Net Equity by Tier and Transaction Type | |
| D-031 | Summary of TelexFree User Accounts and Participants by Tier | |
| D-032 | Summary of TelexFree Top Net Losers Matched to Net Winners | |
| D-033 | Top 100 TelexFree Net Losers | |
| D-034 | Top 100 TelexFree Net Winners | |
| D-035 | Top Net Loser and Matched Net Winner User Account Detail | |
| D-036 | Frantz Balan & Lusette Balan User Account Detail | |
| D-037 | Alphabet User Account Detail | |
| D-038 | Billybob Arbonne User Account Detail | |
| D-039 | Lopes & Carreiro User Account Detail | |
| D-040 | Zaglia & Ragolia User Account Detail | |
| D-041 | Rejane & Paulo Marinho User Account Detail | |
| D-042 | Maria Neves User Account Detail | |
| D-043 | Sann Devaconcelos User Account Detail | |
| D-044 | Oscar Sosa User Account Detail | |
| D-045 | Claimed Account Aggregations | |
| D-046 | Example Credit Transfer Detail | |
| D-047 | Brandon Zagarella affidavit dated 10/25/2020 | Objection - Hearsay; Relevance |
| D-048 | Newly Omitted | |
| D-049 | Omitted | |
| D-050 | Omitted | |
| D-051 | Omitted | |

| Ex. No. | Exhibit Description | Trustee's Previous Objections |
|---|---|---|
| D-052 | Peter Christen, Data Matching (2012) | |
| D-053 | SIG account data for Dani Goes | Objection – See motion [A.P. No. 16-4006, Doc 482]; Relevance |
| D-054 | Omitted | |
| D-055- D-085 | Additional Dennis Exhibits | Objection – See motion [A.P. No. 16-4006, Doc 482]; Relevance |
| D-086 | Dennis VOIP Chart.pdf | |
| D-087 | 433_Balan New Scheduling Order 2.28.23.pdf | Objection - Relevance |
| D-088 | PROPAY0001079-80.pdf | Objection - Relevance |
| D-089 | Rosmery Torrico, 01-19-2023 full.pdf | Objection - Relevance |
| D-090 | TelexFREE Training - How To Register [LOIXSSyExTk].mp4 | Objection - Relevance |
| D-091 | How To Sign Up A Customer In Telex ENGLISH [sMX0Ju-Trxg].mp4 | Objection - Relevance |
| D-092 | TelexFREE Training - How To Log Into Your Customer Back Office [Ftw3k2KpA_s].mp4 | Objection - Relevance |

Additionally, the Trustee objects to Defendants' proposed exhibits **D-93** through **D-100** on the grounds set forth in the chart below:

| Ex. No. | Exhibit Description | Trustee's Previous Objections | Trustee's Objections |
|---|---|---|---|
| D-093 | SIG account data for Cluster ID 521747 | n/a - newly proposed | Objection - Foundation; Relevance; Hearsay; Authentication |
| D-094 | SIG account data for Cluster ID 104205 | n/a - newly proposed | Objection - Foundation; Relevance; Hearsay; Authentication |
| D-095 | SIG account data for Cluster ID 178992 | n/a - newly proposed | Objection - Foundation; Relevance; Hearsay; Authentication |
| D-096 | SIG account data for Cluster ID 256429 | n/a - newly proposed | Objection - Foundation; Relevance; Hearsay; Authentication |

| D-097 | SIG account data for Cluster ID 4005896 | n/a - newly proposed | Objection - Foundation; Relevance; Hearsay; Authentication |
| D-098 | SIG account data for Graca Luisa | n/a - newly proposed | Objection - Foundation; Relevance; Hearsay; Authentication |
| D-099 | SIG account data for Cluster ID 6270770 | n/a - newly proposed | Objection - Foundation; Relevance; Hearsay; Authentication |
| D-100 | SIG account data for Cluster ID 4545010 | n/a - newly proposed | Objection - Foundation; Relevance; Hearsay; Authentication |

Dated: May 8, 2024          STEPHEN DARR,
LIQUIDATING TRUSTEE,

By his counsel:


_____*/s/ Andrew G. Lizotte*_____
Charles R. Bennett, Jr. (BBO #037380)
Daniel J Lyne (BBO #309290)
Andrew G. Lizotte (BBO #559609)
Alexandra M. Papas (BBO #707581)
MURPHY & KING,
Professional Corporation
28 State Street, 31st Floor
Boston, MA  02109
Telephone: (617) 423-0400
cbennet@murphyking.com
Dlyne@murphyking.com
ALizotte@murphyking.com
Apapas@muprhyking.com

## CERTIFICATE OF SERVICE

I, Andrew G. Lizotte, hereby certify that on May 8, 2024, a copy of this document was

served by operation of the Court's ECF System upon the registered participants as identified on the

Notice of Electronic Filing.

Date:  May 8, 2024

*/s/ Andrew G. Lizotte*_____
Andrew G. Lizotte (BBO #559609)
MURPHY & KING,
Professional Corporation
28 State Street, 31st Floor
Boston, MA  02109
Telephone:  617-423-0400
Alizotte@murphyking.com