UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>TELEXFREE, LLC,<br>TELEXFREE, INC. and<br>TELEXFREE FINANCIAL, INC.,<br><br>       Reorganized Debtors. | Chapter 11 Cases<br><br>14-40987-EDK<br>14-40988-EDK<br>14-40989-EDK<br><br>Substantively Consolidated |
| STEPHEN B. DARR, TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>       Plaintiff,<br>  v.<br><br>FRANZ BALAN, A REPRESENTATIVE OF A CLASS OF DEFENDANT NET WINNERS,<br><br>       Defendants. | Adversary Proceeding<br>No. 16-4006 |
| STEPHEN B. DARR AS TRUSTEE<br>OF THE ESTATES OF TELEXFREE, LLC,<br>TELEXFREE, INC. and TELEXFREE FINANCIAL, INC.,<br><br>       Plaintiff,<br>  v.<br><br>MARCO PUZZARINI AND SANDRO PAULO FREITAS, REPRESENTATIVES OF A CLASS OF DEFENDANT NET WINNERS,<br><br>       Defendants. | Adversary Proceeding<br>No. 16-4007 |

## CLASS DEFENDANTS' OBJECTIONS CORRESPONDING TO TRUSTEE'S RE-NUMBERED EXHIBITS

Relative to *Darr v. Argueta*, Adv. Pro. 16–4006 (the "Domestic Case") and *Darr v. Alecci*, Adv. Pro. 16–4007 (the "International Case"), Class Representatives Frantz Balan, Marco Puzzarini, and Sandro Paulo Freitas (the "Class Representatives"), on behalf of

classes of alleged "net winners" in the "Domestic Case" and the "International Case," Pursuant to the March 8, 2024, Final Pretrial Order [docket no. 506 in A.P. 16-4006], hereby submit their objections to the admissibility of the Trustee's proposed exhibits. This updated list correlates Defendants' previously submitted objections [docket no. 508 in A.P. 16-4006], with the Trustee's new exhibit numbers reflected in the Pre-Trial Memo on May 15, 2024 [docket no. 506 in A.P. 16-4006]):

| Ex. No. | Exhibit Description | Objection |
|---|---|---|
| previously provided in last hearing and marked as Exhibits 1-34 | Exhibits 1 through 34 previously marked and admitted in connection with the evidentiary hearings held on October 11, 2023; October 12, 2023; and October 30, 2023 | To the extent not previously admitted, the Defendants repeat their objections to Defendants' previously proposed exhibits made in the October 2023 Daubert Hearing. |
| **New Ex No.** | **Exhibit Description** | **Objection** |
| 35 | Affidavit of John S. Soares | |
| 36 | Table joining of Freer customer ID field in the aggregation-summary table to the matching rep ID field in the source data table containing a list of 81,681 net winners, the non-public version of Exhibit A to the Sorondo | |
| 37 | A list comparing the most frequent names in each cluster to the lowest rep ID, Exhibit B to the Sorondo Affidavit | |
| 38 | Summary of queries to the "back office" to reflect changes in credits as U.S. currency on a one-to-one basis, Exhibit C to the Sorondo Affidavit | |
| 39 | TelexFree Demo Video | Objection – Relevance |
| 40 | Borelian Clustered Account Details and Net Equity for Benjamin Argueta | |
| 41 | Transaction Net Equity Summary for Benjamin Argueta | |
| 42 | Third Party Transaction Partners for Benjamin Argueta | |
| 43 | Net Equity Transaction Details for Benjamin Argueta | |

| Ex. No. | Exhibit Description | Objection |
|---|---|---|
| 44 | Credit Transaction Summary for Benjamin Argueta | |
| 45 | Credit Transfer Partners for Benjamin Argueta | |
| 46 | Credit Transfer Transaction Details for Benjamin Argueta | |
| 47 | Argueta Examplar Triangle Invoices, Exhibit 1 marked at the deposition of Benjamin Argueta on March 16, 2023 | |
| 48 | Argueta Tax Returns, Exhibit 2 marked at the deposition of Benjamin Argueta on March 16, 2023 | |
| 49 | Benjamin Argueta Banking Records: BARGUETA00001-0175, BARGUETA00180-0372 | |
| 50 | Borelian Clustered Account Details and Net Equity for Ana R Ramos | |
| 51 | Transaction Net Equity Summary for Ana R Ramos | |
| 52 | Third Party Transaction Partners for Ana R Ramos | |
| 53 | Net Equity Transaction Details for Ana R Ramos | |
| 54 | Credit Transaction Summary for Ana R Ramos | |
| 55 | Credit Transfer Partners for Ana R Ramos | |
| 56 | Credit Transfer Transaction Details for Ana R Ramos | |
| 57 | Ramos Bank Statements, Exhibit 1 marked at the deposition of Ana Rosario Ramos Cordon on March 16, 2023 | |
| 58 | Credit Card Authorization Forms, Exhibit 2 marked at the deposition of Ana Rosario Ramos Cordon on March | |
| 59 | Ana R Ramos 2012-2015 Tax Returns: ARAMOS00004-0029 | |
| 60 | Borelian Clustered Account Details and Net Equity for Amilcar Lopez | |

| Ex. No. | Exhibit Description | Objection |
|---|---|---|
| 61 | Transaction Net Equity Summary for Amilcar Lopez | |
| 62 | Third Party Transaction Partners for Amilcar Lopez | |
| 63 | Net Equity Transaction Details for Amilcar Lopez | |
| 64 | Credit Transaction Summary for Amilcar Lopez | |
| 65 | Credit Transfer Partners for Amilcar Lopez | |
| 66 | Credit Transfer Transaction Details for Amilcar Lopez | |
| 67 | Deposits, Exhibit 1 marked at the deposition of Amilcar Lopez Garcia on March 16, 2023 | |
| 68 | Triangle Transaction Graphic, Exhibit 2 marked at the deposition of Amilcar Lopez Garcia on March 16, 2023 | |
| 69 | Amilcar Lopez 2012-2015 Tax Returns: ALOPEZ00002-0021 | |
| 70 | Telex Information: ALOPEZ00022-0038 | |
| 71 | Borelian Clustered Account Details and Net Equity for Bruno Graziani | |
| 72 | Transaction Net Equity Summary for Bruno Graziani | |
| 73 | Third Party Transaction Partners for Bruno Graziani | |
| 74 | Net Equity Transaction Details for Bruno Graziani | |
| 75 | Credit Transaction Summary for Bruno Graziani | |
| 76 | Credit Transfer Partners for Bruno Graziani | |
| 77 | Credit Transfer Transaction Details for Bruno Graziani | |
| 78 | Graziani Exemplar Invoices, Exhibit 1 marked at the deposition of Bruno Graziani on March 16, 2023 | |
| 79 | Bruno Graziani 2011-2015 Tax Returns: BGRAZIANI00004-0093 | |

| Ex. No. | Exhibit Description | Objection |
|---|---|---|
| 80 | Profit and Loss Telexfree LLC (January-December 2012) | Objection – Relevance; Hearsay; Foundation; Authenticity |
| 81 | Profit and Loss Telexfree LLC (January-December 2013) | Objection – Relevance; Hearsay; Foundation; Authenticity |
| 82 | Triangle Transaction Graphics, Exhibit 1 marked at the deposition of Ivan Alvarenga on February 15, 2023 | Objection –Hearsay; Foundation |
| 83 | Selected Portions of the Supplemental Rebuttal Expert Report of Joshua W. Dennis | |

Dated: May 21, 2024

Respectfully submitted,

FRANTZ BALAN,
FOR HIMSELF AND AS CLASS
REPRESENTATIVE ON BEHALF OF ALL
DOMESTIC NET WINNERS,

*-and-*

MARCO PUZZARINI AND
SANDRO PAULO FREITAS,
FOR THEMSELVES AND AS CLASS
REPRESENTATIVES ON BEHALF OF
ALL INTERNATIONAL NET WINNERS,

By their counsel,

/s/ Michael J. Duran
Michael J. Duran, Esq. (BBO #569234)
Ilyas J. Rona, Esq. (BBO# 642964)
MILLIGAN RONA DURAN & KING LLC
28 State Street, Suite 802
Boston, Massachusetts 02109
(617) 395-9570
ijr@mrdklaw.com
mjd@mrdklaw.com

## CERTIFICATE OF SERVICE

    I, Ilyas J. Rona, hereby certify that I have caused a copy of the foregoing document to be served on counsel for the Trustee and all registered electronic filers appearing in this case using the Court's CM/ECF system.

Dated: May 21, 2024                    /s/ *Michael J. Duran*  
                                             Michael J. Duran, Esq.