

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Telexfree, LLC<br><br>Debtor(s). | Chapter 11<br>Case No. 14-40987-EDK |
| Stephen B. Darr<br>Plaintiff(s),<br><br>v.<br><br>Benjamin Argueta<br>Defendant(s). | Adversary Proceeding<br>No. 16-04006-EDK |

### Proceeding Memorandum and Order

**MATTER:**

Trial re: Recovery Complaint

**Decision set forth more fully as follows:**

CONTINUED TO MAY 31, 2024 AT 10:00AM IN WORCESTER, COURTROOM 3.

Dated: 05/24/2024

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge